**David B. Markowitz, OSB No. 742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB No. 003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB No. 903712**
ReneeRothauge@Markowitzherbold.com
**Dallas DeLuca, OSB No. 072992**
DallasDeLuca@MarkowitzHerbold.com
**Harry B. Wilson, OSB No. 077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB No. 076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

　　　Special Assistant Attorneys General for
　　　Defendants Oregon Health Authority and
　　　Patrick Allen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>　　　　　　　　　　Defendants. | Case No. 6:18-cv-00296<br><br>Multnomah County Circuit Court<br>Case No. 17CV09226<br><br>**NOTICE OF REMOVAL**<br><br>DEMAND FOR JURY TRIAL |

**Page 1 -   NOTICE OF REMOVAL**

TO:    THE CLERK OF THE COURT

PLEASE TAKE NOTICE THAT defendants Oregon Health Authority and Patrick Allen remove this action to the United States District Court for the District of Oregon on the following grounds:

1.    On February 27, 2017, plaintiff filed an action in the State of Oregon, Marion County Circuit Court, entitled *FamilyCare, Inc. v. Oregon Health Authority*, case number 17CV09226.  Service on defendant Oregon Health Authority was made on March 7, 2017.

2.    On February 15, 2018, plaintiff amended its complaint by written consent of defendant Oregon Health Authority.  Service of plaintiff's third amended complaint on defendants was made on February 15, 2018.

3.    Copies of the complaints, executed summons, and pending motions in the action are attached to this petition, collectively as Exhibit 1.

4.    This action is a civil action that may be removed to this Court by defendants because it is founded on a claim or right arising under the laws of the United States.  In the third amended complaint, plaintiff includes a new claim for civil rights violations under 42 U.S.C. §§ 1983 and 1985.  Removal is thus proper because plaintiff's claim presents a federal question. 28 U.S.C § 1331, 28 U.S.C. § 1441(a).

5.    Pursuant to 28 U.S.C. 1446(b), this Notice of Removal is being filed within thirty (30) days after defendants were first served with the third amended complaint and received a copy of plaintiff's pleading setting forth the claims for relief upon which plaintiff's action is based.

///

///

///

///

///

**Page 2 -   NOTICE OF REMOVAL**

6.      Promptly after the filing of this Notice of Removal, defendants shall give written notice of the removal to plaintiff and will file a copy of this Notice of Removal with the Circuit Court, Marion County, Oregon, as required by to 28 U.S.C. § 1446(d).

7.      This notice is signed pursuant to Fed. R. Civ. P. 11.


DATED this 15th day of February, 2018.


ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


By:    *s/ Matthew A. Levin*
        David B. Markowitz, OSB No. 742046
        DavidMarkowitz@MarkowitzHerbold.com
        Matthew A. Levin, OSB No. 003054
        MattLevin@MarkowitzHerbold.com
        Renée E. Rothauge, OSB No. 903712
        ReneeRothauge@Markowitzherbold.com
        Dallas DeLuca, OSB No. 072992
        DallasDeLuca@MarkowitzHerbold.com
        Harry B. Wilson, OSB No. 077214
        HarryWilson@MarkowitzHerbold.com
        Laura Salerno Owens, OSB No. 076230
        LauraSalerno@MarkowitzHerbold.com
                *Special Assistant Attorneys General for*
                *Defendants Oregon Health Authority*
                *and Patrick Allen*

699545

**Page 3 -   NOTICE OF REMOVAL**