**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB # 003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB # 903712**
ReneeRothauge@Markowitzherbold.com
**Dallas DeLuca, OSB # 072992**
DallasDeLuca@MarkowitzHerbold.com
**Harry B. Wilson, OSB # 077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB # 076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for
> Defendants Oregon Health Authority and
> Patrick Allen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                  Plaintiff,<br><br>vs.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>                  Defendants. | Case No. 6:18-cv-00296-AA<br><br>**JOINT MOTION TO CONSOLIDATE RELATED MATTERS**<br><br>Related Case No. 3:18-cv-00212-MO |

**L.R. 7-1 COMPLIANCE**

Pursuant to Local Rule 7-1(a), counsel for the parties certify that this is a joint motion.

**Page 1 -  JOINT MOTION TO CONSOLIDATE RELATED MATTERS**

## MOTION

Pursuant to Federal Rule of Civil Procedure 42(a), the parties respectfully move to consolidate the following related cases for all purposes, including trial:

- *Patrick Allen, in his official capacity as Director of Oregon Health Authority v. FamilyCare, Inc.*, U.S. District Court for the District of Oregon Case No. 3:18-cv-00212-MO, the Honorable Chief Judge Michael Mosman presiding, filed on January 31, 2018; and

- *FamilyCare, Inc. v. Oregon Health Authority, et al.*, U.S. District Court for the District of Oregon Case No. 6:18-cv-00296-AA, the Honorable Judge Ann Aiken presiding, removed from Marion County Circuit Court on February 15, 2018.

There are no other related cases pending in any state or federal court. The parties respectfully request that the Court consolidate this action with the Portland case (No. 3:18-cv-00212-MO) also pending in this district, and hear both cases in the Portland Division.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Legal Standard

Federal Rule of Civil Procedure 42(a) authorizes consolidation of actions involving "a common question of law or fact." Fed. R. Civ. P. 42(a). Consolidation is appropriate "to avoid unnecessary cost or delay." *Id.* at 42(a)(3); *Perez-Funez v. Dist. Dir., I.N.S.*, 611 F. Supp. 990, 994 (C.D. Cal. 1984). "Under the [Federal Rules of Civil Procedure], the impulse is toward entertaining the broadest possible scope of action consistent with fairness to the parties; joinder of claims, parties and remedies is strongly encouraged." *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 724 (1966) (citing, *inter alia*, Fed. R. Civ. P. 42). "The district court has broad discretion under this rule to consolidate cases pending in the same district." *Investors Research Co. v. United States Dist. Court for Cent. Dist. of California*, 877 F.2d 777, 777 (9th Cir. 1989); *In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987) ("consolidation is within the broad discretion of the district court"). In deciding whether to consolidate cases, the district court weighs "the saving of time and effort consolidation would produce against any inconvenience,

**Page 2 -   JOINT MOTION TO CONSOLIDATE RELATED MATTERS**

delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984), *on reh'g*, 753 F.2d 1081 (9th Cir. 1984).

**II.     The Court should consolidate this case and Case No. 3:18-cv-00212-MO and proceed with both cases in the Portland Division**

This action and the related declaratory judgment action, District Court Case No. 3:18-cv-00212-MO (the "Portland case"), involve common questions of law.  In this case, FamilyCare asserts numerous claims associated with OHA's 2017 and 2018 rate setting process, including claims under 42 U.S.C. §§ 1983 and 1985, claims for breach of contract, and claims under the Oregon Administrative Procedures Act ("Oregon APA").  FamilyCare alleges, in part, that "OHA utilized actuarially unsound rate-setting processes" in setting the 2017 and 2018 rates, and that this conduct violated federal Medicaid statutes and regulations.  (Third Amended Complaint ¶¶ 115, 155 (citing, *inter alia*, 42 U.S.C. § 1396b(m)(2)(A); 42 C.F.R. § 438.4)).  FamilyCare seeks damages based on those claims.

In the Portland case, OHA alleges that "[f]ederal law provides no basis for FamilyCare to privately challenge, under the Oregon APA or otherwise, whether its rates comply with federal Medicaid laws."  (Complaint ¶ 7.)  Accordingly, OHA seeks a declaration "that FamilyCare may not assert a private right of action under the Oregon APA, or otherwise, to challenge whether the 2018 CCO capitation rates comply with 42 C.F.R. Part 438."  (Complaint Prayer.)  Thus, the issues of law raised by the Portland case are directly relevant to the issues raised in this case.  In both cases the Court will necessarily make a legal ruling as to whether FamilyCare may challenge OHA's alleged failure to comply with federal Medicaid laws by bringing an Oregon APA claim or any other cause of action.  In light of the common legal questions, the Court should consolidate the cases.

Further, consolidation would save considerable time and expense and involve no added inconvenience or delay.  *See Huene*, 743 F.2d at 704.  Both cases involve the same parties represented by the same counsel.  Because the Portland case raises substantially similar legal issues as this case, there is no risk of confusion or delay by consolidating the two cases.  On the

**Page 3 -   JOINT MOTION TO CONSOLIDATE RELATED MATTERS**

other hand, separate lawsuits would waste judicial resources on duplicative litigation and risk conflicting legal rulings.

Further, the parties agree that consolidation in the Portland Division would be most convenient to the parties and their counsel. Mr. Patrick Allen (who is the plaintiff in the Portland case and a defendant in this case), the corporate operations of FamilyCare, Inc., and counsel for all parties are located in Portland. Most witnesses are located in Portland. The Portland case was filed before this case was removed to federal court. Accordingly, the parties respectfully request that the Court consolidate the Portland case with this case and proceed with the consolidated case in the Portland Division.[1]

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

---

[1] This Court issued a Civil Case Assignment Order in the Portland case setting standard discovery and pretrial deadlines. There are no other pending motions, deadlines, schedules, or trial dates in that case. *See* LR 42-3. In this case, the state court had set a deadline for discovery and trial dates prior to the filing of the Third Amended Complaint and the case's subsequent removal. However, no similar orders have been issued since the filing of the Third Amended Complaint. The parties anticipate the Court setting new discovery deadlines and trial dates to accommodate the new claims raised in the Third Amended Complaint.

**Page 4 - JOINT MOTION TO CONSOLIDATE RELATED MATTERS**

**CONCLUSION**

The parties respectfully request that the Court consolidate this action with the Portland case (No. 3:18-cv-00212-MO) also pending in this district, and hear both cases in the Portland Division.

DATED this 22nd day of February, 2018.

PERKINS COIE LLP

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By: *s/ Thomas R. Johnso*n

  Stephen F. English, OSB #730843
  SEnglish@perkinscoie.com
  Thomas R. Johnson, OSB #010645
  TRJohnson@perkinscoie.com
  Douglas R. Pahl, OSB #950476
  DPahl@perkinscoie.com
  Alletta Brenner, OSB #142844
  ABrenner@perkinscoie.com
  Brian P. Samuelson, OSB #165476
  BSamuelson@perkinscoie.com
    *Attorneys for Plaintiff*

By: *s/ Laura Salerno Owens*

  David B. Markowitz, OSB #742046
  DavidMarkowitz@MarkowitzHerbold.com
  Matthew A. Levin, OSB #003054
  MattLevin@MarkowitzHerbold.com
  Renée E. Rothauge, OSB #903712
  ReneeRothauge@Markowitzherbold.com
  Dallas DeLuca, OSB #072992
  DallasDeLuca@MarkowitzHerbold.com
  Harry B. Wilson, OSB #077214
  HarryWilson@MarkowitzHerbold.com
  Laura Salerno Owens, OSB #076230
  LauraSalerno@MarkowitzHerbold.com
    *Special Assistant Attorneys General*
    *for Defendants Oregon Health*
    *Authority and Patrick Allen*