**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Dallas DeLuca, OSB #072992**
DallasDeLuca@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for
> Defendants Oregon Health Authority and
> Patrick Allen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                                        Plaintiff,<br><br>            vs.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>                                        Defendants. | Case No. 6:18-cv-00296-AA<br><br>**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND to Plaintiff's Third Amended Complaint and Supporting Memorandum**<br><br>**Fed.R.Civ.P. 6(b)(1)(A)** |

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to Local Rule 7-1(a), counsel for defendants Oregon Health Authority

("OHA") and Patrick Allen ("Allen") certify that counsel for plaintiff has consented to this

motion.

**Page 1 -  MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND to Plaintiff's Third Amended Complaint and Supporting Memorandum**

## MOTION

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), defendants OHA and Allen respectfully move to extend the time for OHA and Allen to respond to plaintiff's Third Amended Complaint.  OHA and Allen request an extension of the time to respond to plaintiff's Third Amended Complaint that would extend the deadline to March 15, 2018.  Plaintiff FamilyCare consents to this motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6 provides that a court may extend the time for a party to act for "good cause."  Fed. R. Civ. P. 6(b)(1).  There is good cause to extend the deadline for OHA and Allen to respond to March 15, 2018.  Plaintiffs filed the Third Amended Complaint in state court on February 15, 2018 and defendants removed the case the same day.  The Third Amended Complaint asserts three new claims raising complex legal and factual questions. Defendants require additional time to analyze the new claims and prepare a response.

The additional time will not impact other deadlines.  This Court has not yet held a scheduling conference since removal.  Further, an extension will allow this Court time to decide the currently pending motion to consolidate this action with a related declaratory judgment action pending in the Portland Division.  The parties have jointly moved this Court to consolidate these two cases and proceed in the Portland Division.

// // //

// // //

// // //

// // //

// // //

// // //

// // //

// // //

**CONCLUSION**

Defendants OHA and Allen respectfully request that the Court extend their time to respond to plaintiff's Third Amended Complaint to March 15, 2018.

DATED this 22nd day of February, 2018.

> ELLEN ROSENBLUM
> ATTORNEY GENERAL
> FOR THE STATE OF OREGON
>
> By:    *s/ Laura Salerno Owens*
> _____
> David B. Markowitz, OSB #742046
> DavidMarkowitz@MarkowitzHerbold.com
> Matthew A. Levin, OSB #003054
> MattLevin@MarkowitzHerbold.com
> Renée E. Rothauge, OSB #903712
> ReneeRothauge@Markowitzherbold.com
> Dallas DeLuca, OSB #072992
> DallasDeLuca@MarkowitzHerbold.com
> Harry B. Wilson, OSB #077214
> HarryWilson@MarkowitzHerbold.com
> Laura Salerno Owens, OSB #076230
> LauraSalerno@MarkowitzHerbold.com
> > *Special Assistant Attorneys General for*
> > *Defendants Oregon Health Authority*
> > *and Patrick Allen*

FAMIOR\701831

**Page 3 -   MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND to Plaintiff's Third Amended Complaint and Supporting Memorandum**