

### *UNITED STATES DISTRICT COURT*
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment:                                   February 27, 2018

Case Number:                                     6:18−cv−00296−MO

Case Title:                    FamilyCare Inc. v. Oregon Health Authority et al

**(A)    Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Ann L. Aiken to the Honorable Michael W. Mosman, United States District Judge Information on this case may be obtained from the following:

| | |
|---|---|
| Courtroom Deputy: | Dawn Stephens |
| | Telephone:  503−326−8024 |
| | Email:  dawn_stephens@ord.uscourts.gov |
| Docket Information: | Telephone:  541−431−4100 |

**(B)    Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Wayne L. Morse Courthouse, 405 East Eighth Ave., Eugene, OR, 97401.

**(C)    Change to the Case Number:** Effective immediately, Judge Mosman's initials (MO) will replace the previous judge's initials in this case.

**MARY L. MORAN**
**Clerk of Court**

cc:    Judge Mosman
         Counsel of Record