

# FamilyCare – OHA Dispute Resolution

## Meeting No. 1

January 17, 2017

COUNSEL TO GREAT COMPANIES

Presented by:

Steve English   Melanie Curtice
Tom Johnson   Matthew Gordon
Jeff Peterson   Ben Diederich

2017.08.10 Updated FamilyCare Com...8/10/2017

Exhibit 14
Page 47 of 112

OHA_LIT_00208856

# Dispute Resolution Ground Rules

The parties agreed to at least three substantive dispute resolution discussions, followed by mediation if necessary

The parties agreed to a "free and open discussion" regarding:

- The appropriate application of actuarial rates
- The appropriateness of the methodology used by Optumas
- Whether geographic areas come into play
- The actuarial soundness of the rates



Exhibit 14
Page 48 of 41
2017.08.10 Updated FamilyCare Confidential 02/10/2017

OHA_LIT_00208857

# Dispute Resolution Ground Rules

The parties agreed that the Dispute Resolution Process would include:

- An explanation by OHA why it believes the rates are sound

- Any alternative sound methodology proposed by FamilyCare

The parties agreed to:

- Work cooperatively

- Provide information "that either OHA's or FamilyCare's actuary believes is relevant and necessary to evaluate actuarial rates, subject to protection of confidential information"

Exhibit 14
Page 49 of 41

2017.08.10 Updated FamilyCare Complaint 10/20/17

PERKINSCOIE

OHA_LIT_00208858

# Dispute Resolution Process

## FCI's goals for this meeting:

- Establish what information FCI's actuary, Milliman, believes is relevant and necessary

- Establish when and how that information will be provided to FCI

  - Establish any necessary protections for confidential information

- Establish a framework for future meetings



2017.08.10 Updated FamilyCare Coverage

Exhibit 14
Page 50 of 51

OHA_LIT_00208859

# Dispute Resolution Process

## Going forward:

- Upon receipt of the requested information, Milliman will evaluate rate development

- FCI will present its analysis and, per the Dispute Resolution Agreement, any suggested alternative

- FCI will consider, in good faith, OHA's explanation about why it considers the 2017 rates to be actuarially sound

- FCI will continue to work cooperatively with OHA

Exhibit 14
Page 51 of 51

2017.08.10 Updated FamilyCare Coverage Request 02.10.2017

PERKINScoie

OHA_LIT_00208860

# FamilyCare, Inc.

## FCI has been an MCO since 1985

- Currently the second-largest CCO
- Serves more than 120,000 members
  - FCI serves 13% of Oregon Medicaid
- FCI's business model has proven successful at delivering high-quality health services to Oregon residents for 30 years

2017.08.10 Updated FamilyCare Coverage, 52 of 51 02-10-2017

Exhibit 14
Page 52 of 112

PERKINSCOIE

OHA_LIT_00208861

# The Problem

## FCI's 2017 rates are too low to cover expenses

- 2017 is the third year in a row where rates are below projected costs

- 2017 operating loss is projected at $55 million

- Unsustainable trajectory for FCI

## • FCI's rates have been the lowest of all CCOs since 2014

- FCI is the only plan that has a proposed operating loss

- FCI rates: 15.5% lower than 3 other large plans ($64 million)

2017.08.10 Updated FamilyCare Commission 02.10.2047

PERKINS**coie**

Exhibit 14
Page 53 of 112

OHA_LIT_00208862

# The Questions:

- How did we get here?

  - Do FCI's 2017 rates as constructed indicate that FCI is incapable of providing appropriate care to its members efficiently?

  - Or is there some other explanation?

- Where in the rate development process did rates become disconnected from FCI's costs?

2017.08.10 Updated FamilyCare Continuation request 02.10/2017

Exhibit 14
Page 54 of 54

PERKINSCOIE

OHA_LIT_00208863

# FCI's Dilemma

- FCI needs to evaluate whether the rates are too low because:

  - FCI has a different business model from other CCOs; or

  - The rate development process disfavors FCI

- But information provided to FCI to date is insufficient

2017.08.10 Updated FamilyCare Comms, August 2017

PERKINSCOIE

Exhibit 14
Page 55 of 112

OHA_LIT_00208864

# Background

## Before 2015

- Each CCO developed an "Experience Rate," based on its own experience, for review by OHA

## 2015-2017

- Methodology changed:
  - OHA developed a "Risk Adjusted Community Rate"
  - OHA presented rates to CCOs

Exhibit 14
Page 56 of 112
2017.08.10 Updated FamilyCare Community Rate Presented 10/20/2017

OHA_LIT_00208865



# Background: Legal Framework

## Global Budget– ORS § 414.620

- **Goal:** encourage CCOs to innovate to reduce costs and improve care

  - Intent: flexibility in spending

  - Allows profitability (CCO can keep profits earned within global budget)

- Reasonable inflation in rates for planning and stability

- Anticipates actuarially sound rates for each CCO

Exhibit 14
Page 57 of 51
2017.08.10 Updated FamilyCare Communication
OHA_LIT_00208866

# Background: Legal and Historical Practice

## Clawback Prohibition

- Limits on retroactive amendments

- Enacted in 2016 — HB 4107

## Transparency

- Pre-July 2014, all data available in statewide data book

- Since July 2014: Trade secret claim (ORS § 192.501)

## CMS Regulations and the 1115 Waiver

- Recent approval of waiver renewal

- "Actuarially sound" defined in regulations

2017.08.10 Updated FamilyCare Coverage, 08/10/2017

PERKINSCoie

Exhibit 14
Page 58 of 112

OHA_LIT_00208867

# Background: Settlement Agreement

- **Executed May 2016 to resolve dispute over 2015 and 2016 rates**

- **Included Settlement Credit reducing amount payable by FCI**

- **The parties agreed that:**

  - **OHA shall not use either (1) rates paid to FCI under the 2016 Contract or (2) the Settlement Credit to limit the amount paid to FCI in future rate years**

  - **OHA will establish a process for CCOs to request verification from an Independent Consulting Actuary**

Exhibit 14
Page 59 of 112
2017.08.10 Updated FamilyCare Complaint Presentation 02.10.2017

PERKINS COIE

OHA_LIT_00208868

# Questions about Rate Development Process

Overall question: Why are FCI's 2017 rates insufficient to provide for FCI's projected costs?

Answer requires a detailed understanding of:

- How the 2017 rates were developed
- Data that was used
- Policy decisions that were made



2017.08.10 Updated FamilyCare Coverage, produced 12/10/2017

Exhibit 14
Page 60 of 114

OHA_LIT_00208869

# Questions about Rate Development Process

## The starting point:  Regional Base Data

- Unusual approach—inconsistent with other comparable states (*e.g.*, WA, HI, UT), which use statewide, not regional, average

- Potentially penalizes plans in a region where health care is delivered more efficiently
  - Superior performance should lead to better earnings (*see* Global Budget concept)
  - But this approach leads to a cycle: lower costs→ reduced regional average→ reduced adjustments → lower rates
  - And could discourage plans in other regions from lowering costs

- Unclear: whether implicit rate adjustments were checked for appropriateness?

Exhibit 14
Page 61 of 61

PERKINSCoie

OHA_LIT_00208870

# Questions about Rate Development Process

## Adjustments to Regional Base Data to Create Regional Base Rate

- Some adjustments are made using a percentage of regional base data, so adjustments compound the impact of starting with a lower base

- Unclear whether this step includes appropriate checks on impact of regional adjustments

## Risk Adjustment

- Tri-County ACA population was randomly assigned between FCI and HealthShare

- But FCI's ACA population was calculated as less risky in every age group – need to understand why

16   Perkins Coie LLP  |  PerkinsCoie.com

2017.08.10 Updated FamilyCare Commercial 02/10/2017

Exhibit 14
Page 62 of 112

PERKINS COIE

OHA_LIT_00208871

# Questions about Rate Development Process

## Adjustments to Costs

- "Reimbursement review" for increased costs

- "Adjusted Financials"
  - FCI's increased payment to providers =$34MM decrease in contribution to Regional Base Data

- "Reimbursement adjustment" for CCOs that were "outliers and above a sustainable growth"

2017.08.10 Updated FamilyCare Commission 02/10/2017

Exhibit 14
Page 63 of 112

PERKINScoie

OHA_LIT_00208872

# Information FCI's actuary believes is relevant and necessary to evaluate actuarial rates

- Data to determine impact of starting with regional base rate

- Utilization and unit cost details for all regions

- Encounter-based files for all regions

- Raw concurrent risk scores

- Details of adjustments to regional base data

- Policy decisions regarding rate development

Exhibit 14
Page 64 of 112

2017.08.10 Updated FamilyCare Coverage

PERKINSCoie

OHA_LIT_00208873

# Next Steps

- Timeline for production of information to Milliman

- Presentation by OHA regarding actuarial soundness of 2017 rates

- Presentation by FCI regarding results of analysis of 2017 rate development and potential alternative approach

2017.08.10 Updated FamilyCare Com

Exhibit 14
Page 65 of 112

OHA_LIT_00208874

| From: | Crowell Courtney W |
|-------|---------------------|
| To: | Darby BethAnne |
| Cc: | WAHL Jeffrey |
| Subject: | Attorney-Client privilege: Family Care Comms Plan |
| Date: | Friday, January 20, 2017 2:54:02 PM |
| Attachments: | Family Care Comms Plan.docx |

BethAnne,

Here is a first draft of the Family Care communications plan. I don't really know the timeline so this is focused more on the near term. Let me know if you want to talk more about this or have suggestions on how to improve.

Thanks,
Courtney

**Courtney Warner Crowell**
*Communications Officer*
External Relations Division
Portland, Oregon
Courtney.w.crowell@state.or.us
cell: 971-712-6503



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

Attorney-Client Privilege

**[Family Care Dispute Resolution]**
**COMMUNICATIONS PLAN**



## Background/Situation Analysis:

OHA is seeking to successfully resolve a second rate and contract dispute with Family Care. This is the second year in which Family Care has disputed their rate and requested dispute resolution and possible settlement. This is also an opportunity to showcase OHA's transparency, the actuarial soundness of the CCO rates, the success of the CCO model both on health outcomes and financial soundness and commitment to Oregon's most vulnerable residents.

This is also a chance to showcase Family Care as an outlier in the CCO system that is more concerned with the bottom line and increasing revenues than the health of Oregonians (OHA's mission). Also a chance to show the patterned behavior of moving to litigation when they don't get the rate they want, instead of modifying budget to work within the cost containment measures that OHA has negotiated with CMS.

## Time Frame of Plan:

January 2017-?

## Goals:

- **Showcase OHA's mission is to help Oregon Health Plan members**
- **Highlight FamilyCare as an outlier and only worried about profit margins**
- **Immediately counter Family Care's misinformation:** Correct allegations and distortions as soon as they are issued by Family Care through prompt, informal communication with key media.

## Strategies:

While pitching reporters on the Q3 Legislative report alert them (off the record) to Family Care dispute and showcase the financial section of report (particularly the cash and investments page).

- Jeff Manning- The Oregonian
- Nigel Jaquiss- Willamette Week
- Nick Budnick- Portland Tribune

Work with Janell and Kate to have data prepared and ready to provide to reporters about Family Care financial information (if asked).

Op-ed to Lund Report from Lynne focused on Q3 leg report that talks about the success of the CCOs and showcases the 3.4% cost containment and the financial strength of the CCOs. Include graph that shows cash and investments from 2014-mid 2016 (Family Care numbers are huge compared to everyone else).

Exhibit 14
Page 67 of 112
1

2017.08.10 Updated FamilyCare Comm Request 0067 08/10/2017

OHA_LIT_00208876

**Attorney-Client Privilege**
**[Family Care Dispute Resolution]**
**COMMUNICATIONS PLAN**

## Audiences:

| Audience | Values/Concerns at Play | Communication Objectives and Messaging | Pathways and Tools | Messengers or Information |
|---|---|---|---|---|
| Legislators | Transparency Political implications | Showcase success of CCOs and position Family Care as outlier | Earned Media | OHA Leadership |
| CCOs | Stability of the system. Equity among CCOs. Predictability in rate-setting. | Transparency around dispute resolution. | CCO Bulletin Calls Meetings | OHA Leadership |
| Health Care opinion leaders | Better outcomes and lower costs in health care. OHA's effectiveness in leading health system transformation in OR. | Showcase success of CCO system and position Family Care as outlier. | Earned Media | OHA leadership |
|  |  |  |  |  |
|  |  |  |  |  |

## Timeline and Tactics:

**Jan and Early Feb**
Work with Kath Nass and Janell Evans to have data prepped and ready to provide to reporters about Family Care financial info

**Week of January 23rd-**
While pitching reporters on the Q3 Legislative report alert them (off the record) to Family Care dispute and showcase the financial section of report (particularly the cash and investments page).
- Jeff Manning- The Oregonian
- Nigel Jaquiss- Willamette Week
- Nick Budnick- Portland Tribune

**January 31st**
Op-ed from Lynne in Lund Report

## Products and Deliverables:
Data prepped and ready
Op-ed from Lynne for Lund Report

Exhibit 14
Page 68 of 112
2017.08.10 Updated FamilyCare Comm Request 0068 08/10/2017

OHA_LIT_00208877

**Attorney-Client Privilege**
**[Family Care Dispute Resolution]**
**COMMUNICATIONS PLAN**

## Metrics:

- Legislators are comfortable with OHA's efforts to settle dispute – based on the number and tenor of calls we receive from legislators.
- Earned media on financial strength of Family Care and its focus on profits.
- Media reports correct Family Care misinformation.
- CCOs are comfortable and informed – based on informal feedback in phone calls/emails.
- Members report little anxiety or disruption – based on a significant increase in calls to Member Services.

| From: | Darby BethAnne |
|---|---|
| To: | Crowell Courtney W |
| Cc: | WAHL Jeffrey |
| Subject: | RE: Attorney-Client privilege: Family Care Comms Plan |
| Date: | Friday, January 20, 2017 5:52:00 PM |
| Attachments: | Fwd slide deck.msg |

JEFF --- IS there a calendar for the discussion? I mean do we know when you discuss which subjects? That might help us plan our communications...

HI Courtney –

I think we are talking about a session-long strategy (through May or so). The Legislature will be a key audience, and the goal will be to ensure that they have enough information that they want to stay out of the dispute both through legislation and committee hearings--- we should assume that FC will be trying to pull them in and will have an active lobbying strategy that will focus on that OHA is targeting them based on the last settlement... I think I sent you a the presentation they put together for the dispute resolution process that will give you the themes.

Our goal will be to create enough information buzz that it causes the legislature to question what FC is trying to sell.. Last cycle, FC was able to build a great deal of legislative empathy and thus pressure on that agency, until we started communicating our own perspective.

We should consider that our comms strategy needs an "in-the-builidng" strategy as well as an external comms strategy...

**BethAnne Darby**
Director, External Relations Division
OREGON HEALTH AUTHORITY
BethAnne.Darby@state.or.us
503-798-7100
www.oregon.gov/OHA

*Assistant: MiKayla Marcott (MiKayla.Marcott@state.or.us)*

**From:** Crowell Courtney W
**Sent:** Friday, January 20, 2017 2:54 PM
**To:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>
**Cc:** WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>
**Subject:** Attorney-Client privilege: Family Care Comms Plan

BethAnne,

Here is a first draft of the Family Care communications plan. I don't really know the timeline so this is focused more on the near term. Let me know if you want to talk more about this or have suggestions on how to improve.

Exhibit 14
Page 70 of 112
2017.08.10 Updated FamilyCare Comm Request 0070 08/10/2017

OHA_LIT_00208879

Thanks,
Courtney

**Courtney Warner Crowell**
*Communications Officer*
External Relations Division
Portland, Oregon
Courtney.w.crowell@state.or.us
cell: 971-712-6503



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

| | |
|---|---|
| **From:** | Saxton Lynne |
| **To:** | Darby BethAnne |
| **Cc:** | Fairbanks Mark R |
| **Subject:** | Fwd: slide deck |
| **Date:** | Tuesday, January 17, 2017 11:23:05 AM |
| **Attachments:** | Deck for FCI-OHA Meeting v 3.pptx |
| | ATT00001.htm |

BethAnne - here is the slide deck for today's dispute resolution process. First, this is a good heads up about the sophistication of their communication. Second, this will be helpful to us in developing our communication strategy and timeline. Please let us know when you would like to schedule discussion of our strategy. Mark, Lori, Zach and Jeff Wahl should be include in the first discussion and Ted and Renee after we have reviewed a draft internally. Thank you.

Sent from my iPad

Begin forwarded message:

> **From:** Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>
> **Date:** January 17, 2017 at 11:15:12 AM PST
> **To:** Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>
> **Subject: Fwd: slide deck**
>
>
> Of interest and still in session but will call around noonish
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>
>> **From:** "Fairbanks Mark R"
>> <MARK.R.FAIRBANKS@dhsoha.state.or.us>
>> **To:** "GUEST Chelsea A" <Chelsea.A.GUEST@dhsoha.state.or.us>,
>> "Fritsche Jeffrey P" <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>,
>> "Jones Kayla" <KAYLA.JONES@dhsoha.state.or.us>
>> **Subject: Fwd: slide deck**
>>
>>
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>
>>> **From:** "Falk Theodore C"
>>> <theodore.falk@doj.state.or.us>
>>> **To:** "Coyner Lori A"
>>> <LORI.A.COYNER@dhsoha.state.or.us>, "Fairbanks
>>> Mark R"

Exhibit 14
Page 72 of 112
2017.08.10 Updated FamilyCare Comm Request 0072 08/10/2017

OHA_LIT_00208881

<MARK.R.FAIRBANKS@dhsoha.state.or.us>,
"Chauhan Varsha"
<VARSHA.CHAUHAN@dhsoha.state.or.us>, "Zachary
Aters" <zachary.aters@optumas.com>, "Barry Jordan"
<barry.jordan@optumas.com>
**Cc:** "WAHL Jeffrey" <Jeffrey.WAHL@doj.state.or.us>,
"STINEMAN Renee"
<Renee.STINEMAN@doj.state.or.us>, "SCOTT Carla
A" <Carla.A.SCOTT@doj.state.or.us>
**Subject: Fwd: slide deck**


For today's meeting

Ted Falk
Oregon Department of Justice
503-947-4430<tel:503-947-4430> (Salem office); 971-
673-1980<tel:971-673-1980> (Portland office); 503-931-
0517<tel:503-931-0517> (mobile)
Please note changed DOJ mobile number: 503-931-
0517<tel:503-931-0517>

Begin forwarded message:

From: "Gordon, Matthew P. (Perkins Coie)"
<MGordon@perkinscoie.com<mailto:MGordon@perkinscoie.com>>

To: "Falk Theodore C"
<theodore.falk@doj.state.or.us<mailto:theodore.falk@doj.state.or.us>>

Subject: slide deck



Matthew Gordon | Perkins Coie LLP
COUNSEL
D. +1.206.359.3552
F. +1.206.359.4552
E.
MGordon@perkinscoie.com<mailto:%20MGordon@perkinscoie.com>

_____

NOTICE: This communication may contain privileged or
other confidential information. If you have received it in
error, please advise the sender by reply email and
immediately delete the message and any attachments
without copying or disclosing the contents. Thank you.

Exhibit 14
Page 73 of 112
2017.08.10 Updated FamilyCare Comm Request 0073 08/10/2017

OHA_LIT_00208882



# PERKINSCOIE

## COUNSEL TO GREAT COMPANIES

# FamilyCare – OHA Dispute Resolution

Meeting No. 1

January 17, 2017

Presented by:

Steve English        Melanie Curtice
Tom Johnson        Matthew Gordon
Jeff Peterson        Ben Diederich

2017.08.10 Updated FamilyCare Confidential Production 10/2017

Exhibit 14
Page 74 of 112

OHA_LIT_00208883

# Dispute Resolution Ground Rules

The parties agreed to at least three substantive dispute resolution discussions, followed by mediation if necessary

The parties agreed to a "free and open discussion" regarding:

- The appropriate application of actuarial rates
- The appropriateness of the methodology used by Optumas
- Whether geographic areas come into play
- The actuarial soundness of the rates



OHA_LIT_00208884

# Dispute Resolution Ground Rules

The parties agreed that the Dispute Resolution Process would include:

- An explanation by OHA why it believes the rates are sound

- Any alternative sound methodology proposed by FamilyCare

The parties agreed to:

- Work cooperatively

- Provide information "that either OHA's or FamilyCare's actuary believes is relevant and necessary to evaluate actuarial rates, subject to protection of confidential information"

3  Perkins Coie LLP  |  PerkinsCoie.com



Exhibit 14
Page 76 of 112

2017.08.10 Updated FamilyCare Com Request 6/7/17 02/10/2017

OHA_LIT_00208885

# Dispute Resolution Process

**FCI's goals for this meeting:**

- Establish what information FCI's actuary, Milliman, believes is relevant and necessary

- Establish when and how that information will be provided to FCI

  - Establish any necessary protections for confidential information

- Establish a framework for future meetings

PERKINScoie

2017.08.10 Updated FamilyCare Commitment Request 10/20/17

Exhibit 14
Page 27 of 1

OHA_LIT_00208886

# Dispute Resolution Process

## Going forward:

- Upon receipt of the requested information, Milliman will evaluate rate development

- FCI will present its analysis and, per the Dispute Resolution Agreement, any suggested alternative

- FCI will consider, in good faith, OHA's explanation about why it considers the 2017 rates to be actuarially sound

- FCI will continue to work cooperatively with OHA

Exhibit 14
Page 78 of 112

2017.08.10 Updated FamilyCare Con... 10/20...

PERKINSCOIE

OHA_LIT_00208887

# FamilyCare, Inc.

## FCI has been an MCO since 1985

- Currently the second-largest CCO

- Serves more than 120,000 members

  - FCI serves 13% of Oregon Medicaid

- FCI's business model has proven successful at delivering high-quality health services to Oregon residents for 30 years



Exhibit 14
Page 79 of 112

OHA_LIT_00208888

# The Problem

## FCI's 2017 rates are too low to cover expenses

- 2017 is the third year in a row where rates are below projected costs

- 2017 operating loss is projected at $55 million

- Unsustainable trajectory for FCI

## FCI's rates have been the lowest of all CCOs since 2014

- FCI is the only plan that has a proposed operating loss

- FCI rates: 15.5% lower than 3 other large plans ($64 million)

Exhibit 14
Page 30 of 112

OHA_LIT_00208889

# The Questions:

- How did we get here?

  - Do FCI's 2017 rates as constructed indicate that FCI is incapable of providing appropriate care to its members efficiently?

  - Or is there some other explanation?

- Where in the rate development process did rates become disconnected from FCI's costs?

Exhibit 14
Page 31 of 31

2017.08.10 Updated FamilyCare Commitment 02 10/2017

PERKINS COIE

OHA_LIT_00208890

# FCI's Dilemma

- FCI needs to evaluate whether the rates are too low because:

  - FCI has a different business model from other CCOs; or

  - The rate development process disfavors FCI

- But information provided to FCI to date is insufficient

2017.08.10 Updated FamilyCare Coverage Analysis 10/2017

PERKINSCOIE

Exhibit 14
Page 32 of 31

OHA_LIT_00208891

# Background

## Before 2015

- Each CCO developed an "Experience Rate," based on its own experience, for review by OHA

## 2015-2017

- Methodology changed:
  - OHA developed a "Risk Adjusted Community Rate"
  - OHA presented rates to CCOs



2017.08.10 Updated FamilyCare Community Rate 10/2017

Exhibit 14
Page 83 of 112

OHA_LIT_00208892

# Background: Legal Framework

## Global Budget– ORS § 414.620

- **Goal:** encourage CCOs to innovate to reduce costs and improve care
  - Intent: flexibility in spending
  - Allows profitability (CCO can keep profits earned within global budget)
- Reasonable inflation in rates for planning and stability
- Anticipates actuarially sound rates for each CCO

Exhibit 14
Page 84 of 112

2017.08.10 Updated FamilyCare Complaint Analysis 1 2 10/2017

PERKINScoie

OHA_LIT_00208893

# Background: Legal and Historical Practice

## Clawback Prohibition

- Limits on retroactive amendments

- Enacted in 2016 — HB 4107

## Transparency

- Pre-July 2014, all data available in statewide data book

- Since July 2014: Trade secret claim (ORS § 192.501)

## CMS Regulations and the 1115 Waiver

- Recent approval of waiver renewal

- "Actuarially sound" defined in regulations

2017.08.10 Updated FamilyCare Complaint_exhibits_02.10.2017

Exhibit 14
Page 85 of 112

PERKINS coie

OHA_LIT_00208894

# Background: Settlement Agreement

- **Executed May 2016 to resolve dispute over 2015 and 2016 rates**

- **Included Settlement Credit reducing amount payable by FCI**

- **The parties agreed that:**

  - **OHA shall not use either (1) rates paid to FCI under the 2016 Contract or (2) the Settlement Credit to limit the amount paid to FCI in future rate years**

  - **OHA will establish a process for CCOs to request verification from an Independent Consulting Actuary**

Exhibit 14
Page 36 of 41
2017.08.10 Updated FamilyCare Contract Dispute 10/2017

OHA_LIT_00208895

# Questions about Rate Development Process

Overall question: Why are FCI's 2017 rates insufficient to provide for FCI's projected costs?

Answer requires a detailed understanding of:

- How the 2017 rates were developed
- Data that was used
- Policy decisions that were made



Exhibit 14
Page 37 of 41
2017.08.10 Updated FamilyCare Commercial Document 1 02/10/2017

OHA_LIT_00208896

# Questions about Rate Development Process

**The starting point:  Regional Base Data**

- Unusual approach—inconsistent with other comparable states (*e.g.*, WA, HI, UT), which use statewide, not regional, average

- Potentially penalizes plans in a region where health care is delivered more efficiently
  - Superior performance should lead to better earnings (*see* Global Budget concept)
  - But this approach leads to a cycle: lower costs→ reduced regional average→ reduced adjustments → lower rates
  - And could discourage plans in other regions from lowering costs

- Unclear: whether implicit rate adjustments were checked for appropriateness?

2017.08.10 Updated FamilyCare Commercial Rebuttal 02.10.2017

PERKINS**coie**

Exhibit 14
Page 88 of 91

OHA_LIT_00208897

# Questions about Rate Development Process

## Adjustments to Regional Base Data to Create Regional Base Rate

- Some adjustments are made using a percentage of regional base data, so adjustments compound the impact of starting with a lower base

- Unclear whether this step includes appropriate checks on impact of regional adjustments

## Risk Adjustment

- Tri-County ACA population was randomly assigned between FCI and HealthShare

- But FCI's ACA population was calculated as less risky in every age group – need to understand why

16  Perkins Coie LLP  |  PerkinsCoie.com

2017.08.10 Updated FamilyCare Commercial Equity 10/20/17

PERKINS**Coie**

Exhibit 14
Page 39 of 42

OHA_LIT_00208898

# Questions about Rate Development Process

## Adjustments to Costs

- "Reimbursement review" for increased costs

- "Adjusted Financials"
  - FCI's increased payment to providers =$34MM decrease in contribution to Regional Base Data

- "Reimbursement adjustment" for CCOs that were "outliers and above a sustainable growth"

Exhibit 14
Page 90 of 91

2017.08.10 Updated FamilyCare Commitments

PERKINSCOIE

OHA_LIT_00208899

# Information FCI's actuary believes is relevant and necessary to evaluate actuarial rates

- Data to determine impact of starting with regional base rate

- Utilization and unit cost details for all regions

- Encounter-based files for all regions

- Raw concurrent risk scores

- Details of adjustments to regional base data

- Policy decisions regarding rate development

Exhibit 14
Page 91 of 91

PERKINSCoie

OHA_LIT_00208900

# Next Steps

- Timeline for production of information to Milliman

- Presentation by OHA regarding actuarial soundness of 2017 rates

- Presentation by FCI regarding results of analysis of 2017 rate development and potential alternative approach

19   Perkins Coie LLP  |  PerkinsCoie.com

Exhibit 14
Page 92 of 91
PERKINScoie

OHA_LIT_00208901