**Frank V. Langfitt**, OSB No. 731770
frank.langfitt@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

        Attorneys for Intervenor Eastern Oregon
        Coordinated Care Organization, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

PATRICK ALLEN, in his official Capacity
as DIRECTOR OF OREGON HEALTH
AUTHORITY, an agency of the State of
Oregon,

            Plaintiff,

    v.

FAMILYCARE, INC., an Oregon non-
profit corporation,

            Defendant.

FAMILYCARE, INC., an Oregon non-
profit corporation,

            Plaintiff,

No. 3:18-cv-00212-MO Lead
No. 3:18-cv-00296-MO

DECLARATION OF FRANK V. LANGFITT
IN OPPOSITION TO FAMILYCARE, INC.'S
OMNIBUS DISCOVERY MOTIONS
(MOTION TO COMPEL DE-DESIGNATION
OF AEO AND CONFIDENTIAL
DOCUMENTS)

Page 1 -    Declaration of Frank V. Langfitt in Opposition to FamilyCare, Inc.'s Omnibus
            Discovery Motions

4848-8398-2432.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

v.

OREGON HEALTH AUTHORITY, an
agency of the State of Oregon, and
PATRICK ALLEN, both individually and
in his official capacity as director of the
Oregon Health Authority,

                        Defendants.

I, Frank V. Langfitt, hereby declare and state as follows:

1.      I am an attorney representing Eastern Oregon Coordinated Care
Organization, LLC ("Eastern Oregon").

2.      In August, 2017, Eastern Oregon and other CCOs were notified by the
Oregon Health Authority ("OHA"), that plaintiff, FamilyCare, Inc. ("FamilyCare") was seeking
discovery from OHA of documents and information that Eastern Oregon, as well as other CCOs,
had previously asserted was confidential, proprietary and trade secrets. This discovery was
sought by FamilyCare, Inc. in the case of *FamilyCare, Inc. c. Oregon Health Authority*, Marion
County Circuit Case No. 17CV09226 (the "State Case").

3.      Along with other CCOs, Eastern Oregon sought to intervene in the State
Case for the limited purpose of entering an appropriate form of protective order and for hearing
the CCOs' objections to OHA's production of documents. On September 27, 2017, Circuit Court
Judge Sean E. Armstrong ordered that the motion for limited intervention was granted. Attached
as Exhibit 1 is a true and correct copy of that order. Subsequently, Eastern Oregon entered its
Notice of Appearance. Attached as Exhibit 2 is a true copy of the Notice of Appearce.

4.      Before and after the intervention was allowed, there were negotiations
between FamilyCare's attorneys and CCO attorneys regarding an appropriate protective order.
Ultimately, Judge Armstrong decided the few terms of that FamilyCare and the CCOs could not

Page 2 -    Declaration of Frank V. Langfitt in Opposition to FamilyCare, Inc.'s Omnibus
            Discovery Motions

4848-8398-2432.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

agree upon, and the State Court Protective Order ("SPO") was signed by Judge Armstrong on November 1, 2017. Attached as Exhibit 3 is a true and correct copy of the SPO.

5.　　In anticipation of the entry of the SPO, on October 25, 2017, Eastern Oregon notified OHA and FamilyCare of its confidential and AEO (Attorney Eyes Only) designations. Attached as Exhibit 4 is a true and correct copy of that notice.

6.　　After subsequent requests for production were served upon OHA by FamilyCare, Eastern Oregon wrote to OHA and FamilyCare on January 17, 2018 and March 2, 2018, to repeat its designations of October 25, 2017.

7.　　After the state court case was removed to federal court, and without any prior conferral, FamilyCare's attorney wrote to the CCO attorneys on March 6, 2018, complaining about over designations by CCOs. FamilyCare did not provide any specific document about which it was complaining, nor did it follow the conferral requirements of paragraph 5(d) of the SPO. Attached as Exhibit 5 is a true and correct copy of FamilyCare's letter.

8.　　Eastern Oregon's attorney responded by letter dated March 15, 2018, pointing out FamilyCare's failure to follow the SPO and that FamilyCare's letter did not provide enough information for Eastern Oregon to respond. The letter invited further discussion. Attached as Exhibit 6 is a true and correct copy of Eastern Oregon's letter.

9.　　Without further communication, FamilyCare filed its omnibus discovery motion on March 16, 2018, including a motion to compel de-designation of AEO and confidential documents.

/ / /

/ / /

/ / /

Page 3 -　　Declaration of Frank V. Langfitt in Opposition to FamilyCare, Inc.'s Omnibus Discovery Motions

4848-8398-2432.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand that it is made for use as evidence in court and is subject to penalty of perjury.

EXECUTED this 30th day of March, 2018, in Portland, Oregon.


*s/ Frank V. Langfitt*
Frank V. Langfitt

Page 4 -    Declaration of Frank V. Langfitt in Opposition to FamilyCare, Inc.'s Omnibus
            Discovery Motions

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

I hereby certify that I served the foregoing Declaration of Frank V. Langfitt in Opposition to FamilyCare, Inc.'s Omnibus Discovery Motions on:

Stephen F. English
Thomas R. Johnson
Brian P. Samuelson
1120 NW Couch Street, 10th Floor
Portland, Oregon  97209
E-mail:  senglish@perkinscoie.com
E-mail:  trjohnson@perkinscoie.com
E-mail:  bsamuelson@perkinscoie.com

Matthew P. Gordon
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington  98101
E-mail:  mcurtice@perkinscoie.com
E-mail:  mgordon@perkinscoie.com

*Attorneys for Plaintiff*

Brian M. Parrott
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  brian@bparrott-law.com

*Attorney for Primary Health of Josephine County, LLC*

Joel A. Parker
Jeffrey Hern
Schwabe Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon  97204
E-mail:  jparker@schwabe.com
E-mail:  jhern@schwabe.com
*Attorneys for Trillium Community Health Plan, Inc.*

Renee Stineman
Carla Scott
Elleanor Chin
Department of Justice
Special Litigation Unit
100 SW Market Street
Portland, Oregon   97201
E-mail:  renee.stineman@doj.state.or.us
E-mail:  carla.a.scott@doj.state.or.us
E-mail:  elleanor.chin@doj.state.or.us

Matthew A. Levin
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, Oregon  97204
E-mail:  MattLevin@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen Higgins & Tongue
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  eknight@dunncarney.com
E-mail:  mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, Oregon   97209
E-mail:  dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC and Jackson Care Connect*

Page 1 -    Certificate of Service

4836-7850-2496.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

Anna Sortun
Tonkon Torp, LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204
E-mail:  anna.sortun@tonkon.com

*Attorney for Joint Intervenors Cascade
Health Alliance, LLC and Umpqua
Health Alliance, LLC*

W. Chris Jenkins
Samaritan Health Services
2300 NW Walnut Blvd.
Corvallis, Oregon  97330
E-mail:  wjenkins@samhealth.org

*Attorney for Intercommunity Health
Network – Coordinated Care
Organization*

Arden J. Olson
Harrang Long Gary Rudnick PC 360 East
10th Avenue, Suite 300
Eugene, Oregon  97401
E-mail:  arden.j.olson@harrang.com

*Attorney for Willamette Valley Community
Health, LLC*

Gregory A. Chaimov
Christopher F. McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland Oregon   97201
E-mail:  gregchaimov@dwt.com
E-mail:  chrismccracken@dwt.com

*Attorneys for Non-Party Health Share of
Oregon*

Eric A. Lindenauer
Garvey Schubert Baer
121 SW Morrison Street, 11th Floor
Portland, Oregon   97204
E-mail:  elindenauer@gsblaw.com

*Attorney for PacificSource Community
Solutions*

Peter F. Stoloff
Peter F. Stoloff PC
5285 Meadows Road, Suite 235 Lake
Oswego, Oregon  97035
E-mail:  pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care
Organization*

by the following indicated method or methods on the date set forth below:

☒        **CM/ECF system transmission.**

DATED this 30th day of March, 2018.

*s/ Frank V. Langfitt*
Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com

*Of Attorneys for Eastern Oregon
Coordinated Care Organization, LLC*

Page 2 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204