Verified Correct Copy of Original 9/27/2017.

IN THE CIRCUIT COURT OF STATE OF OREGON
FOR MARION COUNTY

FAMILYCARE, INC., an Oregon non-profit
corporation,

                Plaintiff,

    v.

OREGON HEALTH AUTHORITY, an agency
of the State of Oregon,

                Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 17CV09226

ORDER GRANTING INTERVENTION

This matter came before the court for oral argument on September 21, 2017 on Non-Parties' Motion to Intervene. The court reviewed the pleadings and heard oral argument. Now, therefore, it is hereby ORDERED that;

Non-Parties Motion to Intervene is GRANTED for the limited purpose of entering an appropriate form of protective order and for hearing Non-Parties' objections to defendant's production of documents under ORCP 36. The court will review proposed forms of protective order and hear oral argument on Non-Parties' ORCP 36 objections on September 28, 2017 at 1:00 pm.

DATED this 27th day of September, 2017.

_____
Honorable Sean E. Armstrong
Circuit Court Judge

Order prepared by Court

1 – ORDER

Exhibit 1
Page 1 of 1