

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW

U.S. Bancorp Tower
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97201

503.224.5858
503.224.0155

**Frank V. Langfitt**
frank.langfitt@millernash.com
503.205.2425 direct line

October 25, 2017

**VIA E-MAIL**
*elleanor.chin@doj.state.or.us*

*dallasdeluca@mhgm.com*

Ms. Elleanor H. Chin
DOJ Trial Division Civil Litigation Section
100 SW Market Street
Portland, Oregon 97201

Mr. Dallas DeLuca
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, Oregon 97204

Subject:    *FamilyCare, Inc. v. Oregon Health Authority*
            Marion County Circuit Court Case No. 17CV09226

Dear Ms. Chin and Mr. DeLuca:

    With this correspondence, I am providing Eastern Oregon CCO's ("Eastern Oregon") designations of confidential documents. I have used the spreadsheet provided by Ms. Chin with 13 categories of documents. Also, I have added a 14th category for OHA or Optumas documents that have incorporated confidential information into new documents.

    The form of applicable Protective Order will be the form entered as a result of the Court hearing of October 19, 2017.

    Please let me know if you have questions or concerns about Eastern Oregon's designations. Thank you.

Very truly yours,

Frank V. Langfitt

Attachment
cc:  All Counsel (via e-mail)

Portland, OR
Seattle, WA
Vancouver, WA
Long Beach, CA

MILLERNASH.COM

4823-9217-7746.1

**Exhibit 4**
**Page 1 of 4**

[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]

REVISED September 22, 2017    CCO - Eastern Oregon CCO (October 23, 2017)

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (Form of PO to be entered pursuant to Court Order of 10/19/2017) | Notes |
|---|---|---|---|---|---|---|
| 1. CCO Rate of Growth Tool | YES | NO | | | Produce all, including all tabs and hidden tabs. | Designate all Attorney Eyes Only (AEO) |
| 2. Exhibit L – all | YES | | | | Produce all | AEO designations for reports L13, L14, L15, l16, L17, L17.1, L17.2, L18, L18.1, L19 & Scratch Sheet |
| 3. Supplement Rate Templates | YES[1] | NO | | | Produce all | Designate all AEO |
| 4. Claims and Encounter data submissions to the state | YES | NO | | | Produce all | Designate all AEO |
| 5. State enrollment data including premiums paid | YES | NO | | | Okay to Produce. | Designate all AEO |
| 6. MLR Template | YES | NO | | | Produce all | Designate all AEO |
| 7. Audited Financials | YES | ?? | | | Already public | |
| 8. Actuarial Opinions | YES | NO | | | Produce to the extent opinions | Designate all AEO |

[1] FCI specifies this category extends to "all bid template files and subsequent versions of bid template files submitted for rate development using 2013-2015 base data, including all narrative information

REVISED September 22, 2017

[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]
CCO - Eastern Oregon CCO (October 23, 2017)

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (Form of PO to be entered pursuant to Court Order of 10/19/2017) | Notes |
|---|---|---|---|---|---|---|
| | | | | | have been expressed | |
| 9. SNRG Reconciliation | YES | NO | | | Produce | Designate all AEO |
| 10. SB 231 Primary Care template | YES | NO | | | Produce | Designate all AEO |
| 11. Any records or detail data that would identify prescription drug prices or rates | YES[2] | NO | | | Produce | Designate all AEO |
| 12. Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | YES[3] | NO | | | Produce | Designate all AEO |
| 13. [additional category not described by CCOs] – identified by plaintiffs on 9/20 "Regional Rate Models and | YES | Need CCO position on this category | | | Blinded version okay to produce without PO. | Non-blinded version and files regarding Professional Reimbursement to be |

[2] FCI is NOT seeking "provider-level information", i.e., not seeking information about particular rates of payment to particular providers
[3] See comment on No.11

JUSTICE-#8495850-v2-FamilyCare_9226_DISC_Ind_CCO_Disc_Worksheet 4819-4025-9665 v.1.docx

REVISED September 22, 2017

[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]
CCO - Eastern Oregon CCO (October 23, 2017)

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (Form of PO to be entered pursuant to Court Order of 10/19/2017) | Notes |
|---|---|---|---|---|---|---|
| supporting exhibits for the Southwestern, Northwestern and Eastern Oregon Regions" | | | | | | Designate all AEO |
| 14. OHA/Optumas materials/exhibits developed that are specific to Eastern Oregon CCO | | | | | Produce to the extent related to rate setting. | All materials/exhibits that include, incorporate or comment upon the AEO designated documents described above, including payment rate development summaries, redetermination factors, and PMPM and risk score summaries be designated all AEO |