Joel P. Leonard, OSB No. 960810
Sonia A. Montalbano, OSB No. 97082
ELLIOTT, OSTRANDER & PRESTON, PC
707 SW Washington, Suite 1500
Portland, OR  97205
Telephone (503) 224-9867
Fax (503) 224-7819
joel@eoplaw.com
sonia@eoplaw.com
Attorneys for Schramm Health Partners, LLC


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, and agency of the State of Oregon, <br>         Plaintiff, <br>    v. <br> FAMILYCARE, INC., and Oregon non-profit corporation, <br>         Defendant. | Case No.  3:18-cv-0212-MO (LEAD) <br> Case No.  6:18-cv-00296-MO <br><br><br> APPEARANCE OF COUNSEL |
| FAMILYCARE, INC., an Oregon non-profit corporation, <br>         Plaintiff, <br>    v. <br> OREGON HEALTH AUTHORITY, and agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, <br><br>         Defendants. | |

To: The Clerk and all Parties of record:


1 | NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Schramm Health Partners, LLC, dba, Optumas ("Optumas").

DATED: July 11, 2017

ELLIOTT, OSTRANDER & PRESTON, P.C.


By s/ Sonia A. Montalbano_____
Sonia A. Montalbano, OSB No. 97082
Joel P.Leonard, OSB No. 960810
Elliott, Ostrander & Preston, P.C.
sonia@eoplaw.com
joel@eoplaw.com
Tel: (503) 224-7112
Fax: (5030 224-7819

2 | NOTICE OF APPEARANCE

**CERTIFICATE OF SERVICE**

I hereby certify that I served the attached **NOTICE OF APPEARANCE**

on:

Amanda J. Beane
Perkins Coie, LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
abeane@perkinscoie.com

Gregory A. Chaimov
Davis Wright Tremaine, LLP
1300 SW Fifth Avenue
Suite 2400
Portland, OR 97201-5630
gregorychaimov@dwt.com

Matthew P. Gordon
Perkins Coie, LLP (Seattle)
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
MGordon@perkinscoie.com

Jeffrey D. Hern
Schwabe, Williamson & Wyatt
1211 SW 5th Ave
Ste. 1600
Portland, OR 97204
jhern@schwabe.com

Thomas R. Johnson
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
TRJohnson@perkinscoie.com

Alletta S. Brenner
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
abrenner@perkinscoie.com

Stephen F. English
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
senglish@perkinscoie.com

Renata Gowie
U.S. Attorney's Office District of Oregon
1000 SW Third Ave, Suite 600
Portland, OR 97204
renata.gowie@usdoj.gov

Nicholas H. Hesterberg
Perkins Coie, LLP (Seattle)
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
nhesterberg@perkinscoie.com

Elizabeth C. Knight
Dunn Carney Allen Higgins & Tongue, LLP
851 SW Sixth Avenue
Suite 1500
Portland, OR 97204-1357
eknight@dunncarney.com

Vivek A. Kothari
Markowitz Herbold PC
1211 SW 5th Ave
Suite 3000
Portland, OR 97204
vivekkothari@markowitzherbold.com

Daniel P. Larsen
Ater Wynne, LLP
1331 NW Lovejoy Street
Suite 900
Portland, OR 97209-3280
dpl@aterwynne.com

Arden J. Olson
Harrang Long Gary Rudnick, PC (Eugene)
360 E.10th Avenue
Suite 300
Eugene, OR 97401-3273
arden.j.olson@harrang.com

Brian M. Parrott
Brian M. Parrott LLC
851 SW Sixth Avenue
Suite 1500
Portland, OR 97204
brian@bparrott-law.com

Brian P. Samuelson
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
bsamuelson@perkinscoie.com

Anna Sortun
Tonkon Torp LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204-2099
anna.sortun@tonkon.com

Frank V. Langfitt
Miller Nash Graham & Dunn LLP
111 SW Fifth Avenue
Suite 3400
Portland, OR 97204
frank.langfitt@millernash.com

Eric A. Lindenauer
Garvey Schubert Barer
121 SW Morrison Street
11th Floor
Portland, OR 97204
elindenauer@gsblaw.com

Douglas R. Pahl
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
dpahl@perkinscoie.com

Laura R. Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
LauraSalerno@MarkowitzHerbold.com

Carla Scott
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
carla.a.scott@doj.state.or.us

Renee R. Stineman
Oregon Department of Justice
Trial Division
100 SW Market Street
Portland, OR 97201
renee.stineman@doj.state.or.us

4 | NOTICE OF APPEARANCE

Peter F. Stoloff
Peter F. Stoloff, P.C.
5285 Meadows Road
Suite 235
Lake Oswego, OR 97035
pstoloff@peterstoloff-law.com

B. Scott Whipple
Whipple Law Office, LLC
1675 SW Marlow Avenue
Suite 201
Portland, OR 97225
scott@whipplelawoffice.com

Harry B. Wilson
Markowitz Herbold PC
1211 SW 5th Ave
Suite 3000
Portland, OR 97204
harrywilson@markowitzherbold.com

[ ]    by mailing to said attorney(s) a full and correct copy thereof, contained in a sealed
       envelope, with postage paid, addressed to said attorney(s) as stated above and deposited
       at the United States Post Office at Portland, Oregon.

[ ]    by hand delivering to said attorney(s) a true copy thereof.

[ ]    by faxing to said attorney(s) a true copy thereof.

[X]    by emailing to said attorney(s) a true copy thereof.  (Pursuant to LR 5-11, interrogatories,
       requests for production, or requests for admission were emailed in Word or WordPerfect
       format, not in PDF, unless otherwise agreed to by the parties.)

[ ]    by electronic filing with the District Court's CM/ECF system.  The CM/ECF system
       generated Notice of Electronic Filing constitutes proof of service upon a filing user in
       accordance with Fed. R. Civ. P. 5(d).

       Dated this 6th of July, 2018

                                    ELLIOTT, OSTRANDER & PRESTON, P.C.


                                    By: s/ Sonia Montalbano
                                    Sonia A. Montalbano, OSB No. 97082
                                    Joel P. Leonard, OSB No. 960810
                                    Of Attorneys for Schramm Health Partners, LLC

5 | NOTICE OF APPEARANCE