**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon
Health Authority, an agency of the State of Oregon, and
Patrick Allen, both individually and in his official capacity
as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                          Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                        Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

///

///

**PAGE 1 – DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

**L.R. 7-1 COMPLIANCE**

The undersigned counsel for defendants Oregon Health Authority ("OHA") and Patrick Allen has conferred with counsel for FamilyCare, Inc. ("FamilyCare") and Lynne Saxton and FamilyCare and Ms. Saxton do not oppose this motion to file under seal.

**MOTION**

Pursuant to the protective orders issued in this case, defendants move this Court for an order permitting the following document, which contains information Optumas designated as "confidential," to be filed under seal:

- Defendants Oregon Health Authority and Patrick Allen's Motion to Amend Protective Orders.

**MEMORANDUM**

This request is made pursuant to the Protective Orders in this case, which were signed on November 1, 2017 and January 17, 2018.  Those orders require the sealing of filings if the filings contain portions of documents or other material designated "confidential." Defendants Oregon Health Authority and Patrick Allen's Motion to Amend the Protective Orders describes documents and material that Optumas has designated "confidential." Accordingly, pursuant to the Protective Orders, defendants Motion to Amend the Protective Orders must be filed under seal.

**CONCLUSION**

Defendants respectfully request that the Court grant this motion and enter an order permitting defendants' Motion to Amend Protective Orders to be filed under seal.

DATED this 16th day of July, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


By:    */s/ Harry B. Wilson*
David B. Markowitz, OSB No. 742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB No. 003054

**PAGE 2 – DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB No. 903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB No. 077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB No. 076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for
Defendants Oregon Health Authority,
an agency of the State of Oregon, and
Patrick Allen, both individually and in
his official capacity as director of the
Oregon Health Authority*

**PAGE 3 – DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK
ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS
UNDER SEAL**