**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

       Special Assistant Attorneys General for Defendants Oregon
       Health Authority, an agency of the State of Oregon, and
       Patrick Allen, both individually and in his official capacity
       as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                        Plaintiff,<br><br>       v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                      Defendants. | Case No. 6:18-cv-00296-MO<br><br>**ORDER GRANTING DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>**Pursuant to L.R. 26-4(c)** |

       Defendants Oregon Health Authority ("OHA") and Patrick Allen's unopposed motion for

leave to file documents under seal is hereby granted, and it is ordered that the following

document may be filed under seal:

**1 – ORDER GRANTING DEFENDANTS OREGON HEALTH AUTHORITY AND
    PATRICK ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS
    UNDER SEAL**

- Defendants Oregon Health Authority and Patrick Allen's Motion to Amend Protective Orders.

Although those documents are to be excluded from the public case file, the clerk need not exclude the names of the documents from the electronic docket.  The following people are allowed to review, inspect and photocopy the sealed documents noted above: FamilyCare's authorized representatives including counsel of record, Oregon Health Authority's authorized representatives including counsel of record, Patrick Allen's authorized representatives including counsel of record, Lynne Saxton's authorized representatives including counsel of record, the court, and its staff.

Dated this ___ day of July, 2018.

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

*/s/ Harry B. Wilson*

_____
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Markowitz Herbold PC
Suite 3000 Pacwest Center
1211 SW Fifth Ave.
Portland, Or  97204
Tel:  (503) 295-3085
Fax: (503) 323-9105
*Special Assistant Attorney General for Defendants Oregon Health
Authority, an agency of the State of Oregon, and Patrick
Allen, both individually and in his official capacity as
director of the Oregon Health Authority*

**2 – ORDER GRANTING DEFENDANTS OREGON HEALTH AUTHORITY AND
PATRICK ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS
UNDER SEAL**