Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Matthew P. Gordon, *pro hac vice*
MGordon@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>        Defendants. | No. 6:18−cv−00296−MO<br><br>**DECLARATION OF LAURA F. SEGAL IN SUPPORT OF FAMILYCARE, INC.'S MOTION TO DISMISS OREGON HEALTH AUTHORITY'S FIRST COUNTERCLAIM** |

I, Laura F. Segal state as follows:

1.      I am an attorney with the law firm of Perkins Coie LLP, counsel for Plaintiff FamilyCare, Inc., ("FamilyCare"), and I have personal knowledge of the matters stated herein and am competent to testify thereto.

1-    DECLARATION OF LAURA F. SEGAL IN SUPPORT OF FAMILYCARE, INC.'S MOTION TO DISMISS OREGON HEALTH AUTHORITY'S FIRST COUNTERCLAIM

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

2.      Attached as Exhibit A is a true and correct copy of Defendant's Opposition to Plaintiff's Motion to Compel, filed in the Circuit Court of the State of Oregon, Marion County on August 11, 2017.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED:  July 16, 2018

s/ Laura F. Segal
Laura F. Segal

2-  DECLARATION OF LAURA F. SEGAL IN
SUPPORT OF FAMILYCARE, INC.'S MOTION TO
DISMISS OREGON HEALTH AUTHORITY'S
FIRST COUNTERCLAIM

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222