**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

      Special Assistant Attorneys General for Defendants Oregon
      Health Authority, an agency of the State of Oregon, and
      Patrick Allen, both individually and in his official capacity
      as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                    Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO COMPEL UNDER SEAL** |

**L.R. 7-1 COMPLIANCE**

The undersigned counsel for defendants Oregon Health Authority ("OHA") and

Patrick Allen has conferred with counsel for FamilyCare, Inc. ("FamilyCare") and

FamilyCare does not oppose this motion to file under seal.

PAGE 1 – DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK
        ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO
        COMPEL UNDER SEAL

## MOTION

Pursuant to the protective orders issued in this case, defendants move this Court for an order permitting the following documents, which contain information FamilyCare designated as "Confidential," to be filed under seal:

- Defendants Patrick Allen and Oregon Health Authority's Motion to Compel Production of General Ledgers; and

- FamilyCare, Inc.'s Trial Balance, attached as an exhibit to a declaration in support of Defendants Patrick Allen and Oregon Health Authority's Motion to Compel Production of General Ledgers.

## MEMORANDUM

This request is made pursuant to the protective orders in this case, which were signed on November 1, 2017 and January 17, 2018.  These orders allow for the sealing of documents if a party designates those documents as "Confidential."  Allen and OHA's forthcoming motion to compel discusses FamilyCare's 2016 trial balance, a financial record that FamilyCare has designated "Confidential" in discovery.

## CONCLUSION

Accordingly, defendants respectfully request that the Court grant this motion and enter an order permitting defendants' Motion to Compel Production of General Ledgers and the supporting exhibit described above, to be filed under seal.

DATED this 18th day of July, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


By:    */s/ Harry B. Wilson*
David B. Markowitz, OSB No. 742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB No. 003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB No. 903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB No. 077214


**PAGE 2 – DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO COMPEL UNDER SEAL**

HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB No. 076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority*

**PAGE 3 – DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO COMPEL UNDER SEAL**