**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon
Health Authority, an agency of the State of Oregon, and
Patrick Allen, both individually and in his official capacity
as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**<br><br>**LR 7-2(b)(1)** |

**LOCAL RULE 7-1 CERTIFICATION**

The undersigned counsel for defendants Oregon Health Authority ("OHA") and Patrick

Allen has conferred with counsel for FamilyCare, Inc. ("FamilyCare") and FamilyCare does not

oppose this motion to file memorandum in excess of page limit.

///

**Page 1 -  OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**

**MOTION**

Defendants OHA and Allen respectfully move this Court for leave to file a brief in excess of the 35-page limit prescribed by LR 7-2.  Specifically, defendants OHA and Allen seek leave to file an approximately 45-page memorandum in support of their Motion for Summary Judgment.  The grounds for this request to exceed the standard 35-page limit are set forth below.

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**

OHA requires a modest increase in the page limit for summary judgment motions to move against FamilyCare's lengthy complaint alleging eleven distinct claims for relief.  The facts alleged in the complaint span several years of the parties' contracting history, and include allegations regarding three separate agreements, conduct by two different OHA directors, and rate-setting calculations over four different rate years.  Through discovery in this case, the parties have exchanged or received over a million pages of documents and conducted seventeen depositions, with several additional depositions yet to come.  Marshalling this lengthy record to respond to FamilyCare's numerous claims and theories requires an overlength summary judgment brief.

**CONCLUSION**

For the reasons set forth above, defendants OHA and Allen respectfully request that this Court grant this motion.

DATED this 18th day of July, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


By:    */s/ Laura Salerno Owens*
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB #903712
ReneeRothauge@Markowitzherbold.com


**Page 2 -   OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**

Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
*Special Assistant Attorneys General for
Defendants Oregon Health Authority, an
agency of the State of Oregon, and Patrick
Allen, both individually and in his official
capacity as director of the Oregon Health
Authority*

**Page 3 -   OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR LEAVE
TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**