**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                           Plaintiff,<br><br>      v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                        Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |

## L.R. 7-1 COMPLIANCE

Counsel for defendants Oregon Health Authority ("OHA") and Patrick Allen has conferred with counsel for FamilyCare, Inc. ("FamilyCare").  FamilyCare does not oppose this motion to file under seal.

**PAGE 1 – DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION UNDER SEAL**

## MOTION

Pursuant to the protective orders issued in this case, defendants move this Court for an order permitting the following documents, which contain information FamilyCare designated "Confidential," to be filed under seal:

- Defendants Oregon Health Authority and Patrick Allen's Motion for Summary Judgment; and

- The following documents, attached to a declaration in support of Defendants Oregon Health Authority and Patrick Allen's Motion for Summary Judgment.

| | |
|---|---|
| • | November 8, 2017 email from Michael Whitbeck to Terry Brown |
| • | December 29, 2017 email from Saane Pongi to Bill Guest |

## MEMORANDUM

This request is made pursuant to the protective orders in this case, which were signed on November 1, 2017 and January 17, 2018.  These orders allow for the sealing of documents if a party designates those documents as "Confidential."  Defendants' forthcoming motion for summary judgment discusses and attaches FamilyCare's communications with providers, which FamilyCare designated "Confidential" in discovery.

## CONCLUSION

Accordingly, defendants respectfully request that the Court grant this motion and enter an order permitting defendants' Motion for Summary Judgment and the supporting exhibits described above, to be filed under seal.

DATED this 18th day of July, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


By:    */s/ Laura Salerno Owens*

David B. Markowitz, OSB No. 742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB No. 003054

**PAGE 2 – DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S UNOPPOSED MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION UNDER SEAL**

MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB No. 903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB No. 077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB No. 076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for
Defendants Oregon Health Authority,
an agency of the State of Oregon, and
Patrick Allen, both individually and in
his official capacity as director of the
Oregon Health Authority*