**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
MERSEREAU SHANNON LLP
111 SW Columbia Street, Suite 1100
Portland, Oregon 97201-5865
Telephone: 503.226.6400
Facsimile: 503.226.0383

      Of Attorneys for Defendant
      Lynne Saxton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**,<br><br>      Defendants. | Case Nos.  6:18-cv-00296-MO<br><br>DEFENDANT LYNNE SAXTON'S MOTIONS FOR EXTENSION OF CASE MANAGEMENT AND DISCOVERY DEADLINES<br><br>*ORAL ARGUMENT REQUESTED* |

**CERTIFICATE OF CONFERRAL**

Pursuant to LR 7-1, defendant Lynne Saxton has conferred with counsel for FamilyCare, Inc. ("FamilyCare") and the Oregon Health Authority ("OHA") over the within motion to extend deadlines.  As Ms. Saxton understands their respective positions regarding her motions, OHA does not oppose the requests, provided the extensions apply to defendant Saxton only.  In turn, counsel for FamilyCare advises that it is willing to extend the applicable deadlines as to Ms. Saxton, but only for shorter periods of time.  Otherwise, FamilyCare opposes Ms. Saxton's

PAGE 1 -    MOTIONS FOR EXTENSION OF CASE MANAGEMENT AND DISCOVERY DEADLINES

motions to extend.

## **MOTION**

Defendant Lynne Saxton respectfully moves the court for the following extensions of certain current case management and discovery deadlines in this matter:

(1) Extending the dispositive motion filing deadline applicable to Ms. Saxton by 120 days to November 19, 2018;

(2) Extending the discovery cutoff deadline applicable to Ms. Saxton 120 days to November 28, 2018; and

(3) Extending Ms. Saxton's response deadline to FamilyCare's first set of discovery requests by 30 days to August 29, 2018.

This is the first request for an extension of the case management and discovery deadlines by Ms. Saxton in this case.  This motion is based on the declaration of counsel filed herewith and the complete court file herein.

DATED: July 19, 2018.

MERSEREAU SHANNON LLP


_____s/ Peter R. Mersereau_____
**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
503.226.6400
Of Attorneys for Defendant
Lynne Saxton


PAGE 2 -    MOTIONS FOR EXTENSION OF CASE MANAGEMENT AND DISCOVERY DEADLINES