**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

  Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION FOR A PROTECTIVE ORDER RE FAMILYCARE'S NOTICE OF VIDEOTAPED DEPOSITION OF OREGON HEALTH AUTHORITY** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

**Page 1 -**  **DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION FOR A PROTECTIVE ORDER RE FAMILYCARE'S NOTICE OF VIDEOTAPED DEPOSITION OF OREGON HEALTH AUTHORITY**

I, Laura Salerno Owens, declare:

1.    I am a Special Assistant Attorney General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | July 3, 2018 Notice of Videotaped Deposition of Oregon Health Authority |
| 2 | January 12, 2017 Letter from Alletta Brenner to Laura Salerno Owens |
| 3 | April 20, 2018 Letter from Matt Levin to Nathan Morales |
| 4 | May 2, 2018 Letter from Nathan Morales to Matt Levin |
| 5 | Chart outlining topics and Oregon Health Authority's objections |
| 6 | July 19, 2018 Amended Notice of Videotaped Deposition of Oregon Health Authority |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 19th day of July, 2018.

*s/ Laura Salerno Owens*
Laura Salerno Owens, OSB #076230

FAMIOR\755396

**Page 2 -    DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION FOR A PROTECTIVE ORDER RE FAMILYCARE'S NOTICE OF VIDEOTAPED DEPOSITION OF OREGON HEALTH AUTHORITY**