Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Matthew P. Gordon, *pro hac vice*
MGordon@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | No. 6:18−cv−00296−MO<br><br>NOTICE OF VIDEOTAPED DEPOSITION OF OREGON HEALTH AUTHORITY<br><br>FRCP 30(b)(6) |

**TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), FamilyCare, Inc. will take the sworn deposition of one or more representatives of the Oregon Health Authority ("OHA"), at 9:00 am, on July 27 and 30, 2018, at the offices of Markowitz Herbold PC, 1211 S.W. Fifth Avenue, Suite 3000, Portland, OR 97204. The deposition will be taken before an officer authorized by law to administer oaths.  The testimony will be recorded by stenographic

1-    NOTICE OF VIDEOTAPED DEPOSITION OF
       OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 1 - Salerno Owens Decl.
Page 1 of 14

means and videotaped.  The examination shall continue from day to day thereafter until completed.

Pursuant to FRCP 30(b)(6), OHA shall designate at least three days before the deposition the name or names of one or more officers, directors, managing agents, or other persons who consent to testify on Oregon Health Authority's behalf and setting forth, for each person that OHA designates, the matters on which such person will testify from the subjects listed below. Pursuant to the Rule, such persons "must testify about information known or reasonably available to," Oregon Health Authority.

For the purposes of the deposition topics below, "OHA" means the Oregon Health Authority and Schramm Health Partners (dba "Optumas"), to the extent such information is reasonably available to OHA.  "Rate setting" or "rate development" includes all aspects of the rate-setting process, including the process and requirements for setting capitation rates in accordance with standards specified by CMS and generally accepted actuarial principles and practices.

## DEPOSITION TOPICS

The matters on which OHA must testify are as follows:

Topic 1: OHA's development of the capitation rates for rate years 2017 and 2018 for the Coordinated Care Organizations that contract with OHA to serve Oregon Health Plan members, including to the extent such development is informed by historical processes, practices or policies adopted prior to development of the 2017 capitation rates, or changes in processes, practices or policies used in development of the 2017 capitation rates from those used in rate development prior to 2017.  "Development of the capitation rates" includes all aspects of the rate-setting process, including the process and requirements for setting capitation rates in accordance with standards specified by CMS and generally accepted actuarial principles and practices

2-   NOTICE OF VIDEOTAPED DEPOSITION OF
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 1 - Salerno Owens Decl.
Page 2 of 14

Topic 2: The actuarial review of Oregon's Medicaid capitation rate development methodology dated November 30, 2017 that was prepared by Lewis and Ellis.

Topic 3: The regulatory review of Oregon's Medicaid capitation rate development methodology dated November 30, 2017 that was prepared by Manatt, Phelps and Phillips.

Topic 4: All of OHA's written "communications plans" from January 1, 2015 to present, related to the Oregon Health Plan, rate-setting, and any Coordinated Care Organizations in Oregon, including, but not limited to, FamilyCare.

Topic 5: Information known or reasonably available to OHA concerning its settlement agreement with FamilyCare entered into on May 22, 2016, including but not limited to, the terms of that agreement, the parties' reasonable contractual expectations, and OHA's performance of its contractual obligations under the agreement.

Topic 6: Information known or reasonably available to OHA concerning its Dispute Resolution Agreement with FamilyCare, executed on December 30, 2016, including but not limited to, the terms of that agreement, the parties' reasonable contractual expectations, and OHA's performance of its contractual obligations under the agreement.

Topic 7: OHA's "lobbying" efforts (as defined under ORS 171.725) from January 1, 2015 to present, in the Oregon legislature in connection with Oregon's Medicaid program and the individual Coordinated Care Organizations that contract with OHA as part of Oregon's Medicaid program.

Topic 8: For January 1, 2015 to present, the 3.4% rate of growth target in Oregon's Section 1115(a) waiver with CMS as it relates to the administration of Oregon's Medicaid

3- NOTICE OF VIDEOTAPED DEPOSITION OF
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

program; all budgetary, policy, and rate-setting decisions made by OHA in connection with that target; which includes, but is not limited to, the setting of Oregon's Medicaid capitation rates, the availability of state and federal funds to pay those rates, the policies that inform the rate-setting process, and the performance of the Coordinated Care Organizations that serve Oregon's Medicaid program.

Topic 9: All policy or discretionary decisions made by OHA related to the rates for 2017 and 2018 rate years (including, to the extent such rate setting is informed by historical processes, practices or policies, policies or discretionary decisions developed during rate setting for 2015 or 2016, or that were materially different than prior years), in connection with OHA's setting of Medicaid capitation rates that had any material impact on the rates for Coordinated Care Organizations for those rate years, including, but not limited to, OHA's policy or discretionary decisions relating to the calculation of an individual Coordinated Care Organizations "implied rate of growth" and OHA's decision to use a particular dataset or methodology in creating those rates.

Topic 10: OHA's treatment of sub-capitated entities and payment arrangements, including but not limited to, in its Medicaid rate-setting process and associated policies.  For purposes of this topic, "sub-capitated entities and payment arrangements" refers to OHA's policies and practices relating to Coordinated Care Organizations that contract with OHA and are sub-capitated in structure, and includes subcapitation arrangements between entities that are related by virtue of common ownership and/or control.

Topic 11: OHA's communications with CMS in connection with: Oregon's Medicaid program; any Coordinated Care Organization that contracts with the Oregon Health Authority to

4- NOTICE OF VIDEOTAPED DEPOSITION OF OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

serve members of the Oregon Health Plan; the capitation rates for rate years 2015 to present; concerns about quality of care at FamilyCare or Health Share; under or over payments to CCOs; marketing and enrollment; the Medical Loss Ratio (MLR) and its role in rate-setting; the minimum MLR imposed by OHA on Coordinated Care Organizations and the remittance for any MLR reporting period when the MLR for the MLR reporting period did not meet the minimum MLR; regulations or other guidance concerning rate-setting; the 3.4% target rate of growth; and Oregon's Section 1115 Medicaid Demonstration waiver.

Topic 12: OHA's provision of information to the Oregon legislature about Oregon's Medicaid program, either through public testimony or in-person meetings, from January 1, 2015 to present, including, but not limited to information relating to: OHA policy decisions about the program, its funding and administration, the performance of the program overall, and the performance of the Coordinated Care Organizations that contract with OHA to serve Oregon Health Plan members.

Topic 13: OHA's decision to hire, and to continue to retain, Schramm Health Partners (dba "Optumas") to perform work related to the development of Oregon's Medicaid capitation rates and for other purposes.

Topic 14: OHA's internal processes for requesting, receiving, compiling, and maintaining data collected from Coordinated Care Organizations for the setting of Oregon's Medicaid Capitation Rates for rate years 2017 and 2018, (including to the extent such rate setting is informed by historical practices or policies, processes developed during rate setting for 2015 or 2016, or that are materially different than prior years).

5-    NOTICE OF VIDEOTAPED DEPOSITION OF
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Topic 15: OHA's internal collection, processing and management of enrollment and eligibility data for the Oregon Health Plan, including, but not limited to: assignment of OHP members to CCOs; the tracking of enrollment and eligibility changes over time; reconciliation of enrollment and eligibility data over time; OHA's processes for performing enrollment and eligibility re-determinations, and OHA's internal management of assigning, tracking, reconciling, correcting and adjusting the Program Eligibility Resource Code (PERC) for each individual Medicaid recipient in the Oregon Health Plan.

Topic 16: The impact of any enrollment and/or eligibility errors on the Medicaid capitations rates paid to Oregon Coordinated Care Organizations for rate years 2015 to present, and any actions considered or planned to re-determine rates or otherwise compensate those Organizations for amounts they may have been underpaid as a result of those errors.

Topic 17: OHA's process and methodology for determining the "Preliminary Rate Redetermination Analysis" provided to Oregon Coordinated Care Organizations on December 29, 2017, including but not limited to, data and materials considered by OHA in reaching its conclusions stated in the Preliminary Redetermination Analysis.

Topic 18: The 2018 Medicaid capitation rate amendment, the one-month version of that amendment, and the personal services agreement that FamilyCare entered into with OHA in December 2017, including but not limited to, the terms of these agreements, OHA's policy and discretionary decisions relating to these agreements and OHA's communications with FamilyCare regarding these agreements.

Topic 19: The terms of OHA's contracts with Optumas.

6- NOTICE OF VIDEOTAPED DEPOSITION OF
OREGON HEALTH AUTHORITY

Topic 20: OHA's process and efforts to review, approve, and pay bills submitted by Optumas to the State for work performed under its contract.

Topic 21: OHA's oversight and supervision of Optumas's performance of its contractual obligations to OHA, including but not limited to its compliance with federal law governing the development of Medicaid capitation rates.

Topic 22: All communications made and actions taken related to Stephen English's June 4, 2018 letter to David Markowitz regarding Optumas Billing Irregularities.

Topic 23: OHA's efforts to collect, preserve, and recover electronic communications, including text messages and instant-message conversations (whether via Skype or a different platform), of relevance or potential relevance to this litigation.

Topic 24: OHA's goals, policies and programs relating to the provision of primary care medical services to Oregon Health Plan members, the impacts of greater investment in primary care, and OHA's analysis, if any, of the effect of such investments by any individual Coordinated Care Organization on other types of medical expenditures by that organization.

Topic 25: OHA's goals, policies and programs relating to reducing the amount of inpatient hospital and emergency room services utilized by Oregon Health Plan members, and OHA's analysis, if any, of the utilization of such services by the members of any individual Coordinated Care Organization on other types of medical expenditures by that organization.

Topic 26: OHA's goals, policies and programs relating to the concept of the "global budget" as defined in ORS 414.025(11).

7-    NOTICE OF VIDEOTAPED DEPOSITION OF
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Topic 27: OHA's policies and practices relating to actual or potential conflicts of interest.

Topic 28: OHA's development and implementation of all public relations strategies and plans in connection with Oregon's Medicaid program or any Coordinated Care Organization, including but not limited to OHA's communications with any newspaper reporter regarding Oregon's Medicaid program or any Coordinated Care Organization.

Topic 29: The information on which OHA relied in setting Medicaid capitation rates for Coordinated Care Organizations for rate years 2017 and 2018, (including, to the extent such rate setting is informed by historical practices or policies, information relied on in rate setting for 2015 or 2016, or information that was materially different than prior years).

Topic 30: OHA's Quarterly Legislative Reports concerning the Oregon Medicaid Program from 2015 to present, including but not limited to: OHA's preparation and internal review of the contents of those reports, the factual basis for that content, those reports dissemination to the legislature and general public, and feedback received by OHA in response.

Topic 31: OHA's annual Primary Care Spending Reports from 2015 to present, including but not limited to: OHA's preparation and internal review of the contents of those reports, the factual basis for that content, those reports dissemination to the legislature and general public, and feedback received by OHA in response.

Topic 32: OHA's quality metrics measurements and the performance of individual Coordinated Care Organizations under those metrics since 2015.

8- NOTICE OF VIDEOTAPED DEPOSITION OF
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Topic 33: Any analyses OHA has conducted from January 1, 2015 to present relating to FamilyCare's business model and business practices in relation to whether the Medicaid Capitation rates account for all reasonable, appropriate, and attainable costs.

Topic 34:  The circumstances of Lynne Saxton's resignation and Patrick Allen's appointment, including the reason Lynne Saxton, Varsha Chauhan, BethAnne Darby, Courtney Crowell, and Mark Fairbanks left the Oregon Health Authority.

Topic 35: Any analyses OHA has conducted from January 1, 2015 to present regarding the profits of any Coordinated Care Organization, including related party profits.

Topic 36: Any analyses OHA has conducted from January 1, 2015 to present regarding any over or under payments made from OHA to any Coordinated Care Organization, and OHA's communications with CMS regarding any such over or under payments.

Topic 37: OHA's process for review and analysis of CCO financial submissions to OHA. "Financial submissions" include but not are not limited to Exhibit L documents and Minimum Medical Loss Ratio templates.

Topic 38: Any analyses or study OHA has conducted from January 1, 2015 to present regarding CCO members with HIV/AIDS and/or other high-risk members at any CCO (including any comparison of care for such members between CCOs), and OHA's communications with CCOs or CMS about such members or member care.

Topic 39:  Any issue resolution process OHA has created to ensure that OHA leadership is aware of, understands the scope of, and implements effective resolutions to ongoing and emerging issues.

9- NOTICE OF VIDEOTAPED DEPOSITION OF
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Topic 40: OHA's policy for determining whether CCO financial information, including but not limited to financial submissions to OHA such as Exhibit L documents and Minimum Medical Loss Ratio templates, should be treated as proprietary or trade secret information that is withheld from public disclosure.

Topic 41: All facts and evidence supporting OHA's contention that it is entitled to recoup any money it previously paid FamilyCare, as asserted in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 42: All facts and evidence supporting OHA's contention that FamilyCare is estopped from seeking relief in its Fourth, Seventh, Eighth, and Eleventh Claims for Relief, as asserted in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 43:  All facts and evidence supporting OHA's contention that FamilyCare is precluded from seeking relief in its Seventh and Eighth Claims for Relief under the doctrine of waiver, as asserted in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 44:  All facts and evidence supporting OHA's contention that FamilyCare's First, Fourth, and Eleventh Claims for Relief are barred in whole or in part because the Settlement Agreement included a release of claims, as asserted in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 45:  All facts and evidence supporting OHA's contention that FamilyCare's First Claim for Relief is bared in whole or in part by the doctrine of unclean hands, as asserted in

10-  NOTICE OF VIDEOTAPED DEPOSITION OF
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 46: All facts and evidence supporting OHA's contention that FamilyCare's Fourth Claim for Relief and its claims for injunctive and prospective relief are moot, as asserted in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 47: All facts and evidence supporting OHA's contention that FamilyCare's Fourth and Eleventh Claims for Relief, and other claims to the extent they seek relief for rates that are allegedly actuarially unsound, are barred in whole or in part because FamilyCare failed to exhaust its administrative remedies under federal law, as asserted in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 48: All facts and evidence supporting OHA's contention that FamilyCare's claims are barred in whole or in part by the doctrines of sovereign immunity; discretionary immunity; qualified privilege; and absolute privilege, as asserted in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 49: All facts and evidence supporting OHA's contention that FamilyCare's Seventh and Eighth Claims for Relief are barred in part by the doctrine of accord and satisfaction, as asserted in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 50: All facts and evidence supporting OHA's contention that FamilyCare's Seventh and Eighth Claims for Relief are barred in part by substituted contract, as asserted in

11-   NOTICE OF VIDEOTAPED DEPOSITION OF
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 1 - Salerno Owens Decl.
Page 11 of 14

OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 51: All facts and evidence supporting OHA's contentions that FamilyCare's Seventh and Eighth Claims for Relief are barred in whole or in part because: (a) the Dispute Resolution Agreement is unenforceable because the terms FamilyCare is seeking to enforce, among others, are not sufficiently definite to determine the parties' intent; (b) FamilyCare materially breached the Dispute Resolution Agreement; and (c) FamilyCare failed to satisfy a condition precedent under the Dispute Resolution Agreement, as asserted in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 52: All facts and evidence supporting OHA's contention that its liabilities on all of FamilyCare's claims are limited to the extent of the limitation of liability provisions set forth in Exhibit D, § 11 of the parties' Health Plan Services Contract, signed December 6, 2013, as asserted in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 53: All facts and evidence supporting OHA's contention that FamilyCare failed to properly mitigate its economic damages, as asserted in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 54: All facts and evidence supporting OHA's contentions that FamilyCare's damages for its tort claims are limited to $115,800 under ORS 30.273; FamilyCare's damages for breach of the Settlement Agreement are limited to the Settlement Credit; and FamilyCare may not recover damages for its claims under the Oregon Administrative Procedures Act,

12- NOTICE OF VIDEOTAPED DEPOSITION OF
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

pursuant to ORS 183.486, as asserted in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

Topic 55: All facts and evidence supporting OHA's contention that FamilyCare's damages are not cognizable in whole or in part because of FamilyCare's status as a tax-exempt, charitable, public benefit nonprofit CCO governed by state and federal statutes regarding CCOs, tax-exempt, charitable, public benefit nonprofit organizations and Medicaid, as asserted in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

DATED: July 3, 2018                          **PERKINS COIE LLP**

By: *s/ Brian Samuelson*
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Matthew P. Gordon, *pro hac vice*
MGordon@perkinscoie.com
Alletta S. Brenner
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for FamilyCare, Inc.*

13- NOTICE OF VIDEOTAPED DEPOSITION OF
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 1 - Salerno Owens Decl.
Page 13 of 14

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2018, I served the foregoing **NOTICE OF**

**VIDEOTAPED DEPOSITION OF OREGON HEALTH AUTHORITY** on the following:

David B. Markowitz
Matthew A. Levin
Renée E. Rothauge
Dallas DeLuca
Harry B. Wilson
Laura Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
DavidMarkowitz@MarkowitzHerbold.com
MattLevin@MarkowitzHerbold.com
ReneeRothauge@Markowitzherbold.com
DallasDeLuca@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
Docket@MarkowitzHerbold.com


*Attorneys for Oregon Health Authority*

Peter R. Mersereau
Beth Plass
Mersereau Shannon LLP
111 SW Columbia St, Ste 1100
Portland, OR  97201
PMersereau@mershanlaw.com
Bplass@mershanlaw.com


*Attorney for Lynne Saxton*

| X | by **email** |
| X | by **mail** |

DATED:  July 3, 2018

**PERKINS COIE LLP**

By: *s/ Brian Samuelson*

Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for FamilyCare, Inc.*

1-   CERTIFICATE OF SERVICE