# PERKINSCOIe

1120 NW Couch Street
10th Floor
Portland, OR 97209-4128

**T** +1.503.727.2000
**F** +1.503.727.2222
PerkinsCoie.com

January 12, 2017

Alletta S. Brenner
ABrenner@perkinscoie.com
D.   +1.503.727.2076
F.   +1.503.727.2222

**VIA EMAIL ONLY**

Laura Salerno-Owens
1211 SW Fifth Ave., Ste 3000
Portland, OR 97204
laurasalerno@markowitzherbold.com

**Re:     FamilyCare, Inc. v. Oregon Health Authority**
**Marion County Circuit Court Case No. 17CV09226**

Dear Laura:

Listed below are the preliminary topics for FamilyCare's depositions of Oregon Health Authority and Optumas under ORCP 39(c)(6).  Please note that as previously agreed, these topics are not final.  Rather, given that document discovery is not complete and that both parties have served discovery requests that remain outstanding, it is likely that further topics will need to be added as discovery progresses.  That is particularly so, given the substantial number of documents still to be produced by Optumas, including over 1,000 spreadsheets relating to the rate-setting process and over 60,000 emails.  In providing this preliminary list, FamilyCare does not waive any rights and specifically  reserves the right to supplement or otherwise modify these topics at a later date

**Topics for Oregon Health Authority**

1.      OHA's process and methodology for setting capitation rates for the Coordinated Care Organizations that contract with OHA to serve Oregon Health Plan members.

2.      The actuarial review of Oregon's Medicaid capitation rate development methodology dated November 30, 2017 that was prepared by Lewis and Ellis on.

3.      The regulatory review of  Oregon's Medicaid capitation rate development methodology November 30, 2017 that was prepared by Manatt, Phelps and Phillips.

4.      All OHA "communications plans" related to the Oregon Health Plan, rate-setting, and any coordinated care organizations in Oregon, including but not limited to FamilyCare.

5.      OHA's settlement agreement with FamilyCare entered into on May 22, 2016.

138154123.1

Ex. 2 - Salerno Owens Decl.
Page 1 of 3

Laura Salerno-Owens
January 12, 2017
Page 2

6.    OHA's Dispute Resolution Agreement with FamilyCare, executed on December 30, 2016.

7.    OHA's lobbying efforts in the Oregon legislature in connection to Oregon's Medicaid program and any of the individual coordinated care organizations that contract with OHA as part of that program.

8.    The 3.4% rate of growth target in Oregon's Section 1115(a) waiver with CMS and all budgetary, policy, and rate-setting decisions made by OHA in connection with that target.

9.    Other policy decisions made by OHA as part of its rate-setting processes for calendar years 2015-2018.

10.    OHA's treatment of sub-capitated entities and payment arrangements, including but not limited to, in its Medicaid rate-setting process and associated policies.

11.    OHA's communications with CMS.

**Topics for Optumas**

1.    All work performed by Optumas for or on behalf of OHA.

2.    Optumas's contractual relationship with OHA.

3.    Optumas's communications with OHA.

4.    Optumas's communications with Manatt, Phelps and Phillips.

5.    Optumas's communications with Lewis &Ellis.

6.    Optumas's communications with CMS, either directly, or as part of any communications between OHA and CMS.

7.    The methodology used by Optumas in setting OHA's capitation-rates for the Oregon Medicaid program for calendar years 2015-2018.

8.    Optumas's involvement in OHA's settlement agreement with FamilyCare, entered into on May 22, 2016.

9.    Optumas's involvement in OHA's Dispute Resolution Agreement with FamilyCare, executed on December 30, 2016.

138154123.1
Perkins Coie LLP

Laura Salerno-Owens
January 12, 2017
Page 3

10.    Optumas's involvement with any communication plan or public relations campaign of OHA.

11.    Optumas's involvement with any lobbying activities directed at the Oregon legislature, including any meetings with legislators.

12.    Any analyses performed by Optumas of sub-capitated entities and payment arrangements utilized by coordinated care organizations in Oregon.

Very truly yours,

Alletta Brenner

ASB
cc:    Doug Pahl
       Matthew A. Levin
       Brittany Simpson

138154123.1
Perkins Coie LLP