| 3-Jul | 19-Jul | Text of Topic | Reason moving against | Explanation |
|---|---|---|---|---|
| 20 | 19 | "OHA's process and efforts to review, approve, and pay bills submitted by Optumas to the State for work performed under its contract."<br><br>The July 19, 2018 Notice merged this topic with the topic below | - Not relevant to any claim or defense<br>- Unduly burdensome<br>- Not proportionate to the needs of the case | Information regarding OHA's process for reviewing bills will not support any of FamilyCare's claims or refute any of OHA's defenses. Even if FamilyCare could show a small benefit from inquiring on this topic, discovery on this topic is not proportionate to the needs of the case: There has already been extensive discovery including hundreds of thousands of documents in discovery and multiple depositions. This topic is also unduly burdensome: FamilyCare has already deposed Chelsea Guest, who administered Optumas' contracts. Additionally, duplicative discovery needlessly wastes resources and is inconsistent with FRCP 1. |
| 21 | 19 | "OHA's oversight and supervision of Optumas's performance of its contractual obligations to OHA, including but not limited to its compliance with federal law governing the development of Medicaid capitation rates."<br><br>The July 19, 2018 Notice merged this topic with the topic above | - Not relevant to any claim or defense<br>- Unduly burdensome<br>- Not proportionate to the needs of the case | Information regarding OHA's process for reviewing bills will not support any of FamilyCare's claims or refute any of OHA's defenses. Even if FamilyCare could show a small benefit from inquiring on this topic, discovery on this topic is not proportionate to the needs of the case: There has already been extensive discovery including hundreds of thousands of documents in discovery and multiple depositions. This topic is also unduly burdensome: FamilyCare has already deposed Chelsea Guest, who administered Optumas' contracts. Additionally, duplicative discovery needlessly wastes resources and is inconsistent with FRCP 1. |
| 22 | 20 | "All communications made and actions taken related to Stephen English's June 4, 2018 letter to David Markowitz regarding Optumas Billing Irregularities." | - Not relevant to any claim or defense<br>- Calls for privileged information | Information regarding OHA's response to Mr. English's letter is irrelevant to the claims and defenses in this case. There is little if any non-privileged information responsive to this request. |

| 3-Jul | 19-Jul | Text of Topic | Reason moving against | Explanation |
|---|---|---|---|---|
| 24 | 22 | "OHA's goals, policies and programs relating to the provision of primary care medical services to Oregon Health Plan members, the impacts of greater investment in primary care, and OHA's analysis, if any, of the effect of such investments by any individual Coordinated Care Organization on other types of medical expenditures by that organization." | - Not relevant to any claim or defense<br>- Overbroad<br>- Ambiguous<br>- Not proportional | This topic is overbroad and ambiguous.  First, "OHA's goals, policies and programs relating to the provision of primary care" is overbroad.  It is impossible to determine the outer bound of this topic, as it covers a huge swath of OHA's business.  It fails to provide "painstaking specificity" as required by Rule 30.  *Adidas Am., Inc. v. TRB Acquisitions LLC* , 324 F.R.D. 389, 395 (D. Or. 2017).  In addition, it contains no limitation as to time.  There is no practical way to prepare a witness on this topic.  Furthermore, the topic seeks discovery on subjects not relevant to any claim or defense: OHA's policies regarding primary care are not at issue in this case. Furthermore, FamilyCare can obtain this discovery through documents produced in discovery and publicly available on OHA's website. |
| 25 | 23 | "OHA's goals, policies and programs relating to reducing the amount of inpatient hospital and emergency room services utilized by Oregon Health Plan members, and OHA's analysis, if any, of the utilization of such services by the members of any individual Coordinated Care Organization on other types of medical expenditures by that organization." | - Not relevant to any claim or defense<br>- Overbroad<br>- Ambiguous<br>- Not proportional | This topic is overbroad and ambiguous.  First, "OHA's goals, policies and programs relating to reducing the amount of inpatient hospital and emergency room services" is overbroad and ambiguous because the outer bound of this topic cannot be determined, and it fails to provide "painstaking specificity" as required by Rule 30.  Adidas Am., Inc. v. TRB Acquisitions LLC, 324 F.R.D. 389, 395 (D. Or. 2017).  In addition, this topic is overbroad because it contains no limitation as to time. There is no practical way to prepare a witness on this topic.  Furthermore, the topic seeks discovery on subjects not relevant to any claim or defense: OHA's policies regarding inpatient and emergency room services are not at issue in this case. Furthermore, FamilyCare can obtain this discovery through documents produced in discovery and publicly available on OHA's website. |

| 3-Jul | 19-Jul | Text of Topic | Reason moving against | Explanation |
|---|---|---|---|---|
| 26 | 24 | "OHA's goals, policies and programs relating to the concept of the "global budget" as defined in ORS 414.025(11)." | - Not relevant to any claim or defense<br>- Overbroad<br>- Ambiguous<br>- Not proportional | This topic is overbroad and ambiguous.  First, "OHA's goals, policies and programs relating to the concept of the 'global budget'" is overbroad and ambiguous because the outer bound of this topic cannot be determined, and it fails to provide "painstaking specificity" as required by Rule 30.  Adidas Am., Inc. v. TRB Acquisitions LLC, 324 F.R.D. 389, 395 (D. Or. 2017).  The topic is not relevant to any claim or defense because global budgets are not at issue in this case. The topic is overbroad because even if small portions of this topic are relevant, the topic is not tailored to the needs of this case. In addition, this topic is overbroad because it contains no limitation as to time. |
| 27 | 25 | "OHA's policies and practices relating to actual or potential conflicts of interest." | - Not relevant to any claim or defense<br>- Overbroad<br>- Ambiguous<br>- Not proportional | This topic is overbroad and ambiguous.  First, "OHA's goals, policies and programs relating to actual or potential conflicts of interest'" is overbroad and ambiguous because the outer bound of this topic cannot be determined, and it fails to provide "painstaking specificity" as required by Rule 30.  Adidas Am., Inc. v. TRB Acquisitions LLC, 324 F.R.D. 389, 395 (D. Or. 2017).  In addition, this topic is overbroad because it contains no limitation as to time.  OHA's policies on conflicts of interest are not at issue in this case.  FamilyCare has already obtained discovery on this topic in individual depositions.  Additional discovery is not proportional. |
| 30 | 27 | "OHA's Quarterly Legislative Reports concerning the Oregon Medicaid Program from 2015 to present, including but not limited to: OHA's preparation and internal review of the contents of those reports, the factual basis for that content, those reports dissemination to the legislature and general public, and feedback received by OHA in response." | - Not relevant to any claim or defense<br>- Overbroad<br>- Ambiguous<br>- Not proportional | This topic is not relevant to any claim or defense: OHA's reports to the legislature are not at issue in this case.  This topic is unduly burdensome, overbroad, and ambiguous. The vast majority of the contents of such reports have no relevance to the issues in this case; this topic would force OHA to prepare a witness to testify about countless matters with no relevance to the case. This topic is not proportional to the needs of the case: FamilyCare can obtain copies of the reports in document discovery. |

| 3-Jul | 19-Jul | Text of Topic | Reason moving against | Explanation |
|---|---|---|---|---|
| 31 | 27 | "OHA's annual Primary Care Spending Reports from 2015 to present, including but not limited to: OHA's preparation and internal review of the contents of those reports, the factual basis for that content, those reports dissemination to the legislature and general public, and feedback received by OHA in response." | - Not relevant to any claim or defense<br>- Overbroad<br>- Ambiguous<br>- Not proportional | This topic is not relevant to any claim or defense: OHA's primary care spending reports are not at issue in this case. This topic is unduly burdensome, overbroad, and ambiguous. The vast majority of the contents of such reports have no relevance to the issues in this case; the reports cover a huge range of topics and involve examinations of private insurance and insurance contractors that have no relevance in this case. This topic would force OHA to prepare a witness to testify about countless matters with no relevance to the case. This topic is not proportional to the needs of the case: FamilyCare can obtain copies of the reports in document discovery. |
| 32 | 29 | "OHA's quality metrics measurements and the performance of individual Coordinated Care Organizations under those metrics since 2015." | - Not relevant to any claim or defense<br>- Overbroad<br>- Ambiguous<br>- Not proportional | This topic is not relevant to any claim or defense: Quality metric measurements are not at issue in this case. This topic is overbroad, unduly burdensome, and not proportional: Even if some portion of this topic is relevant, the topic is not tailored to identify how it is relevant and the topic is not limited in any manner to the issues in this case. FamilyCare can obtain discovery on this topic through document discovery or in individual depositions. |
| 34 | 31 | "The circumstances of Lynne Saxton's resignation and Patrick Allen's appointment, including the reason Lynne Saxton, Varsha Chauhan, BethAnne Darby, Courtney Crowell, and Mark Fairbanks left the Oregon Health Authority." | - Not proportional | OHA objects to this topic to the extent it seeks discovery regarding Varsha Chauhan, BethAnne Darby, Courtney Crowell, and Mark Fairbanks. FamilyCare has already obtained discovery from the Director of OHA regarding those individuals. Additional discovery on the topic is not proportional to the needs of the case. OHA will produce a witness to testify regarding Lynne Saxton. |
| 35 | 32 | "Any analyses OHA has conducted from January 1, 2015 to present regarding the profits of any Coordinated Care Organization, including related party profits." | - Not relevant to any claim or defense<br>- Ambiguous<br>- Overbroad<br>- Not proportional | This topic has no relevance to the claims or defenses in this case. OHA's analysis of other CCOs' profitability is not at issue in this case. The topic is ambiguous: many CCOs, including FamilyCare, are non-profits. This topic is overbroad and not proportional to the needs of the case: FamilyCare can obtain discovery on this topic through document discovery or in depositions of OHA's outside actuaries. |

| 3-Jul | 19-Jul | Text of Topic | Reason moving against | Explanation |
|---|---|---|---|---|
| 36 | 33 | "Any analyses OHA has conducted from January 1, 2015 to present regarding any over or under payments made from OHA to any Coordinated Care Organization, and OHA's communications with CMS regarding any such over or under payments." | - Ambiguous<br>- Overbroad<br>- Not proportional | This topic is overbroad and not proportional: The vast majority of OHA's analyses are not relevant to the claims and defenses in this case; this litigation is not an invitation to FamilyCare to conduct unlimited discovery into OHA's work. The topic is ambiguous: the word "analyses" is undefined and unlimited. |
| 37 | 34 | "OHA's process for review and analysis of CCO financial submissions to OHA. "Financial submissions" include but not are not limited to Exhibit L documents and Minimum Medical Loss Ratio templates." | - Ambiguous<br>- Overbroad<br>- Not proportional | This topic is overbroad and not proportional: CCOs make many "financial submissions" to OHA; the vast majority of those have no bearing on the claims and defenses in this case. This litigation is not an invitation to FamilyCare to conduct unlimited discovery into OHA's work. The topic is ambiguous: "financial submissions" is unlimited and undefined. |
| 41-55 | 38 | Topics calling for "all facts and evidence" supporting OHA's affirmative defenses and counterclaims.<br><br>These are topics 41-55 in the July 3 Notice; they are combined into a single topic, topic 38, in the July 19 Notice. | - Unduly burdensome<br>- Not proportionate to the needs of the case<br>- Overbroad<br>- Attorney work-product | These topics are inappropriate for the reasons identified in Section V of OHA's Motion for a Protective Order. |