Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Matthew P. Gordon, *pro hac vice*
MGordon@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | No. 6:18−cv−00296−MO<br><br>AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF OREGON HEALTH AUTHORITY<br><br>FRCP 30(b)(6) |

**TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), FamilyCare, Inc. will take the sworn deposition of one or more representatives of the Oregon Health Authority ("OHA"), at 9:00 am, on August 2 and 3, 2018, at the offices of Markowitz Herbold PC, 1211 S.W. Fifth Avenue, Suite 3000, Portland, OR 97204. The deposition will be taken before an officer authorized by law to administer oaths.  The testimony will be recorded by stenographic

1-    AMENDED NOTICE OF VIDEOTAPED
       DEPOSITION OF OREGON HEALTH
       AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 6 - Salerno Owens Decl.
Page 1 of 10

means and videotaped.  The examination shall continue from day to day thereafter until completed.

Pursuant to FRCP 30(b)(6), OHA shall designate at least three days before the deposition the name or names of one or more officers, directors, managing agents, or other persons who consent to testify on Oregon Health Authority's behalf and setting forth, for each person that OHA designates, the matters on which such person will testify from the subjects listed below. Pursuant to the Rule, such persons "must testify about information known or reasonably available to," Oregon Health Authority.

For the purposes of the deposition topics below, "OHA" means the Oregon Health Authority and Schramm Health Partners (dba "Optumas"), to the extent such information is reasonably available to OHA.  "Rate setting" or "rate development" includes all aspects of the rate-setting process, including the process and requirements for setting capitation rates in accordance with standards specified by CMS and generally accepted actuarial principles and practices.

## DEPOSITION TOPICS

The matters on which OHA must testify are as follows:

Topic 1: OHA's development of the capitation rates for rate years 2017 and 2018 for the Coordinated Care Organizations that contract with OHA to serve Oregon Health Plan members, from January 1, 2015.  "Development of the capitation rates" includes all aspects of the rate-setting process, including the process and requirements for setting capitation rates in accordance with standards specified by CMS and generally accepted actuarial principles and practices

Topic 2: The actuarial review of Oregon's Medicaid capitation rate development methodology dated November 30, 2017 that was prepared by Lewis and Ellis.

2-  AMENDED NOTICE OF VIDEOTAPED
DEPOSITION OF OREGON HEALTH
AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 6 - Salerno Owens Decl.
Page 2 of 10

Topic 3: The regulatory review of Oregon's Medicaid capitation rate development methodology dated November 30, 2017 that was prepared by Manatt, Phelps and Phillips.

Topic 4: All of OHA's written "communications plans" from January 1, 2015 to present, relating to FamilyCare or any issue raised in this litigation.

Topic 5: Information known or reasonably available to OHA concerning its settlement agreement with FamilyCare entered into on May 22, 2016, including but not limited to, the terms of that agreement, the parties' reasonable contractual expectations, and OHA's performance of its contractual obligations under the agreement.

Topic 6: Information known or reasonably available to OHA concerning its Dispute Resolution Agreement with FamilyCare, executed on December 30, 2016, including but not limited to, the terms of that agreement, the parties' reasonable contractual expectations, and OHA's performance of its contractual obligations under the agreement.

Topic 7: OHA's efforts from January 1, 2015 to present related FamilyCare or to any issues raised in this litigation to: influence, or attempt to influence, legislative action through oral or written communication with legislative officials; solicit executive officials or other persons to influence or attempt to influence legislative action; or attempt to obtain the goodwill of legislative officials.

Topic 8: For January 1, 2015 to present, the calculation of the 3.4% rate of growth target and the calculation and reporting of trend reduction targets under Oregon's Section 1115(a) waiver with CMS, and how they relate to, are used in, or effect Medicaid rate setting, and the impact on federal funding resulting from failure to meet trend reduction targets.

3-    AMENDED NOTICE OF VIDEOTAPED
      DEPOSITION OF OREGON HEALTH
      AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Topic 9: All policy or discretionary decisions made by OHA related to the rates for 2017 and 2018 rate years (including, to the extent such rate setting is informed by historical processes, practices or policies, policies or discretionary decisions developed during rate setting for 2015 or 2016, or that were materially different than prior years), in connection with OHA's setting of Medicaid capitation rates that had any material impact on the rates for Coordinated Care Organizations for those rate years, including, but not limited to, OHA's policy or discretionary decisions relating to the calculation of an individual Coordinated Care Organizations "implied rate of growth" and OHA's decision to use a particular dataset or methodology in creating those rates.

Topic 10: OHA's treatment of sub-capitated entities and payment arrangements related to its capitation rate setting for Coordinated Care Organizations from January 1, 2015 to present. For purposes of this topic, "sub-capitated entities and payment arrangements" refers to OHA's policies and practices relating to Coordinated Care Organizations that contract with OHA and are sub-capitated in structure, and includes subcapitation arrangements between entities that are related by virtue of common ownership and/or control.

Topic 11: OHA's communications with CMS relating to FamilyCare or any issue relating to this litigation.

Topic 12: OHA's provision of information to the Oregon legislature about Oregon's Medicaid program, either through public testimony or in-person meetings, from January 1, 2015 to present related to any issue in this litigation.

4-   AMENDED NOTICE OF VIDEOTAPED
     DEPOSITION OF OREGON HEALTH
     AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Topic 13: OHA's decision to hire, and to continue to retain, Schramm Health Partners (dba "Optumas") to perform work related to the development of Oregon's Medicaid capitation rates and for other purposes.

Topic 14: OHA's internal processes for requesting, receiving, compiling, and maintaining data collected from Coordinated Care Organizations for the setting of Oregon's Medicaid Capitation Rates for rate years 2017 and 2018, (including to the extent such rate setting is informed by historical practices or policies, processes developed during rate setting for 2015 or 2016, or that are materially different than prior years).

Topic 15: OHA's policy, procedure and practices related to enrollment and eligibility for the Oregon Health Plan from January 1, 2015 to present.

Topic 16: The impact of any enrollment and/or eligibility errors on the Medicaid capitations rates paid to Oregon Coordinated Care Organizations for rate years 2015 to present, and any actions considered or planned to re-determine rates or otherwise compensate those Organizations for amounts they may have been underpaid as a result of those errors.

Topic 17: OHA's process and methodology for determining the "Preliminary Rate Redetermination Analysis" provided to Oregon Coordinated Care Organizations on December 29, 2017, including but not limited to, data and materials considered by OHA in reaching its conclusions stated in the Preliminary Redetermination Analysis.

Topic 18: The Health Plan Services Contract -- Coordinated Care Organization Contract between Oregon Health Authority and FamilyCare, Inc. effective January 1, 2017 and all amendments thereto, and the Personal/Professional Services Contract (contract no. 156471)

5- AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

between the Oregon Health Authority and FamilyCare including but not limited to, the terms of these agreements, OHA's policy and discretionary decisions relating to these agreements and OHA's communications with FamilyCare regarding these agreements.

Topic 19: OHA's process and efforts to review, approve, and pay bills submitted by Optumas to the State for work performed under its contract, and OHA's oversight and supervision of Optumas's performance of its contractual obligations to OHA, including but not limited to its compliance with federal law governing the development of Medicaid capitation rates.

Topic 20: All communications made and actions taken related to Stephen English's June 4, 2018 letter to David Markowitz regarding Optumas Billing Irregularities.

Topic 21: OHA's efforts to collect, preserve, and recover electronic communications, including text messages and instant-message conversations (whether via Skype or a different platform), of relevance or potential relevance to this litigation.

Topic 22: OHA's goals, policies and programs relating to the provision of primary care medical services to Oregon Health Plan members, the impacts of greater investment in primary care, and OHA's analysis, if any, of the effect of such investments by any individual Coordinated Care Organization on other types of medical expenditures by that organization.

Topic 23: OHA's goals, policies and programs relating to reducing the amount of inpatient hospital and emergency room services utilized by Oregon Health Plan members, and OHA's analysis, if any, of the utilization of such services by the members of any individual Coordinated Care Organization on other types of medical expenditures by that organization.

6- AMENDED NOTICE OF VIDEOTAPED
DEPOSITION OF OREGON HEALTH
AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Topic 24: OHA's goals, policies and programs relating to the concept of the "global budget" as defined in ORS 414.025(11).

Topic 25: OHA's policies and practices relating to actual or potential conflicts of interest.

Topic 26: OHA's development and implementation of all public relations strategies and plans relating to any issue in this litigation.

Topic 27: OHA's Quarterly Legislative Reports concerning the Oregon Medicaid Program from 2015 to present, including but not limited to: OHA's preparation and internal review of the contents of those reports, the factual basis for that content, those reports dissemination to the legislature and general public, and feedback received by OHA in response.

Topic 28: OHA's annual Primary Care Spending Reports from 2015 to present, including but not limited to: OHA's preparation and internal review of the contents of those reports, the factual basis for that content, those reports dissemination to the legislature and general public, and feedback received by OHA in response.

Topic 29: OHA's quality metrics measurements and the performance of individual Coordinated Care Organizations under those metrics since 2015.

Topic 30: Any analyses OHA has conducted from January 1, 2015 to present relating to FamilyCare's business model and business practices in relation to whether the Medicaid Capitation rates account for all reasonable, appropriate, and attainable costs.

7-  AMENDED NOTICE OF VIDEOTAPED
    DEPOSITION OF OREGON HEALTH
    AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 6 - Salerno Owens Decl.
Page 7 of 10

Topic 31:  The circumstances of Lynne Saxton's resignation and Patrick Allen's appointment, including the reason Lynne Saxton, Varsha Chauhan, BethAnne Darby, Courtney Crowell, and Mark Fairbanks left the Oregon Health Authority.

Topic 32: Any analyses OHA has conducted from January 1, 2015 to present regarding the profits of any Coordinated Care Organization, including related party profits.

Topic 33: Any analyses OHA has conducted from January 1, 2015 to present regarding any over or under payments made from OHA to any Coordinated Care Organization, and OHA's communications with CMS regarding any such over or under payments.

Topic 34: OHA's process for review and analysis of CCO financial submissions to OHA. "Financial submissions" include but not are not limited to Exhibit L documents and Minimum Medical Loss Ratio templates.

Topic 35: Any analyses or study OHA has conducted from January 1, 2015 to present regarding CCO members with HIV/AIDS and/or other high-risk members at any CCO (including any comparison of care for such members between CCOs), and OHA's communications with CCOs or CMS about such members or member care.

Topic 36:  Any issue resolution process referred to on OHA's "Medicaid Issues Resolution" webpage, available at https://www.oregon.gov/oha/HSD/OHP/Pages/Medicaid-Issues-Resolution.aspx.

Topic 37: OHA's policy for determining whether CCO financial information, including but not limited to financial submissions to OHA such as Exhibit L documents and Minimum

8-    AMENDED NOTICE OF VIDEOTAPED
      DEPOSITION OF OREGON HEALTH
      AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Medical Loss Ratio templates, should be treated as proprietary or trade secret information that is withheld from public disclosure.

Topic 38: The factual information and source of such information supporting OHA's affirmative defenses and counterclaim in OHA's Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018, paragraphs 162-210.

DATED: July 19, 2018                                **PERKINS COIE LLP**

By: *s/ Brian Samuelson*
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Matthew P. Gordon, *pro hac vice*
MGordon@perkinscoie.com
Alletta S. Brenner
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for FamilyCare, Inc.*

9- AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 6 - Salerno Owens Decl.
Page 9 of 10

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2018, I served the foregoing **AMENDED NOTICE OF**

**VIDEOTAPED DEPOSITION OF OREGON HEALTH AUTHORITY** on the following:

David B. Markowitz
Matthew A. Levin
Renée E. Rothauge
Dallas DeLuca
Harry B. Wilson
Laura Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
DavidMarkowitz@MarkowitzHerbold.com
MattLevin@MarkowitzHerbold.com
ReneeRothauge@Markowitzherbold.com
DallasDeLuca@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
Docket@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

Peter R. Mersereau
Beth Plass
Mersereau Shannon LLP
111 SW Columbia St, Ste 1100
Portland, OR 97201
PMersereau@mershanlaw.com
Bplass@mershanlaw.com

*Attorney for Lynne Saxton*

| X | by **email** |

| X | by **mail** |

DATED: July 19, 2018

**PERKINS COIE LLP**

By: *s/ Brian Samuelson*

Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for FamilyCare, Inc.*

1- CERTIFICATE OF SERVICE