**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon
Health Authority, an agency of the State of Oregon, and
Patrick Allen, both individually and in his official
capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF SERENA MORONES IN SUPPORT OF PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF GENERAL LEDGERS** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

**Page 1 - DECLARATION OF SERENA MORONES IN SUPPORT OF PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF GENERAL LEDGERS**

I, Serena Morones, declare:

1.      I am a Certified Public Accountant at Morones Analytics and an expert for defendants the Oregon Health Authority and Patrick Allen.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.      Determining whether the rates offered to FamilyCare in a given year were sufficient to cover its reasonable operating costs requires inquiry into FamilyCare's actual costs during that year.

3.      In particular, determining the reason for FamilyCare going out of business requires looking to the company's expense structure, including how expenses were categorized and how expenses in each category, or to a particular vendor, varied over time.  The general ledgers provide the most detailed record of expense data, sufficient to analyze the precise nature of FamilyCare's costs.  The general ledgers should contain individual transactions with individual vendors over a specified period.  This level of detail is necessary to analyze trends in costs, to identify unusual or non-recurring costs, and to determine if each cost was indeed a reasonable cost, necessary to the continued operations of the company.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 20th day of July, 2018.

_Serena Morones_
Serena Morones

**Page 2 - DECLARATION OF SERENA MORONES IN SUPPORT OF PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF GENERAL LEDGERS**