**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>               Plaintiff,<br><br>        v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>               Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF BRITTANY M. SIMPSON IN SUPPORT OF PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF GENERAL LEDGER** |

**Page 1 - DECLARATION OF BRITTANY M. SIMPSON IN SUPPORT OF PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF GENERAL LEDGER**

I, Brittany M. Simpson, declare:

1.      I am an attorney at Markowitz Herbold PC, the firm representing Oregon Health Authority ("OHA") in the above referenced matter.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.      Through discovery in this case, FamilyCare, Inc. ("FamilyCare") produced two reports from its general ledger software for the year 2016.  Despite including tens of thousands of rows, each report fit into a single, standard excel spreadsheet.  The reports contained no indication of what filters or limitations were entered to generate them.  These reports appear at Bates Numbers FCI0323200 and FCI0323178 in FamilyCare's production.

3.      In conferral calls after FamilyCare served its written responses to OHA and Allen's Sixth Request for Production, FamilyCare refused to produce its general ledger.

4.      Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | March 23, 2018 Defendant Oregon Health Authority's Sixth Request for Production of Documents to Plaintiff FamilyCare, Inc. |
| 2 | December 31, 2016 FamilyCare, Inc. Trial Balance |
| 3 | April 23, 2018 Plaintiff FamilyCare, Inc.'s Response to Defendant Oregon Health Authority's Sixth Request for Production of Documents |
| 4 | May 17, 2018 Excerpts from Deposition of William Guest |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 20th day of July, 2018.


                                        s/ Brittany M. Simpson
                                        Brittany M. Simpson, OSB #165326



**Page 2 - DECLARATION OF BRITTANY M. SIMPSON IN SUPPORT OF PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF GENERAL LEDGER**