Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Matthew P. Gordon, *pro hac vice*
MGordon@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>    Plaintiff,<br><br> v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>    Defendant.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>    Plaintiff, | No. 3:18−cv−00212−MO (LEAD)<br>No. 6:18-cv-00296-MO<br><br>**PLAINTIFF FAMILYCARE, INC.'S RESPONSE TO DEFENDANT OREGON HEALTH AUTHORITY'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS** |

1-  FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

v.

OREGON HEALTH AUTHORITY, an
agency of the State of Oregon, and
PATRICK ALLEN, both individually and in
his official capacity as director of the Oregon
Health Authority,

Defendants.

Pursuant to FRCP 34, Plaintiff responds to Defendant Oregon Health Authority's ("OHA") Sixth Request for Production of Documents as follows:

**RESERVATION OF RIGHTS**

1.      FamilyCare makes the objections and responses herein (collectively, the "Responses") based on its interpretation and understanding of the Requests and based on its current knowledge, understanding and belief as to the facts and information available to it as of the date of the Responses. If OHA subsequently asserts an interpretation of any Request that differs from FamilyCare's understanding, FamilyCare reserves the right to modify its response. FamilyCare also reserves the right to complete its investigation and discovery of the facts, and to rely at trial or in other proceedings on documents and information in addition to the information provided herein, regardless of whether such information is newly discovered or newly in existence. However, the Responses shall not constitute an admission by FamilyCare that any of the Requests, any of the Responses, or any documents produced in connection therewith, are admissible as evidence in any trial or other proceeding. FamilyCare specifically reserves the right to object on any grounds, at any time, to the admission of any Response or any document produced in connection therewith in any such trial or other proceeding. Also, additional discovery and investigation may lead to additions to, changes in, or modifications of these Responses. Therefore, these Responses are provided without prejudice to FamilyCare's right to revise, amend, correct, supplement, modify or clarify these Responses.

2.      FamilyCare does not waive any objection made in these Responses, nor any claim

2-
139476276.4

FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SIXTH REQUEST FOR
PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

of privilege, whether expressly asserted or not, by providing any information or identifying any document or thing in response to any Request. The inadvertent disclosure of such information, or the inadvertent identification or production of such a document, shall not constitute a waiver of any applicable privilege as to that information, that document or any other information or document identified or produced by FamilyCare. All objections as to privilege, immunity, relevance, authenticity, or admissibility of any information or documents referred to herein are expressly reserved.

3.      The information set forth in these Responses is information available to FamilyCare as of the date of these Responses; however, discovery is ongoing and FamilyCare may discover or develop additional materials or responses as this matter progresses.

**GENERAL OBJECTIONS**

FamilyCare states the following general objections to OHA's Requests, which FamilyCare incorporates as objections to each individual Request, in addition to the individual objections set forth separately below.

1.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information and/or documents FamilyCare is legally or contractually prohibited from providing.

2.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information that is publicly available or that has been previously provided to OHA by FamilyCare and is, therefore, as easily accessible to OHA as it is to FamilyCare.

3.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest privilege, the mediation privilege, and/or any other applicable doctrine of privilege or immunity.

3-      FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

4.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information not relevant to the claims or defenses of any party to this action or are not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefits.

5.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each calls for information or documents that do not exist, that are not in FamilyCare's possession, custody, or control, or that are equally available to OHA.

6.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they are not tailored to the subject matter of this lawsuit, and/or are so overly broad as to be unduly burdensome or oppressive.

7.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each is vague, ambiguous, overly broad, unduly burdensome, unreasonably cumulative or duplicative, or seek documents that are either irrelevant or not reasonably calculated to lead to the discovery of admissible evidence.

8.      FamilyCare objects to the Requests to the extent they seek material containing trade secret, confidential, and/or proprietary information. FamilyCare further objects to the extent the Requests seek disclosure of information FamilyCare is prohibited by contract from disclosing without providing appropriate disclosure and/or ensuring confidentiality designations. The production of any such documents shall be subject to the protective order as agreed to by the parties and accepted by the Court.

9.      FamilyCare objects to the date and location specified in the Requests for the production of documents, and will produce any responsive documents at a time and place as mutually agreed to by FamilyCare and OHA.

4-      FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SIXTH REQUEST FOR
PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

10.    FamilyCare objects to the Definitions of "FamilyCare" and of "OHA" to the extent they include or exclude individuals or entities not otherwise identified in the "Definitions" found within FamilyCare's Requests for Production of Documents to Defendant Oregon Health Authority.

<b><u>RESPONSES TO REQUESTS FOR PRODUCTION</u></b>

**REQUEST FOR PRODUCTION NO. 182:**  All versions of Your employee handbooks from January 1, 2015 through the present.

**RESPONSE:**  FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA, and/or documents protected from disclosure by privilege.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 183:**  All documents reflecting severance payments You provided to or agreed upon with any of Your employees from January 1, 2015 through the present.

**RESPONSE:**  FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for additional responsive documents sufficient to show the amount of severance payments paid to

5-    FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

employees as a result of FamilyCare's shut down of its Medicaid business and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 184:**  All documents reflecting severance agreements You provided to or agreed upon with any of Your employees from January 1, 2015 through the present.

**RESPONSE:**  FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for additional responsive documents sufficient to show severance policies applicable to employees laid off as a result of FamilyCare's shut down of its Medicaid business and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 185:**  All documents related to any damages You allege You have incurred in Your Third Amended Complaint, including but not limited to all calculations of Your damages.

**RESPONSE:**  FamilyCare objects that this request is overbroad and unduly burdensome. FamilyCare further objects that this request seeks financial documents that have been previously provided or produced to OHA, and/or documents protected from disclosure by privilege, including without limitation attorney-client communications and documents prepared in the course of, or in anticipation of, litigation.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any

6-   FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

additional documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 186:**  All documents related to Your expectation that OHA would present annual rate amendments that were reasonable, unbiased, actuarially sound, and free of errors in underlying data and methodology as described in Your Third Amended Complaint, including but not limited to paragraphs 148 through 151.

**RESPONSE:** FamilyCare objects to this request on the ground that it is overbroad and unduly burdensome.  FamilyCare further objects that this request is duplicative of prior Requests for Production and that documents responsive to this request have already been produced.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 187:**  All documents related to legal fees You have incurred on lawsuits and preparation for lawsuits from January 1, 2015 through the present, including but not limited to all bills for legal fees for this Lawsuit.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to the extent this request seeks documents regarding legal fees incurred by FamilyCare on matters unrelated to this action. To the extent that OHA may assert that FamilyCare's expenditures in general are relevant to this case, FamilyCare states that it has already provided detailed financial information showing its expenditures on professional fees since January 1, 2015.

7- FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 3 - Simpson Decl.
Page 7 of 25

**REQUEST FOR PRODUCTION NO. 188:**  All of Your employee organizational charts from January 1, 2015 through the present.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will produce any additional non-privileged documents responsive to this request that are within its custody or control.

**REQUEST FOR PRODUCTION NO. 189:**  All of Your employee directories, including but not limited to telephone and email directories from January 1, 2015 through the present.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will produce non-privileged documents responsive to this request that are within its custody or control.

**REQUEST FOR PRODUCTION NO. 190:**  All documents related to Your negotiation or renegotiation of provider contracts from January 1, 2015 through the present.

**RESPONSE:** FamilyCare objects that this request is overbroad, duplicative of previous discovery requests (for which responsive documents have already been produced), and seeks additional documents that are neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further

8-    FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 3 - Simpson Decl.
Page 8 of 25

objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications.

**REQUEST FOR PRODUCTION NO. 191:**  All documents related to Your premium deficiency reserves from January 1, 2015 through the present, including but not limited to any calculations of Your premium deficiency reserves.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks the production of documents that have been previously provided or produced to OHA.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 192:**  All documents related to work You have done with executive trainers, including but not limited to Karen Carnahan or Carnahan, Smith, and Gunter, Inc.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents that are neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 193:**  All documents related to presentations or materials provided to You or presented to You by Karen Carnahan or Carnahan, Smith, and Gunter, Inc., including but not limited to all PowerPoint presentations.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents that are neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence.

9-    FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SIXTH REQUEST FOR
PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**REQUEST FOR PRODUCTION NO. 194:**  All documents related to payments of any kind from You to Karen Carnahan or Carnahan, Smith, and Gunter, Inc.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents that are neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence.  To the extent that OHA may argue that FamilyCare's expenditures in general are relevant, FamilyCare states that extensive documentation of FamilyCare's finances and expenditures has already been produced to OHA.

**REQUEST FOR PRODUCTION NO. 195:**  All documents related Your donations to the Asian Health and Service Center from January 1, 2015 through the present, including but not limited to copies of all donation checks.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents that are neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence.  To the extent that OHA may argue that FamilyCare's expenditures in general are relevant, FamilyCare states that extensive documentation of FamilyCare's finances and expenditures, including reports detailing the total amount of FamilyCare's annual contributions, has already been produced to OHA.

**REQUEST FOR PRODUCTION NO. 196:**  All documents related to incentive payments You paid to the Asian Health and Service Center from January 1, 2015 through the present, including but not limited to all contracts between You and the Asian Health and Service Center related to incentive payments, the reason incentive payments were paid to the Asian Health and Service Center, and copies of all incentive payments.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents that are neither relevant to the claims or defenses in this action nor reasonably calculated to lead to

10- FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

the discovery of admissible evidence.  To the extent that OHA may argue that FamilyCare's expenditures in general are relevant, FamilyCare states that extensive documentation of FamilyCare's finances, expenditures, and contracts has already been produced to OHA. FamilyCare states further that no additional documents responsive to this request exist because there are no separate incentive payment contracts between FamilyCare and Asian Health and Service Center.

**REQUEST FOR PRODUCTION NO. 197:**  All documents related to any contracts between You and the Asian Health and Service Center, including but not limited to all contracts with the Asian Health and Service Center to provide welcome call and care coordination for Oregon Health Plan members.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents that are neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects that this request seeks the production of documents that have been previously provided or produced to OHA.

**REQUEST FOR PRODUCTION NO. 198:**  All of Your board meeting minutes, including all versions whether or not approved, from January 1, 2015 through the present, including but not limited to board meeting minutes for the Heatherington Foundation and FamilyCare Health.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents that are neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare specifically states that the board meeting minutes for the Heatherington Foundation and FamilyCare Health are not relevant to any claim or defense in this action.  FamilyCare further objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA.

11-    FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for additional documents relating to FamilyCare, Inc. that are responsive to this request and relevant to the claims in this dispute and will produce relevant, non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 199:**  All of Your board committee meeting minutes, including all versions whether or not approved, from January 1, 2015 through the present, including but not limited to board committee meeting minutes for the Heatherington Foundation and FamilyCare Health.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents that are neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare specifically states that the board meeting minutes for the Heatherington Foundation and FamilyCare Health are not relevant to any claim or defense in this action.  FamilyCare further objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for additional documents relating to FamilyCare, Inc. that are responsive to this request and relevant to the claims in this dispute and will produce relevant, non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 200:**  All documents related to Your decision to shut down FamilyCare Health, including but not limited to all communications with Your board members related to FamilyCare Health's closure.

12-

139476276.4

FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents that are neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare specifically states that documents related to the termination of FamilyCare Health's Medicare Advantage contract with CMS and FamilyCare Health's closure are not relevant to any claim or defense in this action. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

**REQUEST FOR PRODUCTION NO. 201:** All documents related to Your decision to shut down FamilyCare, including but not limited to all communications with FamilyCare board members related to FamilyCare's closure.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks the production of documents that have been previously provided or produced to OHA. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional relevant documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 202:** All communications between You and the Department of Consumer and Business Services from January 1, 2015 through the present, including but not limited to all communications related to the closure of FamilyCare or FamilyCare Health.

13-

139476276.4

FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SIXTH REQUEST FOR
PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents that are neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare specifically states that communications related to the termination of FamilyCare Health's Medicare Advantage contract with CMS and FamilyCare Health's closure are not relevant to any claim or defense in this action. FamilyCare further objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for additional documents relating to FamilyCare, Inc. that are responsive to this request and relevant to the claims in this dispute and will produce relevant, non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 203:** All communications between You and The Centers for Medicare and Medicaid Services from January 1, 2015 through the present, including but not limited to all communications related to the closure of FamilyCare or FamilyCare Health.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action. FamilyCare specifically states that documents related to the termination of FamilyCare Health's Medicare Advantage contract with CMS and FamilyCare Health's closure are not relevant to any claim or defense in this action. FamilyCare further objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for additional documents relating to FamilyCare, Inc. that are responsive to this request and relevant

14-   FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

to the claims in this dispute and will produce relevant, non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 204:**  All documents related to the sale or potential sale of FamilyCare Health, including but not limited to all negotiations with anyone related to the sale of FamilyCare Health.

**RESPONSE:**  FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action.  FamilyCare specifically states that documents related to the potential sale of FamilyCare Health are not relevant to any claim or defense in this action.  FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

**REQUEST FOR PRODUCTION NO. 205:**  All documents related to the Personal Services Contract, including but not limited to all documents related to Your negotiations with OHA related to the Personal Services Contract and all documents related to Your decision to sign or accept the Personal Services Contract.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks the production of documents that have been previously provided or produced to OHA.  FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

15-    FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SIXTH REQUEST FOR
PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**REQUEST FOR PRODUCTION NO. 206:**  All documents related to the 30-Day Contract Extension, including but not limited to all documents related to Your negotiations with OHA related to the 30-Day Contract Extension and all documents related to Your decision to sign or accept the 30-Day Contract Extension.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action. FamilyCare further states that this request is duplicative of requests 174, 175, 176 and 178, and objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA.  FamilyCare further objects to this request to the extent it seeks documents protected from disclosure by privilege.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 207:**  All documents related to Your alleged losses or damages relating to or arising from the 30-Day Contract Extension.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA, and/or documents protected from disclosure by privilege.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

16-    FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SIXTH REQUEST FOR
139476276.4    PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 3 - Simpson Decl.
Page 16 of 25

**REQUEST FOR PRODUCTION NO. 208:**  All documents related to Your alleged losses or damages relating to or arising from the rates You received from OHA from January 1, 2015 through the present.

**RESPONSE:**  FamilyCare objects that this request is overbroad and unduly burdensome.  FamilyCare further states that this request is duplicative of request 185, and objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA.  FamilyCare further objects to this request to the extent it seeks documents protected from disclosure by privilege.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 209:**  All documents related to communications between Jack Coleman and either Nick Budnick or any other journalist related to OHA, FamilyCare, or the allegations in the Lawsuit from January 1, 2105 through the present.

**RESPONSE:**  FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action.  FamilyCare further states that this request is duplicative of prior Requests for Production, and objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

17-    FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SIXTH REQUEST FOR
PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 3 - Simpson Decl.
Page 17 of 25

**REQUEST FOR PRODUCTION NO. 210:**  All documents related to Your decision not to accept the 2018 Rate Amendment, including but not limited to all documents related to negotiations with OHA related to the 2018 Rate Amendment.

**RESPONSE:**  FamilyCare objects that this request is overbroad and unduly burdensome. FamilyCare further states that this request is duplicative of prior Requests for Production, and objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA, and/or documents protected from disclosure by privilege.

**REQUEST FOR PRODUCTION NO. 211:**  All documents related to Your intent to start, operate, or consult for another CCO or return FamilyCare to business in the future.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to the extent this request seeks the production of documents protected by privilege, including without limitation attorney-client communications.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for documents responsive to this request and produce non-privileged documents within its custody or control.

**REQUEST FOR PRODUCTION NO. 212:**  All documents related to Your surplus pool of payments made to providers, including but not limited to any payments to providers related to the surplus pool from January 1, 2105 through the present.

**RESPONSE:**  FamilyCare objects that this request is overbroad, unduly burdensome, and seeks the production of documents that have been previously provided or produced to OHA.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any

18- FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

additional documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 213:**  All documents related to business You have done with either any of Your board members or businesses Controlled by Your board members, from January 1, 2015 through the present, including but not limited to all documents related to payments to either any board members or businesses Controlled by Your board members.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents that are neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this request on the ground that extensive documentation of FamilyCare's finances and expenditures, including but not limited to tax returns detailing board member compensation, has already been produced to OHA.

**REQUEST FOR PRODUCTION NO. 214:**  All documents related to Your involvement or relationship with Heatherington Insurance.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents that are neither relevant to the claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 215:**  All documents related to any requirements, guidance or advice You received from anyone related to Your desired levels of surpluses from January 1, 2015 through the present.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects

19-

139476276.4

FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

on the grounds that this request is vague and susceptible of varying interpretations and it is unclear what documents OHA actually seeks.  FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare states that, apart from statutory and contractual requirements, no responsive, non-privileged documents exist.

**REQUEST FOR PRODUCTION NO. 216:**  All documents related to any requirements, guidance, or advice You have received from anyone related to Your desired levels of reserves from January 1, 2015 through the present, including but not limited to premium deficiency reserves.

**RESPONSE:**  FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects on the grounds that this request is vague and susceptible of varying interpretations and it is unclear what documents OHA actually seeks.  FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare states that, apart from statutory and contractual requirements, no responsive, non-privileged documents exist.

**REQUEST FOR PRODUCTION NO. 217:**  All documents related to any requirements, guidance, or advice You have received from anyone related to FamilyCare Health's desired levels of surpluses from January 1, 2015 through the present.

20-    FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SIXTH REQUEST FOR
PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare specifically states that documents related to FamilyCare Health are not relevant to any claim or defense in this action. FamilyCare further objects on the grounds that this request is vague and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further states that this request is duplicative of prior Requests for Production, and objects to this request to the extent that it seeks the production of any privileged documents, including without limitation attorney-client communications.

**REQUEST FOR PRODUCTION NO. 218:** All documents related to any requirements, guidance, or advice You have received from anyone related to FamilyCare Health's desired levels of reserves from January 1, 2015 through the present, including but not limited to premium deficiency reserves.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare specifically states that documents related to FamilyCare Health are not relevant to any claim or defense in this action. FamilyCare further objects on the grounds that this request is vague and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further states that this request is duplicative of prior Requests for Production, and objects to this request to the extent that it seeks the production of any privileged documents, including without limitation attorney-client communications.

**REQUEST FOR PRODUCTION NO. 219:** All documents related to how Your business model resulted in costs savings for the Oregon health care system, including but not limited to any studies You commissioned.

21- FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action. FamilyCare further states that this request is duplicative of prior Requests for Production, and objects to this request to the extent that it seeks the production of any documents protected from disclosure by privilege.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 220:** All of Your general ledgers from January 1, 2015 through the present.

**RESPONSE:** FamilyCare objects that this request is overbroad and unduly burdensome. FamilyCare further objects on the ground that the term "general ledgers" is vague and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. To the extent that "general ledgers" refers to documentation of FamilyCare's "trial balance" sheets, FamilyCare states that this request is duplicative of Prior Requests for Production and that documents responsive to this request have already been produced.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional documents responsive to this request that have come into its custody or control and will produce non-privileged documents to OHA.

**REQUEST FOR PRODUCTION NO. 221:** All of FamilyCare Health's general ledgers from January 1, 2015 through the present.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare specifically states that documents

22-

139476276.4

FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SIXTH REQUEST FOR
PRODUCTION OF DOCUMENTS

related to FamilyCare Health are not relevant to any claim or defense in this action. FamilyCare further objects on the grounds that the term "general ledgers" is vague and susceptible of varying interpretations and it is unclear what documents OHA actually seeks.

**REQUEST FOR PRODUCTION NO. 222:** All documents related to Your intercompany chargebacks or intercompany transactions from January 1, 2015 through the present, including but not limited to all documents related to intercompany transactions or intercompany chargebacks between FamilyCare and FamilyCare Health.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action. FamilyCare specifically states that documents related to FamilyCare Health are not relevant to any claim or defense in this action. FamilyCare further objects to this request to the extent that it seeks documents protected from disclosure by privilege, and/or documents that have been previously produced to OHA.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional documents responsive to this request, and will produce relevant, non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 223:** All documents related to loans from You to FamilyCare Health.

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action. FamilyCare specifically states that documents related to FamilyCare Health are not relevant to any claim or defense in this action.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare states that no responsive documents exist.

23-

139476276.4

FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SIXTH REQUEST FOR
PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**REQUEST FOR PRODUCTION NO. 224:**  All documents related to any monetary support You provided to FamilyCare Health.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare specifically states that documents related to FamilyCare Health are not relevant to any claim or defense in this action.  FamilyCare further objects on the grounds that this request is vague and susceptible of varying interpretations and it is unclear what documents OHA actually seeks.  FamilyCare states that this request is duplicative of Prior Requests for Production and objects on the ground that documents responsive to this request have already been produced.

**REQUEST FOR PRODUCTION NO. 225:**  All documents related to the number of people served by FamilyCare Health.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare specifically states that documents related to FamilyCare Health are not relevant to any claim or defense in this action.  FamilyCare further objects on the ground that this request is vague and susceptible of varying interpretations and it is unclear what documents OHA actually seeks.

24-

FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS

139476276.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 3 - Simpson Decl.
Page 24 of 25

DATED:  April 23, 2018                    **PERKINS COIE LLP**

By: *s/ Matthew J. Mertens*
    Stephen F. English, OSB No. 730843
    SEnglish@perkinscoie.com
    Matthew P. Gordon, *pro hac vice*
    MGordon@perkinscoie.com
    Alletta Brenner, OSB No. 142844
    ABrenner@perkinscoie.com
    Brian P. Samuelson, OSB No. 165476
    BSamuelson@perkinscoie.com
    Perkins Coie LLP
    1120 N.W. Couch Street, 10th Floor
    Portland, OR  97209-4128
    Telephone:  503.727.2000
    Facsimile:  503.727.2222

*Attorneys for Plaintiff FamilyCare, Inc.*

25-

139476276.4

FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SIXTH REQUEST FOR
PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222