**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF PATRICK ALLEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

I, Patrick Allen, declare:

**Page 1 -    DECLARATION OF PATRICK ALLEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1.    I am the director of the Oregon Health Authority and make this declaration in support of Defendants' Motion for Summary Judgment. I have personal knowledge of the matters described below and am competent to testify thereto.

2.    As director of OHA, I did not direct anyone at OHA to take any action or make any decision regarding FamilyCare's 2018 capitation rates in retaliation for FamilyCare's complaints about OHA's rate-setting process, including this lawsuit and previous lawsuits. I did not retaliate, nor direct anyone at OHA to retaliate, based on FamilyCare's proposed policy changes, FamilyCare's concerns about OHA's compliance with state and federal law and system irregularities, or any other FamilyCare complaints. In addition, I am not aware of any employee, contractor, or agent of OHA taking any action or making any decision regarding FamilyCare's 2017 or 2018 capitation rates in retaliation for FamilyCare's complaints about OHA's rate-setting process, including this lawsuit and previous lawsuits.

3.    When I joined OHA as director, I was aware that a redetermination of the eligibility status of some Oregon Health Plan members was underway. The results of this redetermination were released and implemented upon its completion. I never personally delayed this work, nor did I direct staff to do so. In addition, I am unaware of any employee, contractor, or agent of OHA taking any action to delay the redetermination work in retaliation for FamilyCare's complaints about OHA rate-setting process, including this lawsuit and previous lawsuits.

4.    In December 2017, I understood that the law allowed FamilyCare until December 29, 2017 to sign the 2018 rate amendment. In accordance with that understanding, I did not give FamilyCare a 24-hour ultimatum to accept or reject the 2018 rate amendment by December 21, 2017.

**Page 2 -    DECLARATION OF PATRICK ALLEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this ___20th___ day of July, 2018.

Patrick Allen