**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF CARLA SCOTT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

I, Carla Scott, declare:

Page 1 -  **DECLARATION OF CARLA SCOTT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1.    I am an attorney with the Oregon Department of Justice and make this declaration in support of Defendants' Motion for Summary Judgment. I have personal knowledge of the matters described below and am competent to testify thereto.

2.    During a conferral call on July 13, 2018, counsel for FamilyCare told me that it is FamilyCare's position that the parties' May 2016 settlement agreement prevents OHA from recouping any Dual Eligible Overpayments made to FamilyCare for 2015 and 2016.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 20th day of July 2018.

Carla Scott, OSB #054725

**Page 2 -    DECLARATION OF CARLA SCOTT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**