**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
Tele: (503) 295-3085
Fax: (503) 323-9105

      Special Assistant Attorneys General for Defendants Oregon
      Health Authority, an agency of the State of Oregon, and
      Patrick Allen, both individually and in his official capacity
      as director of the Oregon Health Authority

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
|                    Plaintiff, | |
| v. | **DECLARATION OF LAURA ROBISON IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S MOTION FOR SUMMARY JUDGMENT** |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
|                    Defendants. | |

I, Laura Robison, declare:

1.     I am the Chief Financial Officer at Oregon Health Authority ("OHA"). The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

Page 1 -     **DECLARATION OF LAURA ROBISON IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S MOTION FOR SUMMARY JUDGMENT**

2.     All coordinated care organization ("CCO") contracts with OHA, including FamilyCare's, provide different capitation rates for different eligibility categories of Oregon Health Plan ("OHP") members ("Categories of Aid").  OHA has learned that, in years 2014, 2015, 2016, 2017 and 2018, all CCOs under contracts with OHA, including FamilyCare, were overpaid at an incorrect, more expensive Category of Aid for OHP members who were eligible for Medicare coverage in addition to Medicaid coverage under the OHP (the "Dual Eligible Overpayments").

3.     CCOs generally receive a lower capitation rate for their dual eligible members, because dual eligible members are in a different Category of Aid.

4.     Correcting the Category of Aid for an OHP member does not alter the capitation rates in the CCO's contract.

5.     OHA is now working to recoup Dual Eligible Overpayments from all CCOs, including FamilyCare.  On April 23, 2018, all CCOs, including FamilyCare, received the amount to be recouped for Dual Eligible Overpayments.  Those amounts are final.

6.     All CCO contracts, including FamilyCare's, expressly authorize OHA to recoup overpayments from the CCOs:  "Any payments received by Contractor from OHA under this Contract, and any other payments received by Contractor from OHA, or any other source to which Contractor is not entitled under the terms of this Contract shall be considered an overpayment and may be recovered by OHA from Contractor."  *See* attached Exhibit 1, p. 8.

7.     On May 17, 2018, FamilyCare told OHA that the Settlement Agreement prevents OHA from recouping any Dual Eligible Overpayments made to FamilyCare for 2015 and 2016.  *See* attached Exhibit 2.

8.     On June 8, 2018, OHA began recouping Dual Eligible Overpayments from all CCOs, except FamilyCare, consistent with the amounts provided to those CCOs on April 23, 2018.  OHA has not yet formally invoiced FamilyCare for the amounts it owes because FamilyCare contends that the Settlement Agreement precludes any Dual Eligible Recoupments for 2015 and 2016.  *See* attached Exhibit 2.

**Page 2 -     DECLARATION OF LAURA ROBISON IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S MOTION FOR SUMMARY JUDGMENT**

9.    Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
|:---:|---|
| 1 | True and correct excerpts from FamilyCare's most recent CCO contract with OHA as amended and restated. |
| 2 | True and correct copy of a May 17, 2018, email from FamilyCare's Chief Operating Officer William Murray to Laura Robison stating that "FamilyCare believes that OHA is precluded from recouping amounts for 2015 and 2016 due to the May 22, 2016 settlement agreement between FamilyCare and OHA ("Settlement Agreement")" and that FamilyCare "expects . . . no amounts will be recouped for 2015 and 2016 as recoups for these years are prohibited by the Settlement Agreement." |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 20th day of July 2018.

Laura Robison

Page 3 -    **DECLARATION OF LAURA ROBISON IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S MOTION FOR SUMMARY JUDGMENT**