

# OREGON HEALTH PLAN

## Amended and Restated

## HEALTH PLAN SERVICES CONTRACT

## Coordinated Care Organization

## Contract # 143114-12

## with

## *FamilyCare, Inc.*

137996528.1

# Table of Contents

I.      Effective Date and Duration ............................................................................................... 7
II.     Contract in its Entirety ....................................................................................................... 8
III.    Vendor or Sub-Recipient Determination ........................................................................... 9
IV.     Status of Contractor ........................................................................................................... 9
V.      Enrollment Limits and Service Area .................................................................................. 9
VI.     Interpretation and Administration of Contract ................................................................ 10
VII.    Contractor Data and Certification .................................................................................... 11
VIII.   Signatures ......................................................................................................................... 13
Exhibit A - Definitions ................................................................................................................ 15
Exhibit B –Statement of Work - Part 1 – Governance and Organizational Relationships ......... 29
    1.  Governing Board and Governance Structure .................................................................... 29
    2.  Community Advisory Council (CAC) ............................................................................... 29
    3.  Clinical Advisory Panel (CAP) ........................................................................................ 30
    4.  Community Health Assessment (CHA) and Community Health Improvement Plan (CHP) ... 30
    5.  Innovator Agent and Learning Collaborative ................................................................... 32
    6.  Children's System of Care Governance Structure ............................................................ 32
Exhibit B –Statement of Work - Part 2 – Covered and Non-Covered Services ......................... 34
    1.  Covered Services .............................................................................................................. 34
    2.  Provision of Covered Service ........................................................................................... 35
    3.  Authorization or Denial of Covered Services ................................................................... 36
    4.  Covered Service Components ........................................................................................... 38
    5.  Optional Covered Services with Care Coordination ........................................................ 55
    6.  Non-Covered Health Services with Care Coordination .................................................... 55
    7.  Non-Covered Health Services without Care Coordination ............................................... 56
    8.  Health-Related Services ................................................................................................... 56
Exhibit B –Statement of Work - Part 3 – Patient Rights and Responsibilities, Engagement and Choice ............ 58
    1.  Member and Member Representative Engagement and Activation ................................... 58
    2.  Member Rights under Medicaid ....................................................................................... 58
    3.  Provider's Opinion ........................................................................................................... 60
    4.  Informational Materials and Education of Members and Potential Members ................... 61
    5.  Grievance System ............................................................................................................ 62
    6.  Enrollment and Disenrollment ......................................................................................... 63
    7.  Identification Cards .......................................................................................................... 67
    8.  Marketing to Potential Members ...................................................................................... 68
Exhibit B –Statement of Work - Part 4 – Providers and Delivery System ................................ 70
    1.  Integration and Coordination ........................................................................................... 70
    2.  Access to Care .................................................................................................................. 70
    3.  Delivery System and Provider Capacity .......................................................................... 73
    4.  Delivery System Features ................................................................................................. 75
    5.  Delivery System Dependencies ........................................................................................ 78
    6.  Evidence-Based Clinical Practice Guidelines .................................................................. 80
    7.  Health Promotion and Prevention .................................................................................... 80
    8.  (Reserved) ........................................................................................................................ 81
    9.  Patient Centered Primary Care Homes (PCPCH) ............................................................ 81
    10. Subcontract Requirements ............................................................................................... 81
    11. Adjustments in Service Area or Enrollment .................................................................... 84

Contract # (XXXXXX)                         Table of Contents                         Page 2 of 227

137996528.1                                                              Ex. 1 to Robison Decl.
                                                                          Page 2 of 59

Exhibit B –Statement of Work - Part 5 – Health Equity and Elimination Health Disparities ........................... 87
Exhibit B –Statement of Work - Part 6 – Value-Based Payment ...................................................................... 88
Exhibit B –Statement of Work - Part 7 – Health Information Systems ............................................................. 89
Exhibit B –Statement of Work - Part 8 – Operations ....................................................................................... 92
   1.   Accountability and Transparency of Operations ................................................................................. 92
   2.   Privacy, Security and Retention of Records ....................................................................................... 93
   3.   Payment Procedures ............................................................................................................................ 94
   4.   Claims Payment .................................................................................................................................. 95
   5.   Medicare Payers and Providers .......................................................................................................... 97
   6.   Eligibility Verification for Fully Dual Eligible Members ................................................................. 98
   7.   Encounter Claims Data ....................................................................................................................... 98
   8.   Encounter Claims Data (Non-Pharmacy) ......................................................................................... 100
   9.   Encounter Pharmacy Data ................................................................................................................. 100
  10. Administrative Performance Program .............................................................................................. 101
  11. Third Party Liability and Personal Injury Liens .............................................................................. 103
  12. Drug Rebate Program ....................................................................................................................... 105
  13. All Payers All Claims (APAC) Reporting Program ......................................................................... 106
  14. Prevention/Detection of Fraud, Waste and Abuse ........................................................................... 106
  15. Abuse Reporting and Protective Services ........................................................................................ 111
  16. Disclosure of Ownership Interest ..................................................................................................... 112
  17. Upon renewal or extension of the Contract ..................................................................................... 113
  18. Credentialing .................................................................................................................................... 114
  19. Subrogation ...................................................................................................................................... 117
  20. Contractor's Board of Directors ....................................................................................................... 117
Exhibit B –Statement of Work - Part 9 – Quality, Transformation, Performance Outcomes and Accountability
     118
   1.   Overview ........................................................................................................................................... 118
   2.   Transformation and Quality Strategy Requirements ........................................................................ 118
   3.   Revised Transformation and Quality Strategy .................................................................................. 120
   4.   Transformation and Quality Strategy Monitoring and Compliance Review ..................................... 120
   5.   Transformation and Quality Strategy Deliverables .......................................................................... 120
   6.   Goals for Transformation and Quality Strategy Amendments ......................................................... 121
   7.   Quality and Performance Outcomes ................................................................................................. 121
   8.   Performance Measurement and Reporting Requirements ................................................................. 121
   9.   Quality Performance Improvement Projects ..................................................................................... 122
  10. Program Requirements ...................................................................................................................... 123
  11. Monitoring and Compliance Review ................................................................................................ 124
  12. Quality Pool ..................................................................................................................................... 125
Exhibit C – Consideration ................................................................................................................................ 129
   1.   Payment Types and Rates ................................................................................................................. 129
   2.   Payment in Full ................................................................................................................................. 131
   3.   Changes in Payment Rates ................................................................................................................ 131
   4.   Timing of CCO Payments ................................................................................................................. 132
   5.   Settlement of Accounts ..................................................................................................................... 133
   6.   CCO Risk Corridor ........................................................................................................................... 135
   7.   Global Payment Rate Methodology .................................................................................................. 139
   8.   Administrative Performance Withhold .............................................................................................. 140
   9.   Quality Pool .......................................................................................................**Error! Bookmark not defined.**
  10. Minimum Medical Loss Ratio: ........................................................................................................ 140

137996528.1

11. Intent to Amend Rates; Automatic Termination, If Not Amended ..........**Error! Bookmark not defined.**
Exhibit C – Consideration - Attachment 1 – CCO Payment Rates............................................................. 142
Exhibit D – Standard Terms and Conditions ........................................................................................... 143
   1.  Governing Law, Consent to Jurisdiction ........................................................................... 143
   2.  Compliance with Applicable Law ....................................................................................... 143
   3.  Independent Contractor....................................................................................................... 144
   4.  Representations and Warranties........................................................................................... 144
   5.  (Reserved) .............................................................................................................................. 145
   6.  Funds Available and Authorized; Payments...................................................................... 145
   7.  Recovery of Overpayments.................................................................................................. 145
   8.  (Reserved) .............................................................................................................................. 145
   9.  Indemnity .............................................................................................................................. 145
  10. Default; Remedies; and Termination ................................................................................. 146
  11. Limitation of Liabilities ....................................................................................................... 151
  12. Insurance ............................................................................................................................... 151
  13. Access to Records and Facilities......................................................................................... 152
  14. Information Privacy/Security/Access ................................................................................ 152
  15. Force Majeure ...................................................................................................................... 153
  16. Foreign Contractor .............................................................................................................. 153
  17. Assignment of Contract, Successors in Interest................................................................ 153
  18. Subcontracts ......................................................................................................................... 153
  19. No Third Party Beneficiaries .............................................................................................. 154
  20. Amendments ......................................................................................................................... 154
  21. Waiver.................................................................................................................................... 155
  22. Severability ........................................................................................................................... 155
  23. Survival ................................................................................................................................. 155
  24. Notices ................................................................................................................................... 155
  25. Construction ......................................................................................................................... 156
  26. Headings ............................................................................................................................... 156
  27. Merger Clause ....................................................................................................................... 156
  28. Counterparts ......................................................................................................................... 156
  29. Equal Access.......................................................................................................................... 157
  30. Media Disclosure .................................................................................................................. 157
  31. Mandatory Reporting .......................................................................................................... 157
  32. OHA Compliance Review .................................................................................................... 157
  33. Conditions that May Result in Sanctions........................................................................... 158
  34. Range of Sanctions Available .............................................................................................. 159
  35. Sanction Process ................................................................................................................... 161
  36. Notice to CMS of Contractor Sanction.............................................................................. 161
Exhibit E - Required Federal Terms and Conditions ............................................................................... 162
   1.  Miscellaneous Federal Provisions....................................................................................... 162
   2.  Equal Employment Opportunity ....................................................................................... 162
   3.  Clean Air, Clean Water, EPA Regulations ........................................................................ 162
   4.  Energy Efficiency ................................................................................................................. 163
   5.  Truth in Lobbying ............................................................................................................... 163
   6.  HIPAA Compliance .............................................................................................................. 164
   7.  Resource Conservation and Recovery ............................................................................... 165
   8.  Audits..................................................................................................................................... 165
   9.  Debarment and Suspension................................................................................................. 165

Contract # (XXXXXX)                          Table of Contents                          Page 4 of 227

137996528.1                                                                      Ex. 1 to Robison Decl.
                                                                                     Page 4 of 59

10. Drug-Free Workplace ................................................................................................ 166
11. Pro-Children Act ...................................................................................................... 167
12. Additional Medicaid and CHIP ............................................................................... 167
13. Agency-based Voter Registration ............................................................................ 167
14. Clinical Laboratory Improvements .......................................................................... 167
15. Advance Directives .................................................................................................. 168
16. Practitioner Incentive Plans (PIP) ........................................................................... 168
17. Risk HMO ................................................................................................................ 168
18. Conflict of Interest Safeguards ................................................................................ 169
19. Non-Discrimination ................................................................................................. 170
20. OASIS ...................................................................................................................... 170
21. Patient Rights Condition of Participation ................................................................ 170
22. Federal Grant Requirements .................................................................................... 170
23. Mental Health Parity ................................................................................................ 171
Exhibit F – Insurance Requirements ................................................................................. 173
Exhibit G – Reporting of Delivery System Network Providers, Cooperative Agreements, and Hospital
Adequacy .......................................................................................................................... 175
  1.   Delivery System Network (DSN) Reports.............................................................. 175
  2.   Hospital Network Adequacy .................................................................................. 180
Exhibit H – Physician Incentive Plan Regulation Guidance ............................................. 182
Exhibit I – Grievance System ........................................................................................... 188
  1.   Grievance System .................................................................................................. 188
  2.   Grievances.............................................................................................................. 189
  3.   Notice of Adverse Benefit Determination ............................................................. 190
  4.   Handling of Appeals .............................................................................................. 193
  5.   Contested Case Hearing Request ........................................................................... 196
  6.   Continuation of Benefits While the Contractor Appeal and Contested Case Hearing is Pending: ........ 197
  7.   Implementation of Reversed Appeal Resolution ................................................... 198
  8.   Final Order ............................................................................................................. 198
  9.   Documentation and Quality Improvement.............................................................. 198
Exhibit J - Review Tool for CCO Informational Materials and Member Education.......... 200
Exhibit J – Appendix - Review Tool ................................................................................. 201
Exhibit L – Solvency Plan and Financial Reporting.......................................................... 209
  A.  Overview of Solvency Plan and Financial Reporting............................................. 209
  1.   Background/Authority ............................................................................................ 209
  2.   Definitions.............................................................................................................. 209
  3.   Methods for Solvency Plan Financial Reporting .................................................... 209
  4.   Contractor Status:................................................................................................... 210
  B.  Method A-OHA Approval of Solvency Plan and Financial Reporting ................... 210
  1.   Glossary of Terms.................................................................................................. 210
  2.   Audited Financial Statements: ............................................................................... 211
  3.   Quarterly Financial Reports:.................................................................................. 212
  4.     Annual Reporting Requirements.......................................................................... 213
  5.   Assumption of Risk/Private Market Reinsurance:.................................................. 214
  6.   Restricted Reserve Requirement:............................................................................ 214
  7.    Net Worth Requirement:....................................................................................... 217
  8.    Appeal Process:..................................................................................................... 218
  C.  Method B-DCBS Approval of Solvency Plan and Financial Reporting.................. 219
  1.   Annual Financial Statements and Supplemental Filings: ....................................... 219

Contract # (XXXXXX)                          Table of Contents                          Page 5 of 227

137996528.1                                                                Ex. 1 to Robison Decl.
                                                                              Page 5 of 59

2.  Audited Financial Statements: ............................................................................ 219
3.  Quarterly Financial Reports: .............................................................................. 220
4.  Assumption of Risk/Private Market Reinsurance: .............................................. 220
5.  Restricted Reserve Requirement: ....................................................................... 221
6.  Net Worth Requirement: .................................................................................... 221
7.  Financial Statement Filing Information and Resources ...................................... 221
8.  Appeal Process: ................................................................................................. 222
D.  Method C-DCBS Certificate of Authority as a Licensed Insurer Financial Reporting ........................ 222
1.  Glossary of Terms .............................................................................................. 222
2.  Audited Financial Statements: ............................................................................ 222
3.  Quarterly Financial Reports: .............................................................................. 224
4.  Annual Reporting Requirements ......................................................................... 225
5.  Assumption of Risk/Private Market Reinsurance: .............................................. 225

Contract # (XXXXXX)                          Table of Contents                          Page 6 of 227

137996528.1

Ex. 1 to Robison Decl.
Page 6 of 59

tax imposed by ORS 320.005 to 320.150 and 403.200 to 403.250 and ORS Chapters 118, 314, 316, 317, 318, 321 and 323; and local taxes administered by the Department of Revenue under ORS 305.620;

2.    The information shown in Part VII, Section A, "Contractor Data and Certification" above is Contractor's true, accurate and correct information;

3.    To the best of the undersigned's knowledge, Contractor has not discriminated against and will not discriminate against minority, women or emerging small business enterprises certified under ORS 200.055 in obtaining any required subcontracts;

4.    Contractor and Contractor's employees and agents are not included on the list titled "Specially Designated Nationals and Blocked Persons" maintained by the Office of Foreign Assets Control of the United States Department of the Treasury and currently found at: http://www.treasury.gov/resource-center/sanctions/SDN-List/Pages/default.aspx;

5.    Contractor is not listed on the non-procurement portion of the General Service Administration's "List of Parties Excluded from Federal procurement or Nonprocurement Programs" found at: https://www.sam.gov/portal/public/SAM/ or such alternative system required for use by Medicaid programs;

6.    Contractor is not subject to backup withholding because:

    a.    Contractor is exempt from backup withholding;

    b.    Contractor has not been notified by the IRS that Contractor is subject to backup withholding as a result of a failure to report all interest or dividends; or

    c.    The IRS has notified Contractor that Contractor is no longer subject to backup withholding.

7.    Contractor is an independent contractor as defined in ORS 670.600.

C.    Contractor is required to provide their Federal Employer Identification Number (FEIN) or Social Security Number (SSN) as applicable to OHA. By Contractor's signature on this Contract, Contractor hereby certifies that the FEIN or SSN provided is true and accurate. If this information changes, Contractor is required to provide OHA with the new FEIN or SSN within 10 days.

## VIII.  Signatures

**CONTRACTOR, BY EXECUTION OF THIS CONTRACT, HEREBY ACKNOWLEDGES THAT CONTRACTOR HAS READ THIS CONTRACT, UNDERSTANDS IT, AND AGREES TO BE BOUND BY ITS TERMS AND CONDITIONS.**

**CONTRACTOR**
By _____          12/22/17  _____

Ex. 1 to Robison Decl.
Page 7 of 59

Coordinated Care Organization – Amended and Restated                    Effective: January 1, 2018

Authorized                                              Date

Printed Name: _WILLIAM H MURRAY_                        12/22/2017

Title _COO_

## OHA - DIVISION OF MEDICAL ASSISTANCE PROGRAMS

By _____              December 22, 2017
Patrick Allen, Oregon Health Authority Director          _____
Printed Name___ Patrick M. Allen                         Date

Approved as to Legal Sufficiency:

Electronic approval by:  Theodore Falk, Attorney-In-Charge, Health and Human Services
Section, on December 22, 2017; email in Contract file.

Reviewed by OHA Contract Administration:

By _____              _12/22/17_
Kathy Cereghino, Contract Administrator                  Date

Ex. 1 to Robison Decl.
Page 8 of 59

**(2)**  Monthly Enrollment: For Clients enrolled with Contractor during a monthly Enrollment cycle, CCO Payments shall be made available to Contractor by the 10th day of the month to which such payments are applicable, except for those occurrences each year when the weekly and monthly CCO Payments coincide with each other.

**b.**  Both sets of payments described in Subsection a, of this section shall appear in the weekly/monthly 820 Group Premium Payment (Capitation) Transaction and in the weekly 835 Payment/Remittance Advice Transaction. To assist Contractor with Enrollment and CCO Payment/Remittance Advice reconciliation, OHA will include in the weekly/monthly 820 Group Premium Payment (Capitation) Transaction the original adjustment amount and the paid amount for each of Contractor's Members.  The inclusion of this information does not ensure or suggest that the two transaction files will balance.  If Contractor believes that there are any errors in the Enrollment information, Contractor shall notify OHA. Contractor may request an adjustment to the Remittance Advice no later than 18 months from the affected Enrollment period.

**c.**  OHA will make retroactive CCO Payments to Contractor for any Member(s) erroneously omitted from the Enrollment transaction files. Such payments will be made to Contractor once OHA manually processes the correction(s).

**d.**  OHA will make retroactive CCO Payments to Contractor for newborn Members. Such payments will be made to Contractor by the 10th day of the month after OHA adds the newborn(s).

**e.**  Services that are not Covered Services provided to a Member or for any health care services provided to fee for service Clients are not entitled to be paid as CCO Payments. Fee-for-service claims for payment must be billed directly to OHA by Contractor, its Subcontractors, or its Participating Providers, all of which must be enrolled with OHA in order to receive payment. Billing and payment of all fee-for-service claims shall be pursuant to and under OAR Chapter 410, Division 120.

**5.  Settlement of Accounts**

**a.**  If a Member is disenrolled, any CCO Payments received by Contractor after the effective date of Disenrollment will be considered an overpayment and will be recouped by OHA under Paragraph f. below.

**b.**  OHA will have no obligation to make any payments to Contractor for any period(s) during which Contractor fails to carry out any of the terms of this Contract.

**c.**  If Contractor requests, or is required by OHA, to adjust the Service Area or Enrollment limit or to transfer or reassign Members due to loss of Provider capacity or for other reasons, any delay in executing amendments or completing other Contract obligations pursuant to Exhibit B, Part 4, Section 11, Adjustments in Service Area or Enrollment, may result in recovery of CCO Payments to which Contractor was not entitled under the terms of this Contract.

**d.**  Any payments received by Contractor from OHA under this Contract, and any other payments received by Contractor from OHA, or any other source to which Contractor is not entitled under the terms of this Contract shall be considered an overpayment and may be recovered by OHA from Contractor.

**e.**     Sanctions imposed that result in Recovery Amounts pursuant to Exhibit D, Section 33 through 36 of this Contract are subject to recovery and may be recovered by OHA from Contractor.

**f.**     Any overpayment or Recovery Amount under Exhibit B or C of this Contract may be recovered by recoupment from any future payments to which Contractor would be entitled from OHA, or pursuant to the terms of a written agreement with OHA, or by civil action to recover the amount. OHA may withhold payments to Contractor for amounts disputed in good faith and shall not be charged interest on any payments so withheld.

**g.**     OHA will recover from Contractor payments made to Contractor or to other Providers for sterilizations and hysterectomies performed where the Contractor failed to meet the requirements of Exhibit B, Part 2, Section 4(g), of this Contract, the amount of which will be calculated as follows:

   **(1)**     Contractor shall, within 60 days of a request from OHA, provide OHA with a list of all Members who received sterilizations or hysterectomies, from Contractor or its Subcontractors during the Contract period and copies of the informed consent form or certification. OHA will be permitted to review the Medical Records of these individuals selected by OHA for purposes of determining whether Contractor complied with OAR 410-130-0580.

   **(2)**     By review of the informed consent forms, certifications, and other relevant Medical Records of Members, OHA will determine for the Contract period the number of sterilizations and hysterectomies provided or authorized by Contractor or its Subcontractors that did not meet the requirements of Exhibit B, Part 2, Section 4(g), of this Contract.

   **(3)**     Sterilizations and hysterectomies that Contractor denies for payment shall not be included in the recoupment calculation, however, they must be reported in the submission. The report of these sterilizations and hysterectomies must be accompanied by a signed statement certifying that Contractor did not make payment for the surgery or any services, which are specifically related to the procedure.

   **(4)**     The number of vasectomy, tubal ligation, and hysterectomy procedures that do not meet the documentation requirements of Exhibit B, Part 1, Section 6, of this Contract, shall be multiplied by the assigned "value of service".

   **(5)**     "Value of service" for vasectomy, tubal ligation, and hysterectomy means the OHP amount calculated by OHA's internal actuarial unit for each category of service using the encounter data.

   **(6)**     The results of Paragraph (4) of this subsection will be totaled to determine Contractor's overpayment for hysterectomies and sterilizations subject to recovery pursuant to Exhibit C, Section 5, Subsection g, of this Contract.

   **(7)**     The final results of the review will be conveyed to Contractor in a timely manner within 90 days of determination.

The requirements of this section expressly survive the termination of this Contract, and shall not be affected by any amendment to this Contract, even if amendment results in modification or reduction of

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## January 2018 through December 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| FamilyCare, Inc | | | | | | |
| TriCounty | | | | | | |

| | Base Case Rate | Base HRA Adjustment | Hospital Provider Tax Allowance | Administrative Allowance | Managed Care Tax | Case Rate |
|---|---|---|---|---|---|---|
| **Maternity Case Rate:** | | | | | | |
| Case Rate w/o Admin | $9,397.70 | $2,753.69 | $405.97 | $975.04 | $0.00 | $ 13,532.40 |
| Admin % | | | | | | 7.21% |
| Managed Care Tax % | | | | | | 0.00% |

Contract Number: 143114               Created: 10/18/2017

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Temporary Assistance to Needy Families - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $353.91 |
| **Base HRA Adjustment** | $35.58 |
| **Hospital Provider Tax Allowance** | $11.76 |
| **Administrative Allowance** | $36.72 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $437.96 |

| | |
|---|---|
| **Services Admin %** | *8.4%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $2.35 |
| Admin: | $0.00 | Admin: | $0.24 |
| **Total:** | **$0.00** | **Total:** | **$2.59** |

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Poverty Level Medical - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $329.78 |
| **Base HRA Adjustment** | $33.12 |
| **Hospital Provider Tax Allowance** | $10.95 |
| **Administrative Allowance** | $34.22 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $408.07 |

| | |
|---|---|
| **Services Admin %** | *8.4%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $0.00 |
| Admin: | $0.00 | Admin: | $0.00 |
| **Total:** | **$0.00** | **Total:** | **$0.00** |

Ex. 1 to Robison Decl.
Page 13 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $528.34 |
| **Base HRA Adjustment** | $152.77 |
| **Hospital Provider Tax Allowance** | $23.44 |
| **Administrative Allowance** | $54.82 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $759.37 |

| | |
|---|---|
| **Services Admin %** | *7.2%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $0.00 |
| Admin: | $0.00 | Admin: | $0.00 |
| **Total:** | **$0.00** | **Total:** | **$0.00** |

Ex. 1 to Robison Decl.
Page 14 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $135.09 |
| **Base HRA Adjustment** | $13.72 |
| **Hospital Provider Tax Allowance** | $3.93 |
| **Administrative Allowance** | $14.02 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $166.76 |

| | |
|---|---|
| **Services Admin %** | *8.4%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $2.80 | Rate: | $0.00 |
| Admin: | $0.29 | Admin: | $0.00 |
| **Total:** | **$3.09** | **Total:** | **$0.00** |

Contract Number: 143114        Page 5 of 61        Created: 09/18/2017

Ex. 1 to Robison Decl.
Page 15 of 59

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $153.29 |
| **Base HRA Adjustment** | $10.99 |
| **Hospital Provider Tax Allowance** | $3.69 |
| **Administrative Allowance** | $15.90 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $183.88 |

| | |
|---|---|
| **Services Admin %** | *8.6%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.31 | Rate: | $0.00 |
| Admin: | $0.03 | Admin: | $0.00 |
| **Total:** | **$0.34** | **Total:** | **$0.00** |

Ex. 1 to Robison Decl.
Page 16 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Medicare/Medicaid Dual Eligibile**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $258.95 |
| **Base HRA Adjustment** | $33.91 |
| **Hospital Provider Tax Allowance** | $5.27 |
| **Administrative Allowance** | $26.87 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $325.00 |

| | |
|---|---|
| **Services Admin %** | *8.3%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $26.14 |
| Admin: | $0.00 | Admin: | $2.71 |
| **Total:** | **$0.00** | **Total:** | **$28.85** |

Ex. 1 to Robison Decl.
Page 17 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD and OAA**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $1,121.94 |
| **Base HRA Adjustment** | $142.71 |
| **Hospital Provider Tax Allowance** | $43.23 |
| **Administrative Allowance** | $116.40 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $1,424.28 |

| | |
|---|---|
| **Services Admin %** | *8.2%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $6.49 | Rate: | $5.38 |
| Admin: | $0.67 | Admin: | $0.56 |
| **Total:** | **$7.16** | **Total:** | **$5.94** |

Ex. 1 to Robison Decl.
Page 18 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Foster Children (CAF)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $476.86 |
| **Base HRA Adjustment** | $27.97 |
| **Hospital Provider Tax Allowance** | $9.63 |
| **Administrative Allowance** | $49.48 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $563.94 |

| | |
|---|---|
| **Services Admin %** | *8.8%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $2.72 | Rate: | $0.00 |
| Admin: | $0.28 | Admin: | $0.00 |
| **Total:** | **$3.01** | **Total:** | **$0.00** |

Ex. 1 to Robison Decl. CAF
Page 19 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 19-44**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $311.60 |
| **Base HRA Adjustment** | $32.33 |
| **Hospital Provider Tax Allowance** | $9.71 |
| **Administrative Allowance** | $32.33 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $385.97 |

| | |
|---|---|
| **Services Admin %** | *8.4%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $1.44 |
| Admin: | $0.00 | Admin: | $0.15 |
| **Total:** | **$0.00** | **Total:** | **$1.59** |

Ex. 1 to Robison Decl.
Page 20 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 45-54**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $531.97 |
| **Base HRA Adjustment** | $62.45 |
| **Hospital Provider Tax Allowance** | $18.66 |
| **Administrative Allowance** | $55.19 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $668.27 |

| | |
|---|---|
| **Services Admin %** | *8.3%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $13.27 |
| Admin: | $0.00 | Admin: | $1.38 |
| **Total:** | **$0.00** | **Total:** | **$14.65** |

Ex. 1 to Robison Decl.
Page 21 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 55-64**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $609.30 |
| **Base HRA Adjustment** | $82.48 |
| **Hospital Provider Tax Allowance** | $21.41 |
| **Administrative Allowance** | $63.22 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $776.41 |

| | |
|---|---|
| **Services Admin %** | *8.1%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $40.97 |
| Admin: | $0.00 | Admin: | $4.25 |
| **Total:** | **$0.00** | **Total:** | **$45.22** |

Ex. 1 to Robison Decl.
Page 22 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Breast and Cervical Cancer Program**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $1,168.21 |
| **Base HRA Adjustment** | $202.91 |
| **Hospital Provider Tax Allowance** | $43.09 |
| **Administrative Allowance** | $121.21 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $1,535.42 |

| | |
|---|---|
| **Services Admin %** | *7.9%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $5.38 |
| Admin: | $0.00 | Admin: | $0.56 |
| **Total:** | **$0.00** | **Total:** | **$5.94** |

Ex. 1 to Robison Decl.
Page 23 of 59

## Oregon Health Plan Medicaid Demonstration
### Coordinated Care Organization Capitation Rates
### CCO-B: Physical Health and Mental Health Services
### January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty

Rate Group: **Temporary Assistance to Needy Families - Adults**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $325.99 |
| **Base HRA Adjustment** | $35.58 |
| **Hospital Provider Tax Allowance** | $11.76 |
| **Administrative Allowance** | $33.82 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $407.15 |

| | |
|---|---|
| **Services Admin %** | *8.3%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $2.35 |
| Admin: | $0.00 | Admin: | $0.24 |
| **Total:** | **$0.00** | **Total:** | **$2.59** |

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Poverty Level Medical - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $305.78 |
| **Base HRA Adjustment** | $33.12 |
| **Hospital Provider Tax Allowance** | $10.95 |
| **Administrative Allowance** | $31.73 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $381.58 |

| | |
|---|---|
| **Services Admin %** | *8.3%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $0.00 |
| Admin: | $0.00 | Admin: | $0.00 |
| **Total:** | **$0.00** | **Total:** | **$0.00** |

Ex. 1 to Robison Decl.
Page 25 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $527.08 |
| **Base HRA Adjustment** | $152.77 |
| **Hospital Provider Tax Allowance** | $23.44 |
| **Administrative Allowance** | $54.69 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $757.98 |

| | |
|---|---|
| **Services Admin %** | *7.2%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $0.00 |
| Admin: | $0.00 | Admin: | $0.00 |
| **Total:** | **$0.00** | **Total:** | **$0.00** |

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-B: Physical Health and Mental Health Services
## January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $107.30 |
| **Base HRA Adjustment** | $13.72 |
| **Hospital Provider Tax Allowance** | $3.93 |
| **Administrative Allowance** | $11.13 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $136.09 |

| | |
|---|---|
| **Services Admin %** | *8.2%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $2.80 | Rate: | $0.00 |
| Admin: | $0.29 | Admin: | $0.00 |
| **Total:** | **$3.09** | **Total:** | **$0.00** |

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $125.12 |
| **Base HRA Adjustment** | $10.99 |
| **Hospital Provider Tax Allowance** | $3.69 |
| **Administrative Allowance** | $12.98 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $152.79 |

| | |
|---|---|
| **Services Admin %** | *8.5%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.31 | Rate: | $0.00 |
| Admin: | $0.03 | Admin: | $0.00 |
| **Total:** | **$0.34** | **Total:** | **$0.00** |

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Medicare/Medicaid Dual Eligibile**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $230.30 |
| **Base HRA Adjustment** | $33.91 |
| **Hospital Provider Tax Allowance** | $5.27 |
| **Administrative Allowance** | $23.89 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $293.38 |

| | |
|---|---|
| **Services Admin %** | *8.1%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $26.14 |
| Admin: | $0.00 | Admin: | $2.71 |
| **Total:** | **$0.00** | **Total:** | **$28.85** |

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD and OAA**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $1,095.28 |
| **Base HRA Adjustment** | $142.71 |
| **Hospital Provider Tax Allowance** | $43.23 |
| **Administrative Allowance** | $113.64 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $1,394.86 |

| | |
|---|---|
| **Services Admin %** | *8.1%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $6.49 | Rate: | $5.38 |
| Admin: | $0.67 | Admin: | $0.56 |
| **Total:** | **$7.16** | **Total:** | **$5.94** |

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Foster Children (CAF)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $449.79 |
| **Base HRA Adjustment** | $27.97 |
| **Hospital Provider Tax Allowance** | $9.63 |
| **Administrative Allowance** | $46.67 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $534.06 |

| | |
|---|---|
| **Services Admin %** | *8.7%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $2.72 | Rate: | $0.00 |
| Admin: | $0.28 | Admin: | $0.00 |
| **Total:** | **$3.01** | **Total:** | **$0.00** |

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 19-44**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $289.80 |
| **Base HRA Adjustment** | $32.33 |
| **Hospital Provider Tax Allowance** | $9.71 |
| **Administrative Allowance** | $30.07 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $361.91 |

| | |
|---|---|
| **Services Admin %** | *8.3%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $1.44 |
| Admin: | $0.00 | Admin: | $0.15 |
| **Total:** | **$0.00** | **Total:** | **$1.59** |

Ex. 1 to Robison Decl.
Page 32 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 45-54**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $503.48 |
| **Base HRA Adjustment** | $62.45 |
| **Hospital Provider Tax Allowance** | $18.66 |
| **Administrative Allowance** | $52.24 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $636.82 |

| | |
|---|---|
| **Services Admin %** | *8.2%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $13.27 |
| Admin: | $0.00 | Admin: | $1.38 |
| **Total:** | **$0.00** | **Total:** | **$14.65** |

Ex. 1 to Robison Decl.
Page 33 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 55-64**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $578.65 |
| **Base HRA Adjustment** | $82.48 |
| **Hospital Provider Tax Allowance** | $21.41 |
| **Administrative Allowance** | $60.04 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $742.58 |

| | |
|---|---|
| **Services Admin %** | *8.1%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $40.97 |
| Admin: | $0.00 | Admin: | $4.25 |
| **Total:** | **$0.00** | **Total:** | **$45.22** |

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Breast and Cervical Cancer Program**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $1,145.86 |
| **Base HRA Adjustment** | $202.91 |
| **Hospital Provider Tax Allowance** | $43.09 |
| **Administrative Allowance** | $118.89 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $1,510.75 |

| | |
|---|---|
| **Services Admin %** | *7.9%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $5.38 |
| Admin: | $0.00 | Admin: | $0.56 |
| **Total:** | **$0.00** | **Total:** | **$5.94** |

Ex. 1 to Robison Decl.
Page 35 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Temporary Assistance to Needy Families - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $48.43 |
| **Base HRA Adjustment** | $4.15 |
| **Hospital Provider Tax Allowance** | $0.60 |
| **Administrative Allowance** | $5.03 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $58.21 |

| | |
|---|---|
| **Services Admin %** | *8.6%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

Ex. 1 to Robison Decl.
Page 36 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Poverty Level Medical - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $28.23 |
| **Base HRA Adjustment** | $2.98 |
| **Hospital Provider Tax Allowance** | $0.37 |
| **Administrative Allowance** | $2.93 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $34.51 |

| | |
|---|---|
| **Services Admin %** | *8.5%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

Ex. 1 to Robison Decl.
Page 37 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $0.89 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $0.09 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $0.98 |

| | |
|---|---|
| **Services Admin %** | *9.4%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

Ex. 1 to Robison Decl.
Page 38 of 59

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $7.55 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $0.78 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $8.34 |

| | |
|---|---|
| **Services Admin %** | *9.4%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $2.80 |
| Admin: | $0.29 |
| **Total:** | **$3.09** |

Ex. 1 to Robison Decl.
Page 39 of 59

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $27.67 |
| **Base HRA Adjustment** | $0.58 |
| **Hospital Provider Tax Allowance** | $0.07 |
| **Administrative Allowance** | $2.87 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $31.20 |

| | |
|---|---|
| **Services Admin %** | *9.2%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.31 |
| Admin: | $0.03 |
| **Total:** | **$0.34** |

Ex. 1 to Robison Decl.
Page 40 of 59

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Medicare/Medicaid Dual Eligibile**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $77.89 |
| **Base HRA Adjustment** | $0.86 |
| **Hospital Provider Tax Allowance** | $0.07 |
| **Administrative Allowance** | $8.08 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $86.89 |

| | |
|---|---|
| **Services Admin %** | *9.3%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD and OAA**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $174.70 |
| **Base HRA Adjustment** | $5.68 |
| **Hospital Provider Tax Allowance** | $0.89 |
| **Administrative Allowance** | $18.13 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $199.39 |

| | |
|---|---|
| **Services Admin %** | *9.1%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $6.49 |
| Admin: | $0.67 |
| **Total:** | **$7.16** |

Ex. 1 to Robison Decl.
Page 42 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Foster Children (CAF)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $205.47 |
| **Base HRA Adjustment** | $3.92 |
| **Hospital Provider Tax Allowance** | $0.46 |
| **Administrative Allowance** | $21.32 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $231.16 |

|  |  |
|---|---|
| **Services Admin %** | *9.2%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $2.72 |
| Admin: | $0.28 |
| **Total:** | **$3.01** |

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 19-44**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $47.67 |
| **Base HRA Adjustment** | $1.78 |
| **Hospital Provider Tax Allowance** | $0.22 |
| **Administrative Allowance** | $4.95 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $54.61 |

| | |
|---|---|
| **Services Admin %** | *9.1%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 45-54**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $52.56 |
| **Base HRA Adjustment** | $1.29 |
| **Hospital Provider Tax Allowance** | $0.17 |
| **Administrative Allowance** | $5.45 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $59.47 |

| | |
|---|---|
| **Services Admin %** | *9.2%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

Ex. 1 to Robison Decl.
Page 45 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 55-64**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $35.99 |
| **Base HRA Adjustment** | $0.85 |
| **Hospital Provider Tax Allowance** | $0.10 |
| **Administrative Allowance** | $3.73 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $40.68 |

| | |
|---|---|
| **Services Admin %** | *9.2%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Breast and Cervical Cancer Program**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $84.45 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $8.76 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $93.21 |

| | |
|---|---|
| **Services Admin %** | *9.4%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

Ex. 1 to Robison Decl. CCOE_BCCP
Page 47 of 59 04/18/2017

## Oregon Health Plan Medicaid Demonstration
### Coordinated Care Organization Capitation Rates
### CCO-G: Mental Health and Dental Services Only
### January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty

Rate Group: **Temporary Assistance to Needy Families - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $76.35 |
| **Base HRA Adjustment** | $4.15 |
| **Hospital Provider Tax Allowance** | $0.60 |
| **Administrative Allowance** | $7.92 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $89.02 |

| | |
|---|---|
| **Services Admin %** | *8.9%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Poverty Level Medical - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $52.23 |
| **Base HRA Adjustment** | $2.98 |
| **Hospital Provider Tax Allowance** | $0.37 |
| **Administrative Allowance** | $5.42 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $61.00 |

| | |
|---|---|
| **Services Admin %** | *8.9%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

Ex. 1 to Robison Decl.
Page 49 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $2.15 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $0.22 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $2.37 |

| | |
|---|---|
| **Services Admin %** | *9.4%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

## Oregon Health Plan Medicaid Demonstration
### Coordinated Care Organization Capitation Rates
### CCO-G: Mental Health and Dental Services Only
### January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $35.34 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $3.67 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $39.01 |

| | |
|---|---|
| **Services Admin %** | *9.4%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $2.80 |
| Admin: | $0.29 |
| **Total:** | **$3.09** |

Ex. 1 to Robison Decl.
Page 51 of 59

## Oregon Health Plan Medicaid Demonstration
### Coordinated Care Organization Capitation Rates
### CCO-G: Mental Health and Dental Services Only
### January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $55.84 |
| **Base HRA Adjustment** | $0.58 |
| **Hospital Provider Tax Allowance** | $0.07 |
| **Administrative Allowance** | $5.79 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $62.29 |

| | |
|---|---|
| **Services Admin %** | *9.3%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.31 |
| Admin: | $0.03 |
| **Total:** | **$0.34** |

Ex. 1 to Robison Decl.
Page 52 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Medicare/Medicaid Dual Eligibile**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $106.54 |
| **Base HRA Adjustment** | $0.86 |
| **Hospital Provider Tax Allowance** | $0.07 |
| **Administrative Allowance** | $11.05 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $118.52 |

|  |  |
|---|---|
| **Services Admin %** | *9.3%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD and OAA**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $201.36 |
| **Base HRA Adjustment** | $5.68 |
| **Hospital Provider Tax Allowance** | $0.89 |
| **Administrative Allowance** | $20.89 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $228.82 |

| | |
|---|---|
| **Services Admin %** | *9.1%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $6.49 |
| Admin: | $0.67 |
| **Total:** | **$7.16** |

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Foster Children (CAF)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $232.54 |
| **Base HRA Adjustment** | $3.92 |
| **Hospital Provider Tax Allowance** | $0.46 |
| **Administrative Allowance** | $24.13 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $261.04 |

| | |
|---|---|
| **Services Admin %** | *9.2%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $2.72 |
| Admin: | $0.28 |
| **Total:** | **$3.01** |

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 19-44**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $69.46 |
| **Base HRA Adjustment** | $1.78 |
| **Hospital Provider Tax Allowance** | $0.22 |
| **Administrative Allowance** | $7.21 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $78.67 |

| | |
|---|---|
| **Services Admin %** | *9.2%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

Ex. 1 to Robison Decl.
Page 56 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 45-54**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $81.05 |
| **Base HRA Adjustment** | $1.29 |
| **Hospital Provider Tax Allowance** | $0.17 |
| **Administrative Allowance** | $8.41 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $90.91 |

| | |
|---|---|
| **Services Admin %** | *9.2%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 55-64**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $66.64 |
| **Base HRA Adjustment** | $0.85 |
| **Hospital Provider Tax Allowance** | $0.10 |
| **Administrative Allowance** | $6.91 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $74.51 |

| | |
|---|---|
| **Services Admin %** | *9.3%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

Ex. 1 to Robison Decl.
Page 58 of 59

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2018 through December 2018**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Breast and Cervical Cancer Program**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $106.80 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $11.08 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $117.88 |

| | |
|---|---|
| **Services Admin %** | *9.4%* |
| **Managed Care Tax %** | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

Ex. 1 to Robison Decl.
Page 59 of 59