| | |
|---|---|
| **From:** | William (Bill) Murray <billm@familycareinc.org> |
| **Sent:** | Thursday, May 17, 2018 3:33 PM |
| **To:** | ROBISON Laura |
| **Cc:** | Jeff Heatherington; Jagger Dawn A |
| **Subject:** | RE: Dual Eligible Recoupment Reminders & Updates |

Laura,
Welcome back from your time away.

FamilyCare has reviewed the 2014-2018 recoupment amounts and related correspondence. In your April 20, 2018 email message below, you asked CCOs to raise concerns with you prior to May 31. FamilyCare is raising specific concerns for the 2014, 2015 and 2016 recoupment years. FamilyCare believes that OHA is precluded from recouping amounts for 2015 and 2016 due to the May 22, 2016 settlement agreement between FamilyCare and OHA ("Settlement Agreement"). In addition, FamilyCare was subject to the minimum medical loss ratio (MMLR) rebate for the period July 1, 2014 to December 31, 2015. The recoupment amounts for 2014 and 2015 impact the MMLR rebate calculation, reducing the recoupment amounts otherwise due for the period July 1, 2014 to December 31, 2015. Please provide FamilyCare with OHA's calculation of the revised 2014-2018 recoupment amounts after taking into account the MMLR rebate calculation and FamilyCare's previously raised issues with the MMLR rebate calculations. As a result of these specific concerns, FamilyCare expects OHA to only recoup amounts for 2014, as adjusted for the MMLR rebate recalculation, 2017 and 2018 and no amounts will be recouped for 2015 and 2016 as recoups for these years are prohibited by the Settlement Agreement.

In addition to the specific concerns noted above, the dual eligible overpayment recoupment issue reflects FamilyCare's previously expressed overarching concerns with OHA's systems and data. FamilyCare has previously communicated to OHA a number of concerns related to the integrity and reliability of OHA's data, OHA's follow-up and resolution of identified data concerns, and OHA's internal and external communications related to data concerns.

Thank you,
Bill

---

**From:** ROBISON Laura
**Sent:** Friday, April 20, 2018 5:23 PM
**To:** William (Bill) Murray ; Jeff Heatherington
**Cc:** Allen Patrick ; Jagger Dawn A ; Stanton Margie ; Busek Rhonda J
**Subject:** Dual Eligible Recoupment Reminders & Updates

Good Evening,

I have a few reminders and updates regarding the recoupment process for the dual eligible issue. Please contact me with any additional questions. Note that I will be out of the office May 1-16, so while I'm out, please copy Dawn Jagger on your questions, as well.

- **Recoupments will be set up in the financial system today, April 20.**
  - o   No recoupments for duals will be collected this cycle – the actual recoupment will be pended in the system.

Ex. 2 to Robison Decl.
Page 1 of 3

- o No other payments or recoupments will be processed during this cycle to isolate dual eligible recoupments on the 820s and 835s. *Note that this means that no QDPs will be processed this cycle; they will process during next week's cycle. OHA is notifying OHSU and OAHHS of this delay, as well.*
- o CCOs will receive 820s and 835s on Monday, April 23, and OHA will include actual amounts to be recouped by CCO in its issue update letter next week. Please remind your staff that the 820s will have larger file sizes.
- o We are not able to provide 834s specific to this issue and these members because enrollment changes drive the creation of the 834 files.
- o Once we have actual data, OHA will analyze the impact of recoupments on HRA (the recoupments estimates provided to CCOs include HRA) and MLR and update CCOs as soon as possible.
- o When adjustments are actually processed, OHA will recoup the entire incorrect capitation amount and repay the entire correct capitation amount for each affected member. These transactions will occur during the same financial cycle, so there should be no delay between the recoupment and corrected payment for a given member.
- **Recoupment timeline reminders and updates:**
  - o OHA is working with CMS to finalize the timeline to complete recoupments and refinance federal funds. We will send the timeline to CCOs once finalized with CMS, but we are proposing the following (the first two dates are shown in original timeline we provided to CCOs):
    - **April 23 – May 31, 2018:** CCOs review recoupment data and raise/resolve questions or concerns with OHA.
    - **June 8, 2018:** OHA begins processing dual eligible recoupments from CCOs.
    - **September 30, 2018:** Target date to complete most CCO recoupments.
    - **December 31, 2018:** Final date to complete CCO recoupments. This second target deadline is intended to allow for CCOs requiring additional time for repayment due to cash flow concerns.
    - **March 31, 2019:** Final date for OHA to refinance overclaimed federal funds. This final deadline will allow OHA three months to address any collection issues or other final reconciliation items after the final recoupment date.
- **2016-18 Amounts:** We researched a sample of 2016-2018 cases from the simulation to understand why we are seeing amounts for 2016 and beyond. We noted the following, and we will work with you when we have actual amounts to address issues or questions:
  - o The system correction implemented in 2016 did not recoup amounts from the January 2016 monthly capitation cycle. This appears to account for the majority of 2016 amounts in our simulation results.
  - o OHA had corrected another system issue related to dual eligible members in April 2017, which is being captured in the retroactive correction to ensure the capitation rate aligns with dual eligibility. This accounts for a smaller portion of 2016 amounts and for the 2017 amounts.
    - Issue: Notification date of dual eligibility was being overwritten when a change was made to a case that didn't affect dual eligibility, triggering a recoupment of the correct capitation and repayment of the incorrect capitation.
    - Example: A member has dual eligibility effective July 2016 and OHA pays the correct dual capitation rate for July. We receive updated information from CMS that does not change the member's eligibility in August 2016. The system changes the notification date of dual eligibility from July to August, recoups the dual capitation payment for July and pays the non-dual capitation rate for July.
  - o We do not expect to see actual amounts for 2018, but we will research any such amounts when we have the actual data.

Thank you,
Laura

**Laura Robison**
Chief Financial Officer
Oregon Health Authority

Ex. 2 to Robison Decl.
Page 2 of 3

503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us



3