**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon
Health Authority, an agency of the State of Oregon, and
Patrick Allen, both individually and in his official capacity
as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S REQUEST FOR JUDICIAL NOTICE** |

Oregon Health Authority and Patrick Allen (collectively, "OHA") hereby make this

Request for Judicial Notice under Federal Rule of Evidence § 201(b).  This Request for

Judicial Notice is based upon this written request and the attached Exhibit 1.

**PAGE 1 – DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S REQUEST FOR JUDICIAL NOTICE**

"Judicial notice is appropriate for records and reports of administrative bodies." *United States v. 14.02 Acres of Land More or Less in Fresno Cty.*, 547 F.3d 943, 955 (9th Cir. 2008) (internal quotation marks omitted) (district properly took judicial notice of a Department of Energy Study, because it was "clearly a report[ ] of[an] administrative bod[y]"); *Interstate Nat. Gas Co. v. Southern California Gas Co.*, 209 F.2d 380 (9th Cir. 1953) (taking judicial notice of the Federal Power Commission's "certificate of public convenience and necessity authorizing the construction and operation of [a] pipeline").

OHA respectfully requests that this Court take judicial notice of the public record attached hereto as Exhibit 1.  Exhibit 1 is a true and correct copy of a March 27, 2017, letter that OHA received from the federal Centers for Medicare and Medicaid Services ("CMS") in which CMS formally approves Oregon's 2017 coordinated care organization rates.

DATED this 20th day of July, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


By:    */s/ Harry B. Wilson*
David B. Markowitz, OSB No. 742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB No. 003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB No. 903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB No. 077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB No. 076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority*


**PAGE 2 – DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S REQUEST FOR JUDICIAL NOTICE**