## CENTERS FOR MEDICARE & MEDICAID SERVICES AMENDED WAIVER LIST AND EXPENDITURE AUTHORITY

**NUMBER: 21-W-00013/10 and 11-W-00160/10**

**TITLE: Oregon Health Plan (OHP)**

**AWARDEE: Oregon Health Authority**

All requirements expressed in Medicaid and Children's Health Insurance Program (CHIP) laws, regulations and policies apply to this demonstration except as expressly waived or referenced as not applicable to the expenditure authorities. Such deviations from Medicaid requirements are limited in scope to expenditures related to the following populations affected by the demonstration:

### Title XIX Waiver Authority

All requirements of the Medicaid program expressed in law, regulation and policy statement, not expressly waived in this list, shall apply to the demonstration project. Under the authority of section 1115(a)(1) of the Act, the following waivers of state plan requirements contained in section 1902 of the Act are granted in order to enable Oregon to carry out the Oregon Health Plan beginning with the approval of this demonstration amendment through June 30, 2017. When the state amends its Medicaid state plan to include some or all of these populations after that date, the state will submit an amendment to the demonstration updating the populations that will be affected by the demonstration.

1. **Statewideness/Uniformity**  **Section 1902(a)(1)**
   **42 CFR 431.50**

To enable the state to provide benefits through contracts with managed care entities that operate only in certain geographical areas of the state. (Applies to all Medicaid state plan populations listed in Attachment D.)

2. **Amount, Duration and Scope of Services**  **Section 1902(a)(10)(A)**
   **1902(a)(10)(B)**
   **42 CFR 440.230-250**

To enable the state to offer different benefits for individuals whose eligibility is determined based on modified adjusted gross income (MAGI) (other than children 0-1 years of age and pregnant women and individuals enrolled in an alternative benefits package benefits) which are consistent with a prioritized list of conditions and treatments, subject to certain exceptions for protected benefits.

OHA_LIT_00553359

Oregon Health Authority
1115(a) Waiver #21-W-00013/10 and 11-W-00160/10
December 18, 2012 (Revised November 2013)

| PMPM WITHOUT HEALTH SYSTEM TRANSFORMATION AND ANNUAL HST TARGET | | | | | | |
|---|---|---|---|---|---|---|
| | TOTAL CY 2011 | TOTAL SFY 2013 | TOTAL SFY 2014 | TOTAL SFY 2015 | TOTAL SFY 2016 | TOTAL SFY 2017 |
| Without HST Baseline Growth (Per ST&Cs) | Base Year | 5.40% | 5.40% | 5.40% | 5.40% | 5.40% |
| Without HST Baseline Growth PMPM | $ 400 | $ 421 | $ 444 | $ 468 | $ 493 | $ 520 |
| With HST Spending Reduction Growth Target | Base Year | 5.40% | 4.40% | 3.40% | 3.40% | 3.40% |
| **Capitation:** | | | | | | |
| Total Managed Care | | | | | | |
| Total Fee For Service (for equivalent CCO services) | | | | | | |
| Incentive Payment Pool | | | | | | |
| Total Capitation PMPM | $ 368 | | | | | |
| **Services Outside of Capitation + Subject to Evaluation** | | | | | | |
| ADDITIONAL SERVICES: | | | | | | |
| Substance Abusing Pregnant Women and Substance Abusing Parents with Children under Age 18 (Targeted Case Management) | | | | | | |
| Youth residential alcohol and drug treatment (OHP carve out) | | | | | | |
| Adult residential alcohol and drug treatment (OHP carve out) | | | | | | |
| Nurse Home Visiting program: Babies First! And CaCoon | | | | | | |
| Non-Emergent Medical Transportation | | | | | | |
| Adult Residential Mental Health Services | | | | | | |
| Cost-sharing for Medicare skilled nursing facility care (day 21-100) | | | | | | |
| Young Adults in Transition Mental Health Residential | | | | | | |
| Targeted Case Management | | | | | | |
| Federally Qualified Health Center Wrap | | | | | | |
| Primary Care Case Management | | | | | | |
| Global Budget PMPM | $ 400 | $ 421 | $ 440 | $ 459 | $ 484 | $ 510 |
| **Services for CCO clients Outside of Capitation[1] + NOT Subject to Evaluation** | | | | | | |
| Mental health remaining in fee-for-service | | | | | | |
| Long Term Care | | | | | | |
| School Based Health Services | | | | | | |
| Behavioral Rehabilitative Services (BRS) | | | | | | |
| Personal Care 20 Client Employed Provider | | | | | | |
| FQHC Wrap for new centers and change of scope after 7/01/2011 | | | | | | |
| Services Outside of Capitation + NOT Subject to Evaluation PMPM | | | | | | |
| **Administrative Expenses** | | | | | | |
| HIT/Interoperability costs | | | | | | |
| Internal IT system costs | | | | | | |
| New staff (Transformation Ctr., Innovator Agents, Quality Oversight, Analytics) | | | | | | |
| Administrative Expenses PMPM | | | | | | |

Footnote:
[1] QMB, CAWEM, TPL, Duals & Tribal members now enrolled in CCOs are excluded from expenditures.

1. PMPM Targets                                    12/14/2012                                    1

Demonstration Approval Period: July 5, 2012 through June 30, 2017          Page **347** of **363**
Amended July 1, 2014

OHA_LIT_00553705