From the Portland Business Journal:
https://www.bizjournals.com/portland/news/2017/02/28/familycare-takes-oha-to-court-again-over-unsound.html

# FamilyCare takes OHA to court again over 'unsound' rates

Feb 28, 2017, 11:58am PST **Updated: Feb 28, 2017, 3:39pm PST**

Nine months after settling a financial dispute with the Oregon Health Authority, FamilyCare Health is suing the state once again over how much money it receives to dispense Medicaid services.

The new lawsuit, filed in Marion County Circuit Court on Monday, takes OHA to task for its "inequitable reduction in FamilyCare's rates and subsequent payments by OHA to FamilyCare in 2017."

Portland-based FamilyCare is the second-largest Coordinated Care Organization, with 120,000 members. It has received the lowest per-member per-month rates from the state for three consecutive years, according to the suit.



CATHY CHENEY | PORTLAND BUSINESS JOURNAL
Jeff Heatherington, CEO of FamilyCare, accused OHA of delay tactics and "fuzzy accounting."

"It is with deep reluctance that we move forward with this new lawsuit against OHA," said Jeff Heatherington, FamilyCare president and CEO, said in a statement.

"We have been strong supporters of the Oregon Health Plan since its creation and we continue to believe in the program. We have worked diligently to engage the OHA in a productive dialogue around rate development, only to be met with delay tactics, fuzzy accounting and outright refusals to provide the data used to calculate our rates. Today we are compelled to act in order to protect our organization and the Oregon Medicaid recipients who rely on us."

OHA Director Lynne Saxton said the rates OHA pays the CCOs are matched to the risk of the populations they serve.

"Although we are never pleased to see an issue move to litigation, we are pleased to have a definitive forum for resolving this matter with FamilyCare," Saxton said in a written statement.

"From the beginning, this disagreement has been driven by FamilyCare's goal to be paid more Medicaid dollars. OHA has been transparent about the rate development process for all 16 CCOs. OHA's rates paid to CCOs must be reviewed and approved by the Centers for Medicare and Medicaid Services. Changes to the rate for one CCO, will impact the other 15 CCOs. ... The 2015 rate development process was revised to meet FamilyCare's specific request and concerns. It is unfortunate that since they didn't get the rate they wanted for 2017, based on that same revised methodology, they are again moving to legal action."

FamilyCare contends it receives as much as 17 percent less than Health Share of Oregon, the largest CCO and the only other one in serving the Portland area. FamilyCare says OHA refuses to provide it with the data

underlying the "unfavorable rates."

Its 2017 rates will result in a $55 million operating deficit, according to an independent actuarial analysis, FamilyCare contends. The CCO's budget was reduced by $34 million, based on an OHA claim that FamilyCare pays primary care providers too much, according to the suit.

Last June, FamilyCare and OHA settled a year-old financial dispute related to rate cuts. OHA agreed not to terminate FamilyCare's contract.

FamilyCare is represented by Stephen English, Thomas Johnson and Meredith Price of of the law firm Perkins Coie.



**Elizabeth Hayes**
Staff Reporter
*Portland Business Journal*