**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

      Special Assistant Attorneys General for Defendants Oregon
      Health Authority, an agency of the State of Oregon, and
      Patrick Allen, both individually and in his official
      capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                       Plaintiff,<br><br>      v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                       Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S EXHIBIT LIST** |

      Defendants Oregon Health Authority ("OHA") and Patrick Allen submit the following

exhibits in support of their Motion for Summary Judgment:

| | |
|---|---|
| 1 | Excerpts of Centers for Medicare & Medicaid Services Amended Waiver List and Expenditure Authority |

**Page 1 -**   **DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S EXHIBIT LIST**

| 2 | 2017 Rate Certification |
|---|---|
| 3 | May 22, 2016 Settlement Agreement |
| 4 | ASOP 49 |
| 5 | Excerpts from July 10, 2018 deposition of Benjamin J. Diederich |
| 6 | Oregon's Health System Transformation Quarterly Legislative Report (Q2 & Q3 2016), Crowell Dep. Ex. 1004 |
| 7 | Portland Business Journal article *FamilyCare takes OHA to court again over 'unsound' rates* (February 28, 2017) |
| 8 | February 28, 2017 email from BethAnne Darby, Response to FamilyCare Legal Action |
| 9 | April 11, 2017 email from Jeremy Vandehey to Gina Zejdlik, press release |
| 10 | Excerpts from June 5, 2018 deposition of Courtney Crowell |
| 11 | Excerpts from June 15, 2018 deposition of Patrick M. Allen |
| 12 | Excerpts from July 16, 2018 FRCP 30(b)(6) deposition of William Murray, Vol. 1 |
| 13 | Excerpts from July 17, 2018 FRCP 30(b)(6) deposition of William Murray, Vol. 2 |
| 14 | Excerpts from May 17, 2018 deposition of William C. Guest III |
| 15 | Excerpts from June 10, 2018 deposition of Kevin Clancy |
| 16 | Excerpts from June 5, 2018 deposition of Jeff Heatherington |
| 17 | Northwest Primary Care December 1, 2017 letter to FamilyCare Incorporated |
| 18 | November 30, 2017 email from Terry Brown to Bill Guest |
| 19 | December 29, 2017 Email from Saane Pongi to Bill Guest (**FILED UNDER SEAL**) |
| 20 | The Lund Report article *Closure of FamilyCare would devastate Portland's opioid efforts* (December 14, 2017) |
| 21 | Excerpts from July 6, 2018 deposition of Richard J. Barsotti, M.D. |
| 22 | 75th Oregon Legislative Assembly – 2009 Regular Session – Staff Measure Summaries |
| 23 | OTCA Liability Limits Table |
| 24 | 2018 Rate Certification |
| 25 | July 29, 2016 email between Zachary Aters and Theresa Souza re rate discussion |
| 26 | OHA Office of Health Policy and Analytics - Methodology:  2015 Rate Redevelopment |

**Page 2 -   DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S EXHIBIT LIST**

| 27 | December 20, 2016 email from Zachary Aters to Mark Fairbanks and Jeffrey Fritsche |
|----|----------------------------------------------------------------------------------|
| 28 | OHA 2017 Base Data and Reimbursement Review |
| 29 | Optumas February 22, 2017: Response to Questions Surrounding the Reimbursement Adjustment |
| 30 | OHA 2018 Base Data and Reimbursement Review |

DATED this 20th day of July, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


By:    */s/ Harry B. Wilson*

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB #903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority*

761737

**Page 3 -   DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S EXHIBIT LIST**