1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


PATRICK ALLEN, in his
official capacity as
DIRECTOR OF OREGON HEALTH
AUTHORITY, an agency of
the State of Oregon,

        Plaintiff,

  v.                    No. 3:18-cv-00212-MO(Leading)
                         6:18-cv-00296-MO(Trailing)

FAMILYCARE, INC., an
Oregon non-profit
corporation,

        Defendant.

_____

FAMILYCARE, INC., an Oregon
non-profit corporation,

        Plaintiff,

   v.

OREGON HEALTH AUTHORITY,
an agency of the State of
Oregon; and PATRICK ALLEN,
both individually and in
his official capacity as
director of the Oregon
Health Authority,

        Defendants.


VIDEO DEPOSITION OF WILLIAM C. GUEST III

(AEO DESIGNATIONS UNDER SEPARATE COVER)

THURSDAY, MAY 17, 2018

Full Text William Guest, 5/17/2018          Allen v. FamilyCare, Inc.

2

BE IT REMEMBERED THAT, pursuant to the Federal Rules of Civil Procedure, the deposition of WILLIAM C. GUEST III was taken before Marilynn Hoover, a Certified Shorthand Reporter in Oregon; on Thursday, May 17, 2018, commencing at the hour of 9:02 A.M.; at 1011 Commercial Street N.E., in Salem, Oregon.

                    APPEARANCES

MARKOWITZ HERBOLD, P.C.

    BY MR. MATTHEW A. LEVIN

       MS. KATHERINE M. ACOSTA

    1211 S.W. Fifth Avenue, Suite 3000

    Portland, Oregon 97204

    Telephone:  503-295-3085

    E-mail:  MattLevin@markowitzherbold.com

    Appearing as Special Assistant Attorneys

    General for OHA, Patrick Allen

PERKINS COIE, LLP

    BY MR. NICK HESTERBERG

    1201 Third Avenue, Suite 4900

    Seattle, Washington 98101

    Telephone:  206-359-3087

    E-mail:  NHesterberg@perkinscoie.com

    On behalf of FamilyCare, Inc., and the witness

Full Text William Guest, 5/17/2018          Allen v. FamilyCare, Inc.

3

                        APPEARANCES (CONT.)

PERKINS COIE, LLP

   MR. SASHA PETROVA

   1120 N.W. Couch Street, 10th Floor

   Portland, Oregon 97209

   Telephone:  503-727-2296

   E-mail:  SPetrova@perkinscoie.com

   On behalf of FamilyCare, Inc., and the witness


ALSO PRESENT:  Mr. Artur Suchorzewski

               Ms. Camille Schmitt, videographer

Full Text William Guest, 5/17/2018          Allen v. FamilyCare, Inc.

117

benefit, you may have a loss.

Some providers may be efficient, some providers may not be efficient.  So you may benefit from some and lose from some.  Some employees are productive, some employees are less productive.  So I don't know, on that statement, whether you can make a blanket.

Q.   Last question before lunch:  As you sit here today, do you know whether or not FamilyCare suffered a financial loss because of what happened with this pediatric provider deciding to also sign up with Care Oregon?

MR. HESTERBERG:  Same objection.

THE WITNESS:  I don't know the end result of that --

MR. LEVIN:  Okay.

THE WITNESS:  -- if that contract change occurred.

MR. HESTERBERG:  You said last question.

MR. LEVIN:  Well, he gave that little extra answer.

Q.   BY MR. LEVIN:  Let me just ask the hypothetical:  Assuming that that contract change had occurred -- Strike that.

Are you aware of any financial impact to

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Full Text William Guest, 5/17/2018          Allen v. FamilyCare, Inc.

118

FamilyCare because of this pediatric group deciding to contract with FamilyCare?

MR. HESTERBERG:  Objection.  Asked and answered.

Q.  BY MR. LEVIN:  I understand your answer was "I don't know if they ever did it."  I just want to -- I'm asking you --

A.  I'm not aware of any.

MR. LEVIN:  Okay.  Thank you.  Ran out of time.

THE VIDEOGRAPHER:  We are off the record.  The time is 12:10 p.m.

(Lunch recess.)

THE VIDEOGRAPHER:  We are back on the record.  The time is 1:03 p.m.

Q.  BY MR. LEVIN:  Mr. Guest, we ended a topic, before lunch, about the -- about provider groups leaving FamilyCare, and I just want to make sure I've actually ended that topic.

I'm going to read you paragraph 144 of the complaint, Exhibit 47, and I'll tell you what my question's going to be at the end of reading that to you.

My question is going to be -- I'm not asking it yet -- but, other than the pediatric group

Full Text William Guest, 5/17/2018                Allen v. FamilyCare, Inc.

119

you described, does anyone else possibly fall into the description in paragraph 144?  Okay?  Strike that.

So paragraph 144 of Exhibit 47 says: "OHA's actions have already contributed to at least one provider group enrolling with FamilyCare's competitor, thereby causing disruption to the business relationship between FamilyCare and the provider group and economic harm to FamilyCare."

Mr. Guest, you have testified about a pediatric provider group that may fall into the category described in 144.

Are there any other provider groups that you can think of that would also fall into the description in paragraph 144 of the third amended complaint?

A.   I cannot.

Q.   Let me get back to question 1.

You described, for rates, there being different rate levels; and the examples that you gave were commercial insurers, Medicare being lower than that, and state being lower than Medicare.

Is that correct?

A.   Yes.  Generally speaking, yes.

Q.   And is it fair to say that, in general,

286

STATE OF OREGON       )
                      )  SS.
COUNTY OF MARION      )

I, MARILYNN HOOVER, CSR No. 04-0387 for the State of Oregon, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn to testify the truth, the whole truth, and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named, and thereafter reduced by me to typewritten form; and that the same is a true, correct, and complete transcript of the said proceedings.

Before completion of the deposition, review of the transcript [X] was [ ] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed shall be appended hereto.

I further certify that I am not interested in the outcome of the action.

Witness my hand this 21st day of May 2018.

_____

MARILYNN HOOVER, RPR

CSR No. 04-0387; Exp. 03/31/2020