IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

PATRICK ALLEN, in his )
official capacity as DIRECTOR)
OF OREGON HEALTH AUTHORITY, )
an agency of the State of )
Oregon, )
           Plaintiff, ) Case No. 3:18-cv-00212-MO
) (Leading)
vs. ) Case No. 6:18-cv-00296-MO
) (Trailing)
FAMILYCARE, INC., an Oregon )
non-profit corporation, )
)
           Defendant. )
)
FAMILYCARE, INC., an Oregon )
non-profit corporation, )
)
           Plaintiff, )
vs. )
)
OREGON HEALTH AUTHORITY, an )
agency of the State of )
Oregon, and PATRICK ALLEN, )
both individually and in his )
official capacity as director)
of the Oregon Health )
Authority, )
           Plaintiff, )

VIDEOTAPED DEPOSITION OF KEVIN CLANCY

Taken in behalf of Oregon Health Authority/Patrick Allen

\*　　\*　　\*　　\*　　\*

June 10, 2018

1120 NW Couch Street, 10th Floor

Portland, Oregon  97209

Nor Monroe, CSR, RDR, CRR, CRC

Court Reporter

Kevin Clancy, 6/10/2018        Allen, et al v. FamilyCare, Inc.

2

APPEARANCES


FOR PATRICK ALLEN and OREGON HEALTH AUTHORITY

MR. THOMAS R. JOHNSON
trjohnson@perkinscoie.com
MR. MATTHEW MERTENS
mmertens@perkinscoie.com
PERKINS COIE
1120 NW Couch Street
10th Floor
Portland, Oregon  97209
Phone:  (503) 272-2000




FOR FAMILYCARE, INC.

MR. MATTHEW A. LEVIN
mattlevin@markowitzherbold.com
MS. BRITTANY SIMPSON
brittanysimpson@markowitzherbold.com
MARKOWITZ HERBOLD, PC
1211 SW 5th Avenue
Suite 3000
Portland, Oregon  97204
Phone:  (503) 295-3085




ALSO PRESENT:

CAMILLE SCHMITT, Videographer

WILLIAM MURRAY, COO, FamilyCare, Inc.

Kevin Clancy, 6/10/2018                Allen, et al v. FamilyCare, Inc.

312

PH Tech system?

A.    It's really their auths -- we needed the auths system to talk to the claims system.  Thing -- just some fundamental things that they just never built into it. Reporting coming out of it.  Makin' my encounter life a lot easier coming out of the system so I didn't have to piece stuff together from -- from PH Tech to make sure that all the encounters got to the State.

Just -- just really state of the art.  I don't know how old is on -- the -- the PH Tech system, it's really old . . . software.  And i- -- it worked for the purpose, but we just outgrew it and they just couldn't keep up with us.  They were just really focused on that smaller population.

Q.    Did any providers ever leave FamilyCare because of the OHA communications plan?

A.    I'm not aware of any.

Lot of threats.

Q.    Are you aware of any specific threats by any specific providers?

A.    The one big one was Yakima Valley Farm -- one of our big IPAs.  Carlos, that runs that thing, kept threatening.

Q.    And did Yakima Valley ever leave FamilyCare before it went out of business?

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Kevin Clancy, 6/10/2018              Allen, et al v. FamilyCare, Inc.

316

C E R T I F I C A T E

STATE OF OREGON      )
                     )
COUNTY OF CLACKAMAS  )

        I, Nor Monroe, Certified Court Reporter in and for the States of Oregon and Washington, do hereby certify to the following:

        That the witness, KEVIN CLANCY, was duly sworn by me, and that I reported by stenotype all testimony adduced and other oral proceedings had in the foregoing matter;

        That my stenographic notes were reduced to typewriting under my direction;

        And that the foregoing transcript, pages 1 through 315, inclusive, constitutes a full, true, and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

        Witness my hand this 20th day of June, 2018.

_____
NOR MONROE, RDR, CRR, CRC
Oregon CSR No. 17-0448
Washington CSR No. 3442

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554