

P.O. Box 22075 • Milwaukie, OR 97269 • P 503.659.4777 • F 503.652.5223 • www.nwpc.com

December 1, 2017

Familycare Incorporated
Attn: Provider Contracting Department
825 NE Multnomah
Suite 300
Portland, OR  97232

It is with a sad heart that NW Primary Care PC, TIN 93-0599056, is submitting our contract termination notice per p6.4 Termination Without Cause contract clause.  Our effective termination date is April 1, 2018.

From Familycare Inc's public statements, we understand that Familycare will no longer be financially viable by August 2018 if additional funding is not provided by OHA, and that a court case is scheduled for February 2018 to make this determination.  Should Familycare receive substantial additional funding that would allow it to continue to provide CCO services and payments for services provided by our practitioners, NWPC desires to negotiate a new agreement at that time  to continue serving Familycare's members.

In lieu of this contract termination, NWPC is now closed to any new Familycare members until a future contract is negotiated based on Familycare's financial viability.  NWPC desires to work closely with Familycare in the communications to the existing members/patients to alleviate any misinformation. To achieve the best patient communication, we would like to begin working immediately with Familycare to achieve this goal.

If you have any questions, please let me know.  NWPC has had a successful long term relationship with Familycare and we wish you the best.

Respectfully,

Michael Whitbeck
Medical Group Administrator

FCI0388490

Ex. 17
Page 1 of 1