| | |
|---|---|
| **From:** | Terry Brown |
| **To:** | Bill Guest |
| **CC:** | Kevin Clancy |
| **Sent:** | 11/30/2017 9:29:55 AM |
| **Subject:** | RE: Notes from my phone meeting with Michael Whitbeck on 11/28/17 |

NWPC has also not signed the 2017 Quality Addendum. I had reached agreement that it would be signed and then it is held hostage by NWPC to make the same comments or requests and you indicated below.

**From:** Bill Guest
**Sent:** Wednesday, November 29, 2017 3:56 PM
**To:** Terry Brown <TerryB@familycareinc.org>
**Cc:** Kevin Clancy <kevinc@familycareinc.org>
**Subject:** Notes from my phone meeting with Michael Whitbeck on 11/28/17

Discussed unsigned amendment (which would extend current contract through 12/31/17) and 2018 quality amendment)
NWPC disagrees with 13% admin rate…
NWPC disagrees with lack of additional payments for CPC+ (even though NWPC is not capitated)
Michael is planning on contacting CMS to get clarification on what we should be paying (Michael had asked for copies of the CPC+ MOU but I have been told by Bill M that it is confidential))
Noted that FC's conversion factor of $65 is falling behind Commercial which is "paying in mid 70's"
Based on Jeff's comments that FC could be bankrupt by August, Michael indicated that NWPC will likely be giving FC a three month notice on 1/1/18, and will hope for a positive court case outcome, after which, they would reconsider a contract.
Michael indicated that NWPC would likely make room for additional higher paying commercial members by reducing Medicaid members.
Michael noted that NWPC participated in original CPC program for which NWPC was audited in detail for accountability.
NWPC will have a board meeting on 11/28/17 to decide on action for FC.

**Bill Guest**
VP Provider Network Services
825 NE Multnomah St., Suite 1400, Portland, OR 97232
Direct: 503-488-3603 | Fax: 503-488-3603
Facebook | Twitter | App

