UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

|  |  |  |
|---|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | ) ) ) ) ) | |
| Plaintiff, | ) | No. |
| v. | ) | 3:18-CV-00212-MO |
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) | |
| Defendant. | ) | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) | |
| Plaintiff, | ) | No. |
| v. | ) | 6:18-CV-00296-MO |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

VIDEOTAPE DEPOSITION OF

RICHARD J. BARSOTTI, M.D.

Taken in behalf of OHA

\*   \*   \*

July 6, 2018

1211 S.W. Fifth Avenue, Suite 2900

Portland, OR 97204

Shannon K. Krska,
CSR, CCR
Court Reporter

APPEARANCES:

For the Plaintiff Allen:

MS. BRITTANY SIMPSON and MR. MATTHEW LEVIN
Special Assistant Attorney Generals
Markowitz Herbold PC
Suite 3000
1211 S.W. Fifth Avenue
Portland, OR 97204
503.295.3085
BrittanySimpson@MarkowitzHerbold.com

For the Defendant FamilyCare:

MR. DOUGLAS R. PAHL
Perkins Coie
Tenth Floor
1120 N.W. Couch Street
Portland, OR 97209
503.727.222
DPahl@perkinscoie.com

For the Witness:

MR. EDWARD PIPER
Angeli Law Group LLC
Suite 400
121 S.W. Morrison
Portland, OR 97204
503.954.2232
edward@angelilaw.com

Also Present:  Camille Schmitt - videographer

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Richard J. Barsotti, MD, 7/6/2018                    Allen v. Family Care

7

don't understand, please ask me to rephrase it
and I will.

    A.   Yes.

    Q.   Okay.  Dr. Barsotti, why did the
Children's Health Alliance sign a contract with
CareOregon?

    A.   Ask again, please.

    Q.   Why did the Children's Health Alliance
sign a contract with CareOregon?

    A.   Give me some time frame there.

    Q.   All right.  It's my understanding that
at some point the Children's Health Alliance,
probably around 2017, entered into a contract to
treat CareOregon patients.

        Are you aware of that?

    A.   Yes.

    Q.   Okay.  What were the circumstances?  Why
did CareOregon (sic) sign a contract in 2017 to
start treating CareOregon patients?

        MR. PIPER:  Object to compound.

    Q.   (By Ms. Simpson)  Why -- why did the
Children's Health Alliance sign a contract with
CareOregon in 2017?

    A.   It is always good to have two companies
that want your business rather than one.

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Richard J. Barsotti, MD, 7/6/2018                    Allen v. Family Care

73

Q.    -- to promote primary care?

A.    I don't know what the secret sauce was. But you asked if they had secret sauce. They did. But it was to support primary care.

Q.    What did FamilyCare do to support primary care?

A.    Paid well and supported the patient centered primary care medical home through various incentives and mechanisms.

Q.    Let's talk about the first one, paid well. How was FamilyCare different than other CCOs in terms of payments?

A.    They paid Family -- they paid primary care a higher rate.

Q.    How much higher of a rate?

A.    I don't know.

Q.    Were you involved with the decision to pay higher rates, for FamilyCare to pay higher rates?

A.    I was involved in the decision, because it's a board level policy, that we would support primary care in the patients' interest and in the financial bottom line interest, that supporting primary care would be a policy decision. The actual rate setting I don't

Richard J. Barsotti, MD, 7/6/2018                    Allen v. Family Care

74

remember being involved in.

Q.    Do you know if the rates were equivalent to commercial rates?

A.    When you added them all up they were getting close, but I don't know other than remembering it's getting close to commercial rates for primary care.  Other than that, I don't remember.

Q.    Were you in favor of paying close to commercial -- of FamilyCare paying close to commercial rates?

A.    I am in -- yes.

Q.    Why?

A.    Supporting primary care you get better patient outcomes at lower cost.

Q.    What data do you have to support that paying -- supporting primary care gives you better patient outcome --

A.    There's --

Q.    -- at lower cost?

A.    There's a number the study done by the University -- by Portland State that showed -- documented it well, the first part of the CCOs. Other data from internationally that if you see one physician for five years, you last -- you

Richard J. Barsotti, MD, 7/6/2018                    Allen v. Family Care

178

                        C E R T I F I C A T E

        I, Shannon K. Krska, a Certified

Shorthand Reporter for Oregon, do hereby certify

that, pursuant to stipulation of counsel for the

respective parties hereinbefore set forth,

RICHARD J. BARSOTTI, M.D., personally appeared

before me at the time and place set forth in the

caption hereof; that at said time and place I

reported in Stenotype all testimony adduced and

other oral proceedings had in the foregoing

matter; that thereafter my notes were reduced to

typewriting under my direction; and that the

foregoing transcript, pages 1 to 178, both

inclusive, constitutes a full, true and accurate

record of all such testimony adduced and oral

proceedings had, and of the whole thereof.

        Witness my hand and CSR stamp at

Vancouver, Washington, this 17th day of July,

2018.

                    _____
                    SHANNON K. KRSKA
                    Certified Shorthand Reporter
                    Certificate No. 90-0216
                    Commission Expires: 12/31/20

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554