| Causes of action arising | Oregon Tort Claims Act limits on liability of the state for personal injury and death | Oregon Tort Claims Act limits on liability of local public bodies for personal injury and death | Oregon Tort Claims Act limits on liability of the state and local public bodies for property damage |
|---|---|---|---|
| on or after 01/01/1989* and before 12/28/2007 | $200,000 for single claimant<br>$500,000 for multiple claimants | See below | See below |
| on or after 12/28/2007 and before 07/01/2010 | $1.5M for single claimant<br>$3.0M for multiple claimants | See below | See below |
| on or after 01/01/1989 and before 07/01/2009 | See above | $200,000 for single claimant<br>$500,000 for multiple claimants | $50,000 for single or multiple claimants |
| on or after 07/01/2009 and before 07/01/2010 | See above | $500,000 for single claimant<br>$1,000,000 for multiple claimants | $100,000 for single claimant<br>$500,000 for multiple claimants |
| on or after 07/01/2010 and before 07/01/2011 | $1.6M for single claimant<br>$3.2M for multiple claimants | $533,300 for single claimant<br>$1,066,700 for multiple claimants | $100,100 for single claimant<br>$500,600 for multiple claimants |
| on or after 07/01/2011 and before 07/01/2012 | $1.7M for single claimant<br>$3.4M for multiple claimants | $566,700 for single claimant<br>$1,133,300 for multiple claimants | $101,400 for single claimant<br>$506,900 for multiple claimants |
| on or after 07/01/2012 and before 07/01/2013 | $1.8M for single claimant<br>$3.6M for multiple claimants | $600,000 for single claimant<br>$1,200,000 for multiple claimants | $104,300 for single claimant<br>$521,400 for multiple claimants |
| on or after 07/01/2013 and before 07/01/2014 | $1.9M for single claimant<br>$3.8M for multiple claimants | $633,300 for single claimant<br>$1,266,700 for multiple claimants | $106,700 for single claimant<br>$533,400 for multiple claimants |
| on or after 07/01/2014 and before 07/01/2015 | $2.0M for single claimant<br>$4.0M for multiple claimants | $666,700 for single claimant<br>$1,333,300 for multiple claimants | $109,400 for single claimant<br>$546,800 for multiple claimants |
| on or after 07/01/2015 and before 07/01/2016 | $2,048,300 for single claimant<br>$4,096,600 for multiple claimants | $682,800 for single claimant<br>$1,365,500 for multiple claimants | $112,000 for single claimant<br>$560,000 for multiple claimants |
| on or after 07/01/2016 and before 07/01/2017 | $2,073,600 for single claimant<br>$4,147,100 for multiple claimants | $691,200 for single claimant<br>$1,382,300 for multiple claimants | $113,400 for single claimant<br>$566,900 for multiple claimants |
| on or after 07/01/2017 and before 07/01/2018 | $2,118,000 for single claimant<br>$4,236,000 for multiple claimants | $706,000 for single claimant<br>$1,412,000 for multiple claimants | $115,800 for single claimant<br>$579,000 for multiple claimants |
| on or after 07/01/2018 and before 07/01/2019 | $2,181,600 for single claimant<br>$4,363,100 for multiple claimants | $727,200 for single claimant<br>$1,454,300 for multiple claimants | $119,300 for single claimant<br>$596,400 for multiple claimants |
| on or after 07/01/2019 and before 07/01/2020 | TBD by SCA | TBD by SCA | TBD by SCA |
| etc. | TBD by SCA | TBD by SCA | TBD by SCA |

*This is the effective date of the last time any of the limits in ORS 30.270 were amended before 2009 SB 311.

BCM:jm\18eBCM020jm