---

| | |
|---|---|
| **From:** | Zachary Aters |
| **To:** | Souza Theresa |
| **Sent:** | 7/29/2016 2:11:12 PM |
| **Subject:** | Re: Rate Discussion |

Hi
9:00-9:30 will work

Sent from my iPhone

> On Jul 29, 2016, at 11:50 AM, Souza Theresa
>
> Hi Zach,
> I hope you're doing well! Please let me know your schedule next Friday when you're in Portland. Lynne is available 9-9:30 or 3-3:30 if either of those times will work for you? Am I correct to assume this will be in person? If so, Lynne is at the Portland State Office Building at 800 NE Oregon St. and I will send the information in the meeting notice.
>
> Please let me know at your convenience.
>
> Thank you,
>
> Theresa Souza
> Desk: 503-947-2343
> Cell: 503-569-9888
>
>
> -----Original Message-----
> From: Saxton Lynne
> Sent: Thursday, July 28, 2016 11:02 PM
> To: Zachary Aters <zachary.aters@optumas.com>
> Cc: Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Black Jeston J <JESTON.J.BLACK@dhsoha.state.or.us>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; Steve Schramm <steve.schramm@optumas.com>; Souza Theresa
> Subject: Re: Rate Discussion
>
> Great - Theresa will schedule a 30 minute check in for us. Thank you.
>
> Sent from my iPhone
>
>> On Jul 28, 2016, at 10:21 PM, Zachary Aters <zachary.aters@optumas.com> wrote:
>>
>> I will be there next Friday
>>
>> Sent from my iPhone
>>
>>> On Jul 28, 2016, at 10:20 PM, Saxton Lynne <lynne.saxton@state.or.us> wrote:
>>>
>>> Thank you Zach - excellent summary and very useful for my call with Jeff. When are you next in Oregon?
>>>
>>> Sent from my iPhone
>>>
>>>> On Jul 28, 2016, at 10:13 PM, Zachary Aters <zachary.aters@optumas.com> wrote:
>>>>
>>>> Good Evening Lynne,
>>>> Thank you for the appreciation, the team has and is working extremely hard. We truly enjoy working with OHA on continuing to promote/improve the CCO program.
>>>>
>>>> I think it is important that you have a summary prior to your call with FC, so I wanted to provide the following:
>>>>
>>>> First of all, the message that we tried to send to all CCOs is that OHA continues to promote and support creative APMs at

OHA_LIT_00281471

the CCO level that assist in continued transformation within the Medicaid arena. OHA does not want to dictate business decisions on behalf of the CCOs nor do they want to introduce policy that limits the CCOs ability to implement successful APM strategies. However, business decisions that are made under the veil of APM that result in not only unsustainable but egregious rates of growth cannot be expected to be funded by the State. This is not implying the CCOs cannot continue with their business plan, it simply implies that the CCOs are at risk based on their own business decisions.
>>>>
>>>> We explained that as OHA/Optumas reviewed the initial rates of
>>>> growth reported by the CCOs via their medical expenditures from CY14
>>>> to CY15, there was a need to understand the drivers of the
>>>> accelerated growth rate. The drivers were found to be
>>>> 1) Pharmacy Cost - It was conveyed that OHA is allowing this growth to flow through as this growth is not due to any one particular CCOs business decision, rather it is
>>>> a systemic issue across the state and nation.
>>>> 2) Increased utilization for ACA population - please note that we anticipated this, which is why we included a durational adjustment within our rate development last
>>>> rate cycle.
>>>> 3) Reimbursement changes
>>>> 4) Incentive payments made due to CCO surpluses - Any incentives described by the CCOs as being related to surplus payments were omitted from the base data.
>>>> We explained that these payments were a result of the CCO having a good year, which is good for the CCO and providers, but that this surplus should not be
>>>> perpetuated by including these cost in base data. ALL CCOs
>>>> except for ALLCARE and FC were accepting of this explanation
>>>>
>>>> There were five CCOs significantly impacted by adjustments due to reimbursement/surplus incentives
>>>> 1) Umpqua - $11M was removed due to a surplus payment. After some discussion, they were in agreement with adjustment and understood why it had to be made
>>>> 2) Trillium - Surplus payments were removed. Trillium did challenge the removal of dollars, but once we pointed to the extremely high rate of growth as the rationale, they seemed
>>>> to back off.
>>>> 3) Jackson - Seemed to understand why the incentives were removed
>>>> 4) FC - had a reported 19% rate of growth all due to increasing reimbursement in professional services as well as infusing significant incentives to their professional providers. This
>>>> is the driver of their change in growth rate between CY14 and CY15. It needs to be noted that after the adjustment, FC is still at a 6%ish rate of growth.
>>>> 5) Allcare- seemed to not be aware that they had reported expenditures that showed such a high growth rate. However, they also seemed to be unwilling to recognize the issue.
>>>>
>>>>
>>>> The underlying issue here is ACA expansion. Starting in CY14, the CCOs started to receive revenue for the ACA population that far exceeded the level of expenditures for this population (rates were too high). This significant increase in revenue seemed to trigger CCOs to make changes to their business models, i.e. reimbursement changes. There seems to be a few CCOs that continued to enhance their reimbursement throughout CY15 without any consideration of offsets in other settings of care, therefore resulting in the high growth rates.
>>>>
>>>> The message to FC was that OHA was not dictating what they could or could not pursue as business strategies, rather that the enhanced reimbursement was driving the rate of growth that is in conflict with the underlying waiver growth rate of 3.4% and therefore not sustainable. OHA can only build in reasonable levels of reimbursement within the rates, changes in reimbursement of the 40% or more in a twelve month period are not reasonable.
>>>>
>>>> Hopefully this helps in your discussion, sorry if the summary is a bit jumbled, we can have a call to discuss if necessary.
>>>>
>>>> Please let me know if you have any questions prior to your call,
>>>>
>>>> Thanks,
>>>>
>>>>
>>>> Zachary Aters ASA, MAAA | Optumas
>>>> 7400 E. McDonald, Suite 101, Scottsdale, AZ 85250 v. 480.588.2495 |
>>>> c. 480.280.5881 | zachary.aters@optumas.com
>>>>
>>>> -----Original Message-----
>>>> From: Saxton Lynne [mailto:lynne.saxton@state.or.us]

>>>> Sent: Thursday, July 28, 2016 8:50 PM
>>>> To: Zachary Aters <zachary.aters@optumas.com>
>>>> Cc: Darby BethAnne <bethanne.darby@state.or.us>; Black Jeston J
>>>> <jeston.j.black@state.or.us>; Coyner Lori A
>>>> <lori.a.coyner@state.or.us>; Fairbanks Mark R
>>>> <mark.r.fairbanks@state.or.us>; Steve Schramm
>>>> <steve.schramm@optumas.com>
>>>> Subject: Rate Discussion
>>>>
>>>> Hi Zach - from the reports I am receiving from our team, I understand you have done a terrific job this week. Thank you!
>>>>
>>>> I would appreciate getting your perspective on the meetings this week. Jeff Heatherington has asked for a call with me tomorrow and I don't need your comments prior but would appreciate early next week.
>>>>
>>>> You are also welcome to call. Mark is arranging a schedule for my participation in some of the future meetings.
>>>>
>>>>
>>>>
>>>>
>>>> Sent from my iPhone

OHA_LIT_00281473