2017 Base Data and Reimbursement Review



# 2017 Reimbursement Review

## Rate Process Overview

As of September 30, 2016, the Oregon Health Authority presented the 2017 rates to CCOs and is finalizing the submission of rates and the actuarial certification to CMS. OHA has continued to contract with Optumas, our Medicaid Actuarial consultant, to develop and certify the 2017 rates. The rate development leverages the regional and risk score methodology used for 2015 and 2016 CCO rates. As part of this development process, Optumas and OHA reviewed the CCO 2015 financial information submitted by CCOs and created the regional base data, which is the basis for the 2017 rates. The following outlines how those adjustments were determined.

## 2015 Financial Picture and Rate Setting

During the 2015 financial review process, Optumas found that some CCOs were reporting a significant increase in per member spending from 2014 to 2015, while others were reporting sustainable or low rates of growth. However, **on aggregate, the per member costs from 2014 to 2015 still grew at a rate of 8.6% as reported by CCOs (see next page for graphs).** This growth rate far out-paced the sustainable rate of growth of 3.4%.

OHA asked Optumas to explore the drivers for CCOs that experienced significant increases, and found a major driver was due to business decisions made by the CCOs, including the business decision to increase reimbursement and/or payout surpluses to providers as incentives. Other significant drivers that affected CCO increases in per member cost include increased pharmacy and A/B hospital costs.

### Drivers of increased costs per member from 2014 to 2015

- Increased reimbursement to providers between 2014 to 2015 for specific CCOs
- Surplus payouts to providers (incentive payments) for specific CCOs
- Increased pharmacy costs (both generic and brand) affecting all CCOs
- Increased A/B hospital costs for specific CCOs

Given the noted reimbursement increases and increased incentives, OHA asked Optumas to conduct a reimbursement analysis across the program to further understand the changes over time. The following graphs provide more insight to the landscape of the growth reported by CCOs at a regional level from 2014 to 2015.

OHA_LIT_00238431

2017 Base Data and Reimbursement Review

## 2014 to 2015 Implied Growth Rate
*CCO reported financial comparison by region and statewide, adjusted for population mix*



## 2014 to 2015 Implied Growth Rate by CCO
*CCO reported financial comparison, adjusted for population mix*



OHA_LIT_00238432

2017 Base Data and Reimbursement Review

## Base Data Policy and Reimbursement Review

Based on the information laid out above, OHA adopted a rate development policy to mitigate the high rate of growth from 2014 to 2015. The policy still promotes efficiency and the success we've seen with lower growth for some CCOs. Without action, the State of Oregon would be in jeopardy of not achieving the 3.4% sustainable rate of growth agreed upon with CMS. **Please note, these rate adjustments do not result in a CCO-specific rate increase or decrease, due to the regional rate methodology.**

**Policy Principles**:
- Develop a policy that promotes containing costs across a CCO's budget, no matter the reimbursement method or reimbursement level.
- Do not perpetuate CCO business decisions of increased spending from 2014 to 2015 into 2017, unless they are sustainable.
- Do not carry forward into 2017 increased incentives or reimbursement payments that were the result of payout surpluses gained in 2014 and 2015.

**2017 Base Data Policy**:
- For CCOs that met a sustainable growth rate, no reimbursement adjustment was made. However, surplus and one-time costs were removed.
- For CCOs that were outliers and above a sustainable growth, and also had increased reimbursement from 2014 to 2015 – adjustments were made in claims level reimbursement and/or incentive payments.

After the above policy was applied, the base data resulted in a 4.7% increase from 2014 to 2015. While the sustainable rate of growth was used to evaluate drivers, if CCOs experienced increased costs based on such things as pharmacy or A/B hospital expenditures, adjustments were not made to those categories. **In summary, the base data was not adjusted to attain a sustainable rate of growth, but was evaluated to reveal drivers of growth that are both unsustainable and significantly above national trends and Oregon's sustainable rate of growth of 3.4%**

| Region | CY14 to CY15 PMPM Rate of Growth - Mix Adjusted | | CY15 Financial Dollars | | |
| --- | --- | --- | --- | --- | --- |
| | *Reported Financials [1]* | *Adjusted Financials [2]* | *Reported Financials [1]* | *Adjusted Financials [2]* | *Difference* |
| Tri-County | 8.8% | 5.6% | $ 1,151,175,403 | $ 1,116,762,916 | $ (34,412,487) |
| Northwest | 5.5% | 3.1% | $ 719,413,330 | $ 703,265,950 | $ (16,147,380) |
| Southwest | 10.4% | 3.9% | $ 814,775,774 | $ 766,804,592 | $ (47,971,181) |
| Central/Eastern | 9.7% | 6.4% | $ 502,302,716 | $ 487,321,980 | $ (14,980,736) |
| Statewide | 8.6% | 4.7% | $ 3,187,667,223 | $ 3,074,155,437 | $ (113,511,785) |

## CMS Final Rule

In addition, the new Centers for Medicare and Medicaid Services (CMS) Managed Care Rule, gives states the discretion to set minimum and maximum reimbursement levels that are reasonable to attain access to services, and gives states additional flexibility to determine which services and models are appropriate for value-based purchasing. (§438.4(b)(3))   This new guidance supports OHA's ability to conduct reimbursement analyses and develop policy related to business models that affect reimbursement and incentives.