2018 Base Data and Reimbursement Review



# 2018 Reimbursement Review

As part of the 2018 development process, Optumas and OHA reviewed CCO's 2016 financial information and developed the regional base data, which is the basis for the 2018 rates. The review process included adjustments made based on policy decisions that are consistent with the policy and methodology used for the 2017 rate development. The following outlines how those adjustments were determined.

## 2016 Financial Picture and Rate Development

During the 2016 financial review process, Optumas found that some CCOs were reporting a significant increase in per member spending from 2015 to 2016. **In aggregate, the per member costs for the base data grew from 2015 to 2016 a growth of 10.9%.**

Similar to last year's process, OHA asked Optumas to explore the cost drivers for CCOs that reported significant growth. In some cases, the increases were due to factors such as rising pharmacy and rural hospital costs and the impact of redeterminations, which are outside a CCO's control. In other cases, the increases were related to business decisions, such as enhanced reimbursement and incentive payouts to providers.

## OHA Collaboration and Transparency

OHA and Optumas asked each CCO for input and assistance in identifying opportunities to hold down cost growth. The specific requests to CCOs were as follows:

1. Provide specific details on what ideas, options, solutions, or interventions you are currently doing or are preparing to do to help keep the rate of growth down for your CCO for 2018.
2. After reviewing your financial templates, provide information for any onetime payments/costs that should not be included in the base data. For example, these may include payments from surplus, shared savings arrangements, etc., which should not be compounded year over year in rate development.

OHA and Optumas received responses, however, CCOs did not identify opportunities in limiting the rate of growth for 2018 rates. Many CCOs did provide helpful information related to mitigating cost growth in the future and we look forward to working with each CCO on their efforts (risk sharing models, preventative initiatives, care management programs, etc.).

## Base Data Policy and Reimbursement Review for 2018 Rates

OHA adopted a rate development policy for 2017 rates and continued to apply this policy to 2018 rates to mitigate the high rate of growth observed in the base data from 2015 to 2016, while still promoting efficiency and health transformation results. Without action, OHA would be at risk of not achieving a sustainable rate of growth and not meeting the legislatively approved budget. In addition, per the new Centers for Medicare and Medicaid Services (CMS) Managed Care Rule (§438.4(b)(3)), states have the discretion to set minimum and

OHA_LIT_00578003

2018 Base Data and Reimbursement Review

maximum reimbursement levels that are reasonable to attain availability and access to services, and additional flexibility to determine which services and models are appropriate for value-based purchasing.

Base data was not adjusted to attain a specific sustainable rate of growth, but rather the data was evaluated to reveal drivers of growth that are both unsustainable and significantly above national trends. In evaluating cost drivers, increased costs due to factors outside a CCO's control were not adjusted. However, increases related to business decisions, such as enhanced reimbursement and incentive payouts to providers, were adjusted. It is important to note that while these adjustments are made to individual CCO data, the regional approach to rate development means that the effect of these adjustments is spread across each region and not specifically to any one CCO.

**Policy Principles**:
- Develop a policy that promotes cost containment across a CCO's budget, regardless of the reimbursement method or reimbursement level.
- Do not perpetuate CCO business decisions of increased spending in 2016 into 2018 rates, unless they are sustainable and resulted in a return on investment in the CCO's overall growth.

**2018 Base Data Adjustments**:
- Out of 16 CCOs, eight had a base data increase of over 7% and were considered outliers in growth related to national Medicaid trends (5-6%). For these CCOs, which OHA found to have enhanced reimbursement compared to regional partners, adjustments were made to claims level reimbursement and/or incentive payments to be in line with regional and national trends.
- The remaining eight CCOs had no reimbursement adjustments. However, reported CCO costs described as surplus payouts and one-time costs were removed.

After the adjustments described above were made, the adjusted base data reflected an 8.2% increase from 2015 to 2016.

**Reimbursement Policy Exhibit - CY18 Rates**

| Region | CY15 to CY16 Base Data PMPM Rate of Growth - Mix Adjusted | | CY16 Financial Dollars | | | |
|---|---|---|---|---|---|---|
| | Reported Financials [1] | Adjusted Financials [2] | Reported Financials [3] | Adjusted Financials [2] | Difference | Percent Change |
| Tri-County | 11.4% | 8.9% | $ 1,256,515,462 | $ 1,229,868,711 | $ (26,646,751) | -2.2% |
| Northwest | 9.0% | 6.8% | $ 805,249,032 | $ 789,288,310 | $ (15,960,722) | -2.0% |
| Southwest | 13.2% | 9.6% | $ 888,873,853 | $ 862,280,479 | $ (26,593,375) | -3.1% |
| Central/Eastern | 8.8% | 6.8% | $ 546,830,719 | $ 537,274,307 | $ (9,556,412) | -1.8% |
| Statewide | 10.9% | 8.2% | $ 3,497,469,066 | $ 3,418,711,807 | $ (78,757,259) | -2.3% |

[1] Omits Maternity, Dental, Case Mgmt, Intensive Case Mgmt, and Flex Services costs

[2] Reflects truncated costs per policy decisions

[3] Omits Dental, Case Mgmt, Intensive Case Mgmt, and Flex Services costs