**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>         Plaintiff,<br><br>  v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>         Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF RENEE R. STINEMAN IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S MOTION FOR SUMMARY JUDGMENT** |

I, Renee R. Stineman, declare:

Page 1 - **DECLARATION OF RENEE R. STINEMAN IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S MOTION FOR SUMMARY JUDGMENT**

1.  I am Attorney-in-Charge of the Special Litigation Unit at the Oregon Department of Justice. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.  On February 2, 2017, FamilyCare's counsel, Stephen English, left me a voicemail asking to speak regarding the ongoing dispute resolution process between OHA and FamilyCare.

3.  On February 3, 2017, I spoke with English on the phone, along with Ted Falk, Assistant Attorney General at the Oregon Department of Justice. During this conversation, English stated that because OHA had not produced certain confidential information of other CCOs requested by FamilyCare that FamilyCare wished to treat the upcoming February 6th meeting as an attorneys-only "status conference," not a dispute resolution meeting.

4.  Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
| --- | --- |
| 1 | December 30, 2016 Dispute Resolution Agreement |
| 2 | January 24, 2017 email from Meredith Price to Theodore Falk |
| 3 | February 3, 2017 emails among Renee Stineman, Theodore Falk and Stephen English |
| 4 | February 3, 2017 emails among Matthew Gordon, Renee Stineman and Theodore Falk |
| 5 | Perkins Coie February 9, 2017 letter to Theodore Falk |
| 6 | February 14, 2017 email from Renee Stineman to Stephen English |
| 7 | Department of Justice February 21, 2017 letter to Stephen English |
| 8 | Perkins Coie February 6, 2017 letter to Renee Stineman |
| 9 | Department of Justice February 8, 2017 letter to Stephen English |
| 10 | February 16, 2017 emails from Renee Stineman to Stephen English |
| 11 | February 24, 2017 email from Renee Stineman to Stephen English, Matthew Gordon, Melanie Curtice, Thomas Johnson and Meredith Price (forwarding February 22, 2017 Reimbursement Narrative) |

///

///

**Page 2 -    DECLARATION OF RENEE R. STINEMAN IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S MOTION FOR SUMMARY JUDGMENT**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 20th day of July, 2018.

Renee R. Stineman, OSB #994610

Page 3 -    **DECLARATION OF RENEE R. STINEMAN IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S MOTION FOR SUMMARY JUDGMENT**