| | |
|---|---|
| **From:** | Gordon, Matthew P. (Perkins Coie) |
| **To:** | Stineman Renee; Falk Theodore C |
| **CC:** | English, Stephen F. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie); MCurtice@perkinscoie.com; Scott Carla A; Wahl Jeffrey; Price, Meredith M. (Perkins Coie) |
| **Sent:** | 2/3/2017 4:33:59 PM |
| **Subject:** | RE: Dispute Resolution Conference |

Thank you for letting me know.

Matthew Gordon | Perkins Coie LLP
COUNSEL
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com


-----Original Message-----
From: Stineman Renee [mailto:renee.stineman@doj.state.or.us]
Sent: Friday, February 03, 2017 4:24 PM
To: Gordon, Matthew P. (SEA); Falk Theodore C
Cc: English, Stephen F. (POR); Johnson, Thomas R., Jr. (POR); Curtice, Melanie K. (SEA); Scott Carla A; Wahl Jeffrey; Price, Meredith M. (POR)
Subject: RE: Dispute Resolution Conference

Matthew,

I am not sure if Ted is available to respond. In light of my recent email exchange with Steve, we will be planning on only lawyers attending on Monday. For now that includes me, Ted, Carla Scott and possibly Jeff Wahl.

Thank you,

Renee R. Stineman
Oregon Department of Justice
971.673.5021


-----Original Message-----
From: Gordon, Matthew P. (Perkins Coie) [mailto:MGordon@perkinscoie.com]
Sent: Friday, February 3, 2017 4:01 PM
To: Falk Theodore C
Cc: English, Stephen F. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie); MCurtice@perkinscoie.com; Stineman Renee; Scott Carla A; Wahl Jeffrey; Price, Meredith M. (Perkins Coie)
Subject: RE: Dispute Resolution Conference

Ted,

We look forward to seeing you Monday at 9:30 at our offices. Should we expect the same group you had last time, or do you anticipate a change in who will be attending on your side?

Thanks,
Matt

Matthew Gordon | Perkins Coie LLP
COUNSEL
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com

-----Original Message-----
From: Gordon, Matthew P. (SEA)
Sent: Tuesday, January 24, 2017 9:54 AM
To: 'Falk Theodore C'
Cc: English, Stephen F. (POR); Johnson, Thomas R., Jr. (POR); Curtice, Melanie K. (SEA);

Stineman Renee; Scott Carla A; Wahl Jeffrey
Subject: RE: Dispute Resolution Conference

Ted,

February 6 will work for our team.

Also, yesterday was Jeff Peterson's last day with Perkins Coie. He left to go in-house with a company.

-Matt

Matthew Gordon | Perkins Coie LLP
COUNSEL
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com


-----Original Message-----
From: Falk Theodore C [mailto:theodore.falk@doj.state.or.us]
Sent: Monday, January 23, 2017 5:46 PM
To: Peterson, Jeffrey M. (POR)
Cc: English, Stephen F. (POR); Johnson, Thomas R., Jr. (POR); Curtice, Melanie K. (SEA); Gordon, Matthew P. (SEA); Stineman Renee; Scott Carla A; Wahl Jeffrey
Subject: Re: Dispute Resolution Conference

Jeff, February 6 will work for OHA and DOJ. For your team too? Ted

Ted Falk
Oregon Department of Justice
503-947-4430<tel:503-947-4430> (Salem office); 971-673-1980<tel:971-673-1980> (Portland office); 503-931-0517<tel:503-931-0517> (mobile)
Please note changed DOJ mobile number: 503-931-0517<tel:503-931-0517>

On Jan 17, 2017, at 8:51 AM, Peterson, Jeffrey M. (Perkins Coie) <JeffreyPeterson@perkinscoie.com<mailto:JeffreyPeterson@perkinscoie.com>> wrote:

Ted,

The dial-in will be 888-857-7291, and the access code will be 503-727-2075.

Jeff Peterson | Perkins Coie LLP
ASSOCIATE
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2075
F. +1.503.346.2075
E. JeffreyPeterson@perkinscoie.com<mailto:%20JeffreyPeterson@perkinscoie.com>

From: Falk Theodore C [mailto:theodore.falk@doj.state.or.us]
Sent: Tuesday, January 17, 2017 8:38 AM
To: Peterson, Jeffrey M. (POR)
Cc: English, Stephen F. (POR); Johnson, Thomas R., Jr. (POR); Curtice, Melanie K. (SEA); Gordon, Matthew P. (SEA); Stineman Renee; Scott Carla A; Wahl Jeffrey
Subject: RE: Dispute Resolution Conference

Jeff, Please set up a telephone conference line, in case some members of our time are unable to attend part or all of today's meeting due to weather. Ted

Ted Falk
Oregon Department of Justice
Phones: 971-673-1980 (Portland office); 503-947-4430 (Salem office); 503-507-8335 (mobile)
Today I am out of the office. Please connect via email.

From: Falk Theodore C
Sent: Tuesday, January 17, 2017 7:47 AM
To: 'Peterson, Jeffrey M. (Perkins Coie)'

OHA_LIT_00565911

Cc: English, Stephen F. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie);
MCurtice@perkinscoie.com<mailto:MCurtice@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie);
Stineman Renee; Scott Carla A; Wahl Jeffrey
Subject: RE: Dispute Resolution Conference

Jeff, Attached is the document log discussed on last week's phone conference. Ted

Ted Falk
Oregon Department of Justice
Phones: 971-673-1980 (Portland office); 503-947-4430 (Salem office); 503-507-8335 (mobile)
Today I am out of the office. Please connect via email.

From: Peterson, Jeffrey M. (Perkins Coie) [mailto:JeffreyPeterson@perkinscoie.com]
Sent: Monday, January 16, 2017 2:59 PM
To: Falk Theodore C
Cc: English, Stephen F. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie);
MCurtice@perkinscoie.com<mailto:MCurtice@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie);
Stineman Renee; Scott Carla A; Wahl Jeffrey
Subject: RE: Dispute Resolution Conference

Ted,

We have one update. In case I didn't tell you before, Matt Gordon will also attend tomorrow's
meeting.

Thanks,

Jeff Peterson | Perkins Coie LLP
ASSOCIATE
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2075
F. +1.503.346.2075
E. JeffreyPeterson@perkinscoie.com<mailto:%20JeffreyPeterson@perkinscoie.com>

From: Falk Theodore C [mailto:theodore.falk@doj.state.or.us]
Sent: Wednesday, January 11, 2017 8:13 AM
To: Peterson, Jeffrey M. (POR)
Cc: English, Stephen F. (POR); Johnson, Thomas R., Jr. (POR); Curtice, Melanie K. (SEA);
Gordon, Matthew P. (SEA); Stineman Renee; Scott Carla A; Wahl Jeffrey
Subject: RE: Dispute Resolution Conference

Jeff, Confirming our telephone call yesterday, Tuesday, January 17 works for OHA, DOJ, and
Optumas. I will circulate a separate email seeking to schedule the pre-call you suggest. Ted

Ted Falk
Attorney-in-Charge | Health and Human Services Section | General Counsel Division
Phones: 971-673-1980 (Portland office); 503-947-4430 (Salem office); 503-931-0517 (mobile)
Please note changed DOJ mobile number: 503-931-0517

From: Peterson, Jeffrey M. (Perkins Coie) [mailto:JeffreyPeterson@perkinscoie.com]
Sent: Tuesday, January 10, 2017 2:30 PM
To: Falk Theodore C
Cc: English, Stephen F. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie);
MCurtice@perkinscoie.com<mailto:MCurtice@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie);
Stineman Renee; Scott Carla A; Wahl Jeffrey
Subject: RE: Dispute Resolution Conference

Ted,

Thanks for the update. We think it would be helpful for the actuaries to talk with each other
in advance of Tuesday's meeting. Would it be possible to schedule a call for you, me, Ben,
Zachary, and Barry? As you know, Ben needs certain data from Optumas and/or OHA in order to
evaluate the 2017 rates. Instead of having the lawyers be the go-betweens, it makes sense from
our perspective to have Ben speak directly with Zachary and Barry. Ben is available tomorrow
from about 9 am to 11:30 am and after 1 pm. He is also available after about 2 pm on Thursday.
Please let us know if you and OHA's actuaries are available and willing to have a pre-meeting
conference call.

In addition, could you please confirm that Tuesday, January 17 works for OHA, DOJ, and Optumas? I don't think we ever received official confirmation.

Thanks,

Jeff Peterson | Perkins Coie LLP
ASSOCIATE
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2075
F. +1.503.346.2075
E. JeffreyPeterson@perkinscoie.com<mailto:%20JeffreyPeterson@perkinscoie.com>

From: Falk Theodore C [mailto:theodore.falk@doj.state.or.us]
Sent: Tuesday, January 10, 2017 10:20 AM
To: Peterson, Jeffrey M. (POR)
Cc: English, Stephen F. (POR); Johnson, Thomas R., Jr. (POR); Curtice, Melanie K. (SEA); Gordon, Matthew P. (SEA); Stineman Renee; Scott Carla A; Wahl Jeffrey
Subject: RE: Dispute Resolution Conference

Jeff,

We are adding a second actuary to our team for the meeting: Barry Jordan of Optumas.

Ted

Ted Falk
Oregon Department of Justice
Today's phone: 503-947-4430 (Salem office)
Alternate Phones: 971-673-1980 (Portland office); 503-931-0517 (mobile)
Please note changed DOJ mobile number: 503-931-0517

From: Falk Theodore C
Sent: Monday, January 09, 2017 7:40 AM
To: 'Peterson, Jeffrey M. (Perkins Coie)'
Cc: English, Stephen F. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie); MCurtice@perkinscoie.com<mailto:MCurtice@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie); Stineman Renee; Scott Carla A; Wahl Jeffrey
Subject: RE: Dispute Resolution Conference

Jeff,

I need to make one correction. Neither OHA nor DOJ will have persons with decision-making authority at the meeting. The protocol did not require this. I am sorry if there was any confusion on this score.

Ted

Ted Falk
Attorney-in-Charge | Health and Human Services Section | General Counsel Division
Phones: 971-673-1980 (Portland office); 503-947-4430 (Salem office); 503-931-0517 (mobile)
Please note changed DOJ mobile number: 503-931-0517

From: Peterson, Jeffrey M. (Perkins Coie) [mailto:JeffreyPeterson@perkinscoie.com]
Sent: Friday, January 06, 2017 2:39 PM
To: Falk Theodore C
Cc: English, Stephen F. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie); MCurtice@perkinscoie.com<mailto:MCurtice@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie); Stineman Renee; Scott Carla A; Wahl Jeffrey
Subject: RE: Dispute Resolution Conference

Ted,

Thank you for the email. As you and I discussed, FamilyCare proposes that the parties block off the entire day, from 9:30 am to about 4:30 pm. We would most likely break for lunch from about noon to 1:30, but the idea is to make the first session as productive as possible. Please let us know if an all-day meeting will work for OHA and DOJ.

In addition, FamilyCare's actuary will be Ben Diederich from Milliman. Mr. Diederich will need information about the data used to develop the 2017 rates, and one item that has already been identified is the "raw risk score results by region, by rate cell." We can discuss the requests for information in further detail next week, but I wanted to pass this request along as soon as possible.

Lastly, we understand that OHA will have persons with decision-making authority at the meeting.

Best regards,

Jeff Peterson | Perkins Coie LLP
ASSOCIATE
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2075
F. +1.503.346.2075
E. JeffreyPeterson@perkinscoie.com<mailto:%20JeffreyPeterson@perkinscoie.com>

From: Falk Theodore C [mailto:theodore.falk@doj.state.or.us]
Sent: Friday, January 06, 2017 1:36 PM
To: Peterson, Jeffrey M. (POR)
Cc: English, Stephen F. (POR); Johnson, Thomas R., Jr. (POR); Curtice, Melanie K. (SEA); Gordon, Matthew P. (SEA); Stineman Renee; Scott Carla A; Falk Theodore C; Wahl Jeffrey
Subject: RE: Dispute Resolution Conference

Jeff,

On the legal side, our team consists of the DOJ attorneys copied here. On the business side, we expect:

· Varsha Chauhan, OHA Chief Health Systems Officer

· Lori Coyner, Medicaid Director

· Mark Fairbanks, Chief Financial Officer

· Zachary Aters, Optumas

We prefer to meet at your office. Please let me know what time you suggest. I need the time in order to complete the confirmation of availability.

Ted

Ted Falk
Oregon Department of Justice
Today's phone: 503-947-4430 (Salem office)
Alternate Phones: 971-673-1980 (Portland office); 503-931-0517 (mobile)
Please note changed DOJ mobile number: 503-931-0517

From: Peterson, Jeffrey M. (Perkins Coie) [mailto:JeffreyPeterson@perkinscoie.com]
Sent: Wednesday, January 04, 2017 12:23 PM
To: Falk Theodore C; Stineman Renee
Cc: English, Stephen F. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie); MCurtice@perkinscoie.com<mailto:MCurtice@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie)
Subject: RE: Dispute Resolution Conference

Ted,

Jeff and Bill from FamilyCare will participate in the meeting, and Steve, Tom, Melanie, and I will be there as well. In addition, FamilyCare will bring an actuarial consultant with whom we are coordinating. We will let you know who the consultant is in advance of the meeting.

In terms of timing, a morning session would work best for all of us.

Thanks,

Jeff Peterson | Perkins Coie LLP
ASSOCIATE
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2075
F. +1.503.346.2075
E. JeffreyPeterson@perkinscoie.com<mailto:%20JeffreyPeterson@perkinscoie.com>

From: Falk Theodore C [mailto:theodore.falk@doj.state.or.us]
Sent: Wednesday, January 04, 2017 10:23 AM
To: Peterson, Jeffrey M. (POR); Stineman Renee
Cc: English, Stephen F. (POR); Johnson, Thomas R., Jr. (POR); Curtice, Melanie K. (SEA);
Gordon, Matthew P. (SEA)
Subject: RE: Dispute Resolution Conference

Jeff, I am inquiring into availability. What hours are you planning? Do you have an idea who
FamilyCare will bring to the table? Ted

Ted Falk
Oregon Department of Justice
Phones: 971-673-1980 (Portland office); 503-947-4430 (Salem office); 503-507-8335 (mobile)
Today I am out of the office. Please connect via email.

From: Peterson, Jeffrey M. (Perkins Coie) [mailto:JeffreyPeterson@perkinscoie.com]
Sent: Tuesday, January 03, 2017 5:06 PM
To: Stineman Renee; Falk Theodore C
Cc: English, Stephen F. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie);
MCurtice@perkinscoie.com<mailto:MCurtice@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie)
Subject: Dispute Resolution Conference

Dear Renee and Ted,

Pursuant to the Dispute Resolution Agreement between FamilyCare and OHA, we would like to
schedule the first Dispute Resolution discussion. To that end, are you, OHA's representatives,
and OHA's actuary available on January 17, 2017? We can host the meeting at our office if that
works for you.

Best regards,

Jeff Peterson | Perkins Coie LLP
ASSOCIATE
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2075
F. +1.503.346.2075
E. JeffreyPeterson@perkinscoie.com<mailto:%20JeffreyPeterson@perkinscoie.com>

_____

NOTICE: This communication may contain privileged or other confidential information. If you
have received it in error, please advise the sender by reply email and immediately delete the
message and any attachments without copying or disclosing the contents. Thank you.
*****CONFIDENTIALITY NOTICE*****

This e-mail may contain information that is privileged, confidential, or otherwise exempt from
disclosure under applicable law. If you are not the addressee or it appears from the context
or otherwise that you have received this e-mail in error, please advise me immediately by
reply e-mail, keep the contents confidential, and immediately delete the message and any
attachments from your system.

************************************

_____

NOTICE: This communication may contain privileged or other confidential information. If you
have received it in error, please advise the sender by reply email and immediately delete the
message and any attachments without copying or disclosing the contents. Thank you.

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.