| From: | Stineman Renee |
|---|---|
| To: | 'English, Stephen F. (Perkins Coie)' |
| CC: | Wahl Jeffrey; Scott Carla A; Johnson, Thomas R., Jr. (Perkins Coie); MCurtice@perkinscoie.com; Gordon, Matthew P. (Perkins Coie); Falk Theodore C; Price, Meredith M. (Perkins Coie) |
| Sent: | 2/14/2017 4:12:21 PM |
| Subject: | RE: Request for Disclosure of Public Records |

Steve,

We are not available to meet on February 15 or 16. Without agreeing that ORPC 4.2 covers Ms. Busek's email, to the extent OHA corresponds with FamilyCare with a cc to one of the DOJ AAGs representing OHA in the dispute between FamilyCare and OHA, you will also receive a copy as well. OHA will treat your request for survey results as a public records request by FamilyCare and respond accordingly.

Renee R. Stineman
Oregon Department of Justice
971.673.5021

From: English, Stephen F. (Perkins Coie) [mailto:SEnglish@perkinscoie.com]<mailto:
[mailto:SEnglish@perkinscoie.com]>
Sent: Tuesday, February 14, 2017 10:15 AM
To: Stineman Renee
Cc: Wahl Jeffrey; Scott Carla A; Johnson, Thomas R., Jr. (Perkins Coie);
MCurtice@perkinscoie.com<mailto:MCurtice@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie);
Falk Theodore C; Price, Meredith M. (Perkins Coie)
Subject: RE: Request for Disclosure of Public Records

Dear Renee:

Thank you for your email of yesterday. Can you please confirm whether OHA and its actuaries will be available tomorrow, February 15, or Thursday, February 16? FamilyCare has requested that OHA present why it believes the 2017 capitation rates are actuarially sound, and how and why OHA reduced FamilyCare's payments by $34 million, specifically the 2017 Reimbursement Review adjustments and implementation of that decision by Optumas as to FamilyCare.

Secondly, in keeping with your email yesterday, and in the spirit of both sides being sensitive to Oregon Rules on Professional Conduct 4.2, we learned that this morning, Rhonda Busek of the OHA emailed our client regarding one of FamilyCare's public records requests, copying you and Ted, but not copying any of FamilyCare's counsel in this matter. I understand that this was information that our client needed to respond to, but please have OHA at least copy us in the future on correspondence like this, especially when DOJ lawyers are copied. Finally, regarding the this survey, FamilyCare requests all survey results from the other CCOs as we will need this correspondence in order to evaluate our response to whatever conclusion the State reaches on this issue.

Best regards,

Steve

Stephen English | Perkins Coie LLP
PARTNER
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2003
F. +1.503.727.2222
C. +1.503.799.3307
E. SEnglish@perkinscoie.com<mailto:%20SEnglish@perkinscoie.com>


From: Stineman Renee [mailto:renee.stineman@doj.state.or.us]<mailto:
[mailto:renee.stineman@doj.state.or.us]>
Sent: Monday, February 13, 2017 4:01 PM
To: English, Stephen F. (POR)

Ex. 6 to Stineman Decl.
Page 1 of 4

OHA_LIT_00565924

Cc: Wahl Jeffrey; Scott Carla A; Johnson, Thomas R., Jr. (POR); Curtice, Melanie K. (SEA);
Gordon, Matthew P. (SEA); Falk Theodore C; Price, Meredith M. (POR)
Subject: RE: Request for Disclosure of Public Records

Steve,

A response to your letter of February 9 will be provided shortly. In the meantime, as I
believe your office has been informed by the Governor's Office, the Governor directs that all
communication regarding FamilyCare's dispute with Oregon Health Authority (OHA) (including all
pending public records requests to OHA), are to be delivered to the Assistant Attorneys
General representing the State in this matter. Further, all agencies of the State of Oregon,
including OHA, are represented by the Oregon Attorney General's Office in all matters related
to FamilyCare's dispute with OHA. In accordance with Oregon Rules on Professional Conduct 4.2,
immediately cease all prohibited communications, including, but not limited to, sending copies
of Perkins Coie lawyers' letters to Keely West. We appreciate your agreement to cease sending
copies of your letters to the Attorney General. Communications with DOJ regarding this matter
should be limited to the Assistant Attorneys General identified as representing the State on
this matter, currently: me, Carla Scott, Ted Falk and Jeff Wahl.

If you would like to discuss this matter, please call me.

Thank you,

Renee R. Stineman
Oregon Department of Justice
971.673.5021

From: Price, Meredith M. (Perkins Coie) [mailto:MPrice@perkinscoie.com]
Sent: Friday, February 10, 2017 2:23 PM
To: Falk Theodore C; English, Stephen F. (Perkins Coie)
Cc: Stineman Renee; Wahl Jeffrey; Scott Carla A; Johnson, Thomas R., Jr. (Perkins Coie);
MCurtice@perkinscoie.com<mailto:MCurtice@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie);
KEELY.L.WEST@dhsoha.state.or.us<mailto:KEELY.L.WEST@dhsoha.state.or.us>; Price, Meredith M.
(Perkins Coie)
Subject: RE: Request for Disclosure of Public Records

Dear Ted:

Thank you for your email. We look forward to hearing from you regarding the FamilyCare-
specific data referenced in Steve's letter of yesterday, as well as confirmation of the
proposed second Alternate Dispute Process meeting that we would be happy to host at our
offices on either February 15 or 16.

Regarding your note about the "instructions not to copy Misha Isaak and Ellen Rosenblum,"
there seems to be some confusion. We have been copying the Governor and Attorney General from
the beginning of this Alternate Dispute Process and, did so in part, based on the State's
preference that the parties' communications not be confidential or privileged. Given the high
priority our client has placed on this process, and the fact the Governor took the time to
meet with Jeff Heatherington personally to allow FamilyCare to share its concerns, we reserve
the right to keep the Governor apprised of the progress we are making with the State. We will
cease copying Attorney General Rosenblum.

Best regards,
Meredith

Meredith Price | Perkins Coie LLP
ASSOCIATE
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2043
F. +1.503.727.2222
E. MPrice@perkinscoie.com<mailto:%20MPrice@perkinscoie.com>

From: Falk Theodore C [mailto:theodore.falk@doj.state.or.us]<mailto:
[mailto:theodore.falk@doj.state.or.us]>
Sent: Friday, February 10, 2017 9:24 AM
To: Price, Meredith M. (POR); English, Stephen F. (POR)
Cc: Stineman Renee; Wahl Jeffrey; Scott Carla A; Johnson, Thomas R. Jr. (POR); Curtice,

OHA_LIT_00565925

Melanie K. (SEA); Gordon, Matthew P. (SEA);
KEELY.L.WEST@dhsoha.state.or.us<mailto:KEELY.L.WEST@dhsoha.state.or.us>
Subject: RE: Request for Disclosure of Public Records

Meredith, I am in receipt of the letter and will reply soon. Could you explain why you
disregarded our instructions to not copy Misha Isaak and Ellen Rosenblum? Ted

Ted Falk
Oregon Department of Justice
Today's phone: 971-673-1980 (Portland office)
Alternate phones: 503-947-4430 (Salem office); 503-507-8335 (mobile)

From: Price, Meredith M. (Perkins Coie) [mailto:MPrice@perkinscoie.com]
Sent: Thursday, February 9, 2017 5:23 PM
To: Falk Theodore C; English, Stephen F. (Perkins Coie)
Cc: Stineman Renee; Wahl Jeffrey; Scott Carla A; Johnson, Thomas R., Jr. (Perkins Coie);
MCurtice@perkinscoie.com<mailto:MCurtice@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie);
Price, Meredith M. (Perkins Coie);
KEELY.L.WEST@dhsoha.state.or.us<mailto:KEELY.L.WEST@dhsoha.state.or.us>;
Misha.ISAAK@oregon.gov<mailto:Misha.ISAAK@oregon.gov>; Rosenblum Ellen F;
'JeffH@familycareinc.org'; 'billm@familycareinc.org'
Subject: RE: Request for Disclosure of Public Records

Dear Ted:
Please find attached a letter from Steve English regarding your letter of February 8, 2017.

Thank you,


Meredith Price | Perkins Coie LLP
ASSOCIATE
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2043
F. +1.503.727.2222
E. MPrice@perkinscoie.com<mailto:%20MPrice@perkinscoie.com>

From: Falk Theodore C [mailto:theodore.falk@doj.state.or.us]
Sent: Wednesday, February 08, 2017 4:40 PM
To: English, Stephen F. (POR)
Cc: Stineman Renee; Wahl Jeffrey; Scott Carla A; Johnson, Thomas R., Jr. (POR); Curtice,
Melanie K. (SEA); Gordon, Matthew P. (SEA); Price, Meredith M. (POR)
Subject: RE: Request for Disclosure of Public Records

Steve,

Please find reply attached.

Ted

Ted Falk
Attorney-in-Charge | Health and Human Services Section | General Counsel Division
Oregon Department of Justice
Mailing address: 1162 Court St. NE, Salem, OR 97301-4096
Today's phone: 503-947-4430 (Salem office)
Alternate Phones: 971-673-1980 (Portland office); 503-931-0517 (mobile)

From: ESamuel@perkinscoie.com<mailto:ESamuel@perkinscoie.com> [mailto:ESamuel@perkinscoie.com]
Sent: Monday, February 6, 2017 5:10 PM
To: Stineman Renee
Cc: KEELY.L.WEST@dhsoha.state.or.us<mailto:KEELY.L.WEST@dhsoha.state.or.us>; English, Stephen
F. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie);
MCurtice@perkinscoie.com<mailto:MCurtice@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie);
Price, Meredith M. (Perkins Coie); Misha.ISAAK@oregon.gov<mailto:Misha.ISAAK@oregon.gov>;
Rosenblum Ellen F; 'JeffH@familycareinc.org'; 'billm@familycareinc.org'; Falk Theodore C
Subject: Request for Disclosure of Public Records

Dear Ms. Stineman,

OHA_LIT_00565926

Please find attached herein a letter with enclosures from Stephen English regarding a request for disclosure of public records. If you have any questions or concerns, please feel free to contact me.

Emily Samuel | Perkins Coie LLP
LITIGATION SECRETARY TO
Thomas R. Johnson | Heidee Stoller | Meredith M. Price | Jamaica Garman
1120 N.W. Couch Street
10th Floor
Portland, OR 97209-4128
D. +1 503.727.2177
F. +1 503.727.2222
E. ESamuel@perkinscoie.com<mailto:%20ESamuel@perkinscoie.com>

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.
*****CONFIDENTIALITY NOTICE*****

This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

*************************************

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

_____

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

OHA_LIT_00565927