1120 NW Couch Street
10th Floor
Portland, OR 97209-4128

+1.503.727.2000
+1.503.727.2222
PerkinsCoie.com

February 6, 2017

Stephen F. English
SEnglish@perkinscoie.com
D.  +1.503.727.2003

**VIA EMAIL TO RENEE.STINEMAN@DOJ.STATE.OR.US AND UPS NEXT DAY AIR**

Renee Stineman
Oregon Department of Justice
1162 Court Street NE
Salem, OR  97301-4096

Re:     **Request for Disclosure of Public Records**

Dear Renee:

Pursuant to ORS 192.410-192.505, I write to request that the Oregon Health Authority ("OHA") provide copies of the public records described herein. I submit this request on behalf of FamilyCare, Inc. ("FamilyCare"), which my firm represents.

In your January 30, 2017, email to counsel for FamilyCare, you indicated that OHA is represented by counsel related to FamilyCare's outstanding public records requests. For historical perspective, FamilyCare has issued two separate public records requests, one on October 13, 2016, and a second on January 19, 2017.

As a result of our discussion this morning, we are now making a separate, third public records request, consistent with the alternate dispute resolution ("ADR") process agreed to by the DOJ and FamilyCare on December 30, 2017, FamilyCare's request for data during the first ADR meeting on January 17, 2017, and the parties' agreement reached at the ADR status conference of February 6, 2017. FamilyCare reserves all rights.

A.      **The specific requests for public records.**

1.      **Tri-County Regional Rate Model, with Columns I, J, and K unmasked:**

*See* Exhibit 1: "OR CY17 Rates – Regional Rate Model (TriCounty) 2016-10-06.xlsb" (enclosed). Columns I, J, and K were masked in the original model. We are seeking the spreadsheet marked as Exhibit 1 with those columns unmasked.

123045-0001/134382127.1

Ex. 8 to Stineman Decl.
Page 1 of 3

OHA_LIT_00537168

**2.      Base Data Exhibits for all other CCOs.**

FamilyCare seeks the CY2015 Base Data Summary.  *See* Exhibit 2: "OR - FamilyCare Base Data Exhibits.xlsx" (enclosed).  FamilyCare's request is only for the data on the "BASE DATA SUMMARY" tab.

**3.      Comparable Region Rate Models for the other three regions.**

FamilyCare requests the comparable region rate models for the other three regions: Northwest, Southwest, and Central/Eastern.  FamilyCare requests that this comparable region data be unmasked, consistent with FamilyCare's Request No. 1 above.

**4.      Raw Risk Score data at the regional level for all regions.**

*See* Exhibit 3: "CY17 Rates – FamilyCare Regional Base Data and Risk Factors.xlsx" (enclosed).  The specific column references needed are the columns related to regional data: Columns D, G, I, K.  This request does not seek any of the CCO specific data contained within this Exhibit 2.

**5.      Data underlying the "2017 Reimbursement Review" identified in Appendix VIII to the Optumas 2017 Rate Certification and the reimbursement adjustments made in connection with that policy.**

*See* Exhibit 4: "FamilyCare PMPM Summary.xslx" (enclosed).  We seek the documents and data to understand the specific adjustments, and any related policy decisions, made to FamilyCare's reported costs reflected in this spreadsheet.

**B.      Instructions regarding these requests for public records.**

Please provide the requested records on a disk or other electronic storage device.  Electronic records that are kept by OHA or its consultants (including, but not limited to, Optumas) in native format should be provided in native format.

In these requests, the term "documents" includes, but is not limited to, emails, letters, memoranda, notes, presentations, voicemails, text messages, PowerPoint files, workbooks, worksheets, spreadsheets, models, reports, meeting minutes, call logs, and any other electronic or tangible things that store or reflect information. The term "related entities" means entities that are affiliated with a CCO and that provide or manage health care services for Oregon Health Plan members in connection with the entities' arrangements with the affiliated CCO.

Renee Stineman
February 6, 2017
Page 3


I am the contact person for these requests, and you may send a cost estimate to me via email. My contact information is stated at the top of the first page of this letter. Please send the production medium to me at the address listed above.

Thank you for your attention to this matter, and I look forward to receiving and reviewing the public records that are responsive to these requests.

Very truly yours,

Stephen F. English

SFE


| Enclosure(s) via thumb drive: | Exhibit 1: "OR CY17 Rates – Regional Rate Model (TriCounty) 2016-10-06.xlsb"<br>Exhibit 2: "CY17 Rates – FamilyCare Regional Base Data and Risk Factors.xlsx"<br>Exhibit 3: "FamilyCare PMPM Summary.xslx" |
|---|---|
| Cc (with enclosures via email): | Keely L. West, Oregon Health Authority<br>Ted Falk, Oregon Department of Justice<br>Misha Isaak, Office of Governor Kate Brown<br>Ellen F. Rosenblum, Attorney General of Oregon<br>Jeff Heatherington, President & CEO, FamilyCare, Inc.<br>William H. Murray, COO, FamilyCare, Inc.<br>Stephen F. English, Perkins Coie LLP<br>Thomas R. Johnson, Perkins Coie LLP<br>Melanie K. Curtice, Perkins Coie LLP<br>Matthew Gordon, Perkins Coie LLP<br>Meredith M. Price, Perkins Coie LLP |

Ex. 8 to Stineman Decl.
Page 3 of 3

OHA LIT 00537170