ELLEN F. ROSENBLUM
Attorney General

FREDERICK M. BOSS
Deputy Attorney General

## DEPARTMENT OF JUSTICE
GENERAL COUNSEL DIVISION

February 8, 2017

Stephen F. English
Perkins Coie LLP
1120 NW Couch 10th Floor
Portland, OR 97209

VIA EMAIL to SEnglish@perkinscoie.com

Re:     February 6, 2017 Request for Disclosure of Public Records

Dear Steve,

Thank you for your February 6 letter to Renee Stineman, who has asked me to respond. I will be your primary DOJ contact for this particular records request.

Oregon Health Authority (OHA) has completed its preliminary review of the February 6 request. This letter provides the results of that preliminary review, outlines our next steps and a timeframe for OHA response, and confirms the parties' agreement relating to FamilyCare's earlier public records requests.

We understand the purpose of your February 6 request to be furthering the Dispute Resolution Agreement signed December 30, 2016. In paragraph 6 of the Dispute Resolution Agreement,

> The parties agree that they will work cooperatively and provide information that either OHA's actuary or FamilyCare's actuary believes is relevant and necessary to evaluate actuarial rates, subject to protection of confidential information such as trade secrets, personal or private health information, or other information not subject to disclosure under Oregon's public records law ("Confidential Information").

We understand from the February 6 discussion that you believe the five items you requested on February 6 are not Confidential Information. Unfortunately, based on our preliminary review of the requests, feedback from OHA staff and actuary, and feedback obtained from CCOs regarding production of similar information in other contexts, OHA cannot immediately agree.

Additional investigation and analysis will be required for OHA to determine whether the requested information is Confidential Information. As part of that process, OHA intends to contact all the CCOs about the substance of the requests and potential exemptions from

Ex. 9 to Stineman Decl.
Page 1 of 2
OHA_LIT_00548962

disclosure and to work with DOJ on evaluating the results. Completing this process will take approximately three weeks.

We appreciate your interest in obtaining a quick response. Narrowing the scope of FamilyCare's prior, very extensive requests with the more focused February 6 request reduces the time for response to just a few weeks, rather than the months it would have taken to respond. I will be back in touch by the end of this week with a more precise projection of the date on which you may expect a response.

Meanwhile, we recall that at our January 17 dispute resolution conference, it emerged that Ben Diederich had not had the opportunity to familiarize himself with all the documents OHA provided to FamilyCare during the rate development process for 2017. After the January 17 meeting, we sent you a log of those documents. Because at least some of the documents on that list touch on issues related to the February 6 request, and because we are unsure whether Mr. Diederich was provided with all of those documents, we intend to send you a copy of each. As those are documents which we understand have already been provided to FamilyCare, they require no further screening and can be assembled quickly.

Your letter mentions two previous public records requests addressed to OHA, one on October 13, 2016, and a second on January 19, 2017. We understand that you have not withdrawn these requests, but that OHA and DOJ may suspend work on them in order to focus on the latest records request and on the dispute resolution process. Please let me know immediately if our understanding is incorrect.

Sincerely,

\s\

Theodore C. Falk
Attorney-in-Charge
Health and Human Services Section

cc:     Renee Stineman; Jeff Wahl; Carla Scott; Tom Johnson; Melanie Curtice; Matt Gordon; Meredith Price

TF1:kxc/JUSTICE8037195