| From: | Stineman Renee |
|---|---|
| To: | 'English, Stephen F. (Perkins Coie)' |
| CC: | Scott Carla A; Falk Theodore C; Wahl Jeffrey; Johnson, Thomas R., Jr. (Perkins Coie); Gordon, Matthew P. (Perkins Coie); MCurtice@perkinscoie.com; Price, Meredith M. (Perkins Coie) |
| Sent: | 2/16/2017 2:14:06 PM |
| Subject: | RE: FamilyCare/OHA |
| Attachments: | Email FW2017 Individual CCO Rate Meeting with attachment - bates.pdf; Email 2 FW 20117 Individual CCO Rates Meeting with attachment - bates.pdf |

Steve,

Attached are the two examples that I mention in my email below.

Renee R. Stineman
Oregon Department of Justice
971.673.5021

From: Stineman Renee
Sent: Thursday, February 16, 2017 2:05 PM
To: 'English, Stephen F. (Perkins Coie)'
Cc: Scott Carla A; Falk Theodore C; Wahl Jeffrey; Johnson, Thomas R., Jr. (Perkins Coie); Gordon, Matthew P. (Perkins Coie); MCurtice@perkinscoie.com; Price, Meredith M. (Perkins Coie)
Subject: FamilyCare/OHA

Steve and team,

Thank you for talking with Carla and me today. As discussed, we are working toward a response to your February 6, 2017 request. To prepare a response, OHA must go through a process of gathering input from the third party owners of the data that the request seeks and that process takes time. In the meantime, if you would like to send us a form of confidentiality agreement for us to consider, we will provide our feedback to keep working through this issue. The form must contemplate that the third party owner of the data will be a party to the agreement.

I understand it is FamilyCare's actuary's position that he needs access to the data in the February 6, 2017 request in order to complete his analysis of the rates/methodology. OHA will not be a in position to respond to any concerns of FamilyCare's about the rates/methodology until FamilyCare's actuary completes his presentation on that topic. However, for the time being, as you suggested, we are willing to refocus the discussion to address the 2017 reimbursement analysis and adjustments. Consistent with that new approach, we have offered the following:

1. We will provide a written explanation by OHA and its actuary of the 2017 reimbursement analysis and adjustments. I expect this can be done by the end of next week, but we need to confirm with the client.
2. We will provide today two examples of email exchanges between OHA and FamilyCare regarding the details around the 2017 reimbursement analysis and adjustments.
3. We will provide copies of the email exchanges between OHA and FamilyCare regarding the 2017 reimbursement analysis and adjustments. I expect this can be done by the end of next week (if not before) but we need to confirm with the client.

If my summary does not accurately reflect our conversation, please let me know.

Renee Stineman
Attorney in Charge | Special Litigation Unit | Trial Division
Oregon Department of Justice
100 SW Market St.
Portland, Oregon 97201
Main: 971.673.1880 – Direct: 971.673.5021 – Fax: 971.673.5000
renee.stineman@doj.state.or.us<mailto:renee.stineman@doj.state.or.us>

OHA_LIT_00156337

████████ ████

| | |
|---|---|
| **From:** | Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us> |
| **Sent:** | Tuesday, February 07, 2017 12:44 PM |
| **To:** | Zachary Aters (zachary.aters@optumas.com) |
| **Cc:** | Stineman Renee; Scott Carla A |
| **Subject:** | `FW: 2017 Individual CCO Rates Meeting - FamilyCare |
| **Attachments:** | OR - FamilyCare Base Data Exhibits.xlsx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

████████████████ ██

Lori Coyner, MA
State Medicaid Director
Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160

**From:** MacInnes Tricia
**Sent:** Monday, July 25, 2016 1:00 PM
**To:** Kevin Clancy <kevinc@familycareinc.org>; William (Bill) Murray <billm@familycareinc.org>
**Cc:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; Fairbanks Mark R
<MARK.R.FAIRBANKS@dhsoha.state.or.us>; Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>; Nass Kate M
<KATE.M.NASS@dhsoha.state.or.us>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>
**Subject:** 2017 Individual CCO Rates Meeting - FamilyCare

*Sent on behalf of Chelsea Guest*

Dear Mr. Murray and Mr. Clancy,

Attached are the materials for the 2017 Individual Rates Meeting scheduled for 9:45am to 10:30am on Tuesday, July 26th.

Thank you,

**Chelsea A. Guest**
Manager Actuarial Services
Fiscal and Operations Division
Chelsea.A.Guest@state.or.us
Mobile (503) 383-6260

Ex. 10 to Stineman Decl.
Page 2 of 15

OHA_LIT_00156338



CONFIDENTIALITY NOTICE
This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

OHA_LIT_00156339

CY2015 Base Data Summary - FamilyCare

| Encounters1 | | | % Impact |
|---|---|---|---|
| OHA Encounters Gross Maternity | $ | 300,468,486 | |
| *Reconciliation Adjustment* | $ | 6,511,376 | |
| Adj Encounters | $ | 306,979,862 | 2.2% |
| *Underreporting Adjustment* | $ | (56,503) | |
| Adj Encounters - Pre Reimb. Adj. | $ | 306,923,359 | 0.0% |
| *Physician Reimbursement Adjustment* | $ | (5,954,192) | |
| Adj Encounters - Pre IBNR | $ | 300,969,167 | -1.9% |
| *CCO Reported IBNR* | $ | 6,858,919 | 2.3% |
| **Subcapitation1** | | | **% Impact** |
| CCO Reported Subcapitation Gross Maternity | $ | 25,477,231 | |
| *Subcap Adjustment* | $ | - | |
| Adjusted Subcapitation | $ | 25,477,231 | 0.0% |
| **Incentive/Other Payments** | | | **% Impact** |
| CCO Reported (Net Quality Pool) | $ | 52,780,925 | |
| *Other Incentives* | $ | (28,188,948) | |
| *Case Management* | $ | - | |
| *Inten. Case Mgmt* | $ | - | |
| *PCPCH* | $ | - | |
| *Flexible Services* | $ | (95,162) | |
| *Other Payment1* | $ | - | |
| *Other Dental Related Pmts.* | $ | - | |
| *Total Adjustments* | $ | (28,284,110) | |
| Adjusted Total | $ | 24,496,815 | -53.6% |

*1 Excludes dollars related to dental services*

| CY2014 to CY2015 Rate of Growth Summary | | |
|---|---|---|
| CY2014 PMPM 1,4 | $ | 207.40 |
| | | |
| CY2015 PMPM Reported 2,4 | $ | 245.68 |
| *Rate of Growth* | | *18.5%* |
| CY2015 Adjusted PMPM 3,4 | $ | 222.17 |
| *Rate of Growth* | | *7.1%* |
| Population Mix Impact 5 | | 0.8% |
| *Adjusted Rate of Growth* | | *6.3%* |

*1 CY2014 PMPMs are based on CCO reported financial template, net of add-ons and Quality Pool.*

*2 CY2015 PMPMs Reported are calculated by starting with CCO reported financial template, excluding FFS/Subcap add-ons and Quality Pool.*

*3 CY2015 Adjusted PMPM includes the impact of adjustments to reported financials, as shown in the "Base Data Summary" exhibit above.*

*4 The PMPMs are based on PH membership and therefore should be considered estimates, due to there being a slight difference between MH and PH membership.*

*5 Population Mix Impact reflects the estimated impact of changes in population mix between CY 2014 and 2015.*

OR - FamilyCare Base Data Exhibits (4) | BASE DATA SUMMARY



Ex. 10 to Stinchfield Decl.
Page 4 of 15

OHA_LIT_00156340

### Professional Unit Cost

### Professional Unit Cost (w/ Incentive Dollars)

### Professional Unit Cost

### Professional Unit Cost (w/ Incentive Dollars)

### Professional Unit Cost

### Professional Unit Cost (w/ Incentive Dollars)

### Professional Unit Cost

### Professional Unit Cost (w/ Incentive Dollars)



Ex. 10 to Stineman Decl.
Page 5 of 15

OHA_LIT_00156341

**55103 - LEGACY EMANUEL HOSP HLTH CTR**





**41178 - OREGON HEALTH AND SCIENCE UNIVERSITY**





**150300 - PROVIDENCE HEALTH & SERVICES OREGON**





OR - FamilyCare Base Data Exhibits (4) | INPATIENT DRG

Optumas

Ex. 10 to Stinchfield Decl.
Page 6 of 15

OHA_LIT_00156342

Draft and Confidential

**150300 - PROVIDENCE HEALTH & SERVICES OREGON**





**55103 - LEGACY EMANUEL HOSP HLTH CTR**





**41178 - OREGON HEALTH AND SCIENCE UNIVERSITY**





OR - FamilyCare Base Data Exhibits (4) | OUTPATIENT DRG



Ex. 10 to Stinoman Decl.
Page 7 of 15

OHA_LIT_00156343

██████████████████

| | |
|---|---|
| **From:** | Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us> |
| **Sent:** | Tuesday, February 07, 2017 12:50 PM |
| **To:** | Zachary Aters (zachary.aters@optumas.com) |
| **Cc:** | Stineman Renee; Scott Carla A |
| **Subject:** | FW: 2017 Individual CCO Rates Meeting - FamilyCare |
| **Attachments:** | OR - FamilyCare Base Data Exhibits w Reconciliation_OHAgreen.xlsx |

| | |
|---|---|
| **Importance:** | High |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

███████████████████████████████

Lori Coyner, MA
State Medicaid Director
Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160

**From:** GUEST Chelsea A
**Sent:** Friday, August 12, 2016 1:00 PM
**To:** William (Bill) Murray <billm@familycareinc.org>; MacInnes Tricia <Tricia.MACINNES@dhsoha.state.or.us>
**Cc:** Kevin Clancy <kevinc@familycareinc.org>; Ross McDonald <RossM@familycareinc.org>; Robert Reynolds <RobertR@familycareinc.org>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; Nass Kate M <KATE.M.NASS@dhsoha.state.or.us>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Zachary Aters <zachary.aters@optumas.com>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>
**Subject:** RE: 2017 Individual CCO Rates Meeting - FamilyCare

Hi Bill,

Thank you for the inquiry and I apologize for the delay. Please see our comments below and let us know if you have follow-up questions.

Thanks,

**Chelsea A. Guest**
Manager, Actuarial Services
503-383-6260

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Friday, July 29, 2016 12:18 PM
**To:** MacInnes Tricia <Tricia.MACINNES@dhsoha.state.or.us>; GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>
**Cc:** Kevin Clancy <kevinc@familycareinc.org>; Ross McDonald <RossM@familycareinc.org>; Robert Reynolds

OHA_LIT_00156344

<RobertR@familycareinc.org>
**Subject:** RE: 2017 Individual CCO Rates Meeting - FamilyCare

Chelsea,

Thanks for meeting with FamilyCare earlier this week to review the base data summary and related information.
As a follow-up to the meeting:

- FamilyCare has updated the Excel worksheet you provided with our reconciliation to our financial template submission – see attached file.
- As indicated our reconciliation, we were able to reconcile the upper portion of the base data summary worksheet to our financial template submission.
- We were <u>not</u> able to reconcile/validate the "CY2014 PMPM" and the "CY2015PMPM Reported" amounts that have been highlighted in blue in the attached file.  Please provide detail that will allow us to validate these amounts.
    - o Please see attached reconciliation with added comments in green.
- During the call, Optumas indicated that the adjustments to remove costs from the CCO reported amounts were OHA policy decisions.  Please provide us with the OHA Policy so we can understand the policy and insure that the costs being removed are consistent with the policy and being properly calculated.  For FamilyCare, the excluded costs are significant at $34.2 million.
    - o The following bullets outline the policy we discussed during our 1:1s.
        - **Reimbursement Definition**: Reimbursement is defined as all claim payments, sub-capitation payments and incentive payments, stratified across the services provided to members.
        - **Key Principles:**
            - Develop a policy that promotes containing costs across a CCO's budget, no matter the reimbursement method or reimbursement level.
            - Do not perpetuate CCO business decisions of increased spending in 2015 that did not result in a return on investment in the CCO's overall growth. (i.e. reduced hospital spending, etc.)
        - **2017 Base Data Policy**:
            - For CCOs, that were outliers and were below a sustainable rate of growth, no reimbursement adjustment was made. However, surplus and one-time costs were removed.
            - For CCOs that were outliers and were above a sustainable growth, and had increased reimbursement from 2014 to 2015; adjustments were made in claims level reimbursement and/or incentive payments.

- Similarly, we are unable to calculate/validate the $5.9 million "physician reimbursement adjustment", which is a component of the $34.2 million.  Please provide detail that will allow us to validate this amount.
    - o The $5.9 million adjustment was made based on reducing the approximately 10% observed increase in professional FFS reimbursement (on a per visit basis) between 2014 to 2015. The $5.9 million was calculated based on adjusting the observed 10% increase to a 2.5% increase.
- Our reconciliation/validation of the data points appearing in the Professional, Inpatient DRG and Outpatient DRG graphs is in process; we may have additional questions after our reconciliation/validation is completed, or if we are unable to successfully reconcile to the data points depicted in the graphs.
    - o Please let us know if you have additional questions regarding your reconciliation.
- Please provide us with the Base Data Summary worksheets for all other CCO's.
    - o OHA is ready to treat this inquiry as a public records request and it will go through the normal process, including the notification and opportunity to object by other CCOs. Please let us know if you would like to proceed with this process.

If you have any questions, please let me know.
Thank you for your assistance.
Bill

Ex. 10 to Stinchfield Decl.
Page 9 of 15

OHA_LIT_00156345

**William (Bill) Murray, CPA**
**Chief Operating Officer**
825 NE Multnomah St, Suite 1400, Portland, OR 97232
Office: 503-734-3147
Cell: 503-858-0426
Fax: 503-734-3197
*billm@familycareinc.org*



This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message.

**From:** MacInnes Tricia [mailto:tricia.macinnes@state.or.us]
**Sent:** Monday, July 25, 2016 1:00 PM
**To:** Kevin Clancy <kevinc@familycareinc.org>; William (Bill) Murray <billm@familycareinc.org>
**Cc:** GUEST Chelsea A <chelsea.a.guest@state.or.us>; Fritsche Jeffrey P <jeffrey.p.fritsche@state.or.us>; Nass Kate M <kate.m.nass2@state.or.us>; Coyner Lori A <lori.a.coyner@state.or.us>; Fairbanks Mark R <mark.r.fairbanks@state.or.us>
**Subject:** 2017 Individual CCO Rates Meeting - FamilyCare

*Sent on behalf of Chelsea Guest*

Dear Mr. Murray and Mr. Clancy,

Attached are the materials for the 2017 Individual Rates Meeting scheduled for 9:45am to 10:30am on Tuesday, July 26th.

Thank you,

**Chelsea A. Guest**
Manager Actuarial Services
Fiscal and Operations Division
Chelsea.A.Guest@state.or.us
Mobile (503) 383-6260



CONFIDENTIALITY NOTICE
This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

Ex. 10 to Stinson Decl.
Page 10 of 15

OHA_LIT_00156346



CY2015 Base Data Summary - FamilyCare

| Encounters1 | | % Impact | | Reconcile to FamilyCare 2015 Template |
|---|---|---|---|---|
| OHA Encounters Gross Maternity | $ 300,468,486 | | | |
| Reconciliation Adjustment | $ 6,511,376 | | | |
| Adj Encounters | $ 306,979,862 | 2.2% | | |
| Underreporting Adjustment | $ (56,503) | | | |
| | | | 18,949,825 | Maternity FFS |
| | | | 287,973,534 | Non-Maternity FFS |
| Adj Encounters - Pre Reimb. Adj. | $ 306,923,359 | 0.0% | 306,923,359 | Total Claims Exp, net of IBNR |
| Physician Reimbursement Adjustment | $ (5,954,192) | | | ????-Unsure of how this was calculated |
| Adj Encounters - Pre IBNR | $ 300,969,167 | -1.9% | | |
| CCO Reported IBNR | $ 6,858,919 | 2.3% | 6,858,919 | IBNR |

| Subcapitation1 | | % Impact | | |
|---|---|---|---|---|
| | | | 15,015,074 | PCP Cap |
| | | | 1,081,987 | Other Cap |
| | | | 9,380,170 | NEMT |
| CCO Reported Subcapitation Gross Maternity | $ 25,477,231 | | 25,477,231 | Total Cap, net of Dental |
| Subcap Adjustment | $ - | | | |
| Adjusted Subcapitation | $ 25,477,231 | 0.0% | | |

| Incentive/Other Payments | | % Impact | | |
|---|---|---|---|---|
| | | | 28,188,948 | Other Incentives (risk sharing & quality) |
| | | | 6,593,269 | Case Management |
| | | | 4,610,129 | ENCC/Intensive Case Mgmt |
| | | | 65,162 | Flex Services |
| | | | 13,293,417 | Other Payments (IPA Admin, BH Case Mgmt...) |
| CCO Reported (Net Quality Pool) | $ 52,780,925 | | 52,780,925 | |
| Other Incentives | $ (28,188,948) | | | |
| Case Management | $ - | | | |
| Inten. Case Mgmt | $ - | | | |
| PCPCH | $ - | | | |
| Flexible Services | $ (65,162) | | | |
| Other Payment1 | $ - | | | |
| Other Dental Related Pmts. | | | | |
| Total Adjustments | $ (28,254,110) | | | |
| Adjusted Total | $ 24,496,815 | -53.6% | | |

1 Excludes dollars related to dental services

Not Included above:

| Dental Cap | 38,527,758 | 38,527,758 |
|---|---|---|
| Total per 2015 Rates Template | $ 430,568,193 | 430,568,193 |

| CY2014 to CY2015 Rate of Growth Summary | | Mbr Months from Template | Total Cost | |
|---|---|---|---|---|
| CY2014 PMPM 1,4 | $ 207.40 | 1,200,118 | 248,896,962 | ????-Unsure of how this reconciles to financial template |
| | | 1,200,123 | $ 248,900,002 | (These are the final base data numbers used from 2014 for comparison) |
| CY2015 PMPM Reported 2,4 | $ 245.68 | 1,456,711 | 357,879,984 | ????-Unsure of how this reconciles to financial template |
| Rate of Growth | 18.5% | 1,456,711 | 357,879,975 | (These were the data points used for for the 2015 revised submission – the total cost excludes Maternity, Quality Pool, Dental and Add-ons) |
| CY2015 Adjusted PMPM 3,4 | $ 222.17 | 1,456,711 | 323,641,681 | |
| Rate of Growth | 7.1% | | (34,238,303) | Difference |
| Population Mix Impact 5 | 0.8% | | (5,954,192) | Phys Reimb Adj from Above |
| Adjusted Rate of Growth | 6.3% | | (28,188,948) | Othr Incentive Adj from Above |
| | | | (95,162) | Flex Svc Adj from Above |
| | | | (34,238,302) | |

1 CY2014 PMPMs are based on CCO reported financial template, net of add-ons and Quality Pool.
2 CY2015 PMPMs Reported are calculated by starting with CCO reported financial template, excluding FFS/Subcap add-ons and Quality Pool.
3 CY2015 Adjusted PMPM includes the impact of adjustments to reported financials, as shown in the "Base Data Summary" exhibit above.
4 The PMPMs are based on PH membership and therefore should be considered estimates, due to there being a slight difference between MH and PH membership.
5 Population Mix Impact reflects the estimated impact of changes in population mix between CY 2014 and 2015.

OHA_LIT_00156347

OHA000010

Ex. 10 to Stineman Decl.
Page 11 of 15

|  | 2014 | 2015 | | | | |
|---|---|---|---|---|---|---|
| Phy Health Mbr Month | 1200118 | 1456711 | | | | |
| Medical and Hospital | 294983856 | 428065603 | | 245.7957 | 293.8576 | 1.195536 |
| NEMT | | -9380170 | | | -6.43928 | |
| | -38565308 | -57037365 | | -32.1346 | -39.1549 | |
| | | | | 213.6611 | 248.2634 | 1.16195 |

OHA_LIT_00156348

Draft and Confidential

Professional Unit Cost — TANF

Professional Unit Cost (w/ Incentive Dollars) — TANF

Professional Unit Cost — OHSD 06-18

Professional Unit Cost (w/ Incentive Dollars) — OHSD 06-18

Professional Unit Cost — ABAD & OAA Medicaid Only

Professional Unit Cost (w/ Incentive Dollars) — ABAD & OAA Medicaid Only

Professional Unit Cost — ACA 19-44

Professional Unit Cost (w/ Incentive Dollars) — ACA 19-44

OR - FamilyCare Base Data Exhibits w Reconciliation_OHAgreen | PROFESSIONAL

Optumas

**SS103 - LEGACY EMANUEL HOSP HLTH CTR**





**41178 - OREGON HEALTH AND SCIENCE UNIVERSITY**





**150300 - PROVIDENCE HEALTH & SERVICES OREGON**





OR - FamilyCare Base Data Exhibits w Reconciliation_OHAgreen | INPATIENT DRG

Optumas

Ex. 10 to Stineman Decl.
Page 14 of 15

OHA_LIT_00156350

OHA000013

### 150300 - PROVIDENCE HEALTH & SERVICES OREGON



### 55103 - LEGACY EMANUEL HOSP HLTH CTR



### 41178 - OREGON HEALTH AND SCIENCE UNIVERSITY



OR - FamilyCare Base Data Exhibits w Reconciliation_OHAgreen | OUTPATIENT DRG



OHA000014

OHA_LIT_00156351