| **From:** | Stineman Renee |
|---|---|
| **To:** | 'English, Stephen F. (Perkins Coie)'; 'mgordon@perkinscoie.com'; MCurtice@perkinscoie.com; Johnson, Thomas R., Jr. (Perkins Coie); 'mprice@perkinscoie.com' |
| **CC:** | Falk Theodore C; WAHL Jeffrey; SCOTT Carla A; ALMASI Marianna; Busek Rhonda J |
| **Sent:** | 2/24/2017 5:22:57 PM |
| **Subject:** | FamilyCare/OHA |
| **Attachments:** | JUSTICE-DOJ-Reimbursement Narrative.pdf |

Please see attached.

**Renee Stineman**
Attorney in Charge | Special Litigation Unit | Trial Division
Oregon Department of Justice
100 SW Market St.
Portland, Oregon 97201
Main:  971.673.1880 - Direct:  971.673.5021 - Fax:  971.673.5000
renee.stineman@doj.state.or.us

Ex. 11 to Stineman Decl.
Page 1 of 7

OHA_LIT_00021182



February 22, 2017

RE: FAMILYCARE COMMUNICATION: Response to Questions Surrounding the Reimbursement Adjustment

**Background**

During the 2015 financial review process for the calendar year 2017 (CY2017) rate development, **Optumas** found that some CCOs reported a significant increase in per member per month (PMPM) spending from CY2014 to CY2015, while other CCOs reported sustainable rates of growth below 3.4%. Overall, the statewide per member costs from CY2014 to CY2015 grew at a rate of **8.6%** as reported by CCOs. This growth rate far out-paced the sustainable rate of growth of **3.4%**, which is the growth rate defined in Oregon's 1115 demonstration waiver and is therefore, Oregon's commitment to CMS.

OHA asked **Optumas** to explore the cost drivers for the CCOs that reported significant growth rates. **Optumas** found a major driver to be business decisions made by the CCOs, including the business decision to increase reimbursement and/or payout surpluses to providers as incentives. Other significant drivers that affected the CCOs reported growth rate include increased pharmacy and A/B hospital costs.

**Optumas** found the key cost drivers of the high reported growth rates from CY2014 to CY2015 (on a per capita basis) to be:

1. Increased reimbursement to providers between CY2014 to CY2015 for specific CCOs
2. Surplus payouts to providers (incentive payments) for specific CCOs
3. Increased pharmacy costs (both generic and brand) affecting all CCOs
4. Increased A/B hospital costs for specific CCOs

The increased pharmacy costs and A/B hospital cost are external influences that are impacting the program (or in the case of A/B hospital cost, certain regions) as a whole and that CCOs cannot overcome individually.These cost drivers will require collaboration between the CCOs and OHA to come up with viable solutions to the high growth in these areas.

However, the other two (1 and 2 above) can be addressed at the individual CCO level.To address the first and second drivers listed above, OHA developed policy to mitigate excessive rates of growth that were reported by a subset of the sixteen CCOs from CY2014 to CY2015. A copy of the policy, which was previously provided to FamilyCare and other the CCOs, and was included as part of the 2017 rate certification, is attached. This policy was implemented because, without action, the State of Oregon would be in jeopardy of not achieving the 3.4% sustainable rate of growth agreed upon with CMS. **Please note, these policies do not directly result in a CCO-specific rate increase or decrease, but do impact CCO-specific contribution to that CCOs regional base data.**

Schramm Health Partners, LLC
7400 East McDonald Dr, Suite 101
Scottsdale, AZ 85250
480.588.2499

OHA_LIT_00021183



The following outines the policy principles:

1. Develop a policy that promotes containing costs across a CCO's budget, no matter the reimbursement method or reimbursement level.
2. Do not perpetuate CCO business decisions of increased spending from CY2014 to CY2015 into CY2017, unless they are sustainable (achieve the 3.4% rate of growth).
3. Do not carry forward into CY2017 increased incentives or reimbursement payments that were the result of payout surpluses gained in CY2014 and CY2015.

The policy principles were applied in the following way::

a) For CCOs that met a sustainable growth rate, no reimbursement adjustment was made. However, surplus and one-time costs were removed.
b) For CCOs that were above a sustainable growth, and also had increased reimbursement from CY2014 to CY2015 – adjustments were made (either by OHA or by the CCO itself) in claims level reimbursement and/or incentive payments.

**FamilyCare Reported Rate of Growth**

For CY2014 to CY2015 FamilyCare reported a rate of growth 18.5%[R] (17.6%[R] adjusted for population mix, see Exhibit C), contributing to a Tri-County regional growth rate of 8.8%. Upon review of reported financials and reported encounter data, it was clear that two drivers of this unsustainable reported rate of growth were reported incentives and increased reimbursement levels within the professional category of service.

Exhibit A and Exhibit B shown below, summarize the unit cost for the professional category of service within the TANF and ACA 19-44 populations. The graphs show the continued increase in unit cost throughout the CY2015 time period starting in CY2014 and that the average change in unit cost for the professional category of service between CY2014 and CY2015 is 10%. The data used to create Exhibit A and Exhibit B is the FamilyCare encounter data, which was shared with FamilyCare at the detailed level as part of the rate development process.

Consistent with the policy described above the following adjustments were made to FamilyCare's reported base data:

1. Omission of the $28.1M[R] in incentive payments reported by FamilyCare in their financial template. This was omitted because it is related to surplus, as such, the amount was omitted per policy principle 3 discussed above. The description that FamilyCare provided for the $28.1M[R] within their reported financials was:

   *"FamilyCare shares surplus funds with its larger primary care panels. During 2015 there were 14 such contractual arrangements in place. The payments are based on the individual provider panel attainment of specific quality measures, as well as a risk share component. None of the aforementioned providers are affiliated with FamilyCare except for the provision of medical services."*

2. A $5.9M[R] adjustment was developed to adjust the professional reimbursement levels reported in CY2015 (See Exhibit A, 10% increase from 2014 to 2015). The $5.9M[R] reduction represents a decrease of 7.5%[R]. The 7.5%[R] reduction was applied to the $78.7M[R] professional expenditures, resulting in $72.8M[R] in professional expenditures, a difference of $5.9M[R]. The $78.7M[R] in

---

[R] Not for OHA distribution unless data redacted.

Ex. 11 to Stineman Decl.
Page 3 of 7

OHA_LIT_00021184



3.  professional services comes from the detailed encounters submitted by FamilyCare adjusted for IBNR (Incurred but not reported) and underreporting. The 7.5%[R] reduction was a conservative adjustment when compared to the calculated difference of 10%[R] shown in exhibit A below. The reason that the full 10%[R] was not used is to account for the impact that mix of services may have had on the changes in cost per visit over time.  It is clear from the data and discussions with FamilyCare that reimbursement had been increased for the services that fall into the professional category of service.  Such an increase in reimbursement is a business decision and could be considered a mechanism aiming to lower cost associated with inpatient and Emergency Room services due to improving access for professional services.  However, given the overall level of the reported rate of growth 18.5%[R], there are not sufficient savings via these other services to mitigate the increase in expenditures due to the enhanced reimbursement.  Therefore, per policy principle 2, discussed above, the decision to increase reimbursement is a business decision made by FamilyCare that as of CY2015 had not resulted in achieving  a growth rate anywhere near the sustainable rate of growth, and should not be perpetuated in future rate development cycles.

The Aggregate impact of these two adjustments lowered the reported rate of growth for FamilyCare from 18.5%[R] to 7.1%[R] (still significantly above the sustainable rate of growth of 3.4%).  This impacted the Tri-County regional base data by lowering the rate of growth from 8.8% to 4.7%.

As shown within the rate certification, each region had dollars omitted due to these policy principles described above. The following CCOs either adjusted their own data or had their base data adjusted:
1.  AllCare
2.  Trillium
3.  FamilyCare
4.  Cascade
5.  Eastern
6.  Jackson
7.  Pacific Central
8.  Umpqua
9.  HealthShare – Adjusts the reported Kaiser reimbursement prior to submitting expenditures

Sincerely,

Zachary Aters, ASA MAAA
Senior Actuary
**Optumas**
Cc:     Mark Fairbanks, OHA
         Lori Coyner, OHA
         Theodore Falk, OR DOJ
         Renee Stineman, OR DOJ

[R] Not for OHA distribution unless data redacted.

Ex. 11 to Stineman Decl.
Page 4 of 7

OHA_LIT_00021185



## Exhibit A: Unit Cost Summary for Professional Services[R]

| Month | TANF | ACA 19-44 |
|---|---|---|
| 201401 | $ 106.49 | $ 100.99 |
| 201402 | $ 104.34 | $ 101.40 |
| 201403 | $ 105.51 | $ 110.49 |
| 201404 | $ 101.29 | $ 110.41 |
| 201405 | $ 110.54 | $ 110.20 |
| 201406 | $ 111.53 | $ 111.91 |
| 201407 | $ 107.16 | $ 112.19 |
| 201408 | $ 114.99 | $ 116.57 |
| 201409 | $ 113.02 | $ 123.35 |
| 201410 | $ 113.76 | $ 122.83 |
| 201411 | $ 118.78 | $ 121.81 |
| 201412 | $ 119.67 | $ 120.98 |
| 201501 | $ 116.29 | $ 118.47 |
| 201502 | $ 114.22 | $ 120.89 |
| 201503 | $ 110.36 | $ 121.65 |
| 201504 | $ 121.65 | $ 121.40 |
| 201505 | $ 118.02 | $ 122.57 |
| 201506 | $ 118.51 | $ 129.47 |
| 201507 | $ 122.19 | $ 126.97 |
| 201508 | $ 122.43 | $ 126.85 |
| 201509 | $ 126.94 | $ 126.47 |
| 201510 | $ 130.89 | $ 128.90 |
| 201511 | $ 127.94 | $ 129.71 |
| 201512 | $ 131.10 | $ 126.12 |
| Simple Avg CY14 | $ 110.59 | $ 113.59 |
| Simple Avg CY15 | $ 121.71 | $ 124.95 |
| Percent Increase | 10.1% | 10.0% |

\* Based on Encounter Data excluding reported incentives.

[R] Not for OHA distribution unless data redacted

Ex. 11 to Stineman Decl.
Page 5 of 7

OHA_LIT_00021186



Exhibit B: Professional Unit Cost Charts[R]





- The Unit Cost including incentives is based on reported incentives on annual basis, but allocated across the 12 month period based on distribution of professional expenditures across the same 12 month period.

[R] Not for OHA distribution unless data redacted.

OHA_LIT_00021187



Risk • Strategy • Reform

Exhibit C: Base Data Summary[R]

### CY2015 Base Data Summary - FamilyCare

| Encounters1 | | | % Impact |
|---|---|---|---|
| OHA Encounters Gross Maternity | $ | 300,468,486 | |
| Reconciliation Adjustment | $ | 6,511,376 | |
| Adj Encounters | $ | 306,979,862 | 2.2% |
| Underreporting Adjustment | $ | (56,503) | |
| Adj Encounters - Pre Reimb. Adj. | $ | 306,923,359 | 0.0% |
| Physician Reimbursement Adjustment | $ | (5,954,192) | |
| Adj Encounters - Pre IBNR | $ | 300,969,167 | -1.9% |
| CCO Reported IBNR | $ | 6,858,919 | 2.3% |
| **Subcapitation1** | | | **% Impact** |
| CCO Reported Subcapitation Gross Maternity | $ | 25,477,231 | |
| Subcap Adjustment | $ | - | |
| Adjusted Subcapitation | $ | 25,477,231 | 0.0% |
| **Incentive/Other Payments** | | | **% Impact** |
| CCO Reported (Net Quality Pool) | $ | 52,780,925 | |
| Other Incentives | $ | (28,188,948) | |
| Case Management | $ | - | |
| Inten. Case Mgmt | $ | - | |
| PCPCH | $ | - | |
| Flexible Services | $ | (95,162) | |
| Other Payment1 | $ | - | |
| Other Dental Related Pmts. | $ | - | |
| **Total Adjustments** | $ | (28,284,110) | |
| Adjusted Total | $ | 24,496,815 | -53.6% |

*1 Excludes dollars related to dental services*

| CY2014 to CY2015 Rate of Growth Summary | | |
|---|---|---|
| CY2014 PMPM 1,4 | $ | 207.40 |
| | | |
| CY2015 PMPM Reported 2,4 | $ | 245.68 |
| *Rate of Growth* | | *18.5%* |
| CY2015 Adjusted PMPM 3,4 | $ | 222.17 |
| *Rate of Growth* | | *7.1%* |
| Population Mix Impact 5 | | 0.8% |
| *Adjusted Rate of Growth* | | *6.3%* |

*1 CY2014 PMPMs are based on CCO reported financial template, net of add-ons and Quality Pool.*

*2 CY2015 PMPMs Reported are calculated by starting with CCO reported financial template, excluding FFS/Subcap add-ons and Quality Pool.*

*3 CY2015 Adjusted PMPM includes the impact of adjustments to reported financials, as shown in the "Base Data Summary" exhibit above.*

*4 The PMPMs are based on PH membership and therefore should be considered estimates, due to there being a slight difference between MH and PH membership*

*5 Population Mix Impact reflects the estimated impact of changes in population mix between CY 2014 and 2015.*

[R] Not for OHA distribution unless data redacted

OHA_LIT_00021188