Kevin E. O'Malley, AZB No. 006420
GALLAGHER & KENNEDY
2575 E. Camelback Rd.
Phoenix, AZ  85016
Telephone 602-530-8430
Fax 602-530-8500
kevin.omalley@gknet.com
Of Attorneys for Schramm Health Partners, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, and agency of the State of Oregon, Plaintiff, v. FAMILYCARE, INC., and Oregon non-profit corporation, Defendant. | Case No.  3:18-cv-0212-MO (LEAD) Case No.  6:18-cv-00296-MO |
| FAMILYCARE, INC., an Oregon non-profit corporation, Plaintiff, v. OREGON HEALTH AUTHORITY, and agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, Defendants. | APPLICATION FOR SPECIAL ADMISSION – *Pro Hac Vice* |

**Application for Pro Hac Vice Admission and CM/ECF Registration Attorney**

Kevin E. O'Malley requests special admission *pro hac vice* to the Bar of the United States

District Court for the District of Oregon in the above captioned case for the purposes of representing the

following party(s): Schramm Health Partners, LLC, dba, Optumas.   In support of this application, I

1 | APPLICATION FOR SPECIAL ADMISSION – *Pro Hac Vice*

6723239v1/28355-0001

certify that: 1) I am an active member in good standing with the Arizona State Bar; and 2) that I have read

and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure,

the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of

Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the

conclusion of the matter.

**(1) PERSONAL DATA:**
Name: O'Malley, Kevin E.
 Agency/firm affiliation: GALLAGHER & KENNEDY
Mailing address: 2575 E. Camelback Rd.
City: State: Phoenix, AZ  Zip: 85016
Phone number: 602-530-8430
Fax number: 602-530-8500
Business e-mail address: kevin.omalley@gknet.com

**(2) BAR ADMISSION INFORMATION**:

(a) State bar admission(s), date(s) of admission, and bar number(s): Arizona, October 4, 1980,
AZB 006420

(b) Other federal court admission(s) and date(s) of admission:
U.S. District Court, District of Arizona – October 4, 1980
U.S. Court of Appeals, Ninth Cir. October 4, 1980
U.S. Supreme Court – July 27, 2009

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS**:
X I am not now, nor have I ever been subject to any disciplinary action by any state or
federal bar association.

□ I am now or have been subject to disciplinary action by a state or
federal bar association. (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE**:
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility
equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar
for attorneys practicing in this District, and that will apply and remain in force for the duration of
the case, including any appeal proceedings.

2 | APPLICATION FOR SPECIAL ADMISSION – *Pro Hac Vice*

**(5) CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking Pro Hac Vice Admission**: I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: July 25, 2018

/s/ *Kevin E. O'Malley*

3 | APPLICATION FOR SPECIAL ADMISSION – *Pro Hac Vice*

6723239v1/28355-0001

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, complete the following section and obtain the signature of local counsel.

Name: Montalbano, Sonia A.

OSB number: 970821

Agency/firm affiliation: Elliott, Ostrander & Preston. P.C.

Mailing address: 707 SW Washington St., Suite 1500

City: Portland   State: OR        Zip: 97205

Phone number: (503) 224-7112

Fax number: (503) 224-7819

Business e-mail address: sonia@eoplaw.com

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number:

Case No.  3:18-cv-0212-MO (LEAD)

Case No.  6:18-cv-00296-MO

DATED: July 26, 2018.

s/ Sonia A. Montalbano
(*Signature of Local Counsel*)

4 | APPLICATION FOR SPECIAL ADMISSION – *Pro Hac Vice*

**COURT ACTION**

Application for *pro hac vice* admission by Kevin E. O'Malley in case number:
Case No.  3:18-cv-0212-MO (LEAD)
Case No.  6:18-cv-00296-MO
is hereby:
☐ Approved subject to payment of fees.
☐ Denied.

DATED: _____.


_____
Judge

5 | APPLICATION FOR SPECIAL ADMISSION – *Pro Hac Vice*