**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for Defendants
> Oregon Health Authority, an agency of the State of
> Oregon, and Patrick Allen, both individually and in
> his official capacity as director of the Oregon Health
> Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **NOTICE OF APPEARANCE OF ANNA M. JOYCE** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

PLEASE BE ADVISED that Anna M. Joyce of Markowitz Herbold PC, hereby enters

her appearance for Oregon Health Authority, an agency of the State of Oregon ("OHA"), and

**Page 1 -   NOTICE OF APPEARANCE OF ANNA M. JOYCE**

Patrick Allen, both individually and in his official capacity as director of the Oregon Health

Authority ("Allen").  David B. Markowitz, Matthew A. Levin, Renée E. Rothauge, Harry B.

Wilson, and Laura Salerno Owens remain as Special Assistant Attorneys General for OHA and

Allen.  OHA and Allen's attorney contact information is as follows:

> MARKOWITZ HERBOLD PC
> 1211 SW Fifth Ave., Suite 3000
> Portland, OR 97204-3730
> Tel:  (503) 295-3085
> Fax:  (503) 323-9105
> DavidMarkowitz@MarkowitzHerbold.com
> MattLevin@MarkowitzHerbold.com
> ReneeRothauge@Markowitzherbold.com
> HarryWilson@MarkowitzHerbold.com
> LauraSalerno@MarkowitzHerbold.com
> BrittanySimpson@MarkowitzHerbold.com
> VivekKothari@MarkwitzHerbold.com
> AnnaJoyce@MarkowitzHerbold.com

DATED this 26th day of July, 2018.

> ELLEN ROSENBLUM
> ATTORNEY GENERAL
> FOR THE STATE OF OREGON
>
>
> By:    */s/ Matthew A. Levin*
> _____
> David B. Markowitz, OSB #742046
> DavidMarkowitz@MarkowitzHerbold.com
> Matthew A. Levin, OSB #003054
> MattLevin@MarkowitzHerbold.com
> Renée E. Rothauge, OSB #903712
> ReneeRothauge@Markowitzherbold.com
> Harry B. Wilson, OSB #077214
> HarryWilson@MarkowitzHerbold.com
> Laura Salerno Owens, OSB #076230
> LauraSalerno@MarkowitzHerbold.com
>
> *Special Assistant Attorneys General for*
> *Defendants Oregon Health Authority, an*
> *agency of the State of Oregon, and Patrick*
> *Allen, both individually and in his official*
> *capacity as director of the Oregon Health*
> *Authority*

763501

**Page 2 -   NOTICE OF APPEARANCE OF ANNA M. JOYCE**