**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for Defendants
> Oregon Health Authority, an agency of the State of
> Oregon, and Patrick Allen, both individually and in
> his official capacity as director of the Oregon Health
> Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **NOTICE OF APPEARANCE OF KATHERINE M. ACOSTA** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

PLEASE BE ADVISED that Katherine M. Acosta of Markowitz Herbold PC, hereby

enters her appearance for Oregon Health Authority, an agency of the State of Oregon ("OHA"),

**Page 1 -  NOTICE OF APPEARANCE OF KATHERINE M. ACOSTA**

and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority ("Allen"). David B. Markowitz, Matthew A. Levin, Renée E. Rothauge, Harry B. Wilson, and Laura Salerno Owens remain as Special Assistant Attorneys General for OHA and Allen. OHA and Allen's attorney contact information is as follows:

MARKOWITZ HERBOLD PC
1211 SW Fifth Ave., Suite 3000
Portland, OR 97204-3730
Tel: (503) 295-3085
Fax: (503) 323-9105
DavidMarkowitz@MarkowitzHerbold.com
MattLevin@MarkowitzHerbold.com
ReneeRothauge@Markowitzherbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
BrittanySimpson@MarkowitzHerbold.com
VivekKothari@MarkwitzHerbold.com
AnnaJoyce@MarkowitzHerbold.com
KatherineAcosta@MarkowitzHerbold.com

DATED this 26th day of July, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


By:    */s/ Matthew A. Levin*
    David B. Markowitz, OSB #742046
    DavidMarkowitz@MarkowitzHerbold.com
    Matthew A. Levin, OSB #003054
    MattLevin@MarkowitzHerbold.com
    Renée E. Rothauge, OSB #903712
    ReneeRothauge@Markowitzherbold.com
    Harry B. Wilson, OSB #077214
    HarryWilson@MarkowitzHerbold.com
    Laura Salerno Owens, OSB #076230
    LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority*

763541

**Page 2 -   NOTICE OF APPEARANCE OF KATHERINE M. ACOSTA**