Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | No. 6:18−cv−00296−MO<br><br><br>DECLARATION OF BRIAN SAMUELSON IN SUPPORT OF FAMILYCARE, INC.'S OPPOSITION TO OREGON HEALTH AUTHORITY'S MOTION TO AMEND PROTECTIVE ORDERS |

DECLARATION OF BRIAN SAMUELSON

LEGAL140707404.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Brian Samuelson, state as follows:

1.      I am an attorney with the law firm of Perkins Coie LLP, counsel for Plaintiff FamilyCare, Inc., ("FamilyCare"), and I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of an Order to Appear and Produce Documents issued by the Oregon Department of Justice to FamilyCare, Inc., dated July 13, 2018.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED:  July 27, 2018

Brian Samuelson

1-    DECLARATION OF BRIAN SAMUELSON

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

LEGAL140707404.1