# EXHIBIT 1

Exhibit 1
Page 1 of 8

DEPARTMENT OF JUSTICE

STATE OF OREGON

In the Matter of:

FAMILYCARE, INC., an Oregon public benefit corporation.

**ORDER TO APPEAR AND PRODUCE DOCUMENTS**

DOJ Case No. 137300/XCT0049-17

To:    FamilyCare Inc.
       Jeff Heatherington, Registered Agent
       825 NE Multnomah Suite 1400
       Portland, OR 97232

This Order to Appear and Produce Documents is part of an official investigation being conducted by the Oregon Department of Justice relating to the activities and assets of FamilyCare, Inc. pursuant to ORS 128.680 and ORS 128.690. Information and documents or other materials believed to be in your possession, custody, or control are relevant to this investigation.

The purpose of this investigation is to find out whether there has been a violation of the Oregon Charitable Trust and Corporations Act, ORS 128.610 through 128.750, the Oregon Nonprofit Corporations Act, ORS 65.001 *et seq.*, the Charitable Solicitations Act, ORS 128.801 through 128.898, or common law.

You must produce all items listed in Exhibit 1, which is attached. This request should not be construed as all-inclusive. We specifically reserve the right to seek access to additional information and to pursue additional avenues of inquiry as we deem necessary. Because we may request other documents or information at a later time, please suspend any procedures for document destruction and take other measures to prevent the destruction of documents that are relevant to the matter while it is pending.

**You are required to:**

(1) Provide a full and complete response to Exhibit 1, which is attached. You may mail, deliver, or make other arrangements with our office for the production of these documents:

Page 1 – ORDER TO APPEAR AND PRODUCE DOCUMENTS                    DM 8267117
OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
PORTLAND, OREGON 97201
(971) 673-1880

Exhibit 1
Page 2 of 8

DATE AND TIME OF PRODUCTION:   Wednesday, April 4, 2018, 5:00 p.m.

LOCATION:   Oregon Department of Justice
Attn: Laurie Conforth
Charitable Activities Section
100 SW Market Street
Portland, OR 97201

(2) You or the organization's designated representatives are required to appear and provide testimony related to the organization:

DATE AND TIME OF APPEARANCE:   TBD

LOCATION:   TBD

## AUTHORITY

This Order is issued under the authority granted to the Attorney General of the State of Oregon by Charitable Trust and Corporations Act, ORS 128.610 through 128.750, and specifically ORS 128.680, which permits the Attorney General to investigate whether or not the purposes of a charitable organization are being carried out in accordance with the terms and provisions of the organization document(s), whether a fiduciary has engaged in a violation of the Charitable Trust and Corporation Act, or whether a fiduciary has breached a fiduciary duty arising under the common law. This Order is subject to enforcement and sanctions as provided in ORS 128.690 and ORS 128.710. This Order has the same force and effect as a subpoena. If you fail to comply with this Order, the Attorney General may, pursuant to ORS 128.690, obtain a court order requiring you to appear and testify, and order other relief as may be required until compliance is obtained.

## CRIMINAL PENALTY

These documents and materials may be physical evidence. Changing or destroying them is a crime, according to the Oregon Criminal Code:

\\\

\\\

Page 2 – ORDER TO APPEAR AND PRODUCE DOCUMENTS                    DM 8267117

OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
PORTLAND, OREGON 97201
(971) 673-1880

Exhibit 1
Page 3 of 8

**ORS 162.295 Tampering with physical evidence.**

(1)     A person commits the crime of tampering with physical evidence if, with intent that it be used, introduced, rejected or unavailable in an official proceeding which is then pending or to the knowledge of such person is about to be instituted, the person:

(a)     Destroys, mutilates, alters, conceals or removes physical evidence impairing its verity or availability; or

(b)     Knowingly makes, produces or offers any false physical evidence; or

(c)     Prevents the production of physical evidence by an act of force, intimidation or deception against any person.

(2)     Tampering with physical evidence is a Class A misdemeanor.

Each violation of this law could lead to imprisonment of one year or a fine up to $6,250 for an individual, $5,000 for a corporation, or double the defendant's gain.

DATED this 7th day of March 2018.

ELLEN F. ROSENBLUM
Attorney General

Susan A. Bower, OSB #960960
Assistant Attorney General
Oregon Department of Justice
Attorneys for State of Oregon

**If You Have Any Questions, Please Contact:**

Laurie Conforth, Audit Coordinator
Oregon Department of Justice
Charitable Activities Section
100 SW Market Street
Portland, OR  97201
Telephone: (971) 673-1880
Fax: (971) 673-1882

Page 3 – ORDER TO APPEAR AND PRODUCE DOCUMENTS

DM 8267117

OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
PORTLAND, OREGON 97201
(971) 673-1880

Exhibit 1
Page 4 of 8

## Statement of Reasonable Accommodation

If you are required to appear personally, your appearance will be conducted in a wheelchair accessible location. Written materials may be provided and/or graphic displays may be presented during the appearance. For any other accommodation needed by individuals due to a disability, please contact the person whose name appears below.

Douglas W. Pearson, Chief Investigator
Oregon Department of Justice
Charitable Activities Section
100 SW Market Street
Portland, OR 97201
Telephone:    (971) 673-1880
Facsimile:    (971) 673-1882

Page 4 – ORDER TO APPEAR AND PRODUCE DOCUMENTS                      DM 8267117
OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
PORTLAND, OREGON 97201
(971) 673-1880

Exhibit 1
Page 5 of 8

## EXHIBIT 1: ORDER TO APPEAR AND PRODUCE DOCUMENTS
## FAMILYCARE, INC.

### DEFINITIONS

**"Relevant Time Period":** Unless otherwise specified, the **relevant time period** for which documents and information are requested is from **January 1, 2010 to present.**

**"Possession, Custody, or Control":** The requests for production call for all described documents in the Organization's possession, custody, or control without regard to the person or persons by whom or for whom the documents were prepared. A document is within the Organization's control if the Organization has ownership, possession, or custody of the document, or the right to secure the document or a copy thereof from any person having physical control of the document.

**"Correspondence"** means all letters, telegrams, notices, messages, or other written communications or memoranda, electronic or otherwise, or other records of conversations, meetings, conferences, or other oral communications.

**"Document" and/or "Documents"** is used in the broadest sense and means all written, printed, typed, recorded, or graphic matter, photographic matter, sound reproductions, computer files, including but not limited to electronic mail, tapes, inputs or outputs, however produced or reproduced or in any other matter from which information may be obtained, and drafts, non-identical copies, file folders, and jackets in which the documents are contained. The phrase "non-identical copies" refers to reproductions of the original documents that have notations, marking, comments, or other materials not appearing in the original.

**"Organization"** means FAMILYCARE, INC. and any other companies, groups, or entities controlled by or affiliated with the Organization, and the Organization's officers, directors, employees, agents, independent contractors, or representatives.

**"Relating to," "related to," and/or "relate to,"** mean to be relevant in any way to the subject matter in question including, without limitation, all information that directly or indirectly contains, records, reflects, summarizes, evaluates, refers to, indicates, comments upon, or discusses the subject matter. The terms also include documents or information that states the background of, was the basis for, records, evaluates, comments upon, or was referred to, relied upon, utilized, generated, transmitted, or received in arriving at any conclusion, opinion, estimate, position, decision, belief, or assertion concerning the subject matter.

### INSTRUCTIONS

In responding to the requests for production of documents:

1.  In each instance in which a document is produced in response to a request, the current version of the document must be produced together with all earlier versions, drafts, non- identical copies, or predecessor documents serving the same function during the relevant time period.

FamilyCare Inc.
DOJ File No. 137300/XCT0049-17
Page 1 of 3 – EXHIBIT 1

Exhibit 1
Page 6 of 8

2. Each requested document should be submitted in its entirety, even if only a portion of the document is responsive to a specification. Documents should not be edited, cut, or expunged and should include all cover letters and memoranda, transmittal slips, appendices, tables, or other attachments, and all other documents referred to in the document or attachments. All manuals, instructions, or other written materials necessary to understand any document produced in response to these specifications should also be produced.

3. The producer shall label each group of documents to indicate the request for production to which the group of documents relates.

4. If the Organization does not possess the documents requested, it must expressly so state in response to the request. If it has personal knowledge of the location of such documents, identify the person who has custody. If it has control over the document, but not custody or physical control, it must obtain custody and produce the document.

5. If all or any portion of a responsive document is withheld based on a claim of privilege or any other claim, please state in writing, individually for each document:
   a. The document's type, title, subject matter, and date;
   b. The names, addresses, positions, and organizations of each author and recipient; and
   c. The specific grounds for claiming that the document is privileged, as well as facts sufficient to support such a claim. If only a portion of the document is deemed privileged, redact the privileged material and produce the redacted document.

## DOCUMENTS TO BE PRODUCED

1. All board, executive, and advisory board meeting agendas, minutes, resolutions, and materials provided to board members in connection with any board meeting.

2. All articles of incorporation and bylaws for the organization.

3. All correspondence among directors of the organization regarding the organization.

4. Any and all conflict-of-interest policies and disclosures executed by any and all officers and directors.

5. All documents relating to any compensation or reimbursements paid to any person who has been an officer or director of the organization.

6. All documents related to any donations or distributions from the organization to other nonprofit or charitable entities.

7. All documents related to any donations received by the organization.

FamilyCare Inc.
DOJ File No. 137300/XCT0049-17
Page 2 of 3 – EXHIBIT 1

Exhibit 1
Page 7 of 8

8.  All documents related to any agreements or transactions between the organization and FamilyCare Health Plans, Inc., FamilyCare Community Health Alliance, Inc., or Heatherington Foundation for Innovation and Education in Health Care.

9.  All directors and officers insurance policies for the organization.

10. All documents related to any political campaign contributions received by or made by the organization.

11. All documents related to any loans issued by the organization to a related organization or to any officer or director.

12. The organization's IRS 1023 and 1024 application(s) and any other documents reflecting communications with the IRS.

13. The organization's document retention policy.

14. For the period January 1, 2014 to present, all communications with Perkins and Company related to the organization's financial statements, including but not limited to, any engagement letters, board letters, management letters or letters regarding internal controls.