Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>　　　　　　　Defendants. | No. 6:18−cv−00296−MO<br><br><br>DECLARATION OF THOMAS R. JOHNSON IN SUPPORT OF FAMILYCARE, INC.'S OPPOSITION TO DEFENDANT LYNNE SAXTON'S MOTION FOR EXTENSION OF CASE MANAGEMENT AND DISCOVERY DEADLINES |

DECLARATION OF THOMAS R. JOHNSON

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

LEGAL140656657.2

I, Thomas R. Johnson, state as follows:

1.      I am an attorney with the law firm of Perkins Coie LLP, counsel for Plaintiff FamilyCare, Inc., ("FamilyCare"), and I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.      On May 17, 2018, I had a telephone conversation with Matt Levin, counsel for Defendant Oregon Health Authority, during which Mr. Levin informed me that Lynne Saxton was retaining separate counsel in connection with this litigation.  Consequently, FamilyCare agreed to reschedule Ms. Saxton's deposition from June 12, 2018, to August 1, 2018, to allow Ms. Saxton's counsel to prepare.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of FamilyCare's email correspondence to this Court, dated July 19, 2018.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of FamilyCare's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendant Lynne Saxton.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence from Ms. Saxton's counsel, dated July 14, 2018.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of FamilyCare's Notice of Deposition of Lynne Saxton, dated August 11, 2017.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED:  July 27, 2018

                                             *s/ Thomas R. Johnson*
                                             Thomas R. Johnson

1-   DECLARATION OF THOMAS R. JOHNSON

LEGAL140656657.2

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222