**Subject:**            RE: Extension of deadlines applicable to Lynne Saxton

**From:** Peter Mersereau [mailto:pmersereau@mershanlaw.com]
**Sent:** Saturday, July 14, 2018 2:52 PM
**To:** Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; Samuelson, Brian P. (POR) <BSamuelson@perkinscoie.com>
**Cc:** Harry Wilson (harrywilson@markowitzherbold.com) <harrywilson@markowitzherbold.com>; Laura Salerno Owens (laurasalerno@markowitzherbold.com) <laurasalerno@markowitzherbold.com>; Renee Rothauge (reneerothauge@markowitzherbold.com) <reneerothauge@markowitzherbold.com>
**Subject:** Extension of deadlines applicable to Lynne Saxton

Counsel: As you know, this firm represents Lynne Saxton in the FCI v. OHA matter. Having waived personal service of the fourth amended complaint on Ms. Saxton's behalf under Rule 4, her response to that complaint is due on or before August 20. In the meantime, within days of the service waiver, plaintiffs served Ms. Saxton with comprehensive discovery requests, consisting of requests for production of documents, requests for admissions, and interrogatories. Under the discovery rules, the responses to those requests are due by the end of July. Under the current case management schedule, we also note that the dispositive motion filing deadline is July 20, and the discovery cutoff deadline is July 31. Against this backdrop, we raise the following concerns and requests.

First, it would seem self-evident that neither the July 20 nor July 31 deadlines relating to dispositive motions and discovery cutoff could or should be binding on Ms. Saxton. She was just formally joined as an individual defendant on a $50m claim several weeks ago. She is of course entitled to a reasonable amount of time to conduct necessary discovery relating to the claims against her, and to file appropriate pleadings warranted by that discovery. We therefore intend to seek a 120 day extension of the dispositive motion and discovery deadlines on behalf of Ms. Saxton. We intend to file that MOET early next week. Please advise ASAP whether plaintiff opposes the motion. Following conferral, OHA advises that it does not oppose this motion, provided it is filed on behalf of defendant Saxton only. That is our intent.

Second, we request a 30 day extension of the response deadlines for the recently served discovery requests. The additional time is required to give us an opportunity to access and analyze those portions of the current discovery data base needed to inform Ms. Saxton's responses. We realize that your client and OHA have been litigating this matter for quite some time, but Ms. Saxton has not. I am certain that Judge Mosman would allow additional time for these responses, should a MOET on those response dates be necessary. Hopefully, that will not be necessary.

We look forward to your response to the foregoing matters. Thanks - Peter

Peter R. Mersereau
Mersereau Shannon LLP
111 SW Columbia Street, Suite 1100
Portland, OR 97201-5865
503-517-2410 direct
503-226-6400 main
503-226-0383 fax

*CONFIDENTIALITY NOTICE: This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not an intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail,*

Exhibit 3
Page 1 2

*and any attachments is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by returning it and permanently delete the original, any copies and any printout thereof.*

2

Exhibit 3
Page 2 2