IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>　　　　　　Defendant. | Case No. 17CV09226<br><br>**PLAINTIFF'S NOTICE OF DEPOSITION OF LYNNE SAXTON** |

**TO:    LYNNE SAXTON, c/o Oregon Health Authority counsel, Renee Stineman, Department of Justice:**

PLEASE TAKE NOTICE that pursuant to ORCP 39 FamilyCare, Inc. will take the deposition of Third Party Lynne Saxton, at 9:00 a.m., on Thursday, August 30, 2017, at the offices of Perkins Coie, LLP, 1120 N.W. Couch St., Tenth Floor, Portland OR  97209.  The deposition will be taken before an officer authorized by law to administer oaths.  The testimony will be recorded by stenographic means and videotaped.  The examination shall continue from day to day thereafter until completed. You are invited to attend and examine.

PAGE  1-   PLAINTIFF'S NOTICE OF DEPOSITION OF LYNNE SAXTON

123045-0001/LEGAL13655

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 4
Page 1 of 3

DATED:  August 11, 2017

**PERKINS COIE LLP**

By:  */s/ Meredith M. Price*

Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Meredith M. Price, OSB No. 134627
MPrice@perkinscoie.com
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Plaintiff FamilyCare, Inc.*

PAGE  2-    PLAINTIFF'S NOTICE OF DEPOSITION OF LYNNE SAXTON

123045-0001/LEGAL136551

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 4
Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Oregon that, on August 11, 2017, she caused to be served on the person(s) listed below in the manner shown:

**PLAINTIFF'S NOTICE OF DEPOSITION OF LYNNE SAXTON**

Oregon Health Authority
c/o Renee Stineman
Department of Justice, Special Litigation Unit
100 SW Market St.
Portland, OR  97201

*Attorneys for Oregon Health Authority*

☒   United States Mail, First Class

☐   By Messenger

☒   By E-Mail

☐   By regular e-mail and/or court's electronic service if parties are enrolled

Dated at Portland, Oregon, on August 11, 2017.

*s/ Meredith M. Price*
Meredith M. Price

123045-
0001/LEGAL13655
1523.1

CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 4
Page 3 of 3