Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | No. 6:18−cv−00296−MO<br><br>DECLARATION OF MATTHEW P. GORDON IN SUPPORT OF FAMILYCARE, INC.'S OPPOSITION TO OREGON HEALTH AUTHORITY'S MOTION FOR A PROTECTIVE ORDER RE FAMILYCARE'S NOTICE OF VIDEOTAPED DEPOSITION OF OREGON HEALTH AUTHORITY |

DECLARATION OF MATTHEW P. GORDON IN
SUPPORT OF FAMILYCARE'S OPPOSITION TO
OHA'S MOTION FOR PROTECTIVE ORDER

LEGAL140686082.2

I, Matthew P. Gordon, state as follows:

1.     On July 12, 2018, I participated in a telephone conference with counsel for OHA regarding various discovery issues.  Among other things, counsel for OHA stated objections to some, but not all, of the proposed topics for the Rule 30(b)(6) deposition of OHA that FamilyCare had provided on July 3, 2018.

2.     Attached as **Exhibit 1** is a true and correct copy of a July 15, 2018 email from counsel for OHA objecting to 11 of the Rule 30(b)(6) deposition topics proposed by FamilyCare on July 3, 2018.

3.     On July 17, 2018 FamilyCare and OHA further conferred via telephone regarding narrowing the proposed Rule 30(b)(6) deposition topics.

4.     Attached as **Exhibit 2** is a true and correct copy of a July 18, 2018 email from counsel for FamilyCare to counsel for OHA attaching FamilyCare's revised notice of Rule 30(b)(6) deposition of OHA and a redlined version of the notice showing changes made to the July 3, 2018 notice.

5.     Attached as **Exhibit 3** is a true and correct copy of an excerpt of the deposition of Patrick Allen in the above captioned mater.

6.     Attached as **Exhibit 4** is a true and correct copy of an excerpt of the deposition of Chelsea Guest in the above captioned mater.

7.     Attached as **Exhibit 5** is a chart setting forth the text of each of the original and revised topics at issue, along with the rationale supporting FamilyCare's need for testimony on the proposed topics.

1-    DECLARATION OF MATTHEW P. GORDON IN
SUPPORT OF FAMILYCARE'S OPPOSITION TO
OHA'S MOTION FOR PROTECTIVE ORDER

LEGAL140686082.2

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED:  July 27, 2018

s/ Matthew P. Gordon
Matthew P. Gordon

2-   DECLARATION OF MATTHEW P. GORDON IN
     SUPPORT OF FAMILYCARE'S OPPOSITION TO
     OHA'S MOTION FOR PROTECTIVE ORDER

LEGAL140686082.2

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222