UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

|  |  |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | ) ) ) ) ) |
| Plaintiff, | ) No. |
| v. | ) 3:18-CV-00212-MO |
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) |
| Defendant. | ) |
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) |
| Plaintiff, | ) No. |
| v. | ) 6:18-CV-00296-MO |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

VIDEOTAPE DEPOSITION OF

PATRICK M. ALLEN

Taken in behalf of FamilyCare

*   *   *

June 15, 2018

1211 S.W. Fifth Avenue, Suite 3000

Portland, OR 97204

Shannon K. Krska,
CSR, CCR
Court Reporter

Exhibit 3
Page 1 of 4

relying on something internally as well?

MR. MARKOWITZ:  Can you give us a time period for the question?

Q.  (By Mr. English)  Yeah, I'm sorry.

Since you came on board.

A.  Well, we've got in -- we've got internal actuarial capabilities that we use as a part of the process.  I -- I think the most accurate thing to say is we do rely on Optumas to provide our actuarial certification to CMS.

Q.  Okay.  And in terms of your internal actuarial individuals, who would that be comprised of?

A.  I'm not familiar with the direct staff.  Chelsea Guest manages the actuarial services unit and -- and I -- I don't know the individual staff there.

Q.  Do you know how big the staff is, approximately?  Are we talking about two, 20?  What?

A.  It's relatively small.  It's a handful of individuals.

Q.  Okay.  And who would be the person that you're aware of at OHA that's most knowledgeable about the internal actuarial support that OHA

supplies to Optumas or works in conjunction with Optumas on?

A.   Yeah, that would be Chelsea Guest and Laura Robison.

Q.   Okay.  Of the -- if you had to choose between the two, can you help me understand the difference in their roles?

A.   Well, Laura Robison is the chief financial officer and so she's responsible overall for our financial operation.  Chelsea is one of her -- one of her direct reports.  Laura is my direct report so Laura is who I would most typically go directly to.

Q.   In any conversations -- well, strike that.

In addition to the calls you participated in with Optumas, did you say that you also had at least one or two face-to-face meetings?

A.   Yeah.  The meeting I discussed where we talked about potential future rate methodologies was an in-person presentation.

Q.   Were there E-mails in between those meetings that you were copied on that indicated information that would probably be discussed or

C E R T I F I C A T E

I, Shannon K. Krska, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, PATRICK M. ALLEN personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 255, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 19th day of June, 2018.

_____
SHANNON K. KRSKA
Certified Shorthand Reporter
Certificate No. 90-0216
Commission Expires: 12/31/20