UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | ) ) ) ) ) ) ) | Nos. 3:18-cv-00212-MO |
| | ) | (Leading) |
| Plaintiff, | ) | 6:18-cv-00296-MO |
| | ) | (Trailing) |
| vs. | ) | |
| | ) | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) ) | REDACTED VIDEOTAPED DEPOSITION OF CHELSEA GUEST |
| | ) | |
| Defendant. | ) | |
| | ) | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon; and PATRICK ALLEN, both individually and in his | ) ) ) ) ) | |
| official capacity as | ) | |
| director of the Oregon | ) | |
| Health Authority, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Exhibit 4
Page 1 of 5

seems to be an issue or a concern raised.

Generally that's what I look at.

Q.   You said you review the rate certification to see if it's consistent with -- consistent to OHA Medicaid programs.

What does that mean?

A.   So, for example, we instituted a risk corridor for a time period related to hepatitis C.  So I wanted to make sure the certification highlighted that specific policy that we had put together for that year.

Q.   Anything else you might review the res -- the rate certification for?

A.   Making sure language is consistent.  So we recently had a redetermination effort in trying to make sure that they were describing it the same way that we were.  So looking at that in general.

Q.   Are you -- are you reviewing to see if it complies with federal regulations or actuarial standards of practice?

A.   No.

Q.   Okay.  And you said your staff reviews Optumas' work.  What does your staff do?

A.   I don't know all the things that they do

Guest, Chelsea_Redacted, 6/27/2018                    Allen v. FamilyCare

114

specifically to review.

Q.    What's your understanding, as manager of that unit and supervisor of that -- of the staff, what they do to review the work that Optumas does in developing rates?

A.    Generally they review work products.

Q.    What does that mean, Review work products?

A.    Analyses or models, they'll review those.

Q.    Which analyses and which models?

A.    I don't recall specifically.

Q.    Do they have access to the specific models that Optumas uses in rate setting?

        MR. LEVIN:  Objection.  Vague.

        THE WITNESS:  They have access to some models, but not all.

Q.    (By Mr. Gordon)  Which models do they have access to?

A.    I don't know all of them.

Q.    Which do you know?

A.    They receive the same regional model that CCOs get and look through that.  My staff also has access to the encounter data CCOs report that is the basis of the rate setting.

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Exhibit 4
Page 3 of 5

They will use that, as well, to review.

Q.   So they have access to the encounter data?

A.   Uh-huh.

Q.   They have access to the regional rate model that's sent out to the CCOs?

A.   Uh-huh.

Q.   What else?

A.   Exhibits Optumas provides.  I can't think of anything more specific or --

Q.   Exhibits to the rate certification, you mean?

A.   Exhibits to the rate certification, exhibits given to CCOs.

Q.   Okay.

A.   We also receive a contract sheet export that gives us the tools we need to pay the rates and also create the contract sheets.  It's a different deliverable that includes specific slices of the rate so that we can apply different federal matches and things like that.

Q.   Okay.

A.   I can't think of anything else specific at this point.

Q.   Is there anything that would refresh

C E R T I F I C A T E

I, Janette M. Schmitt, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, CHELSEA GUEST personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 309, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 13th of July, 2018.

_____
JANETTE M. SCHMITT
Certified Shorthand Reporter
Certificate No. 90-0093
Commission Expires:  6/30/20