**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
MERSEREAU SHANNON LLP
111 SW Columbia Street, Suite 1100
Portland, Oregon 97201-5865
Telephone: 503.226.6400
Facsimile: 503.226.0383

     Of Attorneys for Defendant
     Lynne Saxton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**,<br><br>        Defendants. | Case Nos.  6:18-cv-00296-MO<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

     PLEASE TAKE NOTICE that Beth Plass, Mersereau Shannon LLP, 111 SW Columbia

Street, Suite 1100, Portland, Oregon 97201, (503) 226-6400 is hereby associated with Peter R.

Mersereau, as attorney of record on behalf of defendant Lynne Saxton.

///

///

///

PAGE 1 -    NOTICE OF ASSOCIATION OF COUNSEL

DATED: July 30, 2018.

MERSEREAU SHANNON LLP


    *s/ Peter R. Mersereau*

**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
503.226.6400
    Of Attorneys for Defendant
    Lynne Saxton

PAGE 2 -    NOTICE OF ASSOCIATION OF COUNSEL