**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for Defendants
> Oregon Health Authority, an agency of the State of
> Oregon, and Patrick Allen, both individually and in
> his official capacity as director of the Oregon
> Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF ANNIE HALLUM IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DATABASE** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

I, Annie Hallum, declare:

**Page 1 -  DECLARATION OF ANNIE HALLUM IN SUPPORT OF OREGON HEALTH
AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DATABASE**

1.     I am an Associate Director at Navigant and an expert for defendant the Oregon Health Authority ("OHA").  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.     FamilyCare, through a third-party vendor, creates a database of encounter data which is submitted to OHA.

3.     I have reviewed FamilyCare's financial disclosures and the encounter data used by OHA in its rate setting process.  Annually, FamilyCare's medical expenditures as shown in its financial disclosures differ from the medical expenditures as shown in the encounter data used by OHA.

4.     Access to FamilyCare's complete database of encounter data is an important component of understanding why FamilyCare's financial disclosures differ from the encounter data used in OHA's rate setting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 31st day of July, 2018.

_____
Annie Hallum

**Page 2 - DECLARATION OF ANNIE HALLUM IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DATABASE**