**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon
Health Authority, an agency of the State of Oregon, and
Patrick Allen, both individually and in his official
capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENEDIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                                  Plaintiff,<br><br>       v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                                  Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF MATTHEW A. LEVIN IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DATABASE** |

I, Matthew A. Levin, declare:

///

///

///

**Page 1 -  DECLARATION OF MATTHEW A. LEVIN IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DATABASE**

1.      I am a Special Assistant Attorney General for Oregon Health Authority, an agency of the State of Oregon.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.      In conferral calls, FamilyCare has refused to produce its database, or even identify the fields contained within the database.

3.      Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | January 2017 FamilyCare Health External Quality Review Report |
| 2 | January 12, 2018 Defendant's Fifth Request for Production of Documents to Plaintiff |
| 3 | February 12, 2018 Plaintiff's Response to Defendant's Fifth Request for Production of Documents |
| 4 | Excerpts from the transcript of the April 6, 2018 hearing |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 31st day of July, 2018.

/s/ Matthew A. Levin

_____

Matthew A. Levin, OSB #003054

**Page 2 -  DECLARATION OF MATTHEW A. LEVIN IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DATABASE**