# FamilyCare Health

*External Quality Review Report*

**Oregon Health Authority**
**January 2017**

Presented by
**HealthInsight Oregon**
2020 SW Fourth Avenue, Suite 520
Portland, OR 97201-4960
Phone 503-279-0100
Fax 503-279-0190



FCI0282500

Ex. 1 to Levin Decl
Page 1 of 48

# FamilyCare Health

**Oregon Health Authority**

**External Quality Review Report**

January 2017

Contract #142877-03

Presented by:

HealthInsight Oregon (formerly Acumentra Health)

2020 SW Fourth Avenue, Suite 520

Portland, Oregon 97201-4960

Phone 503-279-0100

Fax 503-279-0190

FCI0282501

Ex. 1 to Levin Decl

Page 2 of 48

HealthInsight Oregon prepared this report under contract with the Oregon Health Authority (Contract No. 142877-03).

EQR Director .............................................. Jody Carson, RN, MSW, CPHQ

Project Manager–Monitoring ................... Linda Fanning, LCSW

Laureen Oskochil, MPH, CHC, CPHQ

Healthcare Information Systems
Analyst/Auditor ....................................... Art Bahrs, CISSP

Quality Improvement Specialist ................ Nancy Siegel, PA-C, MPH

Writer/Editor ........................................... Erica Steele Adams

FCI0282502

## Table of Contents

EXECUTIVE SUMMARY ........................................................................................................ 1

INTRODUCTION ............................................................................................................... 5
   Review Activities ........................................................................................................ 5

PERFORMANCE MEASURE VALIDATION: INFORMATION SYSTEMS CAPABILITIES ASSESSMENT
(ISCA) ............................................................................................................................. 8
   Scoring ...................................................................................................................... 8

   Summary of CCO's Data Systems ............................................................................ 9

      Physical health ..................................................................................... 10

      Mental health ...................................................................................... 10

      Dental .................................................................................................. 10

      Vision ................................................................................................... 11

      Pharmacy benefit manager .................................................................. 11

      Non-emergent medical transportation (NEMT) .................................. 11

      Data certification and submission ....................................................... 12

      Reporting data .................................................................................... 12

COMPLIANCE WITH REGULATORY AND CONTRACTUAL STANDARDS – FOLLOW-UP ON 2014 and
2015 RESULTS ................................................................................................................ 19
   Summary ................................................................................................................. 19

   2014 Review – Enrollee Rights, Grievance Systems, Program Integrity ................. 19

   2015 Review – Quality Assessment and Performance Improvement ..................... 21

PERFORMANCE IMPROVEMENT PROJECT SUMMARY ..................................................... 36
   Statewide PIP .......................................................................................................... 36

      Interventions ....................................................................................... 37

      Results/next steps ............................................................................... 39

   CCO-Specific Projects ............................................................................................. 39

APPENDIX A - PH TECH ISCA RESULTS ........................................................................... A-1

FCI0282503

## Index of Tables and Figures

Table 1. Scoring Scheme for ISCA Elements. ............................................................................. 9

Table 2. ISCA Review: Strengths and Recommendations. .......................................................... 13

Table 3. Results of Follow-up on 2014 Compliance Results. ...................................................... 22

Table 4. Results of Follow-up on 2015 Compliance Results. ...................................................... 31

Table A-1. ISCA Review: Strengths and Recommendations. ......................................................A-3

FCI0282504
Ex. 1 to Levin Decl
Page 5 of 48

## EXECUTIVE SUMMARY

Coordinated care organizations (CCOs) were formed as part of Oregon's health care system transformation. With state legislation and approval of Oregon's 1115 Medicaid Demonstration Waiver by the Centers for Medicare & Medicaid Services (CMS), Oregon implemented the CCOs as the delivery system for Medicaid.

CCOs became responsible for managing physical and mental health services for Oregon Health Plan (OHP) members in 2012 and for managing dental health in 2014. The current 16 CCOs manage health services for OHP members statewide.

Federal law requires states to conduct an annual external quality review (EQR) of Medicaid services delivered through managed care. The Oregon Health Authority (OHA) contracts with HealthInsight Oregon, formerly Acumentra Health, to perform the annual EQR in Oregon.

The major review areas for 2016 for the CCOs are:

- Information Systems Capabilities Assessment (ISCA): examines an organization's information systems, data processing, and reporting procedures to determine the extent to which they support the production of valid and reliable state performance measures and the capacity to manage the health care of CCO members.

- Follow-up on Compliance Reviews: In 2014, HealthInsight Oregon (then Acumentra Health) reviewed CCOs for their compliance with federal and state regulations and contract provisions regarding enrollee rights, grievance systems and program integrity. In 2015, the review covered compliance with quality assessment and performance improvement (QA/PI) standards. This year, HealthInsight Oregon is following up with CCOs regarding steps they have taken to address their 2014 and 2015 compliance findings and recommendations.

- Performance improvement projects (PIPs): HealthInsight Oregon conducts the statewide PIP and reviews each CCO's documentation of the Standard 8 criteria regarding the CCO's interventions.

The reviews rate the CCO's overall performance, identify strengths, and offer specific recommendations for improvement.

FCI0282505
Ex. 1 to Levin Decl
Page 6 of 48

## FamilyCare

FamilyCare, Inc., dba FamilyCare Health, a 501(c)(4) public benefit corporation, contracts with OHA as a CCO to provide services to OHP members under the health plan services contract. FamilyCare provides physical and behavioral health and dental services to OHP members in Clackamas, Multnomah and Washington counties and parts of Marion County. As of November 2016, the CCO had 117,088 enrollees.[1]

## Information Systems Capabilities Assessment

The ISCA examines an organization's information systems, data processing and reporting procedures to determine the extent to which they support the production of valid and reliable state performance measures and the capacity to manage the health care of the organization's enrollees.

HealthInsight Oregon (then Acumentra Health) first conducted an ISCA of the CCO in 2014, and followed up on those results in 2015. This year, HealthInsight Oregon conducted a full ISCA and found that the CCO fully met 8 and partially met 2 of the 10 review sections.

FamilyCare uses PH Tech as a single submitter of encounter and claims data.

FamilyCare delegates dental services to eight dental plans, and contracts with VSP to manage vision services. FamilyCare contracts with CVS Caremark as its pharmacy benefit manager and with Access2Care for non-emergent medical transportation (NEMT) services under a capitation arrangement.

HealthInsight Oregon also conducted an ISCA of PH Tech for activities it conducts on behalf of the CCO. While this ISCA does not include scores, it includes applicable recommendations as part of the CCO's overall review (Appendix A).

## Compliance Review Follow-Up

In 2014, HealthInsight Oregon (then Acumentra Health) reviewed the CCO for compliance in three areas: enrollee rights, grievance systems, and certifications

---

[1] Oregon Health Plan: Coordinated Care, Managed Care and Fee for Service Enrollment for November 15, 2016. https://www.oregon.gov/oha/healthplan/DataReportsDocs/November%202016%20Coordinated%20Care%20Service%20Delivery%20by%20County.pdf.

FCI0282506

and program integrity. In 2015, HealthInsight Oregon reviewed the CCO for compliance with QA/PI standards and followed up with the CCO regarding its 2014 findings.

This year, HealthInsight Oregon followed up with the CCO regarding results of the 2014 and 2015 compliance reviews. The CCO resolved 7 and partially resolved 5 of the 12 findings from 2014. The CCO resolved 5, partially resolved 5 and did not resolve 1 of the 11 recommendations from 2014.

FamilyCare resolved all three of the findings from 2015. The CCO resolved 1 and partially resolved 10 of the 11 recommendations from 2015.

## PIP Validation Results

The purpose of PIPs is to assess areas of need and develop projects designed to improve health outcomes. The CMS waiver and the OHA contract require the CCOs to conduct three PIPs and one focus study that target improving care in at least four of seven designated quality improvement focus areas. One of the required PIPs is being conducted as a statewide collaborative and addresses the integration of primary care and behavioral health.

The first statewide PIP (2013–2015) addressed diabetes monitoring in people with schizophrenia or bipolar disorder. The second statewide PIP focuses on improving the safety of prescription opioids. After discussing the issue at several Quality and Health Outcomes Committee meetings, CCO medical, behavioral health and dental directors selected the measurement of a dosing threshold as the PIP study indicator. The results of a survey on dosing threshold options completed by CCOs, along with their comments, were presented to the OHA Quality Directors Committee meeting. The committee decided that this PIP should conduct a statewide measurement of the percentage of OHP enrollees aged 12 years and older with opioid prescriptions for $\geq 120$ mg and for $\geq 90$ mg morphine equivalent dosage per day. Individual CCOs have the option of measuring one or both of the dosage thresholds.

HealthInsight Oregon is responsible for facilitating and documenting the overall PIP following the 2012 CMS PIP protocol guidelines, while CCOs are responsible for developing their own interventions and documenting their progress in quarterly reports submitted to OHA.

FCI0282507
Ex. 1 to Levin Decl
Page 8 of 48

Since the inception of this PIP, HealthInsight Oregon has held technical assistance meetings for individual CCOs quarterly or by request. At the end of first remeasurement period (January 1–December 31, 2016), HealthInsight Oregon will evaluate each CCO's fulfillment of the criteria for PIP Standard 8 (Improvement Strategies).

FCI0282508

## INTRODUCTION

This report summarizes the results of the 2016 review of FamilyCare. HealthInsight Oregon performed the review in its capacity as OHA's contracted external quality review organization. The Balanced Budget Act of 1997 (BBA) requires an annual EQR in states that use a managed care approach to provide Medicaid services.

Currently, OHA contracts with 16 CCOs to deliver services to OHP members through managed care. The CCOs contract with physical, mental health, addiction treatment and dental service providers, pharmacy management companies and hospitals to deliver care. Each CCO is responsible for ensuring that services are delivered in a manner that complies with legal, contractual and regulatory obligations to provide effective care.

### Review Activities

BBA regulations specify three mandatory activities that the EQR must cover in a manner consistent with protocols established by CMS:

- a review every three years of health plan compliance with federal and state regulations and contract provisions regarding access to care, managed care structure and operation, quality measurement and improvement, and program integrity

- annual validation of PIPs, a required element of health plans' quality improvement (QI) programs

- annual validation of performance measures reported by plans or calculated by the state, including an ISCA

In 2014, HealthInsight Oregon (then Acumentra Health) reviewed all CCOs for compliance with standards for Enrollee Rights, Grievance Systems and Certification and Program Integrity; conducted performance measure-related activities, including a full ISCA of each CCO; reviewed and scored Standard 8 of the Statewide PIP, and assigned an overall PIP score at the end of the first remeasurement period.

In 2015, HealthInsight Oregon conducted a compliance review, covering QA/PI standards, and followed up with the CCOs regarding their 2014 compliance

FCI0282509

findings; conducted performance measure-related activities, including following up on the 2014 ISCA; and again reviewed the CCOs' PIPs, scored Standard 8 of the Statewide PIP, and assigned an overall PIP score at the end of the second remeasurement period.

In 2016, HealthInsight Oregon is following up on the 2014 and 2015 compliance results and conducting a full ISCA of each CCO. In 2017, at the end of the first remeasurement period (January 1–December 31, 2016), HealthInsight Oregon will review and score Standard 8 of the new statewide PIP.

The review activities in this report address the following questions:

1. Does the CCO meet CMS regulatory requirements?
2. Does the CCO meet the requirements of its contract with OHA?
3. Does the CCO monitor and oversee delegated entities in their performance of any delegated activities to ensure regulatory and contractual compliance?
4. Does the CCO conduct interventions for the Statewide PIP?
5. Does the CCO have information systems and data processing and reporting procedures that support the production of valid and reliable performance measures and the capacity to manage the health care of its enrollees?

Each section of this report describes the procedures used to assess the CCO's compliance with CMS standards related to the specific EQR activity. Procedures were adapted from the following CMS protocols and approved by OHA:

- *EQR Protocol 1: Assessment of Compliance with Managed Care Regulations.* Version 2.0, September 2012.
- *Appendix V: Information Systems Capabilities Assessment.* September 2012.
- *EQR Protocol 3: Validating Performance Improvement Projects (PIPs).* Version 2.0, September 2012.

General procedures, adapted from the CMS protocols, consist of these steps:

1. The CCO receives a written copy of all interview questions and documentation requirements prior to onsite interviews.
2. The CCO uses a secure file transfer site to submit requested documentation to HealthInsight Oregon for review.

FCI0282510
Ex. 1 to Levin Decl
Page 11 of 48

3. HealthInsight Oregon staff visits the CCO to conduct onsite interviews and provides each CCO with an exit interview summarizing the results of the review.

4. HealthInsight Oregon weights the oral and written responses to each question and compiles results.

The scoring plan for each activity was adapted from CMS guidelines. The oral and written answers to the interview questions were scored by the degree to which they met regulatory- and contract-based criteria, and then weighted according to a system developed by HealthInsight Oregon and approved by OHA.

FCI0282511
Ex. 1 to Levin Decl
Page 12 of 48

# PERFORMANCE MEASURE VALIDATION: INFORMATION SYSTEMS CAPABILITIES ASSESSMENT (ISCA)

The purpose of performance measure validation is to determine whether the data used to calculate each performance measure are complete and accurate and whether the calculation adheres to CMS specifications. HealthInsight Oregon will report on performance measures in the annual report.

The ISCA examines an organization's information systems, data processing and reporting procedures to determine the extent to which they support the production of valid and reliable state performance measures and the capacity to manage the health care of the organization's enrollees.

CFR §438.242 requires states to ensure that plans "maintain a health information system that collects, analyzes, integrates, and reports data" of the subpart.

"The State must require, at a minimum, that each MCO and PIHP comply with the following:

(1) Collect data on enrollee and provider characteristics as specified by the State, and on services furnished to enrollees through an encounter data system or other methods as may be specified by the State.

(2) Ensure that data received from providers is accurate and complete by—

(i) Verifying the accuracy and timeliness of reported data;

(ii) Screening the data for completeness, logic, and consistency; and

(iii) Collecting service information in standardized formats to the extent feasible and appropriate.

(3) Make all collected data available to the State and upon request to CMS, as required in this subpart."

Although CCOs may subcontract a majority of activities to outside entities, the CCO is responsible for all duties and responsibilities included in its contract with OHA, and must monitor contractors' and subcontractors' performance.

## Scoring

HealthInsight Oregon's ISCA is organized in two main sections: (1) Data Processing Procedures and Personnel and (2) Data Acquisition Capabilities, with

10 subsections. Each section and subsection contains review elements corresponding to relevant federal standards.

Within each section, HealthInsight Oregon used the information the CCO provided in the ISCA tool, responses to interview questions, and results from the security walkthrough at the CCO to score the CCO's performance on each element on a scale from 1 to 3 (see Table 1).

| Table 1. Scoring Scheme for ISCA Elements. | | |
|---|---|---|
| **Score** | **Rating** | **Definition** |
| 2.6–3.0 | Fully met (pass) | Met or exceeded the element requirements |
| 2.0–2.5 | Partially met (pass) | Met essential requirements of the element, but is deficient in some areas |
| < 2.0 | Not met (fail) | Has not met the essential requirements in the element |
| – | N/A | Not applicable |

Below is a summary of HealthInsight Oregon's review, followed by more detailed results for each review in Table 2, which includes strengths, recommendations for improvement and findings.

## Summary of CCO's Data Systems

CCOs have integrated their data systems in varying degrees. HealthInsight Oregon reports on documentation submitted for each system, since many are separated by service area (i.e., physical, mental, dental, etc.). The following is an overview of how data are handled in each area. This helps assess the quality, completeness, and timeliness of CCO data.

FamilyCare, Inc. uses PH Tech as a single submitter of encounter and claims data. PH Tech receives encounter data from clearinghouses, processes claims and generates the required file for submission to OHA. CCO staff make authorization decisions within PH Tech's Community Integration Manager (CIM) system. FamilyCare receives data from PH Tech nightly that is used to update FamilyCare's internal reporting suite. PH Tech data and the 711 drug data are

FCI0282513
Ex. 1 to Levin Decl
Page 14 of 48

2016 | FamilyCare EQR Report—ISCA

combined with other CCO data, such as pharmacy, vision for care management and reporting purposes.

FamilyCare maintains a provider database that staff update when credentials change or contracted updates need to occur. The online provider directory is updated automatically on a regular basis, and PH Tech is notified of changes. This system is used for physical and mental health. Mental health providers have recently been added to this database. FamilyCare expects to finish adding dental practitioners to the provider database by the end of 2016.

FamilyCare replicates data for critical systems nightly to a Boise-based location. FamilyCare has configured and tested access to this location for recovery purposes.

### Physical health

FamilyCare contracts with PH Tech for data administration services. FamilyCare's providers and clearinghouses submit data to PH Tech. PH Tech pays claims, checks enrollment, and submits the data to OHA on behalf of FamilyCare.

FamilyCare receives a nightly copy of PH Tech's CIM system. PH Tech's CIM system contains the data used to submit to OHA. It was unclear if FamilyCare receives an actual copy of the data files submitted to OHA.

FamilyCare uses McKesson's VITAL Platform product for care management and authorization decisions. FamilyCare staff performs authorizations in McKesson Vital, which interfaces with PH Tech's CIM system to send completed authorizations or receive authorization requests. PH Tech is expected to verify authorizations before paying claims.

### Mental health

FamilyCare uses the same processes for mental health as for physical health.

### Dental

Willamette Dental Group, ODS Community Health, and Advantage Dental, each adjudicates their own claims for eligible members, and submits the encounter data to PH Tech. CareOregon Dental Care is, according to FamilyCare, having

10 | HealthInsight Oregon

PH Tech process these claims. Family Dental Care, Capitol Dental, Managed Dental Care of Oregon, and Access Dental all use PH Tech as a third-party administrator to process claims for eligible members.

PH Tech submits all claims and encounter data to OHA on behalf of FamilyCare. FamilyCare is working with PH Tech to provide additional reports to illustrate encounter trends for all dental plans. FamilyCare has integrated dental data into its reporting database. The CCO is working with its internal dental team to determine what reports are needed.

### Vision

FamilyCare contracts with VSP to manage vision services. VSP submits data to PH Tech, and PH Tech sends all vision data to OHA on behalf of FamilyCare.

During the initial CCO implementation, there was a period of time where FamilyCare vision data was not submitted to OHA. By the end of 2015, FamilyCare's vision data backlog had been resolved and OHA had received all the data missing for this time period.

### Pharmacy benefit manager

FamilyCare utilizes CVS Caremark as its pharmacy benefit manager. CVS Caremark sends the pharmacy data to FamilyCare, which submits a copy to OHA. FamilyCare now incorporates pharmacy and 711 data into its data warehouse.

### Non-emergent medical transportation (NEMT)

FamilyCare contracts with Access2Care to provide NEMT services under a capitation arrangement. Access2Care submits NEMT data to PH Tech, which PH Tech submits to OHA. FamilyCare receives a copy of Access2Care's encounter and claims data from PH Tech. FamilyCare has incorporated NEMT data into its data warehouse.

FCI0282515
Ex. 1 to Levin Decl
Page 16 of 48

2016 | FamilyCare EQR Report—ISCA

### Data certification and submission

PH Tech creates claims and encounter files and sends FamilyCare the certification form, which is reviewed and sent to OHA. If FamilyCare finds an issue, PH Tech will research and resubmit the files and sends an updated form with explanation to FamilyCare, and then FamilyCare will sign off.

### Reporting data

FamilyCare receives a copy of PH Tech's CIM data nightly to update its internal data warehouse. These data are also available for a series of monthly, weekly, and ad hoc reports. The CCO's reporting team writes reports to verify the data for the OHA performance measures. FamilyCare has added dental data to their internal data warehouse.

FamilyCare utilizes Milliman for additional reporting capabilities. FamilyCare sends a copy of the PH Tech CIM data and tables from its internal data warehouse to Milliman monthly.

The following table shows detailed results of the CCO's ISCA, including recommendations for the CCO. It also contains recommendations related to the CCO's partners and provider agencies. See Table A-1 for PH Tech-specific results.

12 | HealthInsight Oregon

FCI0282516

## Table 2. ISCA Review: Strengths and Recommendations.

### Information Systems (data flow) – Fully met (2.8)

*Recommendations*

**Ensuring receipt of 837 legal copy**

FamilyCare receives a nightly copy of the PH Tech CIM data. This includes encounter and claim data. It is unclear if FamilyCare is receiving copies of the 837 file that PH Tech is submitting to OHA on FamilyCare's behalf. OHA considers the 837 file submitted to the state to be the legal copy of the encounters.

During the interview, some FamilyCare staff members thought the data was received, while others thought it was not received for all encounter types. The CCO did not appear to have documentation that would clarify this issue.

It was unclear whether Family Care is receiving a copy of the file submitted to OHA, and if the attestation is based on the 837 file submitted to OHA.

- FamilyCare should ensure that they are receiving copies of the 837 data that are submitted on their behalf.
- FamilyCare should document the attestation process.

### Staffing (claims and encounter, authorization) – Fully met (3.0)

*Recommendations*

None.

### Configuration Management - Hardware Systems – Fully met (3.0)

*Recommendations*

None.

### Security (incident management, risk management) – Partially met (2.3)

*Recommendations*

**Finding #1: CCO Monitoring of delegated IT activities**

FamilyCare reported that it does not currently conduct monitoring and oversight of contracted or partner organization's IT systems, policies and procedures. FamilyCare has developed a Provider Office Site Review Checklist that includes reviewing the IT systems and policies and procedures in use by a provider agency or other type of partner organization. The new Provider Office Site Review Checklist was submitted for review after the ISCA interview.

FamilyCare plans to phase the new checklist into operations during regularly scheduled site visits to provider agencies during late 2016 and 2017.

- The CCO should communicate expectations to providers and other partner organizations to ensure their IT policies and procedures align with the CCO contract requirements.

HealthInsight Oregon | 13

FCI0282517

Ex. 1 to Levin Decl
Page 18 of 48

- The CCO should continue with plans to implement the new Provider Office Site Review Checklist to monitor dental providers, PH Tech, and other partner organizations to verify they have appropriate and current IT policies and procedures, and that policies are updated according to CCO contract requirements.

**Lack of system security plan**

The CCO has not yet developed a system security plan for key systems. A system security plan is a document that provides an overview of the security requirements and the controls used to implement them.

- The CCO should begin creating its system security plan documentation and process.

**Change control policy**

FamilyCare does not have a formal change control policy and process. FamilyCare currently uses an informal change control process for report development and computer programming.

- The CCO should adopt and thoroughly document a change control process for use in all report development and computer programming.

**Provider not encrypting backup media**

One provider agency reported that backup media are not encrypted. (See **Finding #1.**)

- The CCO should review agencies' encryption practices to ensure that they are aligned with current industry standards and HIPAA requirements.

**Provider's password policies**

FamilyCare's provider agencies had various password policy strategies. One agency required password changes every three years. Another agency did not require passwords to contain one or more special characters, numbers, and both upper and lower case letters.

- The CCO should develop a process to monitor provider agencies' security policies and procedures and align password security requirements and forced change practices to meet business standards.

**Provider hardware destruction process**

FamilyCare's provider agencies had various media and hardware destruction processes. One provider agency reported that it has an informal hardware destruction process. Another provider agency was unclear how its IT department handled media and hardware destruction.

- The CCO should review agencies' hardware destruction processes to ensure that they are aligned with current industry standards and HIPAA requirements.

FCI0282518

**Providers unaware that CCO must be notified of data breaches**

One of FamilyCare's provider agencies reported they were unaware of needing to notify the CCO of data breaches. The provider wasn't sure if there was a contractual requirement for CCO notification of a data breach.

- The CCO should determine a data breach reporting strategy for provider agencies and supply clear direction about when the CCO should be included as a part of the notification process.

**Provider's business continuity/disaster recovery (BC/DR) issues**

A provider agency reported they had a BC/DR plan, but was unsure of what the plan was or if it had been tested. This provider agency believed a recovery site had been identified, but was unclear of any details regarding the recovery site.

- The CCO needs to determine what level of detail is necessary to be included in the agencies' plans so that a skilled IT person could recover or assist with resuming operations in a timely way.
- The CCO should work with provider agencies to ensure, through monitoring, that provider agencies' BC/DR plans are up to date, and ensure that plans are tested regularly.
- The CCO needs to work with provider agencies to ensure that a recovery site has been identified in the event of a disaster.

## Administrative Data (claims and encounter data) – Partially met (2.4)

*Recommendations*

### Finding #2: Encounter data certification

PH Tech handles data submission for FamilyCare. PH Tech submits a copy of the CIM database, provider master database, and a various tables on the eighth business day of each month. It was unclear if FamilyCare is receiving copies of the actual 837 files that PH Tech submits to OHA. FamilyCare is developing additional reports and processes to augment the current certification process used by the Claims Department Assistant Manager to sign the encounter data certification for the CCO.

- FamilyCare needs to ensure they receive a copy of the actual 837 files submitted to OHA on their behalf by PH Tech.
- The CCO should ensure the completeness, accuracy and truthfulness of these data through a formal certification process. FamilyCare needs to continue to develop reports and trending analysis processes to augment this data certification process.

**Low-dollar claims expectations and monitoring**

FamilyCare does not currently have a process ensure that zero or low dollar claims are submitted to the state. FamilyCare is evaluating developing a process to ensure that zero or low dollar claims are submitted.

- The CCO should inform all delegates that zero or low dollar claims must be submitted to OHA.

FCI0282519

- The CCO should develop and implement processes to regularly monitor encounter data to develop and monitor trends related to zero or low dollar claims submittal.

**Encounter data validation**

Encounter data validation is the process of comparing the encounter and/or claim submitted to OHA against the clinical record. FamilyCare does not has a formal process for conducting encounter data validation to verify the accuracy and completeness of data against clinical records. FamilyCare performs informal encounter data validation when data integrity issues arise. They are in the process of determining how to formalize and document this process.

- The CCO should develop and implement processes to regularly validate a sample of the state encounter data with the clinical record in order to assess completeness and accuracy of its encounter data.

**NEMT monitoring**

FamilyCare has not yet determined policies and procedures for monitoring NEMT data. The ride vendor is responsible for monitoring that the transportation request has an associated appointment. However, the CCO should determine appropriate monitoring activities.

- The CCO also needs to determine monitoring practices and/or reports to see that transportation services have a corresponding service that has been delivered (for example, a physician office visit).

- The CCO needs to formalize and document NEMT policies and monitoring activities (**Finding #1**).

## Enrollment Systems (Medicaid eligibility downloads) – Fully met (2.6)

*Recommendations*

**Enrollment data integrity issues**

FamilyCare has recently done analysis comparing enrollment data contained in PH Tech's CIM system with the raw 834 data received from OHA. FamilyCare indicated they have concerns with the quality of the enrollment data stored in PH Tech's CIM. FamilyCare is in the early stages of determining why some information in PH Tech's CIM, such as languages spoken and race and ethnicity, does not always match the raw 834 data received from OHA. FamilyCare is concerned that these data quality issues may affect the quality of the enrollment data received by the partner organizations.

- FamilyCare needs to work with PH Tech to evaluate and resolve any potential data quality issues.

- FamilyCare may need to develop a process to assist member to update their demographic data in the MMIS enrollment file.

**Distribution of enrollment data**

PH Tech picks up the enrollment data on FamilyCare's behalf, from OHA. PH Tech assigns members to DCOs, using the algorithm FamilyCare specifies. It was unclear how FamilyCare or other organizations such as DCOs, VSP, pharmacy, and primary care providers receive enrollment files or reports concerning their assigned members.

- CCO should document the process used for distributing enrollment data to provider agencies and partner organizations.

**Provider eligibility verification**

One provider agency reported that it is their policy and process for practitioners to verify eligibility on the initial contact with members and at the time of each service. The provider agency indicated that there are occasions when a practitioner does not verify eligibility at the time of service. Another provider agency reported that they check eligibility bimonthly. (See **Finding #1.**)

- The CCO should work with providers to ensure enrollment verification expectations are communicated and followed to ensure eligibility is checked at the time service is provided to the member.

## Vendor Data Integration and Ancillary Systems – Fully met (3.0)

### Recommendations

None.

## Report Production and Integration and Control of Data for Performance Measure Reporting – Fully met (2.8)

### Recommendations

**Report accuracy**

FamilyCare's reporting team generates quality management and other reports using the data submitted by PH Tech. Recently, accuracy issues were noted in various reports. FamilyCare is evaluating potential differences in OHA's 834 data and data received from PH Tech's CIM and the impact these difference may have on report accuracy.

- The CCO needs to continue to formalize and document its reporting practices, including data accuracy checks.

## Provider Data (compensation and profiles) – Fully met (2.7)

### Recommendations

**Provider directory**

FamilyCare's provider directory includes some practitioner-level detail, but not for all provider types. The directory did not, at the time of the interview, include dental providers, and does not address how a member would find dental services.

- The CCO should make searching for providers easier for members.

- The CCO's provider directory should include more information about dental providers. This information should include practitioner specialty, gender, languages spoken, and provider type.

2016 | FamilyCare EQR Report–ISCA

| Meaningful Use of Electronic Health Records – Fully met (3.0) |
| --- |
| *Recommendations* |
| None. |

FCI0282522
Ex. 1 to Levin Decl
Page 23 of 48

## COMPLIANCE WITH REGULATORY AND CONTRACTUAL STANDARDS – FOLLOW-UP ON 2014 and 2015 RESULTS

In 2014, HealthInsight Oregon (then Acumentra Health) reviewed CCOs for their compliance with federal and state regulations and contract provisions regarding enrollee rights, grievance systems and program integrity. In 2015, the review covered compliance with quality assessment and performance improvement (QA/PI) standards.

HealthInsight Oregon followed up with each CCO regarding steps it has taken to address its 2014 and 2015 compliance findings and recommendations. In the past, HealthInsight Oregon has followed up only on findings, but this year is following up on recommendations and findings at OHA's request.

### Summary

FamilyCare, Inc., dba FamilyCare Health, provides physical and behavioral health and dental services to OHP members in Clackamas, Multnomah and Washington counties and parts of Marion County. FamilyCare delegates include: Access2Care for NEMT, and eight dental plans (Access, Capitol Dental Care, Managed Dental Care of Oregon, ODS Community Health, Family Dental Care, Willamette Dental, CareOregon Dental and Advantage Dental).

### 2014 Review – Enrollee Rights, Grievance Systems, Program Integrity

The CCO resolved 7 and partially resolved 5 of the 12 findings from 2014. The CCO resolved 5, partially resolved 5 and did not resolve 1 of the 11 recommendations from 2014.

FamilyCare has made great strides with respect to compliance with requirements for enrollee rights, grievance systems and certification and program integrity.

- FamilyCare has developed a Provider Site Review policy and has begun reviewing providers' compliance with CCO expectations. The CCO has more work to do with respect to oversight of providers'
  - o use of translation and interpretive services and provision of information in alternate formats

FCI0282523

- o treatment of members with respect, dignity and consideration for privacy
- o policies and procedures related to the use of seclusion and restraint
- o processes to ensure member access to clinical records

- FamilyCare has resolved many previous Enrollee Rights issues, including furnished enrollees with information on specialty care, the right to be free from seclusion and restraint and the right to amend their medical records.

  - o More work needs to be done to ensure that members have readily available access to information on individual providers.

- FamilyCare's online search tool for the Provider Directory includes all required elements.

  - o More work needs to be done to ensure that required information on all providers is available through the CCO.

- FamilyCare has provided community education regarding advance directives and has monitored clinical records for presence of member directives.

- FamilyCare has furnished information to members on how to obtain assistance in the grievance system process.

- FamilyCare has provided information on the grievance system at the time of contracting with providers. The CCO policy has clarified time frames for authorizations, expedited decisions and exceptions to these time frames.

  - o More work needs to be done to ensure that notices of action are provided in user-friendly language (sixth grade reading level).

- Regarding program integrity, FamilyCare ensures that all staff, board members and providers are screened each month for exclusion from participation in federal health care programs. The CCO needs to do more work to ensure that

  - o providers and contractors understand the limitations on gifts and other compensations offered by vendors
  - o CCO policy includes screening board members for criminal offenses

FCI0282524

Table 3 presents the 2014 findings and recommendations, corresponding elements of the CCO work plan and the 2015 status and 2016 status based on the follow-up review.

### 2015 Review – Quality Assessment and Performance Improvement

FamilyCare resolved all three of the findings from 2015. The CCO resolved 1 and partially resolved 10 of the 11 recommendations from 2015.

- FamilyCare has developed and implemented an oversight/monitoring and audit process for dental plan partners. More work is required to ensure
  - consistent application of review criteria by dental care providers
  - provision of notices of action in user-friendly language

- FamilyCare has made progress toward ensuring an adequate delivery system network by developing a policy related to nondiscrimination in selecting providers, and by creating mechanisms to track second opinions.

- FamilyCare has developed an effective process to identify members with special heath care needs.

- FamilyCare has begun monitoring utilization of dental services and will analyze and report this information through its utilization management committee.

Table 4 presents the 2015 findings and recommendations, corresponding elements of the CCO work plan and the 2016 status based on the follow-up review.

FCI0282525

**Table 3. Results of Follow-up on 2014 Compliance Results.**

| 2014 Findings and Recommendations | CCO Work Plan | 2015 Status | 2016 Status |
|---|---|---|---|
| **Enrollee Rights** | | | |
| **§438.100(a)—Enrollee Rights, General rule**<br><br>**Finding #1:** The CCO did not monitor to ensure that providers were consistently following federal and state laws and regulations regarding enrollee rights in 2013. | | Resolved in 2015. | **Resolved** |
| **§438.100(b); §438.10 (b)-(d)- Information requirements**<br><br>**Finding #2:** The CCO did not demonstrate oversight of translation or interpretive services, and the need for written information in alternative formats at the provider and contracted affiliate level. | Please provide an expected date of completion. | | FamilyCare reported a plan to update its site visit checklist to include monitoring of written information in alternative formats.<br><br>**Partially resolved** |
| **438.100(b); 438.10(f)(2)–(6) Notification timing**<br><br>**Finding #3:** The CCO's website did not include current and correct OHP and CCO information regarding physical, mental, and dental health. | | | FamilyCare's website is up to date, as confirmed by OHA.<br><br>**Resolved** |

FCI0282526

## Table 3. Results of Follow-up on 2014 Compliance Results.

| 2014 Findings and Recommendations | CCO Work Plan | 2015 Status | 2016 Status |
|---|---|---|---|
| *§438.100(b); §438.10(f)(2)–(6)* **Notification content** <br><br> **Finding #4:** The CCO did not list the names, gender, or specialty of mental health and dental providers in its directory. | Please provide an expected date of completion for the member handbook and website update to be completed. | | A screenshot of the CCO website demonstrates names, gender and specialty of mental health providers. Dental and specialty dental providers were not located through the searchable provider directory on the website. <br><br> *Partially resolved* |
| **Recommendations** <br> • FamilyCare needs to inform enrollees if providers are closed to new Medicaid patients. | | | A screenshot of the CCO website demonstrates information regarding which providers are open to new members. <br><br> *Resolved* |
| • FamilyCare's provider directory needs to be more user-friendly | Please provide an expected date of completion for the provider directory update to be completed. What is/will be the frequency of updates to the Provider Directory? | | Most of the required information is available on each delegate's provider directory, except for a few of the dental plans. <br><br> *Partially resolved* |
| • FamilyCare needs to ensure that members are informed of their right to request and obtain names, locations, telephone numbers and all non-English languages spoken by current network providers in their service area. | | | Information about the member's right to request and obtain names, locations, telephone numbers and all non-English languages spoken by network providers is not readily available in the member handbook. <br><br> *Partially resolved* |

FCI0282527

Ex. 1 to Levin Decl
Page 28 of 48

**Table 3. Results of Follow-up on 2014 Compliance Results.**

| 2014 Findings and Recommendations | CCO Work Plan | 2015 Status | 2016 Status |
|---|---|---|---|
| **438.100(b)(2)(ii) Respect and dignity**<br><br>**Finding #5:** The CCO lacked a process to assess how agencies and facilities treat enrollees with respect, dignity, and consideration of their privacy. | See MAP recommendations made in track changes to the "Provider Office Site Review" document. | | The CCO's current list of member rights includes dignity and privacy. Member rights are included in the provider manual. FamilyCare's member handbook includes the CCO's privacy practices. The CCO has drafted a Provider Office Site Review policy to include assessing agencies and facilities with respect to treating enrollees with respect, dignity and consideration of their privacy. The CCO has a plan to implement the policy.<br><br>*Partially resolved* |
| **438.100(b)(2)(iii); 438.102 Treatment options**<br><br>**Recommendation**<br>• The CCO needs to implement a policy and procedure on referral for specialty care and other benefits not furnished by the enrollee's PCP. | FamilyCare is required to have a written policy and procedure describing the process to promote consistent use of the PnP. Please provide a current policy and procedures or an expected date of completion. | | FamilyCare's Direct Access Services policy meets the requirement for this standard.<br>*Resolved* |

FCI0282528

**Table 3. Results of Follow-up on 2014 Compliance Results.**

| 2014 Findings and Recommendations | CCO Work Plan | 2015 Status | 2016 Status |
|---|---|---|---|
| §438.100(b)(2)(iv) Advance directives<br><br>Finding #6:<br>• The CCO did not provide community education about advance directives in 2013.<br>• The CCO did not monitor compliance concerning documentation of advance directives in clinical records in 2013.<br>• The CCO did not inform enrollees that complaints concerning noncompliance with advance directives may be filed with OHA. | Information on Advance Directives is found on FamilyCare's home page with a "shortcut" to "member information."<br><br>"Provider Audit Guidelines" meets criterion.<br><br>2015 Member handbook includes the required information. | Resolved 2015. | **Resolved** |
| §438.100(b)(2)(v) Seclusion and restraint<br><br>Finding #7: The CCO lacked a process to ensure that contracted providers in all service areas had policies and procedures regarding seclusion and restraint, and it did not monitor providers and facilities through the credentialing/ recredentialing process. | Providers should have a policy/procedure/process regarding the appropriate use of seclusion and restraint. See MAP comments added to the Review Policy. | | FamilyCare has developed and will implement a Provider Office Site Review policy. The CCO has performed site visits and has documented information related to some (not all) providers' use of seclusion or restraint and whether they have a policy. The CCO has a policy that spells out expectations of contracted facilities and practitioners with respect to seclusion and restraint. The CCO |

FCI0282529

**Table 3. Results of Follow-up on 2014 Compliance Results.**

| 2014 Findings and Recommendations | CCO Work Plan | 2015 Status | 2016 Status |
|---|---|---|---|
| | | | expects annual revision of its seclusion and restraint policies. Credentialing policies were not submitted.<br><br>*Partially resolved* |
| **Recommendation**<br>• FamilyCare needs to inform enrollees about their right to be treated with dignity and to be free from seclusion as a means of coercion, discipline, convenience, or retaliation. | | | The CCO's member handbook includes the right to be free from seclusion and restraint as a means of coercion, discipline, convenience or retaliation.<br><br>*Resolved* |
| **§438.100(b)(2)(3); (d) Compliance with other federal and state laws**<br><br>**Finding #8:**<br>• FamilyCare lacked processes to ensure provider compliance with enrollee right for access to their medical records.<br>• The CCO lacked a non-discrimination P&P that includes the enrollee's right to complain about discrimination<br>• FamilyCare lacked a process to ensure that the CCO complies with federal and state laws such as the Civil Rights Act the Age Discrimination Act and the | Please provide a FamilyCare policy for nondiscrimination and the member's right to complain about discrimination.<br><br>Please provide a policy/procedure ensuring CCO compliance with the Civil Rights Act, the Age Discrimination Act and the American's with Disabilities Act. | | FamilyCare has developed and will implement a Provider Office Site Review policy. The policy and site review checklist include a process to ensure compliance with the enrollees' right of access to their medical records.<br><br>The CCO is developing a policy related to enrollees' right to complain about discrimination. The member handbook includes a statement of this right.<br><br>FamilyCare monitors grievances to ensure that subcontractors comply with all applicable laws. The CCO has noted no trends or |

FCI0282530

## Table 3. Results of Follow-up on 2014 Compliance Results.

| 2014 Findings and Recommendations | CCO Work Plan | 2015 Status | 2016 Status |
|---|---|---|---|
| Americans with Disabilities Act. | | | increases in grievances related to enrollee rights. **Partially resolved** |
| **Recommendation** <br>• FamilyCare needs to inform enrollees of the right to amend their medical records. | Member handbook needs to inform members of the right to have access to and to amend their medical records if they are accurate or incomplete and the right to submit a statement of disagreement that must be added to the member's record. | | The member handbook includes a notice of privacy practices, which includes the right to amend one's medical record. **Resolved** |
| **Grievance Systems** | | | |
| **§438.404(a) Notice of action** **Language and format requirements** <br><br>**Recommendations** <br>• FamilyCare needs to ensure that the explanations for actions are in user-friendly language. | The key words in these two recommendations are *user-friendly* and *alternative formats*. The goal is for the NOA to be written so a layman at the sixth grade level can easily understand and they need to be tailored to the backgrounds and special needs of the member. See OAR 410-141-3263 (1)(a). MAP recommends FamilyCare develop processes to effectively address these recommendations. | | FamilyCare furnished sample NOA letters that were written at a 9.1-grade reading level or above. **Partially resolved** |

FCI0282531

## Table 3. Results of Follow-up on 2014 Compliance Results.

| 2014 Findings and Recommendations | CCO Work Plan | 2015 Status | 2016 Status |
|---|---|---|---|
| • FamilyCare needs to inform enrollees that NOAs are available in alternative formats. (Finding #2) | See above. | | The member handbook (page 1, Interpreter Services) states that if the member needs "written materials in another language, large print, Braille, CD, tape, or other format…" This information is listed in multiple languages. The NOA that was submitted does not inform the enrollee that NOAs are available in alternate formats. **Partially resolved** |
| **438.404(c)(1)–(6) Timing of notice of action** **Finding #9:** FamilyCare lacked a policy and procedure on timeframes for authorization and for expedited decisions. | The policy did not document how FamilyCare will ensure timely response from providers. The policy primarily references Medicare Advantage CFR's and not Medicaid CFRs. The OAR referenced in the policy applies to fully capitated health plans or a Prepaid Health Plan. As a CCO the appropriate OAR is 410-141-3420. However, it is unclear how that OAR relates to FamilyCare's "Internal Turnaround Time Standard" policy. | Resolved in 2015. | **Resolved** |

FCI0282532

### Table 3. Results of Follow-up on 2014 Compliance Results.

| 2014 Findings and Recommendations | CCO Work Plan | 2015 Status | 2016 Status |
|---|---|---|---|
| **Recommendation**<br>• The CCO needs to develop a policy and procedure on timeframes for authorization decisions, including timeframes for expedited authorization and exceptions to advance notice, and to ensure that authorizations are completed within the required timeframes. | | Related Finding #9 resolved in 2015. | *Resolved* |
| **438.406(a)(b) Handling of grievances and appeals**<br><br>**Finding # 10:** The CCO did not provide information on the available of assistance in the filing process. | | | The member handbook includes information about help with filing a written appeal after submitting an appeal orally.<br>*Resolved* |
| **§438.414 Information about the grievance system to providers and subcontractors**<br><br>**Finding #11:** FamilyCare did not provide information at the time of contracting about the grievance system appeals procedures, and appeal timelines. | MAP review of the online Provider Manual provided information on claims re-determinations and Medicare, but did not include information regarding the Medicaid member Grievance, Appeals or Hearings process.<br><br>Please provide an expected date of completion for when | | Required information included in the letter of agreement.<br>*Resolved* |

FCI0282533

**Table 3. Results of Follow-up on 2014 Compliance Results.**

| 2014 Findings and Recommendations | CCO Work Plan | 2015 Status | 2016 Status |
|---|---|---|---|
| | the Provider Manual will be updated with this information. | | |
| **Program Integrity** | | | |
| **455.100–106 Certifications**<br><br>**Recommendations:**<br>• The CCO needs to ensure that providers and subcontractors understand the limitations of gifts and other compensations by vendors. | The MAP reviewer was unable to locate the information (3/23/15) in the online Provider Manual. | | The CCO provided no information demonstrating that providers and subcontractors understand the limitations on gifts and other compensations by vendors.<br><br>**Not resolved** |
| • FamilyCare needs to ensure that its governing board members are screened for criminal convictions. | Please provide policy/procedure for initial screening and frequency of screening governing board members for criminal convictions or an expected date for completion. | | The board application packet and attestation contains questions about criminal offenses. The CCO did not submit a policy on initial screening and frequency of screening of governing board.<br><br>**Partially resolved** |
| **438.214 Provider Selection – Excluded providers**<br><br>**Finding #12:** The CCO did not run the excluded provider list monthly for its own staff and governing board members to ensure that they are not excluded from participating in the federal healthcare programs. | | | FamilyCare uses a vendor to perform monthly exclusion checks. Providers are screened at credentialing.<br><br>**Resolved** |

FCI0282534

**Table 4. Results of Follow-up on 2015 Compliance Results.**

| 2015 Findings and Recommendations | CCO Work Plan | 2016 Status |
|---|---|---|
| **Delivery Network** | | |
| **§438.206 Availability of services—(b) Delivery network (3)**<br><br>**Recommendation**<br>• FamilyCare needs to develop a mechanism to track second opinions. | The intent of the CFR is to use the information to assess whether a plan needs to make some changes in its network.  If a plan can establish a mechanisms to determine the number of second opinions and for what reason, this information can be considered in network adequacy decisions. | FamilyCare submitted a Second Opinion policy and report demonstrating the ability to track second opinion requests.<br><br>*Resolved* |
| **Primary Care and Coordination of Services** | | |
| **§438.208 Coordination and continuity of care—(c) Identification and assessment of enrollees with special healthcare needs (1)(2)**<br><br>**Finding# 1:** FamilyCare lacks a process to periodically assess all enrollees who have special health care needs. | | FamilyCare described a process to identify members with special health care needs.<br><br>*Resolved* |
| **Coverage and Authorization of Services** | | |
| **§438.210 Coverage and authorization of services—(b) Authorization of services; (c) Notice of adverse action**<br><br>**Finding #2:** FamilyCare lacks processes for monitoring dental care plans. | Describe the process FamilyCare will develop to monitor NOAs issued by the dental care plans. Implementation timelines? | FamilyCare has developed and implemented a process for monitoring dental care plans.<br><br>*Resolved* |
| **Recommendations**<br>• The CCO needs to develop and implement a mechanism to ensure consistent application of review criteria for decisions made by dental care plans. | | FamilyCare submitted a Delegated Oversight/Monitoring and Audit Process tool with four implementation phases. Phase II addresses continued oversight/monitoring of "Consistent |

FCI0282535

**Table 4. Results of Follow-up on 2015 Compliance Results.**

| 2015 Findings and Recommendations | CCO Work Plan | 2016 Status |
|---|---|---|
| | | application of review criteria." It is not clear how the CCO is measuring consistent application. *Partially resolved* |
| • FamilyCare needs to monitor NOAs issued by the dental care plans. | | As part of the Delegated Oversight/ Monitoring and Audit Process, FamilyCare has begun reviewing policies, procedures, logs and samples of the NOAs provided by the dental care organizations. *Partially resolved* |
| • FamilyCare's NOAs need to use language that is easily understood. | | FamilyCare submitted sample NOAs that included language readable above the 6th grade level. *Partially resolved* |
| *§438.210 Coverage and authorization of services—(d) Timeframe for decisions (1) standard decisions (2) Expedited authorization services*<br><br>**Recommendation**<br>• FamilyCare needs to develop a mechanism to monitor standard and expedited prior authorizations performed by the dental care plans. (Finding #2) | Describe the mechanism FamilyCare will develop to monitor standard and expedited prior authorizations performed by the dental care plans.  Implementation timelines? | FamilyCare submitted documentation and a timeline for Delegated Oversight/ Monitoring and Audit process. *Partially resolved* |

FCI0282536

**Table 4. Results of Follow-up on 2015 Compliance Results.**

| 2015 Findings and Recommendations | CCO Work Plan | 2016 Status |
|---|---|---|
| **§438.210 Coverage and authorization of services—(e) Compensation for utilization management activities**<br><br>**Recommendation**<br>• FamilyCare needs to develop and implement a mechanism to ensure that all dental care plans do not deny, limit, or discontinue medically necessary services to enrollees. | Describe the mechanism FamilyCare will develop to ensure that dental care plans do not deny, limit or discontinue medically necessary services to members. Implementation timelines? | FamilyCare reported plans to use an audit tool to review NOAs.<br><br>*Partially resolved* |
| **Provider Selection** | | |
| **§438.214 Provider selection—(a) General rules; (b) Credentialing and recredentialing requirements**<br><br>**Finding #3:** FamilyCare lacks policies and procedures that ensure a nondiscriminatory process for selecting providers based on their treatment of high-risk populations or populations that require costly treatment. | The policy should also include a nondiscriminatory process for selecting providers based on their treatment of high-risk populations or populations that require costly treatment. | FamilyCare's Network Development policy includes the required language.<br><br>*Resolved* |
| **Subcontractual Relationships and Delegation** | | |
| **§438.230 Subcontractual relationships and delegation**<br><br>**Recommendation**<br>• FamilyCare needs to follow up on its policy to conduct delegation assessments of the dental plans. | Timelines for conducting annual delegation assessments of the dental care plans? | FamilyCare submitted a Delegated/ Monitoring Oversight and Audit Process document that includes a monitoring schedule for the dental plans. The CCO is also working with its Dental Workgroup to ensure compliance with regulations while not creating multiple requests from the dental plan partners.<br><br>*Partially resolved* |

FCI0282537

Ex. 1 to Levin Decl
Page 38 of 48

**Table 4. Results of Follow-up on 2015 Compliance Results.**

| 2015 Findings and Recommendations | CCO Work Plan | 2016 Status |
|---|---|---|
| • The CCO needs to determine through monitoring, including annual evaluations, whether there are deficiencies in delegated entities' performance. (F#2) | | FamilyCare has begun auditing and monitoring the dental plans.<br>***Partially resolved*** |
| **Practice Guidelines** | | |
| *§438.236 Practice guidelines—(a) Basic rule; (b) Adoption of practice guidelines*<br><br>**Recommendation**<br>• FamilyCare needs to monitor the dental care plans' processes for adopting and updating guidelines. (Finding #2) | When available, submit to OHA the mechanisms FamilyCare will implement to monitor the dental care plans' processes for adopting and updating practice guidelines and disseminating adopted and updated practice guidelines. | Delegation oversight includes dental plan practice guidelines.<br>***Partially resolved*** |
| *§438.236 Practice guidelines—(d) Application of guidelines*<br><br>**Recommendations**<br>• The CCO needs to monitor the dental care plans to ensure that their decisions are consistent with guidelines. (Finding #2) | When available, submit to OHA the process FamilyCare will implement to monitor the dental care plans to ensure that their decisions are consistent with guidelines. | FamilyCare has developed a process to monitor the decisions of the dental plans to ensure that they are consistent with practice guidelines.<br>***Partially resolved*** |
| **QA/PI General Rules and Basic Elements** | | |
| *§438.240 (a); (b)(1); (d)-(e) Performance improvement projects*<br><br>**Recommendation**<br>• FamilyCare needs to integrate dental health care data into its analyses and reporting. | | FamilyCare has developed a process to monitor utilization of dental services and intends to have its utilization management committee review the information.<br>***Partially resolved*** |

FCI0282538

Ex. 1 to Levin Decl
Page 39 of 48

**Table 4. Results of Follow-up on 2015 Compliance Results.**

| 2015 Findings and Recommendations | CCO Work Plan | 2016 Status |
|---|---|---|
| **§438.242 Health information systems—(b) Basic elements of a health information system**<br><br>**Recommendation**<br>• FamilyCare needs to expand its encounter validation procedures to include validation of a sample of encounter data against the corresponding clinical charts. | | FamilyCare is conducting targeted and diagnosis-specific chart review. The CCO reported plans to develop a data analytics team to examine its data for accuracy. It also plans to incorporate its health equity coordination to establish baselines for services for Latino and Asian enrollees.<br><br>**Partially resolved** |

FCI0282539

Ex. 1 to Levin Decl
Page 40 of 48

## PERFORMANCE IMPROVEMENT PROJECT SUMMARY

The purpose of PIPs is to assess and improve health outcomes. The OHA contract requires the CCOs to conduct three PIPs and one focus study that are "designed to achieve, through ongoing measurements and intervention, significant improvement, sustained over time, in clinical and non-clinical areas that are expected to have favorable effect on health outcomes and OHP Member satisfaction."

As required by CMS, the projects must focus on improving care in at least four of the following seven areas:

- reducing preventable rehospitalizations
- addressing population health issues (such as diabetes, hypertension, and asthma) within a specific geographic area by harnessing and coordinating a broad set of resources, including Certified Traditional Health Workers, Traditional Health Workers, public health services, and aligned federal and state programs
- deploying primary care teams to improve care and reduce preventable or unnecessarily costly utilization by "super-users"
- Statewide PIP: Integrating primary care and behavioral care
- ensuring appropriate care is delivered in appropriate settings
- improving perinatal and maternity care
- improving primary care for all populations through increased adoption of the PCPCH model of care throughout the CCO's network

### Statewide PIP

OHA has determined that one of the required PIPs will be conducted as a statewide collaborative to improve care in the area of the integration of primary care and behavioral health. The first statewide PIP (2013–2015) targeted diabetes testing for members with co-occurring schizophrenia and bipolar disorder. The new statewide PIP, initiated in 2015, focuses on improving opioid safety by reducing the prescription of high Morphine Equivalent Doses (MED). After reviewing the literature and receiving feedback from the Quality Health

FCI0282540

Outcomes Committee discussions, the OHA Quality Directors Committee selected the following as the study metric for the statewide PIP on opioid safety:

- Percentage of OHP enrollees ages 12 years and older with opioid prescriptions for ≥ 120 mg and for ≥ 90 mg MED per day.

Each CCO has the option of the selecting either one or both of the dosage thresholds as an internal target goal. In its July 2016 quarterly report, FamilyCare stated that it has chosen to measure the 90mg MED study metric.

HealthInsight Oregon is writing the statewide PIP report according to the 2012 CMS PIP protocol, while CCOs are responsible for selecting their own interventions and for documenting their improvement strategies in quarterly reports submitted to OHA.

Since the inception of this PIP, HealthInsight Oregon, formerly Acumentra Health, has held technical assistance meetings for individual CCOs quarterly or by request. At the end of the first remeasurement period (January 1–December 31, 2016), HealthInsight Oregon evaluated and assigned a score to each CCO's documentation of Standard 8 (Improvement Strategies) of the PIP protocol.

### Interventions

According to its July 2016 quarterly report, FamilyCare has developed or is developing the following interventions:

- Provider outreach:
  - ➤ Plan to begin mailing provider notification letters by 9/1/16.
  - ➤ Plan to refine MED report to include MED reports based on clinic roster, not just prescribing providers.
  - ➤ Initiated educational program with dental prescribers through DCOs.
- Comprehensive/alternative pain services:
  - ➤ Plan to evaluate existing pain management and addiction treatment practices in the community.
  - ➤ Continue discussions with Legacy Pain Clinic to develop a pilot program.
  - ➤ Implemented alternative therapy benefit for back and spinal conditions.

FCI0282541

- Provider education:
  - ➢ Conducted a two-part series on alternative pain treatment methodologies; training was attended by 76 providers.
- Conducted on-site visits to top prescribing clinics by medical directors.
- Existing interventions: Continued to implement prior authorization and quantity limits policies and procedures.
- Internal data development:
  - ➢ Plan to analyze data according to cultural and linguistic elements in order to better understand gaps in care.
  - ➢ Continue to refine provider directory so as to identify non-–contracted providers.
  - ➢ Use pharmacy data to stratify emergency department prescribers.

**Barriers**

FamilyCare's July 2016 quarterly report identified the following barriers to the effective implementation of the interventions:

- Mailing had initially been planned to begin earlier, but had been delayed by timing of internal staff education. Training has now been completed.
- Data needed to facilitate pilot programs is not complete. FamilyCare is building dashboards to support data requests.
- On-site visits are time-consuming to plan, implement and follow up.
- Staffing changes in provider services create a barrier to on-site visits.
- Non-contracted providers: It is difficult to achieve clinic-oriented outreach when many providers are non-contracted and there is no clinic-affiliation information. The IT department continues to refine the provider directory.
  - ➢ Current benefit set-up through quantity limits does not capture all cases (e.g., multiple drugs, under limit but over MED). The CCO is developing MED-based coding with its pharmacy benefit manager.

FCI0282542

**Results/next steps**

FamilyCare's July 2016 quarterly report identified the following next steps:

- Begin sending mail-based notifications to top prescribers by September 2016.
- Continue providing reports to clinics, adapting elements of the reports to meet individual clinic needs. Increase the number of clinics to receive reports.
- Continue to build opioid pain management dashboard.
- Try to recruit a community provider to participate in a Project ECHO-like program.
- Analyze acute prescribing of high-dose opioids, focusing on urgent care, emergency department and post-surgical prescribing. Initial data suggest that acute prescribing might be more problematic for the CCO.
- Opioid workgroup will develop a comprehensive program for alternative treatments for chronic pain management.
- Continue prior authorization and quantity limits procedures.
- Conduct data analyses of metric and interventions to determine effectiveness.
- Implement MED-based coding by 4th quarter 2016.

## CCO-Specific Projects

In addition to the Statewide PIP, CCOs are required to select two additional PIPs. FamilyCare selected the following:

- Increasing colorectal cancer screening
- Increasing adolescent well-child visits

The CCOs must also select a focus area; FamilyCare chose the following:

- Improving chronic conditions in the serious and persistent mentally ill population

FCI0282543

## APPENDIX A - PH TECH ISCA RESULTS

### Summary

Performance Health Technology (PH Tech) was founded in 1996. PH Tech works with most of Oregon's CCOs, which contract with PH Tech for performance of claims receipt and/or processing, eligibility processing, customer service, processing paper claims, and authorization repository hosting. PH Tech operates customer service and provider support centers for its CCO clients.

Some CCOs utilize PH Tech to perform encounter-only processing. In this situation, the CCO adjudicates the claim and PH Tech provides validation and formatting support before sending the encounter to the state.

PH Tech uses Community Integration Manager (CIM), a proprietary application for claims and encounter information. PH Tech began using the Amazon Web Services (AWS) S3 product to host CIM in 2015. Amazon runs PH Tech's CIM on dedicated HIPAA-compliant hardware. CIM is hosted on virtual hardware and infrastructure maintained by AWS.

PH Tech maintains a data center at its corporate campus for administrative services such as email, Internet access, and some support services. The devices housed in this data center are protected by redundant firewalls and network infrastructure.

PH Tech receives eligibility files for the CCOs. Some CCOs have PH Tech pick up the files from OHA and some CCOs send to PH Tech. PH Tech may send eligibility files to DCOs or other partners as requested by the CCOs.

PH Tech CIM system acts as a repository for claims/encounters that require authorization. PH Tech does not have staff that makes authorization decisions for the CCOs. The services requiring authorization are defined by the CCO. CCO staff or delegates make authorization decisions in CIM. The claims processing module makes sure an authorization is present for items that require authorization prior to claims payment.

### Dental

Some CCOs only utilize PH Tech for dental services. The contract in this case

FCI0282544
Ex. 1 to Levin Decl
Page 45 of 48

may be with the CCO, or some DCOs contract with PH Tech directly to handle claims/encounters processing. PH Tech may submit the data to the state or to the CCO to transmit with the state. PH Tech currently does some dental activities for all CCOs.

### Pharmacy benefit manager

PH Tech receives pharmacy data from multiple sources. PH Tech processes and submits this data to OHA and, if requested, sends a copy to their clients for use in their reporting processes.

### Non-emergent medical transportation (NEMT)

PH Tech receives and adjudicates NEMT claims for some clients.

### Data certification and submission

PH Tech submits data to OHA on behalf of many of their clients. Certification of the data is performed by PH Tech's clients.

### Reporting data

PH Tech provides data extracts to their clients upon receiving client request. PH Tech creates data extracts of physical, mental health, vision, pharmacy and dental services. PH Tech creates some basic reports for clients. Many clients have non-hosted reporting systems for ad-hoc or performance measure reporting.

Table A-1 shows the results of PH Tech's ISCA.

FCI0282545
Ex. 1 to Levin Decl
Page 46 of 48

## Table A-1. ISCA Review: Strengths and Recommendations.

### Information Systems (data flow)

#### Recommendations

PH Tech appears to have an informal systems development lifecycle (SDLC)/peer review process. It was unclear if there were policies or other documentation of required activities.

- PH Tech should formalize and document its SDLC/peer review process.

#### Security Plan

A system security plan is a document that provides an overview of the security requirements and the controls used to implement. PH Tech has not yet developed such a plan for key systems.

- PH Tech should begin creating its system security plan documentation and process.

### Staffing (claims and encounter, authorization)

No issues identified.

### Configuration Management - Hardware Systems

#### Recommendations

PH Tech has several back-up strategies. One option, that is no longer the primary backup, runs on unsupported hardware. Hardware/software that is no longer supported is at greater risk for security vulnerabilities or unplanned failure.

- PH Tech needs to find a way to move this solution to supported hardware, or determine other appropriate replacement/retirement strategies.

### Security (incident management, risk management)

#### Strengths

CIM is configured to force password changes every 90 days for both internal and external users (CCOs and provider agencies).

PH Tech has implemented an account validation process for CIM user accounts. This enables organizations to periodically validate that users should remain active.

#### Recommendations

**Business continuity/disaster recovery (BC/DR) plan**
PH Tech has been working on infrastructure changes to aid in business continuity planning and disaster recovery. After determining that cloud back-up provides the most recovery options, PH Tech moved to a cloud-hosted environment in 2015 and is in the process of drafting a plan and testing strategy during 2016 and 2017.

- The CCO should review and monitor PH Tech's and all other partners' BC/DR plans.

- The CCO should monitor PH Tech and verify that the plan is tested annually and update the plan when significant changes occur.

FCI0282546
Ex. 1 to Levin Decl
Page 47 of 48

**Out-of-date policies**

Many of PH Tech's submitted policies were out of date. PH Tech did update some policies for the resubmission.

- The CCO should monitor PH Tech to make sure policies are updated based on CCO contract requirements.

## Administrative Data (claims and encounter data)

### Strengths

PH Tech has implemented the processing of zero-dollar claims for all customers.

### Recommendations

**Claims/encounter format**

PH Tech is receiving some NEMT claims/encounters submitted in non-HIPAA compliant format via a flat file.

- PH Tech and the CCO should work to transition these encounters into a HIPAA compliant format.

## Enrollment Systems (Medicaid eligibility)

### Strengths

PH Tech's CIM application allows providers to check a member's eligibility at the time of service.

## Vendor Data Integration and Ancillary Systems

Not applicable to activities performed by PH Tech.

## Report Production and Integration and Control of Data for Performance Measure Reporting

Not applicable to activities performed by PH Tech. PH Tech is currently not performing any Performance measure reporting for CCOs.

## Provider Data (Compensation and profiles)

### Strengths

PH Tech deactivates provider access if a provider account hasn't been accessed in six months or more.

## Meaningful Use of Electronic Health Records

Not applicable to activities performed by PH Tech.

FCI0282547
Ex. 1 to Levin Decl
Page 48 of 48