IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>Defendant. | No. 17CV09226<br><br>**DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** |

TO:  FamilyCare, Inc., by and through its attorneys, Stephen F. English, Thomas R. Johnson, Alletta Brenner and Brian P. Samuelson, Perkins Coie LLP, 1120 NW Couch Street, 10th Floor, Portland, OR 97209.

Defendant requests that plaintiff respond to the following Request for Production of Documents and items pursuant to ORCP 36(B) and 43, and that the responses be served on defendant within 30 days after service of this Request at the offices of Markowitz Herbold PC, Special Assistant Attorneys General, 1211 SW Fifth Avenue, Suite 3000, Portland, Oregon 97204.

**INSTRUCTIONS**

1.  Electronically Stored Information. Electronically Stored Information includes all documents that exist in electronic format. Format for production of documents:

a.  Unless otherwise indicated, all Electronically Stored Information should be produced in single-page TIFF format with metadata fields preserved in the load file. The load file should be produced in a format capable of being imported into Relativity litigation software. (Files should be named after the control numbers associated to the .dat/.opt files to ensure the identifier is populated with the ID number; document level text

Page   1 -   **DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

Ex. 2 to Levin Decl<br>Page 1 of 15

files should be provided; Relativity (.dat) and opticon (.opt) or .lfp with relative paths for text and natives in the .dat file should be provided; separate directories for images, natives, and text should be provided in a single deliverable, with UTF-8 encoding for load files.)

b.     All hard copy documents for which native electronic files never existed, no longer exist, or are not reasonably accessible also should be produced in single-page TIFF format, with documents logically doc broken, and capable of being loaded into Relativity litigation software.  This includes, but is not limited to, scanned images of those documents which contain unique information after they were printed out, such as paper documents containing handwriting, signatures, marginalia, drawings, annotations, highlighting, and redactions.  All scanned documents should be kept as they are in the regular course of business or in the alternative provide information identifying the custodian for each document.  A single PDF of all scanned hard copy documents is not acceptable.

c.     Emails should be produced in single-page TIFF format.  Production of emails must include all metadata relating to any given email (e.g., follow-up or importance flags set by the sender or recipient, the identity of individuals who were sent a "bcc" or blind carbon copy of the email, etc.), and any electronic attachments.

d.     Excel documents should be produced in native format with all metadata preserved.  Spreadsheets created with other software should be produced in a comma delimited format capable of being opened in Excel, if feasible.

e.     PowerPoint documents should be produced in native format with all metadata preserved, including speaker notes.

f.     All native Word documents containing any revisions or mark-ups should be processed in a way that all markups, redlines, or comments are captured in the TIFF version prepared to load into Relativity software database.

g.     All logs should be produced in native format.

Page    2 -    **DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

h.    Audio, video, or other recorded information shall be provided separately on a DVD or other storage device capable of being played on Windows 7 in a .wav or .mpeg format.

i.    All files shall be labeled with a Bates or control number.

j.    Parent/child attachment relationships shall be maintained, and load files should include attachment IDs and parent IDs that maintain the parent/child relationship in a Relativity database.

k.    All image files should have a minimum resolution of 300 dpi and meet commonly accepted production standards to ensure that the image file is reliable and authentic.

l.    Metadata fields should include: DocID or Control Number, Production Begin, Production End, Production Begin Attachment, Production End Attachment, ParentDocID, Page Count, To, From, CC, BCC, Subject, DateTime Primary Parent, DateTimeCreated, DateTimeSent, DateTime Received, DateTimeModified, DateTimesys Accessed, Appointment Start Time, Appointment End Time, File Extension, File Name, File Size Bytes, File Type, Custodian, Md5 Hash, Author, Title, DocLink, and FilePath.  Date fields must contain valid date formats (mm/dd/yyyy) and dates and times should be together in a standard datetime format (mm/dd/yyyy hh:mm:ss AM/PM).  Multi choice fields should be separated via ; which is the standard for Relativity deliverables.

m.    Defendant reserves the right to request additional documents in native format if it is determined the document is not readable or usable in a .tiff format.

2.    Possession, custody, or control.  This request requires production of documents or things that are in your possession, custody, or control, and documents or things that are in the possession, custody, or control of your agents, employees, accountants, attorneys, representatives, or other persons who have documents deemed to be in your possession, custody, or control.

Page   3 -   **DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON  97204-3730
(503) 295-3085
Fax:  (503) 323-9105

Ex. 2 to Levin Decl
Page 3 of 15

3.    Excerpts and redactions. Whenever a document is not produced in full (as, for example, when material is excerpted or redacted from a document), state with particularity the reasons why the document was not produced in full, and describe to the best of your knowledge, information, or belief and with as much particularity as possible, those portions of the document that are not produced, including the content or substance of the content thereof.

4.    Privilege log. If documents are withheld or redacted due to privilege, include a privilege log at the close of discovery that (1) states the reason(s) you are refusing to produce the document, and (2) describes the author(s), recipient(s), date, and subject matter of the document in enough detail so that a determination can be made about the applicability of the claim of privilege or other reason for refusing to produce the document.

5.    File organization. File folders, complete with tabs or labels, are to be produced for each file folder in your files from which documents are produced in response to this discovery request.

6.    Usual course of business. If responsive documents are kept together in the usual course of business, they are to be produced in that order, to fairly reveal and not to distort the order of your filing and record keeping system. Documents attached to each other should not be separated. File folders, complete with tabs or labels, are to be produced for each file folder in your files from which documents are produced in response to this discovery request. The file folders must be produced intact with the documents produced therefrom.

7.    Equally available/produced by another party. The fact that a document is equally available to another party, or produced by another party, does not relieve you of the obligation to produce your copy of the same document, even if the two documents are identical.

Page    4 -    **DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

8.    Date of production. All requests call for production of documents prepared, received, or dated at any time on or after January 1, 2015 to the present and including the date of production, unless specifically stated otherwise.

9.    Continuing requests. These requests are continuing and you must immediately produce additional responsive documents as may be later located or acquired by you.

10.    Interpretation.

a.    Words in the singular include their plural meaning, and vice versa.

b.    The past tense includes the present tense where the clear meaning is not distorted by a change of tense, and words used in the masculine gender shall include the feminine gender.

c.    References to persons and other entities include their agents, employees, representatives, and attorneys.

**DEFINITIONS**

a.    "Document(s)" means all paper and electronic information of any kind, including communications, originals, drafts, and copies.

b.    "Communication" or "communications" refer to oral conversations, written correspondence, memoranda, telephone conversations, voice mails, text messages, social media posts, correspondence, notes, and electronic mail, whether as a sender, recipient, cc, or bcc.

c.    "Plaintiff," "You," "Your," or "FamilyCare" means FamilyCare, Inc., and its parents, subsidiaries, predecessors, successors, assigns, employees, officers, executives, managers, and agents, including, but not limited to actuaries, attorneys, lobbyists, and public relations agents.

d.    "Defendant" or "OHA" means the Oregon Health Authority.

Page    5 -    **DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

e.    "Providers" means any organization or individual that provides health care or other health services to individuals.

f.    "Relating to" or "related to" means concerning, referring to, pertaining to, consisting of, containing, describing, evidencing, constituting, reflecting, bearing upon or having any logical or factual connection with the subject matter dealt with or alluded to in the subparagraphs of these requests.

g.    "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside the scope.

h.    "Any" should be construed to include "all," and "all" should be understood to include "any."

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 156:** All contracts between You and any Providers from January 1, 2015 through the present, including but not limited to amendments to the contracts, versions of the contracts, and contracts reflecting compensation arrangements with Providers.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 157:** All documents related to Your risk sharing agreements with anyone, including but not limited to all risk sharing agreements or arrangements with Providers.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 158:** All documents reflecting or identifying the following information for any Provider in Your network from January 1, 2015 through the present:

Page    6 -    **DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

1) Name;

2) Specialty or occupation; and

3) Location.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 159:** All documents related to incentive payments You paid to Providers from January 1, 2015 through the present, including but not limited to all contracts between You and any Providers related to incentive payments, the reasons incentive payments were paid to Providers, and copies of all incentive payments.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 160:** All documents related to Your advertisements or marketing to potential members or enrollees from January 1, 2015 through the present, including but not limited to copies of advertisements and marketing materials.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 161:** All documents related to complaints, grievances, or requests for administrative hearings filed by Your members from January 1, 2015 through the present, including but not limited to the number of complaints, grievances, or requests for administrative hearings filed, the reasons for the complaints, grievances, or requests for administrative hearings, and the disposition of the complaints, grievances, or administrative hearings.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 162:** All documents related to internal or external appeals filed by Your members from January 1, 2015 through the present, including

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

Ex. 2 to Levin Decl
Page 7 of 15

but not limited to the number of appeals filed, the number of decisions that were overturned on appeal, the number of decisions that were upheld on appeal, and the reasons for the appeal.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 163:** All documents reflecting independent reviews for treatment of Your members from January 1, 2015 through the present, including but not limited to the number of independent reviews, and the decisions issued by the independent reviewers.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 164:** All documents identifying people who applied for enrollment with You but were not accepted from January 1, 2015 through the present, including but not limited to all denial letters.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 165:** All documents reflecting payments of any kind to Providers in Your network.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 166:** All documents reflecting payments of any kind to You from Providers in Your network.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 167:** All documents reflecting a request or demand that any member or Provider of Yours obtain preapproval to receive treatment as

Page    8 -    **DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

well as any documents reflecting the number of preapproval requests made, granted, or appealed.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 168:** All documents reflecting Your denial of authorizations, referrals, or recommendations for Your members to receive treatment of any kind, including but not limited to the number of denials and the reasons for the denials.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 169:** All versions of Your member handbook, annual report, and other communications provided to all members from January 1, 2015 through the present.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 170:** All documents identifying or reflecting the number of claims FamilyCare has denied for any reason from January 1, 2015 through the present.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 171:** All documents related to FamilyCare Inc.'s agreements with FamilyCare Health Plans, Inc., including but not limited to all agreements, loan agreements, agreements to reimburse, indemnify, guaranty or be a co-debtor on any obligations of FamilyCare, Inc. or FamilyCare Health Plans, Inc.

RESPONSE:

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

**REQUEST FOR PRODUCTION NO. 172:** All documents You sent to or received from Perkins & Co. from January 1, 2015 through the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 173:** All documents reflecting severance payments, severance agreements, or lay-off notices You provided to, sent to, or agreed upon with Your employees related to FamilyCare's closure.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 174:** All documents related to Your negotiation with OHA of the thirty-day contract extension that began January 1, 2018.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 175:** All communications with Your employees, contractors, agents, directors, or Providers related to Your closure or the thirty-day contract extension between OHA and You that began on January 1, 2018.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 176:** All communications with the media, including but not limited to the Oregonian, the Lund Report, and the Portland Business Journal, related to Your closure or the thirty-day contract extension between OHA and You that began on January 1, 2018.

**RESPONSE:**

Page    10 -    **DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

**REQUEST FOR PRODUCTION NO. 177:** All documents related to bonuses or incentive payments You made to Your employees, contractors, agents, or directors after August 1, 2017.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 178:** All communications with Your members related to Your closure or the thirty-day contract extension between OHA and You that began on January 1, 2018.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 179:** All documents related to Your leases for any property.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 180:** All documents related to Your ownership of any real property.

**RESPONSE:**

Page    11 -    **DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

Ex. 2 to Levin Decl
Page 11 of 15

**REQUEST FOR PRODUCTION NO. 181:**  All documents related to Jeff Heatherington's claim that Your actuaries claimed OHA would pay You an additional $75 million if Your rates were given parity with Health Share of Oregon, as reported in the January 11, 2018 issue of the Lund Report.

**RESPONSE:**

DATED this 12th day of January, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By: _____

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB #903712
ReneeRothauge@Markowitzherbold.com
Dallas DeLuca, OSB #072992
DallasDeLuca@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
*Special Assistant Attorneys General for Defendant*

FAMIOR\689257_1

Page    12 -    **DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018, I have made service of the foregoing **DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** on the parties listed below in the manner indicated:

| | |
|---|---|
| Stephen F. English<br>Thomas R. Johnson<br>Alletta Brenner<br>Brian P. Samuelson<br>Perkins Coie LLP<br>1120 NW Couch Street, Tenth Floor<br>Portland, OR 97209-4128<br>    *Attorneys for Plaintiff* | ☐ U.S. Mail<br>☐ Facsimile<br>☒ Hand Delivery<br>☐ Overnight Courier<br>☒ Email:  SEnglish@perkinscoie.com<br>                TRJohnson@perkinscoie.com<br>                ABrenner@perkinscoie.com<br>                BSamuelson@perkinscoie.com<br>☐ Odyssey File & ServeTM |
| Melanie K. Curtice *(admitted pro hac vice)*<br>Matthew P. Gordon *(admitted pro hac vice)*<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>    *Attorneys for Plaintiff* | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email:  MCurtice@perkinscoie.com<br>                MGordon@perkinscoie.com<br>☐ Odyssey File & ServeTM |
| PrimaryHealth of Josephine County, LLC<br>c/o Brian M. Parrott<br>Brian M. Parrott, LLC<br>851 SW Sixth Avenue, Suite 1500<br>Portland, OR 97204 | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email:  brian@bparrott-law.com<br>☐ Odyssey File & ServeTM |
| Allcare CCO, Inc.<br>c/o Elizabeth C. Knight and Michael D. Crew<br>Dunn Carney Allen Higgins & Tongue LLP<br>851 SW Sixth Avenue, #1500<br>Portland, OR 97204 | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email:  eknight@dunncarney.com<br>                mcrew@dunncarney.com<br>☐ Odyssey File & ServeTM |
| Cascade Health Alliance, LLC<br>c/o Anna Sortun<br>Tonkon Torp LLP<br>888 SW Fifth Avenue, Suite 1600<br>Portland, OR 97204 | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email:  annas@tonkon.com<br>☐ Odyssey File & ServeTM |

**CERTIFICATE OF SERVICE**

Western Oregon Advanced Alliance, LLC
c/o Anna Sortun
Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email:  annas@tonkon.com
☐ Odyssey File & ServeTM

Umpqua Health Alliance
c/o Anna Sortun
Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email:  annas@tonkon.com
☐ Odyssey File & ServeTM

Columbia Pacific CCO, LLC
c/o Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, OR 97209-2785

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email:  dpl@aterwynne.com
☐ Odyssey File & ServeTM

Jackson Care Connect
c/o Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, OR 97209-2785

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email:  dpl@aterwynne.com
☐ Odyssey File & ServeTM

Eastern Oregon Coordinated Care
Organization, LLC
c/o Frank V. Langfitt, III
Miller Nash Graham & Dunn LLP
111 SW Fifth Avenue, Suite 3400
Portland, OR 97204

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email:  frank.langfit@millernash.com
☐ Odyssey File & ServeTM

PacificSource Community Solutions
c/o Eric A. Lindenauer
Garvey Schubert Barer
121 SW Morrison Street, 11th Floor
Portland, OR 97204

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email:  elindenauer@gsblaw.com
☐ Odyssey File & ServeTM

**CERTIFICATE OF SERVICE**

Willamette Valley Community Health, LLC
c/o Arden J. Olson
Harrang Long Gary Rudnick, PC
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3248

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email: arden.j.olson@harrang.com
☐ Odyssey File & ServeTM

Intercommunity Health Network –
Coordinated Care Organization
c/o Altove Rowley and Tyler Jacobsen
Assistant General Counsel
Samaritan Health Services
3600 Samaritan Drive NW
Corvallis, OR 97330

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email: alrowley@samhealth.org
          tjacobsen@samhealth.org
☐ Odyssey File & ServeTM

Trillium Community Health Plan, Inc.
c/o Joel Parker and Jeffrey D. Hern
Schwabe Williamson & Wyatt PC
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email: jparker@schwabe.com
          jhern@schwabe.com
☐ Odyssey File & ServeTM

Yamhill Community Care Organization
c/o Peter F. Stoloff
Peter F. Stoloff, P.C.
5285 Meadows Road, Suite 235
Lake Oswego, OR 97035

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email: pstoloff@peterstoloff-law.com
☐ Odyssey File & ServeTM

HealthShare of Oregon
c/o Gregory A. Chaimov and Christopher F.
McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201-5682

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email: gregorychaimov@dwt.com
          chrismccracken@dwt.com
☐ Odyssey File & ServeTM

DATED this 12th day of January, 2018.

Harry B. Wilson, OSB #077214
Special Assistant Attorney General for
Defendant

CERTIFICATE OF SERVICE