IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>          Defendant. | No. 17CV09226<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS** |

Plaintiff responds to OHA's Fifth Request for Production of Documents pursuant to ORCP 36(B) and 43, and that the responses are being served on defendant within 30 days after service of this Request at the offices of Markowitz Herbold PC, Special Assistant Attorneys General, 1211 SW Fifth Avenue, Suite 3000, Portland, Oregon 97204.

**RESERVATION OF RIGHTS**

1.     FamilyCare makes the objections and responses herein (collectively, the "Responses") based on its interpretation and understanding of the Requests and based on its current knowledge, understanding and belief as to the facts and information available to it as of the date of the Responses. If OHA subsequently asserts an interpretation of any Request that differs from FamilyCare's understanding, FamilyCare reserves the right to modify its response. FamilyCare also reserves the right to complete its investigation and discovery of the facts, and to rely at trial or in other proceedings on documents and information in addition to the information provided herein, regardless of whether such information is newly discovered or newly in

PAGE 1- PLAINTIFF FAMILYCARE INC.'S ANSWER TO
138454026.1 DEFENDANT'S FIFTH REQUESTS FOR PRODUCTION
OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

existence. However, the Responses shall not constitute an admission by FamilyCare that any of the Requests, any of the Responses, or any documents produced in connection therewith, are admissible as evidence in any trial or other proceeding. FamilyCare specifically reserves the right to object on any grounds, at any time, to the admission of any Response or any document produced in connection therewith in any such trial or other proceeding. Also, additional discovery and investigation may lead to additions to, changes in, or modifications of these Responses. Therefore, these Responses are provided without prejudice to FamilyCare's right to revise, amend, correct, supplement, modify or clarify these Responses.

2.      FamilyCare does not waive any objection made in these Responses, nor any claim of privilege, whether expressly asserted or not, by providing any information or identifying any document or thing in response to any Request. The inadvertent disclosure of such information, or the inadvertent identification or production of such a document, shall not constitute a waiver of any applicable privilege as to that information, that document or any other information or document identified or produced by FamilyCare. All objections as to privilege, immunity, relevance, authenticity, or admissibility of any information or documents referred to herein are expressly reserved.

3.      The information set forth in these Responses is information available to FamilyCare as of the date of these Responses; however, discovery is ongoing and FamilyCare may discover or develop additional materials or responses as this matter progresses.

**GENERAL OBJECTIONS**

FamilyCare states the following general objections to OHA's Requests, which FamilyCare incorporates as objections to each individual Request, in addition to the individual objections set forth separately below.

1.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information and/or documents FamilyCare is legally or contractually prohibited from providing.

PAGE  2-    PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH
138454026.1    SET OF REQUESTS FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

2.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information that is publicly available or that has been previously provided to OHA by FamilyCare and is, therefore, as easily accessible to OHA as it is to FamilyCare.

3.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest privilege, the mediation privilege, and/or any other applicable doctrine of privilege or immunity.

4.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information not relevant to the claims or defenses of any party to this action or are not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefits.

5.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each calls for information or documents that do not exist, that are not in FamilyCare's possession, custody, or control, or that are equally available to OHA.

6.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they are not tailored to the subject matter of this lawsuit, and/or are so overly broad as to be unduly burdensome or oppressive.

7.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each is vague, ambiguous, overly broad, unduly burdensome, unreasonably cumulative or duplicative, or seek documents that are either irrelevant or not reasonably calculated to lead to the discovery of admissible evidence.

8.    FamilyCare objects to the Requests to the extent they seek material containing trade secret, confidential, and/or proprietary information. FamilyCare further objects to the

PAGE  3-    PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH
138454026.1    SET OF REQUESTS FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

extent the Requests seek disclosure of information FamilyCare is prohibited by contract from disclosing without providing appropriate disclosure and/or ensuring confidentiality designations. The production of any such documents shall be subject to the protective order as agreed to by the parties and accepted by the Court.

9.    FamilyCare objects to the date and location specified in the Requests for the production of documents, and will produce any responsive documents at a time and place as mutually agreed to by FamilyCare and OHA.

10.    FamilyCare objects to the Definitions of "FamilyCare" and of "OHA" to the extent they include or exclude individuals or entities not otherwise identified in the "Definitions" found within FamilyCare's Requests for Production of Documents to Defendant Oregon Health Authority.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 156**:  All contracts between You and any Providers from January 1, 2015 through the present, including but not limited to amendments to the contracts, versions of the contracts, and contracts reflecting compensation arrangements with Providers.

**RESPONSE**: FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to this Request to the extent that it seeks documents that have been previously provided or produced to OHA, and/or documents protected from disclosure by privilege, including but not limited to the work product doctrine.  Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control that are responsive to this request and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 157**: All documents related to Your risk sharing agreements with anyone, including but not limited to all risk sharing agreements or arrangements with Providers.

PAGE  **4-**    PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH
138454026.1    SET OF REQUESTS FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE**: FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action. FamilyCare further objects to this Request to the extent that it seeks documents that have been previously provided or produced to OHA, and/or documents protected from disclosure by privilege, including but not limited to the work product doctrine. Additionally, FamilyCare objects that this request is duplicative of request number 156, as FamilyCare's risk sharing agreements, to the extent they exist, are contained within FamilyCare's provider contracts. Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control that are responsive to this request and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 158**: All documents reflecting or identifying the following information for any Provider in Your network from January 1, 2015 through the present:

1)    Name;

2)    Specialty or occupation; and

3)    Location.

**RESPONSE**: FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action. FamilyCare further objects to this Request to the extent that it seeks documents that have been previously provided or produced to OHA, and/or documents protected from disclosure by privilege, including but not limited to the work product doctrine. Specifically, FamilyCare states that this information has been routinely provided to OHA in the normal course of business and therefore that documents responsive to this request are already within OHA's custody and control. Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will provide non-privileged documents within its custody and control that are sufficient to show the information sought in this request.

PAGE  5-    PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH
138454026.1    SET OF REQUESTS FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**REQUEST FOR PRODUCTION NO. 159**: All documents related to incentive payments You paid to Providers from January 1, 2015 through the present, including but not limited to all contracts between You and any Providers related to incentive payments, the reasons incentive payments were paid to Providers, and copies of all incentive payments.

**RESPONSE**: FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to this Request to the extent that it seeks documents that have been previously provided or produced to OHA, and/or documents protected from disclosure by privilege, including but not limited to the work product doctrine.  Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will provide non-privileged documents within its custody and control that are sufficient to show the information sought in this request.

**REQUEST FOR PRODUCTION NO. 160**: All documents related to Your advertisements or marketing to potential members or enrollees from January 1, 2015 through the present, including but not limited to copies of advertisements and marketing materials.

**RESPONSE**: FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to this Request to the extent that it seeks documents protected from disclosure by privilege, including but not limited to the work product doctrine.  Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for non-privileged documents within its custody and control that are responsive to this request and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 161**: All documents related to complaints, grievances, or requests for administrative hearings filed by Your members from January 1, 2015 through the present, including but not limited to the number of complaints, grievances, or requests for administrative hearings filed, the reasons for the complaints, grievances, or requests for administrative hearings, and the disposition of the complaints, grievances, or administrative hearings.

PAGE  6-    PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH
138454026.1    SET OF REQUESTS FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE**: FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action. FamilyCare further objects to this Request to the extent that it seeks documents and information routinely provided or previously produced to OHA, and/or documents protected from disclosure by privilege. Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control that are responsive to this request and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 162**: All documents related to internal or external appeals filed by Your members from January 1, 2015 through the present, including but not limited to the number of appeals filed, the number of decisions that were overturned on appeal, the number of decisions that were upheld on appeal, and the reasons for the appeal.

**RESPONSE**: FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action. FamilyCare further states that this Request is duplicate of Request Number 161 and objects to this Request to the extent that it seeks documents and information routinely provided or previously produced to OHA, and/or documents protected from disclosure by privilege. Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control that are responsive to this request and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 163**: All documents reflecting independent reviews for treatment of Your members from January 1, 2015 through the present, including but not limited to the number of independent reviews, and the decisions issued by the independent reviewers.

**RESPONSE**: FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action. Furthermore, this request is vague, as the term "independent reviews for treatment" is not a term used by FamilyCare and therefore it is not

PAGE 7-    PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH
138454026.1    SET OF REQUESTS FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 3 to Levin Decl
Page 7 of 16

clear what is being sought in this request.  To the extent that OHA seeks documents relating to treatment decisions that were subject to denial and further review, FamilyCare states that this request is duplicative of Requests numbers 161-62.  Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control that are responsive to this request and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 164**: All documents identifying people who applied for enrollment with You but were not accepted from January 1, 2015 through the present, including but not limited to all denial letters.

**RESPONSE**: FamilyCare objects that no documents responsive to this request exist, as OHA is responsible for all plan enrollment activities, not individual CCOs.

**REQUEST FOR PRODUCTION NO. 165**: All documents reflecting payments of any kind to Providers in Your network.

**RESPONSE**: FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action.  FamilyCare further states that this request is duplicative of Request Number 159 and other prior document requests and that extensive information on payments to providers in FamilyCare's network has already been provided to OHA, both in the ordinary course of business and through discovery in this litigation.  Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control responsive to this request and will produce documents and/or reports sufficient to show the information sought in this request.

**REQUEST FOR PRODUCTION NO. 166**: All documents reflecting payments of any kind to You from Providers in Your network.

**RESPONSE**: FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action.  FamilyCare further states

PAGE  8-    PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH
138454026 1    SET OF REQUESTS FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

that this request is duplicative of other prior document requests and that extensive information on payments to and from the providers in FamilyCare's network has already been provided to OHA, both in the ordinary course of business and through discovery in this litigation. Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control responsive to this request and will produce documents and/or reports sufficient to show the information sought in this request.

**REQUEST FOR PRODUCTION NO. 167**: All documents reflecting a request or demand that any member or Provider of Yours obtain preapproval to receive treatment as well as any documents reflecting the number of preapproval requests made, granted, or appealed.

**RESPONSE**: FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action. FamilyCare further states that the information sought in this request has already been provided to OHA in the ordinary course of business. Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control responsive to this request and will produce documents and/or reports sufficient to show the information sought in this request.

**REQUEST FOR PRODUCTION NO. 168**: All documents reflecting Your denial of authorizations, referrals, or recommendations for Your members to receive treatment of any kind, including but not limited to the number of denials and the reasons for the denials.

**RESPONSE**: FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action. FamilyCare further states that the information sought in this request has already been provided to OHA in the ordinary course of business. Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

custody and control responsive to this request and will produce documents and/or reports sufficient to show the information sought in this request.

**REQUEST FOR PRODUCTION NO. 169**: All versions of Your member handbook, annual report, and other communications provided to all members from January 1, 2015 through the present.

**RESPONSE**: FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to this Request to the extent that it seeks documents and information routinely provided or previously produced to OHA, and/or documents protected from disclosure by privilege.  Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control that are responsive to this request and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 170**: All documents identifying or reflecting the number of claims FamilyCare has denied for any reason from January 1, 2015 through the present.

**RESPONSE**: FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to that this Request is duplicative of Requests Numbers 167-68 and that the information sought in this request is already within OHA's custody and control, as it has already been provided to OHA in the ordinary course of business.  Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control responsive to this request and will produce documents and/or reports sufficient to show the information sought in this request.

**REQUEST FOR PRODUCTION NO. 171**: All documents related to FamilyCare Inc.'s agreements with FamilyCare Health Plans, Inc., including but not limited to all agreements, loan

PAGE  10-
138454026.1

PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH
SET OF REQUESTS FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 3 to Levin Decl
Page 10 of 16

agreements, agreements to reimburse, indemnify, guaranty or be a co-debtor on any obligations of FamilyCare, Inc. or FamilyCare Health Plans, Inc.

**RESPONSE**: FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action. FamilyCare further objects to this request to the extent that it seeks documents protected from disclosure by privilege, including but not limited to the work product doctrine. Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control responsive to this request and will produce any agreements responsive to this request that have not been previously produced.

**REQUEST FOR PRODUCTION NO. 172**: All documents You sent to or received from Perkins & Co. from January 1, 2015 through the present.

**RESPONSE**: FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action. FamilyCare further objects that this request is duplicative of OHA prior document requests and that documents responsive to this request have already been produced to OHA. Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control responsive to this request and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 173**: All documents reflecting severance payments, severance agreements, or lay-off notices You provided to, sent to, or agreed upon with Your employees related to FamilyCare's closure.

**RESPONSE**: FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action. FamilyCare further objects to this request to the extent it seeks documents protected from disclosure by privilege. Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for and produce non-privileged documents showing its staffing reduction

PAGE  11-    PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH
138454026.1      SET OF REQUESTS FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

plan and related agreements and payments for employees laid off in the course of the shutdown of FamilyCare's Medicaid business.

**REQUEST FOR PRODUCTION NO. 174**: All documents related to Your negotiation with OHA of the thirty-day contract extension that began January 1, 2018.

**RESPONSE**: FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to this request to the extent it seeks documents protected from disclosure by privilege.  Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for non-privileged documents within its custody and control responsive to this request and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 175**: All communications with Your employees, contractors, agents, directors, or Providers related to Your closure or the thirty-day contract extension between OHA and You that began on January 1, 2018.

**RESPONSE**: FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action.  FamilyCare further objects to this request to the extent it seeks documents protected from disclosure by privilege.  Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for non-privileged documents within its custody and control responsive to this request and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 176**: All communications with the media, including but not limited to the Oregonian, the Lund Report, and the Portland Business Journal, related to Your closure or the thirty-day contract extension between OHA and You that began on January 1, 2018.

**RESPONSE**: FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action.  Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for non-privileged documents

PAGE  12-  PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH
138454026.1    SET OF REQUESTS FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

within its custody and control responsive to this request and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 177**: All documents related to bonuses or incentive payments You made to Your employees, contractors, agents, or directors after August 1, 2017.

**RESPONSE**: FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action.  Furthermore, FamilyCare states that there have been no company-wide bonuses or incentive payments paid out since August 1, 2017 and that the only payments of this nature have been small, one-time payments related to specific projects or the hiring of a new employee, and that extensive documentation of FamilyCare's finances and expenditures has already been produced to OHA.  Notwithstanding the above and without waiving these, or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control responsive to this request and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 178**: All communications with Your members related to Your closure or the thirty-day contract extension between OHA and You that began on January 1, 2018.

**RESPONSE**: FamilyCare objects that this request is overbroad, unduly burdensome and seeks documents not relevant to any claim or defense in this action.  FamilyCare states that per agreement with OHA, it has not sent any direct communications to all of its members regarding the shutdown of its Medicaid business, as such communications have been handled by OHA.  To the extent that individual members may have reached out and communicated with FamilyCare staff on matters related to the services provided to them and that such communications related in some way to FamilyCare's shut down or contract extension, producing records of all such communications would be unduly burdensome, oppressive, and not reasonably calculated to lead to the discovery of admissible evidence.  Notwithstanding the above and without waiving these,

PAGE  13-  PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH
138454026.1    SET OF REQUESTS FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

or FamilyCare's general objections, FamilyCare will search for additional non-privileged documents within its custody and control relating to the shutdown of its Medicaid business and/or 2018 contract extension and will produce such documents to OHA.

**REQUEST FOR PRODUCTION NO. 179**: All documents related to Your leases for any property.

**RESPONSE**: FamilyCare objects that this request is overbroad, seeks documents not relevant to any claim or defense in this action, and is vague, given the breadth of the term "property." FamilyCare further objects to this request to the extent that it seeks documents protected from disclosure by privilege, and/or documents that have been previously produced to OHA. Notwithstanding the above and without waiving these, or FamilyCare's general objections, to the extent that this request seeks documents related to FamilyCare's leases for real property, FamilyCare will search for non-privileged documents within its custody and control responsive to this request and will produce copies of any relevant leases to OHA.

**REQUEST FOR PRODUCTION NO. 180**: All documents related to Your ownership of any real property.

**RESPONSE**: FamilyCare states that there are no documents responsive to this request, as FamilyCare does not own any real property.

**REQUEST FOR PRODUCTION NO. 181**: All documents related to Jeff Heatherington's claim that Your actuaries claimed OHA would pay You an additional $75 million if Your rates were given parity with Health Share of Oregon, as reported in the January 11, 2018 issue of the Lund Report.

**RESPONSE**: FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action. FamilyCare further states that no documents responsive to this request exist, as the alleged statement by Jeff Heatherington referenced in this request did not actually occur, but was reported in error by the Lund Report. To the extent that this request is generally directed at documents reflecting what additional compensation

PAGE 14- PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH
138454026.1    SET OF REQUESTS FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

FamilyCare would receive from OHA if it was given the same capitation rates as HealthShare, FamilyCare states that all non-privileged documents within FamilyCare's custody and control relating to that topic have already been produced, or are in the course of being produced, in response to OHA's other document requests.

DATED:  February 12, 2018

**PERKINS COIE LLP**

By: */s/ Alletta Brenner*
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta S. Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian P. Samuelson, OSB No. 1403015
BSamuelson@perkinscoie.com
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff FamilyCare, Inc.

PAGE  15-    PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH
138454026.1    SET OF REQUESTS FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 3 to Levin Decl
Page 15 of 16

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Oregon that, on February 12, 2018, she caused to be served on the person(s) listed below in the manner shown:

**PLAINTIFF'S RESPONSE TO DEFENDANT'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS**

David B. Markowitz
Matthew A. Levin
Renée E. Rothauge
Dallas DeLuca
Harry B. Wilson
Laura Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
DavidMarkowitz@MarkowitzHerbold.com
MattLevin@MarkowitzHerbold.com
ReneeRothauge@Markowitzherbold.com
DallasDeLuca@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
Docket@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

☒    United States Mail, First Class

☒    By E-Mail

Dated at Portland, Oregon, on February 12, 2018.

/s Alletta S. Brenner
Alletta S. Brenner

PAGE  1-   CERTIFICATE OF SERVICE
138513725.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222