1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICK ALLEN, in his official )
capacity as director of Oregon )
Health Authority, an agency of )
the State of Oregon,            )
                                )
          Plaintiff,            )    Case No. 3:18-cv-00212-MO
                                )
     v.                         )
                                )
FAMILYCARE, INC., an Oregon     )
non-profit corporation,         )
                                )
          Defendant.            )
--------------------------------)
FAMILYCARE, INC., an Oregon     )
non-profit corporation,         )
                                )
          Plaintiff,            )    Case No. 6:18-cv-00296-MO
                                )
     v.                         )
                                )
OREGON HEALTH AUTHORITY, an     )
agency of the State of Oregon, )
and PATRICK ALLEN, both         )    April 6, 2018
individually and in his         )
official capacity as director  )
of the Oregon Health Authority,)
                                )
          Defendants.           )    Portland, Oregon
_____)

Oral Argument

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MICHAEL W. MOSMAN

UNITED STATES DISTRICT COURT CHIEF JUDGE

Ex. 4 to Levin Decl
Page 1 of 4

APPEARANCES

FOR OREGON HEALTH
AUTHORITY and PATRICK
ALLEN:                        Mr. David Markowitz
                              Mr. Matthew A. Levin
                              Ms. Brittany Simpson
                              Markowitz Herbold PC
                              1211 S.W. Fifth Avenue, Suite 3000
                              Portland, OR 97204


FOR FAMILYCARE, INC.:    Mr. Stephen F. English
                         Mr. Douglas R. Pahl
                         Ms. Alletta Brenner
                         Mr. Thomas R. Johnson
                         Perkins Coie, LLP
                         1120 N.W. Couch Street, 10th Floor
                         Portland, OR 97209


COURT REPORTER:          Bonita J. Shumway, CSR, RMR, CRR
                         United States District Courthouse
                         1000 S.W. Third Ave., Room 301
                         Portland, OR  97204
                         (503) 326-8188

THE COURT:  Less than a week from today.

MR. LEVIN:  Less than a week.  That's what I thought.  Thank you, Your Honor.

MR. JOHNSON:  Thank you, Your Honor.

THE COURT:  All right.  Thank you all for being willing to give it the old college try.  I won't say which college.

All right.  We have several motions and issues to discuss today.  I'll say that one of the interesting things -- themes that kind of recurs as I go through my analysis of these discovery motions is that in the absence of counterclaims or defenses, it does limit sort of the circumference of what's potentially relevant just to the claims in the complaint.  And that may have an impact that would be different if we were examining this -- the same discovery issues later.  But here we are.

So I'll start with OHA's motions first.  And I'm going to walk through my views.  Sometimes I know the answer and sometimes I have questions, and I'll try to be clear about which ones I'm not ruling on and which ones I am.

So OHA moves to compel what I'll call lobbying and public relations services documents and testimony from FamilyCare.

FamilyCare originally asserted both attorney-client and work product privilege objections to that request, and now

36

--o0o--

I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-entitled cause.  A transcript without an original signature or conformed signature is not certified.

/s/Bonita J. Shumway                    June 11, 2018
_____         _____
BONITA J. SHUMWAY, CSR, RMR, CRR        DATE
Official Court Reporter