Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, <br><br> Defendants. | No. 6:18−cv−00296−MO <br><br> DECLARATION OF LAURA SEGAL IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF GENERAL LEDGER |

DECLARATION OF LAURA SEGAL

140791922

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Laura Segal, state as follows:

1.      I am an attorney with the law firm of Perkins Coie LLP, counsel for Plaintiff FamilyCare, Inc., ("FamilyCare"), and I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.      Attached hereto as Exhibit 1 are true and correct copies of pages excerpted from the May 17, 2018 deposition transcript of William C. Guest III.

3.      Attached hereto as Exhibit 2 are true and correct copies of pages excerpted from the July 20, 2018 deposition transcript of Anthony J. Jackson.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: August 3, 2018                    *s/Laura Segal*
                                         Laura Segal

1-   DECLARATION OF LAURA SEGAL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

140791922