IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

PATRICK ALLEN, in his
official capacity as
DIRECTOR OF OREGON HEALTH
AUTHORITY, an agency of
the State of Oregon,

              Plaintiff,

  v.                       No. 3:18-cv-00212-MO(Leading)
                             6:18-cv-00296-MO(Trailing)

FAMILYCARE, INC., an
Oregon non-profit
corporation,

              Defendant.

_____

FAMILYCARE, INC., an Oregon
non-profit corporation,

              Plaintiff,

  v.

OREGON HEALTH AUTHORITY,
an agency of the State of
Oregon; and PATRICK ALLEN,
both individually and in
his official capacity as
director of the Oregon
Health Authority,

              Defendants.

VIDEO DEPOSITION OF WILLIAM C. GUEST III

(AEO DESIGNATIONS UNDER SEPARATE COVER)

THURSDAY, MAY 17, 2018

**Schmitt Reporting & Video, Inc.**
**(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554**

Exhibit 1
Page 1 of 3

ledger.  I would have to ask somebody to do a search for -- for me to see, so...

Q.   So, in order to determine whether FamilyCare made bonus payments that you didn't specifically approve of, you would have to look at the general ledger to know whether that happened?

A.   Yes.  I don't know what subaccounts they use with their chart of accounts looked like.  I don't know.  I see the word "bonus" here on two of these, but not all of them, to do a search for them. I have no idea how their system -- I did not have an account or access to the general ledger system.

MR. HESTERBERG:  Would now be a good time for a break?

MR. LEVIN:  It would be.  I understand we've got about ten minutes left on the disk, so...

MR. HESTERBERG:  Okay.

THE VIDEOGRAPHER:  We are off the record. The time is 4:41 -- 42 p.m.

(Recess.)

THE VIDEOGRAPHER:  We are back on the record the time is 4:56 p.m.

Q.   BY MR. LEVIN:  Are you aware of any additional requirements or expectations that FamilyCare put on its providers, that other CCOs

Exhibit 1
Page 2 of 3

STATE OF OREGON        )
                       )  SS.
COUNTY OF MARION       )

I, MARILYNN HOOVER, CSR No. 04-0387 for the State of Oregon, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn to testify the truth, the whole truth, and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named, and thereafter reduced by me to typewritten form; and that the same is a true, correct, and complete transcript of the said proceedings.

Before completion of the deposition, review of the transcript [X] was [ ] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed shall be appended hereto.

I further certify that I am not interested in the outcome of the action.

Witness my hand this 21st day of May 2018.

_____

MARILYNN HOOVER, RPR

CSR No. 04-0387; Exp. 03/31/2020

**Schmitt Reporting & Video, Inc.**
**(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554**

Exhibit 1
Page 3 of 3