UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | ) ) ) ) ) | |
| Plaintiff, | ) No. | |
| v. | ) 3:18-CV-00212-MO | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) | |
| Defendant. | ) | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) | |
| Plaintiff, | ) No. | |
| v. | ) 6:18-CV-00296-MO | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

VIDEOTAPE DEPOSITION OF

ANTHONY J. JACKSON

Taken in behalf of Oregon Health Authority

\* \* \*

July 20, 2018

1120 N.W. Couch, 10th Floor

Portland, OR 97209

Shannon K. Krska,
CSR, CCR
Court Reporter

Exhibit 2
Page 1 of 3

Anthony J. Jackson, 7/20/2018          Allen v. Family Care

61

A.   It -- unlikely from cash and cash equivalents 'cause that's kind of that operating account and during that last year we haven't funded new investments from that.  But definitely from short term.  And I would have to look at the detail to know how to break that out, how much of it went here versus there.

Q.   Well, when you say I would have to look at the detail to be able to break out the entries on the balance sheet, what --

A.   I'd look at the bank statements, the -- the -- the investment statements, and the -- to figure that out.

Q.   Could you also use the general ledger to figure out the -- what the cash flows looked like into the different asset accounts?

A.   Not in a meaningful way.  So investments are booked to the general ledger in a summarized transaction.  It wouldn't -- that wouldn't help you.

Q.   Okay.

A.   You'd have to go to the transactional detail of a statement.

Q.   And what are restricted long-term investments that are described on page 3?

Exhibit 2
Page 2 of 3

Anthony J. Jackson, 7/20/2018          Allen v. Family Care

205

C E R T I F I C A T E

I, Shannon K. Krska, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, ANTHONY J. JACKSON personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 206, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 24th day of July, 2018.

_____
SHANNON K. KRSKA
Certified Shorthand Reporter
Certificate No. 90-0216
Commission Expires: 12/31/20

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Exhibit 2
Page 3 of 3