**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

       Special Assistant Attorneys General for Defendants Oregon
       Health Authority, an agency of the State of Oregon, and
       Patrick Allen, both individually and in his official
       capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

I, Laura Salerno Owens, declare:

1.      I am a Special Assistant Attorney General for Oregon Health Authority, an

agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as

**Page 1 -    DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF**
               **DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO**
               **COMPEL PRODUCTION OF DOCUMENTS**

director of the Oregon Health Authority.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | OHA First Request for Production of Documents to FamilyCare dated June 8, 2017. |
| 2 | OHA Second Request for Production of Documents to FamilyCare dated October 11, 2017. |
| 3 | OHA Third Request for Production of Documents to FamilyCare dated November 3, 2017. |
| 4 | OHA Fourth Request for Production of Documents to FamilyCare dated December 29, 2017. |
| 5 | OHA Fifth Request for Production of Documents to FamilyCare dated January 12, 2018. |
| 6 | OHA Sixth Request for Production of Documents to FamilyCare dated March 23, 2018. |
| 7 | OHA Seventh Request for Production of Documents to FamilyCare dated June 15, 2018. |
| 8 | FamilyCare's Responses to OHA First Request for Production of Documents dated July 6, 2017. |
| 9 | FamilyCare's Responses to OHA Second Request for Production of Documents dated November 13, 2017. |
| 10 | FamilyCare's Responses to OHA Third Request for Production of Documents dated December 1, 2017 |
| 11 | FamilyCare's Responses to OHA Fourth Request for Production of Documents dated Janary 29, 2018. |
| 12 | FamilyCare's Responses to OHA Fifth Request for Production of Documents dated February 12, 2018. |
| 13 | FamilyCare's Responses to OHA Sixth Request for Production of Documents dated April 23, 2018. |

**Page 2 -    DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF
DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO
COMPEL PRODUCTION OF DOCUMENTS**

| 14 | FamilyCare's Responses to OHA Seventh Request for Production of Documents dated July 16, 2018. |
| 15 | FamilyCare TAR defensibility report |
| 16 | Letter from Ms. Salerno Owens to Ms. Beane regarding issues with production deficiencies dated July 24, 2018 |
| 17 | Excerpt of Deposition transcript of Ross McDonald dated July 27, 2018. |
| 18 | Excerpt of Hearing transcript dated April 6, 2018. |
| 19 | Letter from Mr. Wilson to Mr. Johnson re request for production responses dated July 11, 2018. |
| 20 | Email from Mr. Hesterberg to Mr. Wilson re requests for production dated July 18, 2018. |
| 21 | Text exchange between Mr. Heatherington and Mr. Allen OHA_LIT_01134688 – OHA_LIT_01134712 |

3.      Our office conducted a search of the production OHA received from FamilyCare. That search revealed that FamilyCare has only produced 2,090 text messages total from the custodians William Murray, Art Suchorzewski, Jeff Heatherington and Jack Coleman.

4.      The above referenced search also showed that FamilyCare has produced only 51 individual text messages from FamilyCare's CEO, Jeff Heatherington.

5.      OHA produced Exhibit 21, noted above, which is a text between Mr. Heatherington and Mr. Allen.  However, FamilyCare did not produce this document from its own custodian, Mr. Heatherington.

6.      The search referenced in paragraph 3 also showed that Mr. Coleman's text messages were not collected from his phone; rather, they were messages Mr. Coleman forwarded to his email account.

7.      FamilyCare has not produced any text messages after January 2018. FamilyCare's counsel stated during a conferral with OHA's counsel on July 19, 2018 that FamilyCare need not produce electronic communications for 2018 because the company is no

**Page 3 -     DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

longer in business and therefore its custodians are now former employees not subject to discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 8th day of August, 2018.

*s/  Laura Salerno Owens*

Laura Salerno Owens, OSB #076230

765300

**Page 4 -    DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF
DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO
COMPEL PRODUCTION OF DOCUMENTS**