IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>Defendant. | No. 17CV09226<br><br>**DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF** |

TO:    FamilyCare, Inc., by and through attorney Stephen F. English, attorney for plaintiff, Perkins Coie LLP, 1120 NW Couch St., 10th Floor, Portland, OR 97209

Defendant requests that plaintiff respond to the following Request for Production of Documents and items pursuant to ORCP 36(B) and 43, and that the responses be served on defendant within 30 days after service of this Request at the offices of Markowitz Herbold PC, Special Assistant Attorneys General, 1211 SW Fifth Avenue, Suite 3000, Portland, Oregon 97204.

**INSTRUCTIONS**

1.    Electronically Stored Information. Electronically Stored Information includes all documents that exist in electronic format. Format for production of documents:

a.    Unless otherwise indicated, all Electronically Stored Information should be produced in single-page TIFF format with metadata fields preserved in the load file. The load file should be produced in a format capable of being imported into Relativity litigation software. (Files should be named after the control numbers associated to the .dat/.opt files to ensure the identifier is populated with the ID number; document level text

**Page    1 -    DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

SALERNO OWENS DECLARATION
EXHIBIT 3
Page 1 of 24

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

files should be provided; Relativity (.dat) and opticon (.opt) or .lfp with relative paths for text and natives in the .dat file should be provided; separate directories for images, natives and text should be provided in a single deliverable, with UTF-8 encoding for load files.)

b.    All hard copy documents for which native electronic files never existed, no longer exist, or are not reasonably accessible also should be produced in single-page TIFF format, with documents logically doc broken, and capable of being loaded into Relativity litigation software. This includes, but is not limited to, scanned images of those documents which contain unique information after they were printed out, such as paper documents containing handwriting, signatures, marginalia, drawings, annotations, highlighting, and redactions. All scanned documents should be kept as they are in the regular course of business or in the alternative provide information identifying the custodian for each document. A single PDF of all scanned hard copy documents is not acceptable.

c.    Emails should be produced in single-page TIFF format. Production of emails must include all metadata relating to any given email (e.g., follow-up or importance flags set by the sender or recipient, the identity of individuals who were sent a "bcc" or blind carbon copy of the email, etc.) and any electronic attachments.

d.    Excel documents should be produced in native format with all metadata preserved. Spreadsheets created with other software should be produced in a comma delimited format capable of being opened in Excel, if feasible.

e.    PowerPoint documents should be produced in native format with all metadata preserved, including speaker notes.

f.    All native Word documents containing any revisions or mark-ups should be processed in a way that all markups, redlines, or comments are captured in the TIFF version prepared to load into Relativity software database.

g.    All logs should be produced in native format.

Page    2 -    **DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

SALERNO OWENS DECLARATION
EXHIBIT 3
Page 2 of 24

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

h.    Audio, video or other recorded information shall be provided separately on a DVD or other storage device capable of being played on Windows 7 in a .wav or .mpeg format.

i.    All files shall be labeled with a Bates or control number.

j.    Parent/child attachment relationships shall be maintained, and load files should include attachment IDs and parent IDs that maintain the parent/child relationship in a Relativity database.

k.    All image files should have a minimum resolution of 300 dpi and meet commonly accepted production standards to ensure that the image file is reliable and authentic.

l.    Metadata fields should include: DocID or Control Number, Production Begin, Production End, Production Begin Attachment, Production End Attachment, ParentDocID, Page Count, To, From, CC, BCC, Subject, DateTime Primary Parent, DateTimeCreated, DateTimeSent, DateTime Received, DateTimeModified, DateTimesys Accessed, Appointment Start Time, Appointment End Time, File Extension, File Name, File Size Bytes, File Type, Custodian, Md5 Hash, Author, Title, DocLink, and FilePath. Date fields must contain valid date formats (mm/dd/yyyy) and dates and times should be together in a standard datetime format (mm/dd/yyyy hh:mm:ss AM/PM). Multi choice fields should be separated via ; which is the standard for Relativity deliverables.

m.    Defendant reserves the right to request additional documents in native format if it is determined the document is not readable or usable in a .tiff format.

2.    <u>Possession, custody, or control</u>. This request requires production of documents or things that are in your possession, custody, or control, and documents or things that are in the possession, custody, or control of your agents, employees, accountants, attorneys, representatives, or other persons who have documents deemed to be in your possession, custody, or control.

**Page    3 -    DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

SALERNO OWENS DECLARATION
EXHIBIT 3
Page 3 of 24

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

3. Excerpts and redactions. Whenever a document is not produced in full (as, for example, when material is excerpted or redacted from a document), state with particularity the reasons why the document was not produced in full, and describe to the best of your knowledge, information, or belief and with as much particularity as possible, those portions of the document that are not produced, including the content or substance of the content thereof.

4. Privilege log. If documents are withheld or redacted due to privilege include a privilege log at the close of discovery that (1) states the reason(s) you are refusing to produce the document and (2) describes the author(s), recipient(s), date and subject matter of the document in enough detail so that a determination can be made about the applicability of the claim of privilege or other reason for refusing to produce the document.

5. File organization. File folders, complete with tabs or labels, are to be produced for each file folder in your files from which documents are produced in response to this discovery request.

6. Usual course of business. If responsive documents are kept together in the usual course of business, they are to be produced in that order, to fairly reveal and not to distort the order of your filing and record keeping system. Documents attached to each other should not be separated. File folders, complete with tabs or labels, are to be produced for each file folder in your files from which documents are produced in response to this discovery request. The file folders must be produced intact with the documents produced therefrom.

7. Equally available/produced by another party. The fact that a document is equally available to another party, or produced by another party, does not relieve you of the obligation to produce your copy of the same document, even if the two documents are identical.

**Page    4 -    DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

8.    Date of production. All requests call for production of documents prepared, received, or dated at any time on or after January 1, 2015 to the present and including the date of production, unless specifically stated otherwise.

9.    Continuing requests. These requests are continuing and you must immediately produce additional responsive documents as may be later located or acquired by you.

10.    Interpretation.

a.    Words in the singular include their plural meaning, and vice versa.

b.    The past tense includes the present tense where the clear meaning is not distorted by a change of tense, and words used in the masculine gender shall include the feminine gender.

c.    References to persons and other entities include their agents, employees, representatives, and attorneys.

## DEFINITIONS

a.    "Document(s)" means all paper and electronic information of any kind, including communications, originals, drafts, and copies.

b.    "Communication" or "communications" refer to oral conversations, written correspondence, memoranda, telephone conversations, voice mails, text messages, social media posts, correspondence, notes, and electronic mail, whether as a sender, recipient, cc, or bcc.

c.    "Second Amended Complaint" means plaintiff's Second Amended Complaint.

d.    "Plaintiff," "You," "Your," or "FamilyCare" means FamilyCare, Inc., and its parents, subsidiaries, predecessors, successors, assigns, employees, officers, executives, managers, and agents, including, but not limited to actuaries, attorneys, lobbyists, and public relations agents.

e.    "Defendant" or "OHA" means the Oregon Health Authority.

**Page    5 -    DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

f.    "CMS" means the United States Department of Health and Human Services' Centers for Medicare & Medicaid Service, including but not limited to any of its divisions, offices, employees, agents, and actuaries.

g.    "CCO" means coordinate care organization as that term applies to the Oregon Health Plan.

h.    "Dispute Resolution Agreement" means the letter agreement executed by Renee Stineman and Stephen English on December 30, 2016.

i.    "Relating to" or "related to" means concerning, referring to, pertaining to, consisting of, containing, describing, evidencing, constituting, reflecting, bearing upon or having any logical or factual connection with the subject matter dealt with or alluded to in the subparagraphs of these requests.

j.    "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside the scope.

k.    "Any" should be construed to include "all," and "all" should be understood to include "any."

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 52:** All documents related to the PowerPoint presentation identified in paragraph 48 of Your Second Amended Complaint, including but not limited to all documents used to create the PowerPoint presentation, all drafts of the PowerPoint presentation, all communications discussing the PowerPoint presentation, all documents supporting FamilyCare's claim of "inappropriate actuarial applications," all documents reviewed by Family Care's actuary prior to his "comments and explanations" on the PowerPoint, and all documents prepared by the actuary related to the PowerPoint.

**RESPONSE:**

Page    6 -    **DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

**REQUEST FOR PRODUCTION NO. 53:** All communications between You and CMS from January 1, 2014 through the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 54:** All documents related to FamilyCare's actuary identified in paragraphs 40, 41, 48, and 52 of the Second Amended Complaint, including but not limited to all documents FamilyCare's actuary "believed to be relevant and necessary to evaluate actuarial rates," all documents reviewed by FamilyCare's actuary, all documents prepared by FamilyCare's actuary, all documents related of the actuary's analysis of OHA's rates and rate setting process, and all documents that the actuary needs to "evaluate the 2017 rates and the process by which they were developed."

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 55:** All communications between You and Your actuary identified in paragraphs 40, 41, 48 and 52 of Your Second Amended Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 56:** All documents related to the sale, acquisition, merger, strategic partnership, change of control, asset transfer, bulk reinsurance, or other disposition, in whole or in part (any of these, a "Disposition") or potential Disposition of FamilyCare, Inc. to or with anyone, including but not limited to all communications or records of oral communications discussing the Disposition or potential Disposition of FamilyCare, Inc., all Disposition transaction documents (including but not limited to agreements, offers, letters of intent, nondisclosure agreements, or due diligence, either binding or non-binding and either draft or final), and all agreements with agents,

**Page    7 -    DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

attorneys, brokers, investment bankers or any other third party hired by FamilyCare, Inc. in connection with a Disposition.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 57:** All FamilyCare documents that OHA allegedly provided to any CCO as identified in paragraph 53 of Your Second Amended Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 58:** All communications between You and the Portland Business Journal, Willamette Week, Portland Tribune, Oregon Public Broadcasting, The Oregonian, the Lund Report, or any other media related to OHA, including but not limited to all of FamilyCare's communications responding to OHA's alleged "targeted press releases," all communications related to OHA's "communications plan," all communications related to OHA's rates or rate setting process, all communications related to FamilyCare's profits, and all communications related to FamilyCare being an "outlier."

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 59:** All communications between You and Lynne Saxton.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 60:** All documents related to any version of the Oregon Health System Transformation Quarterly Legislative Report identified in paragraph 57 of Your Second Amended Complaint, including but not limited to all

Page    8 -    **DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

Markowitz Herbold PC
Special Assistant Attorneys General
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

documents showing that "OHA was aware that the financial information presented was not comparable," and all documents showing that "OHA chose to present the financial comparisons in a way that would fulfill its communications plan to portray FamilyCare as an outlier."

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 61:** All communications between You and anyone regarding or that mentions Lynne Saxton, including but not limited to communications related to Ms. Saxton's alleged "communications plan," communications related to Ms. Saxton's resignation, communications related to Ms. Saxton's "apology" letter to FamilyCare, and communications related to Ms. Saxton's communications with the media.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 62:** All communications between You and anyone related to OHA's "targeted press releases" identified in paragraph 57 of Your Second Amended Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 63:** All communications between You and anyone related to OHA's alleged "communications plan" identified in paragraphs 46, 47, 49, 50, 51, 54, 55, 56, 57, 58, 109, 110, 111, and 113 of Your Second Amended Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 64:** All documents related to the alleged "targeted press releases" that OHA sent to the Portland Business Journal, Willamette Week,

**Page    9 -    DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

Portland Tribune, Oregon Public Broadcasting, The Oregonian, and The Lund Report identified in paragraph 57 of Your Second Amended Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 65:** All communications between You and any of the health care providers related to OHA's alleged communications plan referred to in paragraph 108 of Your Second Amended Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 66:** All communications between You and any of the Oregon Health Plan members related to OHA's alleged communications plan referred to in paragraph 108 of Your Second Amended Complaint

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 67:** All communications between You and any of Your employees related to OHA's alleged communications plan.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 68:** All documents related to the valuation of FamilyCare, Inc. from January 1, 2012 through the present, including but not limited to any documents prepared by any actuary or other third party.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 69:** All communications between Jeff Heatherington and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**Page    10 - DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

**REQUEST FOR PRODUCTION NO. 70:** All communications between Jeff Pawlowski and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 71:** All communications between Karen Carnahan and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 72:** All communications between Janet Tesch and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 73:** All communications between Richard Barsotti and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 74:** All communications between Robert Carus and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 75:** All communications between Joe Hromco and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 76:** All communications between Patricia Parker and anyone related to the claims and defenses in this lawsuit.

**Page    11 -    DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 77:** All communications between Mike Riley and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 78:** All communications between Carl Erickson and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 79:** All communications between Matt Daskalos and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 80:** All communications between Everett Newcomb and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 81:** All communications between William Murray and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 82:** All communications between Chong Lee and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**Page    12 -    DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

**REQUEST FOR PRODUCTION NO. 83:** All communications between Kevin Clancy and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 84:** All communications between Oscar Clark and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 85:** All communications between Christopher Diaz and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 86:** All communications between Cheri Pfannes and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 87:** All communications between Joseph Badolato and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 88:** All communications between Anthony Jackson and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 89:** All communications between Mary Brenner and anyone related to the claims and defenses in this lawsuit.

**Page    13 -    DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 90:** All communications between Cindy Becker and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 91:** All communications between Robin Richardson and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 92:** All communications between Bill Guest and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 93:** All of FamilyCare's board of directors meeting minutes related to OHA's rate-setting process from January 1, 2012 through the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 94:** All communications between You and any testifying expert related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 95:** All documents prepared or reviewed by any testifying expert You have hired to advise You related to the claims and defenses in this lawsuit.

**Page    14 -    DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 96:** All documents You have submitted to the charity division of the Oregon Department of Justice from January 1, 2012 to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 97:** All documents You have submitted to the IRS from January 1, 2012 to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 98:** All communications between You and Milliman related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 99:** All of Your internal communications related to the State of Oregon's capitation rates for CCOs from January 1, 2012 through the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 100:** All communications between You and any CCO related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 101:** All communications between You and any lobbyist related to the claims and defenses in this lawsuit.

**RESPONSE:**

**Page 15 - DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

**REQUEST FOR PRODUCTION NO. 102:** All communications between You and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 103:** All communications between You and Ben Diederich.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 104:** All documents prepared by Ben Diederich for the January 17, 2017 meeting identified in paragraph 48 of Your Second Amended Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 105:** All communications between You and Ben Diedrich related to documents FamilyCare was entitled to receive pursuant to the Dispute Resolution Agreement.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 106:** All communications between You and Ben Diedrich related to documents FamilyCare was not entitled to receive pursuant to the Dispute Resolution Agreement.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 107:** All documents related to Your communications with Oregon elected officials, including but not limited to any documents encouraging FamilyCare, Inc. employees to contact elected officials, all call logs of

**Page** **16 -** **DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

telephone calls to or from elected officials, and all notes from any communications with elected officials.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 108:** All documents related to Your campaign contributions to any elected official, including but not limited to copies of checks or bank statements showing amounts of campaign contributions.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 109:** All documents related to the salary or compensation paid by You to Jeff Heatherington from January 2012 to the present, including but not limited to all paychecks paid to Jeff Heatherington, all bonuses paid to Jeff Heatherington, any reimbursements paid to Jeff Heatherington, and any other compensation paid to Jeff Heatherington.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 110:** All documents related to the number of Your members from January 1, 2014 through the present, including but not limited to documents related to the number of members served monthly, documents related to the number of members served yearly, and documents related to Your annual enrollment.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 111:** All non-privileged communications between You and Kelly Knivila from January 1, 2014 through the present.

**RESPONSE:**

Page    17 -    **DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

**REQUEST FOR PRODUCTION NO. 112:** All non-privileged communications between You and Jeremy Sacks from January 1, 2014 through the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 113:** All non-privileged communications between You and Reilley Keating from January 1, 2014 through the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 114:** All documents related to bonuses paid to hospitals or centers, such as urgent care centers, in Your network from January 1, 2014 through the present, including but not limited to copies of all bonus checks paid to the hospitals.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 115:** All documents related to bonuses paid to Your providers from January 1, 2014 through the present, including but not limited to copies of all bonus checks paid to providers.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 116:** All documents related to land owned by You, including but not limited to all documents showing ownership or title and the amount paid by You to acquire the land.

**RESPONSE:**

**Page    18 -    DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

SALERNO OWENS DECLARATION
EXHIBIT 3
Page 18 of 24

**REQUEST FOR PRODUCTION NO. 117**: All documents related to the buildings owned by You, including but not limited to all documents showing ownership or title and the amount paid by You to acquire the buildings.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 118**: All documents related to Jeff Heatherington's executive employment contract from January 1, 2012 through the present, including but not limited to all copies of the employment contract and all documents related to the negotiation of the employment contract.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 119**: All documents related to Your donations to the Heatherington Foundation for Innovation and Education in Health Care, including but not limited to copies of all donation checks and copies of all wire transfers from You to the Heatherington Foundation for Innovation and Education in Health Care.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 120**: All communications between You and Pricewaterhouse Coopers LLP related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 121**: All documents prepared by Pricewaterhouse Coopers LLP related to the claims and defenses in this lawsuit.

**RESPONSE:**

**Page    19 -    DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

SALERNO OWENS DECLARATION
EXHIBIT 3
Page 19 of 24

**REQUEST FOR PRODUCTION NO. 122:** All documents related to any loans from FamilyCare, Inc. to Jeff Heatherington, including but not limited to all promissory notes signed by Jeff Heatherington.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 123:** All communications between You and any employee of Stoel Rives LLP related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 124:** All documents related to FamilyCare, Inc.'s political contributions, including but not limited to all communications plans related to political contributions, all communications related to potential political contributions, all internal communications related to political contributions, and internal communications related to potential political contributions.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 125:** All documents related to money You have paid to lobbyists from January 1, 2014 through the present, including but not limited to copies of checks, proof of wire transfers, or credit card statements showing payments made to lobbyists.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 126:** All documents related to Your hiring of lobbyists from January 1, 2014 through the present, including but not limited to all contracts between You and any lobbyists and all documents related to Your meetings with lobbyists.

Page    20 -    **DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 127:** All communications between You and any lobbyists related to OHA from January 1, 2014 through the present, including but not limited to all communications related to the claims and defenses in this lawsuits, all communications related to OHA setting of FamilyCare Inc.'s rates, all communications related to Your relationship with OHA, all communications with lobbyists related to press releases, and all communications with lobbyists related to proposed legislation.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 128:** All documents related to Your communications with Oregon elected officials or their staff members from January 1, 2014 through the present regarding or mentioning OHA, including but not limited to communications plans for discussions with elected officials or their staff members, all communications with elected officials or their staff members, and all documents related to strategies for contacting or communicating with elected officials of their staff members.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 129:** All communications between You and any elected official related to OHA from January 1, 2014 through the present, including but not limited to all communications related to the claims and defenses in this lawsuit, all communications related to Your rates, all communications related to CCO's, and all communications related to proposed legislation.

**RESPONSE:**

Page    21 -    **DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

Markowitz Herbold PC
Special Assistant Attorneys
General
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

**REQUEST FOR PRODUCTION NO. 130:** All communications plans related to Your relationship with OHA from January 1, 2014 through the present, including but not limited to communications plans related to the claims and defenses in this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 131:** All documents prepared by You or on Your behalf related to proposed legislation from January 1, 2014 through the present, including but not limited to any proposed changes to bills, all documents given to elected officials or their staff related to proposed legislation, and all documents related to the impact that proposed legislation would have on You.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 132:** All media plans related to Your relationship with OHA from January 1, 2014 through the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 133:** All documents related to Your communications with any media regarding or mentioning Your relationship with OHA from January 1, 2014 through the present, including but not limited to any communications with the media regarding Your relationship with OHA, all statements given to the media regarding

///

///

///

///

///

///

Page   22 -   **DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

Your relationship with OHA, and all communications related to discussing Your relationship with OHA with the media.

**RESPONSE:**

DATED this 3rd day of November, 2017.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By: _____
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB #903712
ReneeRothauge@Markowitzherbold.com
Dallas DeLuca, OSB #072992
DallasDeLuca@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalernoOwens@MarkowitzHerbold.com
    *Special Assistant Attorneys General for*
    *Defendant*

FAMIOR\664734_2

Page    23 -    **DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF**

MARKOWITZ HERBOLD PC
SPECIAL ASSISTANT ATTORNEYS
GENERAL
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085
Fax: (503) 323-9105

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I have made service of the foregoing **DEFENDANT'S THIRD REQUEST FOR PRODUCTION TO PLAINTIFF** on the parties listed below in the manner indicated:

Stephen F. English
Thomas R. Johnson
Alletta Brenner
Brian P. Samuelson
Perkins Coie, LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
    Attorneys for Plaintiff

☐ U.S. Mail
☐ Facsimile
☒ Hand Delivery
☐ Overnight Courier
☒ Email:   SEnglish@perkinscoie.com
              TRJohnson@perkinscoie.com
              ABrenner@perkinscoie.com
              BSamuelson@perkinscoie.com
☐ Odyssey File & ServeTM

Melanie K. Curtice *(admitted pro hac vice)*
Matthew P. Gordon *(admitted pro hac vice)*
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
    Attorneys for Plaintiff

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email:   MCurtice@perkinscoie.com
              MGordon@perkinscoie.com
☐ Odyssey File & ServeTM

DATED this 3rd day of November, 2017.

_____
Matthew A. Levin, OSB #003054
*Special Assistant Attorney General for Defendant*