**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Oregon Health
Authority, an agency of the State of Oregon, and Patrick
Allen, both individually and in his official capacity as
director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | Case No. 3:18-cv-00212-MO (Leading)<br>Case No. 6:18-cv-00296-MO(Trailing) |
| Plaintiff, | **DEFENDANT OREGON HEALTH AUTHORITY'S SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF FAMILYCARE, INC.** |
| v. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Defendant. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Plaintiff, | |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official | |

**Page 1 -   DEFENDANT OREGON HEALTH AUTHORITY'S SEVENTH REQUEST
              FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF FAMILYCARE, INC.**

SALERNO OWENS DECLARATION
EXHIBIT 7
Page 1 of 8

capacity as director of the Oregon Health
Authority, and LYNNE SAXTON,

Defendants.

TO:     FamilyCare, Inc., by and through its attorneys, Stephen F. English, Thomas R. Johnson, Alletta Brenner, Brian P. Samuelson and Douglas R. Pahl, Perkins Coie LLP, 1120 NW Couch Street, 10th Floor, Portland, OR 97209.

Defendant Oregon Health Authority ("OHA") requests that plaintiff FamilyCare, Inc. ("FamilyCare") respond to the following Request for Production of Documents and items pursuant to FRCP 34 and that the responses be served on OHA within 30 days after service of this Request at the offices of Markowitz Herbold PC, Special Assistant Attorneys General, 1211 SW Fifth Avenue, Suite 3000, Portland, Oregon 97204.

## INSTRUCTIONS

1.     Electronically Stored Information. Electronically Stored Information includes all documents that exist in electronic format.  Format for production of documents:

a.     Unless otherwise indicated, all Electronically Stored Information should be produced in single-page TIFF format with metadata fields preserved in the load file.  The load file should be produced in a format capable of being imported into Relativity litigation software. (Files should be named after the control numbers associated to the .dat/.opt files to ensure the identifier is populated with the ID number; document level text files should be provided; Relativity (.dat) and opticon (.opt) or .lfp with relative paths for text and natives in the .dat file should be provided; separate directories for images, natives, and text should be provided in a ingle deliverable, with UTF-8 encoding for load files.)

b.     All hard copy documents for which native electronic files never existed, no longer exist, or are not reasonably accessible also should be produced in single-page TIFF format, with documents logically doc broken, and capable of being loaded into Relativity litigation software.  This includes, but is not limited to, scanned images of those documents which contain unique information after they were printed out, such as paper documents containing handwriting, signatures, marginalia, drawings, annotations, highlighting, and redactions.  All scanned documents should be kept as they are in the regular course of business

**Page 2 -   DEFENDANT OREGON HEALTH AUTHORITY'S SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF FAMILYCARE, INC.**

SALERNO OWENS DECLARATION
EXHIBIT 7
Page 2 of 8

or in the alternative provide information identifying the custodian for each document. A single PDF of all scanned hard copy documents is not acceptable.

c.    Emails should be produced in single-page TIFF format. Production of emails must include all metadata relating to any given email (e.g., follow-up or importance flags set by the sender or recipient, the identity of individuals who were sent a "bcc" or blind carbon copy of the email, etc.), and any electronic attachments.

d.    Excel documents should be produced in native format with all metadata preserved. Spreadsheets created with other software should be produced in a comma delimited format capable of being opened in Excel, if feasible.

e.    PowerPoint documents should be produced in native format with all metadata preserved, including speaker notes.

f.    All native Word documents containing any revisions or mark-ups should be processed in a way that all markups, redlines, or comments are captured in the TIFF version prepared to load into Relativity software database.

g.    All logs should be produced in native format.

h.    Audio, video, or other recorded information shall be provided separately on a DVD or other storage device capable of being played on Windows 7 in a .wav or .mpeg format.

i.    All files shall be labeled with a Bates or control number.

j.    Parent/child attachment relationships shall be maintained, and load files should include attachment IDs and parent IDs that maintain the parent/child relationship in a Relativity database.

k.    All image files should have a minimum resolution of 300 dpi and meet commonly accepted production standards to ensure that the image file is reliable and authentic.

l.    Metadata fields should include: DocID or Control Number, Production Begin, Production End, Production Begin Attachment, Production End Attachment, ParentDocID, Page Count, To, From, CC, BCC, Subject, DateTime Primary Parent, DateTimeCreated, DateTimeSent, DateTime Received, DateTimeModified, DateTimesys

SALERNO OWENS DECLARATION
EXHIBIT 7
Page 3 of 8

**Page 3 -   DEFENDANT OREGON HEALTH AUTHORITY'S SEVENTH REQUEST
FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF FAMILYCARE, INC.**

Accessed, Appointment Start Time, Appointment End Time, File Extension, File Name, File Size Bytes, File Type, Custodian, Md5 Hash, Author, Title, DocLink, and FilePath. Date fields must contain valid date formats (mm/dd/yyyy) and dates and times should be together in a standard datetime format (mm/dd/yyyy hh:mm:ss AM/PM). Multi choice fields should be separated via ; which is the standard for Relativity deliverables.

m.    OHA reserves the right to request additional documents in native format if it is determined the document is not readable or usable in a .tiff format.

2.    Possession, custody, or control. This request requires production of documents or things that are in your possession, custody, or control, and documents or things that are in the possession, custody, or control of your agents, employees, accountants, attorneys, representatives, or other persons who have documents deemed to be in your possession, custody, or control.

3.    Excerpts and redactions. Whenever a document is not produced in full (as, for example, when material is excerpted or redacted from a document), state with particularity the reasons why the document was not produced in full, and describe to the best of your knowledge, information, or belief and with as much particularity as possible, those portions of the document that are not produced, including the content or substance of the content thereof.

4.    Privilege log. If documents are withheld or redacted due to privilege, include a privilege log at the close of discovery that (1) states the reason(s) you are refusing to produce the document, and (2) describes the author(s), recipient(s), date, and subject matter of the document in enough detail so that a determination can be made about the applicability of the claim of privilege or other reason for refusing to produce the document.

5.    File organization. File folders, complete with tabs or labels, are to be produced for each file folder in your files from which documents are produced in response to this discovery request.

6.    Usual course of business. If responsive documents are kept together in the usual course of business, they are to be produced in that order, to fairly reveal and not to distort the order of your filing and record keeping system. Documents attached to each other should not be

**Page 4 -**  **DEFENDANT OREGON HEALTH AUTHORITY'S SEVENTH REQUEST**
**FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF FAMILYCARE, INC.**

SALERNO OWENS DECLARATION
EXHIBIT 7
Page 4 of 8

separated. File folders, complete with tabs or labels, are to be produced for each file folder in your files from which documents are produced in response to this discovery request. The file folders must be produced intact with the documents produced therefrom.

7.    Equally available/produced by another party. The fact that a document is equally available to another party, or produced by another party, does not relieve you of the obligation to produce your copy of the same document, even if the two documents are identical.

8.    Date of production. All requests call for production of documents prepared, received, or dated at any time on or after January 1, 2015 to the present and including the date of production, unless specifically stated otherwise.

9.    Continuing requests. These requests are continuing and you must immediately produce additional responsive documents as may be later located or acquired by you.

10.    Interpretation.

    a.    Words in the singular include their plural meaning, and vice versa.

    b.    The past tense includes the present tense where the clear meaning is not distorted by a change of tense, and words used in the masculine gender shall include the feminine gender.

    c.    References to persons and other entities include their agents, employees, representatives, and attorneys.

## DEFINITIONS

    a.    "Document(s)" means all paper and electronic information of any kind, including communications, originals, drafts, and copies.

    b.    "Communication" or "communications" refer to oral conversations, written correspondence, memoranda, telephone conversations, voice mails, text messages, social media posts, correspondence, notes, and electronic mail, whether as a sender, recipient, cc, or bcc.

    c.    "Plaintiff," "You," "Your," or "FamilyCare" means FamilyCare, Inc., and its parents, subsidiaries, predecessors, successors, assigns, employees, officers, executives, managers, and agents, including, but not limited to actuaries, attorneys, lobbyists, and public relations agents.

**Page 5 -  DEFENDANT OREGON HEALTH AUTHORITY'S SEVENTH REQUEST
        FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF FAMILYCARE, INC.**

SALERNO OWENS DECLARATION
EXHIBIT 7
Page 5 of 8

d.    "OHA" means the Oregon Health Authority and its employees, officers, executives, managers, and agents.

e.    "Optumas" means Schramm Health Partners, LLC dba Optumas and its parents, subsidiaries, predecessors, successors, assigns, employees, officers, executives, managers, and agents, including, but not limited to actuaries, attorneys, lobbyists, and public relations agents.

f.    "CDPS+Rx" means the combined Chronic Illness and Disability Payment System and Medicaid Rx risk adjustment model.

g.    "Relating to" or "related to" means concerning, referring to, pertaining to, consisting of, containing, describing, evidencing, constituting, reflecting, bearing upon or having any logical or factual connection with the subject matter dealt with or alluded to in the subparagraphs of these requests.

h.    "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside the scope.

i.    "Any" should be construed to include "all," and "all" should be understood to include "any."

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 226:**  All documents, including without limitation raw data, data files, and computer code, macros, and script (including SQL and SAS files), related to Your development of risk scores and redevelopment or evaluation of Optumas' and OHA's risk scores.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 227:**  All documents created or edited by current or former FamilyCare employee Ross McDonald related to capitation rates or risk scores.

**RESPONSE:**

SALERNO OWENS DECLARATION
EXHIBIT 7
Page 6 of 8

**REQUEST FOR PRODUCTION NO. 228:**  All data files related to and including the files named step1.sas7bdat and step2.sas7bdat.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 229:**  All medical studies, medical literature, published or internal studies, or research that support FamilyCare's assertion that its business model resulted in or would have resulted in savings to the Oregon health care system.

**RESPONSE:**


DATED this 15th day of June, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By: _____

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB #903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
*Special Assistant Attorneys General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority*

FAMIOR\739569_1

SALERNO OWENS DECLARATION
EXHIBIT 7
Page 7 of 8

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, I have made service of the foregoing **DEFENDANT OREGON HEALTH AUTHORITY'S SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF FAMILYCARE, INC.** on the party/ies listed below in the manner indicated:

Stephen F. English
Thomas R. Johnson
Alletta Brenner
Brian P. Samuelson
Douglas R. Pahl
Perkins Coie, LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
 *Attorneys for FamilyCare, Inc.*

☐ U.S. Mail
☐ Facsimile
☒ Hand Delivery
☐ Overnight Courier
☒ Email: SEnglish@perkinscoie.com
    TRJohnson@perkinscoie.com
    ABrenner@perkinscoie.com
    BSamuelson@perkinscoie.com
    DPahl@perkinscoie.com
☐ CM/ECF System

Matthew P. Gordon (*admitted pro hac vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
 *Attorneys for FamilyCare, Inc.*

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email: MGordon@perkinscoie.com
☐ CM/ECF System

DATED this 15th day of June, 2018.

Harry B. Wilson, OSB #077214
*Special Assistant Attorney General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority*

**CERTIFICATE OF SERVICE**