IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF MARION

FAMILYCARE, INC., an Oregon non-profit corporation,

        Plaintiff,

        v.

OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

        Defendant.

Case No. 17CV09226

**PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION**

**<u>PLAINTIFF FAMILYCARE, INC.'S RESPONSE TO DEFENDANT OREGON HEALTH AUTHORITY'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS</u>**

Pursuant to ORCP 36 and 43, Plaintiff FamilyCare, Inc. ("FamilyCare") hereby provides its objections and responses to Defendant Oregon Health Authority's ("OHA") First Request for Production of Documents ("Requests") as follows:

**<u>RESERVATION OF RIGHTS</u>**

FamilyCare makes the objections and responses herein (collectively, the "Responses") based on its interpretation and understanding of the Requests and based on its current knowledge, understanding and belief as to the facts and information available to it as of the date of the Responses. If OHA subsequently asserts an interpretation of any Request that differs from FamilyCare's understanding, FamilyCare reserves the right to modify its response. FamilyCare also reserves the right to complete its investigation and discovery of the facts, and to rely at trial or in other proceedings on documents and information in addition to the information provided

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

herein, regardless of whether such information is newly discovered or newly in existence. However, the Responses shall not constitute an admission by FamilyCare that any of the Requests, any of the Responses, or any documents produced in connection therewith, are admissible as evidence in any trial or other proceeding.  FamilyCare specifically reserves the right to object on any grounds, at any time, to the admission of any Response or any document produced in connection therewith in any such trial or other proceeding.  Also, additional discovery and investigation may lead to additions to, changes in, or modifications of these Responses.  Therefore, these Responses are provided without prejudice to FamilyCare's right to revise, amend, correct, supplement, modify or clarify these Responses.

FamilyCare does not waive any objection made in these Responses, nor any claim of privilege, whether expressly asserted or not, by providing any information or identifying any document or thing in response to any Request.  The inadvertent disclosure of such information, or the inadvertent identification or production of such a document, shall not constitute a waiver of any applicable privilege as to that information, that document or any other information or document identified or produced by FamilyCare.  All objections as to privilege, immunity, relevance, authenticity, or admissibility of any information or documents referred to herein are expressly reserved.

The information set forth in these Responses is information available to FamilyCare as of the date of these Responses; however, discovery is ongoing and FamilyCare may discover or develop additional materials or responses as this matter progresses.

<u>**GENERAL OBJECTIONS**</u>

FamilyCare states the following general objections to OHA's Requests, which FamilyCare incorporates as objections to each individual Request, in addition to the individual objections set forth separately below.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

1.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information and/or documents FamilyCare is legally or contractually prohibited from providing.

2.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information that is publicly available and is, therefore, as easily accessible to OHA as it is to FamilyCare.

3.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest privilege, the mediation privilege, and/or any other applicable doctrine of privilege or immunity.

4.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information not relevant to the claims or defenses of any party to this action or are not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefits.

5.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each calls for information or documents that do not exist, that are not in FamilyCare's possession, custody, or control, or that are equally available to OHA.

6.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they are not tailored to the subject matter of this lawsuit, and/or are so overly broad as to be unduly burdensome or oppressive.

7.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each is vague, ambiguous, overly broad, unduly burdensome, unreasonably cumulative or duplicative, or seek documents that are either irrelevant or not reasonably calculated to lead to the discovery of admissible evidence.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

8.      FamilyCare objects to the Requests to the extent they seek material containing trade secret, confidential, and/or proprietary information.  FamilyCare further objects to the extent the Requests seek disclosure of information FamilyCare is prohibited by contract from disclosing without providing appropriate disclosure and/or ensuring confidentiality designations. The production of any such documents shall be subject to the protective order as agreed to by the parties and accepted by the Court.

9.      FamilyCare objects to the date and location specified in the Requests for the production of documents, and will produce any responsive documents at a time and place as mutually agreed to by FamilyCare and OHA.

10.      FamilyCare objects to the Definition 4 of "FamilyCare" and 5 of "OHA" to the extent they include or exclude individuals or entities not otherwise identified in the "Definitions" found within FamilyCare's First Set of Requests for Production of Documents to Defendant Oregon Health Authority.

11.      FamilyCare objects to Definition 8 and the description of the word "identify."  As defined, OHA states that when using the term "identify," FamilyCare is to "describe with particularity."  OHA then continues to provide further clarification of actions it requests FamilyCare take when using the term "identify" as to a person, document, statute, policy, or rule, and then for anything else.  In responding to OHA's First Request for Production of Production to Plaintiff, FamilyCare is not obligated to provide any written answer or to describe anything. The Oregon Rules of Civil Procedure do not permit parties to issue interrogatories.  FamilyCare is only obligated through document requests to produce document that are relevant and responsive to OHA's requests, provided that such production is not otherwise overly burdensome or disproportional to the claims and defenses at issue in this matter.  FamilyCare will not "identify" anything as requested in Definition 8.

**REQUESTS FOR PRODUCTION AND RESPONSES**

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**REQUEST FOR PRODUCTION NO. 1:**

All documents evidencing, reflecting, or relating to the parties' intended meaning of the provision in the Settlement Agreement that states: "Other than application of the terms of the Section 1115 Demonstration Project to aggregate state expenditures, OHA shall not use rates paid to FamilyCare for 2016 or the Settlement Credit as a basis for limiting the amount that can be paid to FamilyCare in future rate years." This request includes but is not limited to all drafts, notes, emails, memoranda, text messages, written or prepared by FamilyCare, its actuaries, or its attorneys in the course of settlement discussions.

**RESPONSE 1:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents from the time period when the Settlement Agreement was being drafted and negotiated, that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 2:**

All documents evidencing, reflecting, or relating to FamilyCare's opinion, position or allegations that OHA used rates paid to FamilyCare for 2016 or the Settlement Credit as a basis for limiting the amount that can be paid to FamilyCare in 2017.

**RESPONSE 2:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare further objects to this Request as evidence of OHA's use of the rates paid to FamilyCare for 2016 or the Settlement Credit as a basis for limiting the amount that can be paid to FamilyCare in 2017 are in OHA's sole possession, custody, and control. FamilyCare further objects to this Request to the extent it seeks documents that are not in existence. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 3:**

All documents evidencing, reflecting, relating to or identifying the method(s) or manner(s) in which OHA allegedly use of rates paid to FamilyCare for 2016 or the Settlement Credit as a basis for limiting the amount that can be paid to FamilyCare in 2017, including, but not limited to, any document listing the various ways in which FamilyCare alleges OHA breached the Settlement Agreement.

**RESPONSE 3:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare further objects to this Request as evidence of OHA's methods and manners of its use of the rates paid to FamilyCare for 2016 or the Settlement Credit are in OHA's sole possession, custody, and control. FamilyCare further objects to this Request to the extent it seeks documents that are not in existence. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**REQUEST FOR PRODUCTION NO. 4:**

All documents evidencing, reflecting, or relating to any action taken or inaction by OHA in furtherance of its alleged use of rates paid to FamilyCare for 2016 or the Settlement Credit as a basis for limiting the amount that can be paid to FamilyCare in 2017.

**RESPONSE 4:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare further objects to this Request as evidence of OHA's actions or inactions related to its use of the rates paid to FamilyCare for 2016 or the Settlement Credit are in OHA's sole possession, custody, and control.  FamilyCare further objects to this Request to the extent it seeks documents that are not in existence.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 5:**

All documents evidencing, reflecting, or relating to allegations in paragraph 58 of the Complaint stating that: "OHA's selective us e of actuarially unsound methods is an impermissible use of the rates paid to FamilyCare in 2016 and is, therefore, a violation of the Agreement."

**RESPONSE 5:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare further objects to this Request to the extent it seeks documents that are in OHA, or its agent Optumas's sole possession, custody, control, and are otherwise subject to production to FamilyCare.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 6:**

All documents evidencing, reflecting, or relating to all damages and other harm FamilyCare will allegedly suffer from the 2017 Amendment.

**RESPONSE 6:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare further objects to this Request to the extent it seeks documents that are in OHA, or its agent Optumas's sole possession, custody, control, and are otherwise subject to production to FamilyCare.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 7:**

All documents evidencing, reflecting, or relating to any opinions or analysis by FamilyCare, Milliman, or any other actuary or other consultant employed or contracted by FamilyCare, as to whether the 2016 FamilyCare Rates are actuarially sound and/or were developed in accordance with the requirements set forth in 42 CFR Part 438.

SALERNO OWENS DECLARATION
EXHIBIT 8
Page 8 of 31

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE 7:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare further objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 8:**

All documents evidencing, reflecting, or relating to any opinions or analysis by FamilyCare, Milliman, or any other actuary or other consultant employed or contracted by FamilyCare, as to whether the 2017 FamilyCare Rates, are actuarially sound and/or were developed in accordance with the requirements set forth in 42 CFR Part 438.

**RESPONSE 8:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare further objects to this Request as the data underlying the 2017 FamilyCare Rates are in the sole possession, custody, and control of OHA, and OHA has refused to make such underlying data available to any third party to evaluate fully whether the actuarial rates are sound. FamilyCare further objects to this request to the extent it seeks discovery of expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

FamilyCare further objects to this Request because OHA is obligated consistent with FamilyCare's discovery requests and the Oregon Rules of Civil Procedure to produce the data underlying the 2017 Capitation Rates to FamilyCare. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 9:**

All documents evidencing, reflecting, or relating to allegations in paragraph 37 of the Complaint stating that: "Federal law also required the 2017 Amendment . . . [to] provide for all reasonable, appropriate and attainable costs."

**RESPONSE 9:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare further objects to this Request as it was served on June 8, 2017, and FamilyCare's First Amended Complaint specifies the relevant federal law OHA is legally required to comply with. FamilyCare further objects to this request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure. FamilyCare objects to this request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**REQUEST FOR PRODUCTION NO. 10:**

All documents evidencing, reflecting, or relating to allegations in paragraph 70 of the Complaint that the 2017 FamilyCare Rates were established "in contravention with Oregon law, federal law, and federal regulation."

**RESPONSE 10:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare further objects to this Request as it was served on June 8, 2017, and FamilyCare's First Amended Complaint specifies the relevant Oregon law, federal law, and federal regulation that OHA is required to comply with. FamilyCare further objects to this request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure. FamilyCare objects to this request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 11:**

All documents evidencing, reflecting, or relating to FamilyCare's opinion, position or allegations as to whether capitation rates developed using a regional method are actuarially sound, consistent with state and federal laws, or consistent with the Contract.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE 11:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure. FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 12:**

All documents evidencing, reflecting, or relating to FamilyCare's allegations in paragraphs 56 of the Complaint that OHA "has used a variety of actuarially unsound methods to give FamilyCare lower capitation rates for 2017 as compared to other CCOs." This request includes, but is not limited to, all documents identifying the various alleged actuarially unsound methods employed by OHA.

**RESPONSE 12:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Procedure.  FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 13:**

All documents evidencing, reflecting, or relating to FamilyCare's allegations in paragraph 3 of the Complaint stating that: "rate reductions have caused FamilyCare to sustain operating losses, which will eventually put FamilyCare out of business and harm the vulnerable population it serves."

**RESPONSE 13:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure.  FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas; specifically, OHA provides quarterly financial reporting to OHA consistent with the parties Contract identifying such information.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**REQUEST FOR PRODUCTION NO. 14:**

All documents evidencing, reflecting, or relating to FamilyCare's allegations in paragraph 13 of the Complaint stating that: "OHA has targeted FamilyCare as one of the CCOs to be eliminated" and/or the allegations in paragraph 61 of the Complaint stating that "the 2017 rates were designed to put FamilyCare out of business."

**RESPONSE 14:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure.  FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas, and separately subject to production to FamilyCare.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 15:**

All documents evidencing, reflecting, or relating to FamilyCare's allegations in paragraphs 17 and 18 of the Complaint stating that: "OHA's conduct and actions have contradicted this global budget concept in that OHA is not allowing certain CCOs, including FamilyCare, to operate within a sustainable fixed global budget. . . . In addition, OHA has misapplied to the fixed global budget model by approving global budgets for FamilyCare that were insufficient for FamilyCare to cover its operating costs in 2015 and 2016."

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE 15:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure. FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas, and separately subject to production to FamilyCare. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 16:**

All documents evidencing, reflecting, or relating to allegations in paragraph 55 of the Complaint stating that: "OHA then used the information gathered by Optumas to target FamilyCare for the Clawback and/or to cap FamilyCare's 2017 rates for primary care services at an amount below FamilyCare's reimbursement rate."

**RESPONSE 16:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Procedure.  FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas, and separately subject to production to FamilyCare.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 17:**

All documents evidencing, reflecting, or relating to annual profits, surplus or losses realized by FamilyCare from 2014 through the present.

**<u>RESPONSE 17</u>:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure.  FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas; specifically, FamilyCare provides OHA with the documents subject to this Request in FamilyCare's quarterly financial reporting as required pursuant to the parties' Contract.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**REQUEST FOR PRODUCTION NO. 18:**

All documents evidencing, reflecting, or relating to financial projections, cost trend projections, or utilization trend projections related to FamilyCare.  This request includes all such projections generated between January 1, 2014 and the present, and also includes but is not limited to any worksheets, spreadsheets, or workbooks used to generate or support such estimates.

**<u>RESPONSE 18</u>:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure.  FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas; specifically, FamilyCare provides OHA with the documents subject to this Request in FamilyCare's quarterly financial reporting as required pursuant to the parties' Contract.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 19:**

All documents evidencing, reflecting, or relating to FamilyCare's audited financial statements covering any portion of the time period of January 1, 2014 to the present, including but not limited to workbooks used to generate those financial statements.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE 19:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure.  FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas; specifically, FamilyCare provides OHA with the documents subject to this Request in FamilyCare's quarterly financial reporting as required pursuant to the parties' Contract.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 20:**

All documents evidencing, reflecting, or relating to any savings realized for Oregon's healthcare system in 2014, 2015, 2016 or 2017 as a result of any increase in spending by FamilyCare on primary and preventative care services.

**RESPONSE 20:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil

SALERNO OWENS DECLARATION
EXHIBIT 8
Page 18 of 31

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Procedure. FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas; specifically, FamilyCare provides OHA with the documents subject to this Request in FamilyCare's quarterly financial reporting as required pursuant to the parties' Contract. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 21:**

All documents evidencing, reflecting, or relating to any savings realized for Oregon's healthcare system in 2014, 2015, 2016 or 2017 as a result of any increase in provider care rates paid by FamilyCare.

**RESPONSE 21:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure. FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas; specifically, FamilyCare provides OHA with the documents subject to this Request in FamilyCare's financial reporting as required pursuant to the parties' Contract. FamilyCare also objects to the extent OHA seeks documents not otherwise in existence. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 22:**

All documents evidencing, reflecting, or relating to FamilyCare's rate or growth for each of the calendar years 2014, 2015, 2016 and 2017 and whether FamilyCare's annual rate of growth for each of those years was greater or less than 3.4%.

**RESPONSE 22:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure. FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas; specifically, FamilyCare provides OHA with the documents subject to this Request in FamilyCare's financial reporting as required pursuant to the parties' Contract. FamilyCare objects to OHA's request to the extent it conflates the 3.4% cap on the global budget increase with the medical spend rate under the global budget. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 23:**

All documents evidencing, reflecting, or relating to FamilyCare allegations in paragraph 34 of the Complaint stating that: "On or about November 1, 2016, OHA sent FamilyCare an incomplete contract amendment for 2017. The contract amendment for 2017 omits several

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

attachments, including, but not limited to, FamilyCare's transformation plan attachment to Exhibit K." This request includes, but is not limited to, all documents evidencing, reflecting, or relating to the identification of all attachments the contract amendment for 2017 allegedly omits.

**RESPONSE 23:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas; specifically, OHA transmitted the 2017 contract amendment to FamilyCare. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 24:**

All documents evidencing, reflecting, or relating to the drafting of FamilyCare's transformation plan attached to Exhibit K of the 2017 Amendment. This request includes, but is not limited to, all documents identifying the source or drafter of the transformation plan as well as the dates the document was originated, finalized and transmitted by FamilyCare to OHA for attachment to Exhibit K of the 2017 Amendment.

**RESPONSE 24:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 25:**

All documents evidencing, reflecting, or relating to FamlyCare's [sic] allegations in paragraph 39 of the Complaint stating that: "On December 30, 2016, although FamilyCare notified OHA that FamilyCare still did not have a full contract to review, FamilyCare signed an incomplete version of the 2017 Amendment . . . ."  This request includes, but is not limited to, all documents evidencing, reflecting, or relating to the allegation that FamilyCare notified OHA that FamilyCare did not have a complete contract to review, as well as a copy of the version of the 2017 Amendment FamilyCare signed.

**RESPONSE 25:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**REQUEST FOR PRODUCTION NO. 26:**

All documents evidencing, reflecting, or relating to FamilyCare allegations in paragraph 59 of the Complaint stating that: "OHA baited FamilyCare into signing and executing an incomplete 2017 Agreement on December 30, 2016, with an empty promise that OHA would provide FamilyCare with the data it had been requesting for months. . . .  OHA withheld certain attachments to FamilyCare's contract amendment for 2017 so that FamilyCare will be forced to sign the contract amendment without having a meaningful opportunity to negotiate contract terms."

**RESPONSE 26:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas; specifically, OHA transmitted the 2017 contract amendment to FamilyCare and received FamilyCare's response.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 27:**

All documents evidencing, reflecting, or relating to the parties' respective intent in entering into the Dispute Resolution Agreement with regard as to the nature of information that would be exchanged, when and under what circumstances.  This request includes, but is not limited to, all drafts, notes, emails, memoranda, text messages, written or prepared by

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

FamilyCare, its actuaries, or its attorneys in the course of discussions related to formation of that agreement.

**RESPONSE 27:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare will not produce privileged communications, including drafts, notes, emails, memoranda, text messages, written or prepared by FamilyCare's attorneys or experts in this matter. FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas; specifically FamilyCare has on multiple occasions and in writing identified to OHA the information it was to produce pursuant to the Dispute Resolution Process. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 28:**

All documents evidencing, reflecting, or relating to any requests FamilyCare made to CMS for documents or information under the Freedom of Information Act, including but not limited to any responses or related correspondence FamilyCare received from CMS.

**RESPONSE 28:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

also objects to this request as unduly burdensome and overly broad to the extent it is not limited by time frame or subject matter; specifically the only relevant communications to CMS would relate to communications about the actuarial soundness of the capitation rates and inquiries made from August 2016 to present.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search that is not unduly burdensome for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 29:**

All documents evidencing, reflecting, or relating to the following statement in your March 31, 2016 press release:   "Contrary to OHA's statements that FamilyCare's prior proposal is inconsistent with CMS-approved rates, FamilyCare received confirmation from PricewaterhouseCoopers that the proposal is 'consistent with the approved rate ranges' as required by CMS's February 24, 2016 letter to OHA."  This request includes but is not limited to all communications between you and PriceWaterhouseCoopers regarding the 2016 CCO Rates.

**RESPONSE 29:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas.  FamilyCare objects to this Request to the extent it characterizes the 2016 CCO Rates as actuarially sound and mischaracterizes any statement from PriceWaterhouseCoopers.  FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure.  Subject to and without waiver

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 30:**

All documents evidencing, reflecting, or relating to communications regarding the 2016 CCO Rates or the 2017 CCO Rates between CMS and FamilyCare (as reflected in the Definitions above, "FamilyCare" includes, among others, its actuaries, its lobbyist(s), or any other person or entity acting or advocating on FamilyCare's behalf).

**RESPONSE 30:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas.  FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 31:**

All documents evidencing, reflecting, or relating to communications regarding the 2016 CCO Rates or the 2017 CCO Rates between members of the Oregon Legislature and FamilyCare (as reflected in the Definitions above, "FamilyCare" includes, among others, its actuaries, its

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

lobbyist(s), or any other person or entity acting or advocating on FamilyCare's behalf). This request includes but is not limited to email communications that were conducted through email addresses other than the legislator's state email addresses.

**RESPONSE 31:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas. FamilyCare objects to this Request to the extent it seeks information that is publicly available. FamilyCare further objects to this Request to the extent it seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure. FamilyCare also objects to this Request as it is not germane to the subject matter of this dispute, that is, whether OHA breached the parties' Settlement Agreement or otherwise is in violation with federal or state laws and regulations regarding the setting of rates that are actuarially sound. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 32:**

All documents evidencing, reflecting, or relating to communications regarding the 2016 CCO Rates or the 2017 CCO Rates between members of the executive branch of the Oregon state government and FamilyCare (as reflected in the Definitions above, "FamilyCare" includes, among others, its actuaries, its lobbyist(s), or any other person or entity acting or advocating on FamilyCare's behalf).

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE 32:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare objects to this Request to the extent it seeks documents that are already in the possession, custody, and control of OHA or its agent Optumas.  FamilyCare objects to this Request to the extent it seeks information that is publicly available.  FamilyCare also objects to this Request as it is not germane to the subject matter of this dispute, that is, whether OHA breached the parties' Settlement Agreement or otherwise is in violation with federal or state laws and regulations regarding the setting of rates that are actuarially sound.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 33:**

All docums evidencing, reflecting, or relating to communications regarding the 2016 CCO Rates or the 2017 CCO Rates between the news media or any journalist and FamilyCare, (as reflected in the Definitions above, "FamilyCare" includes, among others, its actuaries, its lobbyist(s), or any other person or entity acting or advocating on FamilyCare's behalf).

**RESPONSE 33:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege.  FamilyCare objects to this Request to the extent it seeks documents that are already publicly available.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

FamilyCare objects to this Request as it is not relevant to the claims or defenses at issue in this dispute. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 34:**

All documents evidencing, reflecting, or relating to communications plans, lobbying efforts, proposed legislation, strategies for press releases, that relate to the 2016 CCO Rates or the 2017 CCO Rates.

**<u>RESPONSE 34</u>:**

FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, or documents otherwise subject to a mediation privilege. FamilyCare objects to this Request to the extent it seeks documents that are already publicly available. FamilyCare objects to this Request as it is not relevant to the claims or defenses at issue in this dispute. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED:  July 6, 2017                      **PERKINS COIE LLP**


By:    /s/ *Meredith M. Price*
    Stephen F. English, OSB No. 730843
    SEnglish@perkinscoie.com
    Thomas R. Johnson, OSB No. 010645
    TRJohnson@perkinscoie.com
    Meredith M. Price, OSB No. 134627
    MPrice@perkinscoie.com
    1120 N.W. Couch Street, 10th Floor
    Portland, OR  97209-4128
    Telephone:  503.727.2000
    Facsimile:  503.727.2222

Attorneys for Plaintiff  FamilyCare, Inc.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Oregon that, on July 6, 2017, she caused to be served on the person(s) listed below in the manner shown:

**PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION**

Oregon Health Authority
c/o Renee Stineman
Department of Justice, Special Litigation Unit
100 SW Market St.
Portland, OR  97201

*Attorneys for Oregon Health Authority*

☒    United States Mail, First Class

☐    By Messenger

☒    By E-Mail

☐    By regular e-mail and/or court's electronic service if parties are enrolled

Dated at Portland, Oregon, on July 6, 2017.


*/s Meredith M. Price*
Meredith M. Price

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222