IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>        Defendant. | Case No. 17CV09226<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND REQUEST FOR PRODUCTION** |

**PLAINTIFF FAMILYCARE, INC.'S RESPONSE TO DEFENDANT OREGON**

**HEALTH AUTHORITY'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to ORCP 36 and 43, Plaintiff FamilyCare, Inc. ("FamilyCare") hereby provides its objections and responses to Defendant Oregon Health Authority's ("OHA") Second Request for Production of Documents ("Requests") as follows:

**RESERVATION OF RIGHTS**

FamilyCare makes the objections and responses herein (collectively, the "Responses") based on its interpretation and understanding of the Requests and based on its current knowledge, understanding and belief as to the facts and information available to it as of the date of the Responses.  If OHA subsequently asserts an interpretation of any Request that differs from FamilyCare's understanding, FamilyCare reserves the right to modify its response.  FamilyCare also reserves the right to complete its investigation and discovery of the facts, and to rely at trial or in other proceedings on documents and information in addition to the information provided

PAGE 1-
137638800.1

FAMILYCARE INC.'S RESPONSE TO SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 9
Page 1 of 12

herein, regardless of whether such information is newly discovered or newly in existence. However, the Responses shall not constitute an admission by FamilyCare that any of the Requests, any of the Responses, or any documents produced in connection therewith, are admissible as evidence in any trial or other proceeding. FamilyCare specifically reserves the right to object on any grounds, at any time, to the admission of any Response or any document produced in connection therewith in any such trial or other proceeding. Also, additional discovery and investigation may lead to additions to, changes in, or modifications of these Responses. Therefore, these Responses are provided without prejudice to FamilyCare's right to revise, amend, correct, supplement, modify or clarify these Responses.

FamilyCare does not waive any objection made in these Responses, nor any claim of privilege, whether expressly asserted or not, by providing any information or identifying any document or thing in response to any Request. The inadvertent disclosure of such information, or the inadvertent identification or production of such a document, shall not constitute a waiver of any applicable privilege as to that information, that document or any other information or document identified or produced by FamilyCare. All objections as to privilege, immunity, relevance, authenticity, or admissibility of any information or documents referred to herein are expressly reserved.

The information set forth in these Responses is information available to FamilyCare as of the date of these Responses; however, discovery is ongoing and FamilyCare may discover or develop additional materials or responses as this matter progresses.

### GENERAL OBJECTIONS

FamilyCare states the following general objections to OHA's Requests, which FamilyCare incorporates as objections to each individual Request, in addition to the individual objections set forth separately below.

PAGE 2-
137638800.1

FAMILYCARE INC.'S RESPONSE TO SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 9
Page 2 of 12

1.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information and/or documents FamilyCare is legally or contractually prohibited from providing.

2.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information that is publicly available and is, therefore, as easily accessible to OHA as it is to FamilyCare.

3.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest privilege, the mediation privilege, and/or any other applicable doctrine of privilege or immunity.

4.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information not relevant to the claims or defenses of any party to this action or are not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefits.

5.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each calls for information or documents that do not exist, that are not in FamilyCare's possession, custody, or control, or that are equally available to OHA.

6.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they are not tailored to the subject matter of this lawsuit, and/or are so overly broad as to be unduly burdensome or oppressive.

7.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each is vague, ambiguous, overly broad, unduly burdensome, unreasonably cumulative or duplicative, or seek documents that are either irrelevant or not reasonably calculated to lead to the discovery of admissible evidence.

PAGE 3-
137638800.1

FAMILYCARE INC.'S RESPONSE TO SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 9
Page 3 of 12

8.      FamilyCare objects to the Requests to the extent they seek material containing trade secret, confidential, and/or proprietary information.  FamilyCare further objects to the extent the Requests seek disclosure of information FamilyCare is prohibited by contract from disclosing without providing appropriate disclosure and/or ensuring confidentiality designations.  The production of any such documents shall be subject to the protective order as agreed to by the parties and accepted by the Court.

9.      FamilyCare objects to the date and location specified in the Requests for the production of documents, and will produce any responsive documents at a time and place as mutually agreed to by FamilyCare and OHA.

10.      FamilyCare objects to the Definitions of "FamilyCare" and of "OHA" to the extent they include or exclude individuals or entities not otherwise identified in the "Definitions" found within FamilyCare's Requests for Production of Documents to Defendant Oregon Health Authority.

## REQUESTS FOR PRODUCTION AND RESPONSES

**REQUEST FOR PRODUCTION NO.35:** All documents related to Your allegations that OHA interfered with Your business relationships as described in Your Second Amended Complaint, including but not limited to paragraphs107 through 113.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO.36:** All documents related to provider groups enrolling with Your competitors as described in Your Second Amended Complaint, including but not limited to paragraph 112.

PAGE 4-
137638800.1
FAMILYCARE INC.'S RESPONSE TO SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO
OREGON HEALTH AUTHORITY

SALERNO OWENS DECLARATION
EXHIBIT 9
Page 4 of 12

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation attorney-client communications and documents prepared in the course of or in anticipation of litigation.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 37:** All communications between You and anyone regarding provider groups enrolling with Your competitors as described in Your Second Amended Complaint, including but not limited to paragraph 112.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including but not limited to attorney-client communications and documents prepared in the course of or in anticipation of litigation.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 38:** All of Your contracts with health care providers mentioned in Your Second Amended Complaint including but not limited to paragraph 108.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 39:** All documents related to the Settlement Agreement.

PAGE 5-
137638800.1
FAMILYCARE INC.'S RESPONSE TO SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 9
Page 5 of 12

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation documents prepared in the course of or in anticipation of litigation, attorney-client communications, and documents subject to mediation privilege.  .  FamilyCare further objects that this Request is overly broad in that it seeks documents that are not related to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control that are relevant to the claims and defenses in this action, and will make those documents that are responsive, relevant, and non-privileged available for inspection.

**REQUEST FOR PRODUCTION NO. 40:** All documents related to Your expectation that OHA would not reduce Your rates to recover amounts paid to You before the proposed 2017 rates were issued as described in Your Second Amended Complaint, including but not limited to paragraph 94.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation attorney-client communications and documents prepared in the course of or in anticipation of litigation.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 41:** All documents related to the Dispute Resolution Agreement.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of

FAMILYCARE INC.'S RESPONSE TO SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 9
Page 6 of 12

any privileged documents, including without limitation attorney-client communications and documents prepared in the course of or in anticipation of litigation.  FamilyCare further objects that this Request is overly broad in that it seeks documents that are not related to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control that are relevant to the claims and defenses in this action, and will make those documents that are responsive, relevant, and non-privileged available for inspection.

**REQUEST FOR PRODUCTION NO. 42:** All communications between You and anyone regarding the Settlement Agreement.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation attorney-client communications and documents prepared in the course of or in anticipation of litigation.  FamilyCare further objects that this Request is duplicative of Requests for Production Nos. 1 and 39, and is overly broad in that it seeks documents that are not related to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.   Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control that are relevant to the claims and defenses in this action, and will make those documents that are responsive, relevant, and non-privileged available for inspection.

**REQUEST FOR PRODUCTION NO. 43:** All documents related to OHA's alleged failure to fulfill its obligations under the Dispute Resolution Agreement as described in Your Second Amended Complaint, including but not limited to paragraph 98.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of

FAMILYCARE INC.'S RESPONSE TO SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 9
Page 7 of 12

any privileged documents, including without limitation attorney-client communications and documents prepared in the course of or in anticipation of litigation. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 44:** All documents related to Your fulfillment of Your obligations under the Dispute Resolution Agreement as described in Your Second Amended Complaint, including but not limited to paragraph 99.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation attorney-client communications and documents prepared in the course of or in anticipation of litigation. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 45:** All communication between You and anyone regarding the Dispute Resolution Agreement.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation attorney-client communications and documents prepared in the course of or in anticipation of litigation. FamilyCare further objects that this Request is duplicative of Request for Production Nos. 41, 43 and 44, and is overly broad in that it seeks documents that are not related to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control that are relevant to

137638800.1    FAMILYCARE INC.'S RESPONSE TO SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 9
Page 8 of 12

the claims and defenses in this action, and will make those documents that are responsive, relevant, and non-privileged available for inspection.

**REQUEST FOR PRODUCTION NO. 46:** All documents related to the expenses You incurred in connection with the Dispute Resolution Agreement, as described in Your Second Amended Complaint, including but not limited to paragraphs 100 and 105.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation attorney-client communications and documents prepared in the course of or in anticipation of litigation.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 47:** All documents related to Your allegations that OHA "duped" You into signing the Dispute Resolution Agreement as described in Your Second Amended Complaint, including but not limited to paragraph 98.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation attorney-client communications and documents prepared in the course of or in anticipation of litigation.  FamilyCare further objects that this Request is duplicative of Requests for Production Nos. 41, 43 and 44.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control that are relevant to the claims and defenses in this action, and will make those documents that are responsive, relevant, and non-privileged available for inspection.

**REQUEST FOR PRODUCTION NO. 48:** All documents related to any damages You allege You have incurred in Your Second Amended Complaint.

PAGE 9-
137638800.1
FAMILYCARE INC.'S RESPONSE TO SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 9
Page 9 of 12

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation attorney-client communications and documents prepared in the course of or in anticipation of litigation.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 49:** All documents related to OHA's alleged interference with FamilyCare's employees, as described in Your Second Amended Complaint, including but not limited to paragraph 108.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation attorney-client communications and documents prepared in the course of or in anticipation of litigation.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 50:** All documents related to OHA's alleged interference with Oregon Health Plan members as described in Your Second Amended Complaint, including but not limited to paragraph 108.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation attorney-client communications and documents prepared in the course of or in anticipation of litigation.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive

PAGE 10-
137638800.1
FAMILYCARE INC.'S RESPONSE TO SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 9
Page 10 of 12

documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 51:** All communications between FamilyCare and the State of Oregon, including but not limited to communications between their respective agents, officers, executives, employees, and representatives from January 1, 2012 through the present, with the sole exception of communications between their litigation counsel.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare objects that this Request is duplicative of Requests for Production Nos. 31-32, 37, 41-42, and 45, and is overly broad in that it seeks documents that are not related to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.  Specifically, not only does this request seek a wide range of communications that have nothing to do with this dispute, it seeks communications that are far outside of the date range of documents discoverable in this action as stipulated by the parties.

DATED:  November 13, 2017

**PERKINS COIE LLP**


By:    */s/ Alletta Brenner*
        Stephen F. English, OSB No. 730843
        SEnglish@perkinscoie.com
        Thomas R. Johnson, OSB No. 010645
        TRJohnson@perkinscoie.com
        Alletta Brenner, OSB No. 142844
        ABrenner@perkinscoie.com
        Brian P. Samuelson, OSB No. 165476
        BSamuelson@perkinscoie.com
        1120 N.W. Couch Street, 10th Floor
        Portland, OR  97209-4128
        Telephone:  503.727.2000
        Facsimile:  503.727.2222

Attorneys for Plaintiff FamilyCare, Inc.

PAGE 11-
137638800.1
FAMILYCARE INC.'S RESPONSE TO SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO
OREGON HEALTH AUTHORITY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 9
Page 11 of 12

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Oregon that, on November 13, 2017, she caused to be served on the person(s) listed below in the manner shown:

**PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND REQUEST FOR PRODUCTION**

David B. Markowitz
Matthew A. Levin
Renée E. Rothauge
Dallas DeLuca
Harry B. Wilson
Laura Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
DavidMarkowitz@MarkowitzHerbold.com
MattLevin@MarkowitzHerbold.com
ReneeRothauge@Markowitzherbold.com
DallasDeLuca@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
Docket@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

☒    United States Mail, First Class

☒    By E-Mail

Dated at Portland, Oregon, on November 13, 2017.

*/s Alletta S. Brenner*
Alletta S. Brenner

PAGE  1-    CERTIFICATE OF SERVICE
137638800.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
SALERNO OWENS DECLARATION  Phone:  503.727.2000
EXHIBIT 9    Fax:  503.727.2222
Page 12 of 12