IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF MARION

FAMILYCARE, INC., an Oregon non-profit corporation,

                Plaintiff,

    v.

OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

                Defendant.

Case No. 17CV09226

**PLAINTIFF'S RESPONSE TO DEFENDANT'S THIRD REQUEST FOR PRODUCTION**

**PLAINTIFF FAMILYCARE, INC.'S RESPONSE TO DEFENDANT OREGON HEALTH AUTHORITY'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to ORCP 36 and 43, Plaintiff FamilyCare, Inc. ("FamilyCare") hereby provides its objections and responses to Defendant Oregon Health Authority's ("OHA") Third Request for Production of Documents ("Requests") as follows:

**RESERVATION OF RIGHTS**

FamilyCare makes the objections and responses herein (collectively, the "Responses") based on its interpretation and understanding of the Requests and based on its current knowledge, understanding and belief as to the facts and information available to it as of the date of the Responses. If OHA subsequently asserts an interpretation of any Request that differs from FamilyCare's understanding, FamilyCare reserves the right to modify its response. FamilyCare also reserves the right to complete its investigation and discovery of the facts, and to rely at trial or in other proceedings on documents and information in addition to the information provided

FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 1 of 42

herein, regardless of whether such information is newly discovered or newly in existence. However, the Responses shall not constitute an admission by FamilyCare that any of the Requests, any of the Responses, or any documents produced in connection therewith, are admissible as evidence in any trial or other proceeding. FamilyCare specifically reserves the right to object on any grounds, at any time, to the admission of any Response or any document produced in connection therewith in any such trial or other proceeding. Also, additional discovery and investigation may lead to additions to, changes in, or modifications of these Responses. Therefore, these Responses are provided without prejudice to FamilyCare's right to revise, amend, correct, supplement, modify or clarify these Responses.

FamilyCare does not waive any objection made in these Responses, nor any claim of privilege, whether expressly asserted or not, by providing any information or identifying any document or thing in response to any Request. The inadvertent disclosure of such information, or the inadvertent identification or production of such a document, shall not constitute a waiver of any applicable privilege as to that information, that document or any other information or document identified or produced by FamilyCare. All objections as to privilege, immunity, relevance, authenticity, or admissibility of any information or documents referred to herein are expressly reserved.

The information set forth in these Responses is information available to FamilyCare as of the date of these Responses; however, discovery is ongoing and FamilyCare may discover or develop additional materials or responses as this matter progresses.

### GENERAL OBJECTIONS

FamilyCare states the following general objections to OHA's Requests, which FamilyCare incorporates as objections to each individual Request, in addition to the individual objections set forth separately below.

PAGE 2- FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
137642696.2 THIRD REQUEST FOR PRODUCTION

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 2 of 42

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

1.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information and/or documents FamilyCare is legally or contractually prohibited from providing.

2.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information that is publicly available and is, therefore, as easily accessible to OHA as it is to FamilyCare.

3.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest privilege, the mediation privilege, and/or any other applicable doctrine of privilege or immunity.

4.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information not relevant to the claims or defenses of any party to this action or are not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefits.

5.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each calls for information or documents that do not exist, that are not in FamilyCare's possession, custody, or control, or that are equally available to OHA.

6.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they are not tailored to the subject matter of this lawsuit, and/or are so overly broad as to be unduly burdensome or oppressive.

7.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each is vague, ambiguous, overly broad, unduly burdensome, unreasonably cumulative or duplicative, or seek documents that are either irrelevant or not reasonably calculated to lead to the discovery of admissible evidence.

PAGE 3-    FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
137642696.2    THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 3 of 42

8.      FamilyCare objects to the Requests to the extent they seek material containing trade secret, confidential, and/or proprietary information.  FamilyCare further objects to the extent the Requests seek disclosure of information FamilyCare is prohibited by contract from disclosing without providing appropriate disclosure and/or ensuring confidentiality designations.  The production of any such documents shall be subject to the protective order as agreed to by the parties and accepted by the Court.

9.      FamilyCare objects to the date and location specified in the Requests for the production of documents, and will produce any responsive documents at a time and place as mutually agreed to by FamilyCare and OHA.

10.     FamilyCare objects to the Definitions of "FamilyCare" and of "OHA" to the extent they include or exclude individuals or entities not otherwise identified in the "Definitions" found within FamilyCare's Requests for Production of Documents to Defendant Oregon Health Authority.

## REQUESTS FOR PRODUCTION AND RESPONSES

**REQUEST FOR PRODUCTION NO. 52:** All documents related to the PowerPoint presentation identified in paragraph 48 of Your Second Amended Complaint, including but not limited to all documents used to create the PowerPoint presentation, all drafts of the PowerPoint presentation, all communications discussing the PowerPoint presentation, all documents supporting FamilyCare's claim of "inappropriate actuarial applications," all documents reviewed by Family Care's actuary prior to his "comments and explanations" on the PowerPoint, and all documents prepared by the actuary related to the PowerPoint.

**RESPONSE:**  FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request seeks the production of privileged documents, including without limitation documents prepared in anticipation of litigation.  FamilyCare states further that because this request is duplicative of prior requests for

PAGE 4-
137642696.2

FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 4 of 42

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

production, it has already produced relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 53:** All communications between You and CMS from January 1, 2014 through the present.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare further objects that this Request is overly broad in that it seeks documents that are outside the parties' agreed-upon date range for discovery, and that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare states that because this request is duplicative of prior requests for production, it has already produced relevant documents responsive to this request.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents in FamilyCare's possession, custody or control, and will produce those documents that are responsive, relevant, and non-privileged from January 1, 2015 onward.

**REQUEST FOR PRODUCTION NO. 54:** All documents related to FamilyCare's actuary identified in paragraphs 40, 41, 48, and 52 of the Second Amended Complaint, including but not limited to all documents FamilyCare's actuary "believed to be relevant and necessary to evaluate actuarial rates," all documents reviewed by FamilyCare's actuary, all documents prepared by FamilyCare's actuary, all documents related of the actuary's analysis of OHA's rates and rate setting process, and all documents that the actuary needs to "evaluate the 2017 rates and the process by which they were developed."

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is overly broad in that it seeks documents that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence, particularly because the actuary in question performs routine work for FamilyCare unrelated to its Medicaid line of

PAGE 5-
137642696.2

FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 5 of 42

business.  FamilyCare objects further that this request seeks the production of privileged documents, including without limitation documents prepared in anticipation of litigation, and documents that are already in the possession, custody and control of OHA or its agent Optumas.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for responsive documents that are in FamilyCare's possession, custody or control and will produce those documents that are responsive, relevant, and non-privileged.

**REQUEST FOR PRODUCTION NO. 55:** All communications between You and Your actuary identified in paragraphs 40, 41,48 and 52 of Your Second Amended Complaint.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request seeks the production of privileged documents, including without limitation documents prepared in anticipation of litigation and attorney-client communications.  FamilyCare further objects that this Request is overly broad in that it seeks documents that are outside the parties' agreed-upon date range for discovery, and that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence, particularly because the actuary in question performs routine work for FamilyCare unrelated to its Medicaid line of business.  FamilyCare also states that because this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents in FamilyCare's possession, custody or control, and will produce those documents that are responsive, relevant, and non-privileged.

**REQUEST FOR PRODUCTION NO. 56:** All documents related to the sale, acquisition, merger, strategic partnership, change of control, asset transfer, bulk reinsurance, or other disposition, in whole or in part (any of these, a "Disposition") or potential Disposition of FamilyCare, Inc. to or with anyone, including but not limited to all communications or records of oral communications discussing the Disposition or potential Disposition of FamilyCare, Inc., all

PAGE 6-
137642696.2    FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 6 of 42

Disposition transaction documents (including but not limited to agreements, offers, letters of intent, nondisclosure agreements, or due diligence, either binding or non-binding and either draft or final), and all agreements with agents, attorneys, brokers, investment bankers or any other third party hired by FamilyCare, Inc. in connection with a Disposition.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request seeks documents that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents in FamilyCare's possession, custody or control, and will make those documents that are responsive, relevant, and non-privileged available for inspection.

**REQUEST FOR PRODUCTION NO. 57:** All FamilyCare documents that OHA allegedly provided to any CCO as identified in paragraph 53 of Your Second Amended Complaint.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects to this Request to the extent that it seeks documents that are already in the possession, custody and control of OHA or its agent Optumas.  FamilyCare states that because this request is duplicative of prior requests for production, it has already produced all documents responsive to this request that are within its possession, custody or control.

**REQUEST FOR PRODUCTION NO. 58:** All communications between You and the Portland Business Journal, Willamette Week, Portland Tribune, Oregon Public Broadcasting, The Oregonian, the Lund Report, or any other media related to OHA, including but not limited to all of FamilyCare's communications responding to OHA's alleged "targeted press releases," all communications related to OHA's "communications plan," all communications related to OHA's

PAGE 7-
137642696.2

FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 7 of 42

rates or rate setting process, all communications related to FamilyCare's profits, and all communications related to FamilyCare being an "outlier."

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is overly broad in that it seeks documents that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence. FamilyCare states that because this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents in FamilyCare's possession, custody or control, and will produce those documents that are responsive, relevant, and non-privileged

**REQUEST FOR PRODUCTION NO. 59:** All communications between You and Lynne Saxton.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is overly broad in that it seeks documents that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence. FamilyCare states that because this request is duplicative of prior requests for production, it has already produced relevant documents responsive to this request. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents in FamilyCare's possession, custody or control, and will produce those documents.

**REQUEST FOR PRODUCTION NO. 60:** All documents related to any version of the Oregon Health System Transformation Quarterly Legislative Report identified in paragraph 57 of Your Second Amended Complaint, including but not limited to all documents showing that "OHA was aware that the financial information presented was not comparable," and all

PAGE 8-
137642696.2    FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 8 of 42

documents showing that "OHA chose to present the financial comparisons in a way that would fulfill its communications plan to portray FamilyCare as an outlier."

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is overly broad in that it seeks documents that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to this Request to the extent that it seeks documents that are already in the possession, custody and control of OHA. FamilyCare also states that because this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents in FamilyCare's possession, custody or control, and will produce those documents that are responsive and non-privileged.

**REQUEST FOR PRODUCTION NO. 61:** All communications between You and anyone regarding or that mentions Lynne Saxton, including but not limited to communications related to Ms. Saxton's alleged "communications plan," communications related to Ms. Saxton's resignation, communications related to Ms. Saxton's "apology" letter to FamilyCare, and communications related to Ms. Saxton's communications with the media.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is overly broad in that it seeks documents that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications. FamilyCare also states that because this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request. Subject to and without waiver of any rights,

PAGE 9-      FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
137642696.2   THIRD REQUEST FOR PRODUCTION

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 9 of 42

FamilyCare will conduct a reasonable and good faith search for any additional responsive documents in FamilyCare's possession, custody or control, and will produce those documents that are responsive and non-privileged.

**REQUEST FOR PRODUCTION NO. 62:** All communications between You and anyone related to OHA's "targeted press releases" identified in paragraph 57 of Your Second Amended Complaint.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is overly broad in that it seeks documents that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications.  FamilyCare states that because this request is duplicative of prior requests for production, it has already produced relevant documents responsive to this request.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents in FamilyCare's possession, custody or control, and produce those documents that are responsive and non-privileged.

**REQUEST FOR PRODUCTION NO. 63:** All communications between You and anyone related to OHA's alleged "communications plan" identified in paragraphs 46, 47,49, 50, 51, 54, 55, 56, 57, 58, 109, 110, 111, and 113 of Your Second Amended Complaint.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is overly broad in that it seeks documents that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications.  FamilyCare also states that because this

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 10 of 42

request is duplicative of prior requests for production, it has already produced relevant documents responsive to this request.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents in FamilyCare's possession, custody or control, and will produce those documents that are responsive and non-privileged.

**REQUEST FOR PRODUCTION NO. 64:** All documents related to the alleged "targeted press releases" that OHA sent to the Portland Business Journal, Willamette Week, Portland Tribune, Oregon Public Broadcasting, The Oregonian, and The Lund Report identified in paragraph 57 of Your Second Amended Complaint.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is overly broad in that it seeks documents that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product.  FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced relevant documents responsive to this request.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents in FamilyCare's possession, custody or control, and will produce those documents that are responsive and non-privileged.

**REQUEST FOR PRODUCTION NO. 65:** All communications between You and any of the health care providers related to OHA's alleged communications plan referred to in paragraph 108 of Your Second Amended Complaint.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is overly broad in that it seeks documents that are not relevant to any claim or defense at issue in this litigation and not

PAGE 11-
137642696.2

FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 11 of 42

reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced relevant documents responsive to this request. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents in FamilyCare's possession, custody or control, and will produce those documents that are responsive and non-privileged.

**REQUEST FOR PRODUCTION NO. 66:** All communications between You and any of the Oregon Health Plan members related to OHA's alleged communications plan referred to in paragraph 108 of Your Second Amended Complaint

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is overly broad in that it seeks documents that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced relevant documents responsive to this request. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents in FamilyCare's possession, custody or control, and will produce those documents that are responsive and non-privileged.

**REQUEST FOR PRODUCTION NO. 67:** All communications between You and any of Your employees related to OHA's alleged communications plan.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is overly broad in that it seeks documents that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 12 of 42

product.  FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced relevant documents responsive to this request.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents in FamilyCare's possession, custody or control, and will produce those that are responsive and non-privileged.

**REQUEST FOR PRODUCTION NO. 68:** All documents related to the valuation of FamilyCare, Inc. from January 1, 2012 through the present, including but not limited to any documents prepared by any actuary or other third party.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare further objects that this Request is overly broad in that it seeks documents that are outside the parties' agreed-upon date range for discovery, and that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation documents containing attorney work-product. FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced all non-privileged documents responsive to this request that it has within its custody and control.

**REQUEST FOR PRODUCTION NO. 69:** All communications between Jeff Heatherington and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare also objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product.  FamilyCare further states that because this request is duplicative of prior requests for

FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 13 of 42

production, it has already produced all relevant, non-privileged documents responsive to this request within its custody and control.

**REQUEST FOR PRODUCTION NO. 70:** All communications between Jeff Pawlowski and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation, attorney-client communications and documents containing attorney work-product.  Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 71:** All communications between Karen Carnahan and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation, attorney-client communications and documents containing attorney work-product.  Notwithstanding these objections, FamilyCare states that it has already produced, or will produce all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 72:** All communications between Janet Tesch and anyone related to the claims and defenses in this lawsuit.

PAGE 14-
137642696.2
FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 14 of 42

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation, attorney-client communications and documents containing attorney work-product.  Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 73:** All communications between Richard Barsotti and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product.  Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 74:** All communications between Robert Carus and anyone related to the claims and defenses in this lawsuit

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further

PAGE 15-
137642696.2
FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 15 of 42

objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product. Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 75:** All communications between Joe Hromco and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product. Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 76:** All communications between Patricia Parker and anyone related to the claims and defenses in this lawsuit

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product. Notwithstanding these objections, FamilyCare states that it has already produced, or

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 16 of 42

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 77:** All communications between Mike Riley and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product.  Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 78:** All communications between Carl Erickson and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product.  Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 79:** All communications between Matt Daskalos and anyone related to the claims and defenses in this lawsuit.

PAGE 17- FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
137642696.2 THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 17 of 42

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product.  Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 80:** All communications between Everett Newcomb and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product.  Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 81:** All communications between William Murray and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further

PAGE 18-
137642696.2
FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 18 of 42

objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product. FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced all relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 82:** All communications between Chong Lee and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product. FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request. Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 83:** All communications between Kevin Clancy and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-

PAGE 19-
137642696.2   FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 19 of 42

product.  FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced all relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 84:** All communications between Oscar Clark and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product.  Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 85:** All communications between Christopher Diaz and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is duplicative of OHA's other discovery requests, and that it is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product.  Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 20 of 42

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**REQUEST FOR PRODUCTION NO. 86:** All communications between Cheri Pfannes and anyone related to the claims and defenses in this lawsuit

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is duplicative of OHA's other discovery requests, and that it is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product. FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for additional responsive documents in FamilyCare's possession, custody or control, and will make those documents that are responsive, relevant, and non-privileged available for inspection.

**REQUEST FOR PRODUCTION NO. 87:** All communications between Joseph Badolato and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product. Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

PAGE 21- FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
137642696.2 THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 21 of 42

**REQUEST FOR PRODUCTION NO. 88:** All communications between Anthony Jackson and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is duplicative of OHA's other discovery requests, and that it is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product. FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced all relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 89:** All communications between Mary Brenner and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is duplicative of OHA's other discovery requests, and that it is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product. Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 90:** All communications between Cindy Becker and anyone related to the claims and defenses in this lawsuit.

PAGE 22-
137642696.2    FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 22 of 42

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is duplicative of OHA's other discovery requests, and that it is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product.  FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for additional responsive documents in FamilyCare's possession, custody or control, and will make those documents that are responsive, relevant, and non-privileged available for inspection..

**REQUEST FOR PRODUCTION NO. 91:** All communications between Robin Richardson and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product.  Notwithstanding these objections, FamilyCare states that it has already produced, or will produce, all non-privileged documents responsive to this request found within the files of those document custodians agreed to by the parties.

**REQUEST FOR PRODUCTION NO. 92:** All communications between Bill Guest and anyone related to the claims and defenses in this lawsuit.

PAGE 23-
137642696.2

FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 23 of 42

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is duplicative of OHA's other discovery requests, and that it is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to this Request to the extent it seeks the production of privileged documents, including without limitation attorney-client communications and documents containing attorney work-product.  FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for additional responsive documents in FamilyCare's possession, custody or control, and will make those documents that are responsive, relevant, and non-privileged available for inspection..

**REQUEST FOR PRODUCTION NO. 93:** All of FamilyCare's board of directors meeting minutes related to OHA's rate-setting process from January 1, 2012 through the present.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request seeks the production of privileged documents, including without limitation documents containing attorney-client communications and attorney work-product.  FamilyCare further objects that this Request is overly broad in that it seeks documents that are outside the parties' agreed-upon date range for discovery, and that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare states that because this request is duplicative of prior requests for production, it has already produced all relevant, non-privileged documents responsive to this request dated from January 1, 2015 onward.

**REQUEST FOR PRODUCTION NO. 94:** All communications between You and any testifying expert related to the claims and defenses in this lawsuit.

PAGE 24-
137642696.2

FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 24 of 42

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request seeks the production of privileged documents, including without limitation documents containing attorney-client communications and documents prepared in anticipation of litigation.  FamilyCare further objects that this Request seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure.

**REQUEST FOR PRODUCTION NO. 95:** All documents prepared or reviewed by any testifying expert You have hired to advise You related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request seeks the production of privileged documents, including without limitation documents containing attorney-client communications and documents prepared in anticipation of litigation.  FamilyCare further objects that this Request seeks information subject to expert testimony or opinion, which is not subject to discovery before trial under the Oregon Rules of Civil Procedure.

**REQUEST FOR PRODUCTION NO. 96:** All documents You have submitted to the charity division of the Oregon Department of Justice from January 1,2012 to the present.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request seeks documents that are outside the parties' agreed-upon date range for discovery, and that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 97:** All documents You have submitted to the IRS from January 1, 2012 to the present.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request seeks documents that are outside the parties' agreed-upon date range for discovery, and that are not relevant to any

PAGE 25-
137642696.2

FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 25 of 42

claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.   FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced, or will produce, all relevant, non-privileged documents responsive to this request dated from January 1, 2015 onward.

**REQUEST FOR PRODUCTION NO. 98:** All communications between You and Milliman related to the claims and defenses in this lawsuit

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is duplicative of OHA's other document requests and that it is vague, overbroad and seeks documents that are outside the parties' agreed-upon date range for discovery, and that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects that this Request seeks the production of privileged documents, including without limitation documents containing attorney-client communications and attorney work-product.  FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced all relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 99:** All of Your internal communications related to the State of Oregon's capitation rates for CCOs from January 1, 2012 through the present.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is duplicative of OHA's other document requests and that it is vague, overbroad and seeks documents that are outside the parties' agreed-upon date range for discovery, and that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to the extent that this Request seeks the production of privileged documents, including without limitation documents containing attorney-client communications and attorney work-product.  FamilyCare further states that because this

PAGE 26-
137642696.2
FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 26 of 42

request is duplicative of prior requests for production, it has already produced all relevant, non-privileged documents responsive to this request dated from January 1, 2015 onward.

**REQUEST FOR PRODUCTION NO. 100:** All communications between You and any CCO related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is duplicative of OHA's other document requests and that it is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced all relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 101:** All communications between You and any lobbyist related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is duplicative of OHA's other document requests and that it is vague, overbroad, and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced all relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 102:** All communications between You and anyone related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is duplicative of OHA's other document requests and that it is vague, overbroad and seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to

PAGE 27-  FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
137642696.2   THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 27 of 42

lead to the discovery of admissible evidence.  FamilyCare further states that because this request is wholly duplicative of prior requests for production, it has already all produced relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 103:** All communications between You and Ben Diederich.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is overly broad in that it seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further objects to the extent that this Request seeks the production of privileged documents, including without limitation documents containing attorney-client communications and attorney work-product.  Notwithstanding these objections, FamilyCare further states that because this request is duplicative of prior requests for production, it has already produced all relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 104:** All documents prepared by Ben Diederich for the January 17, 2017 meeting identified in paragraph 48 of Your Second Amended Complaint.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request seeks the production of privileged documents, including without limitation documents prepared in anticipation of litigation.  Notwithstanding these objections, FamilyCare states that because this request is duplicative of prior requests for production, it has already produced all relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 105:** All communications between You and Ben Diedrich related to documents FamilyCare was entitled to receive pursuant to the Dispute Resolution Agreement.

PAGE 28-    FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
137642696.2    THIRD REQUEST FOR PRODUCTION

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 28 of 42

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request seeks the production of privileged documents, including without limitation documents prepared in anticipation of litigation. Notwithstanding these objections, FamilyCare states that because this request is duplicative of prior requests for production, it has already produced all relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 106:** All communications between You and Ben Diedrich related to documents FamilyCare was not entitled to receive pursuant to the Dispute Resolution Agreement.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request seeks the production of privileged documents, including without limitation documents prepared in anticipation of litigation. Notwithstanding these objections, FamilyCare states that because this request is duplicative of prior requests for production, it has already produced all relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 107:** All documents related to Your communications with Oregon elected officials, including but not limited to any documents encouraging FamilyCare, Inc. employees to contact elected officials, all call logs of telephone calls to or from elected officials, and all notes from any communications with elected officials.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is overly broad in that it seeks documents that are neither relevant to any claim or defense at issue in this litigation, nor reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding these objections, FamilyCare states that because this request is duplicative of other discovery requests, it has already produced, or will produce, all relevant, non-privileged documents responsive to this request.

PAGE 29-    FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
137642696.2    THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 29 of 42

**REQUEST FOR PRODUCTION NO. 108:** All documents related to Your campaign contributions to any elected official, including but not limited to copies of checks or bank statements showing amounts of campaign contributions.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 109:** All documents related to the salary or compensation paid by You to Jeff Heatherington from January 2012 to the present, including but not limited to all paychecks paid to Jeff Heatherington, all bonuses paid to Jeff Heatherington, any reimbursements paid to Jeff Heatherington, and any other compensation paid to Jeff Heatherington.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 110:** All documents related to the number of Your members from January 1, 2014 through the present, including but not limited to documents related to the number of members served monthly, documents related to the number of members served yearly, and documents related to Your annual enrollment.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request seeks documents outside the parties' agreed-upon date range. FamilyCare further objects to this Request to the extent that it seeks documents that are already in the possession, custody and control of OHA. FamilyCare further states that it has already produced relevant, non-privileged documents responsive to this request. Subject to and without waiver of any rights, FamilyCare will conduct

PAGE 30-
137642696.2    FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 30 of 42

a reasonable and good faith search for additional responsive documents dated from January 1, 2015 onward that are in FamilyCare's possession, custody or control, and will produce those documents that are responsive, relevant and non-privileged.

**REQUEST FOR PRODUCTION NO. 111:** All non-privileged communications between You and Kelly Knivila from January 1, 2014 through the present.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is duplicative of OHA's other document requests and that it is vague, overbroad, and seeks documents outside the parties' agreed-upon date range and that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to the extent that this Request seeks the production of privileged documents, including without limitation attorney-client communications and attorney work product.  Notwithstanding these objections, FamilyCare states that because this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 112:** All non-privileged communications between You and Jeremy Sacks from January 1, 2014 through the present

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is duplicative of OHA's other document requests and that it is vague, overbroad, and seeks documents outside the parties' agreed-upon date range and that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to the extent that this Request seeks the production of privileged documents, including without limitation attorney-client communications and attorney work product.  Notwithstanding these objections, FamilyCare states that because this request is

FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 31 of 42

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 113:** All non-privileged communications between You and Reilley Keating from January 1, 2014 through the present.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is duplicative of OHA's other document requests and that it is vague, overbroad, and seeks documents outside the parties' agreed-upon date range and that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to the extent that this Request seeks the production of privileged documents, including without limitation attorney-client communications and attorney work product.  Notwithstanding these objections, FamilyCare states that because this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 114:** All documents related to bonuses paid to hospitals or centers, such as urgent care centers, in Your network from January 1, 2014 through the present, including but not limited to copies of all bonus checks paid to the hospitals.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request seeks documents outside the parties' agreed-upon date range and that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further states that it has already produced relevant, non-privileged documents responsive to this request.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for additional responsive documents dated from January 1, 2015 onward that are in FamilyCare's possession, custody or control, and will make those documents that are responsive, relevant and non-privileged available for inspection.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 32 of 42

**REQUEST FOR PRODUCTION NO. 115:** All documents related to bonuses paid to Your providers from January 1, 2014 through the present, including but not limited to copies of all bonus checks paid to providers.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is overbroad in that it seeks documents outside the parties' agreed-upon date range and that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further states that it has already produced relevant, non-privileged documents responsive to this request. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for additional responsive documents that are in FamilyCare's possession, custody or control, and will produce those documents that are responsive, relevant and non-privileged.

**REQUEST FOR PRODUCTION NO. 116:** All documents related to land owned by You, including but not limited to all documents showing ownership or title and the amount paid by You to acquire the land.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 117:** All documents related to the buildings owned by You, including but not limited to all documents showing ownership or title and the amount paid by You to acquire the buildings.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

PAGE 33-
137642696.2    FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 33 of 42

**REQUEST FOR PRODUCTION NO. 118:** All documents related to Jeff Heatherington's executive employment contract from January 1, 2012 through the present, including but not limited to all copies of the employment contract and all documents related to the negotiation of the employment contract.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request seeks documents that are outside the date-range agreed to by the parties, and that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 119:** All documents related to Your donations to the Heatherington Foundation for Innovation and Education in Health Care, including but not limited to copies of all donation checks and copies of all wire transfers from You to the Heatherington Foundation for innovation and Education in Health Care.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 120:** All communications between You and Pricewaterhouse Coopers LLP related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is duplicative of OHA's other document requests and that it is overly broad in that it seeks documents that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to the extent this Request seeks the production of privileged documents, including without limitation documents prepared in anticipation of litigation. Notwithstanding these objections, FamilyCare states that because

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 34 of 42

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 121:** All documents prepared by Pricewaterhouse Coopers LLP related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is duplicative of OHA's other document requests and that it is overly broad in that it seeks documents that are not relevant to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further objects to the extent this Request seeks the production of privileged documents, including without limitation documents prepared in anticipation of litigation. Notwithstanding these objections, FamilyCare states that because this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 122:** All documents related to any loans from FamilyCare, Inc. to Jeff Heatherington, including but not limited to all promissory notes signed by Jeff Heatherington.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 123:** All communications between You and any employee of Stoel Rives LLP related to the claims and defenses in this lawsuit.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is duplicative of OHA's other document requests, that it is vague and overbroad, and that it seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to

PAGE 35- FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
137642696.2 THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 35 of 42

lead to the discovery of admissible evidence.  FamilyCare further objects that this Request seeks the production of privileged documents, including without limitation attorney-client communications and documents prepared in anticipation of litigation.  Notwithstanding these objections, FamilyCare states that because this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 124:** All documents related to FamilyCare, Inc.'s political contributions, including but not limited to all communications plans related to political contributions, all communications related to potential political contributions, all internal communications related to political contributions, and internal communications related to potential political contributions.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 125:** All documents related to money You have paid to lobbyists from January 1, 2014 through the present, including but not limited to copies of checks, proof of wire transfers, or credit card statements showing payments made to lobbyists.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 126:** All documents related to Your hiring of lobbyists from January 1, 2014 through the present, including but not limited to all contracts between You and any lobbyists and all documents related to Your meetings with lobbyists.

PAGE 36-    FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
137642696.2    THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 36 of 42

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 127:** All communications between You and any lobbyists related to OHA from January 1, 2014 through the present, including but not limited to all communications related to the claims and defenses in this lawsuit, all communications related to OHA setting of FamilyCare Inc.'s rates, all communications related to Your relationship with OHA, all communications with lobbyists related to press releases, and all communications with lobbyists related to proposed legislation.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is duplicative of OHA's other document requests, including but not limited to Request No. 101, that it seeks documents outside the parties' agreed-upon date range and that it seeks documents are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  Notwithstanding these objections, FamilyCare states that because this request is duplicative of prior requests for production, it has already produced relevant, non-privileged documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 128:** All documents related to Your communications with Oregon elected officials or their staff members from January 1, 2014 through the present regarding or mentioning OHA, including but not limited to communications plans for discussions with elected officials or their staff members, all communications with elected officials or their staff members, and all documents related to strategies for contacting or communicating with elected officials of their staff members.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is overbroad in that it

PAGE 37- FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
137642696.2 THIRD REQUEST FOR PRODUCTION

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 37 of 42

seeks documents outside the parties' agreed-upon date range and that it seeks documents are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further states that it has already produced relevant, non-privileged documents responsive to this request.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for additional responsive documents dated from January 1, 2015 onward that are in FamilyCare's possession, custody or control, and will make those documents that are responsive, relevant and non-privileged available for inspection.

**REQUEST FOR PRODUCTION NO. 129:** All communications between You and any elected official related to OHA from January 1, 2014 through the present, including but not limited to all communications related to the claims and defenses in this lawsuit, all communications related to Your rates, all communications related to CCOs, and all communications related to proposed legislation.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is overbroad in that it seeks documents outside the parties' agreed-upon date range and that it seeks documents are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further states that it has already produced relevant, non-privileged documents responsive to this request.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for additional responsive documents dated from January 1, 2015 onward that are in FamilyCare's possession, custody or control, and will produce those documents that are responsive, relevant and non-privileged.

**REQUEST FOR PRODUCTION NO. 130:** All communications plans related to Your relationship with OHA from January 1, 2014 through the present, including but not limited to communications plans related to the claims and defenses in this lawsuit.

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 38 of 42

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is overbroad in that it seeks documents outside the parties' agreed-upon date range and that it seeks documents are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further states that it has already produced relevant, non-privileged documents responsive to this request.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for additional responsive documents dated from January 1, 2015 onward that are in FamilyCare's possession, custody or control, and will make those documents that are responsive, relevant and non-privileged available for inspection.

**REQUEST FOR PRODUCTION NO. 131:** All documents prepared by You or on Your behalf related to proposed legislation from January 1, 2014 through the present, including but not limited to any proposed changes to bills, all documents given to elected officials or their staff related to proposed legislation, and all documents related to the impact that proposed legislation would have on You.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein.  FamilyCare specifically objects that this Request is overbroad, in that it seeks documents outside the parties' agreed-upon date range and that it seeks documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence.  FamilyCare further states that it has already produced relevant, non-privileged documents responsive to this request.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for additional responsive documents dated from January 1, 2015 onward that are in FamilyCare's possession, custody or control, and will make those documents that are responsive, relevant and non-privileged available for inspection.

PAGE 39-
137642696.2

FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 39 of 42

**REQUEST FOR PRODUCTION NO. 132:** All media plans related to Your relationship with OHA from January 1, 2014 through the present.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is overbroad in that it seeks documents outside the parties' agreed-upon date range and that it seeks documents are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further states that it has already produced relevant, non-privileged documents responsive to this request. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for additional responsive documents dated from January 1, 2015 onward that are in FamilyCare's possession, custody or control, and will make those documents that are responsive, relevant and non-privileged available for inspection.

**REQUEST FOR PRODUCTION NO. 133:** All documents related to Your communications with any media regarding or mentioning Your relationship with OHA from January 1, 2014 through the present, including but not limited to any communications with the media regarding Your relationship with OHA, all statements given to the media regarding Your relationship with OHA, and all communications related to discussing Your relationship with OHA with the media.

**RESPONSE:** FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare specifically objects that this Request is overbroad in that it seeks documents outside the parties' agreed-upon date range and documents that are neither relevant to any claim or defense at issue in this litigation nor reasonably calculated to lead to the discovery of admissible evidence. FamilyCare further states that it has already produced relevant, non-privileged documents responsive to this request. Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for additional responsive documents dated from January 1, 2015 onward that are in FamilyCare's possession, custody or

PAGE 40-    FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
137642696.2    THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 40 of 42

control, and will make those documents that are responsive, relevant and non-privileged available for inspection.

DATED:  December 1, 2017

**PERKINS COIE LLP**

By:    */s/ Alletta Brenner*
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian P. Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff FamilyCare, Inc.

PAGE 41-
137642696.2
FAMILYCARE INC.'S RESPONSE TO DEFENDANT'S
THIRD REQUEST FOR PRODUCTION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 41 of 42

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Oregon that, on December 1, 2017, she caused to be served on the person(s) listed below in the manner shown:

**PLAINTIFF'S RESPONSE TO DEFENDANT'S THIRD REQUEST FOR PRODUCTION**

David B. Markowitz
Matthew A. Levin
Renée E. Rothauge
Dallas DeLuca
Harry B. Wilson
Laura Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
DavidMarkowitz@MarkowitzHerbold.com
MattLevin@MarkowitzHerbold.com
ReneeRothauge@Markowitzherbold.com
DallasDeLuca@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
Docket@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

☒    United States Mail, First Class

☒    By E-Mail

Dated at Portland, Oregon, on December 1, 2017.

/s Alletta S. Brenner
Alletta S. Brenner

PAGE  1-    CERTIFICATE OF SERVICE
137642696.2

SALERNO OWENS DECLARATION
EXHIBIT 10
Page 42 of 42

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222