IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>                    Defendant. | Case No. 17CV09226<br><br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS** |

**<ins>PLAINTIFF FAMILYCARE, INC.'S RESPONSE TO DEFENDANT OREGON</ins>**

**<ins>HEALTH AUTHORITY'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS</ins>**

Pursuant to ORCP 36 and 43, Plaintiff FamilyCare, Inc. ("FamilyCare") hereby provides

its objections and responses to Defendant Oregon Health Authority's ("OHA") Fourth Request

for Production of Documents ("Requests") as follows:

**<ins>RESERVATION OF RIGHTS</ins>**

FamilyCare makes the objections and responses herein (collectively, the "Responses")

based on its interpretation and understanding of the Requests and based on its current

knowledge, understanding and belief as to the facts and information available to it as of the date

of the Responses.  If OHA subsequently asserts an interpretation of any Request that differs from

FamilyCare's understanding, FamilyCare reserves the right to modify its response.  FamilyCare

also reserves the right to complete its investigation and discovery of the facts, and to rely at trial

or in other proceedings on documents and information in addition to the information provided

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

herein, regardless of whether such information is newly discovered or newly in existence. However, the Responses shall not constitute an admission by FamilyCare that any of the Requests, any of the Responses, or any documents produced in connection therewith, are admissible as evidence in any trial or other proceeding. FamilyCare specifically reserves the right to object on any grounds, at any time, to the admission of any Response or any document produced in connection therewith in any such trial or other proceeding. Also, additional discovery and investigation may lead to additions to, changes in, or modifications of these Responses. Therefore, these Responses are provided without prejudice to FamilyCare's right to revise, amend, correct, supplement, modify or clarify these Responses.

FamilyCare does not waive any objection made in these Responses, nor any claim of privilege, whether expressly asserted or not, by providing any information or identifying any document or thing in response to any Request. The inadvertent disclosure of such information, or the inadvertent identification or production of such a document, shall not constitute a waiver of any applicable privilege as to that information, that document or any other information or document identified or produced by FamilyCare. All objections as to privilege, immunity, relevance, authenticity, or admissibility of any information or documents referred to herein are expressly reserved.

The information set forth in these Responses is information available to FamilyCare as of the date of these Responses; however, discovery is ongoing and FamilyCare may discover or develop additional materials or responses as this matter progresses.

## **GENERAL OBJECTIONS**

FamilyCare states the following general objections to OHA's Requests, which FamilyCare incorporates as objections to each individual Request, in addition to the individual objections set forth separately below.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

1.　　　FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information and/or documents FamilyCare is legally or contractually prohibited from providing.

2.　　　FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information that is publicly available and is, therefore, as easily accessible to OHA as it is to FamilyCare.

3.　　　FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest privilege, the mediation privilege, and/or any other applicable doctrine of privilege or immunity.

4.　　　FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information not relevant to the claims or defenses of any party to this action or are not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefits.

5.　　　FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each calls for information or documents that do not exist, that are not in FamilyCare's possession, custody, or control, or that are equally available to OHA.

6.　　　FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they are not tailored to the subject matter of this lawsuit, and/or are so overly broad as to be unduly burdensome or oppressive.

7.　　　FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each is vague, ambiguous, overly broad, unduly burdensome, unreasonably cumulative or duplicative, or seek documents that are either irrelevant or not reasonably calculated to lead to the discovery of admissible evidence.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

8.    FamilyCare objects to the Requests to the extent they seek material containing trade secret, confidential, and/or proprietary information.  FamilyCare further objects to the extent the Requests seek disclosure of information FamilyCare is prohibited by contract from disclosing without providing appropriate disclosure and/or ensuring confidentiality designations. The production of any such documents shall be subject to the protective order as agreed to by the parties and accepted by the Court.

9.    FamilyCare objects to the date and location specified in the Requests for the production of documents, and will produce any responsive documents at a time and place as mutually agreed to by FamilyCare and OHA.

10.    FamilyCare objects to the Definitions of "FamilyCare" and of "OHA" to the extent they include or exclude individuals or entities not otherwise identified in the "Definitions" found within FamilyCare's Requests for Production of Documents to Defendant Oregon Health Authority.

## REQUESTS FOR PRODUCTION AND RESPONSES

**REQUEST FOR PRODUCTION NO. 153:**  All documents related to any potential or actual, present or future downsizing, wind up or dissolution or similar transaction however characterized through any legal mechanism of FamilyCare, including but not limited to minutes of board meetings, and all communications between You and anyone discussing the ditto wind up or dissolution.

**RESPONSE:**  FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation attorney-client communications.  FamilyCare further objects that this Request is duplicative of prior Requests for Production and is overly broad in that it seeks documents that are not related to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiver of any rights, FamilyCare will conduct a

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

reasonable and good faith search for any additional responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 154:**  All documents related to the actual or potential merger, sale of assets, membership transfer, corporate reorganization, change of control, acquisition, or similar transaction however characterized through any legal mechanism of FamilyCare to anyone, including but not limited to all documents related to offers or communications to FamilyCare to engage in, negotiate or discuss any such transaction.

**RESPONSE:**  FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation attorney-client communications.  FamilyCare further objects that this Request is duplicative of prior Requests for Production and is overly broad in that it seeks documents that are not related to any claim or defense at issue in this litigation and not reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.

**REQUEST FOR PRODUCTION NO. 155:**  All documents related to Your board of directors' direction, instruction, resolution, or vote that You should not sign a contract amendment with OHA that results in a loss to You, or any other financial conditions a contract amendment with OHA must satisfy, including but not limited to minutes of board meetings.

**RESPONSE:**  FamilyCare incorporates its Reservation of Rights and General Objections as set forth fully herein. FamilyCare objects to the extent this Request seeks the production of any privileged documents, including without limitation attorney-client communications. FamilyCare states also that this Request is duplicative of prior Requests for Production and that

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

documents responsive to this request have already been produced.  Subject to and without waiver of any rights, FamilyCare will conduct a reasonable and good faith search for any additional responsive documents that are in FamilyCare's possession, custody or control, and will make responsive, non-privileged documents available for inspection.


DATED:  January 29, 2018                   **PERKINS COIE LLP**


By:  */s/ Alletta Brenner*
     Stephen F. English, OSB No. 730843
     SEnglish@perkinscoie.com
     Thomas R. Johnson, OSB No. 010645
     TRJohnson@perkinscoie.com
     Alletta Brenner, OSB No. 142844
     ABrenner@perkinscoie.com
     Brian P. Samuelson, OSB No. 165476
     BSamuelson@perkinscoie.com
     1120 N.W. Couch Street, 10th Floor
     Portland, OR  97209-4128
     Telephone:  503.727.2000
     Facsimile:  503.727.2222

Attorneys for Plaintiff FamilyCare, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Oregon that, on January 29, 2018, she caused to be served on the person(s) listed below in the manner shown:

**PLAINTIFF'S RESPONSE TO DEFENDANT'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS**

David B. Markowitz
Matthew A. Levin
Renée E. Rothauge
Dallas DeLuca
Harry B. Wilson
Laura Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
DavidMarkowitz@MarkowitzHerbold.com
MattLevin@MarkowitzHerbold.com
ReneeRothauge@Markowitzherbold.com
DallasDeLuca@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
Docket@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

☒    United States Mail, First Class

☒    By E-Mail


Dated at Portland, Oregon, on January 29, 2018.


*/s Alletta S. Brenner*
Alletta S. Brenner

SALERNO OWENS DECLARATION
EXHIBIT 11
Page 7 of 7

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222