Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Matthew P. Gordon, *pro hac vice*
MGordon@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | No. 6:18-cv-00296-MO<br><br>**PLAINTIFF FAMILYCARE, INC.'S RESPONSE TO DEFENDANT OREGON HEALTH AUTHORITY'S SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS** |

Pursuant to FRCP 34, Plaintiff responds to Defendant Oregon Health Authority's

("OHA") Seventh Request for Production of Documents as follows:

1- FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS

140527200.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 14
Page 1 of 9

## RESERVATION OF RIGHTS

1.　　FamilyCare makes the objections and responses herein (collectively, the "Responses") based on its interpretation and understanding of the Requests and based on its current knowledge, understanding and belief as to the facts and information available to it as of the date of the Responses. If OHA subsequently asserts an interpretation of any Request that differs from FamilyCare's understanding, FamilyCare reserves the right to modify its response. FamilyCare also reserves the right to complete its investigation and discovery of the facts, and to rely at trial or in other proceedings on documents and information in addition to the information provided herein, regardless of whether such information is newly discovered or newly in existence. However, the Responses shall not constitute an admission by FamilyCare that any of the Requests, any of the Responses, or any documents produced in connection therewith, are admissible as evidence in any trial or other proceeding. FamilyCare specifically reserves the right to object on any grounds, at any time, to the admission of any Response or any document produced in connection therewith in any such trial or other proceeding. Also, additional discovery and investigation may lead to additions to, changes in, or modifications of these Responses. Therefore, these Responses are provided without prejudice to FamilyCare's right to revise, amend, correct, supplement, modify or clarify these Responses.

2.　　FamilyCare does not waive any objection made in these Responses, nor any claim of privilege, whether expressly asserted or not, by providing any information or identifying any document or thing in response to any Request. The inadvertent disclosure of such information, or the inadvertent identification or production of such a document, shall not constitute a waiver of any applicable privilege as to that information, that document or any other information or document identified or produced by FamilyCare. All objections as to privilege, immunity, relevance, authenticity, or admissibility of any information or documents referred to herein are expressly reserved.

3.　　The information set forth in these Responses is information available to

2-

140527200.1

FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SEVENTH REQUEST FOR
PRODUCTION OF DOCUMENTS

SALERNO OWENS DECLARATION
EXHIBIT 14
Page 2 of 9

FamilyCare as of the date of these Responses; however, discovery is ongoing and FamilyCare may discover or develop additional materials or responses as this matter progresses.

## GENERAL OBJECTIONS

FamilyCare states the following general objections to OHA's Requests, which FamilyCare incorporates as objections to each individual Request, in addition to the individual objections set forth separately below.

1.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information and/or documents FamilyCare is legally or contractually prohibited from providing.

2.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information that is publicly available or that has been previously provided to OHA by FamilyCare and is, therefore, as easily accessible to OHA as it is to FamilyCare.

3.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest privilege, the mediation privilege, and/or any other applicable doctrine of privilege or immunity.

4.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information not relevant to the claims or defenses of any party to this action or are not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefits.

5.    FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each calls for information or documents that do not exist, that are not in FamilyCare's possession, custody, or control, or that are equally available to OHA.

3-    FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS

140527200.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 14
Page 3 of 9

6.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they are not tailored to the subject matter of this lawsuit, and/or are so overly broad as to be unduly burdensome or oppressive.

7.      FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each is vague, ambiguous, overly broad, unduly burdensome, unreasonably cumulative or duplicative, or seek documents that are either irrelevant or not reasonably calculated to lead to the discovery of admissible evidence.

8.      FamilyCare objects to the Requests to the extent they seek material containing trade secret, confidential, and/or proprietary information. FamilyCare further objects to the extent the Requests seek disclosure of information FamilyCare is prohibited by contract from disclosing without providing appropriate disclosure and/or ensuring confidentiality designations. The production of any such documents shall be subject to the protective order as agreed to by the parties and accepted by the Court.

9.      FamilyCare objects to the date and location specified in the Requests for the production of documents, and will produce any responsive documents at a time and place as mutually agreed to by FamilyCare and OHA.

10.     FamilyCare objects to the Definitions of "FamilyCare" and of "OHA" to the extent they include or exclude individuals or entities not otherwise identified in the "Definitions" found within FamilyCare's Requests for Production of Documents to Defendant Oregon Health Authority.

### RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 226:**  All documents, including without limitation raw data, data files, and computer code, macros, and script (including SQL and SAS files), related to Your development or risk scores and redevelopment or evaluation of Optumas' and OHA's risk scores.

4-      FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SEVENTH REQUEST FOR
PRODUCTION OF DOCUMENTS

140527200.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

SALERNO OWENS DECLARATION
EXHIBIT 14
Page 4 of 9

**RESPONSE:** FamilyCare objects that this request is overbroad and seeks documents not relevant to any claim or defense in this action. FamilyCare further objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA, and/or documents protected from disclosure by privilege.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 227:** All documents created or edited by current or former FamilyCare employee Ross McDonald related to capitation rates or risk scores.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action. FamilyCare further objects to this request to the extent that it seeks documents that have been previously provided or produced to OHA.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 228:** All data files related to and including the files named step1.sas7bdat and step2.sas7bdat.

**RESPONSE:** FamilyCare objects that this request is overbroad, unduly burdensome, and seeks documents not relevant to any claim or defense in this action. FamilyCare further objects that this request is vague and ambiguous, as FamilyCare does not recognize the file names identified in the request.

5- FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS

140527200.1

SALERNO OWENS DECLARATION
EXHIBIT 14
Page 5 of 9

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for files with names containing "step1.sas7bdat" and "step2.sas7bdat" and will produce such files within its custody or control to OHA.

**REQUEST FOR PRODUCTION NO. 229:**  All medical studies, medical literature, published or internal studies, or research that support FamilyCare's assertion that its business model resulted in or would have resulted in savings to the Oregon health care system.

**RESPONSE:**  FamilyCare objects that this request is overbroad and unduly burdensome as it is largely duplicative of previous requests.  In response to such requests, FamilyCare has already produced documents supportive of its position that its business model has resulted in savings and/or would have resulted in savings to the Oregon health care system.  FamilyCare further objects insofar as this request seeks information that is publicly available and is therefore as easily accessible to OHA as it is to FamilyCare.

Subject to and without waiving the general objections stated above or the specific objections in this response, FamilyCare will conduct a reasonable and good faith search for any additional documents responsive to this request and will produce non-privileged documents within its custody or control to OHA.

6- FAMILYCARE, INC.'S RESPONSE TO DEFENDANT'S SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS

140527200.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED:  July 16, 2018                 **PERKINS COIE LLP**


By: */s/ Stephen F. English*
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Matthew P. Gordon, *pro hac vice*
MGordon@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian P. Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Plaintiff FamilyCare, Inc.*

7-    FAMILYCARE, INC.'S RESPONSE TO
DEFENDANT'S SEVENTH REQUEST FOR
PRODUCTION OF DOCUMENTS

140527200.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

# CERTIFICATE OF SERVICE

I hereby certify that on the July 16, 2018 I caused the foregoing *PLAINTIFF*

*FAMILYCARE, INC.'S RESPONSE TO DEFENDANT OREGON HEALTH*

*AUTHORITY'S SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS* to be served

on the following parties at the following addresses:

David B. Markowitz
Matthew A. Levin
Renée E. Rothauge
Dallas DeLuca
Harry B. Wilson
Laura Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Ave, Ste 3000
Portland, OR  97204
DavidMarkowitz@MarkowitzHerbold.com
MattLevin@MarkowitzHerbold.com
ReneeRothauge@Markowitzherbold.com
DallasDeLuca@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
Docket@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority and*
*Patrick Allen*

Peter R. Mersereau
Beth Plass
Mersereau Shannon LLP
111 SW Columbia St, Ste 1100
Portland, OR  97201
PMersereau@mershanlaw.com
Bplass@mershanlaw.com

*Attorney for Lynne Saxton*

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen
851 SW 6th Ave Ste 1500
Portland OR 97204
eknight@dunncarney.com
mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Anna Sortun
Tonkon Torp LLP
888 SW 5th Ave Ste 1600
Portland OR 97204
anna.sortun@tonkon.com

*Attorney for Cascade Health Alliance,*
*LLC, Western Oregon Advanced Health,*
*LLC, and Umpqua Health Alliance*

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy Ste 900
Portland OR 97209
dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC and*
*Jackson Care Connect*

Frank V. Langfitt III
Miller Nash Graham & Dunn LLP
111 SW 5th Ave Ste 3400
Portland OR 97204
frank.langfitt@millernash.com

*Attorney for Eastern Oregon Coordinated*
*Care Organization, LLC*

1-    CERTIFICATE OF SERVICE

140437999.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Gregory A. Chaimov
Christopher McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Ave, Suite 2400
Portland, OR 97201-5610
gregorychaimov@dwt.com

*Attorneys for Health Share of Oregon*

Eric A Lindenauer
Garvey Schubert Barer
121 SW Morrison St 11th Fl
Portland OR 97204
elindenauer@gsblaw.com

*Attorney for PacificSource Community Solutions*

Arden J. Olson
Lorelei A. Craig
Harrang Long Gary Rudnick PC
360 E 10th Ave Ste 300
Eugene OR 97401
arden.j.olson@harrang.com
lorelei.craig@harrang.com

*Attorney for Willamette Valley Community Health, LLC*

Brian M. Parrott
Brian M. Parrott LLC
851 SW 6th Ave Ste 1500
Portland OR  97204
brian@bparrott-law.com

*Attorney for PrimaryHealth of Josephine County, LLC*

W. Chris Jenkins
Tyler G. Jacobsen
Samaritan Health Services
2300 NW Walnut Blvd
Corvallis OR 97330
wjenkins@samhealth.org
tjacobsen@samhealth.org

*Attorney for Intercommunity Health Network - Coordinated Care Organization*

Joel A. Parker
Jeffrey D. Hern
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave Ste 1900
Portland OR 97204
jparker@schwabe.com
jhern@schwabe.com

*Attorneys for Trillium Community Health Plan, Inc*

Peter F. Stoloff
Peter F Stoloff PC
5285 Meadows Rd Ste 235
Lake Oswego OR 97035
pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care Organization*

B. Scott Whipple
Whipple Law Office LLC
1675 SW Marlow Ave Ste 201
Portland OR  97225
scott@whipplelawoffice.com

*Attorney for Asian Health and Service Center*

☒  United States Mail, First Class

☒  By E-Mail

Dated at Portland, Oregon, on July 16, 2018

*/s Stephen F. English*
Stephen F. English

2-  CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

140437999.1

SALERNO OWENS DECLARATION
EXHIBIT 14
Page 9 of 9