

## FamilyCare v OHA: Defensibility Report

### Description of matter and discovery scope

In this matter, which involves a dispute between FamilyCare, Inc. ("FamilyCare") and the Oregon Health Authority ("OHA"), FamilyCare has collected, reviewed and produced documents from thirteen custodians thus far. For the first ten custodians,[1] documents were collected, search terms were applied to identify potentially relevant documents, and then these documents were reviewed for responsiveness and confidentiality by Perkins Coie review attorneys using a traditional, linear process. For the last three document custodians,[2] however, FamilyCare opted to use Technology Assisted Review ("TAR") as an additional step to aid in identifying potentially relevant documents. The reason for this shift in workflow was due to the very short timeline between when these last three document custodians were added (December 1) and the deadline for document discovery to be complete (December 15). Per the terms of the parties' prior agreement by conferral, and prior to utilizing such technology, FamilyCare notified OHA on December 4, 2017 it intended to use TAR for this final portion of its document production, and provided a general overview of the manner in which it would be used. During subsequent conferral discussions, OHA confirmed that it did not object to FamilyCare's use of TAR, but requested that FamilyCare provide a defensibility report at the conclusion of document discovery. This report is intended to supplement the overview that was already provided with sufficient detail to confirm the defensibility of FamilyCare's use of TAR in this matter.

### Description of workflow utilized for review of documents using TAR

In this case, FamilyCare's e-discovery team applied a prioritized review workflow leveraging Brainspace 5.4 as the TAR document classifier.

Brainspace is a piece of statistical machine learning analytics software that is able to learn, through human training, how to classify potentially responsive documents. The program is provided with a large number of training documents (a "seed set"), labeled by classification (in this situation, responsive and non-responsive). From these examples, Brainspace learns what a responsive and non-responsive document looks like, not based on key terms but an understanding of the conceptual universe of the matter. Then, Brainspace is presented with a new set of unclassified documents (a "potential review set"), which it ranks by probability of responsiveness. Taken together, this process is popularly known as "predictive coding."

---

[1] Heather Raeburn, Kevin Clancy, Jack Coleman, Jeff Heatherington, William Murray, Art Suchorzewski, Lisa Jones, Kelly Knivilia, Jeremy Sacks and Reilley Keating
[2] Bill Guest, Cindy Becker and Cheri Pfannes



Perkins Coie collected, processed, and applied previously agreed upon search terms to email collected from the three last document custodians. Then, after applying the date filter, the 77,467 records were promoted to Relativity, the e-discovery review platform. These 77,467 records formed the corpus of the potential review set.

The team then used work product from 62,127 previously reviewed documents from its linear review of the first ten document custodians as a seed set to train Brainspace. The workflow that follows accounts for three main groups of documents within that set: 1) documents ranked with a probability of responsiveness score ("predictive rank") by Brainspace; 2) documents withheld from Brainspace classification because of text size restrictions; and 3) documents excluded from analysis by Brainspace because the system could not classify them.

Given the short timeline for production, the team used a three-phase review process. In Phase 1, they used Brainspace's predictive coding to identify potentially responsive documents, prioritizing their review. In Phase 2, the team re-reviewed responsive documents as well as those documents excluded from Brainspace classification in order to apply confidentiality and privilege designations.  In Phase 3, which is still ongoing, the team used a variety of sampling and analytical methods to confirm that no potentially responsive documents were left behind and not promoted to review during the first two phases.

## **Phase 1 - Training the Brain**

The e-discovery team used as an initial seed set 62,127 documents previously reviewed and categorized for responsiveness by Perkins Coie review attorneys during their linear review of documents from the first ten custodians. This seed set was fed into Brainspace, which used it to learn the linguistic and conceptual framework of the case. Brainspace then classified the 77,467 records in the potential review set.

Brainspace classified the potential review set by assigning a predictive rank to documents in the potential review set on a scale from 0.0 to 1.0, with 1.0 indicating an attorney-coded responsive document and 0.0 indicating an attorney-coded non-responsive document. In other words, the more closely a document's predictive rank hewed to 1.0, the more likely the document was to be responsive, according to Brainspace. Based on the results from the seed set, the team settled on .3 as the point at which it would terminate attorney review (the "cutoff point"). In other words, Perkins Coie review attorneys would only review any document ranked .3 or higher.

In order to validate Brainspace's predictive coding as well as the provisional cutoff point, the team completed eleven rounds of attorney review and an inconsistency check:



- Round 001 – This round served as the seed round and established the baseline for the review. This round contained 59,374 records; 32,909 were coded responsive and 26,465 non-responsive.

- Round 002 – After completing the seed round, the team generated a search containing all records with a predictive rank greater than .30. From those records, the team generated a random sample 3,600 records.  These documents were batched for review. The coding was then submitted back to Brainspace to allow it to re-rank the dataset.

- Round 003 -  After completing Round 002, the team revisited the search containing all records with a predictive rank greater than .30 and generated another random sample from that search set of 3,588 records.This was batched for review. The coding was then submitted back to Brainspace to allow it to re-rank the dataset.

- Round 004 - After completing Round 003, the team revisited the search containing all records with a predictive rank greater than .30 and generated another random sample from that search set of 3,600 records. This was batched for review. The coding was then submitted back to Brainspace to allow it to re-rank the dataset.

- Round 005 - After completing Round 004, the team revisited the search containing all records with a predictive rank greater than .30. Only 1,863 records had yet to be reviewed by attorneys and the records were batched for review. The coding was then submitted back to Brainspace to allow it to re-rank the dataset.

- Round 006 - After completing Round 005, Brainspace generated a Diverse Learning round of 3,000 documents. The Diverse Learning round was designed to find the documents with the most diversity in concept, which refine Brainspace's predictive coding algorithm. These 3,000 were batched for review. The coding was then submitted back to Brainspace to allow it to re-rank the dataset.

- Consistency Check – While the review attorneys reviewed Round 006, the team analyzed three sets of documents to validate the coding.  First, the team analyzed exact textual duplicate documents that were identified as responsive by one attorney and non-responsive by another. Second, the team analyzed documents attorney-coded as non-responsive where Brainspace had given the document a predictive ranking greater than .5. Third, the team analyzed documents attorney-coded as Responsive where Brainspace had given the document a predictive rank less than .5. An attorney then reconciled these inconsistencies in human coding. After completing this consistency check, Brainspace's consistency improved by 3 percentage points from 90 percent to 93 percent.



- After Round 006 and the consistency check, the team briefly paused attorney review in order to compare coding results. The findings are summarized in the chart below.  The results of attorney-coding for 27,616 records showed a clear point of delineation at .4 where Brainspace's ability to identify a non-responsive dropped off.  Consequently, the team determined the cutoff could be moved to .4 without sacrificing the number of responsive documents retrieved compared to the total number of responsive documents in the potential review set ("recall").

| FirstPass_SYNC006 | Not Responsive (Attorney Coded) | Responsive (Attorney Coded) | Not Reviewed By Attorneys | Total Documents | Total Attorney Coded Documents | Brainspace Accuracy | Presumption | |
|---|---|---|---|---|---|---|---|---|
| 0.00 | 2,064 | 5 | 20,505 | 22,574 | 2,069 | 99.8% | NR | |
| 0.01-0.09 | 11,246 | 102 | 45,882 | 57,230 | 11,348 | 99.1% | NR | |
| 0.10-0.19 | 3,372 | 120 | 6,846 | 10,338 | 3,492 | 96.6% | NR | 96.9% |
| 0.20-0.29 | 1,453 | 176 | 1,743 | 3,372 | 1,629 | 89.2% | NR | |
| 0.30-0.39 | 516 | 199 | 856 | 1,571 | 715 | 72.2% | NR | |
| 0.40-0.49 | 277 | 216 | 888 | 1,381 | 493 | 43.8% | R | |
| 0.50-0.59 | 184 | 237 | 913 | 1,334 | 421 | 56.3% | R | |
| 0.60-0.69 | 176 | 328 | 1,247 | 1,751 | 504 | 65.1% | R | |
| 0.70-0.79 | 120 | 422 | 1,235 | 1,777 | 542 | 77.9% | R | 87.1% |
| 0.80-0.89 | 137 | 806 | 2,417 | 3,360 | 943 | 85.5% | R | |
| 0.90-0.99 | 168 | 3,081 | 9,766 | 13,015 | 3,249 | 94.8% | R | |
| 1.00 | 13 | 2,198 | 10,694 | 12,905 | 2,211 | 99.4% | R | |
| No Rank | 0 | 0 | 7,817 | 7,817 | 0 | 0% | N/A | |
| Grand Total | 19,726 | 7,890 | 110,809 | 138,425[3] | 27616 | | | |

- Round 007 - After completing Round 006, the team revisited the search containing all records with a predictive rank greater than .40 and found 415 records. This was batched for review. The coding was then submitted back to Brainspace to allow it to re-rank the dataset.

---

[3] Note: This total document count reflects both the potential review set as well as the responsive and non-responsive seed sets.



- Round 008 - After completing Round 007, the team revisited the search containing all records with a predictive rank greater than .40 and found 120 records. This was batched for review. The coding was then submitted back to Brainspace to allow it to re-rank the dataset.
- Round 009 - After completing Round 008, the team revisited the search containing all records with a predictive rank greater than .40 and found 90 records. This was batched for review. The coding was then submitted back to Brainspace to allow it to re-rank the dataset.

- Round 010 - After completing Round 009, the team revisited the search containing all records with a predictive rank greater than .40 and found 71 records. This was batched for review. The coding was then submitted back to Brainspace to allow it to re-rank the dataset.

- Round 011 - After completing Round 010,  the team revisited the search containing all records with a predictive rank greater than .40 and found 45 records. This was batched for review. The coding was then submitted back to Brainspace to allow it to re-rank the dataset.

| FirstPass_SYNC011 | Not Responsive (Attorney Coded) | Responsive (Attorney Coded) | Not Reviewed By Attorneys | Total Documents | Total Attorney Coded Documents | Brainspace Accuracy | Presumption | |
|---|---|---|---|---|---|---|---|---|
| 0.00 | 2,206 | 3 | 13,994 | 16,203 | 2,209 | 99.9% | NR | |
| 0.01-0.09 | 8,698 | 84 | 35,215 | 43,997 | 8,782 | 99.0% | NR | |
| 0.10-0.19 | 3,070 | 120 | 3,338 | 6,528 | 3,190 | 96.2% | NR | 96.7% |
| 0.20-0.29 | 1,249 | 158 | 409 | 1,816 | 1,407 | 88.8% | NR | |
| 0.30-0.39 | 444 | 174 | 67 | 685 | 618 | 71.8% | NR | |
| 0.40-0.49 | 257 | 194 | 23 | 474 | 451 | 43.0% | R | |
| 0.50-0.59 | 169 | 201 | 19 | 389 | 370 | 54.3% | R | |
| 0.60-0.69 | 129 | 234 | 12 | 375 | 363 | 64.5% | R | |
| 0.70-0.79 | 122 | 301 | 5 | 428 | 423 | 71.2% | R | 77.8% |
| 0.80-0.89 | 142 | 536 | 7 | 685 | 678 | 79.1% | R | |
| 0.90-0.99 | 192 | 1,560 | 25 | 1,777 | 1,752 | 89.0% | R | |
| 1.00 | 10 | 551 | 45 | 606 | 561 | 98.2% | R | |
| No Rank | 185 | 0 | 2,913 | 3,098 | 185 | 0% | N/A | |
| Grand Total | 16,873 | 4,116 | 56,072 | 77,061 | 20,989 | | | |

After completing Round 011, the team analyzed the coding results again.  The results continued to show a steep dropoff at the .4 mark, validating the team's selecting.4 as the cutoff point.  The team further analyzed the actual responsiveness rate versus the predictive ranking by Brainspace.  Extrapolating the



attorney responsiveness rate of documents ranked below .4, the team estimated if Perkins Coie review attorneys reviewed all remaining 53,023 records (cells highlighted in grey above), they would find fewer than 2% of those documents, or approximately 1,060, responsive.  This would mean that FamilyCare would need to spend another $112,671 to find fewer than 1,000 additional documents that are only marginally responsive..[4]  The burden and expense of this effort would more than outweigh its likely benefit.

## Phase 2 - Review for Production

The document set for the second phase of review comprised three groups of documents. First, the team reviewed documents to which Brainspace gave a predictive ranking of .4 or above and their families. Second, the team reviewed documents withheld from Brainspace analysis because their file size and their families. Third, the team reviewed documents excluded from Brainspace because they could not be classified and their families. These three categories of documents totaled 16,286 documents.

To these 16,286 documents, the team applied a reasonable reduction review workflow, with the objective of reviewing and producing only unique and non-duplicative content. This approach was consistent with the review workflow used for the first 10 custodians. After applying this reasonable reduction workflow, attorneys reviewed a total of 15,173 documents to confirm responsiveness, and designate in preparation for production. These 15,173 were comprised of the following:

- Inclusive emails and family;
- Emails where BCC is set and family;
- Emails with unique attachments as identified by MD5Hash and family; and
- Files with no email thread group + family.

## Phase 3 - Quality Control Review

After completing Phases 1 and 2, the team took further quality control steps. First,  though the team ceased to formally create additional training sets for Brainspace after completing Round 011 of Phase 1, an attorney from the Perkins Coie team continued to review small iterative sample sets identified by Brainspace in order further validate its findings. Second, the team searched for any communications between the custodians and any Oregon government email domain; for communications mentioning Lynne Saxton; and communications between custodians and the media outlets named in RFP 58. The team continues to sample sets of documents below the .4 Brainspace cutoff rate, and will continue to do

---

[4] Assuming an average hourly rate of $90/review attorney, reviewing at 60 documents per hour, and 10% quality control/second level privilege review, billed at $145/hour.

137898571.1



so until it is confirmed with reasonable certainty that no categories of potentially responsive documents were omitted from review and production