UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, <br><br> Defendants. | 6:18-cv-00296-MO |

VIDEOTAPED DEPOSITION OF

ROSS MCDONALD

Taken in behalf of Defendants

*   *   *

July 27, 2018

1120 N.W. Couch Street, Tenth Floor

Portland, Oregon 97209

Heather Guevarra, CCR

Court Reporter

SALERNO OWENS DECLARATION
EXHIBIT 17
Page 1 of 4

Ross McDonald, 7/27/2018                    FamilyCare v. Oregon Health Authority; et al

89

A.    Yes.

Q.    It sounds like I'm like 85.  There's some kind of file that exists on a computer you can open in Tableau so you can save your work?

A.    Yes.

Q.    Did -- did you ever use collaboration tools like Slack when you were at FamilyCare?

A.    My team used a messaging tool called Mattermost which we -- which was hosted internally for PHI purposes.

Q.    PHI, you mean protected health information?

A.    Yes.

Q.    And what is -- you say it's a messaging tool.

Do you mean like an instant messenger?

A.    Yeah.

Q.    So you can send messages to people you work with?

A.    Right.

Q.    Who did you use this tool to message with?

A.    Basically just the people on my team.

Q.    So the health analytics team?

A.    Yeah.  And probably a few others on the

90

engineering team also had an account on it.

Q.   Did you ever use it to message with Kevin Clancy?

A.   No.

Q.   Bill Murray?

A.   No.

Q.   Jeff Hetherington?

A.   No.

Q.   Do you know if they had the same tool?

A.   I'm fairly confident they did not, yeah.

Q.   Are those messages saved on a server somewhere?

A.   I would assume so.  I mean, it was hosted internally on a server.  So, if the server still exists and it wasn't deleted, it should be there.

Q.   Sorry.  I got a little distracted.

If you -- if it were the case, hypothetically, that OHA used individual raw risk scores based on their membership in a particular CCO at a time subsequent to the year of enrollment --

A.   Yeah.

Q.   -- so, going back to our earlier conversation.

SALERNO OWENS DECLARATION
EXHIBIT 17
Page 3 of 4

C E R T I F I C A T E

          I, Heather Guevarra, a Notary Public for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth ROSS MCDONALD personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 175, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

          Witness my hand and Notarial stamp at Vancouver, Washington, this 1st day of August, 2018.

_____
HEATHER GUEVARRA
Notary Public in and for the
State of Oregon, residing at
Vancouver, Washington
My Commission Expires 6/7/19

SALERNO OWENS DECLARATION
EXHIBIT 17
Page 4 of 4