IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICK ALLEN, in his official )
capacity as director of Oregon )
Health Authority, an agency of )
the State of Oregon,            )
                                )
          Plaintiff,            )    Case No. 3:18-cv-00212-MO
                                )
     v.                         )
                                )
FAMILYCARE, INC., an Oregon     )
non-profit corporation,         )
                                )
          Defendant.            )
--------------------------------)
FAMILYCARE, INC., an Oregon     )
non-profit corporation,         )
                                )
          Plaintiff,            )    Case No. 6:18-cv-00296-MO
                                )
     v.                         )
                                )
OREGON HEALTH AUTHORITY, an     )
agency of the State of Oregon,  )
and PATRICK ALLEN, both         )    April 6, 2018
individually and in his         )
official capacity as director   )
of the Oregon Health Authority, )
                                )
          Defendants.           )    Portland, Oregon
_____)

**Oral Argument**

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MICHAEL W. MOSMAN

UNITED STATES DISTRICT COURT CHIEF JUDGE

SALERNO OWENS DECLARATION
EXHIBIT 18
Page 1 of 4

APPEARANCES

FOR OREGON HEALTH
AUTHORITY and PATRICK
ALLEN:                      Mr. David Markowitz
                            Mr. Matthew A. Levin
                            Ms. Brittany Simpson
                            Markowitz Herbold PC
                            1211 S.W. Fifth Avenue, Suite 3000
                            Portland, OR 97204


FOR FAMILYCARE, INC.:  Mr. Stephen F. English
                            Mr. Douglas R. Pahl
                            Ms. Alletta Brenner
                            Mr. Thomas R. Johnson
                            Perkins Coie, LLP
                            1120 N.W. Couch Street, 10th Floor
                            Portland, OR 97209


COURT REPORTER:        Bonita J. Shumway, CSR, RMR, CRR
                            United States District Courthouse
                            1000 S.W. Third Ave., Room 301
                            Portland, OR  97204
                            (503) 326-8188

THE COURT:  Less than a week from today.

MR. LEVIN:  Less than a week.  That's what I thought.  Thank you, Your Honor.

MR. JOHNSON:  Thank you, Your Honor.

THE COURT:  All right.  Thank you all for being willing to give it the old college try.  I won't say which college.

All right.  We have several motions and issues to discuss today.  I'll say that one of the interesting things -- themes that kind of recurs as I go through my analysis of these discovery motions is that in the absence of counterclaims or defenses, it does limit sort of the circumference of what's potentially relevant just to the claims in the complaint.  And that may have an impact that would be different if we were examining this -- the same discovery issues later.  But here we are.

So I'll start with OHA's motions first.  And I'm going to walk through my views.  Sometimes I know the answer and sometimes I have questions, and I'll try to be clear about which ones I'm not ruling on and which ones I am.

So OHA moves to compel what I'll call lobbying and public relations services documents and testimony from FamilyCare.

FamilyCare originally asserted both attorney-client and work product privilege objections to that request, and now

--o0o--

I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-entitled cause.  A transcript without an original signature or conformed signature is not certified.


/s/Bonita J. Shumway                    June 11, 2018
_____        _____
BONITA J. SHUMWAY, CSR, RMR, CRR        DATE
Official Court Reporter