

Harry Wilson| Lawyer
HarryWilson@MarkowitzHerbold.com

July 11, 2018

**Via Email Only**

Thomas R. Johnson
Perkins Coie, LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128

Re:    *FamilyCare, Inc. v. Allen et. al.*, Case No. 6:18-cv-00296-MO

Dear Tom:

FamilyCare objected to many of OHA's requests for production by stating that the requests seek documents that are not relevant to any claim or defense at issue in this action.  *See* FamilyCare's responses to OHA's Requests for Productions Nos. 39, 41, 42, 53, 55, 56, 58-96, 98-103, 107-133, 153-155, 156-163, 165-179, 181, 182-185, 187-190, 192-204, 206, 207, 209, 211, 213-219, and 221-225.

On June 26, 2018, OHA filed its Answer to FamilyCare's Fourth Amended Complaint, Affirmative Defenses and Counterclaim.  OHA's pleading introduces OHA's defenses and a new claim.  Consistent with the Federal Rules of Civil Procedure, we expect that FamilyCare will (1) supplement its responses to OHA's Requests for Production and (2) produce documents responsive to OHA's Requests that are relevant to OHA's defenses and claim.  Please indicate by Friday, July 13 when we can expect to receive supplemental responses and documents.

Very truly yours,

Harry Wilson
Special Assistant Attorney General

SALERNO OWENS DECLARATION
EXHIBIT 19
Page 1 of 1

FAMIOR\754178