**From:** Hesterberg, Nicholas H. (Nick) (Perkins Coie) [mailto:NHesterberg@perkinscoie.com]
**Sent:** Wednesday, July 18, 2018 12:31 PM
**To:** Joanna Stalheim <joannastalheim@markowitzherbold.com>; English, Stephen F. (Perkins Coie) <SEnglish@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>; Johnson, Thomas R., Jr. (Perkins Coie) <TRJohnson@perkinscoie.com>; Pahl, Douglas (Perkins Coie) <DPahl@perkinscoie.com>; Brenner, Alletta S. (Perkins Coie) <ABrenner@perkinscoie.com>; Samuelson, Brian P. (Perkins Coie) <BSamuelson@perkinscoie.com>; Beane, Amanda J. (Perkins Coie) <ABeane@perkinscoie.com>; Morales, Nathan (Perkins Coie) <NMorales@perkinscoie.com>; PMersereau@mershanlaw.com
**Cc:** Harry Wilson <harrywilson@markowitzherbold.com>; Matt Levin <mattlevin@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Anna Joyce <annajoyce@markowitzherbold.com>; Brittany M. Simpson <brittanysimpson@markowitzherbold.com>
**Subject:** RE: FamilyCare, Inc. v. Oregon Health Authority, et al.

Harry,

We have reviewed FamilyCare's responses to the requests for production identified in your July 11 letter and have evaluated FamilyCare's prior document productions in light of OHA's Answer to FamilyCare's Fourth Amended Complaint, Affirmative Defenses and Counterclaim. Based upon our review, and in particular our confirmation of the breadth of our prior productions, we do not believe that supplementation of our written responses or production of additional documents is warranted. If you believe that FamilyCare's productions do not contain specific documents or categories of documents that are relevant to OHA's defenses or counterclaim, please advise.

Thanks,
Nick

**Nick Hesterberg | Perkins Coie LLP**
D. +1.206.359.3087

**From:** Hesterberg, Nicholas H. (Nick) (SEA)
**Sent:** Friday, July 13, 2018 12:03 PM
**To:** 'Joanna Stalheim' <joannastalheim@markowitzherbold.com>; English, Stephen F. (POR) <SEnglish@perkinscoie.com>; Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Pahl, Douglas (POR) <DPahl@perkinscoie.com>; Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>; Samuelson, Brian P. (POR) <BSamuelson@perkinscoie.com>; Beane, Amanda J. (SEA) <ABeane@perkinscoie.com>; Morales, Nathan (POR) <NMorales@perkinscoie.com>; PMersereau@mershanlaw.com
**Cc:** Harry Wilson <harrywilson@markowitzherbold.com>; Matt Levin <mattlevin@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Anna Joyce <annajoyce@markowitzherbold.com>; Brittany M. Simpson <brittanysimpson@markowitzherbold.com>
**Subject:** RE: FamilyCare, Inc. v. Oregon Health Authority, et al.

Harry,

We are considering your request to supplement responses to OHA's requests for production and will have a response for you early next week.

Best,
Nick

**Nick Hesterberg** | **Perkins Coie LLP**
D. +1.206.359.3087

**From:** Joanna Stalheim [mailto:joannastalheim@markowitzherbold.com]
**Sent:** Wednesday, July 11, 2018 9:57 AM
**To:** English, Stephen F. (POR) <SEnglish@perkinscoie.com>; Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Pahl, Douglas (POR) <DPahl@perkinscoie.com>; Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>; Samuelson, Brian P. (POR) <BSamuelson@perkinscoie.com>; Hesterberg, Nicholas H. (Nick) (SEA) <NHesterberg@perkinscoie.com>; Beane, Amanda J. (SEA) <ABeane@perkinscoie.com>; Morales, Nathan (POR) <NMorales@perkinscoie.com>; PMersereau@mershanlaw.com
**Cc:** Harry Wilson <harrywilson@markowitzherbold.com>; Matt Levin <mattlevin@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Anna Joyce <annajoyce@markowitzherbold.com>; Brittany M. Simpson <brittanysimpson@markowitzherbold.com>
**Subject:** FamilyCare, Inc. v. Oregon Health Authority, et al.

Good morning,

Attached is a letter from Harry Wilson re Requests for Production.

Thank you.

**Joanna Stalheim** | Legal Assistant
**Markowitz Herbold PC**
1211 SW Fifth Avenue, Suite 3000 | Portland, OR 97204-3730
**T** (503) 295-3085 | Web

**CONFIDENTIALITY NOTICE:** The information contained in this transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information is strictly prohibited.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.