| | |
|---|---|
| **From:** | +15037793455 |
| **Participants:** | +15037793455 (owner)<br>+15033130986 Jeff Heatherington |
| **Status:** | Sent |
| **Timestamp: Date:** | 10/4/2017 11:00:31 PM |

Jeff, Laura and I are still working this, and will likely have a couple ideas to share, but we're not quite ready. Just didn't want you to think we had forgotten you.

OHA_LIT_01134688

**From:**          +15033130986 Jeff Heatherington

**Participants:**   +15037793455 (owner)
                   +15033130986 Jeff Heatherington

**Status:**        Read

**Timestamp: Date:** 10/4/2017 11:01:05 PM

---

Thanks.

OHA_LIT_01134689

| | |
|---|---|
| **From:** | +15037793455 |
| **Participants:** | +15037793455 (owner) |
| | +15033130986 Jeff Heatherington |
| **Status:** | Sent |
| **Timestamp: Date:** | 10/5/2017 12:17:07 AM |

Still working it, but we'll need to call you tomorrow. Is that ok?

OHA_LIT_01134690

**From:**          +15033130986 Jeff Heatherington

**Participants:**  +15037793455 (owner)
                   +15033130986 Jeff Heatherington

**Status:**        Read

**Timestamp: Date:** 10/5/2017 12:40:07 AM

Yes. I am traveling to Philadelphia tomorrow. Will be available for a little while from 9:15 for an hour. After that, i can call you on Friday.

OHA_LIT_01134691

**From:**        +15037793455

**Participants:**  +15037793455 (owner)
                +15033130986 Jeff Heatherington

**Status:**      Sent

**Timestamp: Date:** 10/5/2017 12:40:36 AM

Let's plan on Friday.

OHA_LIT_01134692

| | |
|---|---|
| **From:** | +15037793455 |
| **Participants:** | +15037793455 (owner)<br>+15033130986 Jeff Heatherington |
| **Status:** | Sent |
| **Timestamp: Date:** | 12/9/2017 4:39:27 PM |

Jeff, it's Pat Allen. Do you have time for a call today?

OHA_LIT_01134693

**From:**          +15033130986 Jeff Heatherington

**Participants:**  +15037793455 (owner)
                   +15033130986 Jeff Heatherington

**Status:**        Read

**Timestamp: Date:** 12/9/2017 4:41:06 PM

---

Yes. Earlier would be better.

OHA_LIT_01134694

**From:**          +15037793455

**Participants:**  +15037793455 (owner)
                   +15033130986 Jeff Heatherington

**Status:**        Sent

**Timestamp: Date:** 12/9/2017 4:41:59 PM

---

Between 9:30 and 10 early enough?

OHA_LIT_01134695

**From:**            +15033130986 Jeff Heatherington

**Participants:**    +15037793455 (owner)
                     +15033130986 Jeff Heatherington

**Status:**          Read

**Timestamp: Date:** 12/9/2017 4:42:37 PM

That's fine.

OHA_LIT_01134696

| | |
|---|---|
| **From:** | +15037793455 |
| **Participants:** | +15037793455 (owner) |
| | +15033130986 Jeff Heatherington |
| **Status:** | Sent |
| **Timestamp: Date:** | 12/9/2017 4:42:50 PM |

I'll call you then.

OHA_LIT_01134697

**From:**          +15037793455

**Participants:**   +15037793455 (owner)
                   +15033130986 Jeff Heatherington

**Status:**        Sent

**Timestamp: Date:** 12/15/2017 6:45:48 PM

---

Jeff, do you have a minute to talk?

OHA_LIT_01134698

| | |
|---|---|
| **From:** | +15033130986 Jeff Heatherington |
| **Participants:** | +15037793455 (owner)<br>+15033130986 Jeff Heatherington |
| **Status:** | Read |
| **Timestamp: Date:** | 12/15/2017 7:02:27 PM |

Yes.

OHA_LIT_01134699

| | |
|---|---|
| **From:** | +15037793455 |
| **Participants:** | +15037793455 (owner)<br>+15033130986 Jeff Heatherington |
| **Status:** | Sent |
| **Timestamp: Date:** | 12/18/2017 12:44:51 AM |

Jeff, is our agreement to refrain from active press and legislative outreach still in force?

OHA_LIT_01134700

| | |
|---|---|
| **From:** | +15033130986 Jeff Heatherington |
| **Participants:** | +15037793455 (owner)<br>+15033130986 Jeff Heatherington |
| **Status:** | Read |
| **Timestamp: Date:** | 12/18/2017 4:46:37 AM |

Pat, we had an agreement that we would not reach out to the press. Legislators were never part of that, and would never agree to not talk to a legislator.

To comply with State law we had to notify our employees of layoffs by the 15th. The press has contacted us to verify that information and we have and will respond to their questions. The same with legislators who have contacted me and Art.

OHA_LIT_01134701

| | |
|---|---|
| **From:** | +15037793455 |
| **Participants:** | +15037793455 (owner)<br>+15033130986 Jeff Heatherington |
| **Status:** | Sent |
| **Timestamp: Date:** | 12/18/2017 4:50:38 AM |

Thanks, Jeff. While that differs from Laura's and my understanding, I acknowledge your position. We will likely begin providing communications to legislators similar to those we have seen from Art.

OHA_LIT_01134702

**From:**          +15037793455

**Participants:**  +15037793455 (owner)
                   +15033130986 Jeff Heatherington

**Status:**        Sent

**Timestamp: Date:** 12/21/2017 10:17:34 PM

---

Jeff, just checking in. Have you had a chance to share our offer with the board? Should we chat? We'd like to move soon to having our lawyers work out contract language.

OHA_LIT_01134703

**From:**          +15033130986 Jeff Heatherington

**Participants:**  +15037793455 (owner)
                   +15033130986 Jeff Heatherington

**Status:**        Read

**Timestamp: Date:** 12/21/2017 10:23:24 PM

---

We have approval. I am available all afternoon.

OHA_LIT_01134704

**From:**             +15037793455

**Participants:**   +15037793455 (owner)
                    +15033130986 Jeff Heatherington

**Status:**           Sent

**Timestamp: Date:** 12/21/2017 10:29:20 PM

We'll send contract language over shortly. May we announce an agreement in principle.

OHA_LIT_01134705

**From:**          +15037793455

**Participants:**    +15037793455 (owner)
                   +15033130986 Jeff Heatherington

**Status:**        Sent

**Timestamp: Date:** 12/21/2017 11:22:03 PM

---

Jeff, having a hard time reaching you or Bill. We're going to go ahead and send a release out shortly.

OHA_LIT_01134706

**From:**          +15033130986 Jeff Heatherington

**Participants:**  +15037793455 (owner)
                   +15033130986 Jeff Heatherington

**Status:**        Read

**Timestamp: Date:** 12/21/2017 11:25:35 PM

---

We were both in a meeting. Give me 5 minutes b

OHA_LIT_01134707

| | |
|---|---|
| **From:** | +15033130986 Jeff Heatherington |
| **Participants:** | +15037793455 (owner)<br>+15033130986 Jeff Heatherington |
| **Status:** | Read |
| **Timestamp: Date:** | 12/21/2017 11:28:39 PM |

I do not see a draft announcement or contract language in my inbox. Please send as soon as you can.

OHA_LIT_01134708

| | |
|---|---|
| **From:** | +15037793455 |
| **Participants:** | +15037793455 (owner)<br>+15033130986 Jeff Heatherington |
| **Status:** | Sent |
| **Timestamp: Date:** | 12/21/2017 11:41:28 PM |

So sorry, I just now saw this. Your counsel has the contract. I'll forward you the press release we sent shortly.

OHA_LIT_01134709

| | |
|---|---|
| **From:** | +15033130986 Jeff Heatherington |
| **Participants:** | +15037793455 (owner)<br>+15033130986 Jeff Heatherington |
| **Status:** | Read |
| **Timestamp: Date:** | 12/21/2017 11:42:31 PM |

No problem.

OHA_LIT_01134710

| | |
|---|---|
| **From:** | +15037793455 |
| **Participants:** | +15037793455 (owner)<br>+15033130986 Jeff Heatherington |
| **Status:** | Sent |
| **Timestamp: Date:** | 12/22/2017 4:14:07 PM |

I understand the lawyers have gotten together and are working it out. Thanks for the push.

OHA_LIT_01134711

| | |
|---|---|
| **From:** | +15037793455 |
| **Participants:** | +15037793455 (owner)<br>+15033130986 Jeff Heatherington |
| **Status:** | Sent |
| **Timestamp: Date:** | 12/23/2017 12:56:06 AM |

Agreements have been sent to Bill for signature. I think we're about there. Thanks for helping move this along.

OHA_LIT_01134712