Kevin E. O'Malley, AZB No. 006420
GALLAGHER & KENNEDY
2575 E. Camelback Rd.
Phoenix, AZ  85016
Telephone 602-530-8430
Fax 602-530-8500
kevin.omalley@gknet.com
Of Attorneys for Schramm Health Partners, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, and agency of the State of Oregon,<br>　　　　Plaintiff,<br>　　　v.<br>FAMILYCARE, INC., and Oregon non-profit corporation,<br>　　　　Defendant. | Case No.  3:18-cv-0212-MO (LEAD)<br>Case No.  6:18-cv-00296-MO<br><br><br>NOTICE OF INTENT TO REDACT TRANSCRIPT |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br>　　　　Plaintiff,<br>　　　v.<br>OREGON HEALTH AUTHORITY, and agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>　　　　Defendants. | |

Notice is hereby given that the undersigned intends to file a Statement of Redaction pursuant to Fed. R. Civ. P. 5.2 and/or a Motion to Redact Additional Information, with the Court within 21 calendar days from the filing date of the original transcript  described as: Transcript of

1 | NOTICE OF INTENT TO REDACT TRANSCRIPT

Proceedings held before Judge Michael W. Mosman on July 31, 2018, filed on August 6, 2018

and entered into the official court record as document number 187 in compliance  with the District of

Oregon's Policy and Procedures for the Electronic Filing of Transcripts.

DATED: August 13, 2018

/s/*Kevin E. O'Malley*
GALLAGHER & KENNEDY
Of Attorneys for Schramm Health Partners, LLC

2 | NOTICE OF INTENT TO REDACT TRANSCRIPT