Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                    Defendants. | No. 6:18−cv−00296−MO<br><br>DECLARATION OF WILLIAM MURRAY IN SUPPORT OF FAMILYCARE, INC.'S OPPOSITION TO OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DATABASE |

MURRAY DECLARATION IN SUPPORT OF
FAMILYCARE'S OPPOSITION TO MOTION TO
COMPEL PRODUCTION OF DATABASE

140822749.5

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, William Murray, state as follows:

1. I am the Chief Operating Officer of FamilyCare, Inc., ("FamilyCare"), party to the above-captioned cases. I have personal knowledge of the matters stated herein and am competent to testify thereto.

2. In my role as FamilyCare's Chief Operating Officer, I am responsible for leading the day-to-day operations of the organization, overseeing reporting and monitoring of the organizational performance, and staying up-to-date on changes in the healthcare industry and adjusting business operations as necessary. I am also directly involved in preparing and submitting the specific kinds of data and information that FamilyCare, as a CCO, was required to submit to OHA as part of the rate-setting process, and in communicating with OHA about those submissions and the rate-setting process in general.

3. Prior to joining FamilyCare in 2013, I was Chief Executive Officer with another Oregon Medicaid managed care organization for 10 years. I have also been active in Oregon's administrative and legislative process in the healthcare field, including serving on the Oregon Health Policy Board's Health Incentives and Outcomes Committee which helped develop Oregon's Coordinated Care Organization ("CCO") model that is in effect today. I have over 30 years of leadership, business management, information systems, finance and regulatory experience.

4. Based on this experience, I am familiar with the types of information that CCOs submit to the Oregon Health Authority ("OHA") as part of the rate-setting process.

5. FamilyCare has already provided OHA with the relevant information that it says it needs from FamilyCare's claims database. Furthermore, starting in 2015, FamilyCare consistently voiced its concerns regarding OHA's data quality in connection with the rate-setting process, and provided OHA with the information and analyses necessary to identify those issues.

1- MURRAY DECLARATION IN SUPPORT OF FAMILYCARE'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DATABASE

140822749.5

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

6.      Pursuant to their contracts with OHA, CCOs, including FamilyCare, regularly submit detailed claims data to OHA.  OHA, in turn, uses that claims data as a starting point in rate development.  Claims data consists of detailed information regarding the member who received services, the provider, the date of service, the type of service, the amount billed, whether the claim was approved or denied, the amount paid out to providers, and other supplemental information.  FamilyCare's claims data is collected and tracked through the provider claims database maintained by Performance Health Technology ("PH Tech").

7.      In addition to the data described above, FamilyCare's claims database contains some additional information related to claims processing, including demographic information about providers and members (*e.g.*, addresses)—information that is not considered by OHA in its rate setting.

8.      Similar information as that which is contained in the claims database was produced to OHA in the ordinary course of business, including the services rendered to FamilyCare's members as well as provider-billed amounts, amounts paid out to providers, and other supplemental information.

9.      Additionally, FamilyCare's Financial Reporting Packet ("Packet") is provided to OHA on a quarterly and annual basis.  Included in that Packet are Exhibit L templates, which set out the annual rate-setting reports identified below.  These reports include summary and detail individual provider payment information.  Exhibit L templates also include quarterly comparative financial information about FamilyCare's enrollment, revenues, expenses, high cost claims and transactions by category of service.

2-   MURRAY DECLARATION IN SUPPORT OF
FAMILYCARE'S OPPOSITION TO MOTION TO
COMPEL PRODUCTION OF DATABASE

140822749.
5

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

| Rate Setting Report Contents: | |
|---|---|
| Report L12 | Enrollment Validation |
| Report L13 | Medical Costs |
| Report L14 | IBNR |
| Report L15 | Sub-Capitation |
| Report L16 | Breakdown of all Alternative Payment Arrangements by Provider |
| Report L17 | Incentive Programs |
| Report L17.1 | Quality Pool Payment Breakdown |
| Report L17.2 | Other Incentive Payment Breakdown |
| Report L18 | Other Payment Arrangements |
| Report L18.1 | Other Payments Breakdown |
| Report L19 | Financial Overview and Reconciliation of Costs |

10.     Unlike claims data, which describes the services that individual Oregon Health Plan ("OHP") members receive, enrollment data describes the population of members that each CCO serves.

11.     OHA has exclusive control over the enrollment process (*i.e.*, determining members' eligibility and assigning them to a particular CCO).  To facilitate that process, OHA provides enrollment information to CCOs weekly, which CCOs then use to update their own records.  FamilyCare's claims database vendor, PH Tech, received enrollment data from OHA on FamilyCare's behalf and updated FamilyCare's own records to ensure that members who submitted claims for medical services were eligible to receive such services on the date they were rendered.

12.     Pursuant to their contractual obligations and in the ordinary course of business, CCOs provided information to OHA regarding discrepancies they identified in the enrollment information provided by OHA.  In fact, the state maintained an email address ("enrollment.reconciliation@state.or.us") for CCOs to report such discrepancies.  Per the terms of its contract with OHA, FamilyCare, too, reported enrollment data discrepancies to OHA for investigation.  For example, FamilyCare reported instances when the enrollment information provided by OHA included individuals who appeared to be mistakenly identified as FamilyCare members because they had previously been identified as members of a different CCO.

3-    MURRAY DECLARATION IN SUPPORT OF FAMILYCARE'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DATABASE

140822749.5

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

13.     The enrollment data discrepancies that FamilyCare alleges in this lawsuit are discrepancies in data generated by OHA that arose when OHA instituted a practice of using two separate sets of enrollment data in developing capitation rates: one set to develop rates, and another set to pay out those rates.  For example, whereas the enrollment data and corresponding payments made to FamilyCare might indicate that it had a certain number of members who qualified for Medicaid under a particular category of aid, the enrollment data that OHA used to set the rates had a different number of members in that category.  Because in some situations this difference resulted in a material impact on the capitation rates set for those categories, FamilyCare and other CCOs ended up being paid erroneous rates for those members.

14.     Because claims data consists of entries for specific services billed and paid for specific members, FamilyCare's claims database is, at best, an incomplete snapshot of FamilyCare's enrollment data, as it tracks only data for members for whom claims were submitted, and not those who did not receive treatment in a given time period.

15.     FamilyCare has already produced substantial information related to data discrepancies and errors, including information on differences in enrollment and claims payment information, as part of OHA's and Optumas's triangulation process.  FamilyCare also raised these outstanding concerns at the time of Optumas's certification of the capitation rates.

16.     Based on my consultation with FamilyCare's Information Technology department, I know that producing the claims database to OHA would be burdensome. Specifically, the database includes information for approximately 13.8 million unique claims; producing the database for the relevant time period would require FamilyCare to engage in a time-consuming process of modifying 42 existing table structures within that database.

4-    MURRAY DECLARATION IN SUPPORT OF FAMILYCARE'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DATABASE

140822749.5

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: August 14, 2018

William Murray

DATED:  August 14, 2018

**PERKINS COIE LLP**

By: *s/ Stephen F. English*
    Stephen F. English, OSB No. 730843
    SEnglish@perkinscoie.com
    Thomas R. Johnson, OSB No. 010645
    TRJohnson@perkinscoie.com
    Alletta Brenner, OSB No. 142844
    ABrenner@perkinscoie.com
    Brian Samuelson, OSB No. 165476
    BSamuelson@perkinscoie.com
    PERKINS COIE LLP
    1120 N.W. Couch Street, 10th Floor
    Portland, OR  97209-4128
    Telephone:  503.727.2000
    Facsimile:  503.727.2222

    Matthew Gordon, *pro hac vice*
    MGordon@perkinscoie.com
    Nicholas Hesterberg, *pro hac vice*
    NHesterberg@perkinscoie.com
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone:  206.359.8000
    Facsimile:  206.359.9000

    *Attorneys for Plaintiff FamilyCare, Inc.*

5- MURRAY DECLARATION IN SUPPORT OF FAMILYCARE'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DATABASE

140822749.5