Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | No. 6:18−cv−00296−MO<br><br>DECLARATION OF ALLETTA BRENNER IN SUPPORT OF FAMILYCARE, INC.'S OPPOSITION TO OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DATABASE |

BRENNER DECLARATION IN SUPPORT OF
FAMILYCARE'S OPPOSITION TO MOTION TO
COMPEL PRODUCTION OF DATABASE

123045-
0001/14088
3210.1

I, Alletta Brenner, state as follows:

1.    I am an attorney with the firm of Perkins Coie, counsel for FamilyCare, Inc. ("FamilyCare"), party to the above-captioned cases.  I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.    In the course of this litigation, FamilyCare has reproduced "Exhibit L" templates, which contain summaries of FamilyCare's enrollment information in "Report L12," to OHA. *See, e.g.*, FCI0599790 and the attached spreadsheet (2017 Exhibit L report).[1]

3.    In the course of this litigation, FamilyCare has produced weekly "check run" files, which contain information regarding services provided to FamilyCare's members as well as provider-billed amounts, amounts paid out to providers, and other supplemental information. *See, e.g.*, FCI0656430 and the attached spreadsheet (sample weekly "check run" file).

4.    Attached as **Exhibit 1** to this declaration is a true and correct copy of email correspondence produced by OHA to FamilyCare with the Bates number OHA_LIT_00025012-14.

5.    Attached as **Exhibit 2** to this declaration is a true and correct copy of an excerpt from the April 6, 2018 oral argument in this litigation.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: August 14, 2018                    *s/ Alletta Brenner*
                                          Alletta Brenner

---

[1]    Due to their size, FamilyCare has not attached some of the cited documents (which are in OHA's possession) as exhibits.  Instead, FamilyCare cites to samples of certain types of documents produced in this litigation by Bates number.  FamilyCare will provide the cited documents to the Court upon request.

1-  BRENNER DECLARATION IN SUPPORT OF FAMILYCARE'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DATABASE

123045-0001/14088

DATED:  August 14, 2018                **PERKINS COIE LLP**

By: *s/ Stephen F. English*
     Stephen F. English, OSB No. 730843
     SEnglish@perkinscoie.com
     Thomas R. Johnson, OSB No. 010645
     TRJohnson@perkinscoie.com
     Alletta Brenner, OSB No. 142844
     ABrenner@perkinscoie.com
     Brian Samuelson, OSB No. 165476
     BSamuelson@perkinscoie.com
     PERKINS COIE LLP
     1120 N.W. Couch Street, 10th Floor
     Portland, OR  97209-4128
     Telephone:  503.727.2000
     Facsimile:  503.727.2222

     Matthew Gordon, *pro hac vice*
     MGordon@perkinscoie.com
     Nicholas Hesterberg, *pro hac vice*
     NHesterberg@perkinscoie.com
     PERKINS COIE LLP
     1201 Third Avenue, Suite 4900
     Seattle, WA 98101-3099
     Telephone:  206.359.8000
     Facsimile:  206.359.9000

     *Attorneys for Plaintiff FamilyCare, Inc.*

2-   BRENNER DECLARATION IN SUPPORT OF
     FAMILYCARE'S OPPOSITION TO MOTION TO
123045-  COMPEL PRODUCTION OF DATABASE
0001/14088

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222