| | |
|---|---|
| **From:** | GUEST Chelsea A |
| **To:** | Ross McDonald; SPRING-RHYNE Fillard |
| **CC:** | ROE Daniel |
| **Sent:** | 4/28/2016 8:21:19 AM |
| **Subject:** | RE: FamilyCare April Enrollment Spreadsheets |

Hi Ross,

Confirmed. We want your internal, validated enrollment that ties to your expenditure reports. If there are significant discrepancies, we will discuss during the data validation process.

Thank you,

**Chelsea A. Guest**
Manager, Actuarial Services
503-383-6260

**From:** Ross McDonald [mailto:RossM@familycareinc.org]
**Sent:** Thursday, April 28, 2016 8:20 AM
**To:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; SPRING-RHYNE Fillard <Fillard.SPRING-RHYNE@dhsoha.state.or.us>
**Cc:** ROE Daniel <Daniel.ROE@dhsoha.state.or.us>
**Subject:** RE: FamilyCare April Enrollment Spreadsheets

Chelsea,

Just to confirm we are on the same page. You are saying that FamilyCare should submit the membership information that it pulled internally, rather than the membership provided by the state, in it's OHA Rates template submission on 5/2, right?

Thanks,

Ross

**From:** GUEST Chelsea A [mailto:chelsea.a.guest@state.or.us]
**Sent:** Wednesday, April 27, 2016 2:27 PM
**To:** SPRING-RHYNE Fillard <fillard.spring-rhyne@state.or.us>; Ross McDonald <RossM@familycareinc.org>
**Cc:** ROE Daniel <daniel.roe@state.or.us>
**Subject:** RE: FamilyCare April Enrollment Spreadsheets

Hi Ross,

We are current researching the logic. In the meantime, please submit your enrollment for the rates template due on Monday, and we will discuss the offsetting variances during the data validation step in rate development.

Let me know if you have additional questions.

Thank you,

**Chelsea A. Guest**
Manager, Actuarial Services
503-383-6260

**From:** Ross McDonald [mailto:RossM@familycareinc.org]
**Sent:** Friday, April 22, 2016 8:12 AM
**To:** SPRING-RHYNE Fillard <Fillard.SPRING-RHYNE@dhsoha.state.or.us>
**Cc:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; ROE Daniel <Daniel.ROE@dhsoha.state.or.us>
**Subject:** RE: FamilyCare April Enrollment Spreadsheets

Fillard,

I'm not having any issue with variances between ACA population groups.

These are the three groupings I'm seeing offsetting variances in:

1. Child 00-01, Child 01-05, and child 06-18
    a. I'm seeing less in child 00-01 than the OHA doc, and more in child 01-05 and child 06-18
    b. There is an extremely small number of instances where they are improperly allocated by age, assuming 1 year old children belong in child 01-05 and not child 01-05. To come up with age, I'm looking at the beginning of each service month, rather than the end of the service month.
2. PLMA and ACA 19-44
    a. I'm seeing more ACA 19-44 and less in PLMA than the OHA doc
3. ABAD OAA Dual and ABAD OAA Medicaid only
    a. I'm seeing more in Medicaid only and less in Duals than the OHA doc

Any additional detail you can provide would be greatly appreciated.

Thanks,

Ross


**From:** SPRING-RHYNE Fillard [mailto:fillard.spring-rhyne@state.or.us]
**Sent:** Wednesday, April 20, 2016 4:36 PM
**To:** Ross McDonald <RossM@familycareinc.org>
**Cc:** GUEST Chelsea A <chelsea.a.guest@state.or.us>; ROE Daniel <daniel.roe@state.or.us>
**Subject:** RE: FamilyCare April Enrollment Spreadsheets

Hello Ross.  Is the data bleed across an ACA age boundary?  If so, the way we applied those boundaries was to check whether the **RecipientAge** variable was less than the boundary number, much as follows: **if RecipientAge < 45 then use "ACA 19-44", else if RecipientAge < 55 then use "ACA 45-54", else use "ACA 55-64"**.  If that doesn't address the discrepancy you found, please let me know and I'll see about sending you more comprehensive code from our rate-group-assigning process.

Thanks,
Fillard

Fillard Spring-Rhyne
Research Analyst 4, Actuarial Services
Fiscal and Operations Division, Oregon Health Authority
421 SW Oak St., Suite 850
Portland, OR 97204
971-673-2312

**From:** Ross McDonald [mailto:RossM@familycareinc.org]
**Sent:** Monday, April 18, 2016 4:38 PM
**To:** MacInnes Tricia <Tricia.MACINNES@dhsoha.state.or.us>; GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>
**Subject:** FamilyCare April Enrollment Spreadsheets

Chelsea,

In aggregate, the enrollment data is essentially the same as what I see on our end. However, I do see some instances where my enrollment data is a little higher in one rate group each month than the spreadsheet I received, and a little lower by an equivalent amount in another rate group. Does any code exist that explicitly maps members to rate groups that I could use to check my work on?

Thanks,

Ross

OHA_LIT_00025014
Exhibit 1
Page 3 of 3