IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICK ALLEN, in his official )
capacity as director of Oregon )
Health Authority, an agency of )
the State of Oregon,            )
                                )
        Plaintiff,              )    Case No. 3:18-cv-00212-MO
                                )
    v.                          )
                                )
FAMILYCARE, INC., an Oregon     )
non-profit corporation,         )
                                )
        Defendant.              )
--------------------------------)
FAMILYCARE, INC., an Oregon     )
non-profit corporation,         )
                                )
        Plaintiff,              )    Case No. 6:18-cv-00296-MO
                                )
    v.                          )
                                )
OREGON HEALTH AUTHORITY, an     )
agency of the State of Oregon,  )
and PATRICK ALLEN, both         )    April 6, 2018
individually and in his         )
official capacity as director   )
of the Oregon Health Authority,)
                                )
        Defendants.             )    Portland, Oregon
_____)

**Oral Argument**

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MICHAEL W. MOSMAN

UNITED STATES DISTRICT COURT CHIEF JUDGE

Exhibit 2
Page 1 of 4

APPEARANCES

FOR OREGON HEALTH
AUTHORITY and PATRICK
ALLEN:                      Mr. David Markowitz
                            Mr. Matthew A. Levin
                            Ms. Brittany Simpson
                            Markowitz Herbold PC
                            1211 S.W. Fifth Avenue, Suite 3000
                            Portland, OR 97204


FOR FAMILYCARE, INC.:   Mr. Stephen F. English
                        Mr. Douglas R. Pahl
                        Ms. Alletta Brenner
                        Mr. Thomas R. Johnson
                        Perkins Coie, LLP
                        1120 N.W. Couch Street, 10th Floor
                        Portland, OR 97209


COURT REPORTER:         Bonita J. Shumway, CSR, RMR, CRR
                        United States District Courthouse
                        1000 S.W. Third Ave., Room 301
                        Portland, OR  97204
                        (503) 326-8188

Exhibit 2
Page 2 of 4

is that it's FamilyCare's reckless spending is the reason it's out of business, and its reckless spending seemed to increase as FamilyCare's complaints about its rates got louder.  And while campaign contributions is one piece of the reckless spending, it's part of the entire picture that we need to paint to the jury, that its reckless spending is the reason that it's out of business.

THE COURT:  Thank you.

I deny the motion as not relevant, grounded in the current procedural posture of the case.

There's an OHA motion for FamilyCare's database of providers.  I also deny that on relevance grounds.

There's an OHA motion for documents relating to documents disclosed in an August 2017 contact with an Oregonian reporter.  OHA's argument here is that the -- that in its disclosure to the reporter, FamilyCare waived any privilege, not just to those documents but everything related to the same subject matter.

That's a valid argument if the initial disclosure was privileged, but it falls apart if it wasn't.  And I view the initial disclosure as not privileged, so I deny that motion.

I'm going to turn to FamilyCare's motions.

Its first is to take 25 depositions beyond the ten initial depositions.  And its argument, if I could sum it up, is that this is a highly technical case and a big case.

Exhibit 2
Page 3 of 4

--o0o--

        I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-entitled cause.  A transcript without an original signature or conformed signature is not certified.


*/s/Bonita J. Shumway*                    *June 11, 2018*
_____          _____
BONITA J. SHUMWAY, CSR, RMR, CRR          DATE
Official Court Reporter

Exhibit 2
Page 4 of 4