Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | No. 6:18−cv−00296−MO<br><br><br>DECLARATION OF ALLETTA BRENNER IN SUPPORT OF FAMILYCARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS |

1-    BRENNER DECLARATION IN SUPPORT OF
FAMILYCARE'S MOTION TO COMPEL DOWN-
DESIGNATION

123045-0001/140138051

I, Alletta Brenner, state as follows:

1.      I am an attorney with the firm of Perkins Coie, counsel for FamilyCare, Inc. ("FamilyCare"), party to the above-captioned cases.  I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.      Attached as **Exhibit 1** to this declaration is a true and correct copy of email correspondence between me, on the one hand, and Gregory Chaimov and Christopher McCracken of Davis Wright Tremaine LLP, counsel for Health Share of Oregon ("Health Share"), on the other hand, dated April 26-May 4, 2018.

3.      Attached as **Exhibit 2** to this declaration is a true and correct copy of a document produced by Oregon Health Authority ("OHA") bearing the Bates number OHA_LIT_00212175 and the designation "Attorney's Eyes Only."  During the conferral process regarding this document, Health Share did not articulate any specific competitive harm that would result from disclosure of this document to FamilyCare.

4.      Attached as **Exhibit 3** to this declaration is a true and correct copy of a document produced by Oregon Health Authority ("OHA") bearing the Bates number OHA_LIT_00496808 and designated "Attorney's Eyes Only."

5.      Attached as **Exhibit 4** to this declaration is a true and correct copy of a document produced by Oregon Health Authority ("OHA") bearing the Bates number OHA_LIT_00218220 and designated "Attorney's Eyes Only."  During the conferral process regarding this document, Health Share did not offer an explanation as to why the information about "payment types and payment amounts" in this document constitutes trade secrets or why disclosure to FamilyCare would risk any specific competitive harm.

6.      Attached as **Exhibit 5** to this declaration is a true and correct copy of a June 4, 2018 email from Christopher McCracken, counsel for Health Share, to me, confirming Health Share's position that the documents at issue in this motion remain designated AEO.

2-   BRENNER DECLARATION IN SUPPORT OF FAMILYCARE'S MOTION TO COMPEL DOWN-DESIGNATION

123045-0001/140138051

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

7.      Attached as **Exhibit 6** to this declaration is a true and correct copy of a February 14, 2017 email bearing the Bates number OHA_LIT_00236606 that was sent by OHA Provider Services Director Rhonda Busek to Health Share, and various other Coordinated Care Organizations, attaching rate-setting related documents containing FamilyCare's information bearing Bates numbers OHA_LIT_00236607, OHA_LIT_00236608, OHA_LIT_00236611, OHA_LIT_00236612, OHA_LIT_00236613, and OHA_LIT_00236614.[1]

8.      Attached as **Exhibit 7** to this declaration is a true and correct copy of a January 31, 2018 email bearing the Bates number OHA_LIT_00672810 and attaching a document titled "Transition Plan for FamilyCare Closure" and bearing the Bates number OHA_LIT_00672811, which was sent by OHA Interim State Medicaid Director David Simnitt to recipients at the Center for Medicare and Medicaid Services.

9.      Attached as **Exhibit 8** to this declaration is a true and correct copy of the operative Protective Order entered in this case on November 1, 2017 by Judge Armstrong.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: August 14, 2018                    *s/ Alletta Brenner*
                                          Alletta Brenner

---

[1] Due to their size, FamilyCare has not attached some of the cited documents (which are in OHA's possession) as exhibits.  Instead, FamilyCare cites to these documents by Bates number.  FamilyCare will provide the cited documents to the Court upon request.

3-   BRENNER DECLARATION IN SUPPORT OF
     FAMILYCARE'S MOTION TO COMPEL DOWN-
     DESIGNATION

123045-0001/140138051

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222