| | |
|---|---|
| **From:** | McCracken, Chris <chrismccracken@DWT.COM> |
| **Sent:** | Friday, May 04, 2018 5:52 PM |
| **To:** | Brenner, Alletta S.(POR); Chaimov, Gregory |
| **Cc:** | Johnson, Thomas R., Jr. (POR); MattLevin@MarkowitzHerbold.com; Brittany M. Simpson (brittanysimpson@markowitzherbold.com); Chin Elleanor (Elleanor.Chin@doj.state.or.us); Greg Scott (gregscott@markowitzherbold.com) |
| **Subject:** | RE: FamilyCare v. OHA: Over-Designated AEO Documents (contains AEO documents) |

I wrote:  "L8 in 2014 . . .  is now on Tab L8."  I meant to write:  ". . . is now Tab L6."  Sorry for the confusion.

**Christopher McCracken** | Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400 | Portland, OR 97201
Tel: (503) 778-5223 | Fax: (503) 778-5299
Email: chrismccracken@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** McCracken, Chris
**Sent:** Friday, May 04, 2018 3:52 PM
**To:** 'Brenner, Alletta S. (Perkins Coie)'; Chaimov, Gregory
**Cc:** Johnson, Thomas R., Jr. (Perkins Coie); MattLevin@MarkowitzHerbold.com; Brittany M. Simpson (brittanysimpson@markowitzherbold.com); Chin Elleanor (Elleanor.Chin@doj.state.or.us); Greg Scott (gregscott@markowitzherbold.com)
**Subject:** RE: FamilyCare v. OHA: Over-Designated AEO Documents (contains AEO documents)

Alletta and Tom

Following up on our call today.

With respect to triangulation spreadsheets, we've received from OHA many different formats of documents with "triangulation" in the file name.  They can differ dramatically from each other (from a dozen pages to 2 pages).   As a result, we cannot make a universal designation or de-designation of all "triangulation" spreadsheets. (We will however, individually examine them during the designation review process we've embarked on).   With respect to the example you identify in your email, OPT00003040, that spreadsheet is appropriated designated AEO.  I understand much of it was generated by Health Share through its actuary.  It reflects proprietary costing decisions and payment types and payment amounts between Health Share and its plan partners.

With respect to Exhibit L submissions, those too need to be reviewed individually because over the years the tab numbers have changed. For example, the information originally on tab L8 in 2014 (Quarterly Statement of Reserves and Expenses and Changes in Net Assets) is now on Tab L8.  We can say, however, that Health Share will down-designate a number of reports (for all years).   For example, using the tabs and report names on the current report form, Health Share's designations will be as follows:

Instructions - no designation
Report L1 General Information and Certification:  no designation
Report L2 Members Approaching or Surpassing Stop Loss Deductible:  **down-designate** to confidential
Report L3 Restricted Reserves:  **down-designate** to confidential
Report L3.1 Secondary Reserve requirement based on Enrollment Data:  **down-designate** to confidential
Report L3.2 Secondary Reserve requirement based on Historical Expenditures:  **down-designate** to confidential
Report L3.3 Adjusted and Unadjusted Medical Loss Ratios:  **down-designate** to confidential
Report L4:  Key Financial Indicators – Public (no designation)
Report L5: Quarterly Balance Sheet of Corporate  Activity –Public (no designation)

1

Exhibit 1
Page 1 of 4

Report  L6 Guidance:  Public (no designation)

Report L6 Corp, Quarterly Statement of Reserves and Expenses and changes in net Assets:  Public, except for the write ins which are not, and would be AEO

Report L6 OHP, Quarterly Statement of Revenues and Expenses:  Public, except for the write ins which are not, and would be AEO

Report L6.1 Guidance: Public (no designation)

Report L6.1 OHP, Quarterly Statement of Administrative and Other Non-Benefit Costs: **down-designate** to confidential

Report L6.2 OHP, Flexible Services:   AEO

Report L6.3 Case Management, AEO

Report L6.4  OHP,  Case Management Breakdown – **down-designate** to confidential

Report L7 Cash Flow Analysis Corporate Activity/Indirect Method:  Public (no designation)

Report L8 Guidance:  public (no designation)

Report L8 Corporate Relationship of Contractors:  AEO

Report L9 Audited Annual Balance sheet of corporate activity – **down-designate** to confidential, if blank no designation

Report L10 Audited Annual Statement of Revenues, Expenses and Changes in net Assets -  **down-designate** to confidential

Report L11 Guidance – public  (no designation)

Report L12-L19 Guidance/instruction tab – public (no designation)

Report L12 – Enrollment validation -  **down-designate** to confidential

Reports L13 through the Scratch sheet –AEO


With respect to documents marked as AEO solely because they contain PHI, those should be down-designated to confidential.


Chris.


**Christopher McCracken** | Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400 | Portland, OR 97201
Tel: (503) 778-5223 | Fax: (503) 778-5299
Email: chrismccracken@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Brenner, Alletta S. (Perkins Coie) [mailto:ABrenner@perkinscoie.com]
**Sent:** Tuesday, May 01, 2018 6:05 PM
**To:** Chaimov, Gregory
**Cc:** Johnson, Thomas R., Jr. (Perkins Coie); McCracken, Chris; MattLevin@MarkowitzHerbold.com; Brittany M. Simpson (brittanysimpson@markowitzherbold.com)
**Subject:** RE: FamilyCare v. OHA: Over-Designated AEO Documents (contains AEO documents)

Greg,

Thank you for your email.  Tom and I are both out of the office Thursday and Friday this week but can be available get on a call with you regarding Health Share's position on the AEO designation of the documents we have identified.  Please let us know some times on those days that would work for you so that we can schedule a call.

The bates numbers for the two triangulation spreadsheets that we discussed last week, and which I referred to again in my email below, are OPT00003040 (parent email OPT00003037) and OHA_LIT_00218220 (parent email OHA_LIT_00218219).

As I am sure you are aware, the regional rate model and Health Share's Exhibit L Template Submission are documents that are created each year and therefore multiple versions of each exist and have been produced in this case.  The regional rate model is a document prepared annually by OHA/Optumas as part of the rate-setting process, and the Exhibit L is a document prepared and submitted to OHA annually by individual CCOs (with some additional reporting on a quarterly basis).  Some bates numbers for exemplars of these documents are OHA_LIT_00218219 (unmasked CY2017

Exhibit 1
Page 2 of 4

regional rate model for Tri-County region) and OHA_LIT_00496808 (Complete Exhibit L Template submitted by Health Share for 2015).

As I understand it, Health Share is familiar with these documents and in addition, OHA has provided copies to you to review for AEO designation.  If that is not the case and you cannot readily access them, please let us know right away.

Both during our previous communications on this issue, and in the instructions that you provided to OHA last fall regarding AEO designations, you stated that it was Health Share's position that these types of documents contain trade secrets and therefore should be marked as AEO in their entirety.  FamilyCare needs to understand whether that is still the case, or whether Health Share now plans to de-designate these and other similar documents.

Thank you,
Alletta


**Alletta Brenner | Perkins Coie LLP**
ASSOCIATE ATTORNEY
D. +1.503.727.2076
F. +1.503.727.2222
E. ABrenner@perkinscoie.com

---

**From:** Chaimov, Gregory [mailto:gregorychaimov@dwt.com]
**Sent:** Friday, April 27, 2018 7:13 AM
**To:** Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>
**Subject:** RE: FamilyCare v. OHA: Over-Designated AEO Documents (contains AEO documents)

Happy to talk.  We suggest a call late next week.  I can be available pretty much any time on May 3 or 4.  I'm out of the office today and Monday.

Given the protocols under which CCOs are reviewing documents for the appropriateness of designations, attorneys have to review and triage documents before clients can review the documents.  I don't know if we will finish enough of the review to be able to state a position by May 3 or 4 about, for example, the triangulation reports or other aggregated data you mention, but setting a time to discuss where we are in the review would seem to be useful.  As was discussed on the call, we expect the designation issues to be handled on a rolling basis.  We are working as quickly as we can.

It might speed the process if you sent us the specific documents you want to discuss (or the Bates numbers, so we can identify the documents within the documents OHA has provided us—or request the documents from OHA if we haven't received them).

---

**From:** Brenner, Alletta S. (Perkins Coie) [mailto:ABrenner@perkinscoie.com]
**Sent:** Thursday, April 26, 2018 11:35 AM
**To:** Chaimov, Gregory
**Cc:** McCracken, Chris; Johnson, Thomas R., Jr. (Perkins Coie)
**Subject:** RE: FamilyCare v. OHA: Over-Designated AEO Documents (contains AEO documents)

Greg,

Exhibit 1
Page 3 of 4

In light of the Court's ruling this morning,  FamilyCare needs to confirm Health Share's position on the designation of specific documents, including the triangulation spreadsheets we discussed on Tuesday, Health Share's Exhibit L submission and the unmasked regional rate model for the Tri-County Region.

Please let us know some times when you would be available for a call to discuss.

Regards,
Alletta

**Alletta Brenner** | **Perkins Coie LLP**
**ASSOCIATE ATTORNEY**
D. +1.503.727.2076
F. +1.503.727.2222
E. ABrenner@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Exhibit 1
Page 4 of 4