| | |
|---|---|
| **From:** | McCracken, Chris <chrismccracken@DWT.COM> |
| **Sent:** | Monday, June 04, 2018 2:37 PM |
| **To:** | Brenner, Alletta S.(POR); 'MattLevin@MarkowitzHerbold.com' |
| **Cc:** | Chaimov, Gregory; Johnson, Thomas R., Jr. (POR); Hesterberg, Nicholas H. (Nick) (SEA); 'Brittany M. Simpson (brittanysimpson@markowitzherbold.com)' |
| **Subject:** | RE: UPDATE 5/24 FC v OHA - CCO AEO designations |

Alletta:

Health Share's position remains the same. The documents you identified should be AEO. We also reserve all arguments as to discoverability and relevance.

**Christopher McCracken** | Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400 | Portland, OR 97201
Tel: (503) 778-5223 | Fax: (503) 778-5299
Email: chrismccracken@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Brenner, Alletta S. (Perkins Coie) [mailto:ABrenner@perkinscoie.com]
**Sent:** Monday, June 04, 2018 12:08 PM
**To:** McCracken, Chris; 'MattLevin@MarkowitzHerbold.com'
**Cc:** Chaimov, Gregory; Johnson, Thomas R., Jr. (Perkins Coie); Hesterberg, Nicholas H. (Nick) (Perkins Coie); 'Brittany M. Simpson (brittanysimpson@markowitzherbold.com)'
**Subject:** RE: UPDATE 5/24 FC v OHA - CCO AEO designations

Chris and Matt,

Having not heard back from either Health Share or OHA on the points noted in the email chain below, we understand that Health Share's position regarding the designation of these documents remains the same, and that likewise, OHA will continue to designate these documents as AEO per Health Share's request. Please let us know today if this understanding is incorrect. Otherwise, for purposes of FamilyCare's motion to compel, we will consider our conferral as to the designation of these documents as being complete.

Regards,
Alletta

**Alletta Brenner | Perkins Coie LLP**
ASSOCIATE ATTORNEY
D. +1.503.727.2076
F. +1.503.727.2222
E. ABrenner@perkinscoie.com

**From:** Brenner, Alletta S.(POR)
**Sent:** Wednesday, May 30, 2018 4:54 PM
**To:** McCracken, Chris <chrismccracken@DWT.COM>
**Cc:** Chaimov, Gregory <gregorychaimov@dwt.com>; Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Hesterberg, Nicholas H. (Nick) (SEA) <NHesterberg@perkinscoie.com>; MattLevin@MarkowitzHerbold.com; Brittany M. Simpson (brittanysimpson@markowitzherbold.com) <brittanysimpson@markowitzherbold.com>
**Subject:** RE: UPDATE 5/24 FC v OHA - CCO AEO designations

Chris,

1

Exhibit 5
Page 1 of 8

Your understanding as to our position is correct.

Attached is a copy of the Tri-County Regional Rate Model for 2017, referenced below.  Although the bates number provided for this document was inadvertently misstated in my earlier email, it is our understanding that Health Share is very familiar with the Regional Rate Model and the type of information contained within it.  Aside from the fact that OHA has provided a version of this document to Health Share every year as part of the rate-setting process, the Tri-County Regional Rate Model is specifically referenced in the thirteen categories of documents that were identified in Health Share's instructions to OHA regarding AEO designation in late 2017.  In addition, this document was referenced during conferral and in the parties' briefings in connection with FamilyCare's omnibus discovery motion in March and April of this year.

It is our understanding, based on both this prior history and our conversation with you on May 4, that Health Share has always asserted that this document should be treated as AEO and that Health Share's position on that has not changed.

Regards,
Alletta

**Alletta Brenner | Perkins Coie LLP**
ASSOCIATE ATTORNEY
D. +1.503.727.2076
F. +1.503.727.2222
E. ABrenner@perkinscoie.com

**From:** McCracken, Chris [mailto:chrismccracken@DWT.COM]
**Sent:** Wednesday, May 30, 2018 3:31 PM
**To:** Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>
**Cc:** Chaimov, Gregory <gregorychaimov@dwt.com>; Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Hesterberg, Nicholas H. (Nick) (SEA) <NHesterberg@perkinscoie.com>; MattLevin@MarkowitzHerbold.com; Brittany M. Simpson (brittanysimpson@markowitzherbold.com) <brittanysimpson@markowitzherbold.com>
**Subject:** RE: UPDATE 5/24 FC v OHA - CCO AEO designations

Alletta:

If I understand correctly, your motion is limited to the bates numbered documents in this thread, and it's FamilyCare's position that the outcome of the motion will be instructive as to similar documents.  Correct?

We have not been provided the new numbered document you mentioned,  OHA_LIT_00212175.  Could you send us a copy?

Thanks.   We will review and get back to you with our position.

Chris.

**Christopher McCracken** | Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400 | Portland, OR 97201
Tel: (503) 778-5223 | Fax: (503) 778-5299
Email: chrismccracken@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Brenner, Alletta S. (Perkins Coie) [mailto:ABrenner@perkinscoie.com]
**Sent:** Tuesday, May 29, 2018 5:36 PM
**To:** McCracken, Chris
**Cc:** Chaimov, Gregory; Johnson, Thomas R., Jr. (Perkins Coie); Hesterberg, Nicholas H. (Nick) (Perkins Coie); MattLevin@MarkowitzHerbold.com; Brittany M. Simpson (brittanysimpson@markowitzherbold.com)
**Subject:** RE: UPDATE 5/24 FC v OHA - CCO AEO designations

Exhibit 5
Page 2 of 8

Chris,

As previously indicated, FamilyCare intends to move to compel with respect to each of the documents identified in my May 1 email to Greg (see attached), which were subsequently discussed verbally during our conferral on May 4 and during other phone calls.  We understand from these conferrals that Health Share insists on maintaining the AEO designation of the identified triangulation spreadsheets (OPT00003040 and OHA_LIT_00218220) and the unmasked CY2017 regional rate model for Tri-County region (note that the correct bates number for this document is OHA_LIT_00212175).  We further understand, per your May 4 email and our phone conferral that day, that Health Share has agreed to down-designate certain reports contained within the Exhibit L template we identified (OHA_LIT_00496808), but that Health Share maintains that other reports within that document should remain AEO.

As we have repeatedly explained, we do not believe that AEO designation is appropriate for any of this information.  We also believe that an order requiring the down-designation of these AEO documents (or the AEO portions thereof) will be instructive as to the propriety of AEO designations of documents containing similar information.

Please let us know, however, if Health Share's position has changed with respect to the designation of any of the documents identified above.

Regards,
Alletta


**Alletta Brenner | Perkins Coie LLP**
ASSOCIATE ATTORNEY
D. +1.503.727.2076
F. +1.503.727.2222
E. ABrenner@perkinscoie.com

---

**From:** McCracken, Chris [mailto:chrismccracken@DWT.COM]
**Sent:** Tuesday, May 29, 2018 11:31 AM
**To:** Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>
**Cc:** Chaimov, Gregory <gregorychaimov@dwt.com>; Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Hesterberg, Nicholas H. (Nick) (SEA) <NHesterberg@perkinscoie.com>
**Subject:** RE: UPDATE 5/24 FC v OHA - CCO AEO designations

Alletta:

For conferral purposes, we believe it necessary that you identify the specific documents you will be moving to de-designate.   Are you moving just with respect to the bates numbers included in your May 1 email to Greg?

As I explained following our call on May 4, the documents we received from OHA included many different formats of documents with "triangulation" in the file name.   And FamilyCare has received far more documents from OHA than we have on behalf of Health Share.  So we want to make sure we have actually seen and conferred with you about the documents that are the subject of your motion.

Thanks,

Chris.
**Christopher McCracken | Davis Wright Tremaine LLP**
1300 SW Fifth Avenue, Suite 2400 | Portland, OR 97201
Tel: (503) 778-5223 | Fax: (503) 778-5299
Email: chrismccracken@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

Exhibit 5
Page 3 of 8

**From:** Brenner, Alletta S. (Perkins Coie) [mailto:ABrenner@perkinscoie.com]
**Sent:** Monday, May 28, 2018 10:28 AM
**To:** McCracken, Chris
**Cc:** Chaimov, Gregory; Johnson, Thomas R., Jr. (Perkins Coie); Hesterberg, Nicholas H. (Nick) (Perkins Coie)
**Subject:** RE: UPDATE 5/24 FC v OHA - CCO AEO designations

Chris,

The documents whose designation FamilyCare intends to raise with the Court are those identified in our prior correspondence on this issue and which were discussed during our conferral call on May 4. (See attached related email chain with bates numbers). As noted on that call, FamilyCare disagrees that any of these documents should be AEO in any part and therefore it appears that the parties are at an impasse.

It was our understanding conferral was complete on this issue with respect to these documents, but please let us know if Health Share's position has changed.

Regards,
Alletta

**Alletta Brenner | Perkins Coie LLP**
ASSOCIATE ATTORNEY
D. +1.503.727.2076
F. +1.503.727.2222
E. ABrenner@perkinscoie.com

---

**From:** McCracken, Chris [mailto:chrismccracken@DWT.COM]
**Sent:** Monday, May 28, 2018 10:18 AM
**To:** Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>
**Cc:** Chaimov, Gregory <gregorychaimov@dwt.com>
**Subject:** RE: UPDATE 5/24 FC v OHA - CCO AEO designations

Alletta:

Could you please identify the documents you are referring to below where you write: ". . . FamilyCare intends next week to file a motion to compel the de-designation of certain specific documents designated at Health Share's request."

Thanks,

Chris.
**Christopher McCracken | Davis Wright Tremaine LLP**
1300 SW Fifth Avenue, Suite 2400 | Portland, OR 97201
Tel: (503) 778-5223 | Fax: (503) 778-5299
Email: chrismccracken@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Brenner, Alletta S. (Perkins Coie) [mailto:ABrenner@perkinscoie.com]
**Sent:** Friday, May 25, 2018 3:51 PM
**To:** Greg Scott
**Cc:** Stineman Renee; Harry Wilson; Matt Levin; 'brian@bparrott-law.com'; 'eknight@dunncarney.com'; 'annas@tonkon.com'; 'Dpl@aterwynne.com'; 'Langfitt, Frank'; 'ELindenauer@gsblaw.com'; 'arden.j.olson@harrang.com'; 'Altove Rowley'; 'tjacobsen@samhealth.org'; 'JHern@SCHWABE.com'; 'Peter Stoloff'; McCracken, Chris; Johnson, Thomas R., Jr. (Perkins Coie); Chin Elleanor; English, Stephen F. (Perkins Coie)
**Subject:** RE: UPDATE 5/24 FC v OHA - CCO AEO designations

Greg,

4

Exhibit 5
Page 4 of 8

As noted in my previous email, we have concerns with your proposed update below.  First, it is not clear whether OHA intends to include with this report the additional information and feedback provided by the CCOs.  FamilyCare believes the CCOs' input to be helpful and therefore requests that any correspondence on this point be included with the parties' joint report to the Court.

Second, OHA's proposed language is lacking in detail. In particular, it provides little in the way of explanation of how OHA and the CCOs have been going about the process of reviewing designations, the pace of progress so far, the total number of documents identified to be de-designated to date, the total number of documents expected to be de-designated, and the timing for the determination and implementation of these changes.  At the status conference on April 26, Judge Mosman requested specific information on each of these points and FamilyCare believes that he will be expecting to be provided that information in this report also.

Third, although the report proposed below does not provide much detail on the manner in which OHA and the CCOs have been and will continue to review AEO documents, FamilyCare has concerns about the process outlined in Elleanor's email, which appears to be sequential in nature and very slow to implement.  FamilyCare believes this process may not be workable and that other more efficient solutions, such as that proposed by Chris McCracken, should be considered, particularly if OHA intends to keep with the timeline proposed on April 26 (that the process of reviewing and de-designating documents would be largely complete by June 8).

Finally, to the extent that OHA and the CCOs agree to add the information noted above, FamilyCare would also add that substantial disagreement remains on the scope of what may be appropriately designated as AEO in this case.  As a result, pursuant to Judge Mosman's direction at the last conference that concerns about specific documents should be raised in the form of a motion, FamilyCare intends next week to file a motion to compel the de-designation of certain specific documents designated at Health Share's request.

Please let us know your position on these issues as soon as you can. To the extent that the parties cannot agree on these changes, FamilyCare asks that its concerns be noted and states that it will be writing separately to the Court to supplement this joint report.

Regards,
Alletta

**Alletta Brenner | Perkins Coie LLP**
ASSOCIATE ATTORNEY
D. +1.503.727.2076
F. +1.503.727.2222
E. ABrenner@perkinscoie.com

---

**From:** Greg Scott [mailto:gregscott@markowitzherbold.com]
**Sent:** Friday, May 25, 2018 1:42 PM
**To:** Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>; Chin Elleanor <Elleanor.Chin@doj.state.or.us>
**Cc:** Stineman Renee <renee.stineman@doj.state.or.us>; Harry Wilson <harrywilson@markowitzherbold.com>; Matt Levin <mattlevin@markowitzherbold.com>; 'brian@bparrott-law.com' <brian@bparrott-law.com>; 'eknight@dunncarney.com' <eknight@dunncarney.com>; 'annas@tonkon.com' <annas@tonkon.com>; 'Dpl@aterwynne.com' <Dpl@aterwynne.com>; 'Langfitt, Frank' <Frank.Langfitt@MillerNash.com>; 'ELindenauer@gsblaw.com' <ELindenauer@gsblaw.com>; 'arden.j.olson@harrang.com' <arden.j.olson@harrang.com>; 'Altove Rowley' <alrowley@samhealth.org>; 'tjacobsen@samhealth.org' <tjacobsen@samhealth.org>; 'JHern@SCHWABE.com' <JHern@SCHWABE.com>; 'Peter Stoloff' <pstoloff@peterstoloff-law.com>; 'chrismccracken@DWT.COM' <chrismccracken@DWT.COM>; Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>
**Subject:** RE: UPDATE 5/24 FC v OHA - CCO AEO designations

All,

Exhibit 5
Page 5 of 8

OHA propose's the following language for a joint status report:

"OHA has provided documents to each CCO's counsel for review of confidentiality designations. The CCOs are in the process of confirming or down grading designations, and OHA is reproducing any documents that have a designation change. To date OHA has re-produced over 900 documents and received AEO confirmations on approximately 1200 documents. This is an ongoing process, with additional designation changes received as recently as this morning, and OHA has provided a detailed report to CCO counsel and FamilyCare counsel regarding the status of individual designation changes.

FamilyCare has provided specific documents to individual CCOs, requesting changes in designations. Where the CCOs have made changes in designations, and also conveyed those changes to OHA, OHA has changed the designations. FamilyCare has not identified any specific documents to OHA with designation changes since the parties reported to the court on this issue in April.

In light of the specific feedback received on a particular rate setting document (Exhibit L) OHA proposes to produce Exhibit L copies with manual redactions for each CCO, reflecting what is designated AEO and what is not. OHA will produce them first to counsel for the CCOs to make sure the redactions are accurate. OHA has requested any party who wishes a specific document to have comparable treatment to identify that document.

In addition, there are a number of AEO designated documents that contain information for multiple CCOs. Based on feedback from CCOs to date, OHA has been able to change or confirm designations on some such documents and will provide a representative sample to the CCOs counsel for further decision making."

**Greg A. Scott** | Paralegal
**Markowitz Herbold PC**
1211 SW Fifth Avenue, Suite 3000 | Portland, OR  97204-3730
**T** (503) 295-3085 | Web | LinkedIn

**CONFIDENTIALITY NOTICE:** The information contained in this transmission is confidential. It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information is strictly prohibited.

---

**From:** Brenner, Alletta S. (Perkins Coie) [mailto:ABrenner@perkinscoie.com]
**Sent:** Friday, May 25, 2018 9:37 AM
**To:** Chin Elleanor
**Cc:** Greg Scott; Stineman Renee; Harry Wilson; Matt Levin; 'brian@bparrott-law.com'; 'eknight@dunncarney.com'; 'annas@tonkon.com'; 'Dpl@aterwynne.com'; 'Langfitt, Frank'; 'ELindenauer@gsblaw.com'; 'arden.j.olson@harrang.com'; 'Altove Rowley'; 'tjacobsen@samhealth.org'; 'JHern@SCHWABE.com'; 'Peter Stoloff'; 'chrismccracken@DWT.COM'; Johnson, Thomas R., Jr. (Perkins Coie)
**Subject:** RE: UPDATE 5/24 FC v OHA - CCO AEO designations

Elleanor,

Thank you for the update.  Is it your intention that the update below will be OHA's submission to the Court? If so, will OHA be including any other updates from the CCOs also?  It is our understanding, based on the Court's April 26 order, that the parties are expected to submit a joint report to the Court today on this issue.  Based on that, we have been attempting to confer with Markowitz on this and did not learn until late in the day yesterday that DOJ would be handling this.  In light of the Court's order, we would like to do this jointly if possible, rather than writing separately.  Given the

Exhibit 5
Page 6 of 8

timeline, it would be easiest if we could chat with you by phone to discuss OHA's intended approach and how FamilyCare's perspective might be incorporated.  Please give me a call this morning to discuss.

Regards,
Alletta

**Alletta Brenner** | *Perkins Coie LLP*
ASSOCIATE ATTORNEY
D. +1.503.727.2076
F. +1.503.727.2222
E. ABrenner@perkinscoie.com

---

**From:** Chin Elleanor [mailto:Elleanor.Chin@doj.state.or.us]
**Sent:** Thursday, May 24, 2018 11:49 AM
**To:** 'brian@bparrott-law.com' <brian@bparrott-law.com>; 'eknight@dunncarney.com' <eknight@dunncarney.com>; 'annas@tonkon.com' <annas@tonkon.com>; 'Dpl@aterwynne.com' <Dpl@aterwynne.com>; 'Langfitt, Frank' <Frank.Langfitt@MillerNash.com>; 'ELindenauer@gsblaw.com' <ELindenauer@gsblaw.com>; 'arden.j.olson@harrang.com' <arden.j.olson@harrang.com>; 'Altove Rowley' <alrowley@samhealth.org>; 'tjacobsen@samhealth.org' <tjacobsen@samhealth.org>; 'JHern@SCHWABE.com' <JHern@SCHWABE.com>; 'Peter Stoloff' <pstoloff@peterstoloff-law.com>; 'chrismccracken@DWT.COM' <chrismccracken@DWT.COM>; Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>; Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>
**Cc:** 'Greg Scott' <gregscott@markowitzherbold.com>; Stineman Renee <renee.stineman@doj.state.or.us>; 'Harry Wilson' <harrywilson@markowitzherbold.com>; 'Matt Levin' <mattlevin@markowitzherbold.com>
**Subject:** UPDATE 5/24 FC v OHA - CCO AEO designations

**This update is going to counsel for all CCOs and counsel for FamilyCare-**

Attached are updated copies of the tracking sheets reflecting the current state of designations by various of the CCOs on documents OHA provided to the CCO counsel, and on documents you have received from FamilyCare (if you have advised OHA). If counsel for FamilyCare and counsel for any CCO have reached agreements on any additional documents, please identify those documents for us.

We plan to produce approximately 900 down-graded documents tomorrow. As a general matter, the feedback we have received skews towards down grading documents, but several of you have also confirmed the AEO designations, or are in the process of doing so. At present we have approximately 1300 documents identified as AEO confirmed. I will provide additional statistics as I have them.

We are working on propogating decisions on specific documents to similar documents, but this is a time consuming process and we expect the re-production and clean-up process to continue for at least another couple of weeks, depending on when we receive feedback from the CCOs. If at any time there is a specific document, identified by bates number, that FamilyCare or any other party wishes OHA to re-assess, please follow the process set forth in the protective order, entered by Judge Armstrong.

With respect to aggregated information, a number of the documents identified as having multiple CCO information we have been able to downgrade and are included in re-productions. Some are being evaluated by Optumas to confirm their trade secret position. We have sought and obtained feedback from some of you on an example of aggregated information, which some of you deem to be trade secret.

Next steps:
1) Redacted documents:
The information in Exhibit L has the most detailed and specific feedback on trade secret status. OHA will produce Exhibit L copies with manual redactions for each CCO, reflecting what is designated AEO and what is not. We will produce them first to counsel for the CCO to make sure the redactions are accurate. If there is any other document that any party believes calls for this treatment, please advise me, with a copy to Matt Levin and Greg Scott.

Exhibit 5
Page 7 of 8

2) Multi CCO documents

OHA will prepare a set of example multi CCO documents for further review by the CCOs and FamilyCare that we have previously marked AEO. I expect that will be a fairly small set. We will not redact that information before providing it to the CCO counsel for review, but will rely on the CCO counsel to resolve in consultation with their clients how to provide their own client's specific information to them, if that is necessary to take a position on the AEO designation.

Regards

# Elleanor H. Chin

Senior Assistant Attorney General | Trial Division | Oregon Department of Justice

1162 Court Street NE

Salem Oregon 97301

503.947.4700 | Fax 503 947.4791

elleanor.chin@doj.state.or.us

*****CONFIDENTIALITY NOTICE*****

This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

***********************************

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Exhibit 5
Page 8 of 8