| | |
|---|---|
| **From:** | Simnitt David |
| **To:** | Meacham, David L. (CMS/CMCHO) (David.Meacham@cms.hhs.gov); Hill Petras, Wendy E. (CMS/CMCHO); Schneider, Frank A. (CMS/CMCHO) (Frank.Schneider@cms.hhs.gov); Ashby, Gary H. (CMS/CMCHO); Conklin, Elizabeth (CMS/CMCHO); Golden, James (CMS/CMCS); Cash, Judith (CMS/CMCS); Howell, Kimberly M. (CMS/CMCS); Macdonald, Linda A. (CMS/CMCS); Magwood, Robin P. (CMS/CMCS) |
| **CC:** | Allen Patrick; ROBISON Laura; Jagger Dawn; Kautz Kristine M; Falk Theodore C; Hanks Melissa A; Otrugman Melisa Z |
| **Sent:** | 1/31/2018 2:41:53 PM |
| **Subject:** | Oregon CCO Transition Plan |
| **Attachments:** | Transition Plan for FamilyCare Closure_FINAL_01312018 v5.1.pdf |

Good Afternoon-

As you are all aware, one of our largest Medicaid managed care plans in Oregon has chosen to leave the Medicaid market effective tomorrow.  We at OHA, along with our many partners impacted by this change, have been working diligently to minimize any interruption of services for our Medicaid members as they move from their current Coordinated Care Organization to their new one.

We believe the attached transition plan puts us in a good position to achieve our continuity of services goal over the next days and weeks, but we also stand prepared to quickly address any unanticipated issues should they occur. Please let me know if you have any questions.

We will also plan to keep you informed on transition progress and any barriers we encounter via our regular Friday update calls.

Thanks, David


**David Simnitt**
Interim State Medicaid Director
OREGON HEALTH AUTHORITY
Desk: 503-945-5636
Cell: 503-890-1244
http://www.oregon.gov/OHA

FamilyCare Transition Plan              Updated: 1/31/2018                    Version: 5.1

# Transition Plan for FamilyCare Closure

## 1. Executive Summary

The Coordinated Care Organization ("CCO") contract between Oregon Health Authority (OHA) and FamilyCare, Inc. ("FamilyCare") terminates January 31, 2018. This Transition Plan summarizes OHA's plan for transitioning FamilyCare's Oregon Health Plan ("OHP") members to obtain Medicaid from other sources starting February 1, 2018 (the "transition").

The primary goal of the FamilyCare transition is continuity of care for OHP members. To support this goal, OHA has convened a transition team of staff from across the agency to coordinate and streamline the transition process. OHA's transition team collaborates with other state agencies, including the Oregon Department of Human Services (DHS), The Oregon Department of Consumer and Business Services (DCBS, which regulates commercial insurers including Medicare Advantage companies), and the Oregon Department of Justice (DOJ). The transition team is working with FamilyCare and the three CCOs that will receive transition members (Health Share of Oregon, Willamette Valley Community Health, and Yamhill Community Care Organization, here called the "Receiving CCOs"). OHA is also working on open card arrangements for tribal members.

The transition team is managing contract and agreement changes to facilitate the transition activities. FamilyCare has agreed to a 31-day short term contract for January 2018 and to an administrative services contract to produce transition data, and work is underway to specify changes to reporting requirements. The three Receiving CCOs have agreed to continue FamilyCare provider services for up 90 days for physical health and pharmacy, and 180 days for behavioral health, and honor prior authorizations. OHA is in the process of analyzing the impact of the transition on the receiving CCOs' rates and will include any adjustments, along with adjustments related to the impact of redetermination clean-up work, as part of an updated rate certification to be submitted to the Centers of Medicare and Medicaid Services (CMS) for review and approval.

The transition team is actively working in these areas to facilitate a smooth transition:

- Communication with Members and Providers: OHA and CCOs are sending written communications, holding forums with members and providers, providing interviews and information to the press, setting up dedicated websites with transition information, posting information on social media, and conducting targeted outreach to FamilyCare members in advance of the 2/1/18 transition. OHA is also engaging with legislators and community partners to identify and address their concerns.

- Assessing and Assuring Capacity of the New Plan(s): CCOs are comparing their provider networks with the FamilyCare network to identify and bridge gaps. The network analysis from Health Share showed a 90% to 100% overlap in physical health providers and a 75% overlap for behavioral health providers. FamilyCare and OHA are providing detailed member transition data to the Receiving CCOs to help identify members with out-of-network providers/services and bring them in-network to support continuity of care.

1

OHA_LIT_00672811
Exhibit 7
Page 2 of 11

FamilyCare Transition Plan                 Updated: 1/31/2018                          Version: 5.1

- Continuity of Care:

  o Automatic Enrollment in Receiving CCOs: OHA is minimizing the transition's impact to members by conducting a mass update in the MMIS system to automatically assign members to their new CCO effective 2/1/18. Members were assigned to a new CCO based on their location and providers, and notified of the change by early January. Members do not need to take any action to change their CCO prior to 1/31/18, but have the option to change their enrollment early. Dual eligible members are being managed by local DHS Aging and People with Disabilities (APD) staff who are assisting in the transition, and may also enroll in a new CCO earlier than 2/1/18.

  o Continuous Member Support: All the organizations involved with the transition have dedicated resources to support members and providers before, during and after the transition. OHA has set up a command center and escalation process to identify and resolve barriers to continuity of care.

## 2. Timeline for Transition

*Table 1 - Transition Timeline*

| Event | Date |
|---|---|
| FamilyCare announces intent to close effective 12/31/17. OHA begins planning the enrollment transition to move FamilyCare members to new CCOs | 12/15/17 |
| OHA begins outreach to provide updates to members and providers who may be affected by this transition. | 12/21/17 |
| FamilyCare agrees to a 31-day contract for January 2018 to allow additional time to transition members to new CCOs. | 12/22/17 |
| FamilyCare and OHA begin sharing transition data with the Receiving CCOs | Ongoing – started in late December |
| OHA begins mailing member notifications | 12/29/2017 |
| OHA holds an informational webinar about CCO rates, and posts the recording and materials on the agency's transition website | 1/4/18 |
| OHA holds two town-hall style forums to engage FamilyCare providers | 1/5/18 and 1/6/18 |
| OHA successfully tests the CCO enrollment transfer in the MMIS system | 1/20/18 to 1/21/18 |
| OHA performs the CCO enrollment transfer in the MMIS system | 1/27/18 to 1/29/18 |
| OHA begins automated reminder calls to FamilyCare members about the 2/1/18 transition | 1/29/18 |
| OHA convenes a command center during the transition go-live to monitor and address issues | 2/1/18 to 2/2/18 |
| Ongoing transition monitoring and member support | 2/2/18 |

## 3. Contract Modifications

FamilyCare

2

FamilyCare Transition Plan            Updated: 1/31/2018            Version: 5.1

OHA and FamilyCare agreed to a 31-day contract to allow more time for the transition to take place. FamilyCare had originally planned to close on 12/31/17, and this contract extended operations through 1/31/18.

In addition, FamilyCare entered a Personal/Professional Services contract with the Oregon Health Authority for transitional services, outside the scope of the short-term CCO contract.  The contract stipulates that FamilyCare will: (1) provide to OHA reports containing agreed-upon data fields, (2) provide OHA, by January 5, 2018, with a list of its Wrap, ICC and Choice members, together with a brief narrative for each member, including the member's current care plan and other agreed-upon information; and (3) to the extent of its abilities, continue to communicate with and answer reasonable inquiries from OHA regarding transition issues.

OHA and FamilyCare are actively working on an amendment to the short-term CCO contract that addresses reporting requirements for 2018. Most of FamilyCare's requested changes (44 of 49) to reporting requirements are mutually agreed upon, and work continues on the remaining five financial reports.

OHA is working with FamilyCare to further clarify financial reporting requirements as part of a broader close-out framework. The close-out framework will be a business plan for FamilyCare and an oversight plan for OHA that identifies the activities necessary for both parties to accomplish close-out and allow OHA to release FamilyCare's restricted reserves. This will include FamilyCare's own business plan for winding down its operations while ensuring it meets all contractual and legal obligations, as well as a plan for OHA's oversight processes, FamilyCare's remaining reporting requirements, and close-out of financial obligations between FamilyCare and OHA. OHA has proposed to FamilyCare a process for finalizing the close-out framework in mid-February.

## Receiving CCOs

The Receiving CCOs have agreed to appropriate adjustments to enrollment capacity maximums as needed to accommodate projected increase in population.  While no modifications to their existing 2018 contracts have been made, the three Receiving CCOs have committed to the following:

- Honor prior authorizations for up to 90 days for physical and oral health and pharmacy, and up to 180 days for behavioral health.
- To pay former FamilyCare providers at either the Receiving CCO's current rates or a mutually agreed upon rate during the 90 day and 180 day periods.
- Health Share of Oregon agreed to perform limited duration credentialing to expand network capacity and reduce barriers to credentialing for former FamilyCare providers
- Honor prior authorizations for drugs for up to 90 days

## Rates and Actuarial Changes

OHA and its actuarial contractor, Optumas, reviewed updated data related to 2017 redetermination clean-up work, along with a few other emerging issues, to determine whether adjustments to 2018 CCO rates are warranted. OHA is presenting these analyses and resulting rate adjustments to CCOs for review and feedback. Once finalized, OHA plans to submit a revised rate certification supporting any revisions to the rates for review and approval by CMS.

3

FamilyCare Transition Plan                Updated: 1/31/2018                Version: 5.1

OHA and Optumas are in the process of analyzing the impact of the transition of FamilyCare members on rates for the three CCOs Receiving members. OHA is actively working with the CCOs on this analysis and expects to include any adjustments in the same revised rate certification referenced above.

## 4. Communicating with Members and Providers

### Summary

Since FamilyCare's announcement to the press on 12/15/17 that they intended close effective 12/31/17, the closure and associated planning activities have drawn a lot of attention from the media, elected officials, providers, members, and the community at large.

OHA and the three Receiving CCOs are continuously engaging members, providers, and their advocates during the transition to address their concerns about access to and quality of patient care, payment, administrative workload, credentialing, network capacity, care management approaches, etc.

Officials from OHA and the CCOs are coordinating communications to ensure consistent messaging. They are engaging in the following activities to inform members, providers, and the public about the closure and the transition plan:

- Participating in public speaking engagements like press interviews, legislative testimony, provider and member town-hall style forums, and webinars that are intended to inform the public and providers and to gather feedback.
- Engaging with legislators and community partners to identify and address their concerns.
- Setting up dedicated websites at each organization and continuously updated content for members and providers
- Publishing written materials, FAQs, letters to members and providers, and update memos. Materials are posted to OHA and CCO dedicated websites, mailed to providers and members, distributed on websites and social media, included in newsletters
- Listening to members and providers by clearly posting OHA and CCO contact information, holding town-hall style forums, holding open houses, providing telephone customer service, and working individual cases.
- Conducting outreach and working individually with members to inform them of the transition and address continuity of care issues.
- Incorporating representation and input from members and providers into transition planning and activities.
- Conducting automated reminder calls to FamilyCare members before the transition

Messaging includes the following information about the transition:

- Top priority is to protect Oregon Health Plan members during this transition
- Members still have OHP coverage.
- FamilyCare members will have a new CCO (or be assigned to Open Card in some cases) by 2/1/18.

4

OHA_LIT_00672814
Exhibit 7
Page 5 of 11

FamilyCare Transition Plan                    Updated: 1/31/2018                    Version: 5.1

- OHA is working with FamilyCare and the Receiving CCOs to arrange an orderly transition and keep members connected to the care they need
- FamilyCare providers should continue to treat and serve FamilyCare members without delay or disruption during this transition

## Notices

The materials discussed in this section are posted on the OHA transition website.

OHA mailed member notifications about their enrollment changes (Table 2). The first mailing on 12/29/17 included 69,833 cases. The second mailing to dual eligible members on 1/2/18 included 6,008 individuals. The third mailing to Tribal members on 1/5/18 included 1,716 individuals. The Tribal notices informed members of their move to open card, a change that the Tribes requested to maintain continuity of care for their members. The last mailing on 1/12/18 for Service Area Exceptions included 462 members.

Notices sent at the case level can include more than one person; if everyone in the case moved from FamilyCare to a Receiving CCO, the notice applied to the entire case. Notices sent to individuals include only one person. These notices used data from late December 2017, and some members may subsequently become ineligible or disenroll before the 2/1/18 transition. The final counts of transition members and their enrollment outcomes are listed in Table 3.

*Table 2 - Member Notices*

| Notice | Mailing Date | Total | Level | Languages |
|--------|--------------|-------|-------|-----------|
| Health Share of Oregon | 12/29/18 | 66,733 | Case | English, Spanish |
| Willamette Valley Community Health | 12/29/18 | 3,013 | Case | English, Spanish |
| Yamhill Community Care Organization | 12/29/18 | 87 | Case | English, Spanish |
| Duals – Health Share | 1/2/18 | 5,680 | Individual | English |
| Duals – Willamette | 1/2/18 | 324 | Individual | English |
| Duals – Yamhill | 1/2/18 | 4 | Individual | English |
| Tribal – FFS | 1/5/18 | 1,716 | Individual | English |
| Service Area Exceptions – Health Share | 1/12/18 | 445 | Individual | English |
| Service Area Exceptions – Willamette | 1/12/18 | 17 | Individual | English |

The notices included the following information:

- FamilyCare is closing effective 1/31/18
- You still have coverage
- You will have a new CCO (or in the case of tribal members, open card) no later than 2/1/18
- New CCO name, contact information (if applicable)
- OHA Client Services contact information

The Receiving CCOs are also sending materials to new members:

5

- Health Share of Oregon is sending temporary ID cards, new member welcome packets, and additional information for transition members in advance of the transition go-live.
- Willamette Valley Community Health is sending new member materials within 14 days of enrollment, including a member handbook, welcome letter (specific language was added for members who have a PCP not in network) and ID cards.

Yamhill Community Care Organization is incorporating transitioning members as part of their existing new member process.  ID cards will be mailed 1/31 and handbooks will follow shortly thereafter.

OHA notified providers of the change with an open letter from OHA Director Patrick Allen on 12/21/17. OHA followed up with a transition memo to providers, and a separate memo to pharmacy managers. OHA has posted an FAQ document for providers with ongoing updates as the transition period approaches.  There continues to be open dialogue with provider groups as issues are identified.

## Outreach for Transition Go-Live

OHA, DHS, CCOs, providers and community partners are actively conducting outreach to members who will leave FamilyCare after 1/31/18.

OHA leadership has set up a command center for agencies to collaborate and quickly address issues that arise during go-live. OHA is planning additional outreach to members and providers in advance of go-live, including notifications via phone, email, text, the ONE Applicant Portal, and MMIS Provider Portals.

OHA is conducting automated reminder calls to FamilyCare members before the transition.

OHP Member Services at the call center and processing center are increasing hours, staffing levels, and cross-training staff in preparation for the go-live period from 1/31/18 to 2/2/18. The Department of Consumer and Business Services is engaged as well if additional call center support is required.

The OHP Regional Outreach Coordinators are contacting members in advance of the transition go-live. DHS Branch Offices are conducting outreach to aged, disabled, child welfare, and other DHS Medicaid members to remind them of the change and assist with access and continuity of care issues.

Receiving CCOs are working 1:1 with members and providers to address access issues. CCOs are preparing their member support operations to handle increased volume and complex cases.

## 5. Assessing and Assuring Capacity of the New Plan(s)

Continuity of care for OHP members is the primary goal for all organizations involved in the FamilyCare member transition. OHA and FamilyCare are sharing provider and member information with the Receiving CCOs so that members can keep their providers and continue their services.

The organizations have reviewed provider network overlap, assigned members to CCOs (or in the case of tribal members, open card) based on each member's current providers and services, and identified gaps in continuity of care. OHA, CCOs, and providers are collaborating on targeted solutions to expand provider networks immediately while developing long term solutions with the provider community.

6

FamilyCare Transition Plan                 Updated: 1/31/2018                       Version: 5.1

## Transition Data

FamilyCare and OHA are sharing data with the Receiving CCOs to facilitate continued delivery of services and inform enrollment to the correct CCOs. Data exchanges began in late December 2017, and will continue through early February 2018.

Data being shared includes provider network lists, basic member information, associated provider information, encounter and claims data, prior authorizations, and case management notes.

Data has been shared weekly through secure FTP. Family Care supplied information for current members has been matched to the geographic areas covered by the other CCOs for the transition of these members. Tribal members have not been included in the transition to CCO, but this data will be shared with the tribal care coordination contractor at the point of transition for these members.

## Expanding CCO Provider Networks

OHA and Health Share of Oregon (which is receiving about 95 percent of the members being transferred to another CCO) performed a provider network analysis that showed a 90 percent overlap between the primary care providers and 100 percent overlap between specialists compared to FamilyCare's network. The behavioral health network utilization analysis showed a 75 percent overlap.

Willamette Valley Community Health performed a network analysis that showed 75 percent overlap between the primary care providers, a 21 percent overlap for behavioral care providers in panel, a 33 percent overlap for behavioral care providers with out-of-panel contracts, and a 91 percent overlap for dental health providers.

Yamhill Community Care Organization performed a network analysis that showed 70 percent overlap between primary care providers and a 75 percent overlap between the behavioral health providers. Information about dental network was not available at the provider level; however, data at the Dental Care Organization (DCO) level assignment showed at least 32 percent (36 of 112 members) dental provider overlap with 68 percent (76 of 112 members) unknown. Yamhill Community Care Organization is exploring dental provider contracting as needed, and is ready to assist members with identifying a primary dental provider and coordinating care as needed.

OHA held an informational rates webinar and two town hall style forums to engage FamilyCare providers. Representatives from the Receiving CCOs attended the forums to provide on-site guidance for new providers. OHA and the CCOs developed targeted solutions for provider network gaps based on feedback from FamilyCare providers and ongoing consultation with the Portland health community.

To address the gaps in the provider networks, OHA and the Receiving CCOs agreed to the following solutions:

- Work with transitioning FamilyCare members for up to 90 days for physical health and up to 180 days for mental and behavioral health.
- Pay former FamilyCare providers the Receiving CCO's rate, or a different rate if it is mutually agreed upon.
- Prior Authorizations:

7

- o Honor all medical and pharmacy prior-authorizations and out-of-network primary care assignments for up to 90 days
- o Honor all behavioral health prior-authorizations and out-of-network provider assignments for up to 180 days
- o Add specific details for how the Receiving CCOs have adjusted or will adjust their claims systems to accept these prior-authorizations – especially for pharmacy and out-of-network providers
- o Prior-authorizations issued by the Receiving CCOs after 2/1/18 will be treated as normal prior-authorizations under that CCO's process going forward
- o Honor drug prior authorizations for up to 90 days
- CCOs will negotiate contracts with out-of-network providers and services to continue care to former FamilyCare members, ex. NEMT, pharmacy, BH/MH, high-needs children, long term care.
- Health Share of Oregon will engage new providers in a credentialing workgroup to streamline and simplify the credentialing process, with a specific focus on behavioral health providers, and keep the credentialing process flexible to protect continuity of care in the post-transition period.
- Willamette Valley Community Health will offer contracts and credentialing to providers in their service area. If the provider is located outside of their service area, they are offering Letters of Agreement for 90 days for the FamilyCare transition members at contracted rates to ensure ample time for the member to establish with an in-network provider.
- Yamhill Community Care Organization will contact out-of-network physical health providers to start the credentialing/contracting process. Yamhill will proactively reach out to members who choose to stay with their current out-of-network behavioral health providers, and credential those providers under a single case agreement. Yamhill will explore dental contracting as needed. Extend each CCOs' provisional credentialing process to FamilyCare providers until the CCO can make a final decision about paneling each provider
- Ongoing oversight of and monitoring for patient access/care/outcomes through the transition.

# 6. Continuity of Care

## Seamless Enrollment Transition for Members

The goal of this transition is to perform the transfer of member enrollment from one CCO to another with no disruption of care. Members should continue to see their providers and access services. Members should continue to access their medication, medical equipment, and transportation services. Members should not have to act to change their enrollment to another CCO; however, if there is another CCO available in their area, members may choose to enroll in that CCO at any time.

For new and renewing members, OHA updated eligibility systems to avoid enrollment choice confusion during the transition. The FamilyCare enrollment option was removed from the ONE eligibility system effective 1/1/18.

For continuing members, OHA is running a mass system update in MMIS to automatically enroll former FamilyCare members in their new CCO (or to Open Card) with an effective date of 2/1/18.  Members have received notices informing them of their new CCO and the effective date of the change. The system rollover took place on 1/28/18. The final list of transitioning members was provided to the Receiving CCOs on separate 834 files the morning of Monday 1/29/18.

8

FamilyCare Transition Plan             Updated: 1/31/2018                          Version: 5.1

Table 3 - MMIS Rollover Counts for Receiving CCOs, FFS

| Receiving CCO/FFS | Count | Notes |
|---|---|---|
| **Members Enrolled in CCOs – Total** | **102,933** | Includes dual eligible members |
| Health Share of Oregon | 97,954 | |
| Willamette Valley Community Health | 4,878 | |
| Yamhill Community Care Organization | 101 | |
| **Tribal Members – Total** | **1,549** | Agreement with Oregon Tribes |
| Fee for Service (Physical and Behavioral Health), Dental Care Organization (Dental Only) | 1,539 | |
| Fee for Service (all types of care) | 10 | |
| **Grand Total** | **104,482** | |

Exceptions for Special Populations:

- Dual Eligibles – Some members were enrolled in a new CCO prior to 1/31/18 to best maintain their continuity of care.
- Tribes – Oregon's nine Tribal governments, IHS, and their partners advised OHA on the preferred transition process for Tribal members. The Tribes agreed to have members move from FamilyCare to open card effective 2/1/18, and provide targeted 1:1 case management and enrollment counseling to best maintain continuity of care. To maintain continuity of care for oral health services, Tribal members will be enrolled into the Dental Care Organization (DCO) that correlates to the dental sub-contractor under the CCO contract.
- Service Area Exceptions: CCOs are responsible for coordinating care even when members are in a temporary placement to receive care outside the CCO's service area. Service Area Exceptions were authorized for approximately 460 transition members to continue treatment outside of the Receiving CCO's service area.

Members can call the OHP call center to change enrollment from FamilyCare to another CCO at any time before 1/31/18.  The mid-December announcement of FamilyCare's closure resulted in sudden increase in members contacting OHP and asking to enroll in another CCO before the end of the month, and influenced member enrollment choices at renewal. This is resulting in some members moving to their new CCO earlier than the 1/31/18 rollover date.

The Receiving CCOs continuously receive updated member transition data from FamilyCare and OHA. They use this data to identify each member's current providers and encounter information, and update system assignments so that members can continue their care. OHA has clarified that its normal rules and CCO contract provisions govern financial liability for hospitalizations begun while the member is covered by FamilyCare and for post-hospital skilled nursing care that follows such hospitalizations.

## Empowering Providers to Help their Patients

OHA recognizes that the most direct way to help members have a successful transition is to empower providers to help their patients.

Portland-area health care providers who contract with FamilyCare have expressed concerns about continuity of care for their patients after 1/31/18. Providers report that they are afraid they won't be

9

FamilyCare Transition Plan                    Updated: 1/31/2018                    Version: 5.1

paid for services already provided; that lower rates paid by other CCOs will put them out of business; that the administrative burden at other CCOs is significantly larger than at FamilyCare; and that they will have difficulty paneling with other CCOs.

OHA and CCOs have made changes to policies and processes to mitigate these concerns and expand the provider network at the Receiving CCOs (see Section 5). Additionally, OHA and CCOs are performing the following activities with FamilyCare providers throughout the transition period:

- Reassuring FamilyCare providers in writing that they will be paid and should continue to see patients.
- Distributing written materials to providers with FAQs and basic information for helping members through the coverage transition, including contact information for OHA and CCOs
- FamilyCare and the Receiving CCOs are coordinating warm-handoffs in care coordination and case management at the CCO level.
- Keeping open lines of communication with providers and members through the CCOs, OHA Ombudsperson Office, OHP Member Services, DHS Branch Offices, OHA Client Services and Provider Services units to provide 1:1 help with individual cases
- Reminding providers of their responsibilities as Medicaid providers (e.g. do not bill patients for covered services, do not cancel appointments)

## Continuous Member Support

OHA, DHS and CCOs are providing additional member support before, during and after the transition.

All organizations are conducting continuous outreach to members and providers with consistent messaging. Outreach efforts include FAQs and contact information for staff at OHA, DHS, CCOs, and community partners. Members and providers reach out to these resources to report problems and get 1:1 assistance with their case.

Member support for the 2/1/18 transition includes the following activities:

- Health Share is hosting several new member and new provider forums in January
- OHA is conducting automated reminder calls to FamilyCare members before the transition
- Yamhill Community Care Organization is making outreach calls to new members after 2/1, to aid with provider and care navigation and care coordination as needed.
- OHA, DHS, and CCOs have increased call center staff and hours to help members adjust coverage options, answer questions, and get help with continuity of care issues on a case-specific basis
- DHS branch offices are focusing outreach to FamilyCare members who are dual eligible or in a long-term care setting
- Child Welfare staff in District 2 (Multnomah County) are working closely with Health Share to maintain continuity of care for transition of FamilyCare members, especially those with identified high needs
- Tribal governments are assisting their members with enrollment options on a case-by-case basis
- Providers are empowered to help their patients through the enrollment transition
- OHA, DHS, and DCBS will hold all-day work sessions on 2/1 and 2/2 to provide triage and rapid response management during the transition
- OHA and CCOs are planning additional provider and member forums after the transition to get updates from the service delivery and consumer communities

10