Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                         Plaintiff,<br><br>          v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON<br><br>                         Defendants. | No. 6:18−cv−00296−MO<br><br>FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |

1-      FAMILYCARE, INC.'S UNOPPOSED MOTION
        FOR LEAVE TO FILE DOCUMENTS UNDER
        SEAL

## LOCAL RULE 7-1 CERTIFICATION

Counsel for FamilyCare has conferred with counsel for Oregon Health Authority ("OHA"), Patrick Allen, and Health Share of Oregon.  OHA, Allen, and Health Share do not oppose this motion to file under seal.

## MOTION

Pursuant to the protective order issued in this case, FamilyCare moves this Court for an order permitting the following documents, which contain information OHA or a third party designated as "Confidential" or "Attorneys' Eyes Only," to be filed under seal:

- Exhibit 2 to the Declaration of Alletta Brenner in Support of FamilyCare, Inc.'s Motion to Compel Down-Designation of Attorneys' Eyes Only Documents

- Exhibit 3 to the Declaration of Alletta Brenner in Support of FamilyCare, Inc.'s Motion to Compel Down-Designation of Attorneys' Eyes Only Documents

- Exhibit 4 to the Declaration of Alletta Brenner in Support of FamilyCare, Inc.'s Motion to Compel Down-Designation of Attorneys' Eyes Only Documents

Hard copies of these documents have been forwarded to Chambers.  This request is made pursuant to the Protective Order in this case, which was signed on November 1, 2017.  This order allows for the sealing of documents if the producing party designates those documents as confidential.

2-     FAMILYCARE, INC.'S UNOPPOSED MOTION
       FOR LEAVE TO FILE DOCUMENTS UNDER
       SEAL
LEGAL140938685.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED:  August 17, 2018                    **PERKINS COIE LLP**


By: *s/ Stephen F. English*
    Stephen F. English, OSB No. 730843
    SEnglish@perkinscoie.com
    Thomas R. Johnson, OSB No. 010645
    TRJohnson@perkinscoie.com
    Alletta Brenner, OSB No. 142844
    ABrenner@perkinscoie.com
    Brian Samuelson, OSB No. 165476
    BSamuelson@perkinscoie.com
    PERKINS COIE LLP
    1120 N.W. Couch Street, 10th Floor
    Portland, OR  97209-4128
    Telephone:  503.727.2000
    Facsimile:  503.727.2222

    Matthew Gordon, *pro hac vice*
    MGordon@perkinscoie.com
    Nicholas Hesterberg, *pro hac vice*
    NHesterberg@perkinscoie.com
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone:  206.359.8000
    Facsimile:  206.359.9000

    *Attorneys for Plaintiff FamilyCare, Inc.*

3-  FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

LEGAL140938685.1