Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON<br><br>          Defendants. | No. 6:18−cv−00296−MO<br><br>ORDER GRANTING FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |

1-      ORDER GRANTING FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

LEGAL140939001.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503727.2000
Fax:  503.727.2222

FamilyCare, Inc.'s unopposed motion for leave to file documents under seal is hereby granted, and it is ordered that:

The clerk is instructed to file the following documents under seal:

- Exhibit 2 to the Declaration of Alletta Brenner in Support of FamilyCare, Inc.'s Motion to Compel Down-Designation of Attorneys' Eyes Only Documents

- Exhibit 3 to the Declaration of Alletta Brenner in Support of FamilyCare, Inc.'s Motion to Compel Down-Designation of Attorneys' Eyes Only Documents

- Exhibit 4 to the Declaration of Alletta Brenner in Support of FamilyCare, Inc.'s Motion to Compel Down-Designation of Attorneys' Eyes Only Documents

Although those documents are to be excluded from the public case file, the clerk need not exclude the names of the documents from the electronic docket. In accordance with the Protective Order entered on November 1, 2017, the sealed documents noted above shall be treated as Attorneys' Eyes Only and shall not be shown to any person other than those persons designated in paragraph 10 of the Protective Order.

Dated this ___ day of August 2018.

_____
U.S. DISTRICT COURT JUDGE

2-    ORDER GRANTING FAMILYCARE, INC.'S
UNOPPOSED MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL

LEGAL140939001.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Submitted By:                                    **PERKINS COIE LLP**


                                                 By: *s/ Stephen F. English*
                                                     Stephen F. English, OSB No. 730843
                                                     SEnglish@perkinscoie.com
                                                     Thomas R. Johnson, OSB No. 010645
                                                     TRJohnson@perkinscoie.com
                                                     Alletta Brenner, OSB No. 142844
                                                     ABrenner@perkinscoie.com
                                                     Brian Samuelson, OSB No. 165476
                                                     BSamuelson@perkinscoie.com
                                                     PERKINS COIE LLP
                                                     1120 N.W. Couch Street, 10th Floor
                                                     Portland, OR  97209-4128
                                                     Telephone:  503.727.2000
                                                     Facsimile:  503.727.2222

                                                     Matthew Gordon, *pro hac vice*
                                                     MGordon@perkinscoie.com
                                                     Nicholas Hesterberg, *pro hac vice*
                                                     NHesterberg@perkinscoie.com
                                                     PERKINS COIE LLP
                                                     1201 Third Avenue, Suite 4900
                                                     Seattle, WA 98101-3099
                                                     Telephone:  206.359.8000
                                                     Facsimile:  206.359.9000

                                                     *Attorneys for Plaintiff FamilyCare, Inc.*

3-   ORDER GRANTING FAMILYCARE, INC.'S
     UNOPPOSED MOTION FOR LEAVE TO FILE
     DOCUMENTS UNDER SEAL
LEGAL140939001.1