**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
MERSEREAU SHANNON LLP
111 SW Columbia Street, Suite 1100
Portland, Oregon 97201-5865
Telephone: 503.226.6400
Facsimile: 503.226.0383

        Of Attorneys for Defendant
        Lynne Saxton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**,<br><br>        Defendants. | Case Nos.  6:18-cv-00296-MO<br><br><br>ANSWER AND AFFIRMATIVE DEFENSES ON BEHALF OF DEFENDANT LYNNE SAXTON |

For her answer to plaintiff's Fourth Amended Complaint, defendant Lynne Saxton states

as follows:

**FIRST DEFENSE**

1.

Defendant Saxton incorporates the admissions and denials contained in Defendant

Oregon Health Authority and Patrick Allen's Answer to Fourth Amended Complaint (docket

number 116)  regarding the allegations contained in paragraphs 1 – 45 of FamilyCare, Inc.'s

PAGE 1 -      ANSWER AND AFFIRMATIVE DEFENSES ON BEHALF OF DEFENDANT LYNNE SAXTON

("FamilyCare") Fourth Amended Complaint, and adopts those responses as her own.

2.

Saxton denies the allegations in paragraphs 46 – 59 of the Fourth Amended Complaint.

3.

The allegations contained in paragraphs 60 – 80 of FamilyCare's Fourth Amended Complaint are not directed at defendant Saxton, therefore she is not required to respond.  To the extent a response is required Saxton incorporates the admissions and denials contained Defendant Oregon Health Authority and Patrick Allen's Answer to Fourth Amended Complaint regarding the allegations contained in paragraphs 60 – 80 of FamilyCare's Fourth Amended Complaint, and adopts those responses as her own.

4.

Except as admitted above, defendant Saxton denies each and every remaining allegation in FamilyCare's Fourth Amended Complaint and the whole thereof.

**SECOND DEFENSE**

**(Failure to State a Claim)**

5.

FamilyCare fails to allege facts sufficient to constitute a claim against defendant Saxton.

**THIRD DEFENSE**

**(Estoppel)**

6.

FamilyCare's claims against defendant Saxton are barred by the doctrine of estoppel.

///

PAGE 2 -    ANSWER AND AFFIRMATIVE DEFENSES ON BEHALF OF DEFENDANT LYNNE SAXTON

## FOURTH DEFENSE

### (Waiver)

7.

FamilyCare's claims against defendant Saxton are barred by the doctrine of waiver.

## FIFTH DEFENSE

### (Release of Claims)

8.

FamilyCare's First Claim for Relief is barred in whole or in part because the Settlement Agreement included a release of claims.

## SIXTH DEFENSE

### (Unclean Hands)

9.

FamilyCare's First Claim for Relief is barred in whole or in part by the doctrine of unclean hands because FamilyCare engaged in bad faith conduct, including implementing its own communication plans designed to denigrate OHA.

## SEVENTH DEFENSE

### (Qualified Immunity)

10.

Defendant Saxton is entitled to qualified immunity on FamilyCare's First Claim for Relief brought under 42 U.S.C. § 1983.

///

///

PAGE 3 -      ANSWER AND AFFIRMATIVE DEFENSES ON behalf OF DEFENDANT LYNNE SAXTON

## EIGHTH DEFENSE

### (Qualified Privilege)

11.

FamilyCare's First Claim for Relief is barred in whole or in part because it is based upon the conduct of public officials in performance of their official duties and in the course of litigation, and thus are immune from liability.

## NINTH DEFENSE

### (Absolute Privilege)

12.

FamilyCare's First Claim for Relief is barred in whole or in part because it is based upon statements that affect the public interest and were published to others who were authorized to act on them, *e.g.,* legislators, or were made in the course of litigation, and thus are immune from liability.

## TENTH DEFENSE

### (Mitigation)

13.

FamilyCare has failed to mitigate its damages.

## ELEVENTH DEFENSE

### (Nonprofit Status)

14.

FamilyCare's damages are not cognizable in whole or in part because of its status as a tax-exempt, charitable, public benefit nonprofit CCO governed by state and federal status

MERSEREAU SHANNON LLP
111 SW COLUMBIA STREET, SUITE 1100
PORTLAND, OREGON 97201-5865
(503) 226-6400

regarding CCOs, tax-exempt, charitable, public benefit nonprofit organizations and Medicaid.

## TWELFTH DEFENSE

### (Statute of Limitations)

16.

FamilyCare's claims against defendant Saxton are barred in whole or in part by the expiration of the applicable statutes of limitations.

WHEREFORE, having fully answered plaintiff's fourth amended complaint, defendant Saxton prays that the same be dismissed, that plaintiff take nothing thereunder, and that defendant Saxton be awarded her reasonable attorney fees, costs, and disbursements incurred in this matter pursuant to 42 U.S.C. § 1988.

DATED: August 20, 2018.

MERSEREAU SHANNON LLP


_s/ Peter R. Mersereau_
**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
503.226.6400
Of Attorneys for Defendant
Lynne Saxton

PAGE 5 -    ANSWER AND AFFIRMATIVE DEFENSES ON behalf OF DEFENDANT LYNNE SAXTON