Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, pro hac vice
MGordon@perkinscoie.com
Nicholas Hesterberg, pro hac vice
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON<br><br>　　　　　　　Defendants. | No. 6:18−cv−00296−MO<br><br>PLAINTIFF FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT<br><br>LR 7-2(B)(1) |

PLAINTIFF FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

140978497

## LOCAL RULE 7-1 CERTIFICATION

Counsel for plaintiff FamilyCare, Inc. ("FamilyCare") has conferred with counsel for defendants Oregon Health Authority and Patrick Allen ("Defendants") and Defendants do not oppose this motion to file memorandum in excess of page limit.

## MOTION

FamilyCare respectfully moves this Court for leave to file a brief in excess of the 35-page limited prescribed by LR 7-2.  Specifically, FamilyCare seeks leave to file an approximately 50-page memorandum in support of its Response in Opposition to Defendants' Motion for Summary Judgment.  The grounds for this request to exceed the standard 35-page limit are set forth below.

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

FamilyCare requires a modest increase in the page limit for its Response in Opposition to Defendants' Motion for Summary Judgment.  As explained in Defendants' Motion for Leave to File Memorandum in Excess of Page Limit (Dkt. 136), this case involves a complex dispute spanning several years of the parties' contracting history, conduct by two different OHA directors, and rate-setting calculations over four different rate years.  Through discovery in this case, the parties have exchanged or received over a million pages of documents and conducted over twenty depositions.  Marshalling this lengthy record to respond to Defendants' overlength Motion for Summary judgment requires an increase in the page limit for FamilyCare's Response brief.

## CONCLUSION

For the reasons set forth above, FamilyCare respectfully requests that this Court grant this motion.

1-    PLAINTIFF FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

140978497

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED:  August 21, 2018                    **PERKINS COIE LLP**

By: *s/ Brian Samuelson*
    Stephen F. English, OSB No. 730843
    SEnglish@perkinscoie.com
    Thomas R. Johnson, OSB No. 010645
    TRJohnson@perkinscoie.com
    Alletta Brenner, OSB No. 142844
    ABrenner@perkinscoie.com
    Brian Samuelson, OSB No. 165476
    BSamuelson@perkinscoie.com
    PERKINS COIE LLP
    1120 N.W. Couch Street, 10th Floor
    Portland, OR  97209-4128
    Telephone:  503.727.2000
    Facsimile:  503.727.2222

    Matthew Gordon, pro hac vice
    MGordon@perkinscoie.com
    Nicholas Hesterberg, pro hac vice
    NHesterberg@perkinscoie.com
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone:  206.359.8000
    Facsimile:  206.359.9000

    *Attorneys for Plaintiff FamilyCare, Inc.*

2- PLAINTIFF FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

140978497