Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                                 Plaintiff,<br><br>        v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                                 Defendants. | No. 6:18−cv−00296−MO<br><br><br>DECLARATION OF ALLETTA BRENNER IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

DECLARATION OF ALLETTA BRENNER

140936693.
1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Alletta Brenner, state as follows:

1.      I am attorney at Perkins Coie and one of the attorneys for FamilyCare.  I have been involved in aspects of discovery of this case.  I make this declaration based on my personal knowledge.

2.      I have communicated with Ross McDonald regarding whether he has FamilyCare-related text messages.  Mr. McDonald stated that he used a personal cell phone when working for FamilyCare and had only one message that was work-related.  This message was not responsive.

3.      I have communicated with Ashlee Sharp regarding whether she has FamilyCare-related text messages.  Ms. Sharp stated that she did not use her phone to text for work.

4.      It is my understanding that Cindy Becker has retained her own attorney to defend her in a deposition that will be taken by OHA. Ms. Becker's deposition was scheduled for August 9, 2018, but was cancelled and is pending rescheduling.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: August 21, 2018                  */s/ Alletta Brenner*
                                        Alletta Brenner

1-    DECLARATION OF ALLETTA BRENNER

140936693.
1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222