Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>    Defendants. | No. 6:18–cv–00296–MO<br><br>DECLARATION OF ANTHONY JACKSON IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

DECLARATION OF ANTHONY JACKSON

I, Anthony Jackson, state as follows:

1.      I am the Controller at FamilyCare, Inc. ("FamilyCare").  I have worked at FamilyCare since February 21, 2011.  I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.      I have a personal cell phone, but do not have and have never had a FamilyCare-issued cell phone.  Aside from occasionally texting with employees regarding schedule changes (e.g., someone calls in sick or informs me that they have a doctor's appointment), I do not send or receive text messages for work-related purposes.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: August 17, 2018        _____
                              Anthony Jackson

1-   DECLARATION OF ANTHONY JACKSON

140936870.2