Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>    Defendants. | No. 6:18−cv−00296−MO<br><br><br>DECLARATION OF COURTNEY R. PECK IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |


DECLARATION OF COURTNEY R. PECK

123045-
0001/14097

I, Courtney R. Peck, state as follows:

1.    I am attorney at Perkins Coie and one of the attorneys for FamilyCare. I make this declaration based on my personal knowledge.

2.    I have reviewed the deposition testimony of Bill Guest, which was taken on May 17, 2018. OHA did not ask Mr. Guest any questions regarding his work-related text messaging or instant messaging practices.

3.    I have reviewed the deposition testimony of Kevin Clancy, which was taken on June 10, 2018. OHA did not ask Mr. Clancy any questions regarding his work-related text messaging or instant messaging practices.

4.    I have reviewed the deposition testimony of Jeff Heatherington, which was taken on June 5, 2018. Although OHA asked Mr. Heatherington whether he was aware generally of any categories of responsive documents that had not been produced, OHA did not ask him any specific questions regarding his work-related text messaging or instant messaging practices.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: August 22, 2018

_____
Courtney R. Peck

1-    DECLARATION OF COURTNEY R. PECK
123045-
0001/14097

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222