Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>              Plaintiff,<br>   v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>              Defendants. | No. 6:18−cv−00296−MO<br><br><br>DECLARATION OF JESSICA HASEN IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

DECLARATION OF JESSICA HASEN

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Jessica Hasen, state as follows:

1.      I am a counsel in the E-Discovery Services & Strategy group ("ESS") at Perkins Coie LLP in Seattle Washington, and I am a licensed attorney in good standing in the State of Washington (Bar No. 43711).  I managed the document review by contract attorneys and have been involved with various aspects of fact discovery in this case.  I base this declaration on my personal knowledge, in my role of managing the document review, information from documents which are created in the ordinary course of business, as well as information provided by other Perkins Coie personnel in the ordinary course of business.

2.      OHA has produced over 200,000 documents.  FamilyCare has produced over 90,000.  It appears that OHA has at least 75 custodians.  It is my understanding that at the outset of the case, in 2017, that FamilyCare and OHA negotiated 15 agreed-upon custodians for FamilyCare.  Four of these were outside counsel and the parties agreed upon specific limited parameters for an email collection from those custodians.

3.      Of the 11 non-attorney FamilyCare custodians, my team has collected and reviewed text messages from 6 custodians, including FamilyCare's CEO, Jeff Heatherington, its COO, William Murray, its executive assistant, Lisa Jones, its CFO, Kevin Clancy, its Director of Communications, Jack Coleman, and its Director of Government Affairs, Art Suchorzewski.  The potentially-responsive text messages were provided to us by FamilyCare.

4.      After receiving text messages from FamilyCare, ESS ran search terms against the text messages and attorneys reviewed for responsiveness those text messages with search term hits.  Starting on or about July 5, 2018 however, attorneys reviewed those text messages which

1-    DECLARATION OF JESSICA HASEN

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

did not initially hit on search terms (including those previously collected).  We have also reviewed all text messages received since that date.

5.    FamilyCare has produced 100 text message conversations.  At least 20 of those are dated after January 2018, and these were produced on July 13 or July 31.

6.    PST files, which are Microsoft Outlook data files containing email messages, calendar items, tasks, and other files stored within Outlook, have been periodically collected from FamilyCare for the 11 custodians, reviewed for search terms, and those positive for search terms have been reviewed for responsiveness.

7.    FamilyCare has collected 3,390 Barracuda IM Server instant message conversations from its custodians. Only 29 of those conversations were positive for search terms and, following a responsiveness review, six of the conversations were produced to OHA.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: August 21, 2018

_____

Jessica Hasen

2-   DECLARATION OF JESSICA HASEN

140927441.1