Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>            Defendants. | No. 6:18−cv−00296−MO<br><br>DECLARATION OF JEFF HEATHERINGTON IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

DECLARATION OF JEFF HEATHERINGTON

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Jeff Heatherington, state as follows:

1.      I am the CEO of FamilyCare, Inc. ("FamilyCare"). I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.      I have a FamilyCare-issued cell phone that I use for work-related purposes. I rarely use text messaging for work-related purposes, but, when I do, I do not have a practice of deleting those texts.

3.      I have reviewed Exhibit 21 to the Declaration of Laura Salerno Owens In Support of OHA's Motion to Compel, which appears to be a text exchange between Pat Allen and me. I have searched for this text exchange on my cell phone but it is not there and I can only conclude that I may have inadvertently deleted it, although I have no recollection of doing so.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: August 22, 2018

Jeff Heatherington

1-    DECLARATION OF JEFF HEATHERINGTON
140928470.
1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone: 503.727.2000
Fax: 503.727.2222