Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | No. 6:18–cv–00296–MO<br><br><br>DECLARATION OF LEE MCDONALD IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

DECLARATION OF LEE MCDONALD

140928441.

I, Lee McDonald, state as follows:

1.      I am the Senior Network Administrator at FamilyCare, Inc. ("FamilyCare").  I have worked at FamilyCare in IT since January 10, 2003.  I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.      Of the FamilyCare custodians, only Jeff Heatherington and Kevin Clancy had FamilyCare-issued cell phones.

3.      For purposes of this litigation, and using Decipher TextMessage software, which pulls from iTunes in order to collect the text messages, I have collected all messages found on the phones of Jeff Heatherington, Lisa Jones, Bill Murray, and Art Suchorezewski.

4.      For purposes of this litigation, and using SMS Backup+ software, I collected all messages found on Kevin Clancy's phone.

5.      I also helped Jack Coleman with his text message collection.  Mr. Coleman had a personal phone, not a FamilyCare-issued phone. He performed a collection of his texts on his own, using SMS Backup+.  That software sent the text messages in email format directly to Mr. Coleman's email, and he then forwarded the email texts to me.

6.      Some employees at FamilyCare use an instant-messaging system called Barracuda IM Server.  Chats on the Barracuda IM Server are automatically archived in the Barracuda Message Archiver, which can be collected as part of PST files. PST files are Microsoft Outlook data files containing email messages, calendar items, tasks, and other files stored within Outlook and kept with emails.  When I collected the PST files of for each FamilyCare custodian for purposes of this litigation, these Barracuda chats would have been included.

1-   DECLARATION OF LEE MCDONALD

140928441.

7.    In addition, a small subset of employees at FamilyCare used an instant messaging system called MatterMost.  These MatterMost messages automatically were sent to each individual's email account. All emails, in turn, are sent to the Barracuda Message Archiver, which was included in my PST collections of FamilyCare custodians.

8.    Barracuda IM Server and MatterMost were the only two instant messaging tools provided that may have been used by FamilyCare custodians during the relevant time period.

9.    Emails and other PST files at FamilyCare are archived and not deleted or otherwise destroyed for a period of 10 years.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: August 20, 2018

_____
Lee McDonald

2-    DECLARATION OF LEE MCDONALD
140928441.
1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222