Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | No. 6:18−cv−00296−MO<br><br>DECLARATION OF AMANDA BEANE IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO OREGON HEALTH AUTHORITY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

DECLARATION OF AMANDA BEANE

140965687.

I, Amanda Beane, state as follows:

1.    I am attorney at Perkins Coie and one of the attorneys for FamilyCare.  I have been involved in aspects of discovery in this case.  I make this declaration based on my personal knowledge.

2.    To the best of my knowledge, counsel for OHA did not confer with counsel for FamilyCare regarding FamilyCare's production of instant messages before filing its Motion to Compel.

3.    I sent a letter to counsel for OHA on August 15, 2018, to respond to OHA's questions regarding FamilyCare's production of text messages and instant messages and to offer to meet and confer.  Attached hereto as **Exhibit A** is a true and correct copy of that letter.

4.    Attached hereto as **Exhibit B** is a true and correct copy of an email exchange between OHA's counsel and me, beginning on August 16, 2018, regarding conferral on OHA's motion to compel.

5.    Attached hereto as **Exhibit C** is a true and correct copy of an excerpt of the deposition testimony of Lynne Saxton, which was taken as part of this proceeding on August 1, 2018.

6.    FamilyCare served its Second Set of Requests for Admission on May 30, 2018.  OHA responded to those requests on June 29, 2018.  Attached hereto as **Exhibit D** is a true and correct copy of OHA's Response to FamilyCare's Second Set of Requests for Admission.

7.    Attached hereto as **Exhibit E** is a true and correct copy of a letter that counsel for FamilyCare sent to counsel for OHA on July 9, 2018, regarding missing and deleted text messages from several of OHA's custodians.

1-   DECLARATION OF AMANDA BEANE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

8.      Attached hereto as **Exhibit F** is a true and correct copy of an email exchange between counsel for FamilyCare and counsel for OHA regarding FamilyCare's production of documents related to OHA's defenses and counterclaims.  Counsel for OHA did not follow-up after this email exchange to specifically identify any documents or categories of documents that it believed FamilyCare had failed to produce.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: August 21, 2018                    */s/ Amanda Beane*
                                           Amanda Beane

2-  DECLARATION OF AMANDA BEANE

140965687.
1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222