**Subject:**        RE: follow up regarding OHA's motion to compel


**From:** Beane, Amanda J. (SEA)
**Sent:** Friday, August 17, 2018 9:35 AM
**To:** Katherine M. Acosta <katherineacosta@markowitzherbold.com>; Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Brittany M. Simpson <brittanysimpson@markowitzherbold.com>; Anna Joyce <annajoyce@markowitzherbold.com>
**Cc:** Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; English, Stephen F. (POR) <SEnglish@perkinscoie.com>; Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>
**Subject:** RE: follow up regarding OHA's motion to compel

As I understand it, you were moving forward with motion practice as scheduled no matter when we met and conferred.  Again, if I'm confused about that, please let me know.


--Amanda


**Amanda Beane** | **Perkins Coie LLP**
Partner
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3965
F. +1.206.359.4965
E. ABeane@perkinscoie.com

---

**From:** Katherine M. Acosta [mailto:katherineacosta@markowitzherbold.com]
**Sent:** Friday, August 17, 2018 9:27 AM
**To:** Beane, Amanda J. (SEA) <ABeane@perkinscoie.com>; Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Brittany M. Simpson <brittanysimpson@markowitzherbold.com>; Anna Joyce <annajoyce@markowitzherbold.com>
**Cc:** Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; English, Stephen F. (POR) <SEnglish@perkinscoie.com>; Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>
**Subject:** RE: follow up regarding OHA's motion to compel

Amanda,

Thanks for your response.  Given the scheduling difficulties, we will move forward with motion practice as scheduled.

Regards,
Kate


**Katherine M. Acosta** | Attorney
**Markowitz Herbold PC**
1211 SW Fifth Avenue, Suite 3000 | Portland, OR  97204-3730
**T** (503) 295-3085 | Web

---

**From:** Beane, Amanda J. (Perkins Coie) [mailto:ABeane@perkinscoie.com]
**Sent:** Thursday, August 16, 2018 4:36 PM
**To:** Katherine M. Acosta <katherineacosta@markowitzherbold.com>; Matt Levin <mattlevin@markowitzherbold.com>;

Exhibit B
Page 1 of 4

Harry Wilson <harrywilson@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Brittany M. Simpson <brittanysimpson@markowitzherbold.com>; Anna Joyce <annajoyce@markowitzherbold.com>
**Cc:** Johnson, Thomas R., Jr. (Perkins Coie) <TRJohnson@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>; English, Stephen F. (Perkins Coie) <SEnglish@perkinscoie.com>; Brenner, Alletta S. (Perkins Coie) <ABrenner@perkinscoie.com>
**Subject:** RE: follow up regarding OHA's motion to compel

Kate,

If you believe some issues can be resolved, an attempt should be made before we file an opposition and potentially waste the Court's time.  I understand that you want Laura on the call and that apparently neither she nor anyone else from your firm can meet and confer on this issue this week, even though I am available today or tomorrow.  Likewise, it makes the most sense for me to be on the call.  I cannot do it at Tuesday at 4 p.m.  I can make time on the 24th.


--Amanda


**Amanda Beane** | **Perkins Coie LLP**
Partner
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3965
F. +1.206.359.4965
E. ABeane@perkinscoie.com

---

**From:** Katherine M. Acosta [mailto:katherineacosta@markowitzherbold.com]
**Sent:** Thursday, August 16, 2018 3:51 PM
**To:** Beane, Amanda J. (SEA) <ABeane@perkinscoie.com>; Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Brittany M. Simpson <brittanysimpson@markowitzherbold.com>; Anna Joyce <annajoyce@markowitzherbold.com>
**Cc:** Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; English, Stephen F. (POR) <SEnglish@perkinscoie.com>; Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>
**Subject:** RE: follow up regarding OHA's motion to compel

Amanda,

Apologies for the confusion.  We do not want to move the briefing schedule, but we believe we can address and potentially resolve some issues by phone on Tuesday.  Please let us know if anyone from your team is available to discuss at 4pm, Tuesday, August 21st.


Regards,
Kate


**Katherine M. Acosta** | Attorney
**Markowitz Herbold PC**
1211 SW Fifth Avenue, Suite 3000 | Portland, OR  97204-3730
**T** (503) 295-3085 | Web

---

**From:** Beane, Amanda J. (Perkins Coie) [mailto:ABeane@perkinscoie.com]
**Sent:** Thursday, August 16, 2018 3:28 PM
**To:** Katherine M. Acosta <katherineacosta@markowitzherbold.com>; Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Brittany M. Simpson <brittanysimpson@markowitzherbold.com>; Anna Joyce <annajoyce@markowitzherbold.com>

**Cc:** Johnson, Thomas R., Jr. (Perkins Coie) <TRJohnson@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>; English, Stephen F. (Perkins Coie) <SEnglish@perkinscoie.com>; Brenner, Alletta S. (Perkins Coie) <ABrenner@perkinscoie.com>
**Subject:** RE: follow up regarding OHA's motion to compel

I don't quite understand your message below.  If we meet at the single day and time you are offering, you will extend the opposition?  Or you want us to file the opposition, and then meet and confer?

--Amanda

**Amanda Beane** | **Perkins Coie LLP**
**Partner**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3965
F. +1.206.359.4965
E. ABeane@perkinscoie.com

**From:** Katherine M. Acosta [mailto:katherineacosta@markowitzherbold.com]
**Sent:** Thursday, August 16, 2018 3:25 PM
**To:** Beane, Amanda J. (SEA) <ABeane@perkinscoie.com>; Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Brittany M. Simpson <brittanysimpson@markowitzherbold.com>; Anna Joyce <annajoyce@markowitzherbold.com>
**Cc:** Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; English, Stephen F. (POR) <SEnglish@perkinscoie.com>; Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>
**Subject:** RE: follow up regarding OHA's motion to compel

Amanda,

Thank you for your prompt response.  Would anyone else from your team be available to meet with Laura at 4pm on Tuesday?  If not, we will proceed with the filing deadlines as scheduled.

Regards,
Kate

**Katherine M. Acosta** | Attorney
**Markowitz Herbold PC**
1211 SW Fifth Avenue, Suite 3000 | Portland, OR  97204-3730
**T** (503) 295-3085 | Web

**From:** Beane, Amanda J. (Perkins Coie) [mailto:ABeane@perkinscoie.com]
**Sent:** Thursday, August 16, 2018 2:57 PM
**To:** Katherine M. Acosta <katherineacosta@markowitzherbold.com>; Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Laura Salerno Owens <laurasalerno@markowitzherbold.com>; Brittany M. Simpson <brittanysimpson@markowitzherbold.com>
**Cc:** Johnson, Thomas R., Jr. (Perkins Coie) <TRJohnson@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>; English, Stephen F. (Perkins Coie) <SEnglish@perkinscoie.com>; Brenner, Alletta S. (Perkins Coie) <ABrenner@perkinscoie.com>
**Subject:** follow up regarding OHA's motion to compel

Katherine,

Exhibit B
Page 3 of 4

I received your voicemail, in which you stated Laura Salerno Owens is on vacation until next Tuesday but could talk with me at Tuesday at 4 p.m. However, as you may know, our response to your motion is due that day. In addition, I am on vacation until Thursday that week. I could talk with Laura on Friday, but would ask that the time for our opposition be extended until Wednesday the 29th. In addition, if Laura has specific questions she would like to ask in follow-up to my letter, please let me know.

--Amanda

**Amanda Beane** | **Perkins Coie LLP**
**Partner**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3965
F. +1.206.359.4965
E. ABeane@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Exhibit B
Page 4 of 4