Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Matthew Gordon, pro hac vice
MGordon@perkinscoie.com
Nicholas Hesterberg, pro hac vice
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON<br><br>          Defendants. | No. 6:18−cv−00296−MO<br><br>PLAINTIFF FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT<br><br>LR 7-2(B)(1)<br><br>EXPEDITED CONSIDERATION REQUESTED |

PLAINTIFF FAMILYCARE, INC.'S UNOPPOSED
MOTION FOR LEAVE TO FILE MEMORANDUM IN
EXCESS OF PAGE LIMIT
123045-0001/140998566.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

## LOCAL RULE 7-1 CERTIFICATION

Counsel for plaintiff FamilyCare, Inc. ("FamilyCare") has conferred with counsel for defendants Oregon Health Authority and Patrick Allen ("Defendants") and Defendants do not oppose this motion.

## MOTION

FamilyCare respectfully moves this Court for leave to file a brief in excess of the 35-page limited prescribed by LR 7-2.  Specifically, FamilyCare seeks leave to file an approximately 41-page memorandum in support of its Response in Opposition to Defendants' Motion for Summary Judgment.  The grounds for this request to exceed the standard 35-page limit are set forth below.

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

In July, the Court granted Defendants' unopposed motion to file an overlength memorandum in support of their motion for summary judgment, and Defendants filed a 41-page summary judgment brief.  Dkt 142; 149.  Today, the Court denied FamilyCare's unopposed motion to file an overlength response brief.  Dkt 215.  FamilyCare appreciates that an overlength brief will require extra time and attention from the Court.  But given the complexity of this dispute, which involves allegations relating to Medicaid rate-setting over four different years, the scope of discovery, and the numerous arguments raised in Defendants' motion, FamilyCare respectfully requests a modest increase in the page limit for its opposition memorandum.

## CONCLUSION

For the reasons set forth above, FamilyCare respectfully requests that this Court grant this motion.

1- PLAINTIFF FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

123045-0001/140998566.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED:  August 22, 2018              **PERKINS COIE LLP**

By: *s/ Brian Samuelson*
      Stephen F. English, OSB No. 730843
      SEnglish@perkinscoie.com
      Thomas R. Johnson, OSB No. 010645
      TRJohnson@perkinscoie.com
      Alletta Brenner, OSB No. 142844
      ABrenner@perkinscoie.com
      Brian Samuelson, OSB No. 165476
      BSamuelson@perkinscoie.com
      PERKINS COIE LLP
      1120 N.W. Couch Street, 10th Floor
      Portland, OR  97209-4128
      Telephone:  503.727.2000
      Facsimile:  503.727.2222

      Matthew Gordon, pro hac vice
      MGordon@perkinscoie.com
      Nicholas Hesterberg, pro hac vice
      NHesterberg@perkinscoie.com
      PERKINS COIE LLP
      1201 Third Avenue, Suite 4900
      Seattle, WA 98101-3099
      Telephone:  206.359.8000
      Facsimile:  206.359.9000

      *Attorneys for Plaintiff FamilyCare, Inc.*

2-    PLAINTIFF FAMILYCARE, INC.'S UNOPPOSED
MOTION FOR LEAVE TO FILE MEMORANDUM IN
EXCESS OF PAGE LIMIT

123045-0001/140998566.1