Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>      Plaintiff,<br><br> v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>      Defendants. | No. 3:18-cv-00296-MO<br><br><br>DECLARATION OF WILLIAM MURRAY IN SUPPORT OF FAMILYCARE, INC.'S OPPOSITION TO OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S MOTION FOR SUMMARY JUDGMENT |

1- MURRAY DECLARATION IN SUPPORT OF
  FAMILYCARE'S OPPOSITION TO OHA AND
140947834. PATRICK ALLEN'S MOTION FOR SUMMARY

I, William Murray, state as follows:

1.      I am the Chief Operating Officer of FamilyCare, Inc., ("FamilyCare"), parent company to FamilyCare Health Plans, Inc. and party to the above-captioned cases.  I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.      On December 24, 2014, OHA announced the capitation rates it intended to pay FamilyCare for 2015.  FamilyCare notified OHA that the rates were incorrect and requested information necessary to evaluate OHA's rate-setting methodology.  These requests were ignored.

3.      In August 2015, OHA announced the redeveloped capitation rates for 2015.  FamilyCare again requested that OHA provide the data necessary to assess the methodology used to develop those rates, and OHA again failed to do so.

4.      On December 20, 2017, representatives from FamilyCare, including myself, met with Patrick Allen.  Allen demanded that FamilyCare notify OHA by noon the following day whether FamilyCare would sign the 2018 contract amendment.  In response to Allen's demand and deadline, we asked whether OHA would provide the promised rate redetermination analysis in time to allow FamilyCare to review that information before deciding whether to accept or reject the 2018 amendment.  Allen responded that OHA would not be providing any additional information prior to the new signing deadline and stated that OHA was no longer contingency planning for a potential transition of FamilyCare out of Oregon's Medicaid marketplace, but that it was in fact implementing a transition plan to move FamilyCare's members and providers to other CCOs.  Unable to agree to tentative rates that would cause FamilyCare to run a deficit in 2018 exceeding the amount of its available reserves, and lacking any information from OHA about what compensation FamilyCare would actually receive in 2018 upon the correction of its acknowledged data errors, FamilyCare was unable to agree to sign the 2018 amendment on December 21, as demanded the day prior by Allen.

2-  MURRAY DECLARATION IN SUPPORT OF FAMILYCARE'S OPPOSITION TO OHA AND PATRICK ALLEN'S MOTION FOR SUMMARY

140947834.

5.      In 2014, FamilyCare received an influx of new members as a result of the expansion of the Medicaid program under the Affordable Care Act.  Due to the fact that FamilyCare served the Portland metropolitan area and was smaller than the only other CCO to serve the same area, Health Share, FamilyCare received a higher percentage of new members under the Affordable Care Act than any other CCO in Oregon.  The new expansion population dramatically increased their utilization of medical services from 2014 to 2015, and because FamilyCare had a higher proportion of these members than other CCOs, that increase had a correspondingly bigger impact on FamilyCare's expenditures over that period.

6.      In 2016, OHA implemented a reimbursement review relating to the development of the 2017 Medicaid capitation rates.  As part of this review, OHA and Optumas made significant cuts to FamilyCare's base data by removing costs for primary care reimbursements and incentive payments.  It is my understanding that this was the first time OHA and Optumas had made such cuts to FamilyCare's base data.

7.      Attached as Exhibit 1 to this declaration is a spreadsheet from Appendix C to the Oregon Health Plan Section 1115 Annual Report for Demonstration Year 15 (7/1/2016 - 6/30/2017).  I accessed Appendix C by navigating to https://www.oregon.gov/oha/HPA/HP-Medicaid-1115-Waiver/Pages/Quarterly-Annual-Reports.aspx and clicking on the link titled "Appendix C - Two percent Trend Reduction SFY 2017" under the heading "Annual Reports and Attachments to CMS."  The attached spreadsheet is Tab 1 ("PMPM Targets") of the Excel document found at that link.  In line 32 of that spreadsheet, the target Global Budget PMPM ("Per Member Per Month") amount for SFY 2014 is $434; the target Global Budget PMPM for SFY 2015 is $495—a 14.1% increase.  The target Global Budget PMPM amount for SFY 2016 is $522—a 5.4% increase over the previous year.

8.      FamilyCare's purpose as a public benefit nonprofit corporation as set out in its Articles of Incorporation is to "promote social welfare within the meaning of Section 501(c)(4)

3-   MURRAY DECLARATION IN SUPPORT OF
     FAMILYCARE'S OPPOSITION TO OHA AND
140947834. PATRICK ALLEN'S MOTION FOR SUMMARY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

of the Internal Revenue Code of 1986." To further this purpose, FamilyCare's defined objectives include "promot[ing] and encourag[ing] the improvement of health care and personal health education in the community." FamilyCare's current operations support its broad purpose and objectives, as would any damages FamilyCare receives from OHA as a result of the current lawsuit.

9.    Based on my understanding of OHA's rate-setting process, the erroneous categorization of certain FamilyCare members, known as "dual eligible" members, in the wrong rate category in 2014, 2015, and 2016 would have affected the amount of the rates that OHA paid FamilyCare in 2015 and 2016. Errors in the categories to which members are assigned affect the calculation of the per-member per-month capitation rates FamilyCare receives because such errors change two main drivers of those rates: the number of people in a particular rate category and the reported cost of medical expenses per member in that category. Thus, erroneous categorization of the "dual eligible" members would have affected not just the number of members at which FamilyCare got paid the corresponding per-member per-month rate, but the calculation of those rates themselves.

10.    FamilyCare spent no more in 2014 or 2015 than the amount of the capitation payments it received from OHA.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: August 24, 2018

William Murray

4-    MURRAY DECLARATION IN SUPPORT OF
FAMILYCARE'S OPPOSITION TO OHA AND
PATRICK ALLEN'S MOTION FOR SUMMARY

140947834.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222