**PMPM WITHOUT HEALTH SYSTEM TRANSFORMATION AND ANNUAL HST TARGET**

| | TOTAL CY 2011 | TOTAL SFY 2013 | TOTAL SFY 2014 | New Target Rebased w/ACA SFY 2015 | TOTAL SFY 2016 | TOTAL SFY 2017 |
|---|---|---|---|---|---|---|
| Without HST Baseline Growth (Per ST&Cs) | Base Year | 5.40% | 5.40% | 5.40% | 5.40% | 5.40% |
| Without HST Baseline Growth PMPM | $ 394 | $ 416 | $ 438 | $ 505 | $ 532 | $ 561 |
| With HST Spending Reduction Growth Target | Base Year | 5.40% | 4.40% | 3.40% | 3.40% | 3.40% |
| **Capitation:** | | | | | | |
| Total Managed Care | | | | | | |
| Total Fee For Service (for equivalent CCO services) | | | | | | |
| Incentive Payment Pool | | | | | | |
| **Total Capitation PMPM** | $ 363 | | | | | |
| **Services Outside of Capitation + Subject to Evaluation** | | | | | | |
| ADDITIONAL SERVICES: Substance Abusing Pregnant Women and Substance Abusing Parents with Children under Age 18 (Targeted Case Management) Youth residential alcohol and drug treatment (OHP carve out) Adult residential alcohol and drug treatment (OHP carve out) Babies First Non-Emergent Medical Transportation Adult Residential Mental Health Services Cost-sharing for Medicare skilled nursing facility care Young Adults in Transition Mental Health Residential Targeted Case Management Alcohol and Drug Detox  Federally Qualified Health Center and Rural Health Center Wrap Primary Care Case Management (phased out) Hospital Transformation Performance Program | | | | | | |
| **Global Budget PMPM** | $ 394 | $ 416 | $ 434 | $ 495 | $ 522 | $ 550 |
| **Services for CCO clients Outside of Capitation[1] + NOT Subject to Evaluation** | | | | | | |
| Mental health remaining in fee-for-service Long Term Care School Based Health Services Behavioral Rehabilitative Services (BRS) Personal Care 20 Client Employed Provider FQHC/RHC Wrap for new centers and change of scope after 7/01/2011 Primary Care Rate Increase Mental Health Habilitative Hospital Presumptive Eligibilty Health Insurer Fee (HIF) Solvaldi | | | | | | |
| **Services Outside of Capitation + NOT Subject to Evaluation PMPM** | $ 137 | $ 145 | $ 153 | $ 161 | $ 170 | $ 179 |
| **Administrative Expenses** | | | | | | |
| HIT/Interoperability costs Internal IT system costs New staff (Transformation Ctr., Innovator Agents, Quality Oversight, Analytics) | | | | | | |
| **Administrative Expenses PMPM** | | | | | | |

Row labels grouped by: Level 1: Global Budget / Level 2: Total Expenditures / Level 3: Admin

**Footnote:**
[1] QMB, CAWEM, Cawem Prenatal, TPL, Duals & Tribal members not enrolled in CCOs are excluded from expenditures.