Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>　　　　　　　Defendants. | No. 6:18−cv−00296−MO<br><br>DECLARATION OF NICHOLAS HESTERBERG IN SUPPORT OF FAMILYCARE, INC.'S OPPOSITION TO OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S MOTION FOR SUMMARY JUDGMENT |

1-　DECLARATION OF NICHOLAS HESTERBERG IN
　　SUPPORT OF FAMILYCARE'S OPPOSITION TO
　　OREGON HEALTH AUTHORITY AND PATRICK
　　ALLEN'S MOTION FOR SUMMARY JUDGMENT

140947928.1

I, Nicholas Hesterberg, state as follows:

1.      I am an attorney with the firm of Perkins Coie, counsel for FamilyCare, Inc. ("FamilyCare"), party to the above-captioned cases.  I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.      Attached to this declaration are true and correct copies of the following documents:

| Ex. No. | Description |
|---------|-------------|
| 1. | OHA Office of Health Policy and Analytics Background and Process: 2015 Rate Development |
| 2. | OHA Rate Development Timeline |
| 3. | May 22, 2016 Settlement Agreement |
| 4. | August 7, 2014 letter from B. Coulter Edwards, CMS to S. Hoffman, Acting Director of the Oregon Health Authority |
| 5. | December 30, 2014 email from R. Busek to W. Murray and S. Hoffman re: FW: 2015 Contract |
| 6. | February 18, 2015 email from L. Saxton to T. Edlund re: Message from "SHSB2-NS1-PS183" |
| 7. | April 22, 2015 email from W. Murray to W. Neal attaching a letter from FamilyCare to CMS |
| 8. | May 27, 2015 Complaint, Case No. 15cv13782, *FamilyCare, Inc. v. Oregon Health Authority*, Marion County Circuit Court |
| 9. | November 3, 2015 email from J. VanEtta to D. Marriot attaching September 28-30, 2015 transcript of the Senate Interim Committee on Health Care, including testimony by Jeff Heatherington |
| 10. | December 12, 2016 presentation: Oregon Health Plan 2017 Capitation Rate Issues |
| 11. | Excerpts from the July 10, 2018 deposition of Benjamin Diederich |

2-  DECLARATION OF NICHOLAS HESTERBERG IN
    SUPPORT OF FAMILYCARE'S OPPOSITION TO
    OREGON HEALTH AUTHORITY AND PATRICK
    ALLEN'S MOTION FOR SUMMARY JUDGMENT

140947928.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

| 12. | August 3, 2016 email from C. Guest to M. Fairbanks re Fwd: 2017 Individual CCO Rates Meeting - FamilyCare |
|---|---|
| 13. | October 21, 2016 email from Z. Aters to C. Guest Re: Tri-County Regional Meeting - 2017 Q&A |
| 14. | February 20, 2017 email from J. Heatherington to M. Grenlick re Update on FamilyCare-OHA Rate Dispute |
| 15. | December 30, 2016 Dispute Resolution Agreement |
| 16. | January 17, 2017 email from L. Saxton to B. Darby attaching FamilyCare's dispute resolution slide deck |
| 17. | September 11, 2017 email from N. Corbin to P. Allen including an August 30, 2017 email from P. Allen |
| 18. | Excerpts from the August 8, 2018 deposition of Zachary Aters FILED UNDER SEAL |
| 19. | November 30, 2017 assessment of rate setting methodology prepared by Manatt, Phelps & Phillips LLP |
| 20. | December 19, 2017 email to C. Guest regarding meeting follow-up |
| 21. | August 31, 2016 email from B. Jordan to M. McNamara |
| 22. | 2015 PowerPoint presentation given by L. Coyner and Z. Aters |
| 23. | Excerpts from the May 29, 2018 FRCP 30(b)(6) deposition of Manatt (Anne Karl) FILED UNDER SEAL |
| 24. | Excerpts from the August 3, 2018 FRCP 30(b)(6) deposition of OHA (Laura Robison) FILED UNDER SEAL |
| 25. | Excerpts from the July 13, 2018 deposition of Laura Robison FILED UNDER SEAL |
| 26. | Excerpts from the August 16, 2018 30(b)(6) deposition of OHA (Laura Robison) FILED UNDER SEAL |

3- DECLARATION OF NICHOLAS HESTERBERG IN SUPPORT OF FAMILYCARE'S OPPOSITION TO OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S MOTION FOR SUMMARY JUDGMENT

140947928.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Case 6:18-cv-00296-MO    Document 224    Filed 08/24/18    Page 4 of 10

| 27. | Excerpts of June 15, 2018 Plaintiff FamilyCare, Inc.'s Objections and Responses to Defendants' First Interrogatories |
|---|---|
| 28. | Communications Plan |
| 29. | Excerpts from the August 3, 2018 FRCP 30(b)(6) deposition of OHA (Laura Robison)<br>FILED UNDER SEAL |
| 30. | January 3, 2017 email from L. Saxton to B. Darby regarding developing "our communication plan" |
| 31. | January 26, 2017 email from B. Darby to L. Saxton |
| 32. | December 30, 2015 Email from J. Fritsche to C. Coon<br>FILED UNDER SEAL |
| 33. | February 9, 2016 email from R. Busek to M. Fairbanks, J. Fritsche, and J. Hopkins |
| 34. | June 20, 2016 text message from R. Busek to V. Chauhan |
| 35. | June 21, 2017 email from R. Cowie to N. Budnick re response to your records request |
| 36. | August 14, 2017 email from C. Pair to B. Darby regarding Crowell/OHA staff questions |
| 37. | August 7, 2017 apology letter from L. Saxton to J. Heatherington |
| 38. | Excerpts from the August 1, 2018 deposition of Lynne Saxton<br>FILED UNDER SEAL |
| 39. | January 9, 2017 email from B. Darby to C. Crowell re: Family Care Plan |
| 40. | January 9, 2017 email from B. Darby to C. Crowell re: Family Care Plan |
| 41. | August 28, 2017 email from J. Lockwood to K. Kautz |
| 42. | August 30, 2017 email from G. Delphina to P. Allen regarding leadership transition |
| 43. | Oregon's Health System Transformation Quarterly Legislative Report- Q2 & Q3 2016 |

4- DECLARATION OF NICHOLAS HESTERBERG IN SUPPORT OF FAMILYCARE'S OPPOSITION TO OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S MOTION FOR SUMMARY JUDGMENT

140947928.1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

| 44. | February 25, 2016 email from B. Darby to J. Vandehey, J. Black, L. Saxton and R. Cowie FILED UNDER SEAL |
|---|---|
| 45. | Excerpts from the August 14, 2018 deposition of Jeffrey Fritsche FILED UNDER SEAL |
| 46. | Oregon's Health System Transformation Legislative Update Report Q2, published April 2018 |
| 47. | December 22, 2016 email from C. Guest to Z. Aters, B. Jordan, J. Grado FILED UNDER SEAL |
| 48. | February 28, 2017 email from C. Crowell to J. Manning, B. Darby, R. Cowie, RE: CCO gathering last Wednesday |
| 49. | March 1, 2017 email from C. Crowell to N. Jaquiss re: OHA Statement on FamilyCare |
| 50. | April 11, 2017 email from OHA to C. Crowell re: OHA News Release: OHA files motion to dismiss FamilyCare lawsuit |
| 51. | August 2, 2017 The Lund Report: FamilyCare Escalates Offensive Against OHA |
| 52. | February 15, 2017 email from C. Guest to C. Frazier re: FW: Rate information |
| 53. | Excerpts from the July 17, 2018 30(b)(6) deposition of FamilyCare, Inc. (William Murray) |
| 54. | June 2, 2017 email from M. Whitbeck to B. Guest RE: Follow up |
| 55. | November 21, 2017 email from T. Brown to B. Guest FW: Contract termination |
| 56. | Health System Transformation presentation |
| 57. | Oregon Health Plan Amended and Restated Health Plan Services Contract # 143114-7- excerpt |
| 58. | October 17, 2016 OHA and Portland State release report that highlights $240 million in savings from patient-centered primary care homes |
| 59. | Oregon's Health System Transformed - Quarterly Progress Report Published May 2013 |

5- DECLARATION OF NICHOLAS HESTERBERG IN
SUPPORT OF FAMILYCARE'S OPPOSITION TO
OREGON HEALTH AUTHORITY AND PATRICK
ALLEN'S MOTION FOR SUMMARY JUDGMENT

140947928.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

| 60. | July 8, 2016 email from M. Fairbanks to L. Saxton FILED UNDER SEAL |
|---|---|
| 61. | July 25, 2016 email from M. Fairbanks to Z. Aters, C. Guest, and L. Coyner re: Reimbursement references from final rule |
| 62. | Oregon Health Plan Amended and Restated Health Plan Services Contract # 143114-12- excerpt |
| 63. | OHA's Response to FamilyCare's 2nd RFA -- June 29, 2018 |
| 64. | 2017 OHA Base Data and Reimbursement Review |
| 65. | Optumas Adj. Rate of Growth CY14-15 BD cuts R1 spreadsheet |
| 66. | July 12, 2016 email from B. Jordan to M. Faribanks, L. Coyner, and C. Guest FILED UNDER SEAL |
| 67. | Optumas Adj. Rate of Growth CY14-15 BD cuts R2 FILED UNDER SEAL |
| 68. | July 19, 2016 email from C. Guest to K. Nass, J. Fritsche, D. Tang, D. Roe, N. Li FILED UNDER SEAL |
| 69. | Optumas Adj. Rate of Growth CY14-15 FILED UNDER SEAL |
| 70. | July 21, 2016 Meeting invitation re: Discuss next Phase of CCOs |
| 71. | July 23, 2016 email from B. Jordan to Z. Aters re: FC Base Data |
| 72. | 2018 Base Data and Reimbursement Review |
| 73. | July 23, 2015 email from L. Saxton to L. Coyner, Z. Aters, M. Fairbanks re: Payment Rate Exhibits for Tuesday's Meetings |
| 74. | November 10, 2016 letter from W. Murray to D. Meacham re: 2017 Oregon Capitation Rates and Request for Meeting |
| 75. | November 19, 2015 letter from W. Murray to J. Golden and C. Truffer |
| 76. | February 20, 2017 email from J. Heatherington to Sen. Monnes Anderson re: Update on FamilyCare-OHA Rate Dispute |

6- DECLARATION OF NICHOLAS HESTERBERG IN
SUPPORT OF FAMILYCARE'S OPPOSITION TO
OREGON HEALTH AUTHORITY AND PATRICK
ALLEN'S MOTION FOR SUMMARY JUDGMENT

140947928.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

| 77. | September 18, 2017 email from A. Suchorzewski to I. Hernandez re: FamilyCare Testimony |
| 78. | May 29, 2015 email from M. Fairbanks to A. Robbins forwarding article *Lawsuit Contends Oregon Health Authority Stonewalled FamilyCare* |
| 79. | Oregonian article *Feds extend for five years Oregon's healthcare program for poor* |
| 80. | Agenda and table of contents for binder presented at September 15, 2017 meeting |
| 81. | Excerpts of the June 15, 2018 deposition of Patrick Allen FILED UNDER SEAL |
| 82. | October 10, 2017 email from C. Lacey to various re: 2018 CCO Rate Process Update |
| 83. | State of Oregon Services Purchase Order for Procurements not exceeding $150,000- Lewis & Ellis, Inc- Contractor |
| 84. | December 4, 2017 email from L. Robison re: Independent Reviews of 2018 CCO Rates & Proposed Next Steps |
| 85. | October 31, 2017 email from K. Cereghino to W. Murray and J. Heatherington re: 2018 CCO Contract |
| 86. | December 7, 2017 email from P. Allen to L. Robison RE: Independent Reviews of 2018 CCO Rates & Proposed Next Steps |
| 87. | November 2017 State of Oregon report: Oregon Health Authority Should Improve Efforts to Detect and Prevent Improper Medicaid Payments |
| 88. | December 14, 2017 email from W. Murray to L. Robison re: Confidential Meeting Information |
| 89. | Excerpts from the July 27, 2018 deposition transcript of William Murray |
| 90. | December 15, 2017 email from L. Robison to W. Murray re: FamilyCare Meeting Follow-up & Preliminary Results of Redetermination Analysis Next Steps |
| 91. | December 6, 2017, The Lund Report *FamilyCare Threatens to Close After Report Supports State's CCO Rates* |

7- DECLARATION OF NICHOLAS HESTERBERG IN
SUPPORT OF FAMILYCARE'S OPPOSITION TO
OREGON HEALTH AUTHORITY AND PATRICK
ALLEN'S MOTION FOR SUMMARY JUDGMENT

140947928.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

| 92. | December 21, 2017 article *FamilyCare Files Layoff Notice, Says Failed Talks Would Mean 322 Layoffs* |
|---|---|
| 93. | December 11, 2017 email from P. Allen to Rep. Nosse re: OHA rate review process update |
| 94. | December 16, 2017 email from P. Allen to Sen. Monnes Anderson re: FamilyCare Update |
| 95. | December 17, 2017 email from W. Murray to L. Robison re: FamilyCare Meeting Follow-up & Preliminary Results of Redetermination Analysis Next Steps |
| 96. | December 20, 2017 email from R. Cowie to E. Hayes re update on Family Care situation |
| 97. | December 20, 2017 email from R. Cowie to P. Allen and D. Jagger including draft press release |
| 98. | Excerpts from the July 30, 2018 deposition of Kevin Clancy |
| 99. | Excerpts from the July 16, 2018 30(b)(6) deposition of FamilyCare, Inc. (William Murray) |
| 100. | December 22, 2017 email from W. Murray to K. Cereghino re: 2018 Short Term contract and PSK FamilyCare Inc. |
| 101. | December 29, 2017 email from L. Robison to P. Allen re: Tri-County Preliminary Predetermination Analysis Results |
| 102. | February 28, 2018 email from C. Guest to W. Murray, K. Clancy, and L. Jones re: 2018 Rate Update- FamilyCare |
| 103. | April 24, 2018 email from OHA to P. Allen re: OHA News Release: OHA amends 2018 CCO capitation rates |
| 104. | February 28, 2018 email from Z. Aters to L. Robison re: Email to CCOs |
| 105. | December 15, 2017 email from L. Robison to W. Murray re: FamilyCare/OHA Contingency Plan Contacts |
| 106. | December 18, 2017 email from R. Cowie to H. Borrund |

8- DECLARATION OF NICHOLAS HESTERBERG IN
SUPPORT OF FAMILYCARE'S OPPOSITION TO
OREGON HEALTH AUTHORITY AND PATRICK
ALLEN'S MOTION FOR SUMMARY JUDGMENT

140947928.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

| 107. | December 19, 2017 email from P. Allen to K. Kautz re: FamilyCare/OHA Contingency Plan Contacts |
|------|---|
| 108. | December 24, 2017 email from D. Blackwell to P. Allen re: FamilyCare versus OHA |
| 109. | August 16, 2017 letter from Gov. K. Brown to P. Allen |
| 110. | FamilyCare, Inc. Amended and Restated Articles of Incorporation |
| 111. | March 4, 2016 meeting request from M. Benson<br>FILED UNDER SEAL |
| 112. | August 11, 2017 Defendant's Opposition to Plaintiff's Motion to Compel, *FamilyCare, Inc. v. Oregon Health Authority*, Marion County Circuit Court |
| 113. | November 29, 2017 email from W. Murray to L. Robison re: Data update |
| 114. | August 22, 2016 email from L. Saxton to B. Darby re: CCO Quarterly Report |
| 115. | *[EXHIBIT UNUSED]* |
| 116. | December 18, 2017 email from D. Rumsey to P. Allen re: Impact of FamilyCare's closure on 17,000 children |
| 117. | March 25, 2016 email from W. Murray to C. Becker, P. McCormick, K. Mainzer re: Timely and Fair Resolution of the FamilyCare Contract |
| 118. | Excerpts from the July 6, 2018 deposition of Richard Barsotti |
| 119. | December 7, 2017 Email from C. Frazier to C. Lacey re: FamilyCare Health Preliminary Analysis of Rate Review Reports |
| 120. | Oregon's Coordinated Care Model |
| 121. | July 26, 2017 email from Z. Aters to C. Frazier, C. Guest and K. Nass re: CCO Exhibits Base Data Report |
| 122. | November 11, 2017 email from A. Suchorzewski to P. Allen re: FamilyCare Letter and Legislative Counsel Opinion |
| 123. | July 6, 2016 email from Z. Aters to C. Guest<br>FILED UNDER SEAL |

9-  DECLARATION OF NICHOLAS HESTERBERG IN
SUPPORT OF FAMILYCARE'S OPPOSITION TO
OREGON HEALTH AUTHORITY AND PATRICK
ALLEN'S MOTION FOR SUMMARY JUDGMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: August 24, 2018                    *s/ Nicholas Hesterberg*
                                          Nicholas Hesterberg

10- DECLARATION OF NICHOLAS HESTERBERG IN
    SUPPORT OF FAMILYCARE'S OPPOSITION TO
    OREGON HEALTH AUTHORITY AND PATRICK
    ALLEN'S MOTION FOR SUMMARY JUDGMENT

140947928.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222