**OHA Office of Health Policy and Analytics**

# Background and Process:  2015 Rate Redevelopment
## For Coordinated Care Organizations

### Introduction
In 2012, Oregon's 1115 Medicaid demonstration (Waiver) with the Centers for Medicare and Medicaid Services (CMS) established coordinated care organizations (CCOs) as Oregon's Medicaid delivery system. This was the beginning of the coordinated care model.  As part of the coordinated care model outlined in the Waiver, OHA employs "global budgets" to compensate CCOs in the form of prospective per member per month payments. By integrating funding streams, the global budget represents the total cost of care for all services for which the CCOs are responsible and held accountable for managing, either through performance incentives and/or being at financial risk for paying for health care services while maintaining actuarial sound rates for CCOs.

### 2014 Rate Setting Methodology
To allow flexibility in meeting the global budget at the CCO level when setting rates, OHA used the capitation rate methodology known as the "cost template," which was used to set rates from 2011 to 2014. The cost template was a rate setting model created by OHA in-house actuaries.  The cost template was provided to CCOs to report their financial costs and anticipated trends. Each year, CCOs were restricted to an aggregate target increase/decrease in costs to meet the sustainable rate of growth.

### CMS Guidance for 2015
In 2014, OHA received guidance from CMS to adjust the cost template rate methodology previously used and to align future rate setting with the Actuarial Standards of Practice (ASOP) requirements. This guidance was issued in the form of both an Oregon specific letter from CMS requiring an action plan and reinforced by a 2015 Rate Setting Managed Care Consultation Guide. The CMS guidance issued in September 2014 provided specific guidance on how rates needed to be developed in accordance with ASOP, with emphasis on the ACA Expansion population (Section II of the guide) due to 100% federal funding of this population.  CMS specifically instructed OHA to use encounter data to set rates, to no longer allow CCOs to set their own rates using the cost template methodology, and to move away from a set aggregate target increase/decrease.  OHA in-house actuaries made intentional steps during the 2015 rate setting process to align to CMS guidance while continuing to support Oregon's health system transformation goals.

### 2015 Redeveloped Prospective Rates
Given the guidance from CMS outlined above, concerns expressed by CCOs after receiving their 2015 rates, and lack of data available for the ACA expansion population in the initial 2015 rate setting, OHA engaged Optumas, an actuarial firm, to reexamine the 2015 rate methodology and to incorporate emerging experience from the ACA population in updated 2015 rates.  Additionally, Optumas is developing 2016 rates in tandem with the 2015 rate redevelopment process utilizing the new methodology.

### Results from 2015 Rate Redevelopment
The redeveloped 2015 capitation rates were developed using a different methodology than the original 2015 rates (see Methodology: 2015 Redeveloped Rates for more detailed information).   The goals of the methodology were to:
- o   Match payment to risk for each CCO and develop a consistent methodology applied to all CCOs



OHA_LIT_01032675
Exhibit 1
Page 1 of 4

**OHA Office of Health Policy and Analytics**

- o  Improve credibility with a regional approach and minimize variability within a given region
- o  Improve transparency in the rate development process
- o  Ensure that methodology is consistent with all applicable CMS/OACT regulations
- o  Incorporate emerging experience from the ACA population

These goals address the concerns raised by CCOs in the January 2015 letter to the Governor (See dates below). The resulting methodology incorporates a regional approach and utilizes a risk score tool to quantify each CCO's membership risk.  When comparing the results of the redeveloped methodology with the original methodology, there are relatively large shifts in payment rates between the non-ACA, maternity and ACA populations. For example, the change reflects an overall increase in the non-ACA payment rates. For the ACA expansion population, the change reflects an overall decrease in payment rates.

Below are findings from the redeveloped rates:
- Some CCOs will be paid a higher per member per month amount and some lower for each rate cohort and in aggregate when the redeveloped rates become in effect.  CCOs will experience shifts in per member per month amounts due to applying a new methodology, adding to the base data, and emerging data for the ACA population.
- There will be a shift of dollars between the ACA population to the non-ACA population, and between CCOs.  In aggregate, the non ACA population payments will increase.
- Many CCOs gave positive feedback regarding the extensive transparency efforts and commitment employed by OHA and Optumas in the redevelopment process.

**CCO Communication and Transparency**
Part of the revised methodology included a commitment to transparency and regular communication with the CCOs to contribute to the methodology in a collaborative approach. Since April 2015, the meetings have included: 8 weekly actuarial webinars in which Optumas opens its current work up to discussion by and feedback from CCOs and their consulting actuaries; 5 monthly in-person Rates Workgroup meetings open to all CCOs and their consulting actuaries; and 83 individual face-to-face meetings between CCOs, OHA, and Optumas to review and obtain feedback on each CCO's individual base data, risk scores, regional data, rate ranges and final payment rates.  Numerous calls and email discussions were exchanged between Optumas and OHA with CCOs and their actuaries to share feedback and ideas on an ongoing basis.  Optumas regularly asked for, and received, emerging data from CCOs throughout the process. A detailed communication tracker has been maintained by OHA to track meetings, communications, and attendance.

Each CCO received a final packet of information that included all the data models including regional rate models and add ons such as models for maternity case rates, childrens wrap around services, non-emergent medical transportation (NEMT), and etc.  The regional rate models have 3 columns redacted due to the potential proprietary nature of the unit cost data; however, regional per member per month costs are included in the model.

**Effective Date of 2015 Redeveloped Rates**
The financial impact to CCOs from the 2015 redeveloped rates will be due, in part, to the effective date of the new rates.  The 2015 redeveloped rates were created with the assumption the effective date will be July 1, 2015.



OHA_LIT_01032676
Exhibit 1
Page 2 of 4

## OHA Office of Health Policy and Analytics

On July 27, 2015, OHA, Optumas and CMS discussed OHA's recommendation that the redeveloped ACA expansion and non ACA expansion rates be effective as of July 1, 2015.  CMS and the Office of the Actuary (OACT) expressed concerns with approving rate ranges from two separate methodologies that yield different results.  Based on the concerns expressed by CMS, OHA examined four different options for effective dates and after consideration of likely approval by CMS, budget impacts, and the best path moving forward, decided to make the redeveloped rates effective January 1, 2015 for both the ACA and non-ACA cohorts.

By September 1, 2015, CCOs and CMS will receive the contract amendment, contract rates sheets, and actuarial certification for the redeveloped rates retroactively effective January 1, 2015.   Per recent legislation, CCOs will have 60 days to review the final rates.

**Important Milestones**
The following outlines key chronological milestones regarding the decision to move forward with the 2015 rate redevelopment process:

- Fall 2014, the 2015 capitation rates were developed by OHA in-house actuaries using a CCO-specific methodology that aligned with the CMS guidance and was certified by OHA's internal actuary.

- December 24, 2014, CCOs received final 2015 rates included in their contracts for 2015.

- January 29, 2015, ten CCOs signed a letter to the Governor expressing concern about the 2015 rates. In particular the issues were that the rates varied widely for CCOs within the same region and that current rates had been developed without transparency.  Concern was also expressed that 2015 final rates were not presented until late in December 2014.

- March 2015, OHA leadership and CCOs met in a work session to discuss current 2015 rates.  The outcome of the meeting was that OHA would contract with the actuarial consultant, Optumas, to redevelop the 2015 rates.  The effective date of those rates was not determined.

- March 2015, OHA received a letter from CMS that requested the certifying in house actuary answer 103 questions regarding the original 2015 capitation rates in effect at that time.

- March-May 2015, FamilyCare Inc. issued the intent to sue and subsequently filed a lawsuit against OHA regarding the original 2015 capitation rates.

- April 2015, OHA committed to hiring actuarial consultant, Optumas, to redevelop the 2015 rates and develop a methodology that could be applied to future rates.

- May 2015, OHA submitted answers to the 103 questions about the original 2015 rates to CMS.

- April – August 2015, OHA and Optumas held regular meetings with CCOs to present, discuss and obtain feedback on the base data used to compute rates and the emerging methodology such as regions and



3
August 25, 2015

OHA_LIT_01032677
Exhibit 1
Page 3 of 4

## OHA Office of Health Policy and Analytics

risk adjustment.  Optumas regularly asked for, and received, emerging data from CCOs throughout the process.

- July 13, 2015, OHA and Optumas released the regional rate ranges to the CCOs for the redeveloped 2015 rates.

- July 21, 2015, OHA and Optumas released the payment rates within the rate ranges to each CCO. The payment rate was chosen within the rate range by OHA after analyzing budget impact and waiver requirements. At this time, OHA had scheduled meetings with CMS to discuss the effective date of the rates.

- July 27, 2015 and August 10, 2015, OHA had calls with CMS to discuss the effective date of the redeveloped rates.  CMS advised OHA their preference was to approve only one rate methodology for 2015 and gave verbal acknowledgement that the redeveloped rates were consistent with CMS/OACT regulations and proposed rules.  CMS agreed to write a formal letter regarding the proposed effective date of January 1, 2015.

- August 19, 2015, OHA and Optumas released the payment rates within the rate ranges to each CCO with an effective date of January 1, 2015. The payment rate was chosen within the rate range by OHA after analyzing budget impact and waiver requirements.

- August 21, 2015, OHA received a formal letter from CMS regarding the redeveloped rates and the preferred effective date of January 1, 2015.

**2016 Rate Development**
These newly developed 2015 rates lay the ground work for the 2016 rates, which will be developed using the same methodology with some minor modifications.  The 2016 rates will be provided to the CCOs for review not less than 60 days before January 1, 2016.  Moving forward, OHA and Optumas will work collaboratively with the CCOs to arrive at a methodology that balances a sound rate methodology with health system transformation and that will be a specific focus for 2016.

**For More Information**
Lori A Coyner, MA
Director of Health Analytics
Oregon Health Authority
Email: lori.a.coyner@state.or.us
Phone: 503.569.3160



OHA_LIT_01032678
Exhibit 1
Page 4 of 4