**From:** Busek Rhonda J
**To:** Busek Rhonda J
**Sent:** 1/2/2015 1:57:18 PM
**Subject:** FW: 2015 Contract

*Rhonda Busek*
*Interim Director DMAP*
*Phone: 503-945-6552*

**From:** Busek Rhonda J
**Sent:** Tuesday, December 30, 2014 8:41 PM
**To:** 'William (Bill) Murray'; HOFFMAN Suzanne
**Cc:** Johanna Watson; Clement Leslie M; Kevin Clancy; Fischer David H
**Subject:** RE: 2015 Contract
**Importance:** High

Hi Bill - thanks for reaching out.  Per our discussion, please sign the 2015 CCO contract by January 1, 2015 so that Family Care can continue to receive payment for services rendered beginning January 1, 2015.  I understand that Family Care has questions about the rates and we are open to meeting with you to further discuss.  At that meeting, we would be able to determine next  steps as appropriate.

Thanks -

Rhonda


*Rhonda Busek*
*Interim Director DMAP*
*Phone: 503-945-6552*

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Monday, December 29, 2014 12:07 PM
**To:** HOFFMAN Suzanne
**Cc:** Johanna Watson; Clement Leslie M; Busek Rhonda J; Kevin Clancy; Fischer David H
**Subject:** 2015 Contract

Suzanne,
FamilyCare received its 2015 Contract on 12/24/15.  FamilyCare has identified issues with regard to the rates contained in the Contract and information contained in the supporting actuary rate report.  Can you please provide guidance with regard to signature expectations for the 2015 Contract while the rate issues remain outstanding?  Please feel free to call me to discuss ; my contact information is listed below.
Thank you,
Bill

**William (Bill) Murray, CPA**
**Chief Operating Officer**
825 NE Multnomah St, Suite 1400, Portland, OR 97232
Office: 503-734-3147
Cell: 503-858-0426
Fax: 503-734-3197
*billm@familycareinc.org*

Exhibit 5
Page 1 of 2

OHA_LIT_00193740

   

This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message.

This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message. Thank you.

Exhibit 5
Page 2 of 2

OHA_LIT_00193741