**From:** Saxton Lynne
**To:** EDLUND Tina D
**Sent:** 2/18/2015 1:53:32 PM
**Subject:** Re: Message from "SHSB2-NS1-PS183"

Thank you. I appreciate this, and agree independence and OHA leadership is critical to balance of interests. I would like to talk to you after my internal meeting tomorrow

Sent from my iPhone

> On Feb 18, 2015, at 1:45 PM, EDLUND Tina D <Tina.D.EDLUND@dhsoha.state.or.us> wrote:
>
> Just an FYI.. In the future looking work that mercer is doing for us, they want to take a look at our compliance letter from CMS to see what kind of box they've put us in. That look may help us here as well.
>
> Looking to the future....while I appreciate their offer of help, I worry about how unbiased they can realistically be. I believe we should ask for comment on methodology and then a period of time allowed for data review. But I am interested in maintaining our independence as well.
>
> Tina Edlund
> (503) 781-7179
>
>> On Feb 18, 2015, at 8:36 AM, Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us> wrote:
>>
>> Good morning. Yesterday, at Senator Bates request, I met with Josh Balloch, Bill Murray, Senator Bates and his legislative staff Trevor. Senator Bates led the discussion, with Bill Murray outlining Family Care's concerns.
>>
>> Senator Bates: 2015 rates vary by 60-70% by CCO; CCOs were not brought into the process (end of the year notice, deadline etc.) and some of the losers are 'losing a lot'.
>>
>> Bill Murray:
>> 1. We need a process that everyone understands and agrees to.
>> 2. He understands math, however his assertion is OHA is reviewing math with people but not using good actuarial data and analysis
>> 3. Family Care suffered a 9% decrease , which he still does not have a clear explanation for, and they are losing $45 million a month, with retained earnings of $50M. Their contract says they will receive rates 30 days in advance and they did not.
>> 4. He distributed the handouts attached to this email. He said his letters have received no response, and particularly focused on the comparison of rate changes. He said the state's revised report still has not been validated.
>> 5. He believes we are interpreting what CMS is telling us incorrectly or perhaps are not posing the right questions with sufficient actuarial competency. He said the plans have more expertise in some cases than the state does and would be happy to have their actuarial staff assist us.
>> 6. The 'giant swings' between October and January rates are 'unsubstantiated'
>> 7. He suggested I am not sufficiently skeptical of what I am being told and that the March 4 meeting is not soon enough.
>>
>> I outlined our priorities (quality health care, financial sustainability, alignment with CCOs and addressing disproportionality), said I concur on clear process for ratemaking and adherence to contractual requirements and discussed some forthcoming structural changes to ensure we meet these needs and the overall goal of the triple aim.
>>
>> I told him I would talk to you and get back to him this week. To that end, I am asking Tracy to schedule a meeting with Leslie, Rhonda, Jeffrey, Lori and Judy either today or tomorrow, based on your availability. Sean, it would be good if we could have a brief conversation as well. I have the tribal meeting, the swearing in this morning and the COHO meeting this afternoon, but am free between 10:30 and 12:30.
>>
>> Thank you all.
>>
>>

Exhibit 6
Page 1 of 2

OHA_LIT_00207020

>>
>>
>>
>>
>>
>> -----Original Message-----
>> From: shsb2-ns1-ps101@dhs.oregon.gov [mailto:shsb2-ns1-ps101@dhs.oregon.gov]
>> Sent: Wednesday, February 18, 2015 8:15 AM
>> To: Saxton Lynne
>> Subject: Message from "SHSB2-NS1-PS183"
>>
>> This E-mail was sent from "SHSB2-NS1-PS183" (Aficio MP 5002).
>>
>> Scan Date: 02.18.2015 08:14:41 (-0800)
>> Queries to: shsb2-ns1-ps101@dhs.oregon.gov
>>
>> <20150218081441567.pdf>

Exhibit 6
Page 2 of 2

OHA_LIT_00207021