| From: | William (Bill) Murray |
|---|---|
| To: | 'walter.neal@cms.hhs.gov' |
| CC: | 'SEARODMCH@cms.hhs.gov' |
| Sent: | 4/22/2015 5:13:19 PM |
| Subject: | 2015 Oregon Capitation Rate Review |
| Attachments: | CMS Letter 042215 wo Attachments.pdf |

Dear Mr. Neal,

I am the Chief Operating Officer of Oregon's longest operating Medicaid managed care plan, FamilyCare Inc. ("FamilyCare"). FamilyCare is a nonprofit that was founded specifically to serve the people of Oregon on the Oregon Health Plan. We were the first Medicaid managed care plan in Oregon to integrate mental and physical health coverage. FamilyCare was in the first wave of fully capitated health plans to be certified as a Coordinated Care Organization ("CCO") in Oregon and currently serves over 125,000 Medicaid enrollees.

Please find attached my letter to you setting forth a summary of FamilyCare's concerns with regard to Oregon's rate-setting methodology and our 2015 capitation rates. A hard-copy of the letter along with the accompanying attachments has been mailed to you.

If you have any questions regarding this information please contact me.

Thank you.

William (Bill) Murray, CPA

Chief Operating Officer

825 NE Multnomah St, Suite 1400, Portland, OR 97232

Office: 503-734-3147

Cell: 503-858-0426

Fax: 503-734-3197

billm@familycareinc.org <mailto:billm@familycareinc.org>

This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message.

Exhibit 7
Page 1 of 10
FCI0565014



April 22, 2015

Mr. Walter Neal
Health Insurance Specialist
Centers for Medicare & Medicaid Services
701 5th Avenue, Suite 1600
Seattle, WA  98104

Re: 2015 Oregon Capitation Rate Review

Dear Mr. Neal,

FamilyCare Inc. is a Coordinated Care Organization ("CCO") that contracts with the State of Oregon to provide services to Oregon's Medicaid eligible enrollees.  Services provided under the CCO Contract are reimbursed under a capitated payment methodology.  We understand that the Centers for Medicare and Medicaid Services ("CMS") is reviewing the 2015 Capitation Rates contained in our 2015 CCO Contract with the State of Oregon.  We also understand that the Oregon Health Authority ("OHA") submitted a Corrective Action Plan to CMS on January 15, 2015 in response to CMS' August 7, 2014 letter to OHA that "identified issues that are endemic to the state's rate-setting methodology" and "raised questions about compliance with CMS' requirements for actuarially sound rates".

FamilyCare and other contracted CCOs have repeatedly expressed concerns to OHA that the 2015 Capitation Rate Ranges were not developed in compliance with federal law, specifically the actuarial soundness requirement set forth in 42 USC § 1396b(m)(2)(A)( (iii) and 42 CFR 438.6(c).

To date, OHA has not provided FamilyCare with requested data and information sufficient to make a complete objective appraisal of the reasonableness of OHA's calculation of the 2015 Capitation Rates and the 2015 Rate Range Development Methodology.  The table below provides a summary of FamilyCare's most significant concerns.  Because FamilyCare has not been provided with the necessary data to fully assess OHA's rate development process, these comments are necessarily preliminary.  FamilyCare's concerns fall into three primary categories:

- OHA's development of the 2015 Capitation Rates are not in accordance with generally accepted actuarial principles and practices and CMS requirements;
- OHA has not respond timely, accurately and completely to FamilyCare's and other CCO's concerns expressed early and repeatedly after OHA's late release of the 2015 Capitation Rates to the CCO's; and
- OHA does not appear to have timely, accurately and completely communicated CCO concerns and related information to CMS, as required.

As OHA was already on notice with regard to deficiencies in the state's rate-setting methodology, FamilyCare finds OHA's lack of due diligence in the preparation of the capitation rates and follow-up on identified issues particularly troubling.

Exhibit 7
Page 2 of 10 FCI0565015

FamilyCare fully understands that a sound actuarial rate development methodology could increase or decrease its 2015 capitation rates, and simply seeks to ensure that the rate development process for 2015 and future years is compliant, credible, transparent and fair.

| Area of Concern | Evidence of Concern |
|---|---|
| **2015 Capitation Rate Ranges do not meet CMS Contract Requirements (42 CFR 438.6), particularly actuarial soundness and documentation requirements** | 1. **Significant Unexplained Variance in Capitation Rates.** The 2015 Capitation Rates vary by as much at 94% between CCO's within the same eligibility rate group and by as much as 71% within the same geographic region. In addition, the comparative relationships between CCO's rates within a geographic region reflect inconsistencies that would not be expected given each CCO's predominantly similar provider panel and reimbursement methodologies across all eligibility rate groups---that is, a CCO's capitation rates for some eligibility rate group may be significantly higher or lower than another CCO's in the same geographic region, while that relationship for other eligibility rate groups is the exact opposite. (See Attachment 1).<br><br>2. **Rate Cells not developed by Locality/Region.** The 2015 Capitation Rate Ranges were developed independently for each of the 14 eligibility rate groups for each of 16 CCOs, or a total of 224 separately certified rate cells. OHA's 2015 Rate Development Methodology fails to meet the CMS Contract Requirement that rates cells be developed by "locality/region" per 42 CFR 438.6(c)(3)(iii)(D).<br><br>3. **No Smoothing of Data across Rate Cells.** OHA's 2015 Rate Range Development Methodology did not apply the appropriate and required adjustments to smooth data "across rate cells to compensate for distortions in costs, utilization or the number of eligibles" per 42 CFR 438.6(c)(3)(ii). The Actuary's Certification contains no discussion of smoothing of base data. Smoothing of data should have been a critical component of OHA's 2015 Rate Range Development Methodology given its use of a single year of base data (2013) and the small number of eligibles in many of the 224 separately certified rate cells. (See Attachment 2).<br><br>4. **No Credibility Adjustment.** OHA's 2015 Rate Range Development Methodology did not use an appropriate credibility procedure to determine if CCO base data by eligibility rate group had full credibility or required blending with other relevant experience as required by Actuarial Standard of Practice (ASOP) No. 25-Credibility Procedures. OHA's consultant, Optumas, developed a credibility adjustment model. However, as stated on page 7 of Optumas' Base Data Report (included as Appendix 0 to Actuary's Certification), "due to complications in the data arising from varying levels of sub-capitation |

2

FAMILYCARE INCORPORATED    825 NE MULTNOMAH, SUITE 1400    PORTLAND, OREGON 97232
503 – 222 – 2880    800 – 458 – 9518    TTY: 800 – 735 – 9200    WWW.FAMILYCAREINC.ORG

Exhibit 7
Page 3 of 10

FCI0565016

| Area of Concern | Evidence of Concern |
|---|---|
| Continued: **2015 Capitation Rate Ranges do not meet CMS Contract Requirements (42 CFR 438.6), particularly actuarial soundness and documentation requirements** | arrangements by CCOs, OHA did not use the credibility tool." (See Attachment 3). <br><br> 5. **No Follow-up on Questionable or Inconsistent Data.** OHA did not investigate and resolve inconsistencies in the data as required by ASOP 23-Data Quality. On a number of occasions and as specifically noted in item 4 above, OHA was fully aware of "complications in the data" but chose to proceed with rate development without resolving the inconsistencies. These unresolved inconsistencies are evident in the wide variation in the resulting 2015 Capitation Rates. OHA failed to meet the professional standards of ASOP 23, which require the actuary to "review the data used directly in the actuary's analysis for the purpose of identifying data values that are materially questionable or relationships that are materially inconsistent. If the actuary believes questionable or inconsistent data values could have a material effect on the analysis, the actuary should consider further steps, when practical, to improve the quality of the data." <br><br> 6. **Data Validation with CCO's was Incomplete.** Additionally, OHA's data validation with the CCO's was incomplete, with no validation of maternity, dental and other significant costs. Development of benefit costs for these and other program components were inconsistent with rate development methodologies for other component costs. <br><br> 7. **Actuary's Certification Contains Misleading and Incorrect Exhibits.** The Statewide Rate Ranges and the Percentage Change in expenditures as required under 42 CFR 438.6(c)(4)(iii) and set forth by OHA in Exhibits 3A and 3B of the Actuary's Certification are incorrect. The Statewide Rate Ranges ("low end" and "high end") bear no resemblance to the individual CCO Rate Ranges set forth in Exhibits 4 and 5 of the Actuary's Certification. The Statewide Rate Ranges on Exhibits 3A and 3B materially understate the much wider variance between the "low end" and "high end" of the certified individual CCO Rate Ranges. In addition, the Statewide % Change in Payment Rates of a 3.2% increase set forth in both Exhibits 3A and 3B is mathematically incorrect based on FamilyCare's calculation of the change. OHA confirmed the error on January 9, 2015 and on January 15, 2015 provided FamilyCare with OHA's revised calculation showing a Statewide % Change in Payment Rates of a 1.5% decrease. The OHA revision did not include properly updated "low end" and "high end" rate ranges. (See Attachment 4). FamilyCare understands that OHA resubmitted the Actuary's Certification to CMS on January 15, 2015 in support of its Correction Action Plan without correcting the erroneous calculations in Exhibit 3A and 3B. |

3

FAMILYCARE INCORPORATED      825 NE MULTNOMAH, SUITE 1400      PORTLAND, OREGON 97232
503 – 222 – 2880      800 – 458 – 9518      TTY: 800 – 735 – 9200      WWW.FAMILYCAREINC.ORG

Exhibit 7
Page 4 of 10
FCI0565017

| Area of Concern | Evidence of Concern |
|---|---|
| OHA's lack of sufficient, timely and accurate response to CCO concerns with 2015 Capitation Rates, particularly in light of CMS' review and findings noted in its August 7, 2014 letter to OHA and required Corrective Action Plan that OHA submitted to CMS on January 15, 2015. | 1. **Rushed Rate-Setting Process Misses Contractual Deadlines.** OHA provided FamilyCare and the other CCOs with copies of their rate sheets on December 12, 2014 and a copy of the Actuary's Certification on December 17, 2014. Receipt of these documents was the culmination of a rushed rates development process that did not provide time for CCO review of final rates prior to CMS submission. OHA's late delivery of the Actuary's Certification and the CCO rate sheets violated OHA's contract with the CCOs. Those contracts require at least 30 days' notice.<br><br>2. **OHA Forces CCO's to Sign Contracts; OHA Unable/Unwilling to meet with CCO's Prior to Contract Signing Deadline.** Upon receipt of the rates documents, FamilyCare's review identified significant concerns related to the 2015 Rate Development Methodology, the 2015 Capitation Rates and the accuracy of certain information contained in the Actuary's Certification. On December 24, 2014, FamilyCare met with OHA to discuss FamilyCare's initial concerns relating to:<br>• Inability to validate rate changes appearing the Actuary's Certification<br>• Inconsistency of rate changes with prior OHA communications<br>• Significant unexplained fluctuations in the 2015 Capitation Rates from the 2014 Capitation Rates<br>• Significant unexplained variations in the 2015 Capitation Rates between CCOs within eligibility categories, particularly the ACA expansion eligibility categories<br><br>At the close of the meeting, due to the scheduled January 1, 2015 effective date for the new Capitation Rates, FamilyCare requested a meeting as soon as possible with OHA leadership to promptly address and resolve FamilyCare's concerns.<br><br>OHA was unable/unwilling to schedule the requested meeting prior to the January 1, 2015 effective date for the new Capitation Rates and provided no information in response to FamilyCare's expressed concerns prior to the contract signing deadline. OHA informed FamilyCare that it was obligated to sign the 2015 CCO Contract by January 1, 2015 or risk loss of payment for services provided after January 1, 2015. On December 31, 2014 FamilyCare signed and returned the 2015 CCO Contract Amendment containing the 2015 Capitation Rates. FamilyCare signed the contract under protest and submitted a cover letter stating FamilyCare's objections to the process and the rates. (See Attachment 5). The letter:<br>• Cited OHA's failure to meet contractual timelines for delivery of the rate sheets and contract amendment; |

4

FAMILYCARE INCORPORATED       825 NE MULTNOMAH, SUITE 1400       PORTLAND, OREGON 97232
503 – 222 – 2880       800 – 458 – 9518       TTY: 800 – 735 – 9200       WWW.FAMILYCAREINC.ORG

Exhibit 7
Page 5 of 10

FCI0565018

| Area of Concern | Evidence of Concern |
|---|---|
| **Continued: OHA's lack of sufficient, timely and accurate response to CCO concerns with 2015 Capitation Rates, particularly in light of CMS' review and findings noted in its August 7, 2014 letter to OHA and required Corrective Action Plan that OHA submitted to CMS on January 15, 2015.** | <ul><li>Summarized significant outstanding concerns related to the 2015 Capitation Rates;</li><li>Documented that no OHA personnel were available to address FamilyCare's concerns prior to the required signing deadline; and</li><li>Stated that FamilyCare was signing under duress</li></ul><br>Other CCOs expressed similar concerns related to the late delivery of the 2015 rate sheets, inability to validate the 2015 capitation rate information and OHA's unavailability to meet or provide information prior to the required contract signing deadline. (See Attachment 6).<br><br>3. **Lacking OHA Action, CCO's Inform Governor's Office of Unresolved 2015 Rates Issues.** Following the contract signing deadline, FamilyCare and other CCO's made repeated attempts to engage OHA in meaningful discussions to resolve concerns over the 2015 Rate Development Methodology and the 2015 Capitation Rates. (See Attachment 7). Lacking any action by OHA, on January 29, 2015, the CEOs of twelve of Oregon's sixteen CCO's sent a letter to the Governor stating, "For 2015, there appears to be no clear methodology for the rates, resulting in significant differences in contiguous regions. This simply defies logic--the risk and utilization patterns simply do not differ that significantly to merit that degree of difference." The letter also underscored the need for prompt action stating "Time is of the essence when it comes to fixing these rates, every month in which we use the flawed methodology will make retroactive changes increasingly difficult." (See Attachment 8).<br><br>4. **Lacking OHA Action, CCO's Inform Legislative Leadership of Unresolved 2015 Rates Issues.** OHA's continued lack of responsiveness prompted FamilyCare and other CCOs to communicate concerns over the 2015 Capitation Rates to legislative leadership. (See Attachment 7).<br><br>5. **OHA Engages Consultant; Confirms Rates Need to be Re-developed to be Consistent with Actuarial Soundness.** FamilyCare's understanding is that around this time OHA engaged an outside consultant, Optumas, to review the 2015 Capitation Rates and the 2015 Rate Range Development Methodology and on March 4, 2015 Optumas presented its findings to the CCO's in a 4-hour meeting. (See Attachment 9). Optumas acknowledged that the current 2015 Capitation Rates needed to be redeveloped to be consistent with actuarial soundness. |

5

Exhibit 7
Page 6 of 10

FCI0565019

| Area of Concern | Evidence of Concern |
|---|---|
| Continued:<br><br>OHA's lack of sufficient, timely and accurate response to CCO concerns with 2015 Capitation Rates, particularly in light of CMS' review and findings noted in its August 7, 2014 letter to OHA and required Corrective Action Plan that OHA submitted to CMS on January 15, 2015. | 6.  **OHA Proposes Three Wide Ranging Options to Fix Rates**. At the conclusion of Optumas' March 4 presentation, OHA provided the CCO's with three "Options for 2015 Rate Revisions". (See Attachment 10). All three options would result in changes to the 2015 Capitation Rates. Moreover, OHA did not assert that the 2015 Capitation Rates had been properly developed and that no adjustment to the 2015 Capitation Rates was necessary. OHA noted that OHA had completed the calculations for Option 1, and all but two CCO's would receive a small increase and that the two adversely impacted CCO's would be "grandfathered" at the existing rates with no change. OHA further noted that the other two options contained uncertainty and that CCO's could experience rate reductions under those scenarios. OHA proceeded to ask each CCO to "vote" on its preferred option and notify OHA's Director of their plan's preference by March 9, with the OHA Director indicating she would make a final determination by March 13, 2015.<br><br>7.  **FamilyCare Questions Validity of OHA Three-Option Alternative Approach and Provides OHA with Notice.** FamilyCare disagreed with OHA's three-option, vote-for-your favorite, approach, believing that OHA was again demonstrating its lack of professional understanding and responsibility to develop actuarially sound rates. On March 9, 2015 FamilyCare responded to the OHA Director's request and also provided contractual notice to OHA and the Office of Contracts & Procurement that it believed that the rates stated in the 2015 CCO Contract conflict with federal statutes and regulations. (See Attachment 11).<br><br>8.  **OHA Communication Fails to Acknowledge Receipt of CMS Questions; CMS Questions echo CCO Concerns Expressed Months Earlier.** On March 13, the date OHA had indicated a decision would be made on the "Options for 2015 Rate Revisions", FamilyCare received an email from the OHA Director late in the afternoon stating, "We are completing our internal work and work with Optumas. We will be in touch next week with next steps." (See Attachment 12). OHA did not inform FamilyCare that on March 12, 2015 it had received correspondence from CMS asking OHA to complete 173 review questions related to OHA's submission of the 2015 Capitation Rates and Actuary's Certification. Many of the CMS Questions mirror unanswered concerns expressed by FamilyCare and other CCO's since receipt of the 2015 Capitation Rates in late December 2014. |

FAMILYCARE INCORPORATED    825 NE MULTNOMAH, SUITE 1400    PORTLAND, OREGON 97232
503 – 222 – 2880    800 – 458 – 9518    TTY: 800 – 735 – 9200    WWW.FAMILYCAREINC.ORG

6

Exhibit 7
Page 7 of 10 FCI0565020

| Area of Concern | Evidence of Concern |
|---|---|
| Continued: OHA's lack of sufficient, timely and accurate response to CCO concerns with 2015 Capitation Rates, particularly in light of CMS' review and findings noted in its August 7, 2014 letter to OHA and required Corrective Action Plan that OHA submitted to CMS on January 15, 2015. | 9. **FamilyCare Learns of CMS Questions from Legislative Leadership, not from OHA.** FamilyCare was first informed on March 16, 2015 by Legislative Leadership, not OHA, that OHA had received the March 12, 2015 correspondence from CMS with the 173 review questions.<br><br>10. **OHA's Consultant Memorandum Details Steps Needed to Re-Develop and Re-Certify 2015 Capitation Rates; Proposes Not to Respond to CMS Questions until after Rates are Re-done.** On March 16, 2015 Optumas issued a draft memorandum to OHA setting forth a rate development scope of work for both 2015 and 2016, which included Optumas re-doing and re-certifying the 2015 Capitation Rates. (See Attachment 13). The 2015 work plan included in the memorandum further confirms the findings Optumas discussed with the CCO's on March 4, 2015, as noted in item 5. above.<br><br>The Optumas work plan also states that responses to the March 12th CMS Questions would be prepared only after the newly recertified 2015 Capitation Rates had been completed. The OHA Director explained that the CMS Questions did not need to be answered earlier because OHA had made the decision to re-do the 2015 Capitation Rates prior to receipt of CMS' Questions. This seems inconsistent with the OHA Director's email (see item 7, above) which indicated no decisions had been made. The OHA Director's response, together with the Optumas' memorandum, appear to indicate a reluctance or inability of OHA to respond to the CMS Questions with existing documentation sufficient to support that an actuarially sound rate-setting process had occurred prior to the OHA's original submission of the 2015 Capitation Rates.<br><br>(Continued Next Page) |

FAMILYCARE INCORPORATED    825 NE MULTNOMAH, SUITE 1400    PORTLAND, OREGON 97232
503 – 222 – 2880    800 – 458 – 9518    TTY: 800 – 735 – 9200    WWW.FAMILYCAREINC.ORG

Exhibit 7
Page 8 of 10
FCI0565021

| Area of Concern | Evidence of Concern |
|---|---|
| OHA's lack of sufficient, timely and accurate communications with CMS regarding: 1) CCO concerns with the 2015 Capitation Rates; 2) CMS' August 7, 2014 resolution letter and submission of OHA's required Corrective Action Plan; and 3) CMS' March 12, 2015 capitation rate review letter and accompanying review questions | 1. **OHA Submits Corrective Action Plan to CMS on January 15, 2015; Includes Information known to be Incorrect and Misleading.** On January 15, 2015, OHA submitted to CMS its Corrective Action Plan (CAP) as required by CMS' resolution letter to OHA dated August 7, 2014. The Corrective Action Plan included a section addressing "Rate-Setting Methodology Concerns" and OHA referenced and included a copy of the 2015 Capitation Report and Actuary's Certification as previously filed with CMS on December 15, 2014. As noted above, at the time of the CAP submission, OHA was aware of significant concerns with the rate-setting methodology and known errors in the Actuary's Certification. (See Attachment 4). Lacking receipt of any communications with CMS to the contrary, it appears that OHA knowingly submitted incomplete and inaccurate information as part of the CAP as neither the "Rate-Setting Methodology Concerns" section of the CAP or the accompanying Actuary's Certification contained any discussion or adjustments related to the concerns raised by FamilyCare and other CCO's. <br><br> 2. **FamilyCare inquires if Actuary's Certification has been Amended; OHA says No.** On February 16, 2015, FamilyCare inquired if OHA had made any amendments to the Actuary's Certification report that had been submitted to CMS on December 15, 2014. OHA responded that no amendments to the report had been made. (See Attachment 14). <br><br> 3. **OHA keeps extent of Conversations with CMS on 2015 Capitation Rates a Secret.** FamilyCare has requested, but not yet received, from OHA copies of all communications between OHA and CMS to assess the completeness of OHA's conversations with CMS related to the 2015 Capitation Rates. (See Attachment 15). Because FamilyCare has not been provided with all requested information, FamilyCare has concern that OHA's communications with CMS have not been sufficient. |

Given the complexity of the issues involved, FamilyCare would be glad to meet with CMS to answer any questions or provide additional requested information. FamilyCare would be glad to meet privately with CMS or in a joint meeting with CMS and OHA.

States like Oregon have chosen to develop and actuarially certify the capitation rates which are then offered to the contracting CCO's. This creates a unique situation, as the capitation rates are not developed and certified by the CCO. ASOP No. 49-Medicaid Managed Care Capitation Rate Development and Certification recognizes the uniqueness of this relationship and the additional responsibility it imposes on the state's certifying actuary, stating "Due to the unique nature of these contracting relationships, the

8

FAMILYCARE INCORPORATED    825 NE MULTNOMAH, SUITE 1400    PORTLAND, OREGON 97232
503 – 222 – 2880    800 – 458 – 9518    TTY: 800 – 735 – 9200    WWW.FAMILYCAREINC.ORG

Exhibit 7
Page 9 of 10

FCI0565022

certifying actuary has a greater responsibility in the determination of the capitation rates (either the point estimate or the capitation rate ranges), since the certifying actuary is not directly affiliated with the contracted MCO." FamilyCare believes that OHA has not demonstrated sufficient due care in the development of the 2015 Capitation Rates to meet this guiding standard. FamilyCare is appreciative of any assistance CMS can provide through its review of the 2015 Capitation Rates to improve OHA's rate-setting methodology.

Sincerely,

William H. Murray, CPA
Chief Operating Officer
billm@familycareinc.org
Work:    503-734-3104
Cell:      503-858-0426
825 NE Multnomah, Suite 1400
Portland, OR  97232

Enclosures

9

Exhibit 7
Page 10 of 10

FCI0565023