| | |
|---|---|
| **From:** | GUEST Chelsea A |
| **To:** | Fairbanks Mark R |
| **Sent:** | 8/3/2016 2:45:25 PM |
| **Subject:** | Fwd: 2017 Individual CCO Rates Meeting - FamilyCare |
| **Attachments:** | ATT00001.htm; ATT00002.htm; OR - FamilyCare Base Data Exhibits w Reconciliation.xlsx; ATT00003.htm |

Fyi ---

Sent from my iPhone

Begin forwarded message:

**From:** "Kevin Clancy" <kevinc@familycareinc.org>
**To:** "GUEST Chelsea A" <Chelsea.A.GUEST@dhsoha.state.or.us>
**Subject: FW: 2017 Individual CCO Rates Meeting - FamilyCare**

Good Afternoon Chelsea,

In Bill's absence I am following-up on the below request. It is imperative that we have a common understanding of our beginning point regarding the data utilized for 2017 rate setting. As can be seen by Bill's request, we are not able to validate the underlying data provided. Please provide the supporting documentation so we can move forward.

Thank you.

Kevin

**From:** William (Bill) Murray
**Sent:** Friday, July 29, 2016 12:18 PM
**To:** MacInnes Tricia <tricia.macinnes@state.or.us>; GUEST Chelsea A <chelsea.a.guest@state.or.us>
**Cc:** Kevin Clancy <kevinc@familycareinc.org>; Ross McDonald <RossM@familycareinc.org>; Robert Reynolds <RobertR@familycareinc.org>
**Subject:** RE: 2017 Individual CCO Rates Meeting - FamilyCare

Chelsea,
Thanks for meeting with FamilyCare earlier this week to review the base data summary and related information.
As a follow-up to the meeting:
- FamilyCare has updated the Excel worksheet you provided with our reconciliation to our financial template submission – see attached file.
- As indicated our reconciliation, we were able to reconcile the upper portion of the base data summary worksheet to our financial template submission.
- We were not able to reconcile/validate the "CY2014 PMPM" and the "CY2015PMPM Reported" amounts that have been highlighted in blue in the attached file. Please provide detail that will allow us to validate these amounts.
- During the call, Optumas indicated that the adjustments to remove costs from the CCO reported amounts were OHA policy decisions. Please provide us with the OHA Policy so we can understand the policy and insure that the costs being removed are consistent with the policy and being properly calculated. For FamilyCare, the excluded costs are significant at $34.2 million.
- Similarly, we are unable to calculate/validate the $5.9 million "physician reimbursement adjustment", which is a component of the $34.2 million. Please provide detail that will allow us to validate this amount.
- Our reconciliation/validation of the data points appearing in the Professional, Inpatient DRG and Outpatient DRG graphs is in process; we may have additional questions after our reconciliation/validation is completed, or if we are unable to successfully reconcile to the data points depicted in the graphs.
- Please provide us with the Base Data Summary worksheets for all other CCO's.

Exhibit 12
Page 1 of 2
OHA_LIT_00083834

If you have any questions, please let me know.
Thank you for your assistance.
Bill


**William (Bill) Murray, CPA**
**Chief Operating Officer**
825 NE Multnomah St, Suite 1400, Portland, OR 97232
Office: 503-734-3147
Cell: 503-858-0426
Fax: 503-734-3197
*billm@familycareinc.org*

Exhibit 12
Page 2 of 2
OHA_LIT_00083835