**From:** Zachary Aters
**To:** GUEST Chelsea A
**CC:** Barry Jordan
**Sent:** 10/21/2016 5:35:17 PM
**Subject:** Re: Tri-County Regional Meeting - 2017 Q&A

There is no direct crosswalk.  What Barry sent will get to within $900K.  As mentioned in email the 900K is made up of a myriad of things.  He is asking for spurious precision between two exhibits that were not intended to directly tie out.  We had no more numbers to provide him.

We can certainly take the time to account for every dollar, but I would question whether that is a efficient time and money spent by state and Optumas.

Sent from my iPhone

On Oct 21, 2016, at 7:39 AM, GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us> wrote:

Do you know what he is asking for? I thought the dollar crosswalk gives him the reconciliation, unless I'm missing something.

**Chelsea A. Guest**
Manager, Actuarial Services
503-383-6260

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Thursday, October 20, 2016 4:44 PM
**To:** Actuarial Services <Actuarial.Services@dhsoha.state.or.us>
**Cc:** Kevin Clancy <kevinc@familycareinc.org>; Ross McDonald <RossM@familycareinc.org>; Robert Reynolds <RobertR@familycareinc.org>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; Zachary Aters <zachary.aters@optumas.com>; GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; Frazier Calah C <CALAH.C.FRAZIER@dhsoha.state.or.us>; Barry Jordan <barry.jordan@optumas.com>
**Subject:** Re: Tri-County Regional Meeting - 2017 Q&A

Thanks Chelsea. Please provide $ reconciling amounts.

Bill

Sent from my iPhone
On Oct 20, 2016, at 4:27 PM, Actuarial Services <Actuarial.Services@dhsoha.state.or.us> wrote:

Hi Bill,

Thank you for the inquiry and alerting us about the missing footnotes. We will add them and resend it out. In regards to the reconciliation question, please see below.

First, it is important to note that the two numbers being compared were never intended to tie out, as they serve different purposes. The numbers included in the rate of growth comparisons that were included in the reimbursement document are based on reported financials, and are intended to compare reported financials from 2014 to 2015, to evaluate the change in reported financials from year to year. We have noted some of the reasons why these two numbers are different, below, as well as in the attached exhibit:

1. The starting point in the rate model ($1.141B noted by Bill) reflects dollars that correlate with CCOA/B MMs

Exhibit 13
Page 1 of 4
OHA_LIT_00073676

only. In other words, they are "effective" dollars that result from multiplying the PMPM by CCOA/B MMs. So the total dollars that feed into the rate model are actually higher, but once the PMPMs by COA/COS are calculated, we convert everything to a "PH MMs" basis. So the dollars shown for the MH-related services are less than what were used to calculate the PMPM, but since the PH MMs are used in the model, the resulting dollars shown in the model are lower. Step 1, in columns C – J, walk through the calculation that gets back to the total dollars, by multiplying the PMPMs by MMs for all CCO types (CCOA, B, E, G). The total is summarized in cell N8.

2. The rate of growth exhibit (used in the reimbursement document) is derived from what was reported in the financials, net of the various add-ons. This was for purposes of comparing the reported financials rate of growth from 2014 to 2015, so we needed to pull out add-ons from 2015 since they were not in the financials in 2014. As a result, this is not intended to match the dollars included in the regional rate model.

   So the adjusted financials ($1.116B noted in Bill's email below) reflect the removal of dollars we had pulled out as part of the reimbursement adjustment, but *also* the various add-ons as reported in the financials. So this number excludes:

   a)    Reported dental, quality pool, and maternity – which are not part of the rate model to begin with
   b)    Reported NEMT, ACT/SE, A&D Residential, MH Wrap, and CANS, which are part of the rate model
   c)    This number *includes* case management dollars, since that was not removed as part of the growth rate comparison, since case management was classified as medical in CY14 as well.
   d)    There are a few other nuances, which drive a small portion of the difference, including slight differences in classification of categories of service between the financials and encounters, which are primarily driven by differences in allocation related to maternity and add-ons, as the dollars in the growth rate comparison are based directly on the distribution of category of service as reported in the financials. There are a couple other nuances, which are laid out in the attached, under the "Step 2" heading starting in column M.

Thank you,

**Chelsea A. Guest**
Manager, Actuarial Services
Fiscal and Operations Division
Chelsea.A.Guest@state.or.us
503-383-6260

<image001.jpg>

CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Wednesday, October 19, 2016 7:47 AM
**To:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>
**Cc:** Kevin Clancy <kevinc@familycareinc.org>; Ross McDonald <RossM@familycareinc.org>; Robert Reynolds <RobertR@familycareinc.org>
**Subject:** RE: Tri-County Regional Meeting - 2017 Q&A
**Importance:** High

Chelsea,
The "2017 Reimbursement Review" document that was distributed with your email below has a footnote 1 and 2 referenced on the last page of the document in the table.  I do not see that the footnotes are included?
Also, the adjusted financials amount of $1,116,762,916 for the tri-county region per this document does not agree with the adjusted base data amount of $1,141,435,962 shown in the TriCounty regional rate model.
Can you please provide the footnotes and the reconciliation, as noted above?  FamilyCare requests this information by close of business tomorrow.

Exhibit 13
Page 2 of 4
OHA_LIT_00073677

Thank you.

Bill


**William (Bill) Murray**
**Chief Operating Officer**
825 NE Multnomah St, Suite 1400, Portland, OR 97232
Office: 503-734-3147
Cell: 503-858-0426
Fax: 503-734-3197
*billm@familycareinc.org*
<image003.jpg>
This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message.


**From:** GUEST Chelsea A [mailto:Chelsea.A.GUEST@dhsoha.state.or.us] **On Behalf Of** Actuarial Services
**Sent:** Friday, October 07, 2016 1:16 PM
**To:** Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Jones Kayla <KAYLA.JONES@dhsoha.state.or.us>; Uhlman Jennifer M <JENNIFER.M.UHLMAN@dhsoha.state.or.us>; Black Jeston J <JESTON.J.BLACK@dhsoha.state.or.us>; Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>; Nass Kate M <KATE.M.NASS@dhsoha.state.or.us>; Barry Jordan <barry.jordan@optumas.com>; Jessica Grado <jessica.grado@optumas.com>; Martin McNamara <martin.mcnamara@optumas.com>; Zachary Aters <zachary.aters@optumas.com>; Frazier Calah C <CALAH.C.FRAZIER@dhsoha.state.or.us>; Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Marcott Mikayla <MIKAYLA.MARCOTT@dhsoha.state.or.us>; Souza Theresa <THERESA.SOUZA@dhsoha.state.or.us>; William (Bill) Murray <billm@familycareinc.org>; Kevin Clancy <kevinc@familycareinc.org>; Lisa Jones <LisaJ@familycareinc.org>; Janet L. Meyer <janet@healthshareoregon.org>; Larry Soderberg <larry@healthshareoregon.org>
**Cc:** Taylor Pruisner <taylorp@wakely.com>; Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>; GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; Actuarial Services <Actuarial.Services@dhsoha.state.or.us>
**Subject:** Tri-County Regional Meeting - 2017 Q&A

Dear Tri-County Region,

Attached are the questions we received from your region with our responses and additional documentation. We will walk though these documents during the 2:00 p.m. meeting. We will also provide an update on the timeline.

Thank you,

**Chelsea A. Guest**
Manager, Actuarial Services
Fiscal and Operations Division
Chelsea.A.Guest@state.or.us
503-383-6260


<image005.jpg>

CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents

Exhibit 15
Page 3 of 4
OHA_LIT_00073678

confidential, and immediately delete the message and any attachments from your system.

<OR CY17 Rates - FamilyCare Regional Data Response.xlsb>

Exhibit 13
Page 4 of 4
OHA_LIT_00073679