| | |
|---|---|
| **From:** | Jeff Heatherington |
| **To:** | Rep.MitchGreenlick@state.or.us |
| **Sent:** | 2/20/2017 4:55:00 PM |
| **Subject:** | Update on FamilyCare-OHA Rate Dispute |
| **Attachments:** | CCO Letter re Trade Secrets 022016. RB Signed.pdf; FamilyCare Response to DOJ CCO_Questionnaire w whm comments022017.docx; JUSTICE-#8039570-v1-CCO_Questionnaire_for_Response_to_FamilyCare_Februar....docx; Ted Falk letter.pdf |

Dear Chair Greenlick,

FamilyCare is extremely disappointed to advise you that attempts to obtain an amicable resolution with OHA regarding how our 2017 rates were set is not progressing. We have been unsuccessful in obtaining any pertinent information from OHA they told us would be available when we negotiated our Dispute Resolution Agreement with OHA in late December. While FamilyCare has honored its obligations under the agreement, OHA will not release any data that we have requested and has cancelled further meetings.

OHA has now chosen to make this dispute public by sending a letter to all CCOs earlier this week, which was entirely unnecessary and deceptive. Attached is a letter from our counsel in response to OHA's letter to the CCOs.

We would like to call your attention to some of the items covered in the letter:

- Despite repeated requests, OHA has not shared information requested by FamilyCare. Under the agreement, OHA promised to provide information that FamilyCare's actuary believed was necessary to evaluate actuarial rates. OHA has not even shown FamilyCare the basic courtesy of responding to its requests to do so.

- The Agreement contemplated that the sharing of confidential information, including trade secrets, obligated the parties to work cooperatively toward an agreement for any information deemed confidential. Such sharing is standard industry practice and would have limited the availability of that information to counsel and counsel's experts, and not allowed FamilyCare any access to the information. The letter OHA sent to the CCO's this week was unnecessary because of this provision in the Agreement.

- OHA has failed to meet with FamilyCare as prescribed under the agreement. OHA and FamilyCare agreed to hold at least two meetings prior to February 17, 2017. On February 14, 2017, OHA informed FamilyCare that is would not meet for the second time, providing no explanation for this decision.

- Most troubling is that OHA chose to release, without notice or consent, FamilyCare's *confidential* information to all other CCOs by attaching it to the CCO survey letter. Despite OHA's repeated insistence that this information could not be shared as it was protected by trade secrets, OHA selectively released this data for only one CCO (FamilyCare) to all other CCOs.

In good faith, FamilyCare has devoted significant amounts of time, energy and resources to a prompt and private resolution of the dispute over FamilyCare's 2017 rates. It is now clear to FamilyCare that we have been subject to yet another ploy by OHA to delay any resolution of this issue, and to further retaliate by releasing FamilyCare's data while protecting other CCOs' data.

We have asked the OHA to respond to our latest requests for data and fair dealing. If we receive no

Exhibit 14
Page 1 of 2
FCI0020216

response, we intend to take further legal action to resolve these issues.


Sincerely,

Jeff Heatherington LHD (Hon)
President & CEO, FamilyCare Inc.
825 NE Multnomah, Ste. 1400
Portland, OR  97232
Phone: 503-471-2102
Email: jeffh@familycareinc.org


Enclosed:        Letter to Ted Falk
                 OHA Letter – Rhonda Busek
                 CCO Survey
                 FamilyCare response to CCO Survey

Exhibit 14
Page 2 of 2
FCI0020217