| From: | /o=dhs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients /cn=e20980e4dfc646459174d6d0b23a217b-or0200919 |
|---|---|
| To: | GUEST Chelsea A |
| Sent: | 12/19/2017 1:03:44 PM |
| Subject: | FW: Follow-up from this morning's meeting - Email #2 |

Chelsea – Here is the second email Bill sent, which you may not have, either since it occurred while you were out on leave. Do we know if FC provided to us any more information on their end on this beyond the member IDs to show the discrepancies they saw? I see that

Laura

503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Friday, December 8, 2017 2:00 PM
**To:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>
**Subject:** Follow-up from this morning's meeting - Email #2

Laura,
FYI- here is another example. See email conversation below. OHA calculated the risk scores/diagnostic categories for each member and provided that output info in file to FamilyCare (and all other CCOs). FamilyCare tried to validate the info OHA provided for numerous members and found exceptions. A sample of exceptions was provided and FamilyCare requested OHA provide detail as to how the risk scores/diagnostic categories were assigned to the sample members. The response was "it is not proactical for OHA to attempt to mine that data for you, since we are not aware of the disconnect you are experiencing." This response was illogical and non-responsive, as we had provided a sample of members where there was an obvious "disconnect"---OHA simply refused to look at them, or refused to provide us any findings if they did look at them. We had similar problems in prior years that were never resolved. We never received any further follow-up on this or many other "reconciling" issues.

Bill

**From:** Lacey Cindy [mailto:Cindy.LACEY@dhsoha.state.or.us] **On Behalf Of** Actuarial Services
**Sent:** Tuesday, July 18, 2017 3:13 PM
**To:** William (Bill) Murray <billm@familycareinc.org>; Kevin Clancy <kevinc@familycareinc.org>
**Cc:** Terry Hedding <TerryHe@familycareinc.org>; Tony Jackson <TonyJ@familycareinc.org>; Actuarial Services <Actuarial.Services@dhsoha.state.or.us>; Frazier Calah C <CALAH.C.FRAZIER@dhsoha.state.or.us>; Nass Kate M <KATE.M.NASS@dhsoha.state.or.us>
**Subject:** RE: FamilyCare Data Request

*Sent on behalf of Calah Frazier*

Afternoon Family Care,

Thank you for your confirmation that the members were from the OHA dataset that was shared with Family Care. After further research, Optumas took a further look into Family Care's risk scores and determined that all members that your CCO has identified in your list of Medicaid IDs exist in your CCO-specific risk file. If Family Care is interested in summarizing the claims that were used in the development of the CDPS+Rx risk scores, we would advise Family Care to leverage the clean and non-clean claims data extracts that were provided to your CCO on May 30, 2017. Any more detailed information would have to be extracted from the calculations performed by the CDPS+RX software. Since you use the same software, you should be able to drill down into those functions. It is not practical for OHA to attempt to mine that data for you, since we are not aware of the disconnect you are experiencing.

Exhibit 20
Page 1 of 5
OHA_LIT_00693285

Regarding Family Cares request for additional cross walks or documentation regarding the physical health and mental health pmpm's, OHA/Optumas has provided the same level of crosswalks and documentation to each CCO. As far as rate setting goes, the numbers that are relevant are those that you reported within the financial template. Your rate will not be affected by the errors in the MMIS reported data, as Optumas makes adjustments for the known underreporting. Our goal is merely to ensure the MMIS data is as up to date and clean as possible to reduce the amount of adjustment that is required. This is important to the reporting process. Alternatively, to better assist Family Care we recommend that Family Care walk OHA/Optumas through their internal analysis to ensure we understand what exactly is needed to better assist Family Care. In addition, OHA has completed a new data pull this month (July 2017). The new data pull is for the same time period as previous data pulls January 1, 2016 through December 31, 2016. The revised data pull will have a run out date of June 30, 2017. OHA/Optumas will utilize the data that has been submitted and updated in the MMIS system up through June 30, 2017, this should alleviate the pharmacy underreporting adjustment that is currently needed due to the missing encounters. Please note, this will not change Family Care's base data as the reported financials are what is being used as the appropriate level of pharmacy spend.

Please let us know if you have any further questions or concerns.

**Calah C. Frazier**
Operations and Policy Analyst, Actuarial Services Unit
OREGON HEALTH AUTHORITY
Fiscal and Operations Division
Calah.C.Frazier@dhsoha.state.or.us
Mobile: (971) 707-0221
http://www.oregon.gov/OHA

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Monday, July 03, 2017 3:17 PM
**To:** Actuarial Services <Actuarial.Services@dhsoha.state.or.us>; Kevin Clancy <kevinc@familycareinc.org>
**Cc:** Terry Hedding <TerryHe@familycareinc.org>; Tony Jackson <TonyJ@familycareinc.org>
**Subject:** RE: FamilyCare Data Request

Calah,
As you are aware from Kevin's automated response, he is out of the office until 07/10.
I can provide the following feedback, as noted in red as an addition to your email below.
If you have any further questions, please let me know.
Thank you,
Bill


**William (Bill) Murray**
**Chief Operating Officer**
825 NE Multnomah St, Suite 1400, Portland, OR 97232
Office: 503-734-3147
Cell: 503-858-0426
Fax: 503-734-3197
billm@familycareinc.org



This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message.

**From:** Frazier Calah C [mailto:CALAH.C.FRAZIER@dhsoha.state.or.us] **On Behalf Of** Actuarial Services
**Sent:** Monday, July 3, 2017 9:53 AM

Exhibit 20
Page 2 of 5
OHA_LIT_00693286

**To:** Kevin Clancy <kevinc@familycareinc.org>
**Cc:** William (Bill) Murray <billm@familycareinc.org>; Actuarial Services <Actuarial.Services@dhsoha.state.or.us>
**Subject:** RE: FamilyCare Data Request

Good Morning Kevin,

OHA/Optumas provided a crosswalk that provides a roadmap for the aggregate PMPM between the triangulation and base data. We are happy to assist Family Care and recommend that we walk through the analysis to get a better understanding of what exactly is needed.
As noted in Kevin's email, we are requesting a cross walk (or other documentation) that would allow us to validate the physical health vs. mental health pmpm's back to the amounts reported in FamilyCare's Exhibit L.

In response to your rate setting question regarding the inclusion of the supplemental encounter data. OHA/Optumas used all the data that had been processed in MMIS to date as of the May 2017 data pull by Family Care as a part of the encounter data. Adjustments were made to the reported expenditures to match Family Cares financials in the submitted Exhibit L. This ensured the amount of Family Care's base data matches their reported financials. OHA will be completing a new data pull in July 2017. Moving forward OHA/Optumas will utilize the data that has been submitted and updated in the MMIS system. As noted, we are unsure just what data is being used and concerned that the reconciliation process was not completed. Can you provide further explanation as what is meant by "Moving forward OHA/Optumas will utilize the data that has been submitted and updated in the MMIS system"? If we better understand this comment, it may alleviate our concerns.

Lastly, regarding the risk scores. Can Family Care confirm that you are using the dataset that was shared to run the risk score analysis? OHA/Optumas are currently looking into the member ID's that were provided. Yes, the members were from the OHA dataset that was shared with FamilyCare.

Please let us know if you have any additional questions or comments.

Thank you,


Calah Frazier
Operations & Policy Analyst 4
OREGON HEALTH AUTHORITY
Fiscal and Operations Division
Actuarial Services Unit
Fiscal and Operations Division
Calah.C.Frazier@dhsoha.state.or.us
Cell: (971)707-0221
http://www.oregon.gov/OHA



**From:** Kevin Clancy [mailto:kevinc@familycareinc.org]
**Sent:** Thursday, June 29, 2017 1:35 PM
**To:** Frazier Calah C <CALAH.C.FRAZIER@dhsoha.state.or.us>; Actuarial Services
<Actuarial.Services@dhsoha.state.or.us>

Exhibit 20
Page 3 of 5
OHA_LIT_00693287

**Cc:** William (Bill) Murray <billm@familycareinc.org>
**Subject:** FamilyCare Data Request

Calah,

In order to fully reconcile the base data provided by OHA, FamilyCare is requesting additional documentation as follows:

Base Data PMPMs:
We have reviewed the 'Breakout of MMs and PMPM by PH (CCO A,B) and MH (CCO A,B,E,G)' provided by OHA and are not able to replicate the calculated PMPMs using the level of detail provided.  The main obstacle is the PH/MH splits.  Please provide a more detailed mapping at the eligibility category level from the Exhibit L reported costs to the PH and MH expense splits.

Rate Setting Data:
OHA has not confirmed which FamilyCare dataset will ultimately be utilized for the 2018 rate setting purposes.  As you are aware, OHA used a dataset with a $12,126,087 Pharmacy placeholder for the triangulation exercise. Subsequently, OHA developed a second dataset which included the Pharmacy claims mentioned previously.  It is our understanding that the second dataset is currently being utilized for rate setting purposes. As FamilyCare has reported on several occasions, approximately $15M of additional encounters that were previously rejected by OHA for various reasons were resubmitted, and subsequently accepted by Lydia Gutierrez, OHA Encounter Data Liaison.  FamilyCare continues to request that the additional encounter data be utilized by OHA for 2018 rate setting purposes.  Please confirm OHA intentions regarding the inclusion of the supplemental encounter data.

Risk Scores:
In an attempt to better understand, and aid in the rate setting process, FamilyCare has implemented the CDPS+Rx risk adjustment algorithm internally. When comparing our calculated risk score to the risk score supplied by OHA we notice variances. Below is a sample list of Medicaid IDs FamilyCare would like OHA to provide detail on which FamilyCare claims led to the flagging of each CDPS+Rx diagnostic category.

| FCI Member ID List |
| --- |
| AA100L0L |
| AB66261D |
| AI61150A |
| AJ72824D |
| AK39128D |
| AO09478D |
| BD46250F |
| BD53488A |
| BK25563B |
| CG30645C |
| CG65492B |
| CM901G4W |
| CP501F3R |
| CY400S2M |
| CZ75224A |
| EX601B9U |
| EY300S1R |
| FY200Y8M |
| MYZ9340F |
| MZG4614A |
| MZL2034B |

Exhibit 20
Page 4 of 5
OHA_LIT_00693288

OJ001G6C
OL801B5A
UO501I8E
VAD6709B
VN300W8T
XB500M6O

Thank you.


**Kevin Clancy**
Vice President, Finance
825 NE Multnomah St., Suite 1400, Portland, OR 97232
Direct: 503-471-2135
Facebook | Twitter | App



Exhibit 20
Page 5 of 5

OHA_LIT_00693289