| | |
|---|---|
| **From:** | Barry Jordan |
| **To:** | Martin McNamara |
| **Sent:** | 8/31/2016 4:10:33 PM |
| **Subject:** | Fwd: Dual-Med Indicator Member Months |
| **Attachments:** | image001.jpg; ATT00001.htm; Medicare Status Aidcat Check 20160823.xlsx; ATT00002.htm |

Barry Jordan ASA, MAAA | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2492 | c. 602.663.2868 |barry.jordan@optumas.com

Begin forwarded message:

**From:** ROE Daniel <Daniel.ROE@dhsoha.state.or.us>
**Date:** August 25, 2016 at 1:44:21 PM MST
**To:** "Aters, Zachary (zachary.aters@optumas.com)" <zachary.aters@optumas.com>
**Cc:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>, "Jessica Grado (jessica.grado@optumas.com)" <jessica.grado@optumas.com>, Barry Jordan <barry.jordan@optumas.com>, Martin McNamara <martin.mcnamara@optumas.com>, Coon Christopher W <CHRISTOPHER.W.COON@dhsoha.state.or.us>
**Subject: Dual-Med Indicator Member Months**

Zach,

Here are the member months by Medicare indicator and Aidcat.  The |2015 Summary| tab is overall member months by Aidcat and Medicare status.  Overall, about 0.5% of TANF clients (I'm a little surprised that any TANF clients have Medicare), 0.3% of ACA 19-44, 1% of ACA 45-54, 4.4% of ACA 55-64, and 4.5% of SNRG clients had Medicare coverage in 2015.  Many of those SNRG clients are now in regular rate groups now.

The |Aidcat| tab has this same information for 2014 and 2016 as well.  There is also a tab that compares the real Aidcat based on the latest eligibility data, and the Aidcat that was actually paid.  On this tab, if you switch between year 2015 and 2016, you can see that we started paying the Dual-Med capitation rates for anyone with the Medicare indicator.  For example in cell K19 (when 2016 is selected), you will see 15,476 member months of clients eligibility criteria is ACA 55-64, but the Dual-Med rate was paid.  In cell K35 you can see that this about 3.27% of the overall member months for ACA 55-64 clients.  This is a little lower than the 4.4% of 2015 ACA 55-64 clients because the switch didn't happen until February and also it doesn't reflect retroactivity well.

To find these Dual-med clients in your enrollment/capitation claims data you can use the condition

where BR_Mcare_Status IN ('MA' 'MAB' 'MB');

in our capitation claims SAS datasets.  This dataset was most likely named cap_enrl_2014, cap_enrl_2015 or cap_enrl_current when we sent it to you.  I can also post this dataset to your sftp site if that's easier.  This field should also be in the encounter data as well (same values for Medicare clients, MA MB and MAB) but it might not always match the enrollment data because of timing differences when the data was pulled.  Let me know if you have any questions.

**Daniel Roe, ASA, MAAA**
*Actuary*
Actuarial Services Unit
Fiscal and Operations Division
daniel.roe@state.or.us

Exhibit 21
Page 1 of 2
OPT00035931

Exhibit 21
Page 2 of 2
OPT00035932