


# ACTUARIAL SOUNDNESS AND 2015 RATE DEVELOPMENT

LORI COYNER & ZACH ATERS

Exhibit 22
Page 1 of 13    1
OPT00068399_0001

# Background

- Uniqueness of Oregon coordinated care model
  - CCO program developed under idea of "Sustainable Growth"
  - Inconsistency in how "Sustainable Growth" was to be defined or interpreted
  - 16 CCOs participating in program across the state, creating variability in size of CCOs and delivery systems
  - Alternative Payment methodologies encouraged as part of waiver which has translated into a large amount of subcapitation arrangements within the program
  - Past rate methodologies catered to the idea of "Sustainable Growth" at the expense of meeting all the current CMS/OACT requirements surrounding actuarial soundness

     

Exhibit 22
Page 2 of 13          2
OPT00068399_0002

# Revised 2015 Rate Methodology

- CCO Concerns with original methodology
  - Lack of transparency (CCOs felt that rates were developed within a black box)
  - Unexplained variance between CCOs
  - CCOs not able to provide input into rate process
  - Concerns surrounding Actuarial Soundness

 

Exhibit 22
Page 3 of 13          3
OPT00068399_0003

# Actuarial Soundness

- **Is not…..**
    - a budget driven process
    - a methodology that has a pre-determined outcome
    - a process that eliminates all rate variance between Managed Care Entities (MCEs)
- **Is …..**
    - a methodology performed by a qualified actuary that is consistent across all applicable guidance and regulations and independent of any budgetary constraints
    - a process designed to evaluate risk within a program and assist in better matching payment to risk
    - a process that minimizes unexplained variance between MCEs and quantifies the explained variance




Exhibit 22
Page 4 of 13          4
OPT00068399_0004

# Rate Setting 101

- Four Determinants of Risk
    - Population (who?)
    - Services (what?)
    - Regional (where?)
    - Delivery System (how?)

- All rate development methodologies address the above questions
- Each of these determinants of risk can be different across CCOs and CCO types

 

Exhibit 22
Page 5 of 13    5
OPT00068399_0005

# Revised 2015 Rate Methodology

- Methodology Goals
    - ○ Match payment to risk for each CCO and develop a consistent methodology applied to all CCOs
    - ○ Improve credibility with a regional approach and minimize variability within a given region
    - ○ Improve transparency in the rate development process
    - ○ Ensure that methodology is consistent with all applicable CMS/OACT regulations
    - ○ Incorporate emerging experience from the ACA population

 

Exhibit 22
Page 6 of 13          6
OPT00068399_0006



Exhibit 22
Page 7 of 13          7
OPT00068399_0007

# Risk Score and Explained Variance

- Correlation – higher risk members have higher annual spend
- Having multiple CCOs in program make it unlikely that each CCO receives even distribution of population with regards to acuity



Exhibit 22
Page 8 of 13        8
OPT00068399_0008

# Risk Score and Explained Variance

- Variance still exists in CCO PMPM, but is now explained

- Transparent process in how Regional PMPM is broken into CCO PMPM

- Risk Factors applied such that they are budget neutral at Regional level. Consistent with CMS/OACT guidance and ASOPs

**TANF**

| CCO | Regional PMPM | Risk Factor | CCO PMPM |
|---|---|---|---|
| FamilyCare, Inc. | $ 317.53 | 0.94 | $ 299.20 |
| Health Share of Oregon | $ 317.53 | 1.03 | $ 328.07 |

**PMPM Reflects Rate Net Add-Ons

 

Exhibit 22
Page 9 of 13          9
OPT00068399_0009

# Results

- Regional Example (Tri-County Rating Region)
- Shift between ACA and Non-ACA and shift between CCOs for Non-ACA due to risk differential

| Family Care | | | | |
|---|---|---|---|---|
| Cohort | May MM | CY14 Rate | CY15 Rate | Rate Change |
| Total | 125,518 | $ 380.34 | $ 315.40 | -17.1% |
| Total (Non-ACA) | 65,315 | $ 255.22 | $ 272.32 | 6.7% |
| Total (ACA) | 60,203 | $ 516.08 | $ 362.14 | -29.8% |

| HealthShare | | | | |
|---|---|---|---|---|
| Cohort | May MM | CY14 Rate | CY15 Rate | Rate Change |
| Total | 242,923 | $ 359.21 | $ 365.87 | 1.9% |
| Total (Non-ACA) | 149,371 | $ 274.21 | $ 322.01 | 17.4% |
| Total (ACA) | 93,552 | $ 494.93 | $ 435.91 | -11.9% |

\* All PMPM reported net of HRA

 

Exhibit 22
Page 10 of 13    10
OPT00068399_0010



Exhibit 22
Page 11 of 13     11
OPT00068399_0011

# Results

- Regional Example ACA cohorts

| | | Family Care | | | |
|---|---|---|---|---|---|
| Cohort | MM | Reported PMPM | CY14 Rate | % Surplus | CY15 Rate |
| ACA 19-44 | 40,359 | $186.28 | $508.08 | 173% | $296.93 |
| ACA 45-54 | 10,806 | $314.76 | $518.34 | 65% | $479.58 |
| ACA 55-65 | 9,038 | $344.55 | $549.08 | 59% | $512.94 |
| Total ACA | 60,203 | $233.10 | $516.08 | 121% | $362.14 |

| | | HealthShare | | | |
|---|---|---|---|---|---|
| Cohort | May MM | Reported PMPM | CY14 Rate | % Surplus | CY15 Rate |
| ACA 19-44 | 60,277 | $222.59 | $483.25 | 117% | $340.35 |
| ACA 45-54 | 17,995 | $405.23 | $499.24 | 23% | $594.92 |
| ACA 55-65 | 15,280 | $428.32 | $535.93 | 25% | $625.63 |
| Total ACA | 93,552 | $291.32 | $494.93 | 70% | $435.91 |
| FC Mix | | $286.26 | $494.03 | 73% | $428.87 |

\* All PMPM reported net of HRA

*\* Reported PMPM reflects reported PMPMs as of 8/28/2015. This does not include expenditures related to dental, NEMT, A&D Residential, and ACT-SE. These costs are estimated to be ~$55 PMPM for the ACA populations based on estimates developed for CY15 rates.*



Health

Exhibit 22
Page 12 of 13     12

OPT00068399_0012

# Summary

- 2015 ACA rates were informed by 2014 experience, but have conservatism built in due to potential increase in utilization

- 2015 Non-ACA rates are increasing at a rate higher than the "Sustainable Growth", in part due to increasing pharmacy trends

- 2015 rates were developed using a methodology that Optumas can explain and substantiate to all stakeholders including CMS/OACT

- 2015 rates were developed in an extremely transparent manner. Optumas shared actual models along the way, conducted weekly meetings with Actuaries/CCOs and had numerous in-person meetings to discuss analysis

- Optumas solicited feedback from CCOs pertaining to rate methodology, such as rating regions, risk scores, and administrative loading

 

Exhibit 22
Page 13 of 13     13
OPT00068399_0013