Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, pro hac vice
MGordon@perkinscoie.com
Nicholas Hesterberg, pro hac vice
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>Plaintiff,<br><br>v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Defendant. | No. 3:18-cv-00212-MO (LEAD)<br>No. 6:18-cv-00296-MO<br><br><br>PLAINTIFF FAMILYCARE, INC.'S OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST INTERROGATORIES |

1- FAMILYCARE'S OBJECTIONS AND RESPONSES TO OHA'S FIRST INTERROGATORIES

140028843.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 27
Page 1 of 6

FAMILYCARE, INC., an Oregon non-profit corporation,

          Plaintiff,

   v.

OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,

          Defendants.

FamilyCare, Inc. ("FamilyCare") hereby provides these objections and responses to Oregon Health Authority and Patrick Allen's ("OHA") First Set of Interrogatories (Nos. 1-16) (the "Interrogatories").

These responses are made without waiving, or intended to waive, any objections as to the relevancy, privilege or admissibility of any information provided herein in any subsequent proceeding or at trial of this or any action.  FamilyCare has not yet completed its investigation and analysis of the facts and law relating to this case or discovery. The information set forth below is true and correct to the best knowledge of FamilyCare as of this date, and these responses are based on records and information presently known and available.  FamilyCare reserves the right to supplement these responses and/or to produce subsequently discovered evidence relevant to these responses.

## GENERAL OBJECTIONS

FamilyCare expressly incorporates the following general objections as though set forth fully in response to each of the Interrogatories, as well as the Definitions and Instructions, and to the extent that they are not raised in any particular response, FamilyCare does not waive these objections.  By making a specific objection to a particular Interrogatory, FamilyCare does not

2- FAMILYCARE'S OBJECTIONS AND RESPONSES
    TO OHA'S FIRST INTERROGATORIES

140028843.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 27
Page 2 of 6

Interrogatories will be disclosed without waiving, but on the contrary reserving and intending to reserve, each of these privileges, protections, or immunities. Any accidental disclosure of privileged information or material shall not be deemed a waiver of the applicable privilege, protection, or immunity.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:** Identify every business relationship of Yours that OHA or Mr. Allen interfered with or disrupted, prior to December 14, 2017, through the use of disparaging messaging, disparaging falsehoods, or false statements, or through the existence or implementation of the Communications Plan, as referred to in Your Third Amended Complaint, paragraphs 140 through 145.

**RESPONSE TO INTERROGATORY NO. 1:** FamilyCare incorporates by reference its General Objections above. FamilyCare further objects to this Interrogatory on the ground that it is overbroad and unduly burdensome in that it purports to require FamilyCare to specifically identify each and every business relationship interfered with or disrupted prior to December 14, 2017 through the use of disparaging messaging, disparaging falsehoods, or false statements, or through the existence or implementation of the Communications Plan. As further explained below, the identification of all such business relationships is impractical.

Subject to and without waiving the foregoing objections, FamilyCare responds that Defendants' conduct resulted in the closure of FamilyCare's Medicaid business and the termination of FamilyCare's business relationships with thousands of individual providers and vendors. FamilyCare believes that the Communications Plan and other disparaging messaging, disparaging falsehoods, or false statements by OHA and/or Mr. Allen contributed to this outcome and thus interfered with and/or disrupted FamilyCare's relationships with all of the parties in question. FamilyCare further responds that the interference with and/or disruption of

5- FAMILYCARE'S OBJECTIONS AND RESPONSES
   TO OHA'S FIRST INTERROGATORIES

140028843.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Exhibit 27
Page 3 of 6

FamilyCare's business relationships with many, if not all, of the parties in question occurred at least in part prior to December 14, 2017.  Defendants' conduct prior to December 14, 2017 created uncertainty about FamilyCare's ability to remain a going concern and to honor contractual commitments it had made to third-parties, as evidenced by the hundreds of calls between FamilyCare and providers related to concerns about FamilyCare's future.  Although identification of each and every impacted business relationship is impractical, FamilyCare responds that its relationships with at least the following providers were interfered with or disrupted through the use of disparaging messaging, disparaging falsehoods, or false statements, or through the existence or implementation of the Communications Plan:  Children's Health Alliance, Northwest Primary Care Group PC, Recovery Works Northwest, South Tabor Family Physicians LLP.

**INTERROGATORY NO. 2:**  Identify every person or entity You used for public relations or lobbying work, from January 1, 2015 to the present, including the dates each person or entity worked for You and the scope of their engagement.

**RESPONSE TO INTERROGATORY NO. 2:**  FamilyCare incorporates by reference its General Objections above.  FamilyCare further objects to this Interrogatory on the ground that it is overly broad and unduly burdensome insofar as "used for public relations or lobbying work" is vague and ambiguous and could thus include virtually any person or entity employed or contracted by FamilyCare.  FamilyCare interprets this request as seeking the identification of only those third parties that were engaged by FamilyCare specifically to perform public relations or lobbying work.  FamilyCare also objects that the term "the scope of their engagement" is vague and ambiguous.  FamilyCare further objects to this Interrogatory as overly broad and unduly burdensome in that it does not seek information relevant to any claim or defense in the litigation and is not proportional to the needs of the case.

6-   FAMILYCARE'S OBJECTIONS AND RESPONSES
      TO OHA'S FIRST INTERROGATORIES

140028843.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 27
Page 4 of 6

Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                              Plaintiff,<br>        v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                              Defendants. | No. 6:18−cv−00296−MO<br><br><br>VERIFICATION |

1-   VERIFICATION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 27
Page 5 of 6

I, William Murray, declare under penalty of perjury under the laws of the United States that I am authorized to verify plaintiff FamilyCare, Inc.'s Responses to Defendants' First Interrogatories, that I have read plaintiff FamilyCare, Inc.'s Responses to Defendants' First Interrogatories, know the contents thereof, and believe them to be true and correct to the best of my information and belief.

DATED this 9th day of July, 2018.

_____
William Murray

1-   VERIFICATION

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 27
Page 6 of 6