Attorney-Client Privilege
[Family Care Dispute Resolution]
COMMUNICATIONS PLAN



## Background/Situation Analysis:

OHA is seeking to successfully resolve a second rate and contract dispute with Family Care. This is the second year in which Family Care has disputed their rate and requested dispute resolution and possible settlement.  This is also an opportunity to showcase OHA's transparency, the actuarial soundness of the CCO rates, the success of the CCO model both on health outcomes and financial soundness and commitment to Oregon's most vulnerable residents.

This is also a chance to showcase Family Care as an outlier in the CCO system that is more concerned with the bottom line and increasing revenues than the health of Oregonians (OHA's mission). Also a chance to show the patterned behavior of moving to litigation when they don't get the rate they want, instead of changing business practices (like other CCOs have had to do) to work within the cost containment measures that OHA has negotiated with CMS. Finally, it is an opportunity to explain that it is their business model and business decisions that is affecting their rates and not the actions of OHA.

## Time Frame of Plan:

January- June 2017

## Goals:

- **Showcase OHA's mission is to help Oregon Health Plan members**
- **Highlight Family Care as an outlier and only worried about profit margins:** This is the second time that Family Care has disputed their rate while every other CCO has managed to work with OHA and modify their business decisions to account for the cost containment measures necessary to keep our commitment to CMS.
- **Immediately counter Family Care's misinformation:** Correct allegations and distortions as soon as they are issued by Family Care through prompt, informal communication with key media.
- **Highlight Health Share as a truly inclusive CCO that provides greater access to Oregonians with high cost medical needs:** By clearly explaining the data behind the risk scores we can highlight that Health Share is taking on more of the riskier pool.

## Strategies:

While pitching reporters on the Q3 Legislative report alert them (off the record) to Family Care dispute and showcase the financial section of report (particularly the cash and investments page).

- Jeff Manning- The Oregonian
- Nigel Jaquiss- Willamette Week
- Nick Budnick- Portland Tribune

1

Exhibit 28
Page 1 of 4
OHA_LIT_00567206

**Attorney-Client Privilege**
**[Family Care Dispute Resolution]**
**COMMUNICATIONS PLAN**



Work with OHA staff to have data prepared and ready to provide to reporters about Family Care financial information (if asked).

Identify key legislators to target and get background information and data to them as soon as possible. Then use those legislators and/or other lobbyists to pitch stories to news media if possible so that OHA can staff neutral.

Key data to include:

- Q2 & Q3 Legislative report – highlight financial section.
- Audited CCO financial reports.
- Data to explain risk scores:
    - Provider charts that show amount of providers and breakdown of specialty providers for Health Share vs. Family Care.
    - Get a few discreet examples of OHP members with high cost medical issues (i.e. HIV) who chose Health Share b/c Family Care couldn't provide them the care they need. (Pitch off the record to reporters (e.g. Willamette Week))
    - Pull quotes/video of Jeff Heatherington saying that Family Care gives their providers the commercial reimbursement rate.
        - Showcase that Family Care is outlier in taking advantage of taxpayer money to give more funding to providers and is now asking for more taxpayer money (i.e. settlement funding) because business model of providing commercial rate reimbursement isn't working.

Op-ed to Lund Report from Lynne focused on Q3 leg report that talks about the success of the CCOs and showcases the 3.4% cost containment and the financial strength of the CCOs. Include graph that shows cash and investments from 2014-mid 2016 (Family Care numbers are huge compared to everyone else).

## Audiences:

| Audience | Values/Concerns at Play | Communication Objectives and Messaging | Pathways and Tools | Messengers or Information |
|---|---|---|---|---|
| Legislators | Transparency Political implications | Showcase success of CCOs and position Family Care as outlier | Earned Media | OHA Leadership |
| CCOs | Stability of the system. Equity among CCOs. Predictability in rate-setting. | Transparency around dispute resolution. | CCO Bulletin Calls Meetings | OHA Leadership |
| Health | Better outcomes and | Showcase success of | Earned Media | OHA |

2

Exhibit 28
Page 2 of 4
OHA_LIT_00567207

**Attorney-Client Privilege**
**[Family Care Dispute Resolution]**
**COMMUNICATIONS PLAN**



| Care opinion leaders | lower costs in health care.<br>OHA's effectiveness in leading health system transformation in OR. | CCO system and position Family Care as outlier. | | leadership |
|---|---|---|---|---|
| | | | | |
| | | | | |

## Timeline and Tactics:

### Jan and Early Feb

Work with Kath Nass, Janell Evans, Chelsea Guest and Jeff Fritsche to have data prepped and ready to provide to reporters about Family Care financial info. - already started process

Identify key legislators to start providing key information to about Family Care practices and financial information. – work with Jeston

### Week of January 23rd-

While pitching reporters on the Q3 Legislative report alert them (off the record) to Family Care dispute and showcase the financial section of report (particularly the cash and investments page).
- Jeff Manning- The Oregonian
- Nigel Jaquiss- Willamette Week
- Nick Budnick- Portland Tribune

### January 31st

Op-ed from Lynne in Lund Report

### February-May

Offensive plan within Capitol to get good data, information and stories distributed about Family Care. Use legislators, legislative staff and lobbyists to spread info and stories.

Use media to continue to highlight Family Care as outlier and look for opportunities to hurt their credibility in the news (i.e. try to get an investigative reporter (e.g. Nigel Jaquiss) to look into key areas of business).

## Products and Deliverables:

Data prepped and ready
Op-ed from Lynne for Lund Report
Stories from OHP members who chose Health Share over Family Care

3

Exhibit 28
Page 3 of 4
OHA_LIT_00567208

**Attorney-Client Privilege**
**[Family Care Dispute Resolution]**
**COMMUNICATIONS PLAN**



## Metrics:

- Legislators are comfortable with OHA's efforts to settle dispute – based on the number and tenor of calls we receive from legislators.
- Earned media on financial strength of Family Care and its focus on profits.
- Media reports correct Family Care misinformation.
- CCOs are comfortable and informed – based on informal feedback in phone calls/emails.
- Members report little anxiety or disruption – based on a significant increase in calls to Member Services.

4

Exhibit 28
Page 4 of 4
OHA_LIT_00567209