| | |
|---|---|
| **From:** | Busek Rhonda J |
| **To:** | Fairbanks Mark R; Fritsche Jeffrey P; JENKINS Fritz; HOPKINS Justin |
| **Sent:** | 2/9/2016 9:38:55 PM |
| **Subject:** | RE: HIV treatment access ~ attorney client privilege |

Got it – thanks!

Rhonda

**Rhonda Busek, BS  MBA**
**Provider Services Director**
**Health Systems**
Rhonda.J.Busek@state.or.us
Desk:  503-945-6552



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** Fairbanks Mark R
**Sent:** Tuesday, February 09, 2016 3:16 PM
**To:** Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>; JENKINS Fritz <Fritz.JENKINS@dhsoha.state.or.us>; HOPKINS Justin <Justin.HOPKINS@dhsoha.state.or.us>
**Cc:** Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>
**Subject:** FW: HIV treatment access ~ attorney client privilege

Let's rock.

Rhonda, the summary as we discussed is still salient and will serve to pin down our process going forward.

Thank you

Mark

Mark R. Fairbanks
*Chief Financial Officer*
*Oregon Health Authority*

*500 Summer St NE, E-20*
*Salem, Oregon 97301*
*Desk: 503.947.5384*

OHA_LIT_00536457
Exhibit 33
Page 1 of 5

*Mobile: 503.507.3792*
Mark.R.Fairbanks@state.or.us

**From:** Saxton Lynne
**Sent:** Tuesday, February 09, 2016 3:08 PM
**To:** Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>
**Cc:** Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>; Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>; HOPKINS Justin <Justin.HOPKINS@dhsoha.state.or.us>; JENKINS Fritz <Fritz.JENKINS@dhsoha.state.or.us>; WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>; Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>
**Subject:** Re: HIV treatment access ~ attorney client privilege

Please proceed with this procurement and assessment. Thanks.

Sent from my iPad

On Feb 9, 2016, at 8:13 AM, Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us> wrote:

All,

Lori strengthens the case for an independent assessment of the movement of certain medical conditions from FC. The key actuarial observation is "there appears to be a systematic move of members which results in FC having a population with much less risk and therefore less costs".

It is our responsibility to understand the drivers of risk within the regions and the state overall. We are unclear why the risk is significantly lower for FC compared to HS; the movement within AIDS/HIV and severe mental illness is not explained by the actuarial analysis alone.

Fritz, please assist in getting this procurement moved forward. I believe Justin has been working on this and Jeff is well aware.

I recall that PWC is on the approved contractor list and therefore an expeditied procurement may be available.

Thank you

Mark

Mark R. Fairbanks
*Chief Financial Officer*
*Oregon Health Authority*

*500 Summer St NE, E-20*
*Salem, Oregon 97301*
*Desk: 503.947.5384*
*Mobile: 503.507.3792*
Mark.R.Fairbanks@state.or.us

**From:** Coyner Lori A
**Sent:** Tuesday, February 09, 2016 7:30 AM
**To:** Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>; Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; HOPKINS Justin <Justin.HOPKINS@dhsoha.state.or.us>
**Cc:** JENKINS Fritz <Fritz.JENKINS@dhsoha.state.or.us>; WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>; Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>
**Subject:** RE: HIV treatment access ~ attorney client privilege

OHA_LIT_00536458
Exhibit 33
Page 2 of 5

Hi Rhonda

While I realize that members move voluntarily, the issue is whether they are voluntarily moving because they cannot receive the services they need to treat their illness or because their current CCO makes it so onerous that they cannot easily get the services they need. From a compliance standpoint, we need to make sure that in this case FamilyCare provides needed and timely services for treatment of HIV/AIDS. There appears to be a systematic move of members which results in FC having a population with much less risk and therefore less costs.

If we survey members, we should survey both those that moved and those that did not so we do not single out a CCO. However, I would like to understand the network adequacy for FC related to treating HIV/AIDS as well as any potential pre-authorization that is onerous. I have heard stories of FC having very difficult pre-authorization requirements.

Thanks much,
Lori

Lori Coyner, MA
State Medicaid Director
Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160


**From:** Busek Rhonda J
**Sent:** Monday, February 08, 2016 9:14 PM
**To:** Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; HOPKINS Justin <Justin.HOPKINS@dhsoha.state.or.us>
**Cc:** JENKINS Fritz <Fritz.JENKINS@dhsoha.state.or.us>; WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>
**Subject:** RE: HIV treatment access ~ attorney client privilege

Hi- hope you are well! To make sure we are all on the same page~

After the initial ask, Justin and I worked with complaints staff to see if there were any complaints related to this topic. In reviewing complaints related to Family Care, we did not find anything. Additionally, we checked with Chris Norman's staff and there was not a sense that any movement of members from Family Care to HealthShare was not voluntary.

One important point for consideration ~ movement from one CCO to another is generally member's choice and can be related to choice of providers. There is a process if a CCO wants to disenroll members but OHA must approve the disenrollment. It would be important to note that until recently, Family Care did not have a contract with OHSU which could impact where members would choose to go. OHSU has several HIV programs. It is also my recollection that CareOregon has always had a number of HIV members because of the programs they offer and that could also move members to HealthShare if they were previous Care Oregon members.

We could consider surveying members who moved from Family Care to HealthShare. I would be concerned that this could be viewed as targeted by Family Care. It might also be viewed as intrusive by these members. As such I would recommend that we not survey members directly but instead continue to monitor.

Thanks!

Rhonda

Rhonda Busek, BS  MBA
Provider Services Director
Health Systems
Rhonda.J.Busek@state.or.us

OHA_LIT_00536459
Exhibit 33
Page 3 of 5

Desk:  503-945-6552

<image001.jpg>

CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** Fritsche Jeffrey P
**Sent:** Monday, February 08, 2016 7:59 AM
**To:** Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>; HOPKINS Justin <Justin.HOPKINS@dhsoha.state.or.us>
**Cc:** JENKINS Fritz <Fritz.JENKINS@dhsoha.state.or.us>
**Subject:** RE: HIV treatment access

Rhonda-

Can you please update everyone on the discussions.

Thanks,

Jeff

**Jeff Fritsche**
**Finance Director**
**Oregon Health Authority**

**From:** Fairbanks Mark R
**Sent:** Monday, February 08, 2016 7:22 AM
**To:** Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>; HOPKINS Justin <Justin.HOPKINS@dhsoha.state.or.us>
**Cc:** Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>; JENKINS Fritz <Fritz.JENKINS@dhsoha.state.or.us>
**Subject:** RE: HIV treatment access

Lori,

I have copied Jeff to this email as I believe he has been scoping the work and the procurement.

Thank you

Mark

Mark R. Fairbanks
*Chief Financial Officer*
*Oregon Health Authority*

*500 Summer St NE, E-20*
*Salem, Oregon 97301*

OHA_LIT_00536460
Exhibit 33
Page 4 of 5

*Desk: 503.947.5384*
*Mobile: 503.507.3792*
*Mark.R.Fairbanks@state.or.us*

**From:** Coyner Lori A
**Sent:** Monday, February 08, 2016 5:37 AM
**To:** Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>; HOPKINS Justin
<Justin.HOPKINS@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>
**Subject:** HIV treatment access

Hi all
Can someone please report on where we are with looking at movement between FamilyCare and HealthShare for
members with AIDS/HIV or severe mental illness?  I know we are all busy but want to make sure someone owns this
and we don't drop the ball.
Thanks much
Lori

Lori Coyner, MA
State Medicaid Director
Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160