| | |
|---|---|
| **From:** | +15036028764 Rhonda Busek |
| **Participants:** | +15036028764 Rhonda Busek (owner)<br>+15039303614<br>+19717181406 Varsha |
| **Status:** | Sent |
| **Timestamp: Date:** | 6/20/2016 4:35:39 PM |

Data was not as conclusive as expected - staff will need to do more analysis - thanks!

Exhibit 34
Page 1 of 1
OHA_LIT_00570597