**From:** PAIR Chris * GOV
**To:** Darby BethAnne
**Sent:** 8/14/2017 3:44:48 PM
**Subject:** Re: Crowell/OHA staff questions

Here's what we will send to Saul:

The draft communications plan was developed by staff at the direction of Lynne Saxton. Saxton has taken full responsibility for this decision and subsequently resigned as a consequence of it. Governor Brown expects the next director of OHA to operate the agency with a commitment to transparency, integrity and efficiency. Governor Brown will direct the incoming director to evaluate all existing staff according to these standards.

**From:** "Saul A. Hubbard" <saul.hubbard@registerguard.com>
**Date:** Monday, August 14, 2017 at 1:13 PM
**To:** PAIR Chris * GOV <Chris.PAIR@oregon.gov>
**Subject:** Crowell/OHA staff questions

Hi Chris,

Following up on our chats, my questions are as follows:

1/ Please confirm Courtney Crowell's hiring and start dates in the governor's office?

2/ Did the governor's office reconsider its decision to hire Courtney after staff became aware of the controversial OHA/Family Care communications plan she helped draft? If not, why not?

3/ What evidence are you relying on when determining that the controversial sections on the comms plan came from Director Saxton and not from OHA comms staffers?

4/ Given the governor's displeasure with the plan, why was the decision made to only request the agency head's resignation, while leaving in place the staffers who may have a bigger role in formulating the plan (according to Lyne's letter to CCOs anyway)?

5/ Does the governor have concerns about staffers involved staying in their positions during what could be a lengthy search process for the next OHA director?

Thanks,

Saul

--
Saul Hubbard
Reporter, The Register-Guard

RG Media Company
3500 Chad Drive, Eugene OR 97408
Email: saul.hubbard@registerguard.com
Office: 541-338-2379 Cell: 503-363-3451
Twitter: @SaulAHubbard

Exhibit 36
Page 1 of 1
OHA_LIT_01100411