**From:** Darby BethAnne
**To:** Crowell Courtney W
**CC:** WAHL Jeffrey
**Sent:** 1/20/2017 5:52:04 PM
**Subject:** RE: Attorney-Client privilege: Family Care Comms Plan
**Attachments:** Fwd: slide deck

JEFF --- IS there a calendar for the discussion? I mean do we know when you discuss which subjects? That might help us plan our communications…

HI Courtney --

I think we are talking about a session-long strategy (through May or so).  The Legislature will be a key audience, and the goal will be to ensure that they have enough information that they want to stay out of the dispute both through legislation and committee hearings--- we should assume that FC will be trying to pull them in and will have an active lobbying strategy that will focus on that OHA is targeting them based on the last settlement… I think I sent you a the presentation they put together for the dispute resolution process that will give you the themes.

Our goal will be to create enough information buzz that it causes the legislature to question what FC is trying to sell.. Last cycle, FC was able to build a great deal of legislative empathy and thus pressure on that agency, until we started communicating our own perspective.

We should consider that our comms strategy needs an "in-the-builidng" strategy as well as an external comms strategy…

**BethAnne Darby**
Director, External Relations Division
OREGON HEALTH AUTHORITY
BethAnne.Darby@state.or.us
503-798-7100
www.oregon.gov/OHA

*Assistant: MiKayla Marcott (MiKayla.Marcott@state.or.us)*

**From:** Crowell Courtney W
**Sent:** Friday, January 20, 2017 2:54 PM
**To:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>
**Cc:** WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>
**Subject:** Attorney-Client privilege: Family Care Comms Plan

BethAnne,

Here is a first draft of the Family Care communications plan. I don't really know the timeline so this is focused more on the near term. Let me know if you want to talk more about this or have suggestions on how to improve.

Thanks,
Courtney

**Courtney Warner Crowell**
*Communications Officer*
External Relations Division
Portland, Oregon
Courtney.w.crowell@state.or.us

Exhibit 39
Page 1 of 2
OHA_LIT_00564524



## CONFIDENTIALITY NOTICE

This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

Exhibit 39
Page 2 of 2
OHA_LIT_00564525