**From:** George Delphina
**To:** Allen Patrick
**Sent:** 8/30/2017 1:45:45 PM
**Subject:** RE: Leadership Transition

Welcome aboard Pat! We're glad to have you.

Delphina

**Delphina George**
CCO Account Representative
OREGON HEALTH AUTHORITY
Health Systems Division
Managed Care Delivery Systems
delphina.george@state.or.us
Desk|503-945-6015

**From:** Allen Patrick
**Sent:** Wednesday, August 30, 2017 1:32 PM
**Subject:** Leadership Transition

Good afternoon!

In a couple of days, I'll be joining you all as the acting director of the Oregon Health Authority. I've spent over 25 years in public service and I have a passion for making Oregon a better place through the work we all do. I've seen how OHA's programs improve the lives of people across Oregon. I'm really looking forward to joining the OHA team and supporting our mission.

First, let me tell you a little bit about myself. I'm a native Oregonian, born and raised here. From Portland to Madras, I've lived in urban and rural areas throughout the state. I've worked in both the private and public sectors, including time as a staffer for a U.S. congressman.

For the past six years, I have served as the director of the Department of Consumer and Business Services (DCBS). At DCBS, I oversaw the regulation of the commercial insurance market, worker safety and health, the financial services industry, building codes, and other services. I've also led state efforts to streamline regulations, and worked in economic development and banking, including farm and small business lending.

At DCBS, I've had the chance to become familiar with OHA's many innovations and accomplishments. I've seen first-hand how Oregon's nationally-recognized health transformation has lowered health care costs and improved the quality of care for people in our state. I've watched the Oregon State Hospital become recognized as one of the most outstanding psychiatric hospitals in the nation. And I've seen public health staff mobilize to address health threats from tobacco-related disease to mental health emergency response during the aftermath of the Umpqua Community College shooting.

I'm also familiar with OHA's challenges. I have seen the impact the Cover Oregon failure had on people who needed coverage through Oregon's Health Insurance Marketplace and the Oregon Health Plan. As well as the resulting decrease in public trust and staff morale.

Finally, as a member of the Governor's health care cabinet, I understand the challenges we face to maintain health coverage for 95 percent of Oregonians. And as someone who's built relationships with many of OHA's stakeholders, I'm eager to strengthen our bonds of trust and collaboration with our partners.

**Operating with greater transparency**

When Governor Brown appointed me, she gave me a charge to promote transparency, the wise use of public dollars,

Exhibit 42
Page 1 of 3
OHA_LIT_00805567

and integrity throughout OHA's many programs.

Those will be my guiding principles as I step into this job and I know you share those priorities too. We will work together to consistently put them into practice every day, in every decision we make, and in every interaction we have with the public, partners, and policymakers.

As I step into this role I know I have a lot to learn. OHA has a broad health mission, many diverse and important programs, and the largest total funds budget in the state. I want to hear how we can build on our strengths, improve where we fall short and operate with the greatest transparency and effectiveness. I welcome input from you and our partners as we move forward together.

## Organizational changes

I want to thank Lynne Saxton for her leadership of OHA over the past two years. In that time, Lynne tackled a number of pressing problems that confronted Oregon's health system. She oversaw renewal of Oregon's Medicaid waiver, stabilized Medicaid funding, and put Medicaid eligibility processing back on its feet after the Cover Oregon failure. She led major reforms in Oregon's behavioral health system which will remain a priority for OHA. And she responded to the tragic events at Umpqua Community College and the Portland air toxics crisis with a level of concern and responsiveness that embodies public service.

There are other leadership changes that I have to share today as well. Varsha Chauhan, who directs the Health Systems Division, will be leaving OHA on October 22. Varsha oversees operations for Oregon's Medicaid and behavioral health programs. She has been instrumental in successfully launching the ONE eligibility system, centralizing applications and eligibility processing in partnership with DHS, and setting sustainable rates across the Medicaid program.

In addition, BethAnne Darby, director of the External Relations Division, will be leaving OHA in October. BethAnne worked closely with state and federal policymakers on critical issues. She also worked to make OHA more responsive to consumer complaints and more transparent by overhauling the OHA website.

Finally, Mark Fairbanks, director of Operations and Finance, will be leaving in October. Among his accomplishments, Mark worked to reduce administrative expenses by more than 10 percent and established key performance indicators that allow OHA to measure progress on the agency's top priorities. As chairman of the PEBB board he helped ensure PEBB offered competitive benefits while containing costs to 3.4 percent.

I'm grateful for Varsha's, BethAnne's, and Mark's service. I appreciate their efforts in helping me come up to speed and facilitating a smooth transition. They will each be stepping down from their current roles on August 31, but will continue with the agency for a time to finish transition and other projects.

## New assignments and new arrivals

I'm pleased to announce some new arrivals and assignments. First, Leslie Clement has agreed to step in for the short term as acting director of the Health Systems Division. We will be taking some time to evaluate the best organizational structure for delivering effective Medicaid and behavioral health programs, and then recruit for the long term. I expect Leslie will return to Health Policy and Analytics once this review is done.

Jeremy Vandehey, currently Governor Brown's health care policy advisor, will be filling in for Leslie as acting director of Health Policy and Analytics. Jeremy is an attorney who previously worked at Kaiser, as well as having earlier service here at OHA, as part of the team that helped design and pass legislation to create CCOs. In the Governor's office, Jeremy has worked to advance the Governor's vision for continuing Oregon's health system transformation. He worked closely on Oregon's Medicaid waiver renewal, on development of the Medicaid budget, and on passage of Cover All Kids.

Dawn Jagger, who is currently senior health policy and communications adviser in the Director's Office at DCBS, will become acting director of the External Relations Division, which will be restructured to be a part of the Director's Office at OHA. Dawn is an attorney who has also worked for DCBS as an enforcement officer and as a health policy liaison for federal issues.

Finally, I'm very excited to announce a couple of permanent additions to the team at OHA. I am splitting the position of CFO/COO into two distinct functions. Laura Robison, currently administrator of the Division of Financial Regulation at DCBS, as well as Chief Actuary and Oregon Insurance Commissioner, will be taking over as CFO. Laura holds degrees in mathematics and economics from Boston University, and is a fellow of the Casualty Actuaries Association, and a member of the American Academy of Actuaries. Among her accomplishments at DCBS, she led the successful integration of two former divisions into a new Division of Financial Regulation and helped lead the implementation of the ACA on the commercial insurance market.

Additionally, Kristine Kautz, currently deputy director at the Oregon Department of Revenue, will assume the duties of COO. Kris is a long-time senior executive in state government, with previous service and the Department of Administrative Services and other agencies.

Exhibit 42
Page 2 of 3
OHA_LIT_00805568

With the exception of Jeremy Vandehey, who will start on September 5, and Kris Kautz, who will assume her new role on September 18, all other changes will be effective on September 1.

**Meeting OHA staff**

In the coming months, I look forward to meeting with OHA employees across all of our divisions. This is a time of great uncertainty in health care. It's also a time that demands greater openness, collaboration, and innovation. I look forward to hearing your ideas on how we can work together to make Oregon a better and healthier place, especially for our most vulnerable individuals and families.

Thank you for your service to the people of Oregon.


Pat.


Exhibit 42
Page 3 of 3
OHA_LIT_00805569