**From:** GUEST Chelsea A
**To:** Frazier Calah C
**Sent:** 2/15/2017 8:39:08 AM
**Subject:** FW: Rate information
**Attachments:** RE: FamilyCare vs HealthShare triggered disease condition comparison; DiseaseCount_final_v2.xlsx; FW: OR - TriCounty Transitional Analysis; OR - Tricounty Transitional Summary 2016.05.26.xlsx

Hi Calah,

Can you put together an email describing the attached documents to Courtney? Please ask questions -- I want you to understand each of these documents in detail as this will likely come up while I'm gone as it relates to FamilyCare. I've included the email describing the document and the document itself.

After you have time to look through it, let's talk. J

Thanks,

**Chelsea A. Guest**
Manager, Actuarial Services
503-383-6260


**From:** Crowell Courtney W
**Sent:** Tuesday, February 14, 2017 4:40 PM
**To:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>
**Subject:** Rate information

Chelsea- Just checking in to see if you've been able to pull the # of people in each risk score and the # of people moving from Family Care to Health Share and vice versa?

Thanks,
Courtney

**Courtney Warner Crowell**
*Communications Officer*
External Relations Division
Portland, Oregon
Courtney.w.crowell@state.or.us
cell: 971-712-6503



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

Exhibit 52
Page 1 of 1
OHA_LIT_00266463