**From:** Michael Whitbeck
**To:** Bill Guest
**Sent:** 6/2/2017 9:41:30 AM
**Subject:** RE: Follow up

Bill

Thank you for the update.  I do hope 'transparency' wins the day, both with OHA actuary tables and with Familycare Paid Claims.  I do look forward to having a 2017 agreement completed as soon as we can.  Have a good weekend.

Respectfully,

Michael R. Whitbeck MBA
Medical Group Administrator
NW Primary Care Group PC
www.nwpc.com



**From:** Bill Guest [mailto:BillG@familycareinc.org]
**Sent:** Thursday, June 01, 2017 7:55 PM
**To:** Michael Whitbeck
**Cc:** William (Bill) Murray
**Subject:** Follow up

Michael,

I wanted to let you know that FamilyCare has been discussing the issues you have raised regarding claims data detail, and paid claims data.  I have also shared your questions regarding the administrative and medical costs that affect your risk sharing surpluses with our CEO and CFO.  I wanted to let you know that these contract issues have been escalated and that our COO will be discussing these with our CEO Jeff Heatherington in the near future in an effort to reach a suitable agreement between our organizations.

As always, thank you for your service to our members.

Bill

**Bill Guest**
VP Provider Network Services
825 NE Multnomah St., Suite 1400, Portland, OR 97232
Direct: 503-488-3603 | Fax: 503-488-3603



Exhibit 54
Page 1 of 2

FCI0273822

This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message. Thank you.

Exhibit 54
Page 2 of 2

FCI0273823