| | |
|---|---|
| **From:** | Terry Brown |
| **To:** | Bill Guest |
| **Sent:** | 11/21/2017 10:00:13 AM |
| **Subject:** | FW: Contract termination |
| **Attachments:** | FamilyCare Decries 2018 CCO Rates, Continuing Years-Long Battlewith Oregon.pdf |

Did you get a response regarding CPC+ from Bill Murray so I can off an explanation related to why FC does not reimburse for non-visit services to non-capitated providers?

**From:** Michael Whitbeck [mailto:michael.whitbeck@nwpc.com]
**Sent:** Monday, November 20, 2017 4:59 PM
**To:** Terry Brown <TerryB@familycareinc.org>
**Subject:** Contract termination

Terry:

I will be reviewing the Familycare-OHA situation at our Board meeting next week and I could see the board looking at terminating our Familycare agreement so as to not get stuck with uncollectable AR like we did with Oregon Health Co-op (i.e. yes, we still are sitting on the AR waiting for something to happen, if it does.)

If you have any additional information you would like me to share with our Board regarding Familycare's long term viability, please do forward it to me this week.  Thanks,

Respectfully,

Michael R. Whitbeck MBA
Medical Group Administrator
NW Primary Care Group PC
www.nwpc.com



---

This message is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message. Thank you very much.

Exhibit 55
Page 1 of 4

FCI0565156

Case 6:18-cv-00296-MO   Document 324-56   Filed 08/24/18   Page 2 of 4





**THE LUND REPORT**

*Oregon's most vital source of health news*

| Home | Subscribe or Renew | Donate | Browse Articles | Legislative Updates | Inside the Industry | Guest Opinions | Press Releases | Health Hires Job Board | OR Health Forum |

# FamilyCare Decries 2018 CCO Rates, Continuing Years-Long Battle with Oregon

*The Portland-area nonprofit says even with a 9.8 percent rate hike, it faces a $75 million deficit and could go out of business.*

*By Courtney Sherwood*

Coordinated care organization reimbursement rates that were announced this week included a hike in how much FamilyCare will receive in 2018 – but not enough to appease the leaders of the Portland-area CCO, who say low reimbursements are putting their nonprofit organization at risk.



"When you've had the lowest rates in the state for three consecutive years, an increase in the fourth year does not solve the problem," Jack Coleman, FamilyCare spokesman, told The Lund Report.

And FamiyCare's CEO Jeff Heatherington, who has repeatedly complained of mistreatment by the Oregon Health Authority and who has led his organization in several lawsuits against the state over the issue, is voicing his concerns.

"The rates still put us considerably under everybody else and will produce a $75 million deficit, about the same we're having this year and that essentially puts us out of business," Heatherington told the Portland Business Journal. "The second-largest plan in the state may shut down after 35 years of operation."

The 2018 rates, which were largely set before Pat Allen replaced Lynn Saxton as head of the Oregon Health Authority, give FamilyCare a 9.8 percent boost in reimbursements – to $377.57 per member per month. On average, most CCOs are receiving a 3.3 percent reimbursement hike. The other Portland-area CCO, HealthShare, will receive $409.75 per member per month.

According to legal documents filed in Marion County Court in defense of past rate decisions, the state maintains that the rates are set based on the assessments of actuaries who look at the health needs of each CCO's members. But FamilyCare has repeatedly challenged this assertion, and the organization says it will run out of funds by August if it does not receive more in 2018.

FamilyCare officials say they are pursuing a number of avenues in their effort to boost reimbursements. The CCO's lawsuit against the state is currently in discovery, and heads to trial on Feb. 5. Simultaneously, they are watching the health authority's ongoing reviews of the announced rates in hopes that that process may yield the results they seek.

The Centers for Medicare and Medicaid Services has approved Oregon's CCO rates for past three years. OHA said it is taking extra steps this year to ensure the rate-setting process is fully transparent and independently verified, with reviews, by a Medicaid-qualified actuary and an independent law firm.

*Reach Courtney Sherwood at sherwood@thelundreport.org.*

*Nov 8 2017*

**Keywords:** CCO, FamilyCare Health

Log in or register to post comments

**Let's Build a New Website!**

Exhibit 55

Page 2 of 4

FCI0565157



It's time
to make a
change...

Gifts made to
The Lund Report
from now until
December 31 will
be used to build
a more user-
friendly website
and bolster our
independent news
service.

Help us raise
$30,000!

Special Promotions

GET
PREMIUM
STORIES
FOR 10%
LESS.

Use the promo
code HOLIDAY
at checkout.

Offer valid until
December 31.

Because there's
nowhere else you
can get the latest
financial information
about Oregon's
healthcare industry.



**Looking for great healthcare employees?**

You've come to the right place.

**HEALTH HIRES IS ON SALE!**

**POST JOBS FOR 10% LESS!**

Use the promo code HHDEC17 at checkout.

Offer valid until December 31.

## Story Ideas

Have a scoop for The Lund Report? Submit your story ideas here.

## Be The First To Know: Follow Us On Social Media



The Lund Report posts stories on social media as soon as they are published.

Follow us on Facebook, LinkedIn or Twitter and get our stories as soon as they are out via your news feed.



Follow us on Facebook



Follow us on LinkedIn



Follow us on Twitter



Exhibit 55
Page 4 of 4

FCI0565159