# Health System Transformation



Exhibit 56
Page 1 of 70
OHA_LIT_00956542-1

# What we'll cover

- ACA and insurance enrollment in 2014
- Coordinated care: why it began and what it is
- Measuring the success: CCO metrics
- Spreading the coordinated care model



Exhibit 56
Page 2 of 70
OHA_LIT_00956542-2

# ACA AND ENROLLMENT



Exhibit 56
Page 3 of 70
OHA_LIT_00956542-3

# Affordable Care Act: Overview

- **Largest changes in health care in 50 years**

- **Coverage and Access**

  – Medicaid Expansion

  – Health Insurance Exchanges

  – Health Insurance Market Reforms



Exhibit 56
Page 4 of 70
OHA_LIT_00956542-4

# Oregon Health Plan Enrollment

## Oregonians on the Oregon Health Plan

- As of January 5, 2015
- 990,00 Oregonians are on the Oregon Health Plan
  - 380,600 Received coverage since Jan. 1, 2014
    - About 90% of the OHP members are in a coordinated care organization, receiving care designed to bring better health, better care, lower costs.

## Extensive outreach efforts

- Fast-track
- OHA's outreach team:
  - Trained over 2,300 individuals statewide, resulting in over 1,350 active assisters within 330 organizations
  - Managed 49 grants, 41 volunteer agreements, and hundreds of OHA contracted providers certified for application assistance



Exhibit 56
Page 5 of 70
OHA_LIT_00956542-5

# Oregon Health Plan: Changing Demographics

**As of October 2014:**

- The proportion of members ages 19-35 enrolled in Medicaid increased more than any other age group.

- Despite the influx of new members, the racial / ethnic make up of Medicaid enrollees has remained consistent.

- The proportion of men enrolled in Medicaid increased.



Exhibit 56
Page 6 of 70
OHA_LIT_00956542-6

# Oregon Health Plan: Changing Demographics





Exhibit 56
Page 7 of 70
OHA_LIT_00956542-7

# Oregon Health Plan: Changing Demographics



Despite the influx of new member, the racial/ethnic makeup of Medicaid enrollees has not changed much between December 2013 and October 2014.

| Group | October 2014 | December 2013 |
|---|---|---|
| African American/Black | 3.4% | 4.1% |
| American Indian/ Alaskan Native | 1.6% | 1.9% |
| Asian or Pacific Islanders | 3.1% | 3.5% |
| White | 59.4% | 62.9% |
| Hispanic/Latino | 19.2% | 20.5% |

(Data missing for 7% of respondents in 2014)

Exhibit 56
Page 8 of 70
OHA_LIT_00956542-8

# COORDINATED CARE



Exhibit 56
Page 9 of 70
OHA_LIT_00956542-9



Health care spending has grown much faster than the rest of the economy in recent decades.

- Source: McKinney, "Accounting for the Cost of U.S. Health Care" (2011), Center for American Progress

Exhibit 56
Page 10 of 70
OHA_LIT_00956542-10

# Traditional budget balancing

- Cut people from care
- Cut provider rates
- Cut services



Exhibit 56
Page 11 of 70
OHA_LIT_00956542-11

# Wrong focus = wrong results





Exhibit 56
Page 12 of 70
OHA_LIT_00956542-12

# The Fourth Path

- Change how care is delivered to:
  - Reduce waste
  - Improve health
  - Create local accountability
  - Align financial incentives
  - Pay for performance and outcomes
  - Create fiscal sustainability
  - Provide patient-centered team based care

www.health.oregon.gov



Exhibit 56
Page 13 of 70
OHA_LIT_00956542-13

# No child should have to go to the Emergency Room because of an asthma attack





Exhibit 56
Page 14 of 70
OHA_LIT_00956542-14



Exhibit 56
Page 15 of 70
OHA_LIT_00956542-15

# Best practices to manage and coordinate care



- Value-based benefit design that create incentives for consumers to use evidence-based services.
- These systems improve data accuracy, allowing for better patient care, while reducing costs associated with duplicate or unnecessary services.
- Primary care clinician as the individual's regular source of care.
- Patient-centered primary care homes provides team-based care.
- Behavioral, physical and dental health care integrated through evidence-based best practices.
- Electronic health records and information exchange across care settings.
- Culturally and linguistically appropriate care.



Exhibit 56
Page 16 of 70
OHA_LIT_00956542-16

# Shared responsibility for health



- Shared decision-making.

- Benefits that provide incentives for preventive care and healthy behavior, and support the use of evidence-based services.

- Consumer and community engagement and collaboration.



Exhibit 56
Page 17 of 70
OHA_LIT_00956542-17

# Performance is measured



- An aligned, consistent measure set. Measures are consistent across major public and private payers, including commonly defined measures in each of the following areas: access, quality, patient satisfaction, patient activation, service utilization, and cost.

- Regular analysis of information.

- Provider-level and administrator-level measurement.



Exhibit 56
Page 18 of 70
OHA_LIT_00956542-18

# Paying for outcomes and health



- Pay according to performance.

- Design payment and coverage approaches that cut waste while not diminishing quality.

- Reward primary care.

- Increasing the proportion of total payments based on performance over time.



Exhibit 56
Page 19 of 70
OHA_LIT_00956542-19

# Transparency in price and quality



- Transparency in prices to allow for comparisons of providers.

- Clear information about the price of services. This includes information about the benefit design, such as deductibles, coinsurance, and balance of account-based plans.

- Information available on provider performance. Information on quality, patient experience, and volume is clearly available to plan participants when the nationally recognized or endorsed measures of hospital and physician performance are used.

Exhibit 56
Page 20 of 70
OHA_LIT_00956542-20

# Maintain costs at a sustainable rate of growth



- Population-based contracts that include risk-adjusted annual increases in the total cost of care for services reimbursed.

- Provider contracts that include provisions that agree on rates and quality incentive payments for each contract year.



Exhibit 56
Page 21 of 70
OHA_LIT_00956542-21

# Coordinated care organizations

- The coordinated care model was first implemented in Oregon's Medicaid program: The Oregon Health Plan.

- There are 16 coordinated care organizations in every part of Oregon, serving the majority of OHP members; there are two CCOs also serving state employees (Public Employees Benefit Board members)

- Locally governed by a partnership between health care providers, community partners, consumers, and those taking financial risk.

- Consumer advisory council requirement

- Behavioral health, physical, dental care held to one budget.

- Responsible for health outcomes and receive incentives for quality

- Global budgets that grow at no more than 3.4% per capita per year



22

Exhibit 56
Page 22 of 70
OHA_LIT_00956542-22

# Federal Framework

- Waiver effective July 5, 2012  through June 30, 2017

- Established CCOs as Oregon's Medicaid delivery system.

- Flexibility to use federal funds for improving health.

- Federal investment
    - $1.9 billion with ROI of $4.9 billion



Exhibit 56
Page 23 of 70
OHA_LIT_00956542-23

# Accountability: Oregon's CCOs

- CCOs are accountable for 33 measures of health and performance

- Results are reported regularly and posted on Oregon Health Authority website

- CCO financial data posted regularly



Exhibit 56
Page 24 of 70
OHA_LIT_00956542-24

# CCO's Early Work…

- Reducing unnecessary Emergency Department visits.

- Working to better integrate mental and physical health care.

- Developing a complex care model for patients with chronic and complex conditions.

- Hiring community health workers to help people manage the most acute and chronic conditions.

- Developing processes that enable families to address all of their child's health needs at a single clinic.



Exhibit 56
Page 25 of 70
OHA_LIT_00956542-25

# Better Health and Value Through

- Innovation
- Focus on chronic disease management
- Focus on comprehensive primary care and prevention
- Coordination: physical, behavioral and dental health
- Alternative payment for quality and outcomes
- More home and community based care, community health workers/non-traditional health workers
- Electronic health records – information sharing
- Tele-health
- New care teams
- Use of best practices and centers of excellence



Exhibit 56
Page 26 of 70
OHA_LIT_00956542-26

# Next steps for health system transformation

- The coordinated care model has been implemented in the state's public employees benefits program, PEBB

- Aligning care models in Oregon Health Plan, PEBB, OEBB and private market

- Leverage work to reduce costs, increase transparency in commercial market



Exhibit 56
Page 27 of 70
OHA_LIT_00956542-27

# MEASURING SUCCESS



Exhibit 56
Page 28 of 70
OHA_LIT_00956542-28

# CCO Performance
## OHA Accountability & CCO Incentives

### State Performance Measures

•Annual assessment of statewide performance on 33 measures.

•Financial penalties to the state if quality goals are not achieved.

### CCO Incentive Measures

•Annual assessment of CCO performance on 17 measures.

•Quality pool paid to CCOs for performance.

•Compare current performance against prior baseline year.





29

Exhibit 56
Page 29 of 70
OHA_LIT_00956542-29

# CCO Performance

## Quality Pool: Metrics and Scoring Committee

- 2012 Senate Bill 1580 establishes committee

- Nine members serve two-year terms. Must include:

  3 members at large;

  3 members with expertise in health outcome measures

  3 representatives of CCOs

- Committee uses public process to identify objective outcome and quality measures and benchmarks



Exhibit 56
Page 30 of 70
OHA_LIT_00956542-30

# CCO Performance
## Quality Pool: distribution

To earn their full quality pool payment, CCOs must:

✓Meet the benchmark or improvement target on at least 12 of the 17 measures; and

✓Have at least 60 percent of their members enrolled in a patient-centered primary care home (PCPCH).

Money left over from quality pool goes to the challenge pool.
To earn challenge pool payments, CCOs must:

✓Meet the benchmark or improvement target on the four challenge pool measures: depression screening, diabetes HbA1c control, SBIRT, and PCPCH enrollment.

31

Exhibit 56
Page 31 of 70
OHA_LIT_00956542-31

# CCO Performance in 2013



Percent of 2013 Quality Pool: Phase One Distribution Earned
Does not include Challenge Pool funds

Exhibit 56
Page 32 of 70
OHA_LIT_00956542-32

# CCO Performance in 2013



Exhibit 56
Page 33 of 70
OHA_LIT_00956542-33

# CCO Performance in 2013

**All CCOs improved on…**

**Ambulatory care: emergency department utilization**

✓All CCOs met their improvement targets.

**Developmental screening**

✓All CCOs met their improvement targets and four met benchmark.

**Early elective delivery**

✓All CCOs were below the benchmark (lower is better).

**Electronic Health Record (EHR) adoption**

✓All CCOs met their improvement target or surpassed benchmark.

**Mixed Results on**

- **Adolescent well – care visits** (7 CCOs met targets)
- **Colorectal cancer screening** (6 CCOs met targets)
- **Follow up after hospitalization for mental illness** (10 CCOs)
- **Follow up care for children prescribed ADHD meds** (13 CCOs)
- **Assessments for children in DHS custody** (12 CCOs)
**Prenatal and postpartum care** (11 CCOs made improvements)
**Satisfaction with care** (12 CCOs made improvements)



34

Exhibit 56
Page 34 of 70
OHA_LIT_00956542-34

# CCO Performance: Raising the bar

- Raising the bar
  - For 2014: CCOs must show improvement from their 2013 data to receive incentive payments

  - The bar continues to be raised and the transparent process of selecting measures – or dropping as there is widespread success on a measure – will continue.
    - For 2015, two measures were dropped and three new measures were added. The new measures are more outcome-based.

  - For 2014: The incentive pool increased from 2% to 3% -- increasing the rewards for improving.



Exhibit 56
Page 35 of 70
OHA_LIT_00956542-35

# 2014 Mid-Year Progress

- New performance report documents state and CCO progress from July 1, 2013 through June 30, 2014.

- Report includes data on key measures for the 380,000+ Oregonians who enrolled in the Oregon Health Plan since the ACA took effect January 1, 2014.

- Report includes core performance measures, focusing on population health issues, e.g., prevalence of obesity and tobacco.



Exhibit 56
Page 36 of 70
OHA_LIT_00956542-36

# Coordinated care model continues to show improvements for Medicaid members

- Decreased emergency department visits.

- Decreased hospital admissions for short-term complications from diabetes.

- Decreased hospital admissions for chronic obstructive pulmonary disease.

- Increased enrollment in Patient-Centered Primary Care Homes.



Exhibit 56
Page 37 of 70
OHA_LIT_00956542-37



## Statewide, emergency department utilization has continued to decline.

(Lower scores are better)
Data source: Administrative (billing) claims
2014 benchmark source: 2013 National Medicaid 90th percentile



38

Exhibit 56
Page 38 of 70
OHA_LIT_00956542-38



## Asian Americans used the emergency department least frequently in June 2014 and experienced the greatest improvement since 2013.

(Lower scores are better)
Gray dots represent 2011.
Data missing for 8.9% of respondents. Each race category excludes Hispanic/Latino

Benchmark 44.6

Asian American — 21.1 — 22.3

White — 54.4 — 54.9

African American/Black — 68.2 — 68.5

Hispanic/Latino — 36.6 — 37.4

Hawaiian/Pacific Islander — 41.1 — 42.1

American Indian/ Alaskan Native — 62.0 - 65.9

Exhibit 56
Page 39 of 70
OHA_LIT_00956542-39



Emergency department utilization continued to decline for many CCOs between 2013 & June 2014.
(Lower scores are better)
Gray dots represent 2011 baselines, which are pre-CCO and based on data from the predecessor care organization.
Baseline data for PacificSource Central and Gorge are combined.

Exhibit 56
Page 40 of 70
OHA_LIT_00956542-40

# ED Utilization since January 1, 2014







Exhibit 56
Page 41 of 70
OHA_LIT_00956542-41

# ED Utilization since January 1, 2014



Exhibit 56
Page 42 of 70
OHA_LIT_00956542-42

## Statewide, developmental screening continues to increase.

Data source: Administrative (billing) claims
2014 benchmark source: Metrics and Scoring Committee consensus

2014 Benchmark: 50.0%

20.9%
2011

33.1%
2013

35.2%
July 2013 - June 2014



Exhibit 56
Page 43 of 70
OHA_LIT_00956542-43



Exhibit 56
Page 44 of 70
OHA_LIT_00956542-44



## Developmental screenings increased in nearly all CCOs between 2013 & June 2014.

Gray dots represent 2011 baselines, which are pre-CCO and based on data from the predecessor care organization.
Baseline data for PacificSource Central and Gorge are combined.

Exhibit 56
Page 45 of 70
OHA_LIT_00956542-45





Exhibit 56
Page 46 of 70
OHA_LIT_00956542-46



**Follow-up care after hospitalization for mental illness decreased for all racial/ethnic groups between 2013 and June 2014.**

Gray dots represent 2011.

Data missing for 6.5% of respondents. Each race category excludes Hispanic/Latino.

Benchmark 68.8%

Hispanic/Latino — 67.6%  71.6%

White — 68.9%  69.6%

African American/Black — 51.6%  52.2%

Asian American — 65.9%  74.3%

American Indian/Alaskan Native ~

Hawaiian/Pacific Islander ~

Exhibit 56
Page 47 of 70
OHA_LIT_00956542-47



CCOs have mixed results between 2013 & June 2014 in providing timely follow-up after hospitalization for mental illness.
Gray dots represent 2011 baselines, which are pre-CCO & based on data from the predecessor care organization.
Baseline data for PacificSource Central and Gorge are combined.
~ Data suppressed (n<30)

Exhibit 56
Page 48 of 70
OHA_LIT_00956542-48



## Statewide, hospital admission rates due to diabetes complications have declined.

(Lower scores are better)
Data source: Administrative (billing) claims
2014 benchmark source: OHA consensus, based on prior performance trend

192.9 — 2011
211.5 — 2013
174.9 — July 2013 – June 2014

Benchmark: 10% reduction from baseline



49

Exhibit 56
Page 49 of 70
OHA_LIT_00956542-49



Exhibit 56
Page 50 of 70
OHA_LIT_00956542-50



The number of CCOs that have met the benchmark increased between 2013 & June 2014.

(Lower scores are better). Rates are per 100,000 member years
Gray dots represent 2011 baselines, which are pre-CCO and based on data from the predecessor care organization. Baseline data for PacificSource Central and Gorge are combined.
PQIs come from the Agency for Healthcare Research and Quality, Prevention Quality Indicators.

Benchmark: 10% reduction from statewide baseline

Exhibit 56
Page 51 of 70
OHA_LIT_00956542-51



## Statewide, hospital admission rates for adults with COPD or asthma continue to fall.

(Lower scores are better)
Data source: Administrative (billing) claims
2014 benchmark source: OHA consensus, based on prior performance trend

454.6 — 2011

308.1 — 2013

234.0 — July 2013 - June 2014

Benchmark: 10% reduction from baseline



Exhibit 56
Page 52 of 70
OHA_LIT_00956542-52



# Admission rates for adults with COPD were mixed across racial/ethnic groups between 2013 and June 2014.

(Lower scores are better)
Gray dots represent 2011.
Data missing for 8.7% of respondents. Each race category excludes Hispnic/Latino.

Benchmark 277.3

White — 269.6  344.9

Hawaiian/Pacific Islander — 210.7  283.1

Hispanic/Latino — 60.7  82.7

Asian American — 129.3  129.9

African American/Black — 487.6  528.3

American Indian/ Alaskan Native — 233.1  363.9

Exhibit 56
Page 53 of 70
OHA_LIT_00956542-53



**Overall, CCOs continued to showed improvement between 2013 & June 2014.**

(Lower scores are better). Rates are per 100,000 member years
Gray dots represent 2011 baselines, which are pre-CCO and based on data from the predecessor care organization. Baseline data for PacificSource Central and Gorge are combined.
PQIs come from the Agency for Healthcare Research and Quality, Prevention Quality Indicators

Exhibit 56
Page 54 of 70
OHA_LIT_00956542-54



# Statewide, patient-centered primary care home enrollment continues to increase.

Data source: CCO quarterly report
2014 benchmark source: n/a

51.8% — 2012
78.6% — 2013
80.4% — September 2014



Exhibit 56
Page 55 of 70
OHA_LIT_00956542-55



**Overall, PCPCH enrollment continues to increase between 2013 & September 2014.**

Gray dots represent 2011 baselines, which are pre-CCO and based on data from the predecessor care organization.
Baseline data for PacificSource Central and Gorge are combined.

Exhibit 56
Page 56 of 70
OHA_LIT_00956542-56

# Room for Improvement: SBIRT



Statewide, appropriate screening and intervention for alcohol or substance abuse has increased steadily each year.

Data source: Administrative (billing) claims
2014 benchmark source: Metrics and Scoring Committee consensus

2014 Benchmark: 13.0%

4.5% July 2013 - June 2014

2.0% 2013

0.1%



Exhibit 56
Page 57 of 70
OHA_LIT_00956542-57



SBIRT rates improved for all racial/ethinic groups between 2013 & June 2014.

Exhibit 56
Page 58 of 70
OHA_LIT_00956542-58



## CCOs continued to improve SBIRT between 2013 & June 2014.

Gray dots represent 2011 baselines, which are pre-CCO and based on data from the predecessor care organization.
Baseline data for PacificSource Central and Gorge are combined.

**Benchmark 13.0%**

| CCO | 2011 baseline | 2013 | June 2014 |
|---|---|---|---|
| PacificSource - Gorge | | 1.9% | 12.6% |
| Willamette Valley Community Health | | 8.7% | 15.7% |
| Columbia Pacific | | 2.8% | 7.2% |
| Eastern Oregon | 0.8% | 4.4% | |
| Western Oregon Advanced Health | | 2.3% | 5.8% |
| FamilyCare | | 2.0% | 4.6% |
| PacificSource - Central | | 2.9% | 5.5% |
| Cascade Health Alliance | | 1.6% | 3.5% |
| Trillium | 0.2% | 2.1% | |
| Health Share | 1.0% | 2.8% | |
| PrimaryHealth of Josephine County | 1.3% | 2.7% | |
| All Care Health Plan | 0.7% | 2.0% | |
| Jackson Care Connect | 0.1% | 1.5% | |
| Yamhill CCO | 1.7% | 2.8% | |
| Umpqua Health Alliance | 3.0% | 3.1% | |
| Intercommunity Health Network | 0.0% | 0.1% | |

Exhibit 56
Page 59 of 70
OHA_LIT_00956542-59

# Core Performance: Tobacco Prevalence





Exhibit 56
Page 60 of 70
OHA_LIT_00956542-60



**Tobacco use increased for all racial/ethnic groups except Hispanic/Latino between 2011 and 2013.**
(Lower scores are better).
Each race category excludes Hispanic/Latino.

Benchmark 25.0%

Hispanic/Latino — 17.0%   19.0%

Asian American — 11.8%   12.4%

African American/Black — 35.8%   38.0%

Hawaiian/Pacific Islander — 28.6%  32.6%

White — 33.0%   39.2%

American Indian/ Alaskan Native — 41.0%   52.5%

Exhibit 56
Page 61 of 70
OHA_LIT_00956542-61



While tobacco use decreased in seven CCOs between 2011 and 2013, tobacco use increased in nine CCOs.

(Lower scores are better)
2011 baselines are pre-CCO and based on data from the predecessor care organization.
Baseline data for PacificSource Central and Gorge are combined.

Exhibit 56
Page 62 of 70
OHA_LIT_00956542-62

# SPREADING THE COORDINATED CARE MODEL



Exhibit 56
Page 63 of 70
OHA_LIT_00956542-63

# The OHA Transformation Center

- To support Health System Transformation, OHA needs to transform itself, too.
  - Move beyond just regulating CCOs. Be a supportive partner in transformation and the spread of innovation.
  - Transformation Center will operate as OHA's hub for innovation and improvement.
  - Will also help the agency see where it needs to transform internally.

- Goal: Partner with CCOs, poviders and communities to increase the rate and spread of innovation needed to achieve triple aim.
  - Our role is to help good ideas travel faster.
  - Will work collaboratively with partners.

- Support spreading elements of the coordinated care model to other payers.

Exhibit 56
Page 64 of 70
OHA_LIT_00956542-64

# Transformation Center's Work

- CCO Innovator Agents
- Council of Clinical Innovators
- Learning Collaboratives
- Support for Transformation Plans
- Health System Transformation Fund Grants
- CCO Summit
- Good Ideas Bank



Exhibit 56
Page 65 of 70
OHA_LIT_00956542-65

# CCO Innovator Agents

- High-level OHA positions embedded in the CCO community

- Serve as a single point of contact for the CCOs with the agency and help bust bureaucracy within OHA

- Support the CCO as it implements its transformation plan
  - Act as champions of change, not regulators

- Connect regularly with other Innovator Agents to share best and emerging practices and for shared problem solving

Exhibit 56
Page 66 of 70
OHA_LIT_00956542-66

# Learning Collaboratives

- Transformation Center learning collaboratives allow CCOs to:
  - Share best and emerging practices
  - Engage in shared problem solving

- Participation in one statewide learning collaborative is required in contract and our waiver – others are voluntary

- Current Transformation Center learning collaboratives:
  - Medical Directors and Quality Improvement Coordinators (focused on Incentive Metrics)
  - Community Advisory Council members (includes CAC Summit)
  - Providers serving patients with complex care needs

- CCO CEOs meet regularly to share and learn from each other



67

Exhibit 56
Page 67 of 70
OHA_LIT_00956542-67

# Learning Collaboratives

- Participants drive topics and agendas

- Heavy emphasis on sharing and learning from each other, but outside experts are brought in when requested

- Web-based collaboration tool (Groupsite) allows for connection and conversation between meetings



Exhibit 56
Page 68 of 70
OHA_LIT_00956542-68

# Transformation Center: What's Next?

- Coordinated care model summit 2015

- Supporting connections between CCOs and:
  - Early Learning Hubs
  - Local Public Health Departments

- Fostering work within CCOs:
  - Behavioral health integration
  - Dental integration
  - Health equity
  - Patient engagement
  - Community Health Improvement Plan implementation

- Supporting spread of the coordinated care model to other payers



Exhibit 56
Page 69 of 70
OHA_LIT_00956542-69

# To learn more….

## www.health.oregon.gov



Exhibit 56
Page 70 of 70
OHA_LIT_00956542-70