

# OREGON HEALTH PLAN

## Amended and Restated

## HEALTH PLAN SERVICES CONTRACT

### Coordinated Care Organization

### Contract # 143114-7

### with

### FamilyCare, Inc.

Exhibit 57
Page 1 of 8
OHA_LIT_00001712

# Table of Contents

I.      Effective Date and Duration ............................................................................................. 7
II.     Contract in its Entirety .................................................................................................... 8
III.    Vendor or Sub-Recipient Determination ........................................................................ 9
IV.     Status of Contractor ........................................................................................................ 9
V.      Enrollment Limits and Service Area ............................................................................... 9
VI.     Interpretation and Administration of Contract ................................................................ 9
VII.    Contractor Data and Certification ................................................................................. 11
VIII.   Signatures ...................................................................................................................... 13
Exhibit A - Definitions .............................................................................................................. 14
Exhibit B –Statement of Work - Part 1 – Governance and Organizational Relationships ......... 27
    1.  Governing Board and Governance Structure ............................................................... 27
    2.  Community Advisory Council (CAC) .......................................................................... 27
    3.  Clinical Advisory Panel (CAP) ................................................................................... 28
    4.  Community Health Assessment (CHA) and Community Health Improvement Plan (CHP) ............ 28
    5.  Innovator Agent and Learning Collaborative ............................................................. 30
    6.  Children's Wraparound Steering Committee ............................................................... 30
Exhibit B –Statement of Work - Part 2 – Covered and Non-Covered Services ......................... 31
    1.  Covered Services ........................................................................................................ 31
    2.  Provision of Covered Service ..................................................................................... 31
    3.  Authorization or Denial of Covered Services ............................................................. 32
    4.  Covered Service Components ...................................................................................... 35
    5.  Optional Covered Services with Care Coordination .................................................... 50
    6.  Non-Covered Health Services with Care Coordination ............................................... 51
    7.  Non-Covered Health Services without Care Coordination .......................................... 52
    8.  Flexible Services Services ........................................................................................... 54
Exhibit B –Statement of Work - Part 3 – Patient Rights and Responsibilities, Engagement and Choice ............ 54
    1.  Member and Member Representative Engagement and Activation ............................... 54
    2.  Member Rights under Medicaid ................................................................................... 54
    3.  Provider's Opinion ...................................................................................................... 56
    4.  Informational Materials and Education of Members and Potential Members ............... 57
    5.  Grievance System ....................................................................................................... 58
    6.  Enrollment and Disenrollment .................................................................................... 59
    7.  Identification Cards ..................................................................................................... 63
    8.  Marketing to Potential Members ................................................................................. 64
Exhibit B –Statement of Work - Part 4 – Providers and Delivery System ................................ 66
    1.  Integration and Coordination ...................................................................................... 66
    2.  Access to Care ............................................................................................................ 66
    3.  Delivery System and Provider Capacity ..................................................................... 69
    4.  Delivery System Features ........................................................................................... 71
    5.  Delivery System Dependencies ................................................................................... 74
    6.  Evidence-Based Clinical Practice Guidelines ............................................................. 76
    7.  Health Promotion and Prevention ............................................................................... 76
    8.  (Reserved) .................................................................................................................. 77
    9.  Patient Centered Primary Care Homes (PCPCH) ....................................................... 77
    10. Subcontract Requirements .......................................................................................... 77
    11. Adjustments in Service Area or Enrollment ............................................................... 79
Exhibit B –Statement of Work - Part 5 – Health Equity and Elimination Health Disparities ..... 83

Exhibit 57
Page 2 of 8
OHA_LIT_00001713

Exhibit B –Statement of Work - Part 6 – Alternative Payment Methodologies ................................................. 84
Exhibit B –Statement of Work - Part 7 – Health Information Systems ......................................................... 85
Exhibit B –Statement of Work - Part 8 – Operations ............................................................................. 88
  1. Accountability and Transparency of Operations ............................................................................. 88
  2. Privacy, Security and Retention of Records ................................................................................. 89
  3. Payment Procedures .......................................................................................................... 90
  4. Claims Payment .............................................................................................................. 91
  5. Medicare Payers and Providers ............................................................................................. 93
  6. Eligibility Verification for Fully Dual Eligible Members ................................................................. 94
  7. Encounter Claims Data ...................................................................................................... 94
  8. Encounter Claims Data (Non-Pharmacy) .................................................................................... 95
  9. Encounter Pharmacy Data .................................................................................................... 96
  10. Administrative Performance Program ....................................................................................... 96
  11. Third Party Liability and Personal Injury Liens .......................................................................... 98
  12. Drug Rebate Program ........................................................................................................ 100
  13. All Payers All Claims (APAC) Reporting Program .......................................................................... 101
  14. Prevention/Detection of Fraud and Abuse ................................................................................. 101
  15. Abuse Reporting and Protective Services .................................................................................. 106
  16. Disclosure of Ownership Interest .......................................................................................... 106
  17. Significant Changes in Ownership-with 50% of Equity Interest Transferred ............................................. 107
  18. Credentialing ............................................................................................................... 109
  19. Subrogation ................................................................................................................. 111
Exhibit B –Statement of Work - Part 9 – Quality Performance Outcomes and Accountability .............................. 112
  1. Overview .................................................................................................................... 112
  2. Quality Assurance and Performance Improvement Program Requirements ..................................................... 112
  3. Quality and Performance Outcomes .......................................................................................... 113
  4. Performance Measurement and Reporting Requirements ....................................................................... 113
  5. Performance Improvement Projects .......................................................................................... 114
  6. Program Requirements ....................................................................................................... 115
  7. External Quality Review .................................................................................................... 115
  8. Monitoring and Compliance Review .......................................................................................... 116
  9. Quality Pool ............................................................................................................... 116
Exhibit C – Consideration ....................................................................................................... 120
  1. Payment Types and Rates .................................................................................................... 120
  2. Medicaid Payment for Primary Care ......................................................... **Error! Bookmark not defined.**
  3. Payment in Full ............................................................................................................ 122
  4. Changes in Payment Rates ................................................................................................... 122
  5. Timing of CCO Payments ..................................................................................................... 123
  6. Settlement of Accounts ..................................................................................................... 124
  7. CCO Risk Corridor ........................................................................................................... 126
  8. Global Payment Rate Methodology ........................................................................................... 129
  9. Administrative Performance Withhold ....................................................................................... 129
  10. Quality Pool ............................................................................................................... 129
  11. Minimum Medical Loss Ratio: ............................................................................................... 129
  12. Intent to Amend Rates; Automatic Termination, If Not Amended ........................................................... 133
Exhibit C – Consideration - ..................................................................................................... 134
Exhibit C - Attachment 1 - CCO Payment Rates
Exhibit D – Standard Terms and Conditions ....................................................................................... 135
  1. Governing Law, Consent to Jurisdiction .................................................................................... 135
  2. Compliance with Applicable Law ............................................................................................ 135

3.  Independent Contractor ............................................................................................. 136
4.  Representations and Warranties ................................................................................. 136
5.  (Reserved) .................................................................................................................. 136
6.  Funds Available and Authorized; Payments .............................................................. 137
7.  Recovery of Overpayments ........................................................................................ 137
8.  (Reserved) .................................................................................................................. 137
9.  Indemnity ................................................................................................................... 137
10. Default; Remedies; and Termination .......................................................................... 138
11. Limitation of Liabilities .............................................................................................. 143
12. Insurance .................................................................................................................... 143
13. Access to Records and Facilities ................................................................................ 144
14. Information Privacy/Security/Access ........................................................................... 144
15. Force Majeure ............................................................................................................ 145
16. Foreign Contractor ..................................................................................................... 145
17. Assignment of Contract, Successors in Interest ........................................................ 145
18. Subcontracts .............................................................................................................. 145
19. No Third Party Beneficiaries ...................................................................................... 146
20. Amendments .............................................................................................................. 146
21. Waiver ........................................................................................................................ 147
22. Severability ................................................................................................................ 147
23. Survival ...................................................................................................................... 147
24. Notices ....................................................................................................................... 147
25. Construction ............................................................................................................... 148
26. Headings .................................................................................................................... 148
27. Merger Clause ............................................................................................................ 148
28. Counterparts ............................................................................................................... 148
29. Equal Access ............................................................................................................. 149
30. Media Disclosure ....................................................................................................... 149
31. Mandatory Reporting .................................................................................................. 149
32. OHA Compliance Review ........................................................................................... 149
33. Conditions that May Result in Sanctions ................................................................... 150
34. Range of Sanctions Available ..................................................................................... 151
35. Sanction Process ........................................................................................................ 153
36. Notice to CMS of Contractor Sanction ...................................................................... 153
Exhibit E - Required Federal Terms and Conditions ......................................................... 154
1.  Miscellaneous Federal Provisions .............................................................................. 154
2.  Equal Employment Opportunity ................................................................................. 154
3.  Clean Air, Clean Water, EPA Regulations ................................................................. 154
4.  Energy Efficiency ....................................................................................................... 155
5.  Truth in Lobbying ....................................................................................................... 155
6.  HIPAA Compliance ..................................................................................................... 156
7.  Resource Conservation and Recovery ......................................................................... 157
8.  Audits ......................................................................................................................... 157
9.  Debarment and Suspension ......................................................................................... 157
10. Drug-Free Workplace ................................................................................................. 158
11. Pro-Children Act ........................................................................................................ 159
12. Additional Medicaid and CHIP .................................................................................. 159
13. Agency-based Voter Registration ............................................................................... 159
14. Clinical Laboratory Improvements ............................................................................. 159
15. Advance Directives ..................................................................................................... 160

16. Practitioner Incentive Plans (PIP) .......................................................................................... 160
17. Risk HMO ................................................................................................................................ 160
18. Conflict of Interest Safeguards ............................................................................................... 160
19. Non-Discrimination ................................................................................................................. 162
20. OASIS ...................................................................................................................................... 162
21. Patient Rights Condition of Participation ............................................................................... 162
22. Federal Grant Requirements .................................................................................................... 162
Exhibit F – Insurance Requirements ............................................................................................... 164
Exhibit G – Reporting of Delivery System Network Providers, Cooperative Agreements, and Hospital
Adequacy ......................................................................................................................................... 166
    1. Delivery System Network (DSN) Reports ............................................................................. 166
    2. Hospital Network Adequacy .................................................................................................. 170
Exhibit H – Physician Incentive Plan Regulation Guidance .......................................................... 172
Exhibit I – Grievance System .......................................................................................................... 178
    1. Grievance System .................................................................................................................. 178
    2. Notice of Action .................................................................................................................... 178
    3. Handling of Grievances and Appeals .................................................................................... 181
    4. Contested Case Hearing Request ........................................................................................... 185
    5. Continuation of Benefits While the Contractor Appeal and Contested Case Hearing is Pending: ........ 185
    6. Implementation of Reversed Appeal Resolution ................................................................... 186
    7. Final Order ............................................................................................................................. 186
    8. Documentation and Quality Improvement ............................................................................. 187
Exhibit J - Review Tool for CCO Informational Materials and Member Education ....................... 188

Exhibit K – Transformation Plan ..................................................................................................... 194
    1. Transformation Plan ............................................................................................................... 194
    2. Revised Transformation Plan and Areas of Transformation .................................................. 195
    3  Monitoring and Compliance Review ...................................................................................... 195
    4. Periodic Update of Transformation Plan ............................................................................... 195
    5. Transformation Plan Deliverables ......................................................................................... 196
    6. Benchmarks for Transformation Plan Amendments .............................................................. 196
    7. Definitions for Exhibit K ....................................................................................................... 197
Exhibit K - Attachment 1 – Areas of Transformation ..................................................................... 198
Exhibit L – Solvency Plan and Financial Reporting ....................................................................... 206
    A. Overview of Solvency Plan and Financial Reporting ........................................................... 206
    1. Background/Authority ............................................................................................................ 206
    2. Definitions ............................................................................................................................. 206
    3. Methods for Solvency Plan Financial Reporting ................................................................... 206
    4. Contractor Status: .................................................................................................................. 207
    B. Method A-OHA Approval of Solvency Plan and Financial Reporting ................................ 207
    1. Glossary of Terms .................................................................................................................. 207
    2. Audited Financial Statements: ............................................................................................... 208
    3. Quarterly Financial Reports: .................................................................................................. 209
    4. Annual Reporting Requirements ............................................................................................ 210
    5. Assumption of Risk/Private Market Reinsurance: ................................................................ 211
    6. Restricted Reserve Requirement: ........................................................................................... 211
    7. Net Worth Requirements: ...................................................................................................... 214
    8. Appeal Process: ...................................................................................................................... 215
    C. Method B-DCBS Approval of Solvency Plan and Financial Reporting ............................... 216
    1. Annual Financial Statements and Supplemental Filings: ...................................................... 216

Exhibit 57
Page 5 of 8
OHA_LIT_00001716

2.  Audited Financial Statements: ........................................................................................... 216
3.  Quarterly Financial Reports: ............................................................................................. 211
4.  Assumption of Risk/Private Market Reinsurance: ............................................................ 212
5.  Restricted Reserve Requirement: ...................................................................................... 212
6.  Net Worth Requirements: .................................................................................................. 213
7.  Financial Statement Filing Information and Resources ..................................................... 213
8.  Appeal Process: .................................................................................................................. 213
D.  Method C-DCBS Certificate of Authority as a Licensed Insurer Financial Reporting          214 .................
1.  Glossary of Terms ............................................................................................................. 214
2.  Audited Financial Statements ........................................................................................... 214
3.  Quarterly Financial Reporting: ......................................................................................... 215
4.  Annual Reporting Requirements: ...................................................................................... 216

In compliance with the Americans with Disabilities Act, this document is available in alternate formats such as Braille, large print, audio recordings, Web-based communications and other electronic formats. To request an alternate format, please send an e-mail to dhs-oha.publicationrequest@state.or.us or call 503-378-3486 (voice) or 503-378-3523 (TTY) to arrange for the alternative format.

**OREGON HEALTH PLAN**

**HEALTH PLAN SERVICES CONTRACT**

**COORDINATED CARE ORGANIZATION**

This Health Plan Services Contract, Coordinated Care Organization Contract # 143114-7 ("Contract") is between the State of Oregon, acting by and through its Oregon Health Authority, hereinafter referred to as "OHA", and

**FamilyCare, Inc.**
**825 NE Multnomah Street**
**Suite 1400**
**Portland, Oregon 97232**

hereinafter referred to as "Contractor." OHA and Contractor are referred to as the "Parties".

The Contract, as originally adopted effective January 1, 2014, and as previously amended, is hereby further amended and restated in its entirety. The amendment and restatement of this Contract do not affect its terms and conditions for Work prior to the effective date of this Amended and Restated Contract.

Work to be performed under this Contract relates principally to the following Division of OHA:

Division of Medical Assistance Programs (DMAP)
500 Summer Street NE, E35
Salem, Oregon 97301
Contract Administrator: David Fischer or delegate
Phone: 503-947-5522
Fax: 503-945-5972
Email: david.h.fischer@state.or.us

**I.    Effective Date and Duration**

   **A.**   This Amended and Restated Contract is effective January 1, 2016 regardless of the date of signature. This Contract, and the CCO Payment Rates contained herein, is subject to approval by the US Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS). In the event CMS fails to approve the proposed 2016 CCO Payment Rates prior to the Effective Date, OHA shall pay Contractor at the proposed CCO Payment Rates, subject to adjustment upon OHA's receipt of CMS approval or modification of the proposed CCO Payment Rates. Unless extended or terminated earlier in accordance with its terms, this Contract expires on December 31, 2018. Contract termination does not extinguish or prejudice DHS' right to enforce this Contract with respect to any default by Contractor that has not been cured.

Exhibit 57
Page 7 of 8
OHA_LIT_00001718

## Exhibit B –Statement of Work - Part 6 – Alternative Payment Methodologies

Contractor shall demonstrate, as specified below, how it will use alternative payment methodologies alone or in combination with delivery system changes to achieve better care, controlled costs, and better health for Members.

Contractor shall implement a schedule of alternative payments, with benchmarks and evaluation points identified that demonstrate direct support for transformation of care delivery and the sustainability of care innovations across the care continuum. Contractor shall assign a high priority to implementing alternative payments and incentives for PCPCHs; such payments and incentives shall provide a sufficient level of financial support necessary to offset costs of PCPCH care transformation, sustain adequate staffing and capital resources necessary to maintain the recognized tier level of PCPCH care, and reward PCPCHs that improve or meet benchmarks on quality and care outcome measures.

Contractor's alternative payment methodologies shall comply with requirements under law and rule, and with Health System Transformation objectives including:

1.    Ensuring that Contractor pays Hospitals other than Rural Type A Hospitals and Rural Type B Hospitals using Medicare-like payment methodologies that pay for bundles of care rather than paying a percentage of charges.

2.    Ensuring that Contractor does not pay any Provider for services rendered in a facility if the condition being treated is a health care acquired condition for which Medicare would not pay the facility.

3.    In addition to the base CCO Payment rate paid to Contractor, OHA pays a Hospital reimbursement adjustment to the CCO Payment rate to Contractor in accordance with the CCO Payments calculation reflected in the rate schedule in Exhibit C. Contractor shall distribute such Hospital reimbursement adjustment amounts to eligible Hospitals located in Oregon that receive Medicare reimbursement based upon diagnostic related groups (DRGs), in accordance with requirements established by OHA. In the event that OHA removes the Hospital reimbursement adjustment from the CCO Payment rate, Contractor shall no longer be required to distribute such Hospital reimbursement adjustment amount to eligible Hospitals.

4.    Ensuring that Contractor or its Subcontractors is responsible for appropriate management of all federal and state tax obligations applicable to compensation or payments paid to Subcontractors under this Contract.