

# OREGON HEALTH PLAN

## Amended and Restated

## HEALTH PLAN SERVICES CONTRACT

## Coordinated Care Organization

## Contract # 143114-12

## with

## *FamilyCare, Inc.*

137996528.1

Exhibit 62
Page 1 of 2
OHA_LIT_00823033

Contract with respect to any default by Contractor that has not been cured. Given the one-month duration of the contract, many Contract provisions pertaining to reporting are unnecessary or require modification. In order to address the provisions that the Parties agree are unnecessary or require modification, the Parties agree that they will negotiate, in good faith, an amendment to this Contract by January 10, 2018.

B.    The Parties do not intend to extend this Contract. Contractor shall ensure continuity of the Work by Contractor as outlined in the Professional Services Contract ("PSC") between OHA and Contractor. If there is a conflict between the terms of the Contract and the PSC, the terms of the PSC shall apply.

C.    By entering into this Contract, neither party waives or otherwise compromises any claim, defense, or argument asserted, or which could be asserted, in FamilyCare, Inc. v. Oregon Health Authority, Case No. 17-cv-09226, or any claim or argument which Contractor could assert, in any appropriate court, relating to the rate-setting process for rates in 2018, as well as any claim for the loss of enterprise or value as a result of OHA's or others' actions with respect to the rate-setting process in those years.

## II.    Contract in its Entirety

A.    This Contract consists of this document together with the following exhibits which are attached hereto and incorporated into this Contract by this reference, and the reporting forms described in Subsection B:

| | |
|---|---|
| **Exhibit A:** | Definitions |
| **Exhibit B:** | Statement of Work |
| **Exhibit C:** | Consideration |
| **Exhibit D:** | Standard Terms and Conditions |
| **Exhibit E:** | Required Federal Terms and Conditions |
| **Exhibit F:** | Insurance Requirements |
| **Exhibit G:** | Delivery System Network Provider and Hospital Adequacy Report Reporting Requirements |
| **Exhibit H:** | Practitioner Incentive Plan Regulation Guidance |
| **Exhibit I:** | Grievance System |
| **Exhibit J:** | Review Tool for CCO Informational Materials and Member Education |
| **Exhibit L:** | Solvency Plan and Financial Reporting |

B.    Reporting forms are posted at http://www.oregon.gov/OHA/healthplan/pages/CCO-Contract-Forms.aspx the "Contract Reports Web Site"), and are by this reference incorporated into the Contract. OHA may change the Contract Reports Web Site after notice to Contractor. All completed reporting forms must be submitted by the Contractor's Chief Executive Officer, Chief Financial Officer or an individual who has delegated authority to sign for the reports as designated by the Signature Authorization Form available on the Contract Reports Web Site.

Exhibit 62
Page 2 of 2
OHA_LIT_00823040