Oregon    Draft and Confidential

| Region | CCO | CY14 to CY15 PMPM Rate of Growth - Mix Adjusted | | CY15 Financial Dollars | | | |
|---|---|---|---|---|---|---|---|
| | | Reported Financials [1] | Adjusted Financials [2] | Reported Financials [1] | Adjusted Financials [2] | Difference | |
| Tri-County | FamilyCare | 17.6% | 12.3% | $ 357,879,975 | $ 341,877,745 | $ (16,002,230) | *See notes below |
| | HealthShare | 5.3% | 5.2% | $ 793,295,428 | $ 793,121,243 | $ (174,185) | |
| Northwest | Columbia Pacific | 11.0% | 7.9% | $ 105,471,969 | $ 102,511,459 | $ (2,960,510) | |
| | Intercommunity | -1.5% | -1.6% | $ 200,979,914 | $ 200,964,269 | $ (15,645) | |
| | Willamette | 9.0% | 9.0% | $ 337,453,897 | $ 337,453,897 | $ - | |
| | Yamhill | 3.1% | 1.9% | $ 75,507,550 | $ 74,634,346 | $ (873,204) | |
| Southwest | AllCare | 11.0% | 8.7% | $ 161,979,824 | $ 158,663,704 | $ (3,316,119) | |
| | Jackson | 11.8% | 10.0% | $ 101,557,522 | $ 99,857,448 | $ (1,700,074) | |
| | Primary Health | 8.4% | -1.1% | $ 44,190,121 | $ 40,310,443 | $ (3,879,678) | *See notes below |
| | Trillium | 9.8% | 9.4% | $ 324,815,019 | $ 323,622,612 | $ (1,192,407) | |
| | Umpqua | 23.7% | 5.6% | $ 90,694,187 | $ 77,408,415 | $ (13,285,772) | *See notes below |
| | WOAH | -2.6% | -2.6% | $ 88,926,587 | $ 88,867,764 | $ (58,823) | |
| Central/Eastern | Cascade | -0.2% | -2.8% | $ 58,258,586 | $ 56,766,145 | $ (1,492,441) | |
| | EOCCO | 19.2% | 14.8% | $ 199,262,657 | $ 191,850,688 | $ (7,411,969) | *See notes below |
| | Pac Source Central | 7.6% | 7.6% | $ 204,062,961 | $ 204,062,961 | $ - | |
| | Pac Source Gorge | 12.8% | 0.9% | $ 48,312,104 | $ 43,212,407 | $ (5,099,697) | *See notes below |
| Tri-County | | 8.8% | 7.3% | $ 1,151,175,403 | $ 1,134,998,988 | $ (16,176,415) | |
| Northwest | | 5.5% | 4.9% | $ 719,413,330 | $ 715,563,971 | $ (3,849,359) | |
| Southwest | | 10.0% | 6.9% | $ 812,163,259 | $ 788,730,386 | $ (23,432,872) | |
| Central/Eastern | | 11.3% | 8.3% | $ 509,896,307 | $ 495,892,199 | $ (14,004,107) | |
| Statewide | | 8.7% | 6.8% | $ 3,192,648,298 | $ 3,135,185,545 | $ (57,462,754) | |

**Notes:**

[1] Reported Financials based on total financials included in CY15 financial template, excluding the following:
Quality Pool, Maternity, Dental, and Add-Ons (NEMT, ACT/SE, AD Residential, MH Wrap, CANS) to ensure consistent comparison with expenditures reported in CY14.

[2] Adjusted Financials based on reported CY15 financials, net of expenditures noted in #1. These also reflect initial adjustments to remove certain Incentive/Other Payment dollars for some CCOs.

Note: The PMPMs used to develop rate of growth estimates are based on PH membership and therefore should be considered estimates, due to there being a slight difference between MH and PH membership.

**Top 5 CCO Dollar Exclusions**

| | |
|---|---|
| FamilyCare | No dollars were reported in the Quality Pool bucket, but ~$15.9M dollars were reported as received for QP in 2015; $15.9M has been removed from the base. |
| Primary Health | Through reconciliation process, it was determined that FFS costs were overstated in financial template. An adjustment has been made to bring reported FFS costs down, to be in line with encounters provided by OHA. |
| Umpqua | Difference driven primarily by exclusion of "Other Payment1" dollars, which are noted as related to withholds dollars and innovative fund. |
| EOCCO | Difference driven by removal of "Other Incentives" as it is noted that they have not yet been paid. Additionally, "Other Payment1" is noted to include $2.5M in expenses that come from Quality Pool funds, which have been removed. |
| Pac Source Gorge | Difference driven by removal of surplus sharing, reported in "Other Payment1". |

|Adj. Rate of Growth|

**Optumas**
Rx · Strategy · Reform

Exhibit 65
Page 1 of 1
OHA_LIT_00274063