**From:**       Jones Kayla <KAYLA.JONES@dhsoha.state.or.us>
**Sent:**       7/21/2016 9:08:09 AM
**To:**         Zachary Aters <zachary.aters@optumas.com>; Barry Jordan <barry.jordan@optumas.com>; Jessica Grado <jessica.grado@optumas.com>; Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; VANDEHEY Jeremy * GOV <Jeremy.VANDEHEY@state.or.us>; Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Black Jeston J <JESTON.J.BLACK@dhsoha.state.or.us>; Clement Leslie M <LESLIE.M.CLEMENT@dhsoha.state.or.us>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Nass Kate M <KATE.M.NASS@dhsoha.state.or.us>; Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>; Evans Janell R <JANELL.R.EVANS@dhsoha.state.or.us>; GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>
**Subject:**    Discuss the next Phase of CCOs
**Show Time As:**  Free

**Recurrence:**        (none)
**Required Attendees:**  Zachary Aters; Barry Jordan; Jessica Grado; Saxton Lynne; Fairbanks Mark R; Chauhan Varsha; Black Jeston J; Clement Leslie M; Coyner Lori A; Nass Kate M; Fritsche Jeffrey P; Evans Janell R; GUEST Chelsea A; Portland - Oregon - VCON-PHD Director Board Room-40; Portland - Oregon - VCON-Room 815-15
**Optional Attendees:**  Mcdermeit Molly E; HULETT Tracy; Uhlman Jennifer M; OGAN Sadie L * GOV; Souza Theresa; VANDEHEY Jeremy * GOV
**Attachments:**       Meeting Follow-ups


7/21: Added a half hour to this meeting at the request of Chelsea Guest. The primary location for this meeting is at PSOB and HSB. Please attend at either of those locations. If you are unable to do so, VCON will be set up at Lincoln as well.

The purpose of this meeting is to discuss the next phase of CCOs, and how decisions we make for 2017 intersect with the sustainability of the program. There will not be a phone in option.

Each location please ensure there is a point person to turn the VCON on at least 30 minutes prior to the scheduled meeting time.

Attendees Include:
Lynne Saxton
Mark Fairbanks
Jeremy Vandehey
Dr. Varsha Chauhan
Jeston Black
Leslie Clement
Lori Coyner
Kate Nass
Jeff Fritsche
Janell Evans
Chelsea Guest
Zachary Aters (Optumas)
Barry Jordan (Optumas)
Jessica Grado (Optumas)
Location:
PSOB 918
Lincoln 815
HSB 460
Thank you,
**Kayla Jones**
Executive Assistant
Fiscal and Operations Division
Oregon Health Authority
Kayla.Jones @state.or.us

Exhibit 70
Page 1 of 2
OPT00030158

Desk: (503) 945-6336
Cell: (503) 932-9663



CONFIDENTIALITY NOTICE
This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

Exhibit 70
Page 2 of 2
OPT00030159