| From: | Barry Jordan |
|---|---|
| To: | Zachary Aters |
| CC: | Jessica Grado; Martin McNamara |
| Sent: | 7/23/2016 11:25:54 PM |
| Subject: | RE: FC BAse Data |
| Attachments: | 2017 CCO Draft Base Data Exhibit_FamilyCare.xlsx; CY15 Rate of Growth Exhibit_Initial Adjustments 2016.07.23.xlsx |

Hey Zach,

Attached are the updated FC base data exhibit, as well as the Statewide rate of growth exhibit.

After reducing physician encounters by 7.5%, this brings their overall rate of growth down by almost 2% ($5.95M reduction)... so their new rate of growth is 6.3%. This also brings the statewide rate of growth down from 5.0% to 4.8%.

Let me know if you have any questions/comments.

Once we are good with this, I can send over the updated statewide growth rates. Additionally, we'll need to coordinate using this version of FC's base data, along with the reimbursement graphs, to send over the final package.

In regards to the SW rate of growth exhibit... I should note that there are a couple other CCOs whose numbers have changed slightly since the last version that was sent, but small enough that it doesn't move the rounded statewide rate of growth. After review when pulling together base data exhibits over the last few days – for some of the CCOs that hadn't allocated their Incentive/Other Payments, we had not pulled out all of the intended costs, i.e. flex services, so this has since been fixed and reflected in this version.

Thanks,
Barry

Barry Jordan ASA, MAAA | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2492 | c. 602.663.2868 | barry.jordan@optumas.com

**From:** Barry Jordan
**Sent:** Friday, July 22, 2016 12:49 PM
**To:** Zachary Aters <zachary.aters@optumas.com>
**Cc:** Jessica Grado <jessica.grado@optumas.com>; Martin McNamara <martin.mcnamara@optumas.com>
**Subject:** Re: FC BAse Data

Hey Zach,

I can make that adjustment in the model.

A few follow-ups just to make sure we are all on the same page:

1. Do we want to omit duals from this adjustment? I think so since most of their physician spend is likely cost sharing

2. I think FC has some subcapitated physician costs, but a fairly small portion...10-15% if I remember right. I'm thinking we don't adjust any reported subcap, but only FFS. If we did adjust subcap I think it opens up a can we may not know enough about and will have a relatively small impact anyways. Agreed?

3. I believe that we should use our distribution of services to identify which costs are Physician, to the extent there are some differences in distinction between encounters and financials. Plus, since we used encounters to do analysis I

Exhibit 71
Page 1 of 5
OPT00042622

think that makes the most sense, but want to confirm.

4. Is the state okay with getting the impact sometime this weekend or on Monday? I won't have access to my laptop for most of the afternoon due to travel, but can do it this weekend.

Thanks...

And enjoy some beach time!

Sent from my iPhone

On Jul 22, 2016, at 10:59 AM, Zachary Aters <zachary.aters@optumas.com> wrote:

Barry
OHA wants to make the additional adjustment to FC to their encounter data for enhanced reimbursement in Prof.

Based on my observations, the CY15 encounter data is 10% higher per claim than CY14 for professional.  We need to reduce CY15 by 7.5% (not 10%, since we want to allow for some growth).

This is in addition to removing incentijves,  It should lower FC cost by about 1.5%....can you make this adjustment to FC base data and reflect it in their base data summary and regional totals?

Zachary Aters ASA, MAAA | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2495 | c. 480.280.5881 | zachary.aters@optumas.com

Exhibit 71
Page 2 of 5
OPT00042623

# Document Available in Native Format

CY15 Rate of Growth Exhibit_Initial Adjustments 2016.07.23.xlsx

Exhibit 71
Page 3 of 5
OPT00042625

| Region | CCO | CY14 to CY15 PMPM Rate of Growth - Mix Adjusted | | CY15 Financial Dollars | | |
|---|---|---|---|---|---|---|
| | | Reported Financials [1] | Adjusted Financials [2] | Reported Financials [1] | Adjusted Financials [2] | Difference |
| Tri-County | FamilyCare | 17.6% | 6.3% | $ 357,879,975 | $ 323,641,673 | $ (34,238,302) *See notes below |
| Tri-County | HealthShare | 5.3% | 5.2% | $ 793,295,428 | $ 793,121,243 | $ (174,185) |
| Northwest | Columbia Pacific | 11.0% | 7.9% | $ 105,471,969 | $ 102,511,459 | $ (2,960,510) |
| Northwest | Intercommunity | -1.5% | -1.6% | $ 200,979,914 | $ 200,964,269 | $ (15,645) |
| Northwest | Willamette | 9.0% | 5.0% | $ 337,453,897 | $ 325,155,875 | $ (12,298,021) *See notes below |
| Northwest | Yamhill | 3.1% | 1.9% | $ 75,507,550 | $ 74,634,346 | $ (873,204) |
| Southwest | AllCare | 11.0% | 6.1% | $ 161,979,824 | $ 154,848,931 | $ (7,130,892) *See notes below |
| Southwest | Jackson | 11.8% | 4.2% | $ 101,557,522 | $ 94,660,400 | $ (6,897,122) *See notes below |
| Southwest | Primary Health | 8.4% | -1.4% | $ 44,190,121 | $ 40,179,028 | $ (4,011,093) *See notes below |
| Southwest | Trillium | 9.8% | 3.6% | $ 324,815,019 | $ 306,638,538 | $ (18,176,481) *See notes below |
| Southwest | Umpqua | 27.3% | 11.3% | $ 93,306,702 | $ 81,609,931 | $ (11,696,770) *See notes below |
| Southwest | WOAH | -2.6% | -2.6% | $ 88,926,587 | $ 88,867,764 | $ (58,823) |
| Central/Eastern | Cascade | -0.2% | -2.8% | $ 58,258,586 | $ 56,766,145 | $ (1,492,441) |
| Central/Eastern | EOCCO | 19.2% | 14.4% | $ 199,262,657 | $ 191,211,259 | $ (8,051,397) *See notes below |
| Central/Eastern | Pac Source Central | 7.6% | 4.7% | $ 204,062,961 | $ 198,626,063 | $ (5,436,898) *See notes below |
| Central/Eastern | Pac Source Gorge | 12.8% | 0.9% | $ 48,312,104 | $ 43,212,407 | $ (5,099,697) *See notes below |
| Tri-County | | 8.8% | 5.6% | $ 1,151,175,403 | $ 1,116,762,916 | $ (34,412,487) |
| Northwest | | 5.5% | 3.1% | $ 719,413,330 | $ 703,265,950 | $ (16,147,380) |
| Southwest | | 10.4% | 3.9% | $ 814,775,774 | $ 766,804,592 | $ (47,971,181) |
| Central/Eastern | | 11.3% | 6.9% | $ 509,896,307 | $ 489,815,873 | $ (20,080,433) |
| Statewide | | 8.8% | 4.8% | $ 3,195,260,813 | $ 3,076,649,331 | $ (118,611,482) |

**Notes:**

[1] Reported Financials based on total financials included in CY15 financial template, excluding the following:
  Quality Pool, Maternity, Dental, and Add-Ons (NEMT, ACT/SE, AD Residential, MH Wrap, CANS) to ensure consistent comparison with expenditures reported in CY14.

[2] Adjusted Financials based on reported CY15 financials, net of expenditures noted in #1. These also reflect initial adjustments to remove certain Incentive/Other Payment dollars for some CCOs.

Note: The PMPMs used to develop rate of growth estimates are based on PH membership and therefore should be considered estimates, due to there being a slight difference between MH and PH membership.

**Top CCO Dollar Exclusions**

| | |
|---|---|
| AllCare | Difference driven by removal of surplus sharing, reported in "Other Payment1", as well as adjustments to PCPCH and Flex service expenditures. |
| EOCCO | Difference driven by removal of "Other Incentives" as it is noted that they have not yet been paid. Additionally, "Other Payment1" is noted to include $2.5M in expenses that come from Quality Pool funds, which |
| FamilyCare | All "Other Incentive" payments have been omitted; additionally, 7.5% reduction has been made to physician services for non-Duals, resulting in additional $5.95M reduction. |
| Jackson | All "Other Incentive" payments have been omitted for PCP and Specialist expenditures. |
| Pac Source - Central&Gorge | Difference driven by removal of surplus sharing, reported in "Other Payment1". |
| Primary Health | Through reconciliation process, it was determined that FFS costs were overstated in financial template. An adjustment has been made to bring reported FFS costs down, to be in line with encounters provided by O |
| Trillium | All "Other Incentive" and "Other Payment1" payments have been omitted for PCP and Specialist expenditures. |
| Umpqua | Difference driven primarily by exclusion of "Other Payment1" dollars, which are noted as related to withholds dollars and innovative fund. |
| Willamette | Difference driven by adjustment to subcapitated expenditures; due to pass-through business model per discussion with CCO, non-rx expenditures have been adjusted to reflect 3.4% rate of growth. |

Exhibit 71
Page 4 of 5

|Adj. Rate of Growth|

*have been removed.*

*HA.*

Exhibit 71

|Adj. Rate of Growth|