| From: | Saxton Lynne |
|---|---|
| To: | Coyner Lori A |
| CC: | Zachary Aters; Fairbanks Mark R |
| Sent: | 7/23/2015 6:04:29 PM |
| Subject: | Re: Payment Rate Exhibits for Tuesday's Meetings |

Hello all - Family Care contacted the Governor's Office again following their meeting today. I have briefed Chief of Staff Brian Shipley and will be working with Grace Roth in his office to schedule a briefing for the Governor on rates. Thank you for all the good work.

Sent from my iPad

On Jul 20, 2015, at 5:38 PM, Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us> wrote:

FYI

Lori A Coyner, MA
Director of Health Analytics
Oregon Health Authority
Email: lori.a.coyner@state.or.us
Phone: 503.569.3160

**From:** Chris Dickerson [mailto:chris.dickerson@optumas.com]
**Sent:** Monday, July 20, 2015 5:22 PM
**To:** GUEST Chelsea A
**Cc:** Jessica Grado; Zachary Aters; Barry Jordan; Shelby Proft; Coyner Lori A
**Subject:** Payment Rate Exhibits for Tuesday's Meetings

Hi Chelsea,

Attached are the payment rate exhibits for tomorrow's meetings. The numbers have been reviewed, but if you have any formatting/layout suggestions we'd be glad to incorporate them.

Thanks,
Chris

Chris Dickerson | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2496 | c. 602.614.8685 | chris.dickerson@optumas.com

<Yamhill Payment Rate Exhibit.xlsx>
<Jackson Payment Rate Exhibit.xlsx>
<Columbia Pacific Payment Rate Exhibit.xlsx>
<Cascade Payment Rate Exhibit.xlsx>
<WOAH Payment Rate Exhibit.xlsx>
<Eastern Oregon Payment Rate Exhibit.xlsx>

Exhibit 73
Page 1 of 1
OHA_LIT_00379067