
FamilyCare
Health

November 10, 2016

Mr. David Meacham
Centers for Medicare & Medicaid Services
701 5th Avenue, Suite 1600
Seattle, WA 98104

Via email (SEARODMCH@cms.hhs.gov)

Re: 2017 Oregon Capitation Rates and Request for Meeting

Dear Mr. Meacham,

FamilyCare Inc. is a managed care plan that contracts with the State of Oregon, through the Oregon Health Authority ("OHA") to provide services to Oregon's Medicaid eligible enrollees under a capitated payment methodology. We understand that OHA has submitted to CMS for review the 2017 capitation rates it plans to pay managed care plans, including FamilyCare.

FamilyCare has concerns related to the OHA's rate setting process and the actuarial soundness of the 2017 capitation rates developed by OHA and certified by OHA's actuary, Optumas. FamilyCare understands that there is not a formal appeal process with CMS for the actuarial soundness of capitation rates paid to managed care plans. However, we appreciate CMS's commitment "to meet with managed care plans informally during the review of capitation rates to hear and consider their concerns.[1]"

FamilyCare would like to schedule such a meeting with CMS as soon as reasonably possible. Please contact me or my assistant, Lisa Jones, to schedule the meeting time and place. Contact information for both of us is provided below.

Thank you.

William H. Murray
Chief Operating Officer
Email: billm@familycareinc.org
Tel:    503-734-3147

Contact Information for Lisa Jones:
Email: lisaj@familycareinc.org
Tel:    503-471-2103

[1]CMS Medicaid Managed Care Final Rule (Federal Register /Vol. 81, No. 88 / Friday, May 6, 2016 /Rules and Regulations 27593)

  Health Happens Here

Exhibit 74
Page 1 of 1
FCI0564977