

November 19, 2015

James I. Golden, PhD
Director, Division of Managed Care Plans
Center for Medicaid & CHIP Services
james.golden@cms.hhs.gov

Christopher J. Truffer, FSA, MAAA
Deputy Director, Medicare & Medicaid Cost Estimates Group
Office of the Actuary
christopher.truffer@cms.hhs.gov

Via Email

Dear Dr. Golden and Mr. Truffer,

FamilyCare is writing this letter in response to the November 13, 2015 correspondence from the Centers for Medicare and Medicaid Services (CMS) to the Oregon Health Authority (OHA) - copy attached. FamilyCare has provided information to CMS on two prior occasions regarding Oregon's 2015 rate setting process in letters dated April 22, 2015 and August 13, 2015. FamilyCare appreciates CMS' efforts in working with the OHA on their rate setting process in order to improve the data, assumptions and methodology of setting rates to be consistent with federal regulation 42 CFR 438.6(c).

OHA distributed a copy of the November 13 letter to the CCO's via email just prior to close of business on November 16, 2015. The distribution included a copy of the CMS questions and answers referenced in the letter. OHA did not provide FamilyCare a copy of the CMS questions when received (on October 8, 2015), nor a copy of the OHA responses to the questions when submitted (on October 29, 2015). FamilyCare and other CCO's have made repeated requests to receive timely copies of rate-related correspondence with CMS, in order to improve the transparency of the rate development process and the sharing of public documents.

Since receipt of the information, FamilyCare has been reviewing the questions and answers and has made a follow-up request from OHA for copies of the attachments referenced in the document. As of today, OHA has provided some, but not all, of the referenced attachments.

Exhibit 75
Page 1 of 3
FCI0077442

FamilyCare has significant concerns that certain of OHA's responses appear to be inaccurate, incomplete or omit pertinent information known to OHA and its actuary related to the CMS question being asked. As you are aware from FamilyCare's prior communications to CMS, FamilyCare's early identification of concerns about OHA's 2015 rate development process have now been confirmed.

FamilyCare requests that CMS hold open its review of the revised 2015 rates for a reasonable period of time to insure that CMS has received all information needed to fully address the questions asked, prior to CMS' approval of the rate ranges. FamilyCare is engaged in mediation and other efforts to try to work with OHA to better understand OHA's rate development process and to resolve FamilyCare's unanswered questions and concerns. If those efforts fail, we will provide CMS with our unanswered questions and concerns and supporting information for CMS' consideration no later than close of business on December 16, 2015.

Sincerely,

William H. Murray, CPA
Chief Operating Officer

CC:     CMS SEARODMCH
        Cecile T. Greenway
        Bill Vehrs
        Frank A. Schneider
        Walter Neal

Exhibit 75
Page 2 of 3
FCI0077443

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop S2-26-12
Baltimore, Maryland  21244-1850



Disabled and Elderly Health Programs Group

NOV 1 3 2015

Leslie Clement, Acting Medicaid Director
State of Oregon, Oregon Health Authority
500 Summer Street, NE E49
Salem, OR  97301

Dear Ms. Clement:

We are writing to provide you an update on the status of Oregon's calendar year 2015 Coordinated Care Organization (CCO) rate ranges under review by CMS. We are finishing our review of the responses and additional materials provided by the Oregon Health Authority and Optumas on October 29, 2015, and anticipate sending some clarifying questions early next week.

We expect to send follow-up questions regarding hospital payment adjustments, physician primary care payments, and the maternity case rates. Some questions will seek to clarify your responses to our initial questions or to ask for additional documentation supporting your responses. Although we are requiring additional information to fully address our questions, we do not anticipate that these, or any other, identified issues are expected to be impediments to the ultimate approval of the rate ranges.

Based upon our review thus far, we believe that the methodology used to develop the 2015 CCO rate ranges is methodologically sound. We believe that the most significant issues raised by CMS in our initial review of the previous rate methodology and submission have been addressed through the revised methodology and certification. In general, we believe that it would be reasonable to use this methodology, including reliance on updated and appropriate data, in the development of future rates.

We would like to reaffirm that neither the requirements for actuarial soundness, nor your current rate setting approach, are a barrier to the health system transformations that Oregon is pursing through its Medicaid program. Actuarially sound rates can be developed and incorporate delivery system reform, alternative provider payment models, and the use of flexible services provided through the CCOs. The principles of actuarial soundness and the reforms that Oregon is pursuing are compatible.

We appreciate the opportunity to work with Oregon and our collaboration with the Oregon Health Authority on these issues. Please do not hesitate to contact us if you would like to discuss the rate certification or our review.

Sincerely,

James I. Golden, PhD
Director, Division of Managed Care Plans
Center for Medicaid & CHIP Services

Christopher J. Truffer, FSA, MAAA
Deputy Director, Medicare & Medicaid Cost Estimates Group
Office of the Actuary

Exhibit 75
Page 3 of 3
FCI0077444