**From:**      Jeff Heatherington
**To:**        Sen MonnesAnderson
**Sent:**      2/20/2017 5:43:10 PM
**Subject:**   RE: Update on FamilyCare-OHA Rate Dispute

No problem with any of them. We have sent Mitch a copy and Bill and Art are rescheduling with Sen. Steiner Hayward soon (she had to cancel this morning).

In addition, we are sending this also to the Governor, but not sure she will see it. I will be very interested, of course, with the responses you get from Jeremy and Bethanne.

I'm not surprised about the stone wall. This is the same thing they did the last time. My belief is that if we ever get under the covers, we will find a lot more than you will ever want to see.

Thanks for reading and the quick response.

Jeff

**From:** Sen MonnesAnderson [mailto:Sen.LaurieMonnesAnderson@oregonlegislature.gov]
**Sent:** Monday, February 20, 2017 5:14 PM
**To:** Jeff Heatherington <JeffH@familycareinc.org>
**Subject:** RE: Update on FamilyCare-OHA Rate Dispute

I'd like to forward this to Bethanne Darby and Jeremy Vandehey, Rep Greenlick and Sen Steiner Hayward, voicing my concerns. Thoughts?

Senator Laurie Monnes Anderson
District 25 - Fairview, Gresham, Troutdale, and Wood Village
900 Court St. NE  S-413
Salem, OR 97301
503-986-1725
sen.lauriemonnesanderson@oregonlegislature.gov

**From:** Jeff Heatherington [mailto:JeffH@familycareinc.org]
**Sent:** Monday, February 20, 2017 4:50 PM
**To:** Sen.LaurieMonnesAnderson@state.or.us
**Subject:** Update on FamilyCare-OHA Rate Dispute

Dear Chair Monnes Anderson,

FamilyCare is extremely disappointed to advise you that attempts to obtain an amicable resolution with OHA regarding how our 2017 rates were set is not progressing. We have been unsuccessful in obtaining any pertinent information from OHA they told us would be available when we negotiated our Dispute Resolution Agreement with OHA in late December. While FamilyCare has honored its obligations under the agreement, OHA will not release any data that we have requested and has cancelled further meetings.

OHA has now chosen to make this dispute public by sending a letter to all CCOs earlier this week, which was entirely unnecessary and deceptive. Attached is a letter from our counsel in response to OHA's letter to the CCOs.

Exhibit 76
Page 1 of 2

FCI0564893

We would like to call your attention to some of the items covered in the letter.

- Despite repeated requests, OHA has not shared information requested by FamilyCare. Under the agreement, OHA promised to provide information that FamilyCare's actuary believed was necessary to evaluate actuarial rates. OHA has not even shown FamilyCare the basic courtesy of responding to its requests to do so.

- The Agreement contemplated that the sharing of confidential information, including trade secrets, obligated the parties to work cooperatively toward an agreement for any information deemed confidential. Such sharing is standard industry practice and would have limited the availability of that information to counsel and counsel's experts, and not allowed FamilyCare any access to the information. The letter OHA sent to the CCO's this week was unnecessary because of this provision in the Agreement.

- OHA has failed to meet with FamilyCare as prescribed under the agreement. OHA and FamilyCare agreed to hold at least two meetings prior to February 17, 2017. On February 14, 2017, OHA informed FamilyCare that is would not meet for the second time, providing no explanation for this decision.

- Most troubling is that OHA chose to release, without notice or consent, FamilyCare's *confidential* information to all other CCOs by attaching it to the CCO survey letter. Despite OHA's repeated insistence that this information could not be shared as it was protected by trade secrets, OHA selectively released this data for only one CCO (FamilyCare) to all other CCOs.

In good faith, FamilyCare has devoted significant amounts of time, energy and resources to a prompt and private resolution of the dispute over FamilyCare's 2017 rates. It is now clear to FamilyCare that we have been subject to yet another ploy by OHA to delay any resolution of this issue, and to further retaliate by releasing FamilyCare's data while protecting other CCOs' data.

We have asked the OHA to respond to our latest requests for data and fair dealing. If we receive no response, we intend to take further legal action to resolve these issues.

Sincerely,

Jeff Heatherington LHD (Hon)
President & CEO, FamilyCare Inc.
825 NE Multnomah, Ste. 1400
Portland, OR  97232
Phone: 503-471-2102
Email: jeffh@familycareinc.org

Enclosed:      Letter to Ted Falk
               OHA Letter – Rhonda Busek
                CCO Survey
                FamilyCare response to CCO Survey

Exhibit 76
Page 2 of 2
FCI0564894