| | |
|---|---|
| **From:** | Art Suchorzewski |
| **To:** | Isabel.Hernandez@oregonlegislature.gov; sgga.exhibits@oregonlegislature.gov |
| **CC:** | 'Ross C' |
| **Sent:** | 9/18/2017 12:18:22 PM |
| **Subject:** | FamilyCare Testimony |
| **Attachments:** | FamilyCare Testimony (Senate Gov Admin Commt) 9-18-17.pdf |

Hi Isabel,

I've attached FamilyCare's written testimony for electronic submission to the Senate Interim Committee on General Government and Accountability. Jeff Heatherington, our President and CEO, is the only person who will be presenting this testimony.

Sincerely,

Art


**Artur (Art) Suchorzewski**
Director, Government Affairs
825 NE Multnomah St., Suite 1400
Portland, OR 97232
Direct: 503-345-5755
Cell: 413-244-9711


Facebook | Twitter | App



Exhibit 77
Page 1 of 3

FCI0210319



September 18, 2017

Senate Interim Committee on General Government and Accountability
Senator Chuck Riley, Chair

Testimony:
Jeff Heatherington, President and CEO
FamilyCare Health

Chair Riley, Vice-Chair DeBoer, members of the Committee,

We would like to thank the chair and the committee for this invitation to testify on the Oregon Health Authority's "Communication Plan".

FamilyCare Health has a 34-year history of working collaboratively with the State to advance access to quality health care and has always been in good-standing as a Medicaid contractor. As the second-largest Coordinated Care Organization or CCO, we provide integrated patient-centered care to approximately 120,000 Oregon Health Plan members with a network of over 4,000 healthcare providers in Clackamas, Multnomah, and Washington counties.

The release of the Communications Plan itself along with e-mails and a prior version of the plan drafted in 2015 and the more robust 2017 version, is a stunning example of government gone amuck and an unbelievable departure from the duty of the Authority to fairly and impartially administer the Oregon Health Plan.

The 2017 Plan was crafted to involve the Department of Justice and third parties and was specifically designed to discredit FamilyCare in the legislature, attack our credibility with the public, and undermine our mission to provide quality access to health care services for our members. (*Attached you will find a list of "themes" that were disseminated over the past three years.*)

We are pleased with the Governor's recent actions to restore the integrity of the Authority's operations. In spite of our current lawsuit, we look forward to working with the new administration. Despite past actions of the authority, we believe that we can work with them to find a mutually agreeable path forward whereby FamilyCare can continue its 34-year history of serving Oregon's Medicaid population.

We thank the committee for its attention to this matter and will be happy to answer your questions.

FAMILYCARE, INC., 825 NE MULTNOMAH ST., SUITE 1400, PORTLAND, OREGON 97232
503-222-2880 ● 800-458-9518 ● TTY: 711 ● WWW.FAMILYCAREINC.ORG

Exhibit 77
Page 2 of 3

FCI0210320

## OHA Communication Plan Themes

FamilyCare made too much money in 2014, more than any other plan.

- OHA displayed inaccurate graphs showing FamilyCare made more profits than other plans.
- OHA displayed inaccurate and incomplete graphs showing FamilyCare had excessive cash and investments over other plans.
- OHA denied that other plans and their related parties had similar cash and investments and profits.

FamilyCare has a healthier population than Health Share.

FamilyCare's risk scores are significantly different than Health Share's.

FamilyCare does not have enough specialists to serve its population.

FamilyCare does not have good relations with County mental health programs.

FamilyCare just wants more money.

FamilyCare just needs to adjust its business model.

FamilyCare's expenditure on primary care is greater than other plans.

CMS has certified the Authority's rates as actuarially sound.

FamilyCare has been "overly aggressive" in its dealings with the OHA.


**NOTE: These statements are not true and FamilyCare can rebut each with factual data.**

FAMILYCARE, INC., 825 NE MULTNOMAH ST., SUITE 1400, PORTLAND, OREGON 97232
503-222-2880 ● 800-458-9518 ● TTY: 711 ● WWW.FAMILYCAREINC.ORG

Exhibit 77
Page 3 of 3
FCI0210321