# Feds extend for five years Oregon's healthcare program for poor<sub>B</sub>

By Jeff Manning | The Oregonian/OregonLive
on January 13, 2017 at 2:40 PM, updated January 13, 2017 at 3:36 PM

In the final week of the Obama administration, the federal government gave the state permission for what officials claim will be five more years of stability in how health care is delivered to Oregon's poor.

Governor Kate Brown hailed the news as a significant victory for the state's most vulnerable citizens. But the waiver renewal does not change the fact the state program is plagued by budget uncertainty.

The Oregon Health Authority must come up with a new $350 million to pay for the program. The federal government's contribution to Oregon's Medicaid operation is decreasing from 78 percent to 75 percent of the total. That $350 million is just one of the factors contributing to a $935 million budget gap at the Oregon Health Authority, state officials confirmed.

To make matters worse, Oregon did not get $1.25 billion in federal money it had asked for to add to the state's coordinated care organizations, the new regional operations the state created in 2012 to offer healthcare to the poor.

Still, the news from the federal government on Thursday was welcome. The Centers for Medicare and Medicaid notified the state on Thursday that it had agreed to extend until June 2022 the waiver that enabled the coordinated car construct. Sixteen of these entities now serve more than a million Oregonians.

Brown said the waiver extension is crucial to continuing what has been a successful drive to improve health care services while reducing costs. "I will not rest," Brown added, "until all Oregonians have access to quality health care."

Exhibit 79
Page 1 of 3
OHA_LIT_00011888

But even with the waiver extension, there are plenty of questions. The health care landscape is almost surely to change drastically after President-elect Donald Trump takes office next week. He and Congressional Republicans have repeatedly vowed that repealing the Affordable Care Act is one of their top priorities.

Jeremy Vandehey, Brown's health policy advisor, said Friday that the Medicaid waiver is not subject to the Affordable Care Act. The state has entered into a legal contract with the Centers for Medicare and Medicaid that will not easily be undone.

The waiver extension takes place just as Pres. Obama, author of the Affordable Care Act, gives way to President-Elect Trump, which could lead to profound changes in how this country dispenses healthcare.

Ron Wyden, Oregon's senior senator, said he worked behind the scenes to "make sure Oregon's waiver renewal happened before the end of the Obama administration."

And at least one powerful Republican Congressman seemed to speak favorably about the waiver, though he fell short of explicitly endorsing it. A spokesman for Rep. Greg Walden, R-Ore., said Friday that Walden "is looking forward to moving reforms to the program that ensure the most vulnerable are protected, that give states more flexibility to ensure the program works best for the residents, and that puts Medicaid on a stronger financial footing to make sure it is sustainable."

With the House now controlled by Republicans, Walden chairs the House Committee on Energy and Commerce, an influential position for any healthcare legislation. On Friday, the committee passed the FY 2917 budget resolution, an initial step in the effort to repeal the Affordable Care Act.

"Put simply, ObamaCare is a mess," Walden said.

Exhibit 79
Page 2 of 3
OHA_LIT_00011889

One in four Oregonians -- more than a million in all -- are poor enough to qualify for Medicaid. The cost of that care now exceeds $14.5 billion per biennium.

The state claims the coordinated care model has saved $1.4 billion in healthcare costs since 2012. Hospital readmissions have been cut by a third. Preventive care like prenatal, substance abuse treatment and developmental screening have all increased, the state claims.

Jeff Heatherington, CEO of FamilyCare, one of the coordinated care organizations that serves Multnomah County, said the new model "has been wildly successful."

There have been a few hiccups. FamilyCare got into a protracted legal dispute with the Oregon Health Authority over the rates it could charge. Last year, the parent company of Trillium Health Plan, the care organization serving Lane County, raised eyebrows when it sold Trillium to an insurance company for more than $100 million.

Heatherington said those issues shouldn't take away from the coordinated care organizations' record of success, a record he hopes the new administration and Congress will take note of.

"Of course, one never knows what's going to happen in the Trump administration," he said.

Exhibit 79
Page 3 of 3
OHA_LIT_00011890