Meeting with OHA Director Patrick Allen

September 15, 2017

- Tour and P$^2$ORT Presentation

- Repairing FamilyCare and OHA Relationship – What's Needed
    - Actuarially Sound Rates for each CCO
    - Transparency
        - Rates
        - Communications
    - Equity

- Background Information
    - CCO Rate Summary
    - FamilyCare Financial Results/Projections
    - OHA Myths:
        - Risk Scores: *FamilyCare's members are healthier than Health Share's.*
        - Business Model: *FamilyCare doesn't have a revenue problem, it has an expense problem.*
        - Primary Care Payments: *FamilyCare pays its primary care providers too much.*

- 2018 Rate Setting: Specific Concerns*
    - Enrollment Validation- unreconciled differences **(unfavorable rate impact of $4.0 million + trend)**
    - Base Data Validation – unreconciled differences of $8.2 million **(insufficient data from OHA/Optumas to determine rate impact)**
    - Base Data Adjustment – 20% reduction in primary care physician payments **(unfavorable rate impact of $26.2 million + trend)**
    - Reclassification of Medical Expenses to Admin **(unfavorable rate impact of $19.5 million + trend)**
    - Transparency and Rate Development Documentation
    - Responsiveness
    *(*Does not include all concerns; FamilyCare is reviewing 2018 rate package and will provide comprehensive list by 09/22 due date established by OHA)*

- Next Steps



EXHIBIT NO. 124
6·15·18
Schmitt Reporting

Exhibit 80   FCI0516874
Page 1 of 3

Pat Allen (Binder)

1) FamilyCare Highlights
   - Company Information
     - FamilyCare Health *Connecting Medicaid and Medicare Members to care*
     - FamilyCare Mission Statement
     - Bios Board of Directors & Executive Leadership
     - What Members Say About FamilyCare
     - Top Work Place Awards (2012 - 2016)

   - Focus on Innovation - A Few Examples
     - 2017 Innovation Café Presentations
     - 2017 CCO Oregon Presentation - *Making a Difference in Community Determinants of Health and Equity*
     - The Skanner - *BPI, FamilyCare Partner on Doula Program*
     - Portland Business Journal - *How FamilyCare's Use of 'PORTS' is Making Life Easier for Patients*
     - P2ORT slides
     - Partnership with Asian Health and Service Center

   - Community Partnerships a High Priority
     - FamilyCare Health Community Benefit Program (spiral bound)

2) Quality
   - CCO Incentive Metrics 2014, 2015, 2016
   - Complaint and Grievance Reporting

3) Rates
   - Rate Comparison
   - Risk Scores
   - CMS Correspondence
   - Actuarial Certification (Optimus)
   - CFR

4) Financial
   - Summary Financial Statement Data

5) FamilyCare and OHA Rate Dispute
   - 2015 and 2016 Settlement Agreement
   - 2017 Dispute Resolution Agreement
   - 2017 Second Amendment Complaint
   - DOJ letter to CCOs
   - CCOs Non-Parties' Motion to Intervene
   - DOJ email regarding Lynne Saxton's Deposition

Exhibit 80    FCI0516906
Page 2 of 3

6) Transparency – CCO Rate Development
   - Letter to Zeke Smith, Chair, Oregon Health Policy Board & Attachments
   - CMS Rate Template
   - Insurance Division Rate Template
   - OHA Rate template

7) FamilyCare Proposed Legislation
   - SB233 & Testimony
   - SB234 & Testimony
   - SB236

8) Health Share/Care Oregon Marketing Practices
   - FamilyCare and OHA Correspondence
   - Marketing Pictures

Exhibit 80   FCI0516907
Page 3 of 3