**GUEST Chelsea A**

| | |
|---|---|
| **From:** | Lacey Cindy on behalf of Actuarial Services |
| **Sent:** | Tuesday, October 10, 2017 9:30 AM |
| **To:** | Aany Tazmin; Bill Murray; Brandie Whitmire; Brent Eichman; Cassidy Wilson; Chris Ellertson; Chris Hogan; Christina Malae; Craig Keizur; Dan Goodpasture; Moorman Darla; Dave Neiman; Dawna Oksen; Dean Andretta; Deb Berggren; Holly Pfeiffer; Janet L. Meyer; Janine Neyssen; Jay Middleton; Jennifer Lind; Julie Farrow; Justin T. Lyman; Keith Lowther; Kevin Clancy; Kevin Ferrua; Kim Whitley; KUZNETSOV Nancy; Lance Brant; Larry Soderberg; Lindsey Hopper ; Lisa Jones; Lori Gillespie; Maggie Polson; Mark Danburg-Wyld; Mark Florian; Mary Kjemperud; Michael Meng; Michelle Raleigh; Mimi Haley; Nancy Rickenbach; Pat Oles; Paul Kushner; Penny Budro; Peter Davidson; Greenhill Phil; Roylene Dalke; Sara MacIntyre; Scott Pedersen; Seamus McCarthy, PhD; Sean Jessup; Stephen Brady; Taylor Pruisner; Tayo Akins; Teresa Learn; Trent Began; Twila Farris; Tyson Reed |
| **Cc:** | Actuarial Services; Frazier Calah C; GUEST Chelsea A; ROBISON Laura |
| **Subject:** | 2018 CCO Rate Process Update |

*Sent on behalf of Laura Robison*

Dear CCO Partners,

I am writing to update you on the Oregon Health Authority's (OHA's) 2018 rate development process for coordinated care organizations (CCOs). Your organizations have played a vital role in Oregon's health transformation. Your partnership has enabled Oregon to deliver better health outcomes for Oregon Health Plan (OHP) members, improve access to quality care and hold down Medicaid costs. A core element of this partnership is the rates that CCOs are paid for these services. It is essential we have a transparent rate development process that has the confidence of all CCO partners so we can sustain Oregon's innovative health reforms and continue to bend the cost curve. We appreciate all of your input to date as we have worked to develop 2018 rates.

OHA has worked closely with CCOs and its outside actuary, Optumas, to ensure that the rate development process is rigorous, equitable, and collaborative and that it complies with all Centers for Medicare and Medicaid Services (CMS) requirements. As a result, CMS has approved the actuarial soundness of Oregon's CCO rates for the past 3 years. However, stakeholders have raised questions and concerns about certain elements of the methodology, and we believe it's important to take steps to review these concerns. At this time, we are temporarily pausing the 2018 rate development process to add two important independent reviews of the CCO rate development methodology:

1. **Independent actuarial review**: OHA intends to contract with an independent Medicaid-qualified actuary to review the current 2018 rate development methodology. The outside actuary will also be tasked with recommending changes to correct any material issues in the current as-executed methodology. If at all possible, we will seek a qualified firm that does not serve the state or Oregon's 16 CCOs. If we cannot identify a qualified firm that is free of these prior business relationships, we will manage any potential conflicts appropriately and transparently.

2. **Independent regulatory review**: Similarly, OHA intends to contract with an outside firm to review our rate development methodology against current CMS regulations and Oregon's 1115 waiver to validate our compliance. The independent firm will recommend changes, if needed.

We are in the process of securing the firms for this work and negotiating their contracts. We hope to have a draft of their results in approximately 8 weeks, and we will keep you informed about any changes to that timeline. OHA will

1

Exhibit 82
Page 1 of 2
OHA_LIT_00619594

share the scope of these two engagements, any questions that arise through their review, and the results of these assessments with you and the other CCOs.

Separately, OHA had existing plans to analyze the impact of recent eligibility redeterminations on 2018 rates. The anticipated timeline for independent review coincides with the timing of our planned redetermination analysis. We will consider the outcome of both the independent reviews and the redetermination analysis in assessing whether any changes are needed. If the independent firms do not find material issues in the rate development methodology, the current 2018 rates will be submitted – with any necessary adjustments due to redeterminations – to CMS effective January 1, 2018. If the firms do identify material issues, we will work with you and your teams to devise a short-term solution that would take effect in January 2018, with a likely longer-term solution to follow. We are working on a proposed process and timeline for developing and implementing any changes, should they be necessary. We will share and discuss that proposal with you shortly.

We appreciate your participation in the additional steps we built into the process this year to ensure we are developing rates based on all relevant information from our CCO partners. We are seeking these independent reviews so that all stakeholders, policymakers, taxpayers, and OHP members can be fully assured that Oregon's CCO rate development process is methodologically sound, fiscally responsible, and appropriately transparent to accelerate Oregon's nationally recognized health system transformation.

Thank you for your ongoing partnership. Please let me know if you have any questions.

Sincerely,
Laura

**Laura Robison**
Chief Financial Officer
Oregon Health Authority
503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us



2

Exhibit 82
Page 2 of 2
OHA_LIT_00619595