| | |
|---|---|
| **From:** | ROBISON Laura |
| **To:** | ROBISON Laura |
| **CC:** | Jagger Dawn; Cowie Robb; Lochner Sarah J; Heiberg Holly; Allen Patrick |
| **BCC:** | 'Sen MonnesAnderson'; 'Sen Steiner Hayward'; Sen.SaraGelser@oregonlegislature.gov; SEN Olsen; 'rep.mitchgreenlick@oregonlegislature.gov'; rep.cedrichayden@oregonlegislature.gov; 'Rep Nosse'; Rep.TeresaAlonsoLeon@oregonlegislature.gov; REP Buehler; 'rep.billkennemer@oregonlegislature.gov'; REP KenyGuyer; Rep.SheriMalstrom@oregonlegislature.gov; REP Salinas; 'rep.richvial@oregonlegislature.gov'; Sen.LeeBeyer@oregonlegislature.gov; Sen.TimKnopp@oregonlegislature.gov; 'Sen.RichardDevlin@oregonlegislature.gov'; 'sen.nancynathanson@oregonlegislature.gov'; 'rep.danrayfield@oregonlegislature.gov'; 'Narayan Kristina'; sen.petercourtney@oregonlegislature.gov; ADY Hugh; 'sen.jackiewinters@oregonlegislature.gov'; Sen.GinnyBurdick@oregonlegislature.gov |
| **Sent:** | 12/4/2017 2:09:16 PM |
| **Subject:** | Independent Reviews of 2018 CCO Rates & Proposed Next Steps |
| **Attachments:** | OHA Secondary Review Final Report 20171130.pdf; OHA Disclosure Letter.pdf; 2018 CCO Rate Independent Review Next Steps 120417 (FINAL).pdf; 2018 Regulatory Review of Rate Setting Process_FINAL.PDF |

Good Afternoon,

As you know, OHA engaged two firms to conduct independent actuarial and regulatory reviews of the 2018 CCO rates. OHA contracted with Lewis & Ellis to perform the independent actuarial review and with Manatt, Phelps & Phillips to conduct the independent regulatory review. The two independent reviews have been completed and the reports documenting the reviews, findings, and recommendations from each firm are attached, along with a brief overview of the reviews and proposed next steps.

The two independent reviews indicate that the 2018 rate methodology is actuarial sound, unbiased, and generally complies with state and federal requirements. The reviews do not indicate the need for any changes to the 2018 rates, but both recommend enhancements to documentation. The reviews also recommend addressing a possible outlier for one CCO's rate cell and documentation of the consideration of recent loss ratios, profit margins, and administrative loads. OHA will work with Optumas to address these recommendations.

OHA is meeting with CCOs on Wednesday to discuss the results and proposed next steps to implement recommendations and finalize 2018 rates. OHA will consider CCO feedback and announce finalized next steps next week.

Please contact me or Dawn Jagger if you have any questions.

Thanks,
Laura

**Laura Robison**
Chief Financial Officer
Oregon Health Authority
503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us



Exhibit 84
Page 1 of 1
OHA_LIT_00623222