| | |
|---|---|
| **From:** | Cereghino Katherine J |
| **To:** | William (Bill) Murray; Jeff Heatherington |
| **CC:** | Busek Rhonda J |
| **Sent:** | 10/31/2017 9:35:13 PM |
| **Subject:** | 2018 CCO Contract |
| **Attachments:** | 143114-12 FamilyCare Inc CCO 1.1.18.pdf |

Dear CCO:

Please see attached contract for signature.  Please note the following information related to Qualified Directed Payments, Cover All Kids rates, and CCO rates included in the attached contract below.

1. <u>Qualified Directed Payments</u>:  The process for payments directed through managed care plans to maintain quality and access for rural and public academic hospitals is as follows:
   - Upon each managed care encounter at a rural hospital or public academic teaching hospital, OHA will send a qualified directed payment (QDP) to the CCO, which they will pay directly to each hospital following specific technical guidance from OHA through a monthly allocation report. Technical guidance will be provided at the November Rates Workgroup and the November All Plan System Technical Workgroup.
   - The allocation of payments will be tied directly to the hospital facility that performed the encountered services.  The report showing allocation amounts will be electronically distributed to the participating plans and hospitals, as well as to the Oregon Hospital Association of Hospitals and Health Systems (OAHHS) .

2. <u>Cover All Kids</u>:  As discussed during last week's meeting with CEOs and the Rates Workgroup meeting, OHA is developing a separate contract for Cover All Kids, which will also include the rates.  We are using the CCO contract as the template for the separate contract, but will need to make modifications to reflect differences in the program.

3. <u>2018 CCO Contract and Rates</u>:  Also as discussed during last week's CEO and Rates Workgroup meetings, the rates included in the 2018 contracts are the current 2018 rates, and we have included a footnote to explain that these may change based on the outcome of the pending independent reviews and redetermination analysis. Our goal is to complete the independent reviews and the redetermination analysis by late November and, if changes are required, work with CCOs to finalize next steps for implementing those changes. The timeline for implementing any necessary changes will depend on both the nature of the changes and the implementation strategy.

Please acknowledge receipt of contract.

Please let me know if you have any questions.

Thank you,


**Kathy Cereghino**

CCO Contract Administrator

OREGON HEALTH AUTHORITY

Health Systems Division

Red 67

Email: Katherine.J.Cereghino@state.or.us

Desk: (503) 947-5522

Exhibit 85
Page 1 of 2

FCI0215958

Cell: (503) 422-3745

http://www.oregon.gov/OHA

Exhibit 85
Page 2 of 2

FCI0215959