| | |
|---|---|
| **From:** | William (Bill) Murray |
| **To:** | ROBISON Laura |
| **Sent:** | 12/14/2017 9:07:01 AM |
| **Subject:** | Confidential Meeting Information |
| **Attachments:** | Comparison of Risk Adjusted Base Costs 2018 Rate Development.pdf; FamilyCare Analysis of Population Change on Rate Development.pdf; FamilyCare Rate Setting Concerns.pptx |

Laura,

Please find attached confidential information for this afternoon's meeting.

Look forward to our discussion.

Thank you,

Bill

**William (Bill) Murray**

**Chief Operating Officer**

825 NE Multnomah St, Suite 1400, Portland, OR 97232

Office: 503-734-3147

Cell: 503-858-0426

Fax: 503-734-3197

*billm@familycareinc.org*



This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message.

**Comparison of Risk Adjusted Base Costs (both with and without OHA/Optumas base data adjustments to FamilyCare's Base Costs]**

Note: The purpose of this schedule is to compare the risk adjusted base data costs between Health Share and FamilyCare. As noted in the anlysis below, after applying the OHA/Optumas developed risk scores, FamilyCare's costs are lower overall and lower for most rate groups.

| | Per OHA | Calculated | Per OHA | Calculated | | Per OHA | Calculated | | | | | | | | | | | Calculated | | |
| | Tri-County Region | | FamilyCare | | | Health Share | | | | | | | | | | | | | | |
| COA | PH MMS | Policy Adjusted Base-PMPM | Policy Adjusted Base-$ | PH MMS | Policy Adjusted Base-PMPM | Policy Adjusted Base-$ | PH MMS | Policy Adjusted Base-PMPM | Policy Adjusted Base-$ | FamilyCare PMPM | Health Share PMPM | Diff-PMPM | Diff-$ | FamilyCare Raw Risk Score | Health Share Raw Risk Score | Ratio of FC Risk to HS Risk | FamilyCare PMPM | Health Share Risk Adj PMPM | Diff-PMPM | Diff-$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TANF | 260,247 | $ 300.11 | $ 78,102,886 | 98,785 | $ 266.84 | $ 26,360,341 | 161,462 | $ 320.46 | $ 51,742,546 | $ 266.84 | $ 320.46 | $ 53.62 | 5,296,593 | 1.128 | 1.189 | 0.949 | $ 266.84 | $ 304.16 | $ 37.32 | 3,686,414 |
| PLMA | 56,429 | 270.10 | 15,241,243 | 24,106 | 256.67 | 6,187,260 | 32,324 | 280.10 | 9,053,983 | $ 256.67 | $ 280.10 | $ 23.43 | 564,820 | 1.246 | 1.240 | 1.005 | $ 256.67 | $ 281.62 | $ 24.95 | 601,422 |
| CHILD 00-01 | 122,590 | 492.74 | 60,404,843 | 52,948 | 450.87 | 23,872,318 | 69,642 | 524.58 | 36,532,525 | $ 450.87 | $ 524.58 | $ 73.71 | 3,902,794 | 1.123 | 1.172 | 0.959 | $ 450.87 | $ 502.95 | $ 52.09 | 2,757,853 |
| CHILD 01-05 | 439,148 | 97.89 | 42,987,326 | 166,437 | 97.63 | 16,248,435 | 272,711 | 98.05 | 26,738,891 | $ 97.63 | $ 98.05 | $ 0.42 | 70,473 | 0.898 | 0.894 | 1.004 | $ 97.63 | $ 98.48 | $ 0.85 | 141,697 |
| CHILD 06-18 | 1,016,818 | 111.79 | 113,670,170 | 336,291 | 111.42 | 37,470,063 | 680,527 | 111.97 | 76,200,107 | $ 111.42 | $ 111.97 | $ 0.55 | 185,132 | 1.073 | 1.035 | 1.037 | $ 111.42 | $ 116.13 | $ 4.71 | 1,584,655 |
| DUAL-MEDS | 230,167 | 213.58 | 49,158,038 | 30,638 | 211.30 | 6,473,902 | 199,529 | 213.92 | 42,684,136 | $ 211.30 | $ 213.92 | $ 2.62 | 80,412 | 1.567 | 1.685 | 0.930 | $ 211.30 | $ 198.95 | $ (12.35) | (378,275) |
| ABAD & OAA | 200,120 | 1,147.51 | 229,639,400 | 37,698 | 818.87 | 30,869,694 | 162,422 | 1,223.78 | 198,769,706 | $ 818.87 | $ 1,223.78 | $ 404.91 | 15,264,260 | 1.292 | 1.468 | 0.880 | $ 818.87 | $ 1,077.33 | $ 258.45 | 9,743,134 |
| CAF | 53,584 | 406.98 | 21,807,752 | 21,101 | 377.91 | 7,974,241 | 32,483 | 425.87 | 13,833,511 | $ 377.91 | $ 425.87 | $ 47.96 | 1,011,990 | 2.077 | 2.009 | 1.034 | $ 377.91 | $ 440.40 | $ 62.49 | 1,318,553 |
| ACA 19-44 | 1,088,436 | 253.91 | 276,364,946 | 444,321 | 240.09 | 106,676,782 | 644,115 | 263.44 | 169,688,164 | $ 240.09 | $ 263.44 | $ 23.35 | 10,376,717 | 0.918 | 0.937 | 0.980 | $ 240.09 | $ 258.16 | $ 18.07 | 8,031,085 |
| ACA 45-54 | 312,513 | 462.09 | 144,410,141 | 118,344 | 399.74 | 47,307,156 | 194,169 | 500.10 | 97,102,985 | $ 399.74 | $ 500.10 | $ 100.35 | 11,876,282 | 1.476 | 1.565 | 0.943 | $ 399.74 | $ 471.71 | $ 71.97 | 8,517,099 |
| ACA 55-64 | 260,983 | 521.42 | 136,081,123 | 97,201 | 476.54 | 46,320,259 | 163,782 | 548.05 | 89,760,864 | $ 476.54 | $ 548.05 | $ 71.51 | 6,951,023 | 1.672 | 1.699 | 0.984 | $ 476.54 | $ 539.36 | $ 62.82 | 6,106,296 |
| BCCP | 1,070 | 1,029.14 | 1,100,730 | 568 | 881.59 | 501,062 | 501 | 1,196.47 | 599,668 | $ 881.59 | $ 1,196.47 | $ 314.88 | 178,968 | 2.802 | 2.794 | 1.003 | $ 881.59 | $ 1,199.72 | $ 318.13 | 180,816 |
| Total | 4,042,105 | $ 289.20 | $ 1,168,968,599 | 1,428,438 | $ 249.41 | $ 356,261,512 | 2,613,667 | $ 310.95 | $ 812,707,086 | | | | $ 55,759,466 | | | | | | | $ 42,290,749 |
| Total (Non-ACA) | 2,380,172 | $ 257.17 | $ 612,112,389 | 768,572 | $ 202.92 | $ 155,957,316 | 1,611,601 | $ 283.04 | $ 456,155,073 | | | | $ 26,555,443 | | | | | | | $ 19,636,269 |
| Total (ACA) | 1,661,932 | $ 335.07 | $ 556,856,210 | 659,866 | $ 303.55 | $ 200,304,197 | 1,002,066 | $ 355.82 | $ 356,552,013 | | | | $ 29,204,023 | | | | | | | $ 22,654,480 |

| | Per OHA | Calculated | Per OHA | Calculated | | | | Per OHA | Calculated | | | | | | | | | | Calculated | | |
| | Tri-County Region | | FamilyCare | | | | | Health Share | | | | | | | | | | | | | |
| COA | PH MMS | Policy Adjusted Base-PMPM | Policy Adjusted Base-$ | PH MMS | Policy Adjusted Base-PMPM | Policy Adjusted Base-$ | Addback Primary Care Adjustment | Restored Base PMM | PH MMS | Policy Adjusted Base-PMPM | Policy Adjusted Base-$ | FamilyCare Restored PMPM | Health Share PMPM | Diff-PMPM | Diff-$ | FamilyCare Raw Risk Score | Health Share Raw Risk Score | Ratio of FC Risk to HS Risk | FamilyCare Restored PMPM | Health Share Risk Adj PMPM | Diff-PMPM | Diff-$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TANF | 260,247 | $ 300.11 | $ 78,102,886 | 98,785 | $ 266.84 | $ 26,360,341 | $ 2,192,327 | $ 289.04 | 161,462 | $ 320.46 | $ 51,742,546 | $ 289.04 | $ 320.46 | $ 31.42 | 3,104,267 | 1.128 | 1.189 | 0.949 | $ 289.04 | $ 304.16 | $ 15.12 | 1,494,087 |
| PLMA | 56,429 | 270.10 | 15,241,243 | 24,106 | 256.67 | 6,187,260 | 705,309 | $ 285.93 | 32,324 | 280.10 | 9,053,983 | $ 285.93 | $ 280.10 | $ (5.83) | (140,488) | 1.246 | 1.240 | 1.005 | $ 285.93 | $ 281.62 | $ (4.31) | (103,886) |
| CHILD 00-01 | 122,590 | 492.74 | 60,404,843 | 52,948 | 450.87 | 23,872,318 | 1,472,488 | $ 478.68 | 69,642 | 524.58 | 36,532,525 | $ 478.68 | $ 524.58 | $ 45.90 | 2,430,306 | 1.123 | 1.172 | 0.959 | $ 478.68 | $ 502.95 | $ 24.28 | 1,285,365 |
| CHILD 01-05 | 439,148 | 97.89 | 42,987,326 | 166,437 | 97.63 | 16,248,435 | 2,292,278 | $ 111.40 | 272,711 | 98.05 | 26,738,891 | $ 111.40 | $ 98.05 | $ (13.35) | (2,221,805) | 0.898 | 0.894 | 1.004 | $ 111.40 | $ 98.48 | $ (12.92) | (2,150,581) |
| CHILD 06-18 | 1,016,818 | 111.79 | 113,670,170 | 336,291 | 111.42 | 37,470,063 | 3,762,899 | $ 122.61 | 680,527 | 111.97 | 76,200,107 | $ 122.61 | $ 111.97 | $ (10.64) | (3,577,767) | 1.073 | 1.035 | 1.037 | $ 122.61 | $ 116.13 | $ (6.48) | (2,178,244) |
| DUAL-MEDS | 230,167 | 213.58 | 49,158,038 | 30,638 | 211.30 | 6,473,902 | 708,796 | $ 234.43 | 199,529 | 213.92 | 42,684,136 | $ 234.43 | $ 213.92 | $ (20.51) | (628,384) | 1.567 | 1.685 | 0.930 | $ 234.43 | $ 198.95 | $ (35.48) | (1,087,071) |
| ABAD & OAA | 200,120 | 1,147.51 | 229,639,400 | 37,698 | 818.87 | 30,869,694 | 1,459,226 | $ 857.58 | 162,422 | 1,223.78 | 198,769,706 | $ 857.58 | $ 1,223.78 | $ 366.20 | 13,805,034 | 1.292 | 1.468 | 0.880 | $ 857.58 | $ 1,077.33 | $ 219.75 | 8,283,908 |
| CAF | 53,584 | 406.98 | 21,807,752 | 21,101 | 377.91 | 7,974,241 | 360,604 | $ 395.00 | 32,483 | 425.87 | 13,833,511 | $ 395.00 | $ 425.87 | $ 30.87 | 651,385 | 2.077 | 2.009 | 1.034 | $ 395.00 | $ 440.40 | $ 45.40 | 957,949 |
| ACA 19-44 | 1,088,436 | 253.91 | 276,364,946 | 444,321 | 240.09 | 106,676,782 | 7,868,710 | $ 257.80 | 644,115 | 263.44 | 169,688,164 | $ 257.80 | $ 263.44 | $ 5.64 | 2,508,008 | 0.918 | 0.937 | 0.980 | $ 257.80 | $ 258.16 | $ 0.37 | 162,375 |
| ACA 45-54 | 312,513 | 462.09 | 144,410,141 | 118,344 | 399.74 | 47,307,156 | 3,068,822 | $ 425.67 | 194,169 | 500.10 | 97,102,985 | $ 425.67 | $ 500.10 | $ 74.42 | 8,807,460 | 1.476 | 1.565 | 0.943 | $ 425.67 | $ 471.71 | $ 46.04 | 5,448,278 |
| ACA 55-64 | 260,983 | 521.42 | 136,081,123 | 97,201 | 476.54 | 46,320,259 | 2,906,275 | $ 506.44 | 163,782 | 548.05 | 89,760,864 | $ 506.44 | $ 548.05 | $ 41.61 | 4,044,748 | 1.672 | 1.699 | 0.984 | $ 506.44 | $ 539.36 | $ 32.92 | 3,200,020 |
| BCCP | 1,070 | 1,029.14 | 1,100,730 | 568 | 881.59 | 501,062 | 39,177 | $ 950.52 | 501 | 1,196.47 | 599,668 | $ 950.52 | $ 1,196.47 | $ 245.95 | 139,791 | 2.802 | 2.794 | 1.003 | $ 950.52 | $ 1,199.72 | $ 249.21 | 141,639 |
| Total | 4,042,105 | $ 289.20 | $ 1,168,968,599 | 1,428,438 | $ 249.41 | $ 356,261,512 | | | 2,613,667 | $ 310.95 | $ 812,707,086 | | | | $ 28,922,556 | | | | | | | $ 15,453,839 |
| Total (Non-ACA) | 2,380,172 | $ 257.17 | $ 612,112,389 | 768,572 | $ 202.92 | $ 155,957,316 | | | 1,611,601 | $ 283.04 | $ 456,155,073 | | | | $ 13,562,340 | | | | | | | $ 6,643,166 |
| Total (ACA) | 1,661,932 | $ 335.07 | $ 556,856,210 | 659,866 | $ 303.55 | $ 200,304,197 | | | 1,002,066 | $ 355.82 | $ 356,552,013 | | | | $ 15,360,216 | | | | | | | $ 8,810,673 |

2018 Rates Base Data Reconciliation

Case 6:18-cv-00296-MO   Document 225-29   Filed 08/24/18   Page 3 of 24

# FamilyCare Analysis of Overall Impact of Population Change on Rate Development

### Preliminary and Confidential - for discussion purposes only

Note: The purpose of this schedule is to calculate the impact of known changes in FamilyCare's populations to be covered under the CCO Contract that were not properly taken into developing FamilyCare's Capitation Rates.

| | Formulae | A 2015 | B 2016 | C 2017 | D 2018 | Total Chg 2015 to 2018 |
|---|---|---|---|---|---|---|
| **INPUTS** | | | | | | |
| 1. Member Months* | | 1,459,336 | 1,430,361 | 1,332,124 | 1,340,682 | |
| 2. Net OHP Premium Revenue per Sch L* | | $ 328.96 | $ 338.59 | $ 345.47 | $ 375.89 | |
| 3. *% Increase over prior year* | | | 2.9% | 2.0% | 8.8% | 14.3% |
| 4. Member Service Expense per Sch L* | | $ 295.85 | $ 319.15 | $ 369.42 | $ 412.88 | |
| 5. *% Increase over prior year* | | | 7.9% | 15.8% | 11.8% | |
| 6. Mara Risk Score** | | 1.2005 | 1.2828 | 1.4199 | 1.56189 | |
| | | | 6.9% | 10.7% | 10.0% | 30.1% |
| **OUTPUTS** | | | | | | |
| 7. Normalized Net OHP Premium | 2 / 6 | $ 274.02 | $ 263.94 | $ 243.31 | $ 240.66 | |
| 8. *% Increase (decrease) over prior year* | | | -3.7% | -7.8% | -1.1% | |
| 9. Normalized Net OHP Premium with OHP rate increase | 7A / (1+3B) | | $ 282.04 | $ 269.31 | $ 264.73 | |
| 10. Risk Adj Net OHP Premium with OHP rate increase | 9 / 6 | | $ 361.80 | $ 382.39 | $ 413.48 | |
| 11. PMPM rate deficiency | 10 - 2 | | $ 23.21 | $ 36.92 | $ 37.59 | |
| 12. Total rate deficiency | 11 x 1 | | $ 33,201,221 | $ 49,184,974 | $ 50,394,896 | 2015 + 2016 $ 99,579,870 |
| **RATIOS/KEY INDICATORS** | | | | | | |
| 13. *MLR, without risk adjusted premium* | 4 / 2 | 89.9% | 94.3% | 106.9% | 109.8% | |
| 14. *MLR, with risk adjusted premium* | 4 / 10 | n/a | 88.2% | 96.6% | 99.9% | |
| 15. *Normalized Member Service Expense per Sch L* | 4 / 6 | $ 246.44 | $ 248.79 | $ 260.17 | $ 264.35 | |
| 16. *Risk adjusted Rate of Growth* | | | 1.0% | 4.6% | 1.6% | |

A fundamental flaw is that the OHA/Optumas rate development process has not reasonably, appropriately and adequately taken into account the know changes in the risk profile of the populations to be covered under the CCO Contract. OHA/Optumas was fully aware of the population change from their own risk score work (see attached) as well as the state's multitude of eligibility, enrollment and redetermination problems

This schedule only calculates the $ impact of the rate deficiency related to not properly taking into account the population changes, noted above. Other rate development issues result in additional $ impacts.

FamilyCare's MLR "improves" with the rate deficiency adjustment calculated above. However, as noted, the impact of other rate development issues are not considered in the above adjustment which result in this "revised" MLR still being inadequate.

To determine the "real" rate of growth, FamilyCare's actual pmpm member service expense is divided by the weighted average member risk score to arrive at a normalized (risk score of 1.0) for all years. The resulting comparison of these normalized amounts reflects the real rate of growth, attributable to cost and utilization not otherwise related to change in member risk profile between the CCO contract periods. These risk adjusted rates of growth demonstrate FamilyCare's efficiency and ability to reduce overall costs below the "uncontrollable" growth rates published by OHA.

\* Amounts are per Schedule L, except 2018 amounts that are per FamilyCare's 2018 budget

\*\* Milliman MedImpact Mara Risk Scores. See attached schedule for details and comparison to OHA/Optumas generated risk scores.

Copy of FamilyCare and Health Share Compare

## Comparison of Risk Scores by Rate Group over Time

### FamilyCare Risk Scores by Rate Group

| Client Specific.Carrier | FC_CCOA_METRO - CCOA, FC_CCO_METRO - CCOB |
|---|---|
| Client Specific.Fc Contract | CCO – Medicaid |
| Quarter Hierarchy | 2015, 2016 |
| Quarter Hierarchy | Q1 2017, Q2 2017 |

| | % of Enrollment (2017 MMs) | MARA Risk (per Milliman) | | | % Change | | |
|---|---|---|---|---|---|---|---|
| | | 2015 | 2016 | 2017* | 2015 to 2016 | 2016 to 2017* | 2015 to 2017* |
| All Client Specific.Rate Group | 100.0% | 1.2005 | 1.2828 | 1.4199 | 6.9% | 10.7% | 18.3% |
| 1 - ACA Adults Aged 19-44 | 28.35% | 1.0295 | 1.0729 | 1.2259 | 4.2% | 14.3% | 19.1% |
| 2 - ACA Adults Aged 45-54 | 7.35% | 1.8615 | 1.8975 | 2.1326 | 1.9% | 12.4% | 14.6% |
| 3 - ACA Adults Aged 55-64 | 6.41% | 2.0728 | 2.3314 | 2.5987 | 12.5% | 11.5% | 25.4% |
| A - AB/AD With Medicare | 0.84% | 3.0974 | 3.5033 | 4.1838 | 13.1% | 19.4% | 35.1% |
| B - AB/AD Without Medicare | 2.86% | 4.1359 | 4.0952 | 4.2018 | -1.0% | 2.6% | 1.6% |
| C - Foster Children | 1.80% | 1.2934 | 1.3696 | 1.4706 | 5.9% | 7.4% | 13.7% |
| E - PLM Adults over 100% FPL | 1.39% | 2.3314 | 2.7139 | 2.7583 | 16.4% | 1.6% | 18.3% |
| F - Old Age Assistance with Part B Medicare | 0.02% | 2.3422 | 3.1858 | 3.0884 | 36.0% | -3.1% | 31.9% |
| I - Temporary Assistance to Needy Families - Adults | 7.77% | 1.4209 | 1.6173 | 1.7766 | 13.8% | 9.9% | 25.0% |
| J - PLM Adults under 100% FPL | 0.03% | 2.5333 | 1.0691 | 0.9121 | -57.8% | -14.7% | -64.0% |
| M - Old Age Assistance with Medicare Part A or AB | 1.25% | 3.4813 | 3.4531 | 3.4373 | -0.8% | -0.5% | -1.3% |
| O - Old Age Assistance without Medicare | 0.26% | 3.4920 | 3.5680 | 3.9514 | 2.2% | 10.7% | 13.2% |
| Q - Children 0-1 Years | 3.43% | 1.8733 | 2.0151 | 2.6143 | 7.6% | 29.7% | 39.6% |
| R - CHIP Eligible 0-1 Years | 0.10% | 0.8196 | 0.8022 | 0.9164 | -2.1% | 14.2% | 11.8% |
| S - Children 1-5 Years | 13.09% | 0.6117 | 0.6633 | 0.7225 | 8.4% | 8.9% | 18.1% |
| T - Children 6-18 Years | 25.04% | 0.5175 | 0.5606 | 0.6004 | 8.3% | 7.1% | 16.0% |
| X - Special Needs Rate Group | 0.03% | 3.6213 | 5.5702 | 5.0095 | 53.8% | -10.1% | 38.3% |

### OHA/Optumas Risk Scores by Rate Group

| | CDPS-Rx (per Optumas)*** | | % Chg |
|---|---|---|---|
| | 2015 | 2016** | 2015 to 2016** |
| ACA 19-44 | 0.7343 | 0.9181 | 25.0% |
| ACA 45-54 | 1.2174 | 1.4760 | 21.2% |
| ACA 55-64 | 1.3646 | 1.6718 | 22.5% |
| ABAD & OAA Duals | 1.4744 | 1.5671 | 6.3% |
| ABAD & OAA Medicaid Only | 1.1574 | 1.2920 | 11.6% |
| CAF | 2.0061 | 2.0772 | 3.5% |
| TANF | 0.9341 | 1.1285 | 20.8% |
| CHILD 00-01 | 0.9805 | 1.1233 | 14.6% |
| CHILD 01-05 | 0.8128 | 0.8978 | 10.5% |
| CHILD 06-18 | 1.0110 | 1.0733 | 6.2% |
| BCCP | 2.6684 | 2.8019 | 5.0% |
| Average | 0.9651 | 1.1191 | 16.0% |

\* 2017 based on dates of service 01/01/2017 to 06/30/2017, with runout through October 2017.

\*\* In calculating the 2016 risk scores, Optumas used some 2017 information. See Optumas 2018 Rate Certification for additional description.

\*\*\* Raw risk scores as provided by OHA/Optumas; FamilyCare has been unable to validate the accuracy of these scores due to data sharing limitations imposed by OHA/Optumas

Note: The purpose of this schedule is to compare population risk scores provided by FamilyCare (using Milliman's Mara risk model) and those provided by OHA/Optumas (using the CDPS-Rx model).

OHA/Optumas used the risk scores to allocate the regional rates to each individual CCO within the region (FamilyCare and Health Share in the tri-county region). The risk scores and other information available to OHA/Optumas, which identify significant changes occurring over time in the populations covered under the CCO contract, was not properly considered in developing the regional/individual CCO rates, resulting in rates that do not provide for reasonable, attainable or appropriate costs for the time period and the populations covered under the CCO contract. This information was also not taken into account in other parts of OHA's/Optumas rate methodology. For example, the "reimbursement review policy" that used a single, overall 7% rate benchmark for examining and adjusting CCO base data failed to take into account the changing populations and the individual member mix differences between CCOs.

FCI0372702

Exhibit 88
Page 5 of 24

## Health Share Enrollment and % Change Since 2013

| | Dec-13 | Dec-14 | Dec-15 | Dec-16 | Sep-17 |
|---|---|---|---|---|---|
| ACA | 15,748 | 83,566 | 91,699 | 72,757 | 71,067 |
| Non-ACA | 132,453 | 141,502 | 136,564 | 128,729 | 126,321 |
| % Change | | 0.52 | 0.54 | 0.36 | 0.33 |

Non-ACA    ACA    % Change

## FamilyCare Enrollment and % Change Since 2013

| | Dec-13 | Dec-14 | Dec-15 | Dec-16 | Sep-17 |
|---|---|---|---|---|---|
| ACA | 4,497 | 51,968 | 60,116 | 47,080 | 45,703 |
| Non-ACA | 45,567 | 58,356 | 62,968 | 62,495 | 65,612 |
| % Change | | 120.4% | 146% | 119% | 122% |

Non-ACA    ACA    % Change

Note: The purpose of this schedule is to provide historical comparison of enrollment changes for Health Share and FamilyCare from 2013 to current. The ACA expansion that began in 2014 had a significant impact on all CCOs. However, the expansion had the greatest impact on FamilyCare, with FamilyCare experiencing member growth of 146% at the peak of the expansion in 2015, compared to peak member growth of 54% for Health Share. Similarly, the decline and changes in membership caused by redetermination and enrollment errors had the greatest impact on FamilyCare's membership. **The rates developed by OHA/Optumas are not actuarially sound for each CCO for each rate cell if the rate development process failed to reasonably and appropriately take into account the specific CCO rate group mix of members and the specific changes in the member profiles within each rate group that occurred over the time periods covered under each CCO contract.**

3



WHM MARA Risk Scores 2014 to 1st Half 2017 OHP (1)



Note: The purpose of this schedule is to compare member service costs, as reported on the publicly available Schedule L reports, between Health Share and FamilyCare for the period 2013 to 2016 (the latest date for which public information has been posted by OHA). The bar chart and pie charts on the left hand side of this schedule are based on the certified reports submitted by Health Share and FamilyCare. The corresponding charts on the right hand side of this schedule reflect adjusted amounts for FamilyCare based on OHA's/Optumas exclusion of $34.4 million of professional costs in 2015 and $26.6 million of professional costs in 2016.

The graphs that appear on the following page compare the yearly and cumulative change in member service costs for Health Share and FamilyCare. The charts on the left side of the schedule show that, before the base cost adjustments, FamilyCare's cumulative $/% change in member service costs between 2013 and 2016 are less than Health Share's. The adjustments to FamilyCare base costs widen the spread as shown on the right side of the schedule. It is also important to note the OHA/Optumas initiated its "reimbursement review policy" in the year following Health Share's rapid rise in its costs- a 25.8% increase in pmpm cost between 2013 and 2014, while FamilyCare's increase was a more modest 5.6%. However, in the following year, when FamilyCare's costs increased by 21.0%, OHA/Optumas implemented its policy, resulting in an unfavorable adjustment to FamilyCare's costs while making no adjustment to Health Share's. This targeted unfavorable adjustment was made to FamilyCare, despite FamilyCare still having an overall lower increase in costs for the cumulative two years of 27.7%, compared to Health Share's higher rate of 29.7%. The OHA/Optumas "reimbursement review policy" again unfairly targeted FamilyCare for a second-year base data adjustment, despite the CCO certified cost increases per the Schedule L's being the same for both CCO's at 7.9%.

Rate of Growth - Yearly and Cumulative PMPM $ Change 2013 to 2016
(Source: Exhibit L, before Base Data Adj)

Rate of Growth - Yearly and Cumulative PMPM % Change 2013 to 2016
(Source: Exhibit L before Base Data Adj)

Rate of Growth - Yearly and Cumulative PMPM $ Change 2013 to 2016
(Source: Exhibit L, after Base Data Adj)

Rate of Growth - Yearly and Cumulative PMPM % Change 2013 to 2016
(Source: Exhibit L, after Base Data Adj)

Copy of FamilyCare and Health Share Compare

FCI0372704
Exhibit 88
Page 7 of 24

Case 6:18-cv-00296-MO   Document 225-29   Filed 08/24/18   Page 8 of 24

FCI0372705

Exhibit 88
Page 8 of 24

**Data Source for Graphs - "Comparison of PMPM Costs" and "Rate of Growth"**

### Health Share-PMPM per Exhibit L

|  | CY13 | CY14 | CY15 | CY16 | PY17 |
|---|---|---|---|---|---|
| Physician/Professional | $ 69.36 | $ 75.96 | $ 89.12 | $ 94.25 |  |
| Hospital | 141.24 | 113.59 | 114.01 | 110.08 |  |
| Pharmacy | 39.48 | 44.9 | 55.93 | 62.49 |  |
| Dental | 0 | 18.52 | 19.47 | 22.8 |  |
| Other | 10.84 | 75.22 | 59.87 | 75.43 |  |
| Total | $ 260.92 | $ 328.19 | $ 338.40 | $ 365.05 |  |

### FamilyCare-PMPM per Exhibit L

|  | CY13 | CY14 | CY15 | CY16 | PY17* |
|---|---|---|---|---|---|
| Physician/Professional | $ 66.63 | $ 54.09 | $ 74.89 | $ 89.80 | $ 110.01 |
| Hospital | 101.17 | 91.64 | 78.3 | 77.77 | 85.32 |
| Pharmacy | 23.65 | 28.2 | 36.86 | 47.34 | 55.96 |
| Dental |  | 24.61 | 26.4 | 29.36 | 29.54 |
| Other | 40.26 | 46.05 | 79.4 | 74.88 | 88.59 |
| Total | $ 231.71 | $ 244.59 | $ 295.85 | $ 319.15 | $ 369.42 |

### FamilyCare-PMPM per Exhibit L with Base Data Adj

|  | CY13 | CY14 | CY15 | CY16 | PY17* |
|---|---|---|---|---|---|
| Physician/Professional | $ 66.63 | $ 54.09 | $ 51.31 | $ 71.17 | $ 110.01 |
| Hospital | 101.17 | 91.64 | 78.3 | 77.77 | 85.32 |
| Pharmacy | 23.65 | 28.2 | 36.86 | 47.34 | 55.96 |
| Dental |  | 24.61 | 26.4 | 29.36 | 29.54 |
| Other | 40.26 | 46.05 | 79.4 | 74.88 | 88.59 |
| Total | $ 231.71 | $ 244.59 | $ 272.27 | $ 300.52 | $ 369.42 |

### Health Share-PMPM $ Chg Over Prior Year

|  | CY13 to 14 | CY14 to 15 | CY15 to 16 | CY16 to 17 |
|---|---|---|---|---|
| Physician/Professional | $ 6.60 | $ 13.16 | $ 5.13 |  |
| Hospital | (27.65) | 0.42 | (3.93) |  |
| Pharmacy | 5.42 | 11.03 | 6.56 |  |
| Dental | 18.52 | 0.95 | 3.33 |  |
| Other | 64.38 | (15.35) | 15.56 |  |
| Total | $ 67.27 | $ 10.21 | $ 26.65 |  |

### FamilyCare-PMPM $ Chg Over Prior Year/Period

|  | CY13 to 14 | CY14 to 15 | CY15 to 16 | CY16 to 17 |
|---|---|---|---|---|
| Physician/Professional | $ (12.54) | $ 20.80 | $ 14.91 | $ 20.21 |
| Hospital | (9.53) | (13.34) | (0.53) | 7.55 |
| Pharmacy | 4.55 | 8.66 | 10.48 | 8.62 |
| Dental | 24.61 | 1.79 | 2.96 | 0.18 |
| Other | 5.79 | 33.35 | (4.52) | 13.71 |
| Total | $ 12.88 | $ 51.26 | $ 23.30 | $ 50.27 |

### FamilyCare-PMPM $ Chg Over Prior Year/Period w Adj

|  | CY13 to 14 | CY14 to 15 | CY15 to 16 | CY16 to 17 |
|---|---|---|---|---|
| Physician/Professional | $ (12.54) | $ (2.78) | $ 19.86 | $ 38.84 |
| Hospital | (9.53) | (13.34) | (0.53) | 7.55 |
| Pharmacy | 4.55 | 8.66 | 10.48 | 8.62 |
| Dental | 24.61 | 1.79 | 2.96 | 0.18 |
| Other | 5.79 | 33.35 | (4.52) | 13.71 |
| Total | $ 12.88 | $ 27.68 | $ 28.25 | $ 68.90 |

### Health Share-PMPM % Chg Over Prior Year

|  | CY13 to 14 | CY14 to 15 | CY15 to 16 | CY16 to 17 |
|---|---|---|---|---|
| Physician/Professional | 9.5% | 17.3% | 5.8% |  |
| Hospital | -19.6% | 0.4% | -3.4% |  |
| Pharmacy | 13.7% | 24.6% | 11.7% |  |
| Dental | n/m | 5.1% | 17.1% |  |
| Other | 593.9% | -20.4% | 26.0% |  |
| Total | 25.8% | 3.1% | 7.9% |  |

### FamilyCare-PMPM % Chg Over Prior Year/Period

|  | CY13 to 14 | CY14 to 15 | CY15 to 16 | CY16 to 17 |
|---|---|---|---|---|
| Physician/Professional | -18.8% | 38.5% | 19.9% | 22.5% |
| Hospital | -9.4% | -14.6% | -0.7% | 9.7% |
| Pharmacy | 19.2% | 30.7% | 28.4% | 18.2% |
| Dental | n/m | 7.3% | 11.2% | 0.6% |
| Other | 14.4% | 72.4% | -5.7% | 18.3% |
| Total | 5.6% | 21.0% | 7.9% | 15.8% |

### FamilyCare-PMPM % Chg Over Prior Year/Period w Adj

|  | CY13 to 14 | CY14 to 15 | CY15 to 16 | CY16 to 17 |
|---|---|---|---|---|
| Physician/Professional | -18.8% | -5.1% | 38.7% | 54.6% |
| Hospital | -9.4% | -14.6% | -0.7% | 9.7% |
| Pharmacy | 19.2% | 30.7% | 28.4% | 18.2% |
| Dental | n/m | 7.3% | 11.2% | 0.6% |
| Other | 14.4% | 72.4% | -5.7% | 18.3% |
| Total | 5.6% | 11.3% | 10.4% | 22.9% |

Copy of FamilyCare and Health Share Compare





## Background

- FamilyCare is committed to the Oregon Health Plan (OHP) and its continued success as demonstrated by its 30+ year history of serving Oregon's Medicaid members
- 2018 capitation rates were developed under prior OHA leadership and outside actuary, Optumas
- 2017 capitation rates are subject of ongoing legal dispute; FamilyCare and OHA reached out-of-court financial settlement for 2015 and 2016 rates
- FamilyCare seeks actuarially sound rates for 2018 and to avoid any future litigation
- FamilyCare unable to validate accuracy of rates due to lack of OHA/Optumas transparency---which was not a problem until Saxton's leadership
- Legal action has been FamilyCare's only available option to obtain necessary information after OHA/Optumas refusal to provide
- During its 30+ year history of contracting with the State, FamilyCare has always able to resolve issues without legal action, until Saxton leadership
- Recent Oregon Health Authority (OHA) leadership changes have been positive

FamilyCare Health

2

2

FCI0372707
Exhibit 88
Page 10 of 24



FCI0372708
Exhibit 88
Page 11 of 24



FCI0372709
Exhibit 88
Page 12 of 24

## Capitation Rate Concerns

- Rates developed by OHA/Optumas for FamilyCare do not "provide for all reasonable, appropriate and attainable costs under the terms of the contract" and do not meet federal requirements that the capitation rates be actuarially sound for each CCO
- FamilyCare's independent actuary (Milliman) is required to evaluate the rates and determine if they are sufficient to cover FamilyCare's costs. A Premium Deficiency Reserves (PDR's) is required if they are not:
  - For 2016 Rates: $31.6 PDR million loss reserved
  - For 2017 Rates: $52.6 PDR million loss reserved
  - For 2018 Rates: $96.5 PDR million loss, preliminary estimate
  - PDR's are developed in advance---an estimate of the expected loss
- Actual FamilyCare OHP Operating Losses align with PDR estimates
  - For 2016: $14.7 million loss or 3.1% of OHP adjusted premium revenue
  - For 2017: $75.4 million estimated loss or 16.4% of OHP adjusted premium revenue *(based on $56.6 million loss through September 30, 2017)*

 FamilyCare Health

5

FCI0372710
Exhibit 88
Page 13 of 24



## Capitation Rate Concerns

- FamilyCare's lower rates and resulting losses, are in stark contrast to other CCOs rate increases and significant profits
  - CCO Financial comparisons prepared by OHA/Optumas do not include related-party profits earned by CCO owner/partners
  - FamilyCare has no related-party owner/partners
  - The table below shows the rate differential between FamilyCare's rates and the average paid to Other CCO's and to Health Share

| Impact of Capitation Rate Differences on FamilyCare | | | | | |
|---|---|---|---|---|---|
| | 2015 | 2016 | 2017 | 2018 | Total |
| Underpayments Compared to Other CCOs: | | | | | |
| At CCO-Specific Enrollment Mix | $ 94,457,172 | $ 111,352,632 | $ 119,437,736 | $ 76,118,803 | $ 401,366,343 |
| At Statewide Enrollment Mix | $ 67,211,859 | $ 69,123,427 | $ 58,768,629 | $ 41,996,965 | $ 237,100,881 |
| | | | | | |
| Underpayments Compared to Health Share: | | | | | |
| At CCO-Specific Enrollment Mix | $ 91,264,976 | $ 95,128,428 | $ 91,286,843 | $ 72,856,085 | $ 350,536,333 |
| At Statewide Enrollment Mix | $ 66,436,285 | $ 80,908,866 | $ 73,971,015 | $ 41,848,111 | $ 263,164,277 |

FamilyCare Health

6

FCI0372711
Exhibit 88
Page 14 of 24



## Capitation Rate Concerns – OHA/Optumas "outlier" statements about FamilyCare and rate differences are not accurate

- **False Statement: Health Share has a much more chronic population compared to FamilyCare**

  - OHA/Optumas risk-adjustment methodology has materially understated the relative risk of FamilyCare's members compared to Health Share members
  - 2016 **actual** risk scores (used in setting 2018 rates) show minimal difference, while the OHA/Optumas **projected** risk scores used in setting prior years' capitation rates varied significantly.
  - Actual risk scores now show that FamilyCare's rates have been significantly understated due to OHA/Optumas erroneous risk-scoring methodology
  - OHA/Optumas risk adjustment methodology has changed from year-to-year; FamilyCare unable to validate accuracy of OHA/Optumas calculations
  - See attached graphs for comparative risk scores used in rate-setting

FamilyCare Health

7

7

FCI0372712
Exhibit 88
Page 15 of 24



FCI0372713
Exhibit 88
Page 16 of 24





## Capitation Rate Concerns – OHA/Optumas "outlier" statements about FamilyCare and rate differences are not accurate

- False Statement: FamilyCare's member costs are "egregious" and "unsustainable" compared to Health Share's

  - OHA/Optumas singled-out professional (primary care) costs in its analysis and policy development; policy developed to unfairly target FamilyCare

  - See graph (next page) that contains comparative costs <u>obtained in discovery</u> that shows OHA/Optumas knew that:
    - FamilyCare spends more on professional (primary care) costs
    - While, Health Share spends more on hospital costs **and has higher total costs**
    - OHA/Optumas policy only resulted in adjustments to FamilyCare base data; no adjustment to Health Share even though it has higher hospital and total costs
    - Other MCO's with similar or higher professional/primary care payment not adjusted

    *OHA/Optumas refused to share this information prior to legal action; discovery is not complete and has been delayed by OHA/Optumas.

FamilyCare Health

10

FCI0372715
Exhibit 88
Page 18 of 24



## Capitation Rate Concerns – OHA/Optumas "outlier" statements about FamilyCare and rate differences are not accurate

- **False Statement: The rates for each CCO do NOT need to be actuarially sound under 42 CFR 438.4**

  - OHA/Optumas have stated in writing and in public testimony to the Oregon legislature that the capitation rates (rate cells) for each CCO do NOT need to be actuarially sound.

  - FamilyCare Statement: "For the rates to be *actuarially sound* they must meet the criteria to *provide for all reasonable, appropriate and attainable costs under the terms of the contract* "

  - Optumas Response: "This is true, but from a program perspective, not an individual CCO perspective"

  - Optumas response conflicts with 42 CFR 438.4 that states: rates must "be specific to payments for each rate cell under the contract"; "payments from any rate cell must not cross-subsidize or be cross-subsidized by payments for any other rate cell"; and each rate cell "be certified by an actuary".

 FamilyCare Health

12

12

FCI0372717
Exhibit 88
Page 20 of 24





FCI0372719
Exhibit 88
Page 22 of 24



## Other Concerns

- OHA Systems and Data

- Accuracy and Completeness of OHA/Optumas Communications, including Communications with CMS

- OHA Communication Plan

- Optumas Independence

FamilyCare Health

15

FCI0372720
Exhibit 88
Page 23 of 24



## Summary

- OHA/Optumas policy choices, rate development methodologies and inconsistent implementation have adversely and disproportionately impacted FamilyCare

- 2018 FamilyCare rates that are projected to create a $96.5 million loss (19.5% of OHP adjusted premium revenue) cannot be actuarially sound. The rates do not provide for all reasonable, appropriate and attainable costs under the terms of the contract, and the projected losses are not explained by differences in member risk or member cost

- OHA/Optumas policy choices, rate development methodologies and inconsistent implementation impact Federal Financial Participation

- OHA/Optumas communications have been inaccurate, incomplete and misleading; lack of OHA/Optumas transparency has kept problems hidden, delayed problem resolution and increased costs

FamilyCare
Health

16

FCI0372721
Exhibit 88
Page 24 of 24