UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

|  |  |  |
|---|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) ) |  |
|  | ) |  |
| Plaintiff, | ) ) | No. |
| v. | ) ) | 6:18-CV-00296-MO |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as Director of Oregon Health Authority, and LYNNE SAXTON, | ) ) ) ) ) ) ) ) |  |
|  | ) |  |
| Defendants. | ) ) |  |

VIDEOTAPE DEPOSITION OF

WILLIAM H. MURRAY

Taken in behalf of Oregon Health Authority

\* \* \*

July 27, 2018

1120 N.W. Couch, 10th Floor

Portland, OR 97209

Shannon K. Krska,

CSR, CCR

Court Reporter

Exhibit 89
Page 1 of 5

William H. Murray, 7/27/2018        FamilyCare v. OHA, et al.

135

knowledge of that.  I know this was a -- to me, FamilyCare's expression of significant concern about the rates from a CCO that has over a hundred thousand enrollees would be a significant item I would believe on any director's plate of concerns.

Q.  (By Mr. Levin)  But my question is, you don't have any information that shows that Mr. Allen's delay was because of a desire to target FamilyCare in a negative way, do you?

A.  I don't have information one way or the other about that other than Laura Robison's comment of yes, I've told him about that and he knows about it.

Q.  Okay.

A.  And then nothing happened for -- still for a little while longer.

Q.  And what do you remember about the second meeting with Mr. Allen?  What happened there?

A.  So that was a second meeting.  It was after the reviews by Manatt and Lewis & Ellis had been issued.  It was I believe around the 14th or 15th of December if I recall the date right.

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Exhibit 89
Page 2 of 5

William H. Murray, 7/27/2018          FamilyCare v. OHA, et al.

136

FamilyCare had information prepared, some additional information prepared, with regards to its best estimates of impacts of various rate issues that it was ready to prepare and share.  They'd been I think provided in advance of the meeting to Laura Robison.

And Director Allen came in and indicated that he wasn't really interested in talking about FamilyCare's rate issues anymore, that he believed the independent reviews resolved that issue and preferred to work on a plan to transition FamilyCare's members.

Q.   Did FamilyCare make any indication at the second meeting that if OHA was unwilling to discuss changing rates, that it was going to go out of business?

A.   What FamilyCare talked about, 'cause that was a surprise at that meeting, was that prior to that meeting Laura Robison and myself had been working on an agreed-upon pathway to get information about the unresolved 2018 rate issues including the redetermination issue so that FamilyCare could understand what the potential rate adjustments would be for 2018 to be able to make a decision about signing the

William H. Murray, 7/27/2018      FamilyCare v. OHA, et al.

137

2018 contract and continuing in business.

Q.    So did FamilyCare ever -- strike that.

From your knowledge, when was the first time FamilyCare raised to the Pat Allen administration that it was possibly not going to sign the 2018 contract and instead go out of business?

A.    What FamilyCare raised in its first meeting with Mr. Allen was concerns that the rates were not actuarially sound and that at the proposed level where they were at that point in time in the rate development, that they would generate a significant loss to FamilyCare and that would be a concern about FamilyCare's inability to absorb that loss on top of the other losses.  So it was the same discussion we talked about earlier with regards to concerns about what the draft rates at that point in time, what impact those would have on FamilyCare and FamilyCare's ability to be viable going forward.

Q.    As you see the list of capitation rate concerns on page (sic) 175 that start on page 14.  We spoke earlier before lunch about differences between the 2017 and the 2018 and

293

C E R T I F I C A T E

I, Shannon K. Krska, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, WILLIAM H. MURRAY personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 294, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 31st day of July, 2018.

_____
SHANNON K. KRSKA
Certified Shorthand Reporter
Certificate No. 90-0216
Commission Expires: 12/31/20

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Exhibit 89
Page 5 of 5