**From:**    ROBISON Laura
**To:**    William (Bill) Murray
**CC:**    Allen Patrick; GUEST Chelsea A
**Sent:**    12/15/2017 2:12:00 PM
**Subject:**    FamilyCare Meeting Follow-up & Preliminary Results of Redetermination Analysis Next Steps

Hi Bill,

Thank you and Jeff for meeting with me and Pat yesterday. We appreciate your ongoing work with us to find a path for FamilyCare to continue to serve Oregon Health Plan members in 2018. During yesterday's meeting, I committed to follow-up with you today to let you know whether and by when we can provide preliminary results of our analysis of the impact of redeterminations through Nov. 2017 on 2018 rates and limitations of that analysis.

Below is a summary of what we expect to provide by when, limitations of the analysis and results, and issues that may jeopardize our ability to provide preliminary results. We are doing our best to provide you with as much information as possible while ensuring the integrity of the data and analysis. We note that the 2018 rates, as submitted to CMS, already include the projected impact of the redeterminations based on information available as of May 2017, which resulted in an average 3% to 4% increase in rates for the rating cohorts impacted by redetermination. The updated analysis will consider data through Nov. 2017, which reflects the end of the 90-day appeal period for members closed through redetermination.

- Data validation: By close of business on Tuesday, Dec. 19, we will have completed our validation of the Nov. 2017 eligibility data to determine if we can proceed with the analysis of the impact of redeterminations on 2018 rates or if there are material data integrity concerns. If material data integrity concerns are identified, we will not be able to commit to providing preliminary results of the redetermination analysis by Dec. 29.
- Preliminary redetermination analysis results: If, by Dec. 19, no material data integrity concerns are identified, we expect to provide preliminary results of our analysis of the impact of redeterminations on 2018 rates by close of business on Friday, Dec. 29.
  - The preliminary results of the redetermination analysis will reflect an estimate of the impact of redeterminations on the 2016 enrollment and encounter data used in the development of the 2018 rates for FamilyCare. The preliminary results will be based on an analysis of the Tri-County region only and will not include a broader analysis of the entire state.
  - The preliminary results will not reflect updated risk score analysis based on 2017 encounter data through November, as we will not have sufficient time to complete validation of this data and run it through our risk score model before Dec. 29. This means that an analysis of 2017 encounter/claims information to determine not just the risk scores for assessing relative risk for CCOs within a region but also whether underlying costs and risk profiles for remaining members has changed materially during 2017 relative to what was projected in the 2018 rates will not be included in the preliminary results, but will be incorporated in the final analysis to be completed in January.
  - The preliminary results will not include the impact of other issues that will be evaluated in conjunction with the final results of the redetermination analysis to determine if a rate adjustment and contract amendment is warranted. The other issues being analyzed that will not be included in the preliminary results of the redetermination analysis are as follows:
    - Impact of increasing the Substance Use Disorder fee-for-service fee schedule on CCO rates.
    - Impact of a recent change in continuous glucose monitoring on the prioritized list, along with the new system released in September (i.e. FreeStyle Libre Flash).
    - Impact of enrollment categorization due to eligibility error in age determination.
    - Follow-up and analysis of impact of reallocation of costs by AllCare related to mental health add-ons (will not affect Tri-County region).
  - A final decision as to whether the combined impact of the redeterminations and the four items listed above necessitates a rate adjustment will not be made by Dec. 29 and will depend on both the final results of the redetermination analysis and the materiality of the impact of all of these items combined on individual CCOs and for the CCO program as a whole.

Exhibit 90
Page 1 of 2
FCI0372746

- Due to the limitations described above, OHA will not be in a position to commit to FamilyCare by Dec. 29 to change the 2018 rates by the amounts indicated in the preliminary analysis. The results of the preliminary analysis would only be appropriate for FamilyCare to use in assessing whether the preliminary results are in line with its estimate of the impact of redeterminations on the risk profile of its members.

If any unforeseen issues arise that impact our ability to deliver the preliminary results as outlined above, we will notify you promptly. Please let me know if you have any questions.

Thank you,
Laura

**Laura Robison**
Chief Financial Officer
Oregon Health Authority
503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us



Exhibit 90
Page 2 of 2

FCI0372747