Case 6:18-cv-00296-MO     Document 225-32     Filed 08/24/18     Page 1 of 10



# THE LUND REPORT
## Oregon's most vital source of health news

**Home**     **Subscribe or Renew**     **Donate**     **Browse Articles**     **Legislative Updates**     **Inside the Industry**     **Guest Opinions**     **Press Releases**

**Health Hires Job Board**     **OR Health Forum**

# FamilyCare Threatens to Close After Report Supports State's CCO Rates

*Portland's second-largest Medicaid provider could decide its fate by the end of this week, while its larger competitor, HealthShare, said it is prepared to take on new members if necessary.*

## By Courtney Sherwood

Responding to a report calling the Oregon Health Authority's Medicaid reimbursement rates "actuarily sound," the state's second-largest coordinated care organization warned this week that it may cease operation by the end of the year.



An official with FamilyCare say they could decide the fate of their 300 employees and 120,000 members by the end of the week. Meanwhile, a HealthShare employee told The Lund Report that the Portland area's other major CCO is prepared to accommodate those Medicaid members if FamilyCare does opt to shut down, and said that there is 80 percent overlap in providers between the two groups.

A Medicaid-funded coordinated care organization and provider of a Medicare Advantage plan operating in Multnomah, Clackamas, Washington, Marion and Clatsop counties, FamilyCare has been engaged in a long-running dispute over the reimbursements it receives from the Oregon Health Authority, and is currently suing the state.

When 2018 reimbursement rates were announced last month, FamilyCare learned it would get $377.57 per member per month – compared to $409.75 at HealthShare.

FamilyCare CEO Jeff Heatherington rejected the Oregon Health Authority's announcement that its rate decision had been found actuarily sound.

"FamilyCare is losing approximately $75 million based on the 2017 rates and will have an equal or higher loss in 2018," said Heatherington said. "You cannot have an actuarially sound process that produces a deficit three years in a row."

Exhibit 91
Page 1 of 10

A press release by the health authority touted findings from two independent reviewers as drawing exactly that conclusion, that the state's rates are actuarily sound – but a closer look at the documents themselves shows that the independent assessments were not fully glowing.

"We conclude that the state generally complied with the federal requirements, with the exception of a few minor areas," wrote Mannatt Phelps & Philllips LLP in its report – noting that the state did not properly consider medical loss ratios when it developed rates, and that Oregon also did not comply with Centers for Medicare and Medicaid Services requirements related to profit margins.

A more detailed actuarial review, by Lewis & Ellis Inc., did explicitly call the health authority's rates actuarily sound. But this firm also said documentation around reimbursement review is insufficient to allow CCOs and actuaries to objectively offer assessments of rates.

FamilyCare officials call both recent reports biased, and offered The Lund Report a four-page criticism of the documents. The CCO has been calling for a thorough review of actuarial rate setting, and said that both recent reports were too limited in scope, and did not allow enough time for full examination. It also complained that the review of CCO reimbursements only focused on professional service cost reimbursements.

"A surface-level review of OHA's methodology is not sufficient to address the underlying problems that allowed the agency's prior leadership to target FamilyCare with the lowest rates in the state for three years. It appears the widely publicized OHA campaign to harm FamilyCare is still in operation," Heatherington said, echoing claims his organization has also made in its litigation with the state.

For its part, the Oregon Health Authority acknowledged recommendations for improvement made in each report, while also emphasizing that neither independent review recommended changes to 2018 rates.

"We want OHP members, taxpayers and legislators to know if the CCO rate-setting process is sound or flawed," OHA Director Patrick Allen said. "These objective, third-party experts have given us the confidence to move forward and suggestions to improve the process."

The agency said it continues to review feedback from CCOs and will announce a final plan for 2018 rates by the end of this month.

Reach Courtney Sherwood at sherwood@thelundreport.org.

*Dec 6 2017*

**News source:** The Lund Report

Log in or register to post comments

**Featured Event**



**Let's Build a New Website!**

It's time to make a change...

Gifts made to The Lund Report from now until December 31 will be used to build a more user-friendly website and bolster our independent news service.

Help us raise $30,000!

**Special Promotions**

# GET PREMIUM STORIES FOR 10% LESS.

## Use the promo code HOLIDAY at checkout.

Offer valid until December 31.

Because there's nowhere else you can get the latest financial information about Oregon's healthcare industry.

Exhibit 91
Page 5 of 10

Looking for great healthcare employees?

You've come to the right place.

**HEALTH HIRES IS ON SALE!**

**TAKE 10% OFF REGULAR RATES!**

Discount applied at checkout. Offer valid until December 31.

**Story Ideas**

Have a scoop for The Lund Report? Submit your story ideas here.

**Be The First To Know: Follow Us On Social Media**











## Comments Welcome

If you'd like to submit a comment on any of the stories that appear in The Lund Report, you'll need to become a subscriber and share your name and email address with us. Your name will appear on the comment that is published. You can also send us story tips anonymously.

## Content Text Size



Exhibit 91
Page 7 of 10

**Oregon Health Forum**



## TICKETS ON SALE NOW

## A Debate on the Healthcare Assessment Ballot Measure Facing Oregon Voters

On Jan 23, Oregonians will vote on whether to overturn $320 million in healthcare assessments intended to balance the state's Medicaid budget and stabilize our individual insurance market.

Panelists will debate the ramifications of repealing vs. upholding the assessments, which were passed by lawmakers earlier this year.

**Repeal:**

**Rep. Cedric Hayden**
R - Roseburg

**Rep. Julie Parrish**
R - Tualatin / West Linn

**Uphold:**

**Jessica Adamson**
Director of Government Relations, Oregon, Providence Health & Services

**Felisa Hagins**
Oregon Health Policy Board Member; Political Director, SEIU Local 49

**Moderator:**

Exhibit 91
Page 8 of 10



**John Schrag**
Executive Editor
Pamplin Media Group

Wed, Dec 13
7:00-9:00am
Multnomah
Athletic Club

## Promote Your Event Here!

Promote your health care-related events on our site! Please contact us for more information. With 30,000+ monthly viewers, we are an effective venue for spreading the word about your event.

## Group subscriptions



PO Box 82841, Portland OR, 97282 | info@thelundreport.org | 503-894-8548

Exhibit 91
Page 10 of 10

https://www.thelundreport.org/content/familycare-threatens-close-after-report-supports-states-cco-rates[12/6/2017 5:00:59 PM]