Case 6:18-cv-00296-MO    Document 225-33    Filed 08/24/18    Page 1 of 2

MENU                                                                                          🔍    Account ⌄

FOR THE EXCLUSIVE USE OF NLESAGE@PERKINSCOIE.COM

From the Portland Business Journal:
https://www.bizjournals.com/portland/news/2017/12/19/familycare-files-layoff-notice-says-no-rate.html

# FamilyCare files layoff notice, says failed talks would mean 322 layoffs

Dec 19, 2017, 1:44pm PST **Updated: Dec 19, 2017, 2:02pm PST**

FamilyCare Health, which has lately served notice it believes Oregon wants to put it out of business, filed a document with the state warning that it could lay off 322 workers by New Year's Day.

In a "warn notice" filed with Oregon's Office of Workforce Investments, the health plan said it " expects to conduct a layoff ... that would likely result in the termination of employment of up to 250 regular employees" on Jan. 5 and the plan's 72 other workers at a later day.

The company's CEO Jeff Heatherington confirmed that FamilyCare Health and the Oregon Health Authority could not reach an agreement on the coordinated care organization's future during a Thursday meeting.



GEORGE FREY

The move would threaten 322 workers who provide benefits for the care of 120,000 patients.

"We're out of options," he said on Friday. "They say they're not going to change anything. We have to believe they intend to put us out of business."

FamilyCare had protested the per-member-per-month rate OHA pays it to serve 120,000 Medicaid patients in the Portland area.

OHA says the rates it is paying the 16 CCOs are actuarially sound, as confirmed by two outside reviewers.

Heatherington, though, said the nonprofit's actuary estimates it will have a $95 million deficit next year, up from an initial $75 million estimate on $450 million in revenue. FamilyCare's board declined on Thursday to sign a contract that produces a deficit, forcing the nonprofit to likely close its doors Dec. 31.

The plan said it was unable to provide the warn notice sooner "because of an unforeseeable business circumstance."

FamilyCare's CCO rates were the lowest in the state for three consecutive years, the company said. The CCO contract represents more than 90 percent of the plan's business, Heatherington told the state in the warn notice.

That said, the plan did acknowledge that it was still negotiating with OHA "to avert the layoffs and business closure."

Exhibit 92
Page 1 of 2

Case 6:18-cv-00296-MO    Document 225-33    Filed 08/24/18    Page 2 of 2

Mary Sawyers, an OHA spokeswoman, told the PBJ that no matter what happens, FamilyCare clients won't lose access to their Oregon Health Plan benefits.



**Andy Giegerich**
Digital Managing Editor
*Portland Business Journal*