**From:** Allen Patrick
**To:** Rep Nosse
**CC:** Jagger Dawn
**Sent:** 12/11/2017 3:49:56 PM
**Subject:** Re: OHA rate review process update

Oh, yes.

Sent from my iPhone

On Dec 11, 2017, at 3:48 PM, Rep Nosse <Rep.RobNosse@oregonlegislature.gov> wrote:

Patrick and Dawn
Do you have Family Care's concerns criticisms so you can go through them?
Rob

**From:** Allen Patrick [mailto:Patrick.Allen@dhsoha.state.or.us]
**Sent:** Monday, December 11, 2017 3:16 PM
**To:** Jagger Dawn
**Cc:** ROBISON Laura; Heiberg Holly; Lochner Sarah J; Cowie Robb
**Subject:** OHA rate review process update

Hello,

The Oregon Health Authority (OHA) has received questions from several of you about our rate setting process. We would like to set up an informational session for you and our Chief Financial Officer, Laura Robison, to provide the opportunity for OHA to discuss 2018 rates, conclusions from the independent legal and actuarial reviews and any additional questions you may have.

This session will be made available via skype and in-person in Portland at the Portland State Office Building, 800 NE Oregon St, 9th Floor, Suite 918 at 5:30 p.m. on Wednesday, December 13th. Handouts and a PowerPoint will be provided prior to the session.

Skype information:
..................................................................................................................
à **Join Skype Meeting**
    Trouble Joining? Try Skype Web App

## Join by phone
+1 (503) 934-1400 (US Region)                English (United States)
Find a local number

Conference ID: 522649
Forgot your dial-in PIN?|Help

Thank you,
Pat.

Exhibit 93
Page 1 of 1
OHA_LIT_01008936