| From: | Patrick.Allen@dhsoha.state.or.us |
|---|---|
| To: | SEN MonnesAnderson |
| BCC: | Jagger Dawn |
| Sent: | 12/16/2017 5:18:03 PM |
| Subject: | Re: FamilyCare Update |

This is, frankly, disappointing. Jeff and I agreed not to do any legislative outreach of this sort while we are actively working to resolve this.

I'm going to refrain from responding in detail, for now, out of respect for that agreement.

I hope you'll understand.

Pat.

Sent from my iPhone

On Dec 16, 2017, at 4:39 PM, Sen MonnesAnderson <Sen.LaurieMonnesAnderson@state.or.us> wrote:

FYI. LMA

Sent from my iPhone

Begin forwarded message:

**From:** Art Suchorzewski <ArtS@familycareinc.org>
**Date:** December 16, 2017 at 1:30:40 PM PST
**To:** Sen MonnesAnderson <Sen.LaurieMonnesAnderson@oregonlegislature.gov>
**Subject: FamilyCare Update**

Dear Chair Monnes Anderson,

Thursday evening, the FamilyCare Board of Directors voted to not sign the 2018 contract – as is - with the State of Oregon, due to deficient and actuarially unsound rates. With this decision, FamilyCare's 32-year history serving our state's most vulnerable residents comes to an end, and 120,000 Oregonians will no longer have the access or quality of care they deserve.

For three consecutive years, the Oregon Health Authority (OHA) has developed rates that are the lowest of any coordinated care organization (CCO) in the state and have generated losses of nearly $100 million for FamilyCare. The 2018 rates will generate an additional loss of $96 million, a figure certified by our independent actuary. The 2018 rates will force the company into bankruptcy no later than August.

OHA has changed its rate-setting process every year since 2015. These changes have only hurt FamilyCare, which has seen the lowest rates in the state since 2015 despite serving an increasingly riskier population. For four years, FamilyCare has been seeking transparency in the rate-setting process. The OHA has been consistent in denying transparency, and has enlisted the help of other CCOs in blocked our efforts. In fact, OHA's actuary – Optumas - is now insisting that the information used to develop rates for Oregon is a trade secret of Optumas. All of this is consistent with OHA's "Communications Plan", which was discovered in July and designed to "hurt" and "isolate" FamilyCare.

We are profoundly saddened that FamilyCare cannot continue its mission of providing care for our members. But the State has left FamilyCare with no choice. The Oregon Health Authority has the ability

Exhibit 94
Page 1 of 2
OHA_LIT_00690120

to remedy this issue with adequate rates for the population we serve. Only then will FamilyCare be able to continue our partnership with the state and, more importantly, continue to care for Oregon's most vulnerable population.

Sincerely,

Art Suchorzewski

**Artur (Art) Suchorzewski**
Director, Government Affairs
825 NE Multnomah St., Suite 1400
Portland, OR 97232
Direct: 503-345-5755
Cell: 413-244-9711

Facebook | Twitter | App

 

Exhibit 94
Page 2 of 2
OHA_LIT_00690121