| | |
|---|---|
| **From:** | William (Bill) Murray |
| **To:** | ROBISON Laura |
| **Sent:** | 12/17/2017 2:39:21 PM |
| **Subject:** | Re: FamilyCare Meeting Follow-up & Preliminary Results of Redetermination Analysis Next Steps |
| **Attachments:** | image001.jpg |

Thanks Laura. Lisa is out on PTO the first few days of this coming week.  Athena can contact me and I will coordinate the meeting on behalf of the FamilyCare participants.

Bill

Sent from my iPhone

On Dec 16, 2017,  at 6:29 PM, ROBISON Laura <Laura.Robison@dhsoha.state.or.us> wrote:

Bill – Thank you for your response and follow-up questions. My responses are below, in red. As noted below, I will have my assistant, Athena, work with Lisa to set up a time for us to meet on Dec. 20.

Laura

503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Saturday, December 16, 2017 7:32 AM
**To:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>
**Cc:** Allen Patrick <Patrick.Allen@dhsoha.state.or.us>; GUEST Chelsea A
<Chelsea.A.GUEST@dhsoha.state.or.us>; Jeff Heatherington <jeffh@familycareinc.org>; Art Suchorzewski
<ArtS@familycareinc.org>
**Subject:** Re: FamilyCare Meeting Follow-up & Preliminary Results of Redetermination Analysis Next Steps

Thank you Laura for your email.  As we agreed to do, I have several questions, comments or requests, noted below, that will help both FamilyCare and OHA better understand and assess our ability to secure a path for a 2018 contract between OHA and FamilyCare.


 - As you note, the 2018 rates include a small redetermination adjustment for some, but not all, of the rating cohorts.  As discussed and in the information shared with you on Thursday, the risk scores associated with the changing populations within each  individual rating cohort indicate the need for a significantly larger rate adjustment in order to insure the 2018 rates are reasonable, appropriate and adequate for the populations to be covered during the 2018 contract period.  As 2016 enrollment and encounter data was the primary source data used in developing the 2018 rates, the rapid and significant changes in the populations that have occurred subsequent to the 2016 base data period require an appropriate adjustments be made to insure that the 2018 rates reflect the expected service needs of FamilyCare's 2018 members and not the "outdated" service needs of the substantially different 2016 population.  I appreciate your efforts to help OHA and FamilyCare understand the expected impact of the population changes on our rates as you move forward with this analysis.
 - We look forward to your assessment of data validation on December 19.  If there are data concerns that will delay your further analysis, we would appreciate the opportunity to discuss alternative approaches to providing FamilyCare the needed information  that otherwise would have been made available to FamilyCare under the plan you have outlined.  Additionally, if you confirm the validity of the data, I would like to understand the process used to validate the data to insure the outputs derived drom the data are reliable.  Can we plan on discussing these items further on December 19 when we know the results of the data validation?
I suggest we plan to meet on Dec. 20, as I expect to hear from our team on the data validation results by COB on Dec. 19. I will ask my assistant to schedule a time with you and your team on Monday.
 - As you are aware, the December 29 delivery date for OHA's preliminary analysis is also the last business day

Exhibit 95
Page 1 of 7
FCI0372776

for signing the 2018 CCO contract. As we discussed, having ongoing updates during the time period leading up to December 29 would enable us to more quickly and accurately assess the information that will be provided on December 29th. I would like to discuss further how we can achieve this; I acknowledge that the information that would be shared during the interim period would be tentative and
could change at any time prior to December 29.
I suggest we discuss how best to achieve this during our Dec. 20 meeting.

 - As discussed and as identified in the FamilyCare analysis that was shared on Thursday, changes in member cost and risk profiles during 2017 have been significant. As you note in your email, the impact of these 2017 changes will not be reflected in the December 29 preliminary analysis. While we believe inclusion of the 2017 information is critical to our assessment of the information you plan to deliver to FamilyCare on December 29, I am requesting that OHA provide as much clarity and transparency as possible around the methodology and detail calculations that OHA/Optumas will be using to develop the final rate adjustment in January 2018. Having a complete and transparent understanding of exactly how OHA/Optumas will calculate the adjustment, once the 2017 data is incorporated, would allow FamilyCare to internally predict with a higher degree of certainty what it believes the final adjustment would be prior to the 2018 contract signing deadline. I would like to discuss if and when OHA/Optumas could share the detail methodology and calculations to be used.
I will need to confer with my team about what information already exists that can be provided readily vs. what information needs to be put together and when we can provide that to you. I should have an update on where that stands by the time we meet on Dec. 20, and if that changes, I will let you know.

 - I believe we have enough information to assess the other 4 items you note that would not be included in the December 29preliminary analysis. I would like to discuss what additional information you may have related to the  "overpayments" issue, to understand the magnitude of any possible recoupment of additional funds from FamilyCare related to any of the recently identified enrollment/capitation payment issues.
The latest update I have on the 2014 and 2015 overpayments is the information contained in our Dec. 1 issue update letter. At this time, I cannot commit that we will have further updates about next steps before Dec. 29 but I will let you know if anything changes. Note that I will follow up with you separately with clarification about the differences in the amounts listed for the 2016 recoupments already completed.

Please let me know if you have any questions on the above and when you have time to discuss the indicated items. I appreciate your help as we work through these issues.


Thanks,
Bill

Sent from my iPhone

On Dec 15, 2017, at 2:12 PM, ROBISON Laura <Laura.Robison@dhsoha.state.or.us> wrote:

Hi Bill,

Thank you and Jeff for meeting with me and Pat yesterday. We appreciate your ongoing work with us to find a path for FamilyCare to continue to serve Oregon Health Plan members in 2018. During yesterday's meeting, I committed to follow-up with you today to let you know whether and by when we can provide preliminary results of our analysis of the impact of redeterminations through Nov. 2017 on 2018 rates and limitations of that analysis.

Below is a summary of what we expect to provide by when, limitations of the analysis and results, and issues that may jeopardize our ability to provide preliminary results. We are doing our best to provide you with as much information as possible while ensuring the integrity of the data and analysis. We note that the 2018 rates, as submitted to CMS, already include the projected impact of the redeterminations based on information available as of May 2017, which resulted in an average 3% to 4% increase in rates for the rating cohorts impacted by redetermination. The updated analysis will consider data through Nov. 2017, which reflects the end of the 90-day appeal period for members closed through redetermination.

- Data validation: By close of business on Tuesday, Dec. 19, we will have completed our validation of the Nov. 2017 eligibility data to determine if we can proceed with the analysis of the impact of redeterminations

Exhibit 95
Page 2 of 7
FCI0372777

on 2018 rates or if there are material data integrity concerns. If material data integrity concerns are identified, we will not be able to commit to providing preliminary results of the redetermination analysis by Dec. 29.

- Preliminary redetermination analysis results: If, by Dec. 19, no material data integrity concerns are identified, we expect to provide preliminary results of our analysis of the impact of redeterminations on 2018 rates by close of business on Friday, Dec. 29.
    - The preliminary results of the redetermination analysis will reflect an estimate of the impact of redeterminations on the 2016 enrollment and encounter data used in the development of the 2018 rates for FamilyCare. The preliminary results will be based on an analysis of the Tri-County region only and will not include a broader analysis of the entire state.
    - The preliminary results will not reflect updated risk score analysis based on 2017 encounter data through November, as we will not have sufficient time to complete validation of this data and run it through our risk score model before Dec. 29. This means that an analysis of 2017 encounter/claims information to determine not just the risk scores for assessing relative risk for CCOs within a region but also whether underlying costs and risk profiles for remaining members has changed materially during 2017 relative to what was projected in the 2018 rates will not be included in the preliminary results, but will be incorporated in the final analysis to be completed in January.
    - The preliminary results will not include the impact of other issues that will be evaluated in conjunction with the final results of the redetermination analysis to determine if a rate adjustment and contract amendment is warranted. The other issues being analyzed that will not be included in the preliminary results of the redetermination analysis are as follows:
        - Impact of increasing the Substance Use Disorder fee-for-service fee schedule on CCO rates.
        - Impact of a recent change in continuous glucose monitoring on the prioritized list, along with the new system released in September (i.e. FreeStyle Libre Flash).
        - Impact of enrollment categorization due to eligibility error in age determination.
        - Follow-up and analysis of impact of reallocation of costs by AllCare related to mental health add-ons (will not affect Tri-County region).
    - A final decision as to whether the combined impact of the redeterminations and the four items listed above necessitates a rate adjustment will not be made by Dec. 29 and will depend on both the final results of the redetermination analysis and the materiality of the impact of all of these items combined on individual CCOs and for the CCO program as a whole.
    - Due to the limitations described above, OHA will not be in a position to commit to FamilyCare by Dec. 29 to change the 2018 rates by the amounts indicated in the preliminary analysis. The results of the preliminary analysis would only be appropriate for FamilyCare to use in assessing whether the preliminary results are in line with its estimate of the impact of redeterminations on the risk profile of its members.

If any unforeseen issues arise that impact our ability to deliver the preliminary results as outlined above, we will notify you promptly. Please let me know if you have any questions.

Thank you,
Laura

**Laura Robison**
Chief Financial Officer
Oregon Health Authority
503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us

<image001.jpg>

Exhibit 95
Page 3 of 7

FCI0372778

**From:** William (Bill) Murray <billm@familycareinc.org>
**Sent:** Sunday, December 17, 2017 2:39 PM
**To:** ROBISON Laura
**Subject:** Re: FamilyCare Meeting Follow-up & Preliminary Results of Redetermination Analysis Next Steps
**Attachments:** image001.jpg

Thanks Laura. Lisa is out on PTO the first few days of this coming week.  Athena can contact me and I will coordinate the meeting on behalf of the FamilyCare participants.

Bill

Sent from my iPhone

On Dec 16, 2017,  at 6:29 PM, ROBISON Laura <Laura.Robison@dhsoha.state.or.us> wrote:

> Bill – Thank you for your response and follow-up questions. My responses are below, in red. As noted below, I will have my assistant, Athena, work with Lisa to set up a time for us to meet on Dec. 20.
>
> Laura
>
> 503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us
>
> ---
>
> **From:** William (Bill) Murray [mailto:billm@familycareinc.org]
> **Sent:** Saturday, December 16, 2017 7:32 AM
> **To:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>
> **Cc:** Allen Patrick <Patrick.Allen@dhsoha.state.or.us>; GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; Jeff Heatherington <jeffh@familycareinc.org>; Art Suchorzewski <ArtS@familycareinc.org>
> **Subject:** Re: FamilyCare Meeting Follow-up & Preliminary Results of Redetermination Analysis Next Steps
>
> Thank you Laura for your email.  As we agreed to do, I have several questions, comments or requests, noted below, that will help both FamilyCare and OHA better understand and assess our ability to secure a path for a 2018 contract between OHA and FamilyCare.
>
>  - As you note, the 2018 rates include a small redetermination adjustment for some, but not all, of the rating cohorts.  As discussed and in the information shared with you on Thursday, the risk scores associated with the changing populations within each  individual rating cohort indicate the need for a significantly larger rate adjustment in order to insure the 2018 rates are reasonable, appropriate and adequate for the populations to be covered during the 2018 contract period.  As 2016 enrollment and encounter data was the primary source data used in developing the 2018 rates, the rapid and significant changes in the populations that have occurred subsequent to the 2016 base data period require an appropriate adjustments be made to insure that the 2018 rates reflect the expected service needs of FamilyCare's 2018 members and not the "outdated" service needs of the substantially different 2016 population.  I appreciate your efforts to help OHA and FamilyCare understand the expected impact of the population changes on our rates as you move forward with this analysis.

1

Exhibit 95
Page 4 of 7

 - We look forward to your assessment of data validation on December 19.  If there are data concerns that will delay your further analysis, we would appreciate the opportunity to discuss alternative approaches to providing FamilyCare the needed information  that otherwise would have been made available to FamilyCare under the plan you have outlined.  Additionally, if you confirm the validity of the data, I would like to understand the process used to validate the data to insure the outputs derived from the data are reliable.  Can we plan on discussing these items further on December 19 when we know the results of the data validation?

I suggest we plan to meet on Dec. 20, as I expect to hear from our team on the data validation results by COB on Dec. 19. I will ask my assistant to schedule a time with you and your team on Monday.

 - As you are aware, the December 29 delivery date for OHA's preliminary analysis is also the last business day for signing the 2018 CCO contract.  As we discussed, having ongoing updates during the time period leading up to December 29 would enable us to more quickly and accurately assess the information that will be provided on December 29th.  I would like to discuss further how we can achieve this; I acknowledge that the information that would be shared during the interim period would be tentative and

could change at any time prior to December 29.

I suggest we discuss how best to achieve this during our Dec. 20 meeting.

 - As discussed and as identified in the FamilyCare analysis that was shared on Thursday, changes in member cost and risk profiles during 2017 have been significant.  As you note in your email, the impact of these 2017 changes will not be reflected in the December 29 preliminary analysis.  While we believe inclusion of the 2017 information is critical to our assessment of the information you plan to deliver to FamilyCare on December 29, I am requesting that OHA provide as much clarity and transparency as possible around the methodology and detail calculations that OHA/Optumas will be using to develop the final rate adjustment in January 2018.  Having a complete and transparent understanding of exactly how OHA/Optumas  will calculate the adjustment, once the 2017 data is incorporated, would allow FamilyCare to internally predict with a higher degree of certainty what it believes the final adjustment would be prior to the 2018 contract signing deadline.  I would like to discuss if and when OHA/Optumas could share the detail methodology and calculations to be used.

I will need to confer with my team about what information already exists that can be provided readily vs. what information needs to be put together and when we can provide that to you. I should have an update on where that stands by the time we meet on Dec. 20, and if that changes, I will let you know.

 - I believe we have enough information to assess the other 4 items you note that would not be included in the December 29 preliminary analysis.  I would like to discuss what additional information you may have related to the  "overpayments" issue, to understand the magnitude of any possible recoupment of additional funds from FamilyCare related to any of the recently identified enrollment/capitation payment issues.

The latest update I have on the 2014 and 2015 overpayments is the information contained in our Dec. 1 issue update letter. At this time, I cannot commit that we will have further updates about next steps before Dec. 29 but I will let you know if anything changes. Note that I will follow up with you separately with clarification about the differences in the amounts listed for the 2016 recoupments already completed.

Please let me know if you have any questions on the above and when you have time to discuss the indicated items.  I appreciate your help as we work through these issues.

Thanks,
Bill

2

Exhibit 95
Page 5 of 7

Sent from my iPhone

On Dec 15, 2017, at 2:12 PM, ROBISON Laura <Laura.Robison@dhsoha.state.or.us> wrote:

Hi Bill,

Thank you and Jeff for meeting with me and Pat yesterday. We appreciate your ongoing work with us to find a path for FamilyCare to continue to serve Oregon Health Plan members in 2018. During yesterday's meeting, I committed to follow-up with you today to let you know whether and by when we can provide preliminary results of our analysis of the impact of redeterminations through Nov. 2017 on 2018 rates and limitations of that analysis.

Below is a summary of what we expect to provide by when, limitations of the analysis and results, and issues that may jeopardize our ability to provide preliminary results. We are doing our best to provide you with as much information as possible while ensuring the integrity of the data and analysis. We note that the 2018 rates, as submitted to CMS, already include the projected impact of the redeterminations based on information available as of May 2017, which resulted in an average 3% to 4% increase in rates for the rating cohorts impacted by redetermination. The updated analysis will consider data through Nov. 2017, which reflects the end of the 90-day appeal period for members closed through redetermination.

- Data validation: By close of business on Tuesday, Dec. 19, we will have completed our validation of the Nov. 2017 eligibility data to determine if we can proceed with the analysis of the impact of redeterminations on 2018 rates or if there are material data integrity concerns. If material data integrity concerns are identified, we will not be able to commit to providing preliminary results of the redetermination analysis by Dec. 29.
- Preliminary redetermination analysis results: If, by Dec. 19, no material data integrity concerns are identified, we expect to provide preliminary results of our analysis of the impact of redeterminations on 2018 rates by close of business on Friday, Dec. 29.
  - o The preliminary results of the redetermination analysis will reflect an estimate of the impact of redeterminations on the 2016 enrollment and encounter data used in the development of the 2018 rates for FamilyCare. The preliminary results will be based on an analysis of the Tri-County region only and will not include a broader analysis of the entire state.
  - o The preliminary results will not reflect updated risk score analysis based on 2017 encounter data through November, as we will not have sufficient time to complete validation of this data and run it through our risk score model before Dec. 29. This means that an analysis of 2017 encounter/claims information to determine not just the risk scores for assessing relative risk for CCOs within a region but also whether underlying costs and risk profiles for remaining members has changed materially during 2017 relative to what was projected in the 2018 rates will not be included in the preliminary results, but will be incorporated in the final analysis to be completed in January.
  - o The preliminary results will not include the impact of other issues that will be evaluated in conjunction with the final results of the

3

Exhibit 95
Page 6 of 7

redetermination analysis to determine if a rate adjustment and contract amendment is warranted. The other issues being analyzed that will not be included in the preliminary results of the redetermination analysis are as follows:

- Impact of increasing the Substance Use Disorder fee-for-service fee schedule on CCO rates.
- Impact of a recent change in continuous glucose monitoring on the prioritized list, along with the new system released in September (i.e. FreeStyle Libre Flash).
- Impact of enrollment categorization due to eligibility error in age determination.
- Follow-up and analysis of impact of reallocation of costs by AllCare related to mental health add-ons (will not affect Tri-County region).

o A final decision as to whether the combined impact of the redeterminations and the four items listed above necessitates a rate adjustment will not be made by Dec. 29 and will depend on both the final results of the redetermination analysis and the materiality of the impact of all of these items combined on individual CCOs and for the CCO program as a whole.

o Due to the limitations described above, OHA will not be in a position to commit to FamilyCare by Dec. 29 to change the 2018 rates by the amounts indicated in the preliminary analysis. The results of the preliminary analysis would only be appropriate for FamilyCare to use in assessing whether the preliminary results are in line with its estimate of the impact of redeterminations on the risk profile of its members.

If any unforeseen issues arise that impact our ability to deliver the preliminary results as outlined above, we will notify you promptly. Please let me know if you have any questions.

Thank you,
Laura

**Laura Robison**
Chief Financial Officer
Oregon Health Authority
503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) |
laura.robison@state.or.us

<image001.jpg>

4

Exhibit 95
Page 7 of 7