**From:**     Cowie Robb
**To:**        Elizabeth Hayes
**Sent:**      12/20/2017 9:32:44 AM
**Subject:**   update on Family Care situation

I wanted to give you an update on developments between OHA and Family Care. This morning OHA Director Patrick Allen and CFO Laura Robison met with Family Care representatives. They communicated the following message:

- **Our primary obligation and value is to protect Oregonians**. Since Family Care broadly announced its plans to exit the market in 2018, we have received many consumer calls reporting denials of care from FamilyCare providers. Family Care's situation is now having a direct impact on OHP members' care.

- **OHA will begin to implement the transition plan Family Care asked us initiate last week**. We are taking Family Care at its word that it plans to exit the market. Based on the impact of Family Care's actions, today we will ask the alternate CCOs (who will serve OHP members displaced by Family Care's announced closure) to communicate with providers so they can maintain continuity of care for OHP members.

- **OHA will begin directly communicating with Family Care members.** We need to inform members about their new CCO and tell them how they can access needed health care and prescriptions beginning on Jan. 1, 2018. To accomplish that transfer, we will need to begin the notification process by Thursday (Dec. 21, 2017) so that members are notified prior to January 1, 2018.

- **We remain committed to resolving Family Care's financial issues.** For weeks we have explored solutions to Family Care's financial issues with their leaders. However, Family Care has made it clear that its board will not enter the 2018 market without an adjustment to rates that totals $95 million. OHA has talked to Family Care about changing its cost structures so it can continue to operate sustainably within the state's federally-approved rate structure (as the other 15 CCOs are able to do). Family Care has declined to do so.

- **We will continue to provide data to Family Care**. The 2018 rates for all Oregon CCOs have been set by OHA's independent professional actuarial firm. A second independent professional actuarial opinion confirmed the methodology was sound. An independent legal team confirmed it complies with applicable federal laws. We will provide Family Care with requested information to assess the potential impact of redeterminations on 2018 rates. (We note, those rates already include a 3-4 percentage point impact from this work.) While we continue to work to gather the agreed-on data, it is clear to us there are no adjustments in the order of the $95 million Family Care has requested that are likely to result from that process.

- **Next steps**: To ensure OHP members who are enrolled in Family Care are protected during the transition, OHA has asked Family Care to notify us by noon on Thursday December 21, 2017 of their intent to sign a contract renewal to remain in the market in 2018. If Family Care notifies us by that time that they will sign the 2018 contract, we can stop the notification process. If Family Care does not elect to sign a 2018 contract by that date, the member notification process will continue.
  - Alternatively, we would consider a short-term extension, at 2018 rates, to allow more time for the transfer of Family Care's members. That extension, similarly, needs to be agreed to by noon on Thursday December 21, 2017.

Let me know if you have questions. Director Allen is available today to discuss these developments.

Robb Cowie
Communications Director
External Relations Division
Oregon Health Authority
robb.cowie@state.or.us
Desk: 503-945-7849

Exhibit 96
Page 1 of 2
OHA_LIT_00687755

Cell: 503-421-7684
www.oregon.gov/OHA

Exhibit 96
Page 2 of 2
OHA_LIT_00687756