UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | ) ) ) ) ) | |
| Plaintiff, | ) | No. |
| | ) | 3:18-cv-00212-MO |
| vs. | ) | (Leading) |
| | ) | 6:18-cv-00296-MO |
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) | (Trailing) |
| Defendant. | ) ) | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

VIDEOTAPED DEPOSITION OF

KEVIN CLANCY

Taken in behalf of Plaintiff

*   *   *

July 30, 2018

1120 NW Couch Street, 10th Floor

Portland, OR 97209

Janette M. Schmitt, CSR, CCR, RPR
Court Reporter

Exhibit 98
Page 1 of 4

Kevin Clancy, 6/10/2018                Allen, et al. v. FamilyCare, et al.

150

A.    Well --

Q.    Did you ever -- let -- strike that.  Let me just ask the question so --

A.    Okay.

Q.    -- it's clean.  Did you ever observe any State employee acting unprofessionally in any of your encounters with them?

A.    Just really at the end.  Pat Allen I thought was very unprofessional when he told us we were out of business.

Q.    Tell me what you remember about that.

A.    We were meeting with him, thinking we were going to make headway on our conversations, and he sat there in what I saw as a bit of a berating, and said, You know, we need a decision in 24 hours -- I can't remember what he gave us, Or you're out of business.  And that was it.  So we went from a collegial to that.

Q.    Do you remember when that meeting happened?

A.    No.  I don't -- I don't remember the date.  I remember it was first thing in the morning, and...

Q.    And what was it about Mr. Allen that was unprofessional during that meeting?

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Exhibit 98
Page 2 of 4

Kevin Clancy, 6/10/2018                    Allen, et al. v. FamilyCare, et al.

151

A.   Really his tone, and his -- his matter-of-factness, and he had his mind made up.

Q.   Did he explain to you what happened that --

A.   And this is --

Q.   -- made up his mind?

A.   -- this is my opinion, too --

Q.   I understand.

A.   -- by the way.  Right.

Q.   Did he explain to you what had happened that caused him, as you say, to have his mind made up?

A.   He seemed upset that we went public somehow.

Q.   How -- how did he seem upset?  Why -- why do you say that?

A.   He -- he seemed mad about it.

Q.   Okay.

A.   That was the unprofessional part that I saw.

Q.   Okay.  So what was it about him that seemed mad?

A.   Because he was there to put a stake in us and walk out.

Q.   Did he raise his voice?

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Exhibit 98
Page 3 of 4

C E R T I F I C A T E

I, Janette M. Schmitt, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, KEVIN CLANCY personally appeared at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 344, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 3rd of August, 201

_____
JANETTE M. SCHMITT
Certified Shorthand Reporter
Certificate No. 90-0093
Commission Expires:  6/30/20

Exhibit 98
Page 4 of 4