**From:** William (Bill) Murray
**To:** 'Cereghino Katherine J'
**CC:** Falk Theodore C; 'Gordon, Matthew P.(Perkins Coie)'; MCurtice@perkinscoie.com; Jeff Heatherington; Cheri Pfannes
**Sent:** 12/22/2017 5:18:42 PM
**Subject:** RE: 2018 Short Term contract and PSK FamilyCare Inc.
**Attachments:** 2018 CCO Contract Signature Page and Insurance Information122217.pdf; PSK Signature Page 122217.pdf

Kathy,
Please find attached the signature pages for the two contracts and the insurance information for the CCO contract.
Thanks for your help.
Have a great holiday.

Bill

**From:** Cereghino Katherine J [mailto:KATHERINE.J.CEREGHINO@dhsoha.state.or.us]
**Sent:** Friday, December 22, 2017 5:06 PM
**To:** William (Bill) Murray <billm@familycareinc.org>
**Cc:** Jeff Heatherington <JeffH@familycareinc.org>; Falk Theodore C <theodore.falk@doj.state.or.us>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>
**Subject:** RE: 2018 Short Term contract and PSK FamilyCare Inc.

HI Bill,

Please see the reformatted PSK.

Thank you!

Kathy Cereghino
503-947-5522

**From:** Cereghino Katherine J
**Sent:** Friday, December 22, 2017 4:48 PM
**To:** 'William (Bill) Murray' <billm@familycareinc.org>
**Cc:** Jeff Heatherington <jeffh@familycareinc.org>; 'Falk Theodore C' <theodore.falk@doj.state.or.us>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>
**Subject:** 2018 Short Term contract and PSK FamilyCare Inc.

Good afternoon Bill,

Attached is the agreed upon contract and Personal Services Contract for your signature.  Please let me know if you have any questions.

Thank you,


**Kathy Cereghino**

CCO Contract Administrator

OREGON HEALTH AUTHORITY

Health Systems Division

Exhibit 100
Page 1 of 2
FCI0385970

Email: Katherine.J.Cereghino@state.or.us

Desk: (503) 947-5522

Cell: (503) 422-3745

http://www.oregon.gov/OHA

Email: Katherine.J.Cereghino@state.or.us

Desk: (503) 947-5522

Cell: (503) 422-3745

Exhibit 100
Page 2 of 2

FCI0385971