| | |
|---|---|
| **From:** | ROBISON Laura |
| **To:** | Allen Patrick |
| **Sent:** | 12/29/2017 5:00:05 PM |
| **Subject:** | RE: Tri-County Preliminary Redetermination Analysis Results |

I think that's fine.

Laura

503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us

**From:** Allen Patrick
**Sent:** Friday, December 29, 2017 4:58 PM
**To:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>
**Subject:** Re: Tri-County Preliminary Redetermination Analysis Results

Can I share this with select legislators and the governor's office?

Pat.

Sent from my iPhone

On Dec 29, 2017, at 4:54 PM, ROBISON Laura <Laura.Robison@dhsoha.state.or.us> wrote:

Jeff and Bill,

Per our commitment to provide you with preliminary results of our redetermination impact analysis by Dec. 29, please find the attached exhibit and accompanying documentation below.

The results of our preliminary analysis indicate a potential impact of 0-5% on 2018 Tri-County rates due to recent redeterminations. This estimate is in addition to the redetermination impact already included in the 2018 rates based on data through May 2018. We note that this estimate is the result of a preliminary analysis for the Tri-County region only, and additional analysis and data validation will need to be performed to arrive at a final result in January, which may differ from this preliminary range. OHA will evaluate the final results of the redetermination analysis in conjunction with the results of other ongoing analyses to be completed in January. OHA will also evaluate the combined impact of those analyses in conjunction with several other factors, including, but not limited to, program budget, waiver requirements, CMS rules (specifically: 42 CFR 438.7(c)(3)), and state-wide results and impact (other regions included), prior to deciding to move forward with an amendment to the 2018 CCO capitation rates. As such, OHA is not in a position to commit to change the 2018 rates by the amounts indicated in the preliminary analysis.

The documentation below was prepared by Optumas to document their preliminary analysis and accompany the attached exhibit. Please let us know if you have any questions.

Preliminary Redetermination Analysis Results
The purpose of revisiting the redetermination analysis was to use more recent data to better inform the redetermination adjustment made within the CY18 rate development with the full analysis to be completed by mid-January. Upon OHA's request, Optumas agreed to conduct a preliminary analysis by Dec. 29 for the TriCounty region and provide a range of the potential impact to the rates due to updating the redetermination analysis. Due to the short time frame involved, the preliminary (DRAFT) analysis has some limitations that will be noted within the description of the analysis. The results of this DRAFT analysis should be considered estimates and the final results may differ due to the inclusion of additional information and analysis. Optumas is providing a preliminary estimate of a reasonable range for the impact of the revised redetermination factor based on the preliminary review of the data provided by OHA. These estimates should not be considered final and should be interpreted as high level estimates by the reviewer.

Exhibit 101
Page 1 of 4
OHA_LIT_00622363

As part of OHA's request, Optumas agreed to provide an excel summary showing the results of the analysis along with a narrative explaining the analysis.  This is the first of three emails pertaining to the narrative.
The three emails will address:  Data, Methodology, and Results

Data
- CY16 PMPMs are based on the CY16 encounter data and eligibility data used within the CY18 rate development.
  - This data was incurred in CY16 and paid through June 2017.
  - Since the CY16 data was fully validated as part of the CY18 rate development process, there are underreporting factors that were developed and used as part of the CY18 rate process.  These underreporting factors are necessary in order to align the reported encounter data to the reported financial templates submitted by the CCOs.  These same underreporting factors were applied to the CY16 data in this analysis, resulting in a total medical spend (net of subcapitation, Dental, Maternity, and incentive payments) that is equal to that used within the CY18 rate development.
  - The total expenditures shown for CY16 exclude incentive payments, subcapitation expenditures, Dental, and Maternity.
- CY17 PMPMs are based on claims incurred from 1/1/17 – 8/31/17 paid through 11/30/2017 and the corresponding eligibility information for the same time period.
- OHA provided CY17 encounter data and eligibility data through November 2017.  Only the first eight months of CY17 were used within the DRAFT analysis due to concerns with claims data and runout for members not included in earlier data snapshots. The Nov. 2017 eligibility data was used to identify which members were included in analysis and labeled as continuously enrolled.
- Trend factors and Underreporting factors from the CY18 rate process were used as part of this analysis.  Underreporting factors were applied to the CY16 PMPMs and trends were used on the CY17 PMPMs to detrend the PMPMs to the midpoint of CY16.  Note that the CY17 eligibility data was only validated from a longitudinal perspective, ensuring that there were not major gaps in the data provided by OHA.  This validation has been shared with FC by email on Dec. 19.   It should be noted that OHA/Optumas had not planned or committed to validate the CY17 encounter data by this point, but as it was necessary to use it, some high-level validation was conducted to support the preliminary analysis and further validation is required for the final analysis.  Further validation of the CY17 encounters will be prior to the analysis being considered FINAL.
- Risk scores that were used as part of the CY18 rate process were used to inform the risk score comparison shown within the excel exhibit.  These risk scores are based on members that existed in the May 2017 snapshot month and used their CY16 experience to generate risk scores using CDPS+RX  as described within the CY18 rate certification. As discussed within the Methodology section below, risk scores will be updated using emerging CY17 data for the FINAL analysis.
- Optumas is relying on the encounter data and eligibility data provided by OHA to inform this analysis.  As mentioned above, Optumas validated/reviewed the eligibility data for reasonableness but did not conduct a comprehensive audit on the data.

Methodology

The initial approach to the redetermination analysis was going to follow the steps below:
1. Use the November 2017 eligibility snapshot to identify members recently enrolled in the program
2. The eligibility snapshot would be compared to the CY16 eligibility, identifying members that were no longer enrolled in the program
3. The member months and expenditures for the members no longer enrolled in the program would be removed from the CY16 base data
4. The adjusted base data would be compared to the original base data
5. The difference between the adjusted base data and the original base data would be used to inform the revised redetermination adjustment

Upon following this approach, it became clear that this approach ignored the new members that were recently enrolled in the program but did not exist in CY16.  Optumas measured the impact of these new members, and it was very impactful.  For example:  FC has approximately 8,000 members in TANF.  Following the above approach, almost half of the members would be removed resulting in an adjusted membership of 4,500 members.  However, when compared to current membership levels of approximately 8,000 there was a definite gap.  HS had a similar issue, approximately 3.000 of 12,000 enrollees would fall into this gap.  The gap was attributed to new members who came

Exhibit 101
Page 2 of 4
OHA_LIT_00622364

onto the program during the CY17 time period. Medicaid is a highly transient program, so it is not surprising that the level of churn exist within the data. Optumas/OHA determined that it was not appropriate to ignore these new members as they are always present within the Medicaid program at any given time, therefore, another approach to evaluating the impact of redetermination was used in this preliminary/DRAFT analysis.

The approach used within the preliminary/DRAFT analysis included the following steps:

1. The CY16 PMPM was calculated for each rating cohort for both FC and HS and then aggregated into the Tri-County CY16 PMPM. The data used for developing the CY16 PMPM was the same encounter data used within the CY18 rate development. Since the CY16 data was validated during the 2018 rate development process, underreporting factors were developed as part of the rate development process to recognize the missing encounter data when compared to the reported financial data. These same underreporting factors were used in this analysis when developing the CY16 PMPMs. The resulting CY16 expenditures shown in this analysis are equal to the encounter data expenditures (net of Dental, Maternity, Incentive Payments, and Subcapitation) used within the rate process.
2. The CY17 PMPM was calculated using the CY17 data incurred between 1/1/17 – 8/31/17 , paid through November 2017. Encounter data for the months of September through November was not used due to concerns surrounding the completeness of the encounter data. As noted within the Data description, this CY17 data was not validated against reported financials and will need further validation as part of the FINAL analysis.
3. The CY17 PMPMs needed to be detrended to the mid-point of CY16 to ensure that any comparison of the PMPMs would not be influenced by the normal secular trend related to healthcare expenditures. The aggregate trends by rating cohort from the Regional model (Tri-County) used for 2018 rate development were used to detrend the CY17 PMPMs to the midpoint of CY16.
4. With both the CY16 and CY17 being adjusted for the same time period, the two PMPMs could now be compared to estimate any impact the redetermination may have had on the population in question. Note that the results of the preliminary/DRAFT analysis do not capture all of the redeterminations as only experience through August is being utilized in this analysis. However, this approach is using more data the previous estimate and does cover the majority of the time period in which redetermination efforts were transpiring and makes use of data paid through November 2017 for encounters through August 2017.
5. Note that the exhibit shows that there is no impact for redetermination for the following rating cohorts: Child 00-01, Dual-Meds, ABAD&OAA, CAF, and BCCP. These rating cohorts were not impacted by the redetermination efforts with the exception of the Child 00-01, but the revised DRAFT analysis showed results that were not credible for this cohort. Optumas will finalize the results for this cohort for the FINAL analysis.
6. The overall aggregate impact shows that redetermination efforts may have a 3.9% impact on the CY16 base data for the Tri-County region. This is the total impact of redetermination and does not include the 2.5% that is currently being used within the rate model for the Tri-County region. Note that the 2.5% is an aggregate impact and therefore highly influenced by the population mix used to weight the rating cohorts. Previously, OHA quoted a Tri-County average of 3.0%-4.0% being used, but this was indicative of the average impact for those cohorts affected. The redetermination adjustment is actually made at the rating cohort level, and the aggregate impacts are for discussion purposes only.
7. Since this was a preliminary/DRAFT analysis, Optumas developed an estimate range associated with the overall aggregate impact shown in the box labeled "Range of Impact". There are two values Actual Impact – which is the total impact, ignoring the current adjustment already included in the 2018 rates – and the Effective Impact – which is the estimated additional impact beyond the current aggregate adjustment of 2.5% already included in the 2018 Tri-County rates.
8. In addition to estimating the impact of the redetermination efforts on the base data, Optumas also used the risk scores (developed for CY18 based on CY16 base data) to estimate any changes in population risk due to the redetermination efforts.
9. Scored members are members that were enrolled in program both during CY16 and during the November 2017 snapshot month.
10. Non-Scored members are members that were not enrolled during CY16 but enrolled in the November 2017 snapshot month (these members would not have a risk score because they had no CY16 experience).
11. Absent any additional information about the non-scored members, it was assumed that these members would have a similar risk profile as the scored members.
12. The FC and HS raw risk scores were weighted together to calculate an overall regional raw risk score. The scored and non-scored members were used when developing the regional raw risk score.
13. Each of the CCOs raw risk score was divided by the regional raw risk score to calculate a normalized risk score for each rating cohort and CCO

Exhibit 101
Page 3 of 4
OHA_LIT_00622365

14. This normalized risk score is shown in comparison to the actual risk scores used within the CY18 rate development. NOTE: THE NORMALIZED RISK SCORES ARE SHOWN FOR INORMATIONAL PURPOSES ONLY. DUE TO THE NUMBER OF NON-SCORED MEMBERS, THE RISK SCORES MAY BE SKEWED, THE FINAL ANALYSIS WILL INCORPORATE RISK SCORES BASED ON EMERGING CY17 DATA.

Results

Overall the results of this Preliminary/DRAFT analysis indicate the aggregate regional rate for the TriCounty could increase by 0.0% - 5.0% (This is the effective increase shown in the exhibit and considers the 2.5% already being applied within the CY18 rate development). Optumas will conduct further analyses over the next couple of weeks to better inform the final impact.

The results of the risk score summary show the normalized risk scores for each of the rating cohorts for both of the CCOs within the TriCounty region. However, NOTE: THE NORMALIZED RISK SCORES ARE SHOWN FOR INORMATIONAL PURPOSES ONLY. DUE TO THE NUMBER OF NON-SCORED MEMBERS, THE RISK SCORES MAY BE SKEWED, THE FINAL ANALYSIS WILL INCORPORATE RISK SCORES BASED ON EMERGING CY17 DATA

**Laura Robison**
Chief Financial Officer
Oregon Health Authority
503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us



<OR CY18 - Dec Redetermination Estimate.pdf>

Exhibit 101
Page 4 of 4
OHA_LIT_00622366