| | |
|---|---|
| **From:** | Zachary Aters |
| **To:** | ROBISON Laura |
| **CC:** | GUEST Chelsea A; Actuarial Services; Barry Jordan; Jessica Grado; Joshua Laventis; Martin McNamara; Preston Denna; Frazier Calah C; LI Nancy; Cereghino Katherine J; ROE Daniel; SPRING-RHYNE Fillard; Falk Theodore C; WILLS Kathy R; Busek Rhonda J; STAPLES Roger |
| **Sent:** | 2/28/2018 11:52:39 AM |
| **Subject:** | RE: PLEASE REVIEW - Email to CCOs |

Hi Laura,

Trillium's questions from the FAQ document are shown below

| Trillium | Please provide the updated regional rate models for CCO A and CCO B and for C CCO G |
|---|---|
| **Trillium** | Please share exhibits similar to the "OR CY18 Paid Eligibility Summary 2018-01-22" fc health enrollment and dental enrollment |
| **Trillium** | Please provide the revised dental development |
| **Trillium** | Please provide an updated individual member level risk score file |

I think the third question was related to sharing the updated risk score file that Nancy ran using emerging 2017 data. It is unclear from the question what their focus is, PAID COA or Redetermination. However, since we did not update the risk scores, I do not believe these files we shared.

In addition, we did look at normalized risk scores incorporating redetermination and there was minimal impact similar to PAID COA.

Let me know if you have additional questions or would like to discuss, it may be helpful to have this as an agenda item for today's check-in.

Zachary Aters ASA, MAAA | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2495 | c. 480.280.5881 | zachary.aters@optumas.com

**From:** ROBISON Laura [mailto:Laura.Robison@dhsoha.state.or.us]
**Sent:** Wednesday, February 28, 2018 12:43 PM
**To:** Zachary Aters <zachary.aters@optumas.com>
**Cc:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; Actuarial Services <Actuarial.Services@dhsoha.state.or.us>; Barry Jordan <barry.jordan@optumas.com>; Jessica Grado <jessica.grado@optumas.com>; Joshua Laventis <joshua.laventis@optumas.com>; Martin McNamara <martin.mcnamara@optumas.com>; Preston Denna <preston.denna@optumas.com>; Frazier Calah C <CALAH.C.FRAZIER@dhsoha.state.or.us>; LI Nancy <Nancy.LI@dhsoha.state.or.us>; Cereghino Katherine J <KATHERINE.J.CEREGHINO@dhsoha.state.or.us>; ROE Daniel <Daniel.ROE@dhsoha.state.or.us>; SPRING-RHYNE Fillard <Fillard.SPRING-RHYNE@dhsoha.state.or.us>; Falk Theodore C <theodore.falk@doj.state.or.us>; WILLS Kathy R <Kathy.R.WILLS@dhsoha.state.or.us>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>; STAPLES Roger <Roger.STAPLES@dhsoha.state.or.us>
**Subject:** RE: PLEASE REVIEW - Email to CCOs

Hi Zach – Was Trillium's question focused on the Paid COA issue? Or the redeterminations?

Exhibit 104
Page 1 of 3
OHA_LIT_01203456

Thanks,
Laura

503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us

**From:** Zachary Aters [mailto:zachary.aters@optumas.com]
**Sent:** Wednesday, February 28, 2018 9:48 AM
**To:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>
**Cc:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; Actuarial Services <Actuarial.Services@dhsoha.state.or.us>; Barry Jordan <barry.jordan@optumas.com>; Jessica Grado <jessica.grado@optumas.com>; Joshua Laventis <joshua.laventis@optumas.com>; Martin McNamara <martin.mcnamara@optumas.com>; Preston Denna <preston.denna@optumas.com>; Frazier Calah C <CALAH.C.FRAZIER@dhsoha.state.or.us>; LI Nancy <Nancy.LI@dhsoha.state.or.us>; Cereghino Katherine J <KATHERINE.J.CEREGHINO@dhsoha.state.or.us>; ROE Daniel <Daniel.ROE@dhsoha.state.or.us>; SPRING-RHYNE Fillard <Fillard.SPRING-RHYNE@dhsoha.state.or.us>; Falk Theodore C <theodore.falk@doj.state.or.us>; WILLS Kathy R <Kathy.R.WILLS@dhsoha.state.or.us>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>; STAPLES Roger <Roger.STAPLES@dhsoha.state.or.us>
**Subject:** Re: PLEASE REVIEW - Email to CCOs

Good Morning
The cohorts primarily impacted by Paid COA were 0-1 children and 1-5 children.

The 0-1 children are not risk adjusted and the impact on the 1-5 children cohort was "de minimis " on a normalized basis.  Since there was no significant impact and in an effort to minimize unnecessary changes, no change in risk score was applied.

Please let me know if there are additional questions

Sent from my iPhone

On Feb 28, 2018, at 8:29 AM, ROBISON Laura <Laura.Robison@dhsoha.state.or.us> wrote:

Hi Chelsea,

Just two comments/questions:
- Small typo in the first bullet under "Wave 2" - change "day" to "days"
- In the FAQ, we note that risk scores did not change. Even if the risk score for individuals changed, didn't the CCO normalized scores update to reflect changes in enrollment?

Thanks!

Sent from my iPhone

On Feb 27, 2018, at 4:29 PM, GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us> wrote:

Hi Laura, Zach & Team -- The following is a draft email to send to all CCOs (except FC) and the attached FAQ. At the end of the email, we will insert questions and responses by CCOs using the attached FAQ. I talked to Kathy today and it sounds like contracts may not go out tomorrow due to questions with CMS. I adjusted the language to state COB 3/1. Please review this language and let me know if you have edits. We will plan on sending this first thing tomorrow morning.


**Subject: 2018 Rate Update - <CCO name>**

Dear <insert CCO name>,

Attached is your final rate package for the CY18 retroactive rate amendment (i.e. MCO tax, redetermination, etc.) and

Exhibit 104
Page 2 of 3
OHA_LIT_01203457

includes the following items:

- CY18 CCO-specific rate development summary
- CY18 Regional Rate Model (CCO-A & CCO-B)
- CY18 Regional Mental Health Only (CCO-E & CCO-G)
- CY18 Maternity Model
- CY18 Contract Rate Sheets
- CY18 Updated Rate Certification

## Contract & Rate Implementation

An executable contract will follow this email and will be delivered by COB 3/1/18. CCOs will have 60 days to review the contract amendment and it will be effective for the May 2018 capitation cycle. If a CCO would like this adjustment to be reflective in their April capitation; CCOs can opt to sign the amendment and return it to OHA by March 16th, or wave #1. Please see the information below regarding implementation and your choice. Retroactive adjustments for previous months will be scheduled mid-March after we identify who is in wave #1.

**Wave #1: Implement the 2018 rate update for April's Capitation Cycle**
- CCOs must send executed contract to OHA by COB March 16, 2018 (earlier notification is encouraged)
- Retroactive transactions for Jan-Mar will be scheduled and distributed to CCOs who choose this expedited timing

**Wave #2: Implement the 2018 rate update for May's Capitation Cycle**
- CCOs have 60 day to review and sign their contract amendment (due to OHA by April 30, 2018)
- May 2018 capitation will reflect the new rates
- Retroactive transactions for Jan-Apr will be scheduled and distributed to CCOs after the first wave has been scheduled

In addition, thank you for your feedback on the 2018 rate update. OHA has responded to questions during the normal review window in this release. If you asked a question, the responses will be reflected below. Thank you and please send any questions to the Actuarial.Services@state.or.us inbox.

<Insert Questions & Response, if applicable to a CCO - see FAQ>


**Chelsea A. Guest**
Manager, Actuarial Services
Fiscal and Operations Division
Chelsea.A.Guest@state.or.us
503-383-6260


<image001.jpg>

CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

<FAQc_Retro_Prosp_2018rates_201802_DRAFT_CL_CF_CG_ZA.docx>

Exhibit 104
Page 3 of 3
OHA_LIT_01203458