**From:** ROBISON Laura
**To:** William (Bill) Murray
**CC:** Allen Patrick; Cowie Robb; Jagger Dawn; Kautz Kristine M
**Sent:** 12/15/2017 2:25:57 PM
**Subject:** FamilyCare/OHA Contingency Plan Contacts

Hi Bill and Jeff,

Per Pat and Jeff's conversation and my and Bill's conversations today, we agreed that while we continue to work together to find a path for FamilyCare to continue to serve OHP members in 2018, we also should work together on a contingency plan to minimize disruption to members if FamilyCare decides not to continue in 2018. I am connecting you with Kris Kautz, OHA's COO, who is leading our internal team on this work, and she will reach out to you to coordinate next steps. We also agreed that OHA will reach out to HealthShare for contingency planning purposes and may need to convene discussions between OHA, FamilyCare, and HealthShare staff for planning purposes.

After our phone call, our team also realized that it might be helpful for our communications teams to meet to coordinate and ensure that we have a consistent statement and information while we continue to work together. I'm copying our Communications Director, Robb Cowie, and it would be great if you could connect him with the right person on your team.

Thanks,
Laura

**Laura Robison**
Chief Financial Officer
Oregon Health Authority
503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us



Exhibit 105
Page 1 of 1
OHA_LIT_00749789