**From:** Cowie Robb
**To:** Hillary Borrud
**Sent:** 12/18/2017 4:28:53 PM
**Subject:** RE: story today on Family Care
**Attachments:** 2018 CCO Rate Briefing 121317.pdf

Hillary:

Emailing you answers to your questions since things are fluid right now.

*Could someone please provide a status update on the Oregon Health Authority's 2018 contract negotiations with Family Care? Are they ongoing? What notice has Family Care provided to OHA regarding its intent to sign a 2018 contract?*

OHA has finalized the payment rates Oregon's 16 Coordinated Care Organizations (CCOs) will receive in 2018. CCOs provide health care services for more than 900,000 vulnerable Oregonian children and adults on the Oregon Health Plan (OHP). Rates provide CCOs the resources to ensure OHP members have access to the health care they need and public dollars are spent wisely.

Officials with FamilyCare Health, Oregon's second largest Coordinated Care Organization (CCO), have told OHA that they are not able to continue their business under the 2018 rate structure. On Dec. 15, FamilyCare asked OHA for help to begin planning to transition the OHP members they serve to other CCOs.

Here's a quote from Director Allen: "We continue to work with FamilyCare and hope that they will continue serving the Portland market in 2018. This is their business decision to make.  If they decide that their business model is not financially viable, we look forward to working with them to ensure an orderly transition of their clients."

*What is the deadline for the state and Family Care to finalize a 2018 contract?*
The 2018 contract must be signed by December 31, 2017. If Family Care decides to close, its members would not lose their Medicaid coverage and can continue to receive health care services through the Oregon Health Plan (assuming they remain eligible).

*Can someone also please send me the annual estimated value of Family Care's current contract and roughly how many OHP members they serve?*
Family Care serves approximately 113,000 members. The annual value of their contract is between $550-$600 million depending on the number of members they have at a given point in time.

*Does the state have a plan if Family Care stops working with the state?*
On Friday, OHA began working with Family Care on a transition to enroll Family Care's members in other CCO's and maintain their continuity of care.

FYI, for additional context, I'm forwarding you a presentation on CCO rate-setting Laura Robison made to the legislature last week. Jeff requested this earlier today. Let me know if you have additional questions.

Robb Cowie
Communications Director
External Relations Division
Oregon Health Authority
robb.cowie@state.or.us
Desk: 503-945-7849
Cell: 503-421-7684
www.oregon.gov/OHA

Exhibit 106
Page 1 of 2
OHA_LIT_00687765

**From:** Hillary Borrud [mailto:HBorrud@oregonian.com]
**Sent:** Monday, December 18, 2017 1:26 PM
**To:** Sawyers Mary <MARY.SAWYERS@dhsoha.state.or.us>; England Saerom Y <SAEROM.Y.ENGLAND@dhsoha.state.or.us>
**Cc:** Cowie Robb <ROBB.COWIE@dhsoha.state.or.us>
**Subject:** story today on Family Care

Hi,

I'm working on a short update this afternoon on the situation with Family Care (Jeff Manning is out of the office this week, or else he'd be covering it).

Could someone please provide a status update on the Oregon Health Authority's 2018 contract negotiations with Family Care? Are they ongoing? What notice has Family Care provided to OHA regarding its intent to sign a 2018 contract? What is the deadline for the state and Family Care to finalize a 2018 contract?

Thanks,

-- Hillary Borrud
State Politics Reporter
The Oregonian
@hborrud
Office (503) 294-4034
Cell (503) 781-4039

Exhibit 106
Page 2 of 2
OHA_LIT_00687766