**From:** Allen Patrick
**To:** Kautz Kristine M
**Sent:** 12/19/2017 12:53:24 PM
**Subject:** RE: FamilyCare/OHA Contingency Plan Contacts

This looks promising, yes?

Pat.

**From:** Kautz Kristine M
**Sent:** Tuesday, December 19, 2017 12:18 PM
**To:** Allen Patrick <Patrick.Allen@dhsoha.state.or.us>
**Subject:** FW: FamilyCare/OHA Contingency Plan Contacts

FYI.  Kris

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Tuesday, December 19, 2017 11:49 AM
**To:** Kautz Kristine M <KRISTINE.M.KAUTZ@dhsoha.state.or.us>; ROBISON Laura
<Laura.Robison@dhsoha.state.or.us>; FALK Theodore <theodore.c.falk@doj.state.or.us>; Gordon, Matthew P.
(Perkins Coie) <MGordon@perkinscoie.com>; Cheri Pfannes <CheriP@familycareinc.org>; Art Suchorzewski
<ArtS@familycareinc.org>; Oscar Clark <OscarC@familycareinc.org>
**Subject:** RE: FamilyCare/OHA Contingency Plan Contacts

Kris,
As follow-up to yesterday's meeting, please see the attached matrix of OHP member information for discussion at
today's meeting.
As noted, the purpose of the matrix is to identity information needed to accomplish an orderly and reasonable transfer
of Member cares in progress should OHA and FamilyCare not enter into a 2018 contract.  I believe the matrix covers
the data elements we discussed yesterday and one additional category ("high risk" members) that FamilyCare
identified and has added to the document.
If we can reach agreement that this schedule summarizes the needed information, we can work on the specific detaisl
related to each data element (fields contained in each report, timeframe for delivery....)
If you have any questions in advance of today's meeting, please let me know.
Thank you,
Bill

**William (Bill) Murray**
**Chief Operating Officer**
825 NE Multnomah St, Suite 1400, Portland, OR 97232
Office: 503-734-3147
Cell: 503-858-0426
Fax: 503-734-3197
*billm@familycareinc.org*



This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and
exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby
notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this
message in error, please immediately advise the sender by reply email and delete the message.

Exhibit 107
Page 1 of 5
OHA_LIT_00656488

**From:** William (Bill) Murray
**Sent:** Monday, December 18, 2017 12:51 PM
**To:** 'Kautz Kristine M' <KRISTINE.M.KAUTZ@dhsoha.state.or.us>; ROBISON Laura <Laura.Robison@dhsoha.state.or.us>
**Cc:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>; Stacy Burdick-Denham <StacyBD@familycareinc.org>
**Subject:** RE: FamilyCare/OHA Contingency Plan Contacts

Kris,
We have arranged for counsel to be on the line, so we are good to go for the 2 pm meeting.
Thanks
Bill

**From:** Kautz Kristine M [mailto:KRISTINE.M.KAUTZ@dhsoha.state.or.us]
**Sent:** Monday, December 18, 2017 12:47 PM
**To:** William (Bill) Murray <billm@familycareinc.org>; ROBISON Laura <Laura.Robison@dhsoha.state.or.us>
**Cc:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>; Stacy Burdick-Denham <StacyBD@familycareinc.org>
**Subject:** RE: FamilyCare/OHA Contingency Plan Contacts

Sounds good, Bill. We are flexible here. Kris

**Kris Kautz**
Chief Operating Officer
Oregon Health Authority
503-947-2344 (desk) | 503-945-5908 (Athena Tice, Executive Assistant) | Kristine.kautz@dhsoha.state.or.us

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Monday, December 18, 2017 12:19 PM
**To:** Kautz Kristine M <KRISTINE.M.KAUTZ@dhsoha.state.or.us>; ROBISON Laura <Laura.Robison@dhsoha.state.or.us>
**Cc:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>; Stacy Burdick-Denham <StacyBD@familycareinc.org>
**Subject:** RE: FamilyCare/OHA Contingency Plan Contacts

Thanks Kris. Our attorney is in another meeting right now---I expected a call back within about 10-15 minutes and will let you know.
Thanks,
Bill

**From:** Kautz Kristine M [mailto:KRISTINE.M.KAUTZ@dhsoha.state.or.us]
**Sent:** Monday, December 18, 2017 12:17 PM
**To:** William (Bill) Murray <billm@familycareinc.org>; ROBISON Laura <Laura.Robison@dhsoha.state.or.us>
**Cc:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>; Stacy Burdick-Denham <StacyBD@familycareinc.org>
**Subject:** RE: FamilyCare/OHA Contingency Plan Contacts

Hi Bill – If we can't make 2 pm work, we are happy to find time (more than likely tomorrow) that works for everyone. And, our discussion is to work through the expectations for the transition that provides the smoothest transition of information and data for the members. I hope this helps. Kris

**Kris Kautz**
Chief Operating Officer
Oregon Health Authority
503-947-2344 (desk) | 503-945-5908 (Athena Tice, Executive Assistant) | Kristine.kautz@dhsoha.state.or.us

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]

Exhibit 107
Page 2 of 5
OHA_LIT_00656489

**Sent:** Monday, December 18, 2017 11:59 AM
**To:** Kautz Kristine M <KRISTINE.M.KAUTZ@dhsoha.state.or.us>; ROBISON Laura <Laura.Robison@dhsoha.state.or.us>
**Cc:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>; Stacy Burdick-Denham <StacyBD@familycareinc.org>
**Subject:** RE: FamilyCare/OHA Contingency Plan Contacts

Kris,
If the intent of OHA is to have legal counsel present, FamilyCare will also need to have counsel present.  I am not sure that can be arranged by 2pm.  Also, I have concerns about other individuals on your list that I will need to discuss with counsel.  I will get back to you asap.

It would be helpful from our standpoint if OHA were to provide its expectations of FamilyCare under the terms of the CCO contract, including the CCO contract expectations to accomplish an "orderly and reasonable transfer of Member care in progress, whether or not those Members are hospitalized"

Thank you,

Bill


**From:** Kautz Kristine M [mailto:KRISTINE.M.KAUTZ@dhsoha.state.or.us]
**Sent:** Monday, December 18, 2017 11:51 AM
**To:** William (Bill) Murray <billm@familycareinc.org>
**Cc:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>; Stacy Burdick-Denham <StacyBD@familycareinc.org>
**Subject:** RE: FamilyCare/OHA Contingency Plan Contacts

Hi Bill –

In the meeting will be the following people:

Me
Ted Falk, OHA Legal Counsel and he is working with us on drafting the data sharing agreements
Rhonda Busek, CCO Program
Ron Buchanen, OHA's Privacy and Security Manager
Dawn Jagger, External Relations Director

Please invite those that you would like to have to the table.  Talk with you at 2 pm.  Kris

**Kris Kautz**
Chief Operating Officer
Oregon Health Authority
503-947-2344 (desk) | 503-945-5908 (Athena Tice, Executive Assistant) | Kristine.kautz@dhsoha.state.or.us


**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Monday, December 18, 2017 9:03 AM
**To:** Kautz Kristine M <KRISTINE.M.KAUTZ@dhsoha.state.or.us>
**Cc:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>; Stacy Burdick-Denham <StacyBD@familycareinc.org>
**Subject:** RE: FamilyCare/OHA Contingency Plan Contacts

Kris,
I have confirmed that 2-3 pm would work for a contingency planning meeting.
Please let me (or Stacy, copied on this email) know if this time works for you…and who you would prefer to have set up the conference line.
Thanks,
Bill

Exhibit 107
Page 3 of 5
OHA_LIT_00656490

**From:** William (Bill) Murray
**Sent:** Saturday, December 16, 2017 3:41 PM
**To:** Kautz Kristine M <KRISTINE.M.KAUTZ@dhsoha.state.or.us>
**Cc:** Laura.Robison@dhsoha.state.or.us; Lisa Jones <LisaJ@familycareinc.org>
**Subject:** Re: FamilyCare/OHA Contingency Plan Contacts

Thanks Kris for the email and introduction. I believe 2 pm on Monday will work. I will confirm the time early Monday as I would like include both our compliance officer and our VP of Integrated Services in our initial discussion. Please let me know if you have any concerns about including this broader group in the initial meeting—-I would be glad to scale it back if you would like a first conversation between just the two of us.

Bill


Sent from my iPhone

On Dec 15, 2017, at 6:24 PM, Kautz Kristine M <KRISTINE.M.KAUTZ@dhsoha.state.or.us> wrote:

Hi Bill –

As Laura indicated, I'm part of the team to discuss contingency planning if OHA and FamilyCare are unable to find a path forward to serve OHP members in 2018.  Something that came up in our planning discussions today was concern around prior authorizations and pharmacy authorizations if a transition were to occur.   We will need to discuss how to smooth this transition with data/information so that people that need to renew reoccurring medications, etc. in a transition don't get stuck somewhere without the ability to get the care/medications that they need.   I'd like to set up a meeting for Monday, if possible, to discuss this further.  Do you have any time between 1-3 pm on Monday to discuss via phone?  If not, I will work towards finding a time that works for everyone's calendars.  Your help is much appreciated.  I hope you have a good weekend.  Take care, Kris

**Kris Kautz**
Chief Operating Officer
Oregon Health Authority
503-947-2344 (desk) | 503-945-5908 (Athena Tice, Executive Assistant) | Kristine.kautz@dhsoha.state.or.us


**From:** ROBISON Laura
**Sent:** Friday, December 15, 2017 2:26 PM
**To:** William (Bill) Murray <billm@familycareinc.org>
**Cc:** Allen Patrick <Patrick.Allen@dhsoha.state.or.us>; Cowie Robb <ROBB.COWIE@dhsoha.state.or.us>; Jagger Dawn <Dawn.Jagger@dhsoha.state.or.us>; Kautz Kristine M <KRISTINE.M.KAUTZ@dhsoha.state.or.us>
**Subject:** FamilyCare/OHA Contingency Plan Contacts

Hi Bill and Jeff,

Per Pat and Jeff's conversation and my and Bill's conversations today, we agreed that while we continue to work together to find a path for FamilyCare to continue to serve OHP members in 2018, we also should work together on a contingency plan to minimize disruption to members if FamilyCare decides not to continue in 2018. I am connecting you with Kris Kautz, OHA's COO, who is leading our internal team on this work, and she will reach out to you to coordinate next steps. We also agreed that OHA will reach out to HealthShare for contingency planning purposes and may need to convene discussions between OHA, FamilyCare, and HealthShare staff for planning purposes.

After our phone call, our team also realized that it might be helpful for our communications teams to meet to coordinate and ensure that we have a consistent statement and information while we continue to work together. I'm copying our Communications Director, Robb Cowie, and it would be great if you could connect him with the right person on your team.

Thanks,

Exhibit 107
Page 4 of 5
OHA_LIT_00656491

**Laura Robison**
Chief Financial Officer
Oregon Health Authority
503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us



Exhibit 107
Page 5 of 5
OHA_LIT_00656492