| | |
|---|---|
| **From:** | Danielle@oregoncitymedical.com |
| **To:** | Allen Patrick |
| **CC:** | SEN MonnesAnderson |
| **Sent:** | 12/24/2017 9:49:06 AM |
| **Subject:** | Re: Family Care versus OHA |

Thank you Mr Allen, I trust you will do the right thing for our patients and for Oregon. You know more than I do, when it comes to the business aspect of health care, but I do know more when it comes to the health of our patients. I hope, that together, your agency and we, the providers, can work together to keep Oregon healthy and safe. Danielle

Danielle Blackwell, DNP, FNP-BC
*Beaverton Family Medicine | Gresham Family Medicine | Oregon City Medical | Tualatin Family*
*728 Molalla Ave Oregon City, OR 97045*
*PH: 503-656-9030 Fax: 503-656-9026*

This email is confidential and may be legally protected. It is intended solely for the addressee. Access to this email by anyone else, unless expressly approved by the sender or an authorized addressee, is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action omitted or taken in reliance on it, is prohibited and may be unlawful. If you believe that you have received this email in error, please contact the sender or by calling 503-656-9030, and delete this e-mail and destroy all copies.

----- **Original Message** -----
**From:** Allen Patrick [mailto:Patrick.Allen@dhsoha.state.or.us]
**To:** Danielle@oregoncitymedical.com
**Cc:** Sen.LaurieMonnesAnderson@state.or.us
**Sent:** Sun, 24 Dec 2017 17:32:42 +0000
**Subject:** Re: Family Care versus OHA

Danielle,

I completely understand and respect that providers are coming at this from a patient-centered point of view. Thank you.

You mention paying FamilyCare the same rate for serving the same population, and that really is the thing. I apologize that what follows is a little geeky, but it's really important.

In my earlier email, I mentioned different categories of OHP enrollment (kids, women with cancer, etc.). The amount we pay CCOs varies hugely, from a couple hundred per month for healthy categories, up to thousands per month for categories that have more needs. The simple fact is FamilyCare isn't serving the same population. They have relatively more people in the healthy categories, and relatively fewer people in the sicker categories, compared to Health Share.

In fact, if FamilyCare saw the same people they do now, but got paid Health Share's slightly higher rates, they would make just $12 million more, out of over $500 million in revenue. That's compared to their anticipated loss of $95 million.

Exhibit 108
Page 1 of 4
OHA_LIT_00689980

To me, the bigger issue you raise is around effective delivery and coordination of behavioral health services at a price we can afford. This is a state-wide problem that existed before the situation with FamilyCare, and will continue after.

If there is a silver lining to come out of this, I hope this will provide an opportunity to tackle that set of problems.

Pat.

Sent from my iPhone

On Dec 24, 2017, at 9:13 AM, "Danielle@oregoncitymedical.com" <Danielle@oregoncitymedical.com> wrote:
Thank you Mr Allen for your response. I really appreciate that you took the time to validate my concerns and respond to my email, and also thank you Senator for forwarding my message to the one person who could change the situation. It is sad that money has forced us into an impasse. Yes, Family Care pays a little better than Care Oregon, but we were in business before the raise, and we will survive with a lower pay. Contrary to what is in the news, it is not about the money for a lot of us. There may be some clinics that opened after the raise to take advantage of the money, but for a lot of us, we were in business long before the raise, and have always serviced the underserved and the Medicaid population. The one reason I support Family Care, is because of their philosophy about health care. They have encouraged integrative medicine, non-allopathic care to get away from prescribing opiate to keep the patients safer, and most of all, they have encouraged providing mental health in the neighborhood, to keep our patients with mental health or addiction safer, when HealthShare does not have a mental health program. The Care Oregon patients are referred out to organizations that are mostly underpaid and understaffed, leaving the patients waiting for months before they are seen. The way I understood it, Family Care is only asking for parity in payment for servicing the same population as Health Share. We, the providers know that the patients are just as sick as the ones serviced by Health Share. This may not be obvious to auditors or the business world, but we, the providers know our patients, and know how sick they get, even if the numbers, at the time of the audit did not show the complexity of their case. This may be, because we, the providers, and Family Care were doing a good job, at the time of the audit. Thank you for your consideration, and Merry Christmas to both of you. Danielle

Danielle Blackwell, DNP, FNP-BC
*Beaverton Family Medicine | Gresham Family Medicine | Oregon City Medical | Tualatin Family*
*728 Molalla Ave Oregon City, OR 97045*
*PH: 503-656-9030 Fax: 503-656-9026*

This email is confidential and may be legally protected. It is intended solely for the addressee. Access to this email by anyone else, unless expressly approved by the sender or an authorized addressee, is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action omitted or taken in reliance on it, is prohibited and may be unlawful. If you believe that you have received this email in error, please contact the sender or by calling 503-656-9030, and delete this e-mail and destroy all copies.

----- Original Message -----
From: Allen Patrick [mailto:Patrick.Allen@dhsoha.state.or.us]
To: Sen.LaurieMonnesAnderson@state.or.us,danielle@oregoncitymedical.com
Sent: Sun, 24 Dec 2017 15:48:26 +0000
Subject: Re: Family Care versus OHA

Ms. Blackwell,

Senator Monnes-Anderson forwarded me your email and asked that I reply.

Exhibit 108
Page 2 of 4
OHA_LIT_00689981

Since coming to the Oregon Health Authority in September, I and my team have been working very hard to validate the concerns FamilyCare has raised about the rate-setting process. After our own review, and after bringing in third-party outside experts to review the process, we just can't.

When you compare FamilyCare and Health Share rates category by category (young children, the elderly and disabled, women with breast and cervical cancer, and so on), the rates are almost identical.

FamilyCare has to make its own business decision about whether their business model is financially viable. Now that they have decided to exit the Oregon Health Plan market, we are working closely with them to ensure this transfer is as smooth as possible.

I'm very pleased that FamilyCare and OHA have agreed to continue FamilyCare's service through the end of January. After that, your patients under treatment will be able to continue with you for 90 days, though at "fee-for-Service" or Health Share contracted rates. Health Share is also working to expand its provider network.

I know this is a difficult time for you and your patients. I'm committed to doing everything we can to make this transition as smooth as possible.

Pat.

Patrick Allen
Director
Oregon Health Authority


Begin forwarded message:
**From:** <Danielle@oregoncitymedical.com>
**Date:** December 22, 2017 at 12:59:59 PM CST
**To:** <Sen.LaurieMonnesAnderson@oregonlegislature.gov>
**Subject: Family Care versus OHA**
**Reply-To:** <Danielle@oregoncitymedical.com>

Dear Senator, I am writing to please ask you to take action regarding the issue between Family Care and OHA. This is a bipartisan issue, because so many families have at least one if no more members who suffer from mental illness or addiction. As we are all approaching Christmas, we are thinking of celebrating with our families, in our warm houses, when my patients, and thousands of Oregonians with mental health are having a crisis about losing their mental health provider. HeathShare does a good job on the medical side, but FamilyCare has a much better mental health program, allowing small clinics in the neighborhood to offer mental health along with primary care. A lot of these patients do not feel comfortable going to big organizations, they feel safe walking or taking a bus to their neighborhood clinic. These patients are not cattle, being moved from one pasture to another, or from one CCO to another. They are human beings with feelings and fears. They are Oregonians, a lot of them are democrats and they voted for our democratic legislators. Please keep Oregon a democracy, we do not want the Washington regime to come to Oregon. We need to continue being who we are, we need to care for each other, and especially for the sick, the disabled and the elderly. I am asking you to please intervene and help resolve this issue, and keep Family Care in business so we can give the good news to our patients. Thank you for your consideration. Merry Christmas. Danielle


Danielle Blackwell, DNP, FNP-BC
*Beaverton Family Medicine | Gresham Family Medicine | Oregon City Medical | Tualatin Family*
*728 Molalla Ave Oregon City, OR 97045*
*PH: 503-656-9030 Fax: 503-656-9026*

Exhibit 108
Page 3 of 4
OHA_LIT_00689982

This email is confidential and may be legally protected. It is intended solely for the addressee. Access to this email by anyone else, unless expressly approved by the sender or an authorized addressee, is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action omitted or taken in reliance on it, is prohibited and may be unlawful. If you believe that you have received this email in error, please contact the sender or by calling 503-656-9030, and delete this e-mail and destroy all copies.

Exhibit 108
Page 4 of 4
OHA_LIT_00689983