

**KATE BROWN**
Governor

August 16, 2017

Patrick Allen
Acting Director
Oregon Health Authority
500 Summer Street NE, E-20
Salem, OR  97301

Patrick,

In your role as Acting Director, your highest priority from day one should be restoring trust with the public, legislators, stakeholders, and most importantly the clients the Oregon Health Authority serves.  OHA must be a responsible and careful steward of taxpayer dollars. I expect you to steer the Oregon Health Authority towards these goals while recruitment for the permanent director gets underway.

The agency must align itself with my priorities and promote transparency, the wise use of taxpayer dollars, and integrity throughout its service delivery.  Including ensuring accurate eligibility and maximizing enrollment into coordinated care organizations.  My office will work closely with you during the transition on major policy decisions to ensure they are aligned with my priorities.

I also expect you to immediately evaluate OHA's leadership team based on their ability to fulfill the agency's critical mission responsibly and make personnel changes as you see fit.

It is a priority for me that every Oregonian has access to affordable, high quality health care.  Oregonians have a right to a healthy, independent life that allows them to succeed.  Protecting this fundamental tenant helps build strong communities because high health care costs strain budgets for families, businesses, and ultimately the state.  Yet, this is an impossible goal unless the Oregon Health Authority is capable of maintaining a high value and sustainable health care system.

We've had a lot of success fulfilling this mission and today Oregon is considered a national leader in health care.  We've expanded health care coverage to 95% of all Oregonians and every child.  We've proven through coordinated care organizations in Medicaid that health care quality can be improved while keeping costs from rising out of control by integrating care and paying for performance.





EXHIBIT NO. 113
6·15·18
Schmitt Reporting

Exhibit 109
Page 1 of 2

Patrick Allen
August 16, 2017
Page 2


But, there's more to do.  Going forward, my health care priorities include:
- Protecting the gains in health care coverage and ensuring all Oregonians in all parts of the state have access to affordable, high quality health care coverage.
- Containing health care costs by paying for value and outcomes rather than volume of services, and setting expectations for operating within a sustainable budget.
- Ensuring Oregonians receive the highest quality, patient-centered care by rewarding improvements in quality of care and increasing enrollment into coordinated care.
- Increasing investments in services that keep people healthy, independent, and thriving.
- Integrating and improving mental health and addictions services, particularly for kids.


Thank you for your willingness to serve in this capacity and for your service on behalf of Oregonians.

Sincerely,

Governor Kate Brown

Exhibit 109
Page 2 of 2