**From:**    William (Bill) Murray
**To:**      ROBISON Laura
**CC:**      Kevin Clancy
**Sent:**    11/29/2017 10:50:17 AM
**Subject:** RE: Data update

Laura,

I am responding directly to you to express FamilyCare's heightened concerns related to the member month discrepancy issue we have been discussing. As you are aware, FamilyCare identified significant member month discrepancies upon submission of its initial rates template in April, 2017 and repeated those concerns throughout the 2018 rate development process. We appreciate the help you have provided in trying to resolve these concerns, and we are, for the first time, receiving detail information that provides insight into this issue. Unfortunately, the information now being revealed causes us increased concerns about the validity and integrity of the rate development process, starting with the accuracy of the base data. My comments below are "blunt and to the point" as we have agreed that this level of exchange is the best way to resolve issues. I appreciate and expect the same level of "no holds" feedback after you have had a chance to review this email.

The reasons for our increased concerns are as follows:

· We learned for the first time (per Chelsea's email below) that in developing the capitation rates, OHA/Optumas is using alternative enrollment data to determine the category of aid (rate group), that differs from the category of aid by which CCO's are being paid. In essence, rates are being developed based on one set of enrollment criteria, but actual payments are made on based on another set of enrollment criteria. This mismatch appears to be a fundamental flaw that permeates the rate-setting process.

· We are concerned that OHA/Optumas has kept this alternative enrollment data a secret, and that OHA/Optumas feigned its very existence by asking FamilyCare to provide "detailed information regarding these eligibility discrepancies" when OHA/Optumas was fully aware of the differences and chose to hide that information from FamilyCare.

· The explanations included in Chelsea's email below attempt to rationalize the use of incorrect data for rate-setting because the data is needed in another format for purposes other than rate setting and because the correct data is not "currently" available. It is not acceptable to FamilyCare to use incorrect data simply because " 'Paid COA' is not present in the FFS data; however, PERC is always present as it describes eligibility. This is essential for program comparison and reporting" or because "Currently, paid COA is not in our encounter data extract". Furthermore, Chelsea states that this deficient process has "been in place for well over 10 years"; a time frame more than sufficient for OHA/Optumas to make the necessary corrections to insure accurate information was readily available and accessible. Moreover, there is no expression of any intent to fix the problem going forward, with the impression that it is ok to continue as is.

· Chelsea's email states that OHA/Optumas is knowingly paying CCO's incorrect amounts and not (consistently) making needed/required corrections. It makes no sense to FamilyCare that " in some cases, we do not adjust the Paid COA retroactively'". Why are some cases fixed, while others are not? FamilyCare receives numerous retroactive adjustments. Why would OHA/Optumas not follow a consistent process and make all needed corrections? Do incorrect payments to the CCO's result in incorrect payments to CMS and others?

· We are also concerned by Chelsea's statement that "OHA pulled a more recent eligibility extract for 2016 and found 1.22% of FC member months fall under this mismatch, and similarly only 1.06% statewide among CCOs." Does this mean that the file you provided us was not the most recent file? Does this "more recent" file contain different eligibility numbers than those used by OHA/Optumas in the 2018 rate setting? Why would there be adjustments to **2016** eligibility being made 10+ months after the close of 2016? Why is the "error" rate for FamilyCare 15% higher than the statewide average---is FamilyCare being treated differently than other CCOs? Beyond these questions, more important is that Chelsea's statement infers that because the <u>net</u> "mismatch" is small that the issue itself if not significant. This portrayal is incorrect and appears to be an attempt to gloss over the primary issue raised by FamilyCare around the much greater discrepancies that exist by rate group, including a 15% discrepancy for the Child 0-1 rate group and an 18% discrepancy for the Dual rate group, among others. Given that rates are developed by individual rate cell and must be certified as actuarially sound by rate cell, errors in the member months across all rate cells do not "net" in the way Chelsea's email infers, and as has been explained in detail to OHA/Optumas by FamilyCare in previous communications.

Exhibit 113
Page 1 of 4
OHA_LIT_00695963

·        The corrected data file that FamilyCare received from OHA with the special Optumas eligibility coding substantiates our concerns. We have identified numerous errors. The sample attached file details some of the erroneous members assigned by OHA with its special mapping of members in the Child 0-1 rate group. The sample file contains over 800 FamilyCare members included by OHA/Optumas in the Child 0-1 rate group, who were clearly not age 0-1 during 2016 based on the member's date of birth…with some of the members included by OHA/Optumas being up to 4 years old. These members were correctly paid by OHA and reported by FamilyCare in Child 1-5 rate group. OHA's/Optumas' special mapping of these members to the Child 0-1 rate group makes no sense and has an adverse impact on FamilyCare's rates. Similar problems exist with the discrepancies for other rate groups, which FamilyCare is continuing to investigate

·        Finally, there is also a significant discrepancy in the member months for dual eligible members. As you are aware, OHA processed a retroactive adjustment for the dual eligible problem to correct for the initial erroneous classification of certain members during 2016. This adjustment to dual eligible members was fully reflected in the member months reported by FamilyCare with the submission of its rates template. To have additional adjustments as a result of the OHA/Optumas special mapping indicates that either the OHA retroactive adjustment was incomplete or incorrect, or the special mapping is incorrect. FamilyCare has asked this question before and has not received an answer.

Again, I appreciate your pushing to get us an accurate file; it has allowed us to identify and articulate our specific concerns, now that the process for establishing the member months used in rate-setting has been made transparent.

I look forward to your feedback, and would be glad to discuss this in further detail at your request.

Thank you,

Bill

(I will send the attached file by a separate secured email as it contains PHI.)


**From:** GUEST Chelsea A [mailto:Chelsea.A.GUEST@dhsoha.state.or.us]
**Sent:** Tuesday, November 21, 2017 4:51 PM
**To:** Kevin Clancy <kevinc@familycareinc.org>
**Cc:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>; Actuarial Services <Actuarial.Services@dhsoha.state.or.us>; William (Bill) Murray <billm@familycareinc.org>
**Subject:** RE: Data update

Hi Kevin,

I am following up. Please let me know if you received the email below and the file on the SFTP site.

Also, we'd like to schedule a follow-up meeting to discuss financials, etc., on either December 7th or 8th. Can you let me know your availability on those two days? We are working through the enrollment and financial issues and expect to have some follow-up questions before we finish our review. We are planning to send those out to you by the end of next week.

Thanks,

**Chelsea A. Guest**
Manager, Actuarial Services
503-383-6260


**From:** GUEST Chelsea A
**Sent:** Friday, November 17, 2017 5:39 PM
**To:** 'Kevin Clancy' <kevinc@familycareinc.org>
**Cc:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>; Actuarial Services <Actuarial.Services@dhsoha.state.or.us>; 'billm@familycareinc.org' <billm@familycareinc.org>
**Subject:** RE: Data update

Exhibit 113
Page 2 of 4
OHA_LIT_00695964

Dear Kevin,

ASU went back and reviewed the category of aid (COA) mapping used in the rate group logic for capitation rate development. I appreciate your patience. I've provided a detailed breakout below regarding the rationale of why you will see differences and we are very open to discussing this further you with. To summarize, Optumas does not do an additional mapping for COA determination, but relies on a field derived by OHA mapping logic that utilizes the member's Program Eligibility Report Code (PERC). In the past, and future, OHA has seen paid rate group categories lag or not reflect the correct eligibility, and have had to rely on the PERC for rate setting. This practice of using the PERC to assign a rate group in capitation rate development has been in place for well over 10 years, versus relying on the paid rate category. The field that represents this mapping is called "BR_RateSet_AIDCAT_2016". The OPT_COA field (that is included in your new file) is only Optumas' copy of the "BR_RateSet_AIDCAT_2016. I've attached both our mapping based on PERC and uploaded the txt file for you to your SFTP site.

The following outlines the rationale of why OHA has continued to use PERC in rate development.

1. **Data consistency**: For both consistency and to allow for proper rate adjustments due to integrating FFS, OHA needs a consistent rate group logic applied across the OHP population (managed care and FFS). "Paid COA" is not present in the FFS data; however, PERC is always present as it describes eligibility. This is essential for program comparison and reporting.

2. **Paid COA Differences (i.e. lag, etc.)**: In practice, we sometimes find out a members eligibility in TPL or Medicare a month or two after we've already paid a CCO. In some cases, we do not adjust the "Paid COA" retroactively; however, we do adjust our rate group logic to reflect the members accurate eligibility change.

3. **Matching encounters and COA**: In rate development, we use this same mapping COA logic in our encounter data as in our eligibility file you received. OHA must ensure we are delivering a consistent COA in the data to our actuarial vendor and that is essential to ensure the member's claims and the members eligibility match to ensure our PMPM is accurate. Currently, paid COA is not in our encounter data extract.
   o **Please note, per your request, I have confirmed with Optumas that the member eligibility and members expenditures match**.

As you've observed, one downside of this method is that our age calculation can vary from the paid rate group. For example, the PERC is calculated differently and includes age in the code, while the paid COA utilizes the age field directly. This can cause differences between Paid COA and the rate group COA mapping off that utilizes PERC.

If you'd like us to continue to explore this topic after your review, please let us know. In order to do a deeper dive on this analysis, we would need you to confirm your MMIS encounters are complete for 2016 and your eligibility file is accurate for this analysis. If you agree with those data sources, then we can do an analysis of what would happen if we moved those mismatch members to the Paid COA along with their expenditures, and if there is a material change to the rate.

Please note, OHA pulled a more recent eligibility extract for 2016 and found 1.22% of FC member months fall under this mismatch, and similarly only 1.06% statewide among CCOs.

Thanks,

**Chelsea A. Guest**
Manager, Actuarial Services
503-383-6260

**From:** Kevin Clancy [mailto:kevinc@familycareinc.org]
**Sent:** Friday, November 17, 2017 3:41 PM
**To:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>
**Cc:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>
**Subject:** RE: Data update

Good Afternoon Chelsea,

Just following up on the updated file. Was hoping to have the team look at the contents over the weekend.

Exhibit 113
Page 3 of 4
OHA_LIT_00695965

Thank you.

**Kevin Clancy**
Vice President, Finance
825 NE Multnomah St., Suite 1400, Portland, OR 97232
Phone & Fax: 503-471-2135
Facebook | Twitter | App



**From:** GUEST Chelsea A [mailto:Chelsea.A.GUEST@dhsoha.state.or.us]
**Sent:** Wednesday, November 15, 2017 4:34 PM
**To:** Kevin Clancy <kevinc@familycareinc.org>
**Cc:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>
**Subject:** Data update

Hi Kevin,

We can see the data fields in the file on our side (i.e. OPT, etc.), but we think there might be an issue with converting it and adding the data labels. We are working on a solution. Do you work in SAS or is TXT the best format for you?

Thanks,

**Chelsea A. Guest**
Manager, Actuarial Services
Fiscal and Operations Division
Chelsea.A.Guest@state.or.us
503-383-6260



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

Exhibit 113
Page 4 of 4
OHA_LIT_00695966