| From: | Saxton Lynne |
|---|---|
| To: | Darby BethAnne |
| CC: | Clement Leslie M; Fairbanks Mark R |
| Sent: | 8/22/2016 4:14:29 PM |
| Subject: | RE: CCO Quarterly Report |

I all -- contrary to appearances, I don't want to be master editor here. I will review when you all have the document you recommend we publish -- Leslie, your call on these edits.

**From:** Darby BethAnne
**Sent:** Monday, August 22, 2016 3:42 PM
**To:** Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>
**Cc:** Clement Leslie M <LESLIE.M.CLEMENT@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>
**Subject:** FW: CCO Quarterly Report

... below are some edits from Jon Collins as well.

BethAnne Darby
*Director, External Relations Division*
BethAnne.Darby@state.or.us
(503)798-7100



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** Collins Jon C
**Sent:** Monday, August 22, 2016 3:36 PM
**To:** Bartelmann Sarah E <SARAH.E.BARTELMANN@dhsoha.state.or.us>; Clement Leslie M <LESLIE.M.CLEMENT@dhsoha.state.or.us>
**Cc:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>
**Subject:** RE: CCO Quarterly Report

I think this is really great. Thank you for all the extra work!

This report really progressed in the couple weeks I was out.

I didn't go through and edit for detail but a couple things stood out for me that we may want to wordsmith/change. And,

OHA_LIT_00015912
Exhibit 114
Page 1 of 2

I know some of these may have already been discussed while I was out.

Page 4 exec summary: CAWEM is just for emergency services it also covers pregnant women.

Page 4 exec summary: states that 4% of capitation goes to CCOs for quality performance. This is really accurate. CCOs get all their capitation. We create a bonus pool that is 4% of the capitation. Don't know if the detail is needed but it would be more accurate.

Page 7+ OHP Demog section: Referring to the open card population as "Fee for Service" isn't accurate. I know it is fairly common but it seems like we should use language that is accurate. FFS is a payment option. There are service for people enrolled in CCOs that are paid for on a FFS basis. I really think we should set the right example and you appropriate language.

Page 9: The info on employment status. The data source is a good one. I am a little concerned in that in the future we could do this using data in the ICS and the results may different. I guess at that time we can just note that we found a better data source to explain the difference.

Page 10: I would drop the section showing % of quality pool earned or make it a bullet. As a graphic it is a waste of space.

The Finance section has a lot of great info. I'm actually concerned that we aren't giving it enough discussion.…particularly whether or not we are leaving too much for the reader to interpret. For example leaving FC net assets by member just go unexplained. It kind of sticks out.

Also in the finance section there are references to the idea that the ACA group was thought to be sicker and older and therefore were going to be more expensive. I thought the argument was that they would have a lot of pent up demand for services and would rush to use the ED and other expensive resource. Not necessarily because they were sick or old but just because they hadn't had access to healthcare and they would try to take advantage of their new found health care resource. In any case I feel a bit squirmy about referring to them as sick and old.

Jon C. Collins, PhD
Director Office of Health Analytics
Office of Health Policy and Analytics
Oregon Health Authority

Desk: 503 945 6429
Cell: 503 569 0044

**From:** Bartelmann Sarah E
**Sent:** Monday, August 22, 2016 2:30 PM
**To:** Clement Leslie M <LESLIE.M.CLEMENT@dhsoha.state.or.us>
**Cc:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Collins Jon C
<JON.C.COLLINS@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>
**Subject:** RE: CCO Quarterly Report

Today's draft attached!

OHA_LIT_00015913
Exhibit 114
Page 2 of 2