# Exhibit 115
# UNUSED EXHIBIT