**From:** Deborah Rumsey
**To:** Allen Patrick
**CC:** Jay Rosenbloom
**Sent:** 12/18/2017 1:32:57 PM
**Subject:** Impact of FamilyCare's closure on 17,000 children

FamilyCare has been a valued partner of the Children's Health Alliance for the past 7 years, and has recognized and enabled the significant transformational investments made at our primary care pediatric practices to improve care. They have consistently valued primary care as a key ingredient in the overall reduction of health care costs, and have demonstrated this in their rates paid to primary care providers. They have been one of the most innovative CCOs in Oregon, and are the first CCO to integrate mental and physical health. They support innovation and transformational quality improvement projects at CHA, as demonstrated through sponsorship of programs, experimental pilot projects, and an innovative payment model. FamilyCare's investment in primary care has made the transformation at the provider level possible, and they have seen the benefits through lower overall costs and improved health outcomes for this population. Through FamilyCare's commitment to primary care, our pediatric practices have been able to provide comprehensive care for all of the vulnerable OHP populations' needs. We are concerned that without FamilyCare's partnership, we will not be able to provide the same level of service to this population, and will have to eliminate many of our programs.

- If FamilyCare ceases to exist on January 1, 2018, the impact on 17,000 children under the care of the Children's Health Alliance pediatricians will be significant. Of those 17,000 members:
  - 1000 members are our most complex patients with the highest health and social needs. These highly vulnerable members are able to receive strong support from our pediatric care managers in concerted effort with FamilyCare.
  - 1200 members are currently seeing a psychologist or other behavioral health clinician. Under the current HealthShare structure, these patients will no longer be able to receive care from their established provider.
  - The remainder of our members are receiving comprehensive care in their established medical home, and are actively engaged in preventive services to identify potential health (physical and behavioral) issues before they become chronic or long-term health issues.
  - The continuity of care with the members' established providers is at risk for being interrupted or lost due to the termination of the FamilyCare contact.
- If OHA is not able to reach an agreement with FamilyCare, OHA needs to identify a clear path for FamilyCare members to maintain their established relationship with their medical home and behavioral health provider and ensure no interruption in the continuity of care.
  - Not all providers contracted with FamilyCare are contracted and credentialed with a contracting entity of HealthShare. Even if we were able to transfer care to another CCO, we risk not having enough providers to care for this population in the immediate and long-term future.
  - Unless there is a transition plan that allows our providers to continue to serve these members under reasonable contractual rates, these members' needs cannot be met.
  - Of particular concern are those patients under current mental health care, who cannot be seen under HealthShare due to their restrictive structure, especially in serving the needs of children.
  - Providers are concerned about the communication to their established patients regarding their ability to continue to care from their patients under a different CCO. While the providers intend to establish another contractual relationship, the credentialing process can take up to 6 months. The patients will be caught in the middle, and their health needs will not be met.
  - Even if the members can be effectively transferred to a CCO by which our providers can serve the members, they cannot sustain serving the same number of OHP patients, and it is a possibility that OHP members will not have a primary care provider.
  - Key services that have been supported by FamilyCare's innovative arrangements will no longer be offered to the OHP population under different contractual terms.
  - If patients transition to a different CCO, the State will automatically increase its payment for the same population by more than $32 PMPM. This move would have a similar financial impact to addressing FamilyCare's concern over the rates currently offered. The State will have an immediate financial impact whether or not they choose to address FamilyCare's concerns. If all of FamilyCare's members are

Exhibit 116
Page 1 of 2
OHA_LIT_00807275

transferred to HealthShare, the annual impact would be more than $46 million.

We strongly encourage the OHA to do everything it can to keep the highly innovative CCO operating in to the foreseeable future.  The mission of FamilyCare has been steadfast in support of serving their members needs through the Triple Aim.  They have taken the directive of the OHA to heart in truly integrating physical and mental health, and investing in primary care with the intent of serving their members' needs before they become long-term health concerns.  This philosophy should resonate and be rewarded by OHA.

We are concerned that the current rate structure and FamilyCare's decision to cease operations on January 1, 2018 will have significant repercussions, including completely disrupting the care for the 17,000 pediatric patients served by CHA pediatricians and FamilyCare.  **Moving these patients to a different CCO does not allow for the continuity of care within the medical home that has cared for the patients throughout their young lives.**  We encourage you to reconsider your position.

We are available to share any additional questions you have regarding the above information.  Please do not hesitate to contact us at 503-222-1295.

Respectfully,
Deborah Rumsey
Executive Director, Children's Health Alliance

Jay Rosenbloom, MD, PhD
Medical Director, Children's Health Alliance


**Deborah Rumsey**
**Executive Director**

CHILDREN'S HEALTH *alliance*
CHILDREN'S HEALTH *foundation*

**5901 SW Macadam Ave, Suite 220 • Portland, OR 97239**
**503-222-1295 • 503-224-3938 (fax)**
**drumsey@ch-alliance.org**

*DISCLAIMER:  This message is intended for the sole use of the addressee, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the addressee you are hereby notified that you may not use, copy, disclose, or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete this message.*

Exhibit 116
Page 2 of 2
OHA_LIT_00807276