| | |
|---|---|
| **From:** | William (Bill) Murray |
| **To:** | Cindy Becker; Pat McCormick; kmainzer@comcast.net; gallant4681@comcast.net |
| **CC:** | Jeff Heatherington |
| **Sent:** | 3/25/2016 1:32:29 PM |
| **Subject:** | FW: Timely and Fair Resolution of the FamilyCare Contract |

See below for communication from CHA (Children's Health Alliance) regarding communication with the Governor and Legislative leadership related to FamilyCare's issues with OHA. CHA provides care for over 20,000 of FamilyCare's pediatric members.

Here's one quote form the letter:
"FamilyCare has achieved what most CCOs are still trying to figure out in their transformation journey."

Thanks,
Bill

**William (Bill) Murray, CPA**
**Chief Operating Officer**
825 NE Multnomah St, Suite 1400, Portland, OR 97232
Office: 503-734-3147
Cell: 503-858-0426
Fax: 503-734-3197
*billm@familycareinc.org*



This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message.

**From:** Deborah Rumsey [mailto:drumsey@ch-alliance.org]
**Sent:** Friday, March 25, 2016 1:25 PM
**To:** Jeff Heatherington <JeffH@familycareinc.org>; William (Bill) Murray <billm@familycareinc.org>; Heather Raeburn <HeatherR@familycareinc.org>
**Cc:** Karri Benjamin <KarriB@familycareinc.org>
**Subject:** FW: Timely and Fair Resolution of the FamilyCare Contract

I wanted to let you know that we have left a message with the Governor's office in support of FamilyCare and timely and fair resolution of the FamilyCare contract. I also sent the below message to the Chair and VP of the House and Senate Healthcare Committees. I'm hoping for timely resolution of the rate negotiation.
Thank you for being a valued partner. Please let us know if there is anything else we can do to support you.
Deborah

**Deborah Rumsey**
**Executive Director**

 CHILDREN'S HEALTH *alliance*
CHILDREN'S HEALTH *foundation*
**5901 SW Macadam Ave, Suite 220 • Portland, OR 97239**
**503-756-3158 • 503-224-3938 (fax)**
**drumsey@ch-alliance.org**

Exhibit 117
Page 1 of 2

FCI0015033

*DISCLAIMER: This message is intended for the sole use of the addressee, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the addressee you are hereby notified that you may not use, copy, disclose, or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete this message.*

**From:** Deborah Rumsey
**Sent:** Friday, March 25, 2016 1:22 PM
**To:** 'Rep.MitchGreenlick@state.or.us'; 'Sen.LaurieMonnesAnderson@state.or.us'; 'Sen.ElizabethSteinerHayward@state.or.us'; 'Rep.AlissaKenyGuyer@state.or.us'; 'Sen.JeffKruse@state.or.us'; 'Rep.RobNosse@state.or.us'; 'Rep.CedricHayden@state.or.us'
**Cc:** Katy King (katyking01@gmail.com); Jay Rosenbloom
**Subject:** Timely and Fair Resolution of the FamilyCare Contract

The Children's Health Alliance (CHA) is an association of over 100 independent primary care pediatricians across five counties in the Portland/Vancouver and Salem Metropolitan areas. CHA pediatricians care for approximately 140,000 children, including over 30,000 OHP members, and are committed to improving the health of all Oregon's children.

We are writing to continue to encourage timely and fair resolution over the rate dispute between FamilyCare and the Oregon Health Authority. FamilyCare has been a valued partner of the Children's Health Alliance for the past 5 years, and has recognized and enabled the significant transformational investments made at our primary care pediatric practices to improve care. They have been one of the most innovative CCOs in Oregon, and are the first CCO to integrate mental and physical health. They also support innovation and transformational quality improvement projects. FamilyCare has achieved what most CCOs are still trying to figure out in their transformation journey.

We encourage OHA to come to a quick and fair resolution of the rate dispute and accept FamilyCare's most recent proposal. If the FamilyCare contract is terminated, the care of 20,000 pediatric patients served by CHA pediatricians and FamilyCare would be disrupted. Moving these patients to a different CCO does not allow for the continuity of care within the medical home that has cared for the patients throughout their young lives.

Please don't hesitate to contact me at 503-222-5703 should you have any questions or need additional information.

Sincerely,
Deborah Rumsey

**Deborah Rumsey**
**Executive Director**

**CHILDREN'S HEALTH** *alliance*
**CHILDREN'S HEALTH** *foundation*

**5901 SW Macadam Ave, Suite 220 • Portland, OR 97239**
**503-756-3158 • 503-224-3938 (fax)**
**drumsey@ch-alliance.org**

*DISCLAIMER: This message is intended for the sole use of the addressee, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the addressee you are hereby notified that you may not use, copy, disclose, or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete this message.*

Exhibit 117
Page 2 of 2

FCI0015034