UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

|  |  |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, ) ) ) ) ) | |
| Plaintiff, ) | No. |
| v. ) | 3:18-CV-00212-MO |
| FAMILYCARE, INC., an Oregon non-profit corporation, ) ) | |
| Defendant. ) | |
| FAMILYCARE, INC., an Oregon non-profit corporation, ) ) | |
| Plaintiff, ) | No. |
| v. ) | 6:18-CV-00296-MO |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

VIDEOTAPE DEPOSITION OF

RICHARD J. BARSOTTI, M.D.

Taken in behalf of OHA

\*   \*   \*

July 6, 2018

1211 S.W. Fifth Avenue, Suite 2900

Portland, OR 97204

Shannon K. Krska,
CSR, CCR
Court Reporter

Exhibit 118
Page 1 of 4

don't understand, please ask me to rephrase it
and I will.

A.    Yes.

Q.    Okay.  Dr. Barsotti, why did the
Children's Health Alliance sign a contract with
CareOregon?

A.    Ask again, please.

Q.    Why did the Children's Health Alliance
sign a contract with CareOregon?

A.    Give me some time frame there.

Q.    All right.  It's my understanding that
at some point the Children's Health Alliance,
probably around 2017, entered into a contract to
treat CareOregon patients.

Are you aware of that?

A.    Yes.

Q.    Okay.  What were the circumstances?  Why
did CareOregon (sic) sign a contract in 2017 to
start treating CareOregon patients?

MR. PIPER:  Object to compound.

Q.    (By Ms. Simpson)  Why -- why did the
Children's Health Alliance sign a contract with
CareOregon in 2017?

A.    It is always good to have two companies
that want your business rather than one.

Exhibit 118
Page 2 of 4

Richard J. Barsotti, MD, 7/6/2018                    Allen v. Family Care

24

A.   There's only three CCOs in the Portland area.

Q.   Okay.  And Metropolitan Pediatrics is only in Portland?

A.   Yes.

Q.   Okay.

A.   Portland metropolitan area.

Q.   Did Children's Health Alliance's signing of the contract with CareOregon have anything to do with OHA's communications plan?

A.   I don't know.

Q.   Who would know?

MR. PIPER:  Objection, calls for speculation.

Q.   (By Ms. Simpson)  You can answer.

A.   I -- people on the -- who made the decision at Children's Health Alliance.

Q.   What is Mrs. -- do you -- what is Mrs. Rumsey's involvement in signing contracts with an entity like CareOregon?

A.   She -- she works at the direction of the board negotiating the contracts.

Q.   If Care -- if Children's Health Alliance decided to sign a contract with CareOregon, would the board direct Miss Rumsey -- would the

Richard J. Barsotti, MD, 7/6/2018                    Allen v. Family Care

178

                        C E R T I F I C A T E

        I, Shannon K. Krska, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, RICHARD J. BARSOTTI, M.D., personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 178, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

        Witness my hand and CSR stamp at Vancouver, Washington, this 17th day of July, 2018.

                        _____
                        SHANNON K. KRSKA
                        Certified Shorthand Reporter
                        Certificate No. 90-0216
                        Commission Expires: 12/31/20

Exhibit 118
Page 4 of 4