From:         Frazier Calah C
To:           Lacey Cindy
CC:           Frazier Calah C
Sent:         12/7/2017 10:42:10 AM
Subject:      FW: FamilyCare Health Preliminary Analysis of Rate Review Reports
Attachments:  image001.png; ATT00001.htm; FamilyCare Rate Review Response (12.5.17).pdf; ATT00002.htm


Please add to tracker as well.

Thanks!

**From:** ROBISON Laura
**Sent:** Tuesday, December 05, 2017 4:08 PM
**To:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; Frazier Calah C
<CALAH.C.FRAZIER@dhsoha.state.or.us>
**Subject:** FW: FamilyCare Health Preliminary Analysis of Rate Review Reports

FYI

503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us


**From:** Allen Patrick
**Sent:** Tuesday, December 5, 2017 1:19 PM
**To:** theodore.falk@doj.state.or.us; ROBISON Laura <Laura.Robison@dhsoha.state.or.us>; Jagger Dawn
<Dawn.Jagger@dhsoha.state.or.us>
**Subject:** Fwd: FamilyCare Health Preliminary Analysis of Rate Review Reports



Sent from my iPhone

Begin forwarded message:

**From:** Art Suchorzewski <ArtS@familycareinc.org>
**Date:** December 5, 2017 at 12:58:25 PM PST
**To:** "ZekeS@Unitedway-pdx.org" <ZekeS@Unitedway-pdx.org>, "drmckelvey@coastcommunityhealth.org"
<drmckelvey@coastcommunityhealth.org>, "oscara@nayapdx.org" <oscara@nayapdx.org>, "bangsber@ohsu.edu"
<bangsber@ohsu.edu>, "felisah@seiu49.org" <felisah@seiu49.org>, "bjohnson@laclinicahealth.org"
<bjohnson@laclinicahealth.org>, "Karen.joplin@co.hood-river.or.us" <Karen.joplin@co.hood-river.or.us>,
"santa1177@comcast.net" <santa1177@comcast.net>
**Cc:** "Patrick.Allen@dhsoha.state.or.us" <Patrick.Allen@dhsoha.state.or.us>
**Subject: FamilyCare Health Preliminary Analysis of Rate Review Reports**

Dear Chair Smith and Oregon Health Policy Board Members,

As promised in my public testimony this morning, I am sending you FamilyCare's preliminary analysis of
the rate review reports released by OHA yesterday afternoon. This analysis demonstrates that this very
short and limited rate review was not unbiased, independent, or comprehensive, and did not validate
actuarial soundness.

Please let me know if you have any questions.

Exhibit 119
Page 1 of 2
OHA_LIT_00679131

Sincerely,

Art


**Artur (Art) Suchorzewski**
Director, Government Affairs
825 NE Multnomah St., Suite 1400
Portland, OR 97232
Direct: 503-345-5755
Cell: 413-244-9711

Facebook | Twitter | App

Exhibit 119
Page 2 of 2
OHA_LIT_00679132