| From: | Zachary Aters |
| --- | --- |
| To: | Frazier Calah C; GUEST Chelsea A; Nass Kate M |
| CC: | Jessica Grado; Joshua Laventis; Barry Jordan |
| Sent: | 7/26/2017 2:23:42 PM |
| Subject: | CCO_Exhibits_Base_Data_Support.xlsx |
| Attachments: | CCO_Exhibits_Base_Data_Support.xlsx |

Hi All,

Please find the detail surrounding the CCO specific base data truncations attached.
Each CCO has a tab, we would suggest that the CCOs only receive their information.

Please let us know if you have any questions.

Thanks,

Zachary Aters ASA, MAAA | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2495 | c. 480.280.5881 | zachary.aters@optumas.com



**EXHIBIT**
12 41

Exhibit 121
Page 1 of 8
OHA_LIT_00667914

# Document Available in Native Format

CCO_Exhibits_Base_Data_Support.xlsx

Exhibit 121
Page 2 of 8
OHA_LIT_00667915

## Umpqua Adjusted Expenditures
### (Supporting Draft Base Data CY18 Rates)

| | | Report 18.1 - Other Payments | Report 17.2 - Other Incentives | Reimbursement Adjustment | Total Adjustment |
|---|---|---|---|---|---|
| Physical Health | Inpatient - A & B Hospital | $ - | $ - | $ - | $ - |
| | Inpatient - DRG Hospital | $ 1,883,169 | $ - | $ - | $ 1,883,169 |
| | Inpatient - Other | $ - | $ - | $ - | $ - |
| | Outpatient - A & B Hospital | $ - | $ - | $ - | $ - |
| | Outpatient - DRG Hospital | $ 2,502,617 | $ - | $ - | $ 2,502,617 |
| | Outpatient - Other | $ - | $ - | $ - | $ - |
| | Primary Care Physician | $ 2,530,981 | $ - | $ - | $ 2,530,981 |
| | Non-Primary Care Physician | $ 2,719,665 | $ - | $ - | $ 2,719,665 |
| | Substance Abuse | $ 964,078 | $ - | $ - | $ 964,078 |
| | Prescription Drugs | $ 314,664 | $ - | $ - | $ 314,664 |
| | DME and Miscellaneous | $ 17,579 | $ - | $ - | $ 17,579 |
| Behavioral Health | Mental Health Services Inpatient | $ - | $ - | $ - | $ - |
| | Applied Behavior Analysis (ABA) | $ - | $ - | $ - | $ - |
| | ACT/SE | $ - | $ - | $ - | $ - |
| | A&D Residential | $ - | $ - | $ - | $ - |
| | MH Children's Wraparound | $ - | $ - | $ - | $ - |
| | CANS | $ - | $ - | $ - | $ - |
| | Mental Health Other Non-Inpatient | $ - | $ - | $ - | $ - |
| Other | Dental | $ - | $ - | $ - | $ - |
| | NEMT | $ - | $ - | $ - | $ - |
| | Total | $ 10,932,753 | $ - | $ - | $ 10,932,753 |

Notes:

1) Adjustment amounts based on reported financial templates

2) Adjustment amounts shown as allocated on financial templates

Exhibit 121
Page 3 of 8



## FamilyCare Adjusted Expenditures
### (Supporting Draft Base Data CY18 Rates)

| | | Report 18.1 - Other Payments | Report 17.2 - Other Incentives | Reimbursement Adjustment | Total Adjustment |
|---|---|---|---|---|---|
| Physical Health | Inpatient - A & B Hospital | $ - | $ - | $ - | $ - |
| | Inpatient - DRG Hospital | $ - | $ - | $ - | $ - |
| | Inpatient - Other | $ - | $ - | $ - | $ - |
| | Outpatient - A & B Hospital | $ - | $ - | $ - | $ - |
| | Outpatient - DRG Hospital | $ - | $ - | $ - | $ - |
| | Outpatient - Other | $ - | $ - | $ - | $ - |
| | Primary Care Physician | $ - | $ - | $ 26,203,209 | $ 26,203,209 |
| | Non-Primary Care Physician | $ - | $ - | $ - | $ - |
| | Substance Abuse | $ - | $ - | $ - | $ - |
| | Prescription Drugs | $ - | $ - | $ - | $ - |
| | DME and Miscellaneous | $ 633,701 | $ - | $ - | $ 633,701 |
| Behavioral Health | Mental Health Services Inpatient | $ - | $ - | $ - | $ - |
| | Applied Behavior Analysis (ABA) | $ - | $ - | $ - | $ - |
| | ACT/SE | $ - | $ - | $ - | $ - |
| | A&D Residential | $ - | $ - | $ - | $ - |
| | MH Children's Wraparound | $ - | $ - | $ - | $ - |
| | CANS | $ - | $ - | $ - | $ - |
| | Mental Health Other Non-Inpatient | $ - | $ - | $ - | $ - |
| Other | Dental | $ - | $ - | $ - | $ - |
| | NEMT | $ - | $ - | $ - | $ - |
| | Total | $ 633,701 | $ - | $ 26,203,209 | $ 26,836,910 |

Notes:

1) Reimbursement Adjustment based on reducing the PMPM for Primary Care Physician by 20%, inclusive of Other Payments and Other Incentives.

2) The 20% reduction aligns underlying reimbursement with what is reasonable and obtainable within the Tri-County Region.

Exhibit 121
Page 4 of 8



# Trillium Adjusted Expenditures
## (Supporting Draft Base Data CY18 Rates)

| | | Report 18.1 - Other Payments | Report 17.2 - Other Incentives | Reimbursement Adjustment | Total Adjustment |
|---|---|---|---|---|---|
| Physical Health | Inpatient - A & B Hospital | $ - | $ 44,888 | $ - | $ 44,888 |
| | Inpatient - DRG Hospital | $ - | $ 603,534 | $ - | $ 603,534 |
| | Inpatient - Other | $ - | $ 9,668 | $ - | $ 9,668 |
| | Outpatient - A & B Hospital | $ - | $ 201,245 | $ - | $ 201,245 |
| | Outpatient - DRG Hospital | $ - | $ 334,823 | $ - | $ 334,823 |
| | Outpatient - Other | $ - | $ 227,954 | $ - | $ 227,954 |
| | Primary Care Physician | $ 5,767,717 | $ 1,389,911 | $ - | $ 7,157,628 |
| | Non-Primary Care Physician | $ 868 | $ 1,489,868 | $ - | $ 1,490,736 |
| | Substance Abuse | $ - | $ 1,147,723 | $ - | $ 1,147,723 |
| | Prescription Drugs | $ - | $ - | $ - | $ - |
| | DME and Miscellaneous | $ - | $ 42,760 | $ - | $ 42,760 |
| Behavioral Health | Mental Health Services Inpatient | $ - | $ - | $ - | $ - |
| | Applied Behavior Analysis (ABA) | $ - | $ - | $ - | $ - |
| | ACT/SE | $ - | $ - | $ - | $ - |
| | A&D Residential | $ - | $ - | $ - | $ - |
| | MH Children's Wraparound | $ - | $ - | $ - | $ - |
| | CANS | $ - | $ - | $ - | $ - |
| | Mental Health Other Non-Inpatient | $ - | $ - | $ - | $ - |
| Other | Dental | $ - | $ - | $ - | $ - |
| | NEMT | $ - | $ - | $ - | $ - |
| | Total | $ 5,768,585 | $ 5,492,375 | $ - | $ 11,260,960 |

Notes:

1) Adjustment amounts based on reported financial templates

2) Adjustment amounts shown as allocated on financial templates

Exhibit 121
Page 5 of 8



## Jackson Adjusted Expenditures
### (Supporting Draft Base Data CY18 Rates)

| | | Report 18.1 - Other Payments | Report 17.2 - Other Incentives | Reimbursement Adjustment | Total Adjustment |
|---|---|---|---|---|---|
| Physical Health | Inpatient - A & B Hospital | $ - | $ - | $ - | $ - |
| | Inpatient - DRG Hospital | $ - | $ - | $ - | $ - |
| | Inpatient - Other | $ - | $ - | $ - | $ - |
| | Outpatient - A & B Hospital | $ - | $ - | $ - | $ - |
| | Outpatient - DRG Hospital | $ - | $ - | $ - | $ - |
| | Outpatient - Other | $ - | $ - | $ - | $ - |
| | Primary Care Physician | $ 546,088 | $ 3,407,393 | $ - | $ 3,953,481 |
| | Non-Primary Care Physician | $ - | $ - | $ - | $ - |
| | Substance Abuse | $ - | $ - | $ - | $ - |
| | Prescription Drugs | $ - | $ - | $ - | $ - |
| | DME and Miscellaneous | $ - | $ - | $ - | $ - |
| Behavioral Health | Mental Health Services Inpatient | $ - | $ - | $ - | $ - |
| | Applied Behavior Analysis (ABA) | $ - | $ - | $ - | $ - |
| | ACT/SE | $ - | $ - | $ - | $ - |
| | A&D Residential | $ - | $ - | $ - | $ - |
| | MH Children's Wraparound | $ - | $ - | $ - | $ - |
| | CANS | $ - | $ - | $ - | $ - |
| | Mental Health Other Non-Inpatient | $ - | $ - | $ - | $ - |
| Other | Dental | $ - | $ - | $ - | $ - |
| | NEMT | $ - | $ - | $ - | $ - |
| | Total | $ 546,088 | $ 3,407,393 | $ - | $ 3,953,481 |

Notes:

1) Adjustment amounts based on reported financial templates

2) Adjustment amounts shown as allocated on financial templates

Exhibit 121
Page 6 of 8



# PS-Central Adjusted Expenditures

## (Supporting Draft Base Data CY18 Rates)

| | | Report 18.1 - Other Payments | Report 17.2 - Other Incentives | Reimbursement Adjustment | Total Adjustment |
|---|---|---|---|---|---|
| Physical Health | Inpatient - A & B Hospital | $ - | $ - | $ - | $ - |
| | Inpatient - DRG Hospital | $ - | $ 3,923,657 | $ - | $ 3,923,657 |
| | Inpatient - Other | $ - | $ - | $ - | $ - |
| | Outpatient - A & B Hospital | $ - | $ - | $ - | $ - |
| | Outpatient - DRG Hospital | $ - | $ - | $ - | $ - |
| | Outpatient - Other | $ - | $ - | $ - | $ - |
| | Primary Care Physician | $ - | $ - | $ - | $ - |
| | Non-Primary Care Physician | $ - | $ - | $ - | $ - |
| | Substance Abuse | $ - | $ - | $ - | $ - |
| | Prescription Drugs | $ - | $ - | $ - | $ - |
| | DME and Miscellaneous | $ - | $ - | $ - | $ - |
| Behavioral Health | Mental Health Services Inpatient | $ - | $ - | $ - | $ - |
| | Applied Behavior Analysis (ABA) | $ - | $ - | $ - | $ - |
| | ACT/SE | $ - | $ - | $ - | $ - |
| | A&D Residential | $ - | $ - | $ - | $ - |
| | MH Children's Wraparound | $ - | $ - | $ - | $ - |
| | CANS | $ - | $ - | $ - | $ - |
| | Mental Health Other Non-Inpatient | $ - | $ - | $ - | $ - |
| Other | Dental | $ - | $ - | $ - | $ - |
| | NEMT | $ - | $ - | $ - | $ - |
| | Total | $ - | $ 3,923,657 | $ - | $ 3,923,657 |

Notes:

1) Adjustment amounts based on reported financial templates

2) Adjustment amounts shown as allocated on financial templates

Exhibit 121
Page 7 of 8



Exhibit 121
Page 8 of 8