| From: | Art Suchorzewski |
|---|---|
| To: | Allen Patrick |
| CC: | Jeff Heatherington |
| Sent: | 11/10/2017 6:37:53 PM |
| Subject: | FamilyCare Letter and Legislative Counsel Opinion |
| Attachments: | FamilyCare Letter to Legislature 11.10.17.pdf |

Dear Director Allen,

Jeff requested that I forward you the recent opinion from Legislative Counsel regarding actuarial soundness (below), and FamilyCare's letter to the legislature regarding the 2018 rates (attached).

Sincerely,

Art Suchorzewski


**Artur (Art) Suchorzewski**
Director, Government Affairs
825 NE Multnomah St., Suite 1400
Portland, OR 97232
Direct: 503-345-5755
Cell: 413-244-9711

Facebook | Twitter | App



Hi Travis,

We're having a hard time producing opinions in a timely manner because our publications staff are heavily involved in finishing compilation. I wanted to give you an answer to your first question below by email, since you said that was the greatest concern.

42 C.F.R. 438.4 requires that the capitation rate for each CCO must be actuarially sound and projected to cover all costs of the CCO under the terms of the contract. It further provides that capitation rates must "be specific to payments for each rate cell under the contract." 42 C.F.R. 438.4(b)(4). For rates to be actuarially sound, they must, among other things:

- Have been developed in accordance with generally accepted actuarial principles and practices
- Be based on valid rate development standards for any differences among capitation rates for covered populations

Therefore, capitation rates for each rate cell must be actuarially sound for each CCO contract.

Please let me know if you would like to have a more formal opinion.

Lorey Freeman

OHA_LIT_00614519

Exhibit 122
Page 1 of 5

Chief Deputy Legislative Counsel

OHA_LIT_00614520
Exhibit 122
Page 2 of 5



November 10, 2017

Dear Members of the Oregon Legislative Assembly,

We are writing to inform you that the rate-setting process led by the Oregon Health Authority (OHA) and their actuary, Optumas, has produced rates for 2018 that are not actuarially sound. These rates will lead to a projected $75 million loss for FamilyCare Health and force FamilyCare out of business.

FamilyCare Health has consistently advocated for adhering to the federal requirements that rate development for coordinated care organizations (CCOs) must be actuarially sound (42 CFR 438.4) for each CCO.

A recent opinion from Legislative Counsel, Lorey Freeman, to Chair Monnes Anderson, dated November 9, 2017, supports our position regarding rate development:

> "42 C.F.R. 438.4 requires that the capitation rate for each CCO must be actuarially sound and projected to cover all costs of the CCO under the terms of the contract.  It further provides that capitation rates must "be specific to payments for each rate cell under the contract." 42 C.F.R. 438.4(b)(4).  For rates to be actuarially sound, they must, among other things:
>
> - Have been developed in accordance with generally accepted actuarial principles and practices
> - Be based on valid rate development standards for any differences among capitation rates for covered populations
>
> Therefore, capitation rates for each rate cell must be actuarially sound for each CCO contract."

OHA's refusal to follow these clear and concise rules has led to huge inequities in how these funds are allocated across the system and instability for our state's continued health care transformation.

Based on available information, we are able to estimate that over $60 million of inaccurate reductions have been made during the 2018 rate development process. These include reducing  FamilyCare's base data by $26 million for "overpayments" to primary care

FAMILYCARE, INC., 825 NE MULTNOMAH ST., SUITE 1400, PORTLAND, OREGON 97232
503-222-2880 ● 800-458-9518 ● TTY: 711 ● WWW.FAMILYCAREINC.ORG

OHA_LIT_00614521
Exhibit 122
Page 3 of 5

providers, which is a violation of Oregon statute (ORS 414.625; ORS 414.025; ORS 414.065 (5)) and federal regulations (42 CFR 438.6(c)). Our analysis of this "policy" shows that it was designed to target our investments in primary care, and was NOT applied uniformly to "overpayments" by other CCOs for primary care, hospital reimbursements and other services.

Since 2015, FamilyCare Health has had the lowest rates in the state and will see a projected $100 million reduction in net assets. Even with the estimated increase in our 2018 rates, FamilyCare Health will still be approximately 13 percent lower than Health Share of Oregon, which is only a slight improvement over the 17 percent difference we saw in 2017. These huge differences are inexplicable since both CCOs serve the same population in the tri-county region with similar overall risk scores.

The cumulative impact of the actuarially unsound OHA-Optumas rate-setting process has resulted in a deterioration of our reserves since 2015. The 2018 rates will drive down our reserves to approximately $39 million, a level that will prevent FamilyCare from continuing to serve our members and forcing us out of business. This will end our 32-year history of serving Oregon's Medicaid community, disrupting the lives of 120,000 members, 4,000 providers and over 300 employees that rely on FamilyCare.

We were heartened by the change in leadership at the OHA, which came after the 2018 rate-setting process was largely complete. And we were pleased by Director Allen's decision to seek an independent review of the 2018 rates. However, we are concerned the short timeframe being allocated to this review will not produce a comprehensive, top-to-bottom assessment of the rate-setting process. A surface-level review of the 2018 rates will not resolve the deep-rooted issues plaguing the system today.

We respectfully request that you encourage the OHA to develop actuarially sound rates for each CCO with a comprehensive review of the policy decisions, actuarial methods and assumptions, and base data used to develop the 2018 rates. The ultimate question remains unanswered: Why is the status quo designed to eliminate a Medicaid provider that is leading the state in behavioral health integration, in primary care investments, and addressing social determinants of health?

Sincerely,

Jeff Heatherington, LHD (Hon)

FAMILYCARE, INC., 825 NE MULTNOMAH ST., SUITE 1400, PORTLAND, OREGON 97232
503-222-2880 • 800-458-9518 • TTY: 711 • WWW.FAMILYCAREINC.ORG

OHA_LIT_00614522

Exhibit 122
Page 4 of 5

President and CEO

FAMILYCARE, INC., 825 NE MULTNOMAH ST., SUITE 1400, PORTLAND, OREGON 97232
503-222-2880 ● 800-458-9518 ● TTY: 711 ● WWW.FAMILYCAREINC.ORG