**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**CHRISTOPHER F. MCCRACKEN, OSB #894002**
christophermccracken@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Non-Party Health Share of Oregon

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON<br>Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF GREGORY A. CHAIMOV IN SUPPORT OF NON-PARTY HEALTH SHARE OF OREGON'S MEMORANDUM IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS** |

4844-7394-9808v.1 0095765-000004                 DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

I, GREGORY A. CHAIMOV, hereby declare:

1.     I am one of the attorneys for Non-Party Health Share of Oregon ("Health Share"). I have served as one of Health Share's counsel in relation to litigation between FamilyCare, Inc. ("FamilyCare") and the Oregon Health Authority ("OHA") since 2015.  I make this Declaration based on my personal knowledge and in support of Health Share of Oregon's Memorandum in Opposition to FamilyCare's Motion to Compel De-Designation or Down-Designation of AEO and Confidential Documents.

2.     Health Share has for over three years repeatedly and explicitly provided FamilyCare the explanations in this memorandum.  At all times, Health Share has told FamilyCare that the information Health Share does not want FamilyCare to see is information that would permit a competitor (whether FamilyCare, an existing CCO, or a new market entrant) to learn (1) the payment methods and amounts Health Share has proposed to accept and has accepted from OHA, and (2) the payment methods and amounts Health Share has proposed to and agreed with providers.  Health Share has explained that this is the information that needs to be kept from any competitor to prevent a likelihood of substantial competitive harm.

3.     Beginning in 2015, FamilyCare has, inside and outside of litigation, repeatedly asked OHA and Health Share for the information FamilyCare seeks through its motion. FamilyCare's efforts to obtain the commercially sensitive information of Health Share have been going on since at least 2015 through requests to OHA under the Oregon Public Records Act and requests for production and subpoenas served in litigation.  To address the issue, Health Share executives met with FamilyCare executives.  Health Share's actuary conferred with FamilyCare's actuary.  I do not recall how many times I and other attorneys representing Health Share have met, conferred, and corresponded with FamilyCare's counsel about the reasons for Health Share's objections to disclosing the information FamilyCare seeks in its motion, but the number of times exceeds a dozen.

Page 2 – DECL. OF GREGORY A. CHAIMOV ISO HEALTH SHARE OF OREGON'S RESPONSE TO
FAMILYCARE'S MOTION TO COMPEL DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS
4844-7394-9808v.1 0095765-000004                    DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

*I hereby declare that the above statements are true to the best of my knowledge and belief and that I understand that this Declaration is made for use as evidence in court and is subject to penalty for perjury.*

DATED this 27th day of August, 2018.

_____
GREGORY A. CHAIMOV

4844-7394-9808v.1 0095765-000004          DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax