**Frank V. Langfitt**, OSB No. 731770
frank.langfitt@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

      Attorneys for Defendant
      Eastern Oregon Coordinated Care
      Organization

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILY CARE, INC., an Oregon non-profit corporation, | CV No. 6:18-cv-00296-MO |
| Plaintiff, | RESPONSE OF NON-PARTY INTERVENOR EASTERN OREGON COORDINATED CARE ORGANIZATION TO FAMILY CARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS (DOC. NO. 196) |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendant. | |

Page 1 -    Response of Non-Party Intervenor Eastern Oregon Coordinated Care Organization to Family
      Care, Inc.'s Motion to Compel Down-Designation of Attorneys' Eyes Only Documents

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

Non-Party intervenor, Eastern Oregon Coordinated Care Organization ("Eastern Oregon") respectfully submits the following memorandum in response and in opposition to Family Care's Motion to Compel Down-Designation of Attorneys' Eyes Only Documents (Doc. No. 196) ("Motion to Compel").

### WHY EASTERN OREGON HAS FILED THIS "RESPONSE"

Family Care seeks the down-designation of three documents designated as attorneys' eyes only ("AEO") by another Coordinated Care Organization ("CCO"), Health Share of Oregon, Inc. ("Health Share"). Eastern Oregon is a non-party intervenor that is a party to the protective order which authorizes the AEO designations of certain CCO documents including those at issue in the present Motion to Compel. Eastern Oregon is the designated coordinated care organization to administer the Oregon Health Plan for 12 counties in eastern Oregon. Because Family Care attorneys have made comments indicating that Family Care will seek down-designations for similar AEO documents designated by other CCOs, including Eastern Oregon, Eastern Oregon has a stake in the outcome of the Motion to Compel. The Motion to Compel should be denied.

### BACKGROUND

The history of the disputes relating to Family Care's efforts to obtain confidential documents of the CCOs previously has been before the court. For Eastern Oregon, that history is contained in its Response of Eastern Oregon Coordinated Care Organization, LLC to Family Care Inc.'s Omnibus Discovery Motions, (Doc. No. 52), the Declaration of Frank V. Langfitt in Opposition to Family Care, Inc.'s Omnibus Discovery Motions (Doc. No. 55), and the

4835-3299-3392.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Declaration of Mark Danburg-Wyld in Opposition to Family Care, Inc.'s Omnibus Discovery

Motions (Doc. No. 53).

## ARGUMENT

Eastern Oregon joins the arguments presented by Health Share in its

Memorandum in Opposition to Family Care, Inc.'s Motion to Compel.  (Doc. No. 228.)

Eastern Oregon continues to rely upon the Declaration of Mark Danburg-Wyld in

Opposition to Family Care, Inc.'s Omnibus Discovery Motions (Doc. No. 53), a copy of which is

re-filed contemporaneously with this Response.

In addition, Eastern Oregon submits the following arguments:

1.    There is a continuing interest on the part of Eastern Oregon in protecting

certain of its rate documents with the AEO designations.  As Mr. Danburg-Wyld described in his

Declaration, the CCOs are approaching new contract negotiations with OHA (Danburg-Wyld

Decl.).  Eastern Oregon expects that all geographic areas in the state will be open for bid, so any

CCO trade secret information would be extremely valuable to any other CCO, not just Family

Care, as they formulate their bids.  Family Care's attorneys want to share CCO confidential

information, marked AEO, with Family Care executives, any of whom could leave Family Care

and show up at another CCO in Oregon.  The danger to Eastern Oregon and the other CCOs is

real and present.

2.    As Health Share describes in compelling fashion, the information

contained in the documents at issue contain the most sensitive financial information for CCOs.

Also see Declaration of Mark Danburg-Wyld (¶¶ 6-18).

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4835-3299-3392.1

3.      The posture of this case is different since the court last addressed the protective order and the CCO designations at the hearing on April 6, 2018, on Family Care's Omnibus Discovery Motions.  (Doc. No. 30)  Since then, on June 1, 2018, the court entered its Opinion and Order (Doc. No. 106), in which the court dismissed with prejudice Family Care's Claim Two (breach of settlement agreement), Claim Three (declaratory judgment) and Claim Five (breach of settlement agreement) to the extent those claims relied upon Family Care's alleged right to actuarially sound rates.

4.      In its Opinion and Order, the court found that Family Care had no independent right to actuarially sound rates (Doc. No. 106, pp. 12-13); that Family Care had no protected property interest in receiving actuarially sound rates (Doc. No. 106, p. 13); and that there was nothing in Family Care's contract with OHA which gave Family Care a right, or a reasonable expectation of a right, to actuarially sound rates (Doc. No. 106, p. 25).

5.      In the Opinion and Order, the court denied OHA's motion to dismiss Family Care's APA judicial review claims (Claims Numbered 4 and 11), noting that at the initial stage of the analysis, none of Family Care's APA claims depended on the right to actuarially sound rates (Doc. No. 106, p. 8).  The court recognized that, ultimately, Family Care's APA claims may implicate whether Family Care has a right to actuarially sound rates, but Eastern Oregon submits that given the court's analysis, referred to immediately above, Family Care's argument for down grading CCO documents is outweighed by the prejudicial effect on the CCOs.

6.      Because of the current posture of this case, given that Family Care has no right to actuarially sound rates nor a protected property interest in receiving actuarially sound

Page 4 -      Response of Non-Party Intervenor Eastern Oregon Coordinated Care Organization to Family Care, Inc.'s Motion to Compel Down-Designation of Attorneys' Eyes Only Documents

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4835-3299-3392.1

rates, the discovery of other CCO's rate information (including Health Share's and Eastern Oregon's) is not relevant, pursuant to Fed R Civ P 26(b)(1), and therefore, Family Care has no basis upon which to argue about the CCOs' AEO designations of their rate information.

### CONCLUSION

For the reasons stated above, Eastern Oregon respectfully requests the court to deny Family Care's Motion to Compel Down-Designation.

DATED this 27th day of August, 2018.

MILLER NASH GRAHAM & DUNN LLP

*s/ Frank V. Langfitt*

Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

Attorneys for Intervenor Eastern Oregon
Coordinated Care Organization LLC

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4835-3299-3392.1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Response of Non-Party Intervenor Eastern Oregon Coordinated Care Organization to Family Care, Inc.'s Motion to Compel Down-Designation of Attorneys' Eyes Only Documents on:

Stephen F. English
Thomas R. Johnson
Brian P. Samuelson
1120 NW Couch Street, 10th Floor
Portland, Oregon  97209
E-mail:  senglish@perkinscoie.com
E-mail:  trjohnson@perkinscoie.com
E-mail:  bsamuelson@perkinscoie.com

Matthew P. Gordon
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington  98101
E-mail:  mcurtice@perkinscoie.com
E-mail:  mgordon@perkinscoie.com

*Attorneys for Plaintiff*

Brian M. Parrott
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  brian@bparrott-law.com

*Attorney for Primary Health of Josephine County, LLC*

Joel A. Parker
Jeffrey Hern
Schwabe Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon  97204
E-mail:  jparker@schwabe.com
E-mail:  jhern@schwabe.com
*Attorneys for Trillium Community Health Plan, Inc.*

Renee Stineman
Carla Scott
Elleanor Chin
Department of Justice
Special Litigation Unit
100 SW Market Street
Portland, Oregon  97201
E-mail:  renee.stineman@doj.state.or.us
E-mail:  carla.a.scott@doj.state.or.us
E-mail:  elleanor.chin@doj.state.or.us

Matthew A. Levin
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, Oregon  97204
E-mail:  MattLevin@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen Higgins & Tongue
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  eknight@dunncarney.com
E-mail:  mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, Oregon  97209
E-mail:  dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC and Jackson Care Connect*

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

Anna Sortun
Tonkon Torp, LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
E-mail: anna.sortun@tonkon.com

*Attorney for Joint Intervenors Cascade Health Alliance, LLC and Umpqua Health Alliance, LLC*

W. Chris Jenkins
Samaritan Health Services
2300 NW Walnut Blvd.
Corvallis, Oregon 97330
E-mail: wjenkins@samhealth.org

*Attorney for Intercommunity Health Network – Coordinated Care Organization*

Arden J. Olson
Harrang Long Gary Rudnick PC 360 East 10th Avenue, Suite 300
Eugene, Oregon 97401
E-mail: arden.j.olson@harrang.com

*Attorney for Willamette Valley Community Health, LLC*

Gregory A. Chaimov
Christopher F. McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland Oregon 97201
E-mail: gregchaimov@dwt.com
E-mail: chrismccracken@dwt.com

*Attorneys for Non-Party Health Share of Oregon*

Eric A. Lindenauer
Garvey Schubert Baer
121 SW Morrison Street, 11th Floor
Portland, Oregon 97204
E-mail: elindenauer@gsblaw.com

*Attorney for PacificSource Community Solutions*

Peter F. Stoloff
Peter F. Stoloff PC
5285 Meadows Road, Suite 235
Lake Oswego, Oregon 97035
E-mail: pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care Organization*

by the following indicated method or methods on the date set forth below:

☒     **CM/ECF system transmission.**


DATED this 27th day of August, 2018.


s/ Frank V. Langfitt
Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com

Attorneys for Intervenor Eastern Oregon
Coordinated Care Organization LLC


Page 2 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204