Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

       Attorneys for Intervenor Eastern Oregon
       Coordinated Care Organization, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | No. 3:18-cv-00212-MO Lead No. 3:18-cv-00296-MO |
| Plaintiff, | DECLARATION OF MARK DANBURG-WYLD IN OPPOSITION TO FAMILYCARE, INC.'S OMNIBUS DISCOVERY MOTIONS (MOTION TO COMPEL DE-DESIGNATION OF AEO AND CONFIDENTIAL DOCUMENTS) |
| v. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Defendant. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Plaintiff, | |

Page 1 -   Declaration of Mark Danburg-Wyld in Opposition to FamilyCare, Inc.'s Omnibus Discovery Motions

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE 503 224 5858
3400 U S BANCORP TOWER
111 S W FIFTH AVENUE
PORTLAND, OREGON 97204

v.

OREGON HEALTH AUTHORITY, an
agency of the State of Oregon, and
PATRICK ALLEN, both individually and
in his official capacity as director of the
Oregon Health Authority,

              Defendants.

I, Mark Danburg-Wyld, hereby declare and state as follows:

1.     I am the Government Pricing Actuary & Manager Risk Adjustment Process for Moda Health Plan, Inc. In that capacity, I perform services for Eastern Oregon Coordinated Care Organization., LLC. Those services involve overseeing the submission of data to the Oregon Health Authority ("OHA") for the rate setting process; reviewing the work done by Optumas for OHA with respect to Eastern Oregon and addressing any areas of concern; tracking emerging experience; producing forecasts for budgeting purposes; monitoring the risk sharing arrangements for Eastern Oregon; and generally trying to assure that the venture to provide Eastern Oregon's members with care remains solvent.

2.     Eastern Oregon Coordinated Care Organization, LLC, was formed in 2012 by two entities including ODS Community Health, Inc., which is a subsidiary of Moda Health Plan, Inc. Eastern Oregon is the designated coordinated care organization to administer the Oregon Health Plan for 12 counties in Eastern Oregon.

3.     I am aware that FamilyCare, Inc. ("FamilyCare") has filed Omnibus Discovery Motions, including a motion to compel de-designation of AEO and Confidential Documents by Coordinated Care Organizations, including Eastern Oregon. The information and documents which FamilyCare seeks to de-designate contain confidential, proprietary and trade secret information of Eastern Oregon. This is information provided to OHA by Eastern Oregon with the expectation that it will be kept confidential. As far as I know, OHA does not share this

Page 2 –  Declaration of Mark Danburg-Wyld in Opposition to FamilyCare, Inc.'s Omnibus
           Discovery Motions
4825-6669-1936.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE 503 224 5858
U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

information with other CCOs, and Eastern Oregon does not have access to other CCOs' confidential documents and information.

4.      The information and documents sought by FamilyCare are especially sensitive at this point in time. The CCOs are gearing up to negotiate their next contract with OHA which is January 1, 2020. It would be extremely harmful to Eastern Oregon if its confidential and proprietary information became available to FamilyCare or any other CCO operating in Oregon or which desires to operate in Oregon.

5.      As indicated above, Moda provides services to Eastern Oregon. The confidential information and documents which FamilyCare seeks to de-designate are protected at Moda with limited accessibility to the information on a need-to-know basis. When information is provided to OHA, it is done through a secure portal with limited access. Below, I will address the separate categories of documents.

6.      CCO Rate of Growth Tool. These documents contain some of the most important business secrets, including descriptions of provider contracts, risk sharing arrangements, incentive payments and capitation payments to providers. There are spreadsheets of claims by category that divulge this information. They also contain business model information, which if available to competitors or other CCOs, would place Eastern Oregon at a disadvantage. Information from the parts of Exhibit L that Eastern Oregon designated as AEO is also contained the Rate of Growth Tool.

7.      Exhibit L. Eastern Oregon designated reports L13, L14, L15, L16, L17, L17.1, L17.2, L18, L18.1, L19 and the Scratch Sheet as AEO. These designated reports lead to the information provided in the Rate of Growth Tool, discussed above. The latest Exhibit L was provided to OHA in April 2017, so these documents contain recent, sensitive information.

8.      Supplement Rate Templates. These documents contain information comparable to the information described above for the Exhibit L reports.

Page 3 -    Declaration of Mark Danburg-Wyld in Opposition to FamilyCare, Inc.'s Omnibus Discovery Motions

4825-6669-1936.1
MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE  503 224 5858
3400 U S  BANCORP TOWER
111 S W  FIFTH AVENUE
PORTLAND, OREGON 97204

9. Claims and Encounter Data Submissions to the State. These documents contain a more detailed description of the actual cost and payments to the particular providers in the Eastern Oregon network of providers. The documents also contain individual members' Personal Health Information ("PHI") which should remain confidential.

10. State Enrollment Data Including Premiums Paid. This data would permit an entity to decipher Eastern Oregon's provider payments, and the documents also contain PHI of members.

11. MLR Template. These documents contain the data similar to the documents described in paragraphs 7-8 above. In any event, these documents are not relevant to the rate setting process because they are not used to set rates.

12. Actuarial Opinions. These documents are generated by OHA, but contain or concern Eastern Oregon's proprietary information described in this declaration.

13. SNRG Reconcilliation. These documents contain information concerning member level reporting of costs and contain member PHI. In any event, these documents are not relevant to the rate setting process because they are not used to set rates.

14. SB 231 Primary Care Template. These documents contain shared savings payments and incentive payment information with providers. They also concern patient-centered primary care homes.

15. Any records or detailed that would identify prescription drug prices or rates. These documents contain extremely sensitive and confidential information. Prescription drug prices and rates result from hard negotiations with pharmacy benefit managers ("PBM"). Eastern Oregon has its own PBM contract. PBM contracts contain strict confidentiality provisions. If Eastern Oregon's pharmacy rates were known by FamilyCare personnel, either at FamilyCare or when they leave and go to other CCOs, that information could be used to undermine Eastern Oregon's business relationship with its PBM.

Page 4 -  Declaration of Mark Danburg-Wyld in Opposition to FamilyCare, Inc.'s Omnibus
            Discovery Motions

4825-6669-1936.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE 503 224 5858
3400 U S BANCORP TOWER
111 S W FIFTH AVENUE
PORTLAND OREGON 97204

16.    Any other records or detailed data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers. This information and documents has been addressed above in my declaration.

17.    Regional Rate Models and Supporting Exhibits for the .... Eastern Oregon Region. This information and documents has been addressed above in my declaration.

18.    OHA/Optumas Materials/Exhibits Develop that are specific to Eastern Oregon CCO. This information and documents has been addressed above in my declaration.

19.    Eastern Oregon's concerns go beyond just FamilyCare and its employees. If FamilyCare's motion is granted, then other CCOs would have access to Eastern Oregon's confidential and proprietary information.

I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand that it is made for use as evidence in court and is subject to penalty of perjury.

EXECUTED this 30 day of March, 2018, in Portland, Oregon.

_____
Mark Danburg-Wyld

Page 5 -    Declaration of Mark Danburg-Wyld in Opposition to FamilyCare, Inc.'s Omnibus Discovery Motions

4825-6669-1936.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE 503 224.5858
3400 U S BANCORP TOWER
111 S W FIFTH AVENUE
PORTLAND, OREGON 97204

I hereby certify that I served the foregoing Declaration of Mark Danburg-Wyld in Opposition to FamilyCare, Inc.'s Omnibus Discovery Motions on:

Stephen F. English
Thomas R. Johnson
Brian P. Samuelson
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
E-mail: senglish@perkinscoie.com
E-mail: trjohnson@perkinscoie.com
E-mail: bsamuelson@perkinscoie.com

Matthew P. Gordon
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
E-mail: mcurtice@perkinscoie.com
E-mail: mgordon@perkinscoie.com

*Attorneys for Plaintiff*

Brian M. Parrott
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
E-mail: brian@bparrott-law.com

*Attorney for Primary Health of Josephine County, LLC*

Joel A. Parker
Jeffrey Hern
Schwabe Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204
E-mail: jparker@schwabe.com
E-mail: jhern@schwabe.com
*Attorneys for Trillium Community Health Plan, Inc.*

Renee Stineman
Carla Scott
Elleanor Chin
Department of Justice
Special Litigation Unit
100 SW Market Street
Portland, Oregon 97201
E-mail: renee.stineman@doj.state.or.us
E-mail: carla.a.scott@doj.state.or.us
E-mail: elleanor.chin@doj.state.or.us

Matthew A. Levin
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, Oregon 97204
E-mail: MattLevin@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen Higgins & Tongue
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
E-mail: eknight@dunncarney.com
E-mail: mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, Oregon 97209
E-mail: dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC and Jackson Care Connect*

Page 1 -    Certificate of Service

4836-7850-2496.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Anna Sortun
Tonkon Torp, LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204
E-mail:  anna.sortun@tonkon.com

*Attorney for Joint Intervenors Cascade
Health Alliance, LLC and Umpqua
Health Alliance, LLC*

W. Chris Jenkins
Samaritan Health Services
2300 NW Walnut Blvd.
Corvallis, Oregon  97330
E-mail:  wjenkins@samhealth.org

*Attorney for Intercommunity Health
Network – Coordinated Care
Organization*

Arden J. Olson
Harrang Long Gary Rudnick PC 360 East
10th Avenue, Suite 300
Eugene, Oregon  97401
E-mail:  arden.j.olson@harrang.com

*Attorney for Willamette Valley Community
Health, LLC*

Gregory A. Chaimov
Christopher F. McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland Oregon   97201
E-mail:  gregchaimov@dwt.com
E-mail:  chrismccracken@dwt.com

*Attorneys for Non-Party Health Share of
Oregon*

Eric A. Lindenauer
Garvey Schubert Baer
121 SW Morrison Street, 11th Floor
Portland, Oregon   97204
E-mail:  elindenauer@gsblaw.com

*Attorney for PacificSource Community
Solutions*

Peter F. Stoloff
Peter F. Stoloff PC
5285 Meadows Road, Suite 235 Lake
Oswego, Oregon  97035
E-mail:  pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care
Organization*

by the following indicated method or methods on the date set forth below:

☒    **CM/ECF system transmission.**

DATED this 30th day of March, 2018.

*s/ Frank V. Langfitt*
Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com

*Of Attorneys for Eastern Oregon
Coordinated Care Organization, LLC*

Page 2 -    Certificate of Service

4836-7850-2496.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Declaration of Mark Danburg-Wyld in Opposition to FamilyCare, Inc.'s Omnibus Discovery Motions (Motion to Compel De-Designation of AEO and Confidential Documents on:

Stephen F. English
Thomas R. Johnson
Brian P. Samuelson
1120 NW Couch Street, 10th Floor
Portland, Oregon  97209
E-mail:  senglish@perkinscoie.com
E-mail:  trjohnson@perkinscoie.com
E-mail:  bsamuelson@perkinscoie.com

Matthew P. Gordon
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington  98101
E-mail:  mcurtice@perkinscoie.com
E-mail:  mgordon@perkinscoie.com

*Attorneys for Plaintiff*

Brian M. Parrott
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  brian@bparrott-law.com

*Attorney for Primary Health of Josephine County, LLC*

Joel A. Parker
Jeffrey Hern
Schwabe Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon  97204
E-mail:  jparker@schwabe.com
E-mail:  jhern@schwabe.com
*Attorneys for Trillium Community Health Plan, Inc.*

Renee Stineman
Carla Scott
Elleanor Chin
Department of Justice
Special Litigation Unit
100 SW Market Street
Portland, Oregon  97201
E-mail:  renee.stineman@doj.state.or.us
E-mail:  carla.a.scott@doj.state.or.us
E-mail:  elleanor.chin@doj.state.or.us

Matthew A. Levin
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, Oregon  97204
E-mail:  MattLevin@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen Higgins & Tongue
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  eknight@dunncarney.com
E-mail:  mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, Oregon  97209
E-mail:  dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC and Jackson Care Connect*

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

Anna Sortun
Tonkon Torp, LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204
E-mail: anna.sortun@tonkon.com

*Attorney for Joint Intervenors Cascade
Health Alliance, LLC and Umpqua
Health Alliance, LLC*

W. Chris Jenkins
Samaritan Health Services
2300 NW Walnut Blvd.
Corvallis, Oregon  97330
E-mail: wjenkins@samhealth.org

*Attorney for Intercommunity Health
Network – Coordinated Care
Organization*

Arden J. Olson
Harrang Long Gary Rudnick PC 360 East
10th Avenue, Suite 300
Eugene, Oregon  97401
E-mail: arden.j.olson@harrang.com

*Attorney for Willamette Valley Community
Health, LLC*

Gregory A. Chaimov
Christopher F. McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland Oregon  97201
E-mail: gregchaimov@dwt.com
E-mail: chrismccracken@dwt.com

*Attorneys for Non-Party Health Share of
Oregon*

Eric A. Lindenauer
Garvey Schubert Baer
121 SW Morrison Street, 11th Floor
Portland, Oregon  97204
E-mail: elindenauer@gsblaw.com

*Attorney for PacificSource Community
Solutions*

Peter F. Stoloff
Peter F. Stoloff PC
5285 Meadows Road, Suite 235
Lake Oswego, Oregon  97035
E-mail: pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care
Organization*

by the following indicated method or methods on the date set forth below:

☒        **CM/ECF system transmission.**

DATED this 27th day of August, 2018.

*s/ Frank V. Langfitt*
Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com

Attorneys for Intervenor Eastern Oregon
Coordinated Care Organization LLC

Page 2 -    Certificate of Service

4850-1225-7379.3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204