**Joel A. Parker,** OSB #001633
Email: jparker@schwabe.com
**Jeffrey D. Hern,** OSB #043138
Email: jhern@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile:  503.796.2900

*Of Attorneys for Trillium Community
Health Plan, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, <br><br> Plaintiff, <br> v. <br><br> **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON,** <br><br> Defendants. | No. 6:18-cv-00296-MO <br><br> **TRILLIUM COMMUNITY HEALTH PLAN, INC.'S JOINDER IN HEALTH SHARE OF OREGON'S MEMORANDUM IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS** |

Trillium Community Health Plan, Inc. ("Trillium") hereby joins and supports Health

Share of Oregon's ("Health Share") Memorandum in Opposition to FamilyCare, Inc.'s

("FamilyCare") Motion to Compel Down-Designation of Attorneys' Eyes Only ("AEO")

Documents, filed on August 27, 2018.  With the instant motion, FamilyCare seeks down-

Page 1 -   **TRILLIUM'S JOINDER IN HEALTH SHARE'S MEMORANDUM IN OPPOSITION TO FAMILYCARE'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

designations of three Health Share-related AEO documents, which Trillium cannot access due to the protections afforded another Coordinated Care Organization's ("CCO"), Health Share's, highly sensitive and proprietary documents.  Trillium, therefore, has only been able to review the substance of FamilyCare's motion and Health Share's opposition brief.   Having done that, Trillium supports Health Share's opposition arguments on the whole.

Trillium reserves its rights, without waiver, to assert and rely on its own arguments with regard to any similar documents that relate to Trillium, which are not at issue with the present motion.  Such additional arguments may include, without limitation, distinguishing matters, such as the fact that Trillium was not in the same region as FamilyCare during the relevant years and that former FamilyCare members have not been transitioned to Trillium.  For purposes here, however, Trillium merely affirms its support of Health Share's opposition to FamilyCare's motion to compel with regard to Health Share's documents.

Dated this 27th day of August, 2018.

Respectfully submitted by,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:     s/Jeffrey D. Hern
        Joel A. Parker, OSB #001633
        Email: jparker@schwabe.com
        Jeffrey D. Hern, OSB #043138
        Email:  jhern@schwabe.com
        Facsimile: 503.796.29

        *Attorneys for Trillium Community Health Plan, Inc.*

Page 2 -    **TRILLIUM'S JOINDER IN HEALTH SHARE'S MEMORANDUM IN OPPOSITION TO FAMILYCARE'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900