**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**CHRISTOPHER F. MCCRACKEN, OSB #894002**
christophermccracken@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

     Attorneys for Non-Party Health Share of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON Defendants. | Case No. 6:18-cv-00296-MO<br><br>**CERTIFICATE OF COMPLIANCE** |

     Pursuant to LR 26-3(b)(1) and (2), Non-Party Health Share of Oregon certifies that its Memorandum in Opposition to FamilyCare, Inc.'s Motion to Compel Down-Designation of Attorneys' Eyes Only Documents is 2,933 words and does not exceed the 3,000 word limit.

4841-8208-1649v.1 0095765-000004

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

DATED this 27th day of August, 2018.

**DAVIS WRIGHT TREMAINE LLP**


By  s/GREGORY A. CHAIMOV
Gregory A. Chaimov, OSB #822180
gregorychaimov@dwt.com
Christopher F. McCracken, OSB #894002
christophermccracken@dwt.com
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Non-Party Health Share of Oregon

4841-8208-1649v.1 0095765-000004

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax