**Arden J. Olson, OSB #870704**
arden.j.olson@harrang.com
HARRANG LONG GARY RUDNICK P.C.
497 Oakway Road, Suite 380
Eugene, OR 97401
Telephone:    541-485-0220
Facsimile:    541-686-6564
Of Attorneys for Non-Party Willamette Valley Community Health, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC**., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNN SAXTON**,<br><br>Defendants. | Case No. 6:18-cv-00296-MO<br><br>**NON-PARTY WILLAMETTE VALLEY COMMUNITY HEALTH'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS** |

Non-Party Willamette Valley Community Health, LLC ("WVCH") is an Oregon limited liability company and a certified Coordinated Care Organization ("CCO"). As a CCO, WVCH contracts with the State of Oregon, through defendant Oregon Health Authority ("OHA"), to coordinate health services for Medicaid-eligible individuals in Marion and Polk Counties.

FamilyCare's Motion to Compel De-Designation of Attorneys' Eyes Only Documents ("Motion") seeks by categories to address discovery from OHA of certain financial information provided by Oregon's various CCOs. To avoid burdening the court with numerous similar briefs, WVCH incorporates by reference in their entirety the arguments filed by Health Share of

Page 1 – **NON-PARTY WVCH'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS**

Oregon ("Health Share") in Health Share of Oregon's Memorandum in Opposition to FamilyCare, Inc.'s Motion to Compel Down-Designation of Attorneys' Eyes Only Documents, which has been filed with the Court today in this matter.  FamilyCare's Motion would affect WVCH in the same manners as it would affect Health Share, and WVCH's concerns are indistinguishable from those of Health Share.

DATED this 27th day of August, 2018.

HARRANG LONG GARY RUDNICK P.C.


By:   s/Arden J. Olson
         Arden J. Olson, OSB #870704

         Of Attorneys for Non-Party Willamette Valley
         Community Health, LLC

Page 2 – **NON-PARTY WVCH'S JOINDER IN OPPOSITION TO FAMILYCARE,
         INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS'
         EYES ONLY DOCUMENTS**

# CERTIFICATE OF SERVICE

I certify that on August 27, 2018, I served or caused to be served a true and complete copy of the foregoing **NON-PARTY WILLAMETTE VALLEY COMMUNITY HEALTH'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS** on the party or parties listed below as follows:

☑ Via CM / ECF Filing
☐ Via First Class Mail, Postage Prepaid
☐ Via Email
☐ Via Personal Delivery

Carla Scott, OSB #054725
Renee R. Stineman, OSB #994610
Oregon Department of Justice

Matthew A. Levin, OSB #003054
Dallas S. DeLuca, OSB #072992
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Laura R. Salerno Owens, OSB #076230
Renee E. Rothauge, OSB #903712
Markowitz Herbold PC

Of Attorneys for Patrick Allen

Matthew A. Levin, OSB #003054
Dallas S. DeLuca, OSB #072992
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Laura R. Salerno Owens, OSB #076230
Renee E. Rothauge, OSB #903712
Markowitz Herbold PC

Of Attorneys for Oregon Health Authority

Matthew P. Gordon, *Pro Hac Vice*
Stephen F. English, OSB #730843
Alletta S. Brenner, OSB #142844
Brian P. Samuelson, OSB #165476
Douglas R. Pahl, OSB #950476
Thomas R. Johnson, OSB #010645
Perkins Coie, LLP

Of Attorneys for FamilyCare, Inc.

Page 3 – **NON-PARTY WVCH'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS**

I further certify that service will be accomplished to the following parties listed below as follows:

☑ Via First Class Mail, Postage Prepaid

☐ Via Email

☐ Via Personal Delivery

Brian M. Parrott, OSB #013760
brian@bparrott-law.com
Brian M. Parrott LLC
851 SW 6th Ave. Suite 1500
Portland, OR 97204
Telephone: (503) 607-2715

Of Attorney for PrimaryHealth of
Josephine County, LLC

Elizabeth C. Knight, OSB #992454
eknight@dunncarney.com
Michael D. Crew, OSB #720603
mcrew@dunncarney.com
Dunn Carney Allen Higgins & Tongue
LLP
851 SW 6th Ave., Suite 1500
Portland, OR 97204
Telephone: (503) 224-6440

Of Attorneys for AllCare CCO, Inc.

Anna Sortun, OSB #045729
anna.sortun@tonkon.com
Tonkon Torp LLP
888 SW 5th Ave., Suite 1600
Portland, OR 97204
Telephone: (503) 802-2107

Of Attorneys for Cascade Health Alliance;
LLC, Western Oregon Advanced Health,
LLC; and Umpqua Health Alliance

Daniel P. Larsen, OSB #943645
dpl@aterwynne.com
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, OR 97209
Telephone: (503) 226-1191

Of Attorney for Columbia Pacific CCO,
LLC and Jackson Care Connect

Frank V. Langfitt, III, OSB #731770
frank.langfitt@millernash.com
Miller Nash Graham & Dunn LLP
111 SW 5th Ave., Suite 3400
Portland, OR 97204
Telephone: (503) 205-2425

Of Attorney for Eastern Oregon
Coordinated Care Organization, LLC

W. Chris Jenkins, OSB #090612
chris.jenkins@bcidaho.com
Blue Cross of Idaho
3000 E. Pine Ave.
Meridian, ID 83642
Telephone: (800) 274-4018

Of Attorney for Intercommunity Health
Network – Coordinated Care Organization

Page 4 – **NON-PARTY WVCH'S JOINDER IN OPPOSITION TO FAMILYCARE,
INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS'
EYES ONLY DOCUMENTS**

Eric A. Lindenauer, OSB #833721
elindenauer@gsblaw.com
Garvey Schubert Barer
121 SW Morrison St., 11th Floor
Portland, OR 97204
Telephone: (503) 228-3939

Of Attorney for PacificSource Community
Solutions


Peter F. Stoloff, OSB #780898
pstoloff@peterstoloff-law.com
Peter F. Stoloff PC
5285 Meadows Rd., Suite 235
Lake Oswego, OR 97035
Telephone: (503) 992-6463

Of Attorney for Yamhill Community Care
Organization

Joel A. Parker, OSB #001633
jparker@schwabe.com
Jeffrey D. Hern, OSB #043138
jhern@schwabe.com
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: (503) 796-2975

Of Attorneys for Trillium Community
Health Plan, Inc.



HARRANG LONG GARY RUDNICK P.C.



By:   s/Arden J. Olson
        Arden J. Olson, OSB #870704
        Of Attorneys for Non-Party Willamette Valley
        Community Health, LLC

Page 5 – **NON-PARTY WVCH'S JOINDER IN OPPOSITION TO FAMILYCARE,
         INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS'
         EYES ONLY DOCUMENTS**