**Michael D. Crew, OSB No. 720603**
**Email:** mcrew@dunncarney.com
**Elizabeth C. Knight, OSB No. 992454**
**Email:** eknight@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
Telephone: 503-224-6440
Fax: 503-224-7324

Attorneys for Non-Party AllCare CCO, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**FAMILYCARE, INC.**, an Oregon non-profit corporation,

Plaintiff,

v.

**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as Director of the Oregon Health Authority,

Defendants.

**No. 6:18-cv-00296-MO**

**NONPARTY ALLCARE CCO, INC'S JOINDER IN HEALTH SHARE OF OREGON'S MEMORANDUM IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS**

AllCare CCO, Inc. ("AllCare") hereby joins and supports Health Share of Oregon's

("Health Share") Memorandum in Opposition to FamilyCare, Inc.'s ("FamilyCare") Motion to

Page 1    NONPARTY ALLCARE CCO, INC'S JOINDER IN HEALTH SHARE OF OREGON'S MEMORANDUM IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS

DCAPDX_2679204_v1

Compel Down-Designation of Attorneys' Eyes Only Documents (ECF 228).  Because AllCare shares the same concerns regarding down-designating the subject documents, and because FamilyCare's Motion would impact AllCare in a similar manner as it would impact Health Share, AllCare joins in and supports Health Share's opposition brief.  Notwithstanding this joinder, AllCare reserves the right to assert additional arguments with regard to any similar documents which relate to AllCare, and which are not at issue in the Motion.

Dated this 27th day of August, 2018.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP


*s/ Elizabeth C. Knight*
**Michael D. Crew, OSB No. 720603**
**Elizabeth C. Knight, OSB No. 992454**
Telephone:  503-224-6440
Attorneys for Non-Party AllCare CCO, Inc.

Page 2    NONPARTY ALLCARE CCO, INC'S JOINDER IN HEALTH SHARE OF OREGON'S
         MEMORANDUM IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO COMPEL
         DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS
DCAPDX_2679204_v1