Joel P. Leonard, OSB No. 960810
Sonia A. Montalbano, OSB No. 97082
ELLIOTT, OSTRANDER & PRESTON, PC
707 SW Washington, Suite 1500
Portland, OR  97205
Telephone (503) 224-9867
Fax (503) 224-7819
joel@eoplaw.com
sonia@eoplaw.com
Attorneys for Schramm Health Partners, LLC


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>OREGON HEALTH AUTHORITY, and agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                    Defendants. | Case No.  6:18-cv-00296-MO<br><br><br>UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL |


**LOCAL RULE 7-1 CERTIFICATION**

Counsel for Optumas has conferred with counsel for FamilyCare, Inc. ("FamilyCare")

and Oregon Health Authority ("OHA").  FamilyCare and OHA do not oppose this motion to file

under seal.


 1 | UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL

6762508v1/28355-0001

**MOTION**

Optumas, by and through undersigned counsel, hereby moves the Court for an order sealing its Motion to Redact Additional Information from Transcript of July 31, 2018 Hearing (the "Motion"), including its attached Exhibit A . The Motion relates to documents and materials that are subject to the protective order and seeks the redaction of arguments made at the hearing derived from information subject to the protective order. Accordingly, the protective order should apply to the Motion. The Motion also discusses FamilyCare's motion to de-designate those documents and Optumas' response thereto, both of which were filed under seal. In addition, the Motion contains information of a sensitive nature that would potentially lead to harm or embarrassment to Optumas if publicly filed. For the foregoing reasons, there is good cause to have the motion sealed.

DATED: August 27, 2018

ELLIOTT, OSTRANDER & PRESTON, P.C.

By s/ Joel P. Leonard _____
Joel P.Leonard, OSB No. 960810
Sonia A. Montalbano, OSB No. 97082
Elliott, Ostrander & Preston, P.C.
joel@eoplaw.com
sonia@eoplaw.com
Tel: (503) 224-7112
Fax: (5030 224-7819

**CERTIFICATE OF SERVICE**

I hereby certify that I served the attached MOTION TO REDACT ADDITIONAL

INFORMATION on:

Amanda J. Beane
Perkins Coie, LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
abeane@perkinscoie.com

Alletta S. Brenner
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
abrenner@perkinscoie.com

Gregory A. Chaimov
Davis Wright Tremaine, LLP
1300 SW Fifth Avenue
Suite 2400
Portland, OR 97201-5630
gregorychaimov@dwt.com

Stephen F. English
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
senglish@perkinscoie.com

Matthew P. Gordon
Perkins Coie, LLP (Seattle)
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
MGordon@perkinscoie.com

Renata Gowie
U.S. Attorney's Office District of Oregon
1000 SW Third Ave, Suite 600
Portland, OR 97204
renata.gowie@usdoj.gov

Jeffrey D. Hern
Schwabe, Williamson & Wyatt
1211 SW 5th Ave
Ste. 1600
Portland, OR 97204
jhern@schwabe.com

Nicholas H. Hesterberg
Perkins Coie, LLP (Seattle)
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
nhesterberg@perkinscoie.com

Thomas R. Johnson
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
TRJohnson@perkinscoie.com

Elizabeth C. Knight
Dunn Carney Allen Higgins & Tongue, LLP
851 SW Sixth Avenue
Suite 1500
Portland, OR 97204-1357
eknight@dunncarney.com

3 | UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL

Vivek A. Kothari
Markowitz Herbold PC
1211 SW 5th Ave
Suite 3000
Portland, OR 97204
vivekkothari@markowitzherbold.com

Daniel P. Larsen
Ater Wynne, LLP
1331 NW Lovejoy Street
Suite 900
Portland, OR 97209-3280
dpl@aterwynne.com

Arden J. Olson
Harrang Long Gary Rudnick, PC (Eugene)
360 E.10th Avenue
Suite 300
Eugene, OR 97401-3273
arden.j.olson@harrang.com

Brian M. Parrott
Brian M. Parrott LLC
851 SW Sixth Avenue
Suite 1500
Portland, OR 97204
brian@bparrott-law.com

Brian P. Samuelson
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
bsamuelson@perkinscoie.com

Anna Sortun
Tonkon Torp LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204-2099
anna.sortun@tonkon.com

Frank V. Langfitt
Miller Nash Graham & Dunn LLP
111 SW Fifth Avenue
Suite 3400
Portland, OR 97204
frank.langfitt@millernash.com

Eric A. Lindenauer
Garvey Schubert Barer
121 SW Morrison Street
11th Floor
Portland, OR 97204
elindenauer@gsblaw.com

Douglas R. Pahl
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
dpahl@perkinscoie.com

Laura R. Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
LauraSalerno@MarkowitzHerbold.com

Carla Scott
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
carla.a.scott@doj.state.or.us

Renee R. Stineman
Oregon Department of Justice
Trial Division
100 SW Market Street
Portland, OR 97201
renee.stineman@doj.state.or.us

4 | UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL

Peter F. Stoloff
Peter F. Stoloff, P.C.
5285 Meadows Road
Suite 235
Lake Oswego, OR 97035
pstoloff@peterstoloff-law.com

B. Scott Whipple
Whipple Law Office, LLC
1675 SW Marlow Avenue
Suite 201
Portland, OR 97225
scott@whipplelawoffice.com

Harry B. Wilson
Markowitz Herbold PC
1211 SW 5th Ave
Suite 3000
Portland, OR 97204
harrywilson@markowitzherbold.com


[  ]    by mailing to said attorney(s) a full and correct copy thereof, contained in a sealed envelope, with postage paid, addressed to said attorney(s) as stated above and deposited at the United States Post Office at Portland, Oregon.

[  ]    by hand delivering to said attorney(s) a true copy thereof.

[  ]    by faxing to said attorney(s) a true copy thereof.

[  ]    by emailing to said attorney(s) a true copy thereof.  (Pursuant to LR 5-11, interrogatories, requests for production, or requests for admission were emailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.)

[X]    by electronic filing with the District Court's CM/ECF system.  The CM/ECF system generated Notice of Electronic Filing constitutes proof of service upon a filing user in accordance with Fed. R. Civ. P. 5(d).

Dated this 27th day of August, 2018

ELLIOTT, OSTRANDER & PRESTON, P.C.


By: s/ Joel P. Leonard
Joel P. Leonard, OSB No. 960810
Sonia A. Montalbano, OSB No. 97082
Of Attorneys for Schramm Health Partners, LLC


5 | UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL