**Daniel P. Larsen**, OSB No. 943645
E-mail:      dpl@aterwynne.com
**ATER WYNNE LLP**
1331 NW Lovejoy Street, Suite 900
Portland, OR 97209-3280
Telephone:    (503) 226-1191
Facsimile:    (503) 226-0079

Attorney for Non-Party Intervenors
Columbia Pacific CCO, LLC and
Jackson Care Connect

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**OREGON HEALTH AUTHORITY,** an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority; and **LYNNE SAXTON**,<br><br>Defendants. | Case No. 6:18-cv-00296-MO<br><br>**COLUMBIA PACIFIC CCO, LLC'S AND JACKSON CARE CONNECT'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS** |

Non-Party Intervenors Columbia Pacific CCO, LLC ("CPC") and Jackson Care Connect

("JCC") hereby join and support Non-party Health Share of Oregon's ("Health Share")

CPC'S AND JCC'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF AEO DOCUMENTS

Page 1

Memorandum in Opposition (Dkt. 228, filed August 27, 2018) to FamilyCare, Inc.'s ("FamilyCare") Motion to Compel Down-Designation of Attorneys' Eyes Only ("AEO") Documents (Dkt. 196, filed August 17, 2018) ("Motion to Compel").

FamilyCare's Motion to Compel seeks down-designations of CPC's and JCC's related AEO documents, which CPC and JCC cannot access due to the protections afforded another Coordinated Care Organization's ("CCO"), CPC's, and JCC's highly-sensitive and proprietary documents.  CPC and JCC, therefore, have only been able to review the substance of FamilyCare's motion and Health Share's opposition brief (Dkt. 228).  Having done that, CPC and JCC entirely support Health Share's opposition arguments.

CPC and JCC reserve their rights, without waiver, to assert and rely on their own arguments with regard to any similar documents that relate to CPC and JCC, which are not at issue with the present motion.  Such additional arguments may include, without limitation, distinguishing matters, such as the fact that CPC and JCC were not in the same region as FamilyCare during the relevant years, and that former FamilyCare members have not been transitioned to CPC and JCC.  For purposes here, however, CPC and JCC merely affirm their support of Health Share's opposition to FamilyCare's Motion to Compel with regard to CPC's and JCC's documents.

**DATED** this  28<u>th</u>  day of August, 2018.

ATER WYNNE LLP

By: s/ Daniel P. Larsen
    Daniel P. Larsen, OSB No. 943645
    Email:  dpl@aterwynne.com
    Tel:  (503) 226-1191; Fax:  (503) 226-0079
Attorneys for Non-Party Intervenors
Columbia Pacific CCO, LLC and
Jackson Care Connect

CPC'S AND JCC'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF AEO DOCUMENTS

Page 2

ATER WYNNE LLP
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

3140404/1/DPL/101821-0073

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **COLUMBIA PACIFIC CCO, LLC'S AND JACKSON CARE CONNECT'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO COMPEL DOWN-DESIGNATION OF ATTORNEYS' EYES ONLY DOCUMENTS** with the Clerk of the Court using the CM/ECF system, and via e-mail to the following persons:

| | |
|---|---|
| Stephen F. English | Matthew A. Levin |
| Brian P. Samuelson | Harry B. Wilson |
| Alletta S. Brenner | Laura Salerno Owens |
| Douglas R. Pahl | Markowitz Herbold PC |
| Perkins Coie LLP | 1211 SW Fifth Avenue, Suite 3000 |
| 1120 N.W. Couch Street, 10th Floor | Portland, OR 97204 |
| Portland, OR 97209-4128 | MattLevin@MarkowitzHerbold.com |
| BSamuelson@perkinscoie.com | HarryWilson@MarkowitzHerbold.com |
| Abrenner@perkinscoie.com | LauraSalerno@MarkowitzHerbold.com |
| *Attorneys for FamilyCare, Inc.* | Docket@MarkowitzHerbold.com |
| | *Attorneys for Oregon Health Authority* |
| | |
| Elizabeth C. Knight  (Via E-mail) | Anna Sortun (Via E-mail) |
| Michael D. Crew  (Via E-mail) | Tonkon Torp LLP |
| Dunn Carney Allen | 888 SW 5th Ave Ste 1600 |
| 851 SW 6th Ave Ste 1500 | Portland OR 97204 |
| Portland OR 97204 | anna.sortun@tonkon.com |
| eknight@dunncarney.com | *Attorney for Cascade Health Alliance, LLC,* |
| mcrew@dunncarney.com | *Western Oregon Advanced Health, LLC,* |
| *Attorneys for AllCare CCO, Inc.* | *and Umpqua Health Alliance* |
| | |
| Brian M. Parrott  (Via E-mail) | Frank V. Langfitt III  (Via E-mail) |
| Brian M Parrott LLC | Miller Nash Graham & Dunn LLP |
| 851 SW 6th Ave Ste 1500 | 111 SW 5th Ave Ste 3400 |
| Portland OR 97204 | Portland OR  97204 |
| brian@bparrott-law.com | frank.langfitt@millernash.com |
| *Attorney for PrimaryHealth of Josephine* | *Attorney for Eastern Oregon Coordinated* |
| *County, LLC* | *Care Organization, LLC* |

CERTIFICATE OF SERVICE

Gregory A. Chaimov  (Via E-mail)
Christopher McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Ave, Suite 2400
Portland, OR 97201-5610
gregorychaimov@dwt.com
Christophermccracken@dwt.com
*Attorneys for Health Share of Oregon*

W. Chris Jenkins  (Via E-mail)
Tyler G. Jacobsen  (Via E-mail)
Samaritan Health Services
2300 NW Walnut Blvd
Corvallis OR 97330
wjenkins@samhealth.org
tjacobsen@samhealth.org
*Attorney for Intercommunity Health
Network - Coordinated Care Organization*

Eric A Lindenauer  (Via E-mail)
Garvey Schubert Barer
121 SW Morrison St 11th Fl
Portland OR 97204
elindenauer@gsblaw.com
*Attorney for PacificSource Community
Solutions*

Joel A. Parker  (Via E-mail)
Jeffrey D. Hern  (Via E-mail)
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave Ste 1900
Portland OR 97204
jparker@schwabe.com
jhern@schwabe.com
*Attorneys for Trillium Community Health
Plan, Inc.*

Arden J. Olson  (Via E-mail)
Harrang Long Gary Rudnick PC
360 E 10th Ave Ste 300
Eugene OR 97401
arden.j.olson@harrang.com
*Attorney for Willamette Valley Community
Health, LLC*

Peter F. Stoloff  (Via E-mail)
Peter F Stoloff PC
5285 Meadows Rd Ste 235
Lake Oswego OR 97035
pstoloff@peterstoloff-law.com
*Attorney for Yamhill Community Care
Organization*

DATED this  28th  day of August, 2018.

s/ Daniel P. Larsen
Daniel P. Larsen, OSB No. 943645
Attorneys for Non-Party Intervenors
Columbia Pacific CCO, LLC and
Jackson Care Connect

CERTIFICATE OF SERVICE