**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DEFENDANTS PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |

**PAGE 1 – DEFENDANTS PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

## L.R. 7-1 COMPLIANCE

Counsel for defendants Oregon Health Authority ("OHA") and Patrick Allen ("Allen") has conferred with counsel for FamilyCare, Inc. ("FamilyCare").  FamilyCare does not oppose this motion to file under seal.

## MOTION

Pursuant to the protective orders issued in this case, OHA and Allen move this Court for an order permitting them to file, under seal, their forthcoming Reply in Support of Defendants Oregon Health Authority and Patrick Allen's Motion for Summary Judgment and any documents attached in support thereof that have been designated as "Confidential" or "Attorneys' Eyes Only."

## MEMORANDUM

This request is made pursuant to the protective orders in this case, which were signed on June 9, 2017, November 1, 2017, and January 17, 2018.  These orders allow for the sealing of documents if a party designates those documents as "Confidential" or "Attorneys' Eyes Only."  Defendants' forthcoming reply brief discusses "Confidential" and "Attorneys' Eyes Only" documents that this Court has already permitted to be filed under seal.  The brief also discusses and attaches additional "Confidential" and "Attorneys' Eyes Only" documents, including an internal email that FamilyCare designated confidential, and confidential deposition transcript excerpts.

///

///

///

///

///

///

///

///

**PAGE 2 – DEFENDANTS PATRICK ALLEN AND OREGON HEALTH
        AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY
        IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

**CONCLUSION**

Accordingly, defendants respectfully request that the Court grant this motion and enter an order permitting defendants' Reply in Support of Motion for Summary Judgment, and certain supporting exhibits, to be filed under seal.

DATED this 5th day of September, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


By:     */s/ Harry B. Wilson*

David B. Markowitz, OSB No. 742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB No. 003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB No. 903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB No. 077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB No. 076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority*