**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **EXHIBIT LIST IN SUPPORT OF DEFENDANTS PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

Defendants Oregon Health Authority ("OHA") and Patrick Allen submit the following

exhibits in support of their Reply re Motion for Summary Judgment:

**Page 1 -  EXHIBIT LIST IN SUPPORT OF DEFENDANTS PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts from July 25, 2018 deposition of BethAnne Darby (under seal) |
| 2 | February 28, 2017 email between Robb Cowie, Courtney Crowell and Elizabeth Hayes RE: FamilyCare Health files lawsuit against the Oregon Health Authority |
| 3 | Excerpts from June 5, 2018 deposition of Courtney Crowell (under seal) |
| 4 | Excerpts from August 1, 2018 deposition of Lynne Saxton (under seal) |
| 5 | Excerpts from August 14, 2018 deposition of Jeff Fritsche (under seal) |
| 6 | Excerpts July 17, 2018 deposition of FamilyCare, Inc's 30(b)(6) witness William Murray (under seal) |
| 7 | December 28, 2015 email from Lori Coyner to Lynne Saxton Re article – attorney/client privilege |
| 8 | December 19, 2017 email from Sam Osborne RE: CCO Transition/Contingency Planning |
| 9 | Excerpts from July 16, 2018 deposition of FamilyCare, Inc's 30(b)(6) witness William Murray (under seal) |
| 10 | Excerpts from July 13, 2018 deposition of Laura Robison (under seal) |
| 11 | December 15-16, 2017 email exchange between William Murray and Laura Robison Re: FamilyCare Meeting Follow-up & Preliminary Results of Redetermination Analysis Next Steps |
| 12 | November 30, 2017 Medicaid Independent Review Report by Lewis & Ellis, Inc. |
| 13 | FamilyCare, Inc. 2016 Form CT-12 filed with the Charitable Activities Section Oregon Department of Justice |

DATED this 7th day of September, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


By:    */s/ Harry B. Wilson*
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB #903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com

**Page 2 -    EXHIBIT LIST IN SUPPORT OF DEFENDANTS PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority*

781924

**Page 3 - EXHIBIT LIST IN SUPPORT OF DEFENDANTS PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**