| | |
|---|---|
| **From:** | Coyner Lori A |
| **To:** | Saxton Lynne |
| **CC:** | Fairbanks Mark R; Fritsche Jeffrey P; GUEST Chelsea A; Zachary Aters (zachary.aters@optumas.com); Chauhan Varsha; Busek Rhonda J |
| **Sent:** | 12/28/2015 11:57:26 AM |
| **Subject:** | RE: article - attorney/client privilege |

I think the earlier we communicate this the better. I would like to talk to Zach about what information we have to share from 2015 and propose a communication plan from there. This will be an issue for some of the CCOs since we see from their reported financials that provider payments were significantly increased during 2015 (likely due to contracting that occurred in 2014). <mark>We will not meet the sustainable rate of growth if we carry these significant increases forward.</mark> I think that early and regular discussions related to this topic will be most effective.

We could start with the CEOs and the rates work group.
Lori

Lori Coyner, MA
State Medicaid Director
Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160

**From:** Saxton Lynne
**Sent:** Monday, December 28, 2015 11:16 AM
**To:** Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>
**Cc:** Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>; GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; Zachary Aters (zachary.aters@optumas.com) <zachary.aters@optumas.com>; Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>
**Subject:** Re: article - attorney/client privilege

Lori, Mark and Varsha - I would like us to think about the strategic time to discuss this with the CCOs. Would it be good to broach the topic with them in January or should we wait until March. How would you propose we discuss this - is there a data presentation or other 'grounding' materials we should provide? I appreciate your consideration and response. Thank you.

Sent from my iPad

On Dec 18, 2015, at 12:28 PM, Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us> wrote:

I think this is a policy issue we will need to deal with. I'd like your thinking on whether we do write a communication that lets CCOs know that we won't be able to carry forward huge increases in payments when developing 2017 rates -- and do it now or wait until later in the year.
Lori

Lori Coyner, MA
State Medicaid Director
Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160

**From:** Stineman Renee [mailto:renee.stineman@doj.state.or.us]

OHA_LIT_00570084

**Sent:** Friday, December 18, 2015 11:35 AM
**To:** Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>
**Subject:** FW: article - attorney/client privilege

# Privilege

Renee R. Stineman
Oregon Department of Justice
971.673.5021

---

**From:** Weston Sarah
**Sent:** Friday, December 18, 2015 11:02 AM
**To:** Stineman Renee
**Subject:** RE: article - attorney/client privilege

# Privilege

Sarah Weston
Oregon Department of Justice
971.673.5027

---

**From:** Coyner Lori A [mailto:LORI.A.COYNER@dhsoha.state.or.us]
**Sent:** Friday, December 18, 2015 10:56 AM
**To:** Zachary Aters (zachary.aters@optumas.com)
**Cc:** Weston Sarah; Stineman Renee; GUEST Chelsea A; Barry Jordan (barry.jordan@optumas.com); Jessica Grado (jessica.grado@optumas.com)
**Subject:** article - attorney/client privilege

https://www.thelundreport.org/content/familycare-gives-125-percent-increase-addictions-and-behavioral-health-providers

How are we putting them out of business and they are increasing spending at the same time!!

Lori Coyner, MA
State Medicaid Director
Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160

OHA_LIT_00570085