| From: | OSBORN Sam |
| --- | --- |
| To: | Kautz Kristine M; Norman Chris P; Busek Rhonda J; Cowie Robb; ROBISON Laura; Allen Patrick; LEVY Vivian; Koustareva Ekaterina; KALLSTROM Jewel; GUEST Chelsea A; Duus Kristen; COSTA Robert M; FREDLUND Kim; Haun Daniel R; Carson-Cottingham Ashley B; MCCORMICK Mike R; Jagger Dawn; FALK Theodore; Windham Jeanne; Salem - Summer - OHA DO Conf Room 460; Salem - Summer - DO Conference Line |
| CC: | Falk Theodore C; Souza Theresa; Simnitt David; Lacey Cindy |
| Sent: | 12/19/2017 4:57:29 PM |
| Subject: | RE: CCO Transition/Contingency Planning |

Good Afternoon,

Kim asked if I would join this group when possible. I called in this morning and this afternoon and nobody ever joined. I wanted to share what we have encountered at OHP the last two days.

- About 25% of our total calls have been questions about FC
- One consumer reported she had a procedure scheduled for 1/3/18 and when they called FC they laughed and told her she better cancel. The staff member called FC and was told they were closing 12/31/17.
- Another consumer reported that FC is not providing bus passes even for work that is to be done before the end of December.
- The facilities are denying care for a member who was already approved to enter a long turn care facility by Family Care.
- One member called concerning she has severe Crohn's disease that she needs continuous care for and the provider does not know what is happening. They are telling her that she needs to make a $500.00 deposit in order to schedule the Colonoscopy for the end of January.
- Our compliant Resolution team is getting complaints from the Governor's office where members are demanding to know what they are to do.
- A consumer reported that FC is telling consumers to complain to the Governor's office and OHP.

Our consumers are worried and fearful of the future. Any additional talking points would be appreciated.

Thanks,

Sam

-----Original Appointment-----
**From:** Kautz Kristine M
**Sent:** Monday, December 18, 2017 1:12 PM
**To:** Kautz Kristine M; OSBORN Sam; Norman Chris P; Busek Rhonda J; Cowie Robb; ROBISON Laura; Allen Patrick; LEVY Vivian; Koustareva Ekaterina; KALLSTROM Jewel; GUEST Chelsea A; Duus Kristen; COSTA Robert M; FREDLUND Kim; Haun Daniel R; Carson-Cottingham Ashley B; MCCORMICK Mike R; Jagger Dawn; FALK Theodore; Windham Jeanne; Salem - Summer - OHA DO Conf Room 460; Salem - Summer - DO Conference Line
**Cc:** Falk Theodore C; Souza Theresa; Simnitt David; Lacey Cindy
**Subject:** FW: CCO Transition/Contingency Planning
**When:** Tuesday, December 19, 2017 4:30 PM-5:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** HSB 460 / Mobile friendly: Participant: 877-873-8017,8257371# Kris Host: 877-873-8017,8257371#,*5583#

OHA_LIT_01182997

Reply Ex. 8
Page 1 of 2

-----Original Appointment-----
**From:** Kautz Kristine M
**Sent:** Friday, December 15, 2017 5:56 PM
**To:** Kautz Kristine M; Norman Chris P; Busek Rhonda J; Cowie Robb; ROBISON Laura; Allen Patrick; LEVY Vivian; Koustareva Ekaterina; KALLSTROM Jewel; GUEST Chelsea A; Duus Kristen; COSTA Robert M; FREDLUND Kim; Haun Daniel R; Carson-Cottingham Ashley B; MCCORMICK Mike R; Jagger Dawn; FALK Theodore; Windham Jeanne; Salem - Summer - OHA DO Conf Room 460; Salem - Summer - DO Conference Line
**Cc:** Falk Theodore C; Souza Theresa; Simnitt David; Lacey Cindy
**Subject:** CCO Transition/Contingency Planning
**When:** Tuesday, December 19, 2017 4:30 PM-5:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** HSB 460 / Mobile friendly: Participant: 877-873-8017,8257371# Kris Host: 877-873-8017,8257371#,*5583#

HSB 460

Mobile friendly: Participant: 877-873-8017,8257371# Kris Host: 877-873-8017,8257371#,*5583#

12/15/17
Hi All – Here's the afternoon meeting of the twice daily meetings to discuss CCO transition. Once again, someone with more talent than I will need to set-up room/Skype/telephone information. More to come. Thanks! Kris

OHA_LIT_01182998
Reply Ex. 8
Page 2 of 2