Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>          Defendants. | No. 6:18−cv−00296−MO<br><br>DECLARATION OF MATTHEW P. GORDON IN SUPPORT OF FAMILYCARE, INC.'S SURREPLY AND SUPPLEMENTAL BRIEF IN OPPOSITION TO PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S MOTION FOR SUMMARY JUDGMENT |

1-    DECLARATION OF MATTHEW P. GORDON

140119282

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Matthew P. Gordon, state as follows:

1.    I am attorney at Perkins Coie and one of the attorneys for FamilyCare.  I have been involved in aspects of discovery in this case.  I make this declaration based on my personal knowledge.

2.    Attached hereto as Exhibit 1is a true and correct copy of an excerpt from the transcript of the July 31, 2018 oral argument in this litigation.

3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Lewis & Ellis corporate designee, Jacqueline Lee, taken September 11, 2018.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: September 14, 2018          */s/ Matthew P. Gordon*
                                    Matthew P. Gordon

2-    DECLARATION OF MATTHEW P. GORDON

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

141296464