IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FAMILYCARE, INC., an Oregon )
non-profit corporation, )
                          )
        Plaintiff, )  Case No. 6:18-cv-00296-MO
                          )
   v. )
                          )
OREGON HEALTH AUTHORITY, an )
agency of the State of Oregon, )
PATRICK ALLEN, both )  July 31, 2018
individually and in his )
official capacity as director )
of the Oregon Health Authority,)
and LYNNE SAXTON, )
                          )
       Defendants. )  Portland, Oregon
_____)

**Oral Argument**

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MICHAEL W. MOSMAN

UNITED STATES DISTRICT COURT CHIEF JUDGE

Exhibit 1
Page 1 of 4

sort of delayed summary judgment hearing schedule and hearing date or we can run it separately -- that is, run Saxton on a separate schedule, with an additional summary judgment hearing.

Do you care?

MR. LEVIN:  My preference, my client's preference, Your Honor, would be to run it separately so we can keep the hearing date for the --

THE COURT:  Why?

MR. LEVIN:  Because we do have a lot of additional core issues that we have to get ready for for trial, and right now we've got a hearing date of September 21st that is going to give us time to digest the Court's ruling and get ready for trial on the issues that are remaining.  I worry that as that moves closer to the trial date, that will make the process much more difficult.  Briefing is already in on our motions.

THE COURT:  Mr. Johnson, are you here to talk about FamilyCare's extension?  I know you just mentioned it.

MR. JOHNSON:  Yes.

THE COURT:  So you'd like an extension to file your motion for summary judgment until August 10th?

MR. JOHNSON:  Until August 20th.

THE COURT:  Why is that?

MR. JOHNSON:  We are -- the parties are still conducting some depositions.  We are --

THE COURT:  30(b)(6) deposition is tomorrow?

Exhibit 1
Page 2 of 4

MR. JOHNSON:  30(b)(6) depositions.  There are a few fact witnesses that will be deposed next week, and then a couple to the following week.  Just with summer schedules we've -- all the lawyers have been trying very hard to get all these depositions done but we haven't been able to.  So a couple of those depositions that are helpful -- critical for our summary judgment response to the arguments they are making, we will need to have those depositions completed before we respond, and so that's why we have requested August 20th for our response date.  And that would still allow all of the briefing to be completed for a September 21st hearing, which is the current hearing.

THE COURT:  Right.  You just reduced my gap, that's all.

MR. JOHNSON:  It reduces your gap.

THE COURT:  You have great confidence in my brilliance.

MR. JOHNSON:  In our email to your chambers, Your Honor, we did point that out and ask if that was sufficient time.  It gave eight or nine days.  I don't know --

THE COURT:  I can absorb this stuff in minutes really.

Do you have an idea of the degree of overlap between the cross motions for summary judgment?  Are they going to be handling much the same issues or significantly different

Exhibit 1
Page 3 of 4

--o0o--

I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-entitled cause.  A transcript without an original signature or conformed signature is not certified.


*/s/Bonita J. Shumway*                    *August 5, 2018*
_____      _____
BONITA J. SHUMWAY, CSR, RMR, CRR      DATE
Official Court Reporter

Exhibit 1
Page 4 of 4