**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele:  (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **NOTICE OF ASSOCIATION** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

PLEASE BE ADVISED that Carla A. Scott of the Oregon Department of Justice hereby associates as an attorney for Oregon Health Authority, an agency of the State of Oregon ("OHA"), and Patrick Allen in his official capacity as director of the Oregon Health Authority

**Page 1 -   NOTICE OF ASSOCIATION**

("Allen").  David B. Markowitz, Matthew A. Levin, Renée E. Rothauge, Harry B. Wilson, and

Laura Salerno Owens remain as Special Assistant Attorneys General for OHA and Allen.  Please

serve all future pleadings on counsel as follows:

> MARKOWITZ HERBOLD PC
> 1211 SW Fifth Ave., Suite 3000
> Portland, OR 97204-3730
> Tel:  (503) 295-3085
> Fax:  (503) 323-9105
> DavidMarkowitz@MarkowitzHerbold.com
> MattLevin@MarkowitzHerbold.com
> ReneeRothauge@Markowitzherbold.com
> HarryWilson@MarkowitzHerbold.com
> LauraSalerno@MarkowitzHerbold.com
> BrittanySimpson@MarkowitzHerbold.com
> VivekKothari@MarkwitzHerbold.com
> AnnaJoyce@MarkowitzHerbold.com
> KatherineAcosta@MarkowitzHerbold.com
>
> OREGON DEPARTMENT OF JUSTICE
> 100 SW Market
> Portland, OR 97201
> Tel:  (971) 673-1915
> Fax:  (971) 673-5000
> carla.a.scott@doj.state.or.us

DATED this 18th day of September, 2018.

| | |
|---|---|
| ELLEN ROSENBLUM<br>ATTORNEY GENERAL<br>FOR THE STATE OF OREGON | OREGON DEPARTMENT OF JUSTICE |
| By:  *s/ Harry B. Wilson* | By:  *s/ Carla A. Scott* |
| David B. Markowitz, OSB #742046<br>DavidMarkowitz@MarkowitzHerbold.com<br>Matthew A. Levin, OSB #003054<br>MattLevin@MarkowitzHerbold.com<br>Renée E. Rothauge, OSB #903712<br>ReneeRothauge@Markowitzherbold.com<br>Harry B. Wilson, OSB #077214<br>HarryWilson@MarkowitzHerbold.com<br>Laura Salerno Owens, OSB #076230<br>LauraSalerno@MarkowitzHerbold.com | Carla A. Scott, OSB #054725<br>carla.a.scott@doj.state.or.us<br><br>*Of Attorney for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority* |
| *Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority* | |

FAMIOR\784184

**Page 2 -  NOTICE OF ASSOCIATION**