Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                              Defendants. | No. 6:18−cv−00296−MO<br><br><br>DECLARATION OF MATTHEW MERTENS IN SUPPORT OF PLAINTIFF FAMILYCARE, INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS PURSUANT TO PROTECTIVE ORDER AND TO PERMIT SUPPLEMENTATION OF EXPERT REPORTS |


DECLARATION OF MATTHEW MERTENS

141296203.1

I, Matt Mertens, state as follows:

1.      I am attorney at Perkins Coie and one of the attorneys for FamilyCare, Inc. ("FamilyCare").  I have been involved in aspects of discovery of this case.  I make this declaration based on my personal knowledge.

2.      Attached as Exhibit 1 is a true and correct copy of the November 1, 2017 protective order entered in Marion County Circuit Court Case No. 17CV09226.

3.      Attached as Exhibit 2 is a true and correct copy of the January 17, 2018 protective order entered in Marion County Circuit Court Case No. 17CV09226.

4.      On September 14, 2018, I performed a search in Relativity, Perkins Coie's e-discovery software platform, and identified at least 19,439 documents that OHA and Optumas have produced and designated as AEO.

5.      FamilyCare's actuarial expert has prepared detailed models relating to several aspects of FamilyCare's rate-setting claims.  Because of the AEO restriction, FamilyCare's actuarial expert cannot show portions of the models to FamilyCare.  Mr. Murray and Mr. Suchorzewski have had to leave the room during discussions between FamilyCare's counsel and its actuarial expert.  FamilyCare's actuarial expert cannot tell FamilyCare what certain inputs are for the models.  FamilyCare's actuarial expert cannot have detailed discussions with FamilyCare about certain conclusions in the expert's draft report.

6.      On April 11, 2018, FamilyCare organized an in-person meeting with the nonparty CCOs to discuss the AEO overdesignation problem.

7.      Attached as Exhibit 3 is a true and correct copy of FamilyCare's April 13, 2018 letter to the nonparty CCOs.

1-    DECLARATION OF MATTHEW MERTENS

141296203.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

8.      After FamilyCare sent its April 13, 2018 letter, FamilyCare continued to communicate with the CCOs individually by letter, email, and in some cases by phone about the scope and impact of the over-designation.  Attached as Exhibit 4 is a true and correct copy of FamilyCare's April 25, 2018 letter to the Court with accompanying exhibits.  Attached as Exhibit 5 is a true and correct copy of FamilyCare's May 25, 2018 letter to the Court.

9.      Through this process, the nonparty CCOs agreed to the down-designation of only approximately 4,300 documents.

10.     Attached as Exhibit 6 are true and correct excerpts from the transcript of the deposition of Lori Coyner, with salient portions highlighted.

11.     Attached as Exhibit 7 are true and correct excerpts from the FRCP 30(b)(6) deposition of Lewis & Ellis, by and through its corporate designee, Jacqueline Lee, with salient portions highlighted.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: September 18, 2018          */s/ Matthew J. Mertens*
                                    Matthew Mertens

2-   DECLARATION OF MATTHEW MERTENS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

141296203.1