**DEPOSITION OF LEWIS & ELLIS BY AND THROUGH THEIR REPRESENTATIVE JACQUELINE LEE**
September 11, 2018

**101**

A.   No, I -- yeah, I don't know.  That was -- yeah.

Q.   **Did you or L & E see this project as a stepping stone to potentially landing a rate setting job with the State of Oregon?**

A.   Yes, I did.

Q.   **So how did that impact your proposal to OHA?**

MR. JINDAL:  Objection, misstates the testimony, calls for speculation, lack of foundation.

MS. SCHWARTZ:  Objection, form.

THE WITNESS:  I wanted to present a competitive proposal to OHA that would exhibit our experience and ability to do this work so that we would be chosen and I could develop a relationship with the staff at OHA.

Q.   (By Mr. Gordon)  And then subsequent to this work, you did, in fact, submit a response to an RFP for Oregon's rate setting work, correct?

A.   Yep.

Q.   **And you were not selected?**

A.   That's correct.

Q.   **Were you informed why you were not selected?**

A.   Yes, I did not score as high.

Q.   **Were you informed why you did not score as high?**

Exhibit 7
Page 1 of 4

**DEPOSITION OF LEWIS & ELLIS BY AND THROUGH THEIR REPRESENTATIVE JACQUELINE LEE**
**September 11, 2018**

218

MR. JINDAL:  Objection, vague.

THE WITNESS:  What are you asking?

Q.  (By Mr. Gordon)  Sure.  Let me -- let me rephrase the question.

I'm trying to understand, OHA provided you with highly confidential CCO information, correct?

A.  Yes.

Q.  Did OHA require you, as a condition to receiving that information, that you agree to restrictions on your work going forward, i.e., that you would not work -- do work for particular CCOs or do work on rate setting in Oregon?

A.  No.

Q.  Were there any restrictions imposed on your employment whatsoever because you received this highly confidential information of CCOs?

A.  Employment --

MR. JINDAL:  Objection --

THE WITNESS:  -- where?

MR. JINDAL:  I'm sorry, objection, vague.

Q.  (By Mr. Gordon)  Employment in any context.

A.  No.

Q.  So after receiving and viewing this highly confidential CCO information, it's your understanding that you could work as an actuary for any one of the

Exhibit 7
Page 2 of 4

**DEPOSITION OF LEWIS & ELLIS BY AND THROUGH THEIR REPRESENTATIVE JACQUELINE LEE**
**September 11, 2018**

219

CCOs in Oregon?

A.   Yes.

Q.   Some of the information that was provided to you are various models, Optumas models, like its rate models, et cetera --

A.   Yes.

Q.   -- correct?

A.   Yes.

Q.   And these are various workbooks that contain information about how Optumas developed its rates?

A.   Yes.

Q.   Did Optumas resist providing this information to you?

A.   No.

Q.   Did they express any reservations about providing this information to you?

A.   No.

Q.   Did Optumas tell you that the information that these models or any of the information they provided to you contained information that Optumas considered to be Optumas' trade secret?

MR. JINDAL:   Objection, lack of foundation and calls for a legal conclusion.

THE WITNESS:   Optumas did not communicate with me, so they didn't give me any indications.

**DEPOSITION OF LEWIS & ELLIS BY AND THROUGH THEIR REPRESENTATIVE JACQUELINE LEE**
**September 11, 2018**

**220**

Q.    (By Mr. Gordon)  Well, you did -- you were on conference calls with Mr. Aters and -- and another person from Optumas, is that correct?

A.    Right, but we didn't talk about this line of -- anything regarding that.  We talked about what was within them.  Like, I had already had them, and we were talking about what -- what I saw and what questions I had.

Q.    Okay.  Fair enough.

Did anybody communicate to you that the information you were provided by Optumas, including these rate models, contained information that Optumas considered to be its trade secrets?

A.    No.

Q.    Did you observe any information in any of these documents that you as an actuary would consider to be trade secrets of Optumas?

MR. JINDAL:  Objection, calls for a legal conclusion, lack of foundation.

THE WITNESS:  Yeah.  Yes.

Q.    (By Mr. Gordon)  You did?

A.    Uh-huh.

Q.    Okay.  What types of information?

A.    Oh, just their -- their model and how it's set up and how they develop their rates internally and