**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
MERSEREAU SHANNON LLP
111 SW Columbia Street, Suite 1100
Portland, Oregon 97201-5865
Telephone: 503.226.6400
Facsimile: 503.226.0383

        Of Attorneys for Defendant
        Lynne Saxton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>      v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**,<br><br>        Defendants. | Case Nos.  6:18-cv-00296-MO<br><br>DECLARATION OF LYNNE SAXTON IN SUPPORT OF DEFENDANT LYNNE SAXTON'S MOTION FOR SUMMARY JUDGMENT |

I, Lynne Saxton, declare:

1.     I was previously employed as the director of the Oregon Health Authority ("OHA") from January 20, 2015[1] to August 31, 2017, and I make this declaration on personal knowledge and in support of my motion for summary judgment in this case.

2.     OHA oversees most of Oregon's health-related programs including behavioral

---

[1] I started as the Acting Director on January 20, 2015.  I was confirmed by the legislature on March 3, 2015.

PAGE 1 -     DECLARATION OF LYNNE SAXTON

health, public health, the Oregon State Hospital, and the state's Medicaid program.

3.      OHA contracts with Coordinated Care Organizations ("CCOs"), which in turn contract with health care providers.  OHA funds the cost of those services through capitation payments.  As OHA director, I set high level policy which applied to all 16 CCOs, including FamilyCare.

4.      In order to further the development of a rate methodology that would achieve what OHA referred to as the "Triple Aim" (better care, better health, and lower cost), I established an internal (with support from consultants as necessary) capacity for doing rate work successfully.  I did not personally and substantively participate in the rate work itself.  I left that work to the expert consultants and OHA staff who reported to me.

5.      During my tenure, OHA struggled to explain the highly complex Medicaid rate setting process to the public.  Also, commencing in late 2016, FamilyCare spelled out in detail the claims it planned to bring against OHA related to the aforementioned Medicaid rate setting process that were similar to the claims FamilyCare had recently brought against OHA.  In light of this ongoing litigation and my desire to make sure people understood OHA's position, as well as the complexity of the Medicaid rate setting process, I asked my staff to come up with a communications plan that would set a basis for communicating with FamilyCare, stakeholders, legislators, and the public about the rate setting process and OHA's policies regarding Medicaid funding.

6.      To that end, I asked BethAnne Darby, director of the external relationships division at OHA, to develop a communications plan. Ms. Darby, in turn, tasked Courtney Crowell to work on this project. Ms. Crowell created a draft communications plan. After Ms.

PAGE 2 -      DECLARATION OF LYNNE SAXTON

Crowell created the draft, Ms. Darby forwarded it to me on January 26, 2017.

7.      I reviewed this draft several weeks later while I was on an airplane.  The draft did not meet my goals or OHA's standards.

8.      Shortly after reviewing the draft, I met with Ms. Darby. I expressed that the draft communications plan did not meet my expectations.  Ms. Darby and I agreed that the draft communications plan would not be used and that it would be shelved.

9.      As the director of OHA, I did not direct anyone at OHA to take any action or make any decision regarding FamilyCare in retaliation for FamilyCare's alleged speech and conduct set forth in paragraph 83 of the Fourth Amended Complaint.  I did not take any action or make any decision regarding FamilyCare in retaliation for FamilyCare's alleged speech and conduct set forth in paragraph 83 of the Fourth Amended Complaint.


        DATED: September 20, 2018.



        _____*s/ Lynne Saxton*_____
        **LYNNE SAXTON**


PAGE 3 -        DECLARATION OF LYNNE SAXTON