Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON<br><br>　　　　　　　Defendants. | No. 6:18−cv−00296−MO<br><br>FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |

1-　　　FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

## LOCAL RULE 7-1 CERTIFICATION

Counsel for FamilyCare has conferred with counsel for Oregon Health Authority ("OHA"), and OHA does not oppose this motion to file under seal.

## MOTION

Under the protective orders issued in this case, FamilyCare moves this Court for an order permitting the following documents to be filed under seal.  The documents contain information OHA has designated "Confidential," and are attached to a declaration in support of FamilyCare's Motion for Sanctions Against OHA Due to Evidence Spoliation.

| | |
|---|---|
| Ex. 13 | A nine-page PDF document, produced by OHA in discovery in this matter as OHA_LIT_01086923-1086931, and the cover letter from Laura Salerno Owens to Amanda Beane and Matthew Mertens dated June 13, 2018. |
| Ex. 16 | An excerpt of OHA's Response to Family Care, Inc.'s Second Interrogatories, which OHA's counsel served on FamilyCare on July 30, 2018. |
| Ex. 20 | OHA's supplemental interrogatory responses |

## MEMORANDUM

This request is made pursuant to the protective orders in this case, which allow for the sealing of documents if a party designates those documents as "Confidential."  FamilyCare's Motion references or relies on the three documents identified above, which OHA has marked Confidential.[1]  Pursuant to the protective order issued in this case, FamilyCare moves this Court for an order permitting these documents to be filed under seal.

---

[1] Because the confidential content of these documents is individual cell phone numbers, and FamilyCare's motion does not reference the cell phone numbers, OHA agreed with FamilyCare that the motion itself does not need to be filed under seal.

2-    FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

DATED:  September 24, 2018                    **PERKINS COIE LLP**


By: *s/ Stephen F. English*
      Stephen F. English, OSB No. 730843
      SEnglish@perkinscoie.com
      Thomas R. Johnson, OSB No. 010645
      TRJohnson@perkinscoie.com
      Alletta Brenner, OSB No. 142844
      ABrenner@perkinscoie.com
      Brian Samuelson, OSB No. 165476
      BSamuelson@perkinscoie.com
      PERKINS COIE LLP
      1120 N.W. Couch Street, 10th Floor
      Portland, OR  97209-4128
      Telephone:  503.727.2000
      Facsimile:  503.727.2222

      Matthew Gordon, *pro hac vice*
      MGordon@perkinscoie.com
      Nicholas Hesterberg, *pro hac vice*
      NHesterberg@perkinscoie.com
      PERKINS COIE LLP
      1201 Third Avenue, Suite 4900
      Seattle, WA 98101-3099
      Telephone:  206.359.8000
      Facsimile:  206.359.9000

      *Attorneys for Plaintiff FamilyCare, Inc.*

3-   FAMILYCARE, INC.'S UNOPPOSED MOTION
FOR LEAVE TO FILE DOCUMENTS UNDER
SEAL