**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **NOTICE OF APPEARANCE OF CARLA A. SCOTT** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

PLEASE BE ADVISED that Carla A. Scott of the Oregon Department of Justice, hereby

enters her appearance for Oregon Health Authority, an agency of the State of Oregon ("OHA"),

**Page 1 -   NOTICE OF APPEARANCE OF CARLA A. SCOTT**

and Patrick Allen in his official capacity as director of the Oregon Health Authority ("Allen").

David B. Markowitz, Matthew A. Levin, Renée E. Rothauge, Harry B. Wilson, and Laura

Salerno Owens remain as Special Assistant Attorneys General for OHA and Allen.  OHA and

Allen's attorney contact information is as follows:

> MARKOWITZ HERBOLD PC
> 1211 SW Fifth Ave., Suite 3000
> Portland, OR 97204-3730
> Tel:  (503) 295-3085
> Fax:  (503) 323-9105
> DavidMarkowitz@MarkowitzHerbold.com
> MattLevin@MarkowitzHerbold.com
> ReneeRothauge@Markowitzherbold.com
> HarryWilson@MarkowitzHerbold.com
> LauraSalerno@MarkowitzHerbold.com
> BrittanySimpson@MarkowitzHerbold.com
> VivekKothari@MarkwitzHerbold.com
> AnnaJoyce@MarkowitzHerbold.com
>
> OREGON DEPARTMENT OF JUSTICE
> 100 SW Market
> Portland, OR 97201
> Tel:  (971) 673-1915
> Fax:  (971) 673-5000
> carla.a.scott@doj.state.or.us

DATED this  1st day of October, 2018.

> OREGON DEPARTMENT OF JUSTICE
>
> By:      *s/ Carla A. Scott*
> _____
> Carla A. Scott, OSB #054725
> carla.a.scott@doj.state.or.us
>
> *Of Attorney for Defendants Oregon Health*
> *Authority, an agency of the State of Oregon,*
> *and Patrick Allen in his official capacity as*
> *director of the Oregon Health Authority*
>
> David B. Markowitz, OSB #742046
> DavidMarkowitz@MarkowitzHerbold.com
> Matthew A. Levin, OSB #003054
> MattLevin@MarkowitzHerbold.com
> Renée E. Rothauge, OSB #903712
> ReneeRothauge@Markowitzherbold.com
> Harry B. Wilson, OSB #077214
> HarryWilson@MarkowitzHerbold.com
> Laura Salerno Owens, OSB #076230

**Page 2 -   NOTICE OF APPEARANCE OF CARLA A. SCOTT**

LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, both individually and in his official capacity as director of the Oregon Health Authority*

787665

**Page 3 -   NOTICE OF APPEARANCE OF CARLA A. SCOTT**