**Frank V. Langfitt**, OSB No. 731770
frank.langfitt@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

   Attorneys for Defendant
   Eastern Oregon Coordinated Care
   Organization

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILY CARE, INC., an Oregon non-profit corporation, | CV No. 6:18-cv-00296-MO |
| Plaintiff, | SUPPLEMENTAL DECLARATION OF MARK DANBURG-WYLD IN SUPPORT OF NON-PARTY INTERVENOR EASTERN OREGON COORDINATED CARE ORGANIZATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF FAMILY CARE, INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendant. | Request for Oral Argument |

Page 1 -  Supplemental Declaration of Mark Danburg-Wyld in Support of Memo in Opposition to
    Motion to Permit Access

4837-0201-8165.1    MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503 224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I, Mark Danburg-Wyld, hereby declare and state as follows:

1.      I am the Government Pricing Actuary & Manager Risk Adjustment Process for Moda Health Plan, Inc. In that capacity, I perform services for Eastern Oregon Coordinated Care Organization., LLC. Those services involve overseeing the submission of data to the Oregon Health Authority ("OHA") for the rate setting process; reviewing the work done by Optumas for OHA with respect to Eastern Oregon and addressing any areas of concern; tracking emerging experience; producing forecasts for budgeting purposes; monitoring the risk sharing arrangements for Eastern Oregon; and generally trying to assure that the venture to provide Eastern Oregon's members with care remains solvent.

2.      Eastern Oregon Coordinated Care Organization, LLC, was formed in 2012 by two entities including ODS Community Health, Inc., which is a subsidiary of Moda Health Plan, Inc. Eastern Oregon is the designated coordinated care organization to administer the Oregon Health Plan for 12 counties in Eastern Oregon.

3.      In this Declaration, I incorporate by reference my previous Declaration dated March 30, 2018, which was refiled as Dkt. 232 on August 27, 2018.

4.      Currently, the Oregon Health Authority ("OHA") contemplates that its next procurement cycle for CCO contracts will start in the next several months. This will be for contracts starting in 2020, and is referred to as CCO 2.0. There has been only one contract cycle, which is the current contract.

5.      Past practices, business methods and rates drive the future process. For example, Eastern Oregon's economic relationships with its providers likely will remain the same in the future, with some minor adjustments, for CCO 2.0. Eastern Oregon's methods of during business and pricing strategies will also be the same or similar for CCO 2.0.

6.      There has been only one contract cycle between OHA and the CCOs. The methods and information created by Eastern Oregon for that initial cycle is what Eastern Oregon will rely upon for CCO 2.0. The information is current, and therefore is not stale as claimed by

Page 2 -    Supplemental Declaration of Mark Danburg-Wyld in Support of Memo in Opposition to Motion to Permit Access

4837-0201-8165.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE. 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

FamilyCare. That is why Eastern Oregon has spent scarce resources to protect its confidential information.

7.    The information FamilyCare seeks to downgrade, or to permit access to by certain employees, should not be allowed because Eastern Oregon "learned" the information, which is unique to Eastern Oregon, and it provides Eastern Oregon with the basis to continue to do business with OHA.

In accordance with 28 U.S.C § 1746, I declare that under penalty of perjury that the foregoing is true and correct to best of my knowledge and belief.

EXECUTED this __1__ day of October, 2018.

Mark Danburg-Wyld

Page 3 -    Supplemental Declaration of Mark Danburg-Wyld in Support of Memo in Opposition to
Motion to Permit Access

4837-0201-8165.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503 224 5858
3400 U S. BANCORP TOWER
111 S W. FIFTH AVENUE
PORTLAND, OREGON 97204

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Declaration of Mark Danburg-Wyld in

Support of Memo in Opposition to Motion to Permit Access on:

Stephen F. English
Thomas R. Johnson
Brian P. Samuelson
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
E-mail: senglish@perkinscoie.com
E-mail: trjohnson@perkinscoie.com
E-mail: bsamuelson@perkinscoie.com

Matthew P. Gordon
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
E-mail: mcurtice@perkinscoie.com
E-mail: mgordon@perkinscoie.com

*Attorneys for Plaintiff*

Brian M. Parrott
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
E-mail: brian@bparrott-law.com

*Attorney for Primary Health of Josephine
County, LLC*

Joel A. Parker
Jeffrey Hern
Schwabe Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204
E-mail: jparker@schwabe.com
E-mail: jhern@schwabe.com
*Attorneys for Trillium Community Health
Plan, Inc.*

Renee Stineman
Carla Scott
Elleanor Chin
Department of Justice
Special Litigation Unit
100 SW Market Street
Portland, Oregon 97201
E-mail: renee.stineman@doj.state.or.us
E-mail: carla.a.scott@doj.state.or.us
E-mail: elleanor.chin@doj.state.or.us

Matthew A. Levin
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, Oregon 97204
E-mail: MattLevin@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen Higgins & Tongue
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
E-mail: eknight@dunncarney.com
E-mail: mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, Oregon 97209
E-mail: dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC
and Jackson Care Connect*

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Anna Sortun
Tonkon Torp, LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
E-mail: anna.sortun@tonkon.com

*Attorney for Joint Intervenors Cascade
Health Alliance, LLC and Umpqua
Health Alliance, LLC*

W. Chris Jenkins
Samaritan Health Services
2300 NW Walnut Blvd.
Corvallis, Oregon 97330
E-mail: wjenkins@samhealth.org

*Attorney for Intercommunity Health
Network – Coordinated Care
Organization*

Arden J. Olson
Harrang Long Gary Rudnick PC 360 East
10th Avenue, Suite 300
Eugene, Oregon 97401
E-mail: arden.j.olson@harrang.com

*Attorney for Willamette Valley Community
Health, LLC*

Gregory A. Chaimov
Christopher F. McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland Oregon 97201
E-mail: gregchaimov@dwt.com
E-mail: chrismccracken@dwt.com

*Attorneys for Non-Party Health Share of
Oregon*

Eric A. Lindenauer
Garvey Schubert Baer
121 SW Morrison Street, 11th Floor
Portland, Oregon 97204
E-mail: elindenauer@gsblaw.com

*Attorney for PacificSource Community
Solutions*

Peter F. Stoloff
Peter F. Stoloff PC
5285 Meadows Road, Suite 235
Lake Oswego, Oregon 97035
E-mail: pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care
Organization*

by the following indicated method or methods on the date set forth below:

☒    **CM/ECF system transmission.**

DATED this 2nd day of October, 2018.

*s/ Frank V. Langfitt*

Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com

Of Attorneys for Non-Party Moda Health
Plan, Inc.

Page 2 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204