**Frank V. Langfitt**, OSB No. 731770
frank.langfitt@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

       Attorneys for Defendant
       Eastern Oregon Coordinated Care
       Organization

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILY CARE, INC., an Oregon non-profit corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>      Defendant. | CV No. 6:18-cv-00296-MO<br><br>DECLARATION OF ROBERT JUDGE IN SUPPORT OF NON-PARTY INTERVENOR EASTERN OREGON COORDINATED CARE ORGANIZATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF FAMILY CARE, INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS<br><br>Request for Oral Argument |

Page 1 -    Declaration of Robert Judge in Support of Memo in Opposition to Motion to Permit Access

4831-6763-6853.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I, Robert Judge, hereby declare and state as follows:

1.    I am Director of Pharmaceutical Programs for Moda Health Plan, Inc.  In that capacity, I perform services for Eastern Oregon Coordinated Care Organization, LLC, for the pharmacy benefits Eastern Oregon CCO provides under its contract with the Oregon Health Authority ("OHA").

2.    Eastern Oregon CCO was formed by two entities including ODS Community Health, Inc., which is a subsidiary of Moda Health Plan, Inc.

3.    Moda Health Plan, Inc. has a contract with a pharmacy benefit manager, MedImpact.  That contract has a confidentiality provision that obligates Moda Health Plan, and thus, Eastern Oregon CCO, to adamantly enforce confidentiality and oppose attempts by third parties to obtain the pharmacy benefit information, including Eastern Oregon's pricing.

4.    Health plans and CCOs have unique contractual arrangements with their benefit managers, and pricing is the subject of vigorous negotiations.  The cost of pharmaceuticals is a major driver of the cost of providing health care, and therefore, the negotiatied pharmacy rates are extremely important to a health plan or a CCO's ability to distinguish itself from its competitors.  This is among the most sensitive information that a CCO has.

In accordance with 28 U.S.C § 1746, I declare that under penalty of perjury that the foregoing is true and correct to best of my knowledge and belief.

EXECUTED this _1st_ day of ~~September~~ October, 2018.

_____
Robert Judge

Page 2 -    Declaration of Robert Judge in Support of Memo in Opposition to Motion to Permit Access

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Declaration of Robert Judge in Support of Memo in Opposition to Motion to Permit Access on:

Stephen F. English
Thomas R. Johnson
Brian P. Samuelson
1120 NW Couch Street, 10th Floor
Portland, Oregon  97209
E-mail:  senglish@perkinscoie.com
E-mail:  trjohnson@perkinscoie.com
E-mail:  bsamuelson@perkinscoie.com

Matthew P. Gordon
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington  98101
E-mail:  mcurtice@perkinscoie.com
E-mail:  mgordon@perkinscoie.com

*Attorneys for Plaintiff*

Brian M. Parrott
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  brian@bparrott-law.com

*Attorney for Primary Health of Josephine County, LLC*

Joel A. Parker
Jeffrey Hern
Schwabe Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon  97204
E-mail:  jparker@schwabe.com
E-mail:  jhern@schwabe.com
*Attorneys for Trillium Community Health Plan, Inc.*

Renee Stineman
Carla Scott
Elleanor Chin
Department of Justice
Special Litigation Unit
100 SW Market Street
Portland, Oregon  97201
E-mail:  renee.stineman@doj.state.or.us
E-mail:  carla.a.scott@doj.state.or.us
E-mail:  elleanor.chin@doj.state.or.us

Matthew A. Levin
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, Oregon  97204
E-mail:  MattLevin@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen Higgins & Tongue
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  eknight@dunncarney.com
E-mail:  mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, Oregon  97209
E-mail:  dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC and Jackson Care Connect*

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

Anna Sortun
Tonkon Torp, LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204
E-mail:  anna.sortun@tonkon.com

*Attorney for Joint Intervenors Cascade
Health Alliance, LLC and Umpqua
Health Alliance, LLC*

W. Chris Jenkins
Samaritan Health Services
2300 NW Walnut Blvd.
Corvallis, Oregon  97330
E-mail:  wjenkins@samhealth.org

*Attorney for Intercommunity Health
Network – Coordinated Care
Organization*

Arden J. Olson
Harrang Long Gary Rudnick PC 360 East
10th Avenue, Suite 300
Eugene, Oregon  97401
E-mail:  arden.j.olson@harrang.com

*Attorney for Willamette Valley Community
Health, LLC*

Gregory A. Chaimov
Christopher F. McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland Oregon  97201
E-mail:  gregchaimov@dwt.com
E-mail:  chrismccracken@dwt.com

*Attorneys for Non-Party Health Share of
Oregon*

Eric A. Lindenauer
Garvey Schubert Baer
121 SW Morrison Street, 11th Floor
Portland, Oregon  97204
E-mail:  elindenauer@gsblaw.com

*Attorney for PacificSource Community
Solutions*

Peter F. Stoloff
Peter F. Stoloff PC
5285 Meadows Road, Suite 235
Lake Oswego, Oregon  97035
E-mail:  pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care
Organization*

by the following indicated method or methods on the date set forth below:

☒        **CM/ECF system transmission.**

DATED this 2nd day of October, 2018.

*s/ Frank V. Langfitt*
Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com

Of Attorneys for Non-Party Moda Health
Plan, Inc.

Page 2 -     Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204