## Langfitt, Frank

| | |
|---|---|
| **From:** | Harry Wilson <harrywilson@markowitzherbold.com> |
| **Sent:** | Tuesday, October 02, 2018 9:28 AM |
| **To:** | Langfitt, Frank |
| **Cc:** | McCracken, Chris; Chaimov, Gregory; Eric Lindenauer; Arden Olson; Elizabeth C. Knight; Dan Larsen; Hern, Jeffrey D.; Brian Parrott; Peter Stoloff; Anna Sortun; Michael D. Crew; Parker, Joel; Matt Levin; Brittany M. Simpson; Anit Jindal; Laura Salerno Owens; Greg Scott |
| **Subject:** | RE: Lori Coyner |
| **Attachments:** | 20180928170411027.pdf |

Frank,

OHA located the attached for Ms. Coyner.

Harry

**From:** Langfitt, Frank [mailto:Frank.Langfitt@MillerNash.com]
**Sent:** Wednesday, September 26, 2018 1:06 PM
**To:** Harry Wilson <harrywilson@markowitzherbold.com>
**Cc:** McCracken, Chris <chrismccracken@DWT.COM>; Chaimov, Gregory <gregorychaimov@dwt.com>; Eric Lindenauer <ELindenauer@gsblaw.com>; Arden Olson <Arden.J.Olson@harrang.com>; Elizabeth C. Knight <EKnight@dunncarney.com>; Dan Larsen <Dpl@aterwynne.com>; Hern, Jeffrey D. <JHern@SCHWABE.com>; Brian Parrott <brian@bparrott-law.com>; Peter Stoloff <pstoloff@peterstoloff-law.com>; Anna Sortun <anna.sortun@tonkon.com>; Michael D. Crew <MCrew@dunncarney.com>; Parker, Joel <JParker@SCHWABE.com>
**Subject:** Lori Coyner

Harry,

Would you please find out if Lori Coyner signed any of the attached forms or any other confidentiality agreement in connection with her employment at OHA. If so, would you please provide copies. Please let me know if you would like to discuss.

Thank you,

Frank

**Frank V. Langfitt**
Senior Counsel

**Miller Nash Graham & Dunn LLP**
3400 U.S. Bancorp Tower | 111 S.W. Fifth Avenue | Portland, Oregon 97204
*Direct:* 503.205.2425 | *Office:* 503.224.5858 | *Fax:* 503.224.0155
E-Mail | Web | Social | Blogs

*Please consider the environment before printing this e-mail.*

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.

1

Exhibit 1
Page 1 of 6



**Office of Human Resources**



# DHS/OHA Policy and Procedure Summary

DATE: 1-28-2013

TO: Lori A. Coyner
_(Employee name-please print)_

FROM: Office of Human Resources and Tina Edlund
_(Immediate supervisor)_

SUBJECT: **DHS/OHA Policy and Procedure Summary**

Department of Human Services (DHS) and Oregon Health Authority (OHA) policy and procedure guidelines are available on the policy Web page at: **http://www.oregon.gov/DHS/admin/dwssrules/index.shtml** and on the staff Intranet pages, inside DHS and OHA, at: **https://inside.dhsoha.state.or.us/asd/hr.html**

These resources help employees to meet agency workplace expectations and to be successful in their positions.

Following is a summary of the policies that affect most employees. Employees are responsible for complying with all DHS and OHA policies and provisions of collective bargaining agreements.

**Please be aware that employees who fail to conduct themselves according to agency policies or procedures, or collective bargaining articles, may be subject to disciplinary action, up to and including termination of employment.**

- ➢ **Accidents and unsafe conditions.** Safety is the responsibility of all employees. Employees must report unsafe conditions or practices to the immediate supervisor or the Office of Human Resources; perform duties in a safe manner; immediately report accidents, injuries, or illnesses incurred on the job; wear or use appropriate safety and health equipment; and not be under the influence of alcohol or controlled substances while performing job duties.

- ➢ **Alternate Format.** Alternate formats are available to persons with a physical or mental impairment that substantially limits his or her ability to communicate in regular formats and who meet the eligibility guidelines of the Americans with Disabilities Act (ADA).

➢ **Attendance.** Employees must be dependable in attendance, maintain an acceptable attendance record, and be punctual reporting to work and returning from breaks and lunch. All leave time is to be authorized in advance whenever possible. When this is not possible, employees must notify the immediate supervisor by telephone by the beginning of the scheduled work shift each day to explain the absence from work. If employees do not do so, it may be determined to be an unauthorized absence.

➢ **Computers.** Employees are responsible for protecting the information system resources assigned to them, including their RACF identification numbers and passwords for security. Employees must not use these resources for purposes not approved by DHS or OHA, or for personal business. Stealing or copying licensed software is illegal. Software not purchased by DHS or OHA may not be used. Personal use of the Internet is limited to meal breaks (lunch break). Refer to the Internet Policy:
**http://www.dhs.state.or.us/policy/admin/security/090_009.htm.**

➢ **Confidentiality.** DHS and OHA, their employees and business associates, will respect and protect all sensitive information that, if inappropriately disclosed, could cause harm and/or damage, financial harm, physical harm or death, and political harm, to the named individual(s), agency employees, clients, and partners. The privacy of records and information about clients that request or receive services from DHS and OHA is extremely sensitive. DHS and OHA will use or disclose only the minimum amount of information necessary to provide services and benefits to clients and only to the extent provided in DHS and OHA policies and procedures. If in doubt, the employee should ask his or her supervisor. Please refer to the Privacy Policies on the website:
**http://www.dhs.state.or.us/policy/admin/polindex.htm**

➢ **Confidentiality and conflict of interest with child support program.** Employees who have access to child support program (CSP) information must first read the confidentiality laws, rule, and policies related to accessing CSP information at **http://www.dhs.state.or.us/policy/admin/hr/060_030.htm** Employees shall not access any child support program (CSP) case that may receive or have the appearance of receiving biased treatment if they continue to have access to a particular CSP case. The bias may be seen as favorable or unfavorable, but it is not seen as the same treatment as "any other case" might receive. The DHS or OHA employee shall notify his or her supervisor in writing by completing the DHS 0429:
**http://dhsforms.hr.state.or.us/Forms/Served/DE0429.pdf** and giving it to the supervisor. Refer to the Internet Policy.

➢ **Criminal and abuse background check.** It is the intent of the agencies to ensure that persons employed by DHS or OHA have not engaged in criminal or abuse behaviors so incompatible with the duties and missions of the agencies as to pose a danger to the people we serve, or to make them otherwise unfit to perform the functions of a position. Criminal and abuse background checks and a fitness determination will be performed after an offer of employment or upon

promotion or transfer to a different position. In addition, the agencies are committed to taking reasonable precautions to provide a safe workplace for their employees and to protect the state's resources.

**Requirement to report criminal and abuse activity.**
Any criminal or abuse activity that occurs while employed will result in a new criminal history check and fitness determination and could cause the employee to be deemed unfit to perform his or her job functions. DHS and OHA employees must notify their Office of Human Resources within five days of being arrested, charged or convicted of any crime or abuse allegation. If the employee is found to be unfit for employment, this could be just cause for dismissal from the department. The provisions of **ORS 181.537** apply to all positions. **OAR 407-007-0200** is the DHS administrative rule and **OAR 943-007-0000** is the OHA administrative rule which provides authority to conduct criminal and abuse background checks and determine fitness for employment.
**http://www.sos.state.or.us/archives/rules/OARS_400/OAR_407/407_007.html**

➢ **Discrimination and harassment.** Discrimination and harassment are unacceptable at DHS and OHA. The agencies strive to maintain program services and a work environment free of intimidation, hostility, or offense, and to reasonably accommodate persons with disabilities. Employees share the responsibility for ensuring that employees, applicants, clients and members of the public are not discriminated against or harassed on the basis of race, color, religion, sex, marital status, national origin, disability, age, sexual orientation, gender identity, or any other factor applicable by state or federal law. Instances of discrimination or harassment of clients or employees should be reported to a supervisor, your HR representative, and/or your union representative, the Office of Multicultural Health and Services (for OHA employees), or the Office of Equity and Multi-Cultural Services (for DHS employees) so issues can be investigated and corrective action can be taken if warranted.
**http://www.dhs.state.or.us/policy/admin/hr/060_013.pdf**

➢ **Driving on the job.** All employees whose job requires them to drive for the State of Oregon must have a current, valid driver's license from their state of residence and acceptable driving records. Employees may be asked to complete a form annually re-certifying their driving record is acceptable. Employees will be personally responsible for behavior when driving while on state business. All traffic laws must be observed, including speed limits and wearing a seat belt. Employees are responsible for any traffic parking citations received. Violations and citizen complaints about driving will be reviewed. See the policy for Safe Driving Standards for employees and volunteers located at:
**http://www.dhs.state.or.us/policy/admin/safety/080_005.pdf.**

➢ **Drug-free Workplace.** It is illegal to manufacture, distribute, dispense, possess, or use a controlled substance in the workplace. See DAS, Drug Free Workplace Policy located at **http://egov.oregon.gov/DAS/HR/docs/advice/P5000001.pdf.**

Exhibit 1
Page 4 of 6

➢ **Equipment, resources and supplies.** Employees are provided equipment and supplies with which to perform the duties of the job. Such equipment, resources and/or supplies must not be used for personal purposes. Employees are responsible for conserving department resources, including time and materials. All state employees are stewards of public resources and therefore should seek ways to work efficiently. Refer to the Use of State Property Policy at: **http://www.dhs.state.or.us/policy/admin/hr/060_037.pdf**

➢ **Ethics/conflict of interest.** Employees must perform duties fairly and impartially with the highest level of ethical conduct refraining from any conduct which creates the appearance of partiality and avoiding real or perceived conflicts of interest. Employees must not in any way gain benefit from clients, or businesses or enterprises that contract with DHS or OHA because of their employment. Employees are required to request a conflict of interest determination through the Office of Human Resources for circumstances that present even the appearance of a conflict of interest. See the Conflict of Interest Policy on the DHS/OHA policy website at: **http://www.dhs.state.or.us/policy/admin/hr/060_002.htm.**

➢ **Information security.** DHS and OHA employees are required to protect the confidentiality, integrity, and availability of their agency's information assets. Privacy and security incidents need to be reported. Refer to Information Security Policies and Procedures at:
**http://www.dhs.state.or.us/policy/admin/infosecuritylist.htm.**

➢ **Mandatory reporting.** All employees of the DHS and OHA are mandatory reporters of child abuse, elder abuse, abuse of the developmentally disabled and abuse of the mentally ill. Refer to DHS Abuse and Neglect website: **http://www.oregon.gov/DHS/abuse/main.shtml**

➢ **Tobacco use.** The use of tobacco in any form (cigarettes, cigars, pipes, smokeless tobacco or any other tobacco product) is prohibited in the interior space of facilities owned or wholly leased by DHS and OHA, or on the outside property or grounds owned or wholly leased by DHS and OHA, including parking areas and private vehicles parked on DHS/OHA property. We are committed to assisting employees in overcoming tobacco dependency. For more information, visit Tobacco-free DHS and OHA website,
**http://www.dhs.state.or.us/tools/tobfree/**

➢ **Telephone use.** Employees are allowed to make a reasonable number of personal local calls during work time. Employees must not place personal long distance calls or otherwise charge such calls to the state. Such calls must be placed through the telephone company operator, charged to the employee's home phone, personal credit card, made collect, or made from a public pay phone. Abuse of the telephone system will be viewed as equivalent to theft of state property and will not be tolerated.
**http://www.dhs.state.or.us/policy/admin/hr/060_037.pdf**

cc: Personnel file; Employee

Exhibit 1
Page 5 of 6

➢ **Weapons.** Employees must not possess weapons while traveling or performing work for the agency. Weapons must not be stored in any state building, grounds, or vehicles.

➢ **Work schedules.** Work schedules are to be agreed upon in advance by the supervisor and the employee. They must include a minimum of 30 minutes for a lunch break and a 15-minute rest break for each four or five-hour periods of work. These breaks are to be taken, as much as possible, in the middle of each work period. Rest periods or leave time may not be used to shorten the hours worked on a regular basis.

➢ **Workplace violence.** Workplace violence will not be tolerated at any DHS or OHA work site. Each employee is responsible for notifying his or her immediate supervisor, other program management or the Office of Human Resources of conduct which may constitute workplace violence.
**Workplace effects of domestic violence, sexual assault and stalking.** In its effort to support the safety and well-being of adults and children who are victims of domestic violence, DHS and OHA will use early intervention and awareness strategies to avoid or minimize the occurrence and effects of domestic violence, sexual assault and stalking in the workplace. **If you need help, you may talk with your supervisor or the HR analyst serving your office.** This policy prohibits discrimination and retaliation against an employee who is a victim of domestic violence, sexual assault or stalking or who requests or uses any provision of this policy. If any employee suffers such retaliation or discrimination, the employee may file a complaint with the human resource manager for investigation and appropriate action.
**http://www.dhs.state.or.us/policy/admin/hr/060_032.pdf**

Employees must sign the document to acknowledge they understand the information provided in the document.

**Failure to meet these standards, and all other standards outlined in agency policies and procedures may result in discipline, up to and including termination of employment.**

This document will be retained in the employee's official personnel file in the Office of Human Resources.

*Lori A. Coyner*
_____
**Employee name printed**

_____
**Date**

*[signature]*
_____
**Employee signature**

*1-28-2013*
_____
**Date**

cc: Personnel file; Employee