## Langfitt, Frank

| | |
|---|---|
| **From:** | Switzler, Cindy J. |
| **Sent:** | Tuesday, May 22, 2018 11:44 AM |
| **To:** | Elleanor Chin |
| **Cc:** | mattlevin@markowitzherbold.com; abrenner@perkinscoie.com; Thomas R. Johnson; Gregory A. Chaimov (gregchaimov@dwt.com); Christopher F. McCracken; Anna Sortun; Arden J. Olson; Brian M. Parrott; Daniel P. Larsen; Elizabeth C. Knight; Eric A. Lindenauer; Jeffrey Hern; Peter F. Stoloff; Langfitt, Frank |
| **Subject:** | OHA v. FamilyCare - FamilyCare v. OHA |
| **Attachments:** | 2018-05-22 Lt Chin, 4829-0744-0742 v.1.pdf |

Good morning:

Attached is a letter sent on behalf of Frank Langfitt.  Thank you.

**Cindy J. Switzler**
Legal Assistant to Frank Langfitt, Seth Row, Nicholas Pyle, and Erica Clausen

**Miller Nash Graham & Dunn LLP**
3400 U.S. Bancorp Tower | 111 S.W. Fifth Avenue | Portland, Oregon 97204
*Direct:* 503.205.2491 | *Office:* 503.224.5858 | *Fax:* 503.224.0155
E-Mail | Web | Social | Blogs

*Please consider the environment before printing this e-mail.*

---

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.

1

Exhibit 2
Page 1 of 5



MILLER
NASH | GRAHAM
         & DUNN LLP
         ATTORNEYS AT LAW

U.S. Bancorp Tower
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204

OFFICE 503.224.5858
FAX 503.224.0155

**Frank V. Langfitt**
frank.langfitt@millernash.com
503.205.2425 direct line

May 22, 2018

**VIA E-MAIL**
*elleanor.chin@doj.state.or.us*

Ms. Elleanor H. Chin
DOJ Trial Division Civil Litigation Section
100 SW Market Street
Portland, Oregon  97201

Subject:      *Oregon Health Authority v. FamilyCare, Inc.*
              USDC Case No. 3:18-cv00212-MO

              *FamilyCare, Inc. v. Oregon Health Authority*
              USDC Case No. 3:18-cv00296-MO

Dear Ms. Chin:

Oregon Health Authority ("OHA") has asked Eastern Oregon CCO ("Eastern Oregon") to review a significant number of documents and spreadsheets in order to reevaluate Eastern Oregon's Attorney Eyes Only ("AEO") designations, and to assist the parties in applying the AEO designation to various documents.  This letter is Eastern Oregon's attempt to clarify where it believes AEO designations are appropriate.

First, I will discuss the previous designations made by Eastern Oregon, with some modification in order to reduce the number of AEO documents:

1.      CCO Rate of Growth Tool.  Continue AEO designation, and include any document that contains the same information, which is specific or identifiable to Eastern Oregon or to an Eastern Oregon member. (Please see comments, below.)

2.      Exhibit L.  Eastern Oregon continues to designate reports L13, L14, L15, L16, L17, L17.1, L17.2, L18, L18.1, L19 and the Scratch Sheet as AEO, and any documents that contain the same information, which is specific or identifiable to Eastern Oregon or to an Eastern Oregon member. (Please see comments, below.)

Portland, OR
Seattle, WA
Vancouver, WA
Long Beach, CA

MILLERNASH.COM

4833-7744-5478.1

Exhibit 2
Page 2 of 5



ATTORNEYS AT LAW

Ms. Elleanor H. Chin
May 22, 2018
Page 2

3.    Supplement Rate Templates. Continue AEO designation, and include any document that contains the same information, which is specific or identifiable to Eastern Oregon or to an Eastern Oregon member. (Please see comments, below.)

4.    Claims and Encounter Data Submissions to the State. Continue AEO designation, and include any document that contains the same information, which is specific or identifiable to Eastern Oregon or to an Eastern Oregon member. (Please see comments, below.)

5.    State Enrollment Data Including Premiums Paid. Continue AEO designation, and include any document that contains the same information, which is specific or identifiable to Eastern Oregon or to an Eastern Oregon member, with the exception that enrollment data including premiums paid that is already public information does not need to be AEO. (Please see comments, below.)

6.    MLR Template. Continue AEO designation, and include any document that contains the same information, which is specific or identifiable to Eastern Oregon or to an Eastern Oregon member n. (Please see comments, below.)

7.    Actuarial Opinions. Continue AEO designation, and include any document that contains the same information, which is specific or identifiable to Eastern Oregon or to an Eastern Oregon member. (Please see comments, below.)

8.    SNRG Reconcilliation. Continue AEO designation, and include any document that contains the same information, which is specific or identifiable to Eastern Oregon or to an Eastern Oregon member. (Please see comments, below.)

9.    SB 231 Primary Care Template. Continue AEO designation, and include any document that contains the same information, which is specific or identifiable to Eastern Oregon or to an Eastern Oregon member, with the exception that information that is already public information does not need to be AEO. The underlying data should remain AEO. (Please see comments, below.)

10.    Continue AEO designation for any records or detail that would identify prescription drug prices or rates that are identifiable or specific to Eastern Oregon.

Portland, OR
Seattle, WA
Vancouver, WA
Long Beach, CA

MILLERNASH.COM

4833-7744-5478.1

Exhibit 2
Page 3 of 5



ATTORNEYS AT LAW

Ms. Elleanor H. Chin
May 22, 2018
Page 3

11.    Continue AEO designation for any other records or detailed data that would expose Eastern Oregon's encounters, rates, or contractual agreements with physicians, hospitals, pharmacy benefit managers, or any other providers.

**Comments:**

1.    Eastern Oregon does not believe that the AEO designation needs to be applied to documents that generally discusss the subject matter of the information set forth above and that do not disclose the actual data for Eastern Oregon.  For example, Eastern Oregon does not view the following examples as requiring AEO designations pursuant to the Protective Order:

OAH_LIT_00235521

OAH_LIT_00236835-6837

OAH_LIT_00237657-7658 (if the dollar amounts are redacted; otherwise AEO)

OAH_LIT_00257801

OAH_LIT_00265376-5378

2.    Eastern Oregon does not believe that the AEO designation needs to be applied to documents that contain aggregated data for many CCOs as long as Eastern Oregon-specific data is not disclosed.

3.    Regional Rate Models and Supporting exhibits for the Eastern Oregon Region need to be designated AEO only if Eastern Oregon-specific data is disclosed.

4.    OHA/Optumas materials, exhibits, communications do not need to be designated AEO except where Eastern Oregon -specific or identifiable data is disclosed. .

5.    For purposes of these comments, "Eastern Oregon-specific data" means the actual information costs, budgets, numbers and contracts associated with the AEO categories described above.

Portland, OR
Seattle, WA
Vancouver, WA
Long Beach, CA

MILLERNASH.COM

4833-7744-5478.1

Exhibit 2
Page 4 of 5



Ms. Elleanor H. Chin
May 22, 2018
Page 4


6.      Eastern Oregon believes that by clarifying its position on AEO designations, it has reduced the quantity of subject documents by eliminating documents that might touch on the subject matter of its designations, but that do not disclose Eastern Oregon-specific or identifiable data.

Please let me know if you would like to discuss these issues.

Very truly yours,

Frank V. Langfitt

cc:  Counsel for all Parties (via e-mail)


Portland, OR
Seattle, WA
Vancouver, WA
Long Beach, CA

MILLERNASH.COM

4833-7744-5478.1

Exhibit 2
Page 5 of 5