**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**CHRISTOPHER F. MCCRACKEN, OSB #894002**
christophermccracken@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Non-Party Health Share of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON<br><br>     Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF CHRISTOPHER F. MCCRACKEN IN SUPPORT OF NON-PARTY HEALTH SHARE OF OREGON'S OPPOSITION TO FAMILYCARE'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS** |

I, Christopher F. McCracken, do hereby declare:

1.  I am one of the lawyers at Davis Wright Tremaine LLP representing Non-Party Health Share of Oregon ("Health Share").  I make this Declaration based on my personal knowledge.  This Declaration is filed in support of Health Share's Opposition to FamilyCare's Motion to Permit Access to AEO Documents.

2.  It is my understanding that FamilyCare has issued document subpoenas in this case to the Multnomah County Health Department, the Washington County Department of Health and Human Services, Providence Health Assurance, the Clackamas County Health

Page 1 – DECL. OF MCCRACKEN ISO HEALTH SHARE'S OPPOSITION TO FAMILYCARE'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS
4852-1989-9766v.1 0095765-000004

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

Department, Tuality Health Alliance, Care Oregon, Inc., Kaiser Foundation Health Plan, Inc., Lewis and Ellis, Inc., Mannatt, Phelps, and Phillips, LLP, Oregon Secretary of State Dennis Richardson, Health Share, and Optumas.  I understand that some of the parties responding to these subpoenas designated the documents they produced as "Attorney Eyes Only" under the protective order.

3.      Attached as Exhibit 1 is a portion of an email thread between lawyers representing Oregon Coordinated Care Organizations and counsel for FamilyCare, Inc. Highlighting has been added for the Court's convenience.

4.      During recent negotiations to amend the Protective Order, FamilyCare refused to accept terms which would screen Mr. Murray and Mr. Suchorzewski from participating in the Oregon Health Authority's 2020 Medicaid procurement.  FamilyCare took the position that Mr. Murray and Mr. Suchorzewski might be screened from rate-setting aspects of the 2020 procurement, but not other aspects of that procurement process.

5.      Attached as Exhibit 2 is a true and correct copy of a Notice of Contracting Opportunity regarding Oregon Health Authority's 2020 Medicaid procurement.

6.      Attached as Exhibit 3 is a copy of the cover page, and pages 66 and 67, of Ms. Lori Coyner's deposition in this case.  Highlighting has been added for the Court's convenience. I have also redacted a portion of the testimony on the top of page 66 because that portion of the testimony was designated "confidential" but was not necessary to support the point being made in Health Share's opposition brief.

7.      FamilyCare continues to seek new documents from Health Share including documents created in 2018.  FamilyCare has subpoenaed documents directly from Health Share. In recent discussions regarding the scope of FamilyCare's subpoena, FamilyCare declined Health Share's request that the subpoena not apply to documents created after January 1, 2018. Attached as Exhibit 4 is a portion of an email thread between me and counsel for FamilyCare reflecting some of those discussions.

Page 2 – DECL. OF MCCRACKEN ISO HEALTH SHARE'S OPPOSITION TO
FAMILYCARE'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS
4852-1989-9766v.1 0095765-000004

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

*I hereby declare that the above statements are true to the best of my knowledge and belief and that I understand that this Declaration is made for use as evidence in court and is subject to penalty for perjury.*

DATED this 2nd day of October, 2018.

By  *s/ Christopher F. McCracken*
Christopher F. McCracken, OSB #894002

Page 3 – DECL. OF MCCRACKEN ISO HEALTH SHARE'S OPPOSITION TO
FAMILYCARE'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS
4852-1989-9766v.1 0095765-000004

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax