**THIS IS A NOTICE ONLY, NO FURTHER ACTION REQUIRED AT THIS TIME**
**Notice of Contracting Opportunity**
**For Contracting as a Medicaid Coordinated Care Organization**

Posted by the

*Oregon Health Authority*

June 1, 2018

The Oregon Health Authority (OHA) expects to release a Request for Applications (RFA) in January 2019 to contract with Coordinated Care Organizations (CCOs). CCOs are managed care entities responsible for providing integrated and coordinated physical, behavioral, and oral health care for members of the Oregon Health Plan, Oregon's Medicaid program. The new contracts will be effective January 1, 2020. OHA refers to these new contracts as "CCO 2.0."

OHA expects to accept applications for CCO 2.0 from the following organizations:

- o Organizations currently or formerly licensed by DCBS or under Medicaid contract to bear health care financial risk in Oregon, which includes CCOs currently or formerly certified by OHA;
- o Provider entities that bear health care financial risk in Oregon but which DCBS has exempted from a certificate of authority;
- o Tribes; and,
- o Entities newly formed from the organizations described above.

This Notice of Contracting Opportunity is intended to provide as much advance notice as possible of this opportunity to all potential applicants. The RFA, including all exhibits and attachments, will be issued through the Oregon Procurement Information Network (ORPIN). Information about ORPIN, including how to register, is available at https://orpin.oregon.gov/open.dll/welcome.

OHA expects to announce several key preliminary decisions related to the RFA at Oregon Health Policy Board (OHPB) meetings before the RFA is formally released through ORPIN. These announcements will help OHA gather public feedback on key elements of the RFA and CCO 2.0 policy goals and contract requirements. OHA encourages all potential applicants to review these announcements and provide feedback to OHA through this public feedback process. Potential applicants can keep apprised of these announcements by regularly visiting the OHPB meeting web page: http://www.oregon.gov/OHA/OHPB/Pages/OHPB-Meetings.aspx.

General public information about CCO 2.0 can be found at http://www.oregon.gov/oha/OHPB/Pages/CCO-2-0.aspx. OHA expects to post answers to frequently asked questions on this web site as well as provide other information that will be helpful to potential applicants for preparing responses to the upcoming RFA.

Potential applicants interested in this opportunity should also regularly check ORPIN for formal RFA announcements and postings. **OHA is not bound by any information shared related to the RFA except through formal RFA documents posted through ORPIN. This Notice is not a formal RFA document.**

**MCCRACKEN DECL., EXHIBIT 2**
**Page 1 of 1**