UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, )<br>and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, )<br><br>Defendants. ) | No.<br>6:18-CV-00296-MO |

VIDEOTAPE DEPOSITION OF

LORI A. COYNER

CONTAINS CONFIDENTIAL AND

ATTORNEYS' EYES ONLY MATERIAL

Taken in behalf of Plaintiff

\* \* \*

August 30, 2018

1211 S.W. Fifth Avenue, Suite 2900

Portland, OR 97204

Shannon K. Krska,
CSR, CCR
Court Reporter

**MCCRACKEN DECL., EXHIBIT 3**

**Page 1 of 3**

Lori A. Coyner, 8/30/2018                    FamilyCare v. OHA

66

VIDEO TECHNICIAN:  We are off the record.  The time is 11:03 a.m.

(Recess:  11:04 a.m. to 11:19 a.m.)

(Mr. Murray enters the room.)

VIDEO TECHNICIAN:  We are back on the record.  The time is 11:19 a.m.

Q.   (By Mr. Gordon)  Miss Coyner, welcome back.

A.   Thanks.

Q.   You understand that you're still under oath?

A.   Yes.

Q.   Just a couple follow-up questions about the data that you reviewed at OHA.  My understanding is that when you were involved

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

**MCCRACKEN DECL., EXHIBIT 3**
**Page 2 of 3**

with the quality piece of it, that you were reviewing claims level data with respect to quality. Is that -- is that correct?

A. I personally was not reviewing claim -- claims level data. I had staff that would -- had access to the claims level data, but I didn't look at it.

Or I -- let me back up. When I talk about a claim level, that would be a -- a single person's visit to a doctor. And during the time I was at OHA I did not have access at any -- whether I had access or not, I was not able -- didn't access any claims at that level. I had -- there were staff that worked for me who did, but -- but I personally did not look at information at that level.

And part of the reason is because, you know, we operate with confidentiality in mind and that you -- you know, if you don't need to see data at that level, then, you know, it's -- it's better not to have everyone have access.

Q. Okay. So you -- you -- I think you testified that you saw data that had been rolled up from the claims level data or summary level data and -- and -- is that correct?

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

**MCCRACKEN DECL., EXHIBIT 3**
**Page 3 of 3**