## McCracken, Chris

| | |
|---|---|
| **From:** | Samuelson, Brian P. (Perkins Coie) <BSamuelson@perkinscoie.com> |
| **Sent:** | Wednesday, August 29, 2018 3:55 PM |
| **To:** | McCracken, Chris; Hesterberg, Nicholas H. (Nick) (Perkins Coie); Chaimov, Gregory |
| **Cc:** | Gordon, Matthew P. (Perkins Coie) |
| **Subject:** | RE: FamilyCare, Inc. v. Oregon  Health Authority |

Chris,

Thank you for these suggestions. Our client is not willing to agree to the date limiter of January 1, 2018. For the proposal to eliminate emails containing "dwt.com," could you please provide an updated hit count and cost estimate?

Thanks,
Brian

**Brian Samuelson | Perkins Coie LLP**
ASSOCIATE
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2170
F. +1.503.346.2170
E. BSamuelson@perkinscoie.com

**From:** McCracken, Chris [mailto:chrismccracken@DWT.COM]
**Sent:** Wednesday, August 29, 2018 3:14 PM
**To:** Hesterberg, Nicholas H. (Nick) (SEA) <NHesterberg@perkinscoie.com>; Chaimov, Gregory <gregorychaimov@dwt.com>
**Cc:** Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; Samuelson, Brian P. (POR) <BSamuelson@perkinscoie.com>
**Subject:** RE: FamilyCare, Inc. v. Oregon Health Authority

Nick:

Having discussed further refinements of your search terms we think one additional refinement would be to place an end date on the date range of January 1, 2008, or earlier. It seems like most of the events in the complaint occurred pre-2018.

Chris.

**Christopher McCracken | Davis Wright Tremaine LLP**
1300 SW Fifth Avenue, Suite 2400 | Portland, OR 97201
Tel: (503) 778-5223 | Fax: (503) 778-5299
Email: chrismccracken@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** McCracken, Chris
**Sent:** Tuesday, August 21, 2018 6:36 PM
**To:** 'Hesterberg, Nicholas H. (Nick) (Perkins Coie)'; Chaimov, Gregory
**Cc:** Gordon, Matthew P. (Perkins Coie); Samuelson, Brian P. (Perkins Coie)
**Subject:** RE: FamilyCare, Inc. v. Oregon Health Authority

Nick:

**MCCRACKEN DECL., EXHIBIT 4**
**Page 1 of 1**