**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**CHRISTOPHER F. MCCRACKEN, OSB #894002**
christophermccracken@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

    Attorneys for Non-Party Health Share of Oregon

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF JACQUELINE LEE** |

    I, Jacqueline Lee, hereby declare:

    1.    I work as an actuary at the actuarial firm Lewis & Ellis, Inc. ("Lewis & Ellis") where I hold the position of Vice President and Principal. I hold the designation of Fellow in the Society of Actuaries ("SOA"), which is the highest designation the SOA offers. I am also a Member of the American Academy of Actuaries. I make this declaration based on my personal knowledge.

    2.    In the Fall of 2017, in response to a request from the Oregon Health Authority ("OHA"), Lewis & Ellis entered into a State of Oregon Services Purchase Order For Procurements

Page 1 – DECL. OF JAQUELINE LEE
4817-5688-5876v.1 0095765-000004
4323325v.1

Not Exceeding $150,000 (Service PO Number: 155923-0) for the purposes of performing an Independent Actuary Review of the actuarial methodology used to develop OHA's 2018 Medicaid capitation rates ("Project"). I served as the responsible actuary on the Project.

3.      A copy of the contract documents between OHA and Lewis & Ellis which governed the Project is attached as Exhibit 1. The agreement in Exhibit A, Part 2 contains an extensive confidentiality provision that governed all of the materials, communications, information and disclosures that were provided to Lewis & Ellis to perform the Project. Lewis & Ellis has complied with this provision. We have treated all documents and data we received from OHA or Optumas in connection with the Project (the "Project Information") as confidential information under the agreement. Lewis & Ellis has not, and will not, disclose the Project Information to third parties without the appropriate, advanced consents of the parties involved. Nor has Lewis & Ellis used the Project Information other than to perform the services called for in Project.

4.      Lewis & Ellis's confidential treatment of the Project Information is consistent with Lewis & Ellis's standard practice for safeguarding the information of our clients. As an actuarial firm, we frequently receive highly confidential information from our clients, and it is our business practice to protect our clients' confidential and/or proprietary information in all of its various forms.

5.      Lewis & Ellis's confidential treatment of the Project Information is also consistent with the Code of Professional Conduct adopted by the Society of Actuaries and the American Academy of Actuaries. Precept 9 of that Code provides that "[a]n Actuary shall not disclose to another party any Confidential Information unless authorized to do so by the Principal or required to do so by Law." The Code defines "Confidential Information" as "[i]nformation not in the public domain of which an Actuary becomes aware as a result of providing Actuarial Services to a Principal. It includes information of a proprietary nature and information that is legally restricted from circulation." The Code also prohibits actuaries from knowingly performing actuarial services involving an actual or potential conflict of interest unless the actuary's ability to act fairly is unimpaired, there has been disclosure of the conflict to all present and known prospective

Page 2 – DECL. OF JAQUELINE LEE

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

principals whose interests would be affected by the conflict, and all such principals have expressly agreed to the performance of the services by the actuary. Lewis & Ellis abides by the Code and has done so with respect to the Project and the Project Information.

6.      For example, earlier this year, FamilyCare served a Civil Subpoena Duces Tecum on Lewis & Ellis in this case. We protected the Project Information from unauthorized disclosure. Consistent with the confidentiality provision in the Project agreement, our standard business practices and the Code, in response to the subpoena, Lewis & Ellis first tendered all of the Project Information to OHA to allow OHA to produce the documents to FamilyCare after OHA applied the "confidential" or "attorney eyes only" designations OHA deemed appropriate under the Protective Order in this case. FamilyCare agreed to that process—acknowledging that Lewis & Ellis was governed by the confidentiality provisions in the Project agreement.

7.      Lewis & Ellis has not used any of the Project Information to the detriment of OHA, FamilyCare, Optimus or any CCO whose data was a part of the Project Information and used solely for the purposes of the Independent Actuary Review for the Project.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.*

DATED this ⎽⎽30⎽⎽ day of September, 2018

Jacqueline B. Lee, FSA, MAAA

Page 3 – DECL. OF JAQUELINE LEE
4817-5688-5876v.1 0095765-000004
4323325v.1

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax