**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

     Special Assistant Attorneys General for Defendants Oregon
     Health Authority, an agency of the State of Oregon, and
     Patrick Allen, in his official capacity as director of the
     Oregon Health Authority
     [Additional Counsel of Record Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DEFENDANTS' NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SANCTIONS** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

PLEASE TAKE NOTICE that defendants Oregon Health Authority, an Agency of the State of Oregon, and Patrick Allen, in his official capacity as director of the Oregon Health Authority, hereby withdraw their Motion for Extension of Time to Respond to Plaintiff's Motion for Sanctions (Dkt. #263) upon which no order has been entered, and without

**Page 1 -** **DEFENDANTS' NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SANCTIONS**

prejudice.  Defendants' withdrawal is based on the stipulation of the parties, which shall be filed separately.

DATED this 2nd day of October, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

*s/  Matthew A. Levin*

By: _____

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB #903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, in his official capacity as director of the Oregon Health Authority*

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us

*Of Attorney for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority*

FAMIOR\790167

**Page 2 -   DEFENDANTS' NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION
            FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR
            SANCTIONS**