Brian M. Parrott, OSB No. 013760
Email: brian@bparrott-law.com
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
Telephone: 503-607-2715
Fax: 503-607-2701

       Attorneys for Non-Party PrimaryHealth of
       Josephine County, LLC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC**, an Oregon non-profit corporation, | **No. 6:18-cv-00296-MO** |
| Plaintiff, | **NOTICE OF APPEARANCE ON BEHALF OF INTERVENOR-DEFENDANT PRIMARYHEALTH OF JOSEPHINE COUNTY, LLC** |
| v. | |
| **OREGON HEALTH AUTHORITY.**, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

Brian M. Parrott of Brian M. Parrott, LLC hereby respectfully enters his appearance on behalf of intervenor-defendant PrimaryHealth of Josephine County, LLC in the above-captioned case.

Page 1     NOTICE OF APPEARANCE ON BEHALF OF INTERVENOR-DEFENDANT
               PRIMARYHEALTH OF JOSEPHINE COUNTY, LLC

Dated this 2nd day of October, 2018.

BRIAN M. PARROTT, LLC


/S/ Brian M. Parrott
**Brian M. Parrott, OSB # 013760**
Telephone:  503-607-2715
Attorneys for Non-Party PrimaryHealth of Josephine
County, LLC.

Page 2    NOTICE OF APPEARANCE ON BEHALF OF INTERVENOR-DEFENDANT
PRIMARYHEALTH OF JOSEPHINE COUNTY, LLC