**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

      Special Assistant Attorneys General for Defendants Oregon
      Health Authority, an agency of the State of Oregon, and
      Patrick Allen, in his official capacity as director of the
      Oregon Health Authority
      [Additional Counsel of Record Listed on Signature Page]


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SANCTIONS** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

Defendants move the court for an order extending the time for defendants to respond to plaintiff's Motion for Sanctions, from October 8, 2018, to October 29, 2018.  Plaintiff then seeks an extension until November 19, 2018, in which to file its reply.  Plaintiff and defendants stipulate to these requests and the proposed deadlines.

**Page 1 -  JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
        TO PLAINTIFF'S MOTION FOR SANCTIONS**

Plaintiff filed it Motion for Sanctions on September 24, 2018.  Pursuant to LR 7-1(e)(1), defendants' responsive pleading is due by October 8, 2018.  The new deadline of October 29, 2018, is requested because of the complexity of the issues presented.  Concomitantly, plaintiff seeks a brief extension to file its reply, until November 19, 2018.  These extensions of time will not otherwise interfere with the case schedule.  This motion is filed in good faith and not for any improper purpose or undue delay.

Counsel for defendants conferred with plaintiff's counsel, and all stipulate to this Motion.

DATED this 2nd day of October, 2018.

| ELLEN ROSENBLUM<br>ATTORNEY GENERAL<br>FOR THE STATE OF OREGON | PERKINS COIE LLP |
|---|---|
| *s/ Matthew A. Levin*<br>By: _____<br>David B. Markowitz, OSB #742046<br>DavidMarkowitz@MarkowitzHerbold.com<br>Matthew A. Levin, OSB #003054<br>MattLevin@MarkowitzHerbold.com<br>Renée E. Rothauge, OSB #903712<br>ReneeRothauge@Markowitzherbold.com<br>Harry B. Wilson, OSB #077214<br>HarryWilson@MarkowitzHerbold.com<br>Laura Salerno Owens, OSB #076230<br>LauraSalerno@MarkowitzHerbold.com | *s/ Thomas R. Johnson*<br>By: _____<br>Stephen F. English, OSB #730843<br>SEnglish@perkinscoie.com<br>Thomas R. Johnson, OSB #010645<br>TRJohnson@perkinscoie.com<br>Alletta Brenner, OSB #142844<br>ABrenner@perkinscoie.com<br>Brian Samuelson, OSB #165476<br>BSamuelson@perkinscoie.com<br>Matthew Gordon, *pro hac vice*<br>MGordon@perkinscoie.com<br>Nicholas Hesterberg, *pro hac vice*<br>NHesterberg@perkinscoie.com |
| *Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, in his official capacity as director of the Oregon Health Authority* | *Attorneys for Plaintiff Family Care, Inc.* |

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us

*Of Attorney for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority*

790166

**Page 2 -   JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
        TO PLAINTIFF'S MOTION FOR SANCTIONS**