Eric A. Lindenauer, OSB #833721
E-Mail: elindenauer@gsblaw.com
Garvey Schubert Barer, P.C.
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

Attorneys for Intervenor
PacificSource Community Solutions

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | Case No. 6:18-cv-00296-MO<br><br>DECLARATION OF JULIE FARROW SUPPORTING PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION TO FAMILYCARE, INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS PURSUANT TO PROTECTIVE ORDERS |

I, Julie Farrow, declare as follows:

1.    I am the Actuarial Manager, Government Pricing for PacificSource. In that capacity, I am responsible for various financial matters relating to PacificSource Medicare Advantage and Medicaid (Oregon Health Plan) lines of business. I am over the age of 18 years,

DECLARATION OF JULIE FARROW SUPPORTING PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION TO FAMILYCARE, INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS PURSUANT TO PROTECTIVE ORDERS

competent to make this declaration, and do so on the basis of my personal knowledge of the facts set forth herein, except when noted to the contrary.

2.    Based on the information I have seen about the rate setting process, information outside the Portland Tri-County area is not relevant to Portland Tri-County area rates.  Rates are set at the regional level, with all claims data coming from the region only.  Regional claims are adjusted by risk score, which is normalized by the region's risk score and an A/B hospital adjustment, which is also normalized to the region.  Trends displayed in the certification are at the regional level.  Thus, rates in each region are set based on that region's information and independently of other regions.  CCO data outside the Portland Tri-County area is not relevant to the Portland Tri-County area rates.

3.    On March 29, 2018, I signed a prior declaration in this case supporting PacificSource Community Solutions' (hereinafter "PacificSource") response to FamilyCare, Inc.'s motion to de-designate AEO and confidential documents [Dkt. 42].  My prior declaration sets forth the specific PacificSource documents containing PacificSource confidential and trade secret information.  The prior declaration explains the content of the documents and why they need protection.  The documents of concern and the prior explanation of need for protection remain unchanged.

4.    As previously explained, PacificSource understands OHA will likely use a competitive procurement bidding process for 2020 Coordinated Care Organization ("CCO") contracts.  OHA has not revealed specifics of the process.  It is possible OHA may choose to contract with fewer CCOs within the State of Oregon.  It is also possible other entities will bid on serving the geographic regions in the Columbia Gorge and Central Oregon currently served by PacificSource.  To the extent a competitor can obtain or extrapolate either provider rates and

DECLARATION OF JULIE FARROW SUPPORTING PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION TO FAMILYCARE, INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS PURSUANT TO PROTECTIVE ORDERS
Page 2 of 3

pricing or provider engagement strategies or methodologies, a competitor could use that to PacificSource's disadvantage in a CCO competitive bidding process.

5.      The PacificSource information will not be stale in 2020. PacificSource could have multiyear contracts with providers. In other instances, provider engagement methodologies and rates are likely to remain relatively stable through 2020.

6.      The PacificSource concerns with FamilyCare's Motion to Permit Access to AEO documents are not limited to potential future participation of FamilyCare management employees in rate setting. Based on their positions in the FamilyCare organization, it is almost certain Mr. Murray and Mr. Suchorzewski will be involved in the upcoming OHA procurement process if FamilyCare participates. If they become privy to confidential information relating to whether PacificSource does or does not use alternative payment models, risk sharing, quality based metrics or benchmarks, shared savings, value based payment or other specific provider engagement methodologies, the information will provide FamilyCare a competitive advantage in a bidding process independent of any rate setting that may be addressed in the process.

**I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.**

Executed this 28ᵗʰ day of September, 2018.

_____
Julie Farrow

GSB:9698613.1

DECLARATION OF JULIE FARROW SUPPORTING PACIFICSOURCE COMMUNITY
SOLUTIONS' OPPOSITION TO FAMILYCARE, INC.'S MOTION TO PERMIT
ACCESS TO AEO DOCUMENTS PURSUANT TO PROTECTIVE ORDERS