

**Contract Number 140329**

## AMENDMENT TO
## STATE OF OREGON
## PERSONAL/PROFESSIONAL SERVICES CONTRACT

In compliance with the Americans with Disabilities Act, this document is available in alternate formats such as Braille, large print, audio recordings, Web-based communications and other electronic formats. To request an alternate format, please send an e-mail to dhs-oha.publicationrequest@state.or.us or call 503-378-3486 (voice) or 503-378-3523 (TTY) to arrange for the alternative format.

This is amendment number **7** to Contract Number **140329** between the State of Oregon, acting by and through its Oregon Health Authority, hereinafter referred to as "OHA" and

**Optumas**
**7400 East McDonald Drive, Suite 101**
**Scottsdale, Arizona 85250**
**Telephone: 480-588-2499**
**Facsimile: 480-315-1795**
**E-mail address: steve.schramm@optumas.com**

hereinafter referred to as "Contractor."

1.      This amendment shall become effective on the date this amendment has been fully executed by every party and, when required, approved by Department of Justice.

2.      The Contract is hereby amended as follows:

   a.      Section 3.a. Consideration, is amended as follows: language to be deleted or replaced is ~~struck through~~; new language is **underlined and bold**:

   "**3.     Consideration.**

   a.      The maximum, not-to-exceed compensation payable to Contractor under this Contract, which includes any allowable expenses, is **$5,606,063.00** ~~$5,377,063.00~~. OHA will not pay Contractor any amount in excess of the not-to-exceed compensation of this Contract for completing the Work, and will not pay for Work performed before the date this Contract becomes effective or after the termination or expiration of this Contract. If the maximum compensation is increased by amendment of this Contract, the amendment must be fully effective before Contractor performs Work subject to the amendment."

Schramm Decl. EX 1

b.    Exhibit A, Part 1, Statement of Work is amended to add the following Work, Tasks and Deliverables:

"

---

**PPS Rate Development for Certified
Community Behavioral Health Clinics (CCBHC)**

---

**1.    Develop PPS Rate for Multiple CCBHCs**

Contractor shall develop Prospective Payment System (PPS) rates for up to 20 Certified Community Behavioral Health Clinics (CCBHCs) identified by OHA. This work requires review of recent cost reports from each clinic as well as analyses that will use the cost report information as a basis to develop a clinic specific PPS rates.

**2.    Data Elements and Model**

*Request* - Contractor shall request all applicable cost reports for the specific clinics and conduct a review of each report. Once the review of the cost reports is complete, Contractor shall work with OHA to reach out to the clinics surrounding any follow up questions on the submitted cost reports. It will be key to ensure that the initial cost report data is complete and robust so that the resulting PPS rates will be based on accurate information.

*Model* – Contractor shall first review and validate the cost reports. Then Contractor shall create a dynamic and transparent model that will allow OHA to clearly understand the rate methodology as well as allow OHA to update efficiently, as needed. Contractor shall ensure that the PPS rates are developed in an actuarial sound manner, emphasizing transparency. The transparency shall allow Contractor and OHA to easily explain PPS rate methodology to all stakeholders.

*Deliverable* - In addition to the modeling, Contractor shall provide a summary document that describes the methodology and the resulting PPS rates as well as conduct meetings as necessary with all stakeholders.

**Estimated hours for completion of PPS Rate Development for CCBHC's by Contractor's staff:** 508 hours.

**Timeline for Task Completion:** target completion date of 12/30/2016.

"

Schramm Decl. EX 1

c.     Exhibit A, Part 2 Consideration is amended as follows: language to be deleted or replaced is ~~struck through~~; new language is **underlined and bold**:

"**EXHIBIT A
Part 2
Consideration**

**1.    Payment Provisions.**

OHA will reimburse the Contractor at the rate of <u>$195.00</u> per hour for all services performed under this Contract, except for Preparation of Section 1115 Waiver Amendment and Supplementary Oregon Waiver Renewal Services (for which payment provisions are listed below).

**Payment for Preparation of Section 1115 Waiver Amendment:**
Following OHA's approval of Contractor's invoices and related documentation verifying completion of tasks required for Preparation of Section 1115 Waiver Amendment, OHA will pay Contractor as follows:

| | |
|---|---|
| Fee for Completion of Phase 1 (Tasks 1 through 4): | $115,000 |
| Fee for Completion of Phase 2 (Tasks 5 and 6): | $135,000 |
| Fee for Completion of Phase 3 (Tasks 8 and 9): | $35,000 |
| Fee for Completion of Phase 4 (Tasks 7 and 10): | $50,000 |

**Total of above fees for Tasks #1-10:**    **$335,000**

**Payment for Supplementary Oregon Waiver Renewal Services:**
Following OHA's approval of Contractor's invoices and related documentation verifying completion of tasks required for Supplementary Oregon Waiver Renewal Services, OHA will pay Contractor as follows:

| | |
|---|---|
| Fee for Completion of Task 1: | ~~$24,908~~ **$40,715.00** |
| Fee for Completion of Task 2: | ~~$30,885~~ **$56,272.00** |
| Fee for Completion of Task 3: | ~~$30,656~~ **$54,127.00** |
| Fee for Completion of Task 4: | ~~$31,614~~ **$95,949.00** |

**Total of above fees for Tasks #1-4**    ~~**$118,063**~~ **$247,063.00**

Contractor shall submit monthly invoices to OHA's Contract Administrator at the address specified on page 1 of this Contract, or to any other address as OHA may indicate in writing to Contractor. Contractor's claims to OHA for overdue payments on invoices are subject to ORS 293.462.

**2.    Travel and Other Expenses.**
OHA shall not reimburse Contractor for any travel or additional expenses under this Contract."

Schramm Decl. EX 1

3.    OHA's performance hereunder is conditioned upon Contractor's compliance with provisions of ORS 279B.220, 279B.225, 279B.230, 279B.235, and 279B.270, which are hereby incorporated by reference. Contractor shall, to the maximum extent economically feasible in the performance of this Contract, use recycled paper (as defined in ORS 279A.010(1)(gg)), recycled PETE products (as defined in 279A.010(1)(hh)), and other recycled products (as "recycled product" is defined in 279A.010(1)(ii)).

4.    Except as expressly amended above, all other terms and conditions of the initial Contract and any previous amendments are still in full force and effect. Contractor certifies that the representations, warranties and certifications contained in the initial Contract are true and correct as of the effective date of this amendment and with the same effect as though made at the time of this amendment.

5.    **Certification.** The Contractor acknowledges that the Oregon False Claims Act, ORS 180.750 to 180.785, applies to any "claim" (as defined by ORS 180.750) that is made by (or caused by) the Contractor and that pertains to this Contract or to the project for which the Contract work is being performed. The Contractor certifies that no claim described in the previous sentence is or will be a "false claim" (as defined by ORS 180.750) or an act prohibited by ORS 180.755. Contractor further acknowledges that in addition to the remedies under this Contract, if it makes (or causes to be made) a false claim or performs (or causes to be performed) an act prohibited under the Oregon False Claims Act, the Oregon Attorney General may enforce the liabilities and penalties provided by the Oregon False Claims Act against the Contractor. Without limiting the generality of the foregoing, by signature on this Contract, the Contractor hereby certifies that:

    a.    Under penalty of perjury the undersigned is authorized to act on behalf of Contractor and that Contractor is, to the best of the undersigned's knowledge, not in violation of any Oregon Tax Laws. For purposes of this certification, "Oregon Tax Laws" means a state tax imposed by ORS 320.005 to 320.150 and 403.200 to 403.250 and ORS chapters 118, 314, 316, 317, 318, 321 and 323 and the elderly rental assistance program under ORS 310.630 to 310.706 and local taxes administered by the Department of Revenue under ORS 305.620;

    b.    The information shown in Contractor Data and Certification, of original Contract or as amended is Contractor's true, accurate and correct information;

    c.    To the best of the undersigned's knowledge, Contractor has not discriminated against and will not discriminate against minority, women or emerging small business enterprises certified under ORS 200.055 in obtaining any required subcontracts;

    d.    Contractor and Contractor's employees and agents are not included on the list titled "Specially Designated Nationals" maintained by the Office of Foreign Assets Control of the United States Department of the Treasury and currently found at: *https://www.treasury.gov/resource-center/sanctions/SDN-List/Pages/default.aspx*;

    e.    Contractor is not listed on the non-procurement portion of the General Service Administration's "List of Parties Excluded from Federal procurement or Non-procurement Programs" found at: *https://www.sam.gov/portal/public/SAM/*;

    f.    Contractor is not subject to backup withholding because:

(1)    Contractor is exempt from backup withholding;

(2)    Contractor has not been notified by the IRS that Contractor is subject to backup withholding as a result of a failure to report all interest or dividends; or

(3)    The IRS has notified Contractor that Contractor is no longer subject to backup withholding.

g.    Contractor hereby certifies that the FEIN or SSN provided to OHA is true and accurate. If this information changes, Contractor is also required to provide OHA with the new FEIN or SSN within 10 days.

Schramm Decl. EX 1

6.    Signatures.

**CONTRACTOR:   YOU WILL NOT BE PAID FOR SERVICES RENDERED PRIOR TO NECESSARY STATE APPROVALS.**

**Optumas**
By:

_Steven R. Schramm_     MANAGING DIRECTOR     10/14/2016
Authorized Signature           Title              Date

State of Oregon, acting by and through its Oregon Health Authority
By:

_J M Clement_     HPA Director     10/21/16
Authorized Signature           Title              Date

**Approved for Legal Sufficiency:**

_Jeff Wahl, Assistant Attorney General_                    _Via email 10/14/16_
Assistant Attorney General                                 Date

**OHA Program Review:**

_Jennifer L. Nones, State Innovation Model Business Manager, Business Supports  10/7/16_

_Chelsea A. Guest,  Manager, Actuarial Services, Provider Services_           _10/7/16_
Authorized Signature           Title              Date

**Office of Contracts and Procurement:**

_Reviwed by John F. Gardner_                                _10/21/16_
Contract Specialist                                        Date

140329-7 / JFG
OHA PSK Amendment

Schramm Decl. EX 1