**Brian M. Parrott, OSB No. 013760**
**Email:  brian@bparrott-law.com**
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
Telephone:  503-607-2715
Fax:  503-607-2701

       Attorneys for Intervenor PrimaryHealth of
       Josephine County, LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC**, an Oregon non-profit corporation, | **No. 6:18-cv-00296-MO** |
| Plaintiff, | **INTERVENOR PRIMARYHEALTH OF JOSEPHINE COUNTY, LLC'S JOINDER IN HEALTH SHARE OF OREGON'S OPPOSITION TO FAMILYCARE'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS** |
| v. | |
| **OREGON HEALTH AUTHORITY**., an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

### <u>Joinder</u>

    PrimaryHealth of Josephine County, LLC ("PrimaryHealth") hereby joins in Health Share

of Oregon's ("Health Share") Opposition of FamilyCare Inc's ("FamilyCare") Motion to Permit

Page 1     INTERVENOR PRIMARYHEALTH OF JOSEPHINE COUNTY, LLC'S
            JOINDER IN HEALTH SHARE OF OREGON'S OPPOSITION TO
            FAMILYCARE'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS

Access to AEO Documents ("Motion").  In addition, PrimaryHealth joins in the arguments set forth in the Joinders and Oppositions filed today by the other coordinated care organizations ("CCOs") in response to the Motion.

Dated this 2 day of October, 2018.

BRIAN M. PARROTT, LLC


/S/ Brian M. Parrott
**Brian M. Parrott, OSB # 013760**
Telephone:  503-607-2715
Attorneys for Intervenor PrimaryHealth of Josephine County, LLC.