**Arden J. Olson, OSB #870704**
arden.j.olson@harrang.com
Harrang Long Gary Rudnick P.C.
497 Oakway Road, Suite 380
Eugene, OR 97401
Telephone:      541-485-0220
Facsimile:      541-686-6564
Of Attorneys for Non-Party Willamette Valley Community Health, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNN SAXTON**,<br><br>                              Defendants. | Case No. 6:18-cv-00296-MO<br><br>**NON-PARTY WILLAMETTE VALLEY COMMUNITY HEALTH'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS** |

Non-Party Willamette Valley Community Health, LLC ("WVCH") is an Oregon limited liability company and a certified Coordinated Care Organization ("CCO"). As a CCO, WVCH contracts with the State of Oregon, through defendant Oregon Health Authority ("OHA"), to coordinate health services for Medicaid-eligible individuals in Marion and Polk Counties.

FamilyCare's Motion to Permit Access to AEO Documents Pursuant to Protective Orders ("Motion") seeks, without any sound justification, to reverse the balance of protections to which FamilyCare agreed in Circuit Court, risking the misuse not only of financial information provided by Oregon's various CCOs but also of other subpoenaed organizations that relied on

Page 1 – **NON-PARTY WILLAMETTE VALLEY COMMUNITY HEALTH'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS**

the protective order.  To avoid burdening the court with numerous similar briefs, WVCH incorporates by reference in their entirety the arguments filed by Health Share of Oregon ("Health Share") in Non-Party Health Share of Oregon's Opposition to FamilyCare, Inc.'s Motion to Permit Access to AEO Documents [Doc 269], incorporates by reference in their entirety the arguments filed by Eastern Oregon Coordinated Care Organization ("Eastern Oregon") in Non-Party Intervenor Eastern Oregon Coordinated Care Organization's Memorandum in Opposition to Plaintiff FamilyCare, Inc.'s Motion to Permit Access to AEO Documents [Doc 265], and incorporates by reference in their entirety the arguments filed by PacificSource Community Solutions ("PacificSource") in PacificSource Community Solutions' Opposition to FamilyCare, Inc.'s Motion to Permit Access to AEO Documents Pursuant to Protective Orders [Doc 276], each of which has been filed with the Court today in this matter.

FamilyCare's Motion would affect WVCH in the same manners as it would affect Health Share, Eastern Oregon, and PacificSource, and WVCH's concerns are indistinguishable from those of Health Share, Eastern Oregon, and PacificSource.

DATED this 2nd day of October, 2018.

HARRANG LONG GARY RUDNICK P.C.


By:   s/Arden J. Olson
Arden J. Olson, OSB #870704

Of Attorneys for Non-Party Willamette Valley
Community Health, LLC


Page 2 – **NON-PARTY WILLAMETTE VALLEY COMMUNITY HEALTH'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS**