**Daniel P. Larsen**, OSB No. 943645
E-mail:      dpl@aterwynne.com
**ATER WYNNE LLP**
1331 NW Lovejoy Street, Suite 900
Portland, OR 97209-3280
Telephone:    (503) 226-1191
Facsimile:    (503) 226-0079

Attorney for Non-Party Intervenors
Columbia Pacific CCO, LLC and
Jackson Care Connect

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>**OREGON HEALTH AUTHORITY,** an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority; and **LYNNE SAXTON**,<br><br>     Defendants. | Case No. 6:18-cv-00296-MO<br><br>**COLUMBIA PACIFIC CCO, LLC'S AND JACKSON CARE CONNECT'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS**<br><br>**ORAL ARGUMENT REQUESTED** |

Non-Party Intervenors Columbia Pacific CCO, LLC ("CPC") and Jackson Care Connect

("JCC") hereby join and support Non-party Health Share of Oregon's ("Health Share")

CPC'S AND JCC'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS

Page 1

3152096/1/DPL/101821-0073

Opposition (Dkt. 269, filed October 2, 2018) to FamilyCare, Inc.'s ("FamilyCare") Motion to

Permit Access to AEO Documents (Dkt. 251, filed September 18, 2018) ("Motion").  CPC and

JCC also join and support the additional arguments advanced by other Coordinated Care

Organizations ("CCOs") that are located outside of the tri-county area which provide additional

reasons that support denial of FamilyCare's Motion as to those CCOs.

CPC and JCC reserve their rights, without waiver, to assert and rely on their own

arguments with regard to any similar documents that relate to CPC and JCC, which are not at

issue with the present motion.

**DATED** this  2nd  day of October, 2018.

**ATER WYNNE LLP**

By: s/ Daniel P. Larsen

Daniel P. Larsen, OSB No. 943645
Email:  dpl@aterwynne.com
Tel:  (503) 226-1191; Fax:  (503) 226-0079
Attorneys for Non-Party Intervenors
Columbia Pacific CCO, LLC and
Jackson Care Connect

CPC'S AND JCC'S JOINDER IN OPPOSITION TO FAMILYCARE,
INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **COLUMBIA PACIFIC CCO, LLC'S AND JACKSON CARE CONNECT'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS** with the Clerk of the Court using the CM/ECF system to the following persons:

Stephen F. English
Brian P. Samuelson
Alletta S. Brenner
Douglas R. Pahl
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
BSamuelson@perkinscoie.com
Abrenner@perkinscoie.com
*Attorneys for FamilyCare, Inc.*

Matthew A. Levin
Harry B. Wilson
Laura Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
MattLevin@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
Docket@MarkowitzHerbold.com
*Attorneys for Oregon Health Authority*

Elizabeth C. Knight  (Via E-mail)
Michael D. Crew  (Via E-mail)
Dunn Carney Allen
851 SW 6th Ave Ste 1500
Portland OR 97204
eknight@dunncarney.com
mcrew@dunncarney.com
*Attorneys for AllCare CCO, Inc.*

Anna Sortun (Via E-mail)
Tonkon Torp LLP
888 SW 5th Ave Ste 1600
Portland OR 97204
anna.sortun@tonkon.com
*Attorney for Cascade Health Alliance, LLC, Western Oregon Advanced Health, LLC, and Umpqua Health Alliance*

Brian M. Parrott  (Via E-mail)
Brian M Parrott LLC
851 SW 6th Ave Ste 1500
Portland OR 97204
brian@bparrott-law.com
*Attorney for PrimaryHealth of Josephine County, LLC*

Frank V. Langfitt III  (Via E-mail)
Miller Nash Graham & Dunn LLP
111 SW 5th Ave Ste 3400
Portland OR  97204
frank.langfitt@millernash.com
*Attorney for Eastern Oregon Coordinated Care Organization, LLC*

CERTIFICATE OF SERVICE

Gregory A. Chaimov  (Via E-mail)
Christopher McCracken (Via E-mail)
Davis Wright Tremaine LLP
1300 SW Fifth Ave, Suite 2400
Portland, OR 97201-5610
gregorychaimov@dwt.com
Christophermccracken@dwt.com
*Attorneys for Health Share of Oregon*

W. Chris Jenkins  (Via E-mail)
Tyler G. Jacobsen  (Via E-mail)
Samaritan Health Services
2300 NW Walnut Blvd
Corvallis OR 97330
wjenkins@samhealth.org
tjacobsen@samhealth.org
*Attorney for Intercommunity Health
Network - Coordinated Care Organization*

Eric A Lindenauer  (Via E-mail)
Garvey Schubert Barer
121 SW Morrison St 11th Fl
Portland OR 97204
elindenauer@gsblaw.com
*Attorney for PacificSource Community
Solutions*

Joel A. Parker  (Via E-mail)
Jeffrey D. Hern  (Via E-mail)
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave Ste 1900
Portland OR 97204
jparker@schwabe.com
jhern@schwabe.com
*Attorneys for Trillium Community Health
Plan, Inc.*

Arden J. Olson  (Via E-mail)
Harrang Long Gary Rudnick PC
360 E 10th Ave Ste 300
Eugene OR 97401
arden.j.olson@harrang.com
*Attorney for Willamette Valley Community
Health, LLC*

Peter F. Stoloff  (Via E-mail)
Peter F Stoloff PC
5285 Meadows Rd Ste 235
Lake Oswego OR 97035
pstoloff@peterstoloff-law.com
*Attorney for Yamhill Community Care
Organization*

DATED this  2nd  day of October, 2018.

s/ Daniel P. Larsen
Daniel P. Larsen, OSB No. 943645
Attorneys for Non-Party Intervenors
Columbia Pacific CCO, LLC and
Jackson Care Connect

CERTIFICATE OF SERVICE