**Joel A. Parker,** OSB #001633
Email:  jparker@schwabe.com
**Jeffrey D. Hern,** OSB #043138
Email: jhern@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile:  503.796.2900

>    *Of Attorneys for Trillium Community*
>    *Health Plan, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, | No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF JEFFREY HERN IN SUPPORT OF TRILLIUM COMMUNITY HEALTH PLAN, INC.'S JOINDER IN HEALTH SHARE OF OREGON'S OPPOSITION TO FAMILYCARE, INC.'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS** |
| v. | |
| **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON,** | |
| Defendants. | |

I, Jeffrey Hern, hereby declare as follows:

1.       I am one of the attorneys of record for Trillium Community Health Plan, Inc.

("Trillium") in the above-captioned action.  I make this declaration in support of Trillium's

Joinder in Health Share of Oregon's Opposition to FamilyCare, Inc.'s Motion to Permit Access

to AEO Documents.

Page 1 -     **DECLARATION OF JEFFREY HERN**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\23990379.1

2.    Attached hereto as **"Exhibit A"** is a true and correct copy of Plaintiff FamilyCare, Inc.'s First Set of Requests for Production of Documents to Defendant Oregon Health Authority, which was served on June 1, 2017, in *FamilyCare, Inc. v. Oregon Health Authority*, State of Oregon, Marion County Circuit Court, Case No. 17CV09226.

3.    Attached hereto as **"Exhibit B"** is a true and correct copy of the Non-Parties' Motion to Intervene (excluding Exhibit 1 thereto), which was filed on August 10, 2017, in the State Court Action.

4.    Attached hereto as **"Exhibit C"** is a true and correct copy of the Joint Intervenors' Motion for Protective Order, which was filed on September 28, 2018, in the State Court Action.

5.    Attached hereto as **"Exhibit D"** is a true and correct copy of the Order Granting Intervention entered by Judge Sean E. Armstrong on September 27, 2017, in the State Court Action.

6.    Attached hereto as **"Exhibit E"** is a true and correct copy of the letter from Keely West, OHA, to FamilyCare's counsel, dated August 25, 2015.

7.    Attached hereto as **"Exhibit F"** is a true and correct copy of the Protective Order entered by Judge Sean E. Armstrong on November 1, 2017, in the State Court Action.

8.    Attached hereto as **"Exhibit G"** is a true and correct copy of excerpts from the Transcript of Proceedings before The Honorable Michael W. Mosman on September 21, 2018, in the subject case.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 2nd day of October, 2018.

s/ Jeffrey Hern
Jeffrey Hern, OSB #043138

Page 2 -    **DECLARATION OF JEFFREY HERN**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\23990379.1