**Michael D. Crew, OSB No. 720603**
**Email: mcrew@dunncarney.com**
**Elizabeth C. Knight, OSB No. 992454**
**Email: eknight@dunncarney.com**
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
Telephone: 503-224-6440
Fax: 503-224-7324

Attorneys for Non-Party AllCare CCO, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**FAMILYCARE, INC.**, an Oregon non-profit
corporation,

                          Plaintiff,

          v.

**OREGON HEALTH AUTHORITY**, an
agency of the State of Oregon, and **PATRICK
ALLEN**, both individually and in his official
capacity as Director of the Oregon Health
Authority, and **LYNNE SAXTON**,

                          Defendants.

**No. 6:18-cv-00296-MO**

**NONPARTY ALLCARE CCO, INC.'S
JOINDER IN HEALTH SHARE OF
OREGON'S OPPOSITION TO
FAMILYCARE'S MOTION TO
PERMIT ACCESS TO AEO
DOCUMENTS**

## Joinder

AllCare CCO, Inc. ("AllCare") hereby joins in Health Share of Oregon's ("Health Share") Opposition to FamilyCare, Inc.'s ("FamilyCare") Motion to Permit Access to AEO Documents ("Motion"). AllCare also joins in the arguments set forth in the Joinders and Oppositions filed today by the other coordinated care organizations (CCOs) in response to the Motion.

## Summary of Argument

AllCare agrees with the other CCOs that neither Bill Murray nor Art Suchorzewski should be given access to the CCOs' AEO information. Bill Murray is the Chief Operating Officer of FamilyCare, and given his high-level position within FamilyCare, giving him access to AllCare's AEO information would give FamilyCare a competitive advantage if and when it reenters the market. Art Suchorzewski is FamilyCare's Director of Government Affairs and a lobbyist. To AllCare's knowledge, Mr. Suchorzewski has no background in actuarial or rate setting matters, and accordingly, there can be no compelling reason why he would need to see AllCare's AEO information – other than to use it to FamilyCare's advantage beyond this litigation.

Further, while the relevancy of AllCare's AEO information has always been in question, in light of the Court's September 21, 2018 ruling granting summary judgment on FamilyCare's APA claims, lack of relevancy is now an even more persuasive argument – particularly as to CCOs outside the tri-county area, such as AllCare which is based in Southern Oregon. FamilyCare has simply not established why or how the AEO information is relevant to the remaining claims in the Fourth Amended Complaint.

Finally, it is important to note that AllCare and the other CCOs have taken steps to protect their trade secret and confidential information, both prior to and in the course of this litigation. For

Page 2    NONPARTY ALLCARE CCO, INC.'S JOINDER IN HEALTH SHARE OF OREGON'S OPPOSITION TO FAMILYCARE'S MOTION TO PERMIT ACCESS TO AEO DOCUMENTS

example, AllCare has internally limited access to the information to certain employees; has not disclosed it to third parties; and, has intervened in and monitored this litigation to ensure the information remains protected. *See e.g.,* Declaration of Twila Farris (ECF 45-5).

For these reasons and those discussed in the concurrent filings of the other CCOs, AllCare respectfully requests that the Court maintain the protections of the existing Protective Order, and not diminish them by allowing Mr. Murray and/or Mr. Suchorzewski access to the information designated as AEO. FamilyCare's Motion should be denied.

Dated this 2nd day of October, 2018.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

*s/ Elizabeth C. Knight*

**Michael D. Crew, OSB No. 720603**
**Elizabeth C. Knight, OSB No. 992454**
Telephone: 503-224-6440
Attorneys for Non-Party AllCare CCO, Inc.

Page 3     NONPARTY ALLCARE CCO, INC.'S JOINDER IN HEALTH SHARE OF OREGON'S
           OPPOSITION TO FAMILYCARE'S MOTION TO PERMIT ACCESS TO AEO
           DOCUMENTS