Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON<br><br>    Defendants. | No. 6:18−cv−00296−MO<br><br>FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO LYNNE SAXTON'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL |

FAMILYCARE'S UNOPPOSED MOTION FOR
LEAVE TO FILE OPPOSITION TO MOTION
FOR SUMMARY JUDGMENT UNDER SEAL

LEGAL141554940.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

## LOCAL RULE 7-1 CERTIFICATION

Counsel for plaintiff FamilyCare, Inc. ("FamilyCare") has conferred with counsel for defendants Oregon Health Authority, Patrick Allen, and Lynne Saxton ("Defendants"). Defendants do not oppose this motion to file under seal.

## MOTION

Pursuant to the protective orders issued in this case, FamilyCare moves this Court for an order permitting FamilyCare to file under seal its forthcoming Response in Opposition to Defendant Lynne Saxton's Motion for Summary Judgment and any documents attached to a declaration in support thereof that have been designated as "Confidential" or "Attorneys' Eyes Only."

## MEMORANDUM

This request is made pursuant to the protective orders in this case, which were signed on November 1, 2017 and January 17, 2018. These orders allow for the sealing of documents if a party designates those documents as "Confidential" or "Attorneys' Eyes Only." FamilyCare's forthcoming Response in Opposition to Defendant Lynne Saxton's Motion for Summary Judgment will discuss and attach certain documents designated as "Confidential" or "Attorneys' Eyes Only."

## CONCLUSION

Accordingly, FamilyCare respectfully requests that the Court grant this motion and enter an order permitting FamilyCare's Response in Opposition to Defendant Lynne Saxton's Motion for Summary Judgment and the designated exhibits described above to be filed under seal.

1-    FAMILYCARE'S UNOPPOSED MOTION FOR
LEAVE TO FILE OPPOSITION TO MOTION
FOR SUMMARY JUDGMENT UNDER SEAL

LEGAL141554940.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED:  October 8, 2018                    **PERKINS COIE LLP**


By: */s/ Nicholas H. Hesterberg*
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

2-    FAMILYCARE'S UNOPPOSED MOTION FOR
LEAVE TO FILE OPPOSITION TO MOTION FOR
SUMMARY JUDGMENT UNDER SEAL

LEGAL141554940.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222