Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | No. 6:18-cv-00296-MO<br><br>DECLARATION OF JEFF HEATHERINGTON IN SUPPORT OF PLAINTIFF FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO DEFENDANT LYNNE SAXTON'S MOTION FOR SUMMARY JUDGMENT |

1- HEATHERINGTON DECLARATION IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO LYNNE SAXTON'S MOTION FOR SUMMARY JUDGMENT

141586939.
1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Jeff Heatherington, declare as follows:

1.      I am the CEO of FamilyCare, Inc. ("FamilyCare").  I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.      On October 2, 2015, at 3:00pm, I participated in a conference call between representatives of FamilyCare, Inc., and representatives of the Oregon Health Authority, including Director Lynne Saxton, regarding a variety of topics, including OHA's process of setting Medicaid Capitation Rates for FamilyCare, and FamilyCare's concerns about that process and the rates that had resulted.

3.      Among other topics related to Oregon Medicaid Rate-Setting that were discussed during this phone call, I raised the issue of how Coordinated Care Organizations (CCOs) have differing corporate and business structures, and that as a result of these differences, the financial information CCOs submit as part of the rate-setting process may not be comparable, impacting the accuracy and fairness of the rates set by OHA for those CCOs. In this context, I specifically raised the issue of the inconsistency of reporting of profits and medical loss ratios of the CCOs. I also raised FamilyCare's concern that the use of this information in setting rates tended to have a disparate and negative impact on FamilyCare as compared to the other CCO that operates in the Tri-County region, Health Share of Oregon.

4.      In addition, I raised concerns about how OHA's process of setting rates lacked transparency, making it difficult for CCOs to understand and address potential errors in those rates.

5.      The points that I raised on this call were consistent with concerns that I, and others at FamilyCare, had been raising for months, both directly with OHA and publicly within the CCO leadership meetings, through statements to the media, the Oregon Legislature, and to others in the healthcare industry at public events such as the State of Reform conference in September 2015.

2-    HEATHERINGTON DECLARATION IN SUPPORT OF
FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO
LYNNE SAXTON'S MOTION FOR SUMMARY
JUDGMENT

141586939.
1

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: October 11, 2018

_____
Jeff Heatherington

HEATHERINGTON DECLARATION IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO LYNNE SAXTON'S MOTION FOR SUMMARY JUDGMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222