Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>    Defendants. | No. 6:18−cv−00296−MO<br><br>DECLARATION OF NICHOLAS HESTERBERG IN SUPPORT OF PLAINTIFF FAMILYCARE, INC.'S RESPONSE IN OPPOSITION TO DEFENDANT LYNNE SAXTON'S MOTION FOR SUMMARY JUDGMENT |

1- DECLARATION OF NICHOLAS HESTERBERG IN
SUPPORT OF FAMILYCARE'S OPPOSITION TO
LYNNE SAXTON'S MOTION FOR SUMMARY
JUDGMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

I, Nicholas Hesterberg, state as follows:

1.    I am an attorney with the firm of Perkins Coie, counsel for FamilyCare, Inc. ("FamilyCare"), party to the above-captioned litigation. I have personal knowledge of the matters stated herein and am competent to testify thereto.

2.    Attached to this declaration are true and correct copies of the following documents produced in the above-captioned litigation or located as indicated:

| Ex. No. | Description |
|---|---|
| 1. | February 20, 2015 email from J. Fritsche to S. Schramm re: RE: CCO Meeting and Letter [DX 1151, OHA_LIT_00396544] |
| 2. | January 29, 2015 letter from CCOs to Gov. Kitzhaber regarding Health Care Transformation [OHA_LIT_00379155] |
| 3. | February 6, 2015 email from L. Saxton to L. Clement re: FW: Letter to the Governor [OHA_LIT_00379154] |
| 4. | March 14, 2015 email from L. Saxton re: RE: Attorney Client Privilege- Summary of 2015 Rates Review [OHA_LIT_00558119] |
| 5. | February 9, 2015 email from L. Saxton to J. Mohr-Peterson and L. Clement re: FW: Response to FamilyCare [OHA_LIT_00146590] |
| 6. | May 31, 2015 email from L. Saxton to G. Whitehouse re: Lund Report: Lawsuit Contends Oregon Health Authority Stonewalled FamilyCare [OHA_LIT_00562608] |
| 7. | March 2, 2015 email from L. Saxton to L. Coyner re: Re: Meet [OHA_LIT_00207008] |
| 8. | March 17, 2015 email from Z. Aters to L. Coyner re: Talking points- Rates letter March 2015 [OPT00069032] |
| 9. | March 13, 2015 meeting request from S. Schramm to various recipients re: meeting Follow up with Optumas [OPTUMAS00052854] **FILED UNDER SEAL** |
| 10. | March 25, 2015 email from R. Busek to L. Coyner and L. Saxton re: RE: Rates update- PLEASE REVIEW; with handwritten notes [OHA_LIT_00318483] |
| 11. | April 8, 2015 email from L. Saxton to L. Coyner re: RE: Follow up on CCO MLR [OPTUMAS_00059529] **FILED UNDER SEAL** |
| 12. | July 2, 2015 email from L. Saxton to various recipients re: RE: CCO Rates/ATTORNEY CLIENT PRIVILEGE [OHA_LIT_00562357] |
| 13. | Excerpts from the Oregon Health Authority FRCP 30(b)(6) deposition, taken August 2, 2018, August 3, 2018 and August 16, 2018 |

2-    DECLARATION OF NICHOLAS HESTERBERG IN SUPPORT OF FAMILYCARE'S OPPOSITION TO LYNNE SAXTON'S MOTION FOR SUMMARY JUDGMENT

| 14. | July 23, 2015 Portland Business Journal *FamilyCare CCO's rates to be cut again by the state* https://www.bizjournals.com/portland/blog/health-care-inc/2015/07/familycare-ccos-rates-to-be-cut-again-by-the-state.html |
|-----|-----|
| 15. | September 30, 2015 The Lund Report *Lawmakers Skeptical of State's Demand that CCOs Return $100 Million* https://www.thelundreport.org/content/lawmakers-skeptical-state's-demand-ccos-return-100-million |
| 16. | September 1, 2015 email from C. Westling to L. Saxton re: RE: Rates Discussions with Legislators [OPT00056957] |
| 17. | September 2, 2015 email from L. Saxton to Rep. Greenlick re: RE: OHA Medicaid Rate Setting Process [OPT00060968] |
| 18. | September 3, 2015 email from L. Saxton to R. Stineman re: RE: Rate Setting Questions- ATTORNEY CLIENT PRIVILEGE [OHA_LIT_00550249] |
| 19. | September 9, 2015 email from L. Saxton to S. Wickstrom and B. Shipley re: Senator Bates [OHA_LIT_01093379] |
| 20. | September 9, 2015 email from L. Saxton to Z. Aters re: Brief with Bates [OHA_LIT_00379061] |
| 21. | October 2, 2015 Oregon State of Reform- Morning Keynote, video located here: https://www.youtube.com/watch?v=dUVd0MjhcEA Transcription of 7:45 to 10:43 prepared by my staff under my supervision |
| 22. | FamilyCare Questions/Concerns regarding CCO 2015 Rate Setting Process, https://olis.leg.state.or.us/liz/2015I1/Downloads/CommitteeMeetingDocument/80535 |
| 23. | September 29, 2015 Portland Business Journal *Lawmakers put Oregon Health Authority on the Hot Seat* https://www.bizjournals.com/portland/blog/health-care-inc/2015/09/lawmakers-put-oregon-health-authority-on-the-hot.html |
| 24. | September 28, 2015 email from L. Saxton to various recipients re: Today [OPTUMAS_00058632] **FILED UNDER SEAL** |
| 25. | September 29, 2015 email from S. Schramm to Z. Aters re: RE: OE Onsite [OPTUMAS_00058623] **FILED UNDER SEAL** |
| 26. | October 2, 2015 email from L. Saxton to various recipients re: RE: Full Court Press Strategy [OPT00060301] |
| 27. | October 1, 2015 email from L. Saxton to various recipients re: RE: FamilyCare Meeting and Legislative Conflict [OHA_LIT_00317876] |
| 28. | October 2, 2015 email from L. Saxton to L. Coyner, M. Fairbanks, S. Schramm, C. Westling re: RE: Good job! [OHA_LIT_00377510] |
| 29. | March 21, 2016 email from B. Darby to L. Saxton re: Attorney/Client Privilege: FC Draft Comms Plan [DX 1077, OHA_LIT_00655576} |

3- DECLARATION OF NICHOLAS HESTERBERG IN SUPPORT OF FAMILYCARE'S OPPOSITION TO LYNNE SAXTON'S MOTION FOR SUMMARY JUDGMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

| 30. | January 9, 2017 email from B. Darby to C. Crowell re: FW: Attorney Client Privilege- Family Care Plan [DX 1082, OHA_LIT_00613720] |
|---|---|
| 31. | December 9, 2015 email from L. Coyner to various recipients re: Member level information [DX 1123, OHA_LIT_00201672] |
| 32. | January 1, 2016 email from Z. Aters to C. Guest and L. Coyner re: Member level information [DX 1170, OHA_LIT_00090018] |
| 33. | June 14, 2016 meeting request re: OR-Transitional Analysis [DX 1294, OPTUMAS_00077790] **FILED UNDER SEAL** |
| 34. | May 12, 2016 email from R. Busek to C. Guest re: RE: Data on severe mental illness and AIDS patients for CCOs [DX 1127, OHA_LIT_00349355] |
| 35. | June 20, 2016 text message from R. Busek to V. Chauhan [DX 1129, OHA_LIT_00570593] |
| 36. | July 21, 2016 email from L. Saxton to C. Guest re: RE: Rates Workgroup Prep- Base Data Follow-up [OHA_LIT_00102633] |
| 37. | July 25, 2016 email from M. Fairbanks to L. Saxton and J. Vandehey re: FW: Final Rate of Growth Summary [DX 1254, OHA_LIT_00273855] |
| 38. | September 28, 2016 email from M. Fairbanks to C. Guest re: FW: 3.4% growth and rates [DX 1056, OHA_LIT_00006305] |
| 39. | December 28, 2016 email from V. Chauhan to L. Saxton and B. Darby re: FW: Follow-up [DX 1144, OHA_LIT_00009775] |
| 40. | October 24, 2016 email from W. Murray to C. Guest, R. Reynolds, R. McDonald, K. Clancy re: RE: Tri-County Regional Meeting- 2017 Q&A [OHA_LIT_00073661] |
| 41. | November 23, 2016 email from W. Murray to V. Chauhan re: Member Enrollment and Eligibility [OHA_LIT_00009893] |
| 42. | November 22, 2016 email from W. Murray to D. Meacham re: RE: 2017 Oregon Capitation Rates & Request for Meeting [FCI0529266] |
| 43. | December 1, 2016 email from J. Heatherington to S. ThieleCirka re: RE: Senate Health Care Committee Presentation 12/12 [FCI0019025] |
| 44. | December 9, 2016 email from A. Suchorzewski to various recipients re: RE: Thank you [FCI0027069] |
| 45. | December 12, 2016 email from A. Suchorzewski re: FamilyCare Senate Committee Presentation [FCI0028209] |
| 46. | December 12, 2016 Agenda- Senate Interim Committee on Health Care |
| 47. | February 18, 2017 email from L. Saxton to B. Darby and M. Marcott re: RE: Attorney-Client privilege: Family Care Comms Plan [DX 1091, OHA_LIT_00613762] |
| 48. | Excerpts from the deposition of Rhonda Busek, taken August 2, 2018 |
| 49. | March 1, 2017 State of Reform, *FamilyCare Health suing OHA over rates, again* http://stateofreform.com/featured/2017/03/familycare-health-suing-oha-rates |
| 50. | January 23, 2017 email from L. Saxton to various recipients re: RE: SB 233 and 236 [OHA_LIT_00972467] |

4-  DECLARATION OF NICHOLAS HESTERBERG IN
SUPPORT OF FAMILYCARE'S OPPOSITION TO
LYNNE SAXTON'S MOTION FOR SUMMARY
JUDGMENT

| | |
|---|---|
| 51. | January 26, 2017 email from L. Saxton to B. Darby re: RE: FamilyCare v. OHA/Attorney Client Privilege [OHA_LIT_00570065] |
| 52. | April 4, 2017 letter from B. Darby to Hon. Monnes Anderson re: Senate Bill 233 (-2 Amendment) [OHA_LIT_00688631] |
| 53. | April 4, 2017 email from L. Saxton to B. Darby re: RE: SB 233 Testimony (DRAFT)v4 [OPT00085436]<br>**FILED UNDER SEAL** |
| 54. | January 26, 2017 text from B. Darby to J. Black [DX 1087, OHA_LIT_00874497] |
| 55. | April 3, 2017 email from Z. Aters to various recipients re: RE: URGENT: A/C- Priv-FC & Senate HC Follow-up for tomorrow [OHA_LIT_01087657] |
| 56. | March 24, 2017 email from B. Darby to K. Nass, M. Fairbanks, J. Fritsche, Z. Aters re: RE: URGENT: A/C Privilege Follow-up: SB 233 and SB 234 [OPT00084060]<br>**FILED UNDER SEAL** |
| 57. | June 14, 2017 email from L. Saxton to R. Busek re: RE: URGENT: SB 233 Memo A/C privilege [OHA_LIT_01246424] |
| 58. | April 5, 2017 The Lund Report, *FamilyCare Asks for Transparency as Oregon Health Authority Dodges Hearing* https://www.thelundreport.org/content/familycare-asks-transparency-oregon-health-authority-dodges-hearing |
| 59. | July 24, 2017 email from Rep. Parrish to J. Black re: RE: Public Records Request [OHA_LIT_00682811] |
| 60. | July 5, 2017 email from L. Mallett to R. Frank and N. Kuznetsov re: FYI Senator kills OHA rate Setting Transparency Bill [OHA_LIT_00434652] |
| 61. | June 23, 2017 email from N. Budnick to various recipients re: Director Saxton, please stop unnecessarily delaying records release [OHA_LIT_00330377] |
| 62. | August 15, 2017 email from M. Marcott to B. Darby and R. Cowie re: Register-Gard article [OHA_LIT_00330304] |
| 63. | August 9, 2017 email from L. Saxton to Z. Aters re: RE: CCO [DX 1225, OPTUMAS_00075895]<br>**FILED UNDER SEAL** |
| 64. | August 9, 2017 email from Z. Aters to S. Adamson re: RE: Feedback updates *DRAFT* [DX1226, OPT00072537] |
| 65. | Excerpt of FamilyCare, Inc.'s Objections and Responses to Lynne Saxton's First Set of Interrogatories and First Requests for Production of Documents, served September 10, 2018 |
| 66. | Excerpt of transcript of September 21, 2018 hearing |
| 67. | January 16, 2016 email from L. Saxton to B. Darby re: RE: CCO Bill Concept [OHA_LIT_00016789] |
| 68. | February 1, 2016 email from B. Darby to L. Coyner re: RE: Meeting Follow up [OHA_LIT_00017142] |
| 69. | February 4, 2016 email from B. Darby to various recipients re: CCO Legislation - Attorney Client Privilege [OHA_LIT_00534600] |

5- DECLARATION OF NICHOLAS HESTERBERG IN SUPPORT OF FAMILYCARE'S OPPOSITION TO LYNNE SAXTON'S MOTION FOR SUMMARY JUDGMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED:  October 11, 2018                    /s/ Nicholas Hesterberg
                                            Nicholas  Hesterberg

6-    DECLARATION OF NICHOLAS HESTERBERG IN
      SUPPORT OF FAMILYCARE'S OPPOSITION TO
      LYNNE SAXTON'S MOTION FOR SUMMARY
      JUDGMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222