| | |
|---|---|
| **From:** | Fritsche Jeffrey P |
| **To:** | 'Steve Schramm' |
| **CC:** | Coyner Lori A |
| **Sent:** | 2/20/2015 1:08:59 PM |
| **Subject:** | RE: CCO Meeting and Letter |
| **Attachments:** | 20150218081441567.pdf |

20150218081441567.pdf

Steve-
Please forward this on to Zach...I must have an incorrect e-mail address as his was returned to me.

Thanks,

Jeff

**Jeff Fritsche**
**Finance Director**
**Oregon Health Authority**

---

**From:** Fritsche Jeffrey P
**Sent:** Friday, February 20, 2015 1:06 PM
**To:** 'Steve Schramm'; 'zach.aters@optumas.com'
**Cc:** Coyner Lori A
**Subject:** CCO Meeting and Letter

<< File: 20150218081441567.pdf >>
Steve-
Attached is the letter from FamilyCare and Lynne's e-mail (below) which describes her meeting with them.

Lori-
Will let us all know when the meeting with FamilyCare is scheduled for next week. Optumas will be on the call but will not actively engage in the conversation.

Steve/Zach-
The CCO workgroup meeting will be on 3/4/15 10:00 – 2:00.
My understanding that the participants will include CCO CEOs, CFOs (or similar financial staff), and possibly CCO actuaries.

Zach-
I am sure that Steve will fill you in shortly. Sorry if this catches you off guard.

Thanks,

Jeff

**Jeff Fritsche**
**Finance Director**
**Oregon Health Authority**



Fritsche
EXHIBIT NO. 1151
8·14·18
Schmitt Reporting

-----Original Message-----
From: Saxton Lynne
Sent: Wednesday, February 18, 2015 8:36 AM
To: Clement Leslie M; Busek Rhonda J; HOFFMAN Suzanne; Fritsche Jeffrey P; MOHR-PETERSON Judy; Coyner Lori A
Cc: Sean.P.KOLMER@oregon.gov; EDLUND Tina D; HULETT Tracy; Westling Courtney C
Subject: FW: Message from "SHSB2-NS1-PS183"

Exhibit 1
Page 1 of 8
OHA_LIT_00396544

Good morning. Yesterday, at Senator Bates request, I met with Josh Balloch, Bill Murray, Senator Bates and his legislative staff Trevor. Senator Bates led the discussion, with Bill Murray outlining Family Care's concerns.

Senator Bates: 2015 rates vary by 60-70% by CCO; CCOs were not brought into the process (end of the year notice, deadline etc.) and some of the losers are 'losing a lot'.

Bill Murray:
1. We need a process that everyone understands and agrees to.
2. He understands math, however his assertion is OHA is reviewing math with people but not using good actuarial data and analysis
3. Family Care suffered a 9% decrease , which he still does not have a clear explanation for, and they are losing $45 million a month, with retained earnings of $50M. Their contract says they will receive rates 30 days in advance and they did not.
4. He distributed the handouts attached to this email. He said his letters have received no response, and particularly focused on the comparison of rate changes. He said the state's revised report still has not been validated.
5. He believes we are interpreting what CMS is telling us incorrectly or perhaps are not posing the right questions with sufficient actuarial competency. He said the plans have more expertise in some cases than the state does and would be happy to have their actuarial staff assist us.
6. The 'giant swings' between October and January rates are 'unsubstantiated'
7. He suggested I am not sufficiently skeptical of what I am being told and that the March 4 meeting is not soon enough.

I outlined our priorities (quality health care, financial sustainability, alignment with CCOs and addressing disproportionality), said I concur on clear process for ratemaking and adherence to contractual requirements and discussed some forthcoming structural changes to ensure we meet these needs and the overall goal of the triple aim.

I told him I would talk to you and get back to him this week. To that end, I am asking Tracy to schedule a meeting with Leslie, Rhonda, Jeffrey, Lori and Judy either today or tomorrow, based on your availability. Sean, it would be good if we could have a brief conversation as well. I have the tribal meeting, the swearing in this morning and the COHO meeting this afternoon, but am free between 10:30 and 12:30.

Thank you all.

Exhibit 1
Page 2 of 8
OHA_LIT_00396545



December 31, 2014

Suzanne Hoffman
Director
Oregon Health Authority
500 Summer Street, NE E-20
Salem, OR 97301

Dear Ms. Hoffman:

FamilyCare, Inc. has today returned the Document Return Statement and signature page for Contract #143114-4 (the "2015 Contract"). FamilyCare has provided services to the Oregon Medicaid population since 1984 and looks forward to continuing to do so.

In submitting this signature page, FamilyCare understands that the concerns we have raised with Oregon Health Authority representatives about the rates reflected in the 2015 Contract will be promptly reviewed and, if inaccuracies are identified, retroactively corrected.

Our current contract (Contract #143114, as amended by Amendments 1, 2 and 3) (the "2014 Contract") requires that amendments be presented to CCOs by OHA at least 15 days before the proposed effective date. Rate changes are required to be presented no less than 30 days in advance. 2014 Contract, Exhibit D, paragraph 20(c). FamilyCare received the proposed 2015 rates on December 12, 2014 and the associated 2015 CCO Capitated Rate Report on December 17, 2014. FamilyCare received the 2015 Contract on December 24, 2014.

Upon review, FamilyCare identified and brought to OHA's attention significant concerns with the rates reflected in the 2015 Contract. Concerns expressed to OHA include, but are not limited to, the following:

- Methodology for calculating ACA Expansion Population capitation rates, including unexplained variation in individual plan rates that vary widely across the state, as well as among plans operating in the same geographic region. The rate setting for this new population is contrary to OHA's past actuarial practice of maintaining uniform rates until data that support actual differences in experience is available.
- Utilization and cost trends used in the 2015 capitation rate calculations to roll forward 2013 base period data do not reflect actual changes occurring subsequent to the base data period. For example, FamilyCare provided information related to specific contractual rate changes in provider reimbursements that had occurred during the roll forward period. However, OHA applied lower trend rates, referencing less specific, national indexes of cost trends. In addition, FamilyCare has inquired how underlying organizational differences in individual plan base data costs were analyzed and accounted for in developing the 2015 capitation rates.

Exhibit 1
Page 3 of 8
OHA_LIT_00396546

- Presentation and calculation of the statewide and individual plan impact of the 2015 capitation rates as contained in the 2015 CCO Capitated Rate Report. FamilyCare communicated that it is unable to validate calculations contained in this report and has provided the State with its calculations which vary significantly from the amounts contained in this report. As communicated, FamilyCare's calculations show a weighted average rate *decrease*, compared to the State's calculation of a weighted average rate *increase*.
- The methods used to set the 2015 capitation rates have had a disproportionately adverse impact on FamilyCare.

OHA failed to provide adequate notice in accordance with the 2014 Contract to permit a reasonable opportunity to review and address these concerns. State representatives have acknowledged that FamilyCare has raised legitimate questions about the 2015 rates, but have failed to provide responses to these concerns. Instead, FamilyCare has been advised that state personnel are unavailable to address these concerns before the required signing deadline. FamilyCare has been told that, regardless of the timeline of events and our legitimate concerns, the 2015 Contract must be signed today. OHA's failure to follow the timelines set forth in the contract and unavailability to address our concerns before the signing deadline gives us no choice but to sign the new agreement under duress.

As noted at the outset, FamilyCare is a longtime participant in the OHP and has signed the 2015 Contract within the intent to continue its participation. We understand that OHA will respond to our concerns as expressed in this letter and our recent discussions with state representatives, and make appropriate retroactive rate adjustments that are supported by its review.

Sincerely,

William H. Murray, CPA
Chief Operating Officer
FamilyCare, Inc.

CC:    Rhonda Busek
       Leslie Clement
       Katrina Smith
       David Fischer

Exhibit 1
Page 4 of 8
OHA_LIT_00396547

→ JM Peterson
D Rohr
K Bast
D. Tang

## Summary of 2015 CCO Capitation Rate Issues and Concerns

| Issue/Concern | Description | Requested Action Outstanding |
|---|---|---|
| Accuracy of Rate Changes presented in the 2015 CCO Capitation Rate Report | Could not validate the reported Statewide weighted average rate increase of 3.2% contained in Exhibit 3A. OHA has confirmed an error in the calculation and is preparing a revised Exhibit. As calculated by FamilyCare, the revised Exhibit will indicate a Statewide average rate decrease of 1.5%. (See Understatement discussion below for further comment on this revised rate decrease.) | OHA to revise Report/Exhibits to correct for calculation errors and provide documentation to validate OHA's calculations. |
| | Could not validate the individual CCO plan-specific weighted average rate changes contained in the Report. OHA is reviewing calculations and will make revisions. As calculated by FamilyCare, the revised plan specific rates will show a decrease. | |
| | Could not validate the conversion of "OHP Adults/Couples" and "OHP Families" to the three new ACA age-banded Rate Categories. OHA is reviewing calculations and will make revisions. | |
| Understatement of Impact of the 2015 Capitation Rates on the State, Individual CCO Plans and Funding of Services | The 2015 CCO Capitation Report uses "old" enrollment data to calculate both Statewide and CCO plan-specific rate changes which understates the impact of the rate changes. April 2014 enrollment was used as the basis for the Statewide average, while average 2013 enrollment was used for the CCO plan-specific rate changes. As OHP enrollment mix has changed significantly, the reported rate changes do not reflect the actual expected impact of the rate changes on the State or for individual CCO plans. Use of the most recent state-published enrollment data at the time the 2015 Capitation Report was prepared would show further average rate decreases Statewide and for individual CCO plans. As calculated by FamilyCare, the Statewide average rate decrease would increase to 1.9% (from the 1.5% decrease noted above) due to the change in enrollment mix between April 2014 and October 2014. Individual CCO plan-specific rates would show even more dramatic changes. FamilyCare's reported average rate increase of 2.0% in the 2015 CCO Capitation Rate Report plummets to an 8.8% average rate decrease when the 2013 enrollment data is updated to October 2015 enrollment data. | OHA to revise Report/Exhibits to use current enrollment to properly disclose and clarify the impact of the 2015 Capitation Rates; OHA to provide documentation to validate calculations. |
| | The 2015 Capitation Rates will result in an overall decrease in OHP funding and services. The average rate decline for 2015 will decrease OHP funding by $81 million annually from current 2014 levels. This funding decrease does not include the impact of the "loss" of the expected global budget increase that would have made available an additional $150 million annually. | |

Exhibit 1
Page 5 of 8
OHA_LIT_00396548

## Summary of 2015 CCO Capitation Rate Issues and Concerns

| Issue/Concern | Description | Requested Action Outstanding |
|---|---|---|
| Unexplained Variability in the 2015 Capitation Rates between Rate Categories, Periods and Plans | Methodology used to calculate the 2015 Capitation Rates has resulted in unexplained significant variance in individual plan rates within eligibility categories and within geographic regions.  Capitation rates for the three new ACA expansion population eligibility rate groups vary by as much as 70% between individual CCO plans.  As a predominantly new population there is not creditable data sufficient to support the wide variance that exists in the 2015 Capitation Rates as currently calculated by OHA.  Significant unexplained variance also exists in 2015 rates for the non-ACA expansion eligibility rate groups, as calculated. | OHA to review methodology and assumptions used to generate the 2015 Capitation Rates in light of the variability resulting from existing process.  OHA to provide documentation of existing rate calculations and analysis that supports variability in "final" rates after review. |
| | The 2015 Capitation Rates have a disproportionately adverse impact on individual CCO Plans.  Actuarial sound rates from one period to another should not generate the disproportionately adverse impact of the 2015 Capitation Rates. | |
| Timeliness of Rate and Contract Information | Contracts and Rate Changes were not provided to CCO's within the contractually prescribed timelines.  Failure to provide timely information did not permit a reasonable opportunity to review and address concerns.  State representative acknowledged that CCOs had raised legitimate questions about the 2015 rates prior to the contract signing deadline.  However, CCOs were advised that State representatives were unavailable to address the concerns prior to the contract signing deadline. | Response from OHA Leadership |
| CCO Global Budget Promise has been Abandoned | The 2015 Capitation Rates abandon the global budget principal that is a foundation to the CCO model.  The 2015 methodology and resulting rates fail to meet the established objectives of a stable, predicable and sustainable funding model that supports and encourages health care transformation and places future transformation at risk due to the uncertain future. | Response from OHA Leadership |

Exhibit 1
Page 6 of 8
OHA_LIT_00396549

**Comparison of Rate Changes CCO-A - October 2014 to January 2015**
**DRAFT**

_Subsequent to yearend_
_↓ *_

| Plan | Primary Svc Area | Original Report | Revised Report | FamilyCare Calculated |
|---|---|---|---|---|
| Cascade Health Alliance, LLC | Eastern | 3.1% | 3.8% | -2.3% |
| Columbia-Pacific | Coastal | 2.1% | -0.7% | -1.4% |
| DCIPA/Umpqua Health Alliance | JJD | 1.7% | 0.1% | -0.9% |
| Eastern Oregon CCO | Eastern | 6.4% | 0.6% | -1.7% |
| FamilyCare | TriCounty | 2.0% | -6.6% | -8.4% |
| Health Share | TriCounty | 4.1% | 1.9% | 0.8% |
| IHN | LBMPY | 0.7% | -0.1% | 1.1% |
| Jackson County CCO | JJD | -1.7% | -6.1% | -7.8% |
| Mid-Rogue | JJD | -1.3% | -3.9% | -4.6% |
| PacificSource - Central | Eastern | 5.7% | 6.4% | 1.8% |
| PacificSource - Columbia Gorge | Central | 7.6% | -0.2% | -2.9% |
| Primary Health | JJD | 2.9% | 2.0% | 1.2% |
| Trillium | Lane | -3.2% | -6.8% | -6.6% |
| Western Oregon Advanced Health | Coastal | 3.3% | 7.5% | 6.9% |
| Willamette Valley Community Health | LBMPY | 1.2% | -0.4% | -1.5% |
| Yamhill Coun ty Care Organization | LBMPY | 0.0% | 1.2% | 0.7% |
| **Statewide Average** | **All** | **3.2%** | **-1.5%** | **-1.7%** |

_→ -9%_

_Plans have more expertise in some cases than state docs_
_↓_
_would like to talk to cms_

_Bill:_
_*Difficulty validating this_
_State hasn't given response_

_-79.2%_
_(nad to provide acc'l services)_

Exhibit 1
Page 7 of 8
OHA_LIT_00396550

## Comparison of 2015 CCO Capitation Rates
January 2015 Rates Per 2015 CCO Capitation Report (CCO-A)

*6 actuarial firms* (handwritten)

| CCO | Region | ACA 19-44 | ACA 45-54 | ACA 55-64 |
|---|---|---|---|---|
| PacificSource - Columbia Gorge | Central | 409.69 | 602.00 | 881.42 |
| Columbia-Pacific | Coastal | 462.92 | 602.74 | 722.08 |
| Western Oregon Advanced Health | Coastal | 456.68 | 756.59 | 1,008.04 |
| Cascade Health Alliance, LLC | Eastern | 378.76 | 542.14 | 681.69 |
| PacificSource - Central | Eastern | 509.79 | 736.00 | 902.56 |
| DCIPA/Umpqua Health Alliance | JJD | 460.19 | 682.38 | 1,023.99 |
| Eastern Oregon CCO | JJD | 490.53 | 769.52 | 846.04 |
| Jackson County CCO | JJD | 442.69 | 737.55 | 825.80 |
| Mid-Rogue / All care | JJD | 433.73 | 585.33 | 632.41 |
| Primary Health (more restrictive) | JJD | 325.46 | 596.38 | 599.37 |
| Trillium | Lane | 407.53 | 659.54 | 638.03 |
| IHN | LBMPY | 453.89 | 741.32 | 850.83 |
| Willamette Valley Community Health | LBMPY | 374.85 | 675.80 | 829.09 |
| Yamhill Coun ty Care Organization | LBMPY | 400.60 | 658.96 | 754.23 |
| FamilyCare | TriCounty | 421.86 | 650.19 | 726.71 |
| Health Share | TriCounty | 443.68 | 736.96 | 765.18 |
| | | | | |
| Low Plan | | 325.46 | 542.14 | 599.37 |
| High Plan | | 509.79 | 769.52 | 1,023.99 |
| Difference $ (Low to High) | | 184.33 | 227.38 | 424.62 |
| Difference % (Low to High) | | 57% | 42% | 71% |

*(handwritten left margin)* Similar Rates hihg meducal central

*(handwritten right margin)* Actuarial used close info

*(handwritten)* LHS
✓ Requested enrollment by plan

→ Assumptions behind actuarials do not make sense
→ Doesn't make sense to have this much variance

Exhibit 1
Page 8 of 8
OHA_LIT_00396551