January 29, 2015

Governor John Kitzhaber
Office of the Governor
160 State Capital
900 Court Street
Salem, Oregon  97301-4047

Dear Governor Kitzhaber:

Over the past four years, Oregon's coordinated care organizations (CCOs) have been the largest and most vocal supporters of our shared vision to transform the state's health care delivery system. This commitment towards success can be seen in the positive results our organizations have already produced thus far.

Since the conception of transformation, the rate development process was designed to create a delivery model capable of achieving triple aim, global and predictable budgets, flexible spending and investing in health innovations that improve the long-term health of our members. However, the successes we have made thus far are jeopardized by the Oregon Health Authority (OHA) and the rate development process by contradicting these central tenants of modifying the delivery system.

The rate-review process for our CCOs is opaque and contrary to the expectations of a budget that grows at a fixed, predictable rate, as outlined in the Oregon Health Policy Board's CCO Implementation Proposal. Additionally, the late release of the 2015 rates to the CCOs prevented any meaningful analysis before they became effective. This is a major problem that will yield significant impacts on the transformation of the healthcare delivery model and it must be addressed immediately in order to avoid debilitating long-term consequences.

As Oregon developed the CCO model, one of the fundamental components of the new system was a sustainable and predictable budget. This was such an important part of transformation that it was reported on throughout the media circuit and was continuously referenced by Dr. Goldberg and yourself on many occasions. Indeed, many of us took your lead and presented this concept of sustainable and predictable rate increases to our community boards and providers.  The boards and provider groups have depended on the notion of a fixed, predictable growth in budget as they have developed plans and made strategic investments in furtherance of Transformation.

The released rates violate that foundational concept.  They are not at all predictable and in many cases are actually a budget reduction, resulting in rates that threaten the long term sustainability of the system. This broken rate process will cause major care disruptions for our members and provider partners, and could cause harm to the long term vitality of Health Care Transformation.

The process for determining rates is so opaque that it is impossible to understand how rates are developed. For the more than 20 years that we have been intricately involved in the rate development process, there has always been a comprehensible logic to explain the differences in rates between plans. For 2015, there appears to be no clear methodology for the rates, resulting in significant differences for contiguous plans. In many cases, the rates are more than 50 percent different in contiguous regions. This simply defies logic – the risk and utilization patterns simply do not differ that significantly to merit that degree of difference. While the actuaries from CMS have been blamed for the rate problems, many of us deal with the CMS actuaries for our Medicare Advantage plans and do not encounter such a lack of transparency or variability in rates. When asked about how the rates were developed, we have yet to receive a reasonable answer.  Furthermore, it appears that plans receive credit for encountering more services while also being penalized for alternative payment mechanisms or flexible spending.

In nearly every discussion we have had with you, your staff and the legislature, we have been assured of a 3.4 percent rate increase; for the majority of our CCOs, we do not see such an increase in the Medicaid expansion population. Many of us have also had meetings with the leadership of the OHA for explanations of the rate decisions. However, despite multiple meetings with the OHA, the plans have not received an explicit response.

Exhibit 2
Page 1 of 2
OHA_LIT_00379155

The rate development process has lacked the transparency promised for the final rates presented on December 24th with the expectation that the contracts be signed by December 31, 2014. Further complicating this issue was the fact that the executive leadership of the OHA was unavailable after December 26 due to vacation, and there was no government liaison to communicate our grievances.

This haphazard process threatens our goal of increased transparency and if the rate development proceeded as expected, threatens many other aspects of transformation.

We ask that you convene a high level group to clearly explain how rates were developed for 2015; to fix the 2015 methodology to ensure that CCOs are assigned the correct rates going forward; and that the methodology for development of new rates is transparent for all of the parties involved. Time is of the essence when it comes to fixing these rates, every month in which we use the flawed methodology will make retroactive changes increasingly difficult.

We ask that this group also make recommendations for the 2016 rate development to ensure that this problem does not happen again. The group should be able to answer whether we indeed have a global budget process with sustainable and predictable increases, and if not, how to modify the system to accomplish this goal.

The CCOs have been profound champions of Health Care Transformation; however, the future of our model will be endangered unless we fix the rate review process.


Sincerely,


Ruth Bauman
CEO, Willamette Valley
Community Health

Roylene Dalke
CEO, Primary Health of
Josephine County

Kevin M. Campbell
CEO, EOCCO


Dr. Robert Dannenhoffer
CEO, Umpqua Health Alliance

Maggie Paulson
CEO, Cascade Comprehensive Care

Robin Richardson
COO, EOCCO


Doug Flow, Ph.D.
CEO, Mid Rogue IPA

Mimi Haley
Regional Executive,
Columbia Pacific CCO

Terry Coplin
CEO, Trillium Community
Health Plan


Jeff Heatherington
CEO, FamilyCare, Inc.

Erin Fair Taylor
Jackson Care Connect

Phil Greenhill
CEO, Western Oregon
Advanced Health

Exhibit 2
Page 2 of 2
OHA_LIT_00379156