**From:** Saxton Lynne
**To:** Clement Leslie M
**Sent:** 2/6/2015 2:20:40 PM
**Subject:** FW: Letter to the Governor
**Attachments:** 3611_001.pdf

---

**From:** KOLMER Sean P * GOV [mailto:Sean.P.KOLMER@oregon.gov]
**Sent:** Thursday, January 29, 2015 4:36 PM
**To:** Saxton Lynne; HOFFMAN Suzanne; MOHR-PETERSON Judy
**Subject:** FW: Letter to the Governor

FYI

Will want to follow up on this soon.

**From:** Bob Dannenhoffer MD [mailto:RDannenhoffer@architravehealth.com]
**Sent:** Thursday, January 29, 2015 3:41 PM
**To:** KOLMER Sean P * GOV
**Subject:** Letter to the Governor

Dear Sean,

I know that we have talked about the rate setting process and that this is already on your radar and you may already be addressing these issues. On behalf of many of the CEOs of the CCOs, I am sending you the attached letter regarding the rate setting process. That we could get so many to agree with these concerns is telling. Please let me know if I can answer any questions.

The original should be arriving in the mail on Monday.

Bob Dannenhoffer, MD
Chief Executive Officer
The Architrave Family of Companies
1813 W. Harvard, Suite 448
Roseburg, Oregon 97471
Email: rdannenhoffer@architravehealth.com
Phone: 541-464-4300 | Fax: 541-440-6306

**CONFIDENTIAL INFORMATION**
This communication may contain confidential information, including health information protected by federal and state laws. If you received this communication in error, please delete the information and notify us that we have an incorrect address.

Exhibit 3
Page 1 of 1
OHA_LIT_00379154