**From:**  Saxton Lynne
**To:**  Saxton Lynne
**CC:**  Coyner Lori A; GOV KOLMER Sean P *
**Sent:**  3/14/2015 12:58:13 PM
**Subject:**  Re: Attorney Client Privilege - Summary of 2015 Rates Review

Here is a first draft of the game plan. I appreciate your review. Sean please let me know when you have made your contacts.

Sent from my iPad

> On Mar 14, 2015, at 9:28 AM, Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us> wrote:
>
> On January 29, CCOs (attach letter or send list of CCOs?) sent a letter to Governor Kitzhaber regarding concerns they had with the 2015 medicaid rates (which have not yet been confirmed by the Center for Medicaid and Medicare Services – CMS). These concerns, and several preliminary discussions with Sean Kollmer and Judy Mohr-Peterson, led the OHA team to begin analysis of the issues raised. This analysis included an assessment of the quality of the 2015 rate determination process. Senator Bates, representatives of Family Care, COHO and others, contacted Director Saxton. After reviewing the internal work at OHA and other information with our external actuaries, Optumas, Saxton contacted all CCOs on February 12 to convene a rates worksession on March 4 with Optumas.
>
> At the rates worksession, Optumas responded to some of the methodological and rate issues that CCOs highlighted previously, and there was a focused discussion of both the 2015 and the impending 2016 ratesetting process. Three solution/action options were presented by OHA and CCOs were asked to respond prior to close of business on Monday, March 9, regarding their option/options preference. The CCO responses are summarized in the attached chart (Sean, do summary of responses?)
>
> On March (Lori, please provide date), OHA received 157 questions from CMS regarding the 2015 rates. We discussed this with Optumas. The volume of questions and their content, when coupled with our own internal analysis of each CCOs' rates and our need to lay a solid foundation for 2016, lead us to conclude that we need to redo the 2015 rate development process. This will have serious implications for the 16 CCOs in Oregon given that they have already signed contracts with providers based on the 2015 rates. We will mitigate the impacts in the following manner:

1. For the non ACA population rate cells, we will try to minimize the impact between the new rates we establish and the rates currently in use.
2. For the ACA rate cells, we will aggressively pursue on the state's behalf solutions at the federal/CMS level to mitigate adverse impacts and will only use as small a reduction as CMS will allow.
3. We will explore and implement appropriate tactics to minimize the impact, including using risk mitigation strategies.
4. We will review the current financial parameters for all CCOS to ensure there is sufficient capacity in those financials to withstand the implications of these actions.
5. We will begin work immediately to determine the rates, get approval from CMS and synchronize our 2016 rate development process to attain our goal of having 2016 rates developed by mid-September 2015.
6. Oregon Health Authority will take responsibility for our actions and respond to CCO and media inquiries. In the restructure of the agency announced last week (Phase 1), the rates function is moved to be one of the direct reports to the new Chief Health Systems Officer. In the restructure, new positions are posted externally as well as internally. Until the CHSO is hired, Saxton will have responsibility for rate development and management and Lori Coyner (title) will report directly to her on this critical work.
7. The announcement will be made to the CCOs at their regularly scheduled CEO meeting on March 19.

>
> Sent from my iPad

Exhibit 4
Page 1 of 1
OHA_LIT_00558119