**From:**      Saxton Lynne
**To:**        Coyner Lori A
**CC:**        Steve Schramm; Fritsche Jeffrey P; Uhlman Jennifer M; Jessica Grado; Souza Theresa; Zachary
               Aters
**Sent:**      3/2/2015 12:55:08 PM
**Subject:**   Re: Meet


I will be participating. Theresa please let me know if conflict. This is priority

Sent from my iPhone

> On Mar 2, 2015, at 11:21 AM, Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us> wrote:
>
> Thank you!
>
> Lori A Coyner, MA
> Director of Health Analytics
> Oregon Health Authority
> Email: lori.a.coyner@state.or.us
> Phone: 503.569.3160
>
>
> -----Original Message-----
> From: Steve Schramm [mailto:steve.schramm@optumas.com]
> Sent: Monday, March 02, 2015 11:17 AM
> To: Coyner Lori A
> Cc: Fritsche Jeffrey P; Uhlman Jennifer M; Jessica Grado; Saxton Lynne; Souza Theresa;
Zachary Aters
> Subject: RE: Meet
>
> Will do
>
> steve schramm | v. 480.588.2493 | c. 602.625.6155 | www.optumas.com
>
> -----Original Message-----
> From: Coyner Lori A [mailto:lori.a.coyner@state.or.us]
> Sent: Monday, March 2, 2015 12:16 PM
> To: Steve Schramm
> Cc: Fritsche Jeffrey P; Uhlman Jennifer M; Jessica Grado; Saxton Lynne; Souza Theresa;
Zachary Aters
> Subject: RE: Meet
>
> Hi Steve
> Yes, lets meet at 3:30 today. My assistant Jenn already set up a call in number and put the
meeting on the calendar. I have included Lynne and Jeff in case they can attend as well.
>
> Without yet having a debrief with Lynne and Jeff, I think I am safe to stay we still want
you to attend the Wed meeting. We can discuss, at 3:30, the specifics around content. At
minimum, be prepared to walk through the 2015 rate methodology and decision points so that we
can get away from the concerns of 'black box' methodology.
> Thanks much,
> Lori
>
>
>
> Lori A Coyner, MA
> Director of Health Analytics
> Oregon Health Authority
> Email: lori.a.coyner@state.or.us
> Phone: 503.569.3160
>
> -----Original Message-----
> From: Steve Schramm [mailto:steve.schramm@optumas.com]
> Sent: Monday, March 02, 2015 10:47 AM
> To: Coyner Lori A

Exhibit 7
Page 1 of 2

OHA_LIT_00207008

> Cc: Uhlman Jennifer M; Zachary Aters; Jessica Grado
> Subject: RE: Meet
>
> You beat me to the punch...how about 4:30 my time, which is 3:30 your time? That will give you enough time to pow-wow internally and decide if you want Optumas to present on Wednesday (you'all on Friday said you were deciding if we would present based on today's meeting(s) – external and internal). We have booked our flights, hotels, and cars, so we are ready if you decided you want us and we could use the 3:30/4:30 conf call to lay out the structure of our presentation and how it fits in with Lynne's 3 goals for the meeting.
>
> Steve
>
> steve schramm | v. 480.588.2493 | c. 602.625.6155 | www.optumas.com
>
> -----Original Message-----
> From: Coyner Lori A [mailto:lori.a.coyner@state.or.us]
> Sent: Monday, March 2, 2015 11:38 AM
> To: Steve Schramm
> Cc: Uhlman Jennifer M
> Subject: Meet
>
> Steve
> Do you and Zachary have time to meet today? I can make myself available.
> Lori
>
> Sent from my iPhone

Exhibit 7
Page 2 of 2
OHA_LIT_00207009