**From:**          Zachary Aters
**To:**            Coyner Lori A
**CC:**            Steve Schramm
**Sent:**          3/17/2015 2:25:19 PM
**Subject:**       Talking points - Rates letter March 2015 lc (3)-AR (3)
**Attachments:**   Talking points - Rates letter March 2015 lc (3)-AR (3).doc


Lori,
Proposed edits in track changes….


Zachary Aters ASA, MAAA | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2495 | c. 480.280.5881 | zachary.aters@optumas.com

Exhibit 8
Page 1 of 3
OPT00069032

**Talking points – CMS Memo regarding clarification on rates process**

Spokesperson: Lynne Saxton

**Memo from CMS**

Like other states, ~~OHA received a memo from~~ the Center for Medicare and Medicaid Services (CMS) reviews the annual Medicaid managed care rate setting methodology. ~~I~~In March 2015, OHA received a memo from CMS containing rate related review questions. This was in response to the 2015 Oregon rate submission materials submitted to CMS on December 15, 2015 that address Oregon's health system transformation and the capitation rates paid to Coordinated Care Organizations.

~~OHA and CMS are committed to Oregon's health system transformation. Just as CMS is committed to moving Medicare towards outcome-based payments, our commitment to outcome-based payments remains.~~

CMS annually reviews submitted rates as part of the rate approval process.  They have been taking a closer look at rates among states where Medicaid Expansion took place, because this is a new population covered. They are doing a thorough review to ensure states meet federal actuarial standards.

OHA is carefully reviewing these questions and is committed to health system transformation and meeting actuarial standards, just as CMS remains committed to Oregon's health system transformation efforts and waiver.

**What we're already doing to ensure the most accurate rates**

We are committed to continuing our working with CCOs to ensure a robust, accurate rate process. We are in the process of ~~redeveloping~~ exploring alternative methodologies surrounding the 2015 rate developments. As part of this, we will:

- For non-ACA rates we will try to minimize ~~impact between new and prior rates~~variability between CCO specific rates, unless warranted by CCO specific risks.

- For ACA rates we will advocate forcefully on Oregon's behalf to ~~mitigate and only use as small a reduction as CMS will allow.~~leverage emerging information to assist in better informing actuarial assumptions surrounding the ACA population.

- We will employ risk mitigation strategies.

- We will be using an external actuarial firm, Optumas, to perform this work.

Our goal is to ensure our rates process supports our partners, the CCOs, heath system transformation, and lays critical best practice groundwork for the 2016 rates process.

Exhibit 8
Page 2 of 3
OPT00069033

**Timeline**

By April 3: Review current methodology

By May 8: Creation of base data model

By June 5: Rate model created

June: Payment rates reviewed by CCOs and CMS

By July 3: Updated 2015 rates will be submitted to CMS

Exhibit 8
Page 3 of 3
OPT00069034