# Saxton Lynne

| | |
|---|---|
| **From:** | Busek Rhonda J |
| **Sent:** | Wednesday, March 25, 2015 5:18 PM |
| **To:** | Coyner Lori A; Saxton Lynne |
| **Cc:** | GUEST Chelsea A |
| **Subject:** | RE: Rates update - PLEASE REVIEW |

| | |
|---|---|
| **Importance:** | High |

My thought below -- looks good!  Let me know when to send and who to send to.

Thanks!

Rhnda

Rhonda Busek
Interim Director MAP
Phone: 503-945-6552
Rhonda.J.Busek@state.or.us

*Lori, Rhonda & Chelsea—*
*see edits below*

**From:** Coyner Lori A
**Sent:** Wednesday, March 25, 2015 3:35 PM
**To:** Saxton Lynne
**Cc:** Busek Rhonda J; GUEST Chelsea A
**Subject:** Rates update - PLEASE REVIEW
**Importance:** High

Lynne and Rhonda
Please review the communication below. I would like to send it out today, if possible. I do not have a current CCO contact list so once you two approve the email, Rhonda can you send it on my behalf? We need to include the timeline that was included as part of the CEO meeting – I can send that to you.
Thanks
Lori

Dear CEOs,

This email is a follow-up to our discussion about the upcoming rate setting process.  As part of our commitment to improving communications and transparency in the capitation rate setting process, the following are immediate next steps ~~and require your attention.~~  *proposed*

**CCO Rates Update Meeting**
As you know, we have engaged/Optumas, to both reassess OHA's 2015 capitation rates and certify the 2016 capitation rates in coordination with OHA's actuarial team. ~~To begin the 2015 rate revision process and the 2016 rate development, OHA met~~ with Optumas to ~~develop some~~ *discuss* initial strategies and timelines.  In follow-up ~~to that planning~~, we would like to invite CCO participation to discuss the process with OHA and Optumas.  OHA will host a meeting in Portland next week to discuss strategies and next steps with Optumas and CCOs. Below are the meeting details and a calendar invite will follow this email notice. (The meeting is being held in Portland due to lack of meeting space in Salem.) We will schedule regular meetings to discuss rates and send invites soon.

*had an internal*
*worksession this week*

*Do we need to say?*
*I would delete*

1

OHA_LIT_00318483

Exhibit 10
Page 1 of 2

## Rates Process Discussion with Optumas and OHA
April 1st, 2015, 10:00 – 11:30 a.m.
Pine Room, 1st Floor
421 SW Oak Street
Portland, OR 97204

**Rates Workgroup**   *identify*

OHA requests your input and participation in a newly formed workgroup focusing on the 2015 and 2016 capitation rate development. Each CCO is asked to nominate 1 or 2 people to participate in this Rates Work Group. **Please send nominations to Chelsea Guest (Chelsea.a.Guest@state.or.us) by 4/3/15.**
*names*

At this time, the Rate Advisory Panel (RAP) meetings will be suspended until at least July 2015.

**Timeline Feedback**

In order to complete 2016 rates by the end of September, 2015, Optumas and OHA will need submission of each CCOs Financial Submission Template no later than May 1, 2015 (see attached high level timeline). Please confirm that your CCO will be able to provide the information by May 1 and send your response to **Chelsea Guest (Chelsea.a.Guest@state.or.us) by 4/3/15.** (More information about the template is below).

**Template Feedback**

For the 2015 rate setting process, OHA requested each CCO to fill out a template with financial information broken out by categories of services, payment type and rate group (aka Financial Submission Template). This information was used to both validate OHA's encounter data and help capture all the costs of the program to inform rate setting. In order to meet the deadline of September 30th for 2016 capitation rates, OHA is requesting CCOs complete this information by May 1st. The information included in the template will be for dates of service in calendar year 2014. However, it is important to note, OHA has identified revisions to the original template to both improve validation and rate setting, and would like CCOs input on the revised template. The following is the release timeline:

- **March 31st**: Send revised template to CCOs for feedback with list of changes from last template
- **April 3rd**: CCO feedback on the template is due to OHA
- **April 7th**: Send final template to CCOs
- **May 1st**: Completed templates are due to OHA

As always, we appreciate your partnership and look forward to improving the capitation rate development process in collaboration with each of you.

Thanks,
Lori

Lori Coyner, MA
Director of Accountability and Quality
Oregon Health Authority
Lori.a.coyner@state.or.us
503.569.3160

2

OHA_LIT_00318484

Exhibit 10
Page 2 of 2