**From:** Saxton Lynne
**To:** Coyner Lori A; Fairbanks Mark R; Fritsche Jeffrey P; Evans Janell R; Coulombe William J; GOV KOLMER Sean P *; WAHL Jeff *OHA
**CC:** Zachary Aters; Steve Schramm; Stineman Renee R.; Clement Leslie M
**Sent:** 7/2/2015 6:15:25 AM
**Subject:** Re: CCO Rates/ATTORNEY CLIENT PRIVILEGE

My apologies; have added Leslie here.

Sent from my iPad

> On Jul 2, 2015, at 6:07 AM, Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us> wrote:
>
> Good morning all - it has been a busy week on all fronts and I just want to be sure we are integrated in our sequence and approach in the next phase of the process. Here is my draft, however I appreciate you all lending your thinking to our plans.
>
> 1. We need to calculate either the rate range or proposed actual rate and the impact of that selection on each CCO's revised revenues (retroactive and starting October 1) for review at the CCO level and at the statewide level. We need to assess and identify impact on their margin. Further, we need to identify the potential impact on the General Fund for the coming biennium.
> This is a Mark/Jeff F./Bill Janell project, working in tandem with the rate team.
>
> 2. Based on this analysis, we need to have an internal strategy discussion, which includes Sean Kolmer in the Governor's office. At that time, we can also discuss our strategy with CMS.
>
> 3. **Privilege**
> **Privilege**
>
> 4. We need to meet with CMS, prepared to advocate for our position.
>
> 5. We need to determine the next steps following these analyses and conversations including timing, communications (including preparing the Governor ), assignments, budget preparation etc.
>
> The sooner we confirm our plans and set our timeline, the better. Based on the meeting I attended yesterday and the subsequent meeting with Trillium, we have significant work before us and need to orchestrate our efforts carefully.
>
> Sent from my iPad

Exhibit 12
Page 1 of 1
OHA_LIT_00562357