MENU      🔍   Account ⌄

**FOR THE EXCLUSIVE USE OF** JGARMAN@PERKINSCOIE.COM

From the Portland Business Journal:
https://www.bizjournals.com/portland/blog/health-care-inc/2015/07/familycare-ccos-rates-to-be-cut-again-by-the-state.html

# FamilyCare CCO's rates to be cut again by the state

Jul 23, 2015, 2:25pm PDT **Updated: Jul 23, 2015, 2:36pm PDT**

FamilyCare Inc., which is suing the Oregon Health Authority over a cut to its reimbursement rates, just found out its rates for 2015 will decline by another 11 percent, said FamilyCare President and CEO Jeff Heatherington.

OHA informed FamilyCare, the state's second-biggest Coordinated Care Organization, of the cut via email earlier this week, Heatherington said. The latest cut brings the total to 22 percent, for a total revenue impact of $150 million, he said. It would also mean the CCO would be operating at a deficit and would need to draw on its reserves.



MICHAELQUIRK
FamilyCare's reimbursement rates are being cut again.

FamilyCare alleges in a lawsuit filed in late May in Marion County Circuit Court that OHA's rate setting was inconsistent and not actuarially sound or transparent.

FamilyCare is one of 16 CCOs delivering Medicaid services to about 1 million Oregonians. It covers 125,000 recipients in the Portland area. Heatherington said with the rate cut, FamilyCare's rates are 20 percent less than the rates of the largest CCO, HealthShare of Oregon, which serves the same geographic area.

While FamilyCare made $70 million last year, more than other CCOs, the comparison is misleading, since it doesn't pass its profits through to "related

Exhibit 14
Page 1 of 2

entities," as do many of the others, Heatherington said.

FamilyCare was able to build up its reserves and put money into a foundation and community projects.

"The state will say FamilyCare made a lot of money last year," Heatherington said.

An OHA didn't immediately answer a request for confirmation of the newest rate cut.

**Elizabeth Hayes**
Staff Reporter
*Portland Business Journal*



Exhibit 14
Page 2 of 2