**From:** Westling Courtney C
**To:** Saxton Lynne
**CC:** GOV SHIPLEY Brian *; Coyner Lori A; Fairbanks Mark R; Steve Schramm; WICKSTROM Susan D; Souza Theresa; Zachary Aters
**Sent:** 9/1/2015 11:04:35 AM
**Subject:** RE: Rates Discussions with Legislators

I can tell you that for the three we're briefing on Friday, they're interested in Health Share (Greenlick, Nosse), FamilyCare (Greenlick, Nosse), and Trillium (Nathanson). Nosse in particular reached out initially after hearing from FC about their beef with the process.

Courtney Westling
Legislative Director
Oregon Health Authority
500 Summer St. NE E20
Salem, OR 97301
Cell: 503-602-1646


-----Original Message-----
From: Saxton Lynne
Sent: Tuesday, September 01, 2015 10:33 AM
To: Westling Courtney C
Cc: Coyner Lori A; Zachary Aters; Steve Schramm; Fairbanks Mark R; WICKSTROM Susan D; Souza Theresa; GOV SHIPLEY Brian *
Subject: Re: Rates Discussions with Legislators

Courtney, could we ask legislators to give us the CCOS they are interested in or talking to? I want us to start with the overview but also be sure we are answering their specific issues. Thanks.

Sent from my iPad

> On Sep 1, 2015, at 10:26 AM, Westling Courtney C <COURTNEY.C.WESTLING@dhsoha.state.or.us> wrote:
>
> Here are Rep. Nathanson's questions/concerns. We have invited her to participate in the Friday briefing with Zach.
>
> I want you to know that I have heard from two individuals now who have serious concerns about the new and retroactive rates. From what I have heard, and seen on paper, my concerns are as follows:
> 1. One of the objectives below: "Improve credibility with a regional approach and minimize variability within a given region." I have seen an example of large variability within the same region.
> 2. Another objective: "Improve transparency with CCOs and CMS in the rate development process." I have been told that OHA is not sharing the methodology, so it's not possible to understand why the rates came out the way they did, and to explain the variability.
> 3. The difference in various rates between CCO's is large, ranging from 25% to 94%.
> 4. A very large rate reduction could lead to individual CCO financial instability.
> 5. Without explaining the methodology and how it's applied, CCO's will not be able to anticipate whether their rates will be increased or decreased in the future. With that uncertainty, business planning is compromised. I am concerned that fewer entities will be willing to with the state to sign a contract for 2017.
>
> Courtney Westling
> Legislative Director
> Oregon Health Authority
> 500 Summer St. NE E20
> Salem, OR 97301
> Cell: 503-602-1646
>
>
> -----Original Message-----
> From: Saxton Lynne

Exhibit 16
Page 1 of 2
OPT00056957

> Sent: Monday, August 31, 2015 10:11 PM
> To: Westling Courtney C; Coyner Lori A; Zachary Aters; 'Steve Schramm'; Fairbanks Mark R; WICKSTROM Susan D; Souza Theresa
> Cc: GOV SHIPLEY Brian *
> Subject: Rates Discussions with Legislators
>
> Based on the inquiries and specific questions legislators are asking about the rates (Courtney, please forward Rep Nathansons inquiry to the recipients of this email), I think we need to do the scheduled briefings but also host an 'all-comers meeting' either tied to September legislative days or immediately prior.
>
> As Senator Bates pointed out to me, the CCOs may or may not be saying the same thing to legislators they are saying to us. Further, legislators are reluctant to name the CCO from whom they have received the question or questions they are raising. It is criticial we address:
>
> 1. Statewide soundness of overall rate methodology 2. Financial sustainability 3. CMS role and new approach 4. Extensive process and CCO engagement and CCO responses (by CCO if necessary)
>
> I am in Portland all week and look forward to working with you all on this preparation.
>
> I look forward to seeing the handouts for the presentations in advance of the meetings.
>
> (Courtney and Theresa, I have fixed my Ipad problem and can now receive emails).
>
> Sent from my iPad

Exhibit 16
Page 2 of 2
OPT00056958