| | |
|---|---|
| **From:** | Saxton Lynne |
| **To:** | REP Greenlick |
| **CC:** | Westling Courtney C; Coyner Lori A; REP Nosse; Souza Theresa; Zachary Aters |
| **Sent:** | 9/2/2015 10:22:52 PM |
| **Subject:** | Re: OHA Medicaid Rate Setting Process |
| **Attachments:** | image001.png |

Hello - Representative Greenlick, we are of course prepared and willing to provide an individual briefing for you.

Courtney will schedule a time with Harriet tomorrow.

Lynne
Sent from my iPhone

On Sep 2, 2015, at 8:19 PM, Rep Greenlick <rep.mitchgreenlick@state.or.us> wrote:

Your answer does not make me happy, nor even satisfied. As chair of the House Health Care Committee and a career health services researcher with years of experience in this area I wanted the opportunity for a working session with the people actually responsible for the rate process. And I requested such a briefing. I hoped if I really had the ability to get into what you are doing, I could help and perhaps even provide some cover for you with the several legislators who have been calling me.

If you consider me one of the many on this issue, I can just behave that way and wait until OHA is before the committee and proceed from ignorance rather than from knowledge. I didn't think you would be pleased with that, nor do I think it would serve any useful purpose. But if that is your pleasure I can go that way.

mg

**From:** Westling Courtney C [courtney.c.westling@state.or.us]
**Sent:** Wednesday, September 02, 2015 2:10 PM
**To:** Rep Greenlick
**Cc:** SAXTON LYNNE; Rep Nosse; SOUZA THERESA
**Subject:** RE: OHA Medicaid Rate Setting Process

Hi Rep. Greenlick,

Lynne is in USDOJ meetings today, but asked that I follow-up. She's going to try calling you tonight or tomorrow morning. As you can understand, we have had many requests about the rate process and we are really trying to ensure that folks have a good understanding and awareness ahead of Legislative Days. It's important that we get people on a common data platform for discussion of this complex topic.

We are happy to follow-up with an individual one-on-one if you'd like.

Thanks,
Courtney

**Courtney Westling**
**Legislative Director**
**Oregon Health Authority**
**500 Summer St. NE E20**
**Salem, OR 97301**
**Cell: 503-602-1646**

**From:** Rep Greenlick [mailto:rep.mitchgreenlick@state.or.us]

Exhibit 17
Page 1 of 4
OPT00060968

**Sent:** Wednesday, September 02, 2015 8:52 AM
**To:** Westling Courtney C
**Cc:** Saxton Lynne; REP Nosse
**Subject:** RE: OHA Medicaid Rate Setting Process

Is the Friday meeting what was supposed to be a briefing for Rep. Nosse and me?  If so, I have a problem with turning what I hoped was to be a work session into what could become a circus.  How did that happen?

Mitch

---

**From:** Westling Courtney C [courtney.c.westling@state.or.us]
**Sent:** Tuesday, September 01, 2015 8:55 PM
**To:** Senators; Representatives
**Cc:** Nickerson Keri L; COYNER LORI A; SAXTON LYNNE; SOUZA THERESA
**Subject:** RE: OHA Medicaid Rate Setting Process

Dear Legislators,
Many of you have had questions about the information shared last week regarding OHA's Medicaid rate setting process. In addition to the information that went out via email, we have scheduled two briefing opportunities for legislators to learn more about the process since it is a complex one. Additionally, we have asked our actuarial consultant from Optumus to join these meetings.

We will have a call-in option available for those who cannot join in person. Please let us know if either of these dates/times work for you to join us.

·   Friday, September 4:  9:00-11:00am – Portland State Office Building, 800 NE Oregon St., Rm. 918, Portland

·   Tuesday, September 22:  8:00-10:00am – Human Services Building, 500 Summer St. NE, Rm. 460, Salem

Thanks, and please let me know if you have any questions.

Sincerely,
Courtney

**Courtney Westling**
**Legislative Director**
**Oregon Health Authority**
**500 Summer St. NE E20**
**Salem, OR 97301**
**Cell: 503-602-1646**

---

**From:** Lochner Sarah J
**Sent:** Wednesday, August 26, 2015 4:29 PM
**To:** Senators; Representatives
**Cc:** Saxton Lynne; Westling Courtney C
**Subject:** RE: OHA Medicaid Rate Setting Process

Dear Legislators,

In conjunction with the below information, please see the attached letter from the Centers for Medicare and Medicaid Services (CMS).

Best regards,
Sarah Lochner
Desk:  503-945-6358
Cell:  503-269-8694

Exhibit 17
Page 2 of 4
OPT00060969

**From:** Lochner Sarah J
**Sent:** Friday, August 21, 2015 3:28 PM
**To:** Senators; Representatives
**Cc:** Saxton Lynne; Westling Courtney C
**Subject:** OHA Medicaid Rate Setting Process

**Clarification on Rates Process: August 18, 2015**

CMS has begun reviewing the annual Medicaid managed care rate setting methodology for all states, starting with those that implemented Medicaid Expansion.   Like some of these other states, OHA received rate related review questions from the Center for Medicare and Medicaid Services (CMS) in March 2015 for Oregon's 2015 CCO rates.. These questions were in response to the 2015 Oregon rate submission materials submitted to CMS, which were submitted after ongoing conversations, on December 15, 2014; they addressed the rate development methodology chosen by Oregon to implement Oregon's health system transformation and determine the capitation rates paid to coordinated care organizations.

OHA is committed to health system transformation and meeting actuarial standards, just as CMS remains committed to Oregon's health system transformation efforts and waiver. After looking at the feedback from CMS as well as that of the CCOs, in April 2015, OHA engaged Optumas, an actuarial firm, to reexamine the 2015 rate methodology and incorporate new information about the ACA expansion population.

Optumas worked with CMS, OHA, and the CCOs to develop a methodology that would position Oregon for not only 2015, but 2016 and the proposed revisions to the Medicaid Managed Care rules published by CMS in the Notice of Proposed Rule Making (NPRM) in May of 2015.  As a result of that collaboration, Optumas developed a revised rate development methodology and rates that are retroactive to January 1, 2015, with the following goals:

- o Match payment to risk for each CCO and develop a consistent methodology applied to all CCOs.

- o Improve credibility with a regional approach and minimize variability within a given region.

- o Improve transparency with CCOs and CMS in the rate development process.

- o Ensure that the methodology is consistent with all applicable CMS/OACT regulations.

- o Incorporate emerging experience from the ACA population.

The net effect of the original rates and the revised rates are relatively large shifts in payment rates between the non-expansion, maternity and expansion populations. Some CCOs will be paid a higher per member per month amount and some lower, for each rate cohort, and in aggregate.

The bottom line is that the revised 2015 rate development methodology and process supports our partners, the CCOs, heath system transformation, and lays critical best practice groundwork for the 2016 rates process.

If you have questions about this process, please contact Courtney Westling, OHA Legislative Director, at Courtney.c.Westling@state.or.us or 503-602-1646.


Best regards,
Sarah Lochner
Legislative Coordinator
Health Systems
(Formerly AMH and MAP)
Desk:    503-945-6358
Cell:    503-269-8694
Fax:    503-373-7327
Email:    Sarah.j.lochner@state.or.us

 <image001.png>
CONFIDENTIALITY NOTICE

Exhibit 17
Page 3 of 4
OPT00060970

This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system

Exhibit 17
Page 4 of 4
OPT00060971