**From:** Saxton Lynne
**To:** STINEMAN Renee
**CC:** GOV SHIPLEY Brian *; Westling Courtney C; Coyner Lori A; Fairbanks Mark R; WESTON Sarah; Zachary Aters (zachary.aters@optumas.com)
**Sent:** 9/3/2015 9:35:26 AM
**Subject:** Re: Rate Setting Question - ATTORNEY CLIENT PRIVILEGE

Thank you Renee. I just want to be clear the information Senator Bates is requesting is the information we have denied to others based on the trade secrets concern. Senator Bates has told me he is communicating with Bill Murray.

Sent from my iPad

On Sep 3, 2015, at 9:33 AM, Stineman Renee <renee.stineman@state.or.us> wrote:

Good morning Lynne and thanks for keeping us in the loop.  This is certainly an interesting development.  As Lori mentioned, there is some history with FamilyCare requesting this information and CCOs objecting to disclosure.  We will send a summary of that history later today so you have it if needed.  I would like more information about what is expected to occur at the briefing on Friday, and I can talk with Lori about that.
Thank you,
**Renee R. Stineman**
Oregon Department of Justice
Attorney in Charge | Trial Division
971.673.5021

**From:** Saxton Lynne [mailto:lynne.saxton@state.or.us]
**Sent:** Thursday, September 03, 2015 4:52 AM
**To:** COYNER LORI A
**Cc:** GOV SHIPLEY Brian *; WESTLING COURTNEY C; FAIRBANKS MARK R; STINEMAN Renee; WESTON Sarah; Zachary Aters (zachary.aters@optumas.com)
**Subject:** Re: Rate Setting Question - ATTORNEY CLIENT PRIVILEGE

Renee, I just want to clarify that based on my meeting with Senator Bates last Friday, I believe he is communicating directly with Family Care. He said that though he does not communicate with Jeff H. at Family Care, he does trust and communicate with Bill Murray. Please recall this process began with Senator Bates and Bill Murray coming to OHA and saying our prior rate setting process was not actuarially sound, following the January letter to the Governor from Bob Dannenhoffer and others.

Please call if you have any questions. Thank you.

Sent from my iPad

On Sep 2, 2015, at 6:55 PM, Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us> wrote:

Senator Bates is directly asking for the columns that specifically have redacted from the regional models.  This is the information that FamilyCare has been asking for.  We are unable to supply him that information as it has been determined by DOJ that it is the trade secret of OHA.   Renee and Sarah, I have not seen a formal response from Keely or Jack and if one has not been sent we need to do so.

We are happy to share with Senator Bates the same information we have shared with all the CCOs – the regional models with those columns redacted.

I would like to discuss how we address this ask before anyone answers.
Thanks

Exhibit 18
Page 1 of 3
OHA_LIT_00550249

Lori

Lori A Coyner, MA
Director of Health Analytics
Oregon Health Authority
Email: lori.a.coyner@state.or.us
Phone: 503.569.3160

---

**From:** Westling Courtney C
**Sent:** Wednesday, September 02, 2015 5:55 PM
**To:** Saxton Lynne; Coyner Lori A; Fairbanks Mark R
**Subject:** Fw: Rate Setting Question
**Importance:** High

Hi guys,
As of now, Bates doesn't think he needs a briefing, but he does have a couple of questions he'd like answered by COB Friday. Can we get this info please?
Thanks!
Courtney
**Courtney Westling**
**Legislative Director**
**Oregon Health Authority**
**500 Summer St. NE E20**
**Salem, OR 97301**
**Cell: 503-602-1646**

---

**From:** McFadden Julie <julie.mcfadden@state.or.us>
**Sent:** Wednesday, September 2, 2015 4:00 PM
**To:** Westling Courtney C
**Subject:** Rate Setting Question

Hello Courtney,
Thank you for taking this question via email vs Senator Bates attending the call Friday.  You are right when you mentioned Senator Bates has a special insight into the rate setting and CCO's. As the architect of CCO's he understands the complexities of our healthcare system in a unique way and is data driven.  I think you will see that reflected in his question and appreciate your attention to this matter.

The question/request for data is as follows:

For each of the four rate-setting regions, please provide a summary of the base data used to develop the 2015 revised capitation rates that includes the 1) total units, 2) unit of measure, 3) utilization per 1000 and 4) per unit cost for each category of aid by category of service.
My understanding is that:
- There are four rate setting regions: Central/Eastern, Northwest, Southwest and TriCounty
- There are 11 categories of aid (OHP eligibility categories): TANF, PLMA, Child 0-1, Child 1-5, Child 6-18, Dual-Meds, ABAD&OAA, CAF/Foster Kids, ACA 19-44, ACA 45-54 and ACA 55-64.
- There are 14 categories of service (for each category of aid): A&B Inpatient, DRG Inpatient, Other Inpatient, A&B Outpatient, DRG Outpatient, Other Outpatient, Physician Services, Chemical Dependency, Prescription Drugs, DME and Miscellaneous, Case Management or ENCC, PCPCH, Mental Health Inpatient and Mental Health Non-Inpatient.

I imagine this information is available since its essential for rate setting.   If so, I believe Senator Bates would appreciate getting the information this week, and  in doing so could help further the dialogue in a productive way.

Thank you!
Julie

Exhibit 18
Page 2 of 3
OHA_LIT_00550250

Julie McFadden
Legislative Aide
**Senator Alan C. Bates**
Interim: 2859 State Street, #101
       Medford, OR 97504
       (541) 864-0990
Capitol: 900 Court Street NE, S-205
       Salem, OR 97301
       (503) 986.1703


*****CONFIDENTIALITY NOTICE*****

This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

************************************

Exhibit 18
Page 3 of 3
OHA_LIT_00550251