**From:**      Saxton Lynne
**To:**        Westling Courtney C; Coyner Lori A
**CC:**        WICKSTROM Susan D; GOV SHIPLEY Brian *
**Sent:**      9/9/2015 9:25:43 PM
**Subject:**   Senator Bates


Would underscore with him the number of topics covered beyond power point. Specifically new risk calculation and differences in populations between Health Share and Family Care. Further the new CMS perspective as contrasted to prior focus. Much of the value was the conversation and detailed responses. Further, would brief him on iterative data collection refinements – the list goes on.

He has not returned my call after my message to him that his statement must be sent to state email.

Sent from my iPhone

Exhibit 19
Page 1 of 1
OHA_LIT_01093379