**From:** Saxton Lynne
**To:** Zachary Aters
**CC:** Westling Courtney C; Coyner Lori A; GUEST Chelsea A; Uhlman Jennifer M
**Sent:** 9/9/2015 10:58:43 PM
**Subject:** Re: Brief with Bates

Courtney, if possible we want to walk Senator Bates through the difference in the risk profile of HS and FC.

Sent from my iPad

On Sep 8, 2015, at 2:24 PM, Zachary Aters <zachary.aters@optumas.com> wrote:

Courtney,
The redacted information is an aggregated unit cost and utilization metric which would do little toward informing nuances between provider contracting in 2015 between the two CCOs.  We do have some insight into emerging contract differences from a recent analysis that we conducted for 2016 rate development using 2014 encounter data, but Family Care has not provided OHA/Optumas any details surrounding recent (2015) contracting.

Zachary Aters ASA, MAAA | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2495 | c. 480.280.5881 | zachary.aters@optumas.com

**From:** Westling Courtney C [mailto:courtney.c.westling@state.or.us]
**Sent:** Tuesday, September 8, 2015 2:18 PM
**To:** Coyner Lori A <lori.a.coyner@state.or.us>; Zachary Aters <zachary.aters@optumas.com>
**Cc:** GUEST Chelsea A <chelsea.a.guest@state.or.us>; Uhlman Jennifer M <jennifer.m.uhlman@state.or.us>; Saxton Lynne <lynne.saxton@state.or.us>
**Subject:** RE: Brief with Bates

Spoke with Julie (his aide) again this afternoon. He's comfortable with the actuarial process and the methodology. What he wants more info on is provider rates. He thinks that's the reason Health Share and FamilyCare have such a big discrepancy. I told him I'd look into that. I don't know what's redacted and what's not. Is that the info we aren't able to share?

She said he doesn't need the time on Thursday, but I hesitate to pull it off in case he changes his mind. Can we hold it for now?

Thanks,
C

**Courtney Westling**
**Legislative Director**
**Oregon Health Authority**
**500 Summer St. NE E20**
**Salem, OR 97301**
**Cell: 503-602-1646**

**From:** Coyner Lori A
**Sent:** Tuesday, September 08, 2015 1:09 PM
**To:** Westling Courtney C; Zachary Aters (zachary.aters@optumas.com)
**Cc:** Uhlman Jennifer M; GUEST Chelsea A
**Subject:** RE: Brief with Bates

Exhibit 20
Page 1 of 2
OHA_LIT_00379061

Thanks for the update! When is the other one for legislators? (I can't keep track)

Lori A Coyner, MA
Director of Health Analytics
Oregon Health Authority
Email: lori.a.coyner@state.or.us
Phone: 503.569.3160

---

**From:** Westling Courtney C
**Sent:** Tuesday, September 08, 2015 1:07 PM
**To:** Coyner Lori A; Zachary Aters (zachary.aters@optumas.com)
**Cc:** Uhlman Jennifer M; GUEST Chelsea A
**Subject:** RE: Brief with Bates

Sorry guys…first they wanted it, now it's unclear. I'm waiting for his aide to get back to me. Stay tuned…

**Courtney Westling**
**Legislative Director**
**Oregon Health Authority**
**500 Summer St. NE E20**
**Salem, OR 97301**
**Cell: 503-602-1646**

---

**From:** Coyner Lori A
**Sent:** Tuesday, September 08, 2015 12:51 PM
**To:** Westling Courtney C; Zachary Aters (zachary.aters@optumas.com)
**Cc:** Uhlman Jennifer M; GUEST Chelsea A
**Subject:** Brief with Bates

Hi Courtney
Neither Zach nor I have a meeting scheduled on our calendars for Thurs am to brief Bates on the 2015 rates.  Is that meeting happening?
Thanks
Lori

Lori A Coyner, MA
Director of Health Analytics
Oregon Health Authority
Email: lori.a.coyner@state.or.us
Phone: 503.569.3160

Exhibit 20
Page 2 of 2
OHA_LIT_00379062