**October 2, 2015 Oregon State of Reform- Morning Keynote,**
**video located here: https://www.youtube.com/watch?v=dUVd0MjhcEA**
**Excerpt: mins. 7:45-10:43**

Wilson:   …so, I'm going to sit this way and invite you all to sit on that side. Thank you, each of you for being here.  Jeff, as I intimated we were having a pretty active conversation last night and we'll get into some of that here shortly.  But I always like to start off with this question about, you know, what are you watching in the market today because I think it's always interesting to know what senior leaders in health care are spending their mental energy thinking about and what data points and trends they're watching, so how would you answer that question?

Heatherington:   Well I think the - one of the big things that we're watching - two things that we're watching, and this is of course for the Medicaid population - one is the continual rise of drug prices which are going up at a tremendous rate and particularly the generics far greater than the trends would - you would expect.  And the other of course is state financing of the Medicaid population.

Wilson:   Mm-hm.  You've made - you've been in the news a little bit about state financing and Medicaid population.  Is Medicaid funding problem top to bottom or is Medicaid funding really an issue as you see it, at the top - you know, with the state and the feds.  Things are working okay at the bottom with plans and providers.  How would you characterize on Medicaid funding challenges?

Heatherington:   Well, I think in Oregon - and this will cause a little bit of a stir - but, the question is, is whether or not you have actually sound rates or whether you have politically set rights.  And in Oregon right now, there's more politics in it than what needs to be.

Wilson:   Yeah.  You've been pretty vocal about that.  I want to maybe jump in to one of the comments that you said last night cause Dave had an opinion on this too.  And I'll ask you Dave to then follow up, but you had made a comment about how this time in the state of Oregon and Medicaid, the OHA is different from previous times during your career at the OHA. How would you characterize the OHA these days?

Heattherington:   Without getting in trouble, I don't know that I could.  But, I think that right now we have frankly a need for transparency.  They are probably the most hidden agency in terms of the way they work.  They do not reveal what they're doing, you know, and one of the reasons why we

Exhibit 21
Page 1 of 2

-2-

have a law suit is because we can't see behind the curtain. And this is the first time this has happened in 2015. You just can't see what they're doing. And I think if we did get behind the curtain and saw what they're doing, there'd probably be some real stirs.

Perkins Coie LLP

141502272.1

-2-

Exhibit 21
Page 2 of 2