

## CCO 2015 Rate Setting Process

**Issue:**
The 2015 CCO rate setting process and results were significantly flawed leading to rates changes that are not based on actuarial soundness. Key concerns are described below.

**Questions/Concerns:**

**Why are the revised rates not actuarially sound for each CCO?  Isn't that required by contract?**
The original 2015 rates – and prior year rates – were develop and certified at the individual CCO level.  The revised certification – submitted by the OHA actuary – contains a disclaimer that the rates may not be appropriate for any one CCO. Specific language states:

> The capitation rates offered may not be appropriate for any specific Managed Care Entity (MCE). An individual MCE should review the rates in relation to the benefits that it is obligated to provide to the covered population and to its specific business model. The MCE should evaluate the rates in the context of its own experience, expenses, capital, surplus, and profit requirements prior to agreeing to contract with OHA.  As a result of this evaluation, the MCE may require rates above, within, or below the actuarially sound rate range and payment rate associated with this certification.

This is in conflict with the 2012-2017 contract requiring that each CCO's rates be actuarially sound. It also conflicts with OHA"s response to their Corrective Action Plan with CMS regarding rates. Lastly, **it is a radical departure** from the last 25 years of rate setting for Medicaid health plans.

**Did CMS require OHA to change the rates retroactively?**
While OHA is stating that CMS is requiring them to change the rates retroactive to January 1, 2015, they **have not produced any documentation of this requirement.** OHA submitted its original 2015 rates to CMS and CMS responded with over 100 questions for OHA to answer.

- OHA told the CCO's in February and March that they could not revise the 2015 rates and if they did, they could not make them retroactive.
- In May, OHA revealed that were going to revise the rates effective July 1. When asked specifically if that meant that the January rates were wrong, they stated that the January rates were accurate, but they had better information now to revise them.

OHA met with CMS who told them they could not revise the rates mid-year.  OHA characterizes a letter from CMS as supporting their actions when the letter merely states that they agree with the state's general approach and will review the rate certification in the normal process.

1

Exhibit 22
Page 1 of 3

<u>Have the revised 2015 rates increased or decreased the variability in rates within the tri-county region?</u>
The CMS letter states that OHA's new process should improve credibility with a regional approach and **minimize variability** within a given region. The OHA has clearly not done this.

Rate changes between 2014 and the new 2105 rates range from overall rate increase of 7.9 % to overall rate decrease of 19.6%. In the Tri-county region varies by 15%.

Rates in individual eligibility categories vary between plans from 24-59% with the largest variations in the ACA/Expansion population. Rate categories for plans within the tri-county region vary as much as 20%.

<u>Although there have been many meetings, why won't OHA release the information that has been requested?</u>
OHA held numerous meetings with CCO's but would not share data and assumptions used in new rate methodology even though this information has been shared in all previous rate setting processes.

Requests for public information were refused or not responded to:
- OHA determined information that was previously available was now a "trade secret" of the OHA. (see attached)
- OHA asked CCO's to "vote" on what they wanted to release in response to FC request
- OHA has routinely shared FC Counsel and DOJ emails related to the lawsuit filed by FC to all CCO's

<u>Is the OHA setting rates for the ACA (expansion) based on CDPS risk scores?</u>

No. Although OHA appears to represent that rsk scores were developed for the ACA categories, a paragraph buried in the latter sections of the Optimus report clearly states that the OHA used a "relativity cost factor" that was calculated for the expansion population based on **the amount a CCO spent. The more a CCO spent in 2014, the higher their 2015 rate.** (See discussion below)

In addition, OHA claims that the new rates "reduce" the variation among the plans. The chart below clearly shows that the rates vary widely in the tri-county area.

|  | | Health Share | FamilyCare | $ difference | Variance |
|---|---|---|---|---|---|
| ACA 19-44 | | $340.35 | $296.93 | $43.42 | 14.62% |
| ACA 45-54 | | $594.92 | $479.58 | $115.34 | 24.05% |
| ACA 55-64 | | $625.63 | $512.94 | $112.69 | 21.97% |
|  | | | | | |
| Tri County blended rate | | $411.90 | $352.53 | $59.37 | 16.84% |

2

Exhibit 22
Page 2 of 3

Didn't all the CCOs make a lot of money in 2014?  Why are you singling out FamilyCare?
All the CCO's made a lot of money in 2014 due to:

- The number of people enrolled through Medicaid expansion was more than double the number projected
- Premiums were paid to CCOs when people became eligible for OHP
- New enrollees did not start utilizing services until 6-9 months after enrollment

FamilyCare is the only CCO that does not operate under a delegated entity model; that is, they received funds from OHA and directly contract with providers.  All the other CCO's receive funds from OHA and pass the funds through to their delegated entities.  This is a legitimate model; however, the profits sit at the delegated entities which OHA does not report.  This results in an apples and oranges comparison between the two models.

Why is OHA making the rates retroactive?
OHA is making new rates retroactive to January 1, 2015, requiring CCO's with reduced rates to pay back the difference even though they and their actuary stated in March that they are unaware of CMS approving retroactive rates in other states.

For FamilyCare, the retroactive payment amounts to $55 million (OHA Calculation: January – October and reduced payments for November and December).  OHA has not furnished FamilyCare with their final calculations, nor have they given us any instructions as to how we are supposed to retrieve payments made under the hospital tax, HRA payments.

What's the impact for 2016?

FamilyCare calculates a net loss of $45 million dollars for 2016. This will suspend our plans for upgrading our phone system and claims system, both of which are critical to serving our expanded population. It also brings close to not having the 1-10 restricted reserve insurance requirement for 2017.

A few last comments about FamilyCare:

- Quality:  Exceeded 100% in the quality metrics for this year (and last)
- Satisfaction: The rate of grievances/complaints per 1,000 members was below the average for all CCOs
- Employees: Awarded the *Top Places to Work* by the Oregonian/Oregon Live for the past four years and received best in category for Employees feel Appreciated.
- Community:  Has invested more than $20 million in community programs to improve health since 2013.

Exhibit 22
Page 3 of 3