

WOI 2018

FOR THE EXCLUSIVE USE OF NLESAGE@PERKINSCOIE.COM

From the Portland Business Journal:
https://www.bizjournals.com/portland/blog/health-care-inc/2015/09/lawmakers-put-oregon-health-authority-on-the-hot.html

# Lawmakers put Oregon Health Authority on the hot seat

Sep 29, 2015, 12:12pm PDT **Updated: Sep 29, 2015, 4:24pm PDT**

A House oversight committee placed Oregon Health Authority officials on the hot seat in a Monday hearing, asking them to explain why the rates paid to Portland's two Medicaid providers are so far apart.

OHA last month revised the rates it pays all 16 Coordinated Care Organizations in Oregon, retroactive to January. In aggregate, rates fell 0.8 percent, with per-member-per-month payments rising for some CCOs and falling for others.



OHA Director Lynne Saxton was grilled by the House health care committee on Monday.

The retroactive redo, said Rep. Bill Kennemer, a Canby Republican, is "unprecedented and un-businesslike, regardless of whether they're actuarially sound or whatever. Budgets have been set and expenditures allocated."

OHA Director Lynne Saxton said the OHA had no choice because the federal government was demanding that OHA redevelop the rates.

"It's not optimal to have a retroactive rate making process. We agonized over that," Saxton told members of the House Interim Committee on Health Care during its hearing. "It has created a tremendous problem for Oregon's health system transformation."

Here's the impact on the two Portland-based CCOs:

Health Share of Oregon, which has nearly 241,000 members, saw rates rise almost 2 percent compared with 2014 and is owed $612,212.

Exhibit 23
Page 1 of 3

FamilyCare, with 125,519 members, saw its rates fall 17 percent from last year and owes the state $55 million.

Zachary Aters, with the actuarial firm Optumas in Scottsdale, Arizona, tried to explain the disparity. He said FamilyCare ended up with a healthier population when Medicaid expanded last year.

"The mix of individuals is going to drive a difference in potential risk," Aters said.

Lawmakers seemed skeptical.

"I'm curious why, when you're arbitrarily assigning them to FamilyCare and Health Share, one would end up being healthier," said Rep. Alissa Keny-Guyer, a Portland Democrat. "I want to figure it out without penalizing and cutting people off at the knee. There's a sniff test here that's questionable in my mind."

OHA CFO Mark Fairbanks said the agency "looked at liquidity and reserves for each CCO" to come up with a "sustainable adjustment."

But FamilyCare President and CEO Jeff Heatherington said in an interview last week that the cut will have dire consequences for his nonprofit. FamilyCare was already suing OHA over the 2015 rates, even before the revision.

The latest cut leaves it with zero margin, while margins for the other 15 CCOs range from 2 percent to 14 percent. The $55 million cut will push FamilyCare's reserves below the required level, Heatherington said.

"We're financially under water, according to the rules," he said. "Is OHA determining who gets to be healthy?"

OHA revised rates using a new methodology after the federal Centers for Medicare and Medicaid questioned the agency's previous rate-setting methodology.

Currently, 1.12 million Oregonians are on Medicaid, a third added since the expansion opened up enrollment to adults with incomes up to 138 percent of the federal poverty level. Overall, the revised rates rose for the existing Medicaid population and fell for the expansion population.

Committee Chair Mitch Greenlick, a Portland Democrat, said he was "not willing to defend" the

Exhibit 23
Page 2 of 3

way rates were re-set for the expanded population.

"I don't think it's a fair game at all," he said. "I think it's nonsense."

**Elizabeth Hayes**
Staff Reporter
*Portland Business Journal*



Exhibit 23
Page 3 of 3
https://www.bizjournals.com/portland/blog/health-care-inc/2015/09/lawmakers-put-oregon-health-authority-on-the-hot.html?s=print[5/7/2018 3:25:47 PM]