**From:** Saxton Lynne
**To:** Westling Courtney C
**CC:** GOV SHIPLEY Brian *; Clement Leslie M; Coyner Lori A; Fairbanks Mark R; Busek Rhonda J; WICKSTROM Susan D; Zachary Aters
**Sent:** 10/2/2015 6:24:17 PM
**Subject:** Re: Full Court Press Strategy

Courtney, please relax, enjoy darling Evan and I appreciate all your efforts this week. Have had many calls and messages today and we will catch up next week.

Sent from my iPad

> On Oct 2, 2015, at 6:21 PM, Westling Courtney C <COURTNEY.C.WESTLING@dhsoha.state.or.us> wrote:
>
> Thanks Lynne. I like the strategy. I'll be ready to coordinate first thing Monday. In the meantime, I'm a solo parent this weekend, so if you need me, best to call.
>
> Thanks,
> C
>
> Courtney Westling
> Legislative Director
> Oregon Health Authority
> 500 Summer St. NE E20
> Salem, OR 97301
> Cell: 503-602-1646
>
> _____
> From: Clement Leslie M
> Sent: Friday, October 2, 2015 5:39 PM
> To: Saxton Lynne
> Cc: Westling Courtney C; Busek Rhonda J; Fairbanks Mark R; WICKSTROM Susan D; Coyner Lori A; Zachary Aters; GOV SHIPLEY Brian *
> Subject: Re: Full Court Press Strategy
>
> Sounds like a great plan!
>
> Sent from my iPad
>
>> On Oct 2, 2015, at 5:11 PM, "Saxton Lynne" <LYNNE.SAXTON@dhsoha.state.or.us> wrote:
>>
>> Following our calls with various legislators today, I would like to suggest a 'full court press' strategy for the next 4 weeks to help us complete our rate work for 2015 and 2016. Courtney, I would like you to orchestrate this effort to keep our legislators informed of our progress and continuing to learn and understand how our health care system works, including rates and finances and transformation. We are sending out a letter today to ensure everyone has accurate information however, I believe we will benefit from continuing this communication.
>>
>> Each week, I would like to have OHA put in layperson terms ONE concept critical to legislative understanding of the work OHA is completing:
>>
>> Global budget - what is it, how is it attained, are we achieving our statutory requirements, how does it relate to the 3.4%
>>
>> Profits/retained earnings/margins - there is currently one argument being made that a CCO is not receiving fair treatment due to how the other CCO in their region 'hides their profits' and/or gets credit for their different business structure in the rates construction - can we get this clarified?
>>
>> Allocations - how do CCOs make these decisions
>>
>> Medicaid recoupments - are these often required? when? how is Medicaid business different from other businesses

Exhibit 26
Page 1 of 2
OPT00060301

>>
>> These are just four concepts – you all may have better ways to frame (frankly given this week, I am sure I will be able to improve framing too or pick entirely different topics – my hope is you will see where I want to go: a pro-active drumbeat to completion and CMS approval!)
>>
>> Further, each week, we would announce the contracts that are signed. There is a slight risk in doing this but I think it is one of our most compelling arguments for moving forward, and is very compelling to legislators that we can move forward. We can also do a minor update on the 2016 rate development process and include the letter we anticipate from CMS on October 12.
>>
>> This information would be sent to all legislators, once a week and would be one page, bright and clear.
>>
>> Concurrently, I will continue to work with the Governor's Office to ensure they have what they need and Leslie and I will continue to work with CMS.
>>
>> Mark will provide financial orientations for legislators as requested.
>>
>> Thank you for thinking about this over the weekend and sharing your ideas/revisions no later than Monday. We made progress this week, though we had to work hard for every gain. Our progress: we have 15 CCOs currently moving forward, three contract signers and a narrowing focus to the remaining issues under debate. Further, we have others beginning to communicate the importance of our work and the quality of the rate methodology.
>>
>> Have a good weekend, but keep thinking!
>>
>>
>>
>>
>>
>>
>>
>> Sent from my iPad

Exhibit 26
Page 2 of 2
OPT00060302