| | |
|---|---|
| **From:** | LYNNE.SAXTON@dhsoha.state.or.us on behalf of lynne.saxton@dhsoha.state.or.us |
| **To:** | Zachary Aters |
| **CC:** | Souza Theresa; GUEST Chelsea A; Westling Courtney C; Coyner Lori A; MacInnes Tricia; Steve Schramm |
| **Sent:** | 10/1/2015 9:32:32 PM |
| **Subject:** | Re: FamilyCare Meeting and Legislative Conflict |

Great  - thank you Zach. We are making real progress, and I appreciate all you are doing to ensure our progress.

Sent from my iPad

On Oct 1, 2015, at 9:24 PM, Zachary Aters <zachary.aters@optumas.com> wrote:

Good evening Lynne
I reached out to Steve, he is going to call into meeting so that he can be with my team while I am on call with you talking to Rep

Sent from my iPhone

On Oct 1, 2015, at 9:22 PM, Saxton Lynne <lynne.saxton@state.or.us> wrote:

Hi all - I will attend both; please get this on my calendar.

Sent from my iPad

On Oct 1, 2015, at 4:17 PM, Souza Theresa <THERESA.SOUZA@dhsoha.state.or.us> wrote:

*Good afternoon,*

*Lynne will be able to join at 3:30 as she will be on the call at 3:00 with Rep. Kennemer. Please send the invite for her calendar.*

*Thank you.*

**Theresa R. Souza**
*503-947-2343 desk*
*503-569-9888 cellular*

---

**From:** GUEST Chelsea A
**Sent:** Thursday, October 01, 2015 4:15 PM
**To:** Westling Courtney C; Saxton Lynne
**Cc:** Coyner Lori A; MacInnes Tricia; Souza Theresa; Zachary Aters
**Subject:** FamilyCare Meeting and Legislative Conflict

Hi Lynne and Courtney,

We held a time slot for FamilyCare to meet with us regarding the 2016 rate ranges and they finally confirmed today. It is from 3:00 to 4:00 p.m. tomorrow. Kevin Clancy and Cindy Becker will be there for sure, and possibly Jeff. Lori is planning on joining the FamilyCare meeting, and Zach is going to be on the phone for the legislative check-in with Rep. Kennemer. Let us know if this strategy works for everyone.

Exhibit 27
Page 1 of 2
OHA_LIT_00317876

Lynne – I also contacted Theresa, and I believe you are traveling during the FamilyCare meeting. If possible, we'd appreciate if you can join on the phone.

Thanks,

**Chelsea A. Guest**
Team Lead, Actuarial Services
Health Analytics, Oregon Health Authority
500 Summer Street NE
Salem, OR 97301
Mobile (503) 383-6260
Chelsea.A.Guest@state.or.us

Exhibit 27
Page 2 of 2
OHA_LIT_00317877