| | |
|---|---|
| **From:** | LYNNE.SAXTON@dhsoha.state.or.us on behalf of lynne.saxton@dhsoha.state.or.us |
| **To:** | Zachary Aters |
| **CC:** | Coyner Lori A; Fairbanks Mark R; Steve Schramm; Westling Courtney C |
| **Sent:** | 10/2/2015 6:03:42 PM |
| **Subject:** | Re: Good job! |

Excellent, thank you! And thank you Zach for an incredible job this week. Our message was enhanced tremendously by your patience and communication skills.

Sent from my iPad

> On Oct 2, 2015, at 4:39 PM, Zachary Aters <zachary.aters@optumas.com> wrote:
>
> A few random thoughts
> 1) now that rates are in a good spot, we could turn our attention to digging deeper into reimbursement. Based on our preliminary analysis, this will show family care reimbursement is higher
>
> 2) we can create a summary by rate population that shows the distribution of members based on their annual spend. This would most likely show that health share has more members with higher annual spend, which would support the results of risk score analysis
>
> Lastly,
> A nuance of Jeff's argument that is not discussed. For the non- expansion, if healthshare did have inflated expenditures( which they do not) then family care would benefit. This is due to the regional approach, both plans contribute to regional base and then that amount is allocated based on risk
>
> Both of the above would take a little time to pull together, maybe a week.
>
> Sent from my iPhone
>
>> On Oct 2, 2015, at 4:09 PM, Saxton Lynne <lynne.saxton@state.or.us> wrote:
>>
>> He is narrowing his discussion to one point. Any way to diffuse that point with a diagram other CCOs models?
>>
>> Sent from my iPad

Exhibit 28
Page 1 of 1

OHA_LIT_00377510