| | |
|---|---|
| **From:** | Darby BethAnne |
| **To:** | Saxton Lynne |
| **C:** | WAHL Jeffrey |
| **Sent:** | 3/21/2016 7:12:07 AM |
| **Subject:** | Attorney/Client Privilege: FC Draft Comms Plan |
| **Attachments:** | DRAFT Family Care communications plan 03_21_16 (003).pdf; Family Care communications plan 03_21_16 (003).docx |

Hi Lynne,

I wanted you to see the draft comms plan that Robb, Alissa and I are working on. We are not done yet, and not ready to share with our broader group (probably by the end of the day) – but I thought it might be helpful to you to see what we are thinking about and to give me some feed-back if you think we are off-track. We are also working on lists of questions and issues for each team that we believe will be necessary to have available as this situation progresses: 1) operations (Varsha and Rhonda); 2) legal (Stineman, Wahl and Falk); 3) financial (Mark, Kate, Jeff and Janelle); and 4) policy (Lori, Optumas)

Sending it as both a pdf and word – I thought the pdf would be easier on your ipad.

**BethAnne Darby**
*Director, External Relations Division*
BethAnne.Darby@state.or.us
(503)798-7100



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.



Darby
EXHIBIT NO.1077
7-25-2010
**Schmitt Reporting**

OHA_LIT_00655576

Exhibit 29
Page 1 of 13

Attorney-Client Privilege

**Family Care Communications Plan**

**Situation analysis:**

OHA is seeking final CMS approval of 2015 and 2016 contract rate amendments. To do that, we must successfully resolve an ongoing dispute with Family Care in a way that ensures OHP continues to receive federal matching funds. OHA's priorities include:

- FamilyCare agrees to reimburse Oregon for the remaining overpayments;
- Family Care drops its lawsuit challenging OHA's revised rates set; and
- Family Care agrees they should not have a separate or different rate methodology than other CCOs.

In line with CMS guidance that Family Care does not have an approved 2015 or 2016 contract, OHA has provided Family Care a 14 day breach of contract notice. The dispute will accelerate and intensify toward a high-stakes and high-visibility resolution in court and in the court of public opinion in coming weeks.

**Goal:**

1. **Create conditions for successful resolution of Family Care dispute, which meets OHA's priorities.**
   - Key audiences understand and support OHA's efforts to collect rate overpayment from Family Care and protect OHP members and Oregon taxpayers. (Isolate Family Care.)
   - Key audiences understand and support OHA's efforts to resolve current litigation with Family Care.
   - Demonstrate OHA's commitment to resolving Family Care's dispute in a collaborative manner, which maintains the integrity of the CCO system. (Counter Family Care rhetoric and allegations.)

2. **Minimize disruption and worry for OHP members.**
   - Keep OHP members informed and reassured that OHA will ensure their coverage or benefits will not be interrupted.

3. **Maintain OHA's reputation and advance health system transformation.**
   - Key audiences understand and support OHA's role in protecting benefits and services for the most vulnerable Oregonians.
   - Demonstrate OHA's commitment to coordinated care and better health outcomes for OHP members.
   - Demonstrate OHA's focus on cost stewardship and the financial integrity of the CCO system (i.e., Family Care's rates are actuarially sound and consistent with rate methodology used by other CCOs).

OHA_LIT_00655577

Exhibit 29
Page 2 of 13

**Strategies**

1. **Stay in close communication with legislators:** Generate support for OHA's goals through regular direct contact with legislators.
2. **Tell OHA's story through targeted earned media:** Generate earned media that effectively tells an accurate story through targeted interviews with key reporters and outlets.
3. **Simplify a complex story through easy to understand tools:** Develop clear and compelling informational resources to support accurate media and stakeholder understanding of the issues.
4. **Immediately counter Family Care's misinformation:** Correct allegations and distortions as soon as they are issued by Family Care through prompt, informal communication with key media.
5. **Provide timely and appropriate communication to members:** If necessary, communicate directly with OHP members enrolled with Family Care to keep them informed about their benefits and coverage.

**Tone:** Measured, reasonable, responsible, factual and settlement-focused.

**Audiences:**

| Audience | Values/Concerns | Think/Feel/Do | Pathways |
|---|---|---|---|
| Legislators | Protection of OHP member benefits – no disruption in service.<br><br>Relationship with Family Care.<br><br>Financial impact on General Fund. | **Think:** Understand OHA's urgency in securing rate repayment and reaching agreement that finalizes 2015 contract.<br>**Feel:** Comfortable OHA is working to reach reasonable settlement that protects members and GF.<br>**Do:** Avoid intervening on behalf of Family Care. | Meetings<br>Phone Calls<br>Email |
| CCOs | Stability of system.<br><br>Equity among CCOs.<br>Predictability in rate-setting.<br><br>Opportunity to expand market share. | **Think:** Understand how OHA is attempting to settle FC dispute in a way that preserves integrity of CCO system and why we served breach of contract notice. | Meetings<br>Phone calls<br>Email<br>Memos |

OHA_LIT_00655578

Exhibit 29
Page 3 of 13

|  |  | **Feel**: OHA is a fair and transparent business partner. **Do**: Be prepared for successful transition, if necessary. |  |
|---|---|---|---|
| Health care opinion leaders | Better outcomes and lower costs in health care. OHA's effectiveness in leading health care transformation in OR. | **Think**: OHA is effective in managing health care transformation in OR. **Feel**: Confidence in OHA. **Do**: Support OHA. | Media |
| OHP members | Better health for themselves and their families. Access to coverage and benefits. | **Think**: Know how to access health care coverage and benefits. **Feel**: Confident and calm during any potential transition, if necessary. **Do**: Obtain care without interruption and report positive experience to policymakers/media. | Letters Media Community media Social media Paid media |

## Tactics and Deliverables

Italics: Major products and deliverables to be developed.

| Deliverable | OHA solution | Response to FC solution | FC seeks injunction | Post-injunction | Transition |
|---|---|---|---|---|---|
| Legislative outreach | Legislator update (3/15) | Phone calls to legislators | *Legislator update* Phone calls to legislators | *Legislator update* Phone calls to legislators | *Legislator update* Phone calls to legislators |
| Earned media | News release (3/16) Media follow-up (3/17) • PBJ • LR | Continue targeted outreach (3/21): • PBJ • LR • WW • OR • Tribune • OPB | *OHA statement* Continue targeted outreach: • PBJ • LR • WW • OR • Tribune • OPB | *News release* • Draft messages for each possible contingency. Continue targeted outreach: • PBJ • LR • WW | *News release* News conference Continue targeted outreach: • PBJ • LR • WW |

OHA_LIT_00655579

Exhibit 29
Page 4 of 13

| | | | | • OR<br>• Tribune<br>• OPB | • OR<br>• Tribune<br>• OPB |
|---|---|---|---|---|---|
| Myth-busting/ Transparency | | *Side by side comparison of OHA/FC proposed solutions. (TBD)*<br><br>***Rapid response:*** *Personalized, informal email to key reporters correcting inaccuracies in FC statements. (TBD)*<br><br>*Update HST web site to show CCO financial position. (TBD)*<br>• *Email link to key media.* | ***Rapid response****: Personalized, informal email to key reporters correcting inaccuracies in FC statements. (TBD)* | ***Rapid response:*** *Personalized, informal email to key reporters correcting inaccuracies in FC statements. (TBD)* | ***Rapid Response****: Personalized, informal email to key reporters correcting inaccuracies in FC statements. (TBD)* |
| CCO outreach | | *Update memo to CCOs who may be affected by transition(TBD):*<br>• *OHA focused on equitable settlement that protects integrity of system.*<br>• *OHA will facilitate smooth transition, if necessary.* | | *Update memo to all CCOs (if OHA prevails).*<br><br>*Update memo to all CCOs affected by transition (if OHA prevails).*<br><br>Conference call with CCOs affected by transition (if OHA prevails). | |

OHA_LIT_00655580

Exhibit 29
Page 5 of 13

| | | | | | |
|---|---|---|---|---|---|
| Member outreach | | | | *Letter to FC members.*<br><br>*Automated calls in home languages.*<br><br>*Hotline for transition questions.* | *Letter to FC members.*<br><br>*Automated calls in home languages.*<br><br>*Hotline for transition questions.*<br><br>*Paid media in community news outlets/digital.*<br><br>*Sponsored social media.* |

**Metrics**

- Legislators are comfortable with OHA's efforts to settle dispute.
- Earned media accurately reflects OHA's messages and priorities at every stage of the process.
  - Prominence: OHA's messages in first 1-2 paragraphs of articles
  - Placement: coverage reflects OHA's targeted outreach.
  - Accuracy: Media reports correct Family Care misinformation.
- CCOs are comfortable and informed.
- Members report little anxiety or disruption.

OHA_LIT_00655581

Exhibit 29
Page 6 of 13

**OHA's settlement solution is fair to FC and protects members and taxpayers.**

- OHA has proposed a settlement that allows repayment over time.
- OHA's offer accounts for disproportionate impact of rate recalculation on FC.

**OHA is forced to serve breach of contract notice to ensure CMS compliance and retain federal funding for OHP.**

- CMS: no approvable 2015 and 2016 contract in place for FC.
- With no approvable contract, OR is liable for as much as $500M (includes federal match).
- OHA cannot agree to special treatment for one CCO.

## OHA is working toward a fair settlement with Family Care that protects OHP members and Oregon taxpayers.

**OHA has proposed a settlement that maintains actuarially sound CCO rates and protects state General Fund.**

- State is liable for $55M owed CMS if FC doesn't reimburse rate overpayment.
- State is liable for more than $500M (including federal match) if FC does not agree to 2015 contract.

**OHA's priority is a settlement, but we are prepared to maintain members' coverage and benefits through a transition, if necessary.**

- Proof of urgency and commitment: OR at risk for $500M if FC defaults on contract.
- If no settlement: we are working with other CCOs to cover FC members.

Exhibit 29
Page 7 of 13

OHA_LIT_00655582

Attorney-Client Privilege

**Family Care Communications Plan**

**Situation analysis:**

OHA is seeking final CMS approval of 2015 and 2016 contract rate amendments. To do that, we must successfully resolve an ongoing dispute with Family Care in a way that ensures OHP continues to receive federal matching funds. OHA's priorities include:

- FamilyCare agrees to reimburse Oregon for the remaining overpayments;
- Family Care drops its lawsuit challenging OHA's revised rates set; and
- Family Care agrees they should not have a separate or different rate methodology than other CCOs.

In line with CMS guidance that Family Care does not have an approved 2015 or 2016 contract, OHA has provided Family Care a 14 day breach of contract notice. The dispute will accelerate and intensify toward a high-stakes and high-visibility resolution in court and in the court of public opinion in coming weeks.

**Goal:**

1. **Create conditions for successful resolution of Family Care dispute, which meets OHA's priorities.**
   - Key audiences understand and support OHA's efforts to collect rate overpayment from Family Care and protect OHP members and Oregon taxpayers. (Isolate Family Care.)
   - Key audiences understand and support OHA's efforts to resolve current litigation with Family Care.
   - Demonstrate OHA's commitment to resolving Family Care's dispute in a collaborative manner, which maintains the integrity of the CCO system. (Counter Family Care rhetoric and allegations.)

2. **Minimize disruption and worry for OHP members.**
   - Keep OHP members informed and reassured that OHA will ensure their coverage or benefits will not be interrupted.

3. **Maintain OHA's reputation and advance health system transformation.**
   - Key audiences understand and support OHA's role in protecting benefits and services for the most vulnerable Oregonians.
   - Demonstrate OHA's commitment to coordinated care and better health outcomes for OHP members.
   - Demonstrate OHA's focus on cost stewardship and the financial integrity of the CCO system (i.e., Family Care's rates are actuarially sound and consistent with rate methodology used by other CCOs).

OHA_LIT_00655583

Exhibit 29
Page 8 of 13

**Strategies**

1. **Stay in close communication with legislators:** Generate support for OHA's goals through regular direct contact with legislators.
2. **Tell OHA's story through targeted earned media:** Generate earned media that effectively tells an accurate story through targeted interviews with key reporters and outlets.
3. **Simplify a complex story through easy to understand tools:** Develop clear and compelling informational resources to support accurate media and stakeholder understanding of the issues.
4. **Immediately counter Family Care's misinformation:** Correct allegations and distortions as soon as they are issued by Family Care through prompt, informal communication with key media.
5. **Provide timely and appropriate communication to members:** If necessary, communicate directly with OHP members enrolled with Family Care to keep them informed about their benefits and coverage.

**Tone:** Measured, reasonable, responsible, factual and settlement-focused.

**Audiences:**

| Audience | Values/Concerns | Think/Feel/Do | Pathways |
|---|---|---|---|
| Legislators | Protection of OHP member benefits – no disruption in service.<br><br>Relationship with Family Care.<br><br>Financial impact on General Fund. | **Think:** Understand OHA's urgency in securing rate repayment and reaching agreement that finalizes 2015 contract.<br>**Feel:** Comfortable OHA is working to reach reasonable settlement that protects members and GF.<br>**Do:** Avoid intervening on behalf of Family Care. | Meetings<br>Phone Calls<br>Email |
| CCOs | Stability of system.<br><br>Equity among CCOs.<br>Predictability in rate-setting.<br><br>Opportunity to expand market share. | **Think:** Understand how OHA is attempting to settle FC dispute in a way that preserves integrity of CCO system and why we served breach of contract notice.<br>**Feel:** OHA is a fair and transparent business | Meetings<br>Phone calls<br>Email<br>Memos |

OHA_LIT_00655584

Exhibit 29
Page 9 of 13

| | | partner. **Do**: Be prepared for successful transition, if necessary. | |
|---|---|---|---|
| Health care opinion leaders | Better outcomes and lower costs in health care.<br><br>OHA's effectiveness in leading health care transformation in OR. | **Think**: OHA is effective in managing health care transformation in OR. **Feel**: Confidence in OHA. **Do**: Support OHA. | Media |
| OHP members | Better health for themselves and their families. Access to coverage and benefits. | **Think**: Know how to access health care coverage and benefits. **Feel**: Confident and calm during any potential transition, if necessary. **Do**: Obtain care without interruption and report positive experience to policymakers/media. | Letters<br>Media<br>Community media<br>Social media<br>Paid media |

## Tactics and Deliverables

Italics: Major products and deliverables to be developed.

| Deliverable | OHA solution | Response to FC solution | FC seeks injunction | Post-injunction | Transition |
|---|---|---|---|---|---|
| Legislative outreach | Legislator update (3/15) | Phone calls to legislators | *Legislator update*<br><br>Phone calls to legislators | *Legislator update*<br><br>Phone calls to legislators | *Legislator update*<br><br>Phone calls to legislators |
| Earned media | News release (3/16) Media follow-up (3/17)<br>• PBJ<br>• LR | Continue targeted outreach (3/21):<br>• PBJ<br>• LR<br>• WW<br>• OR<br>• Tribune<br>• OPB | *OHA statement*<br><br>Continue targeted outreach:<br>• PBJ<br>• LR<br>• WW<br>• OR<br>• Tribune<br>• OPB | *News release*<br>• Draft messages for each possible contingency.<br><br>Continue targeted outreach:<br>• PBJ<br>• LR<br>• WW<br>• OR<br>• Tribune | *News release*<br><br>News conference<br><br>Continue targeted outreach:<br>• PBJ<br>• LR<br>• WW<br>• OR<br>• Tribune |

OHA_LIT_00655585

Exhibit 29
Page 10 of 13

| | | | | • OPB | • OPB |
|---|---|---|---|---|---|
| Myth-busting/ Transparency | | Side by side comparison of OHA/FC proposed solutions. (TBD)<br><br>**Rapid response:** Personalized, informal email to key reporters correcting inaccuracies in FC statements. (TBD)<br><br>Update HST web site to show CCO financial position. (TBD)<br>• Email link to key media. | **Rapid response:** Personalized, informal email to key reporters correcting inaccuracies in FC statements. (TBD) | **Rapid response:** Personalized, informal email to key reporters correcting inaccuracies in FC statements. (TBD) | **Rapid Response:** Personalized, informal email to key reporters correcting inaccuracies in FC statements. (TBD) |
| CCO outreach | | Update memo to CCOs who may be affected by transition(TBD):<br>• OHA focused on equitable settlement that protects integrity of system.<br>• OHA will facilitate smooth transition, if necessary. | | Update memo to all CCOs (if OHA prevails).<br><br>Update memo to all CCOs affected by transition (if OHA prevails).<br><br>Conference call with CCOs affected by transition (if OHA prevails). | |
| Member outreach | | | | Letter to FC members.<br><br>Automated calls in home languages.<br><br>Hotline for transition | Letter to FC members.<br><br>Automated calls in home languages.<br><br>Hotline for transition |

OHA_LIT_00655586

Exhibit 29
Page 11 of 13

| | | | | *questions.* | *questions.* |
|---|---|---|---|---|---|
| | | | | | *Paid media in community news outlets/digital.* |
| | | | | | *Sponsored social media.* |

**Metrics**

- Legislators are comfortable with OHA's efforts to settle dispute.
- Earned media accurately reflects OHA's messages and priorities at every stage of the process.
  - o Prominence: OHA's messages in first 1-2 paragraphs of articles
  - o Placement: coverage reflects OHA's targeted outreach.
  - o Accuracy: Media reports correct Family Care misinformation.
- CCOs are comfortable and informed.
- Members report little anxiety or disruption.

OHA_LIT_00655587

Exhibit 29
Page 12 of 13

**OHA's settlement solution is fair to FC and protects members and taxpayers.**

- OHA has proposed a settlement that allows repayment over time.
- OHA's offer accounts for disproportionate impact of rate recalculation on FC.

**OHA is forced to serve breach of contract notice to ensure CMS compliance and retain federal funding for OHP.**

- CMS: no approvable 2015 and 2016 contract in place for FC.
- With no approvable contract, OR is liable for as much as $500M (includes federal match).
- OHA cannot agree to special treatment for one CCO.

**OHA is working toward a fair settlement with Family Care that protects OHP members and Oregon taxpayers.**

**OHA has proposed a settlement that maintains actuarially sound CCO rates and protects state General Fund.**

- State is liable for $55M owed CMS if FC doesn't reimburse rate overpayment.
- State is liable for more than $500M (including federal match) if FC does not agree to 2015 contract.

**OHA's priority is a settlement, but we are prepared to maintain members' coverage and benefits through a transition, if necessary.**

- Proof of urgency and commitment: OR at risk for $500M if FC defaults on contract.
- If no settlement: we are working with other CCOs to cover FC members.

Exhibit 29
Page 13 of 13

OHA_LIT_00655588