| | |
|---|---|
| **From:** | Coyner Lori A |
| **To:** | Zachary Aters (zachary.aters@optumas.com); Jessica Grado (jessica.grado@optumas.com); Barry Jordan (barry.jordan@optumas.com) |
| **CC:** | Busek Rhonda J; HOPKINS Justin |
| **Sent:** | 12/9/2015 12:42:51 PM |
| **Subject:** | Member level information |

Hi Zach

We are going to look into the members from FC that switched to HS that have HIV/AIDS. As a starting point, it will help to have information on those members that were identified in the risk analysis. Can you send over the information you have through a secure FTP? We cannot receive it through regular email for security reasons.

We'd like Medicaid ID, date of enrollment in FC and date of switch from FC to HS. I have cc'd Rhonda and Justin who may chime in about additional data fields they need.

Thanks
Lori

Lori Coyner, MA
Director
Health Analytics
Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160



BuseK

EXHIBIT NO. 1123

Schmitt Reporting

Exhibit 31
Page 1 of 1    OHA_LIT_00201672