| From: | Zachary Aters |
|---|---|
| To: | Fritsche Jeffrey P |
| CC: | GUEST Chelsea A; Coyner Lori A |
| Sent: | 1/6/2016 9:02:25 AM |
| Subject: | Re: Member level information |

Thanks Jeff

Sent from my iPhone

On Jan 6, 2016, at 9:03 AM, Fritsche Jeffrey P <jeffrey.p.fritsche@state.or.us> wrote:

Hi Zach-

We will not be expanding this analysis beyond the Tri-county at this time.

Thanks,

Jeff

**Jeff Fritsche**
**Finance Director**
**Oregon Health Authority**

**From:** Zachary Aters [mailto:zachary.aters@optumas.com]
**Sent:** Tuesday, January 05, 2016 8:15 AM
**To:** Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>
**Cc:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>
**Subject:** RE: Member level information

Hi Jeff,
We will wait for further instruction.

Zachary Aters ASA, MAAA | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2495 | c. 480.280.5881 | zachary.aters@optumas.com

**From:** Fritsche Jeffrey P [mailto:jeffrey.p.fritsche@state.or.us]
**Sent:** Tuesday, January 5, 2016 8:59 AM
**To:** Zachary Aters <zachary.aters@optumas.com>
**Cc:** GUEST Chelsea A <chelsea.a.guest@state.or.us>; Coyner Lori A <lori.a.coyner@state.or.us>
**Subject:** RE: Member level information

Hi Zach-

Please continue to hold on this project.  We have an internal meeting later today to discuss next steps.

I'll be back in touch tomorrow.

Thanks,

Jeff



Fritsche
EXHIBIT NO. 170
8.14.18
Schmitt Reporting

Exhibit 32 OHA_LIT_00090018
Page 1 of 6

Jeff Fritsche
Finance Director
Oregon Health Authority

**From:** Zachary Aters [mailto:zachary.aters@optumas.com]
**Sent:** Wednesday, December 30, 2015 8:33 AM
**To:** Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>
**Cc:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; Coyner Lori A
<LORI.A.COYNER@dhsoha.state.or.us>
**Subject:** Re: Member level information

You got it,
Thanks Jeff

Sent from my iPhone

On Dec 30, 2015, at 8:58 AM, Fritsche Jeffrey P <jeffrey.p.fritsche@state.or.us> wrote:

That would be great... Don't start until you hear from me on Monday.  I want to touch base with Rhonda and Justin first (that's when they are back) to see if there are any additional data elements we may need.

Thanks,

Jeff

Jeff Fritsche
Finance Director
Oregon Health Authority

**From:** Zachary Aters [mailto:zachary.aters@optumas.com]
**Sent:** Tuesday, December 29, 2015 4:41 PM
**To:** Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>
**Cc:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; Coyner Lori A
<LORI.A.COYNER@dhsoha.state.or.us>
**Subject:** Re: Member level information

We can conduct the same analysis across all CCOs.  We can start next week using the data we already have which would be CY2014

Sent from my iPhone

On Dec 29, 2015, at 3:54 PM, Fritsche Jeffrey P <jeffrey.p.fritsche@state.or.us> wrote:

Hi Zach-

I think I am almost up to speed on this... but the two people who are looking at the file you sent are on vacation this week.

So setting the Tri-county region aside for the moment, the question is should OHA (and can Optumas) look at the data statewide to identify if there are other instances of this sort of migration happening between other CCOs.  If so, we should expand the scope of this analysis.

What are your thoughts on this?

Thanks,

Exhibit 32
Page 2 of 6
OHA_LIT_00090019

Jeff

**Jeff Fritsche**
**Finance Director**
**Oregon Health Authority**

**From:** Coyner Lori A
**Sent:** Tuesday, December 29, 2015 8:07 AM
**To:** Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>; Coon Christopher W <CHRISTOPHER.W.COON@dhsoha.state.or.us>
**Cc:** Zachary Aters (zachary.aters@optumas.com) <zachary.aters@optumas.com>
**Subject:** FW: Member level information

Here is the email thread I have regarding the member level info that was sent from Optumas
Thanks
Lori

Lori Coyner, MA
State Medicaid Director
Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160

**From:** Coon Christopher W
**Sent:** Thursday, December 10, 2015 10:18 AM
**To:** Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>
**Cc:** Collins Jon C <JON.C.COLLINS@dhsoha.state.or.us>; GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>
**Subject:** Re: Member level information

Can we look at validating this file against the reason the enrollment with FC ended?

We send that information to FC as part of our mediation around auto assignment.

Sent from my iPhone

On Dec 10, 2015, at 9:01 AM, Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us> wrote:

Thanks Barry!

Chelsea/Chris -- can you please pull down this information and get it to Justin and Rhonda?  It contains member level information.
Thanks
Lori

Lori Coyner, MA
Director
Health Analytics
Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160

**From:** Barry Jordan [mailto:barry.jordan@optumas.com]
**Sent:** Wednesday, December 09, 2015 6:24 PM

Exhibit 32
Page 3 of 6

OHA_LIT_00090020

**To:** Zachary Aters <zachary.aters@optumas.com>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Jessica Grado <jessica.grado@optumas.com>
**Cc:** HOPKINS Justin <Justin.HOPKINS@dhsoha.state.or.us>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>
**Subject:** RE: Member level information

Hi Lori,

We have uploaded the following file **"FamilyCare to HealthShare HIV and AIDS Member IDs 2015.12.09"** to the FTP site, under the **Oregon/FOR ASU** folder.

The |FC to HSO| tab includes the member ID detail for those members with HIV/AIDS who transitioned from FamilyCare to HealthShare during the course of CY14. These figures reflect the population underlying the figures we provided yesterday.

Please note the following:

1.   The RecipNo field represents recipient ID from the capitation file
2.   The Condition field reflects the condition identified (HIV or AIDS) – the HIV_RX value is just the HIV condition identified through the Rx component of the CDPS+Rx tool.
3.   The CCO1 Start field reflects the first enrollment date in FamilyCare, within 2014, identified in the CY14 capitation file – by definition, the earliest this can be is 1/1/14 since this comes from the CY14 capitation file.
4.   The CCO2 Start field reflects the first enrollment date for HealthShare, for those members who transitioned from FamilyCare to HealthShare during the year.

Let us know if you have any questions.

Thanks,
Barry

Barry Jordan | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2499 x105 | c. 602.663.2868 | barry.jordan@optumas.com


**From:** Zachary Aters
**Sent:** Wednesday, December 9, 2015 1:45 PM
**To:** Coyner Lori A <lori.a.coyner@state.or.us>; Jessica Grado <jessica.grado@optumas.com>; Barry Jordan <barry.jordan@optumas.com>
**Cc:** HOPKINS Justin <justin.hopkins@state.or.us>; Busek Rhonda J <rhonda.j.busek@state.or.us>
**Subject:** RE: Member level information

Absolutely,
I will touch base with the team and arrange the for the info to be uploaded to a FTP site.

Zachary Aters ASA, MAAA | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2495 | c. 480.280.5881 | zachary.aters@optumas.com


**From:** Coyner Lori A [mailto:lori.a.coyner@state.or.us]
**Sent:** Wednesday, December 9, 2015 1:43 PM
**To:** Zachary Aters <zachary.aters@optumas.com>; Jessica Grado <jessica.grado@optumas.com>; Barry Jordan <barry.jordan@optumas.com>
**Cc:** HOPKINS Justin <justin.hopkins@state.or.us>; Busek Rhonda J <rhonda.j.busek@state.or.us>
**Subject:** Member level information

Hi Zach
We are going to look into the members from FC that switched to HS that have HIV/AIDS.  As a starting point, it will

Exhibit 32
Page 4 of 6    OHA_LIT_00090021

help to have information on those members that were identified in the risk analysis. Can you send over the information you have through a secure FTP? We cannot receive it through regular email for security reasons.

We'd like Medicaid ID, date of enrollment in FC and date of switch from FC to HS. I have cc'd Rhonda and Justin who may chime in about additional data fields they need.
Thanks
Lori

Lori Coyner, MA
Director
Health Analytics
Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160

Exhibit 32
Page 5 of 6
OHA_LIT_00090022

Exhibit 32
Page 6 of 6