**From:**       Busek Rhonda J
**To:**         GUEST Chelsea A
**Sent:**       5/12/2016 4:57:49 PM
**Subject:**    Re: Data on severe mental illness and AIDs patients for CCOs
**Attachments:** image001.jpg

Thanks my friend!  I believe the timeline is doable.  I will let you know if I find out different.

Thanks!  Have a great evening!

Sent from my iPad

On May 12, 2016, at 4:31 PM, GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us> wrote:

Hi Rhonda,

Optumas is hoping to be done with it by next Friday. We were delayed slightly with the SNRG enrollment issues, along with working on the July rate certification, and 2017 base data. Let me know if Lynne needs to be pushed faster than next week.

Thanks,

**Chelsea A. Guest**
Manager, Actuarial Services
503-383-6260

**From:** Busek Rhonda J
**Sent:** Wednesday, May 11, 2016 10:13 PM
**To:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>
**Subject:** FW: Data on severe mental illness and AIDs patients for CCOs

Hi – hope you are well!  This has to do with the high risk analysis that Optumas was going to do in May.  Do we have a status?

Thanks!

Rhonda

Rhonda Busek, BS  MBA
Provider Services Director
Health Systems
Rhonda.J.Busek@state.or.us
Desk:  503-945-6552

<image001.jpg>



Busek
EXHIBIT NO. 1127
8·2·18
Schmitt Reporting

## CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by

Exhibit 34
Page 1 of 4   OHA_LIT_00349355

reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** Saxton Lynne
**Sent:** Wednesday, May 11, 2016 10:25 AM
**To:** Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>; Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>
**Subject:** Data on severe mental illness and AIDs patients for CCOs

Could I please get an update on this; originally thought we would have by end of April; still pertinent to FC resolution. Thanks.

Exhibit 34
Page 2 of 4

OHA_LIT_00349356



Exhibit 34
Page 3 of 4

OHA_LIT_00349357

Exhibit 34
Page 4 of 4