**From:**      +15039303614

**Participants:**   +15036028764 Rhonda Busek (owner)
                    +15039303614
                    +19717181406 Varsha

**Status:**     Read

**Timestamp: Date:** 6/20/2016 3:05:06 PM

---

What became of our analysis of all CCOs in terms of high risk populations like AIDS?



Busek
EXHIBIT NO. 119
8·2·18
Schmitt Reporting

Exhibit 35
Page 1 of 5    OHA_LIT_00570593

| | |
|---|---|
| **From:** | +15036028764 Rhonda Busek |
| **Participants:** | +15036028764 Rhonda Busek (owner)<br>+15039303614<br>+19717181406 Varsha |
| **Status:** | Sent |
| **Timestamp: Date:** | 6/20/2016 3:10:02 PM |

We are doing further work

Exhibit 35
Page 2 of 5

OHA_LIT_00570594

| | |
|---|---|
| **From:** | +15039303614 |
| **Participants:** | +15036028764 Rhonda Busek (owner)<br>+15039303614<br>+19717181406 Varsha |
| **Status:** | Read |
| **Timestamp: Date:** | 6/20/2016 3:10:36 PM |

Need timeline - thanks!

Exhibit 35<br>Page 3 of 5   OHA_LIT_00570595

| | |
|---|---|
| **From:** | +15036028764 Rhonda Busek |
| **Participants:** | +15036028764 Rhonda Busek (owner)<br>+15039303614<br>+19717181406 Varsha |
| **Status:** | Sent |
| **Timestamp: Date:** | 6/20/2016 3:48:05 PM |

Let me work with Chelsea

Exhibit 35
Page 4 of 5

OHA_LIT_00570596

| | |
|---|---|
| **From:** | +15036028764 Rhonda Busek |
| **Participants:** | +15036028764 Rhonda Busek (owner)<br>+15039303614<br>+19717181406 Varsha |
| **Status:** | Sent |
| **Timestamp: Date:** | 6/20/2016 4:35:39 PM |

Data was not as conclusive as expected - staff will need to do more analysis - thanks!

Exhibit 35<br>Page 5 of 5   OHA_LIT_00570597