**From:** Saxton Lynne
**To:** GUEST Chelsea A
**CC:** VANDEHEY Jeremy * GOV; Coyner Lori A; Fairbanks Mark R; Zachary Aters; Nass Kate M; Fritsche Jeffrey P; Darby BethAnne; Salem - Summer - OHA Conference Call Line; Souza Theresa; OGAN Sadie L * GOV; Marcott Mikayla; Uhlman Jennifer M; VANDEHEY Jeremy * GOV
**Sent:** 7/21/2016 7:46:02 PM
**Subject:** Re: Rates Workgroup Prep – Base Data Follow-up

Thanks all for terrific work here! Good luck tomorrow.

Sent from my iPhone

On Jul 21, 2016, at 3:24 PM, GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us> wrote:

Hi Lynne & Jeremy,

At the 3:30 meeting, we will discuss the key reimbursement policy decisions related to the 2017 rate development, prep for the workgroup tomorrow and next steps.

**2017 Rate Development & Workgroup prep**
· Optumas has completed a draft of base data that results in a 4-5% statewide based on reimbursement policy decisions, versus the 8.8%
· OHA is planning on discussing in general the downward adjustments related to reimbursement tomorrow with CCOs (resulting in a 4-5% growth). The following is the key slide in the attached PPT regarding the reimbursement policy for leadership discussion:
  • Reimbursement is defined as the total of FFS payments, sub-capitation, and incentives
    ▪ For CCOs that met the sustainable rate of growth, adjustments in reimbursement are not needed regardless of the mix of FFS payments, sub-capitation and incentives to allow for CCOs to develop business models.
    ▪ For CCOs that were outliers in terms of reimbursement and with a high rate of growth adjustments were made in incentives and/or FFS payments.

**Legislative strategy and next steps**
· **Legislative update**: Bethanne has been engaged and is planning on providing information to legislators in an update email so they understand our challenge and are engaged in the process
· **CCO Letter**: Per leadership request, attached is a draft letter to CCOs asking them to "go on record" with cost containment strategies – this will likely go out **early August** to inform our future planning around CCOs
· **Internal Work Session**: Per leadership request, Kayla has set up a work session on August 5th at PSOB for the entire team to discuss CCOs 2.0 and how we can inform the next steps at the legislative level

We appreciate your time discussing the rates workgroup and next steps.

**Chelsea A. Guest**
Manager, Actuarial Services
Fiscal and Operations Division
Chelsea.A.Guest@state.or.us
503-383-6260

Exhibit 36
Page 1 of 2
OHA_LIT_00102633

CONFIDENTIALITY NOTICE

This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

<RatesWorkgroup_20160722_v6.pptx>
<RatesWorkgroupAgenda_20160722_v1.docx>
<CCO_CostContainmentLetter_201607.docx>

Exhibit 36
Page 2 of 2
OHA_LIT_00102634