| | |
|---|---|
| **From:** | Fairbanks Mark R |
| **To:** | Saxton Lynne; VANDEHEY Jeremy * GOV |
| **CC:** | GUEST Chelsea A; Coyner Lori A |
| **Sent:** | 7/25/2016 7:44:34 AM |
| **Subject:** | FW: Final Rate of Growth Summary |
| **Attachments:** | CY15 Rate of Growth Exhibit_Initial Adjustments 2016.07.23.xlsx |

FYI – latest iteration as described by Zack below.

Mark R. Fairbanks
*Chief Financial Officer*
*Oregon Health Authority*

*500 Summer St NE, E-20*
*Salem, Oregon 97301*
*Desk: 503.947.5384*
*Mobile: 503.507.3792*
Mark.R.Fairbanks@state.or.us

**From:** Zachary Aters [mailto:zachary.aters@optumas.com]
**Sent:** Monday, July 25, 2016 7:39 AM
**To:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>; Coyner Lori A
<LORI.A.COYNER@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>
**Cc:** Barry Jordan <barry.jordan@optumas.com>; Jessica Grado <jessica.grado@optumas.com>; Martin McNamara
<martin.mcnamara@optumas.com>
**Subject:** Final Rate of Growth Summary

Hi All,
The attached document has been updated FC's updated base data that has been updated for reimbursement
adjustment, the overall ROG is now 4.8%.

Zachary Aters ASA, MAAA | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2495 | c. 480.280.5881 | zachary.aters@optumas.com



Fairbanks
EXHIBIT NO. 254
8-29-18
Schmitt Reporting

Exhibit 37
Page 1 of 3
OHA_LIT_00273855

# Document Available in Native Format

CY15 Rate of Growth Exhibit_Initial Adjustments 2016.07.23.xlsx

Exhibit 37
Page 2 of 3
OHA_LIT_00273856

Oregon

Draft and Confidential

| Region | CCO | CY14 to CY15 PMPM Rate of Growth - Mix Adjusted | | CY15 Financial Dollars | | | |
|---|---|---|---|---|---|---|---|
| | | Reported Financials[1] | Adjusted Financials[2] | Reported Financials[1] | Adjusted Financials[2] | Difference | |
| Tri-County | FamilyCare | 17.6% | 6.3% | $ 357,879,975 | $ 323,641,673 | $ (34,238,302) | *See notes below |
| Tri-County | HealthShare | 5.3% | 5.2% | $ 793,295,428 | $ 793,121,243 | $ (174,185) | |
| Northwest | Columbia Pacific | 11.0% | 7.9% | $ 105,471,969 | $ 102,511,459 | $ (2,960,510) | |
| Northwest | Intercommunity | -1.5% | -1.6% | $ 200,979,914 | $ 200,964,269 | $ (15,645) | |
| Northwest | Willamette | 9.0% | 5.0% | $ 337,453,897 | $ 325,155,875 | $ (12,298,021) | *See notes below |
| Northwest | Yamhill | 3.1% | 1.9% | $ 75,507,550 | $ 74,634,346 | $ (873,204) | |
| Southwest | AllCare | 11.0% | 6.1% | $ 161,979,824 | $ 154,848,931 | $ (7,130,892) | *See notes below |
| Southwest | Jackson | 11.8% | 4.2% | $ 101,557,522 | $ 94,660,400 | $ (6,897,122) | *See notes below |
| Southwest | Primary Health | 8.4% | -1.4% | $ 44,190,121 | $ 40,179,028 | $ (4,011,093) | *See notes below |
| Southwest | Trillium | 9.8% | 3.6% | $ 324,815,019 | $ 306,638,538 | $ (18,176,481) | *See notes below |
| Southwest | Umpqua | 27.3% | 11.3% | $ 93,306,702 | $ 81,609,931 | $ (11,696,770) | *See notes below |
| Southwest | WOAH | -2.6% | -2.6% | $ 88,926,587 | $ 88,867,764 | $ (58,823) | |
| Central/Eastern | Cascade | -0.2% | -2.8% | $ 58,258,586 | $ 56,766,145 | $ (1,492,441) | |
| Central/Eastern | EOCCO | 19.2% | 14.4% | $ 199,262,657 | $ 191,211,259 | $ (8,051,397) | *See notes below |
| Central/Eastern | Pac Source Central | 7.6% | 4.7% | $ 204,062,961 | $ 198,626,063 | $ (5,436,898) | *See notes below |
| Central/Eastern | Pac Source Gorge | 12.8% | 0.9% | $ 48,312,104 | $ 43,212,407 | $ (5,099,697) | *See notes below |
| Tri-County | | 8.8% | 5.6% | $ 1,151,175,403 | $ 1,116,762,916 | $ (34,412,487) | |
| Northwest | | 5.5% | 3.1% | $ 719,413,330 | $ 703,265,950 | $ (16,147,380) | |
| Southwest | | 10.4% | 3.9% | $ 814,775,774 | $ 766,804,592 | $ (47,971,181) | |
| Central/Eastern | | 11.3% | 6.9% | $ 509,896,307 | $ 489,815,873 | $ (20,080,433) | |
| Statewide | | 8.8% | 4.8% | $ 3,195,260,813 | $ 3,076,649,331 | $ (118,611,482) | |

Notes:

[1] Reported Financials based on total financials included in CY15 financial template, excluding the following:
  Quality Pool, Maternity, Dental, and Add-Ons (NEMT, ACT/SE, AD Residential, MH Wrap, CANS) to ensure consistent comparison with expenditures reported in CY14.

[2] Adjusted Financials based on reported CY15 financials, net of expenditures noted in #1. These also reflect initial adjustments to remove certain Incentive/Other Payment dollars for some CCOs.

Note: The PMPMs used to develop rate of growth estimates are based on PH membership and therefore should be considered estimates, due to there being a slight difference between MH and PH membership.

**Top CCO Dollar Exclusions**

| | |
|---|---|
| AllCare | Difference driven by removal of surplus sharing, reported in "Other Payment1", as well as adjustments to PCPCH and Flex service expenditures. |
| EOCCO | Difference driven by removal of "Other Incentives" as it is noted that they have not yet been paid. Additionally, "Other Payment1" is noted to include $2.5M in expenses that come from Quality Pool funds, which have been removed. |
| FamilyCare | All "Other Incentive" payments have been omitted; additionally, 7.5% reduction has been made to physician services for non-Duals, resulting in additional $5.95M reduction. |
| Jackson | All "Other Incentive" payments have been omitted for PCP and Specialist expenditures. |
| Pac Source - Central&Gorge | Difference driven by removal of surplus sharing, reported in "Other Payment1". |
| Primary Health | Through reconciliation process, it was determined that FFS costs were overstated in financial template. An adjustment has been made to bring reported FFS costs down, to be in line with encounters provided by OHA. |
| Trillium | All "Other Incentive" and "Other Payment1" payments have been omitted for PCP and Specialist expenditures. |
| Umpqua | Difference driven primarily by exclusion of "Other Payment1" dollars, which are noted as related to withholds dollars and innovative fund. |
| Willamette | Difference driven by adjustment to subcapitated expenditures; due to pass-through business model per discussion with CCO, non-rx expenditures have been adjusted to reflect 3.4% rate of growth. |

Exhibit 37
Page 3 of 3

|Adj. Rate of Growth|


Optumas