| | |
|---|---|
| **From:** | Fairbanks Mark R |
| **To:** | GUEST Chelsea A |
| **CC:** | Coyner Lori A; Zachary Aters ; Evans Janell R; Darby BethAnne |
| **Sent:** | 9/28/2016 8:34:14 AM |
| **Subject:** | FW: 3.4% growth and rates |

Chelsea,

Please summarize the sensitivity Lynne is asking for (see below). We did this look at the last rates status with Optumas.

Thank you

Mark

-----Original Message-----
From: Saxton Lynne
Sent: Wednesday, September 28, 2016 8:30 AM
To: Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Zachary Aters <zachary.aters@optumas.com>; Evans Janell R <JANELL.R.EVANS@dhsoha.state.or.us>; Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>
Cc: Souza Theresa <THERESA.SOUZA@dhsoha.state.or.us>
Subject: 3.4% growth and rates

Hi - in setting rates to ensure we stay within 3.4 requirement statewide, how low could we go beyond what you are proposing Friday to reduce Medicaid spend; would like to know what going to bottom of rate range would produce and 5% increments up from there would produce.

Please call if questions.

Sent from my iPhone



Guest
EXHIBIT NO. 1056
6-27-2019
Schmitt Reporting

Exhibit 38
Page 1 of 1
OHA_LIT_00006305