| | |
|---|---|
| **From:** | Chauhan Varsha |
| **To:** | Saxton Lynne; Darby BethAnne |
| **Sent:** | 12/28/2016 9:49:14 AM |
| **Subject:** | FW: Follow-up |

To keep you in loop in this matter as well.
Varsha

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Friday, December 23, 2016 1:58 PM
**To:** Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>
**Cc:** Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Busek Rhonda J
<RHONDA.J.BUSEK@dhsoha.state.or.us>; Zimmerman Dustin C <Dustin.C.Zimmerman@dhsoha.state.or.us>;
Kevin Clancy <kevinc@familycareinc.org>; Art Suchorzewski <ArtS@familycareinc.org>
**Subject:** RE: Follow-up

Lori,
I appreciate the follow-up. It's hard to understand why there is not more detail that can be shared now. Below is the
excerpt from Rhonda's email that contains some pretty exact numbers for which there must be back-up?

**The approximate impact to FamilyCare (CCO) will be a <u>payment</u> of 323,088.56, a <u>recoupment</u> of (917,308.37)
with a <u>net impact</u> of (594,219.81).**

While I appreciate the offer to schedule a call, if there is no other information you can share I do not see it being
productive for you or me. As I stated previously, this retroactive change in eligibility by OHA for the impacted
members looks like it will require claims resubmission and reprocessing by providers and may change the responsible
payer from FamilyCare to another entity. Having this information as soon as possible is critical due to the time
consuming nature of such corrections and the impact is has on each impacted provider's yearend closing of their
financial books and records.

Also, I believe Kevin communicated that since this involves ACA members and a reduction of ACA revenue for 2015,
the yearend MLR adjustment/reconciliation prepared by OHA before this latest retroactive adjustment was disclosed
would appear to now be inaccurate.

Thanks for your help in getting us this information as soon as possible.

Best wishes for the holiday.

Bill

**William (Bill) Murray**
**Chief Operating Officer**
825 NE Multnomah St, Suite 1400, Portland, OR 97232
Office: 503-734-3147
Cell: 503-858-0426
Fax: 503-734-3197
*billm@familycareinc.org*

 FamilyCare
Incorporated

This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and
exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby

Busek
EXHIBIT NO. 144
8·2·18
**Schmitt Reporting**

Exhibit 39
Page 1 of 4 OHA_LIT_00009775

notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message.

**From:** Coyner Lori A [mailto:LORI.A.COYNER@dhsoha.state.or.us]
**Sent:** Friday, December 23, 2016 8:27 AM
**To:** William (Bill) Murray <billm@familycareinc.org>
**Cc:** Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>; Zimmerman Dustin C <Dustin.C.Zimmerman@dhsoha.state.or.us>
**Subject:** RE: Follow-up

Hi Bill,
Here is what I was able to find out from staff:

We have received a number of inquiries for specific member level data related to recoupment of capitation for dual eligible individuals.  The system fix to resolve this issue will be not be implemented until the end of December, therefore we do not have this specific level of data to share with you at this time.  As stated in our previous message regarding this topic, that member level information will be reflected in your 820s the week of 1/2/2017.

I am in the office next week and am happy to schedule a call for us to discuss this further.  Please let me know.
Thanks
Lori

Lori Coyner, MA
State Medicaid Director
Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Tuesday, December 20, 2016 5:00 PM
**To:** Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>
**Subject:** Fwd: Follow-up

Received a reply email from Rhonda moments after she sent this that she is out of the office until after the recoup is scheduled to take place.

Bill


Sent from my iPhone

Begin forwarded message:

**From:** "William (Bill) Murray" <billm@familycareinc.org>
**Date:** December 20, 2016 at 4:24:02 PM PST
**To:** "RHONDA.J.BUSEK@dhsoha.state.or.us" <RHONDA.J.BUSEK@dhsoha.state.or.us>, Dustin Zimmerman <dustin.c.zimmerman@state.or.us>, "Varsha.Chauhan@state.or.us" <Varsha.Chauhan@state.or.us>, Jeff Heatherington <JeffH@familycareinc.org>, Kevin Clancy <kevinc@familycareinc.org>
**Subject: Fwd: Follow-up**

Please provide us with the detail list of members and the corresponding time periods related to the category of eligibility change and the to/from eligibility categories/rate groups.  For your information this could not come at worse time as providers are eager to close out their books. Based on the limited information provided, it appears that claim resubmission and reprocessing will be required by both providers and CCO's.  If this is not the case, please advise immediately.

Exhibit 39
Page 2 of 4 OHA_LIT_00009776

Thank you.

Bill


Sent from my iPhone

Begin forwarded message:

**From:** Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>
**Date:** December 20, 2016 at 2:50:42 PM PST
**To:** Jeff Heatherington <jeffh@familycareinc.org>, Bill Murray <billm@familycareinc.org>
**Cc:** Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>, Busek Rhonda J
<RHONDA.J.BUSEK@dhsoha.state.or.us>
**Subject: Follow-up**

Exhibit 39
Page 3 of 4 OHA_LIT_00009777

Exhibit 39
Page 4 of 4