| | |
|---|---|
| **From:** | William (Bill) Murray |
| **To:** | Chauhan Varsha |
| **CC:** | Zimmerman Dustin C; Charlie Jensen; Oscar Clark; Lynska Villiarimo; Saxton Lynne |
| **Sent:** | 11/23/2016 3:06:30 PM |
| **Subject:** | Member Enrollment and Eligibility |

Varsha,

As a follow-up to last Thursday's CCO CEO discussion regarding eligibility and enrollment concerns, I am providing the following summary of how this information is being communicated "real time" by FamilyCare to OHA. It was disheartening to hear OHA infer that the concerns and problems voiced at the CCO CEO meeting were due to plans not "getting issues to OHA real time".

- FamilyCare receives hundreds of calls each month from members that have lost eligibility. As FamilyCare has no insight into the status of a member's enrollment applications, requests for application status are directed to OHA. We have received and relayed to OHA, feedback from members that they are receiving incorrect information when they call OHA to check on enrollment/application processing.
- When FamilyCare becomes aware of <u>other</u> member enrollment/eligibility concern, FamilyCare immediately contacts OHA via phone or email.
- All member enrollment/eligibility concerns that are not immediately resolved upon initial contact with OHA are logged for follow-up by FamilyCare.
- FamilyCare follows-up on all outstanding logged member enrollment and eligibility concerns that have not been resolved by OHA after 10 days.
- Year to date through October 2016, FamilyCare has logged 8,174 member enrollment and eligibility concerns that required OHA follow-up to resolve. (As noted above, this does not include calls from members that have lost eligibility of issues that are immediately resolved upon initial contact with OHA.)
- The number of member enrollment and eligibility concerns communicated to OHA has increased significantly in the last three months. For the first seven months of 2016, the number of logged member enrollment and eligibility concerns averaged 682 per month; for the last three months (Aug-Oct 2016) the monthly average is 1,134, an increase of 66%.
- The number of logged member enrollment and eligibility concerns that are resolved by OHA within 10 days is small and the rate is declining. For the first seven months of 2016, 24.7% of the concerns FamilyCare communicated to OHA were resolved by OHA within 10 days; for the last three months (Aug-Oct 2016) only 14.6% were resolved within 10 days by OHA.

As noted above, FamilyCare has clearly and timely communicated eligibility and enrollment concerns to OHA. FamilyCare would be pleased to provide any additional information or assistance to help improve the eligibility and enrollment functions. FamilyCare employs approximately 4.5 FTE's who work solely on member eligibility and enrollment concerns as described above. It would be great to be able to reduce the resource dedicated to following up on these issues.

Thank you,

Bill

**William (Bill) Murray**
**Chief Operating Officer**
825 NE Multnomah St, Suite 1400, Portland, OR 97232
Office: 503-734-3147
Cell: 503-858-0426
Fax: 503-734-3197
*billm@familycareinc.org*



This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message.

Exhibit 41
Page 1 of 1
OHA_LIT_00009893