| From: | William (Bill) Murray |
|---|---|
| To: | 'CMS SEARODMCH' |
| CC: | Meacham, David L. (CMS/CMCHO); Freeman,Janet (HHS/OGC); Lisa Jones |
| Sent: | 11/22/2016 11:18:17 AM |
| Subject: | RE: 2017 Oregon Capitation Rates & Request for Meeting |
| Importance: | High |
| Attachments: | 2017 Rate Setting FamilyCare Confidential Prepared at the Requestof CMS.pdf |

Dear Mr. Meacham,

In response to your letter/email of yesterday, please find attached the requested list of concerns.  We now look forward to scheduling a meeting with CMS so you can hear directly from us and consider our concerns while you are reviewing the 2017 capitation rates that have been submitted by the Oregon Health Authority. Time is of the essence in scheduling the meeting as the rates are to become effective January 1, 2017.  For your assistance in determining CMS attendees at the meeting, FamilyCare representatives attending the meeting would be:

- Jeff Heatherington, CEO
- William Murray, COO
- Kevin Clancy, VP-Finance
- Representative from Milliman, FamilyCare's independent actuary

Please be assured that prior to seeking this meeting with CMS, FamilyCare has worked directly with OHA to attempt to address, remedy and resolve concerns between FamilyCare and OHA.  However, we have been unable to satisfactorily resolve the issues and concerns provided in the attached list.

My administrative assistant, Lisa Jones, is out of the office this week.  In her absence, please communicate with me in regard to scheduling the meeting.

Thank you for your assistance,

Bill


**William (Bill) Murray**
**Chief Operating Officer**
825 NE Multnomah St, Suite 1400, Portland, OR 97232
Office: 503-734-3147
Cell: 503-858-0426
Fax: 503-734-3197
billm@familycareinc.org



This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message.


**From:** CMS SEARODMCH [mailto:SEARODMCH@cms.hhs.gov]
**Sent:** Monday, November 21, 2016 10:53 AM
**To:** William (Bill) Murray <billm@familycareinc.org>
**Cc:** Meacham, David L. (CMS/CMCHO) <David.Meacham@cms.hhs.gov>; Freeman, Janet (HHS/OGC) <Janet.Freeman@hhs.gov>
**Subject:** RE: 2017 Oregon Capitation Rates & Request for Meeting

Exhibit 42
Page 1 of 7
FCI0529266

Dear Mr. Murray,

Please find attached CMS' letter of initial response to your enquiry.

Please feel free to provide your response electronically to the CMS Seattle Regional Office at: SEARODMCH@cms.hhs.gov.

Thank you,
CMS Seattle Regional Office
Division of Medicaid and Children's Health Operations

**From:** Lisa Jones [mailto:LisaJ@familycareinc.org] **On Behalf Of** William (Bill) Murray
**Sent:** Thursday, November 10, 2016 4:34 PM
**To:** Meacham, David L. (CMS/CMCHO) <David.Meacham@cms.hhs.gov>; CMS SEARODMCH <SEARODMCH@cms.hhs.gov>
**Cc:** William (Bill) Murray <billm@familycareinc.org>; Lisa Jones <LisaJ@familycareinc.org>
**Subject:** 2017 Oregon Capitation Rates & Request for Meeting

Dear Mr. Meacham,

Please find my letter attached requesting a meeting with CMS. We would appreciate CMS agreeing to set up a meeting with FamilyCare as soon as possible.

Thank you,

Bill


**Bill Murray**
**Chief Operating Officer**
825 NE Multnomah St., Suite 1400
Portland, OR 97232
Direct 503-734-3147

Facebook | Twitter | App



---

This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message. Thank you.

Exhibit 42
Page 2 of 7
FCI0529267

**2017 Rate Setting - FamilyCare Confidential**
**Prepared at the Request of CMS**

➢ **Rate Setting Process:**
- Transparency and documentation not sufficient to validate each rate setting component.
  - ○ FamilyCare cannot crosswalk the 2015 Rate Template base data submission to the final rates proposed by OHA.

- Treatment of related party transactions; related party arrangements; related party relationships

- Significant changes in actuarial rate setting methodologies used each of the last four years.
  - ○ Inconsistencies include, but are not limited to:
    - ▪ Base data expense exclusions (Primary Care).
    - ▪ Reduction in administrative expense allowance, and reclassification of medical expenses to administrative expense.
    - ▪ Application of Regional expense allowance.
    - ▪ Selectively interchanging cost relativity and risk scoring methodologies.
    - ▪ Selection of rate range payment percentile.
    - ▪ Changing/inconsistent basis for rate components (Statewide/Regional/Plan Specific)

- No documented policies to support 'policy decisions', such as Primary Care reimbursement exclusions and Administrative Expense reductions.

- Extreme variability of rates by CCO within Eligibility Categories.
  - ○ Rates within CCO/Eligibility Category differ across CCO's from 37% to 96%.

- Prior year actuarially certified rates contained a greater growth rate than the OHA "policy" limit being imposed in this year's rate development.
  - ○ Certain proposed 2017 CCO rates exceed both the actuarially certified rate as well as the OHA policy limit.
  - ○ "Policy" limit was not consistently applied across all CCO's

- The level of detail provided for in the actuarial certification was limited as compared to prior years.

- CCOs were not provided the opportunity to review the actuarial report and certification before submission to CMS for approval, and there were inconsistencies with OHA's explanation of CMS's 90 day approval requirement.

Exhibit 42
Page 3 of 7
FCI0529268

**2017 Rate Setting - FamilyCare Confidential**
**Prepared at the Request of CMS**

➢ **Base Data:**

- FamilyCare is not able to fully reconcile FamilyCare base data to that utilized by Oregon Health Authority/Optumas.

- No ability to reconcile Regional data, or validate inclusion of FamilyCare data in Regional data build-up.
  - o FamilyCare cannot validate the regional rate build without visibility into the entire rate data set.
  - o OHA claims that sharing this data is a trade secret of the state and/or a trade secret of other CCO's;  FamilyCare has not requested individual claim data, only aggregated cost and utilization data

- OHA/Oputmas has stated that they do not tie-out base data to audited financial statements for the CCO's; audited financial statements differ significantly from reported based data.

- Arbitrary reduction in direct Primary Care related payments.
  - o $34,143,140 ($23.44 PMPM) was excluded from FamilyCare's 2015 base data.
    - ▪ Partial reduction of PCP office visit reimbursement ($5,954,192).
      - • FamilyCare was not able to determine how this amount was calculated or which eligibility categories were impacted.
    - ▪ Full exclusion of amounts paid to providers for meeting quality measures and other incentives ($28,188,948).
      - • Amounts paid to these providers exceeded the quality incentive payment received from the State.
      - • FamilyCare was not able to determine which eligibility categories were reduced by this amount.
      - • Inconsistent handling across all CCO's
  - o Reason for reduction provided by OHA was a 'policy decision'.
    - ▪ FamilyCare has not been provided with a copy of the Primary Care reimbursement limitation policy.
    - ▪ Said policy was applied on a retroactive basis.
      - • In prior years filings with OHA, FamilyCare had fully disclosed its planned increases to OHA/Optumas with no objection from either party.
  - o Reductions in Primary Care payments run counter to CMS and FamilyCare's CPC+ efforts, as approved by CMS.

Exhibit 42
Page 4 of 7

FCI0529269

**2017 Rate Setting - FamilyCare Confidential**
**Prepared at the Request of CMS**

- CCOs with high base cost of care are made whole, while those CCOs with increasing medical expense investments are penalized.  Starting base costs for all CCO's not normalized.

- Inconsistent Risk Score calculation and application.
  - FamilyCare was not able to replicate the risk scores calculated by OHA.
    - Members meeting the six month eligibility requirement were not scored.
    - FamilyCare calculated scores were higher, particularly in the ACA populations.
  - FamilyCare has not seen any analysis that the member level risk scores utilized are directly correlated with the member's prospective medical utilization.
  - OHA selectively utilized Cost Relativities and Risk Scores for rate add-ons.

- Impact of related party transactions, CCO quality incentive income accounting, and CCO profitability on rate development unknown.
  - FamilyCare has not been able to determine how data related to the varying CCO business models have been normalized in the rate setting process.

- "Low" Medical Trend assumptions, including an NEMT trend assumption of 0%. Basis for trend assumptions not fully discosed/transparent.
  - Medical Utilization Trends           0% – 4.6%.
  - Medical Unit Cost Trends            0% – 6.5%.

  - Rx Utilization Trends                0.5% - 3.2%
  - RX Unit Cost Trends                 5.9% - 20.6%


- **Hepatitis C Risk Corridor:**
  - Final rules not determined.
    - Formulary additions/deletions not disclosed.
      - Drug selected by OHA may or may not be on FamilyCare's formulary, and may not be fully accepted by the provider network.
      - There is a significant cost implication depending on OHA's drug of choice.

    - Members covered not disclosed.
      - FamilyCare covered Fibrosis Stage 4 in 2015, and Stages 3 and 4 in 2016.
      - OHA considering covering Fibrosis Stages 2 through 4 in 2017.

Exhibit 42
Page 5 of 7

FCI0529270

**2017 Rate Setting - FamilyCare Confidential**
**Prepared at the Request of CMS**

- Funding does not provide satisfactory drug cost and utilization increases
  - OHA utilized a 0% unit cost and 2% utilization trend assumptions.
  - Incomplete YTD 9/16 FamilyCare Hepatitis C drug spend ($4.4M) is higher than proposed 2017 funding ($3.5M).
  - 2017 proposed funding guarantees FamilyCare will experience a 5% risk corridor penalty.

- FamilyCare estimates that 82 Stage 3 and 4 members will be treated in 2016 at a total expense of $8.7M.

- For 2017 FamilyCare projects that 107 Stages 2 – 4 members will receive treatment at cost of $11.8M utilizing Eplcusa.

- The addition of  Stage 2 members in 2017 utilizing Eplcusa would cost an estimated $5.5M.

- Disproportionate funding for CCOs in same region.
  - FamilyCare utilized the limited amount of information provided by OHA to calculate the following:
    - FamilyCare amount removed from 2015 based data - $3.5M, FamilyCare 2017 proposed funding - $3.5M.
    - Health Share amount removed from 2015 base data - $15.8M, Health Share 2017 proposed funding - $26.5M.

➤ **Maternity:**
- FamilyCare has not been able to replicate OHA's case rate results utilizing the rating methodology provided by OHA.

➤ **Administrative Expense:**
- Reduction of Administrative Expense load.
  - Current proposal:
    - Administration                          7.7%  (was 8 - 10%)
    - Case Management/Flexible Benefits        0.9%  (2016 and prior – included in Medical Expense)
    - Profit                                   1.0%  (2016 and prior – 1.0%)
    - Contingency                              0.5%  (2016 and prior – 1.0%)

Exhibit 42
Page 6 of 7
FCI0529271

**2017 Rate Setting - FamilyCare Confidential**
**Prepared at the Request of CMS**

- Administrative Expense allowance based on regional expense measurement.
  - o FamilyCare expenses are combined with another CCO that operates with an extensive related party structure.
    - ▪ FamilyCare has not been provided visibility as to how the administrative expenses of disparate organizations has been accumulated.

- Reclassification of Medical Expense components to Administrative Expense.
  - o Effectively reduces the amounts available for servicing our members.
  - o Inconsistent with CMS minimum loss ratio calculation.

- Less than 1% funding for Flexible Benefits, and a direct reduction to Administrative Expense.

➢ **2017 Rate Sufficiency:**
- Proposed 2017 FamilyCare rates are not sufficient to cover medical and administrative expenses necessitating a Premium Deficiency Reserve.

Exhibit 42
Page 7 of 7
FCI0529272