| | |
|---|---|
| **From:** | Jeff Heatherington |
| **To:** | ThieleCirka Sandy |
| **Sent:** | 12/1/2016 2:32:08 PM |
| **Subject:** | RE: Senate Health Care Committee Presentation 12/12 |

Sandy,

The presenters for FamilyCare will be Me and Bill Murray, COO.

Jeff Heatherington

**From:** ThieleCirka Sandy [mailto:Sandy.ThieleCirka@oregonlegislature.gov]
**Sent:** Thursday, December 1, 2016 12:43 PM
**To:** Jeff Heatherington <JeffH@familycareinc.org>; Ashlen <ashlen@healthshareoregon.org>
**Cc:** Scott Gallant <gallant4681@comcast.net>; Karen Mainzer <kmainzer@comcast.net>
**Subject:** Senate Health Care Committee Presentation 12/12
**Importance:** High

Jeff and Ashlen,
Senator Monnes Anderson has scheduled this issue (see email below) on the Senate Health Care Committee Dec. 12, 2016 agenda. I will be finalizing the agenda today or tomorrow. She has allocated 20 minutes for the discussion and we've titled it: "CCO Rate Setting Process and Issues". Once you have identified the presenters, just let me know and we will add their names to the agenda. Questions or concerns, don't hesitate to contact me

Thanks in advance,

Sandy Thiele-Cirka, Administrator
Senate Health Care Committee
503.986.1286

**From:** Jeff Heatherington <JeffH@familycareinc.org>
**Sent:** Tuesday, November 29, 2016 5:14 PM
**To:** Sen.LaurieMonnesAnderson@state.or.us
**Subject:** Legislative Days Hearing for Senate Health Comm.

Senator Monnes Anderson

I request some time on the upcoming agenda to talk about the rates setting process for 2017 and the profitability problems that have evolved from the rates over the last 4 years. I think it will be constructive for the committee to see how the rate methodologies have affected profits of the two plans in Portland and some of the downstate plans.

As you suggested, the committee should invite HealthShare of Oregon and CareOregon to be part of the discussion. We will be glad to work with whoever you choose to work out the details.

Many Thanks for your continuing interest.

Jeff Heatherington, LHD (Hon)
President and CEO

Exhibit 43
Page 1 of 2

FCI0019025

FamilyCare, Inc.
825 NE Multnomah
Portland, OR  97211
503-471-2102

Exhibit 43
Page 2 of 2

FCI0019026