| | |
|---|---|
| **From:** | Art Suchorzewski |
| **To:** | Damis-Wulff, Alexa (Merkley); Oken-Berg, Jake (Merkley); Jochimsen,Stacey (Merkley) |
| **CC:** | William (Bill) Murray; Karen Mainzer(karen@gallantpolicyadvisors.com); gallant@gallantpolicyadvisors.com |
| **Sent:** | 12/9/2016 3:53:10 PM |
| **Subject:** | RE: Thank you |

Hi Alexa,

Thank you for keeping us updated. We are currently working on scheduling a conference call with Anne Dwyer on Senator Wyden's Finance Committee staff for later next week. Additionally, we had a productive first meeting with CMS this week and will be continuing the conversation with them going forward.

Have a great weekend,

Art


**Artur (Art) Suchorzewski**
**Director of Government Affairs**
825 NE Multnomah St., Suite 1400
Portland, OR 97232
Direct: 503-345-5755
Cell: 413-244-9711


Facebook | Twitter | App




**From:** Damis-Wulff, Alexa (Merkley) [mailto:Alexa_Damis-Wulff@merkley.senate.gov]
**Sent:** Friday, December 9, 2016 1:40 PM
**To:** Oken-Berg, Jake (Merkley) <Jake_Oken-Berg@merkley.senate.gov>; Art Suchorzewski <ArtS@familycareinc.org>; Jochimsen, Stacey (Merkley) <Stacey_Jochimsen@merkley.senate.gov>
**Cc:** William (Bill) Murray <billm@familycareinc.org>; Karen Mainzer (karen@gallantpolicyadvisors.com) <karen@gallantpolicyadvisors.com>; gallant@gallantpolicyadvisors.com
**Subject:** RE: Thank you

Hi Art,

Thanks for your patience. I had a chance to touch base with Senator Wyden's Finance staff, as we had discussed. It sounds like they are briefed on the situation as well, and aware of your interest in speaking with CMS leadership about the 2017 rate setting process. Please feel free to keep both of our offices apprised of any new developments, along with Rep. Blumenauer's staff, who I think you're already in touch with.

Best,
Alexa

**Alexa Damis-Wulff**
*Legislative Assistant*
Office of Senator Jeff Merkley

Exhibit 44
Page 1 of 3

FCI0027069

313 Hart Senate Office Bldg.
Washington, DC 20510 | (202) 224.3753
Sign up for Senator Merkley's E-newsletter
Become a Supporter on Facebook
Follow Jeff on Twitter

Please Note: Meetings with Senator Merkley and staff are closed to the media.  Meeting participants who wish to take photos, record video or to publish accounts of their meetings in the media must get explicit permission from Senator Merkley's office in advance.

**From:** Oken-Berg, Jake (Merkley)
**Sent:** Friday, December 2, 2016 7:04 PM
**To:** Art Suchorzewski <ArtS@familycareinc.org>; Damis-Wulff, Alexa (Merkley) <Alexa_Damis-Wulff@merkley.senate.gov>; Jochimsen, Stacey (Merkley) <Stacey_Jochimsen@merkley.senate.gov>
**Cc:** William (Bill) Murray <billm@familycareinc.org>; Karen Mainzer (karen@gallantpolicyadvisors.com) <karen@gallantpolicyadvisors.com>; gallant@gallantpolicyadvisors.com
**Subject:** RE: Thank you

Great to speak with you all yesterday!

-Jake

Jake Oken-Berg
Business Liaison
Office of U.S. Senator Jeff Merkley
503.326.2746 - Direct

**From:** Art Suchorzewski [mailto:ArtS@familycareinc.org]
**Sent:** Friday, December 2, 2016 11:10 AM
**To:** Oken-Berg, Jake (Merkley); Damis-Wulff, Alexa (Merkley); Jochimsen, Stacey (Merkley)
**Cc:** William (Bill) Murray; Karen Mainzer (karen@gallantpolicyadvisors.com); gallant@gallantpolicyadvisors.com
**Subject:** Thank you

Hi Jake, Stacey, and Alexa,

Thank you so much for meeting with me and Bill yesterday to discuss rate-setting for Coordinated Care Organizations. Since I do not yet have my business cards, I wanted to ensure that you have my contact information. I look forward to working with you.

Sincerely,

Art

**Artur (Art) Suchorzewski**
**Director of Government Affairs**
825 NE Multnomah St., Suite 1400
Portland, OR 97232
Direct: 503-734-5755
Cell: 413-244-9711

Facebook | Twitter | App

Exhibit 44
Page 2 of 3

FCI0027070



This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message. Thank you.

Exhibit 44
Page 3 of 3

FCI0027071