| | |
|---|---|
| **From:** | Art Suchorzewski |
| **To:** | Art Suchorzewski |
| **Sent:** | 12/12/2016 9:30:51 AM |
| **Subject:** | FamilyCare Senate Committee Presentation |
| **Attachments:** | 94554.pdf; ATT00001.txt |

FCI0028209

Exhibit 45
Page 1 of 16



# Oregon Health Plan
# 2017 Capitation Rate Issues
# December 12, 2016

Jeff Heatherington, LHD(Hon)
President and CEO
William Murray, CPA
Chief Operating Officer

FCI0028210

Exhibit 45
Page 2 of 16

# Key Issues in OHA Rates

➢ For the rates to be "actuarially sound" they must meet the criteria to "**provide for all reasonable, appropriate and attainable costs under the terms of the contract**" (not force an operating loss)

➢ For three years in a row, OHA's rates for FamilyCare have been explicity calculated to produce an operating loss

  ➢ For 2015 Rates: $ 31.5 million operating deficit
    ➢ Raised in July, 2015 to $ 55.1 million through a "clawback"
  ➢ For 2016 Rates: $ 44.8 million operating deficit
  ➢ For 2017 Rates: $ 55.7 million operating deficit estimate*
    ➢ This is the same figure as the 2015 "Clawback"

*Projections developed by Milliman, an independent actuary



2

FCI0028211

Exhibit 45
Page 3 of 16

# Lack of Transparency

- OHA/Optumas unwilling to share base/source information to validate accuracy, fairness and actuarial soundness
  - ➢ Lack of information sharing suggests rates are not accurate, fair or sound; FamilyCare public record requests not responded to
  - ➢ Prior to 2014, information sharing was not an issue
  - ➢ OHA/Optumas claims transparency achieved based on number of meetings held, not actual information shared

- Under OHA/Optumas there have been significant changes in the rate development methodologies used in each rate-setting cycle
  - ➢ Changes in methodologies appear to be driven by OHA target rate objectives for individual CCO's

- Oregon leadership unwilling to meet with FamilyCare to discuss/resolve OHP rate development and OHP program operation concerns

FamilyCare Health

3

FCI0028212

Exhibit 45
Page 4 of 16

# Related Party Profits

- In 2015 Rate Development, OHA stated that the $70 Million profit for FamilyCare was **too high**. Base costs were reduced by $70 M.

- The other CCO's passed profits to related parties, at similar profit levels, which were left in base data as costs
  - ➢ FamilyCare analysis indicates base data used by OHA/Optumas in rate-setting includes $426 million per year of "inflated costs" attributable to related-party profits

- OHA/Optumas has ignored pervasive CCO related-party transactions with CCO ownership/control entities:
  - ➢ CMS requires reporting of pass through profits
  - ➢ FamilyCare base data includes no related-party transactions. Other plans base data includes profits.  No related-party transaction reporting under OHP contract
  - ➢ FamilyCare's rates are understated compared to CCO's with related-party transactions



4

# Overview of Rate Development

- **I. Base Data Submission Reconciliation**
  - ➤ FamilyCare is not able to reconcile FamilyCare base data submission to OHA/Optumas Regional Average base data used in rate setting

  - ➤ Not enough transparent data provided to reconcile regional data
    - OHA claims that the unit cost data is a trade secret
    - FamilyCare has only requested aggregated cost and utilization data



5

FCI0028214

Exhibit 45
Page 6 of 16

# I. Base Data (continued)

➤ OHA/Optumas "rate template" instructions are brief/vague; inconsistent reporting across CCO's

➤ OHA/Optumas did not reconcile base data to CCO audited financial statements

➤ OHA/Optumas excluded, *by policy*, $34.1 million of FamilyCare primary care payments from Base Data [a]

- FamilyCare not able to validate how OHA/Optumas determined the amount and how the amount was applied to individual rate cells

- OHA "Policy Decision" non-existent; FCI requested a copy of the policy but has only received a generic description referenced in PPT.

  o *"Policy " applied on retroactive basis as FamilyCare had communicated its PCP payment strategy to OHA/Optumas in writing several years in 2015* [b]

  o *OHA/Optumas reductions run counter to CMS's CPC+ drive to enhance PCP reimbursements; violates the Global budget concept in Oregon Law, and violates the "Clawback" Legislation passed in 2016*

  o *Other CCO's are compensating primary care at similar levels with no known reduction by OHA/Optumas*

a. *Violates Global Budget provisions in legislation*
b. *Violates "clawback" Legislation*

**FamilyCare Health**

6

# Base Data Calculations Reward High Cost Plans

➢ Base Data by rate cell and region is used to set rates

- CCOs with high base cost receive a larger portion of the state wide average rate

- The Regional Average PMPM cost is used without normalization of risk score differences to the statewide average

- CCOs modifying cost structure for medical investments and increasing efficiencies are penalized



7

FCI0028216

Exhibit 45
Page 8 of 16

# II. Rate Setting Process

- ## II. Rate Setting Process
  - ➤ Year-over-Year inconsistencies in OHA/Optumas rate development methodologies; examples include, but are not limited to:
    - ➤ Primary Care Expense Exclusion from base data
    - ➤ Administrative or non-benefit expense reductions and medical expense reclassifications
      - The "policy decisions" for these are not documented
    - ➤ Regional non-benefit expense allowances
    - ➤ Mixing risk scoring and "cost relativity experience" selectively
    - ➤ Rate range payment percentile inconsistent by region



8

# II. Rate Setting Process (continued)

- ➢ Variability of rates by CCO within eligibility categories as much as 98%.
    - ➢ Rate categories should have minimal variability

- ➢ Policy limits not consistent across CCOs
    - ▪ Some 2017 CCO rates exceed the actuarially certified rate as well as policy limit. While others are restricted to them
- ➢ FamilyCare consistently the lowest paid CCO and 17% lower than HealthShare for the last three years
- ➢ FCI's 2017 rates are 16% lower than its 2014 rates



9

FCI0028218

Exhibit 45
Page 10 of 16

# II. Large Plan Comparison

|  | Health Share | FamilyCare | Willamette Valley | Trillium | All CCOs |
|---|---|---|---|---|---|
| CY2015 Member Months | 2,792,111 | **1,456,042** | 1,172,582 | 1,071,399 | **10,894,743** |
| Base Data (Statewide Rate Cell Mix) | $271 | **$271** | $307 | $270 | **$286** |
| Impact of Base Data to Base Rate | $49 | **$49** | $64 | $61 | **$59** |
| Impact of Risk-Adjusting Base Rate | $8 | ($19) | ($20) | $18 | **$0** |
| Impact of Payment Rate Add-Ons | $116 | **$92** | $85 | $95 | **$100** |
| Payment Rate (Statewide Rate Cell Mix) | $445 | **$394** | $435 | $444 | **$446** |
| Impact of CCO-specific Rate Cell Mix | $7 | ($19) | ($29) | $24 | **$0** |
| Payment Rate (CCO-specific Rate Cell Mix) | $452 | **$375** | $407 | $468 | **$446** |
| Total Dollars at CY2015 Member Months | $1,262,579,938 | **$545,652,154** | $476,787,255 | $501,906,113 | **$4,854,786,506** |



FCI0028219

Exhibit 45
Page 11 of 16

# III. Projection Assumptions

- III. Projection Assumptions
  - ➢ Rate setting adjustment components not transparent
    - There is insufficient documentation for each adjustment component
    - There is a lack of transparency in how each of the adjustment factors was calculated
    - Trends vary significantly from actual observed trend in base data



11

# III. Projection Assumptions (continued)

➢ Unable to reconcile calculation of Risk Score (RS) Adjustment
- FamilyCare not able to replicate calculation of RS average
  - *FamilyCare scores were higher than posted, particularly for ACA*

- OHA/Optumas selectively uses cost relativities to experience rate some rate cells and then applies a risk score to the rate add-ons [a]

● Hepatitis C risk corridor
- Final ruled not determined
  - *Members covered not disclosed*
  - *Risk specific category but different rates for CCO's*



12

FCI0028221

Exhibit 45
Page 13 of 16

# III. Projection Assumptions (continued)

- ➢ Administrative expense
  - ▪ Reduced: Admin Expense allowance approximately 28%

- ➢ Medical expenses reclassified as Admin
  - ▪ Moved Case Management Expense into Admin [a]
    - ▪ Has been a medical expense for last 20 years. Reduces amounts available for servicing our members, and is inconsistent with CMS MLR calculations

- ➢ Based on regional expense assessments. Rather than State-wide consistent rate for first time in 20 years



13

FCI0028222

Exhibit 45
Page 14 of 16

# Impact on FamilyCare

➢ 2015 Fiscal Year – Resolved through OHA/FCI settlement

➢ 2016 FY – Operating deficit Approx. $ 44.8 M *offset by PDR of $ 31.5 M, Quality Bonus $13.3 M*

➢ 2017 FY – Projected Operating deficit $ 55.7 M

➢ If FCI rates were equal to HSO we would realize an operating gain of approximately $15 M or 3.2%

➢ No other CCO has been affected in this manner in their rates.



14

FCI0028223

Exhibit 45
Page 15 of 16

**PlaceholderTXT**

**File Name:**                    ATT00001.txt

FCI0028224

Exhibit 45
Page 16 of 16