# SENATE INTERIM COMMITTEE ON HEALTH CARE

December 12, 2016                                         **Hearing Room B**
08:00 AM

    **MEMBERS PRESENT:**    Sen. Laurie Monnes Anderson, Chair
                                     Sen. Jeff Kruse, Vice-Chair
                                     Sen. Tim Knopp
                                     Sen. Chip Shields
                                     Sen. Elizabeth Steiner Hayward

**STAFF PRESENT:**        Sandy Thiele-Cirka, Committee Administrator
                                     Debbie Malone, Committee Assistant

**EXHIBITS:**             Exhibits from this meeting are available here

**MEASURES/ISSUES:**    Informational Meeting
                                     Oregon Health Authority (OHA) Update
                                     Update on the Health Insurance Marketplace
                                     Update on Implementation of Dispensing of 12-Month supply of Contraceptives (HB 3343, 2015)
                                     Patient Centered Primary Care Home (PCPCH) Program Implementation Report
                                     Coordinated Care Organizations (CCOs) Rate Setting Process and Issues
                                     Review of 2017 Committee Legislative Concepts
                                     Introduction of Committee Legislative Concepts – Work Session

---

00:00:06      Meeting Called to Order
00:00:06      Chair Monnes Anderson
00:00:21      Vice-Chair Kruse

00:00:53      **Oregon Health Authority (OHA) Update - Informational Meeting**
00:01:24      EXHIBITS 1-2: Lynne Saxton, Director, OHA
00:02:56      EXHIBIT 3: Royce Bowlin, Behavioral Health Director, OHA
00:03:39      Dwight Holton, Executive Director, Lines for Life
00:06:59      Vice-Chair Kruse
00:09:29      Sen. Steiner Hayward
00:15:31      Chair Monnes Anderson
00:33:46      EXHIBIT 4: Dr. Katrina Hedberg, State Epidemiologist and State Health Officer, OHA
00:34:09      Dr. Jim Rickards, Chief Medical Officer, OHA

---

**This recording log is in compliance with Senate and House Rules.  For complete contents, refer to the digital audio recording.**

Exhibit 46
Page 1 of 3

| | |
|---|---|
| 00:49:45 | The following is submitted for the record without public testimony: EXHIBITS 5-6: Kevin Fitts, Executive Director, Oregon Mental Health Consumers' Association |
| 00:49:47 | **Update on the Health Insurance Marketplace - Informational Meeting** |
| 00:49:52 | Chair Monnes Anderson |
| 00:50:31 | EXHIBITS 7-8: Pat Allen, Director, Department of Consumer and Business Services |
| 00:53:49 | Sen. Steiner Hayward |
| 00:56:04 | Berri Leslie, Administrator, Oregon Health Insurance Exchange |
| 01:06:35 | **Update on Implementation of Dispensing of 12-Month supply of Contraceptives (HB 3343, 2015) - Informational Meeting** |
| 01:07:00 | Mary Nolan, Executive Director, Planned Parenthood Advocates of Oregon |
| 01:14:52 | Vice-Chair Kruse |
| 01:15:35 | Chair Monnes Anderson |
| 01:16:20 | Sen. Steiner Hayward |
| 01:18:56 | EXHIBIT 9: Pat Allen, Director, Department of Consumer and Business Services |
| 01:20:42 | Elizabeth Remley, Cambia Health Solutions |
| 01:22:33 | Jessica Adamson, Providence Health and Services |
| 01:28:40 | Marcus Watt, Executive Director, Board of Pharmacy |
| 01:32:07 | Sen. Shields |
| 01:33:06 | **Patient Centered Primary Care Home (PCPCH) Program Implementation Report - Informational Meeting** |
| 01:33:19 | EXHIBIT 10: Dr. Jim Rickards, Chief Medical Officer, Oregon Health Authority |
| 01:39:45 | Sen. Steiner Hayward |
| 01:43:03 | **Coordinated Care Organizations (CCOs) Rate Setting Process and Issues - Informational Meeting** |
| 01:43:10 | Sen. Shields |
| 01:43:35 | EXHIBIT 11: Jeff Heatherington, CEO, FamilyCare |
| 01:46:56 | Bill Murray, COO, FamilyCare |
| 01:54:24 | Janet Meyer, CEO, Health Share |
| 01:58:50 | Teresa Learn, CFO, CareOregon |
| 02:01:49 | Chair Monnes Anderson |
| 02:03:23 | Vice-Chair Kruse |
| 02:03:28 | **Review of 2017 Committee Legislative Concepts - Informational Meeting** |
| 02:03:30 | EXHIBITS 12-19: Chair Monnes Anderson |
| 02:04:49 | Rosa Klein, Deputy Director, Government Relations, Multnomah County |
| 02:08:06 | Gretchen Cook, Policy Analyst, Board of Nursing |

**This recording log is in compliance with Senate and House Rules.  For complete contents, refer to the digital audio recording.**

Exhibit 46
Page 2 of 3

02:09:31    Laurel Swerdlow. Advocacy Director, Planned Parenthood Advocates of Oregon
02:12:48    Elizabeth Remley, Cambia Health Solutions
02:14:18    Christopher Friend, Director, Government Relations, American Cancer Society
02:17:19    Nan Heim, GlaxoSmithKline
02:19:09    Courtni Dresser, Director, Government Relations, Oregon Medical Association
02:19:49    The following is submitted for the record without public testimony: EXHIBIT 20: Aaron Knott, Legislative Director, Oregon Department of Justice

02:19:53    **Introduction of Committee Legislative Concepts - Work Session**
02:19:54    Chair Monnes Anderson
02:20:00    MOTION: VICE-CHAIR KRUSE MOVES LC 425, LC 1294, LC 1743, LC 2339, LC 2373 AND LC 2555 TO BE INTRODUCED AS COMMITTEE BILLS
02:21:12    VOTE: 4-0-1
           AYES: STEINER HAYWARD, SHIELDS, KRUSE, MONNES ANDERSON
           EXCUSED: KNOPP
02:22:09    Vice-Chair Kruse
02:22:22    Sen. Shields
02:23:26    Meeting Adjourned

**This recording log is in compliance with Senate and House Rules.  For complete contents, refer to the digital audio recording.**

Exhibit 46
Page 3 of 3