| | |
|---|---|
| **From:** | Saxton Lynne |
| **To:** | Darby BethAnne; Marcott Mikayla |
| **Cc:** | Crowell Courtney W; Cowie Robb; WAHL Jeffrey |
| **Subject:** | Re: Attorney-Client privilege: Family Care Comms Plan |
| **Date:** | Saturday, February 18, 2017 3:19:29 PM |

Hi all - I had the chance to review this on the plane. There are some new developments that I think will build on the already good start you have outlined. Please have Mikayla convene us for a conversation. It does not need to be the coming week. Please embed this attachment in the invite, Mikayla. Thank you!

Sent from my iPad

On Jan 26, 2017, at 11:03 AM, Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us> wrote:

> Lynne --- Please review the attached draft. Courtney conferred with Janell, Kate and Jeff Fritsche in building it out. She also use the slides that FC presented at the last session, as well as the materials from last cycle.
>
> Thanks,
>
> BethAnne
>
> ---
>
> **From:** Crowell Courtney W
> **Sent:** Thursday, January 26, 2017 10:40 AM
> **To:** WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>; Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Cowie Robb <ROBB.COWIE@dhsoha.state.or.us>
> **Subject:** RE: Attorney-Client privilege: Family Care Comms Plan
>
> Here's an updated draft.
>
> Thanks,
> Courtney
>
> **Courtney Warner Crowell**
> *Communications Officer*
> External Relations Division
> Portland, Oregon
> Courtney.w.crowell@state.or.us
> cell: 971-712-6503
>
> <image002.jpg>



Darby
EXHIBIT NO. 1091
7-25-2018
Schmitt Reporting

OHA_LIT_00613762

Exhibit 47
Page 1 of 4

CONFIDENTIALITY NOTICE

This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** Wahl Jeffrey [mailto:jeffrey.wahl@doj.state.or.us]
**Sent:** Monday, January 23, 2017 8:45 AM
**To:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Crowell Courtney W <COURTNEY.W.CROWELL@dhsoha.state.or.us>
**Subject:** RE: Attorney-Client privilege: Family Care Comms Plan

The next meeting that is scheduled with FC is Feb 6. Nothing has been scheduled after that but there is likely to be at least one more meeting. Then there is the possibility of mediation after that.

**Jeff Wahl**
Oregon Department of Justice

503.947.4432    Fax:  503.378.3784
OHA/DHS Office:  503.945.7668 (M-Th a.m)

**From:** Darby BethAnne [mailto:BETHANNE.DARBY@dhsoha.state.or.us]
**Sent:** Friday, January 20, 2017 5:52 PM
**To:** Crowell Courtney W
**Cc:** Wahl Jeffrey
**Subject:** RE: Attorney-Client privilege: Family Care Comms Plan

JEFF --- IS there a calendar for the discussion? I mean do we know when you discuss which subjects? That might help us plan our communications...

HI Courtney –

I think we are talking about a session-long strategy (through May or so).  The Legislature will be a key audience, and the goal will be to ensure that they have enough information that they want to stay out of the dispute both through legislation and committee hearings--- we should assume that FC will be trying to pull them in and will have an active lobbying strategy that will focus on that OHA is targeting them based on the last settlement... I think I sent you a the presentation they put together for the dispute resolution process that will give you the themes.

Our goal will be to create enough information buzz that it causes the legislature to question what FC is trying to sell.. Last cycle, FC was able to build a great deal of legislative empathy and thus pressure on that agency, until we started communicating our own perspective.

OHA_LIT_00613763

Exhibit 47
Page 2 of 4

We should consider that our comms strategy needs an "in-the-builidng" strategy as well as an external comms strategy...

**BethAnne Darby**
Director, External Relations Division
OREGON HEALTH AUTHORITY
BethAnne.Darby@state.or.us
503-798-7100
www.oregon.gov/OHA

*Assistant: MiKayla Marcott (MiKayla.Marcott@state.or.us)*

---

**From:** Crowell Courtney W
**Sent:** Friday, January 20, 2017 2:54 PM
**To:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>
**Cc:** WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>
**Subject:** Attorney-Client privilege: Family Care Comms Plan

BethAnne,

Here is a first draft of the Family Care communications plan. I don't really know the timeline so this is focused more on the near term. Let me know if you want to talk more about this or have suggestions on how to improve.

Thanks,
Courtney

**Courtney Warner Crowell**
*Communications Officer*
External Relations Division
Portland, Oregon
Courtney.w.crowell@state.or.us
cell: 971-712-6503

<image004.jpg>

CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

OHA_LIT_00613764

Exhibit 47
Page 3 of 4

<Family Care Comms Plan.docx>

OHA_LIT_00613765

Exhibit 47
Page 4 of 4