1

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

|  |  |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) ) |
| Plaintiff, | ) ) ) No. |
| v. | ) 6:18-CV-00296-MO ) |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

VIDEOTAPE DEPOSITION OF

RHONDA J. BUSEK

Taken in behalf of Plaintiff

*   *   *

August 2, 2018

510 Hawthorne Avenue S.E., Sequoia Room

Salem, OR 97301

Shannon K. Krska,

CSR, CCR

Court Reporter

Exhibit 48
Page 1 of 6

Rhonda J. Busek, 8/2/2018        FamilyCare v. OHA, et al.

160

Q.   (By Ms. Brenner)  Well, let me go back and --

A.   Okay.

Q.   -- read your answer.

So I asked why OHA was concerned about the apparent movement of members, and you said: We would be concerned if there was a movement of members between any CCOs to assure that it was not due to access to care, that they were not able to access services.

And so my question was, in this situation, was OHA concerned, given there was this movement of members, that FamilyCare members who had HIV/AIDS did not have adequate access to care?

A.   I think it would be a question, and then, dependent upon what was found, would create the concern.

Q.   Did OHA find that FamilyCare was not providing adequate access to care for this population of members?

A.   Not that I recall.

Q.   And other than a survey or something else with the data, you don't have any recollection of what OHA might have done to try

to determine if that was the case?

A.    Justin and I were asked to look at complaints to see if we had any access-to-care issues for Health Share or FamilyCare, if there were access-to-care issues.

Q.    And were there?

A.    I don't recall that we found any specific to HIV.

Q.    Okay.  At this time period when FamilyCare -- strike that.

Based on your prior testimony, it sounds like what you're saying is that FamilyCare didn't have a contract with OHSU but then they later did.  Is that correct?

A.    My recollection is -- at that point in time my recollection was that they did not.  I do believe that when I checked into it they had -- I want -- my recollection is it was a letter of agreement.

Q.    Okay.  So did they later have a contract with OHSU?

A.    I don't recall.

Q.    What is a letter of agreement?

A.    I never asked for the specificity of that.  I just confirmed that they had a letter

Rhonda J. Busek, 8/2/2018          FamilyCare v. OHA, et al.

162

of -- I asked -- my recollection is I asked is there a contract with OHSU, and my understanding is is there was a letter of agreement.  For me those can be two different things dependent upon how it is written.  And I didn't ask for a copy.

Q.   So what was your understanding at that time of what a letter of agreement is?

A.   Dependent upon what the letter of agreement would say, it would define how OHSU would work with FamilyCare in delivery of services to members.

Q.   So would it allow a FamilyCare member to receive services at OHSU, at least in certain situations?

A.   Dependent upon how it was defined in the letter of agreement.

Q.   Okay.  But you didn't look into further what the terms of that letter of agreement were?

A.   I did not.

Q.   Why not?

A.   I didn't have any further questions after that.

Q.   If the concern was whether or not FamilyCare members had access to care at OHSU, why wouldn't OHA inquire further about what

Rhonda J. Busek, 8/2/2018          FamilyCare v. OHA, et al.

163

agreements were in place to allow those members to access care?

MR. KOTHARI:  Objection, I think this has been asked and answered.

THE WITNESS:  I don't have anything to add.

Q.   (By Ms. Brenner)  At this time, when FamilyCare had this letter of agreement with OHSU, did it have contracts with other providers who provided services to people with HIV/AIDS?

A.   What type of providers?

Q.   Medical providers.

A.   For what type of services?

Q.   Services specific for people with HIV/AIDS or services that they would need for that condition.

A.   I would need to look at their DSN report at that point and their reporting of what providers they had available.

Q.   And you don't recall receiving any information or seeing any information about there being issues with access to care for FamilyCare members with HIV/AIDS?

A.   I don't recall any information I looked at.

Rhonda J. Busek, 8/2/2018                FamilyCare v. OHA, et al.

279

                    C E R T I F I C A T E

          I, Shannon K. Krska, a Certified

Shorthand Reporter for Oregon, do hereby certify

that, pursuant to stipulation of counsel for the

respective parties hereinbefore set forth,

RHONDA J. BUSEK personally appeared before me at

the time and place set forth in the caption

hereof; that at said time and place I reported

in Stenotype all testimony adduced and other

oral proceedings had in the foregoing matter;

that thereafter my notes were reduced to

typewriting under my direction; and that the

foregoing transcript, pages 1 to 280, both

inclusive, constitutes a full, true and accurate

record of all such testimony adduced and oral

proceedings had, and of the whole thereof.

          Witness my hand and CSR stamp at

Vancouver, Washington, this 9th day of August,

2018.

          _____
          SHANNON K. KRSKA
          Certified Shorthand Reporter
          Certificate No. 90-0216
          Commission Expires: 12/31/20

        Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Exhibit 48
Page 6 of 6