| | |
|---|---|
| **From:** | Saxton Lynne |
| **To:** | ALLEN Patrick * DCBS |
| **CC:** | VANDEHEY Jeremy * GOV; CALIROBISON Laura * DCBS; JAGGER Dawn A * DCBS; VANWINKLE Theresa A * DCBS; Darby BethAnne; Black Jeston J |
| **Sent:** | 1/23/2017 2:51:47 PM |
| **Subject:** | Re: SB 233 and 236 |

Interesting concept. Maryland has a single rate setting entity. Did they give your the reason for the rate setting at DCBS - more commericial experience? Think commercial and public markets blending? I am interested in their rationale.

Sent from my iPad

On Jan 23, 2017, at 10:39 AM, ALLEN Patrick * DCBS <Patrick.Allen@oregon.gov> wrote:

Just met with Bill Murry and Art Suchorzewski with Family Care regarding these committee bills. They turn out to be FC bills, both of which introduce DCBS into the global budget/rate setting process for CCOs. 233 creates a rate approval process at DCBS, 236 has us approving all global budgets.

We talked about some logistical issues regarding the bills, but I was noncommittal regarding the substance. I'd imaging we're all opposed, but I could also imagine some remote reasons we'd be in favor. In general, I pointed out the difficulty of moving from a contractual relationship to a regulatory one.

We should probably discuss, perhaps at our next coordinating meeting, to figure out where we are. Meantime, wanted you to be aware they are shopping the bills. Of note, these came out of interim Human Services, not Health Care. Not sure what, if anything, to make of that.

Pat.

Exhibit 50
Page 1 of 1
OHA_LIT_00972467