| | |
|---|---|
| **From:** | +15037987100 BethAnne Darby |
| **Participants:** | jeston.j.black@state.or.us Jeston Black (owner)<br>+15037987100 BethAnne Darby |
| **Status:** | Read |
| **Timestamp: Date:** 1/26/2017 7:27:09 AM | |

ASAP - Lynne thinks she didn't know the FC bills were coming and now feels we need a firm to help is with our strategy

Darby
EXHIBIT NO. 1087
7·25·2018
Schmitt Reporting

Exhibit 54
Page 1 of 1
OHA_LIT_00874497