| From: | Zachary Aters |
|---|---|
| To: | Fairbanks Mark R; Evans Janell R; Nass Kate M; STAPLES Roger; Fritsche Jeffrey P |
| CC: | Darby BethAnne |
| Sent: | 4/3/2017 1:07:37 PM |
| Subject: | RE: URGENT: A/C Priv - FC & Senate HC Follow-up for tomorrow |

Hi Mark,
Let me know where I can assist. One point that I would like to make is that providing a table with CCO specific rates without reference to the underlying risk score can be misleading. The reason that a particular CCO has a lower rate within their region compared to other CCOs in that region is due largely to them having a lower risk score for that rating cohort. This is something that can be exhibited/explained but not within one quick rate summary.

Zachary Aters ASA, MAAA | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2495 | c. 480.280.5881 | zachary.aters@optumas.com

-----Original Message-----
From: Fairbanks Mark R [mailto:MARK.R.FAIRBANKS@dhsoha.state.or.us]
Sent: Monday, April 3, 2017 1:03 PM
To: Evans Janell R <JANELL.R.EVANS@dhsoha.state.or.us>; Nass Kate M <KATE.M.NASS@dhsoha.state.or.us>; STAPLES Roger <Roger.STAPLES@dhsoha.state.or.us>; Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>
Cc: Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Zachary Aters <zachary.aters@optumas.com>
Subject: FW: URGENT: A/C Priv - FC & Senate HC Follow-up for tomorrow

Please see below, this is an evolving situation surrounding FC sponsored legislation

The song remains the same. Population risk to rate in the FC and HS territory drives the difference (asked and answered); I believe Jeff did a chart for all 16 CCO rates already; the rate development process again has been presented at least once; my take is the transparency issue should be handled by CCOs (some of whom do not want their proprietary utilization details made available); SB 233 impact to rural access is a point Zack brought up in a call this morning.

BethAnne's team may be reaching out today on this.

Thank you

Mark

Mark R. Fairbanks
Chief Financial Officer
OREGON HEALTH AUTHORITY
Fiscal and Operations Division
Desk: 503-947-5384
Mobile: 503-507-3792
https://urldefense.proofpoint.com/v2/url?u=https-3A__na01.safelinks.protection.outlook.com_-3Furl-3Dhttp-253A-252F-252Fwww.oregon.gov-252FOHA-26data-3D02-257C01-257Czachary.aters-2540optumas.com-257C39cde01258644b6eb7e108d47acc668c-257C81b5f3d5e5a7473f9fd7328ffbab59d8-257C0-257C0-257C636268465708061536-26sdata-3DPpnWfHZk-252Fy4dsPXavT0etorH0D1PTH91s6WMj8LbrUI-253D-26reserved-3D0&d=DwIFAg&c=7gilq_oJKU2hnacFUWFTuYqjMQlllTRstgx6WoATdXo&r=W3nsYBhfD88qDVdc_DmHrfCrdgKVPbEAidK9zU7Yf_GXE7ldDEA1sjiAusdtE306&m=S4rG-6z5Tak_MIiCubzklDCcGjmdWCS0mxwL7ECf-ps&s=rYEM44D6KQbE0m5SRi7dlvCbBwTA1kRlBZwQ1xgMXlA&e=

-----Original Message-----
From: Darby BethAnne
Sent: Monday, April 03, 2017 12:53 PM
To: Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; STINEMAN Renee <Renee.STINEMAN@doj.state.or.us>; Falk Theodore C <theodore.falk@doj.state.or.us>; WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>; SCOTT Carla A <Carla.A.SCOTT@doj.state.or.us>; Zachary Aters <zachary.aters@optumas.com>
Cc: Nieubuurt Brian <BRIAN.NIEUBUURT@dhsoha.state.or.us>; Jones Kayla

Exhibit 55
Page 1 of 3
OHA_LIT_01087657

<KAYLA.JONES@dhsoha.state.or.us>; Otrugman Melisa Z <MELISA.Z.OTRUGMAN@dhsoha.state.or.us>; Marcott Mikayla <MIKAYLA.MARCOTT@dhsoha.state.or.us>; Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>
Subject: URGENT: A/C Priv - FC & Senate HC Follow-up for tomorrow

Team -- I met with Sen Beyer & Sen Steiner Hayward this morning, and have heard from Sen Monnes Anderson that they may move the bills to W&Ms --- the parts of the FC Argument that are resonating:
1) How can two CCOs covering the same region have two such dramatically different rates? --- can we provide a table of all 16 CCOs and their finalized/adjusted rates for each year of the contract

2) Our rate setting process needs review by the legislature (this is the excuse to send to W&Ms):
--- A definition of how rates are calculated and determined to be actuarially sound
--- Steps in the review process

3) Transparency: is there any information we should provide on this question? Or just let the CCOs handle it. Why shouldn't all of the info be transparent? Did they used to be more transparent then they are now?

4) Rural impact argument has legs-- especially if we can tie it to the benefits that urban CCOs have that rural providers don't. -- what specifically will be hurt by a statewide rate? Access to providers?

We will want to be sure that our fiscals for these bills are very precise...I am meeting with Sen Devlin today too...

BethAnne Darby
External Relations Director
OHA Cell: (503)798-7100
Sent from my iPad


> On Apr 2, 2017, at 4:38 PM, Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us> wrote:
>
> Team --- Here are a few very DRAFT documents for discussion on our call tomorrow. Brian is still confirming whether we should be speaking to the amendments or the main bill. At this time, I am thinking that the most important thing is to get substantive concerns about technical questions on the written record. I've made it clear to the Chair that we may choose not to testify but to instead submit written testimony - and that we will not testify on the same panel as any of the CCOs. We will be there in a policy capacity only
>
> The Chair did make it clear that FC has bullied their way to a public hearing --- she does not anticipate that it will result in a work session, but she clearly finds Jeff forceful and mentioned that he was upset that it was not posted for a work session.
>
> BethAnne Darby
> Director, External Relations Division
> OREGON HEALTH AUTHORITY
> BethAnne.Darby@state.or.us<mailto:BethAnne.Darby@state.or.us>
> 503-798-7100
> https://urldefense.proofpoint.com/v2/url?u=https-3A__na01.safelinks.protection.outlook.com_-3Furl-3Dwww.oregon.gov-252FOHA-26data-3D02-257C01-257Czachary.aters-2540optumas.com-257C39cde01258644b6eb7e108d47acc668c-257C81b5f3d5e5a7473f9fd7328ffbab59d8-257C0-257C0-257C636268465708061536-26sdata-3DcmWq5tqdTaRjIEOt0tmiErH5x6-252FK2j1rEBXOCOlTP7w-253D-26reserved-3D0&d=DwIFAg&c=7gilq_oJKU2hnacFUWFTuYqjMQ1l1TRstgx6WoATdXo&r=W3nsYBhfD88qDVdc_DmHrfCrdgKVPbEAidK9zU7Yf_GXE7ldDEA1sjiAusdtE306&m=S4rG-6z5Tak_MIiCubzklDCcGjmdWCS0mxwL7ECf-ps&s=_Mi9YIvyCngAnD8NOO3tOaMl-uM-IMy9gn2CXcuLQNY&e=
<https://urldefense.proofpoint.com/v2/url?u=https-3A__na01.safelinks.protection.outlook.com_-3Furl-3Dhttp-253A-252F-252Fwww.oregon.gov-252FOHA-26data-3D02-257C01-257Czachary.aters-2540optumas.com-257C39cde01258644b6eb7e108d47acc668c-257C81b5f3d5e5a7473f9fd7328ffbab59d8-257C0-257C0-257C636268465708061536-26sdata-3DPpnWfHZk-252Fy4dsPXavT0etorH0D1PTH91s6WMj8LbrUI-253D-26reserved-3D0&d=DwIFAg&c=7gilq_oJKU2hnacFUWFTuYqjMQ1l1TRstgx6WoATdXo&r=W3nsYBhfD88qDVdc_DmHrfCrdgKVPbEAidK9zU7Yf_GXE7ldDEA1sjiAusdtE306&m=S4rG-6z5Tak_MIiCubzklDCcGjmdWCS0mxwL7ECf-ps&s=rYEM44D6KQbE0m5SRi7dlvCbBwTA1kRlBZwQlxgMXlA&e= >
>

Exhibit 55
Page 2 of 3
OHA_LIT_01087658

> Assistant: Mikayla Marcott (Mikayla.Marcott@state.or.us<mailto:Mikayla.Marcott@state.or.us>)
>
> <SB 234 Testimony (DRAFT).doc>
> <SB 233 Testimony (DRAFT).doc>
> <4.4 CCO Bills Memo.docx>

Exhibit 55
Page 3 of 3
OHA_LIT_01087659