Message
_____

| | |
|---|---|
| **From**: | Saxton Lynne [/O=DHS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6E786DD20DE14E21BC06A6F650761044-OR0068932] |
| **Sent**: | 6/14/2017 12:31:40 PM |
| **To**: | Busek Rhonda J [rhonda.j.busek@dhsoha.state.or.us] |
| **CC**: | Chauhan Varsha [varsha.chauhan@dhsoha.state.or.us]; Darby BethAnne [bethanne.darby@dhsoha.state.or.us] |
| **Subject**: | Re: URGENT: SB 233 Memo A/C privilege |

They are engaged; the rule making will be challenging and contentious. High stakes played out in midst of federal changes

Sent from my iPhone

On Jun 13, 2017, at 9:50 PM, Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us> wrote:

> Hi -- hope you are well!  We will have access to temp (emergency)  rule process as needed during this time and can invoke as needed.  My sense is that we will want to invoke earlier than September if we need rule changes for this process.  Are the CCOs currently engaged in this legislation as well?   If they are supportive, that will help us move this process forward.
>
> Thanks!   Have a great day!
>
> Rhonda
>
>
> **Rhonda Busek**, BS, MBA
> Provider Services Director
> OREGON HEALTH AUTHORITY
> Health Systems Division
> Desk: 503-945-6552
> Cell: 503-602-8764
> http://www.oregon.gov/OHA
>
> **From:** Saxton Lynne
> **Sent:** Tuesday, June 13, 2017 9:43 PM
> **To:** Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>
> **Cc:** Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>
> **Subject:** Re: URGENT: SB 233 Memo A/C privilege
>
> And you have factored in emergency rule making process? In September?
>
> Sent from my iPhone
>
> On Jun 13, 2017, at 8:55 PM, Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us> wrote:
>
>> Hi -- hope you are well!  The evolving calendar as it stands now:
>>
>> RFP released by October 31, 2017
>> Responses due to OHA by December 31, 2017
>> Review by completed by OHA  by mid to late February.
>> Official awards March 1, 2018.

Exhibit 57
Page 1 of 9
OHA_LIT_01246424

Thanks!  Have a great day!

Rhonda

**Rhonda Busek**, BS, MBA
Provider Services Director
OREGON HEALTH AUTHORITY
Health Systems Division
Desk: 503-945-6552
Cell: 503-602-8764
http://www.oregon.gov/OHA

---

**From:** Saxton Lynne
**Sent:** Tuesday, June 13, 2017 1:09 PM
**To:** Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Busek Rhonda J
<RHONDA.J.BUSEK@dhsoha.state.or.us>
**Subject:** FW: URGENT: SB 233 Memo A/C privilege

Rhonda, please capture for our evolving calendar. Thank you.

---

**From:** Coyner Lori A
**Sent:** Tuesday, June 13, 2017 1:04 PM
**To:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Saxton Lynne
<LYNNE.SAXTON@dhsoha.state.or.us>; Falk Theodore C
<theodore.falk@doj.state.or.us>; STINEMAN Renee
<Renee.STINEMAN@doj.state.or.us>
**Cc:** Zachary Aters <zachary.aters@optumas.com>; Black Jeston J
<JESTON.J.BLACK@dhsoha.state.or.us>; WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>;
Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Fairbanks Mark R
<MARK.R.FAIRBANKS@dhsoha.state.or.us>; Clement Leslie M
<LESLIE.M.CLEMENT@dhsoha.state.or.us>
**Subject:** RE: URGENT: SB 233 Memo A/C privilege

Frankly, we will need to have the procurement process complete 9 months prior to the
end of the contracts so that rates can be developed – rate development would begin
April 1 2018 to have them complete by Oct 1 2018 and ready to go with the new
contracts that begin Jan 1 2019.  The new contracts would also require CMS review and
approval during that time (April – Dec 2018)
Lori

Lori Coyner, MA
State Medicaid Director
OREGON HEALTH AUTHORITY
Health Policy & Analytics
503.569.3160
http://www/oregon.gov/OHA

---

**From:** Darby BethAnne
**Sent:** Tuesday, June 13, 2017 1:00 PM
**To:** Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>; Coyner Lori A
<LORI.A.COYNER@dhsoha.state.or.us>; Falk Theodore C
<theodore.falk@doj.state.or.us>; STINEMAN Renee

Exhibit 57
Page 2 of 9
OHA_LIT_01246425

<Renee.STINEMAN@doj.state.or.us>
**Cc:** Zachary Aters <zachary.aters@optumas.com>; Black Jeston J
<JESTON.J.BLACK@dhsoha.state.or.us>; WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>;
Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Fairbanks Mark R
<MARK.R.FAIRBANKS@dhsoha.state.or.us>; Clement Leslie M
<LESLIE.M.CLEMENT@dhsoha.state.or.us>
**Subject:** RE: URGENT: SB 233 Memo A/C privilege

What about this:

1. Current JH version of Sec 7:
SECTION 7. (1) Upon failure to renew a Coordinated Care Organization contract the
Oregon Health Authority shall explain why the F that is and make that explanation
publicly available no later than 90 days prior to the start date of the renewal contract
period.

**Replacement Section 7:**

"Agency shall engage in a new procurement process for Coordinated Care Organization
services no less than 9 calendar months in advance of the expiration of the current
contract, and shall complete the process no less than 90 days in advance of the first day
of the new contract. Agency procurement decisions are subject to appropriate state law
regarding appeal on procurement decisions."

BethAnne Darby
Director, External Relations Division
OREGON HEALTH AUTHORITY
BethAnne.Darby@state.or.us
503-798-7100
www.oregon.gov/OHA

Assistant: MiKayla Marcott (MiKayla.Marcott@state.or.us)


-----Original Message-----
From: Saxton Lynne
Sent: Tuesday, June 13, 2017 12:46 PM
To: Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Falk Theodore C
<theodore.falk@doj.state.or.us>; STINEMAN Renee
<Renee.STINEMAN@doj.state.or.us>; Darby BethAnne
<BETHANNE.DARBY@dhsoha.state.or.us>
Cc: Zachary Aters <zachary.aters@optumas.com>; Black Jeston J
<JESTON.J.BLACK@dhsoha.state.or.us>; WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>;
Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Fairbanks Mark R
<MARK.R.FAIRBANKS@dhsoha.state.or.us>; Clement Leslie M
<LESLIE.M.CLEMENT@dhsoha.state.or.us>
Subject: RE: URGENT: SB 233 Memo A/C privilege

Lori - need you to copy Varsha; further if we need a LONG process of external
engagement, will need to use the date of October 31. Thoughts all?

-----Original Message-----
From: Coyner Lori A

Exhibit 57
Page 3 of 9
OHA_LIT_01246426

Sent: Tuesday, June 13, 2017 12:41 PM
To: Falk Theodore C <theodore.falk@doj.state.or.us>; STINEMAN Renee
<Renee.STINEMAN@doj.state.or.us>; Darby BethAnne
<BETHANNE.DARBY@dhsoha.state.or.us>
Cc: Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>; Zachary Aters
<zachary.aters@optumas.com>; Black Jeston J <JESTON.J.BLACK@dhsoha.state.or.us>;
WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>
Subject: RE: URGENT: SB 233 Memo A/C privilege

# Privilege

Exhibit 57
Page 4 of 9
OHA_LIT_01246427

# Privilege

Exhibit 57
Page 5 of 9
OHA_LIT_01246428

# Privilege

>
> Thanks all for the good work here. I am assuming there is a significant discussion re: the challenges of this proposed legislation beyond the specifics addressed here. First, minor edits - there is a typo in Section 4 'significantl work requirement' -delete 'l'. And I am not clear 'causing confusion' in the next paragraph in this section is a sufficient reason; at least it has not been a compelling argument in other legislative efforts.
>

Exhibit 57
Page 6 of 9
OHA_LIT_01246429

> Good luck tomorrow. I have shared critical points with BethAnne, including the fact our rate methodology has had 3 consecutive years of success with CMS and is viewed as impressive.
>
> Sent from my iPad
>
>> On Jun 12, 2017, at 9:07 PM, Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us> wrote:
>>
>> Hi BethAnne
>> I have attached the final memo.  Can you please have someone put this on OHA letterhead or at least attach a logo.
>> When providing this to the speaker, please include the latest clean version of the bill.
>> Thanks to everyone for their feedback and edits.
>> Lori
>>
>> Lori Coyner, MA
>> State Medicaid Director
>> OREGON HEALTH AUTHORITY
>> Health Policy & Analytics
>> 503.569.3160
>> https://urldefense.proofpoint.com/v2/url?u=http-3A__www_oregon.gov_OH
>>
A&d=DwIFAg&c=7gilq_oJKU2hnacFUWFTuYqjMQ111TRstgx6WoATdXo&r=P2QgJ4x6se
>>
1AdpAQyE3Tsml_mV23bgstlmpfxC4TXxE&m=wQt9N61OVGBYkDiucjSOLom5SYRXWWSp
z
>> Bgl33gHWTl&s=01XVT6yRWq6B1DPhyr5Bl-FT1IYfJoYSfsEdY-1bq94&e=
>>
>>
>> -----Original Message-----
>> From: Darby BethAnne
>> Sent: Monday, June 12, 2017 10:02 AM
>> To: Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Saxton Lynne
>> <LYNNE.SAXTON@dhsoha.state.or.us>; Zachary Aters
>> <zachary.aters@optumas.com>; STINEMAN Renee
>> <Renee.STINEMAN@doj.state.or.us>
>> Cc: Black Jeston J <JESTON.J.BLACK@dhsoha.state.or.us>; WAHL Jeffrey
>> <Jeffrey.WAHL@doj.state.or.us>; Falk Theodore C
>> <theodore.falk@doj.state.or.us>
>> Subject: URGENT: SB 233 Memo A/C privilege
>> Importance: High
>>
>> Team --- Any edits to Lori's memo? Remembering - this memo will become public and is for use by the Speaker in her follow-up conversations about the bill with FC and others.
>>
>> Thanks,
>>
>> BethAnne Darby
>> Director, External Relations Division OREGON HEALTH AUTHORITY
>> BethAnne.Darby@state.or.us
>> 503-798-7100

Exhibit 57
Page 7 of 9
OHA_LIT_01246430

>> www.oregon.gov/OHA
>>
>> Assistant: MiKayla Marcott (MiKayla.Marcott@state.or.us)
>>
>> -----Original Message-----
>> From: Coyner Lori A
>> Sent: Sunday, June 11, 2017 1:20 PM
>> To: Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>; Zachary Aters
>> <zachary.aters@optumas.com>; STINEMAN Renee
>> <Renee.STINEMAN@doj.state.or.us>
>> Cc: Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Black Jeston
>> J <JESTON.J.BLACK@dhsoha.state.or.us>
>> Subject: Memo A/C privledge
>>
>> Hi all
>> When I spoke to BethAnne on Fri afternoon my understanding was that I
>> needed to have this memo to her by Monday morning so sorry for the
>> delay this weekend.  I have attached a draft memo for review as well
>> as what I assume is the latest legislation.  It was difficult to
>> track since the version BethAnne sent Friday is different than that
>> sent by Jeston so I hope I got the most recent and that is why it is
>> attached.  I tried to include issues raised by me, Ted, Kate, Renee
>> and Zach
>>
>> I outlined issues with the legislation and attempted to be succinct and direct about
the impacts.  The memo has not been formatted and is a draft so feel free to edit.
>> Thanks
>> Lori
>>
>> Lori Coyner, MA
>> State Medicaid Director
>> OREGON HEALTH AUTHORITY
>> Health Policy & Analytics
>> 503.569.3160
>> https://urldefense.proofpoint.com/v2/url?u=http-3A__www_oregon.gov_OH
>>
A&d=DwIFAg&c=7gilq_oJKU2hnacFUWFTuYqjMQ111TRstgx6WoATdXo&r=P2QgJ4x6se
>>
1AdpAQyE3Tsml_mV23bgstlmpfxC4TXxE&m=wQt9N61OVGBYkDiucjSOLom5SYRXWWSp
z
>> Bgl33gHWTI&s=01XVT6yRWq6B1DPhyr5Bl-FT1IYfJoYSfsEdY-1bq94&e=
>>
>> -----Original Message-----
>> From: Saxton Lynne
>> Sent: Sunday, June 11, 2017 12:55 PM
>> To: Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Zachary Aters
>> <zachary.aters@optumas.com>; STINEMAN Renee
>> <Renee.STINEMAN@doj.state.or.us>
>> Cc: Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>
>> Subject: Paper
>>
>> Hi all - tight schedule tomorrow. Please send me your draft paper as soon as possible,
Lori. Thank you.

Exhibit 57
Page 8 of 9
OHA_LIT_01246431

>>
>> Sent from my iPhone
>> <SB 233 memo final.docx>

Exhibit 57
Page 9 of 9
OHA_LIT_01246432