**From:** Rep Parrish
**To:** Black Jeston J; REP Parrish
**Sent:** 7/24/2017 7:46:19 PM
**Subject:** Re: Public Records Request

Jeston,

I finally finished reading the documents.  Can you tell me if you have now a final communications plan as you've said this was your draft, and what if any measures did you take as part of this initial plan.  If you have a final comms plan, I would like a copy of that.  If for example automated calls were sent to Family Care members, or the letters that were part of the plan were sent to OHP members, I'd like copies of those scripts and letters, or any other marketing materials that were produced.

One of OHAs targeted goals in these documents was to make sure that no legislation that affected CCO rate setting would pass this session.  Indeed, that stated goal happened.  So while this may have been a draft, some of the stated parts of the draft plan actually came to fruition.  Can you speak to that?

Please advise.
JP

---

**From:** Black Jeston J <jeston.j.black@state.or.us>
**Sent:** Monday, July 24, 2017 3:32 PM
**To:** REP Parrish
**Subject:** RE: Public Records Request

Representative Parrish,

Director Saxton asked me to send these documents to you as requested below. In addition, I've attached a timeline of FamilyCare's lawsuits against OHA. OHA considered the communication plan in this context exempt from production under the public records laws, which is why we denied the reporters request.

We are choosing to release the documents to you at this time. (However, despite the release of this communication plan and accompanying documents, OHA reserves all rights and privileges, including its attorney-client privilege, for any other document for which an attorney-client privilege may be asserted.)

It is standard practice for OHA communications officers to develop communications plans on a variety of issues facing the agency – we prepare communications plans on large and small topics ranging from Oregon Health Plan (OHP) benefit changes, to opioids, to Zika to encouraging doulas to become certified for Medicaid billing. We see developing a communications plan as a best practice.

Second, these communications plans are draft documents. These drafts served to sketch out a range of outreach options and messages we explored to counter FamilyCare's aggressive and often incorrect public statements. They were never formally reviewed or approved, or fully implemented.

OHA has a responsibility to ensure that taxpayer dollars are used to provide appropriate health care services to OHP members. We will continue to work with all CCOs to set actuarially sound rates and keep policymakers, stakeholders and the public informed about that process.

Let me know if you have questions.

Exhibit 59
Page 1 of 2

OHA_LIT_00682811

Thank you,

Jeston

**Jeston Black**
*Government Relations Director*
External Relations Division
Jeston.J.Black@state.or.us
503-559-8403



**From:** Saxton Lynne
**Sent:** Wednesday, July 12, 2017 9:51 AM
**To:** REP Parrish <Rep.JulieParrish@state.or.us>
**Cc:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Black Jeston J
<JESTON.J.BLACK@dhsoha.state.or.us>; STINEMAN Renee <Renee.STINEMAN@doj.state.or.us>; WAHL Jeffrey
<Jeffrey.WAHL@doj.state.or.us>
**Subject:** Re: Public Records Request

Representative Parrish - Jeston will update you regarding status of this request with the Oregon
Department of Justice.

Lynne

Sent from my iPhone

On Jul 12, 2017, at 9:46 AM, Rep Parrish <rep.julieparrish@state.or.us> wrote:
Lynne,

I'd like to get a copy of this communications plan this week please.

Best,

Julie

http://portlandtribune.com/pt/9-news/365002-244843-state-hiding-communication-plan-in-familycare-battle

Exhibit 59
Page 2 of 2

OHA_LIT_00682812