| From: | Nick Budnick |
|-------|--------------|
| To: | Lynne Saxton, Oregon Health Authority Director; Ellenberg Noah; MATASAR Emily * GOV; SOUEDE Ben * GOV; jeremy.vandehey@oregon.gov; KRON Michael C; West Keely L; Cowie Robb; Darby BethAnne |
| Sent: | 6/23/2017 4:53:16 PM |
| Subject: | Director Saxton, please stop unnecessarily delaying records release |

Director Saxton,
 I have just learned that you personally directed the agency to halt its planned release of documents to me today in order to initiate an additional round of review by OHA and DOJ, as well as by yourself personally. These records have already been reviewed multiple times, including by DOJ. Whether it is your intention, your actions will likely delay the public and lawmakers from seeing these documents while the Legislature has time to act on related legislation.
 Your actions appear to run directly contrary to Oregon Public Records Law which calls for records to be released without undue delay. My May 22 request was a narrow and specific one that normally would take a week or two.
 On June 9 I was told these records were going to be released to me within days. Then I was told they needed DOJ review. Then I was told that they would be released to me today. I just learned that you personally directed that they not be released so you could go through them personally, and so you could ask DOJ to review them again.
  In my experience, your actions are highly unusual. As your office knows, I am working on a related article, and as your office presumably knows from past experience, it needs to be finished by 7a.m. Monday. Your actiosn have the effect of depriving the public of important information about a pending issue in the Legislature. I ask that you stop unnecessarily delaying these records and order their immediate release.

 Nick Budnick
 Reporter, Portland Tribune
 503-961-5025


---------- Forwarded message ----------
From: **Nick Budnick** <nickbudnick@gmail.com>
Date: Thu, Jun 22, 2017 at 12:31 PM
Subject: interesting public records practices at OHA
To: MATASAR Emily * GOV <Emily.MATASAR@oregon.gov>



Hi Emily, Ben,
  I am sharing this with you in light of your interest in how the executive branch processes records requests. With SB 233 pending, OHA appears to be dragging its heels on a narrow, very specific request. Perhaps not coincidentally, this unnecessary delay threatens to deprive lawmakers of relevant information while the Legislature is in session. Anything you can do to assist in the prompt disclosure of these records would be appreciated.
 -Nick Budnick
 Reporter, Portland Tribune
 503-961-5025


-------
Date: Thu, Jun 22, 2017 at 12:25 PM
Subject: Petition for PRO directing OHA to release records

Noah, Michael, Kristina,

Exhibit 61
Page 1 of 4
OHA_LIT_00330377

I would appreciate your help with the following petition. I am asking that the Attorney General issue a PRO directing OHA to release the requested documents immediately.

On May 22 I requested a small number of emails (described below) from the accounts of two OHA officials within a limited time frame. They have not been released, even though at one point some time ago I was told their release was imminent. I believe the delay has reached the level of unnecessary and may well have political implications that are not coincidental. This delay of one month for a simple, narrow request amounts to a denial, in my view, and an undue delay.

As you can see from the below, my request was very narrow and specific. Given lawmakers' interest in this issue of CCOs and Familycare, and its services to hundreds of thousands of low-income Oregonians, the public has a clear interest in accessing these documents now, while legislation is pending that is directly pertinent to this request and OHA's practices regarding FamilyCare.

Thank you in advance for your consideration of this request. Please do not hesitate to call with questions.

Nick Budnick
Portland Tribune
503-961-5025

---

**West Keely L** <KEELY.L.WEST@dhsoha.state.or.us>Fri, Jun 16, 2017 at 11:07 AM
To: Nick Budnick <nickbudnick@gmail.com>
Cc: Windham Jeanne <JEANNE.WINDHAM@dhsoha.state.or.us>

Nick,

You asked for an update on your email request. Unfortunately, I over-estimated my capacity. Additionally, our internal process is being revised on a number of fronts and I have to check in with DOJ on this release. I didn't respond immediately because they were supposed to give me a time estimate but I haven't heard back and I didn't want to leave you completely hanging.

Thanks,

# Keely L. West, J.D.

**Keely L. West, J.D.**

Central Operations Lead

OREGON HEALTH AUTHORITY

Fiscal and Operations Division

Central Operations: Contracts and Policy

Records and Rules

Internal Litigation Coordination

500 Summer St. NE, E-20

Salem, OR 97301

503-945-6292

http://www.oregon.gov/OHA

Exhibit 61
Page 2 of 4
OHA_LIT_00330378

## Keely, Courtney, Robb, would appreciate your help with records request
6 messages

---

**Nick Budnick** <nickbudnick@gmail.com>                                      Mon, May 22, 2017 at 7:04 AM
To: "WEST, Keely L" <keely.l.west@state.or.us>, COURTNEY.W.CROWELL@dhsoha.state.or.us, ROBB.COWIE@dhsoha.state.or.us

Keely, Courtney, Robb
 I hope this finds you well. I would appreciate your help with the following two part request (parts A and B). Under Oregon Public Records Law I am requesting
A) all email correspondence (including attachments) received or sent by Robb Cowie at any point between Jan. 1, 2017 and February 28, 2017 that include the following terms as specifiied:
1)  "family care" and/or "familycare"
and
2) "communications plan" and/or "comms plan"

B) all email correspondence (including attachments) received or sent by BethAnne Darby at any point between Jan. 1, 2017 and February 28, 2017 that include the following terms:

1)  "family care" and/or "familycare"
and
2) "communications plan" and/or "comms plan"

Does that make sense?

Please let me know if I can help with modifying or clarifying this request. Thank you in advance for your help.

Nick Budnick
Reporter, Portland Tribune
503-961-5025

---

**West Keely L** <KEELY.L.WEST@dhsoha.state.or.us>                            Mon, May 22, 2017 at 8:44 AM
To: Nick Budnick <nickbudnick@gmail.com>
Cc: Crowell Courtney W <COURTNEY.W.CROWELL@dhsoha.state.or.us>, Cowie Robb <ROBB.COWIE@dhsoha.state.or.us>, Windham Jeanne <JEANNE.WINDHAM@dhsoha.state.or.us>

Nick,
Thank you for your request. I think it's quite clear. Please be aware we have a backlog of email searches right now but we will get the ball rolling on this and see who we can get to help prioritize the work.
Thanks,
Keely

Sent from my iPhone
[Quoted text hidden]

---

**Nick Budnick** <nickbudnick@gmail.com>                                      Mon, May 22, 2017 at 10:00 AM
To: "WEST, Keely L" <keely.l.west@state.or.us>, COURTNEY.W.CROWELL@dhsoha.state.or.us, ROBB.COWIE@dhsoha.state.or.us

Thanks a lot, Keely-- appreciate the prompt acknowledgement.
[Quoted text hidden]

---

**Nick Budnick** <nickbudnick@gmail.com>                                      Thu, Jun 8, 2017 at 1:34 PM
To: "WEST, Keely L" <keely.l.west@state.or.us>

Exhibit 61
Page 3 of 4
OHA_LIT_00330379

Hi there- do you have an ETA on this by any chance?
Thanks,
Nick

On Mon, May 22, 2017 at 7:04 AM, Nick Budnick <nickbudnick@gmail.com> wrote:
[Quoted text hidden]

---

**West Keely L** <KEELY.L.WEST@dhsoha.state.or.us>                    Fri, Jun 9, 2017 at 12:21 PM
To: Nick Budnick <nickbudnick@gmail.com>

Nick,

I need to review the proposed redactions. I will try to get it complete and out to you no later than Tuesday, sooner if possible.

Thanks,

Keely

**From:** Nick Budnick [mailto:nickbudnick@gmail.com]
**Sent:** Thursday, June 08, 2017 1:34 PM
**To:** West Keely L <KEELY.L.WEST@dhsoha.state.or.us>
**Subject:** Re: Keely, Courtney, Robb, would appreciate your help with records request

[Quoted text hidden]

---

**Nick Budnick** <nickbudnick@gmail.com>Wed, Jun 14, 2017 at 2:26 PM
To: West Keely L <KEELY.L.WEST@dhsoha.state.or.us>
Hi Keely,
 Any update on this?
Thanks,
Nick
[Quoted text hidden]

Exhibit 61
Page 4 of 4
OHA_LIT_00330380