

EXHIBIT 1226
WIT: Aters
DATE: 8-8-18
CINDY MAHONEY, RPR, RMR

**From:** Zachary Aters
**To:** Seth Adamson
**CC:** Tim Doyle
**Sent:** 8/9/2017 9:00:13 AM
**Subject:** RE: Feedback updates *DRAFT*

Good stuff!

Sorry, my fuse is a bit short this morning...OR client just blew up last night....Lynne (OHA Director) resigned as request of Governor and looks like they will be clearing house in OHA leadership. All due to political maneuvers made by FC through media and other public forums.....disaster!

Zachary Aters ASA, MAAA | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2495 | c. 480.280.5881 | zachary.aters@optumas.com

**From:** Seth Adamson
**Sent:** Wednesday, August 9, 2017 8:57 AM
**To:** Zachary Aters <zachary.aters@optumas.com>
**Cc:** Tim Doyle <tim.doyle@optumas.com>
**Subject:** RE: Feedback updates *DRAFT*

Hey Zach,

Thanks for the thoughts, and I think that all makes sense. I had missed out on the leadership reviews while I was gone, so that's good to heard.

Regarding the anonymous feedback, I agree with your comments about the cons of having this set up, and did see some of this first hand. Especially if people did not see any material changes, as it can foster resentment behind the scenes. I think the open door policy, and semi-annual review, does help address this and seems like everyone is open to providing their honest feedback. I appreciate the response, and really just wanted to make sure I shared what I had learned while I was on my semester abroad.

Tim, any other thoughts?

Thanks,
Seth Adamson | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2499 x115 | c. 480.231.6102 | seth.adamson@optumas.com

**From:** Zachary Aters
**Sent:** Wednesday, August 9, 2017 9:43 AM
**To:** Seth Adamson <seth.adamson@optumas.com>
**Cc:** Tim Doyle <tim.doyle@optumas.com>
**Subject:** RE: Feedback updates *DRAFT*

Hey Seth,
Some thoughts on your email, I copied in Tim so he can chime in as well

We started leadership reviews last year, so I think that is taken care of.

I think we are a bit more nimble, we offer each team member the opportunity to provided feedback at least twice a year during their reviews, but also they can go to any of leadership at anytime with issues...and some have over the past couple of years.

Exhibit 64
Page 1 of 2
OPT00072537

With the implementation of the leadership reviews last year, I think we should keep things as is for now. Also, if we have actuaries/consultants that are avoiding issues, then that should be addressed. As a small firm we do not have the luxury of taking on timid personalities, we have to lead and that sometimes means making unpopular decisions and/or being direct/candid.

I also would like to encourage the open door policy and make everybody comfortable with the thought of discussing issues directly with parties involved. Anonymous can be good, but it can also be a petri dish for animosity, mistrust, resentment, and scheming...which is what you find in large corporations. I think the personal relationships we have here at Optumas should be strong enough to withstand direct feedback and we should foster that as much as we can.

Just my two cents,

Zachary Aters ASA, MAAA | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2495 | c. 480.280.5881 | zachary.aters@optumas.com


**From:** Seth Adamson
**Sent:** Wednesday, August 9, 2017 8:18 AM
**To:** Zachary Aters <zachary.aters@optumas.com>
**Subject:** Feedback updates *DRAFT*

Hey -- I had done a little more thinking about our conversation in OR, and had a few additional thoughts on differences from Optum/Optumas that I was going to send over to you, Tim and Steve. I wanted to get your thoughts first before I go down that route though, so let me know what you think of my email below.

--

Hey everyone-

I had been doing some additional thinking about my experience at Optum vs. Optumas, and one area of difference was in the review process. The staff review process was very similar and was based on peer feedback, but there were two additional processes they had in place on top of normal review for staff:

1. There was an opportunity once a year for staff to provide anonymous feedback, and was a nice way to make sure their positive/negative feedback was at least heard without any personal confrontations (as actuaries tend to avoid these). This was a web-based submission so that it could remain anonymous.
2. Senior leadership also had annual reviews, on a peer-basis similar to staff reviews, which seemed beneficial as a feedback loop for them outside of the normal feedback they may get from their staff.

Any thoughts on pros or cons of implementing either of these processes?

Seth Adamson | Optumas
7400 E. McDonald, Suite 101, Scottsdale, AZ 85250
v. 480.588.2499 x115 | c. 480.231.6102 | seth.adamson@optumas.com

Exhibit 64
Page 2 of 2
OPT00072538