**From:**       Saxton Lynne
**To:**         Darby Bethanne
**CC:**         Vandehey Jeremy
**Sent:**       1/12/2016 8:50:32 AM
**Subject:**    Re: CCO Bill Concept


We need to discuss; this is much less of a concept approach and more specifically the FC approach. Have some ideas on how to manage.

Sent from my iPad

On Jan 12, 2016, at 6:01 AM, Darby Bethanne <BETHANNE.DARBY@dhsoha.state.or.us> wrote:


Sent from my iPhone

Begin forwarded message:

**From:** VANDEHEY Jeremy * GOV <Jeremy.VANDEHEY@oregon.gov>
**Date:** January 11, 2016 at 11:37:18 PM PST
**To:** Darby Bethanne <BETHANNE.DARBY@dhsoha.state.or.us>
**Subject: FW: CCO Bill Concept**

Lori is reviewing, right?

**From:** McFadden Julie [mailto:julie.mcfadden@state.or.us]
**Sent:** Monday, January 11, 2016 10:28 AM
**To:** VANDEHEY Jeremy * GOV <Jeremy.VANDEHEY@oregon.gov>
**Subject:** CCO Bill Concept


Good Morning, Jeremy
It was good to see you Friday! I hope you had a good visit in Southern Oregon.
Attached is the more current draft concepts for Senator Bates' health care bill.
Senator Bates is interested in your feedback.

Thank you,
Julie


Julie McFadden
Legislative Aide
**Senator Alan C. Bates**
Interim: 2859 State Street, #101
        Medford, OR 97504
        (541) 864-0990
Capitol: 900 Court Street NE, S-205
        Salem, OR 97301
        (503) 986.1703

Exhibit 67
Page 1 of 5
OHA_LIT_00016789

&lt;LC 36 concept notes v.2.pdf&gt;

Exhibit 67
Page 2 of 5
OHA_LIT_00016790

A. Establishing global budgets

      1. Rates shall be established prospectively, remain in effect for 12 months and may not be reduced retroactively unless required by federal law.  Global payments to a CCO may be adjusted solely on the basis of changes in enrollment numbers for the CCO.

      2. OHA shall develop rates for a calendar year no later than August 1. OHA shall  provide an opportunity to CCOS to review and comment on the rates.  OHA shall provide a written response to any comments submitted. Final rates must be submitted to CMS for review no later than September 1 of the prior year.

      3. The rates:
-- must reflect the costs of each CCO for medical costs and for expenditures addressing the social determinants of health.
--Must use risk models that are applied uniformly statewide and do not vary by geographic region.
--Must consider profits earned by CCOs, its contractors and subcontractors.
--Must be based on all medical and non-medical services that must be provided to CCO members for the calendar year.  OHA may not add service requirements for CCOs if the cost of the new service requirements exceed 1% of the CCOs global budget.  Services that cost in excess of 1% of the global budget may be added for the next rate setting period.
--Must be based on uniform data requirements for all CCOs so that rates and data for each CCO may be compared.
--Must allow for and take into consideration the reinvestment of excess reserves and profits to serve the "triple aim" and social determinants of health. (see D.4. below)

      4. OHA shall make readily available, by July 1 of each year,
-- all financial and utilization data used in setting the rates including, but not limited to the average utilization of each category of service per 1000 members and the average cost per unit for each category of service.  The data must be broken down by geographic region and for each category of eligibility.
--all financial transactions between each CCO, its contractors and subcontractors, including the amount of each transaction and all parties to the transaction and a description of how the financial transactions were considered in the OHA's rate setting process.   This does not include transactions between a CCO and individual health care providers.
--The profits earned by each CCO, its contractors and subcontractors for the prior calendar year.

      5.  OHA must amend SPA or seek waiver authority necessary to comply with above requirements regarding global budgets.

B. Incentive payments

OHA shall provide CCOs with the requirements to qualify for incentive payments during a year, no later than October 1 of the previous year.

C. Open records

      1. OHA shall maintain and make readily available a log of all open records requests it receives related to rate setting, a summary of each request, the OHA's response and date of response.

<div align="center">1</div>

Exhibit 67
Page 3 of 5
OHA_LIT_00317523

2. OHA shall post to its website, in a readily available location, all written communications and a summary of all oral communications to or from the Centers for Medicare and Medicaid Services, no later than 24 hours after the communication is sent or received.

D. CCO contracts

1. OHA may not terminate a contract based on a CCO's refusal to agree to decreases in rates from the prior calendar year or modifications to rates for the current year.   If unable to reach agreement, rates from previous year remain in effect until the earlier of:
a.   a court makes a determination (see .3);
b. the CCO declines to seek judicial review.

2. OHA must require CCOs to incorporate alternative payment methodologies, as described in ORS 414.653. (Requires amendment to 414.653)

3. OHA must provide written notice of its intent to terminate a contract.  A CCO has the right to file an action in circuit court to challenge the notice.  The CCO may seek a preliminary injunction to bar termination of the contract during the pendency of the appeal.

5. OHA must renew a contract with a CCO every five years if the CCO is meeting 80% of the outcome, quality and access metrics.

6.  OHA may terminate a contract only if the CCO fails to meet quality and outcome measures established under ORS 414.638, fails to meet criteria adopted by OHA under ORS 414.625 or is in breach of contract but only after allowing the CCO a reasonable period of time in which the cure the failure.

? Each CCO must maintain reserves in the same amount required by DCBS of commercial insurers under ORS 731.554.  Amounts in reserve that exceed the amount specified in ORS 731.554 must be reinvested.  CCOs shall report to OHA the amount of such funds reinvested and how the funds were reinvested.

E. Transfer of members

Upon request, a member may transfer from one CCO to another CCO serving the geographic region where the member resides, no more than once every six months.

F. OHP application processes

OHA must process 99% of all applications and renewals no later than 30 days after the submission of a completed application.

G. Direct entry midwives

OHA must provide medical assistance to pregnant women who elect a home birth and do not enroll or disenroll from a CCO for that reason, on a fee-for-service basis during the term of the pregnancy and with respect to any complications in labor or delivery arising from the home birth.

Exhibit 67
Page 4 of 5
OHA_LIT_00317524

3

Exhibit 67
Page 5 of 5
OHA_LIT_00317525