**From:** BETHANNE.DARBY@dhsoha.state.or.us on behalf of bethanne.darby@dhsoha.state.or.us
**To:** Coyner Lori A
**CC:** Saxton Lynne; Jeremy.VANDEHEY@oregon.gov; Busek Rhonda J; Clement Leslie M; Nieubuurt Brian
**Sent:** 2/1/2016 12:41:53 PM
**Subject:** Re: Meeting Follow up

There is going to be a complete revision for Section 7  (7) and (8) based on new language provided by FC that removes the 80%.  I will forward when I get it. I think we will continue to have concerns...

BethAnne Darby
External Relations Director
OHA Cell: (503)798-7100
Sent from my iPad

On Feb 1, 2016, at 12:37 PM, Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us> wrote:

Shall requires the OHA to contract only under the circumstance of a CCO meeting 80% of its quality and outcome metrics.  First off, that means that some CCOs that are receiving 100% of their quality pool amount wouldn't be eligible. Finally, having legislative requirements ties the agency's hands in terms of future contracting.

<image001.png>

Lori A Coyner, MA
State Medicaid Director
Oregon Health Authority
503.569.3160
Lori.a.coyner@state.or.us

**From:** Darby Bethanne
**Sent:** Monday, February 01, 2016 11:08 AM
**To:** Coyner Lori A
**Cc:** Saxton Lynne; Jeremy.VANDEHEY@oregon.gov; Busek Rhonda J; Clement Leslie M; Nieubuurt Brian
**Subject:** Re: Meeting Follow up

The Sept 1 2016 date for enrollment targets was provided by Varsha and Rhonda... What is our rationale on concerns about "may" to "shall" that I can offer?

Sen. Bates has called another meeting (right now) to discuss new language...

BethAnne Darby
External Relations Director
OHA Cell: (503)798-7100
Sent from my iPad

On Feb 1, 2016, at 5:53 AM, Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us> wrote:

Good morning
As you all are aware, this bill continues to have serious issues.  Red flags below:  The enrollment requirements will not be possible to meet by Sept 2016.  And, the change from may to shall on contracting.
Thanks for sharing, BethAnne.
Lori

Lori Coyner, MA
State Medicaid Director

Exhibit 68
Page 1 of 4
OHA_LIT_00017142

Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160


**From:** Darby Bethanne
**Sent:** Saturday, January 30, 2016 4:17 PM
**To:** Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>; Jeremy.VANDEHEY@oregon.gov; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>; Clement Leslie M <LESLIE.M.CLEMENT@dhsoha.state.or.us>; Nieubuurt Brian <BRIAN.NIEUBUURT@dhsoha.state.or.us>
**Subject:** Fwd: Meeting Follow up

FYI

BethAnne Darby
OHA External Relations Director
(503)798-7100
Sent from my iPhone


Begin forwarded message:

**From:** Darby Bethanne <BETHANNE.DARBY@dhsoha.state.or.us>
**Date:** January 30, 2016 at 4:15:15 PM PST
**To:** MCFADDEN Julie <Julie.McFadden@state.or.us>
**Cc:** Ashlen Strong <ashlen@healthshareoregon.org>, "Josh M. Balloch" <balloch@pacwestcom.com>, "William (Bill) Murray" <billm@familycareinc.org>, Debi Farr <dfarr@trilliumchp.com>, Erin Fair Taylor <faire@careoregon.org>, Fawn Barrie <fbarrie@legadv.com>, Courtney Johnston <johnston@pacwestcom.com>, FREEMAN Lorey <Lorey.Freeman@state.or.us>, Marian Blankenship <marian.blankenship@pacificsource.com>, Paul Phillips <phillips@pacwestcom.com>, 'Jeremiah Rigsby <rigsbyj@careoregon.org>
**Subject:** Re: Meeting Follow up

Hi Julie- I don't recall discussing a 9/1/2017 deadline for a CMS communication implementation deadline and want to stress that OHA's capacity to be successful is dependent on budget. It isn't in our current budget, and we would not be able to begin this complicated web overhaul and redesign necessary until it is. Also- I would like to draw your attention to our original response that includes a clearer definition of the kind of CMS communication included.


Thanks

BethAnne Darby
OHA External Relations Director
(503)798-7100
Sent from my iPhone


On Jan 30, 2016, at 2:00 PM, McFadden Julie <julie.mcfadden@state.or.us> wrote:

Hello and thank you for joining senator Bates on short notice today.

Opportunity: Lorey freeman will be writing language for SB 1531 this weekend.  So if you are inclined to get any pieces to us Saturday or Sunday- we could have it in a draft to read thru Monday.
To confirm I have the following decisions made today and next steps.

1. **Definition of Social Determinants Section 1. (1)(b)**
   · Keep original language in bill

2. **Related Party Agreements vs reporting profits and contractor/subcontractor profits**
   · Bill Murray and Ashlen Strong will develop this further and offer

Exhibit 68
Page 2 of 4
OHA_LIT_00017143

suggestion

3. **CMS communication Section 4. (2);**
   - Senator Bates suggests, in absence of a date from OHA, an implementation deadline 18 months from passage of bill/ September 1, 2017.  This mirrors a rough estimate given by BethAnne Darby in the Jan. 21st meeting.

4. **Community Benefit Services Definition for Section 1. (2)(d)**
   - Adopt definitions of Flexible services and Community Benefit Initiatives (as reported by BethAnne Darby) to replace term "Non-medical services"
   - Noted that OHA is planning to further develop and define these terms over the next 2 weeks

5. **Oct. 1 OHA Deadline for reporting requirements of quality incentives Section 1. (5)**
   - Will stay the same/ October 1st of previous year
   - Marion Blankenship will provide more specific language if needed

6. **OHA must process 99% of all applications and renewals no later than 30 days after the submission of a completed application**
   - This benchmark is to be achieved by September 1st , 2016

7. **Judicial Review Process Section 3 and Section 7. (7)**
   - Section 3 is to be stricken completely as well as Section 7. (7)
   - Bill Murray will bring in language to suggest as a replacement for Section 7. (7)

8. **High-Risk patients (direct entry midwives)**
   - Language submitted by Jerimiah is acceptable and will be submitted to LC
   - Bill Murray will work on an alternative for consideration

9. **Contract renewal Section 7 (8)**
   - Change 'may' renew contract to 'shall'

   - Senator Bates wishes to protect CCO's ability to invest in long term health benefits for its members by having a statement that a contract with a CCO shall be renewed unless its

Exhibit 68
Page 3 of 4
OHA_LIT_00017144

Sincerely,
Julie

Julie McFadden
Legislative Aide
**Senator Alan C. Bates**
Interim: 2859 State Street, #101
        Medford, OR 97504
        (541) 864-0990
Capitol: 900 Court Street NE, S-205
        Salem, OR 97301
        (503) 986.1703

<CY2015 MA BPT Instructions clarifying related party.pdf>
<Mark up with Related Party Language.pdf>
<mime-attachment>
<mime-attachment>
<mime-attachment>

Exhibit 68
Page 4 of 4
OHA_LIT_00017145