| | |
|---|---|
| **From:** | Darby BethAnne |
| **To:** | Coyner Lori A; Clement Leslie M; Busek Rhonda J; Chauhan Varsha; Fairbanks Mark R; Saxton Lynne; WAHL Jeffrey |
| **CC:** | STINEMAN Renee |
| **Sent:** | 2/4/2016 9:47:03 PM |
| **Subject:** | CCO Legislation - Attorney Client Privilege |

Team,

Several CCO related bills require quick analysis from both a policy perspective and a fiscal perspective. All bills that are staying alive have to have a work session by Thursday (meaning moved to W&M's or to the first floor for a vote). Some of these bills could be great opportunities for compromise around issues that we struggle with. My plea to you is that you consider not only benefits and consequences - but if there is a reasonable way to present an amendment that will help the legislature achieve compromise. With this in mind... Please be sure to read the tab on the Staff Measure Summary (ANALYSIS TAB) so you are clear on how it is being interpreted and presented- there might not be on all of them, but if there - they tend to be informative.

1. HB 4107 (Rep. Davis) - Has a public hearing on Monday and would move Mon or Weds. - Could be a possible compromise for the Bates CCO bill if we can agree that it doesn't impact our FC legal position. It was brought up to me today that FC doesn't believe that CMS has said clearly that it needs recoupment and therefore this legislation could be used to say that OHA has over-reached. (LEGAL)
https://olis.leg.state.or.us/liz/2016R1/Measures/Overview/HB4107

2. SB 1531 - 3 Amendment (Sen Bates) - Sen Bates has another long meeting scheduled from 3-5p.m on Monday and is expecting a -4 resulting. Please call for additional details on this bill. Brian is working to ensure that we are are on top of fiscal production on this one. Time to begin parsing the content and our concerns - please be very clear on major problems, neutrality and possible amendments to make us feel neutral.
https://olis.leg.state.or.us/liz/2016R1/Downloads/ProposedAmendment/8163
https://olis.leg.state.or.us/liz/2016R1/Measures/Overview/SB1531

3. HB 4141 (Rep. Hayden) -
https://olis.leg.state.or.us/liz/2016R1/Measures/Overview/HB4141

4. HB 4100 (Rep. Greenlick) - This bill is a potential vehicle for a lot of CCO ideas. We understand that Rep. Greenlick plans to turn this into an interim conversation however.
https://olis.leg.state.or.us/liz/2016R1/Measures/Overview/HB4100

BethAnne Darby
External Relations Director
OHA Cell: (503)798-7100
Sent from my iPad

Exhibit 69
Page 1 of 1

OHA_LIT_00534600