**2018**

# CCO 2.0 Recommendations of the Oregon Health Policy Board



   



2. **Increase value and pay for performance**
   Reward providers' delivery of patient-centered and high-quality care. Reward health plan and system performance. Ensure consideration of health disparities and members with complex needs. Align payment reforms with other state and federal efforts.

3. **Focus on the social determinants of health and health equity**
   Build stronger relationships between CCOs and other sectors. In addition, align outcomes between health care and other social systems to improve health equity. Encourage a greater investment in prevention and the factors that affect our health outside the doctor's office.

4. **Maintain sustainable cost growth and ensure financial transparency:**
   Continue to operate within a sustainable budget and address the major cost drivers in the system. Ensure ongoing financial transparency and accountability.

## Developing CCO 2.0 policy recommendations

Upon receiving Governor Brown's direction, OHPB and OHA organized CCO 2.0 policy development efforts to align with the four key areas. This organization allowed small, cross-agency policy area teams to focus their efforts to better understand the successes of the first CCO contract cycle and where improvements could be targeted.

The CCO 2.0 policy development process was kickstarted at the OHPB January 2018 retreat. There, the board members reviewed "maturity assessments" in each of the four key policy areas. OHA conducted these maturity assessments (see Appendix F) and captured the history, context, data, lessons learned and new policy opportunities for OHA to explore in the CCO 2.0 process. The OHSU evaluation results, OHA's 2017–2019 Action Plan for Health, and the board's 2016 public listening tour informed OHA's maturity assessments.

From February through August, OHA and OHPB traveled the state, attended meetings, conducted presentations and issued surveys with the intent of hearing from experts, partners and stakeholders, OHP members and other interested individuals. This input was used to further develop policies for inclusion into the next round of contracts. The contracts will be awarded in June 2019 and begin Jan. 1, 2020.



CCO 2.0: Building on successes of Oregon's health system transformation
CCO 2.0 Recommendations of the Oregon Health Policy Board

# Next steps

OHPB is in charge of adopting final policy recommendations to improve the Oregon Health Plan and CCOs. These recommendations are based on an extensive engagement process with OHA subject matter experts, OHP members, stakeholders and the public. Once adopted by OHPB, OHA will begin to develop the request for applications (RFAs) and contract language based on the policy recommendations.

While policy recommendations may note implementation timelines or phased-in approaches, OHA must implement carry out policies within OHA budget and capacity constraints. Also, policies must be within state or federal statutory constraints.

OHA will develop the RFA and contract language. At the same time, OHA will begin to develop rates, legislative concepts and rule amendments to align with recommended policies. OHA intends to release the RFA in January 2019. OHA will award contracts in June 2019. New CCO contracts will be implemented in January 2020.

# Endnotes

1. Oregon Health & Science University, Center for Health Systems Effectiveness. Evaluation of Oregon's 2012-2017 Medicaid Waiver. 2017, Dec 29. [cited 2018, Oct. 3]; Available from: https://www.oregon.gov/oha/HPA/ANALYTICS/Evaluation%20docs/Summative%20Medicaid%20Waiver%20Evaluation%20-%20Final%20Report.pdf

2. Centers for Medicare and Medicaid Services. National Health Expenditure Projections 2017-2026: Forecast Summary. 2018, Feb. [cited 2018, Oct. 12]; Available from: www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/NationalHealthExpendData/Downloads/ForecastSummary.pdf

Exhibit B
Page 3 of 3