OHA Actuarial Services - 2/2018

# PROCUREMENT RATES FOR 2020 CCO CONTRACTS

## POLICY & DECISION BACKGROUND

The Oregon Health Authority (OHA) is developing its next Coordinated Care Organization (CCO) procurement, which will result in 5-year CCO contracts beginning January 2020. This procurement is tentatively planned to be a Request for Application (RFA), like the original 2012 procurement. With an RFA, generally every qualified applicant is awarded a contract, without a competitive comparison between applicants.  As a result, no competitive comparison of costs or prospective rates between applicants is performed during the RFA. Rather, OHA will set forth in the RFA how rates will be developed for successful applicants.  Rates must be developed in an actuarially sound manner and meet a number of other requirements found in the state's  Legislatively Approved Budget (LAB), the 1115 Centers for Medicare and Medicaid Services (CMS) Demonstration Waiver, and  various state and federal laws.

Since the rates are developed by OHA, the process for how they are incorporated into the procurement process is important. While OHA has some flexibility in how it develops rates and incorporates rate development into the RFA and contracting processes, it is important that rate development is transparent in order to give prospective applicants the opportunity to adequately review the rates OHA offers prior to executing a contract and committing to provide quality administrative and health care services to OHP members over multiple years.

There are 6 options provided further below for OHA leadership to consider. The Procurement Team recommends Option #3: *Build Procurement Rates and Update Post Award*.  The following definitions apply to the options and recommendation below:

- **Procurement Rates**:  Applicants pre-agree (by signing and submitting an application) to the published procurement rates and the methodology by which the rates are developed and then updated post award. Rate adjustments following award should reflect the changes in benefits, services, and expected contract work that have been identified since the procurement was released. The adjustments would likely increase the published procurement rates.
- **Informational Rates**: The procurement publishes informational rates that are not binding for applicants. Informational rates are then adjusted after award; however, applicants are not obligated to accept the rates.
- **Post-Award Rates**: These are the final rates inserted into the CCO contracts following award.

### OPTION #1 – 2019 REGIONAL RATES AS PROCUREMENT RATES / 2020 RATES UPDATED POST-AWARD

- 2019 rates would not include policy decisions made for CCO 2.0 (i.e. withhold, etc.)
- 2019 rates would be built using the financials from the business models that exist in the current rating regions and 2020 rates may look different if we take a different approach to rate development in 2020 forward (i.e. rebase every two years, reimbursement review, etc.)
- If the 2020 and 2019 rates methodologies differ, it may be difficult to ensure the awarded rates are higher than the 2019 rates
- Applicants  would have agreed upon the 2019 rates by submitting a signed application (pre-agreement)
- 2020 rates are subject to legislative session and budget

Exhibit C
Page 1 of 3
OHA_LIT_01269760

OHA Actuarial Services - 2/2018

## OPTION #2 -2019 REGIONAL RATES ASINFORMATIONAL RATES / 2020 RATES UPDATED POST-AWARD

- 2019 rates would not include policy decisions made for CCO 2.0 (i.e. withhold, etc.)
- 2019 rates would be built using the financials from the business models that exist in the current rating regions and 2020 rates may look different if we take a different approach to rate development in 2020 forward (i.e. rebase every two years, reimbursement review, etc.)
- 2020 rates are subject to legislative session and budget

## OPTION #3 (*RECOMMENDED*) – BUILD 2020 PROCUREMENT RATES / 2020 RATES UPDATED POST-AWARD

- 2020 rates would include policy decisions made for CCO 2.0 (i.e. withhold, etc.)
- 2020 rates would allow OHA to create a level set for rate setting and/or methodology change, and applicants would review  the rates as an element of their application  (pre-agreement)
- 2020 rates are subject to legislative session and budget, and updating post-award would allow this needed  flexibility

## OPTION #4 – BUILD 2020 RATES AS INFORMATIONAL RATES IN RFA / 2020 RATES UPDATED POST-AWARD

- 2020 rates would include policy decisions made for CCO 2.0 (i.e. withhold, etc.)
- 2020 rates would allow OHA to create a level set for rate setting and/or methodology change, and applicants would review  the rates as an element of their application
- Informational Rates are helpful to the applicant, but OHA may not get "pre-agreement" when a CCO applies as with Option #3
- 2020 rates are subject to legislative session and budget

## OPTION #5 – NO RFA RATES (PROCUREMENT RATES OR INFORMATIONAL RATES) / BUILD 2020 RATES POST-AWARD ONLY

- 2020 rates would include policy decisions made for CCO 2.0 (i.e. withhold, etc.)
- Applicants would not have any idea about the 2020 rates during the bid process
- 2020 rates are subject to legislative session and budget

## OPTION #6 – BUILD 2020 PROCUREMENT RATES / *NOT* UPDATED POST-AWARD

- 2020 rates would include policy decisions made for CCO 2.0 (i.e. withhold, etc.)
- 2020 rates would allow OHA to create a level set for rate setting and/or methodology change, and applicants would review  the rates as an element of their application (pre-agreement)
- OHA would get pre-agreement prior to application submission and would hold the rates the same for 2020
- 2020 would not be updated based on legislative session and budget

Exhibit C
Page 2 of 3
OHA_LIT_01269761

OHA Actuarial Services - 2/2018

## STAFF RECOMMENDATION – OPTION #3

The Procurement Team recommends Option #3 for the CCO 2.0: Build Procurement Rates for the RFA and update the rates post-award. This option will provide financial information to the applicants earlier in the process than some other options, pre-agreement binds the applying entities to those rates upon application submission, and allows for rates to be adjusted after award based on factors such as benefit or service changes or legislative changes. There is always a risk that a potential applicant will protest the RFA due to rates, but that legal risk is much lower than the risk of a post-RFA dispute over rates.

In lieu of Option #3, the Procurement Team recommends Option #4, which would provide Informational Rates with OHA setting actual rates after award. Unlike Option #3, however, applicants are not required to agree to these rates published with the RFA, introducing more uncertainty to the outcome.

Below are additional reasons in support of Option #3:

- **Options #1 and #2:** The 2020 rate methodology will likely be different than the 2019 rate methodology. In addition, OHA is currently procuring an actuarial vendor for this work and, if a different firm is hired, the methodology will most certainly change. It would be more efficient and introduce less chance of error to use one vendor and one rate methodology for this work.
- **Option #4:** The Informational Rates would not be binding, creating a risk that OHA and one or more awarded applicants could fail to agree on contracted rates. This could create a last minute scramble to find other applicants that would agree to proposed rates in the affected service area(s).
- **Option #5:** This option has a very similar concern to Options #2 or #4 in that applicants will not be agreeing to the RFA's rates and methodology, creating a risk that OHA and one or more applicants could fail to agree on rates by the time contracts need to be executed.
- **Option #6:** OHA anticipates needing to update rates for 2020 due to the legislatively approved budget (released: July 2019), policy decisions, and benefit or service changes. If rates are not adjusted after award, OHA will need to find a way to anticipate the rate changes prior to the RFA's release and build those changes into the RFA, which makes this option not feasible due to legislative timing.

*SEE RATE BUILD TIMELINE FOR OPTION 3 OR 4 (ATTACHED)*

Exhibit C
Page 3 of 3
OHA_LIT_01269762