

October 01, 2018
Mrs. Chelsea Guest
Manager, Actuarial Services
Oregon Health Authority
500 Summer Street N.E.
Salem, OR 97301


**Subject:**          **DRAFT Oregon Health Plan CY 2019 CCO Rate Development**

Dear Chelsea:

Thank you for the opportunity to assist the Oregon Health Authority (OHA) with the development of the January – December 2019 Coordinated Care Organizations (CCOs) capitation rates.   It was a pleasure to work with the OHA team throughout this project.  The following report summarizes the methodology used for the development of the capitation rates, effective January 1, 2019 – December 31, 2019.  We have also provided our actuarial certification for these capitation rates, compliant with CMS guidelines and requirements.  Please send me an e-mail at zachary.aters@optumas.com or call me at 480.588.2495 if you have any questions.


Sincerely,

Zachary Aters, ASA, MAAA
Senior Actuary, **Optumas**


CC: Steve Schramm, **Optumas**
    Jessica Grado, **Optumas**
    Martin McNamara, **Optumas**
    Joshua Laventis, **Optumas**
    Elrycc Berkman, **Optumas**
    Maja Stefanovic, **Optumas**


www.Optumas.com

Schramm Health Partners, LLC
7400 East McDonald Dr, Suite 101
Scottsdale AZ 85250
480.588.2499 main
480.315.1795 fax


Exhibit D
Page 1 of 2



course of the past few months to discuss various aspects of the rate methodology.  In order to provide the CCOs an opportunity to address any remaining concerns/questions related to the rate methodology, OHA/**Optumas** requested that each CCO submit their questions/comments in writing by Friday August 24, 2018. **Optumas** has included the CCO questions and corresponding responses in Appendix XI.

## 2.02   Base Data

### Data Reporting

As part of the CY19 Rate Development process, **Optumas** relied on the following data sources to compile base data used in the process.  Each subsequent data source was trended forward to CY19:

1. CY17 detailed dental encounter data (incurred 1/1/2017 – 12/31/2017) provided by OHA.  This data is paid through March 31, 2018 and was used in the development of the Dental rates.
2. CY17 detailed CCO encounter data (incurred 1/1/2017 – 12/31/2017) provided by OHA.  This data is paid through March 31, 2018.
3. CY17 eligibility file provided by OHA.  This data contains monthly, member-level enrollment information such as enrollment status, CCO enrolled, county of residence, and category of aid.
4. CY17 financial templates (incurred 1/1/2017 – 12/31/2017) as reported by each CCO.  These financial templates were provided by each CCO and contain enrollment volume and medical costs, inclusive of encounterable costs, subcapitated arrangements, and additional incentive payments made to providers outside of the encounter data, including costs related to flexible services.  This data is paid through April 2018.
5. CY17 subcapitated financial templates (incurred 1/1/2017 – 12/31/2017) as reported by each CCO. These financial templates were provided by each CCO and contain detailed financial information for any subcapitated entity subcontracted with a CCO during CY17. This data is paid through May 2018.

As part of the data validation process, **Optumas** worked in conjunction with OHA and each CCO to ensure that a reconciliation between reported costs (financial template) and base data (encounter data, subcapitated expenditures, and supplemental payments) used in rate development was completed.  To the extent that adjustments were necessary to the base data, adjustments were made to reflect all reasonable allowed expenditures from the financial template.  Additional detail surrounding the base data adjustments can be found in section 2.03 of this report.

### Covered Services

The services covered under the CCO program vary by CCO type.  The rating categories of service used in the development of the CY19 rates are listed below, by CCO type.  A value of "X" indicates that these services are covered by the particular CCO type; grey shading indicates that a service is excluded from a particular CCO type's benefit package:

