Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
CABLE HUSTON LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR   97204-1136
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

      *Attorneys for Defendant Patrick Allen,*
      *in his individual capacity*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, | No. 6:18-cv-00296-MO |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT PATRICK ALLEN IN HIS INDIVIDUAL CAPACITY** |
| v. | |
| **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon; **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority; and **LYNNE SAXTON**, | |
| Defendants. | |

      Pursuant to Local Rule 83-11(d), notice is hereby given that Defendant Patrick Allen, in his individual capacity only, substitutes Jon W. Monson of the law firm Cable Huston LLP as counsel of record in place of David B. Markowitz, Matthew A. Levin, Renee E. Rothauge, Harry B. Wilson, Laura Salerno Owens, Vivek A. Kothari, Brittany M. Simpson, Dallas S. DeLuca, Anna M. Joyce, and Katherine M. Acosta, of the law firm of Markowitz Herbold PC.

Page 1- NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT PATRICK ALLEN
      IN HIS INDIVIDUAL CAPACITY

Contact information for new counsel is as follows:

Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
CABLE HUSTON LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR  97204-1136
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

DATED:  October 16, 2018.                CABLE HUSTON LLP


s/ Jon W. Monson
Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
1001 SW Fifth Avenue, Suite 2000
Portland, OR 97204
(503) 224-3092 Telephone

*Substituted Attorney for Defendant*
*Patrick Allen, in his individual capacity*

Pursuant to Local Rule 83-11(d), the undersigned counsel hereby withdraw as counsel of record for Defendant Patrick Allen in his individual capacity and consent to the substitution of counsel above.  The undersigned remain counsel of record for Defendant Oregon Health Authority, an agency of the State of Oregon, and for Defendant Patrick Allen in his official capacity as director of the Oregon Health Authority.

DATED: October 16, 2018.                s/ David M. Markowitz (*with permission*)
                                        David M. Markowitz, OSB No. 742046
                                        DavidMarkowitz@MarkowitzHerbold.com

                                        s/ Matthew A. Levin (*with permission*)
                                        Matthew A. Levin, OSB No. 003054
                                        MattLevin@MarkowitzHerbold.com

                                        s/ Renee E. Rothauge (*with permission*)
                                        Renee E. Rothauge, OSB No. 903712
                                        ReneeRothauge@MarkowitzHerbold.com


Page 2- NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT PATRICK ALLEN
         IN HIS INDIVIDUAL CAPACITY

s/ Harry B. Wilson (*with permission*)
Harry B. Wilson, OSB No. 077214
HarryWilson@MarkowitzHerbold.com

s/ Vivek A. Kothari (*with permission*)
Vivek A. Kothari, OSB No. 182089
VivekKothari@MarkowitzHerbold.com

s/ Laura R. Salerno Owens (*with permission*)
Laura R. Salerno Owens, OSB No. 076230
LauraSalerno@MarkowitzHerbold.com

s/ Brittany M. Simpson (*with permission*)
Brittany M. Simpson, OSB No. 165326
BrittanySimpson@MarkowitzHerbold.com

s/ Dallas S. DeLuca (*with permission*)
Dallas S. DeLuca, OSB No. 072992
DallasDeluca@MarkowitzHerbold.com

s/ Anna Marie Joyce (*with permission*)
Anna Marie Joyce, OSB No. 013112
Annajoyce@markowitzherbold.com

s/ Katherine M. Acosta (*with permission*)
Katherine M. Acosta, OSB No. 165223
KatherineAcosta@MarkowitzHerbold.com

Page 3- NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT PATRICK ALLEN
    IN HIS INDIVIDUAL CAPACITY