Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
Nicole M. Swift, OSB No. 141419
nswift@cablehuston.com
CABLE HUSTON LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR  97204-1136
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

>*Attorneys for Defendant Patrick Allen,*
>*in his individual capacity*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, | No. 6:18-cv-00296-MO |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT PATRICK ALLEN IN HIS INDIVIDUAL CAPACITY** |
| v. | |
| **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon; **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority; and **LYNNE SAXTON**, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to LR 83-9, Nicole M. Swift of Cable Huston

LLP hereby appears in the above-captioned action as co-counsel of record for Defendant Patrick

Allen, in his individual capacity.

/ / /

/ / /

Page 1- NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT PATRICK ALLEN
         IN HIS INDIVIDUAL CAPACITY

Jon W. Monson of the same law firm remains as lead counsel for Defendant Patrick Allen, in his individual capacity.  All notices, including electronic, regarding this matter should be co-served on Jon W. Monson at the address already on record and on Nicole M. Swift at the address below:

> Nicole M. Swift, OSB No. 141419
> nswift@cablehuston.com
> CABLE HUSTON LLP
> 1001 SW Fifth Avenue, Suite 2000
> Portland, Oregon, 97204-1136
> (503) 224-3092 Telephone
> (503) 224-3176 Facsimile

DATED:  October 18, 2018.                    CABLE HUSTON LLP


s/ Nicole M. Swift
Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
Nicole M. Swift, OSB No. 141419
nswift@cablehuston.com
1001 SW Fifth Avenue, Suite 2000
Portland, OR 97204
(503) 224-3092 Telephone

*Attorneys for Defendant*
*Patrick Allen, in his individual capacity*

Page 2- NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT PATRICK ALLEN
        IN HIS INDIVIDUAL CAPACITY