Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
Nicole M. Swift, OSB No. 141419
nswift@cablehuston.com
CABLE HUSTON LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR   97204-1136
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

> *Attorneys for Defendant Patrick Allen,*
> *in his individual capacity*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon; **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority; and **LYNNE SAXTON**,<br><br>Defendants. | No. 6:18-cv-00296-MO<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that defendant Patrick Allen, in his individual capacity, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's September 21, 2018 order (ECF No. 255) denying his Motion to Dismiss or Strike (ECF No. 114) based on qualified immunity and his Motion for Summary Judgment (ECF No. 149) based on qualified immunity and other grounds.  Interlocutory review of these orders is provided for as a matter of right under the collateral order doctrine.  *Ashcroft v. Iqbal*, 556 U.S. 662, 672,

Page 1- NOTICE OF APPEAL

129 S. Ct. 1937, 1946 (2009); *Mitchell v. Forsyth*, 472 U.S. 511, 526, 105 S. Ct. 2806 (1985);

*Isayeva v. Sacramento Sheriff's Dept.*, 872 F.3d 938, 944-46 (9th Cir. 2017).  A representation

statement is attached hereto pursuant to 9th Cir. R. 3-2.


DATED:  October 19, 2018.          CABLE HUSTON LLP


s/ Jon W. Monson
Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
Nicole M. Swift, OSB No. 141419
nswift@cablehuston.com
1001 SW Fifth Avenue, Suite 2000
Portland, OR 97204
(503) 224-3092 Telephone

*Attorneys for Defendant*
*Patrick Allen, in his individual capacity*

## REPRESENTATION STATEMENT

Pursuant to 9th Cir. R. 3-2, I hereby provide the following Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Defendant-Appellant Patrick Allen, in his individual capacity | Jon W. Monson<br>Nicole M. Swift<br>CABLE HUSTON LLP<br>1001 SW Fifth Avenue, Suite 2000<br>Portland, OR 97204-1136<br>Tel: (503) 224-3092<br>Fax: (503) 224-3176<br>jmonson@cablehuston.com<br>nswift@cablehuston.com |
| Plaintiff-Appellee FamilyCare Inc. | Stephen F. English<br>Thomas R. Johnson<br>Alletta S. Brenner<br>Douglas R. Pahl<br>PERKINS COIE LLP<br>1120 NW Couch St., 10th Floor<br>Portland, OR 97209-4128<br>Tel: (503) 727-2000<br>Fax: (503) 727-2222<br>SEnglish@perkinscoie.com<br>TRJohnson@perksinscoie.com<br>ABrenner@perkinscoie.com<br>DPahl@perkinscoie.com<br><br>Matthew Gordon<br>Nicholas H. Hesterberg<br>Amanda J. Beane<br>PERKINS COIE LLP<br>1201 Third Ave., Suite 4800<br>Seattle, WA 98101-3099<br>Tel: (206) 359-3965<br>Fax: (206) 359-4965<br>MGordon@perkinscoie.com<br>NHesterberg@perkinscoie.com<br>ABeane@perkinscoie.com |

Page 3- NOTICE OF APPEAL

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Defendant Oregon Health Authority, an agency of the State of Oregon<br><br>and<br><br>Defendant Patrick Allen, in his official capacity as director of the Oregon Health Authority | David B. Markowitz<br>Matthew A. Levin<br>Anna Marie Joyce<br>Renée E. Rothauge<br>Harry B. Wilson<br>Dallas S. Deluca<br>Laura Salerno Owens<br>Vivek A. Kothari<br>Brittany M. Simpson<br>MARKOWITZ HERBOLD PC<br>1211 SW Fifth Ave., Suite 3000<br>Portland, OR 97204-3730<br>Tel: (503) 295-3085<br>Fax: (503) 323-9105<br>DavidMarkowitz@MarkowitzHerbold.com<br>MattLevin@MarkowitzHerbold.com<br>AnnaJoyce@MarkowitzHerbold.com<br>ReneeRothauge@MarkowitzHerbold.com<br>HarryWilson@MarkowitzHerbold.com<br>DallasDeluca@MarkowitzHerbold.com<br>LauraSalerno@MarkowtizHerbold.com<br>VivekKothari@MarkowitzHerbold.com<br>BrittanySimpson@MarkowitzHerbold.com<br><br>Carla Scott<br>OREGON DEPARTMENT OF JUSTICE<br>100 SW Market Street<br>Portland, OR 97201<br>Tel: (971) 673-1880<br>Fax: (971) 673-5000<br>carla.a.scott@doj.state.or.us |
| Defendant Lynn Saxton | Peter R. Merseareau<br>Beth Plass<br>MERSEREAU SHANNON LLP<br>111 SW Columbia St., Suite 1100<br>Portland, OR 97201<br>Tel: (503) 226-6400 ext. 210<br>Fax: (503) 226-0383<br>pmersereau@mershanlaw.com<br>bplass@mershanlaw.com |

Page 4- NOTICE OF APPEAL

DATED:  October 19, 2018.        CABLE HUSTON LLP

<u>s/ Jon W. Monson</u>
Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
Nicole M. Swift, OSB No. 141419
nswift@cablehuston.com
1001 SW Fifth Avenue, Suite 2000
Portland, OR 97204
(503) 224-3092 Telephone

*Attorneys for Defendant - Appellant*
*Patrick Allen, in his individual capacity*

Page 5- NOTICE OF APPEAL