**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
MERSEREAU SHANNON LLP
111 SW Columbia Street, Suite 1100
Portland, Oregon 97201-5865
Telephone: 503.226.6400
Facsimile: 503.226.0383

        Of Attorneys for Defendant
        Lynne Saxton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, | Case Nos.  6:18-cv-00296-MO |
| Plaintiff, | |
| v. | DEFENDANT LYNNE SAXTON'S MOTION TO EXTEND CERTAIN PRETRIAL FILING DEADLINES |
| **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**, | |
| Defendants. | |

**CERTIFICATE OF CONFERRAL**

Pursuant to LR 7-1, I hereby certify that defendant Lynne Saxton has conferred with counsel for plaintiff FamilyCare, Inc. and co-defendant Oregon Health Authority regarding this motion to extend certain pretrial filing deadlines in the captioned matter.  Neither FamilyCare nor Oregon Health Authority opposes the within motion.

///

PAGE 1 -        DEFENDANT'S MOTION TO EXTEND CERTAIN PRETRIAL FILING DEADLINES

**MOTION**

Pursuant to Fed. R. Civ. P. 6(b), defendant Lynne Saxton moves the court for its order extending the deadline for the filing of her motions *in limine*, *Daubert* motions and trial memorandum by fourteen (14) days.  Consistent with this motion, defendant Saxton further requests that the deadlines for the filing of responses to the foregoing motions, as well as the replies in support of said motions also be extended by fourteen (14) days.  Defendant Saxton does not at this time seek relief from any of the other deadlines set forth on the court's current pretrial management schedule.  This motion is based on the complete court file, together with the declaration of counsel filed in support.  Defendant Saxton's motion to extend time is unopposed.

DATED: October 24, 2018.

MERSEREAU SHANNON LLP


_s/ Peter R. Mersereau_
**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
503.226.6400
Of Attorneys for Defendant
Lynne Saxton

MERSEREAU SHANNON LLP
111 SW COLUMBIA STREET, SUITE 1100
PORTLAND, OREGON 97201-5865
(503) 226-6400