**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
MERSEREAU SHANNON LLP
111 SW Columbia Street, Suite 1100
Portland, Oregon 97201-5865
Telephone: 503.226.6400
Facsimile: 503.226.0383

      Of Attorneys for Defendant
      Lynne Saxton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**,<br><br>      Defendants. | Case Nos.  6:18-cv-00296-MO<br><br>DECLARATION OF PETER R. MERSEREAU IN SUPPORT OF DEFENDANT LYNNE SAXTON'S MOTION TO EXTEND CERTAIN PRETRIAL FILING DEADLINES |

I, PETER R. MERSEREAU, declare:

1.     I am one of the attorneys for defendant Lynne Saxton in the captioned matter.  I make this Declaration based upon personal knowledge and in support of defendant Saxton's motion to extend the current deadlines for the filing of defendant Saxton's motions *in limine*, *Daubert* motions and trial memorandum by fourteen (14) days.

2.     Under the current pretrial management schedule, all parties are required to file their respective motions *in limine*, *Daubert* motions and trial memoranda on or before October

PAGE 1 -     DECLARATION OF PETER R. MERSEREAU

29, 2018.  The schedule further sets deadlines for the filing of staggered responses and replies to these October 29 filings.

3.    On September 20, 2018, defendant Saxton filed her motion for summary judgment seeking the dismissal of plaintiff's first claim for relief brought under 42 USC § 1983. Plaintiff filed its response to defendant Saxton's motion on October 11, 2018.  Under the current case management schedule, defendant Saxton's reply is due on or before October 25, and oral argument is scheduled on November 2 at 2:00 p.m.

4.    In the event defendant Saxton's motion for summary judgment is granted on or after November 2, 2018, the remaining pretrial filing deadlines will be inapplicable to her individually.  As a result, defendant Saxton requests that the deadlines for filing the materials identified in paragraph 2 above be extended fourteen (14) days in order to give the Court an opportunity to rule on her dispositive motion first.

5.    Defendant Saxton does not seek to disturb any of the other pretrial filing deadlines, save those identified in paragraph 2 above.

6.    Counsel for plaintiff FamilyCare and co-defendant OHA do not oppose the within motion to extend time.

7.    This motion is not made for purposes of delay.

///

///

///

PAGE 2 -    DECLARATION OF PETER R. MERSEREAU

MERSEREAU SHANNON LLP
111 SW COLUMBIA STREET, SUITE 1100
PORTLAND, OREGON 97201-5865
(503) 226-6400

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: October 24, 2018.

MERSEREAU SHANNON LLP


_____*s/ Peter R. Mersereau*_____
**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
503.226.6400
Of Attorneys for Defendant
Lynne Saxton

PAGE 3 -    DECLARATION OF PETER R. MERSEREAU