**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax: (503) 323-9105

> Special Assistant Attorneys General for Defendants Oregon
> Health Authority, an agency of the State of Oregon, and
> Patrick Allen in his official capacity as director of the
> Oregon Health Authority
> [Additional Counsel of Record Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DEFENDANTS PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

**Page 1 -   DEFENDANTS PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

## L.R. 7-1 COMPLIANCE

Counsel for defendants Oregon Health Authority ("OHA") and Patrick Allen ("Allen"), in his official capacity as director of OHA, has conferred with counsel for FamilyCare, Inc. ("FamilyCare"). FamilyCare does not oppose this motion to file under seal.

## MOTION

Pursuant to the protective orders issued in this case, OHA and Allen move this Court for an order permitting the following document to be filed under seal. The document contains information that has been designated as "Confidential" by FamilyCare and will be attached to a declaration in support of OHA and Allen's forthcoming Opposition to FamilyCare's Motion for Sanctions:

- A one-page chart attached to September 24, 2018 letter from Amanda Beane to David Markowitz and Matthew Levin regarding meta data from Jeff Heatherington's iPhone backup.

## MEMORANDUM

This request is made pursuant to the protective orders in this case, which were signed on June 9, 2017, November 1, 2017, and January 17, 2018. These orders allow for the sealing of documents if a party designates those documents as "Confidential" or "Attorneys' Eyes Only." A declaration to be filed in support of OHA and Allen's forthcoming opposition brief attaches the document identified in this motion which FamilyCare designated as "Confidential."

///

///

///

///

///

///

///

**Page 2 - DEFENDANTS PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

## CONCLUSION

Accordingly, OHA and Allen respectfully request that the Court grant this motion and enter an order permitting the exhibit described above in support of the opposition to FamilyCare's motion for sanctions to be filed under seal.

DATED this 25th day of October, 2018.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


By:     *s/ Harry B. Wilson*

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB #903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority*

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us

*Of Attorney for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority*

799220

**Page 3 -   DEFENDANTS PATRICK ALLEN AND OREGON HEALTH AUTHORITY'S
UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**