**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
MERSEREAU SHANNON LLP
111 SW Columbia Street, Suite 1100
Portland, Oregon 97201-5865
Telephone: 503.226.6400
Facsimile: 503.226.0383

Of Attorneys for Defendant
Lynne Saxton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**,<br><br>Defendants. | Case Nos.  6:18-cv-00296-MO<br><br>DECLARATION OF PETER R. MERSEREAU IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANT LYNNE SAXTON'S MOTION FOR SUMMARY JUDGMENT |

I, Peter R. Mersereau, declare:

1.      I am one of the attorneys of defendant Lynne Saxton.  I make this declaration based on personal knowledge and am competent to testify as to the matters stated herein.

2.      Attached hereto as Exhibit 1 is an excerpt from the deposition of Lynne Saxton taken on August 1, 2018.

3.      Attached hereto as Exhibit 2 are an excerpt and exhibit from the deposition of Jeff Heatherington taken on June 5, 2018.

PAGE 1 -      DECLARATION OF PETER R. MERSEREAU

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: October 25, 2018.

MERSEREAU SHANNON LLP


_s/ Peter R. Mersereau_

**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
503.226.6400
Of Attorneys for Defendant
Lynne Saxton

PAGE 2 -    DECLARATION OF PETER R. MERSEREAU