IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


PATRICK ALLEN, in his
official capacity as
DIRECTOR OF OREGON HEALTH
AUTHORITY, an agency of
the State of Oregon,

        Plaintiff,

  v.                      No. 3:18-cv-00212-MO(Leading)
                              6:18-cv-00296-MO(Trailing)

FAMILYCARE, INC., an
Oregon non-profit
corporation,

        Defendant.
_____

FAMILYCARE, INC., an Oregon
non-profit corporation,

        Plaintiff,

    v.

OREGON HEALTH AUTHORITY,
an agency of the State of
Oregon; and PATRICK ALLEN,
both individually and in
his official capacity as
director of the Oregon
Health Authority,

        Defendants.


VIDEO DEPOSITION OF JEFF HEATHERINGTON

TUESDAY, JUNE 5, 2018

PORTLAND, OREGON


**Mersereau Declaration -Exhibit 2**
**Page 1 of 6**

Jeff Heatherington, 6/5/2018        Allen v. FamilyCare Inc.

242

this time, to reenter the market.

MR. LEVIN:  Okay.

(Exhibit 81 marked.)

Q.    BY MR. LEVIN:  I'm handing you what's been marked as deposition Exhibit 81.  It is an e-mail dated 07/19/2015 from you, to, it looks like, several people from FamilyCare.  And it says -- its subject is "morning test," and it says:  "Attached is Health Share of Oregon's 2014 financial reports to the state.  Your assignment is to find how and where they hid their profitability."

Did anyone succeed in their assignment of figuring out how and where Health Share hid their profitability?

A.    You know, I don't recall who and -- in that regard.  I know that that was about the time that we did discover profitability that had not been reported.

Q.    And that was through the related entities?

A.    Yes.

(Exhibit 82 marked.)

Q.    BY MR. LEVIN:  So I've handed you what's been marked as deposition Exhibit 82, which is an e-mail chain between you and Janet Meyer, the CEO of Health Share of Oregon.

Jeff Heatherington, 6/5/2018          Allen v. FamilyCare Inc.

243

And I'm going to paraphrase, but I believe this is Health Share's response to you about this hidden profit issue.

A.    Correct.

Q.    Did this resolve the hidden profit issue in your mind?

A.    Oh, absolutely not.

Q.    Why not?

A.    Because Janet makes statements that just aren't accurate.

Q.    Which statements are not accurate?

A.    Well, in the second sentence, "FamilyCare is incorrect when it states that our partners' profits are included as expenses in Health Share's rate setting."

Q.    And why do you have reason to believe that -- that Health Share's partners' profits are included as expenses in the rate setting?

A.    Because their partners' profits show up nowhere else except within what we believe is the MLR report.

Q.    And how do you believe the MLR report is used in the rate-setting process?

A.    Well, the MLR report is one of the key bases of experience within -- within each CCO in

Jeff Heatherington, 6/5/2018        Allen v. FamilyCare Inc.

291

STATE OF OREGON          )
                         )  SS.
COUNTY OF MULTNOMAH       )

        I, MARILYNN HOOVER, CSR No. 04-0387 for the

State of Oregon, do hereby certify:

        That prior to being examined, the witness named

in the foregoing deposition was duly sworn to

testify the truth, the whole truth, and nothing but

the truth;

        That said deposition was taken down by me in

shorthand at the time and place therein named, and

thereafter reduced by me to typewritten form; and

that the same is a true, correct, and complete

transcript of the said proceedings.

        Before completion of the deposition, review of

the transcript [ ] was [X] was not requested.  If

requested, any changes made by the deponent (and

provided to the reporter) during the period allowed

shall be appended hereto.

        I further certify that I am not interested in

the outcome of the action.

        Witness my hand this 11th day of June 2018.


_____

MARILYNN HOOVER, RPR

                   CSR No. 04-0387; Exp. 03/31/2020


            Schmitt Reporting & Video, Inc.
    (360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

**Mersereau Declaration -Exhibit 2**
**Page 4 of 6**

| From: | Janet Meyer |
|---|---|
| To: | 'Jeff Heatherington'; Cindy Becker; William (Bill) Murray |
| Sent: | 10/9/2015 8:31:38 AM |
| Subject: | RE: Health Share's Base Data for Rate Setting |



*J. Heatherington*
EXHIBIT NO. 82
6-5-18     MH
**Schmitt Reporting**

Jeff, I certainly understand that your disagreement with OHA involves a number of issues. My email was straight forward and simple: FamilyCare is incorrect when it states that our partners' profits are included as expenses in Health Share's rate setting.

For the record, I do not believe that the entire process is a mess and I actually believe it has improved greatly with the second iteration of 2015 rates. In the recalculated rates, the revenue better aligns with the underlying population risk and the new methodology provides a solid platform for future innovation in rate setting. The old "cost template" system would not have provided a secure basis for transforming the process for 2017 rates. I also do not know that it is statistically and actuarially impossible for FamilyCare to have the lowest risk score and the lowest rates in the system. I assume you submitted robust and valid data and the results are based on your submission.

Janet L. Meyer | Chief Executive Officer
Health Share of Oregon
Office: 503.416.4966
Mobile: 503.449.3698

Together
we are

**From:** Jeff Heatherington [mailto:JeffH@familycareinc.org]
**Sent:** Monday, October 05, 2015 9:59 PM
**To:** Janet Meyer <janet@healthshareoregon.org>; Cindy Becker <CindyB@familycareinc.org>; William (Bill) Murray <billm@familycareinc.org>
**Subject:** Re: Health Share's Base Data for Rate Setting

Janet,

The ongoing disagreement between FamilyCare and the OHA involves a number of issues, the fundamentals of which are the data and calculations used by the OHA to arrive at our rates. To date, the OHA has not responded to many requests for information. In fact, they have claimed that their work product is a trade secret. At this time I have no information to corroborate or challenge what anyone else tells me about what is in the rates.

It would be helpful if you rescinded your opposition to sharing your data as it is fundamental to the establishment of the regional data and to our two rates. As you are well aware, this is the first time in 30 years the agency has refused to share the data. What are they hiding?

You know as well as I that the entire process is a mess and has gotten worse with this second iteration. You also know that it is statistically and actuarily impossible for

FCI0034946

FamilyCare, as the second largest CCO, to have the lowest risk score and the lowest rates in the system.

I have no quarrel with HealthShare but I am determined to examine the process and all of the data. I hope you will support an open process.

Jeff

---

**From:** Janet Meyer
**Date:** Monday, October 5, 2015 at 4:50 PM
**To:** Cindy Becker, Bill Murray, Jeff Heatherington
**Subject:** Health Share's Base Data for Rate Setting

I have been asked to send you an email to clarify some misinformation shared over the last several weeks. This is in regards to the calculation of Health Share's base data used for rate setting. I do not know how other CCO's handle their data or report their financial arrangements. Statements made by FamilyCare are incorrect as it relates to Health Share and rate setting.

When calculating rates, the actuaries use our actual encounters and other medical expenses, as well as information from our financial statements, to build the base data. Health Share does not report partners' profits as expenses in the rate setting process. Health Share's rates reflect the underlying medical expenses of our partners and not the sub-capitation arrangement. In other words, medical expenses were reconciled to medical expenses from partners' financial statements.

Thank you,

Janet

Janet L. Meyer | Chief Executive Officer
Health Share of Oregon
Office:  503.416.4966
Mobile:  503.449.3698



This message is intended for the sole use of the individual and entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message.  Thank you.

FCI0034947

**Mersereau Declaration -Exhibit 2**
**Page 6 of 6**