Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>    Plaintiff,<br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>    Defendants. | No. 6:18−cv−00296−MO<br><br><br>**JOINT STATUS REPORT AND MOTION TO VACATE TRIAL DEADLINES** |

JOINT STATUS REPORT AND MOTION TO VACATE
TRIAL DEADLINES

141773702.2

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to Local Rule 7-1(a)(1)(A), counsel for plaintiff FamilyCare, Inc. ("FamilyCare") has conferred in good faith with counsel for defendant Lynne Saxton, who confirmed that Saxton takes no position on this status report and motion.[1]

## MOTION AND STATUS REPORT

FamilyCare and defendants Oregon Health Authority ("OHA") and Patrick Allen in his official capacity hereby submit this joint status report regarding the impact of the appeal of Defendant Patrick Allen on this litigation and respectfully request that the Court: (1) postpone indefinitely the trial currently scheduled to begin January 15, 2019; (2) vacate trial-related deadlines; and (3) hear the parties' upcoming motions for certification of additional issues for appeal pursuant to Federal Rule of Civil Procedure 54(b) and 28 U.S.C. § 1292(b) at the hearing currently scheduled for November 2, 2018, to the extent the Court's schedule allows.  In light of her pending motion for summary judgment, Lynne Saxton takes no position on this joint status report at this time.

On October 19, 2018, defendant Patrick Allen, in his individual capacity, filed notice of his appeal of the Court's September 21, 2018, order (Dkt. 255) denying his Motion to Dismiss or Strike (Dkt. 114) based on qualified immunity and his Motion for Summary Judgment (Dkt. 149) based on qualified immunity and other grounds.  *See* Dkt. 306.  Although FamilyCare reserves all rights to challenge the propriety and merits of Allen's appeal, FamilyCare acknowledges that insofar as Allen appeals the Court's ruling that his alleged conduct violated a clearly established constitutional right, Allen is entitled to seek immediate appellate review of that ruling.  *See Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985).  FamilyCare further acknowledges—and the Defendants agree—that Allen's notice of appeal automatically divests this Court of jurisdiction

---

[1] Counsel for FamilyCare also informed counsel for defendant Allen, in his individual capacity, of this motion.  Allen takes no position on this motion because his case is already on appeal.

2-  JOINT STATUS REPORT AND MOTION TO VACATE
TRIAL DEADLINES

141773702.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

over FamilyCare's claim against Allen in his individual capacity.  *See City of Los Angeles, Harbor Div. v. Santa Monica Baykeeper*, 254 F.3d 882, 886 (9th Cir. 2001).  As such, and in light of the anticipated timeline for resolution of Allen's appeal, FamilyCare's claim against Allen in his individual capacity cannot possibly be decided in the trial currently scheduled for January 2019.  Similarly, if the Court were to deny defendant Lynne Saxton's pending motion for summary judgment on qualified immunity grounds, and if Saxton were to seek interlocutory appeal of that ruling, FamilyCare's claim against Saxton could not be decided in the January 2019 trial.

In light of the foregoing, the parties respectfully submit that the interests of judicial efficiency are best served by holding a single trial after the pending appeal by Allen in his individual capacity (and any similar appeal by Saxton) is resolved by the Ninth Circuit rather than potentially holding two (or more) trials involving overlapping factual and legal issues.  As such, the parties request that the Court postpone indefinitely the trial currently scheduled to begin January 15, 2019, and vacate the related pretrial deadlines set forth in the Amended Trial Management Order (Dkt. 129).

On or before October 30th, the parties intend to move for a stay of this action pending the outcome of the appeal.  The parties agree that the stay shall not apply to the following events:

1.    Briefing, oral argument (currently set for November 2, 2018), and a decision on Defendant Saxton's Motion for Summary Judgment (Dkt. 253);

2.    Briefing, oral argument, and a decision on FamilyCare's Motion for Sanctions Against OHA Due to Evidence Spoliation (Dkt. 257);

3.    Briefing, oral argument, and a decision on FamilyCare's Motion for Partial Reconsideration of Order Denying Motion to Permit Access to AEO Documents (Dkt. 302);

4.    Discovery from third party Health Share of Oregon; and

3-   JOINT STATUS REPORT AND MOTION TO VACATE
TRIAL DEADLINES

141773702.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

5.    Requests for access to documents marked as Confidential or AEO, or de-

designation of documents.

FamilyCare and OHAbelieve these tasks should be completed as they are in progress and completing them now will be more efficient than waiting until after the determination of the appeals.

FamilyCare and OHA will also separately seek interlocutory appeal of certain previous rulings by this Court by requesting that the Court certify the rulings for appeal pursuant to Rule 54(b) and 28 U.S.C. § 1292(b).  This would enable the Ninth Circuit to consider additional related issues at the same time it considers the pending appeal by Allen (and any similar appeal by Saxton).  To that end, the parties plan to file motions regarding their respective requests for Rule 54(b) certification or an order pursuant to 28 U.S.C. § 1292(b) on before October 30, 2018. The parties have agreed to forego response and reply briefing, and, if the Court is so inclined, the parties will be prepared to address the motions, together with issues identified above related to a potential stay, at the hearing currently scheduled for November 2, 2018.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED:  October 26, 2018                    **PERKINS COIE LLP**


By: *s/ Thomas R. Johnson*
        Thomas R. Johnson, OSB No. 010645
        TRJohnson@perkinscoie.com
        Stephen F. English, OSB No. 730843
        SEnglish@perkinscoie.com
        Alletta Brenner, OSB No. 142844
        ABrenner@perkinscoie.com
        PERKINS COIE LLP
        1120 N.W. Couch Street, 10th Floor
        Portland, OR  97209-4128
        Telephone:  503.727.2000
        Facsimile:  503.727.2222

        Matthew Gordon, *pro hac vice*
        MGordon@perkinscoie.com
        Nicholas Hesterberg, *pro hac vice*
        NHesterberg@perkinscoie.com
        PERKINS COIE LLP
        1201 Third Avenue, Suite 4900
        Seattle, WA 98101-3099
        Telephone:  206.359.8000
        Facsimile:  206.359.9000

        *Attorneys for Plaintiff FamilyCare, Inc.*

5-    JOINT STATUS REPORT AND MOTION TO VACATE
      TRIAL DEADLINES

141773702.

**ELLEN ROSENBLUM**
**ATTORNEY GENERAL**
**FOR THE STATE OF OREGON**


By: *s/ David B. Markowitz*

David B. Markowitz, OSB No. 742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB No. 003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB No. 903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB No. 077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB No. 076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for*
*Defendants Oregon Health Authority,*
*an agency of the State of Oregon, and*
*Patrick Allen, in*
*his official capacity as director of the*
*Oregon Health Authority*

6-  JOINT STATUS REPORT AND MOTION TO VACATE
TRIAL DEADLINES

141773702.

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222