**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele:  (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon
Health Authority, an agency of the State of Oregon, and
Patrick Allen in his official capacity as director of the
Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **STIPULATED ORDER TO POSTPONE AND VACATE TRIAL-RELATED DEADLINES** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

THIS MATTER COMES BEFORE THE COURT on plaintiff FamilyCare, Inc. and defendants Patrick Allen, in his official capacity, the Oregon Health Authority's ("OHA") Joint Status Report and Motion to Vacate Trial Deadlines.  Based upon the stipulation of FamilyCare, Allen in his official capacity, and OHA,

**Page 1 -  STIPULATED ORDER TO POSTPONE AND VACATE TRIAL-RELATED DEADLINES**

141782989.1

IT IS HEREBY ORDERED that the trial set for January 15, 2019 is postponed indefinitely and the trial-related deadlines in the Court's Amended Trial Management Order (Dkt. 129) are vacated.  Plaintiff and defendants Allen in his official capacity and OHA shall file motions regarding (i) their requests for a stay and (ii) their requests for Rule 54(b) certification or an order pursuant to 28 U.S.C. § 1292(b) on or before October 30, 2018.

_____
The Honorable Michael W. Mosman
United States District Court Judge

IT IS SO STIPULATED:

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:   *s/ David B. Markowitz*
_____
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB #903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us

*Of Attorney for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority*

**Page 2 -   STIPULATED ORDER TO POSTPONE AND VACATE TRIAL-RELATED DEADLINES**

141782989.1

PERKINS COIE LLP

By: *s/ Thomas R. Johnson*

Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
 *Attorneys for Plaintiff FamilyCare, Inc.*

**Page 3 -   STIPULATED ORDER TO POSTPONE AND VACATE TRIAL-RELATED DEADLINES**

141782989.1