Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br><br>                    Defendants. | No. 6:18−cv−00296−MO<br><br><br>MOTION FOR EXTENSION OF TIME TO RESPOND TO FAMILYCARE, INC.'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER DENYING MOTION TO PERMIT ACCESS TO AEO DOCUMENTS PURSUANT TO PROTECTIVE ORDERS (DKT. 302) |

1-    MOTION FOR EXTENSION OF TIME TO
      RESPOND TO DKT. NO. 302

141784063.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to Local Rule 7-1(a)(1)(A), as described below, counsel for plaintiff FamilyCare, Inc. ("FamilyCare") has conferred in good faith with counsel for Oregon Health Authority ("OHA"), counsel for Coordinated Care Organizations ("CCOs"), and counsel for Schramm Health Partners dba Optumas ("Optumas") about the issue that is the subject of this Motion.

## MOTION

On October 15, 2018, FamilyCare filed a Motion for Partial Reconsideration (Dkt. 302) regarding the Court's denial of FamilyCare's motion to allow Mr. Murray and Mr. Suchorzewski to sign on to the Protective Orders entered in this case.  In response to concerns expressed by counsel for CCOs that they did not have adequate time to review the documents subject to that motion, on Wednesday, October 24, 2018, FamilyCare notified counsel for affected parties that it would agree to a two-week extension of the deadline to respond to that motion.  Most counsel did not respond, but counsel for several CCOs responded by demanding that FamilyCare instead withdraw its Motion for Partial Reconsideration.

Counsel for FamilyCare subsequently emailed counsel for the affected parties, in the morning of Friday, October 26, 2018, offering to file a motion to extend the response deadline to November 12, 2018, per the earlier correspondence, and asking counsel to indicate their position on such a motion by 1:00 P.M.  Counsel for Eastern Oregon CCO, HealthShare, and PacificSource responded and indicated that they did not agree to such an extension, that they believe that FamilyCare has not met its conferral obligations and should withdraw its Motion for Partial Reconsideration and, that notwithstanding FamilyCare's offer to file a motion to extend to November 12, 2018 the deadline for responding, they would file a response to the Motion for Partial Reconsideration on Monday, October 29, 2018.  Counsel for Optumas indicated that Optumas does not oppose the motion.  Counsel for other CCOs did not respond, nor did counsel for OHA.

2- MOTION FOR EXTENSION OF TIME TO RESPOND TO DKT. NO. 302

141784063.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Notwithstanding the position taken by counsel for HealthShare, Eastern Oregon, and PacificSource, FamilyCare files this instant motion so that those CCOs and the other affected parties—OHA, other CCOs, and Optumas—may have additional time to review the documents subject to the Motion for Partial Reconsideration before deciding whether and how to respond to that motion. Accordingly, FamilyCare requests that the Court extend the deadline for responding to the Motion for Partial Reconsideration to November 12, 2018.

DATED: October 26, 2018

**PERKINS COIE LLP**

By: */s/ Thomas R. Johnson*
  Stephen F. English, OSB No. 730843
  SEnglish@perkinscoie.com
  Thomas R. Johnson, OSB No. 010645
  TRJohnson@perkinscoie.com
  Alletta Brenner, OSB No. 142844
  ABrenner@perkinscoie.com
  PERKINS COIE LLP
  1120 N.W. Couch Street, 10th Floor
  Portland, OR  97209-4128
  Telephone:  503.727.2000
  Facsimile:  503.727.2222

  Matthew Gordon, *pro hac vice*
  MGordon@perkinscoie.com
  Nicholas Hesterberg, *pro hac vice*
  NHesterberg@perkinscoie.com
  PERKINS COIE LLP
  1201 Third Avenue, Suite 4900
  Seattle, WA 98101-3099
  Telephone:  206.359.8000
  Facsimile:  206.359.9000

  *Attorneys for Plaintiff FamilyCare, Inc.*

3- MOTION FOR EXTENSION OF TIME TO RESPOND TO DKT. NO. 302

141784063.1