**Frank V. Langfitt**, OSB No. 731770
frank.langfitt@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

> Attorneys for Defendant
> Eastern Oregon Coordinated Care
> Organization

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

FAMILYCARE, INC., an Oregon non-profit corporation,

                    Plaintiff,

            v.

OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,

                    Defendant.

CV No. 6:18-cv-00296-MO

Non-Party Intervenor Eastern Oregon Coordinated Care Organization's MEMORANDUM IN OPPOSITION TO PLAINTIFF FAMILYCARE, INC.'S MOTION FOR PARTIAL RECONSIDERATION (DOC. 302) Request For Oral Argument

Page 1 -    Eastern Oregon Coordinated Care Organization's Memorandum in Opposition to Plaintiff FamilyCare, Inc.'s Motion for Partial Reconsideration

4819-9701-8233.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Non-party intervenor Eastern Oregon Coordinated Care Organization ("Eastern Oregon") submits the following memorandum in opposition to FamilyCare, Inc.'s Motion for Partial Reconsider ("Motion"). Eastern Oregon relies upon this memorandum, the Third Declaration of Mark Danburg-Wyld ("Danburg-Wyld Sup. Decl."), and the Third Declaration of Frank Langfitt ("Langfitt Decl."), filed contemporaneously herewith. Eastern Oregon also relies upon its previous filings in opposition to FamilyCare, Inc.'s Motion to Permit Access to AEO Documents, (Docs. 265, 266, 267 and 268) and non-party Health Share of Oregon's previous filings in opposition to FamilyCare's Motion to Permit Access to AEO Documents (Docs. 269, 270, 271 and 272). Finally, Eastern Oregon also relies upon non-party Health Share of Oregon's opposition to FamilyCare's Motion for Partial Reconsderation and its accompanying filings.

For the reasons set forth below, Eastern Oregon respectfully requests the Court to deny FamilyCare's motion.

## 1. FamilyCare failed to adequately confer with Eastern Oregon or the affected CCOs.

FamilyCare had the obligation to adequately confer in good faith with the CCOs who are parties to the governing protective order. LR 7-1. It did not.

The Third Declaration of Frank Langfitt describes the conferral process, and FamilyCare's failures. Most importantly, FamilyCare did not identify, nor did it provide CCO access to, a universe of documents at issue in its Motion until eight to nine days after the Motion was filed. The documents that were provided were not segregated by CCO, and FamilyCare did not follow the Protective Order protocol. FamilyCare was asked to withdraw its motion, and it refused.

/ / /

Page 2 - Eastern Oregon Coordinated Care Organization's Memorandum in Opposition to Plaintiff FamilyCare, Inc.'s Motion for Partial Reconsideration

4819-9701-8233.1    MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

**2.    FamilyCare has not identified any legitimate reason for reconsideration, and, indeed, there are none.**

There is nothing new in FamilyCare's Motion; it simply reargues the points it made in its last Motion for Access.

FamilyCare asserts that its Motion is made pursuant to Fed R Civ P 26 and 37, but neither of these rules provide for reconsideration. Recently, United States Magistrate Judge Acosta considered a party's motion for reconsideration of a previous discovery ruling. *Ciuffitelli v. Deloitte & Touche LLP*, 2017 WL 7312687 (2017). Judge Acosta identified two rules that contemplate a situation where the court may revisit prior decisions-Fed R Civ P 59(e) (motion to alter or amend a judgment) and Fed R Civ P 60(b) (relief from judgment). Ciuffitelli, Slip Opinion, p2. Essentially, a motion for reconsideration needs to be supported with reasons which include: 1) Under rule 60(b)-(a) mistake, inadvertence, surprise, or excusable neglect; (b) newly discovered evidence with reasonable diligence, could not have been discovered in time to move for a new trial under rule 59(b); (c) fraud . . ., misrepresentation or misconduct by an opposing party . . .: and 2) Under rule 59(e)-(a) the court is presented with newly discovered evidence; (b) the court committed a clear error or the initial decision was manifestly unjust; or (c) there is an intervening change in controlling law. *Id.*

FamilyCare's Motion does not present any factual or legal basis to support reconsideration. FamilyCare does not recite any facts to support its Motion other than those already raised in its earlier Motions or which could have been raised before. No expert has submitted a declaration that any work and analysis cannot be done without Mr. Murray's assistance.

/ / /

Page 3 -    Eastern Oregon Coordinated Care Organization's Memorandum in Opposition to Plaintiff
FamilyCare, Inc.'s Motion for Partial Reconsideration

4819-9701-8233.1    MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

FamilyCare's Motion fails every test for reconsideration. As Judge Acosta wrote,

"Reconsideration is an 'extraordinary remedy, to be used sparingly in the interest of finality and conservation of judicial resources'. *Kona Enters., Inc.,* 229 F.3d at 890 ) [229 F.3d 877 (9th Cir. 2000)]. Motions for reconsideration should not be frequently made or freely granted. *Twentieth Century-Fox Film Corp. v. Dunnahoo,* 637 F.2d 1338, 1341 (9th Cir. 1980)."

## CONCLUSION

FamilyCare has not shown that it is entitled to the extraordinary remedy of reconsideration in this case. For the reasons stated above, Eastern Oregon respectfully requests the Court to deny FamilyCare's Motion for Partial Reconsideration.

DATED this 29th day of October, 2018.

MILLER NASH GRAHAM & DUNN LLP

*s/ Frank V. Langfitt*

Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

Attorneys for Intervenor Eastern Oregon
Coordinated Care Organization LLC

Page 4 -    Eastern Oregon Coordinated Care Organization's Memorandum in Opposition to Plaintiff
FamilyCare, Inc.'s Motion for Partial Reconsideration

4819-9701-8233.1    MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Non-Party Intervenor Eastern Oregon

Coordinated Care Organization's Memorandum in Opposition to Plaintiff FamilyCare, Inc.'s

Motion for Reconsideration on:

Stephen F. English
Thomas R. Johnson
Brian P. Samuelson
1120 NW Couch Street, 10th Floor
Portland, Oregon  97209
E-mail:  senglish@perkinscoie.com
E-mail:  trjohnson@perkinscoie.com
E-mail:  bsamuelson@perkinscoie.com

Matthew P. Gordon
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington  98101
E-mail:  mcurtice@perkinscoie.com
E-mail:  mgordon@perkinscoie.com

*Attorneys for Plaintiff*

Brian M. Parrott
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  brian@bparrott-law.com

*Attorney for Primary Health of Josephine County, LLC*

Joel A. Parker
Jeffrey Hern
Schwabe Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon  97204
E-mail:  jparker@schwabe.com
E-mail:  jhern@schwabe.com
*Attorneys for Trillium Community Health Plan, Inc.*

Renee Stineman
Carla Scott
Elleanor Chin
Department of Justice
Special Litigation Unit
100 SW Market Street
Portland, Oregon  97201
E-mail:  renee.stineman@doj.state.or.us
E-mail:  carla.a.scott@doj.state.or.us
E-mail:  elleanor.chin@doj.state.or.us

Matthew A. Levin
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, Oregon  97204
E-mail:  MattLevin@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen Higgins & Tongue
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  eknight@dunncarney.com
E-mail:  mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, Oregon  97209
E-mail:  dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC and Jackson Care Connect*

Page 1 -     Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

Anna Sortun
Tonkon Torp, LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
E-mail: anna.sortun@tonkon.com

*Attorney for Joint Intervenors Cascade Health Alliance, LLC and Umpqua Health Alliance, LLC*

W. Chris Jenkins
Samaritan Health Services
2300 NW Walnut Blvd.
Corvallis, Oregon 97330
E-mail: wjenkins@samhealth.org

*Attorney for Intercommunity Health Network – Coordinated Care Organization*

Arden J. Olson
Harrang Long Gary Rudnick PC 360 East
10th Avenue, Suite 300
Eugene, Oregon 97401
E-mail: arden.j.olson@harrang.com

*Attorney for Willamette Valley Community Health, LLC*

Gregory A. Chaimov
Christopher F. McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland Oregon 97201
E-mail: gregchaimov@dwt.com
E-mail: chrismccracken@dwt.com

*Attorneys for Non-Party Health Share of Oregon*

Eric A. Lindenauer
Garvey Schubert Baer
121 SW Morrison Street, 11th Floor
Portland, Oregon 97204
E-mail: elindenauer@gsblaw.com

*Attorney for PacificSource Community Solutions*

Peter F. Stoloff
Peter F. Stoloff PC
5285 Meadows Road, Suite 235
Lake Oswego, Oregon 97035
E-mail: pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care Organization*

by the following indicated method or methods on the date set forth below:

☒    **CM/ECF system transmission.**

DATED this 29th day of October, 2018.

*s/ Frank V. Langfitt*
Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com

Of Attorneys for Non-Party Moda Health Plan, Inc.

Page 2 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204