**Frank V. Langfitt**, OSB No. 731770
frank.langfitt@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

Attorneys for Defendant
Eastern Oregon Coordinated Care
Organization

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILY CARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendant. | CV No. 6:18-cv-00296-MO<br><br>THIRD DECLARATION OF MARK DANBURG-WYLD IN SUPPORT OF NON-PARTY INTERVENOR EASTERN OREGON COORDINATED CARE ORGANIZATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF FAMILY CARE, INC.'S MOTION FOR RECONSIDERATION<br><br>Request for Oral Argument |

Page 1 -  Third Declaration of Mark Danburg-Wyld in Support of Memo in Opposition to Motion for Reconsideration

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE; 503.224.5858
3400 U S  BANCORP TOWER
111 S W  FIFTH AVENUE
PORTLAND, OREGON 97204

I, Mark Danburg-Wyld, hereby declare and state as follows:

1.      I am the Government Pricing Actuary & Manager Risk Adjustment Process for Moda Health Plan, Inc. In that capacity, I perform services for Eastern Oregon Coordinated Care Organization., LLC ("Eastern Oregon"). Those services involve overseeing the submission of data to the Oregon Health Authority ("OHA") for the rate setting process; reviewing the work done by Optumas for OHA with respect to Eastern Oregon and addressing any areas of concern; tracking emerging experience; producing forecasts for budgeting purposes; monitoring the risk sharing arrangements for Eastern Oregon; and generally trying to assure that the venture to provide Eastern Oregon's members with care remains solvent.

2.      Eastern Oregon was formed in 2012 by two entities including ODS Community Health, Inc., which is a subsidiary of Moda Health Plan, Inc. Eastern Oregon is the designated coordinated care organization to administer the Oregon Health Plan for 12 counties in eastern Oregon.

3.      In this Declaration, I incorporate by reference my First Declaration dated March 30, 2018, which was refiled as Dkt. 232 on August 27, 2018 and my Supplemental Declaration dated October 1, 2018, which was filed as Dkt. 268 on October 2, 2018.

4.      The Oregon Health Authority ("OHA") sets rates for CCOs such as Eastern Oregon based on data provided by the CCOs. The information provided by Eastern Oregon to OHA for the rate process reveals Eastern Oregon's sensitive information about provider contracting, methods of providing services, and methods of business. As one example, the rate of growth template discloses the amount of revenue for different types of hospitals, broken out between fee-for-service, capitation, and incentive payments, data which reveals a lot about Eastern Oregon's business arrangements, and given the limited number of hospitals in Eastern Oregon, the data would provide good guesses as to particular hospital contract arrangements.

5.      When OHA goes through the rate setting process, it conducts a mixture of

Page 2 -    Third Declaration of Mark Danburg-Wyld in Support of Memo in Opposition to Motion for
            Reconsideration

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE. 503 224.5858
3400 U S BANCORP TOWER
111 S W FIFTH AVENUE
PORTLAND, OREGON 97204

group and individual/private meetings. While any CCO representative can attend the group meetings, private meetings are conducted because some of the data and discussion is proprietary and can't be talked about in the group setting. During the private meetings, Eastern Oregon discloses business practices and other information that is proprietary and that it does not want shared with other CCOs.

6.    While OHA may look at one year of data for a baseline, it considers multiple years of a CCO's data for setting trend assumptions. Rate periods older than 2017 still are relevant, especially because they could infer a lot of information about Eastern Oregon's provider contracting arrangements, and how that has changed over time.

7.    I make this declaration in support of Eastern Oregon's opposition to Family Care's Motion for Partial Reconsideration.

In accordance with 28 U.S.C § 1746, I declare that under penalty of perjury that the foregoing is true and correct to best of my knowledge and belief.

EXECUTED this 24 day of October, 2018.

Mark Danburg-Wyld

Page 3 -    Third Declaration of Mark Danburg-Wyld in Support of Memo in Opposition to Motion for Reconsideration

4827-2760-6137.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE 503 224 5858
3400 U S BANCORP TOWER
111 S W FIFTH AVENUE
PORTLAND OREGON 97204

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Third Declaration of Mark Danburg-Wyld in Support of Non-Party Intervenor Eastern Oregon Coordinated Care Organization's Memorandum in Opposition to Plaintiff FamilyCare, Inc.'s Motion for Reconsideration on:

Stephen F. English
Thomas R. Johnson
Brian P. Samuelson
1120 NW Couch Street, 10th Floor
Portland, Oregon  97209
E-mail:  senglish@perkinscoie.com
E-mail:  trjohnson@perkinscoie.com
E-mail:  bsamuelson@perkinscoie.com

Matthew P. Gordon
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington  98101
E-mail:  mcurtice@perkinscoie.com
E-mail:  mgordon@perkinscoie.com

*Attorneys for Plaintiff*

Brian M. Parrott
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  brian@bparrott-law.com

*Attorney for Primary Health of Josephine County, LLC*

Joel A. Parker
Jeffrey Hern
Schwabe Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon  97204
E-mail:  jparker@schwabe.com
E-mail:  jhern@schwabe.com
*Attorneys for Trillium Community Health Plan, Inc.*

Renee Stineman
Carla Scott
Elleanor Chin
Department of Justice
Special Litigation Unit
100 SW Market Street
Portland, Oregon  97201
E-mail:  renee.stineman@doj.state.or.us
E-mail:  carla.a.scott@doj.state.or.us
E-mail:  elleanor.chin@doj.state.or.us

Matthew A. Levin
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, Oregon  97204
E-mail:  MattLevin@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen Higgins & Tongue
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204
E-mail:  eknight@dunncarney.com
E-mail:  mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, Oregon  97209
E-mail:  dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC and Jackson Care Connect*

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Anna Sortun
Tonkon Torp, LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204
E-mail:  anna.sortun@tonkon.com

*Attorney for Joint Intervenors Cascade
Health Alliance, LLC and Umpqua
Health Alliance, LLC*

W. Chris Jenkins
Samaritan Health Services
2300 NW Walnut Blvd.
Corvallis, Oregon  97330
E-mail:  wjenkins@samhealth.org

*Attorney for Intercommunity Health
Network – Coordinated Care
Organization*

Arden J. Olson
Harrang Long Gary Rudnick PC 360 East
10th Avenue, Suite 300
Eugene, Oregon  97401
E-mail:  arden.j.olson@harrang.com

*Attorney for Willamette Valley Community
Health, LLC*

Gregory A. Chaimov
Christopher F. McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland Oregon  97201
E-mail:  gregchaimov@dwt.com
E-mail:  chrismccracken@dwt.com

*Attorneys for Non-Party Health Share of
Oregon*

Eric A. Lindenauer
Garvey Schubert Baer
121 SW Morrison Street, 11th Floor
Portland, Oregon  97204
E-mail:  elindenauer@gsblaw.com

*Attorney for PacificSource Community
Solutions*

Peter F. Stoloff
Peter F. Stoloff PC
5285 Meadows Road, Suite 235
Lake Oswego, Oregon  97035
E-mail:  pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care
Organization*

by the following indicated method or methods on the date set forth below:

☒        **CM/ECF system transmission.**


DATED this 29th day of October, 2018.


                                    *s/ Frank V. Langfitt*
                                    Frank V. Langfitt, OSB No. 731770
                                    frank.langfitt@millernash.com

                                    Of Attorneys for Non-Party Moda Health
                                    Plan, Inc.


Page 2 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204