**Frank V. Langfitt**, OSB No. 731770
frank.langfitt@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

      Attorneys for Defendant
      Eastern Oregon Coordinated Care
      Organization

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>         Defendant. | CV No. 6:18-cv-00296-MO<br><br>Third Declaration of Frank V. Langfitt in Support of Non-Party Intervenor Eastern Oregon Coordinated Care Organization's Memorandum in Opposition to Plaintiff FamilyCare, Inc.'s Motion for Reconsideration Request for Oral Argument |

Page 1 -    Third Declaration of Frank V. Langfitt in Support of Memo in Opposition to Motion for Reconsideration

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I, Frank V. Langfitt, hereby declare and state as follows:

1.    I am an attorney representing Eastern Oregon Coordinated Care Organization, LLC ("Eastern Oregon").

2.    On October 5, 2018, plaintiff FamilyCare's Motion to Permit Access to AEO Documents (Dkt. 251) was denied. (Dkt. 290) ("Access Motion").

3.    FamilyCare's Access Motion followed FamilyCare's Omnibus Discovery Motions (Dkt. 30); its Motion to Compel Down-Designation of AEO Documents (Dkt. 196); and its Letter to the Court dated September 7, 2018 in which FamilyCare broadened its argument to include a general down-designation of the CCO AEO documents. Each of these tactics required the CCOs, including Eastern Oregon, to respond.

4.    On October 8, 2018 Matthew Gordon, counsel for FamilyCare e-mailed attorneys for the CCOs and OHA, stating that FamilyCare intended to file a motion to either down-designate certain documents or provide for access to the documents for Mr. Murray, subject to the provisions of the protective order. He wrote that FamilyCare intended to file the motion that day. I exchanged subsequent e-mails with Mr. Gordon on October 8th requesting FamilyCare to be specific as to the Eastern Oregon documents at issue, and Mr. Gordon responded by referring to general categories of documents, and that FamilyCare's motion would focus on a number of specific documents. Attached as Exhibit 1 is a copy of the e-mail exchange described in this paragraph.

5.    Later on October 8th, additional CCO attorneys joined the e-mail exchange concerning FamilyCare's motion and the identification of documents. Mr. Gordon responded that FamilyCare was identifying the documents and would have a list the next day, and requested a telephone conference call. I asked whether the list would have Bates numbers and/or copies of the documents because the CCOs do not have individual documents as they were produced by OHA. Mr. Gordon responded that he was working on how to get the documents themselves to us. (See Exhibit 1.)

Page 2 -    Third Declaration of Frank V. Langfitt in Support of Memo in Opposition to Motion for Reconsideration

4825-9797-7721.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

6.    Mr. Gordon followed up on October 9th, with a list of Schedule L Reports to which FamilyCare wanted access by Bill Murray. I responded on October 10th, and referred to an earlier response Eastern Oregon had provided to OHA regarding the Schedule L Reports. Attached as Exhibit 2 is a copy of that e-mail exchange.

7.    On October 10th, Mr. Gordon sent a letter to OHA attorneys with a copy to CCO attorneys, with a list of AEO documents that FamilyCare believed were overdesignated. Mr. Gordon stated that FamilyCare would file a Motion to Reconsider to permit its two employees have access to "these particular documents." The list of Bates Numbers was 350 pages. No documents were supplied to the CCOs. Attached as Exhibit 3 is a copy of the letter and the first four pages of the list.

8.    On October 15, 2018, without any further conferral with Eastern Oregon, or providing the specific documents at issue, FamilyCare filed is Motion to Reconsider.

9.    On October 16, 2018, FamilyCare still had not provided specific documents for Eastern Oregon to consider as part of the conferral process. I wrote to Mr. Gordon regarding FamilyCare's deficiencies in the process, and asked FamilyCare to withdraw its motion until the conferral process was complete, and requested that FamilyCare follow the protocol of the Protective Order. Attached as Exhibit 4 is a copy of my e-mail.

10.    On October 18, 2018, three days after filing its motion, FamilyCare informed the CCOs that it would be sending documents to each of the CCOs, but some of the documents involved multiple CCOs, and could not be shared with our clients. I immediately responded, and asked if the documents would be segregated by CCO to the extent possible. Once again, I asked FamilyCare to withdraw its motion until the CCOs had a reasonable amount of time to review the documents and consult with their clients. I considered reviewing the documents at issue as part of what should be the conferral process. Attached as Exhibit 5 is a copy of this e-mail exchange.

///

Page 3 -    Third Declaration of Frank V. Langfitt in Support of Memo in Opposition to Motion for Reconsideration

4825-9797-7721.1    MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

11.    At approximately 8:30 p.m. on Monday, October 22, FamilyCare's attorneys sent a password protected link to a file containing thousands of documents. The next day, I responded to Mr. Gordon with questions concerning the documents and the inadequate conferral process. Attached as Exhibit 6 is a copy of this e-mail exchange. We also discovered that the password provided by FamilyCare only allowed us to get to a zip drive, which was also password protected. We did not receive the password for the zip drive until October 24.

12.    On October 24, Mr. Lindenauer, attorney for Pacific Source, notified Mr. Gordon that it did not believe that FamilyCare had conducted an appropriate conferral and requested withdrawal of the motion. On behalf of Eastern Oregon, I joined with Pacific Source's observations and request.

13.    On Friday, October 26th, Mr. Gordon notified CCO attorneys that FamilyCare would file a motion to extend the CCO response time by two weeks. I responded to Mr. Gordon that I did not believe that FamilyCare had conferred in good faith nor did I think that FamilyCare was entitled to a motion to reconsider, neither of which could be cured by an extension for the response. FamilyCare filed its Motion for an Extension (Dkt. 313) rather than withdraw its improper motion.

14.    I make this declaration in support of Eastern Oregon's opposition to FamilyCare's Motion for Reconsideration.

In accordance with 28 U.S.C § 1746, I declare that under penalty of perjury that the foregoing is true and correct to best of my knowledge and belief.


EXECUTED this 29th day of October, 2018.


s/ Frank V. Langfitt
Frank V. Langfitt


Page 4 -    Third Declaration of Frank V. Langfitt in Support of Memo in Opposition to Motion for Reconsideration

4825-9797-7721.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Third Declaration of Frank V. Langfitt in Support of Non-Party Intervenor Eastern Oregon Coordinated Care Organization's Memorandum in Opposition to Plaintiff FamilyCare, Inc.'s Motion for Reconsideration on:

Stephen F. English
Thomas R. Johnson
Brian P. Samuelson
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
E-mail: senglish@perkinscoie.com
E-mail: trjohnson@perkinscoie.com
E-mail: bsamuelson@perkinscoie.com

Matthew P. Gordon
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
E-mail: mcurtice@perkinscoie.com
E-mail: mgordon@perkinscoie.com

*Attorneys for Plaintiff*

Brian M. Parrott
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
E-mail: brian@bparrott-law.com

*Attorney for Primary Health of Josephine County, LLC*

Joel A. Parker
Jeffrey Hern
Schwabe Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204
E-mail: jparker@schwabe.com
E-mail: jhern@schwabe.com
*Attorneys for Trillium Community Health Plan, Inc.*

Renee Stineman
Carla Scott
Elleanor Chin
Department of Justice
Special Litigation Unit
100 SW Market Street
Portland, Oregon 97201
E-mail: renee.stineman@doj.state.or.us
E-mail: carla.a.scott@doj.state.or.us
E-mail: elleanor.chin@doj.state.or.us

Matthew A. Levin
Markowitz Herbold PC
1211 SW 5th Avenue, Suite 3000
Portland, Oregon 97204
E-mail: MattLevin@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen Higgins & Tongue
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
E-mail: eknight@dunncarney.com
E-mail: mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy, Suite 900
Portland, Oregon 97209
E-mail: dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC and Jackson Care Connect*

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Anna Sortun
Tonkon Torp, LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204
E-mail:  anna.sortun@tonkon.com

*Attorney for Joint Intervenors Cascade Health Alliance, LLC and Umpqua Health Alliance, LLC*

W. Chris Jenkins
Samaritan Health Services
2300 NW Walnut Blvd.
Corvallis, Oregon  97330
E-mail:  wjenkins@samhealth.org

*Attorney for Intercommunity Health Network – Coordinated Care Organization*

Arden J. Olson
Harrang Long Gary Rudnick PC 360 East 10th Avenue, Suite 300
Eugene, Oregon  97401
E-mail:  arden.j.olson@harrang.com

*Attorney for Willamette Valley Community Health, LLC*

Gregory A. Chaimov
Christopher F. McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland Oregon  97201
E-mail:  gregchaimov@dwt.com
E-mail:  chrismccracken@dwt.com

*Attorneys for Non-Party Health Share of Oregon*

Eric A. Lindenauer
Garvey Schubert Baer
121 SW Morrison Street, 11th Floor
Portland, Oregon  97204
E-mail:  elindenauer@gsblaw.com

*Attorney for PacificSource Community Solutions*

Peter F. Stoloff
Peter F. Stoloff PC
5285 Meadows Road, Suite 235
Lake Oswego, Oregon  97035
E-mail:  pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care Organization*

by the following indicated method or methods on the date set forth below:

☒    **CM/ECF system transmission.**

DATED this 29th day of October, 2018.

*s/ Frank V. Langfitt*
Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com

Of Attorneys for Non-Party Moda Health Plan, Inc.

Page 2 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204