## Langfitt, Frank

| | |
|---|---|
| **From:** | Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com> |
| **Sent:** | Monday, October 08, 2018 5:15 PM |
| **To:** | Langfitt, Frank |
| **Subject:** | RE: Conferral regarding AEO motion |

Understood. I'm working on how to get the documents themselves to you.

**Matthew Gordon | Perkins Coie LLP**
PARTNER
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com

**From:** Langfitt, Frank <Frank.Langfitt@MillerNash.com>
**Sent:** Monday, October 8, 2018 5:04 PM
**To:** Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>
**Subject:** Re: Conferral regarding AEO motion

Matt,

Will the list have Bates Numbers and/or copies of the documents? Please remember that we don't have the individual documents since they were produced by OHA.

Thanks,

Frank

Sent from my iPhone

On Oct 8, 2018, at 4:48 PM, Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com> wrote:

> Counsel,
>
> We are identifying the documents and will have a list tomorrow. Meanwhile, I'd ask you to consult with your clients about the general categories of documents identified in my email.
>
> I suggest a call tomorrow at 1:30. I'll circulate a call-in number. If you can't join at that time and would really like to be part of the discussion, please let me know, but please understand that finding a time where everybody can make it is likely to prove rather difficult.
>
> Thanks,
> Matt
>
> **Matthew Gordon | Perkins Coie LLP**
> PARTNER
> D. +1.206.359.3552
> F. +1.206.359.4552
> E. MGordon@perkinscoie.com

**Frank V. Langfitt**

1

Exhibit 1
Page 1 of 9

Senior Counsel

Miller Nash Graham & Dunn LLP
3400 U.S. Bancorp Tower | 111 S.W. Fifth Avenue | Portland, Oregon 97204
*Direct*: 503.205.2425 | *Office*: 503.224.5858 | *Fax*: 503.224.0155
E-Mail | Web | Social | Blogs

*Please consider the environment before printing this e-mail.*

**From:** Elizabeth C. Knight <EKnight@dunncarney.com>
**Sent:** Monday, October 8, 2018 2:01 PM
**To:** Arden Olson <Arden.J.Olson@harrang.com>; 'Hern, Jeffrey D.' <JHern@SCHWABE.com>; 'Dan Larsen' <Dpl@aterwynne.com>; 'Eric Lindenauer' <ELindenauer@gsblaw.com>; 'McCracken, Chris' <chrismccracken@DWT.COM>; Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; Langfitt, Frank <Frank.Langfitt@MillerNash.com>; z-Gregory Chaimov <gregorychaimov@dwt.com>; Brian Parrott <brian@bparrott-law.com>; Sonia A. Montalbano <Sonia@eoplaw.com>; z-Brittany Simpson <brittanysimpson@markowitzherbold.com>
**Cc:** z-Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Beane, Amanda J. (SEA) <ABeane@perkinscoie.com>; Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>; English, Stephen F. (POR) <SEnglish@perkinscoie.com>; kevin.omalley@gknet.com; Matthew Yium <MYIUM@gsblaw.com>; scott@whipplelawoffice.com; joel@eoplaw.com; Michael D. Crew <MCrew@dunncarney.com>
**Subject:** RE: Conferral regarding AEO motion

Matt, on behalf of AllCare, we are willing to expedite the review of any documents at issue, but agree with the other CCOs that we need to see them in order to meaningfully confer. Thanks.

**From:** Arden Olson [mailto:Arden.J.Olson@harrang.com]
**Sent:** Monday, October 8, 2018 1:30 PM
**To:** 'Hern, Jeffrey D.' <JHern@SCHWABE.com>; 'Dan Larsen' <Dpl@aterwynne.com>; 'Eric Lindenauer' <ELindenauer@gsblaw.com>; 'McCracken, Chris' <chrismccracken@DWT.COM>; Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>; Langfitt, Frank <Frank.Langfitt@MillerNash.com>; z-Gregory Chaimov <gregorychaimov@dwt.com>; Brian Parrott <brian@bparrott-law.com>; Sonia A. Montalbano <Sonia@eoplaw.com>; z-Brittany Simpson <brittanysimpson@markowitzherbold.com>
**Cc:** z-Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Johnson, Thomas R., Jr. (Perkins Coie) <TRJohnson@perkinscoie.com>; Beane, Amanda J. (Perkins Coie) <ABeane@perkinscoie.com>; Brenner, Alletta S. (Perkins Coie) <ABrenner@perkinscoie.com>; English, Stephen F. (Perkins Coie) <SEnglish@perkinscoie.com>; kevin.omalley@gknet.com; Matthew Yium <MYIUM@gsblaw.com>; scott@whipplelawoffice.com; joel@eoplaw.com; Michael D. Crew <MCrew@dunncarney.com>; Elizabeth C. Knight <EKnight@dunncarney.com>
**Subject:** RE: Conferral regarding AEO motion

Dear Matt,

We share the concerns expressed by other CCO counsel with respect to a conferral. Please do the same (as Eric suggested) for WVCH as well so we may meaningfully confer. Please also explain the need for a specific document(s) in prosecuting the remaining claims in the case. That would be helpful with any conferral.

Thank you,

2

Exhibit 1
Page 2 of 9

Arden

<image001.png>

**Arden J. Olson**
arden.j.olson@harrang.com

Oakway Financial Center
497 Oakway Road, Suite 380
Eugene, OR 97401
Phone: 541.485.0220
Fax: 541.686.6564
Website: http://harrang.com

This message is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the addressee, nor authorized to receive for the addressee, you are hereby notified that you may not use, copy, disclose, or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email at arden.j.olson@harrang.com and delete this message.

**From:** Hern, Jeffrey D. [mailto:JHern@SCHWABE.com]
**Sent:** Monday, October 8, 2018 1:15 PM
**To:** 'Dan Larsen'; 'Eric Lindenauer'; 'McCracken, Chris'; Gordon, Matthew P. (Perkins Coie); Langfitt, Frank; z-Gregory Chaimov; 'Brian Parrott'; Sonia A. Montalbano; z-Brittany Simpson
**Cc:** z-Matt Levin; Harry Wilson; Johnson, Thomas R., Jr. (Perkins Coie); Beane, Amanda J. (Perkins Coie); Brenner, Alletta S. (Perkins Coie); English, Stephen F. (Perkins Coie); Arden Olson; kevin.omalley@gknet.com; Matthew Yium; scott@whipplelawoffice.com; joel@eoplaw.com; mcrew@dunncarney.com; eknight@dunncarney.com
**Subject:** RE: Conferral regarding AEO motion

Matt,

We share the concerns expressed by other CCO counsel with respect to a conferral. Please do the same (as Eric suggested) for Trillium as well so we may meaningfully confer. Please also explain the need for a specific document(s) in prosecuting the remaining claims in the case. That would be helpful with any conferral.

Thank you,
Jeff

**Jeffrey D. Hern**
**Schwabe** Williamson & Wyatt
Shareholder
Direct: 503-796-2919
jhern@schwabe.com
Vcard  LinkedIn

**Ideas fuel industries. Learn more at:**
www.schwabe.com

3

Exhibit 1
Page 3 of 9

**From:** Dan Larsen <Dpl@aterwynne.com>
**Sent:** Monday, October 8, 2018 1:08 PM
**To:** 'Eric Lindenauer' <ELindenauer@gsblaw.com>; 'McCracken, Chris' <chrismccracken@DWT.COM>; Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>; Langfitt, Frank <Frank.Langfitt@MillerNash.com>; z-Gregory Chaimov <gregorychaimov@dwt.com>; 'Brian Parrott' <brian@bparrott-law.com>; Sonia A. Montalbano <Sonia@eoplaw.com>; Hern, Jeffrey D. <JHern@SCHWABE.com>; z-Brittany Simpson <brittanysimpson@markowitzherbold.com>; Hern, Jeffrey D. <JHern@SCHWABE.com>
**Cc:** z-Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Johnson, Thomas R., Jr. (Perkins Coie) <TRJohnson@perkinscoie.com>; Beane, Amanda J. (Perkins Coie) <ABeane@perkinscoie.com>; Brenner, Alletta S. (Perkins Coie) <ABrenner@perkinscoie.com>; English, Stephen F. (Perkins Coie) <SEnglish@perkinscoie.com>; Arden Olson <arden.j.olson@harrang.com>; kevin.omalley@gknet.com; Matthew Yium <MYIUM@gsblaw.com>; scott@whipplelawoffice.com; joel@eoplaw.com; mcrew@dunncarney.com; eknight@dunncarney.com
**Subject:** RE: Conferral regarding AEO motion

Matt,

Please do the same for Jackson Care Connect and Columbia Pacific CCO so that we may meaningfully confer.

Dan

**Daniel P. Larsen | Partner**
**ATER WYNNE LLP** | 1331 NW Lovejoy Street, Suite 900 | Portland, OR 97209
Direct: 503-226-8431
dpl@aterwynne.com | www.aterwynne.com

This e-mail is meant for only the intended recipient, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited - please notify us immediately of the error and please delete this message from your system. Thank you.

**From:** Eric Lindenauer [mailto:ELindenauer@gsblaw.com]
**Sent:** Monday, October 08, 2018 1:04 PM
**To:** 'McCracken, Chris'; Gordon, Matthew P. (Perkins Coie); Langfitt, Frank; z-Gregory Chaimov; 'Brian Parrott'; Sonia A. Montalbano; jhern@schwabe.com; z-Brittany Simpson; jhern@schwabe.com
**Cc:** z-Matt Levin; Harry Wilson; Johnson, Thomas R., Jr. (Perkins Coie); Beane, Amanda J. (Perkins Coie); Brenner, Alletta S. (Perkins Coie); English, Stephen F. (Perkins Coie); Arden Olson; kevin.omalley@gknet.com; Matthew Yium; scott@whipplelawoffice.com; joel@eoplaw.com; Dan Larsen; mcrew@dunncarney.com; eknight@dunncarney.com
**Subject:** RE: Conferral regarding AEO motion

Matt

I am home ill today and not available to confer on behalf of PacificSource.  I can be available tomorrow (Tuesday) any time after 1:00 p.m. for a call.  Like others I will need to know what specific documents you are seeking so that I can confer with my client and let you know their position. It seems to me since your motion will seek "specific documents" meaningful conferral requires identification of what those are. Since I don't have direct access to what has been produced it would be helpful to have copies where identification of a specific document will not be possible from a description.

4

Exhibit 1
Page 4 of 9

ERIC A. LINDENAUER

*Principal* | 503.553.3117 Tel | 503.226.0259 Fax | elindenauer@gsblaw.com

GARVEY SCHUBERT BARER, P.C. | 11th Floor | 121 SW Morrison Street | Portland, OR 97204 | ► GSBLaw.com

<image002.jpg>  <image003.png>  <image004.png>

**From:** McCracken, Chris [mailto:chrismccracken@DWT.COM]
**Sent:** Monday, October 8, 2018 12:26 PM
**To:** Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>; Langfitt, Frank <Frank.Langfitt@MillerNash.com>; z-Gregory Chaimov <gregorychaimov@dwt.com>; 'Brian Parrott' <brian@bparrott-law.com>; Sonia A. Montalbano <Sonia@eoplaw.com>; Eric Lindenauer <ELindenauer@gsblaw.com>; jhern@schwabe.com; z-Brittany Simpson <brittanysimpson@markowitzherbold.com>; jhern@schwabe.com
**Cc:** z-Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Johnson, Thomas R., Jr. (Perkins Coie) <TRJohnson@perkinscoie.com>; Beane, Amanda J. (Perkins Coie) <ABeane@perkinscoie.com>; Brenner, Alletta S. (Perkins Coie) <ABrenner@perkinscoie.com>; English, Stephen F. (Perkins Coie) <SEnglish@perkinscoie.com>; Arden Olson <arden.j.olson@harrang.com>; kevin.omalley@gknet.com; Matthew Yium <MYIUM@gshlaw.com>; scott@whipplelawoffice.com; joel@eoplaw.com; Eric Lindenauer <ELindenauer@gsblaw.com>; dpl@aterwynne.com; mcrew@dunncarney.com; eknight@dunncarney.com
**Subject:** RE: Conferral regarding AEO motion

Matt:

On behalf of Health Share, we are willing to make review of the documents a top priority.

To do so, and to meaningfully confer, we need FamilyCare to identify the documents. We will also probably need copies because, as a non-party, we have not received the vast majority of the documents OHA produced. The descriptions in your email below are not enough to allow us to identify the subject of your motion. For example, "documents *related to* risk scores" covers a wide array of documents some of which may be AEO and some of which may not be AEO.

Like you, I am available any time after 1:30 for a call.

**Christopher McCracken** | Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400 | Portland, OR 97201
Tel: (503) 778-5223 | Fax: (503) 778-5299
Email: chrismccracken@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Gordon, Matthew P. (Perkins Coie) [mailto:MGordon@perkinscoie.com]
**Sent:** Monday, October 08, 2018 11:37 AM
**To:** Langfitt, Frank; McCracken, Chris; Chaimov, Gregory; 'Brian Parrott'; Sonia A. Montalbano; Eric Lindenauer; jhern@schwabe.com; Brittany M. Simpson (brittanysimpson@markowitzherbold.com); jhern@schwabe.com
**Cc:** Matt Levin; Harry Wilson; Johnson, Thomas R., Jr. (Perkins Coie); Beane, Amanda J. (Perkins Coie); Brenner, Alletta S. (Perkins Coie); English, Stephen F. (Perkins Coie); Arden Olson; kevin.omalley@gknet.com; myium@gsblaw.com; scott@whipplelawoffice.com; joel@eoplaw.com; Eric Lindenauer; dpl@aterwynne.com; mcrew@dunncarney.com; eknight@dunncarney.com
**Subject:** RE: Conferral regarding AEO motion

5

Exhibit 1
Page 5 of 9

Frank,

The Eastern Oregon documents that would be implicated would be those that are relevant to the categories I identify below. For example, with respect to the rate of growth calculations, it would be documents reflecting how the rate of growth was calculated for each CCO, including Eastern Oregon, documents relied upon in those calculations, and communications (including communications with the CCOs about the rate of growth). Similar types of documents would be at issue for the other categories.

The motion will differ from the prior motion in that it will not be about all AEO documents but instead will focus on a number of specific documents.

I'm happy to discuss further if you'd like.

-Matt


**Matthew Gordon | Perkins Coie LLP**
PARTNER
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com


**From:** Langfitt, Frank <Frank.Langfitt@MillerNash.com>
**Sent:** Monday, October 8, 2018 11:20 AM
**To:** Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; McCracken, Chris <chrismccracken@DWT.COM>; Chaimov, Gregory <gregorychaimov@dwt.com>; 'Brian Parrott' <brian@bparrott-law.com>; Sonia A. Montalbano <Sonia@eoplaw.com>; Eric Lindenauer <ELindenauer@gsblaw.com>; jhern@schwabe.com; Brittany M. Simpson (brittanysimpson@markowitzherbold.com) <brittanysimpson@markowitzherbold.com>; jhern@schwabe.com
**Cc:** Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Beane, Amanda J. (SEA) <ABeane@perkinscoie.com>; Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>; English, Stephen F. (POR) <SEnglish@perkinscoie.com>; Arden Olson <arden.j.olson@harrang.com>; kevin.omalley@gknet.com; myium@gsblaw.com; scott@whipplelawoffice.com; joel@eoplaw.com; Eric Lindenauer <ELindenauer@gsblaw.com>; dpl@aterwynne.com; mcrew@dunncarney.com; eknight@dunncarney.com
**Subject:** RE: Conferral regarding AEO motion

Matt,

In order that a conferral with you will be productive and so that I can consult with my client, can you be specific as to Eastern Oregon documents? Also, I understand your alternative to be access by Mr. Murray to the specific CCO documents, and not broad-based access to AEO documents; is this correct?

Once I have a better idea of what you are proposing, we can try to set up a call.

Thank you,

Frank

Exhibit 1
Page 6 of 9

Frank V. Langfitt
Senior Counsel

Miller Nash Graham & Dunn LLP
3400 U.S. Bancorp Tower | 111 S.W. Fifth Avenue | Portland, Oregon 97204
Direct: 503.205.2425 | Office: 503.224.5858 | Fax: 503.224.0155
E-Mail | Web | Social | Blogs

Please consider the environment before printing this e-mail.

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.

**From:** Gordon, Matthew P. (Perkins Coie) [mailto:MGordon@perkinscoie.com]
**Sent:** Monday, October 08, 2018 11:05 AM
**To:** McCracken, Chris; Chaimov, Gregory; 'Brian Parrott'; Sonia A. Montalbano; Langfitt, Frank; Eric Lindenauer; jhern@schwabe.com; Brittany M. Simpson (brittanysimpson@markowitzherbold.com); jhern@schwabe.com
**Cc:** Matt Levin; Harry Wilson; Johnson, Thomas R., Jr. (Perkins Coie); Beane, Amanda J. (Perkins Coie); Brenner, Alletta S. (Perkins Coie); English, Stephen F. (Perkins Coie); Arden Olson; kevin.omalley@gknet.com; myium@gsblaw.com; scott@whipplelawoffice.com; joel@eoplaw.com; Eric Lindenauer; dpl@aterwynne.com; mcrew@dunncarney.com; eknight@dunncarney.com
**Subject:** Conferral regarding AEO motion

Counsel,

[I'm sending this email to counsel who appeared at the hearing on Friday and cc'ing other counsel who appear on the ECF service list. I believe I included everybody who might have an interest, but if you think I've missed anybody, please let me know and I will forward to them.]

In light of the court's denial of FamilyCare's motion to add parties to the protective order and the court's comments about considering more particular relief, FamilyCare intends to filed a motion to either down-designate certain documents or to provide for access to the documents for Mr. Murray subject to the provisions of the protective order. In light of the court's comments about timing, FamilyCare intends to file that motion today.

Given the large number of AEO documents, we have not yet identified each specific document that will be the subject of the motion, but we expect that they will generally fall into several categories, including documents related to risk scores, rate of growth calculations, CCOs' quarterly and annual financial submissions, triangulation-related documents, Optumas rate development documents shared with the CCOs, and regional rate models. I anticipate having more information about the documents later today.

I am available to confer about this motion after 1:30 today. Please let me know what time works for you.

Thank you,
Matt

**Matthew Gordon | Perkins Coie LLP**
PARTNER
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com

Exhibit 1
Page 7 of 9

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Exhibit 1
Page 8 of 9

| Report # | FamilyCare Seeks Access? |
|---|---|
| Report L1 | Yes |
| Report L2 | Yes |
| Report L3, L3.1, L3.2, L3.3 | Yes |
| Report L4 | Yes |
| Report L5 | Yes |
| Report L6 Corp | Yes |
| Report L6 OHP | Yes |
| Report L6.1 OHP | Yes |
| Report L6.2 OHP | Yes |
| Report L6.3 OHP | Yes, but if the required narrative description contains specific/individual provider names and/or specific details related to payment methods, those details would be redacted. |
| Report L6.4 OHP | Yes |
| Report L7 | Yes |
| Report L8 | Yes |
| Report L9 | Yes |
| Report L10 | Yes |
| Report L11 | Yes |
| Report L12 | Yes |
| Report L13 | Yes |
| Report L14 | Yes |
| Report L15 | Yes, but if the required narrative description contains specific/individual provider names and/or specific details related to payment methods, those details would be redacted. |
| Report L16 | No |
| Report L17 | Yes, but if the required narrative description contains specific/individual provider names and/or specific details related to payment methods, those details would be redacted. |
| Report L17.1 | Yes |
| Report L17.2 | Yes |
| Report L18 | Yes, but if the required narrative description contains specific/individual provider names and/or specific details related to payment methods, those details would be redacted. |
| Report L18.1 | Yes |
| Report L19 | Yes |
| Scratch Sheet | Yes, but if scratch sheet contains specific/individual provider names and/or specific details related to payment methods, such information would be redacted. |

Exhibit 1
Page 9 of 9