## Langfitt, Frank

| | |
|---|---|
| **From:** | Langfitt, Frank |
| **Sent:** | Wednesday, October 10, 2018 2:43 PM |
| **To:** | Gordon, Matthew P. (Perkins Coie) |
| **Cc:** | gregorychaimov@dwt.com; chrismccracken@DWT.COM; ELindenauer@gsblaw.com; arden.j.olson@harrang.com; Mr. Daniel P. Larsen; EKnight@dunncarney.com; brian@bparrott-law.com; JHern@schwabe.com |
| **Subject:** | Re: Conferral regarding AEO motion |

Matt,

I'm still out of the office, but have had some access with my client, Eastern Oregon, and I've had a chance to see Health Share's response. Eastern Oregon joins in Health Share's response, and I refer you to my May, 2019 letter to Ms. Chinn (attached as an exhibit to my most recent declaration) for my client's position on AEO designations and Exhibit L. Without seeing the specific documents at issue, I cannot be more specific on my response.

Regards,

Frank

Sent from my iPhone

On Oct 9, 2018, at 9:28 PM, Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com> wrote:

> Thank you Frank.
>
> On Oct 9, 2018, at 9:07 PM, Langfitt, Frank <Frank.Langfitt@MillerNash.com> wrote:
>
> > Matt,
> >
> > Thank you. I have sent to my client. I am out of the office tomorrow with limited ability to communicate, but will try to close the loop with client and get back to you.
> >
> > Sent from my iPhone
> >
> > On Oct 9, 2018, at 5:42 PM, Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com> wrote:
> >
> > > Counsel,
> > >
> > > Thank you for taking the time to confer today regarding FamilyCare's motion re AEO documents.
> > >
> > > Attached is a list identifying which of the Schedule L reports FamilyCare's motion would seek to access; I understand those reports to consist of aggregated data (e.g., total expenditures by category) that would not implicate the concerns identified by various CCOs.
> > >
> > > Please let me know, by 3:00 tomorrow if possible, your client's position as to those reports.

1

Exhibit 2
Page 1 of 4

Separately, we're working to further reduce the number of document that would be subject to the motion.

Thank you,
Matt

**Matthew Gordon | Perkins Coie LLP**
PARTNER
D +1.206.359.3552
F +1.206.359.4552
E. MGordon@perkinscoie.com

**Frank V. Langfitt**
Senior Counsel

Miller Nash Graham & Dunn LLP
3400 U.S. Bancorp Tower | 111 S.W. Fifth Avenue | Portland, Oregon 97204
*Direct*: 503.205.2425 | *Office*: 503.224.5858 | *Fax*: 503.224.0155
E-Mail | Web | Social | Blogs

*Please consider the environment before printing this e-mail.*

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.

**From:** Gordon, Matthew P. (SEA)
**Sent:** Monday, October 8, 2018 11:05 AM
**To:** 'McCracken, Chris' <chrismccracken@DWT.COM>; 'Chaimov, Gregory' <gregorychaimov@dwt.com>; 'Brian Parrott' <brian@bparrott-law.com>; Sonia A. Montalbano <Sonia@eoplaw.com>; Langfitt, Frank <Frank.Langfitt@MillerNash.com>; Eric Lindenauer <ELindenauer@gsblaw.com>; jhern@schwabe.com; Brittany M. Simpson (brittanysimpson@markowitzherbold.com) <brittanysimpson@markowitzherbold.com>; 'jhern@schwabe.com' <jhern@schwabe.com>
**Cc:** Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Beane, Amanda J. (SEA) <ABeane@perkinscoie.com>; Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>; English, Stephen F. (POR) <SEnglish@perkinscoie.com>; Arden Olson <arden.i.olson@harrang.com>; 'kevin.omalley@gknet.com' <kevin.omalley@gknet.com>; 'myium@gsblaw.com' <myium@gsblaw.com>; 'scott@whipplelawoffice.com' <scott@whipplelawoffice.com>; 'joel@eoplaw.com' <joel@eoplaw.com>; Eric Lindenauer <ELindenauer@gsblaw.com>; 'dpl@aterwynne.com' <dpl@aterwynne.com>; 'mcrew@dunncarney.com' <mcrew@dunncarney.com>; 'eknight@dunncarney.com' <eknight@dunncarney.com>
**Subject:** Conferral regarding AEO motion

2

Exhibit 2
Page 2 of 4

Counsel,

[I'm sending this email to counsel who appeared at the hearing on Friday and cc'ing other counsel who appear on the ECF service list. I believe I included everybody who might have an interest, but if you think I've missed anybody, please let me know and I will forward to them.]

In light of the court's denial of FamilyCare's motion to add parties to the protective order and the court's comments about considering more particular relief, FamilyCare intends to filed a motion to either down-designate certain documents or to provide for access to the documents for Mr. Murray subject to the provisions of the protective order. In light of the court's comments about timing, FamilyCare intends to file that motion today.

Given the large number of AEO documents, we have not yet identified each  specific document that will be the subject of the motion, but we expect that they will generally fall into several categories, including documents related to risk scores, rate of growth calculations, CCOs' quarterly and annual financial submissions, triangulation-related documents, Optumas rate development documents shared with the CCOs, and regional rate models. I anticipate having more information about the documents later today.

I am available to confer about this motion after 1:30 today. Please let me know what time works for you.

Thank you,
Matt

**Matthew Gordon | Perkins Coie LLP**
PARTNER
D. +1.206.359.3552
F. +1.206.359.4552
E MGordon@perkinscoie.com

NOTICE. This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

<Schedule L Reports (2).pdf>

NOTICE. This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

3

Exhibit 2
Page 3 of 4

| Report # | FamilyCare Seeks Access? |
|---|---|
| Report L1 | Yes |
| Report L2 | Yes |
| Report L3, L3.1, L3.2, L3.3 | Yes |
| Report L4 | Yes |
| Report L5 | Yes |
| Report L6 Corp | Yes |
| Report L6 OHP | Yes |
| Report L6.1 OHP | Yes |
| Report L6.2 OHP | Yes |
| Report L6.3 OHP | Yes, but if the required narrative description contains specific/individual provider names and/or specific details related to payment methods, those details would be redacted. |
| Report L6.4 OHP | Yes |
| Report L7 | Yes |
| Report L8 | Yes |
| Report L9 | Yes |
| Report L10 | Yes |
| Report L11 | Yes |
| Report L12 | Yes |
| Report L13 | Yes |
| Report L14 | Yes |
| Report L15 | Yes, but if the required narrative description contains specific/individual provider names and/or specific details related to payment methods, those details would be redacted. |
| Report L16 | No |
| Report L17 | Yes, but if the required narrative description contains specific/individual provider names and/or specific details related to payment methods, those details would be redacted. |
| Report L17.1 | Yes |
| Report L17.2 | Yes |
| Report L18 | Yes, but if the required narrative description contains specific/individual provider names and/or specific details related to payment methods, those details would be redacted. |
| Report L18.1 | Yes |
| Report L19 | Yes |
| Scratch Sheet | Yes, but if scratch sheet contains specific/individual provider names and/or specific details related to payment methods, such information would be redacted. |

Exhibit 2
Page 4 of 4