PERKINSCOie

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

☎ +1.206.359.8000
🖨 +1.206.359.9000
PerkinsCoie.com

October 10, 2018

Matthew P. Gordon
MGordon@perkinscoie.com
D. +1.206.359.3552
F. +1.206.359.4552

**VIA EMAIL ONLY**

Harry Wilson
HarryWilson@MarkowitzHerbold.com
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204

**Re:    FamilyCare v. Oregon Health Authority, Case No. 6:18-cv-00296-MO**

Dear Harry:

Attached to this letter is a list of documents produced in this litigation that FamilyCare believes to have been improperly designated as Attorney's Eyes Only (AEO). These are the documents that were the subject of our conferral yesterday.

As you are aware, counsel for various CCOs have insisted that these documents be provided to them pursuant to paragraph 5 of the Protective Orders entered in this case. Without conceding that that protocol is appropriate under these circumstances, and without waiving any rights, FamilyCare provides this list to you under that paragraph and requests that you respond within 10 days to let us know whether you agree that the documents were improperly designated. Please provide copies of the documents identified on this list to counsel for each entity (CCO or Optumas) that has requested AEO designation of that document as soon as possible.

In addition, to the extent that any of these documents were designated by OHA rather than at the request of any individual CCO or Optumas, please provide OHA's position as to the de-designation of such documents.

FamilyCare intends to file a motion seeking partial reconsideration of the Court's decision on its Motion to Permit Access to AEO Documents (Dkt 251) to allow Bill Murray and Art Suchorzewski to sign on to the Protective Orders to access these particular documents, consistent with the terms proposed in FamilyCare's Motion.

123045-0001/141588885.3
Perkins Coie LLP

Exhibit 3
Page 1 of 5

Matthew Levin
October 10, 2018
Page 2

Very truly yours,

*/s/ Matthew P. Gordon*

Matthew P. Gordon

MPG:nkl
Enclosure

cc: Peter R. Mersereau (via email)
    Beth Plass (via email)
    Brian M. Parrott (via email)
    Elizabeth C. Knight (via email)
    Michael D. Crew (via email)
    Anna Sortun (via email)
    Daniel P. Larsen (via email)
    Frank V. Langfitt III (via email)
    Gregory A. Chaimov (via email)
    Christopher McCracken (via email)
    Tyler G. Jacobsen (via email)
    Gabe Parra (via email)
    Eric A. Lindenauer (via email)
    Joel A. Parker (via email)
    Jeffrey D. Hern (via email)
    Arden J. Olson (via email)
    Lorelei A. Craig (via email)
    Peter F. Stoloff (via email)
    B. Scott Whipple (via email)
    Chris Thompson (via email)
    Kevin O'Malley (via email)
    Elleanor Chin (via email)

123045-0001/141588885.3
Perkins Coie LLP

Exhibit 3
Page 2 of 5

| Production Bates Begin |
| --- |
| OPTUMAS_00069907 |
| OPTUMAS_00038150 |
| OPTUMAS_00027270 |
| OPTUMAS_00037069 |
| OPTUMAS_00027334 |
| OHA_LIT_00273556 |
| OPTUMAS_00027335 |
| OPTUMAS_00040092 |
| OPTUMAS_00027273 |

Exhibit 3
Page 3 of 5

| Production Bates Begin |
| --- |
| OPTUMAS_00036744 |
| OPTUMAS_00027282 |
| OPTUMAS_00036739 |
| OPTUMAS_00027149 |
| OPTUMAS_00073946 |
| OPTUMAS_00027279 |
| OPTUMAS_00037079 |
| OPTUMAS_00027337 |
| OPTUMAS_00039831 |

2

Exhibit 3
Page 4 of 5

| Production Bates Begin |
|---|
| OPTUMAS_00034784 |
| OPTUMAS_00043484 |
| OPTUMAS_00039759 |
| OPTUMAS_00037075 |
| OPTUMAS_00027338 |
| OPTUMAS_00043248 |
| OPTUMAS_00027276 |
| OPTUMAS_00026764 |

3

Exhibit 3
Page 5 of 5