## Langfitt, Frank

| | |
|---|---|
| **From:** | Langfitt, Frank |
| **Sent:** | Tuesday, October 16, 2018 11:24 AM |
| **To:** | Gordon, Matthew P. (Perkins Coie) |
| **Cc:** | gregorychaimov@dwt.com; chrismccracken@DWT.COM; ELindenauer@gsblaw.com; arden.j.olson@harrang.com; Mr. Daniel P. Larsen; EKnight@dunncarney.com; brian@bparrott-law.com; JHern@schwabe.com; 'Brian Parrott'; Gabriel Parra; Anna Sortun |
| **Subject:** | RE: Conferral regarding AEO motion |

Dear Matt,

I am writing with significant concerns about Family Care's recent efforts to again seek access for Mr. Murray and Mr. Suchorzewski to Eastern Oregon's AEO documents.

On October 9, you sought and started a "conferral" with attorneys for various CCOs regarding AEO access. You followed up with an email describing broad categories of documents, to which I responded on behalf of my client. Once again, I asked for access to the Eastern Oregon documents at issue so that we could know what information, and in what form, so Eastern Oregon could respond. This request was not only out of a sense of fairness and for a good faith conferral, but because the Protective Order required Family Care to raise its issues about specific documents. The only non-motion follow up by Family Care, of which I am aware, was your letter to OHA's attorney, Harry Wilson, dated October 10, to which you attached a 305 page list of Bates Numbers. You asked that within 10 days, OHA either agree with your position that the identified documents were improperly designated, or provide the documents to the CCOs. Of course, as Family Care is aware, the CCOs do not have access to the documents identified by your Bates Numbers. Yesterday, only five days after your letter to OHA, and without providing any documents to the CCOs, or to Eastern Oregon, Family Care filed its motion for reconsideration.

As Mr. Lindenauer wrote to you on October 12, Family Care agreed to a protocol to deal with the issues Family Care has raised, but for some reason, Family Care repeatedly refuses to follow that protocol. Eastern Oregon joins in the points raised in Mr. Lindenauer's letter. On several occasions, I have referred Family Care to my letter of May 22, 2018, which provided a framework for dealing with Eastern Oregon's AEO designations. I mentioned that letter again in my recent response to your "conferral." Family Care has never taken the invitation to discuss that framework with me. Given the history of Family Care's repeated motions, the failure to truly confer over the last few days, and its failure to provide the documents at issue, Eastern Oregon can only conclude that Family Care has failed to comply with the conferral process required by the court, has acted in bad faith, and has abused the discovery and motion process.

Eastern Oregon requests that Family Care withdraw its latest motion to reconsider.

Regards,

Frank Langfitt

**From:** Langfitt, Frank
**Sent:** Wednesday, October 10, 2018 2:43 PM
**To:** Gordon, Matthew P. (Perkins Coie)
**Cc:** gregorychaimov@dwt.com; chrismccracken@DWT.COM; ELindenauer@gsblaw.com; arden.j.olson@harrang.com; Mr. Daniel P. Larsen; EKnight@dunncarney.com; brian@bparrott-law.com; JHern@schwabe.com
**Subject:** Re: Conferral regarding AEO motion

1

Exhibit 4
Page 1 of 4

Matt,

I'm still out of the office, but have had some access with my client, Eastern Oregon, and I've had a chance to see Health Share's response. Eastern Oregon joins in Health Share's response, and I refer you to my May, 2019 letter to Ms. Chinn (attached as an exhibit to my most recent declaration) for my client's position on AEO designations and Exhibit L. Without seeing the specific documents at issue, I cannot be more specific on my response.

Regards,

Frank

Sent from my iPhone

On Oct 9, 2018, at 9:28 PM, Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com> wrote:

> Thank you Frank.
>
> On Oct 9, 2018, at 9:07 PM, Langfitt, Frank <Frank.Langfitt@MillerNash.com> wrote:
>
>> Matt,
>>
>> Thank you. I have sent to my client. I am out of the office tomorrow with limited ability to communicate, but will try to close the loop with client and get back to you.
>>
>> Sent from my iPhone
>>
>> On Oct 9, 2018, at 5:42 PM, Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com> wrote:
>>
>>> Counsel,
>>>
>>> Thank you for taking the time to confer today regarding FamilyCare's motion re AEO documents.
>>>
>>> Attached is a list identifying which of the Schedule L reports FamilyCare's motion would seek to access; I understand those reports to consist of aggregated data (e.g., total expenditures by category) that would not implicate the concerns identified by various CCOs.
>>>
>>> Please let me know, by 3:00 tomorrow if possible, your client's position as to those reports.
>>>
>>> Separately, we're working to further reduce the number of document that would be subject to the motion.
>>>
>>> Thank you,
>>> Matt
>>>
>>> **Matthew Gordon | Perkins Coie LLP**
>>> PARTNER
>>> D. +1.206.359.3552
>>> F. +1.206.359.4552
>>> E. MGordon@perkinscoie.com

2

Exhibit 4
Page 2 of 4

**Frank V. Langfitt**
Senior Counsel

**Miller Nash Graham & Dunn LLP**
3400 U.S. Bancorp Tower | 111 S.W. Fifth Avenue | Portland, Oregon 97204
*Direct*: 503.205.2425 | *Office*: 503.224.5858 | *Fax*: 503.224.0155
E-Mail | Web | Social | Blogs

*Please consider the environment before printing this e-mail.*

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.

**From:** Gordon, Matthew P. (SEA)
**Sent:** Monday, October 8, 2018 11:05 AM
**To:** 'McCracken, Chris' <chrismccracken@DWT.COM>; 'Chaimov, Gregory' <gregorychaimov@dwt.com>; 'Brian Parrott' <brian@bparrott-law.com>; Sonia A. Montalbano <Sonia@eoplaw.com>; Langfitt, Frank <Frank.Langfitt@MillerNash.com>; Eric Lindenauer <ELindenauer@gsblaw.com>; jhern@schwabe.com; Brittany M. Simpson (brittanysimpson@markowitzherbold.com) <brittanysimpson@markowitzherbold.com>; 'jhern@schwabe.com' <jhern@schwabe.com>
**Cc:** Matt Levin <mattlevin@markowitzherbold.com>; Harry Wilson <harrywilson@markowitzherbold.com>; Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Beane, Amanda J. (SEA) <ABeane@perkinscoie.com>; Brenner, Alletta S.(POR) <ABrenner@perkinscoie.com>; English, Stephen F. (POR) <SEnglish@perkinscoie.com>; Arden Olson <arden.j.olson@harrang.com>; 'kevin.omalley@gknet.com' <kevin.omalley@gknet.com>; 'myium@gsblaw.com' <myium@gsblaw.com>; 'scott@whipplelawoffice.com' <scott@whipplelawoffice.com>; 'joel@eoplaw.com' <joel@eoplaw.com>; Eric Lindenauer <ELindenauer@gsblaw.com>; 'dpl@aterwynne.com' <dpl@aterwynne.com>; 'mcrew@dunncarney.com' <mcrew@dunncarney.com>; 'eknight@dunncarney.com' <eknight@dunncarney.com>
**Subject:** Conferral regarding AEO motion

Counsel,

[I'm sending this email to counsel who appeared at the hearing on Friday and cc'ing other counsel who appear on the ECF service list. I believe I included everybody who might have an interest, but if you think I've missed anybody, please let me know and I will forward to them.]

3

Exhibit 4
Page 3 of 4

In light of the court's denial of FamilyCare's motion to add parties to the protective order and the court's comments about considering more particular relief, FamilyCare intends to filed a motion to either down-designate certain documents or to provide for access to the documents for Mr. Murray subject to the provisions of the protective order. In light of the court's comments about timing, FamilyCare intends to file that motion today.

Given the large number of AEO documents, we have not yet identified each specific document that will be the subject of the motion, but we expect that they will generally fall into several categories, including documents related to risk scores, rate of growth calculations, CCOs' quarterly and annual financial submissions, triangulation-related documents, Optumas rate development documents shared with the CCOs, and regional rate models. I anticipate having more information about the documents later today.

I am available to confer about this motion after 1:30 today. Please let me know what time works for you.

Thank you,
Matt

**Matthew Gordon | Perkins Coie LLP**
PARTNER
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com

NOTICE. This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

<Schedule L Reports (2).pdf>

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

4

Exhibit 4
Page 4 of 4