## Langfitt, Frank

| | |
|---|---|
| **From:** | Langfitt, Frank |
| **Sent:** | Thursday, October 18, 2018 4:06 PM |
| **To:** | 'Gordon, Matthew P. (Perkins Coie)'; Arden Olson; 'McCracken, Chris'; Linda Berg |
| **Cc:** | 'Harry Wilson'; 'pmersereau@mershanlaw.com'; 'bplass@mershanlaw.com'; 'brian@bparrott-law.com'; 'eknight@dunncarney.com'; 'mcrew@dunncarney.com'; 'anna.sortun@tonkon.com'; 'dpl@aterwynne.com'; Chaimov, Gregory; 'tjacobsen@samhealth.org'; 'GParra@samhealth.org'; 'jparker@schwabe.com'; 'JHern@SCHWABE.com'; Lorelei A. Craig; 'pstoloff@peterstoloff-law.com'; 'scott@whipplelawoffice.com'; 'chris.thompson@gknet.com'; 'kevin.omalley@gknet.com'; 'Elleanor.Chin@doj.state.or.us'; Eric Lindenauer; Matthew Yium; Beane, Amanda J. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie) |
| **Subject:** | RE: FamilyCare, Inc. v. OHA - letter to Matthew Gordon |

Matt,

Thank you for this update. A couple questions:

1. Will the documents be segregated by CCO to the extent possible? Or are you sending the entire body of documents, and it will it be up to each CCO attorney to decipher what documents can and cannot be seen by her/his client? I agree not to share non-Eastern Oregon documents with my client.

2. In light of the documents being provided, is Family Care going to withdraw its motion until after the CCO counsel have had a reasonable time to review the documents and consult the respective client? Otherwise, we will be preparing responses to the motion while we are purportedly continuing/completing the conferral process by reviewing the documents at issue.

Thank you,

Frank

**From:** Gordon, Matthew P. (Perkins Coie) [mailto:MGordon@perkinscoie.com]
**Sent:** Thursday, October 18, 2018 3:58 PM
**To:** Arden Olson; 'McCracken, Chris'; Linda Berg
**Cc:** 'Harry Wilson'; 'pmersereau@mershanlaw.com'; 'bplass@mershanlaw.com'; 'brian@bparrott-law.com'; 'eknight@dunncarney.com'; 'mcrew@dunncarney.com'; 'anna.sortun@tonkon.com'; 'dpl@aterwynne.com'; Langfitt, Frank; Chaimov, Gregory; 'tjacobsen@samhealth.org'; 'GParra@samhealth.org'; 'jparker@schwabe.com'; 'JHern@SCHWABE.com'; Lorelei A. Craig; 'pstoloff@peterstoloff-law.com'; 'scott@whipplelawoffice.com'; 'chris.thompson@gknet.com'; 'kevin.omalley@gknet.com'; 'Elleanor.Chin@doj.state.or.us'; Eric Lindenauer; Matthew Yium; Beane, Amanda J. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie)
**Subject:** RE: FamilyCare, Inc. v. OHA - letter to Matthew Gordon

Counsel,

In our letter of last week, we asked OHA to share the documents with the CCOs. It does not appear that OHA has done so. We have also asked OHA to provide information about the designating CCO for each document, but we have not yet received any such information. Also, I believe that you each were already provided with many of the documents that were designated on your client's behalf. But we're not privy to which ones have been shared with each of you. Finally, we've asked Optumas to tell us which documents were designated as AEO at Optumas's behest, but they have not done so.

1

Exhibit 5
Page 1 of 3

So, in the absence of that information, we will move ahead with sending the documents to each of you. Because some of the documents may have information on them that implicates other CCOs, please confirm before I send that you are a signatory to the Protective Orders allowing you to see information that has been designated AEO by CCOs other than your client and/or by Optumas. After receiving confirmation, we will transmit the documents to you. And we will follow up with information about which documents we believe to be correlated with which CCO, to the best we can determine.


Thanks,
Matt


**Matthew Gordon | Perkins Coie LLP**
PARTNER
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com


**From:** Arden Olson <Arden.J.Olson@harrang.com>
**Sent:** Monday, October 15, 2018 9:38 AM
**To:** 'McCracken, Chris' <chrismccracken@DWT.COM>; Linda Berg <LBerg@gsblaw.com>; Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>
**Cc:** 'Harry Wilson' <harrywilson@markowitzherbold.com>; 'pmersereau@mershanlaw.com' <pmersereau@mershanlaw.com>; 'bplass@mershanlaw.com' <bplass@mershanlaw.com>; 'brian@bparrott-law.com' <brian@bparrott-law.com>; 'eknight@dunncarney.com' <eknight@dunncarney.com>; 'mcrew@dunncarney.com' <mcrew@dunncarney.com>; 'anna.sortun@tonkon.com' <anna.sortun@tonkon.com>; 'dpl@aterwynne.com' <dpl@aterwynne.com>; 'frank.langfitt@millernash.com' <frank.langfitt@millernash.com>; Chaimov, Gregory <gregorychaimov@dwt.com>; 'tjacobsen@samhealth.org' <tjacobsen@samhealth.org>; 'GParra@samhealth.org' <GParra@samhealth.org>; 'jparker@schwabe.com' <jparker@schwabe.com>; 'JHern@SCHWABE.com' <JHern@SCHWABE.com>; Lorelei A. Craig <Lorelei.Craig@harrang.com>; 'pstoloff@peterstoloff-law.com' <pstoloff@peterstoloff-law.com>; 'scott@whipplelawoffice.com' <scott@whipplelawoffice.com>; 'chris.thompson@gknet.com' <chris.thompson@gknet.com>; 'kevin.omalley@gknet.com' <kevin.omalley@gknet.com>; 'Elleanor.Chin@doj.state.or.us' <Elleanor.Chin@doj.state.or.us>; Eric Lindenauer <ELindenauer@gsblaw.com>; Matthew Yium <MYIUM@gsblaw.com>
**Subject:** RE: FamilyCare, Inc. v. OHA - letter to Matthew Gordon

Dear Matt:

Ditto for WVCH.

Arden


**From:** McCracken, Chris [mailto:chrismccracken@DWT.COM]
**Sent:** Friday, October 12, 2018 6:40 PM
**To:** Linda Berg; 'mgordon@perkinscoie.com'
**Cc:** 'Harry Wilson'; 'pmersereau@mershanlaw.com'; 'bplass@mershanlaw.com'; 'brian@bparrott-law.com'; 'eknight@dunncarney.com'; 'mcrew@dunncarney.com'; 'anna.sortun@tonkon.com'; 'dpl@aterwynne.com'; 'frank.langfitt@millernash.com'; Chaimov, Gregory; 'tjacobsen@samhealth.org'; 'GParra@samhealth.org'; 'jparker@schwabe.com'; 'JHern@SCHWABE.com'; Arden Olson; Lorelei A. Craig; 'pstoloff@peterstoloff-law.com'; 'scott@whipplelawoffice.com'; 'chris.thompson@gknet.com'; 'kevin.omalley@gknet.com'; 'Elleanor.Chin@doj.state.or.us'; Eric Lindenauer; Matthew Yium
**Subject:** RE: FamilyCare, Inc. v. OHA - letter to Matthew Gordon

Matt:

2

Exhibit 5
Page 2 of 3

Health Share agrees with PacificSource's position as stated in Eric Lindenauer's letter attached below. If, through your October 10 letter to Harry Wilson, you are seeking to down-designate documents relating Health Share then please provide a copy of those documents so we may review them. As I indicated in my email to you on October 8, in order to meaningfully confer we need copies because, as a non-party, Health Share has not received the vast majority of the documents OHA produced.

**Christopher McCracken** | Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400 | Portland, OR 97201
Tel: (503) 778-5223 | Fax: (503) 778-5299
Email: chrismccracken@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Linda Berg [mailto:LBerg@gsblaw.com]
**Sent:** Friday, October 12, 2018 2:24 PM
**To:** 'mgordon@perkinscoie.com'
**Cc:** 'Harry Wilson'; 'pmersereau@mershanlaw.com'; 'bplass@mershanlaw.com'; 'brian@bparrott-law.com'; 'eknight@dunncarney.com'; 'mcrew@dunncarney.com'; 'anna.sortun@tonkon.com'; 'dpl@aterwynne.com'; 'frank.langfitt@millernash.com'; Chaimov, Gregory; McCracken, Chris; 'tjacobsen@samhealth.org'; 'GParra@samhealth.org'; 'jparker@schwabe.com'; 'JHern@SCHWABE.com'; 'arden.j.olson@harrang.com'; 'lorelei.craig@harrang.com'; 'pstoloff@peterstoloff-law.com'; 'scott@whipplelawoffice.com'; 'chris.thompson@gknet.com'; 'kevin.omalley@gknet.com'; 'Elleanor.Chin@doj.state.or.us'; Eric Lindenauer; Matthew Yium
**Subject:** FamilyCare, Inc. v. OHA - letter to Matthew Gordon

Dear Mr. Gordon:

Attached please find Mr. Lindenauer's letter of today's date.

This e-mail is for the sole use of the intended recipient(s). It contains information that is confidential and/or legally privileged. If you believe that it has been sent to you in error, please notify the sender by reply e-mail and delete the message. Any disclosure, copying, distribution or use of this information by someone other than the intended recipient is prohibited.

**LINDA BERG**

Legal Assistant | 503.228.3939 x 3156 Tel | 503.226.0259 Fax | lberg@gsblaw.com

GARVEY SCHUBERT BARER, P.C. | 11th Floor | 121 SW Morrison Street | Portland, OR 97204 | ► GSBLaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

3

Exhibit 5
Page 3 of 3