## Langfitt, Frank

| | |
|---|---|
| **From:** | Langfitt, Frank |
| **Sent:** | Tuesday, October 23, 2018 1:54 PM |
| **To:** | 'Gordon, Matthew P. (Perkins Coie)' |
| **Subject:** | FW: Perkins Coie:  ESS FTP Account - frank.langfitt@millernash.com |
| **Attachments:** | ESS Managed Services - FTP FileZilla Instructions.pdf; ESS Managed Services - Website FTP Instructions.pdf |

Hello Matt,

This showed up last night without any explanation.  I have some questions:

1.  Am I correct that these are the OHA-produced documents that are the subject of your motion?

2.  Are these only documents that relate to my client Eastern Oregon, or are they the entire body of documents at issue?  (Please note that I asked this question on October 18, but did not receive an answer).

3.  Given that the responses to Family Care's Motion are due on Monday, October 29, and this communication did not show up until Monday night, October 22, do you consider this to be adequate conferral under applicable rules for your motion?

Thank you,

Frank

**From:** Gelsey, Alex (Perkins Coie) [mailto:AGelsey@perkinscoie.com]
**Sent:** Monday, October 22, 2018 8:29 PM
**To:** Langfitt, Frank
**Subject:** Perkins Coie: ESS FTP Account - frank.langfitt@millernash.com

**ESS E-DISCOVERY SERVICES & STRATEGY    PERKINSCOIE**

Below is the E-Discovery Services & Strategy (ESS) FTP login information for your account.

**Username:** frank.langfitt@millernash.com
**Password:** <Sent via separate communication>

https://ess-data-transfer.perkinscoie.com/

Detailed instructions are attached.  In the event your account is inactive for 30 days, it will be automatically disabled. If there are any issues with your credentials, please contact *ESS Technical Support.

1

Exhibit 6
Page 1 of 2

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Exhibit 6
Page 2 of 2