**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
MERSEREAU SHANNON LLP
111 SW Columbia Street, Suite 1100
Portland, Oregon 97201-5865
Telephone: 503.226.6400
Facsimile: 503.226.0383

      Of Attorneys for Defendant
      Lynne Saxton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, <br><br>       Plaintiff, <br><br>       v. <br><br> **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**, <br><br>       Defendants. | Case Nos. 6:18-cv-00296-MO <br><br> DEFENDANT LYNNE SAXTON'S JOINDER IN DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR SANCTIONS |

**<u>Joinder</u>**

      Defendant Lynne Saxton hereby joins in defendants Oregon Health Authority and Patrick

Allen's Opposition to FamilyCare, Inc.'s Motion for Sanctions.

PAGE 1 -       DEFENDANT SAXTON'S JOINDER IN OPPOSITION TO MOTION FOR SANCTIONS

DATED: October 29, 2018.

MERSEREAU SHANNON LLP


        *s/ Peter R. Mersereau*

**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
503.226.6400
Of Attorneys for Defendant
Lynne Saxton

PAGE 2 -    DEFENDANT SAXTON'S JOINDER IN OPPOSITION TO MOTION FOR SANCTIONS