**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR SANCTIONS** |

I, Laura Salerno Owens, declare:

1.    I am a Special Assistant Attorney General for Oregon Health Authority

("OHA"), an agency of the State of Oregon, and Patrick Allen, in his official capacity as

**Page 1 -    DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR SANCTIONS**

director of OHA.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 1 | Email from Steve English to Ted Falk regarding filing of lawsuit dated December 16, 2016 | OHA_LIT_00327401 |
| 2 | Excerpts of transcript of FRCP 30(b)(6) deposition of OHA dated August 2, 2018 | |
| 3 | Litigation hold notice to OHA dated December 21, 2016 and email from Keely West forwarding same to OHA employees dated December 28, 2016 | OHA_LIT_00067409-12 (Depo. Ex. 1212) |
| 4 | Email from Keely West to OHA employees regarding litigation hold dated December 28, 2016 | OHA_LIT_01269651-53 |
| 5 | Email from Keely West to OHA employees regarding litigation hold dated January 30, 2017 | OHA_LIT_01269650 |
| 6 | Email from Keely West to OHA employees regarding litigation hold dated September 10, 2017 | OHA_LIT_01269656 |
| 7 | Email from Keely West to OHA employees regarding litigation hold dated February 9, 2018 | OHA_LIT_01269754 |
| 8 | Excerpts of transcript of deposition of Lynne Saxton dated August 1, 2018 | |
| 9 | Letter from Amanda Beane to Laura Salerno Owens regarding FamilyCare's production of text messages dated August 15, 2018 | |
| 10(a) | Letter from Amanda Beane to David Markowitz and Matthew Levin regarding Jeff Heatherington's unrecoverable text messages dated September 24, 2018 | |
| 10(b) | Matrix attached to letter from Amanda Beane to David Markowitz and Matthew Levin regarding Jeff Heatherington's unrecoverable text messages dated September 24, 2018 **DOCUMENT FILED UNDER SEAL** | |

**Page 2 -     DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR SANCTIONS**

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 11 | Email chain between Lynne Saxton and BethAnne Darby dated January 25 and 26, 2017 | OHA_LIT_00570065-67 |
| 12 | Email chain between BethAnne Darby, Courtney Crowell, and Jeff Wahl attaching draft communication plan dated January 26, 2017 | OHA_LIT_00564458-63 |
| 13 | Email from BethAnne Darby to Lynne Saxton attaching draft communication plan dated January 26, 2017 | OHA_LIT_00558180-86 |
| 14 | Email chain between Lynne Saxton and Zeke Smith regarding OHA response to release of draft communication plan dated August 7, 2017 | OHA_LIT_00655871-73 |
| 15 | Email chain between Lynne Saxton, BethAnne Darby, and Zeke Smith, et al. regarding OHA response to release of draft communication plan dated August 7 and 8, 2017 | OHA_LIT_00655931-33 |
| 16 | Email chain from Robb Cowie forwarded to BethAnne Darby and Lynne Saxton regarding OHA response to release of draft communication plan dated August 8, 2017 | OHA_LIT_00802546-47 |
| 17 | Email from Lynne Saxton asking BethAnne Darby to develop communication plan dated January 3, 2017 | OHA_LIT_01294128 |
| 18 | Email from BethAnne Darby to Courtney Crowell regarding creating communication plan dated January 9, 2017 | OHA_LIT_00564534-35 |
| 19 | Email from Courtney Crowell to BethAnne Darby attaching draft communication plan dated January 20, 2017 | OHA_LIT_00564464-67 |
| 20 | Email from Lynne Saxton to Courtney Crowell, Robb Cowie, and Jeffrey Wahl regarding draft communication plan dated February 18, 2017 | OHA_LIT_01259150-52 |
| 21 | Excerpt of transcript of deposition of Mark Fairbanks dated August 29, 2018 | |
| 22 | Membership of Oregon Legislature 2017 Regular Session Senate Committee on Health Care, available on the internet at https://olis.leg.state.or.us/liz/2017R1/Committees/SHC/Overview | |

///

**Page 3 -**     **DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR SANCTIONS**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 29th day of October, 2018.

/s/ Laura Salerno Owens

Laura Salerno Owens, OSB #076230

792400

**Page 4 -    DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR SANCTIONS**