| | |
|---|---|
| **From:** | English, Stephen F. (Perkins Coie) |
| **To:** | theodore.falk@doj.state.or.us |
| **CC:** | MCurtice@perkinscoie.com |
| **Sent:** | 12/16/2016 2:17:44 PM |
| **Subject:** | FamilyCare |

Dear Ted,

I have left you a voice mail and would really appreciate the chance to connect with you on behalf of my client, FamilyCare.  We are heading toward the filing of a lawsuit very soon, but would like a chance to chat with you first. Call me on my cell, (503) 799-3307.

Sincerely,

Steve

**Stephen English | Perkins Coie LLP**
**PARTNER**
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2003
F. +1.503.727.2222
C. +1.503.799.3307
E. SEnglish@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Ex. 1 to Salerno Owens Decl.
1 of 1
OHA_LIT_00327401