| | |
|---|---|
| **From:** | Busek Rhonda J |
| **To:** | Hatfield Michelle M |
| **Sent:** | 1/3/2017 9:37:17 PM |
| **Subject:** | FW: Litigation hold |
| **Attachments:** | Final Litigation_Hold_Letter_and_Notice_to_OHA.pdf |



**EXHIBIT**

1212

Hi – hope you are well! Can you please put this notice on my computer?

Thanks!

Rhonda

Rhonda Busek, BS  MBA
Provider Services Director
Health Systems
Rhonda.J.Busek@state.or.us
Desk:  503-945-6552



## CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** West Keely L
**Sent:** Wednesday, December 28, 2016 4:37 PM
**To:** Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>; Clement Leslie M <LESLIE.M.CLEMENT@dhsoha.state.or.us>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>; Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Fritsche Jeffrey P <JEFFREY.P.FRITSCHE@dhsoha.state.or.us>; West Keely L <KEELY.L.WEST@dhsoha.state.or.us>
**Subject:** Litigation hold

All,
I received the attached litigation hold. Please label your computers with a notice "Litigation Hold" and my phone number 503-945-6292. At this time I am not requesting that phones be labelled for litigation hold. Please put this notice and future notices from either myself or DOJ related to this litigation in a folder specifically labelled and easily identified as related to litigation.
A litigation hold means that we must retain all documents, data and email whether hard copy or electronic related to the subject area – in this case the development of 2017 rates – whether or not the information meets it's records retention schedule. Because I anticipate we will be asked to provide documents to the attorneys, it might be helpful to begin to gather information related to the development of 2017 rates into one location or to begin to develop a list of the locations documents are stored. At this time, please do not request applicable documents from external sources.
In order to ensure that everyone necessary is notified, please provide me with a list of everyone you know who worked

OHA_LIT_00067409

on the 2017 rate development. I've reached out to Chelsea and ASU separately for information about those staff. I don't know about whether David Rohrer, Dennis Tang, Roger Staples and Lori Coyner would have been involved given their role changes. There may be people included here that were not involved in the rate development – please let me know that as well.

Please let me know if you have any questions.

*Keely L. West, J.D.*

Keely L. West, J.D.
Policy, Records, Rules and
Internal Legal Coordination
Oregon Health Authority
Fiscal and Operations Division
500 Summer St. NE, E-20
Salem, OR 97301
503-945-6292

OHA_LIT_00067410



ELLEN F. ROSENBLUM
Attorney General

FREDERICK M. BOSS
Deputy Attorney General

## DEPARTMENT OF JUSTICE
TRIAL DIVISION

December 21, 2016

*Via Email: keely.l.west@state.or.us*

Keely L. West
Oregon Health Authority
500 Summer Street, NE, E-20
Salem, OR 97301

Re:    *FamilyCare, Inc.*

Dear Ms. West:

As you know The Department of Justice have been assisting to OHA with 2017 CCO rate certification and handling potential claims asserted by Family Care, Inc. (FamilyCare). I have been assigned to this case and will keep you apprised of significant developments.

It is important that the agency establish a separate privileged attorney-client communications file for retaining all communications from this office, rather than simply filing those privileged materials in existing general files that potentially could be seen by FamilyCare. The agency should also take immediate action to prevent the routine destruction of documents and electronically-stored information related to this matter, as explained in the enclosed Litigation Hold Notice.

Please retain all documents concerning this matter. We may be in contact with you at a later date to request specific documents.

Sincerely,

/s/ Renee Stineman

Renee Stineman
Attorney-in-Charge

7936000-v1/RS7/rh2

100 SW Market Street, Portland, OR 97201
Telephone: (971) 673-1880  Fax: (971) 673-5000  TTY: (800) 735-2900  www.doj.state.or.us

Ex. 3 to Salerno Owens Decl.
3 of 4

OHA_LIT_00067411

**LITIGATION HOLD NOTICE**

TO:          Oregon Health Authority

FROM:        Renee Stineman
             Attorney-in-Charge

DATE:        December 21, 2016

SUBJECT:     Litigation Hold
             Preservation of Relevant Information
             Paper Documents and Electronically Stored Information


　　　Your agency may be required to make certain documents and electronically-stored information available to our own lawyers and to FamilyCare, Inc. (FamilyCare).  Under federal and state law, your agency and its employees may not destroy any documents relating to FamilyCare or the potential claims.  It is important that you take affirmative steps to preserve any documents relating to FamilyCare or this potential litigation that are in your custody or under your control.

　　　By the term "document" we mean any information contained or stored in any location and in any form, whether on paper or electronically.  This includes electronic documents and electronically-stored information that may be located on the hard drives of desktop and laptop computers, or on personal digital assistants, BlackBerrys, Smartphones, floppy disks, CD-ROMs, DVDs, Zip drives, removable hard drives, flash drives, thumb drives, email systems, electronic calendars, network servers, microfilm, microfiche, or any other electronic storage medium.

　　　Failure to preserve those materials is unlawful and could result in harsh penalties or sanctions against the State or its employees.

　　　Your agency has a record retention schedule.  By this notice, **you are requested to suspend compliance with the record retention schedule that would otherwise call for the destruction or discarding of documents and electronically-stored information relating to FamilyCare or this litigation.  Do not discard, delete, overwrite, alter, or destroy any such documents or electronically-stored information.**  If you are unsure whether a particular document should be preserved, preserve it or contact us for further instructions.  Please notify your information services (IS) department of this litigation hold to preserve any electronically-stored information relating to FamilyCare, Inc. or this potential litigation.  You should also notify other employees or departments that might have documents that are subject to this litigation hold.

　　　For confidentiality purposes and to protect attorney-client privilege, please do not discuss this matter with anyone outside the agency or the Department of Justice.  If you have any questions about this matter, please contact me.


100 SW Market Street, Portland, OR  97201
Telephone: (971) 673-1880   Fax: (971) 673-5000   TTY: (800) 735-2900   www.doj.state.or.us

OHA_LIT_00067412