| From: | GUEST Chelsea A |
|-------|-----------------|
| To: | Frazier Calah C |
| Sent: | 12/29/2016 8:57:01 AM |
| Subject: | FW: Litigation hold Family Care |
| Attachments: | 12.21 Final Litigation_Hold_Letter_and_Notice_to_OHA.pdf |

FYI --

**Chelsea A. Guest**
Manager, Actuarial Services
503-383-6260

**From:** West Keely L
**Sent:** Wednesday, December 28, 2016 4:51 PM
**To:** STAPLES Roger <Roger.STAPLES@dhsoha.state.or.us>; Rohrer David L <DAVID.L.ROHRER@dhsoha.state.or.us>; TANG Dennis <Dennis.TANG@dhsoha.state.or.us>; ROSS Donald <Donald.ROSS@dhsoha.state.or.us>; Norman Chris P <CHRIS.P.NORMAN@dhsoha.state.or.us>; Zimmerman Dustin C <Dustin.C.Zimmerman@dhsoha.state.or.us>; DeMars Chris <Chris.DEMARS@dhsoha.state.or.us>; Scroggin Jeffrey <JEFFREY.SCROGGIN@dhsoha.state.or.us>; LI Nancy <Nancy.LI@dhsoha.state.or.us>; ROE Daniel <Daniel.ROE@dhsoha.state.or.us>; West Keely L <KEELY.L.WEST@dhsoha.state.or.us>; Little Jessie M <JESSIE.M.LITTLE@dhsoha.state.or.us>; SPRING-RHYNE Fillard <Fillard.SPRING-RHYNE@dhsoha.state.or.us>; Black Jeston J <JESTON.J.BLACK@dhsoha.state.or.us>; Nieubuurt Brian <BRIAN.NIEUBUURT@dhsoha.state.or.us>; Lochner Sarah J <SARAH.J.LOCHNER@dhsoha.state.or.us>; Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>
**Cc:** GUEST Chelsea A <Chelsea.A.GUEST@dhsoha.state.or.us>
**Subject:** Litigation hold Family Care

All,
I received the attached litigation hold related to 2017 CCO rate development. Your name or someone in your role was in correspondence related to litigation holds in the previous FamilyCare litigation. Please let me know by return email whether you were **OR** were not involved in the 2017 rate development. Please give careful consideration to any information or documentation you might have, including information related to policy development prior to removing yourself from this list. If you weren't part of this process, I will take you off the list. If you were, I will provide you with the appropriate information about how to ensure you are correctly instituting the lit hold. If someone else moved into your role and you think they should be on the list rather than or in addition to yourself, I would appreciate having that information as well.
Please let me know if you have any questions.
Thank you,

Keely L. West, J.D.
Keely L. West, J.D.
Policy, Records, Rules and
Internal Legal Coordination
Oregon Health Authority
Fiscal and Operations Division
500 Summer St. NE, E-20
Salem, OR 97301
503-945-6292



ELLEN F. ROSENBLUM
Attorney General

FREDERICK M. BOSS
Deputy Attorney General

## DEPARTMENT OF JUSTICE
TRIAL DIVISION

December 21, 2016

*Via Email:  keely.l.west@state.or.us*

Keely L. West
Oregon Health Authority
500 Summer Street, NE, E-20
Salem, OR 97301

Re:     *FamilyCare, Inc.*

Dear Ms. West:

As you know The Department of Justice have been assisting to OHA with 2017 CCO rate certification and handling potential claims asserted by Family Care, Inc. (FamilyCare).  I have been assigned to this case and will keep you apprised of significant developments.

It is important that the agency establish a separate privileged attorney-client communications file for retaining all communications from this office, rather than simply filing those privileged materials in existing general files that potentially could be seen by FamilyCare. The agency should also take immediate action to prevent the routine destruction of documents and electronically-stored information related to this matter, as explained in the enclosed Litigation Hold Notice.

Please retain all documents concerning this matter.  We may be in contact with you at a later date to request specific documents.

Sincerely,

/s/ Renee Stineman

Renee Stineman
Attorney-in-Charge

7936000-v1/RS7/rh2

Ex. 4 to Salerno Owens Decl.
2 of 3
OHA_LIT_01269652

## LITIGATION HOLD NOTICE

TO:         Oregon Health Authority

FROM:       Renee Stineman
            Attorney-in-Charge

DATE:       December 21, 2016

SUBJECT:    Litigation Hold
            Preservation of Relevant Information
            Paper Documents and Electronically Stored Information


Your agency may be required to make certain documents and electronically-stored information available to our own lawyers and to FamilyCare, Inc. (FamilyCare). Under federal and state law, your agency and its employees may not destroy any documents relating to FamilyCare or the potential claims. It is important that you take affirmative steps to preserve any documents relating to FamilyCare or this potential litigation that are in your custody or under your control.

By the term "document" we mean any information contained or stored in any location and in any form, whether on paper or electronically. This includes electronic documents and electronically-stored information that may be located on the hard drives of desktop and laptop computers, or on personal digital assistants, BlackBerrys, Smartphones, floppy disks, CD-ROMs, DVDs, Zip drives, removable hard drives, flash drives, thumb drives, email systems, electronic calendars, network servers, microfilm, microfiche, or any other electronic storage medium.

Failure to preserve those materials is unlawful and could result in harsh penalties or sanctions against the State or its employees.

Your agency has a record retention schedule. By this notice, **you are requested to suspend compliance with the record retention schedule that would otherwise call for the destruction or discarding of documents and electronically-stored information relating to FamilyCare or this litigation. Do not discard, delete, overwrite, alter, or destroy any such documents or electronically-stored information.** If you are unsure whether a particular document should be preserved, preserve it or contact us for further instructions. Please notify your information services (IS) department of this litigation hold to preserve any electronically-stored information relating to FamilyCare, Inc. or this potential litigation. You should also notify other employees or departments that might have documents that are subject to this litigation hold.

For confidentiality purposes and to protect attorney-client privilege, please do not discuss this matter with anyone outside the agency or the Department of Justice. If you have any questions about this matter, please contact me.

Ex. 4 to Salerno Owens Decl.
3 of 3
OHA_LIT_01269653