**From:**      West Keely L
**To:**         GUEST Chelsea A; Frazier Calah C; Fairbanks Mark R; Saxton Lynne; LI Nancy; Little Jessie M;
                 ROE Daniel; SPRING-RHYNE Fillard; TANG Dennis; Coyner Lori A; Nass Kate M; Fritsche Jeffrey P;
                 Lacey Cindy; Black Jeston J; Zimmerman Dustin C; Busek Rhonda J; Chauhan Varsha; Darby
                 BethAnne; Collins Jon C; Rohrer David L; VANDEHEY Jeremy * GOV
**CC:**         West Keely L; SCOTT Carla A
**Sent:**       1/30/2017 11:31:48 AM
**Subject:**    Litigation hold

All,
Many if not all of you received a previous notice or request related to information about participation in the
development of the 2017 CCO rates. Some of you identified that you were not part of that work. If you are receiving
this notice, you've been identified either by a co-worker or by Family Care's attorneys as a person of interest in the
public records process and agency anticipated litigation. In order to ensure that OHA meets our obligation to
transparency and responsiveness and to protect the agency from the possibility of risk during the litigation process,
please ensure that you have identified your computer with a label that states you are under litigation hold, and provides
my phone number. Please ensure that any document or correspondence related to the 2017 rate development process
is preserved as required by law. In order to ensure we respond  fully to a related records request that came in last
week please ensure that you are preserving information, documents or emails from January 1, 2014 to the present.
If you have any questions, please do not hesitate to reach out to me.
Thank you,

Keely L. West, J.D.
Keely L. West, J.D.
Oregon Health Authority
Fiscal and Operations Division
Central Operations: Contracts and Policy
Records and Rules
Internal Litigation Coordination
500 Summer St. NE, E-20
Salem, OR 97301
503-945-6292

Ex. 5 to Salerno Owens Decl.
1 of 1

OHA_LIT_01269650