**From:**      West Keely L
**To:**          Cowie Robb; Souza Theresa; Marcott Mikayla; McFetridge Christopher R; STAPLES Roger; ROSS Donald; Norman Chris P; DeMars Chris; Scroggin Jeffrey; Nieubuurt Brian; Lochner Sarah J; Jones Kayla; GUEST Chelsea A; Frazier Calah C; Fairbanks Mark R; LI Nancy; Little Jessie M; ROE Daniel; SPRING-RHYNE Fillard; TANG Dennis; Lacey Cindy; Black Jeston J; Zimmerman Dustin C; Busek Rhonda J; Chauhan Varsha; Darby BethAnne; Collins Jon C; Rohrer David L; Vandehey Jeremy; MacInnes Tricia; Evans Janell R; Clement Leslie M; Cereghino Katherine J
**CC:**        ALMASI Marianna; Englander Nina; Garibay Diana
**Sent:**     9/10/2017 1:52:31 PM
**Subject:**  FamilyCare Litigation

All,
As we move into the next phase of litigation, please consider this a gentler reminder that you have been identified as a possible custodian of records related to the litigation. Please remember that you are required to retain any and all documentation – whether paper or electronic around FamilyCare or ratesetting. Your computer(s) should be identified with a label that indicates "Litigation hold" and "Please contact 503-945-6292".
Please feel free to reach out to me if you have questions or concerns.
Thank you,

*Keely L. West, J.D.*
**Keely L. West, J.D.**
Central Operations Manager
OREGON HEALTH AUTHORITY
Fiscal and Operations Division
Central and Shared Services Operations
Policy, Records and Rules
Internal Litigation Coordination
500 Summer St. NE, E-20
Salem, OR 97301
503-945-6292
http://www.oregon.gov/OHA