**From:**        West Keely L

**To:**          Carson-Cottingham Ashley B; COSTA Robert M; GUEST Chelsea A; Norman Chris P; Garland Christy T; Lacey Cindy; Haun Daniel R; LYDA Dave M; Ballantyne David R; Rohrer David L; Jagger Dawn; MUIR Derek; De Lira-Brown Florentina M; JENKINS Fritz; Evans Janell R; Remy Jay W; BEATRICE Jeannine; Vandehey Jeremy; Koustareva Ekaterina; FREDLUND Kim; Kautz Kristine M; Duus Kristen; ROBISON Laura; PRICE Laurie; Teninty Lilia; Hanks Melissa A; MCCORMICK Mike R; Allen Patrick; Busek Rhonda J; Cowie Robb; OSBORN Sam; BROWN Susan; MacInnes Tricia; Haddad Wayne A; LEVY Vivian; Charley Wesley R; Frazier Calah C; LI Nancy; ROE Daniel; TANG Dennis; Collins Jon C; Souza Theresa; Marcott Mikayla; McFetridge Christopher R; Zimmerman Dustin C; Cereghino Katherine J; DeMars Chris; ROSS Donald; Scroggin Jeffrey; STAPLES Roger; Lochner Sarah J

**CC:**          ALMASI Marianna; West Keely L

**Sent:**        2/9/2018 3:39:59 PM

**Subject:**     Family Care Litigation Hold

Happy Friday,

If you are receiving this you have been identified as a possible custodian in the on-going FamilyCare litigation. This litigation is expected to extend to include the 2018 rate setting process. Most of you have previously received a notice to maintain all records, files and emails related to FamilyCare and the rate setting processes for 2016-2017. Please ensure that you continue to preserve all records related to this litigation as well as records that may impact litigation related to the 2018 rates. If you have any questions about your responsibilities to preserve all documents and records, please reach out to me for a one-on-one conversation.

Thank you,

*Keely L. West, J.D.*

**Keely L. West, J.D.**
Central Operations Manager
OREGON HEALTH AUTHORITY
Fiscal and Operations Division
Central and Shared Services Operations
Policy, Records and Rules
Internal Litigation Coordination
500 Summer St. NE, E-20
Salem, OR 97301
503-945-6292
http://www.oregon.gov/OHA