# FILED UNDER SEAL
## Exhibit 10(b)