| | |
|---|---|
| **From:** | LYNNE.SAXTON@dhsoha.state.or.us on behalf of lynne.saxton@dhsoha.state.or.us |
| **To:** | Darby BethAnne |
| **Sent:** | 1/26/2017 8:51:33 AM |
| **Subject:** | Re: FamilyCare v. OHA/Attorney Client Privilege |

Great - I appreciate the clarification. It would really help me if we could get the three dashboards back into our one on ones. I am tracking a huge volume of content and this tool keeps me clear on what's on fire!

Sent from my iPhone

On Jan 26, 2017, at 7:37 AM, Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us> wrote:

The content was not available until more than 1500 bills were released during Jan. Org Days (Jan 9-11). The reality is that we had not gotten to it yet for bill analysis when it was brought to your attention by Pat Allen on Mon. Jan. 23.

BethAnne Darby
External Relations Director
OHA Cell: (503)798-7100
Sent from my iPad

On Jan 26, 2017, at 7:32 AM, Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us> wrote:

I understood the Kruse bills but didn't know they shifted rate making to DCBS - that is a big deal and would have caught my attention for sure. We will discuss.

Sent from my iPhone

On Jan 26, 2017, at 7:13 AM, Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us> wrote:

I would like to discuss this further Lynne. I am sorry we aren't giving you what you need.

The bills were introduced Senate Human Services during. December Legis days as concepts for committee bills. We only knew that FC was asking around.  The language was not available until Jan organizing days when all 1500 bills were released. We did tell you, but we did not have paper or content to leave you or attorneys with as that was not available.

The bills are likely to receive a courtesy hearing, and Sen Kruse is likely to make a run to help support them - my understanding is that these are those bills-- the ones Kruse was asking ESH to help with on behalf of Bates.

We will need to figure out the contracts and procurement questions for hiring outside, and we will need to discuss a strategy to deal with budget perceptions too.

Sent from my iPhone

On Jan 26, 2017, at 6:15 AM, Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us> wrote:

Though these bills may have been on the bill list, the first I heard of them was this week **Privilege**

**Privilege**

I have a strategy firm in SAN Francisco I am talking to this week about contracting with us on legal/public affairs strategy. They can work with the PA strategy you are working on.

Ex. 11 to Salerno Owens Decl.
1 of 3

OHA_LIT_00570065

Sent from my iPhone

On Jan 25, 2017, at 9:14 PM, Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us> wrote:

I don't have a call tomorrow at 7:30 on my calendar - copying Theresa help.

Of course -- Happy to talk. Let me know what works for you and I will be happy to make it work on my end. I should be reasonable to reach tomorrow between 10-1p.m.

We have known about both bills since mid-December during legislative days.  However, Let's not assume that there is any legislative will for either of these proposals... Sen Gelser allowed them to move forward because she believes in the process but not necessarily because she supports the ideas (she approved them as committee bills).

The reason these concepts were not adopted in Feb 2016 is because there were not a majority of legislators in favor (and in fact Dr. Bates was the only known and vocal supporter of these ideas). While other legislators may entertain these concepts for sport--- that is a long way from the finish-line and does not suggest a majority.

The legislative strategy (and media strategy) that worked the last cycle was to communicate --- this resulted in legislators having enough questions to stay out of this and allow us to do our work. We are working on a similar strategy and will be ready to present to Lynne when she returns from vacation next week...

BethAnne Darby
External Relations Director
OHA Cell: (503)798-7100
Sent from my iPad

On Jan 25, 2017, at 6:20 PM, Stineman Renee <renee.stineman@state.or.us> wrote:

Good evening,

# Privilege

**Renee R. Stineman**
Oregon Department of Justice
971.673.5021

*****CONFIDENTIALITY NOTICE*****

This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete

the message and any attachments from your system.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<20170125 Letter to ODOJ re FamilyCare.pdf>
<JUSTICE-#6862850-v1-Advice_letter_regarding_agency_assertion_of_trade_secrets_exemption_to_PRL.DOCX>
<SB 233.pdf>
<SB 236.pdf>