| | |
|---|---|
| **From:** | LYNNE.SAXTON@dhsoha.state.or.us on behalf of lynne.saxton@dhsoha.state.or.us |
| **To:** | Darby BethAnne |
| **Sent:** | 8/7/2017 9:43:59 PM |
| **Subject:** | Fwd: OHA documents declare intent to harm FamilyCare |

Sent from my iPhone

Begin forwarded message:

**From:** Zeke Smith <ZekeS@Unitedway-pdx.org>
**Date:** August 7, 2017 at 8:48:31 PM PDT
**To:** Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>
**Subject: Re: OHA documents declare intent to harm FamilyCare**

Yup. We should. I just asked Lynne and BethAnne to share the agency's response.

Sent from my iPhone

On Aug 7, 2017, at 7:51 PM, Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us> wrote:

Of course. Thank you for reaching out as we had a full day of responding to the media etc. BethAnne will send links to current press coverage, information we sent to the media and our letter to CCOs. Leslie, please send all these attachments to the entire OHPB. I am happy to take any of their calls. One of our challenges was this staff draft was created in January 2017 in what we understood was attorney client privilege. The AG made a decision last month these documents did not meet their criteria for A/C privilege, hence the need for training. I am happy to talk to you Zeke and other members of the board as you wish.

Sent from my iPad

On Aug 7, 2017, at 5:29 PM, Zeke Smith <ZekeS@Unitedway-pdx.org> wrote:

Lynne,

Please let me know what formal response the OHA has to these allegations made by Family Care and documented in the Tribune. I am getting quite a few questions from the community and know other Board members are as well.

Thank you.

Zeke

Sent from my iPhone

Begin forwarded message:

From: "Art Suchorzewski" <ArtS@familycareinc.org<mailto:ArtS@familycareinc.org>>
To: "Art Suchorzewski" <ArtS@familycareinc.org<mailto:ArtS@familycareinc.org>>
Subject: OHA documents declare intent to harm FamilyCare

Dear Chair Zeke Smith and Oregon Health Policy Board,

In response to a Freedom of Information Act (FOIA) request, the Oregon Health Authority (OHA) recently released documents that clearly demonstrate the agency's intent to "hurt" and "isolate" FamilyCare Health with legislators and the public. The Portland Tribune published an article<https://urldefense.proofpoint.com/v2/url?u=http-3A__portlandtribune.com_pt_9-2Dnews_368266-2D250011-2Dstate-2Dsought-2Dto-2Dplant-2Dnegative-2Dstories-2Dabout-2Dnonprofit&d=DwMGaQ&c=7gilq_oJKU2hnacFUWFTuYqjMQ111TRstgx6WoATdXo&r=vCz3UoWKgugvFaMHE0jb6c0F2Tm4bA2AuhGLoatRuqU&m=d4wkkGP4Zm76twSoe6OuDhKQ0q65VNf1QP75o3mKXiU&s=tuHsosXlHZmt22t4jVHSQIM6CqthdOs4yEWaxVN3bCs&e=> discussing these documents, and specifically, the OHA's Communication Plan crafted by its communications team and senior leadership to paint a false narrative with selective anecdotes and manipulated numbers. The OHA's plan included a strategy to use media, legislators and lobbyists in an effort to conceal its intent and promote an appearance of neutrality.

In light of these revelations, we would like to share the following documents with you:

1.    FamilyCare's press statement regarding the OHA's Communication Plan.

2.    A copy of the Communication Plan.

3.    FamilyCare's rebuttal to the OHA's talking points in the Communication Plan.

The use of public resources to undermine and harm a nonprofit state contractor with a 34-year history working collaboratively with the State of Oregon for the health of Oregonians is outrageous. The agency needs to be held accountable. Please let me know if you have any questions or concerns.

Sincerely,

Art Suchorzewski


Artur (Art) Suchorzewski
Director, Government Affairs
825 NE Multnomah St., Suite 1400
Portland, OR 97232
Direct: 503-345-5755
Cell: 413-244-9711

Facebook<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_FamilyCareOre&d=DwMGaQ&c=7gilq_oJKU2hnacFUWFTuYqjMQ111TRstgx6WoATdXo&r=vCz3UoWKgugvFaMHE0jb6c0F2Tm4bA2AuhGLoatRuqU&m=d4wkkGP4Zm76twSoe6OuDhKQ0q65VNf1QP75o3mKXiU&s=G8LJIor8WpS0tIOoyx8RbCaW9LYu2ozEVt6f3KSJ5oQ&e=> | Twitter<https://urldefense.proofpoint.com/v2/url?u=https-3A__twitter.com_FamilyCareOre&d=DwMGaQ&c=7gilq_oJKU2hnacFUWFTuYqjMQ111TRstgx6WoATdXo&r=vCz3UoWKgugvFaMHE0jb6c0F2Tm4bA2AuhGLoatRuqU&m=d4wkkGP4Zm76twSoe6OuDhKQ0q65VNf1QP75o3mKXiU&s=efwu_4XlGDVe0dRl9RTAA2X0YaweBXeeM-OSlz-xkwA&e=> | App<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.familycareinc.org_explore_app&d=DwMGaQ&c=7gilq_oJKU2hnacFUWFTuYqjMQ111TRstgx6WoATdXo&r=vCz3UoWKgugvFaMHE0jb6c0F2Tm4bA2AuhGLoatRuqU&m=d4wkkGP4Zm76twSoe6OuDhKQ0q65VNf1QP75o3mKXiU&s=4P-S4jOi5qtNkWv52QLQT6xo0eXMj0MQTBfbbz-9_Xw&e=>
[cid:image001.png@01D2E35B.B486D4F0]

Ex. 14 to Salerno Owens Decl.
2 of 3

OHA_LIT_00655872

<20170807 FamilyCare Press Release re OHA FOIA.pdf>
<OHA FamilyCare Comms Plan 012617.pdf>
<20170807 FamilyCare Rebuttal to OHA Comms Plan.pdf>

OHA_LIT_00655873