| From: | Saxton Lynne |
|---|---|
| To: | Darby BethAnne |
| CC: | Scroggin Jeffrey; Clement Leslie M |
| Sent: | 8/8/2017 10:47:10 AM |
| Subject: | Re: OHA documents declare intent to harm FamilyCare |

Yup. Please have them call my cell - 503-930-3614. Happy to talk them.

Sent from my iPad

On Aug 8, 2017, at 10:11 AM, Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us> wrote:

Yes on the comment -- and Please send them the apology letter, and of course she is happy to discuss

**BethAnne Darby**
Director, External Relations Division
OREGON HEALTH AUTHORITY
BethAnne.Darby@state.or.us
503-798-7100
www.oregon.gov/OHA

**Assistant: MiKayla Marcott (MiKayla.Marcott@state.or.us)**

**From:** Scroggin Jeffrey
**Sent:** Tuesday, August 08, 2017 10:06 AM
**To:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>
**Cc:** Clement Leslie M <LESLIE.M.CLEMENT@dhsoha.state.or.us>
**Subject:** FW: OHA documents declare intent to harm FamilyCare

Hi BethAnne,

I can rip your statement below for the Board, wondering if there are any other materials that should be included? Lynne mentioned some links being sent to the OHPB as well? Was thinking a note that lynne is available to discuss if board members would like, as per her comment, might be good as well.

R,
Jeff

**From:** Zeke Smith [mailto:ZekeS@Unitedway-pdx.org]
**Sent:** Tuesday, August 08, 2017 9:33 AM
**To:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>
**Cc:** Clement Leslie M <LESLIE.M.CLEMENT@dhsoha.state.or.us>; Scroggin Jeffrey <JEFFREY.SCROGGIN@dhsoha.state.or.us>; Carla McKelvey <DrMcKelvey@CoastCommunityHealth.org>
**Subject:** RE: OHA documents declare intent to harm FamilyCare

BethAnne,

Thank you for sending this. While it will be received as an after the fact repair to a problematic strategic approach to communication, it still matters in understanding the current direction from leadership. This situation will require some intentional focus on rebuilding trust and on effectively engaging strategic stakeholders as we move forward.

OHA_LIT_00655931

To that end, I hope you will share this information with other Board members as well. I continue to get questions and concerns from my fellow Board members.

Zeke

**From:** Darby BethAnne [mailto:BETHANNE.DARBY@dhsoha.state.or.us]
**Sent:** Monday, August 7, 2017 5:38 PM
**To:** Zeke Smith; Saxton Lynne
**Cc:** Clement Leslie M; Scroggin Jeffrey
**Subject:** RE: OHA documents declare intent to harm FamilyCare

Zeke – We sent an apology to the CCOs and have shared it with the press. Lynne has gone on the record with a similar statement. Also, here is the statement Lynne gave to the Portland Business Journal (she also spoke directly with the reporter).

Lynne Saxton, Director of the Oregon Health Authority said:

"I regret that a draft communications plan developed by OHA staff in January 2017 proposed sharing negative information about FamilyCare with media. This draft – developed in the heat of ongoing litigation – was not acted on in any way. No Oregon Health Authority staff approached reporters seeking to generate coverage that would reflect poorly on FamilyCare. Such steps would be inappropriate for any state agency and out of line with my expectations of professional conduct on the part of Oregon Health Authority (OHA) staff. For these reasons, the plan was shelved at the draft stage.
Like any organization, OHA is made up of people who can make mistakes, as our staff did when they were thinking out loud in the midst of an adversarial litigation process. I encourage Oregonians to judge us by our actions, not ideas never approved or pursued.
I'm proud of what we've accomplished working with all of Oregon's 16 CCOs, who serve approximately 1 million Oregon Health Plan (OHP) members. Together, we have improved the quality of care OHP members receive, produced better health outcomes and lowered taxpayer costs."

Please let me know if you have additional questions.

**BethAnne Darby**
Director, External Relations Division
OREGON HEALTH AUTHORITY
BethAnne.Darby@state.or.us
503-798-7100
www.oregon.gov/OHA

**Assistant: MiKayla Marcott (MiKayla.Marcott@state.or.us)**

**From:** Zeke Smith [mailto:ZekeS@Unitedway-pdx.org]
**Sent:** Monday, August 07, 2017 5:30 PM
**To:** Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>; Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>
**Cc:** Clement Leslie M <LESLIE.M.CLEMENT@dhsoha.state.or.us>; Scroggin Jeffrey <JEFFREY.SCROGGIN@dhsoha.state.or.us>
**Subject:** Fwd: OHA documents declare intent to harm FamilyCare

Lynne,

Please let me know what formal response the OHA has to these allegations made by Family Care and documented in the Tribune. I am getting quite a few questions from the community and know other Board members are as well.

Thank you.

Zeke

Sent from my iPhone

Begin forwarded message:

**From:** "Art Suchorzewski" <ArtS@familycareinc.org>
**To:** "Art Suchorzewski" <ArtS@familycareinc.org>
**Subject: OHA documents declare intent to harm FamilyCare**

Dear Chair Zeke Smith and Oregon Health Policy Board,

In response to a Freedom of Information Act (FOIA) request, the Oregon Health Authority (OHA) recently released documents that clearly demonstrate the agency's intent to "hurt" and "isolate" FamilyCare Health with legislators and the public. The Portland Tribune published an article discussing these documents, and specifically, the OHA's Communication Plan crafted by its communications team and senior leadership to paint a false narrative with selective anecdotes and manipulated numbers. The OHA's plan included a strategy to use media, legislators and lobbyists in an effort to conceal its intent and promote an appearance of neutrality.

In light of these revelations, we would like to share the following documents with you:

1.    FamilyCare's press statement regarding the OHA's Communication Plan.
2.    A copy of the Communication Plan.
3.    FamilyCare's rebuttal to the OHA's talking points in the Communication Plan.

The use of public resources to undermine and harm a nonprofit state contractor with a 34-year history working collaboratively with the State of Oregon for the health of Oregonians is outrageous. The agency needs to be held accountable. Please let me know if you have any questions or concerns.

Sincerely,

Art Suchorzewski


**Artur (Art) Suchorzewski**
Director, Government Affairs
825 NE Multnomah St., Suite 1400
Portland, OR 97232
Direct: 503-345-5755
Cell: 413-244-9711

Facebook | Twitter | App

cid:image001.png@01D2E35B.B486D4F0

<17_0807_Letter to CCOs - General (002).pdf>