**From:**        Saxton Lynne
**To:**          Darby BethAnne
**Sent:**        8/8/2017 3:06:09 PM
**Subject:**     Re: A clarification
**Attachments:** image001.png


Excellent. Thank you.

Sent from my iPad

On Aug 8, 2017, at 3:01 PM, Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us> wrote:



**BethAnne Darby**
Director, External Relations Division
OREGON HEALTH AUTHORITY
BethAnne.Darby@state.or.us
503-798-7100
www.oregon.gov/OHA

**Assistant: MiKayla Marcott (MiKayla.Marcott@state.or.us)**


**From:** Cowie Robb
**Sent:** Tuesday, August 08, 2017 3:01 PM
**To:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>
**Subject:** FW: A clarification



**From:** Cowie Robb
**Sent:** Tuesday, August 8, 2017 2:29 PM
**To:** 'Helen Jung' <hjung@oregonian.com>
**Subject:** RE: A clarification

Thanks for the follow up. Lynne wrote the email you reference on a flight back from Washington, D.C. Because she was communicating via email, she chose a positive tone – but she wanted to alert the team that there were more things we needed to consider, discuss and review.  "New developments" refers to an update on the litigation. As an FYI, the meeting Lynne requested in the email did not take place.  Lynne knew it was important to pull the plug on the draft plan immediately. As she mentioned on the call she gave that direction verbally to BethAnne who communicated it with the limited number of communications staff involved. Lynne prefers to communicate with staff directly with areas of concern, rather than via email.

Once again, I can't emphasize enough that the strategies proposed in the draft plan were not appropriate for OHA or any state agency. The ideas in this draft plan were not acted on in any way, and were never edited or approved as a "working draft." No OHA staff sought to pitch negative stories to media about FamilyCare. These ideas were shelved in their draft form because they weren't in keeping with how we conduct ourselves at OHA, or how we intend to defend the integrity of Oregon's CCO rate-setting process in the course of ongoing litigation.

I've been in meetings but I'm also following up on your questions about FamilyCare's rates. More to come.


**From:** Helen Jung [mailto:hjung@oregonian.com]

Ex. 16 to Salerno Owens Decl.
1 of 2

OHA_LIT_00802546

**Sent:** Tuesday, August 8, 2017 1:35 PM
**To:** Cowie Robb <ROBB.COWIE@dhsoha.state.or.us>
**Subject:** A clarification

I should have asked this earlier, but couldn't find the specific reference. But Lynne does send an email to BethAnne, Mikayla, Courtney, you and Jeff Wahl saying she has reviewed the plan on the plane and that there are some new develpoments to buil on "the already good start." Can you explain?

Helen


<image001.png>
Helen Jung
Editorial board member
1500 SW 1st Ave, Suite 400
Portland, OR 97201

hjung@oregonian.com
work: 503-294-7621
cell: 503-314-2726
Twitter: @helenjung

Ex. 16 to Salerno Owens Decl.
2 of 2

OHA_LIT_00802547