| | |
|---|---|
| **From:** | Darby BethAnne |
| **To:** | Crowell Courtney W |
| **CC:** | WAHL Jeffrey |
| **Sent:** | 1/9/2017 1:49:13 PM |
| **Subject:** | FW: Attorney Client Privilege - Family Care Plan |
| **Attachments:** | - JUSTICE-#7232668-v1-News_release_- March 16 2016 4pm.docx; - JUSTICE-#7232668-v1-News_release_- March 16 2016 5pm LS FINAL.docx; - Rates and FamilyCare - FAQ - March 2016 copy -4pm.docx; - Rates and FamilyCare - FAQ - March182016.pdf; - Timeline - Rates FamilyCare -- March 16 2016 - 5pm FINAL.docx; 2016-23-03_FAQs_-_FamilyCare_and_OHA_Dispute.pdf; FAQ- Rates and FamilyCare -March 16 2016 -5pm FINAL.docx; OHA response 03_29_16.docx |

Courtney ---As we discussed, attached are most of the docs we created the last time. I am about to send you some of the newer materials. We will want to create a comms plan for Lynne as soon as possible.

Thank,s

**BethAnne Darby**
Director, External Relations Division
OREGON HEALTH AUTHORITY
BethAnne.Darby@state.or.us
503-798-7100
www.oregon.gov/OHA


**From:** Saxton Lynne
**Sent:** Tuesday, January 03, 2017 10:16 AM
**To:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Black Jeston J <JESTON.J.BLACK@dhsoha.state.or.us>; Cowie Robb <ROBB.COWIE@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Zachary Aters <zachary.aters@optumas.com>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>
**Cc:** SCOTT Carla A <Carla.A.SCOTT@doj.state.or.us>; STINEMAN Renee <Renee.STINEMAN@doj.state.or.us>; Falk Theodore C <theodore.falk@doj.state.or.us>; WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>; Souza Theresa <THERESA.SOUZA@dhsoha.state.or.us>
**Subject:** RE: Attorney Client Privilege - Family Care Plan

Hi all -- I am asking BethAnne to develop our communication plan for the dispute resolution process; Theresa, I need a 15 minute call with BethAnne to start this process following the work last week. Thank you.


**From:** Saxton Lynne
**Sent:** Friday, December 23, 2016 8:03 AM
**To:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Black Jeston J <JESTON.J.BLACK@dhsoha.state.or.us>; Cowie Robb <ROBB.COWIE@dhsoha.state.or.us>; Fairbanks Mark R <MARK.R.FAIRBANKS@dhsoha.state.or.us>; Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>; Zachary Aters <zachary.aters@optumas.com>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>
**Cc:** SCOTT Carla A <Carla.A.SCOTT@doj.state.or.us>; STINEMAN Renee <Renee.STINEMAN@doj.state.or.us>; Falk Theodore C <theodore.falk@doj.state.or.us>; WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>; Souza Theresa <THERESA.SOUZA@dhsoha.state.or.us>
**Subject:** Attorney Client Privilege - Family Care Plan

Thank you all for your time. I want to clarify next steps. We will discuss further at our 1:30 call, if not earlier. Again, Carla and Ted, please feel free to step out of the meeting and call my cell.

Ex. 18 to Salerno Owens Decl.
1 of 2

OHA_LIT_00564534

Mark: Ensure BethAnne's team have all the slides Jeff and Zach shared yesterday; they need to be formatted so they can be used with the media.  Also, I don't have the email referenced on the call this morning regarding FC's other issue so please forward that. Theresa, I will need both an electronic and print set of these slides by COB today.

BethAnne: your team will need to be prepared for a press release today should FC decide to go to court today. I would like your recommendation on a proactive strategy for that possibility.

Varsha: I need to know how many contracts are signed from CCOS and I will need a continuous update on this. Thank you.

Going to another meeting – will follow up.