UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

|  |  |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>             Plaintiff,<br><br>        vs.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>             Defendants. | No.<br>6:18-cv-00296-MO |

VIDEOTAPED DEPOSITION OF

MARK FAIRBANKS

Taken in behalf of Plaintiff

*   *   *

August 29, 2018

1211 S.W. Fifth Avenue, Suite 3000

Portland, Oregon 97204

Teresa L. Dunn,

Court Reporter

CSR, CCR, RPR

Ex. 21 to Salerno Owens Decl.
1 of 4

2

                          APPEARANCES:

For the Plaintiff:

MR. THOMAS R. JOHNSON
MS. SASHA PETROVA
Perkins Coie, LLP
Tenth Floor
1120 N.W. Couch Street
Portland, OR 97209
503-727-2076
trjohnson@perkinscoie.com
spetrova@perkinscoie.com

For the Defendant, Oregon Health Authority:

MR. VIVEK KOTHARI
Special Assistant Attorney General
Markowitz Herbold Glade & Mehlhaf, P.C.
Suite 3000
1211 S.W. Fifth Avenue
Portland, OR 97204
503-295-3085
vivekkothari@markowitzherbold.com


Also Present:
Jeff Heatherington
Artur Suchorzewski
Sondra Nolan
Camille Schmitt, Videographer

Ex. 21 to Salerno Owens Decl.
2 of 4

Mark Fairbanks, 8/29/2018                    FamilyCare, Inc. v. Oregon Health Authority, et al.

144

A.    I do.

Q.    Okay.  And is that the Communications Plan that you were just referring to?

A.    I believe it is.

Q.    Okay.  And have you ever seen a copy of that Communications Plan?  And actually just let me ask that again.

So do you recall that that Communications Plan was released in a public records request and then there was an article written by Nick Budnick regarding the Communications Plan in early August 2017?

A.    I recall that.  I don't remember the timeline.

Q.    Okay.  So I guess I'm asking prior to the Nick Budnick article had you ever seen a copy of that Communications Plan?

A.    No, I had not seen a copy of it.

Q.    And are you aware that -- and I -- there's a dispute between the lawyers in this case as to whether or not it was a draft Communications Plan or a formalized Communications Plan or any of that, but I'm not asking you about that.  Okay.

But within that Communications Plan,

Ex. 21 to Salerno Owens Decl.
3 of 4

160

C E R T I F I C A T E

        I, Teresa L. Dunn, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, MARK FAIRBANKS personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 161, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

        Witness my hand and CSR stamp at Vancouver, Washington, this 4th day of September, 2018.

_____
TERESA L. DUNN
Certified Shorthand Reporter
Certificate No. 00-0367
Commission Expires:  6/30/20

Ex. 21 to Salerno Owens Decl.
4 of 4