Case 6:18-cv-00296-MC    Document 322-23    Filed 10/29/18    Page 1 of 3

Help (https://www.oregonlegislature.gov/OLIS_help/Pages/Committee.aspx#Overview) | Staff Login (/liz/2017R1/Account/Login)

## 2017 Regular Session

### Senate Committee On Health Care (/liz/2017R1/Committees/SHC/Overview)

**Membership** ❯

| | |
|---|---|
| **Chair** | Senator Laurie Monnes Anderson (https://www.oregonlegislature.gov/monnesanderson) |
| **Vice-Chair** | Senator Jeff Kruse |
| **Member** | Senator Lee Beyer (https://www.oregonlegislature.gov/beyer/) |
| **Member** | Senator Tim Knopp (https://www.oregonlegislature.gov/knopp) |
| **Member** | Senator Elizabeth Steiner Hayward (https://www.oregonlegislature.gov/steinerhayward/) |

**Staff** ❯

| | | |
|---|---|---|
| **LPRO Analyst** | Oliver Droppers (mailto:oliver.droppers@oregonlegislature.gov) | 503-986-1520 |
| **Committee Assistant** | Annette Easdale (mailto:annette.easdale@oregonlegislature.gov) | 503-986-1517 |

shc exhibit email (mailto:shc.exhibits@oregonlegislature.gov?body=Note: Please use discretion with your personal information in written testimony (i.e., do not add personal information you do not want the public to see). All meeting materials, including your name and any personal information contained in the submitted documents, are posted to the Oregon Legislative Information System (OLIS) and are accessible to all major search engines, including Google, Bing, and Yahoo.)

**Regular Meeting Schedule** ❯

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| | | | | |

**Meetings** ❯

6/15/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-06-15-13-00) ⊘
6/13/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-06-13-13-00) ⊙ (http://oregon.granicus.com/MediaPlayer.php?clip_id=23936)
❯ 6/1/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-06-01-13-00) ⊙ (http://oregon.granicus.com/MediaPlayer.php?clip_id=23834)
❯ 5/30/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-05-30-13-00) ⊙ (http://oregon.granicus.com/MediaPlayer.php?clip_id=23786)

Ex. 22 to Salerno Owens Decl.
1 of 3

❯ 5/25/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-05-25-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23766)

   5/23/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-05-23-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23733)

❯ 5/18/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-05-18-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23697)

❯ 5/16/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-05-16-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23656)

❯ 5/11/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-05-11-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23620)

❯ 5/9/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-05-09-13-00) ⊘

❯ 5/4/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-05-04-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23542)

❯ 5/2/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-05-02-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23498)

❯ 4/27/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-04-27-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23458)

❯ 4/25/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-04-25-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23418)

❯ 4/20/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-04-20-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23380)

❯ 4/18/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-04-18-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23349)

❯ 4/13/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-04-13-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23309)

❯ 4/11/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-04-11-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23260)

❯ 4/6/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-04-06-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23209)

❯ 4/4/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-04-04-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23156)

❯ 3/30/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-03-30-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23098)

❯ 3/28/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-03-28-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23048)

❯ 3/23/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-03-23-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=23000)

❯ 3/21/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-03-21-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22947)

❯ 3/16/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-03-16-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22891)

❯ 3/14/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-03-14-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22843)

❯ 3/9/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-03-09-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22792)

❯ 3/7/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-03-07-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22737)

❯ 3/2/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-03-02-13-00) ⦿
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22688)

Ex. 22 to Salerno Owens Decl.
2 of 3

Case 6:18-cv-00296-MC    Document 322-33    Filed 10/29/18    Page 3 of 3

❯ 2/28/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-02-28-13-00) ⊙
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22645)

❯ 2/23/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-02-23-13-00) ⊙
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22596)

❯ 2/21/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-02-21-13-00) ⊙
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22543)

2/17/2017 9:00 AM (/liz/2017R1/Committees/SHC/2017-02-17-09-00) ⊙
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22550)

❯ 2/16/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-02-16-13-00) ⊙
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22497)

❯ 2/14/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-02-14-13-00) ⊙
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22446)

❯ 2/9/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-02-09-13-00) ⊙
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22374)

❯ 2/7/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-02-07-13-00) ⊙
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22323)

❯ 2/2/2017 1:00 PM (/liz/2017R1/Committees/SHC/2017-02-02-13-00) ⊙
(http://oregon.granicus.com/MediaPlayer.php?clip_id=22279)

**Oregon State Legislature**
**Building Hours:** Monday - Friday, 7:30am - 5:00pm
1-800-332-2313 | 900 Court St. NE, Salem Oregon 97301



(https://www.facebook.com/OregonCapitol#!/OregonCapitol)

 (https://twitter.com/OregonCapitol)

(https://www.oregonlegislature.gov/Pages/pressrelease.aspx)

eSubscribe

(https://www.oregonlegislature.gov/citizen_engagement/Pages/e-
Subscribe.aspx)

Disclaimer
(https://www.oregonlegislature.gov/Pages/disclaimer.aspx) |
Universal Access
(https://www.oregonlegislature.gov/Pages/universalAccess.aspx)
| Employment
(https://www.oregonlegislature.gov/la/Pages/employment.aspx)
| Oregon.Gov (http://www.oregon.gov/Pages/index.aspx)

Ex. 22 to Salerno Owens Decl.

3 of 3