**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

      Special Assistant Attorneys General for Defendants Oregon
      Health Authority, an agency of the State of Oregon, and
      Patrick Allen, in his official capacity as director of the
      Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF GREG SCOTT IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE INC.'S MOTION FOR SANCTIONS** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

I, Greg Scott, declare:

1.    I am a paralegal with Markowitz Herbold, P.C., Special Assistant Attorney General

for Oregon Health Authority ("OHA") and Patrick Allen ("Allen") in his official capacity as

**Page 1 -  DECLARATION OF GREG SCOTT IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE INC.'S MOTION FOR SANCTIONS**

director of the Oregon Health Authority.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    One of my responsibilities in this matter is the collection and production of documents and electronically stored information.

3.    As of the date of this declaration, defendants' counsel collected over 4 million documents, including electronically stored information ("ESI"), from over 70 custodians from the State of Oregon related to discovery in this litigation.

4.    Defendants' counsel collected and produced in discovery in this case a variety of documents, including hard copy documents such as contracts, rate certification and rate-setting documents and spreadsheets, financial records, memos, correspondence, legislative reports, and policies, as well as electronic documents, including Word and PDF documents, Excel spreadsheets, PowerPoints, calendars, instant messages, emails, and text messages.

5.    In total, defendants' counsel provided 64 separate productions to FamilyCare's counsel, containing 241,650 individual documents (over 1.3 million pages) to-date.

6.    Defendants' counsel collected mobile devices from 26 custodians and OHA produced 4,841 text messages in discovery.

7.    Based upon a search of the database of documents produced by OHA I estimate that defendants' counsel produced over 1,200 documents related to SB 233.

8.    FamilyCare has deposed 18 witnesses for over 125 hours, and marked 333 deposition exhibits.

9.    Based upon a search of the database of documents produced by OHA, I estimate that nearly one thousand documents were produced by OHA in discovery related to the draft communication plan created by OHA regarding FamilyCare.

10.    Lynne Saxton and Robb Cowie's OHA Outlook calendars were produced to FamilyCare in discovery on July 26, 2018 with bates numbers OHA_LIT_01165554-1166284, OHA_LIT_01166285-1167242, OHA_LIT_01167243- 1167973, and OHA_LIT_01167974-

**Page 2 -    DECLARATION OF GREG SCOTT IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE INC.'S MOTION FOR SANCTIONS**

1169581. Both calendars were produced in two different Outlook views: daily view and list view.

11. Lynne Saxton's notes from her review of her calendar against the metadata for her unrecoverable text messages were produced to FamilyCare in discovery on August 29, 2018 with bates numbers OHA_LIT_01271681-1272289.

12. Five of Ms. Saxton's text messages reflected in Exhibit A to OHA's July 30, 2018 Response to Plaintiff's Second Interrogatories (attached as Exhibit 16 to the Declaration of Amanda Beane in Support of FamilyCare, Inc.'s Motion for Sanctions (Dkt. 258)) were produced to FamilyCare with bates numbers OHA_LIT_00965326, OHA_LIT_00965293, OHA_LIT_00874330, OHA_LIT_00655114 (see also OHA_LIT_01095077), and OHA_LIT_00965322.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 29th day of October, 2018.

/s/ Greg Scott

_____
Greg Scott

785969

**Page 3 -   DECLARATION OF GREG SCOTT IN SUPPORT OF DEFENDANTS
OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION
TO FAMILYCARE INC.'S MOTION FOR SANCTIONS**