**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**CHRISTOPHER F. MCCRACKEN, OSB #894002**
christophermccracken@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  503-241-2300
Facsimile:   503-778-5299

　　　　Attorneys for Non-Party Health Share of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON Defendants. | Case No. 6:18-cv-00296-MO <br><br> **DECLARATION OF GREGORY A. CHAIMOV IN SUPPORT OF NON-PARTY HEALTH SHARE OF OREGON'S MEMORANDUM IN OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER DENYING MOTION TO PERMIT ACCESS TO AEO DOCUMENTS PURSUANT TO PROTECTIVE ORDERS** |

　　　　I, GREGORY A. CHAIMOV, hereby declare:

　　　　1.　　　I am one of the attorneys for Non-Party Health Share of Oregon ("Health Share"). I have served as one of Health Share's counsel in relation to litigation between FamilyCare, Inc. ("FamilyCare") and the Oregon Health Authority ("OHA") since 2015.  I make this Declaration based on my personal knowledge and in support of Health Share of Oregon's Memorandum in Opposition to FamilyCare's Motion for Partial Reconsideration of Order Denying Motion to Permit Access to AEO Documents Pursuant to Protective Orders.

　　　　2.　　　At 11:05 a.m. on Monday, October 8, FamilyCare informed the state other

Page 1 – DECL. OF GREGORY A. CHAIMOV ISO RESPONSE OF HEALTH SHARE OF OREGON

coordinated care organizations ("CCOs") that, later that day, FamilyCare would file a motion to "either down-designate certain documents or to provide for access to the documents for Mr. Murray subject to the provisions of the protective order." At the same time, FamilyCare announced its availability to confer after 1:30 p.m. on Monday, but provided no information about the planned motion other than the documents would "generally fall into several categories, including documents related to risk scores, rate of growth calculations, CCOs' quarterly and annual financial submissions, triangulation-related documents, Optumas rate development documents shared with the CCOs, and regional rate models." The CCOs responded, explaining they could not meaningfully confer on such short notice and without more information provided about the scope of or basis for the motion. The CCOs explained they do not possess the documents that would be the subject of the motion and asked FamilyCare to identify the documents, such as "triangulation-related" documents, that would be subject to the motion so the CCOs could evaluate whether the documents contain information the CCOs consider to be sufficiently commercially sensitive to warrant the AEO designation OHA provided them and the level of concern with having Mr. Murray learn the information in the documents. Specifically, Health Share informed FamilyCare:

> On behalf of Health Share, we are willing to make review of the documents a top priority.
>
> To do so, and to meaningfully confer, we need FamilyCare to identify the documents. We will also probably need copies because, as a non-party, we have not received the vast majority of the documents OHA produced. The descriptions in your email below are not enough to allow us to identify the subject of your motion. For example, "documents *related to* risk scores" covers a wide array of documents some of which may be AEO and some of which may not be AEO.

FamilyCare agreed to provide a list of the documents to which FamilyCare seeks access.

3.    On Tuesday, October 9, FamilyCare and the CCOs held a telephone conference in which the CCOs reiterated their need to review the documents FamilyCare said FamilyCare wanted down-designated or for Mr. Murray to review. The CCOs renewed their offer to review

Page 2 – DECL. OF GREGORY A. CHAIMOV ISO RESPONSE OF HEALTH SHARE OF OREGON

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

the documents promptly upon receipt.  FamilyCare provided no additional information about the basis for the planned motion, but in the call FamilyCare informed the CCOs the motion would involve about 4,000 documents.  Later in the day, FamilyCare provided "a list identifying which of the Schedule L reports FamilyCare's motion would seek to access" and requested a response from the CCOs by 3 p.m. the next day on whether they would agree that Mr. Murray could review the listed Exhibit L tabs.

4.  On Wednesday, October 10, Health Share responded to FamilyCare's request for a response as follows:

> Thank you for the list.
>
> We consider FamilyCare's conferral about permitting FamilyCare employees to review the Exhibit L schedules not to comply with local rules.
>
> Health Share provided FamilyCare its position on the individual schedules in Exhibit L in Chris McCracken's May 4, 2018 emails to Ms. Brenner.  Please keep in mind that, as Chris noted last May, the Exhibit L reports "need to be reviewed individually because over the years the tab numbers have changed.  For example, the information originally on tab L8 in 2014 (Quarterly Statement of Reserves and Expenses and Changes in Net Assets) is now on [Tab L6]".
>
> Last May, Health Share down-designated schedules on the list, and does not propose to up-designate those schedules.  FamilyCare employees may review those schedules without needing to ask the court for permission.  As to the schedules that remain AEO:
>
> • The court has denied FamilyCare's motion to down-designate the schedules.
>
> • The court has denied FamilyCare's motion to permit FamilyCare employees to review the schedules as signatories to the protective order.
>
> • FamilyCare has not provided new information for why FamilyCare employees need to review the schedules—or any other AEO information to which FamilyCare continues to seek access.
>
> Under the circumstances, FamilyCare's threatened motion appears to be only a request to the court to reconsider its decision.

5.  Also on October 10, FamilyCare provided the CCOs with a 305-page list of the

Page 3 – DECL. OF GREGORY A. CHAIMOV ISO RESPONSE OF HEALTH SHARE OF OREGON

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

Bates numbers of the documents FamilyCare wants down-designated or for Mr. Murray to review.  The CCOs responded they do not have access to the documents on the list and reiterated their request for FamilyCare to provide the documents for review.  FamilyCare provides no new information about why FamilyCare employees need to review the AEO information.

6.    On Monday, October 15, FamilyCare filed its motion for partial reconsideration.

7.    After 9 p.m. on Monday, October 22, FamilyCare provided most CCOs links to documents.  No explanation accompanied the links.

8.    At 3:19 p.m., Tuesday, October 23, FamilyCare informed the CCOs the documents provided the previous night are the documents to which FamilyCare seeks review by Mr. Murray and Mr. Suchorzewski.

9.    Around 5 p.m., Thursday, October 25, after working for two days, Health Share completes loading the documents FamilyCare provided into a document management system and preparing the documents so that an evaluation can be made of the effort needed to review them. Health Share determines that Health Share lacks the time and resources to review the documents, which number 3,039, by November 12, the date FamilyCare has offered as a deadline for responding to the Motion for Reconsideration.  Health Share cannot complete the review because FamilyCare continues to insist that, at the same time, Health Share (1) prepare for an organizational deposition on dozens of topics, and (2) review over 10,000 documents pursuant to subpoena.

*I hereby declare that the above statements are true to the best of my knowledge and belief and that I understand that this Declaration is made for use as evidence in court and is subject to penalty for perjury.*

DATED this 29th day of October, 2018.

_____
Gregory A. Chaimov

4817-8400-8825v.1 0095765-000004          DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax