**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**CHRISTOPHER F. MCCRACKEN, OSB #894002**
christophermccracken@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Non-Party Health Share of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>　　　　　　　　　PLAINTIFF,<br><br>　　　v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON<br><br>　　　　　　　　　DEFENDANTS. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF LARRY SODERBERG IN SUPPORT OF NON-PARTY HEALTH SHARE OF OREGON'S MEMORANDUM IN OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER DENYING MOTION TO PERMIT ACCESS TO AEO DOCUMENTS PURSUANT TO PROTECTIVE ORDERS** |

I, LARRY SODERBERG, hereby declare:

1.　　　I am employed as the Chief Financial Officer for Health Share of Oregon ("Health Share"). I make this Declaration based on personal knowledge and in opposition to FamilyCare, Inc.'s ("FamilyCare") Motion for Partial Reconsideration of Order Denying Motion to Permit Access to AEO Documents Pursuant to Protective Orders.

2.　　　To prepare this testimony, I reviewed the Declaration of William Murray that supports FamilyCare's Motion. As set forth below, many of Mr. Murray's statements about the

Page 1 – DECL. OF LARRY SODERBERG ISO RESPONSE OF NON-PARTY HEALTH SHARE OF OREGON

nature and potential use of Health Share's information are inaccurate.

3.    Contrary to the testimony in paragraph 6 of Mr. Murray's Declaration, a coordinated care organization can use information that is aggregated at the level of the Category of Aid or Category of Service to determine how much a competitor spends to provide care to specific kinds of patients or pays to specific providers.  Whether an aggregated amount can be used to reverse engineer a competitor's expenditures depends on how many individuals or services are in a category and how much expenditures differ within a category.  The fewer individuals and services and the more uniform or regular the payments, the easier a competitor can reverse engineer a competitor's expenditures.  By learning how and how much Health Share pays providers to care for specific patients, FamilyCare could outbid Health Share for providers' services.

4.    If by "raw and relative risk scores," Mr. Murray means aggregated raw and normalized risk scores, Health Share agrees that the scores are not trade secrets.  Health Share does not believe that Health Share has designated or asked to have risk scores designated as attorneys-eyes-only.  It is not possible to tell from the description of "information and/or discussion of raw and relative risk scores, and OHA communication with CCOs related to risk scores" whether the documents described contain commercially-sensitive information that, if seen by a competitor like Mr. Murray, would cause Health Share substantial competitive harm.  Whether a "discussion" or "communication" that is "related" to risk scores is commercially sensitive depends on the substance of the "discussion" or "communication," which is not known by Health Share.

5.    Mr. Murray's statement that Mr. Murray's reviewing "[d]ocuments relating to the 'rate of growth' calculations and the reimbursement policy, as well as OHA communications with CCOs relating to the rate of growth calculations and the reimbursement policy * * * will not inflict competitive harm on the other CCOs because the rate of growth was calculated based on aggregated expenditures" is inaccurate.  Rate of growth calculations themselves may be based on aggregated expenditures, but documents "related" to the "'rate of growth' calculations and the

Page 2 – DECL. OF LARRY SODERBERG ISO RESPONSE OF NON-PARTY HEALTH SHARE OF OREGON

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

reimbursement policy" and "OHA communications with CCOs relating to the rate of growth calculations and the reimbursement policy" contain the most commercially-sensitive of CCOs' financial information, including narratives explaining CCOs' corporate strategies and policies for obtaining the targeted rate of growth, such as payment arrangements with providers. By learning Health Share's strategies and policies, including how and how much Health Share pays providers to care for specific patients, FamilyCare could outbid Health Share for providers' services.

6. Mr. Murray's statement that "CCO triangulation-related documents and discussions * * * is not trade secret because all amounts in triangulation are aggregate amounts" is inaccurate. Health Share does not consider triangulation reports that contain only aggregated sums, to be trade secrets. As demonstrated by Exhibit 4 that was the subject of FamilyCare's Motion to Compel Down-Designation of AEO Documents, documents that are related to or discuss triangulation reports contain proprietary information, including information Health Share added. The last nine pages of Exhibit 4 to FamilyCare's Motion to Compel Down-Designation of AEO Documents is a communication from Health Share to OHA explaining in detail sums spent under different payment structures. From Health Share's explanation, FamilyCare could deduce how much Health Share and its partners paid to providers, including the nature and amounts of the value-based services Health Share was providing. By learning how and how much Health Share pays providers to care for specific patients, FamilyCare could outbid Health Share and Health Share's plan partners for providers' services.

7. Health Share does not know to what documents Mr. Murray refers by "Optumas rate development documents shared among the CCOs in other regions, but not shared with FamilyCare."

8. The Oregon Health Authority masks parts of regional rate models at the request of the states' CCOs because CCOs can use the information to deduce how much a CCO paid to providers, including the nature and amounts of value-based services. By learning how and how much Health Share pays providers to care for specific patients, FamilyCare could outbid Health Share and Health Share's plan partners for providers' services.

Page 3 – DECL. OF LARRY SODERBERG ISO RESPONSE OF NON-PARTY HEALTH SHARE OF OREGON

9. Health Share does not know to what documents Mr. Murray refers by "[d]ocuments containing information, comparison and/or discussion of FamilyCare's and/or other CCOs' financial and/or operational performance." Whether Health Share objects to Mr. Murray's reviewing the documents depends on whether the documents contain information from which FamilyCare could deduce how much Health Share and its partners paid to providers, including the nature and amounts of the value-based services Health Share was providing.

10. Health Share began operating as a CCO with fewer than 25 employees. At the time FamilyCare stopped operating as a CCO, Health Share had approximately 60 employees. Today, Health Share employs approximately 65 individuals.

11. At this stage, OHA has not issued the request for proposals describing how OHA will select CCOs in the CCO 2.0 process, including the way enrollees will be assigned to new CCOs or rates for the new CCO contracts will be developed. The Oregon Health Authority has discussed basing CCO rates on two or three years of data. Use of three years' data for 2020 rates would mean that OHA would consider data from 2016 through 2018. Use of two years' data for 2020 rates would mean that OHA would consider data from 2017 and 2018. OHA is expected to host a public meeting to discuss options for rate development and enrollee assignment on November 19, 2018.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.*

DATED this 29 day of October, 2018

Larry Soderberg

Page 4 – DECL. OF LARRY SODERBERG ISO RESPONSE OF NON-PARTY HEALTH SHARE OF OREGON

4812-5060-7481v.1 0095765-000004

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax