**Daniel P. Larsen**, OSB No. 943645
E-mail:        dpl@aterwynne.com
**ATER WYNNE LLP**
1331 NW Lovejoy Street, Suite 900
Portland, OR 97209-3280
Telephone:    (503) 226-1191
Facsimile:    (503) 226-0079

Attorney for Non-Party Intervenors
Columbia Pacific CCO, LLC and
Jackson Care Connect

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>  Plaintiff,<br><br> v.<br><br>**OREGON HEALTH AUTHORITY,** an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority; and **LYNNE SAXTON**,<br><br>  Defendants. | Case No. 6:18-cv-00296-MO<br><br>**COLUMBIA PACIFIC CCO, LLC'S AND JACKSON CARE CONNECT'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR RECONSIDERATION**<br><br>**Oral Argument Requested** |

Non-Party Intervenors Columbia Pacific CCO, LLC ("CPC") and Jackson Care Connect

("JCC") hereby join and support Non-party Intervenor Eastern Oregon Coordinated Care

CPC'S AND JCC'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR RECONSIDERATION

Page 1

Organization's ("Eastern Oregon") Memorandum in Opposition ("Opposition") (Dkts. 315, 316, 317, filed October 29 2018) to FamilyCare, Inc.'s ("FamilyCare") Motion to Permit Access to AEO Documents (Dkt. 251, filed September 18, 2018) ("Motion"), and Motion for Reconsideration (Dkt. 302, filed October 15, 2018.

CPC and JCC also rely upon non-party Health Share of Oregon's opposition to FamilyCare's Motion for Partial Reconsideration and its accompanying filings, including non-party Health Share of Oregon's previous filings in opposition to FamilyCare's Motion to Permit Access to AEO Documents (Docs. 269, 270, 271 and 272). In addition, CPC and JCC join and support the additional arguments advanced by other Coordinated Care Organizations ("CCOs") that are located outside of the tri-county area which provide additional reasons that support denial of FamilyCare's Motion as to those CCOs. (*See* Dkts. 318, 319 filed by PacificSource Community Solutions.)

For the reasons set forth below, Eastern Oregon respectfully requests the Court to deny FamilyCare's Motion.

**CONCLUSION**

FamilyCare has not shown that it is entitled to the extraordinary remedy of reconsideration in this case. For the reasons stated above, Eastern Oregon respectfully requests the Court to deny FamilyCare's Motion for Partial Reconsideration.

We do not believe FamilyCare has conferred in good faith, and it is not entitled to a motion to reconsider. This cannot be cured by an extension for the response.

FamilyCare wants AEO documents from us despite the lack of any current lawsuit, and it shows it wants information for competitive purposes.

CPC'S AND JCC'S JOINDER IN OPPOSITION TO FAMILYCARE,
INC.'S MOTION FOR RECONSIDERATION
Page 2

ATER WYNNE LLP
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

3172183/1/DPL/101821-0073

CPC and JCC reserve their rights, without waiver, to assert and rely on their own arguments with regard to any similar documents that relate to CPC and JCC, which are not at issue with the present motion.

**DATED** this  29th  day of October, 2018.

ATER WYNNE LLP

By: s/ Daniel P. Larsen
    Daniel P. Larsen, OSB No. 943645
    Email:  dpl@aterwynne.com
    Tel:  (503) 226-1191; Fax:  (503) 226-0079
Attorneys for Non-Party Intervenors
Columbia Pacific CCO, LLC and
Jackson Care Connect

CPC'S AND JCC'S JOINDER IN OPPOSITION TO FAMILYCARE,
INC.'S MOTION FOR RECONSIDERATION

Page 3

ATER WYNNE  LLP
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

3172183/1/DPL/101821-0073

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **COLUMBIA PACIFIC CCO, LLC'S AND JACKSON CARE CONNECT'S JOINDER IN OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR RECONSIDERATION** with the Clerk of the Court

using the CM/ECF system to the following persons:

| | |
|---|---|
| Stephen F. English | Matthew A. Levin |
| Alletta S. Brenner | Harry B. Wilson |
| Douglas R. Pahl | Laura Salerno Owens |
| Perkins Coie LLP | Markowitz Herbold PC |
| 1120 N.W. Couch Street, 10th Floor | 1211 SW Fifth Avenue, Suite 3000 |
| Portland, OR 97209-4128 | Portland, OR 97204 |
| BSamuelson@perkinscoie.com | MattLevin@MarkowitzHerbold.com |
| Abrenner@perkinscoie.com | HarryWilson@MarkowitzHerbold.com |
| *Attorneys for FamilyCare, Inc.* | LauraSalerno@MarkowitzHerbold.com |
| | Docket@MarkowitzHerbold.com |
| | *Attorneys for Oregon Health Authority* |
| | |
| Elizabeth C. Knight  (Via E-mail) | Anna Sortun (Via E-mail) |
| Michael D. Crew  (Via E-mail) | Tonkon Torp LLP |
| Dunn Carney Allen | 888 SW 5th Ave Ste 1600 |
| 851 SW 6th Ave Ste 1500 | Portland OR 97204 |
| Portland OR 97204 | anna.sortun@tonkon.com |
| eknight@dunncarney.com | *Attorney for Cascade Health Alliance, LLC,* |
| mcrew@dunncarney.com | *Western Oregon Advanced Health, LLC,* |
| *Attorneys for AllCare CCO, Inc.* | *and Umpqua Health Alliance* |
| | |
| Brian M. Parrott  (Via E-mail) | Frank V. Langfitt III  (Via E-mail) |
| Brian M Parrott LLC | Miller Nash Graham & Dunn LLP |
| 851 SW 6th Ave Ste 1500 | 111 SW 5th Ave Ste 3400 |
| Portland OR 97204 | Portland OR  97204 |
| brian@bparrott-law.com | frank.langfitt@millernash.com |
| *Attorney for PrimaryHealth of Josephine* | *Attorney for Eastern Oregon Coordinated* |
| *County, LLC* | *Care Organization, LLC* |

CERTIFICATE OF SERVICE

Gregory A. Chaimov  (Via E-mail)
Christopher McCracken (Via E-mail)
Davis Wright Tremaine LLP
1300 SW Fifth Ave, Suite 2400
Portland, OR 97201-5610
gregorychaimov@dwt.com
Christophermccracken@dwt.com
*Attorneys for Health Share of Oregon*

W. Chris Jenkins  (Via E-mail)
Tyler G. Jacobsen  (Via E-mail)
Samaritan Health Services
2300 NW Walnut Blvd
Corvallis OR 97330
wjenkins@samhealth.org
tjacobsen@samhealth.org
*Attorney for Intercommunity Health Network - Coordinated Care Organization*

Eric A Lindenauer  (Via E-mail)
Garvey Schubert Barer
121 SW Morrison St 11th Fl
Portland OR 97204
elindenauer@gsblaw.com
*Attorney for PacificSource Community Solutions*

Joel A. Parker  (Via E-mail)
Jeffrey D. Hern  (Via E-mail)
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave Ste 1900
Portland OR 97204
jparker@schwabe.com
jhern@schwabe.com
*Attorneys for Trillium Community Health Plan, Inc.*

Arden J. Olson  (Via E-mail)
Harrang Long Gary Rudnick PC
360 E 10th Ave Ste 300
Eugene OR 97401
arden.j.olson@harrang.com
*Attorney for Willamette Valley Community Health, LLC*

Peter F. Stoloff  (Via E-mail)
Peter F Stoloff PC
5285 Meadows Rd Ste 235
Lake Oswego OR 97035
pstoloff@peterstoloff-law.com
*Attorney for Yamhill Community Care Organization*

       DATED this  29th  day of October, 2018.


                              s/ Daniel P. Larsen
                              Daniel P. Larsen, OSB No. 943645
                              Attorneys for Non-Party Intervenors
                              Columbia Pacific CCO, LLC and
                              Jackson Care Connect

CERTIFICATE OF SERVICE