**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**CHRISTOPHER F. MCCRACKEN, OSB #894002**
christophermccracken@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Non-Party Health Share of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>              PLAINTIFF,<br><br>   v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON<br><br>              DEFENDANTS. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF DAVID A. NEIMAN IN SUPPORT OF NON-PARTY HEALTH SHARE OF OREGON'S MEMORANDUM IN OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER DENYING MOTION TO PERMIT ACCESS TO AEO DOCUMENTS PURSUANT TO PROTECTIVE ORDERS** |

I, DAVID A. NEIMAN, hereby declare:

1.     I am Principal and Senior Consulting Actuary with Wakely Consulting Group.  I am a Member of the American Academy of Actuaries and a Fellow of the Society of Actuaries. I meet the Qualification Standards of the American Academy of Actuaries to issue this opinion. Wakely provides consulting actuarial services with an emphasis in serving the health care industry.  I have worked as an actuary for 16 years with a primary focus on Medicare and Medicaid lines of business.  I have extensive experience in providing Medicaid-related actuarial services including financial analyses, rate negotiations, risk adjustment, and the review of

Page 1 – NEIMAN DECLARATION ISO RESPONSE OF NON-PARTY HEALTH SHARE OF OREGON

capitation rates for actuarial soundness. For example, in the past three years alone, I estimate I have provided actuarial services in 10 different states in connection with the setting of Medicaid capitation rates.

2.      I have reviewed the Declaration of William Murray in support of FamilyCare, Inc.'s Motion for Partial Reconsideration, including the reasons Mr. Murray gives for needing to review financial information of the coordinated care organizations other than FamilyCare, Inc.  I have also reviewed the allegations in FamilyCare, Inc.'s Fourth Amended Complaint relating to allegedly unsound and disparately applied methods used by the Oregon Health Authority and Optumas-in developing Medicaid rates.

3.      In this case, an actuary competent to testify as an expert witness or to assist a client to prepare to present a case on allegedly unsound or disparately applied methods does not need the client to review the financial information of other coordinated care organizations to enable the actuary to provide expert testimony or analysis.  For the actuary to testify as an expert or to assist a client to prepare to present FamilyCare's case, the actuary needs only the scope of the assignment from the client, any of the client's data necessary to complete the assignment, and other relevant external information.  In this particular case, it is not reasonable to claim that an actuarial expert witness qualified to perform the necessary review cannot form an expert opinion without Mr. Murray's review of other coordinated care organization's data.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.*

DATED this 29th day of October, 2018.

_____
David A. Neiman

4818-8643-7753v.1 0095765-000004
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax