**Michael D. Crew, OSB No. 720603**
Email: mcrew@dunncarney.com
**Elizabeth C. Knight, OSB No. 992454**
Email: eknight@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
Telephone:  503-224-6440
Fax:  503-224-7324

Attorneys for Non-Party AllCare CCO, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as Director of the Oregon Health Authority, and **LYNNE SAXTON**,<br><br>Defendants. | **No. 6:18-cv-00296-MO**<br><br>**NONPARTY ALLCARE CCO, INC.'S JOINDER IN HEALTH SHARE OF OREGON'S OPPOSITION TO FAMILYCARE'S MOTION FOR PARTIAL RECONSIDERATION** |

## Joinder

AllCare CCO, Inc. ("AllCare") hereby joins in Health Share of Oregon's Opposition to FamilyCare, Inc.'s ("FamilyCare") Motion for Partial Reconsideration ("Motion"). AllCare also joins in the arguments set forth in the Joinders and Oppositions filed today by other Coordinated Care Organizations (CCOs) in response to the Motion.

## Summary of Argument

AllCare agrees with the other CCOs that FamilyCare's Motion should be denied, because, among other reasons: (1) FamilyCare failed to adequately confer as required by this Court's Local Rules and the Protective Order; (2) FamilyCare has not established that the Court erred in its prior ruling denying FamilyCare employees access to Attorney Eyes Only ("AEO") documents; and (3) FamilyCare still has not established why its employees need access to the CCOs' AEO information, particularly in light of the Court's summary judgment rulings and the parties' stated intention to seek a stay of the case.

For these reasons and those discussed in the concurrent filings of Health Share and the other CCOs, AllCare respectfully requests that the deny FamilyCare's Motion for Partial Reconsideration.

Dated this 29th day of October, 2018.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP


s/ Elizabeth C. Knight
**Michael D. Crew, OSB No. 720603**
**Elizabeth C. Knight, OSB No. 992454**
Telephone: 503-224-6440
Attorneys for Non-Party AllCare CCO, Inc.


Page 2    NONPARTY ALLCARE CCO, INC.'S JOINDER IN HEALTH SHARE OF OREGON'S
OPPOSITION TO FAMILYCARE'S MOTION FOR PARTIAL RECONSIDERATION