**Joel A. Parker,** OSB #001633
Email: jparker@schwabe.com
**Jeffrey D. Hern,** OSB #043138
Email: jhern@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

> *Of Attorneys for Trillium Community*
> *Health Plan, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON,**<br><br>　　　　　　Defendants. | No. 6:18-cv-00296-MO<br><br>**DECLARATION OF JEFFREY HERN IN SUPPORT OF TRILLIUM COMMUNITY HEALTH PLAN, INC.'S JOINDER AND RESPONSE TO FAMILYCARE, INC.'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER DENYING ACCESS TO AEO DOCUMENTS** |

I, Jeffrey Hern, hereby declare as follows:

1.　　I am one of the attorneys of record for Trillium Community Health Plan, Inc. ("Trillium") in the above-captioned action. I make this declaration in support of Trillium's Joinder and Response to FamilyCare, Inc.'s ("FamilyCare") Motion for Partial Reconsideration of Order Denying Access to AEO Documents ("Reconsideration Motion").

Page 1 -　**DECLARATION OF JEFFREY HERN IN SUPPORT OF TRILLIUM'S JOINDER AND RESPONSE TO FAMILYCARE'S MOTION FOR PARTIAL RECONSIDERATION**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\24172774.1

2.    Attached as "Exhibit A" is a true and correct copy of relevant pages of a letter dated October 10, 2018, from Matthew Gordon, counsel for FamilyCare, Inc., to Harry Wilson, counsel for Oregon Health Authority, with copies to counsel for Trillium and other non-party Coordinated Care Organizations.  For efficiency purposes, "Exhibit A" contains only the first four pages of the 307-page letter and attachment.  The withheld 303 pages continue listing Bates numbered references in the same manner.

3.    Counsel for Trillium has compared the list of Bates numbered references identified in "Exhibit A" hereto with the list of Bates numbered references listed in William Murray's declaration in support of FamilyCare's Reconsideration Motion.  The lists appear to refer to the same Bates numbers, though the lists were not provided in the same order or in a user friendly format, so it is very difficult and time consuming to verify completely.

4.    Counsel for FamilyCare purported to provide access to the AEO documents subject to FamilyCare's Reconsideration Motion at 8:29 pm on October 22, 2018.  However, FamilyCare failed to provide all passwords necessary to access the documents.  After requesting such passwords on October 23, FamilyCare sent the one missing password on October 24, 2018, which first provided access to the documents for uploading.  Based on some initial reviews and as of the date of this filing, it appears the documents consist of:  nearly 1,600 documents that are native Excel files; over 700 non-Excel documents that total nearly 4,800 images/pages; and over 900 documents that do not have images.  The metadata with these documents, however, does not appear to include a field of the document titles.

5.    In or around April and May 2018, the Oregon Health Authority ("OHA") provided a set of CCO-specific AEO documents to each CCO when FamilyCare broadly challenged designations by OHA.  In cooperating with OHA and FamilyCare, counsel for Trillium received around 1,100 "Trillium-specific" documents from OHA that it reviewed using certain protocols.  This review resulted in Trillium affirming nearly 400 AEO designations and agreeing to a down designation of more than 200 AEO documents to confidential or no

Page 2 -    **DECLARATION OF JEFFREY HERN IN SUPPORT OF TRILLIUM'S JOINDER AND RESPONSE TO FAMILYCARE'S MOTION FOR PARTIAL RECONSIDERATION**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\24172774.1

designation. Based on our review as of this filing, FamilyCare's newly identified 3,000-plus documents appear to include 39 documents which Trillium reviewed and provided its determinations during the aforementioned process. With all 39 documents, Trillium affirmed the AEO designations by OHA as proper.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 29th day of October, 2018.

s/ Jeffrey Hern
Jeffrey Hern, OSB #043138

**DECLARATION OF JEFFREY HERN IN SUPPORT OF TRILLIUM'S JOINDER AND RESPONSE TO FAMILYCARE'S MOTION FOR PARTIAL RECONSIDERATION**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\24172774.1