## APPENDIX A

| Claim | Defendant(s) | District Court Status | Appeals Status |
|---|---|---|---|
| **FAMILYCARE CLAIMS** | | | |
| § 1983/Due Process (3rd Am. Complaint, 1st Claim) | Allen, OHA | Dismissed on motion to dismiss (Dkt. 106) | No appeal filed |
| § 1983/First Amendment retaliation (4th Am. Complaint, 1st Claim) | Allen, Saxton | Remains in case at trial court level as to Allen, MSJ pending as to Saxton | Claim against Allen individually is on appeal at the Ninth Circuit, No. 18-35891 |
| Breach of settlement agreement/specific performance (3rd Am. Complaint, 2nd Claim; 4th Am. Complaint, 2nd Claim) | OHA | Remains in case at trial court level, except for arguments based on right to actuarially-sound rates (Dkt. 106, transcript of 9/21/18 hearing) | No appeal filed |
| Declaratory relief/breach of settlement agreement using actuarially unsound methods (3rd Am. Complaint, 3rd Claim; 4th Am. Complaint, 3rd Claim) | OHA | Remains in case at trial court level, except for arguments based on right to actuarially-sound rates (Dkt. 106, transcript of 9/21/18 hearing) | No appeal filed |
| Judicial review of 2017 rates under APA (3rd Am. Complaint, 4th Claim; 4th Am. Complaint, 4th Claim) | OHA | Dismissed on summary judgment (transcript of 9/21/18 hearing) | No appeal filed, **FamilyCare seeking entry of judgment under Rule 54(b)** |

8 -    MOTION FOR ENTRY OF FINAL JUDGMENT

LEGAL141785045.3

| Claim | Defendant(s) | District Court Status | Appeals Status |
|---|---|---|---|
| Breach of settlement agreement/damages (3rd Am. Complaint, 5th Claim; 4th Am. Complaint, 5th Claim) | OHA | Remains in case at trial court level, except for arguments based on right to actuarially-sound rates (Dkt. 106, transcript of 9/21/18 hearing) | No appeal filed |
| Breach of good faith and fair dealing/settlement agreement/damages (3rd Am. Complaint, 6th Claim; 4th Am. Complaint, 6th Claim) | OHA | Dismissed on motion to dismiss (Dkt. 106) | No appeal filed |
| Breach of dispute resolution agreement/ damages (3rd Am. Complaint, 7th Claim; 4th Am. Complaint, 7th Claim) | OHA | FamilyCare agreed to drop (transcript of 9/21/18 hearing) | No appeal filed |
| Breach of good faith and fair dealing/dispute resolution agreement/ damages (3rd Am. Complaint, 8th Claim; 4th Am. Complaint, 8th Claim) | OHA | FamilyCare agreed to drop (transcript of 9/21/18 hearing) | No appeal filed |
| Intentional interference with business relations/ damages (3rd Am. Complaint, 9th Claim; 4th Am. Complaint, 9th Claim) | OHA | Remains in case at trial court level, but only as to four provider relationships identified in 30(b)(6) deposition (transcript of 9/21/18 hearing) | No appeal filed |

9 -    MOTION FOR ENTRY OF FINAL JUDGMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

| Claim | Defendant(s) | District Court Status | Appeals Status |
|---|---|---|---|
| Breach of Health Plan Services Contract (3rd Am. Complaint, 10th Claim; 4th Am. Complaint, 10th Claim) | OHA | Dismissed on motion to dismiss (Dkt. 106), motion to reconsider allowed (Dkt. 183), and denied (Dkt. 183) | No appeal filed, **FamilyCare seeking entry of judgment under Rule 54(b)** |
| Judicial review of 2018 rates under APA (3rd Am. Complaint, 11th Claim; 4th Am. Complaint, 11th Claim) | OHA | Dismissed on summary judgment (transcript of 9/21/18 hearing) | No appeal filed, **FamilyCare seeking entry of judgment under Rule 54(b)** |
| **OHA CLAIMS** | | | |
| Declaratory relief regarding whether OHA can recoup overpayments to FamilyCare | FamilyCare | Dismissed on motion to dismiss as not ripe for adjudication (Dkt. 255) | No appeal filed |
| Declaratory relief regarding whether FamilyCare has the right to challenge whether rates comply with federal Medicare laws (No. 3:18-cv-00212-MO) | FamilyCare | Dismissed on motion to dismiss (Dkt. 106) | Currently on appeal at Ninth Circuit, No. 18-35593 |

10 -    MOTION FOR ENTRY OF FINAL JUDGMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222