Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>    Defendants. | No. 6:18-cv-00296-MO<br><br>**PLAINTIFF FAMILYCARE, INC.'S SURREPLY ADDRESSING EVIDENTIARY OBJECTION RAISED IN DEFENDANT LYNNE SAXTON'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

PLAINTIFF FAMILYCARE, INC.'S SURREPLY
ADDRESSING EVIDENTIARY OBJECTION RAISED IN
DEFENDANT LYNNE SAXTON'S REPLY IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

LEGAL141851058.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Pursuant to Local Rule 56(b), Plaintiff FamilyCare, Inc. ("FamilyCare") hereby submits this surreply addressing the evidentiary objection raised in the Reply Memorandum in Support of Lynne Saxton's Motion for Summary Judgment (Dkt. 310).

Saxton moves to strike Exhibit 51 to the declaration of Nicholas H. Hesterberg in Support of FamilyCare's Opposition to Oregon Health Authority and Patrick Allen's Motion for Summary Judgment (Dkt. 224-52) "to the extent it is offered to prove the truth of any matter asserted therein against Saxton on the basis that the exhibit is inadmissible hearsay."  (See Dkt. 310 at 1.)  However, FamilyCare's Opposition to Saxton's Motion for Summary Judgment makes no express reference to this previously-submitted exhibit.  (*See generally* Dkt. 295.) Without conceding any arguments regarding the admissibility at trial of the document in question, FamilyCare hereby clarifies that it does not offer the document as evidence in support of its opposition to Saxton's Motion for Summary Judgment, thus rendering her objection moot.

//
//
//
//
//
//
//
//
//
//
//
//

1 -  PLAINTIFF FAMILYCARE, INC.'S SURREPLY ADDRESSING EVIDENTIARY OBJECTION RAISED IN DEFENDANT LYNNE SAXTON'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Respectfully submitted,

DATED:  November 1, 2018                    **PERKINS COIE LLP**


By: */s/ Thomas R. Johnson*
     Thomas R. Johnson, OSB No. 010645
     TRJohnson@perkinscoie.com
     Stephen F. English, OSB No. 730843
     SEnglish@perkinscoie.com
     Alletta Brenner, OSB No. 142844
     ABrenner@perkinscoie.com
     PERKINS COIE LLP
     1120 N.W. Couch Street, 10th Floor
     Portland, OR  97209-4128
     Telephone:  503.727.2000
     Facsimile:  503.727.2222

     Matthew Gordon, *pro hac vice*
     MGordon@perkinscoie.com
     Nicholas Hesterberg, *pro hac vice*
     NHesterberg@perkinscoie.com
     PERKINS COIE LLP
     1201 Third Avenue, Suite 4900
     Seattle, WA 98101-3099
     Telephone:  206.359.8000
     Facsimile:  206.359.9000

    *Attorneys for Plaintiff FamilyCare, Inc.*

2 -    PLAINTIFF FAMILYCARE, INC.'S SURREPLY
    ADDRESSING EVIDENTIARY OBJECTION RAISED IN
    DEFENDANT LYNNE SAXTON'S REPLY IN SUPPORT OF
    MOTION FOR SUMMARY JUDGMENT

LEGAL141851058.1