**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax: (503) 323-9105

> Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **NOTICE OF ERRATA RE DOCKET NO. 324 (DECLARATION OF GREG SCOTT IN SUPPORT OF DEFENDANTS OREGON HEALTH AUTHORITY AND PATRICK ALLEN'S OPPOSITION TO FAMILYCARE INC.'S MOTION FOR SANCTIONS)** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

PLEASE TAKE NOTICE that on October 29, 2018, the undersigned declarant submitted the Declaration of Greg Scott in Support of Defendants Oregon Health Authority and Patrick Allen's Opposition to FamilyCare Inc.'s Motion for Sanctions.  (Dkt. No. 324.)  Paragraph 6 of

**Page 1 -   NOTICE OF ERRATA RE DOCKET NO. 324 (DECLARATION OF GREG SCOTT)**

the Declaration stated: "Defendants' counsel collected mobile devices from 26 custodians and OHA produced 4,841 text messages in discovery."  That statement should have read "Defendants' counsel collected 26 mobile devices from 21 custodians and OHA produced 4,841 text messages in discovery."

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 6th day of November, 2018.

_/s/ Greg Scott_
Greg Scott

804435

**Page 2 -   NOTICE OF ERRATA RE DOCKET NO. 324 (DECLARATION OF GREG SCOTT)**