## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
### FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION AND ORDERING FORM

| | |
|---|---|
| **1. District Court Case No.:** <br> 6:18-cv-00296-MO | **2. Short Case Title:** <br> FamilyCare, Inc. v. Oregon Health Authority |
| **3. Court of Appeals Case No.:** | **4.** ☐ **I do not intend to designate any portion of the transcript and will notify all counsel of this intention.** |

| | | |
|---|---|---|
| **5. NAME** (Party Ordering Recording/Transcript) <br> Kevin E. O'Malley | **6. PHONE NUMBER** <br> 602-530-8430 | **7. DATE** <br> 11.07.18 |

| | | | |
|---|---|---|---|
| **8. MAILING ADDRESS** <br> 2575 E. Camelback Road | **9. CITY** <br> Phoenix | **10. STATE** <br> AZ | **11. ZIP** <br> 85016 |

**12. ORDER FOR**: ☐ PLAINTIFF NAME: _____  ☐ DEFENDANT NAME: _____
☐ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
☐ NON-APPEAL    ☑ CIVIL    ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

☐ **13. RECORDING REQUESTED:** Specify portion(s) and date(s) of proceedings(s).
Note: PAYMENT: Financial arrangements must be made with the Clerk's Office before recording is prepared. Copy cost: $31 for each proceeding. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| | | |

☑ **14. TRANSCRIPT REQUESTED:** Specify portion(s) and date(s) of proceedings(s). Financial arrangements must be made before transcript is prepared. Transcriber will contact party. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| Oral Argument on Def Saxton's Motion for Summary Judgment | 11.02.18 | M. Mosman |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | **PAPER** | **ELECTRONIC** | **SPECIFY** |
| **ORDINARY:** To be delivered within 30 days after receipt of an order. | $3.65 per page | $.90 per page | $.60 per page | ☐ Full Size <br> ☐ Condensed <br> ☐ A-Z word index | ☐ CD <br> ☐ E-mail | ☐ ASCII <br> ☐ PDF <br> ☐ Other |
| **3-DAY TRANSCRIPT:** To be delivered within 3 calendar days after receipt of an order. | $5.45 per page | $1.05 per page | $.75 per page | ☐ Full Size <br> ☐ Condensed <br> ☐ A-Z word index | ☐ CD <br> ☐ E-mail | ☐ ASCII <br> ☐ PDF <br> ☐ Other |
| **EXPEDITED:** To be delivered within 7 days after receipt of an order. | $4.85 per page | $.90 per page | $.60 per page | ☐ Full Size <br> ☐ Condensed <br> ☐ A-Z word index | ☐ CD <br> ☑ E-mail | ☑ ASCII <br> ☑ PDF <br> ☐ Other |
| **DAILY:** Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size <br> ☐ Condensed <br> ☐ A-Z word index | ☐ CD <br> ☐ E-mail | ☐ ASCII <br> ☐ PDF <br> ☐ Other |
| **14-DAY TRANSCRIPT:** To be delivered within 14 days calendar after receipt of an order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size <br> ☐ Condensed <br> ☐ A-Z word index | ☐ CD <br> ☐ E-mail | ☐ ASCII <br> ☐ PDF <br> ☐ Other |
| **HOURLY:** to be delivered within 2 hours after receipt of the order. | $7.25 per page | $1.20 per page | $.90 per page | ☐ Full Size <br> ☐ Condensed <br> ☐ A-Z word index | ☐ CD <br> ☐ E-mail | ☐ ASCII <br> ☐ PDF <br> ☐ Other |

**15. DISTRIBUTION:** This form should be electronically filed. Notice will automatically be distributed to court reporters and all parties.

Revised 3/30/2018 (eo)