# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION AND ORDERING FORM

**1. District Court Case No.:**
6:18-cv-00296-MO

**2. Short Case Title:**
FamilyCare Inc. v. Oregon Health Authority et al.

**3. Court of Appeals Case No.:**
18-35891

**4.** □ **I do not intend to designate any portion of the transcript and will notify all counsel of this intention.**

**5. NAME** (Party Ordering Recording/Transcript)
Defendant-Appellant Patrick Allen c/o Jon W. Monson

**6. PHONE NUMBER**
503-224-3092

**7. DATE**
11/16/2018

**8. MAILING ADDRESS**
Cable Huston LLP, 1001 SW Fifth Ave., Ste. 2000

**9. CITY**
Portland

**10. STATE**
OR

**11. ZIP**
97204

**12. ORDER FOR:** □ PLAINTIFF NAME: _____    □ DEFENDANT NAME: _____
☑ APPEAL    □ CRIMINAL    □ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
□ NON-APPEAL    □ CIVIL    □ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

□ **13. RECORDING REQUESTED: Specify portion(s) and date(s) of proceedings(s).**
Note:  PAYMENT:  Financial arrangements must be made with the Clerk's Office before recording is prepared.
Copy cost: $31 for each proceeding.  If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
|  |  |  |

□ **14. TRANSCRIPT REQUESTED:  Specify portion(s) and date(s) of proceedings(s).  Financial arrangements must be made before transcript is prepared.  Transcriber will contact party.  If payment is authorized under CJA, attach CJA-24 form.**

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| Oral argument on Defendant Allen's MSJ and Motion to Dismiss [ECF 259]; Oral argument on Defendant Saxton's MSJ [ECF 339] | 9/21/18; 11/2/18 | Michael W. Mosman |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | PAPER | ELECTRONIC | SPECIFY |
| **ORDINARY:** To be delivered within 30 days after receipt of an order. | $3.65 per page | $.90 per page | $.60 per page | □ Full Size □ Condensed □ A-Z word index | □ CD ☑ E-mail | □ ASCII □ PDF ☑ Other |
| **3-DAY TRANSCRIPT:** To be delivered within 3 calendar days after receipt of an order. | $5.45 per page | $1.05 per page | $.75 per page | □ Full Size □ Condensed □ A-Z word index | □ CD □ E-mail | □ ASCII □ PDF □ Other |
| **EXPEDITED**: To be delivered within 7 days after receipt of an order. | $4.85 per page | $.90 per page | $.60 per page | □ Full Size □ Condensed □ A-Z word index | □ CD □ E-mail | □ ASCII □ PDF □ Other |
| **DAILY:** Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | □ Full Size □ Condensed □ A-Z word index | □ CD □ E-mail | □ ASCII □ PDF □ Other |
| **14-DAY TRANSCRIPT**: To be delivered within 14 days calendar after receipt of an order. | $4.25 per page | $.90 per page | $.60 per page | □ Full Size □ Condensed □ A-Z word index | □ CD □ E-mail | □ ASCII □ PDF □ Other |
| **HOURLY**: to be delivered within 2 hours after receipt of the order. | $7.25 per page | $1.20 per page | $.90 per page | □ Full Size □ Condensed □ A-Z word index | □ CD □ E-mail | □ ASCII □ PDF □ Other |

**15. DISTRIBUTION: This form should be electronically filed.  Notice will automatically be distributed to court reporters and all parties.**

Revised 3/30/2018  (eo)