**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
MERSEREAU SHANNON LLP
111 SW Columbia Street, Suite 1100
Portland, Oregon 97201-5865
Telephone: 503.226.6400
Facsimile: 503.226.0383

      Of Attorneys for Defendant
      Lynne Saxton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, | Case Nos.  6:18-cv-00296-MO |
| Plaintiff, | NOTICE OF APPEAL |
| v. | |
| **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**, | |
| Defendants. | |

Notice is hereby given that Lynne Saxton, defendant in her individual capacity in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order, at Docket Number 338, entered on November 5, 2018.

The order appealed from granted in part, and denied in part, Ms. Saxton's motion for summary judgment against a claim made under 42 U.S.C. section 1983 for the alleged deprivation of a constitutional right. The motion for summary judgment was partly based on qualified immunity grounds. An order denying qualified immunity in an action brought under 42

PAGE 1 -      NOTICE OF APPEAL

U.S.C. section 1983 is immediately appealable as a collateral order. Mitchell v. Forsyth, 472

U.S. 511, 524 (1985); Eng v. Cooley, 552 F.3d 1062, 1067 (9th Cir. 2009).

DATED: November 30, 2018.

MERSEREAU SHANNON LLP


_____s/ Peter R. Mersereau_____
**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
503.226.6400
Of Attorneys for Defendant
Lynne Saxton

PAGE 2 -    NOTICE OF APPEAL

## REPRESENTATION STATEMENT

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Defendant-Appellant Lynne Saxton | Peter R. Mersereau<br>Beth F. Plas<br>MERSEREAU SHANNON LLP<br>111 SW Columbia Street, Suite 1100<br>Portland, OR 97201-5865<br>Tel: (503) 226-6400<br>Fax: (503) 226-0383<br>pmersereau@mershanalw.com<br>bfry@mershanlaw.com<br>bplass@mershanlaw.com |
| Plaintiff-Appellee Familycare, Inc. | Stephen F. English<br>Alletta S. Brenner<br>Douglas R. Pahl<br>Thomas R. Johnson<br>PERKINS COIE, LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209-4128<br>Tel: (503) 727-2000<br>Fax: (503) 727-222<br>senglish@perkinscoie.com<br>abrenner@perkinscoie.com<br>dpahl@perkinscoie.com<br>TRJohnson@perkinscoie.com<br><br>Amanda J. Beane<br>Matthew P. Gordon<br>Nicholas H. Hesterberg<br>PERKINS COIE, LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>Tel: (503) 359-3965<br>Fax: (503)206-359-4965<br>abeane@perkinscoie.com<br>MGordon@perkinscoie.com<br>nhesterberg@perkinscoie.com |

PAGE 3 -    NOTICE OF APPEAL

| Defendant Oregon Health Authority and Defendant Patrick Allen, in his official capacity as director of Oregon Health Authority | David B. Markowitz<br>Vivek A. Kothari<br>Matthew A. Levin<br>Brittany M. Simpson<br>Dallas S. DeLuca<br>Harry B. Wilson<br>Laura R. Salerno Owens<br>Renee E. Rothauge<br>Anna M. Joyce<br>MARKOWITZ HERBOLD PC<br>1211 SW Fifth Avenue, Suite 3000<br>Portland, OR 97204<br>Tel: (503) 295-3085<br>Fax: (503) 323-9105<br>DavidMarkowitz@MHGM.com<br>vivekkothari@markowitzherbold.com<br>MattLevin@MarkowitzHerbold.com<br>brittanysimpson@markowitzherbold.com<br>dallasdeluca@mhgm.com<br>harrywilson@markowitzherbold.com<br>LauraSalerno@MarkowitzHerbold.com<br>ReneeRothauge@markowitzherbold.com<br>AnnaJoyce@MarkowitzHerbold.com<br><br>Carla Scott<br>OREGON DEPARTMENT OF JUSTICE<br>100 SW Market Street<br>Portland, OR 97201<br>Tel: (971) 673-1880<br>Fax: (971) 673-5000<br>Carla.a.scott@doj.state.or.us |
| Defendant Patrick Allen, in his individual capacity | Jon W. Monson<br>Nicol M. Swift<br>CABLE HUSTON LLP<br>1001 SW Fifth Avenue, Suite 2000<br>Portland, OR 97204-1136<br>Tel: (503) 224-3092<br>Fax: (503) 224-3176<br>jmonson@cablehuston.com<br>nswift@cablehuston.com |

PAGE 4 -    NOTICE OF APPEAL