Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON<br><br>    Defendants. | No. 6:18−cv−00296−MO<br><br>NOTICE OF CROSS-APPEAL |

NOTICE OF CROSS-APPEAL

LEGAL142456955.2

Notice is hereby given that FamilyCare Inc. ("FamilyCare"), plaintiff in the above-captioned case, hereby cross-appeals to the United States Court of Appeals for the Ninth Circuit from the district court's order entered on November 5, 2018 (Doc. No. 338).

The order appealed from granted in part, and denied in part, defendant Lynne Saxton's motion for summary judgment against FamilyCare's claim under 42 U.S.C. § 1983 for the deprivation of FamilyCare's constitutional rights. Specifically, Ms. Saxton's motion for summary judgment raised a defense of qualified immunity, which the district court granted in part and denied in part. Ms. Saxton has filed a notice of appeal of the district court's partial denial of her motion under the collateral-order doctrine. *See Mitchell v. Forsyth*, 472 U.S. 511, 524 (1985). This Court may exercise pendent jurisdiction to review a corresponding partial grant of qualified immunity on interlocutory appeal if the ruling is "inextricably entwined" with the denial. *See Sanchez v. Canales*, 574 F.3d 1169, 1172 (9th Cir. 2009), *overruled on other grounds by United States v. King*, 687 F.3d 1189 (9th Cir. 2012).

Pursuant to Ninth Circuit Rule 3-2(b), FamilyCare has attached as Exhibit A to this Notice of Cross-Appeal a Representation Statement that identifies the parties to this action along with the names, addresses, and telephone numbers of their respective counsel.  A copy of the Representation Statement is also being separately filed by FamilyCare concurrently with the filing of the Notice of Cross-Appeal.

1-   NOTICE OF CROSS-APPEAL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED:  December 14, 2018                 **PERKINS COIE LLP**


By: */s/ Thomas R. Johnson*
    Stephen F. English, OSB No. 730843
    SEnglish@perkinscoie.com
    Thomas R. Johnson, OSB No. 010645
    TRJohnson@perkinscoie.com
    Alletta Brenner, OSB No. 142844
    ABrenner@perkinscoie.com
    PERKINS COIE LLP
    1120 N.W. Couch Street, 10th Floor
    Portland, OR  97209-4128
    Telephone:  503.727.2000
    Facsimile:  503.727.2222

    Matthew Gordon, *pro hac vice*
    MGordon@perkinscoie.com
    Nicholas Hesterberg, *pro hac vice*
    NHesterberg@perkinscoie.com
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone:  206.359.8000
    Facsimile:  206.359.9000

    *Attorneys for Plaintiff FamilyCare, Inc.*

2-   NOTICE OF CROSS-APPEAL

LEGAL142456955.2