## REPRESENTATION STATEMENT

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Defendant-Appellant and Cross-Appellee Lynne Saxton | Peter R. Mersereau<br>Beth F. Plas<br>MERSEREAU SHANNON LLP<br>111 SW Columbia Street, Suite 1100<br>Portland, OR 97201-5865<br>Tel: (503) 226-6400<br>Fax: (503) 226-0383<br>pmersereau@mershanalaw.com<br>bplass@mershanlaw.com |
| Plaintiff-Appellee and Cross-Appellant FamilyCare, Inc. | Stephen F. English<br>Douglas R. Pahl<br>Thomas R. Johnson<br>Alletta S. Brenner<br>PERKINS COIE, LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209-4128<br>Tel: (503) 727-2000<br>Fax: (503) 727-222<br>senglish@perkinscoie.com<br>dpahl@perkinscoie.com<br>TRJohnson@perkinscoie.com<br>abrenner@perkinscoie.com<br><br>Amanda J. Beane<br>Matthew P. Gordon<br>Nicholas H. Hesterberg<br>PERKINS COIE, LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>Tel: (503) 359-3965<br>Fax: (503)206-359-4965<br>abeane@perkinscoie.com<br>MGordon@perkinscoie.com<br>nhesterberg@perkinscoie.com |

- 2 -

| PARTIES | COUNSEL OF RECORD |
| --- | --- |
| Defendant Oregon Health Authority<br>and<br>Defendant Patrick Allen, in his official capacity as director of Oregon Health Authority | David B. Markowitz<br>Vivek A. Kothari<br>Matthew A. Levin<br>Brittany M. Simpson<br>Dallas S. DeLuca<br>Harry B. Wilson<br>Laura R. Salerno Owens<br>Renee E. Rothauge<br>Anna M. Joyce<br>MARKOWITZ HERBOLD PC<br>1211 SW Fifth Avenue, Suite 3000<br>Portland, OR 97204<br>Tel: (503) 295-3085<br>Fax: (503) 323-9105<br>DavidMarkowitz@markowitzherbold.com<br>vivekkothari@markowitzherbold.com<br>MattLevin@markowitzherbold.com<br>brittanysimpson@markowitzherbold.com<br>dallasdeluca@markowitzherbold.com<br>harrywilson@markowitzherbold.com<br>LauraSalerno@markowitzherbold.com<br>ReneeRothauge@markowitzherbold.com<br>AnnaJoyce@markowitzherbold.com<br><br>Carla Scott<br>OREGON DEPARTMENT OF JUSTICE<br>100 SW Market Street<br>Portland, OR 97201<br>Tel: (971) 673-1880<br>Fax: (971) 673-5000<br>Carla.a.scott@doj.state.or.us |
| Defendant Patrick Allen, in his individual capacity | Jon W. Monson<br>Nicol M. Swift<br>CABLE HUSTON LLP<br>1001 SW Fifth Avenue, Suite 2000<br>Portland, OR 97204-1136<br>Tel: (503) 224-3092<br>Fax: (503) 224-3176<br>jmonson@cablehuston.com<br>nswift@cablehuston.com |

123045-0001/142464219.1

Exhibit A
Page 2 of 2