Eric A. Lindenauer, OSB #833721
elindenauer@gsblaw.com
Matthew J. Yium, OSB #054377
myium@gsblaw.com
Garvey Schubert Barer, P.C.
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

       Attorneys for Intervenor
       PacificSource Community Solutions

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, <br>       Plaintiff, <br><br>    v. <br><br> OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, <br><br>       Defendants. | Case No. 6:18-cv-00296-MO <br><br><br> NOTICE FOR WITHDRAWAL OF COUNSEL |

**TO:**       **CLERK OF THE COURT**
**AND TO:**   **PLAINTIFF, Defendants, and Intervenors of record**

     **PLEASE TAKE NOTICE** that Eric A. Lindenauer hereby withdraws as counsel on

behalf of intervenor PacificSource Community Solutions, in the above-entitled action due to his

retirement from the practice of law.

                     PACIFICSOURCE COMMUNITY SOLUTIONS'
                     NOTICE FOR WITHDRAWAL OF COUNSEL
                     Page 1 of 2

Matthew J. Yium and Garvey Schubert Barer will remain as counsel for intervenor PacificSource Community Solutions.  Please direct all further notices, pleadings, correspondence and other communications to:

Matthew J. Yium, OSB #054377
myium@gsblaw.com
Garvey Schubert Barer, P.C.
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile:  (503) 226-0259

DATED this 19th day of December, 2018.

GARVEY SCHUBERT BARER, P.C.

By  *s/ Eric A. Lindenauer*
Eric A. Lindenauer, OSB #833721
elindenauer@gsblaw.com
Matthew J. Yium, OSB #054377
myium@gsblaw.com
Telephone:  (503) 228-3939
Fax:  (503) 226-0259

Attorneys for Intervenor PacificSource Community Solutions

GSB:9809517.1