## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
### FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION AND ORDERING FORM

| | |
|---|---|
| **1. District Court Case No.:**<br>6:18-cv-296-MO | **2. Short Case Title:**<br>FamilyCare Inc v. Oregon Health Authority et al. |
| **3. Court of Appeals Case No.:**<br>18-36009 | **4.** ☐ **I do not intend to designate any portion of the transcript and will notify all counsel of this intention.** |

| | | |
|---|---|---|
| **5. NAME** (Party Ordering Recording/Transcript)<br>Blake H. Fry | **6. PHONE NUMBER**<br>503-226-6400 | **7. DATE**<br>1/3/19 |

| | | | |
|---|---|---|---|
| **8. MAILING ADDRESS**<br>111 SW Columbia Street, Ste 1100 | **9. CITY**<br>Portland | **10. STATE**<br>OR | **11. ZIP**<br>97201 |

**12. ORDER FOR:**  ☐ PLAINTIFF NAME: _____    ☑ DEFENDANT NAME: Lynne Saxton
☑ APPEAL     ☐ CRIMINAL     ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
☐ NON-APPEAL     ☐ CIVIL     ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

☐ **13. RECORDING REQUESTED: Specify portion(s) and date(s) of proceedings(s).**
Note:  PAYMENT:  Financial arrangements must be made with the Clerk's Office before recording is prepared.
Copy cost: $31 for each proceeding.  If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| | | |

☐ **14. TRANSCRIPT REQUESTED:  Specify portion(s) and date(s) of proceedings(s).  Financial arrangements must be made before transcript is prepared.  Transcriber will contact party.  If payment is authorized under CJA, attach CJA-24 form.**

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| Motion to Dismiss [84]; Motion for Summary Judgment [255]; Motion for Summary Judgment [338] | 4/20/18; 9/21/18; 11/2/18 | Mosman |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | **PAPER** | **ELECTRONIC** | **SPECIFY** |
| **ORDINARY:** To be delivered within 30 days after receipt of an order. | $3.65 per page | $.90 per page | $.60 per page | ☐ Full Size<br>☐ Condensed<br>☐ A-Z word index | ☐ CD<br>☑ E-mail | ☑ ASCII<br>☐ PDF<br>☐ Other |
| **3-DAY TRANSCRIPT:** To be delivered within 3 calendar days after receipt of an order. | $5.45 per page | $1.05 per page | $.75 per page | ☐ Full Size<br>☐ Condensed<br>☐ A-Z word index | ☐ CD<br>☐ E-mail | ☐ ASCII<br>☐ PDF<br>☐ Other |
| **EXPEDITED:** To be delivered within 7 days after receipt of an order. | $4.85 per page | $.90 per page | $.60 per page | ☐ Full Size<br>☐ Condensed<br>☐ A-Z word index | ☐ CD<br>☐ E-mail | ☐ ASCII<br>☐ PDF<br>☐ Other |
| **DAILY:** Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size<br>☐ Condensed<br>☐ A-Z word index | ☐ CD<br>☐ E-mail | ☐ ASCII<br>☐ PDF<br>☐ Other |
| **14-DAY TRANSCRIPT:** To be delivered within 14 days calendar after receipt of an order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size<br>☐ Condensed<br>☐ A-Z word index | ☐ CD<br>☐ E-mail | ☐ ASCII<br>☐ PDF<br>☐ Other |
| **HOURLY:** to be delivered within 2 hours after receipt of the order. | $7.25 per page | $1.20 per page | $.90 per page | ☐ Full Size<br>☐ Condensed<br>☐ A-Z word index | ☐ CD<br>☐ E-mail | ☐ ASCII<br>☐ PDF<br>☐ Other |

**15.  DISTRIBUTION: This form should be electronically filed.  Notice will automatically be distributed to court reporters and all parties.**

Revised 3/30/2018  (eo)