IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**FAMILYCARE INC.,**

        Plaintiff,

    v.

**OREGON HEALTH AUTHORITY, et al.,**

        Defendants.

No. 6:18-cv-00296-MO

PARTIAL JUDGMENT

**MOSMAN, J.**

Based upon the Order of the Court granting Plaintiff's Motion for Judgment on Dismissed Claims [336], it is ordered and adjudged that motion [336] is GRANTED, and Plaintiff's fourth, tenth, and eleventh claims are dismissed with prejudice.

IT IS SO ORDERED.

DATED this ___ day of January, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge

1 – PARTIAL JUDGMENT