Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON<br><br>    Defendants. | No. 6:18−cv−00296−MO<br><br>NOTICE OF APPEAL |

NOTICE OF APPEAL

LEGAL143114815.4

Notice is hereby given that FamilyCare, Inc. (FamilyCare), plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Ninth Circuit from the partial final judgment entered by the district court on January 25, 2019. *See* Dkt. 350.

In that partial final judgment, the district court dismissed with prejudice FamilyCare's Fourth, Tenth, and Eleventh claims for relief in the Fourth Amended Complaint filed in Case No. 6:18-cv-00296-MO. *See* Dkt. 350; *see also* Dkt. 111 (Fourth Amended Complaint). FamilyCare's Tenth claim for relief alleged that Defendant Oregon Health Authority (OHA) breached the Health Plan Services Contract between FamilyCare and OHA. The district court granted OHA's motion to dismiss that claim, *see* Dkt. 106, and denied FamilyCare's motion to reconsider that decision, *see* Dkt. 183. FamilyCare's Fourth and Eleventh claims for relief sought judicial review of the 2017 and 2018 Medicaid rate amendments, respectively, under Oregon's Administrative Procedures Act (APA). The district court granted summary judgment in favor of OHA on those claims. *See* Transcript of September 21, 2018 Summary-Judgment Oral Argument.

On October 30, 2018, FamilyCare moved the district court under Federal Rule of Civil Procedure 54(b) for entry of final judgment on its dismissed breach-of-contract and APA claims. *See* Dkt. 336. On January 23, 2019, the district court granted FamilyCare's motion and certified those dismissed claims for appeal under Rule 54(b). *See* Dkt. 349 at 5-7 (Opinion and Order). The district court entered the partial final judgment on those dismissed claims on January 25, 2019, from which FamilyCare now appeals. *See* Dkt. 350.

Under Ninth Circuit Rule 3-2(b), attached as Exhibit A is a Representation Statement that identifies the parties to this action along with the names, addresses, and telephone numbers of their respective counsel.

1-  NOTICE OF APPEAL

LEGAL143114815.4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED: February 4, 2019                    **PERKINS COIE LLP**


By: */s/ Thomas R. Johnson*
    Stephen F. English, OSB No. 730843
    SEnglish@perkinscoie.com
    Thomas R. Johnson, OSB No. 010645
    TRJohnson@perkinscoie.com
    Alletta Brenner, OSB No. 142844
    ABrenner@perkinscoie.com
    PERKINS COIE LLP
    1120 N.W. Couch Street, 10th Floor
    Portland, OR  97209-4128
    Telephone:  503.727.2000
    Facsimile:  503.727.2222

    Matthew Gordon, *pro hac vice*
    MGordon@perkinscoie.com
    Nicholas Hesterberg, *pro hac vice*
    NHesterberg@perkinscoie.com
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone:  206.359.8000
    Facsimile:  206.359.9000

    *Attorneys for Plaintiff FamilyCare, Inc.*


2-  NOTICE OF APPEAL

LEGAL143114815.4