# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION AND ORDERING FORM

**1. District Court Case No.:**
6:18-cv-00296-MO

**2. Short Case Title:**
FamilyCare, Inc. v. Oregon Health Authority, et al.

**3. Court of Appeals Case No.:**
19-35103

**4.** ☐ **I do not intend to designate any portion of the transcript and will notify all counsel of this intention.**

**5. NAME** (Party Ordering Recording/Transcript)
Plaintiff-Appellant FamilyCare, Inc. c/o Stephen English

**6. PHONE NUMBER**
503-727-2000

**7. DATE**
3/6/19

**8. MAILING ADDRESS**
Perkins Coie LLP, 1120 NW Couch Street 10th Floor

**9. CITY**
Portland

**10. STATE**
OR

**11. ZIP**
97209

**12. ORDER FOR:**  ☐ PLAINTIFF NAME: FamilyCare, Inc.    ☐ DEFENDANT NAME: _____
☑ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
☐ NON-APPEAL    ☐ CIVIL    ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

☐ **13. RECORDING REQUESTED: Specify portion(s) and date(s) of proceedings(s).**
**Note:  PAYMENT:  Financial arrangements must be made with the Clerk's Office before recording is prepared. Copy cost: $31 for each proceeding.  If payment is authorized under CJA, attach CJA-24 form.**

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
|  |  |  |

☑ **14.  TRANSCRIPT REQUESTED:  Specify portion(s) and date(s) of proceedings(s).  Financial arrangements must be made before transcript is prepared.  Transcriber will contact party.  If payment is authorized under CJA, attach CJA-24 form.**

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| The parties have agreed to designate the following transcripts as part of the appellate record: oral argument on OHA's Motion to Dismiss [ECF 89], oral argument on FamilyCare's Motion for Reconsideration [ECF 187]; and oral argument on OHA's Motion for Summary Judgment [ECF 259]. All transcripts have been previously ordered, prepared, and filed. | 4/20/18; 7/31/18; 9/21/18 | Mosman |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | PAPER | ELECTRONIC | SPECIFY |
| **ORDINARY:** To be delivered within 30 days after receipt of an order. | $3.65 per page | $.90 per page | $.60 per page | ☐Full Size ☐Condensed ☐A-Z word index | ☐CD ☐E-mail | ☐ASCII ☐PDF ☐Other |
| **3-DAY TRANSCRIPT:** To be delivered within 3 calendar days after receipt of an order. | $5.45 per page | $1.05 per page | $.75 per page | ☐Full Size ☐Condensed ☐A-Z word index | ☐CD ☐E-mail | ☐ASCII ☐PDF ☐Other |
| **EXPEDITED**: To be delivered within 7 days after receipt of an order. | $4.85 per page | $.90 per page | $.60 per page | ☐Full Size ☐Condensed ☐A-Z word index | ☐CD ☐E-mail | ☐ASCII ☐PDF ☐Other |
| **DAILY:** Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐Full Size ☐Condensed ☐A-Z word index | ☐CD ☐E-mail | ☐ASCII ☐PDF ☐Other |
| **14-DAY TRANSCRIPT**: To be delivered within 14 days calendar after receipt of an order. | $4.25 per page | $.90 per page | $.60 per page | ☐Full Size ☐Condensed ☐A-Z word index | ☐CD ☐E-mail | ☐ASCII ☐PDF ☐Other |
| **HOURLY**: to be delivered within 2 hours after receipt of the order. | $7.25 per page | $1.20 per page | $.90 per page | ☐Full Size ☐Condensed ☐A-Z word index | ☐CD ☐E-mail | ☐ASCII ☐PDF ☐Other |

**15.  DISTRIBUTION: This form should be electronically filed.  Notice will automatically be distributed to court reporters and all parties.**

Revised 3/30/2018  (eo)