**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tele: (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, in his official capacity as director of the Oregon Health Authority

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | Case No. 3:18-cv-00212-MO (Leading) Case No. 6:18-cv-00296-MO(Trailing) |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF BRITTANY M. SIMPSON** |
| v. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Defendant. | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Plaintiff, | |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, | |
| Defendants. | |

**Page 1 -  NOTICE OF WITHDRAWAL OF BRITTANY M. SIMPSON**

Notice is hereby given that Brittany M. Simpson, OSB #165326, withdraws as counsel of record for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen.

David B. Markowitz, Matthew A. Levin, Renée E. Rothauge, Harry B. Wilson, and Laura Salerno Owens remain as Special Assistant Attorneys General for the Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, in his official capacity as director of the Oregon Health Authority.

DATED this 10th day of May, 2019.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:   *s/ Harry B. Wilson*

Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com

*Special Assistant Attorney General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority*

FAMIOR\866309

**Page 2 -   NOTICE OF WITHDRAWAL OF BRITTANY M. SIMPSON**