UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 10 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> FAMILYCARE, INC., an Oregon non-profit corporation, <br><br> Defendant-Appellee. | No.   18-35593 <br><br> D.C. No. 3:18-cv-00212-MO District of Oregon, Portland <br><br> ORDER |
| FAMILYCARE, INC., an Oregon non-profit corporation, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> OREGON HEALTH AUTHORITY, an agency of the State of Oregon; PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, <br><br> Defendants-Appellees, <br><br> and <br><br> LYNNE SAXTON, <br><br> Defendant. | No.   19-35103 <br><br> D.C. No. 6:18-cv-00296-MO |

PK/Sealed Documents

On June 14, 2019, at Docket Entry No. 18 in Appeal No. 19-35103,

FamilyCare, Inc., filed a notice of intent to file previously sealed documents

publicly pursuant to Ninth Circuit Rule 27-13(f), and submitted volume 5 of the

excerpts of record provisionally under seal.  No other party has filed a motion to

file or maintain these documents under seal.  Therefore, the Clerk is directed to

unseal the notice and volume 5 of the excerpts of record, and to file publicly the

first brief on cross-appeal and volumes 1 through 5 of the excerpts of record.

The existing briefing schedule shall continue in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By:  Paul Keller
Deputy Clerk
Ninth Circuit Rule 27-7