**Elizabeth C. Knight, OSB No. 992454**
**Email:** eknight@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
Telephone:  503-224-6440
Fax:  503-224-7324

Attorneys for Non-Party AllCare CCO, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC**., an Oregon non-profit corporation, | |
| Plaintiff, | **No. 6:18-cv-00296-MO** |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as Director of the Oregon Health Authority, and **LYNNE SAXTON**, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Elizabeth C. Knight and the firm of Dunn Carney

Allen Higgins & Tongue LLP hereby withdraw as counsel for non-party AllCare CCO, Inc. in

the above-entitled action.  Michael Crew and his new firm of Michael D. Crew, LLC remain as

counsel of record for AllCare CCO, Inc.

Page 1    NOTICE OF WITHDRAWAL OF COUNSEL
DCAPDX_3138287_v1

All further correspondence, pleadings, faxes and telephone communication should be sent

to:

> Michael D. Crew, OSB No. 720603
> Michael D. Crew, LLC
> 15532 SW Pacific Highway, Suite C1B
> Box 332
> Portland, Oregon 97224
> Telephone:  (503) 939-5295
> Facsimile:  (503) 607-2701
> E-mail:  mcrew@mcrewlaw.com

Dated this 8th day of August, 2019.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

_s/ Elizabeth C. Knight_
Elizabeth C. Knight, OSB No. 992454
Telephone:  503-224-6440
Attorneys for Non-Party AllCare CCO, Inc.