**Michael D. Crew, OSB No. 720603**
**Email: mcrew@mcrewlaw.com**
Michael D. Crew, LLC
15532 SW Pacific Highway, Suite C1B
Box 332
Portland, Oregon 97224
Telephone: (503) 939-5295
Fax: (503) 607-2701

Attorneys for Non-Party Intervenor,
AllCare CCO, Inc.


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>DEFENDANTS. | **No. 6:18-cv-00296-MO**<br><br>**NOTICE OF CHANGE OF CONTACT INFORMATION** |

NOTICE IS HEREBY GIVEN that Michael D. Crew and his new firm of Michael D. Crew, LLC, while continuing as counsel of record for non-party AllCare CCO, Inc. in the above-entitled action, has new contact information. All further correspondence, pleadings, faxes, and telephone communication should be sent to:

Page 1 – **NOTICE OF CHANGE IN CONTACT INFORMATION**

Notice of Change of Contact Information.v1

Michael D. Crew, OSB No. 720603
Michael D. Crew, LLC
15532 SW Pacific Highway, Suite C1B
Box 332
Portland, Oregon 97224
Telephone:  (503) 939-5295
Facsimile:  (503) 607-2701
E-mail:  mcrew@mcrewlaw.com

Dated this 8th day of August, 2019.

MICHAEL D. CREW, LLC


 /s/  Michael D. Crew
**Michael D. Crew, OSB No. 720603**
Telephone: (503) 939-5295
Attorneys for Non-Party Intervenor, AllCare CCO, Inc.

Page 2 – **NOTICE OF CHANGE IN CONTACT INFORMATION**
Michael D. Crew, LLC
15532 SW Pacific Highway, Suite C1B
Box 332
Portland, Oregon 97224
Phone: (503) 939-5295  Fax: (503) 607-2701

Notice of Change of Contact Information.v1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF CHANGE OF CONTACT**

**INFORMATION** with the Clerk of the Court using the CM/ECF system to the following persons:

Stephen F. English
Alletta S. Brenner
Douglas R. Pahl
Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
BSamuelson@perkinscoie.com
Abrenner@perkinscoie.com
*Attorneys for FamilyCare, Inc.*

Matthew A. Levin
Harry B. Wilson
Laura Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
MattLevin@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
Docket@MarkowitzHerbold.com
*Attorneys for Oregon Health Authority*

Brian M. Parrott (Via E-mail)
Brian M Parrott LLC
851 SW 6th Ave Ste 1500
Portland OR 97204
brian@bparrott-law.com
*Attorney for PrimaryHealth of Josephine County, LLC*

Anna Sortun (Via E-mail)
Tonkon Torp LLP
888 SW 5th Ave Ste 1600
Portland OR 97204
anna.sortun@tonkon.com
*Attorney for Cascade Health Alliance, LLC, Western Oregon Advanced Health, LLC, and Umpqua Health Alliance*

Gregory A. Chaimov (Via E-mail)
Christopher McCracken (Via E-mail)
Davis Wright Tremaine LLP
1300 SW Fifth Ave, Suite 2400
Portland, OR 97201-5610
gregorychaimov@dwt.com
Christophermccracken@dwt.com
*Attorneys for Health Share of Oregon*

Frank V. Langfitt III (Via E-mail)
Miller Nash Graham & Dunn LLP
111 SW 5th Ave Ste 3400
Portland OR 97204
frank.langfitt@millernash.com
*Attorney for Eastern Oregon Coordinated Care Organization, LLC*

**CERTIFICATE OF SERVICE**

Michael D. Crew, LLC
15532 SW Pacific Highway, Suite C1B
Box 332
Portland, Oregon 97224
Phone: (503) 939-5295  Fax: (503) 607-2701

Certificate of Service 08.08.19s

Peter F. Stoloff (Via E-mail)
Peter F Stoloff PC
5285 Meadows Rd Ste 235
Lake Oswego OR 97035
pstoloff@peterstoloff-law.com
*Attorney for Yamhill Community Care Organization*

W. Chris Jenkins (Via E-mail)
Tyler G. Jacobsen (Via E-mail)
Samaritan Health Services
2300 NW Walnut Blvd Corvallis OR 97330
wjenkins@samhealth.org
tjacobsen@samhealth.org
*Attorney for Intercommunity Health Network - Coordinated Care Organization*

Eric A Lindenauer (Via E-mail)
Garvey Schubert Barer
121 SW Morrison St 11th Fl
Portland OR 97204
elindenauer@gsblaw.com
*Attorney for PacificSource Community Solutions*

Joel A. Parker (Via E-mail)
Jeffrey D. Hern (Via E-mail)
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave Ste 1900
Portland OR 97204
jparker@schwabe.com
jhern@schwabe.com
*Attorneys for Trillium Community Health Plan, Inc.*

Arden J. Olson (Via E-mail)
Harrang Long Gary Rudnick PC
360 E 10th Ave Ste 300
Eugene OR 97401
arden.j.olson@harrang.com
*Attorney for Willamette Valley Community Health, LLC*

DATED this 8th day of August, 2019.

MICHAEL D. CREW, LLC

 /s/   Michael D. Crew
**Michael D. Crew, OSB No. 720603**
Attorneys for Non-Party Intervenor, AllCare CCO, Inc.

**CERTIFICATE OF SERVICE**

Michael D. Crew, LLC
15532 SW Pacific Highway, Suite C1B
Box 332
Portland, Oregon 97224
Phone: (503) 939-5295  Fax: (503) 607-2701

Certificate of Service 08.08.19s