Matthew J. Yium, OSB #054377
matthew.yium@foster.com
Foster Garvey P.C.
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

        Attorneys for Intervenor
        PacificSource Community Solutions

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br>        Plaintiff,<br><br>   v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>        Defendants. | Case No. 6:18-cv-00296-MO<br><br><br>**NOTICE OF CHANGE OF LAW FIRM NAME AND EMAIL ADDRESS** |

Matthew J. Yium and Garvey Schubert Barer, P.C., counsel for intervenor PacificSource Community Solutions, hereby notify the Court and counsel of record that the firm's name has changed to **Foster Garvey P.C.** and counsel's individual email address has changed to: **matthew.yium@foster.com**. Counsel's mailing address, firm phone number, firm facsimile number, and individual direct phone number remain unchanged.

NOTICE OF CHANGE OF LAW FIRM NAME AND EMAIL ADDRESS
Page 1 of 2

FG:10571156.1

The new firm name and current addresses for all notices, communications, pleadings and papers are:

Matthew J. Yium
Email: matthew.yium@foster.com
Foster Garvey P.C.
121 SW Morrison Street, 11th Floor
Portland, OR 97204
Telephone: (503) 228-3939
Facsimile:  (503) 226-0259

Please update your records to reflect this change.

DATED this 11th day of October, 2019.

FOSTER GARVEY P.C.


By  *s/ Matthew J. Yium*
Matthew J. Yium, OSB #054377
matthew.yium@foster.com
Telephone:  (503) 228-3939
Fax:  (503) 226-0259

Attorneys for Intervenor PacificSource
Community Solutions

FG:10571156.1