**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**CHRISTOPHER F. MCCRACKEN, OSB #894002**
christophermccracken@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

    Attorneys for Non-Party Health Share of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                      PLAINTIFF,<br><br>        v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                      DEFENDANTS. | Case No. 6:18-cv-00296-MO<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF CHRISTOPHER F. MCCRACKEN FOR NON-PARTY HEALTH SHARE OF OREGON** |

    PLEASE TAKE NOTICE that Christopher F. McCracken of Davis Wright Tremaine

LLP as attorney for Non-Party Health Share of Oregon, hereby withdraws his appearance in this

proceeding.  Gregory Chaimov of Davis Wright Tremaine LLP will continue to represent Health

Share of Oregon in this proceeding.

Page 1 – NOTICE OF WITHDRAWAL OF CHRISTOPHER F. MCCRACKEN

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

DATED this 14th day of October, 2019.

**DAVIS WRIGHT TREMAINE LLP**


By  *s/Christopher F. McCracken*
    Gregory A. Chaimov, OSB #822180
    gregorychaimov@dwt.com
    Christopher F. McCracken, OSB #894002
    christophermccracken@dwt.com
    Telephone: (503) 241-2300
    Facsimile: (503) 778-5299

    Attorneys for Non-Party Health Share of Oregon

Page 2 – NOTICE OF WITHDRAWAL OF CHRISTOPHER F. MCCRACKEN

4850-8982-1864v.1 0095765-000004