FILED

FEB 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | No.    18-35593 |
| Plaintiff-Appellant, | D.C. No. 3:18-cv-00212-MO |
| v. | ORDER REGARDING ORAL ARGUMENT PRESENTATION |
| FAMILYCARE, INC., an Oregon non-profit corporation, | |
| Defendant-Appellee. | |

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Nos.    19-35103 |
| Plaintiff-Appellant, | D.C. No. 6:18-cv-00296-MO |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon; PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, | |
| Defendants-Appellees, | |
| and | |

LYNNE SAXTON,

        Defendant.

---

FAMILYCARE, INC., an Oregon non-profit corporation,

        Plaintiff-Appellee,

v.

PATRICK ALLEN, in his individual capacity,

        Defendant-Appellant,

 and

OREGON HEALTH AUTHORITY, an agency of the State of Oregon; LYNNE SAXTON,

        Defendants.

No.    18-35891

D.C. No. 6:18-cv-00296-MO

---

FAMILYCARE, INC., an Oregon non-profit corporation,

        Plaintiff-Appellee,

v.

LYNNE SAXTON,

        Defendant-Appellant,

No.    18-36009

D.C. No. 6:18-cv-00296-MO

and

PATRICK ALLEN, in his individual capacity; OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

       Defendants.

FAMILYCARE, INC., an Oregon non-profit corporation,

       Plaintiff-Appellant,

v.

LYNNE SAXTON,

       Defendant-Appellee,

and

PATRICK ALLEN, in his individual capacity; OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

       Defendants.

No.   18-36048

D.C. No. 6:18-cv-00296-MO

Before:  WOLLMAN,[*] FERNANDEZ, and PAEZ, Circuit Judges.

---

[*]      The Honorable Roger L. Wollman, United States Circuit Judge for the U.S. Court of Appeals for the Eighth Circuit, sitting by designation.

The motion regarding the allocation of time for oral argument presentation is GRANTED.