FILED

MAY 7 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

        Plaintiff-Appellant,

v.

FAMILYCARE, INC., an Oregon non-profit corporation,

        Defendant-Appellee.

No.   18-35593

D.C. No. 3:18-cv-00212-MO

ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR

FAMILYCARE, INC., an Oregon non-profit corporation,

        Plaintiff-Appellant,

v.

OREGON HEALTH AUTHORITY, an agency of the State of Oregon; PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,

        Defendants-Appellees,

and

No.   19-35103

D.C. No. 6:18-cv-00296-MO

LYNNE SAXTON,

        Defendant.

---

FAMILYCARE, INC., an Oregon non-profit corporation,

        Plaintiff-Appellee,

 v.

PATRICK ALLEN, in his individual capacity,

        Defendant-Appellant,

 and

OREGON HEALTH AUTHORITY, an agency of the State of Oregon; LYNNE SAXTON,

        Defendants.

No.   18-35891

D.C. No. 6:18-cv-00296-MO

---

FAMILYCARE, INC., an Oregon non-profit corporation,

        Plaintiff-Appellee,

 v.

LYNNE SAXTON,

        Defendant-Appellant,

No.   18-36009

D.C. No. 6:18-cv-00296-MO

and

PATRICK ALLEN, in his individual capacity; OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

        Defendants.

---

FAMILYCARE, INC., an Oregon non-profit corporation,

        Plaintiff-Appellant,

v.

LYNNE SAXTON,

        Defendant-Appellee,

and

PATRICK ALLEN, in his individual capacity; OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

        Defendants.

No.    18-36048

D.C. No. 6:18-cv-00296-MO

Before:  WOLLMAN,[*] FERNANDEZ, and PAEZ, Circuit Judges.

The motion of Patrick Allen, to correct a clerical error in the memorandum

disposition filed on April 30, 2020, is GRANTED.

---

[*]    The Honorable Roger L. Wollman, United States Circuit Judge for the U.S. Court of Appeals for the Eighth Circuit, sitting by designation.

4