FILED

NOT FOR PUBLICATION

MAY 7 2020

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>      Plaintiff-Appellant,<br><br>v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>      Defendant-Appellee. | No.   18-35593<br><br>D.C. No. 3:18-cv-00212-MO<br><br>ORDER AMENDING MEMORANDUM DISPOSITION |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>      Plaintiff-Appellant,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon; PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,<br><br>      Defendants-Appellees,<br><br>and | No.   19-35103<br><br>D.C. No. 6:18-cv-00296-MO |

LYNNE SAXTON,

        Defendant.

FAMILYCARE, INC., an Oregon non-profit corporation,

        Plaintiff-Appellee,

v.

PATRICK ALLEN, in his individual capacity,

        Defendant-Appellant,

 and

OREGON HEALTH AUTHORITY, an agency of the State of Oregon; LYNNE SAXTON,

        Defendants.

No.   18-35891

D.C. No. 6:18-cv-00296-MO

FAMILYCARE, INC., an Oregon non-profit corporation,

        Plaintiff-Appellee,

v.

LYNNE SAXTON,

        Defendant-Appellant,

No.   18-36009

D.C. No. 6:18-cv-00296-MO

and

PATRICK ALLEN, in his individual capacity; OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

Defendants.

---

FAMILYCARE, INC., an Oregon non-profit corporation,

Plaintiff-Appellant,

v.

LYNNE SAXTON,

Defendant-Appellee,

and

PATRICK ALLEN, in his individual capacity; OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

Defendants.

No.    18-36048

D.C. No. 6:18-cv-00296-MO

Before:  WOLLMAN,[*] FERNANDEZ, and PAEZ, Circuit Judges.

The memorandum disposition filed herein on April 30, 2020, is amended as follows:

The penultimate sentence on page thirteen of the memorandum disposition is hereby revoked, and the following is substituted in its place:

**AFFIRMED in part and VACATED in part in No. 19-35103; AFFIRMED in Nos. 18-35593 and 18-36009; REVERSED in Nos. 18-35891 and 18-36048.**

---

[*]    The Honorable Roger L. Wollman, United States Circuit Judge for the U.S. Court of Appeals for the Eighth Circuit, sitting by designation.