**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Renée E. Rothauge, OSB #903712**
ReneeRothauge@Markowitzherbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for Defendants Oregon
> Health Authority, an agency of the State of Oregon, and
> Patrick Allen in his official capacity as director of the
> Oregon Health Authority
> [Additional Counsel of Record Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF RENEE ROTHAUGE** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

Notice is hereby given that Renée E. Rothauge, OSB #903712, withdraws as

counsel of record for Defendants Oregon Health Authority, an agency of the State of

**Page 1** – **NOTICE OF WITHDRAWAL OF RENEE E. ROTHAUGE**

Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority.

David B. Markowitz, Matthew A. Levin, Harry B. Wilson, and Laura Salerno Owens remain as Special Assistant Attorneys General for the Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen, in his official capacity as director of the Oregon Health Authority.

DATED this 9th day of June, 2020.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:   *s/ Harry B. Wilson*

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Renée E. Rothauge, OSB #903712
ReneeRothauge@Markowitzherbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority*

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us

*Of Attorney for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority*

1003060

**Page 2** – **NOTICE OF WITHDRAWAL OF RENEE E. ROTHAUGE**