**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Tele: (503) 295-3085
Fax: (503) 323-9105

      Special Assistant Attorneys General for Defendants Oregon
      Health Authority, an agency of the State of Oregon, and
      Patrick Allen in his official capacity as director of the
      Oregon Health Authority
      [Additional Counsel of Record Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **JOINT MOTION TO EXTEND STAY** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

### LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1(a)(1)(A), counsel for defendant Oregon Health Authority has

conferred in good faith with counsel for defendant Lynne Saxton and plaintiff FamilyCare, Inc.,

("FamilyCare"). All parties join in this motion.

**Page 1 - JOINT MOTION TO EXTEND STAY**

**MOTION**

OHA, FamilyCare, and Saxton move the court to extend the stay of proceedings (Dkt. # 342) until July 3, 2020 to accommodate the parties' upcoming judicial settlement conference.

**POINTS AND AUTHORITIES**

## I.     INTRODUCTION

The parties are scheduled to hold a judicial settlement conference in late June. FamilyCare, OHA, and Saxton respectfully request that the Court exercise its discretion to extend the current stay in this case until July 3, 2020 to accommodate this upcoming conference.

## II.     PROCEDURAL BACKGROUND

On November 13, 2018, the Court stayed this case pending the outcome of an appeal to the Ninth Circuit. (Dkt. #342.) The Ninth Circuit issued its mandate remanding the case back to this Court on May 29, 2020. The parties are proceeding to a judicial settlement conference with the Honorable Michael J. McShane on June 17 and 25.

## III.     LEGAL STANDARD

District courts have broad discretion to stay proceedings as part of their inherent power to manage their dockets. *See Rohan ex rel. Gates v. Woodford*, 334 F.3d 803, 817 (9th Cir. 2003), *abrogated on other grounds by Ryan v. Gonzales*, 568 U.S. 57 (2013).

## IV.     ANALYSIS

The parties request a brief, one-month extension of the current stay to accommodate the parties' upcoming judicial settlement conference. The conference has the potential to resolve all claims between the parties. A stay will prevent this Court from needlessly devoting resources to this case in the event the parties are able to settle.

**Page 2 -   JOINT MOTION TO EXTEND STAY**

## V.    CONCLUSION

For the foregoing reasons, the parties jointly request the Court to extend the stay

(Dkt. #342) until July 3, 2020.

DATED this 15th day of June, 2020.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:    *s/ Harry B. Wilson*

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority*

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us

*Of Attorney for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority*

FAMILYCARE, INC.

By:    *s/ Matthew Gordon*

Stephen F. English, OSB #730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB #010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB #142844
ABrenner@perkinscoie.com
Brian Samuelson, OSB #165476
BSamuelson@perkinscoie.com

Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
Nicholas Hesterberg, *pro hac vice*
NHesterberg@perkinscoie.com

*Attorneys for Plaintiff FamilyCare, Inc.*

**Page 3 -    JOINT MOTION TO EXTEND STAY**

LYNNE SAXTON

By:    *s/ Peter R. Mersereau*
_____
Peter R. Mersereau, OSB #732028
pmersereau@mershanlaw.com
Beth F. Plass, OSB #122031
bplass@mershanlaw.com

*Attorneys for Defendant Lynne Saxton*

1009826

**Page 4 -    JOINT MOTION TO EXTEND STAY**