**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

　　　　Special Assistant Attorneys General for Defendants Oregon
　　　　Health Authority, an agency of the State of Oregon, and
　　　　Patrick Allen in his official capacity as director of the
　　　　Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF PATRICK ALLEN IN SUPPORT OF OHA'S MOTION TO EXTEND STAY** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

　　　　I, Patrick Allen, declare:

　　　　1.　　I am the Director of the Oregon Health Authority.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

**Page 1 -　DECLARATION OF PATRICK ALLEN IN SUPPORT OF OHA'S MOTION TO EXTEND STAY**

2.    I became Director of OHA in 2017.  As Director of OHA, I am responsible for the overall operations of the agency, including all decisions of the agency in this litigation.  I was deposed as part of the litigation.

3.    OHA is the lead Oregon state agency responsible for responding to the coronavirus pandemic.  I presently spend at least 90% of my time working directly on coronavirus response. I have reconfigured OHA to make responding to the pandemic the agency's first priority.  The pandemic has forced me to defer much of the agency's other work, including around achieving its long-term strategic goals, pending resolution of the pandemic.  Over the next several months, I will oversee the creation of a new division within OHA dedicated solely to managing the State's coronavirus response.

4.    In addition to leading OHA's response to coronavirus, I also co-chair the Multi-Agency Coordinating Committee, the group of State agency leaders that report directly to the Governor regarding the State's response to the coronavirus pandemic.  My leadership role on the Committee makes me one of the top officials statewide responsible for leading Oregon's response to the pandemic.

5.    I do not expect the amount of my time I must dedicate to coronavirus response dropping below 80% in the foreseeable future and probably not until after a vaccine or treatment has been made available throughout Oregon and is in widespread use.

6.    My workload since the pandemic hit Oregon has been intense and I work every day of the week with few exceptions.  Since the last week in February, I have had only five days off. I do not expect this workload to change so long as the pandemic continues.

7.    When this litigation was active, the amount of my time I needed to manage and participate in the litigation varied widely by week, but I estimate I spent on average 10 hours a week on the litigation.  As the Director of OHA, I have responsibility for management of this litigation.  I take that responsibility seriously and dedicate substantial time and energy to ensuring that OHA's response to the litigation best serves the needs of the Agency and the people of Oregon.  Under the current circumstances, however, I have no additional capacity.  I cannot dedicate any additional hours to litigation.  If I had to spend time managing and

**Page 2 -    DECLARATION OF PATRICK ALLEN IN SUPPORT OF OHA'S MOTION TO EXTEND STAY**

participating in this litigation, I would be forced to forego other vitally important work that protects the health and safety of Oregonians.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this ⟋ day of July, 2020.

_____
Patrick Allen

1014743