**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon
Health Authority, an agency of the State of Oregon, and
Patrick Allen in his official capacity as director of the
Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF COURTNEY WARNER CROWELL IN SUPPORT OF OHA'S MOTION TO EXTEND STAY** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

I, Courtney Warner Crowell, declare:

1.    I am the Regional Solutions Coordinator for Eastern Oregon for the Office of the Governor.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    I have served in my present role since 2017. I serve as the Governor's liaison for eight Oregon counties: Morrow, Union, Baker, Harney, Umatilla, Wallowa, Malheur, and Grant. I formerly worked at the Oregon Health Authority. I have been deposed in this litigation.

3.    I am the Governor's primary liaison for Eastern Oregon municipalities, businesses, and individual constituents regarding the State's coronavirus economic response, particularly around implementation of the Governor's executive orders, dissemination of economic and public health guidelines, and collection of information for the Governor's coronavirus economic advisory council. Responding to the coronavirus pandemic has taken over the vast majority of my time and forced me to suspend or postpone many other projects.

4.    I presently am responsible for convening and leading the Eastern Oregon Regional Economic Recovery Team, a group created to assist Eastern Oregon to address the economic fallout from the pandemic. This groups consists of state and local government officials, business leaders, and public health experts. The Team meets every week to ensure that Eastern Oregon communities are receiving the latest guidance from the State on complying with government guidance and to collect information from Eastern Oregon to inform the State's policy decisions.

5.    In addition to the Team meetings, I work directly with municipal officials, businesses, and constituents across Eastern Oregon on issues including compliance with State rules and guidelines related to coronavirus and reopening plans. Practically speaking, that often means dozens of phone calls a day from elected officials, municipal employees, and small businesses. In addition to advising those callers about state policies and guidance, I relay questions, concerns, and information back to the Governor's office. I also assist the Governor's office in developing state policy for the coronavirus response in Eastern Oregon.

6.    I help prepare comprehensive communications to local officials statewide about coronavirus response, focusing on issues that are critical to Eastern Oregon. Those communications are sent out 2-4 times each week.

7.    This new work has increased my overall workload by 20-25% and forced me to postpone much other important work that is not related to coronavirus. Moreover, there is some

Page 2 -    **DECLARATION OF COURTNEY WARNER CROWELL IN SUPPORT OF OHA'S MOTION TO EXTEND STAY**

work that is important for Eastern Oregon that cannot be delayed, including efforts to respond to serious flooding in Umatilla County in February that damaged property and agricultural lands.

8.     I was deposed as part of this litigation and I understand that documents and emails I worked on have been produced in this litigation.  Given my added workload and commitments to the State's coronavirus response, I do not presently have the time to participate in discovery or prepare for a trial in this matter.  If I had to dedicate time to the litigation, I would have to reduce my work on other critical projects, including the State's efforts to protect the well-being of Eastern Oregonians.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of July, 2020.

_____
Courtney Warner Crowell

1015459

**Page 3 -   DECLARATION OF COURTNEY WARNER CROWELL IN SUPPORT OF OHA'S MOTION TO EXTEND STAY**