**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Tele: (503) 295-3085
Fax: (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF AARON DUNN IN SUPPORT OF OHA'S MOTION TO EXTEND STAY** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

I, Aaron Dunn, declare:

1. I am the Oregon Immunization Program Section Manager at the Oregon Health Authority. I make this declaration of my own personal knowledge. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

**Page 1 -  DECLARATION OF AARON DUNN IN SUPPORT OF OHA'S MOTION TO EXTEND STAY**

2.      I have worked at OHA for 12 years and have been the Immunization Program Section Manager for the last six.  I have not been involved with the litigation with FamilyCare.

3.      When the coronavirus pandemic started, OHA leadership tasked me to serve as an Incident Commander in what came to be known as the Covid Response and Recovery Unit.  In this role, I help lead the Unit's cross-agency work to address the coronavirus response.  The Unit reports to OHA Director Patrick Allen.

4.      In my role, I have a broad view of OHA's response to the pandemic.  OHA has transformed into a coronavirus agency.  We have pulled resources from the entire Agency to respond to this crisis.  As an example, in my normal role, I supervise a team of five managers.  Three of those managers are now dedicated full-time to pandemic response.  Roughly forty-percent of my total team is working primarily on the response.  This is typical of teams throughout OHA: We have had to dedicate vast resources to responding to coronavirus.  No body of work in OHA is untouched.

5.      Unfortunately, I do not expect the circumstances to change any time soon.  As media reports have demonstrated, cases are increasing.  OHA has significant work to do to track case outbreaks, perform contact-tracing, monitor hotspot locations, ensure hospitals and health care providers have adequate supplies, review emergency room usage, and protect vulnerable populations.  When treatments or vaccines become available, OHA will be responsible for ensuring they are made available across the state.

6.      Even if COVID-19 cases do eventually decline, Oregon has faced a significant dip in the number of people obtaining immunizations because people are staying home and foregoing trips to the doctor.  OHA is working now to ensure that Oregonians will have safe access to flu shots before the fall to prevent a dangerous confluence of COVID-19 and flu and to address low immunization rates as parents prepare children to return to school.

**Page 2 -  DECLARATION OF AARON DUNN IN SUPPORT OF OHA'S MOTION TO EXTEND STAY**

7.    As the lead State agency responding to the coronavirus pandemic, OHA and its leaders and staff are working extraordinary hours to protect the health and safety of Oregonians.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this _____ day of July, 2020.

_____
Aaron Dunn

1014748

**Page 3 -  DECLARATION OF AARON DUNN IN SUPPORT OF OHA'S MOTION TO EXTEND STAY**