**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Tele: (503) 295-3085
Fax: (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon
Health Authority, an agency of the State of Oregon, and
Patrick Allen in his official capacity as director of the
Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

FAMILYCARE, INC., an Oregon non-profit
corporation,

          Plaintiff,

     v.

OREGON HEALTH AUTHORITY, an agency
of the State of Oregon, and PATRICK
ALLEN, both individually and in his official
capacity as director of the Oregon Health
Authority, and LYNNE SAXTON,

          Defendants.

Case No. 6:18-cv-00296-MO

**DECLARATION OF CHELSEA GUEST
IN SUPPORT OF OHA'S MOTION TO
EXTEND STAY**

I, Chelsea Guest, declare:

1. I am the Manager of the Actuarial Services Section at the Oregon Health Authority. I make this declaration of my own personal knowledge. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

Page 1 -  DECLARATION OF CHELSEA GUEST IN SUPPORT OF OHA'S MOTION
        TO EXTEND STAY

2.    I have been the Manager of Actuarial Services Section since 2015. I oversee the development of rates for Coordinated Care Organizations, among other duties. I was deposed as part of this litigation.

3.    The coronavirus pandemic has caused significant changes at OHA and to my work. Most immediately, I have dedicated 50-60% of my work time to working on coronavirus response. The pandemic has drastically changed the utilization of health care in Oregon. One of the most critical issues is to ensure that health care providers, especially those that serve the Medicaid population, remain financially viable. While some health care services are being utilized much more frequently, many others are not. Elective health care services and office visits, for example, have stopped almost completely. Changes like these have placed many health care providers at financial risk. I am working with OHA to develop programs to support financially vulnerable providers. This is a time-consuming process because we need to create new programs to provide this assistance (which is not ordinarily part of OHA's role) and in some instances we need to obtain waivers from the federal government to provide support. My team and I are supporting the agency in preparing waivers, developing new funding initiatives, and communicating with providers to understand and address the drastic changes in the health care economy.

4.    I am also working with CCOs to assist providers. This involves making changes to OHA policies governing CCOs' use of Medicaid funds to allow and encourage CCOs to support providers in their networks. I work frequently with the federal government to ensure that changes are approved by our state and federal partners.

5.    My team and I are also working on assisting CCOs' efforts to address changes to their businesses. CCO enrollment has increased. The increase in membership has transformed the CCOs' overall budgetary and rate needs. We are working to ensure that these changes are appropriately reflected in CCOs' rates.

6.    The magnitude of this new work has meant that me and my team must work more hours. Even with more hours, we have had to delay, defer, or suspend non-essential work.

**Page 2 -    DECLARATION OF CHELSEA GUEST IN SUPPORT OF OHA'S MOTION
            TO EXTEND STAY**

7.    When this litigation was active, I dedicated a substantial amount of time to assisting the litigation team with strategy and fact-development.  Because this case involves complex actuarial issues, I had to spend many hours helping the legal team understand OHA's rate-setting policies and methods.  I also worked on assisting in the collection and review of documents for discovery and helped the legal team with review of motions, pleadings, and briefs.

8.    I do not have capacity to continue my work on OHA's coronavirus response, perform my other essential job duties, and participate in this litigation.  My time limitations and availability during the workday are further compounded by family and childcare needs with schools and daycares closed.  If I had to participate in this litigation, there would undoubtedly be a trade-off with other essential work.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this _2_ day of July, 2020.

_____
Chelsea Guest

1014748

**Page 3 -   DECLARATION OF CHELSEA GUEST IN SUPPORT OF OHA'S MOTION TO EXTEND STAY**