**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Tele: (503) 295-3085
Fax: (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF KRISTINE KAUTZ IN SUPPORT OF OHA'S MOTION TO EXTEND STAY** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

I, Kristine M. Kautz, declare:

1. I am the Deputy Director of the Oregon Health Authority. I make this declaration of my own personal knowledge. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

**Page 1 -   DECLARATION OF KRISTINE KAUTZ IN SUPPORT OF OHA'S MOTION TO EXTEND STAY**

2.    As Deputy Director of OHA, I am responsible for essential tasks including day-to-day operation of the agency and helping to set priorities for the agency's work and budget requests and spending.

3.    OHA leadership and staff at all levels have realigned their work priorities to focus on protecting the health and safety of Oregonians from coronavirus. Response to the pandemic has forced the agency to defer all nonessential work, including work requested by the legislature, strategic planning, and performance system management.

4.    The coronavirus pandemic has left a huge hole in the State's budget. The legislature will meet later this summer to reduce State spending for the remainder of the biennium. Agencies have been told to prepare for cuts as deep as 17% to their budgets for the 2021 fiscal year. Cuts of that size will have a profound impact on OHA. Budget cutbacks could force significant staff reductions when the agency is already over-stressed from the added work of responding to the coronavirus pandemic. OHA could also be forced to reduce various supports to the health care system, including hospitals, clinics and providers.

5.    All of OHA's top leadership, including Director Patrick Allen, Chief of Staff Dawn Jagger, Chief Financial Officer David Baden, and myself, play a significant role in managing this litigation. We collectively set and approve legal strategy and participate in the development and review of the factual record. If this litigation were to restart now, we would have to either reduce our work on coronavirus response or be unable to participate effectively in the litigation.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 2 day of July, 2020.

_Kristine M Kautz_
Kristine M. Kautz

1014740

**Page 2 -    DECLARATION OF KRISTINE KAUTZ IN SUPPORT OF OHA'S MOTION
        TO EXTEND STAY**