**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

        Special Assistant Attorneys General for Defendants Oregon
        Health Authority, an agency of the State of Oregon, and
        Patrick Allen in his official capacity as director of the
        Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF DAVID MARKOWITZ IN SUPPORT OF OHA'S MOTION TO EXTEND STAY** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

I, David Markowitz, declare:

1.    I am a Special Assistant Attorney General representing the Oregon Health Authority and Patrick Allen in his official capacity in this litigation.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

**Page 1 -   DECLARATION OF DAVID MARKOWITZ IN SUPPORT OF OHA'S MOTION TO EXTEND STAY**

2.      I will serve as the lead trial lawyer for OHA in this case.  When this litigation restarts, my team and I will need significant assistance from OHA's leadership to prepare the case for trial.  The list of tasks is long.  Both FamilyCare and OHA may seek to revise their pleadings in light of the Ninth Circuit's decision and potentially prepare and respond to another round of summary judgment motions.  OHA's leadership plays a critical role in that process: They set and approve all legal strategy and assist me and my colleagues with developing and coordinating the agency's factual support.  Although discovery was previously completed, if the parties supplement existing document requests, the legal team relies on OHA's leadership and staff to assist them in developing search terms, identifying relevant custodians, reviewing responsive documents, checking documents for privilege, and answering questions about complex factual issues.

3.      OHA's leadership is also critical to preparation of expert reports.  When the parties exchange expert reports, OHA leadership will play a critical role in determining and supporting the factual response to plaintiff's expert report.

4.      The demands of preparation for trial will be significant for OHA.  This is a factually complex case, involving detailed data compilations and formulas and esoteric standards, rules, and regulations.  My team and I will need to prepare witness statements for all trial witnesses.  OHA's leadership are key witnesses who we need to actively participate in the preparation of their trial testimony and required witness statements.  Because they are the most knowledgeable about key issues in the case, OHA's leadership will also assist me and my team in preparing OHA's other witnesses and our experts.  And OHA's leadership will need to review plaintiff's trial witness submissions and assist with gathering responsive exhibits and locating rebuttal witnesses.  Given their central role in the case, I expect at least one of OHA's leadership will need to be present for all or virtually all of trial.

**Page 2 -    DECLARATION OF DAVID MARKOWITZ IN SUPPORT OF OHA'S
                  MOTION TO EXTEND STAY**

5.      Defense of this case will be materially harmed if OHA's leadership are not available to actively assist me and my team in preparing this case for trial.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 3rd day of July, 2020.

_s/David Markowitz_

_____

David Markowitz, OSB #742046

1016655

**Page 3 -    DECLARATION OF DAVID MARKOWITZ IN SUPPORT OF OHA'S MOTION TO EXTEND STAY**