Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Amanda J. Beane, *pro hac vice*
ABeane@perkinscoie.com
Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
*FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>    Defendants. | No. 6:18−cv−00296−MO<br><br>NOTICE OF WITHDRAWAL OF COUNSEL AMANDA J. BEANE<br><br>Pursuant to LR 83-11(b) |

1-   NOTICE OF WITHDRAWAL OF COUNSEL
     AMANDA J. BEANE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

PLEASE TAKE NOTICE of the following withdrawal of counsel on behalf of Plaintiff FamilyCare, Inc.

WITHDRAWING ATTORNEY:    Amanda J. Beane, admitted *pro hac vice*
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Email:  ABeane@perkinscoie.com

This withdrawal of counsel shall be effective immediately.  Perkins Coie LLP attorneys will remain counsel of record for Plaintiff FamilyCare, Inc.

DATED:  July 8, 2020                    **PERKINS COIE LLP**

By: */s/ Thomas R. Johnson*
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Amanda J. Beane, *pro hac vice*
ABeane@perkinscoie.com
Matthew Gordon, *pro hac vice*
MGordon@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
*FamilyCare, Inc.*

2-    NOTICE OF WITHDRAWAL OF COUNSEL
AMANDA J. BEANE