AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| FAMILYCARE, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    6:18-cv-00296-MO |
| OREGON HEALTH AUTHORITY, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FamilyCare, Inc.                                                                                    .

Date:      07/08/2020                                         /s/ Heidee Stoller
                                                           *Attorney's signature*


                                        Heidee Stoller, Oregon Bar No. 072835
                                              *Printed name and bar number*

                                              Perkins Coie LLP
                                        1120 NW Couch St., 10th Floor
                                              Portland, OR 97209

                                                  *Address*

                                        HStoller@perkinscoie.com
                                              *E-mail address*

                                              (503) 727-2000
                                              *Telephone number*

                                              (503) 727-2222
                                              *FAX number*