AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| FAMILYCARE, INC. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    6:18-cv-00296-MO |
| OREGON HEALTH AUTHORITY, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FamilyCare, Inc.                                                                                      .

Date:     07/08/2020

/s/ Sasha A. Petrova
*Attorney's signature*

Sasha A. Petrova, Oregon Bar No. 154008
*Printed name and bar number*

Perkins Coie LLP
1120 NW Couch St., 10th Floor
Portland, OR 97209

*Address*

SPetrova@perkinscoie.com
*E-mail address*

(503) 727-2000
*Telephone number*

(503) 727-2222
*FAX number*