AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| FAMILYCARE, INC. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    6:18-cv-00296-MO |
| OREGON HEALTH AUTHORITY, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FamilyCare, Inc.                                                                                                     .

Date:     07/08/2020                              /s/ Matthew J. Mertens
                                                                         *Attorney's signature*

                                                 Matthew J. Mertens, Oregon Bar No. 146288
                                                                       *Printed name and bar number*

                                                                       Perkins Coie LLP
                                                          1120 NW Couch St., 10th Floor
                                                                  Portland, OR 97209

                                                                               *Address*

                                                       MMertens@perkinscoie.com
                                                                        *E-mail address*

                                                                  (503) 727-2000
                                                                     *Telephone number*

                                                                  (503) 727-2222
                                                                        *FAX number*