AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| FAMILYCARE, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    6:18-cv-00296-MO |
| OREGON HEALTH AUTHORITY, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FamilyCare, Inc.                                                                                    .

Date:    07/10/2020

/s/ David B. Robbins
*Attorney's signature*

David B. Robbins, Oregon Bar No. 070630
*Printed name and bar number*

Perkins Coie LLP
1201 Third Ave., Ste. 4900
Seattle, WA 98101

*Address*

DRobbins@perkinscoie.com
*E-mail address*

(206) 359-8000
*Telephone number*

(206) 359-9000
*FAX number*