**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Heidee Stoller**, OSB No. 072835
HStoller@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Alletta Brenner**, OSB No. 142844
ABrenner@perkinscoie.com
**Sasha A. Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Matthew Gordon**, *pro hac vice*
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff *FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**,<br><br>　　　　　　Defendants. | No. 6:18−cv−00296−MO<br><br>**DECLARATION OF MATTHEW GORDON IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE TO DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO EXTEND STAY** |

GORDON DECLARATION IN SUPPORT OF
FAMILYCARE, INC.'S RESPONSE TO MOTION
TO EXTEND STAY

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Matthew Gordon, state as follows:

1.      I am an attorney at Perkins Coie LLP and am one of the attorneys representing FamilyCare, Inc. ("FamilyCare") in this matter.  I make this declaration based on my personal knowledge and am competent to testify to the matters herein.

2.      On July 2, 2020, I conferred with counsel for Oregon Health Authority ("OHA") regarding a potential extension of the stay in this case.  I informed counsel that FamilyCare did not oppose an initial stay of three months, with limited carveouts for motion practice, supplementation of document production, and potential additional document production, and that FamilyCare would agree to revisit the issue after three months and would consider agreeing to a further stay based on the then-current COVID-19 conditions and demands on OHA.

3.      I am aware that several of the OHA staff members who were deposed in connection with this litigation are no longer employed with OHA, including Lynne Saxton, BethAnne Darby, Varsha Chauhan, and Mark Fairbanks, and Courtney Crowell.  I have also reviewed OHA's web page and LinkedIn profiles of other staff members deposed in this litigation appear to no longer be employed by OHA, including Rhonda Busek, Jeff Fritsche, and Laura Robison.

4.      Attached as Exhibit A is a true and correct copy of excerpts from the Redacted Videotaped Deposition of Chelsea Guest in this case.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: July 17, 2020                               */s/ Matthew Gordon*
                                                                    Matthew Gordon

1-          GORDON DECLARATION IN SUPPORT OF             **Perkins Coie LLP**
              FAMILYCARE, INC.'S RESPONSE TO MOTION      1120 N.W. Couch Street, 10th Floor
              TO EXTEND STAY                                          Portland, OR  97209-4128
                                                                                    Phone:  503.727.2000
                                                                                    Fax:  503.727.2222