UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon, | ) ) ) ) ) ) ) | |
| | ) | Nos. 3:18-cv-00212-MO (Leading) |
| Plaintiff, | ) ) | 6:18-cv-00296-MO (Trailing) |
| vs. | ) ) | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) ) ) | REDACTED VIDEOTAPED DEPOSITION OF CHELSEA GUEST |
| Defendant. | ) ) | |
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon; and PATRICK ALLEN, both individually and in his | ) ) ) ) ) | |
| official capacity as | ) | |
| director of the Oregon | ) | |
| Health Authority, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Exhibit A
Page 1 of 11

Guest, Chelsea_Redacted, 6/27/2018                    Allen v. FamilyCare

2

REDACTED VIDEOTAPED DEPOSITION OF

CHELSEA GUEST

ATTORNEYS' EYES ONLY PORTIONS INCLUDED

Taken in behalf of Defendant

*   *   *

June 27, 2018

1211 SW Fifth Avenue, Suite 3000

Portland, OR 97204

Janette M. Schmitt, CSR, CCR, RPR

Court Reporter

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

APPEARANCES:

For the Plaintiff:

MR. MATTHEW A. LEVIN
Special Assistant Attorney General
Markowitz Herbold, PC
Suite 3000
1211 SW Fifth Avenue
Portland, OR 97204
503-295-3085
mattlevin@markowitzherbold.com


For the Defendant:

MR. MATTHEW P. GORDON
MS. AMANDA J. BEANE
Perkins Coie, LLP
Suite 4900
1201 Third Avenue
Seattle, WA 98101-3099
206-359-3552
mgordon@perkinscoie.com
abeane@perkinscoie.com

MR. MATTHEW MERTENS
Perkins Coie, LLP
10th Floor
1120 NW Couch Street
Portland, OR 97209
503-727-2000
mmertens@perkinscoie.com


Videographer:  Ms. Camille Schmitt

Also Present:  Mr. William Murray

Guest, Chelsea_Redacted, 6/27/2018                    Allen v. FamilyCare

97

agency staff, do you Skype with some of them as well?

A.    Not outside OHA.

Q.    Right.  I'm -- within OHA?

A.    Within OHA, yes.

Q.    Okay.  And you were going to give me the -- the people that you knew that you had Skyped with.

A.    Yeah.  Jon Collins, David Rohrer, Kathy Cereghino, Stacey Schubert, Zachary Goldman, Tim Sweeney, Stephanie Jarem.

Q.    And do you text with those individuals as well?

A.    I've texted with Tim Sweeney that I can recall.  I don't know about others.  Potentially Jon Collins.

Q.    What decisions are you responsible for making as manager of ASU?

A.    Responsible for personnel decisions for the unit.  Also the contract administrator for Optumas' contract, so I make amendment decisions.  I'm not the signature authority to sign, but I am part of that decision making process.

I can't think of anything else large

Guest, Chelsea_Redacted, 6/27/2018                    Allen v. FamilyCare

98

decision-wise.

Q.    Any other decisions related to rate setting?

A.    Not that I recall.

Q.    Do you decide on internal policies and procedures for your team?

A.    When it comes to personnel matters, is that what you're asking?

Q.    No, not -- not about personnel matters, just policies and procedures is -- excuse me, procedures in general.

A.    I have made some decisions about policies and procedures related to personnel matters, like telecommuting and things like that.

Q.    Other than personnel matters?

A.    Not that I can think of.

Q.    How about policies and proce -- procedures around communicating with CCOs?

MR. LEVIN:  Objection. Vague.  And compound.

THE WITNESS:  What kind of communication?  Can you give me more detail?

Q.    (By Mr. Gordon)  Well, does ASU have policies and procedures about communicating with

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Exhibit A
Page 5 of 11

Guest, Chelsea_Redacted, 6/27/2018                    Allen v. FamilyCare

112

Q.    And are you consulted on these decisions about policies?

A.    Potentially.

Q.    Are you responsible for any of the technical aspects of rate development?

A.    No.

Q.    Do -- do you review the work that Optumas does in rate -- developing rates?

A.    At a high level.  My staff does more of the technical reviews.

Q.    Okay.  So what does your high-level review entail?

A.    Can you give me a specific, like about -- review of what?

Q.    Well, Optumas develops the rates; right?

A.    Right.

Q.    Okay.  So what's your high-level view -- review of that rate development?

A.    I read through the final certification, normally it's the draft certification at that time, and make sure everything seems consistent to OHA Medicaid programs to the best of my ability.

I'll review the high-level, kind of, change in CCO rates, ask questions when there

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

seems to be an issue or a concern raised. Generally that's what I look at.

Q.   You said you review the rate certification to see if it's consistent with -- consistent to OHA Medicaid programs.

What does that mean?

A.   So, for example, we instituted a risk corridor for a time period related to hepatitis C.  So I wanted to make sure the certification highlighted that specific policy that we had put together for that year.

Q.   Anything else you might review the res -- the rate certification for?

A.   Making sure language is consistent.  So we recently had a redetermination effort in trying to make sure that they were describing it the same way that we were.  So looking at that in general.

Q.   Are you -- are you reviewing to see if it complies with federal regulations or actuarial standards of practice?

A.   No.

Q.   Okay.  And you said your staff reviews Optumas' work.  What does your staff do?

A.   I don't know all the things that they do

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Guest, Chelsea_Redacted, 6/27/2018                    Allen v. FamilyCare

114

specifically to review.

Q.   What's your understanding, as manager of that unit and supervisor of that -- of the staff, what they do to review the work that Optumas does in developing rates?

A.   Generally they review work products.

Q.   What does that mean, Review work products?

A.   Analyses or models, they'll review those.

Q.   Which analyses and which models?

A.   I don't recall specifically.

Q.   Do they have access to the specific models that Optumas uses in rate setting?

MR. LEVIN:  Objection.  Vague.

THE WITNESS:  They have access to some models, but not all.

Q.   (By Mr. Gordon)  Which models do they have access to?

A.   I don't know all of them.

Q.   Which do you know?

A.   They receive the same regional model that CCOs get and look through that.  My staff also has access to the encounter data CCOs report that is the basis of the rate setting.

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Guest, Chelsea_Redacted, 6/27/2018                    Allen v. FamilyCare

147

they use the base data for?

MR. LEVIN:  Objection.  Compound.

THE WITNESS:  Can you be more specific about what you're asking?

Q.   (By Mr. Gordon)  Well, I'm asking you to under -- to tell me what -- what Optumas says they use the base data for?

A.   I don't know all the ways or reasons they use the base data.

Q.   I'm asking for your understanding.  Let me ask you this.

Do you understand the rate data certification that you review from Optumas?

A.   Generally, yes.

Q.   Generally?  What don't you understand?

A.   All of the calculations.

Q.   Okay.  Do you understand the general rate development process that -- that Optumas undertakes?

MR. LEVIN:  Objection.  Vague.

THE WITNESS:  I don't know all of the specific things they do for rate development.

Q.   (By Mr. Gordon)  That wasn't my question.  The question was:  Do you understand the general rate development process that

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

process; right?

A. Overseeing it in terms of managing the work? Is that what you're --

Q. Are you talking --

A. -- trying to say, or saying?

Q. My understanding is that you oversee the Medicaid rate development work in your role as manager of ASU; is that right?

A. I wouldn't call it overseeing because I'm not the decision maker or approver.

Q. What would you call it?

A. I would call managing or project managing the rate development.

Q. Okay. So you manage the rate development. Can we use that word?

A. The only thing I want to be clear about is I don't approve or make decisions in that management context.

Q. Understood. I'm just trying to use a word that you're not going to object to. So I'm trying to use the word that you used, which was, Manage.

So are we in agreement that you manage the rate development process for ASU?

A. With -- yes, with the caveat that I

C E R T I F I C A T E

I, Janette M. Schmitt, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, CHELSEA GUEST personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 309, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 13th of July, 2018.

_____
JANETTE M. SCHMITT
Certified Shorthand Reporter
Certificate No. 90-0093
Commission Expires:  6/30/20