UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 29 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>   Defendant - Appellee. | No. 18-35593<br><br>D.C. No. 3:18-cv-00212-MO<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>PATRICK ALLEN, in his individual capacity,<br><br>   Defendant - Appellant,<br><br> and<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon and LYNNE SAXTON, | No. 18-35891<br><br>D.C. No. 6:18-cv-00296-MO<br>U.S. District Court for Oregon, Eugene |

Defendants.

FAMILYCARE, INC., an Oregon non-profit corporation,

            Plaintiff - Appellee,

  v.

LYNNE SAXTON,

            Defendant - Appellant,

 and

PATRICK ALLEN, in his individual capacity and OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

            Defendants.

No. 18-36009

D.C. No. 6:18-cv-00296-MO
U.S. District Court for Oregon, Eugene

FAMILYCARE, INC., an Oregon non-profit corporation,

            Plaintiff - Appellant,

  v.

LYNNE SAXTON,

            Defendant - Appellee,

 and

PATRICK ALLEN, in his individual

No. 18-36048

D.C. No. 6:18-cv-00296-MO
U.S. District Court for Oregon, Eugene

capacity and OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

Defendants.

FAMILYCARE, INC., an Oregon non-profit corporation,

Plaintiff - Appellant,

v.

OREGON HEALTH AUTHORITY, an agency of the State of Oregon and PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,

Defendants - Appellees,

and

LYNNE SAXTON,

Defendant.

No. 19-35103

D.C. No. 6:18-cv-00296-MO
U.S. District Court for Oregon, Eugene

The judgment of this Court, entered April 30, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in case #18-35891 in the amount of $195.90.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7