**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon
Health Authority, an agency of the State of Oregon, and
Patrick Allen in his official capacity as director of the
Oregon Health Authority
[Additional Counsel of Record Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                                            Plaintiff,<br><br>                    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                                            Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF REBECCA K. DODD IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S REPLY RE MOTION TO EXTEND STAY** |

I, Rebecca K. Dodd, declare:

1.     I am a paralegal with Markowitz Herbold PC, Special Assistant Attorney General

for Oregon Health Authority ("OHA") and Patrick Allen ("Allen") in his official capacity as

**Page 1 -   DECLARATION OF REBECCA K. DODD IN SUPPORT OF OHA'S REPLY
          RE MOTION TO EXTEND STAY**

director of the Oregon Health Authority ("OHA").  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    On April 21, 2017, FamilyCare propounded to OHA five requests for admissions (numbered 1-5).  OHA responded to these requests on May 24, 2017.

3.    On June 1, 2017, FamilyCare propounded to OHA 31 requests for production (numbered 1-31).  OHA responded to these requests on July 5, 2017.

4.    On July 6, 2017, FamilyCare propounded to OHA 9 requests for production (numbered 32-40).  OHA responded to these requests on August 8, 2017.

5.    On July 20, 2017, FamilyCare propounded to OHA 3 requests for production (numbered 40-42).  OHA responded to these requests on August 22, 2017.

6.    On August 17, 2017, FamilyCare propounded to OHA 24 requests for production (numbered 43-76).  OHA responded to these requests on September 19, 2017.

7.    On January 12, 2018, FamilyCare propounded to OHA 29 requests for production (numbered 76-104).  OHA responded to these requests on February 12, 2018.

8.    On February 27, 2018, FamilyCare propounded to OHA 28 requests for production (numbered 105-132).  OHA and Allen responded to these requests on March 29, 2018.

9.    On May 30, 2018, FamilyCare propounded to OHA 18 interrogatories (numbered 1-18) and 55 requests for admissions (numbered 6-50).  OHA responded to these interrogatories and requests on June 29, 2018.

10.    On June 29, 2018, FamilyCare propounded to OHA seven interrogatories (numbered 19-25), six requests for admissions (numbered 51-56), and 38 requests for production (numbered 133-170).  OHA responded to these interrogatories and requests on July 30, 2018.

11.    On June 29, 2018, FamilyCare propounded to Allen 14 interrogatories, two requests for production, and 13 requests for admissions.  Allen responded to these interrogatories and requests on July 30, 2018.

12.    On June 29, 2018, FamilyCare propounded to Lynne Saxton 12 interrogatories, 2 requests for production, and 10 requests for admissions.  Saxton responded to these interrogatories and requests on August 31, 2018.

**Page 2 -    DECLARATION OF REBECCA K. DODD IN SUPPORT OF OHA'S REPLY RE MOTION TO EXTEND STAY**

13.    In response to FamilyCare's discovery requests, OHA produced nearly 250,000 documents, amounting to more than 1.3 million pages, from more than 70 custodians.

14.    The following chart summarizes the 19 witnesses deposed by FamilyCare, which resulted in more than 5,000 pages of deposition transcript.

| | FamilyCare Depositions | | |
|---|---|---|---|
| | **Deponent** | **Date(s)** | **Number of pages** |
| 1 | Manatt organizational deposition | May 29, 2018 | 358 |
| 2 | Courtney Crowell, former OHA External Relations Officer, current Governor's Office Greater Eastern Oregon Region Coordinator | June 5, 2018 | 237 |
| 3 | Pat Allen, OHA director | June 15, 2018 | 255 |
| 4 | Suzanne Hoffman, former OHA COO and former Interim OHA Director | June 21, 2018 | 285 |
| 5 | Jeremy Vandehey, OHA Health Policy & Analytics Director and former Governor's Office Health Policy Advisor | June 22, 2018 | 240 |
| 6 | Chelsea Guest, OHA Manager Actuarial Services | June 2, 2018 | 309 |
| 7 | Laura Robison, former OHA CFO and current SAIF Chief Actuary | July 13, 2018 | 346 |
| 8 | Steve Schramm, Optumas Founder & Managing Director | July 24, 2018 | 311 |
| 9 | Optumas organizational deposition | July 24, 2018 | 311[1] |
| 10 | BethAnne Darby, former OHA External Relations Director | July 25, 2018 | 215 |
| 11 | Lynne Saxton, former OHA Director | August 1, 2018 | 210 |
| 12 | Rhonda Busek, former Deputy Medicaid Director and former OHA Provider Services Director | August 2, 2018 | 280 |
| 13 | OHA organizational deposition | August 2, 3, 16, 2018 | 357 (Robison) 203 (Stineman) |
| 14 | Zach Aters, Optumas, Actuary for State of Oregon | August 8, 2018 | 323 |
| 15 | Jeff Fritsche | August 14, 2018 | 238 |

[1] Steven Schramm's deposition was both as a 30(b)(6) witness for Optumas and in his personal capacity.

**Page 3 -    DECLARATION OF REBECCA K. DODD IN SUPPORT OF OHA'S REPLY RE MOTION TO EXTEND STAY**

| FamilyCare Depositions | | | |
|---|---|---|---|
| | **Deponent** | **Date(s)** | **Number of pages** |
| 16 | Mark Fairbanks, former OHA CFO and COO | August 29, 2018 | 161 |
| 17 | Lori Coyner, Oregon Medicaid Director | August 30, 2018 | 338 |
| 18 | Lewis & Ellis organizational deposition | September 11, 2018 | 326 |
| 19 | Varsha Chauhan, former Oregon Medicaid Director | September 12, 2018 | 139 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 31st day of July, 2020.

_____
Rebecca K. Dodd

1026848

**Page 4 -    DECLARATION OF REBECCA K. DODD IN SUPPORT OF OHA'S REPLY
          RE MOTION TO EXTEND STAY**