1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FAMILYCARE, INC., an Oregon    )
non-profit corporation,        )
                               )
          Plaintiff,           )    Case No. 6:18-cv-00296-MO
                               )
     v.                        )
                               )
OREGON HEALTH AUTHORITY, an    )
agency of the State of Oregon, )
PATRICK ALLEN, both            )    August 3, 2020
individually and in his        )
official capacity as director  )
of the Oregon Health Authority,)
and LYNNE SAXTON,              )
                               )
          Defendants.          )    Portland, Oregon
_____)

**Telephone Status Conference**

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MICHAEL W. MOSMAN

UNITED STATES DISTRICT COURT CHIEF JUDGE

APPEARANCES

FOR PLAINTIFF:               Ms. Heidi Stoller
                             Mr. Thomas R. Johnson
                             Perkins Coie, LLP
                             1120 N.W. Couch Street, 10th Floor
                             Portland, OR 97209


                             Mr. Matthew P. Gordon
                             Mr. David B. Robbins
                             Perkins Coie, LLP
                             1201 Third Avenue, Suite 4800
                             Seattle, WA 98101


FOR DEFENDANTS OREGON
HEALTH AUTHORITY and
PATRICK ALLEN:               Mr. David B. Markowitz
                             Mr. Harry B. Wilson
                             Markowitz Herbold PC
                             1455 S.W. Broadway, Suite 1900
                             Portland, OR 97201


FOR DEFENDANT
LYNNE SAXTON:                Mr. Peter R. Mersereau
                             Mersereau Shannon, LLP
                             111 S.W. Columbia Street, Suite 1100
                             Portland, OR 97201


COURT REPORTER:              Bonita J. Shumway, CSR, RMR, CRR
                             United States District Courthouse
                             1000 S.W. Third Ave., Room 301
                             Portland, OR  97204
                             (503) 326-8188

(P R O C E E D I N G S)

(August 3, 2020; 11:16 a.m.)

* * * * *

THE COURTROOM DEPUTY:  Good morning.  This is the time and place set for a telephone status conference in Case No. 6:18-cv-296-MO, FamilyCare Inc. versus Oregon Health Authority, et al.

We do have a court reporter recording these proceedings, so we ask that you identify yourself when you speak.  When you are not speaking, please put your phone on mute, and please do not use a speaker phone.

Here is Judge Mosman.

THE COURT:  Thank you all for being prepared for this hearing, this status conference today.  I apologize for any delay you've had to suffer.  We're stacked up like O'Hare Airport this morning, so we're doing our best to keep up.

We're here on the motion to extend the stay by a one-year period.  And I have read the briefing in this matter. I certainly agree that the goal ought to be to minimize, at least, if not eliminate extraneous effort by OHA during this time period, and so the question becomes by how much and for how long.

Again, I've read what you submitted.  For defendant OHA, is there anything further you wish to say on behalf of your motion?

MR. WILSON:  Good morning, Your Honor.  This is Harry Wilson for OHA.

I think we quite are comfortable with our papers.  I could address, however, Your Honor, FamilyCare's request to carve out certain items, if you'd like to have a discussion about that.  I have a few things I'd like to say about discovery.

THE COURT:  Well, you've said some things about that in your reply.  Is there more you want to say about disagreeing with any carve-outs?

MR. WILSON:  Not other than what's in the reply brief, Your Honor.

THE COURT:  Thank you.

Anything further from FamilyCare?

MR. ROBBINS:  This is David Robbins on behalf of FamilyCare.  We'd like to address the reply brief, if you'd give us a few minutes to do so, and address the arguments made.

You know, this matter started in February of 2017, and it's been going on for three and a half years already, and based upon both the stock one-year delay and the additional time that it takes to litigate the matter thereafter, we're looking at a five-and-a-half-year projected timeline to trial.

The fact is that OHA's position here is inherently favorable to its own interests in deferring potential liability, and prejudicial to FamilyCare's interests as justice

delayed because the memories and existence, for that matter, of witnesses who will appear at trial are rendered far more (indiscernible) and were not preserved by depositions despite OHA's arguments to the contrary.  Due to the fact that depositions were limited, we took no preservation depositions, and the depositions themselves were not comprehensive with respect to -- other than adverse witnesses, and we didn't even take all the adverse witness depositions.

So we proposed, as you saw from the papers, a stay that's actually tailored to the apparent needs of OHA, rather than the speculative and indefinite and self-serving assertions that OHA has made with respect to likely or foreseeable staffing and resource funding issues.  That incremental approach seems to allow the Court to control its calendar and follows this Court's and the State of Oregon's more incremental approach to the pandemic.  We all agree that we're in the midst of a pandemic, and there's nothing that OHA offers in its declarations or its briefing before the Court that suggests that it could tell you when the pandemic will end or under what circumstances.  And any prognostication offered is inherently speculative, and indeed if one looks at all of the pleadings that OHA has submitted to this point, you would be looking entirely in vain to determine the evidentiary basis for why OHA has selected one year as a stay period rather than any other period, other than its attorneys' say so.  And, in fact, even

their attorney, Mr. Markowitz, who offers his declaration supporting, does not identify why one year is the purported period rather than something shorter and more tailored to the needs of the case.

We looked at the case law that was submitted by the OHA, particularly in its reply brief, and Your Honor, we assume you noted that the case law is entirely inapposite of granting a stay under these circumstances. All of the cases that are cited relate to cases -- or matters in which there were parallel proceedings which would shape the litigation in question, and the stays were granted for purposes of judicial economy and not to benefit one party rather than another, as is the case here, and as OHA is seeking to obtain.

Indeed, you know, OHA's response, in addition to citing case law that doesn't appear to be -- have much bearing on the circumstance, is that it should be incumbent on the Court rather than it to determine when its staffing is insufficient to litigate the matter. In fact, the OHA in its reply brief carefully only writes that "If positive developments ameliorate the pandemic, the Court can lift the stay."

And, of course, one has to wonder will the Court be embedded with OHA to monitor its officials' function in order to determine when they're sufficiently available to OHA counsel, which is, of course, absurd, and it's not a way to

manage the litigation and move it forward when it needs to occur.

Again, OHA argues in its reply brief that FamilyCare is not prejudiced, prejudiced by the delay, but of course it is.  Justice delayed, after all, is justice denied.

OHA benefits from the delay in paying damages to FamilyCare, assuming that FamilyCare prevails.  Further, FamilyCare will incur operations and legal costs related to the case, which are only exacerbated by the passage of time and fading attorney memories about the specifics of the case that will need to be reconstructed.

Again, OHA claims that because discovery is largely complete, that is dispositive of whether the witnesses can be located, are alive or remember matters to which they are called to testify, but I'm sure counsel for OHA in a candid moment would agree with me that any trial lawyer knows that a four- or five-year delay in proceedings without pure preservation depositions and with deposition limitations will invariably be accompanied by witness disappearance, death, and memory degradation as to events that took place so long before.

So, in short, there absolutely is prejudice to FamilyCare, and no showing that a delay in the proceedings for the arbitrarily selected one-year period is necessary in protecting OHA's interest.  We've recommended and suggested a three-year delay to -- essentially without discovery of OHA's

staffing and funding issues so that we could then revisit the issue to determine whether in fact things have changed, whether the State of Oregon, pursuant to its constitutional authority, has appropriated more money to perform the essential governmental function of litigating matters in which it's involved or whether other staff has been rejiggered or reshuffled for purposes of assisting counsel with the litigation.

We think that's a fair incremental approach, and nothing that OHA has said in its briefing even addresses whether -- why that is unworkable for it or should not be used as the baseline for any stay issued in this matter.

So -- I apologize.  I may have said three-year.  I meant three-month.  I apologize.

But in any event, we think a three-month delay is what is appropriate under the circumstances.  And, again, OHA has offered nothing in the record that would suggest that that is unworkable.

THE COURT:  Thank you all very much.

It's an unusual time in which crazy things have happened by way of delays.  For example, I just required a defendant presumed innocent of a RICO charge to wait until next April for his trial.  So in terms of prejudice in this case, it pales in comparison to the prejudice the worldwide pandemic has already visited on people in a worse situation than anything

faced by FamilyCare here.  I think the prejudice is minimal.

And so I'm going to hold a status conference on Wednesday, February 3rd of 2021 at 11:45 a.m.  I'll extend a complete stay with no carve-outs until that time, and at that time we'll see where things stand.  We'll make a decision about what needs to be started up again or not.  So just we'll be prepared on the 3rd to either ramp up on an accelerated basis whatever remains before we hold a trial or extend the stay if necessary.

Thank you all.  Good day.

(Proceedings concluded at 11:26 a.m.)

--o0o--

I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-entitled cause.  A transcript without an original signature or conformed signature is not certified.


/s/Bonita J. Shumway                    September 3, 2020
_____          _____
BONITA J. SHUMWAY, CSR, RMR, CRR        DATE
Official Court Reporter

**MR. ROBBINS:** [1] 4/14
**MR. WILSON:** [2] 3/25 4/10
**THE COURT:** [4] 3/12 4/7 4/12 8/18
**THE COURTROOM DEPUTY:** [1] 3/2

**-**

--o0o [1] 10/2

**/**

/s/Bonita [1] 10/9

**1**

1000 [1] 2/22
10th [1] 2/4
1100 [1] 2/17
111 [1] 2/17
1120 [1] 2/4
11:16 [1] 3/2
11:26 [1] 9/11
11:45 a.m [1] 9/3
1201 [1] 2/8
1455 [1] 2/13
1900 [1] 2/13

**2**

2017 [1] 4/18
2020 [3] 1/7 3/2 10/9

2021 [1] 9/3

**3**

301 [1] 2/22
326-8188 [1] 2/23
3rd [2] 9/3 9/7

**4**

4800 [1] 2/8

**5**

503 [1] 2/23

**6**

6:18-cv-00296-MO [1] 1/4
6:18-cv-296-MO [1] 3/6

**8**

8188 [1] 2/23

**9**

97201 [2] 2/14 2/18
97204 [1] 2/22
97209 [1] 2/5
98101 [1] 2/9

**A**

a.m [3] 3/2 9/3 9/11
about [6] 4/6 4/6 4/8 4/9 7/10 9/5
above [1] 10/6
above-entitled [1] 10/6

absolutely [1] 7/21
absurd [1] 6/25
accelerated [1] 9/7
accompanied [1] 7/19
actually [1] 5/10
addition [1] 6/14
additional [1] 4/20
address [3] 4/4 4/16 4/17
addresses [1] 8/10
adverse [2] 5/7 5/8
after [1] 7/5
again [5] 3/23 7/3 7/12 8/16 9/6
agency [1] 1/7
agree [3] 3/19 5/16 7/16
Airport [1] 3/16
al [1] 3/7
alive [1] 7/14
all [8] 3/13 5/8 5/16 5/21 6/8 7/5 8/19 9/10
ALLEN [2] 1/7 2/12
allow [1] 5/14
already [2] 4/19 8/25
ameliorate [1] 6/20
another [1] 6/12
any [7] 3/14 4/10

Case 6:18-cv-00296-MO    Document 393    Filed 09/15/20    Page 12 of 20

## A

any... [5] 5/20 5/24 7/16 8/12 8/15
anything [3] 3/24 4/14 8/25
apologize [3] 3/14 8/13 8/14
apparent [1] 5/10
appear [2] 5/2 6/15
APPEARANCES [1] 2/2
approach [3] 5/14 5/16 8/9
appropriate [1] 8/16
appropriated [1] 8/4
April [1] 8/23
arbitrarily [1] 7/23
are [7] 3/10 4/3 5/2 6/8 7/9 7/14 7/14
argues [1] 7/3
arguments [2] 4/17 5/4
as [8] 1/8 4/25 5/9 5/24 6/12 6/13 7/20 8/12
ask [1] 3/9
assertions [1] 5/11
assisting [1] 8/7
assume [1] 6/6
assuming [1] 7/7

## B

attorney [2] 6/1 7/10
attorneys' [1] 5/25
August [2] 1/7 3/2
authority [5] 1/6 1/9 2/11 3/7 8/3
available [1] 6/24
Ave [1] 2/22
Avenue [1] 2/8

based [1] 4/20
baseline [1] 8/12
basis [2] 5/23 9/7
be [11]
bearing [1] 6/15
because [2] 5/1 7/12
becomes [1] 3/21
been [2] 4/19 8/6
before [4] 1/17 5/18 7/20 9/8
behalf [2] 3/24 4/15
being [1] 3/13
below [1] 10/4
benefit [1] 6/12
benefits [1] 7/6
best [1] 3/16
Bonita [3] 2/21 10/9 10/10
both [2] 1/7 4/20
brief [5] 4/12 4/16 6/6 6/19 7/3

briefing [3] 3/18 5/18 8/10
Broadway [1] 2/13

## C

calendar [1] 5/14
called [1] 7/14
can [2] 6/20 7/13
candid [1] 7/15
capacity [1] 1/8
carefully [1] 6/19
carve [3] 4/5 4/10 9/4
carve-outs [2] 4/10 9/4
case [10] 1/4 3/5 6/4 6/5 6/7 6/13 6/15 7/9 7/10 8/23
cases [2] 6/8 6/9
cause [1] 10/6
certain [1] 4/5
certainly [1] 3/19
certified [1] 10/7
certify [1] 10/4
changed [1] 8/2
charge [1] 8/22
CHIEF [1] 1/18
circumstance [1] 6/16
circumstances [3] 5/20 6/8 8/16
cited [1] 6/9
citing [1] 6/15

## C

claims [1]  7/12
Coie [2]  2/4 2/8
Columbia [1]  2/17
comfortable [1]  4/3
comparison [1]  8/24
complete [2]  7/13 9/4
comprehensive [1]  5/6
concluded [1]  9/11
conference [4]  1/15 3/5 3/14 9/2
conformed [1]  10/7
constitutional [1]  8/3
contrary [1]  5/4
control [1]  5/14
corporation [1]  1/3
correct [1]  10/5
costs [1]  7/8
Couch [1]  2/4
could [3]  4/4 5/19 8/1
counsel [3]  6/25 7/15 8/7
course [3]  6/22 6/25 7/4
court [10]  1/1 1/18 2/21 3/8 5/14 5/18 6/17 6/20 6/22

## 10/11

Court's [1]  5/15
Courthouse [1]  2/21
crazy [1]  8/20
CRR [2]  2/21 10/10
CSR [2]  2/21 10/10
cv [2]  1/4 3/6

## D

damages [1]  7/6
DATE [1]  10/10
David [3]  2/7 2/12 4/15
day [1]  9/10
death [1]  7/19
decision [1]  9/5
declaration [1]  6/1
declarations [1]  5/18
defendant [3]  2/16 3/23 8/22
Defendants [2]  1/10 2/11
deferring [1]  4/24
degradation [1]  7/20
delay [8]  3/15 4/20 7/4 7/6 7/17 7/22 7/25 8/15
delayed [2]  5/1 7/5
delays [1]  8/21
denied [1]  7/5

## deposition [1]  7/18

depositions [6]  5/3 5/5 5/5 5/6 5/8 7/18
despite [1]  5/3
determine [4]  5/23 6/17 6/24 8/2
developments [1]  6/20
didn't [1]  5/7
director [1]  1/8
disagreeing [1]  4/9
disappearance [1]  7/19
discovery [3]  4/7 7/12 7/25
discussion [1]  4/5
dispositive [1]  7/13
DISTRICT [4]  1/1 1/2 1/18 2/21
do [3]  3/8 3/11 4/17
does [1]  6/2
doesn't [1]  6/15
doing [1]  3/16
Due [1]  5/4
during [1]  3/20

## E

economy [1]  6/12
effort [1]  3/20
either [1]  9/7
eliminate [1]  3/20
embedded [1]  6/23
end [1]  5/19

**E**

entirely [2]  5/23 6/7
entitled [1]  10/6
essential [1]  8/4
essentially [1]  7/25
et [1]  3/7
even [3]  5/7 5/25
 8/10
event [1]  8/15
events [1]  7/20
evidentiary [1]
 5/23
exacerbated [1]  7/9
example [1]  8/21
existence [1]  5/1
extend [3]  3/17 9/3
 9/8
extraneous [1]  3/20

**F**

faced [1]  9/1
fact [5]  4/23 5/4
 5/25 6/18 8/2
fading [1]  7/10
fair [1]  8/9
FAMILYCARE
 [10]  1/3 3/6 4/14
 4/16 7/3 7/7 7/7 7/8
 7/22 9/1
FamilyCare's [2]
 4/4 4/25
far [1]  5/2

favorable [1]  4/24
February [2]  4/18
 9/3
February 3rd [1]
 9/3
few [2]  4/6 4/17
five [2]  4/22 7/17
five-and-a-half-yea
r [1]  4/22
five-year [1]  7/17
Floor [1]  2/4
follows [1]  5/15
foregoing [1]  10/4
foreseeable [1]  5/12
forward [1]  7/1
four [1]  7/16
function [2]  6/23
 8/5
funding [2]  5/13
 8/1
further [3]  3/24
 4/14 7/7

**G**

give [1]  4/17
goal [1]  3/19
going [2]  4/19 9/2
Good [3]  3/4 4/1
 9/10
Gordon [1]  2/7
governmental [1]
 8/5
granted [1]  6/11

granting [1]  6/7

**H**

had [1]  3/15
half [2]  4/19 4/22
happened [1]  8/21
Harry [2]  2/12 4/1
has [9]  5/12 5/22
 5/24 6/22 8/4 8/6
 8/10 8/17 8/24
have [8]  3/8 3/18
 4/5 4/6 6/15 8/2
 8/13 8/20
HEALTH [4]  1/6
 1/9 2/11 3/6
hearing [1]  3/14
Heidi [1]  2/3
Herbold [1]  2/13
here [5]  3/12 3/17
 4/23 6/13 9/1
his [3]  1/8 6/1 8/23
hold [2]  9/2 9/8
Honor [4]  4/1 4/4
 4/12 6/6
HONORABLE [1]
 1/17
how [2]  3/21 3/22
however [1]  4/4

**I**

I'd [1]  4/6
I'll [1]  9/3
I'm [2]  7/15 9/2

Case 6:18-cv-00296-MO Document 393 Filed 09/15/20 Page 15 of 20

## I

I've [1] 3/23
identify [2] 3/9 6/2
inapposite [1] 6/7
INC [2] 1/3 3/6
incremental [3] 5/13 5/15 8/9
incumbent [1] 6/16
incur [1] 7/8
indeed [2] 5/21 6/14
indefinite [1] 5/11
indiscernible [1] 5/3
individually [1] 1/8
inherently [2] 4/23 5/20
innocent [1] 8/22
insufficient [1] 6/18
interest [1] 7/24
interests [2] 4/24 4/25
invariably [1] 7/18
involved [1] 8/6
is [30]
issue [1] 8/2
issued [1] 8/12
issues [2] 5/13 8/1
it [9] 4/21 5/19 6/16 6/17 7/1 7/1 7/4 8/11 8/23
it's [4] 4/19 6/25

items [1] 4/5
its [12]

## J

Johnson [1] 2/3
JUDGE [2] 1/18 3/12
judicial [1] 6/11
just [2] 8/21 9/6
justice [3] 4/25 7/5 7/5

## K

keep [1] 3/16
know [2] 4/18 6/14
knows [1] 7/16

## L

largely [1] 7/12
law [3] 6/5 6/7 6/15
lawyer [1] 7/16
least [1] 3/20
legal [1] 7/8
liability [1] 4/25
lift [1] 6/20
like [4] 3/15 4/5 4/6 4/16
likely [1] 5/12
limitations [1] 7/18
limited [1] 5/5
litigate [2] 4/21 6/18
litigating [1] 8/5

litigation [3] 6/10 7/1 8/8
LLP [3] 2/4 2/8 2/17
located [1] 7/14
long [2] 3/22 7/20
looked [1] 6/5
looking [2] 4/22 5/22
looks [1] 5/21
LYNNE [2] 1/9 2/16

## M

made [2] 4/17 5/12
make [1] 9/5
manage [1] 7/1
Markowitz [3] 2/12 2/13 6/1
matter [6] 3/18 4/18 4/21 5/1 6/18 8/12
matters [3] 6/9 7/14 8/5
Matthew [1] 2/7
may [1] 8/13
me [1] 7/16
meant [1] 8/14
memories [2] 5/1 7/10
memory [1] 7/19
Mersereau [2] 2/16 2/17

## M

MICHAEL [1] 1/17
midst [1] 5/16
minimal [1] 9/1
minimize [1] 3/19
minutes [1] 4/17
MO [2] 1/4 3/6
moment [1] 7/15
money [1] 8/4
monitor [1] 6/23
month [2] 8/14 8/15
more [5] 4/9 5/2 5/15 6/3 8/4
morning [3] 3/4 3/16 4/1
MOSMAN [2] 1/17 3/12
motion [2] 3/17 3/25
move [1] 7/1
Mr [6] 2/3 2/7 2/7 2/12 2/12 2/16
Mr. [1] 6/1
Mr. Markowitz [1] 6/1
Ms [1] 2/3
much [3] 3/21 6/15 8/19
mute [1] 3/11

## N

N.W [1] 2/4
necessary [2] 7/23 9/9
need [1] 7/11
needs [4] 5/10 6/4 7/1 9/6
next [1] 8/22
no [5] 1/4 3/6 5/5 7/22 9/4
non [1] 1/3
non-profit [1] 1/3
not [13]
noted [1] 6/7
nothing [3] 5/17 8/10 8/17

## O

O'Hare [1] 3/15
o0o [1] 10/2
obtain [1] 6/13
occur [1] 7/2
offered [2] 5/20 8/17
offers [2] 5/17 6/1
official [2] 1/8 10/11
officials' [1] 6/23
OHA [19]
OHA's [5] 4/23 5/4 6/14 7/24 7/25
one [8] 3/18 4/20

5/21 5/24 6/2 6/12 6/22 7/23
one-year [3] 3/18 4/20 7/23
only [2] 6/19 7/9
operations [1] 7/8
order [1] 6/23
OREGON [9] 1/2 1/3 1/6 1/7 1/9 1/10 2/11 3/6 8/3
Oregon's [1] 5/15
original [1] 10/6
other [5] 4/11 5/7 5/24 5/25 8/6
ought [1] 3/19
our [2] 3/16 4/3
out [1] 4/5
outs [2] 4/10 9/4
own [1] 4/24

## P

pales [1] 8/24
pandemic [5] 5/16 5/17 5/19 6/20 8/24
papers [2] 4/3 5/9
parallel [1] 6/10
particularly [1] 6/6
party [1] 6/12
passage [1] 7/9
PATRICK [2] 1/7 2/12
paying [1] 7/6
PC [1] 2/13

Case 6:18-cv-00296-MO    Document 193    Filed 09/15/20    Page 17 of 20

**P**

people [1]  8/25
perform [1]  8/4
period [6]  3/18 3/21
5/24 5/25 6/3 7/23
Perkins [2]  2/4 2/8
Peter [1]  2/16
phone [2]  3/10 3/11
place [2]  3/5 7/20
Plaintiff [2]  1/4 2/3
pleadings [1]  5/21
please [2]  3/10 3/11
point [1]  5/22
Portland [5]  1/10
2/5 2/14 2/18 2/22
position [1]  4/23
positive [1]  6/19
potential [1]  4/24
prejudice [4]  7/21
8/23 8/24 9/1
prejudiced [2]  7/4
7/4
prejudicial [1]  4/25
prepared [2]  3/13
9/7
preservation [2]
5/5 7/17
preserved [1]  5/3
presumed [1]  8/22
prevails [1]  7/7
proceedings [7]
1/16 3/9 6/10 7/17

profit [1]  1/3
prognostication [1]
5/20
projected [1]  4/22
proposed [1]  5/9
protecting [1]  7/24
pure [1]  7/17
purported [1]  6/2
purposes [2]  6/11
8/7
pursuant [1]  8/3
put [1]  3/10

**Q**

question [2]  3/21
6/11
quite [1]  4/3

**R**

ramp [1]  9/7
rather [5]  5/10 5/24
6/3 6/12 6/17
read [2]  3/18 3/23
recommended [1]
7/24
reconstructed [1]
7/11
record [2]  8/17
10/5
recording [1]  3/8
rejiggered [1]  8/6
relate [1]  6/9

related [1]  2/8
remains [1]  9/8
remember [1]  7/14
rendered [1]  5/2
reply [6]  4/9 4/11
4/16 6/6 6/19 7/3
reporter [3]  2/21
3/8 10/11
request [1]  4/4
required [1]  8/21
reshuffled [1]  8/7
resource [1]  5/13
respect [2]  5/7 5/12
response [1]  6/14
revisit [1]  8/1
RICO [1]  8/22
RMR [2]  2/21
10/10
Robbins [2]  2/7
4/15
Room [1]  2/22

**S**

S.W [3]  2/13 2/17
2/22
said [3]  4/8 8/10
8/13
saw [1]  5/9
SAXTON [2]  1/9
2/16
say [4]  3/24 4/6 4/9
5/25
Seattle [1]  2/9

see [1]  9/5
seeking [1]  6/13
seems [1]  5/14
selected [2]  5/24
 7/23
self [1]  5/11
self-serving [1]
 5/11
September [1]  10/9
serving [1]  5/11
set [1]  3/5
Shannon [1]  2/17
shape [1]  6/10
short [1]  7/21
shorter [1]  6/3
should [2]  6/16
 8/11
showing [1]  7/22
Shumway [3]  2/21
 10/9 10/10
signature [2]  10/7
 10/7
signing [1]  10/4
situation [1]  8/25
so [13]
some [1]  4/8
something [1]  6/3
speak [1]  3/10
speaker [1]  3/11
speaking [1]  3/10
specifics [1]  7/10

speculative [2]  5/11
 5/21
stacked [1]  3/15
staff [1]  8/6
staffing [3]  5/13
 6/17 8/1
stand [1]  9/5
started [2]  4/18 9/6
State [3]  1/7 5/15
 8/3
STATES [3]  1/1
 1/18 2/21
status [4]  1/15 3/5
 3/14 9/2
stay [8]  3/17 5/9
 5/24 6/8 6/21 8/12
 9/4 9/8
stays [1]  6/11
stock [1]  4/20
Stoller [1]  2/3
Street [2]  2/4 2/17
submitted [3]  3/23
 5/22 6/5
suffer [1]  3/15
sufficiently [1]  6/24
suggest [1]  8/17
suggested [1]  7/24
suggests [1]  5/18
Suite [3]  2/8 2/13
 2/17
supporting [1]  6/2
sure [1]  7/15

tailored [2]  5/10
 6/3
take [1]  5/8
takes [1]  4/21
telephone [2]  1/15
 3/5
tell [1]  5/19
terms [1]  8/23
testify [1]  7/15
than [9]  4/11 5/7
 5/11 5/24 5/25 6/3
 6/12 6/17 8/25
Thank [4]  3/13
 4/13 8/19 9/10
that [39]
that's [2]  5/10 8/9
their [1]  6/1
themselves [1]  5/6
then [1]  8/1
there [4]  3/24 4/9
 6/9 7/21
there's [1]  5/17
thereafter [1]  4/21
these [2]  3/8 6/8
they [1]  7/14
they're [1]  6/24
things [5]  4/6 4/8
 8/2 8/20 9/5
think [4]  4/3 8/9
 8/15 9/1
Third [2]  2/8 2/22

## T

this [13]
Thomas [1]  2/3
three [5]  4/19 7/25 8/13 8/14 8/15
three-month [2] 8/14 8/15
three-year [2]  7/25 8/13
time [7]  3/5 3/21 4/21 7/9 8/20 9/4 9/5
timeline [1]  4/22
today [1]  3/14
took [2]  5/5 7/20
transcript [3]  1/16 10/5 10/6
trial [5]  4/22 5/2 7/16 8/23 9/8

## U

under [3]  5/19 6/8 8/16
UNITED [3]  1/1 1/18 2/21
until [2]  8/22 9/4
unusual [1]  8/20
unworkable [2] 8/11 8/18
up [4]  3/15 3/16 9/6 9/7
upon [1]  4/20

us [1]  4/17
use [1]  3/11
used [1]  8/11

## V

vain [1]  5/23
versus [1]  3/6
very [1]  8/19
visited [1]  8/25

## W

WA [1]  2/9
wait [1]  8/22
want [1]  4/9
was [1]  6/5
way [2]  6/25 8/21
we [13]
We'd [1]  4/16
we'll [3]  9/5 9/5 9/6
we're [5]  3/15 3/16 3/17 4/21 5/16
We've [1]  7/24
Wednesday [1]  9/3
Well [1]  4/8
were [5]  5/3 5/5 5/6 6/9 6/11
what [4]  3/23 5/19 8/16 9/6
what's [1]  4/11
whatever [1]  9/8
when [6]  3/9 3/10 5/19 6/17 6/24 7/1
where [1]  9/5

whether [5]  7/13 8/2 8/2 8/6 8/11
which [7]  6/9 6/10 6/25 7/9 7/14 8/5 8/20
who [2]  5/2 6/1
why [3]  5/23 6/2 8/11
will [6]  5/2 5/19 6/22 7/8 7/11 7/18
Wilson [2]  2/12 4/2
wish [1]  3/24
without [3]  7/17 7/25 10/6
witness [2]  5/8 7/19
witnesses [3]  5/2 5/7 7/13
wonder [1]  6/22
worldwide [1]  8/24
worse [1]  8/25
would [4]  5/22 6/10 7/16 8/17
writes [1]  6/19

## Y

year [9]  3/18 4/20 4/22 5/24 6/2 7/17 7/23 7/25 8/13
years [1]  4/19
you [16]
you'd [2]  4/5 4/16
you've [2]  3/15 4/8
your [7]  3/10 3/25

**your... [5]**  4/1 4/4
 4/9 4/12 6/6
**yourself [1]**  3/9