**Brian M. Parrott, OSB No. 013760**
**Email: brian@bparrott-law.com**
Brian M. Parrott, LLC
851 SW Sixth Avenue, Suite 1500
Portland, Oregon 97204
Telephone: (503) 607-2715
Fax: (503) 607-2701

Attorneys for Non-Party Intervenor,
PrimaryHealth of Josephine County, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | **No. 6:18-cv-00296-MO** |
| PLAINTIFF, | **UNOPPOSED MOTION TO WITHDRAW AS INTERVENOR** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| DEFENDANTS. | |

**LR 7-1(a) Certification**

Intervenor-Defendant PrimaryHealth of Josephine County, LLC (PHJC) certifies that it has conferred with the other parties regarding this motion. None of the parties or other intervenor-defendants oppose PHJC's motion.

Page 1 – **UNOPPOSED MOTION TO WITHDRAW AS INTERVENOR**

Motion to Withdraw as Intervenor.v2.docx

**Motion to Withdraw**

PHJC respectfully moves to withdraw as an intervenor-defendant from this case.

PHJC, along with thirteen (13) other CCOs, intervened in the state court action, *FamilyCare v. Oregon Health Authority*, Marion County Circuit Court Case No 17CV09226 for the limited purpose of protecting certain confidential and proprietary information held by the Oregon Health Authority (OHA) and sought by FamilyCare. Marion County Circuit Court Judge Armstrong allowed the parties to intervene for the limited purpose stated and, on November 1, 2017, entered a protective order (the "Protective Order").  Upon removal to federal court, the CCOs were entered as intervenor-defendants, and the Protective Order was left in place by Judge Mosman.

PHJC's primary concern with the release of the documents and reason for seeking protection was to protect its ongoing business activities.  In 2019, OHA conducted a bid process to certify new CCOs beginning January 1, 2020.  PHJC submitted a bid but was not awarded a contract and is in the process of winding up its business affairs. As such, PHJC no longer seeks protection of its documents by way of the Protective Order and requests to withdraw as an intervenor-defendant.  By making this motion, PHJC takes no position on the commercial value or appropriate protections of any of the information for any other CCO or party.

Dated this 22nd day of October, 2020.

BRIAN M. PARROTT, LLC

 /s/  Brian M. Parrott
**Brian M. Parrott, OSB No. 013760**
Telephone: (503) 607-2715
Attorneys for Non-Party Intervenor, PrimaryHealth of Josephine County, LLC

Page 2 – **UNOPPOSED MOTION TO WITHDRAW AS INTERVENOR**

Motion to Withdraw as Intervenor.v2.docx