**Frank V. Langfitt**, OSB No. 731770
frank.langfitt@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

  Attorneys for Defendant
  Eastern Oregon Coordinated Care
  Organization

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILY CARE, INC., an Oregon non-profit corporation, | CV No. 6:18-cv-00296-MO |
| Plaintiff, | MOTION TO WITHDRAW AS INTERVENOR |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

Page 1 -    Motion to Withdraw as Intervenor

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## L.R. 7-1 COMPLIANCE

Intervenor-Defendant Eastern Oregon Coordinated Care Organization ("EOCCO") certifies that it has conferred with the other parties regarding this motion. None of the parties or other intervenor-defendants oppose EOCCO's motion.

## MOTION TO WITHDRAW

EOCCO respectfully moves to withdraw as an intervenor-defendant from this case.

EOCCO, along with thirteen (13) other CCOs, intervened in the state court action, *FamilyCare v. Oregon Health Authority*, Marion County Circuit Court Case No 17CV09226 for the limited purpose of protecting certain confidential and proprietary information held by the Oregon Health Authority (OHA) and sought by FamilyCare. Marion County Circuit Court Judge Armstrong allowed the parties to intervene for the limited purpose stated and, on November 1, 2017, entered a protective order (the "Protective Order"). Upon removal to federal court, the CCOs were entered as intervenor-defendants, and the Protective Order was left in place by Judge Mosman.

EOCCO's primary concern with the release of the documents and reason for seeking protection was to protect its ongoing business activities. In 2019, OHA conducted a bid process to certify new CCOs beginning January 1, 2020. EOCCO submitted a successful bid. Because of changes in the business and the age of the information sought by Family Care's subpoena, EOCCO and Family Care reached an agreement regarding EOCCO's responses and documents produced in response to that subpoena. As such, EOCCO requests to withdraw as an

Page 2 -    Motion to Withdraw as Intervenor

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

intervenor-defendant.  By making this motion, EOCCO takes no position on the commercial value or appropriate protections of any of the information for any other CCO or party.

DATED this 15th day of December, 2020.

MILLER NASH GRAHAM & DUNN LLP

*s/ Frank V. Langfitt*

Frank V. Langfitt, OSB No. 731770
frank.langfitt@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

Attorneys for Intervenor Eastern Oregon
Coordinated Care Organization LLC

Page 3 -    Motion to Withdraw as Intervenor

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204