**Edwin A. Harnden,** OSB No. 721129
eharnden@barran.com
**Chris M. Morgan,** OSB No. 175384
cmorgan@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon  97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, | **CV. 6:18-cv-00296-MO** |
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**, | |
| Defendants. | |

PLEASE TAKE NOTICE that Edwin A. Harnden and Chris M. Morgan of Barran Liebman

LLP, 601 SW Second Avenue, Suite 2300, Portland, OR 97204-3159, are hereby substituted for

Peter R. Mersereau and Beth Plass, Mersereau Shannon, LLP, as counsel of record for Defendant

Lynne Saxton.

DATED this 23rd day of December, 2020.

MERSEREAU SHANNON, LLP

s/*Peter R. Mersereau*
Peter R. Mersereau, OSB No. 732028
pmersereau@mershanlaw.com

BARRAN LIEBMAN LLP
s/*Edwin A. Harnden*
Edwin A. Harnden, OSB No. 721129
eharnden@barran.com
Chris M. Morgan, OSB No. 175384
cmorgan@barran.com

Page 1 - NOTICE OF SUBSTITUTION OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2020, I caused the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** to be:

☒    electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Matthew P. Gordon<br>mgordon@perkinscoie.com<br>David B. Robbins<br>drobbins@perkinscoie.com<br>Perkins Coie, LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br><br>Stephen F. English<br>senglish@perkinscoie.com<br>Alletta S. Brenner<br>abrenner@perkinscoie.com<br>Heidee Stoller<br>hstoller@perkinscoie.com<br>Matthew J. Mertens<br>mmertens@perkinscoie.com<br>Sasha A. Petrova<br>spetrova@perkinscoie.com<br>Thomas R. Johnson<br>trjohnson@perkinscoie.com<br>Perkins Coie, LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209-4128<br><br>Counsel for Plaintiff | David B. Markowitz<br>davidmarkowitz@mhgm.com<br>Matthew A. Levin<br>mattlevin@markowitzherbold.com<br>Vivek A. Kothari<br>vivekkothari@markowitzherbold.com<br>Anna Marie Joyce<br>annajoyce@markowitzherbold.com<br>Dallas S. DeLuca<br>dallasdeluca@markowitzherbold.com<br>Harry B. Wilson<br>harrywilson@markowitzherbold.com<br>Katherine M. Acosta<br>katherineacosta@markowitzherbold.com<br>Laura R. Salerno Owens<br>laurasalerno@markowitzherbold.com<br>Markowitz Herbold PC<br>1455 SW Broadway, Suite 1900<br>Portland, OR 97201<br><br>Carla Scott<br>Carla.a.scott@doj.state.or.us<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, Or 97201<br><br>Counsel for Defendant Oregon Health Authority |

Page 2 - NOTICE OF SUBSTITUTION OF COUNSEL

| | |
|---|---|
| David B. Markowitz<br>davidmarkowitz@mhgm.com<br>Matthew A. Levin<br>mattlevin@markowitzherbold.com<br>Vivek A. Kothari<br>vivekkothari@markowitzherbold.com<br>Anna Marie Joyce<br>annajoyce@markowitzherbold.com<br>Dallas S. DeLuca<br>dallasdeluca@markowitzherbold.com<br>Harry B. Wilson<br>harrywilson@markowitzherbold.com<br>Katherine M. Acosta<br>katherineacosta@markowitzherbold.com<br>Laura R. Salerno Owens<br>laurasalerno@markowitzherbold.com<br>Markowitz Herbold PC<br>1455 SW Broadway, Suite 1900<br>Portland, OR 97201<br><br>Carla Scott<br>Carla.a.scott@doj.state.or.us<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, Or 97201<br><br>Jonathan W. Monson<br>jmonson@cablehuston.com<br>Nicole M. Swift<br>nswift@cablehuston.com<br>Cable Huston LLP<br>1001 SW 5th Avenue, Suite 2000<br>Portland, OR ;972904-1136<br><br>Counsel for Defendant Patrick Allen | |

☐    hand delivered to the following non-CM/ECF participants:

☐    faxed and mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

<em>s/Edwin A. Harnden</em>
Edwin A. Harnden

Page 3 - NOTICE OF SUBSTITUTION OF COUNSEL