Blake H. Fry, OSB #100128
Email:  BHF@hartwagner.com
HART WAGNER LLP
1000 SW Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile:  (503) 222-2301

    Of Attorneys for Defendant Lynne Saxton


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation<br><br>            Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>            Defendants. | USDC Case No. 6:18-cv-00296-MO<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY BLAKE H. FRY** |

    Defendants hereby respectfully request that attorney Blake H. Fry no longer receive the court's ECF notices on this matter.

    Respectfully submitted this 4th day of January, 2021.

                        HART WAGNER LLP


            By:    */s/ Blake H. Fry*
                   Blake H. Fry, OSB #100128
                   BHF@hartwagner.com
                   Of Attorneys for Defendants


Page 1 -   **NOTICE OF WITHDRAWAL OF
           ATTORNEY BLAKE H. FRY**

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2021, I served the foregoing **NOTICE OF WITHDRAWAL OF ATTORNEY BLAKE H. FRY** on the following parties at the following addresses:

**Matthew P. Gordon**
Perkins Coie, LLP (Seattle)
1201 Third Avenue
Suite 4800
Seattle, WA 98101
MGordon@perkinscoie.com

**Heidee Stoller**
**Matthew J. Mertens**
**Sasha Petrova**
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland, OR 97209
HStoller@perkinscoie.com
MMertens@perkinscoie.com
SPetrova@perkinscoie.com

Of Attorneys for Plaintiff

**Matthew A. Levin**
Markowitz Herbold PC
1211 SW 5th Ave
Suite 3000
Portland, OR 97204
mattlevin@markowitzherbold.com

**Dallas S. DeLuca**
Markowitz Herbold PC
1455 SW Broadway
Suite 1900
Portland, OR 97201
dallasdeluca@markowitzherbold.com

**Anna Marie Joyce**
Markowitz Herbold PC
1211 SW 5th Ave
Suite 3000
Portland, OR 97204
annajoyce@markowitzherbold.com

**Vivek A. Kothari**
Markowitz Herbold PC
1455 SW Broadway
Suite 1900
Portland, OR 97201
vivekkothari@markowitzherbold.com

**David B. Markowitz**
Markowitz Herbold PC
1211 SW 5th Ave
Suite 3000
Portland, OR 97204
davidmarkowitz@mhgm.com

**Harry B. Wilson**
Markowitz Herbold PC
1455 SW Broadway
Suite 1900
Portland, OR 97201
harrywilson@markowitzherbold.com

**Katherine M. Acosta**
Markowitz Herbold PC
1455 SW Broadway
Suite 1900
Portland, OR 97201
katherineacosta@markowitzherbold.com

**Carla Scott**
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
carla.a.scott@doj.state.or.us

**Laura R. Salerno Owens**
Markowitz Herbold PC
1455 SW Broadway
Suite 1900
Portland, OR 97201
laurasalerno@markowitzherbold.com

Of Attorneys for Oregon Health
Authority and Patrick Allen

**Jonathan W. Monson**
Cable Huston LLP
1001 SW 5th Avenue
Suite 2000
Portland, OR 97204
jmonson@cablehuston.com

**Nicole M. Swift**
Cable Huston LLP
1001 SW 5th Avenue
Suite 2000
Portland, OR 97204
nswift@cablehuston.com

Of Attorneys for Patrick Allen

Page 1   -   CERTIFICATE OF SERVICE

**Beth Plass**
Vickers Plass, LLC
5200 SW Meadows Rd
Suite 150
Lake Oswego, OR 97035
bplass@vickersplass.com

**Jeffrey D. Hern**
Schwabe, Williamson & Wyatt
1211 SW 5th Ave
Suite 1600
Portland, OR 97204
jhern@schwabe.com

Of Attorneys for Lynne Saxton

Of Attorneys for Trillium
Community Health Plan, LLC

**Michael D. Crew**
Michael D. Crew, LLC
c/o Encompass Legal Admin
Portland OR 97224
mcrew@mcrewlaw.com

**Daniel P. Larsen**
Buchalter Ater Wynne, LLP
1331 NW Lovejoy Street
Suite 900
Portland, OR 97209
dlarsen@buchalter.com

**Matthew J. Yium**
Foster Garvey P.C.
121 SW Morrison Street
11th Floor
Portland, OR 97204
matthew.yium@foster.com

Of Attorneys for AllCare CCO, Inc.

Of Attorneys for Columbia Pacific
CCO, LLC & Jackson Care Connect

Of Attorneys for PacificSource
Community Solutions

**Gregory A. Chaimov**
Davis Wright Tremaine, LLP
1300 SW Fifth Avenue
Suite 2400
Portland, OR 97201
gregorychaimov@dwt.com

Of Attorneys for Health
Share of Oregon

by electronic means through the Court's Case Management/Electronic Case File system.

*/s/ Blake H. Fry*
Blake. H. Fry, OSB #100128
Of Attorneys for Defendants

Page 2   -   CERTIFICATE OF SERVICE