**GREGORY A. CHAIMOV, OSB 822180**
gregorychaimov@dwt.com
**P. ANDREW MCSTAY, JR., OSB 033997**
andymcstay@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Non-Party Health Share of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>DEFENDANTS. | Case No. 6:18-cv-00296-MO<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR NON-PARTY HEALTH SHARE OF OREGON** |

NOTICE IS HEREBY GIVEN that P. Andrew McStay, Jr., of Davis Wright Tremaine

LLP is substituted in place of Gregory A. Chaimov of Davis Wright Tremaine LLP, as the

attorney of record for non-party Health Share of Oregon in the above-captioned litigation.

Please direct all communications and service of pleadings to P. Andrew McStay, Jr. at the

contact information shown below.

Page 1 – NOTICE OF SUBSTITUTION OF COUNSEL FOR NON-PARTY HEALTH SHARE OF OREGON

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

DATED this 13th day of January, 2021.

**DAVIS WRIGHT TREMAINE LLP**


By  *s/ P. Andrew McStay, Jr.*
Gregory A. Chaimov, OSB 822180
gregorychaimov@dwt.com
P. Andrew McStay, Jr., OSB 033997
andymcstay@dwt.com
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Non-Party Health Share of Oregon

Page 2 – NOTICE OF SUBSTITUTION OF COUNSEL FOR NON-PARTY HEALTH SHARE OF OREGON