**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

    Special Assistant Attorneys General for Defendants Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen in his official capacity as director of the Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                                Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>                                Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF PATRICK ALLEN IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO EXTEND STAY** |

    I, Patrick Allen, declare:

    1.    I am the Director of the Oregon Health Authority.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

**Page 1 -**    **DECLARATION OF PATRICK ALLEN IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO EXTEND STAY**

2. I became Director of OHA in 2017. As Director of OHA, I am responsible for the overall operations of the agency, including all decisions of the agency in this litigation. I was deposed as part of the litigation.

3. OHA is the lead Oregon state agency responsible for both responding to the coronavirus pandemic and coordinating the state's vaccine program. I presently spend at least 90% of my time working directly on coronavirus response or vaccine distribution.

4. I have reconfigured OHA to make responding to the pandemic the agency's first priority. The pandemic has forced me to defer much of the agency's other work pending resolution of the pandemic. Over the past several months, I have overseen and continue to oversee the creation of a new division dedicated solely to managing the State's coronavirus response.

5. I do not expect the amount of my time I must dedicate to coronavirus response and vaccine distribution dropping below 80% in the foreseeable future and probably not until the vaccine has been widely distributed throughout Oregon.

6. My workload since the pandemic hit Oregon has been intense and I work every day of the week with few exceptions. Since the last week in February, I have had fewer than 10 days off. I do not expect this workload to change so long as the pandemic continues.

7. When this litigation was active, the amount of my time I needed to manage and participate in the litigation varied widely by week, but I estimate I spent on average 10 hours a week on the litigation. As the Director of OHA, I have responsibility for management of this litigation. I take that responsibility seriously and dedicate substantial time and energy to ensuring that OHA's response to the litigation best serves the needs of the Agency and the people of Oregon. Under the current circumstances, however, I have no additional capacity. I cannot dedicate any additional hours to litigation. If I had to spend time managing and participating in this litigation, I would be forced to forego other vitally important work that protects the health and safety of Oregonians.

**Page 2 -    DECLARATION OF PATRICK ALLEN IN SUPPORT OF DEFENDANT
             OREGON HEALTH AUTHORITY'S MOTION TO EXTEND STAY**

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of January, 2021.

_____
Patrick Allen

1095188

Page 3 - **DECLARATION OF PATRICK ALLEN IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO EXTEND STAY**