| ID | LogTime | Action | InstID | Username | FolderID | FileID | IPAddress | Error | Parm1 | Parm2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 30531699 | 2/13/2019 12:02 | folder_add | 7816 | wsz42hxf42911rjp | 552117267 | | 10.127.17.8 | 0 | FamilyCare CCOs | /External Users/FamilyCare CCOs |
| 30531703 | 2/13/2019 12:02 | folder_xkeys | 7816 | wsz42hxf42911rjp | 552117267 | | 10.127.17.8 | 0 | | |
| 30531747 | 2/13/2019 12:07 | folder_xinherit | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | 0 | |
| 30531757 | 2/13/2019 12:08 | folder_xsettings | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | | |
| 30531828 | 2/13/2019 12:14 | file_upload | 7816 | wsz42hxf42911rjp | 552117267 | 552307812 | 10.127.17.8 | 0 | 20190212v001.zip | |
| 30531943 | 2/13/2019 12:25 | folder_adduser | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | actspbbmo7p0z339 | Frank Langfitt |
| 30531944 | 2/13/2019 12:25 | folder_adduser | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | 24tp9bf9940el1h4 | Chris McCracken |
| 30560239 | 2/15/2019 12:04 | folder_adduser | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | 669mj9985z76px48 | Erika Buck |
| 30560249 | 2/15/2019 12:05 | folder_adduser | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | actspbbmo7p0z339 | Frank Langfitt |
| 30560250 | 2/15/2019 12:05 | folder_adduser | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | actspbbmo7p0z339 | Frank Langfitt |
| 30560251 | 2/15/2019 12:06 | folder_adduser | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | 24tp9bf9940el1h4 | Chris McCracken |
| 30560252 | 2/15/2019 12:06 | folder_adduser | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | 24tp9bf9940el1h4 | Chris McCracken |
| 30560253 | 2/15/2019 12:06 | folder_adduser | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | 24tp9bf9940el1h4 | Chris McCracken |
| 30621244 | 2/19/2019 16:26 | file_download | 7816 | actspbbmo7p0z339 | 552117267 | 552307812 | 63.146.204.202 | 20 | | 0 |
| 30622642 | 2/19/2019 18:52 | file_download | 7816 | actspbbmo7p0z339 | 552117267 | 552307812 | 63.146.204.202 | 20 | | 0 |
| 30624343 | 2/19/2019 21:54 | file_download | 7816 | actspbbmo7p0z339 | 552117267 | 552307812 | 63.146.204.202 | 0 | | 0 |
| 30708340 | 2/26/2019 14:54 | folder_adduser | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | 739zz14psu6k4l2i | Matthew Yium |
| 30708339 | 2/26/2019 14:54 | folder_adduser | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | qls73q0c47108161 | Jeffrey Hern |
| 30708338 | 2/26/2019 14:54 | folder_adduser | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | z9jflm60fuc0buac | Elizabeth Knight |
| 30708337 | 2/26/2019 14:54 | folder_adduser | 7816 | wsz42hxf42911rjp | 552117267 | | 198.22.100.222 | 0 | a8rf397ae9fxeup6 | Daniel Larsen |
| 30712800 | 2/26/2019 18:00 | file_download | 7816 | qls73q0c47108161 | 552117267 | 552307812 | 207.162.212.244 | 0 | | 0 |
| 30712936 | 2/26/2019 18:14 | file_download | 7816 | a8rf397ae9fxeup6 | 552117267 | 552307812 | 66.193.100.82 | 0 | | 0 |
| 30713074 | 2/26/2019 18:29 | file_download | 7816 | a8rf397ae9fxeup6 | 552117267 | 552307812 | 66.193.100.82 | 0 | | 0 |
| 30713239 | 2/26/2019 18:46 | file_download | 7816 | qls73q0c47108161 | 552117267 | 552307812 | 74.92.163.57 | 0 | | 0 |
| 30726433 | 2/27/2019 16:53 | file_download | 7816 | a8rf397ae9fxeup6 | 552117267 | 552307812 | 66.193.100.82 | 0 | | 0 |
| 30727190 | 2/27/2019 18:07 | file_copyto | 7816 | z9jflm60fuc0buac | 552117267 | 552307812 | 50.207.188.157 | 0 | 0 | 555835747 |
| 30728731 | 2/27/2019 20:45 | file_download | 7816 | z9jflm60fuc0buac | 552117267 | 552307812 | 50.207.188.157 | 0 | | 0 |
| 30793721 | 3/1/2019 1:14 | file_delete | 7816 | Automation | 552117267 | 552307812 | SCRIPT | 0 | 20190212v001.zip | FamilyCare |
| 31547286 | 4/1/2019 1:02 | folder_delete | 7816 | Automation | 552117267 | | SCRIPT | 0 | FamilyCare | /External Users/FamilyCare |

Exhibit 4

Page 1 of 1