**PERKINS**Coie

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

**T** +1.206.359.8000
**F** +1.206.359.9000
PerkinsCoie.com

October 9, 2019

**VIA EMAIL**

Matthew P. Gordon
MGordon@perkinscoie.com
D.  +1.206.359.3552
F.  +1.206.359.4552

The Honorable Michael W. Mosman
United States District Court
1000 SW Third Avenue, Room 1615
Portland, OR 97204

Re:    ***FamilyCare, Inc. v. Oregon Health Authority, et al.*, Case No. 6:18-cv-00296-MO**
        **FamilyCare-EOCCO Stipulation re AEO Designations**

Dear Judge Mosman:

FamilyCare, Inc. ("FamilyCare") and Eastern Oregon Coordinated Care Organization
("EOCCO") jointly submit this stipulation regarding FamilyCare's February 1, 2019, request to
down-designate certain documents currently designated AEO.

EOCCO does not oppose down-designating to confidential the 4,344 documents identified in
Attachment A to FamilyCare's February 1, 2019, letter to the Court, provided that FamilyCare
agrees to immediately sequester any such documents it encounters that contain information about
CCO-specific prescription drug pricing and to promptly re-designate any such documents as
AEO, and that the terms of the protective orders remain in place.

Very truly yours,

**PERKINS COIE LLP**

By: *s/* Matthew P. Gordon

    Matthew P. Gordon, *admitted pro hac vice*
    MGordon@perkinscoie.com
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone:  206.359.8000
    Facsimile:  206.359.9000

    Attorneys for Plaintiff
    *FamilyCare, Inc.*

**MILLER NASH GRAHAM & DUNN LLP**

By: *s/* Frank V. Langfitt III

    Frank V. Langfitt III, OSB No. 731770
    Frank.Langfitt@millernash.com
    MILLER NASH GRAHAM & DUNN LLP
    111 SW 5th Ave., Ste. 3400
    Portland, OR 97204
    Telephone:  503.224.5858
    Facsimile:  503.224.0155

    Attorneys for Intervenor
    *Eastern Oregon Coordinated Care*
    *Organization, LLC*

cc:    All counsel (via email)

145366528.1
Perkins Coie LLP

Exhibit 5
Page 1 of 1