PERKINSCOIe

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

T +1.206.359.8000
F +1.206.359.9000
PerkinsCoie.com

June 9, 2020

Matthew P. Gordon
MGordon@perkinscoie.com
D. +1.206.359.3552
F. +1.206.359.4552

**VIA EMAIL**

The Honorable Michael W. Mosman
United States District Court
1000 SW Third Avenue, Room 1615
Portland, OR 97204

Re:    *FamilyCare, Inc. v. Oregon Health Authority, et al.*, Case No. 6:18-cv-00296-MO
       **FamilyCare's Pending Request to Down-Designate Certain AEO Documents**

Dear Judge Mosman:

FamilyCare writes in relation to its February 1, 2019 request to down-designate certain documents currently designated "Attorneys Eyes Only" ("AEO") to notify the Court that FamilyCare has recently learned that, as a result of a technical error, FamilyCare's February 1, 2019 submission to the Court inadvertently omitted 729 AEO documents which FamilyCare believes should be down-designated, and to request that the Court consider ordering these additional documents down-designated as well as the others for which a down-designation request is already pending. FamilyCare regrets the error and has already notified counsel for the CCOs and Optumas of it by prior correspondence. The list of additional documents is appended to this letter as **Attachment A**.

Because these additional documents were not on the list submitted to the Court in February 2019, they were also not included among the documents that FamilyCare provided for review to those CCOs who requested them in February 2019. Some of these documents were, however, part of FamilyCare's October 15, 2018, Motion for Partial Reconsideration of Order Denying Motion to Permit Access to AEO Documents. Moreover, all 729 appear to be similar to the documents identified in the February 1, 2019, submission, both in substance and in the time period in which the documents were generated, and all fit within one of the categories identified in FamilyCare's letter of that date.

While the CCOs' or Optumas's position on down-designation may not change with respect to these documents, FamilyCare believes that these additional documents should not prejudice them as, with the exception of Eastern Oregon Community Care Organization—which has withdrawn its opposition—and Optumas, which is negotiating with FamilyCare, it is unclear whether any others have even reviewed the documents that were initially provided. Indeed, Health Share

Perkins Coie LLP

Exhibit 6
Page 1 of 13

The Honorable Michael W. Mosman
June 9, 2020
Page 2


recently asked FamilyCare to retransmit the documents provided for review in February 2019 because Health Share had never downloaded them for review.

Nevertheless, FamilyCare will provide the list of additional documents and access to the documents themselves to counsel. FamilyCare will continue to try to resolve any issues the CCOs and Optumas may have about the initially produced and additional documents, and FamilyCare will promptly notify the Court if the parties are able to reach resolution or it believes that discussions have reached impasse.

Again, FamilyCare apologizes for the error and asks that the Court include these documents to be among those considered for down-designation.

Very truly yours,

**PERKINS COIE LLP**


*/s/ Matthew P. Gordon*
Matthew P. Gordon, *admitted pro hac vice*
MGordon@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:   206.359.9000

Attorneys for Plaintiff
*FamilyCare, Inc.*

Enclosures

cc:    All counsel (via email)

Exhibit 6
Page 2 of 13

# Attachment A -

# List of Additional Documents to be Down-Designated

Exhibit 6
Page 3 of 13

Risk Scoring
Page 1 of 1

# 01. Risk Scoring

| | | | |
|---|---|---|---|
| OPTUMAS_00038797 | OPTUMAS_00039270 | OPTUMAS_00027504 | OPT00030254 |
| OPT00030249 | OPT00041155 | OPTUMAS_00027508 | OPT00030245 |
| OPT00030239 | OPTUMAS_00040143 | OPTUMAS_00027156 | OHA_LIT_00218220 |
| OPTUMAS_00026677 | OPT00030234 | OPTUMAS_00027302 | OPTUMAS_00027174 |
| OPT00030237 | OPTUMAS_00039268 | OPT00030247 | OPT00030241 |
| OPT00030244 | OPT00030246 | OHA_LIT_00271576 | |
| OPTUMAS_00026689 | OPT00009334 | OHA_LIT_00273502 | |
| OPT00030243 | OPT00030242 | OPT00030238 | |

Exhibit 6
Page 4 of 13

Rate of Growth
Page 1 of 1

# 02. Rate of Growth

| | | | |
|---|---|---|---|
| OPTUMAS_00038631 | OPTUMAS_00039770 | OPTUMAS_00039775 | OPTUMAS_00038624 |
| OPTUMAS_00038634 | OPTUMAS_00039153 | OPTUMAS_00038637 | OPTUMAS_00038636 |
| OHA_LIT_00274002 | OPTUMAS_00039994 | OPTUMAS_00038630 | OPTUMAS_00038464 |
| OPTUMAS_00039156 | OHA_LIT_00274859 | OPTUMAS_00038627 | OHA_LIT_00287487 |
| OHA_LIT_00290510 | OHA_LIT_00294286 | OPTUMAS_00038625 | OPTUMAS_00038635 |
| OPTUMAS_00038622 | OPTUMAS_00026897 | OPT00003395 | OPTUMAS_00038633 |
| OPTUMAS_00039792 | OPTUMAS_00038629 | OHA_LIT_00266107 | OPTUMAS_00038626 |
| OPTUMAS_00038628 | OPTUMAS_00038623 | OPTUMAS_00038453 | OHA_LIT_00273962 |

Exhibit 6
Page 5 of 13

Triangulation
Page 1 of 1

# 03. Triangulation

| | | | |
|---|---|---|---|
| OHA_LIT_00302712 | OHA_LIT_00212290 | OPTUMAS_00026917 | OPT00017404 |
| OHA_LIT_00265786 | OHA_LIT_00302810 | OHA_LIT_00307104 | OPT00018299 |
| OHA_LIT_00240867 | OHA_LIT_01173075 | OHA_LIT_00263276 | OHA_LIT_00307107 |
| OPTUMAS_00026915 | OHA_LIT_00265787 | OHA_LIT_00305067 | OHA_LIT_01173066 |
| OHA_LIT_00739505 | OHA_LIT_01148870 | OPTUMAS_00027592 | OHA_LIT_00302701 |
| OPT00018325 | OHA_LIT_00302708 | OHA_LIT_00307109 | OHA_LIT_00264522 |
| OHA_LIT_00273887 | OHA_LIT_00269360 | OHA_LIT_00280038 | OPT00022854 |
| OHA_LIT_01173062 | OHA_LIT_00305057 | OHA_LIT_00265768 | OHA_LIT_00212100 |
| OPT00018273 | OPTUMAS_00026743 | OHA_LIT_00307106 | OHA_LIT_00302713 |
| OHA_LIT_00265126 | OHA_LIT_00249336 | OHA_LIT_00240801 | OHA_LIT_00265685 |
| OHA_LIT_01173071 | OHA_LIT_00302328 | OHA_LIT_00221831 | OHA_LIT_00307108 |
| OPTUMAS_00026918 | OPTUMAS_00026913 | OPT00048755 | OHA_LIT_01173063 |
| OHA_LIT_00302700 | OPT00018338 | OHA_LIT_00302703 | OHA_LIT_00307103 |
| OHA_LIT_00265791 | OHA_LIT_00240807 | OPT00018364 | OHA_LIT_00265788 |
| OPT00018260 | OHA_LIT_00265783 | OHA_LIT_01173061 | OHA_LIT_00211691 |
| OHA_LIT_00282240 | OHA_LIT_01173064 | OHA_LIT_00302702 | OHA_LIT_00265681 |
| OHA_LIT_00212038 | OHA_LIT_00265128 | OHA_LIT_00305071 | OHA_LIT_01173068 |
| OHA_LIT_00240859 | OHA_LIT_00265793 | OHA_LIT_00265789 | OHA_LIT_00264515 |
| OPT00018195 | OHA_LIT_00240926 | OHA_LIT_00265687 | OHA_LIT_00739509 |
| OHA_LIT_00305065 | OHA_LIT_00305063 | OHA_LIT_00305059 | OHA_LIT_00252721 |
| OHA_LIT_00264525 | OHA_LIT_00240860 | OPT00018351 | OHA_LIT_00265790 |
| OPTUMAS_00026753 | OHA_LIT_00250007 | OHA_LIT_00286893 | OHA_LIT_00212877 |
| OPT00018169 | OHA_LIT_01173073 | OHA_LIT_00265785 | OPT00002483 |
| OHA_LIT_00265764 | OHA_LIT_00265173 | OHA_LIT_01173067 | OHA_LIT_00240863 |
| OHA_LIT_00264411 | OHA_LIT_00307105 | OHA_LIT_01173074 | OHA_LIT_00273656 |
| OHA_LIT_01254236 | OHA_LIT_00240861 | OHA_LIT_00265784 | OPTUMAS_00026742 |
| OPTUMAS_00027543 | OHA_LIT_00240864 | OHA_LIT_00302704 | OHA_LIT_00240806 |
| OPT00018208 | OHA_LIT_01051184 | OHA_LIT_01173076 | OHA_LIT_00273834 |
| OHA_LIT_00240866 | OHA_LIT_00265360 | OHA_LIT_00250031 | OHA_LIT_00265792 |
| OHA_LIT_00717599 | OPT00032040 | OHA_LIT_00249962 | OPT00018312 |
| OHA_LIT_00265766 | OHA_LIT_01173072 | OPT00018234 | OPTUMAS_00026747 |
| OHA_LIT_00305069 | OHA_LIT_00292552 | OPT00080219 | |

Exhibit 6
Page 6 of 13

Regional Rate Model
Page 1 of 1

# 04. Regional Rate Model

| | | | |
|---|---|---|---|
| OPTUMAS_00039790 | OHA_LIT_00211765 | OHA_LIT_00212188 | OPT00023530 |
| OPT00023531 | OPT00027891 | OHA_LIT_00212218 | OPT00026588 |
| OHA_LIT_00212196 | OHA_LIT_00211793 | OPTUMAS_00027029 | OPTUMAS_00039751 |
| OHA_LIT_00212198 | OPT00028229 | OHA_LIT_00212200 | OPT00027892 |
| OPTUMAS_00038971 | OPTUMAS_00039777 | OHA_LIT_00262537 | OHA_LIT_00212165 |
| OPTUMAS_00039768 | OHA_LIT_00212164 | OPT00004493 | OHA_LIT_00211825 |
| OPTUMAS_00039058 | OPT00032059 | OPT00027889 | OPT00029839 |
| OPT00030259 | OPT00050998 | OPT00024833 | OPT00027890 |
| OPT00023529 | OHA_LIT_00211766 | OHA_LIT_00212190 | OHA_LIT_00212163 |
| OHA_LIT_00212217 | OPT00023816 | OPT00051001 | OPT00023528 |
| OHA_LIT_00212189 | OPTUMAS_00026873 | OHA_LIT_00211768 | |

Exhibit 6
Page 7 of 13

Schedule L
Page 1 of 1

# 05. Schedule L

| | | | |
|---|---|---|---|
| OHA_LIT_00307213 | OHA_LIT_00514503 | OHA_LIT_00233748 | OHA_LIT_00233747 |
| OHA_LIT_00211948 | OHA_LIT_00511959 | OHA_LIT_00264674 | OHA_LIT_00273607 |
| OHA_LIT_00573022 | OHA_LIT_00233736 | OHA_LIT_00305077 | OHA_LIT_00265132 |
| OHA_LIT_00295294 | OHA_LIT_00233739 | OHA_LIT_00514488 | OHA_LIT_00295160 |
| OHA_LIT_00509702 | OHA_LIT_00212030 | OHA_LIT_00233733 | OHA_LIT_00233740 |
| OHA_LIT_00305073 | OHA_LIT_00243146 | OHA_LIT_00233742 | OPT00023543 |
| OHA_LIT_00302909 | OHA_LIT_00211624 | OHA_LIT_00233746 | OHA_LIT_00290202 |
| OHA_LIT_00255318 | OHA_LIT_00305082 | OHA_LIT_00573029 | OHA_LIT_00305080 |
| OHA_LIT_00305091 | OHA_LIT_00255061 | OHA_LIT_00307212 | OHA_LIT_00573023 |
| OHA_LIT_00573031 | OHA_LIT_00675718 | OHA_LIT_00233741 | OHA_LIT_01269639 |
| OHA_LIT_00305075 | OHA_LIT_00514513 | OHA_LIT_00573039 | OHA_LIT_00295178 |
| OHA_LIT_00307184 | OHA_LIT_00289260 | OHA_LIT_00295642 | OHA_LIT_00295619 |
| OHA_LIT_00233738 | OHA_LIT_00268688 | OHA_LIT_00265117 | OHA_LIT_00675713 |
| OPT00008380 | OHA_LIT_00573030 | OHA_LIT_00290090 | OHA_LIT_00263731 |
| OPT00022930 | OHA_LIT_00307170 | OHA_LIT_00233737 | OHA_LIT_00295236 |
| OHA_LIT_00573024 | OHA_LIT_00474736 | OHA_LIT_00233734 | OHA_LIT_00305079 |

Exhibit 6
Page 8 of 13

Other Rate Development
Page 1 of 3

# 06. Other Rate Development

| | | | |
|---|---|---|---|
| OPTUMAS_00039047 | OPTUMAS_00027036 | OHA_LIT_00295621 | OHA_LIT_00264269 |
| OPTUMAS_00038112 | OPT00038048 | OHA_LIT_00660298 | OHA_LIT_00302946 |
| OPTUMAS_00027170 | OHA_LIT_00264417 | OPTUMAS_00027471 | OHA_LIT_00306395 |
| OHA_LIT_00295290 | OHA_LIT_00255322 | OPTUMAS_00027583 | OPTUMAS_00041670 |
| OPT00000377 | OHA_LIT_00305572 | OPTUMAS_00026605 | OHA_LIT_00302424 |
| OHA_LIT_00295613 | OPTUMAS_00069908 | OHA_LIT_00302959 | OHA_LIT_00854878 |
| OHA_LIT_00271543 | OHA_LIT_00305577 | OPT00031499 | OPTUMAS_00039418 |
| OHA_LIT_00260246 | OHA_LIT_00273960 | OHA_LIT_00264410 | OHA_LIT_00306250 |
| OPTUMAS_00026871 | OPTUMAS_00034841 | OHA_LIT_00218165 | OHA_LIT_00302790 |
| OPT00034691 | OPTUMAS_00026892 | OHA_LIT_00302945 | OHA_LIT_00264415 |
| OHA_LIT_01263846 | OHA_LIT_01256128 | OPT00034688 | OHA_LIT_00305622 |
| OHA_LIT_00274338 | OHA_LIT_00570814 | OHA_LIT_00219165 | OHA_LIT_00262512 |
| OHA_LIT_00497162 | OPT00046429 | OHA_LIT_00263723 | OHA_LIT_00302146 |
| OPTUMAS_00039259 | OHA_LIT_00489145 | OHA_LIT_00531678 | OHA_LIT_00272946 |
| OHA_LIT_00274384 | OHA_LIT_00265761 | OHA_LIT_00570818 | OHA_LIT_01272811 |
| OHA_LIT_00265473 | OHA_LIT_00248674 | OHA_LIT_00295284 | OHA_LIT_00531045 |
| OPT00000289 | OHA_LIT_00570816 | OPT00030480 | OPTUMAS_00027037 |
| OPTUMAS_00027154 | OHA_LIT_00274342 | OHA_LIT_00252600 | OPTUMAS_00026891 |
| OPTUMAS_00039305 | OPTUMAS_00039304 | OHA_LIT_00240923 | OHA_LIT_00495895 |
| OHA_LIT_00570824 | OPTUMAS_00039233 | OHA_LIT_00531113 | OHA_LIT_00302949 |
| OHA_LIT_00273664 | OHA_LIT_00292829 | OHA_LIT_00264419 | OHA_LIT_00495909 |
| OHA_LIT_00268523 | OHA_LIT_00218086 | OHA_LIT_00302804 | OHA_LIT_00302822 |
| OHA_LIT_00295292 | OHA_LIT_00295296 | OPT00031804 | OHA_LIT_00244670 |
| OHA_LIT_00272954 | OHA_LIT_01105923 | OHA_LIT_00265753 | OHA_LIT_00274339 |
| OHA_LIT_00570822 | OPT00035241 | OPTUMAS_00027151 | OPTUMAS_00027035 |
| OHA_LIT_00274341 | OPTUMAS_00038983 | OHA_LIT_00302947 | OHA_LIT_00295293 |
| OHA_LIT_00307069 | OPT00052577 | OPTUMAS_00026923 | OHA_LIT_01263844 |
| OPTUMAS_00039926 | OHA_LIT_00305621 | OHA_LIT_00263165 | OHA_LIT_00244946 |
| OHA_LIT_00268412 | OHA_LIT_00299237 | OHA_LIT_00268665 | OHA_LIT_01144350 |
| OPT00032509 | OHA_LIT_00271916 | OPTUMAS_00039829 | OHA_LIT_00264422 |
| OPT00034606 | OHA_LIT_00219134 | OHA_LIT_00496851 | OHA_LIT_00302179 |
| OHA_LIT_00219506 | OPTUMAS_00039097 | OHA_LIT_00280062 | OPTUMAS_00027162 |
| OHA_LIT_00273630 | OPTUMAS_00039306 | OHA_LIT_00265337 | OHA_LIT_00273805 |
| OHA_LIT_00274053 | OPT00003159 | OHA_LIT_00271306 | OHA_LIT_00294985 |
| OPTUMAS_00026893 | OHA_LIT_00271895 | OHA_LIT_00531760 | OPT00030283 |
| OPT00038369 | OHA_LIT_00266035 | OHA_LIT_00255583 | OHA_LIT_00722169 |
| OHA_LIT_00302547 | OHA_LIT_00295287 | OHA_LIT_00570803 | OHA_LIT_00219482 |

Exhibit 6
Page 9 of 13

Other Rate Development
Page 2 of 3

| | | | |
|---|---|---|---|
| OPTUMAS_00036830 | OHA_LIT_00264418 | OHA_LIT_00255321 | OHA_LIT_00306364 |
| OPTUMAS_00038972 | OPT00000309 | OHA_LIT_00244897 | OPTUMAS_00089972 |
| OHA_LIT_00496856 | OHA_LIT_00264691 | OHA_LIT_00269163 | OHA_LIT_00264317 |
| OPTUMAS_00039936 | OPTUMAS_00027526 | OHA_LIT_00263109 | OHA_LIT_00260244 |
| OPTUMAS_00026894 | OPTUMAS_00026978 | OHA_LIT_00282231 | OPTUMAS_00038975 |
| OPTUMAS_00039827 | OPT00031806 | OHA_LIT_00244884 | OHA_LIT_00305154 |
| OHA_LIT_00266651 | OHA_LIT_00306697 | OPTUMAS_00038114 | OHA_LIT_00271882 |
| OHA_LIT_00570820 | OPTUMAS_00027473 | OHA_LIT_00299563 | OPT00000014 |
| OHA_LIT_00264420 | OPTUMAS_00027599 | OPT00052430 | OPT00003303 |
| OHA_LIT_00302512 | OPTUMAS_00081469 | OPT00033118 | OHA_LIT_00299238 |
| OHA_LIT_00247461 | OPTUMAS_00039193 | OHA_LIT_00295297 | OHA_LIT_00264408 |
| OHA_LIT_00265760 | OHA_LIT_00262506 | OPT00035278 | OPTUMAS_00027149 |
| OHA_LIT_00244999 | OHA_LIT_00271503 | OHA_LIT_00265335 | OHA_LIT_00676943 |
| OHA_LIT_00269291 | OHA_LIT_01274524 | OPTUMAS_00027610 | OHA_LIT_00291755 |
| OPTUMAS_00039102 | OPTUMAS_00040141 | OHA_LIT_00306695 | OPTUMAS_00049731 |
| OPTUMAS_00039505 | OPTUMAS_00039226 | OHA_LIT_00302646 | OPT00021448 |
| OPTUMAS_00027343 | OPTUMAS_00027465 | OHA_LIT_01254180 | OPTUMAS_00039904 |
| OHA_LIT_00264414 | OPTUMAS_00038093 | OPT00029817 | OHA_LIT_00250146 |
| OHA_LIT_00241151 | OHA_LIT_00266421 | OPTUMAS_00026938 | OHA_LIT_00301357 |
| OPTUMAS_00026884 | OHA_LIT_00295283 | OPTUMAS_00026836 | OPTUMAS_00039197 |
| OPTUMAS_00039195 | OPT00031755 | OHA_LIT_00265359 | OPT00034690 |
| OPTUMAS_00038899 | OHA_LIT_00274340 | OPTUMAS_00027160 | OHA_LIT_00270119 |
| OPTUMAS_00040189 | OHA_LIT_00262456 | OPT00143890 | OPT00034820 |
| OHA_LIT_00570807 | OPTUMAS_00027201 | OPT00000986 | OPT00001569 |
| OPT00038399 | OHA_LIT_00252528 | OPTUMAS_00069907 | OPTUMAS_00039772 |
| OHA_LIT_00245712 | OPT00038305 | OHA_LIT_01256141 | OPT00009437 |
| OHA_LIT_00295620 | OHA_LIT_00295286 | OHA_LIT_00495911 | OHA_LIT_00299614 |
| OHA_LIT_00265759 | OHA_LIT_00245240 | OHA_LIT_00266644 | OHA_LIT_00222225 |
| OHA_LIT_00273079 | OPTUMAS_00039932 | OHA_LIT_00263164 | OHA_LIT_00240876 |
| OHA_LIT_00511990 | OHA_LIT_00668000 | OPT00080222 | OPTUMAS_00027601 |
| OHA_LIT_00266654 | OPTUMAS_00039307 | OHA_LIT_00212932 | OPTUMAS_00031080 |
| OPTUMAS_00039417 | OPTUMAS_00027168 | OPT00034689 | OHA_LIT_00266442 |
| OHA_LIT_00250085 | OPTUMAS_00026895 | OHA_LIT_00305612 | OPTUMAS_00039242 |
| OHA_LIT_00294967 | OHA_LIT_01256138 | OPTUMAS_00027358 | OHA_LIT_00244898 |
| OHA_LIT_00302814 | OHA_LIT_00250140 | OHA_LIT_00219597 | OPTUMAS_00039039 |
| OHA_LIT_00307214 | OPTUMAS_00039041 | OHA_LIT_00262446 | OHA_LIT_00263157 |
| OHA_LIT_00279976 | OHA_LIT_00260234 | OPT00030193 | OHA_LIT_00219257 |
| OHA_LIT_00244648 | OHA_LIT_00264416 | OPT00031749 | OPTUMAS_00026608 |
| OPTUMAS_00039199 | OHA_LIT_00265757 | OHA_LIT_01262239 | OHA_LIT_00264423 |

Exhibit 6
Page 10 of 13

Other Rate Development
Page 3 of 3

| | | | |
|---|---|---|---|
| OHA_LIT_00262778 | OHA_LIT_00265505 | OHA_LIT_00273034 | OHA_LIT_00514493 |
| OHA_LIT_00667873 | OPTUMAS_00026646 | OHA_LIT_00244638 | OPT00038038 |
| OHA_LIT_00292838 | OPT00034818 | OHA_LIT_00264352 | OPTUMAS_00026911 |
| OPT00021436 | OPT00029206 | OPTUMAS_00039503 | OPT00008404 |
| OPT00024596 | OHA_LIT_00262776 | OHA_LIT_00212129 | OHA_LIT_01197696 |
| OHA_LIT_00239452 | OHA_LIT_00273450 | OPT00033117 | OPTUMAS_00027022 |
| OHA_LIT_00271003 | OHA_LIT_00495913 | OHA_LIT_00268681 | OPTUMAS_00039434 |
| OHA_LIT_00294986 | OHA_LIT_00265361 | OHA_LIT_00274048 | OPTUMAS_00027591 |
| OPTUMAS_00027024 | OHA_LIT_00529592 | OPTUMAS_00027175 | OPTUMAS_00039091 |
| OHA_LIT_00264421 | OHA_LIT_01262556 | OPTUMAS_00027021 | OHA_LIT_00415872 |
| OHA_LIT_00240924 | OHA_LIT_00268666 | OPTUMAS_00027380 | OPTUMAS_00027469 |
| OPTUMAS_00027545 | OPTUMAS_00027542 | OHA_LIT_00524371 | OHA_LIT_00514553 |
| OHA_LIT_00495843 | OHA_LIT_00295295 | OPTUMAS_00039303 | OHA_LIT_00306311 |
| OHA_LIT_00270408 | OHA_LIT_00489134 | OHA_LIT_00221940 | OHA_LIT_00514548 |
| OHA_LIT_00265758 | OHA_LIT_00660120 | | |

Exhibit 6
Page 11 of 13

Financial Comparison
Page 1 of 1

# 07. Financial Comparison

| | | | |
|---|---|---|---|
| OHA_LIT_00296945 | OPTUMAS_00036708 | OHA_LIT_00272884 | OPT00030281 |
| OHA_LIT_00511616 | OHA_LIT_00511985 | OHA_LIT_00264570 | OHA_LIT_00295349 |
| OHA_LIT_00295512 | OHA_LIT_00295401 | OHA_LIT_00270850 | OHA_LIT_00286888 |
| OHA_LIT_00675733 | OHA_LIT_00511716 | OHA_LIT_00295507 | OHA_LIT_00278572 |
| OHA_LIT_00273568 | OHA_LIT_00295352 | OHA_LIT_00531538 | OHA_LIT_00295385 |
| OHA_LIT_00306733 | OHA_LIT_00255290 | OHA_LIT_00301949 | OHA_LIT_00511814 |
| OHA_LIT_00474347 | OHA_LIT_00265837 | OHA_LIT_00495787 | OHA_LIT_00511556 |
| OHA_LIT_00295618 | OHA_LIT_00675702 | OHA_LIT_00273032 | OHA_LIT_00270294 |
| OHA_LIT_00512698 | OHA_LIT_00299555 | OHA_LIT_00273961 | OHA_LIT_00675723 |
| OHA_LIT_00292481 | OHA_LIT_00675708 | OHA_LIT_00773862 | |
| OHA_LIT_00299305 | OHA_LIT_00511636 | OHA_LIT_00299553 | |
| OHA_LIT_00292833 | OHA_LIT_00511848 | OHA_LIT_00306679 | |

Exhibit 6
Page 12 of 13

Recoupment & Adjustment
Page 1 of 1

# 08. Recoupment & Adjustment

| | | | |
|---|---|---|---|
| OHA_LIT_00489090 | OHA_LIT_00260139 | OHA_LIT_00286219 | OHA_LIT_00266727 |
| OHA_LIT_00292837 | OHA_LIT_00489089 | OHA_LIT_00237756 | OHA_LIT_00291705 |
| OHA_LIT_00244894 | OHA_LIT_00294801 | OHA_LIT_00302511 | OHA_LIT_00255613 |
| OHA_LIT_00260137 | OHA_LIT_00271184 | OHA_LIT_00271645 | OHA_LIT_00271090 |
| OHA_LIT_00271325 | OHA_LIT_00259843 | OHA_LIT_00281667 | OHA_LIT_00237677 |
| OHA_LIT_01293151 | OHA_LIT_00292842 | OHA_LIT_00294822 | |
| OHA_LIT_00292144 | OHA_LIT_00292118 | OHA_LIT_00233763 | |

Exhibit 6
Page 13 of 13