**PERKINS COIE**

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

☏ +1.206.359.8000
🖷 +1.206.359.9000
PerkinsCoie.com

July 1, 2020

Matthew P. Gordon
MGordon@perkinscoie.com
D. +1.206.359.3552
F. +1.206.359.4552

**VIA EMAIL**

| | |
|---|---|
| Brian Parrott<br>brian@bparrott-law.com | Matthew J. Yium<br>matthew.yium@foster.com |
| Michael D. Crew<br>mcrew@mcrewlaw.com | Joel A. Parker<br>jparker@schwabe.com |
| Anna Sortun<br>anna.sortun@tonkon.com | Jeffrey D. Hern<br>jhern@schwabe.com |
| Gregory Chaimov<br>gregorychaimov@dwt.com | Arden J. Olson<br>arden.j.olson@harrang.com |
| Tyler G. Jacobsen<br>tjacobsen@samhealth.org | Peter F. Stoloff<br>pstoloff@peterstoloff-law.com |
| Gabe Parra<br>GParra@samhealth.org | B. Scott Whipple<br>scott@whipplelawoffice.com |

Re:    **AEO down-designation**

Dear Counsel:

As you are aware, the Court has directed FamilyCare to file a motion regarding down-designation of the documents identified in FamilyCare's prior correspondence to the Court. FamilyCare is prepared to file a motion requesting down-designation of those documents to confidential but, in order to determine the necessity of doing so, I write to determine whether your clients continue to oppose down-designation.

Three CCOs have already stipulated to down-designating the documents, reflecting that any competitive or proprietary value in the documents has long since dissipated or evaporated. The OHA is now two years into CCO 2.0, FamilyCare is not in the Medicaid market, and the next CCO procurement is not scheduled until 2025. Moreover, most CCOs did not even download the February 2019 AEO documents, and only one has requested the documents identified in FamilyCare's June 2020 correspondence to the Court. The CCOs' inaction further suggests that any argument for maintaining AEO designation no longer exists.

Eastern Oregon CCO, Jackson Care Connect, and Columbia Pacific CCO have all stipulated to down-designate to confidential the AEO documents identified in FamilyCare's correspondence, provided that FamilyCare agrees to immediately sequester any such documents it encounters that

Counsel for All Intervenors
July 1, 2020
Page 2


contain information about CCO-specific prescription drug pricing and to promptly re-designate any such documents as AEO, and that the terms of the protective orders remain in place.

FamilyCare renews its request that all CCOs agree to down-designate the AEO documents, on the same terms negotiated with EOCCO, JCC, and CPCCO.  Please let me know, by **July 6, 2020**, whether your client will agree to down-designate the AEO documents on those terms so that we all can avoid what may well be unnecessary motion practice on this issue.


Very truly yours,

Matthew P. Gordon

MPG:mjm

cc:    Harry Wilson (via email only, HarryWilson@MarkowitzHerbold.com)
       Peter R. Mersereau (via email only, PMersereau@mershanlaw.com)
       Beth Plass (via email only, Bplass@mershanlaw.com)
       Blake H. Fry (via email only, bfry@mershanlaw.com)
       Kevin O'Malley (via email only, kevin.omalley@gknet.com)
       Chris Thompson (via email only, chris.thompson@gknet.com)
       Frank V. Langfitt III (via email only, frank.langfitt@millernash.com)
       Daniel P. Larsen (via email only, dpl@aterwynne.com)

Perkins Coie LLP

Exhibit 8
Page 2 of 2