| | |
|---|---|
| **From:** | Thompson, Christopher W. |
| **To:** | Mertens, Matthew (POR) |
| **Cc:** | Johnson, Thomas R., Jr. (POR); Stoller, Heidee (POR); Gordon, Matthew P. (SEA) |
| **Subject:** | RE: Optumas / FamilyCare agreement for down-designation |
| **Date:** | Tuesday, September 22, 2020 9:45:04 AM |
| **Attachments:** | image001.png |

Matt M.,

With that clarification/revision to item No. 3 in your original email, we are in agreement.

With respect to access to documents down-designated to "confidential", the only restriction on access to "confidential" documents is that provided by the protective order. Since we no longer have a "Remain AEO, but Bill Murray OK" category, that prior proposed restriction is now moot. If the people you mentioned are permitted access to confidential documents under the PO, then they may do so.

Let me know if we need to discuss anything else.

Regards,

Chris



2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com

Christopher W. Thompson
Attorney Profile
chris.thompson@gknet.com
602-530-8393

---

**From:** Mertens, Matthew (Perkins Coie) [mailto:MMertens@perkinscoie.com]
**Sent:** Monday, September 21, 2020 2:16 PM
**To:** Thompson, Christopher W. <chris.thompson@gknet.com>
**Cc:** Johnson, Thomas R., Jr. (Perkins Coie) <TRJohnson@perkinscoie.com>; Stoller, Heidee (Perkins Coie) <HStoller@perkinscoie.com>; Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>
**Subject:** RE: Optumas / FamilyCare agreement for down-designation

Hi, Chris—

Thanks for your time on the phone just now. You rightly pointed out that Optumas has agreed to down-designate the documents *identified in the spreadsheet,* which is not necessarily "all

Exhibit 9
Page 1 of 4

documents," since you have only reviewed what's identified in the spreadsheet. My apologies for the sloppiness in my initial language.

So, I think No. 3 should properly read as follows:

(3)  Other than the 33 AEO documents identified by Bates number in the "ProdBegBates" column of the attached spreadsheet, Optumas agrees that FamilyCare may down-designate from "AEO" to "confidential" the documents highlighted in blue on the "Dedupl list June 2020 Letter" and the "Deduplicated List June 2019" tabs of the attached spreadsheet. Optumas agrees that FamilyCare may down-designate from "AEO" to "not confidential" the documents highlighted in green on the "Deduplicated List June 2019" tab of the attached spreadsheet.

Do you agree that the highlighted language accurately captures our agreement?

Thanks!

**Matt Mertens | Perkins Coie LLP**
COUNSEL
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com

 CHECK OUT OUR CORONAVIRUS: GUIDANCE FOR BUSINESSES TO LEARN HOW PERKINS COIE CAN HELP CLIENTS RESPOND AND PREPARE

**From:** Mertens, Matthew (POR)
**Sent:** Monday, September 21, 2020 11:59 AM
**To:** 'Thompson, Christopher W.' <chris.thompson@gknet.com>
**Cc:** Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Stoller, Heidee (POR) <HStoller@perkinscoie.com>; Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>
**Subject:** RE: Optumas / FamilyCare agreement for down-designation

Hi, Chris—

Just following up on the email below. Totally fine if you haven't gotten any additional feedback from your client yet on the "scope of access" issue; are you in agreement with the rest of the email?

Thanks!

Best,

**Matt Mertens | Perkins Coie LLP**
COUNSEL
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor

Exhibit 9
Page 2 of 4

Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com



CHECK OUT OUR CORONAVIRUS: GUIDANCE FOR BUSINESSES TO LEARN
HOW PERKINS COIE CAN HELP CLIENTS RESPOND AND PREPARE

**From:** Mertens, Matthew (POR)
**Sent:** Friday, September 18, 2020 3:06 PM
**To:** 'Thompson, Christopher W.' <chris.thompson@gknet.com>
**Cc:** Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Stoller, Heidee (POR) <HStoller@perkinscoie.com>; Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>
**Subject:** Optumas / FamilyCare agreement for down-designation

Hi, Chris—

Thanks very much for your time on the phone just now and your work over the past (many) months to talk through the AEO issues with me. The following is my understanding of FamilyCare and Optumas's agreement regarding the down-designation of certain Optumas documents from "AEO" to "confidential."

(1)  Optumas's position is that 33 documents identified by Bates number in the "ProdBegBates" column of the attached spreadsheet are "core" AEO materials that must remain AEO.

   a.   FamilyCare agrees not to challenge the AEO designation of these 33 documents at this time but reserves all rights under the Protective Order regarding these documents.

(2)  In addition, FamilyCare agrees to treat as AEO any documents it encounters that are textual duplicates of these 33 documents in Optumas's document production.

   a.   I represented to you on the telephone call (and will do so again here) that I have looked through the document production and do not think there are any non-AEO copies of the 33 documents. But, if we encounter any such copies, we will redesignate the copy as AEO and promptly alert you that we have done so.

(3)  Other than the 33 AEO documents identified by Bates number in the "ProdBegBates" column of the attached spreadsheet, Optumas agrees that FamilyCare may down-designate from "AEO" to "confidential" all other AEO documents produced to FamilyCare with the OPT and Optumas Bates prefixes.

(4)  FamilyCare agrees to work with Optumas in good faith regarding any additional down-designation from "confidential" to "no designation" that may be necessary for Optumas documents that may be used at trial.

Separately, I raised the "can Jeff and Art look at these documents, too" issue, and you thought that concern may have been resolved by getting rid of the "Bill Murray OK—AEO remain AEO" category,

Exhibit 9
Page 3 of 4

but we're both going to go back and look at former email correspondence on this topic to see if that can get you additional clarity before reaching back out to your client on this issue.

Anything I missed?

Thanks, Chris!

**Matt Mertens | Perkins Coie LLP**
COUNSEL
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com



CHECK OUT OUR CORONAVIRUS: GUIDANCE FOR BUSINESSES TO LEARN HOW PERKINS COIE CAN HELP CLIENTS RESPOND AND PREPARE

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

This message and any of the attached documents contain information from the law firm of Gallagher & Kennedy, P.A. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

Exhibit 9
Page 4 of 4