| | |
|---|---|
| **From:** | Mertens, Matthew (POR) |
| **To:** | "Matthew Yium" |
| **Cc:** | Gordon, Matthew P. (SEA) |
| **Subject:** | RE: Following up on FamilyCare / OHA / PacificSource discussions |
| **Date:** | Thursday, September 10, 2020 5:40:00 PM |
| **Attachments:** | image001.png |

Hi, Matt—

Thanks for your time on the phone today. I appreciate your ongoing willingness to work towards a solution that is acceptable to all parties.

On my end, I've reached out to our e-discovery technology folks to (1) get a count of how many documents may pertain to PacificSource from both the February '19 batch and July '20 batch for which we're requesting down-designation; and (2) get a count of how many documents remain in dispute now that AllCare CCO, Columbia Pacific CCO, Eastern Oregon CCO, Health Share of Oregon, Intercommunity Health Network CCO, Jackson Care Connect, PrimaryHealth of Josephine County, and Willamette Valley Health have dropped their oppositions to down-designation.

On your end, you identified (1) the Schedule L; (2) provider-specific payment information; (3) percentage of the "cap rate" that was being paid to hospitals (note—neither of us were totally clear on what this meant, so we may need to subsequently clarify what the specific pressure point is here); and (4) prescription drug pricing information as being of particular concern to PacificSource. This isn't necessarily an exclusive list, and you're going to get additional client feedback on other information that may be concerning. I suggested that while I would need to check this with FamilyCare and didn't have client approval at this point, it's possible that we may be able to agree to keep some or all of that information AEO in exchange for PacificSource agreeing to down-designation of the documents that do not contain this kind of information. You don't have client authorization for that at this point either, to be clear, but it's a possible framework for continuing to work on these issues.

Is that a fair summary of our respective action items from our call?  Anything to add?

Thanks again,

**Matt Mertens | Perkins Coie LLP**
COUNSEL
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com

 CHECK OUT OUR CORONAVIRUS: GUIDANCE FOR BUSINESSES TO LEARN HOW PERKINS COIE CAN HELP CLIENTS RESPOND AND PREPARE

**From:** Matthew Yium <matthew.yium@foster.com>
**Sent:** Wednesday, September 9, 2020 2:38 PM
**To:** Mertens, Matthew (POR) <MMertens@perkinscoie.com>
**Cc:** Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; LeSage, Nick (POR) <NLeSage@perkinscoie.com>
**Subject:** RE: Following up on FamilyCare / OHA / PacificSource discussions

No problem.  How about 3:30 tomorrow (Thurs)?

Matt

Exhibit 11
Page 1 of 4

**Matthew Yium**

**Principal**

Foster Garvey PC
*Tel:* 503.553.3115
matthew.yium@foster.com

---

**From:** Mertens, Matthew (Perkins Coie) [mailto:MMertens@perkinscoie.com]
**Sent:** Wednesday, September 9, 2020 2:35 PM
**To:** Matthew Yium <matthew.yium@foster.com>
**Cc:** Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>; LeSage, Nick (Perkins Coie) <NLeSage@perkinscoie.com>
**Subject:** RE: Following up on FamilyCare / OHA / PacificSource discussions

Matt Y. and Matt G.—

I'm sorry for the late notice, but can we bump the call up from <mark>3:30 to 3:00</mark>? I have an unexpected conflict this afternoon. Otherwise I am generally free Thursday and Friday.

Thanks for your flexibility; I appreciate it.

Best,

**Matt Mertens | Perkins Coie LLP**
COUNSEL
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com

 CHECK OUT OUR CORONAVIRUS: GUIDANCE FOR BUSINESSES TO LEARN HOW PERKINS COIE CAN HELP CLIENTS RESPOND AND PREPARE

---

**From:** Mertens, Matthew (POR)
**Sent:** Tuesday, September 8, 2020 4:51 PM
**To:** 'Matthew Yium' <matthew.yium@foster.com>
**Cc:** Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>; LeSage, Nick (POR) <NLeSage@perkinscoie.com>
**Subject:** RE: Following up on FamilyCare / OHA / PacificSource discussions

+Nick

Absolutely! Nick, can you please send a Webex invite to all three Matts? Matt G.'s attendance is optional but please check his calendar and predicate the invite based on Matt G.'s availability since I am free after 2 as well.

Best,

**Matt Mertens | Perkins Coie LLP**
COUNSEL
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com

Exhibit 11
Page 2 of 4



**From:** Matthew Yium <matthew.yium@foster.com>
**Sent:** Tuesday, September 8, 2020 3:18 PM
**To:** Mertens, Matthew (POR) <MMertens@perkinscoie.com>
**Cc:** Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>
**Subject:** RE: Following up on FamilyCare / OHA / PacificSource discussions

Hi Matt M.,
Could we schedule a time tomorrow afternoon to talk?  I'm open any time after 2:00.

Matt

## Matthew Yium
**Principal**

Foster Garvey PC
*Tel:* 503.553.3115
matthew.yium@foster.com

**From:** Mertens, Matthew (Perkins Coie) [mailto:MMertens@perkinscoie.com]
**Sent:** Tuesday, September 8, 2020 11:38 AM
**To:** Matthew Yium <matthew.yium@foster.com>
**Cc:** Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>
**Subject:** Following up on FamilyCare / OHA / PacificSource discussions

Hi, Matt Y.—

I'm following up on your voice mail from August 25 and my return voice mail to you on August 27 re: the down-designation discussions in FamilyCare / OHA on behalf of your client PacificSource. You mentioned in your voice mail that your client had a couple of questions, so I was reaching back out to see if we could resolve those and hopefully facilitate an agreement to down-designate the AEO documents provided that (1) the prescription drug unit pricing (if any) should immediately be redesignated as AEO if encountered; and (2) the terms of the protective order otherwise remain in effect.

Looking forward to connecting.

Thanks much,

**Matt Mertens | Perkins Coie LLP**
COUNSEL
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com



H

Exhibit 11
Page 3 of 4

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Exhibit 11
Page 4 of 4