**CCO Questionnaire to Assist OHA in Responding to
FamilyCare's February 6 Public Records Request**

**Please return to OHA by February February 21, 2016**

Name of CCO: __Umpqua Health Alliance_____

Details regarding the five specific requests for records are attached as Appendix A.
Please answer the following questions (the questions are the same for each request)

**Request #1: Tri-County Regional Rate Model, with Columns I, J, and K
unmasked.**
a. Is any of this information known only to certain individuals within your CCO
   and used in your CCO business? Yes ☐     No ☒x
b. Does this information have actual or potential commercial value? Yes ☐
   No ☒
c. Does this information give its users an opportunity to obtain a business
   advantage over competitors who do not know or use it? Yes ☐     No ☒
d. If "yes" to all three questions:
   i.   Is this information patented? Yes ☐     No ☐
   ii.  Describe briefly the commercial value or business advantage


**Request #2: Base Data Exhibits for all other CCOs.**
a. Is any of this information known only to certain individuals within your CCO
   and used in your CCO business? Yes ☒     No ☐
b. Does this information have actual or potential commercial value? Yes ☐
   No ☒
c. Does this information give its users an opportunity to obtain a business
   advantage over competitors who do not know or use it? Yes ☐     No ☒
d. If "yes" to all three questions:
   i.   Is this information patented? Yes ☐     No ☐
   ii.  Describe briefly the commercial value or business advantage


**Request #3: Comparable Region Rate Models for the other three regions.**
a. Is any of this information known only to certain individuals within your CCO
   and used in your CCO business? Yes ☒     No ☐

Exhibit 16
Page 1 of 3

OHA000295    Exhibit 3
Page 17 of 73

b.  Does this information have actual or potential commercial value? Yes ☐ No ☒

c.  Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes ☐    No ☒

d.  If "yes" to all three questions:

    i.    Is this information patented? Yes ☐    No ☐

    ii.    Describe briefly the commercial value or business advantage

**Request #4: Raw Risk Score data at the regional level for all regions.**

a.  Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes ☒    No ☐

b.  Does this information have actual or potential commercial value? Yes ☐ No ☒

c.  Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes ☐    No ☒

d.  If "yes" to all three questions:

    i.    Is this information patented? Yes ☐    No ☐

    ii.    Describe briefly the commercial value or business advantage

**Request #5: Data underlying the "2017 Reimbursement Review" identified in Appendix VIII to the Optumas 2017 Rate Certification and the reimbursement adjustments made in connection with that policy.**

a.  Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes ☒    No ☐

b.  Does this information have actual or potential commercial value? Yes ☐ No ☒

c.  Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes ☐    No ☒

d.  If "yes" to all three questions:

    i.    Is this information patented? Yes ☐    No ☐

    ii.    Describe briefly the commercial value or business advantage

Exhibit 16
Page 2 of 3

OHA000296     Exhibit 3
Page 18 of 73

**Appendix A.      FamilyCare's Five Specific Requests for OHA Records**

**Request #1: Tri-County Regional Rate Model, with Columns I, J, and K unmasked.**

*See* Exhibit 1: "OR CY17 Rates — Regional Rate Model (TriCounty) 2016-10-06.xlsb" (enclosed). Columns I, J, and K were masked in the original model. FamilyCare is seeking the spreadsheet marked as Exhibit 1 with those columns unmasked.

**Request #2: Base Data Exhibits for all other CCOs.**

FamilyCare seeks the CY2015 Base Data Summary. *See* Exhibit 2: "OR - FamilyCare Base Data Exhibits.xlsx" (enclosed). FamilyCare's request is only for the data on the "BASE DATA SUMMARY" tab.

**Request #3: Comparable Region Rate Models for the other three regions.**

FamilyCare requests the comparable region rate models for the other three regions: Northwest, Southwest, and Central/Eastern. FamilyCare requests that this comparable region data be unmasked, consistent with FamilyCare's Request No. 1 above.

**Request #4: Raw Risk Score data at the regional level for all regions.**

*See* Exhibit 3: "CY17 Rates — FamilyCare Regional Base Data and Risk Factors.xlsx" (enclosed). The specific column references needed are the columns related to regional data: Columns D, G, I, K. FamilyCare does not seek any of the CCO specific data contained within this Exhibit 2.

**Request #5: Data underlying the "2017 Reimbursement Review" identified in Appendix VIII to the Optumas 2017 Rate Certification and the reimbursement adjustments made in connection with that policy.**

*See* Exhibit 4: "FamilyCare PMPM Summary.xslx" (enclosed). FamilyCare seeks the documents and data to understand the specific adjustments, and any related policy decisions, made to FamilyCare's reported costs reflected in this spreadsheet.

Exhibit 16
Page 3 of 3

OHA000297    Exhibit 3
Page 19 of 73