# CCO Questionnaire to Assist OHA in Responding to FamilyCare's February 6 Public Records Request

**Please return to OHA by February February 21, 2016**

Name of CCO: <u>Trillium</u>

Details regarding the five specific requests for records are attached as Appendix A. Please answer the following questions (the questions are the same for each request)

**Request #1: Tri-County Regional Rate Model, with Columns I, J, and K unmasked.**

a. Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes ☐   No ☒
b. Does this information have actual or potential commercial value? Yes ☐ No ☒
c. Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes ☐   No ☒
d. If "yes" to all three questions:
   i. Is this information patented? Yes ☐   No ☒
   ii. Describe briefly the commercial value or business advantage


**Request #2: Base Data Exhibits for all other CCOs.**

a. Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes ☒   No ☐
b. Does this information have actual or potential commercial value? Yes ☒ No ☐
c. Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes ☒   No ☐
d. If "yes" to all three questions:
   i. Is this information patented? Yes ☐   No ☒
   ii. Describe briefly the commercial value or business advantage
*The data includes proprietary contractual information. Provider negotiations may become more difficult if all of this information is disclosed to provider organizations.*

**Request #3: Comparable Region Rate Models for the other three regions.**

Exhibit 17
Page 1 of 6

OHA000251    Exhibit 3
Page 7 of 73

a. Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes ☐   No ☒
b. Does this information have actual or potential commercial value? Yes ☐   No ☒
c. Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes ☐   No ☒
d. If "yes" to all three questions:
   i. Is this information patented? Yes ☐   No ☐
   ii. Describe briefly the commercial value or business advantage

**Request #4: Raw Risk Score data at the regional level for all regions.**
a. Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes ☐   No ☒
b. Does this information have actual or potential commercial value? Yes ☐   No ☒
c. Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes ☐   No ☒
d. If "yes" to all three questions:
   i. Is this information patented? Yes ☐   No ☐
   ii. Describe briefly the commercial value or business advantage

**Request #5: Data underlying the "2017 Reimbursement Review" identified in Appendix VIII to the Optumas 2017 Rate Certification and the reimbursement adjustments made in connection with that policy.**
a. Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes ☒   No ☐
b. Does this information have actual or potential commercial value? Yes ☒   No ☐
c. Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes ☒   No ☐
d. If "yes" to all three questions:
   i. Is this information patented? Yes ☐   No ☒
   ii. Describe briefly the commercial value or business advantage
   *The data includes proprietary contractual information. Provider negotiations may become more difficult if all of this information is disclosed to provider organizations.*

Exhibit 17
Page 2 of 6
OHA000252   Exhibit 3
Page 8 of 73

**Appendix A.     FamilyCare's Five Specific Requests for OHA Records**

### Request #1: Tri-County Regional Rate Model, with Columns I, J, and K unmasked.

*See* Exhibit 1: "OR CY17 Rates — Regional Rate Model (TriCounty) 2016-10-06.xlsb" (enclosed). Columns I, J, and K were masked in the original model. FamilyCare is seeking the spreadsheet marked as Exhibit 1 with those columns unmasked.

### Request #2: Base Data Exhibits for all other CCOs.

FamilyCare seeks the CY2015 Base Data Summary. *See* Exhibit 2: "OR - FamilyCare Base Data Exhibits.xlsx" (enclosed). FamilyCare's request is only for the data on the "BASE DATA SUMMARY" tab.

### Request #3: Comparable Region Rate Models for the other three regions.

FamilyCare requests the comparable region rate models for the other three regions: Northwest, Southwest, and Central/Eastern. FamilyCare requests that this comparable region data be unmasked, consistent with FamilyCare's Request No. 1 above.

### Request #4: Raw Risk Score data at the regional level for all regions.

*See* Exhibit 3: "CY17 Rates — FamilyCare Regional Base Data and Risk Factors.xlsx" (enclosed). The specific column references needed are the columns related to regional data: Columns D, G, I, K. FamilyCare does not seek any of the CCO specific data contained within this Exhibit 2.

### Request #5: Data underlying the "2017 Reimbursement Review" identified in Appendix VIII to the Optumas 2017 Rate Certification and the reimbursement adjustments made in connection with that policy.

*See* Exhibit 4: "FamilyCare PMPM Summary.xslx" (enclosed). FamilyCare seeks the documents and data to understand the specific adjustments, and any related policy decisions, made to FamilyCare's reported costs reflected in this spreadsheet.

Exhibit 17
Page 3 of 6
OHA000253    Exhibit 3
Page 9 of 73

| | |
|---|---|
| **From:** | Falk Theodore C |
| **Sent:** | Monday, February 27, 2017 3:08 PM |
| **To:** | Taylor David |
| **Subject:** | FW: Request for Disclosure of Public Records ~ attorney client privilege |

One more.

**Ted Falk**

Attorney-in-Charge | Health and Human Services Section | General Counsel Division
Today's phone: 503-947-4430 (Salem office)
Phones: 971-673-1980 (Portland office); 503-947-4430 (Salem office); 503-931-0517 (mobile)

**From:** Busek Rhonda J [mailto:RHONDA.J.BUSEK@dhsoha.state.or.us]
**Sent:** Monday, February 27, 2017 3:07 PM
**To:** Stineman Renee; Falk Theodore C; Wahl Jeffrey
**Subject:** FW: Request for Disclosure of Public Records ~ attorney client privilege

Hi- hope you are well!  Here you go – thanks!

Rhonda

Rhonda Busek, BS  MBA
Provider Services Director
Health Systems
Rhonda.J.Busek@state.or.us
Desk:  503-945-6552



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** Lindsey Hopper [mailto:Lindsey.Hopper@pacificsource.com]
**Sent:** Tuesday, February 21, 2017 7:46 AM
**To:** Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>
**Cc:** Ken Provencher <ken.provencher@pacificsource.com>; Kristi Kernutt <Kristi.Kernutt@pacificsource.com>; Dan

Stevens <Dan.Stevens@pacificsource.com>
**Subject:** RE: Request for Disclosure of Public Records

Hi, Rhonda. We are not claiming trade secrets. If you have any questions, please let us know.

Thanks,
Lindsey

Sent with Good (www.good.com)

---

**From:** Busek Rhonda J <rhonda.j.busek@state.or.us>
**Sent:** Tuesday, February 14, 2017 8:40:48 AM
**To:** Ken Provencher; Dan Stevens; Lindsey Hopper
**Cc:** WAHL Jeffrey; Coyner Lori A; Saxton Lynne; Fairbanks Mark R; STINEMAN Renee; Falk Theodore C (theodore.falk@doj.state.or.us); Chauhan Varsha
**Subject:** Request for Disclosure of Public Records

Dear CCO Leadership:

Please find attached, a letter and other information related to a request for input on whether specific data you have submitted to OHA is trade secret.  A response is requested by February 21, 2017.

Please let me know if you have any questions.

Thanks!  Have a great day!

Rhonda

Rhonda Busek, BS  MBA
Provider Services Director
Health Systems
Rhonda.J.Busek@state.or.us
Desk:  503-945-6552



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual to whom they are addressed. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately advise the sender by reply e-mail and delete the e-mail. We appreciate your cooperation.

---------------------------------------------------------------------

3

Exhibit 17
Page 6 of 6
OHA000287    Exhibit 3
Page 12 of 73