**CCO Questionnaire to Assist OHA in Responding to
FamilyCare's February 6 Public Records Request**

**Please return to OHA by February February 21, 2016**

Name of CCO:  **Western Oregon Advanced Health, LLC**

Details regarding the five specific requests for records are attached as Appendix A.
Please answer the following questions (the questions are the same for each request)

**Request #1: Tri-County Regional Rate Model, with Columns I, J, and K
unmasked.**   No Response from WOAH

**Request #2: Base Data Exhibits for all other CCOs.**
a. Is any of this information known only to certain individuals within your CCO
   and used in your CCO business?  **Yes**
b. Does this information have actual or potential commercial value?  **Yes**
c. Does this information give its users an opportunity to obtain a business
   advantage over competitors who do not know or use it?  **Yes**
d. If "yes" to all three questions:
   i.   Is this information patented? **No**
   ii.  Describe briefly the commercial value or business advantage –
        **Commercial competitive bidding**

**Request #3: Comparable Region Rate Models for the other three regions.**
   No Response from WOAH

**Request #4: Raw Risk Score data at the regional level for all regions.**
a. Is any of this information known only to certain individuals within your CCO
   and used in your CCO business?  **Yes**
b. Does this information have actual or potential commercial value?  **Yes**
c. Does this information give its users an opportunity to obtain a business
   advantage over competitors who do not know or use it? **Yes**
d. If "yes" to all three questions:
   i.   Is this information patented?  **No**
   ii.  Describe briefly the commercial value or business advantage –
        **Competitive commercial bidding**

Exhibit 18
Page 1 of 2

OHA000309    Exhibit 3
Page 28 of 73

**Request #5: Data underlying the "2017 Reimbursement Review" identified in Appendix VIII to the Optumas 2017 Rate Certification and the reimbursement adjustments made in connection with that policy.**

a.  Is any of this information known only to certain individuals within your CCO and used in your CCO business?  **Yes**

b.  Does this information have actual or potential commercial value?  **Yes**

c.  Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? **Yes**

d.  If "yes" to all three questions:

    i.   Is this information patented?  **No**

    ii.   Describe briefly the commercial value or business advantage –
        **Competitive commercial bidding**

Exhibit 18
Page 2 of 2
OHA000310    Exhibit 3
Page 29 of 73