## CCO Questionnaire to Assist OHA in Responding to FamilyCare's February 6 Public Records Request

### Please return to OHA by February February 21, 2016

Name of CCO:    Cascade Health Alliance, LLC

Details regarding the five specific requests for records are attached as Appendix A. Please answer the following questions (the questions are the same for each request)

**Request #1: Tri-County Regional Rate Model, with Columns I, J, and K unmasked.**
a.  Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes **X**    No ☐
b.  Does this information have actual or potential commercial value? Yes **X**  No ☐
c.  Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes **X**    No ☐
d.  If "yes" to all three questions:
    i.    Is this information patented? Yes ☐    No **X**
    ii.   Describe briefly the commercial value or business advantage
**This is intellectual property**

**Request #2: Base Data Exhibits for all other CCOs.**
a.  Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes **X**    No ☐
b.  Does this information have actual or potential commercial value? Yes **X**  No ☐
c.  Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes    No ☐
d.  If "yes" to all three questions:
    i.    Is this information patented? Yes ☐    No **X**
    ii.   Describe briefly the commercial value or business advantage
**This is intellectual property**

**Request #3: Comparable Region Rate Models for the other three regions.**
a.  Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes **X**    No ☐
b.  Does this information have actual or potential commercial value? Yes **X**  No ☐
c.  Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes **X**    No ☐

Exhibit 19
Page 1 of 2

OHA000254    Exhibit 3
Page 34 of 73

d. If "yes" to all three questions:
   i. Is this information patented? Yes ☐    No **X**
   ii. Describe briefly the commercial value or business advantage

**This is intellectual property**

**Request #4: Raw Risk Score data at the regional level for all regions.**
a. Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes **X**    No ☐
b. Does this information have actual or potential commercial value? Yes **X**   No ☐
c. Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes **X**    No ☐
d. If "yes" to all three questions:
   i. Is this information patented? Yes ☐    No **X**
   ii. Describe briefly the commercial value or business advantage

**This is intellectual property**

**Request #5: Data underlying the "2017 Reimbursement Review" identified in Appendix VIII to the Optumas 2017 Rate Certification and the reimbursement adjustments made in connection with that policy.**
a. Is any of this information known only to certain individuals within your CCO and used in your CCO business? Yes **X**    No ☐
b. Does this information have actual or potential commercial value? Yes **X**    No ☐
c. Does this information give its users an opportunity to obtain a business advantage over competitors who do not know or use it? Yes **X**    No ☐
d. If "yes" to all three questions:
   i. Is this information patented? Yes ☐    No **X**
   ii. Describe briefly the commercial value or business advantage

**This is intellectual property**

Cascade Health Alliance, LLC.

By: _____

Name: _____Peter Waziri_____

Title: _____Chief Financial Officer_____

Date: _____02-21-2017_____

Exhibit 19
Page 2 of 2
OHA000255    Exhibit 3
Page 35 of 73