**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**RENATA A. GOWIE, OSB #175273**
Assistant United States Attorney
Renata.Gowie@usdoj.gov
United States Attorney's Office
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2936
Telephone:   (503) 727-1000
Facsimile     (503) 727-1117
    Attorneys for Non-Party United States of America

THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, | **Case No. 6:18-cv-00296-MO** |
| Plaintiff, | **NOTICE OF ATTORNEY WITHDRAWAL** |
| v. | |
| **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon**; PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority**; LYNNE SAXTON**, | |
| Defendants. | |

    Assistant United States Attorney Renata A. Gowie represented the United

States of America, a non-party, regarding a subpoena for records of the Centers for

**Page 1**      **Notice of Attorney Withdrawal**

Medicare and Medicaid Services ("CMS"). The subpoena matter has resolved, and neither the United States nor CMS is a party in this litigation.  Accordingly, Assistant United States Attorney Renata A. Gowie withdraws as counsel  in the above-captioned action.

DATED: **February 10, 2021**.

Respectfully Submitted,

BILLY J. WILLIAMS
United States Attorney
District of Oregon

*/s/ Renata Gowie*
RENATA A. GOWIE
Assistant United States Attorney

**Page 2       Notice of Attorney Withdrawal**