**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Heidee Stoller**, OSB No. 072835
HStoller@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha A. Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Matthew Gordon**, *pro hac vice*
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff *FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>     Defendants. | No. 6:18−cv−00296−MO<br><br>FAMILYCARE, INC.'S MOTION FOR APPROVAL OF MEMORANDUM IN EXCESS OF PAGE LIMIT AND SUPPORTING MEMORANDUM |

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to Local Rule 7-1(a)(1)(A), counsel for FamilyCare, Inc. ("FamilyCare") has conferred regarding the relief sought herein with counsel for PacificSource Community Solutions ("PacificSource"), Trillium Community Health Plan, Cascade Health Alliance, Umpqua Health Alliance, and Western Oregon Advanced Health, LLC (collectively, the "Holdout CCOs") as well as with counsel for the Oregon Health Authority ("OHA") and counsel for Optumas.[1]

Optumas and OHA do not object to this Motion. Counsel for the Holdout CCOs do not take a position on this Motion.

## MOTION

Pursuant to Local Rule 26-3, Local Rule 1, and Federal Rule of Civil Procedure 1, FamilyCare respectfully moves this Court to retroactively grant leave to file a memorandum in excess of the page limit prescribed by LR 26-3(b)—in particular, to approve the filing of FamilyCare's February 5, 2021, Motion to Down-Designate AEO Documents (the "AEO Motion"), which is more than 10 pages in length and contains more than 3,000 words.

## MEMORANDUM IN SUPPORT

On February 17, 2021, PacificSource notified FamilyCare that PacificSource believes the AEO Motion is subject to Local Rule 26-3 and as such was overlength under that rule. While uncertain about the application of that rule in these circumstances, in the interest of avoiding any dispute over the length of the AEO Motion and supporting memorandum, FamilyCare reached out to Chambers for guidance as to whether to withdraw and re-file the AEO Motion or instead

---

[1] The CCOs listed are those with which FamilyCare was unable to reach an agreement regarding down-designation. FamilyCare has not conferred with counsel for the CCOs with which FamilyCare *was* able to reach an agreement regarding down-designation, since the relief sought in the down-designation motion reflects those agreements.

1- FAMILYCARE, INC.'S MOTION FOR APPROVAL OF MEMORANDUM IN EXCESS OF PAGE LIMIT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

leave things as-is and file a motion for retroactive approval of the length of the AEO Motion. Chambers advised the latter route, s*ee* Ex. 1, so FamilyCare is filing the present Motion.

There is good cause to allow FamilyCare's AEO Motion in excess of Local Rule 26-3's page limitations. The length of the AEO Motion reflects the long-running nature of this dispute, which concerns numerous parties and multiple categories of documents, and is not more than what FamilyCare believes is necessary for the Court to make an informed decision on FamilyCare's request.  An adequate briefing of the issues requires, among other things, a discussion of the protracted efforts to resolve the dispute. The procedural history of the AEO down-designation dispute is complex, to say the least—it spans multiple years, two protective orders, negotiations with 14 other CCOs and with Optumas, and a variety of approaches by FamilyCare, some of the CCOs, and Optumas to try to resolve these issues without Court involvement. The AEO Motion endeavors to describe that history efficiently and succinctly, and to reference only the most salient communications among the parties, but even a high-level discussion requires a not-insignificant exposition.

The disposition of the AEO Motion is also of paramount importance to FamilyCare's management of this lawsuit and ongoing trial preparation. Given the significance of this issue, FamilyCare requests the Court's leave to explain the history and the documents at issue, and to present legal argument, in more detail than 10 pages would permit.[2]

To the extent that Local Rule 26-3 applies to the AEO Motion and therefore requires FamilyCare to have prospectively sought Court approval for an overlength brief prior to filing, FamilyCare requests that the Court excuse FamilyCare's failure to so under Local Rule 1-4 and retroactively approve the filing of the AEO Motion.

---

[2] If the Court is inclined to deny this Motion, FamilyCare requests leave to refile a shorter AEO Motion that complies with the 10-page limit in Local Rule 26-3 or with another length that the Court orders.

2-    FAMILYCARE, INC.'S MOTION FOR APPROVAL
      OF MEMORANDUM IN EXCESS OF PAGE LIMIT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED:  February 17, 2021                    **PERKINS COIE LLP**


By: */s/ Matthew Gordon*
  **Stephen F. English**, OSB No. 730843
  SEnglish@perkinscoie.com
  **Thomas R. Johnson**, OSB No. 010645
  TRJohnson@perkinscoie.com
  **Heidee Stoller**, OSB No. 072835
  HStoller@perkinscoie.com
  **Matthew J. Mertens**, OSB No. 146288
  MMertens@perkinscoie.com
  **Sasha A. Petrova**, OSB No. 154008
  SPetrova@perkinscoie.com
  1120 N.W. Couch Street, 10th Floor
  Portland, OR  97209-4128
  Telephone:  503.727.2000
  Facsimile:  503.727.2222

  **Matthew Gordon**, *pro hac vice*
  MGordon@perkinscoie.com
  **David B. Robbins**, OSB No. 070630
  DRobbins@perkinscoie.com
  1201 Third Avenue, Suite 4900
  Seattle, WA 98101-3099
  Telephone:  206.359.8000
  Facsimile:  206.359.9000

  *Attorneys for Plaintiff FamilyCare, Inc.*

3-   FAMILYCARE, INC.'S MOTION FOR APPROVAL
     OF MEMORANDUM IN EXCESS OF PAGE LIMIT