| | |
|---|---|
| **From:** | Chambers Mosman |
| **To:** | LeSage, Nick (POR) |
| **Subject:** | RE: USDC Oregon Case No. 6:18-cv-00296-MO -- Withdrawal of ECF 405, 406, 407 |
| **Date:** | Wednesday, February 17, 2021 12:33:03 PM |

I would suggest filing a motion for leave to file over length memorandum and refer back to what motion you're talking about that is over length. I don't believe you need to refile the motions unless you plan on changing them in anyway. If you plan on withdrawing any documents a motion to withdraw is the best way to do that.

Thanks,
Kara

**From:** LeSage, Nick (Perkins Coie) <NLeSage@perkinscoie.com>
**Sent:** Wednesday, February 17, 2021 12:05 PM
**To:** Chambers Mosman <Chambers_Mosman@ord.uscourts.gov>
**Subject:** USDC Oregon Case No. 6:18-cv-00296-MO -- Withdrawal of ECF 405, 406, 407

==**CAUTION - EXTERNAL:**==

Dear Judge Mosman,

FamilyCare, Inc. presently intends to withdraw its Motion to Down-Designate AEO Documents (ECF 405) and its supporting Declarations (ECF 406 and 407) without prejudice in the above-referenced case. We plan to do so because another party has advised that they believe the Motion to Down-Designate is subject to the page-length restrictions in LR 26-3 for discovery motions and we wish to avoid any dispute over the matter. Any potential logistical guidance that the Court may offer—i.e., if the Court is presently willing to consider a motion for approval of FamilyCare's already-filed memorandum in excess of the LR 26-3 page limits—would be sincerely appreciated.

Absent any additional guidance from the Court at this time, FamilyCare plans to file a motion for leave to file an overlength memorandum in accordance with LR 26-3(b) and plans to re-file the Motion to Down-Designate and its supporting Declarations if the motion for leave to file an overlength memorandum is granted.

We called the Intake Counter and were informed that we should contact Chambers as to the best way to go about withdrawing the filings. Should this be done via a Notice of Withdrawal, a Motion to Withdraw, or is this something handled entirely internally by the Court? Please let us know which method works best for the Court and we will gladly comply. Thank you for your time and assistance.

All the best,

**Nick LeSage | Perkins Coie LLP**
**LEGAL PRACTICE ASSISTANT**
**Douglas Pahl | Heidee Stoller | Daniel Keese | Matthew Mertens**
Pronouns: He/Him/His

Exhibit 1
Page 1 of 2

1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. 503.727.2109
E. NLeSage@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Exhibit 1
Page 2 of 2