**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Heidee Stoller**, OSB No. 072835
HStoller@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha A. Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Matthew Gordon**, *pro hac vice*
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff *FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>     Defendants. | No. 6:18−cv−00296−MO<br><br>STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE |

STIPULATED MOTION TO MODIFY BRIEFING
SCHEDULE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to Local Rule 7-1(a)(1)(A), counsel for plaintiff FamilyCare, Inc. ("FamilyCare") has conferred regarding the subject of this Motion with counsel for PacificSource Community Solutions; Trillium Community Health Plan, LLC; Cascade Health Alliance LLC; Umpqua Health Alliance, LLC; and Western Oregon Advanced Health, LLC. All counsel stipulate to the proposed modification described herein to the briefing schedule for FamilyCare's Motion to Down-Designate AEO Documents filed on February 4, 2021 ("AEO Motion").

## MOTION

Pursuant to the Court's inherent authority to manage its docket, counsel undersigned request that the Court modify the briefing schedule for FamilyCare's AEO Motion as follows: if the Court grants FamilyCare's concurrently filed Motion for Approval of Memorandum in Excess of Page Limit (the "Page Limit Motion"), any party who wishes to file a response to the AEO Motion shall have 7 days from the date of the Court's ruling on the Page Limit Motion to file a response to FamilyCare's AEO Motion.  If the Court does not grant FamilyCare's Page Limit Motion, then any party who wishes to file a response to the AEO Motion will be provided the normal time permitted by LR 7-1(e) to file a response following any filing of a revised motion for down-designation.

The purpose of this Motion is to provide any responding party with sufficient time to adjust their response to FamilyCare's AEO Motion, if necessary, based on the timing of the Court's ruling on the Page Limit Motion.

/ / /

/ / /

/ / /

/ / /

1-  STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**PERKINS COIE LLP**

By: */s/ Matthew Gordon*
    **Stephen F. English**, OSB No. 730843
    SEnglish@perkinscoie.com
    **Thomas R. Johnson**, OSB No. 010645
    TRJohnson@perkinscoie.com
    **Heidee Stoller**, OSB No. 072835
    HStoller@perkinscoie.com
    **Matthew J. Mertens**, OSB No. 146288
    MMertens@perkinscoie.com
    **Sasha A. Petrova**, OSB No. 154008
    SPetrova@perkinscoie.com
    1120 N.W. Couch Street, 10th Floor
    Portland, OR  97209-4128
    Telephone:  503.727.2000
    Facsimile:  503.727.2222

    **Matthew Gordon**, *pro hac vice*
    MGordon@perkinscoie.com
    **David B. Robbins**, OSB No. 070630
    DRobbins@perkinscoie.com
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone:  206.359.8000
    Facsimile:  206.359.9000

Attorneys for Plaintiff
*FamilyCare, Inc.*

DATED:  February 17, 2021

**SCHWABE, WILLIAMSON & WYATT**

By: */s/ Jeffrey D. Hern*
    **Jeffrey D. Hern**, OSB No. 043138
    jhern@schwabe.com
    1211 SW 5th Ave., Ste. 1900
    Portland, OR 87204
    Telephone: 503.796.2919
    Facsimile: 503.796.2900

Attorneys for Intervenor
*Defendant Trillium Community Health Plan, LLC*

DATED:  February 17, 2021

**FOSTER GARVEY P.C.**

By: */s/ Matthew J. Yium*
    **Matthew J. Yium**, OSB No. 054377
    matthew.yium@foster.com
    121 SW Morrison St., 11th Floor
    Portland, OR 97204
    Telephone:  503.228.3939
    Facsimile:  503.226.0259

Attorneys for Intervenor
*PacifcSource Community Solutions*

DATED:  February 17, 2021

**TONKON TORP LLP**

By: */s/ Anna Sortun*
    **Anna Sortun**, OSB No. 045279
    anna.sortun@tonkon.com
    888 SW 5th Ave., Ste. 1600
    Portland, OR 97204
    Telephone:  503.802.2107
    Facsimile:  503.972.3807

Attorneys for Intervenors
*Cascade Health Alliance LLC; Umpqua Health Alliance, LLC;* and *Western Oregon Advanced Health, LLC*

DATED:  February 17, 2021

2-   STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE