Matthew J. Yium, OSB #054377
matthew.yium@foster.com
Foster Garvey P.C.
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

        Attorneys for Nonparty
        PacificSource Community Solutions

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>        Defendants. | Case No. 6:18-cv-00296-MO<br><br><br>**NONPARTY PACIFICSOURCE COMMUNITY SOLUTIONS' UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**<br><br>**LR 26-3(b)(1)** |

## LOCAL RULE 7-1 CERTIFICATION

Pursuant to LR 7-1(a)(1), Nonparty PacificSource Community Solutions

("PacificSource") certifies that counsel for PacificSource has conferred in good faith with

FG:11496683.2

counsel for FamilyCare, Inc. ("FamilyCare") regarding the relief requested in this motion. FamilyCare does not oppose this motion.

## MOTION

PacificSource respectfully moves this Court for leave to file a brief in excess of the ten-page limit prescribed by LR 26-3(b). Specifically, PacificSource seeks leave to file a response brief of 20-pages or less in opposition to FamilyCare's 21-page Motion to Down-Designate AEO Documents (ECF No. 405). PacificSource's brief is due to be filed by Thursday, February 25, 2021. The grounds for this request to exceed the standard 10-page limit are set forth below.

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

FamilyCare was recently granted leave by this Court to file its 21-page Motion to Down-Designate AEO Documents. The issues raised in the motion involve a lengthy and complicated procedural history spanning more than four years, as well as complex trade secret discovery issues involving multiple parties/non-parties. In an effort to streamline briefing, PacificSource is coordinating with other non-party CCO's intending to oppose FamilyCare's motion in order to file a brief in which other CCO's may join. Permitting PacificSource, which has taken the lead in preparing the response, to submit an overlong brief in which other CCO's can join should result in substantially smaller submissions than if each of the objecting CCO's filed duplicative individual responses.

FG:11496683.2

**CONCLUSION**

For the reasons set forth above, PacificSource respectfully requests that this Court grant this motion.

DATED this 23rd day of February, 2021.

FOSTER GARVEY P.C.


By *s/ Matthew J. Yium*
   Matthew J. Yium, OSB #054377
   matthew.yium@foster.com
   Telephone:  (503) 228-3939
   Fax:  (503) 226-0259

   Attorneys for Nonparty PacificSource
   Community Solutions

FG:11496683.2