**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

       Special Assistant Attorneys General for Defendants Oregon
       Health Authority, an agency of the State of Oregon, and
       Patrick Allen in his official capacity as director of the
       Oregon Health Authority
       Additional Counsel of Record Listed on Signature Page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF KATHERINE M. ACOSTA** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

Notice is hereby given that Katherine M. Acosta, OSB No. 165223, withdraws as counsel

of record for Oregon Health Authority, an agency of the State of Oregon, and Patrick Allen.

David B. Markowitz, Matthew A. Levin, Harry B. Wilson, and Laura Salerno Owens

remain as Special Assistant Attorneys General for the Oregon Health Authority, an agency of the

**Page 1 -   NOTICE OF WITHDRAWAL OF KATHERINE M. ACOSTA**

State of Oregon, and Patrick Allen, in his official capacity as director of the Oregon Health

Authority.

DATED this 24th day of February, 2021.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:     *s/ Harry B. Wilson*

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for
Defendants Oregon Health Authority, an
agency of the State of Oregon, and Patrick
Allen in his official capacity as director of
the Oregon Health Authority*

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us

*Of Attorney for Defendants Oregon Health
Authority, an agency of the State of
Oregon, and Patrick Allen in his official
capacity as director of the Oregon Health
Authority*

1097257

**Page 2 -   NOTICE OF WITHDRAWAL OF KATHERINE M. ACOSTA**