**[FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED]**

REVISED September 22, 2017    **CCO – PacificSource Community Solutions**

Case 3:18-cv-00212-MO   Document 45   Filed 03/30/18   Page 6 of 8
Case 6:18-cv-00296-MO   Document 416-1   Filed 02/25/21   Page 1 of 3

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (Forms entered by Court to the extent "related to the rate setting process" and under AEO provision) | Notes |
|---|---|---|---|---|---|---|
| 1.  CCO Rate of Growth Tool | YES | NO | | | All tabs and hidden tabs except tabs 1 "Directions" 2 "CY16 Report L12 Paste" and hidden tab "CY15 Report L12 Paste" are AEO (Attorneys' Eyes Only) | |
| 2.  Exhibit L – all | YES | NO | | | AEO portions of Exhibit L are: Report L13, Report L14, Report L15, Report L16, Report L17, Report L17.1, Report 17.2, Report L18, Report L18.1, Report L19, Scratch Sheet | |
| 3.  Supplement Rate Templates | YES[1] | NO | | | AEO except tabs "Instructions," "Specialty Drugs," | |

[1] FCI specifies this category extends to "all bid template files and subsequent versions of bid template files submitted for rate development using 2013-2015 base data, including all narrative information

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (Forms entered by Court to the extent "related to the rate setting process" and under AEO provision) | Notes |
|---|---|---|---|---|---|---|
| | | | | | "Hepatitis C Criteria," and "Hep C NDC List" | |
| 4.  Claims and Encounter data submissions to the state | YES | NO | | | AEO | |
| 5.  State enrollment data including premiums paid | YES | NO | | | | Okay to produce without Protective Order |
| 6.  MLR Template | YES | NO | | | AEO | |
| 7.  Audited Financials | YES | NO | | | | Audited Financials do not exist for PacificSource Community Solutions |
| 8.  Actuarial Opinions | YES | NO | | | To the extent opinions have been expressed, they are AEO | |
| 9.  SNRG Reconciliation | YES | NO | | | AEO | |
| 10.  FB 231 Primary Care template | YES | NO | | | AEO | |

Case 3:18-cv-00212-MO    Document 45    Filed 03/30/18    Page 8 of 8
Case 6:18-cv-00296-MO    Document 416-1    Filed 02/25/21    Page 3 of 3

| | [FAMILYCARE, INC. V. OHA – CCO INFORMATION REQUESTED] |
|---|---|
| REVISED September 22, 2017 | CCO – PacificSource Community Solutions |

| Description of Information (B. Parrott 9/11/2017) | FCI has REQ. 9/20/17 | Agreement with FCI's counsel 9/21/17 | Information Requested should not be produced AT ALL | Information could be produced under FC's proposed PO 9/11/17 | Under another form of PO (Forms entered by Court to the extent "related to the rate setting process" and under AEO provision) | Notes |
|---|---|---|---|---|---|---|
| | | | | | | |
| 11. Any records or detail data that would identify prescription drug prices or rates | YES[2] | NO | | | AEO | |
| 12. Any other records or detail data that would expose encounters, rates, or contractual agreements with physicians, hospitals or any other providers | YES[3] | NO | | | AEO | |
| 13. "Regional Rate Models and supporting exhibits for the Southwestern, Northwestern and Eastern Oregon Regions" | YES | NO | | | Non-blinded version and file regarding Professional Reimbursement are AEO | Blinded version okay to produce without Protective Order |

GSB:8965377.1

---

[2] FCI is NOT seeking "provider-level information", i.e., not seeking information about particular rates of payment to particular providers
[3] See comment on No.11