Matthew J. Yium, OSB #054377
matthew.yium@foster.com
Foster Garvey P.C.
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

        Attorneys for Nonparty
        PacificSource Community Solutions

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>        Defendants. | Case No. 6:18-cv-00296-MO<br><br><br>**DECLARATION OF MATTHEW J. YIUM IN SUPPORT OF PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION TO FAMILYCARE, INC.'S MOTION TO DOWN-DESIGNATE AEO DOCUMENTS** |

I, Matthew J. Yium, declare as follows:

1.     I am an attorney at the law firm of Foster Garvey P.C., and represent nonparty

PacificSource Community Solutions ("PacificSource") in the above-captioned matter.  I submit

FG:11492974.1

this declaration in support of PacificSource Community Solutions' Opposition to FamilyCare, Inc.'s Motion to Down-Designate AEO Documents.

2.     I took over as lead counsel on behalf of PacificSource in this matter following the retirement of my law partner, Eric Lindenauer, at the end of 2018.

3.     Attached hereto as **Exhibit 1** is a copy of an email from Eric Lindenauer to OHA's counsel Elleanor Chin and paralegal Greg Scott dated May 7, 2018, along with its attachment.  The email in this exhibit reflects the culmination of many hours spent by my law firm, including Mr. Lindenauer and a paralegal, and PacificSource representatives (when possible) reviewing and assessing documents at the request of the parties to this action.

4.     Attached hereto as **Exhibit 2** is a copy of an email dated November 13, 2018 from the chambers of Judge Michael Mosman to counsel of record in this matter.

5.     Attached hereto as **Exhibit 3** is a copy of an email dated August 17, 2020, from FamilyCare, Inc.'s counsel to me, which attached a Protective Order that counsel indicated (in error) was the "relevant protective order that all of the CCOs have been following."  That version of Protective Order, which I later found out is not the current and operative version, provided that AEO protection would allow for review by my client's in-house counsel and administrative staff (see paragraph 9 and 8(b)).  Based on the erroneous information I was provided by FamilyCare's counsel, I explored efforts to conduct a cost-effective review of the nearly 5,000 documents FamilyCare sought to down-designate.

6.     When it came to my attention after discussion with counsel for other CCOs that the AEO designation under the operative Protective Order does not allow for review by in-house

DECLARATION OF MATTHEW J. YIUM IN SUPPORT OF PACIFICSOURCE
COMMUNITY SOLUTIONS' OPPOSITION TO FAMILYCARE, INC.'S MOTION TO
DOWN-DESIGNATE AEO DOCUMENTS
Page 2 of 4

counsel and its administrative staff, I began to look for other ways to reach a reasonable resolution to FamilyCare's request.  To that end, on October 13, 2020, I offered FamilyCare's counsel a proposal to narrow the documents at issue as reflected in my email attached as **Exhibit 4**.  FamilyCare did not substantively respond to this offer to narrow the documents.

7.    Attached hereto as **Exhibit 5** is a copy of a letter from Trillium Community Health Plan, Inc.'s counsel, Jeffrey Hern, to FamilyCare's counsel, Matthew Gordon, dated October 12, 2020

8.    Attached hereto as **Exhibit 6** is a copy of a letter from Trillium Community Health Plan, Inc.'s counsel, Jeffrey Hern, to FamilyCare's counsel, Matthew Gordon, dated October 26, 2020.

9.    Attached hereto as **Exhibit 7** is a copy of a letter from FamilyCare's counsel, Matthew Gordon to Trillium Community Health Plan, Inc.'s counsel, Jeffrey Hern, dated November 5, 2020.

10.    Attached hereto as **Exhibit 8** is a copy of an email from FamilyCare's counsel, Matthew Gordon to Trillium Community Health Plan, Inc.'s counsel, Jeffrey Hern, dated November 10, 2020.

11.    Attached hereto as **Exhibits 9** and **10** are copies of emails from me to Optumas counsel, Chris Thompson, dated December 18 and 21, 2020.

/ / /

/ / /

/ / /

DECLARATION OF MATTHEW J. YIUM IN SUPPORT OF PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION TO FAMILYCARE, INC.'S MOTION TO DOWN-DESIGNATE AEO DOCUMENTS
Page 3 of 4

FG:11492974.1

**I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.**

Executed this 25th day of February, 2021.

_s/ Matthew J. Yium_

Matthew J. Yium

DECLARATION OF MATTHEW J. YIUM IN SUPPORT OF PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION TO FAMILYCARE, INC.'S MOTION TO DOWN-DESIGNATE AEO DOCUMENTS

Page 4 of 4

FG:11492974.1