**From:**      Kara_Scheele@ord.uscourts.gov on behalf of Chambers_Mosman@ord.uscourts.gov
**Sent:**      Tuesday, November 13, 2018 12:24 PM
**To:**        DavidMarkowitz@MHGM.com; KatherineAcosta@MarkowitzHerbold.com; z-Laura
               Salerno; MGordon@perkinscoie.com; z-Matt Levin;
               ReneeRothauge@markowitzherbold.com; TRJohnson@perkinscoie.com;
               abeane@perkinscoie.com; abrenner@perkinscoie.com;
               annajoyce@markowitzherbold.com; arden.j.olson@harrang.com;
               bplass@mershanlaw.com; brian@bparrott-law.com; z-Brittany Simpson;
               carla.a.scott@doj.state.or.us; chrismccracken@dwt.com; dallasdeluca@mhgm.com;
               dpahl@perkinscoie.com; dpl@aterwynne.com; eknight@dunncarney.com; Eric
               Lindenauer; frank.langfitt@millernash.com; z-Gregory Chaimov;
               harrywilson@markowitzherbold.com; jhern@schwabe.com;
               jmonson@cablehuston.com; joel@eoplaw.com; kevin.omalley@gknet.com;
               mcrew@dunncarney.com; Matthew Yium; nhesterberg@perkinscoie.com;
               nswift@cablehuston.com; pmersereau@mershanlaw.com; renata.gowie@usdoj.gov;
               scott@whipplelawoffice.com; senglish@perkinscoie.com; sonia@eoplaw.com;
               vivekkothari@markowitzherbold.com
**Subject:**   6:18-cv-00296-MO FamilyCare Inc. v. Oregon Health Authority et al

Counsel,

The Court has decided to stay the action pending appeal and vacate current trial deadlines. The Court will retain jurisdiction over the issues of designating specific retaliatory acts, Attorney Eyes Only down-designation, and discovery from Health Share. The Court will continue to take under advisement Plaintiff's Motion for Judgment on Dismissed Claims [336].

As discussed at the end of the previous hearing on November 2, Plaintiff should go through the record and provide a list to the Court assigning specific retaliatory acts and statements to either Defendant Saxton or Defendant Allen. Plaintiff should provide that list to the Court by January 3, 2019.

Plaintiff should provide the Court with an itemized list, including explanations for each item, of which documents should be down-designated and why Plaintiff needs access. Plaintiff should provide that list to the Court by February 1, 2019. Once the Court receives that list it will decide whether to require a response or hold a hearing.

As indicated in Plaintiff's letter to the Court dated November 8, Plaintiff should significantly narrow the scope of topics for Health Share's deposition. Plaintiff should provide the new list to Health Share by February 1, 2019.

The Court will continue to take under advisement Plaintiff's request for certification of final judgment on dismissed claims.