| | |
|---|---|
| **From:** | Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com> |
| **Sent:** | Tuesday, November 10, 2020 12:58 PM |
| **To:** | jhern@schwabe.com |
| **Cc:** | Thompson, Christopher W.; Harry Wilson; Anna Sortun; Matthew Yium |
| **Subject:** | FamilyCare v. OHA; follow-up to November 5 Letter |

Jeff,

Further to my letter last week, I wanted to let you know that Art Suchorzewski of FamilyCare also reviewed some down-designated documents. As with Mr. Murray, his access was suspended shortly after I received the call from Mr. Thompson on October 9. Nobody else at FamilyCare reviewed documents that Optumas down-designated.

Regards,
Matt

**Matthew Gordon** | **Perkins Coie LLP**
PARTNER
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com

**Visit our Covid-19 resource page: www.perkinscoie.com/coronavirus**

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Exhibit 8
Page 1 of 1