**From:**       Matthew Yium
**Sent:**       Monday, December 21, 2020 5:08 PM
**To:**         'Thompson, Christopher W.'
**Cc:**         jhern@schwabe.com; anna.sortun@tonkon.com
**Subject:**    RE: Correspondence from Chris Thompson re USDC Oregon Case No. 6:18-cv-00296-MO (FamilyCare v. OHA, et al.)

Chris,

Thank you for your letter today. My client is very appreciative of Optumas's efforts and attention to this matter. To facilitate the CCO's understanding of Optumas's proposal, we look forward to receiving a copy of the list of documents corresponding to the four categories of documents referenced in your December 11 letter.

Regards,
Matt

**Matthew Yium**
**Principal**

Foster Garvey PC
*Tel:* 503.553.3115
matthew.yium@foster.com

**From:** Thompson, Christopher W. [mailto:chris.thompson@gknet.com]
**Sent:** Monday, December 21, 2020 1:51 PM
**To:** Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>
**Cc:** Mertens, Matthew (Perkins Coie) <MMertens@perkinscoie.com>; Harrywilson@markowitzherbold.com; jhern@schwabe.com; anna.sortun@tonkon.com; Matthew Yium <Matthew.Yium@foster.com>
**Subject:** Correspondence from Chris Thompson re USDC Oregon Case No. 6:18-cv-00296-MO (FamilyCare v. OHA, et al.)

This message was sent securely using Zix®

Matt,

Attached is my response to your December 18, 2020 letter.

Regards,

Chris

**Gallagher&Kennedy**

2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com

**Christopher W. Thompson**
Attorney Profile
chris.thompson@gknet.com
602-530-8393

**From:** LeSage, Nick (Perkins Coie) [mailto:NLeSage@perkinscoie.com]
**Sent:** Friday, December 18, 2020 1:00 PM
**To:** Thompson, Christopher W. <chris.thompson@gknet.com>
**Cc:** Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>; Mertens, Matthew (Perkins Coie)

1

Exhibit 10
Page 1 of 2

<MMertens@perkinscoie.com>; Harrywilson@markowitzherbold.com; jhern@schwabe.com; anna.sortun@tonkon.com; Matthew Yium <matthew.yium@foster.com>; pstoloff@peterstoloff-law.com

**Subject:** Correspondence from Matt Gordon re USDC Oregon Case No. 6:18-cv-00296-MO (FamilyCare v. OHA, et al.)

Dear Counsel,

Please find attached a letter from Matt Gordon re Request to Identify Down-Designated Materials Safe to Access for Trial Preparation, in relation to the above-referenced case. Please do not hesitate to let me know if you have any difficulty accessing the PDF. Thank you for your time.

All the best,

**Nick LeSage** | **Perkins Coie LLP**
**LEGAL PRACTICE ASSISTANT**
**Douglas Pahl | Heidee Stoller | Daniel Keese | Matthew Mertens**
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. 503.727.2109
E. NLeSage@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

This message and any of the attached documents contain information from the law firm of Gallagher & Kennedy, P.A. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

This message was secured by **Zix**®.