**Jeffrey D. Hern,** OSB #043138
Email: jhern@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile:  503-796-2900

　　　*Attorneys for Trillium Community Health*
　　　*Plan, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, <br><br> 　　　　　　Plaintiff, <br> 　　v. <br><br> **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON,** <br><br> 　　　　　　Defendants. | No. 6:18-cv-00296-MO <br><br> **TRILLIUM COMMUNITY HEALTH PLAN, INC.'S OPPOSITION TO FAMILYCARE, INC.'S MOTION TO DOWN-DESIGNATE AEO DOCUMENTS AND JOINDER IN PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION** <br><br> ORAL ARGUMENT REQUESTED |

<u>**JOINDER IN OPPOSITION**</u>

Trillium Community Health Plan, Inc. ("Trillium") hereby opposes FamilyCare Inc.'s

("FamilyCare") Motion to Down-Designate AEO Documents, Dkt. 405, and joins and

incorporates by reference the arguments set forth in PacificSource Community Solutions'

Page 1 -　**TRILLIUM COMMUNITY HEALTH PLAN, INC.'S OPPOSITION TO FAMILYCARE, INC.'S MOTION TO DOWN-DESIGNATE AEO DOCUMENTS AND  JOINDER IN PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

opposition brief, Dkt. 415, filed on this same day.  That opposition details why FamilyCare's latest motion to down-designate Attorneys' Eyes Only ("AEO") documents should be denied.

This opposition and joinder is supported by Court's file and records, as well as the accompanying declaration of Jeffrey Hern with exhibits thereto.  The exhibits, in particular, demonstrate non-party Trillium's efforts over the past three-plus years to, *inter alia*:

(1)    comply with the AEO and Confidential designation procedures adopted in Oregon state court in 2017 and 2018, in order for the Oregon Health Authority ("OHA") and Optumas to have a good-faith basis to designate Trillium data and materials in their documents as AEO or Confidential in this litigation;

(2)    confer in good faith and try to address FamilyCare's shifting tactics and demands at various junctures over the past three-plus years;

(3)    expend substantial time, effort, and resources as a non-party to review AEO and Confidential documents, particularly in and around May 2018 when Trillium reviewed over 1,000 AEO documents specific to it and agreed to down designate hundreds of them; and

(4)    offer a reasonable proposal for a comprehensive resolution of these matters in August 2020, which FamilyCare repeatedly rejected.

(*See* Hern Decl. ¶¶ 2-8, Exs. A-G.)  The exhibits show Trillium's multiple requests for FamilyCare to comply with this Court's November 13, 2018 directive, which FamilyCare refused to do for over two years.  (*See id.,* at ¶ 9, Ex. H (Court's directive stating, "[FamilyCare] should provide the Court with an *itemized list*, including explanations for *each item*, of which documents should be down-designated and why [FamilyCare] *needs access*.") (emphasis added); *see also id.,* at ¶¶ 5-8, Exs. D-G.)  FamilyCare has never provided an item-by-item explanation

Page 2 -    **TRILLIUM COMMUNITY HEALTH PLAN, INC.'S OPPOSITION TO FAMILYCARE, INC.'S MOTION TO DOWN-DESIGNATE AEO DOCUMENTS AND  JOINDER IN PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

as to why it "needs" FamilyCare *employee access* to out-of-region CCOs' (like Trillium, PacificSource, and others) highly confidential data and information in order to prepare expert reports and for trial.[1]  The failure to articulate itemized needs for over two years should be dispositive at this point.[2]

Moreover, Trillium has filed several briefs and declarations in opposition to FamilyCare's multiple motions for wholesale down designations over the last three years.  (*See, e.g.*, Trillium's Opp'n to FamilyCare's Omnibus Mot., Dkt. 61, and Supp. Decl. of Brandie Whitmire, Dkt. 65, Mar. 30, 2018; Trillium's Joinder in Opp'n to FamilyCare's Mot. to Compel Down Designation, Dkt. 233, Aug. 27, 2018; Trillium's Joinder in Opp'n to FamilyCare's Mot. to Permit AEO Access, Dkt. 284, and Supp. Decl. of Brandie Whitmire, Dkt. 286, Oct. 2, 2018); Trillium's Joinder and Resp. to FamilyCare's Mot. for Partial Reconsideration on AEO Access, Dkt. 332, Oct. 30, 2018).  To date—and despite repeated requests from Trillium and direction from this Court—FamilyCare has never identified any prejudice to it beyond those that are inherent with an AEO designation.  Instead, FamilyCare has continued to force upon the out-of-region, non-party CCOs a Hobson's choice between allowing FamilyCare employees to review AEO documents containing their confidential commercial information or continuing to expend significant resources protecting that information.

---

[1] Any purported "need" for FamilyCare employee access to out-of-region CCOs' AEO data is significantly diminished due to the recent stipulation by FamilyCare's only *in-region* competitor during the relevant times, HealthShare.  (*See* FamilyCare's Mot., Dkt. 405, p. 8.)

[2] In October 2020, FamilyCare's attorneys even supplied AEO designated documents to FamilyCare's officers, directors, or employees for review, apparently in knowing disregard for CCOs' repeated assertions that the particular documents contained their AEO information and, indeed, FamilyCare's own advocacy that CCOs should capitulate to its demands for down designation of those very documents.  (*See* Hern Decl. ¶ 8, Ex. G.)

Page 3 -  **TRILLIUM COMMUNITY HEALTH PLAN, INC.'S OPPOSITION TO FAMILYCARE, INC.'S MOTION TO DOWN-DESIGNATE AEO DOCUMENTS AND  JOINDER IN PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

At this juncture, and for the reasons set forth in PacificSource's opposition brief and those referenced herein, Trillium respectfully requests that this Court deny FamilyCare's motion without leave to file further motions on these matters.

Dated this 25th day of February, 2021.

Respectfully submitted by,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:    s/ Jeffrey Hern
       Jeffrey Hern, OSB #043138
       Email:  jhern@schwabe.com
       Facsimile: 503.796.29

       *Attorneys for Trillium Community Health Plan, Inc.*

Page 4 -    **TRILLIUM COMMUNITY HEALTH PLAN, INC.'S OPPOSITION TO FAMILYCARE, INC.'S MOTION TO DOWN-DESIGNATE AEO DOCUMENTS AND  JOINDER IN PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900