**Jeffrey D. Hern,** OSB #043138
Email: jhern@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile:  503-796-2900

*Attorneys for Trillium Community Health
Plan, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, | No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF JEFFREY HERN IN SUPPORT OF TRILLIUM COMMUNITY HEALTH PLAN, INC.'S OPPOSITION TO FAMILYCARE'S MOTION TO DOWN-DESIGNATE AEO DOCUMENTS AND JOINDER IN PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION** |
| v. | |
| **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON,** | |
| Defendants. | |

I, Jeffrey Hern, hereby declare as follows:

1.      I am one of the attorneys of record for Trillium Community Health Plan, Inc.

("Trillium") in the above-captioned action.  I make this declaration in support of Trillium's

Opposition to FamilyCare's Motion to Down-Designate AEO Documents and Joinder in

PacificSource Community Solutions' Opposition.

Page 1 -    **DECLARATION OF JEFFREY HERN IN SUPPORT OF TRILLIUM COMMUNITY HEALTH PLAN, INC.'S OPPOSITION TO FAMILYCARE'S MOTION TO DOWN-DESIGNATE AEO DOCUMENTS AND JOINDER IN PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\30234353.1

2.      Attached hereto as **"Exhibit A"** is a true and correct copy of my letter to counsel for FamilyCare and Oregon Health Authority, dated November 10, 2017.

3.      Attached hereto as **"Exhibit B"** is a true and correct copy of my letter to counsel for FamilyCare, Oregon Health Authority, and Optumas, dated January 19, 2018. The attachment to this letter (which is a copy of "Exhibit A" hereto) is not included with this exhibit.

4.      Attached hereto as **"Exhibit C"** is a true and correct copy of my letter to counsel for Oregon Health Authority (with a copy to FamilyCare's counsel), dated May 24, 2018.

5.      Attached hereto as **"Exhibit D"** is a true and correct copy of my letter to FamilyCare's counsel, dated August 7, 2020.

6.      Attached hereto as **"Exhibit E"** is a true and correct copy of my letter to FamilyCare's counsel, dated September 4, 2020.

7.      Attached hereto as **"Exhibit F"** is a true and correct copy of my letter to FamilyCare's counsel, dated October 12, 2020.

8.      Attached hereto as **"Exhibit G"** is a true and correct copy of my letter to FamilyCare's counsel, dated October 26, 2020.

9.      Attached hereto as **"Exhibit H"** is a true and correct copy of the Court's email to the parties, dated November 13, 2018.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 25th day of February, 2021.

Jeffrey Hern, OSB #043138

**DECLARATION OF JEFFREY HERN IN SUPPORT OF TRILLIUM COMMUNITY HEALTH PLAN, INC.'S OPPOSITION TO FAMILYCARE'S MOTION TO DOWN-DESIGNATE AEO DOCUMENTS AND JOINDER IN PACIFICSOURCE COMMUNITY SOLUTIONS' OPPOSITION**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\126360\229340\JED\30234353.1