Anna Sortun, OSB No. 045279
  Direct Dial: 503.802.2107
  E-mail: anna.sortun@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204

      Attorneys for Non-Parties Cascade Health Alliance, LLC,
      Umpqua Health Alliance and Advanced Health, LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>             Plaintiff,<br>   v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>             Defendant.<br>_____ | Case No. 6:18-cv-00296-MO<br><br><br>CASCADE HEALTH ALLIANCE, UMPQUA HEALTH ALLIANCE, AND ADVANCED HEALTH'S JOINDER IN OPPOSITION TO FAMILYCARE'S AEO MOTION |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>             Plaintiff,<br>   v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>             Defendants. | |

PAGE 1 -  CASCADE HEALTH ALLIANCE, UMPQUA HEALTH ALLIANCE, AND ADVANCED HEALTH'S
      JOINDER IN OPPOSITION TO FAMILYCARE'S AEO MOTION

## JOINDER IN OPPOSITION

Cascade Health Alliance, Umpqua Health Alliance, and Advanced Health (formerly known as Western Oregon Advanced Health) hereby oppose FamilyCare Inc.'s ("FamilyCare") Motion to Down-Designate Attorneys' Eyes Only ("AEO") Documents, Dkt. 405, and joins and incorporates by reference the arguments set forth in PacificSource Community Solutions' opposition brief, Dkt. 415, filed on February 25 2021, and the Joinder in Opposition filed by Trillium Community Health Plan, Inc., also filed on February 25, 2021.  The opposition and joinder detail why FamilyCare's latest motion to down-designate AEO documents should be denied. For the reasons set forth in those filings, Cascade Health Alliance, Umpqua Health Alliance, and Advanced Health respectfully join the other objecting CCO's requests that this Court deny FamilyCare's motion without leave to file further motions on these matters.

DATED this 26th day of February, 2021.

TONKON TORP LLP


By: _/s/ Anna Sortun_
    Anna Sortun, OSB No. 045279
     Email: anna.sortun@tonkon.com
     Direct Dial:  (503) 802-2107

    Attorneys for Non-Parties Cascade Health Alliance,
    LLC, Umpqua Health Alliance and Advanced Health,
    LLC

036421\00021\12061754v1