IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**FamilyCare Inc.**
*an Oregon non-profit corporation*,

                   Plaintiff,

v.

**Oregon Health Authority,** *an agency of
the State of Oregon*,

Case No.6:18-CV-00296-MO

SUPPLEMENTAL JURY
TRIAL MANAGEMENT
ORDER REGARDING USE
OF THE JERS SYSTEM

                   Defendants,

    To facilitate the use of the Jury Evidence Recording System (JERS) during trial in this

action:

At the Pretrial Conference the parties must submit their trial exhibits to the Court in

electronic form.  The requirements for electronic trial exhibits are posted in the *Submission*

*Requirements for Electronic Trial Exhibits* document located on the Court's website,

ord.uscourts.gov, under the "For Attorneys" tab and JERS menu.  The Court reminds the parties

that, while many exhibits may be pre-admitted, *only* those exhibits actually used in trial during

witness examination **and** published to the jury will be sent to the jury during their deliberations.

Accordingly, the Court encourages the parties to only submit electronic trial exhibits that they

plan to use during trial.

Parties need not change the naming of their files to use JERS; however, the name of the

file in the text list must be the same as the name of the file on the flash drive submitted to the

Court.  Because the jury will see the file name of the exhibit, the parties are cautioned to use

neutral names for their exhibits, e.g. do not use the name "the smoking gun."  If the Court deems

the file names too prejudicial, the jury will see only the number of the exhibit, not the file name. If an exhibit exceeds JERS file-size capacity, the parties can proceed one of two ways. Split the exhibit into parts by re-encoding the large file into several files. The split files then become exhibit 1a, 1b, 1c, and so on. Or the parties may request, if splitting the file is impossible, that the file be made available for viewing as a single exhibit outside of JERS but on the JERS cart using the windows media player. It is possible to make other oversized files such as spreadsheets available outside of JERS, but if the oversized file results from difficulty converting the file into a pdf, the parties must resolve this issue. Exhibits outside of JERS are reserved for true oversized files.

DATED this ___6th___ day of  April, 2021.

        ___/s/ Michael W. Mosman
        Michael W. Mosman
        Chief United States Judge