**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Heidee Stoller**, OSB No. 072835
HStoller@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha A. Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Matthew Gordon**, *pro hac vice*
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff *FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**,<br><br>     Defendants. | Case No. 6:18−cv−00296−MO<br><br>**DECLARATION OF MATTHEW J. MERTENS IN SUPPORT REPLY IN SUPPORT OF FAMILYCARE, INC.'S MOTION FOR SANCTIONS AGAINST DEFENDANT OREGON HEALTH AUTHORITY DUE TO EVIDENCE SPOLIATION** |

DECLARATION OF MATTHEW J. MERTENS IN
SUPPORT REPLY IN SUPPORT OF MOTION FOR
SANCTIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Matthew J. Mertens, declare as follows:

1. I am an attorney with Perkins Coie LLP and one of the attorneys of record for plaintiff FamilyCare, Inc. ("FamilyCare" or "Plaintiff") in the above-captioned case. I have been involved in aspects of discovery in this case. I am over the age of 18, make this declaration based on my personal knowledge, and could competently testify thereto if called to do so.

2. Attached as Exhibit 1 is a true and correct copy of a document that OHA produced to FamilyCare in discovery.

3. Attached as Exhibit 2 is a true and correct copy of a document that OHA produced to FamilyCare in discovery

4. Attached as Exhibit 3 is a true and correct copy of Deposition Exhibit 208 from the deposition of Lynne Saxton.

5. Attached as Exhibit 4 is a true and correct copy of an excerpt from the deposition of BethAnne Darby. I added the highlighting in Exhibit 4.

6. Attached as Exhibit 5 is a compilation of Deposition Exhibits 1103 to 1007 from the deposition of BethAnne Darby.

7. Attached as Exhibit 6 is a true and correct copy of an excerpt from the deposition of BethAnne Darby. I added the highlighting in Exhibit 6.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: April 12, 2021

*/s/ Matthew J. Mertens*
Matthew J. Mertens

1- DECLARATION OF MATTHEW J. MERTENS IN SUPPORT REPLY IN SUPPORT OF MOTION FOR SANCTIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222