**From:**     Saxton Lynne
**To:**        Clement Leslie M
**CC:**        Fairbanks Mark R; WAHL Jeffrey
**Sent:**      10/18/2016 2:58:16 PM
**Subject:**   OHPB Chair Touring Family Care

Leslie, if Zeke decides to tour FC, he needs to tour other CCOs (or other members can) and he needs to be appropriate in terms of past and future litigation possibilities. Thank you.

Exhibit 1
Page 1 of 1
OHA_LIT_01094087