# January 24, 2017
Tuesday

| | January 2017 | | | | | | | February 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | 1 | 2 | 3 | 4 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 29 | 30 | 31 | | | | | 26 | 27 | 28 | | | | |



TUESDAY

24

← From Jan 21 — Vacation/PTO (San Diego) — To Jan 28 →

CONFIDENTIAL

Betsy Johnson – Constituent issue

CONFIDENTIAL

Exhibit 2
Page 1 of 1
OHA_LIT_01272070