ɔm:           +15037987100 Darby BethAnne
Participants:    +15037987100 Darby BethAnne (owner)
**Status:**         Sent
**Timestamp: Date:** 8/8/2017 12:34:30 PM

You gave the direction to me, I verbally gave direction to the team



Darby

EXHIBIT NO. 163

7-25-2010

Schmitt Reporting

OHA_LIT_00655114

Exhibit 5
Page 1 of 5

**From:**          +15037987100 Darby BethAnne
**Participants:**  +15037987100 Darby BethAnne (owner)
**Status:**        Sent
**Timestamp: Date:** 8/8/2017 12:35:37 PM

Only 3 staff had an electronic copy including the writer



Darby
EXHIBIT NO. 1104
7-25-2a8
Schmitt Reporting

OHA_LIT_00655113

Exhibit 5
Page 2 of 5

From:           +15037987100 Darby BethAnne
Participants:   +15037987100 Darby BethAnne (owner)
Status:         Sent
Timestamp: Date: 8/8/2017 12:38:42 PM

On an email- he did not get a copy of the plan



Darby

EXHIBIT NO. 1105
7-25-2018

Schmitt Reporting

OHA_LIT_00655111

Exhibit 5
Page 3 of 5

From:            +15037987100 Darby BethAnne
Participants:    +15037987100 Darby BethAnne (owner)
Status:          Sent
Timestamp: Date: 8/8/2017 12:37:51 PM

You CC'd Zach



Darby

EXHIBIT NO. 1106

7-25-2018

Schmitt Reporting

OHA_LIT_00655112

Exhibit 5
Page 4 of 5



●●●●● Sprint 📶     11:34 AM     🔋

‹❶     **2 People**     ⓘ

Saxton Lynne

Ok

Please add Kate to call then

BethAnne Darby

You gave the direction to me, I verbally gave direction to the team

Only 3 staff had an electronic copy including the writer

You CC'd Zach

On an email- he did not get a copy of the plan

I can say we put so little stock in it we never

    



Darby
EXHIBIT NO./07
7-25-208
Schmitt Reporting

OHA_LIT_01095077

Exhibit 5
Page 5 of 5