**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Heidee Stoller**, OSB No. 072835
HStoller@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha A. Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Matthew Gordon**, *pro hac vice*
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff *FamilyCare, Inc.*

**Carla A. Scott**, OSB No.054725
Carla.A.Scott@doj.state.or.us
DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000

**David B. Markowitz**, OSB No. 742046
davidmarkowitz@markowitzherbold.com
**Matthew A. Levin**, OSB No. 003054
mattlevin@markowitzherbold.com
**Dallas S. DeLuca**, OSB No. 072992
dallasdeluca@markowitzherbold.com
**Harry B. Wilson**, OSB No. 077214
harrywilson@markowitzherbold.com
**Laura R. Salerno Owens** OSB No. 076230
laurasalerno@markowitzherbold.com
**Vivek A. Kothari**, OSB No. 182089
vivekkothari@markowitzherbold.com
**Anna M. Joyce**, OSB No. 013112
annajoyce@markowitzherbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Fax: (503) 323-9105

Attorneys for Defendants *Oregon Health Authority and Patrick Allen in his official capacity*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**,<br><br>     Defendants. | Case No. 6:18−cv−00296−MO<br><br>**STIPULATION REGARDING FAMILYCARE, INC.'S FIFTH AMENDED COMPLAINT** |

STIPULATION REGARDING FAMILYCARE,
INC.'S FIFTH AMENDED COMPLAINT

152287034.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

## STIPULATION AND AGREEMENT

This Court held a status conference in the above-captioned matter on April 5, 2021. Counsel for Plaintiff FamilyCare, Inc. ("FamilyCare") indicated that FamilyCare will seek to file a Fifth Amended Complaint. This Court instructed the parties to confer regarding the proposed amendment and ordered FamilyCare to file a motion for leave to file an amended complaint no later than April 26, 2021, if the parties could not reach agreement.

On April 23, 2021, counsel for the parties conferred regarding FamilyCare's request to file a Fifth Amended Complaint in this matter. Defendants do not oppose FamilyCare's request but reserve the right to challenge the allegations and claims in due course.

FamilyCare therefore requests that this Court enter an order allowing FamilyCare to file its Fifth Amended Complaint, attached hereto as Exhibit 1.

1- STIPULATION REGARDING FAMILYCARE, INC.'S FIFTH AMENDED COMPLAINT

152287034.1

**Stipulated and agreed to this 26th day of April 2021.**

**PERKINS COIE LLP**

By: */s/ Thomas R. Johnson*

**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Heidee Stoller**, OSB No. 072835
HStoller@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha A. Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Matthew Gordon**, *pro hac vice*
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
*FamilyCare, Inc.*

**ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON**

By: s/ *Harry B. Wilson*

**Carla A. Scott**, OSB No. 054725
Senior Assistant Attorney General
Carla.A.Scott@doj.state.or.us
DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000

**MARKOWITZ HERBOLD PC,
SPECIAL ASSISTANT ATTORNEYS
GENERAL**

**David B. Markowitz**, OSB No. 742046
davidmarkowitz@markowitzherbold.com
**Matthew A. Levin**, OSB No. 003054
mattlevin@markowitzherbold.com
**Dallas S. DeLuca**, OSB No. 072992
dallasdeluca@markowitzherbold.com
**Harry B. Wilson**, OSB No. 077214
harrywilson@markowitzherbold.com
**Laura R. Salerno Owens** OSB No. 076230
laurasalerno@markowitzherbold.com
**Vivek A. Kothari**, OSB No. 182089
vivekkothari@markowitzherbold.com
**Anna M. Joyce**, OSB No. 013112
annajoyce@markowitzherbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Fax: (503) 323-9105

Attorneys for Defendants
*Oregon Health Authority* and *Patrick Allen, in his
official Capacity*

*[continued next page]*

2-      STIPULATION REGARDING FAMILYCARE,
        INC.'S FIFTH AMENDED COMPLAINT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

152287034.1

**BARRAN LIEBMAN LLP**


By: */s/ Edwin A. Harnden*
    **Edwin A. Harnden**, OSB No. 721129
    EHarnden@barran.com
    **Chris M. Morgan**, OSB No. 175384
    cmorgan@barran.com
    601 SW 2nd Ave #2300,
    Portland, OR 97204
    Telephone:  503.228.0500
    Facsimile:  503.274.1212

Attorneys for Defendant
*Lynne Saxton*

3-      STIPULATION REGARDING FAMILYCARE,
        INC.'S FIFTH AMENDED COMPLAINT

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

152287034.1