**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendants Oregon
Health Authority, an agency of the State of Oregon, and
Patrick Allen in his official capacity as director of the
Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF ANIT JINDAL IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO DISMISS, MOTION FOR SUMMARY JUDGMENT, AND MOTION TO STRIKE** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

I, Anit Jindal, declare:

1.     I am an attorney with Markowitz Herbold PC, the firm representing Oregon Health Authority ("OHA") in the above-captioned matter.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.     Attached to this declaration are true and correct copies of the following documents:

**Page 1 -   DECLARATION OF ANIT JINDAL IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION TO DISMISS, MOTION FOR SUMMARY JUDGMENT, AND MOTION TO STRIKE**

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts from Eleventh Amended and Restated Health Plan Services Contract between OHA and FamilyCare, Inc. effective 1/1/2017 ("2017 CCO Contract") |
| 2 | Health Plan Services Contract between OHA and FamilyCare, Inc. effective 1/1/2014 ("2014 CCO Contract") |
| 3 | Amendment Number 1 to Health Plan Services Contract between OHA and FamilyCare, Inc. dated 4/30/2014 |
| 4 | Amendment Number 2 to Health Plan Services Contract between OHA and FamilyCare, Inc. dated 6/18/2014 |
| 5 | Amendment Number 3 to Health Plan Services Contract between OHA and FamilyCare, Inc. dated 9/16/2014 |
| 6 | Fourth Amended and Restated Health Plan Services Contract between OHA and FamilyCare, Inc. effective 1/1/2015 |
| 7 | Amendment Number 5 to Health Plan Services Contract between OHA and FamilyCare, Inc. dated 9/22/2015 |
| 8 | Amendment Number 6 to Health Plan Services Contract between OHA and FamilyCare, Inc. dated 6/1/2016 |
| 9 | Seventh Amended and Restated Health Plan Services Contract between OHA and FamilyCare, Inc. effective 1/1/2016 |
| 10 | Amendment Number 8 to Health Plan Services Contract between OHA and FamilyCare, Inc. dated 6/1/2016 |
| 11 | Amendment Number 9 to Health Plan Services Contract between OHA and FamilyCare, Inc. dated 6/1/2016 |
| 12 | Amendment Number 10 to Health Plan Services Contract between OHA and FamilyCare, Inc. dated 6/15/2016 |
| 13 | Eleventh Amended and Restated Health Plan Services Contract between OHA and FamilyCare, Inc. effective 1/1/2017 |
| 14 | 3/27/2017 letter from Centers for Medicare & Medicaid Services to OHA re: Oregon Coordinated Care Organizations (CCO) Contract and Capitation Rate Amendment Approvals for Calendar Year 2017 |
| 15 | [Proposed] Twelfth Amended and Restated Health Plan Services Contract between OHA and FamilyCare, Inc. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 18, 2021.

_____
Anit Jindal, OSB #171086

1145167

**Page 2 -   DECLARATION OF ANIT JINDAL IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION TO DISMISS, MOTION FOR SUMMARY JUDGMENT, AND MOTION TO STRIKE**