

# OREGON HEALTH PLAN

# Amended and Restated

# HEALTH PLAN SERVICES CONTRACT

# Coordinated Care Organization

# Contract # 143114-11

# with

# FamilyCare, Inc.

Ex. 1 - Jindal Decl.
Page 1 of 19
OHA_LIT_00045964

# Table of Contents

I.      Effective Date and Duration ................................................................................. 7
II.     Contract in its Entirety ........................................................................................ 8
III.    Vendor or Sub-Recipient Determination ............................................................ 9
IV.     Status of Contractor ............................................................................................ 9
V.      Enrollment Limits and Service Area .................................................................... 9
VI.     Interpretation and Administration of Contract .................................................... 9
VII.    Contractor Data and Certification ...................................................................... 11
VIII.   Signatures .......................................................................................................... 13
Exhibit A - Definitions ................................................................................................ 14
Exhibit B –Statement of Work - Part 1 – Governance and Organizational Relationships ..................... 28
    1.  Governing Board and Governance Structure ................................................... 28
    2.  Community Advisory Council (CAC) .............................................................. 28
    3.  Clinical Advisory Panel (CAP) ....................................................................... 29
    4.  Community Health Assessment (CHA) and Community Health Improvement Plan (CHP) ........... 29
    5.  Innovator Agent and Learning Collaborative ................................................. 31
    6.  Children's System of Care  Steering Committee .............................................. 31
Exhibit B –Statement of Work - Part 2 – Covered and Non-Covered Services. ........... 32
    1.  Covered Services ............................................................................................ 32
    2.  Provision of Covered Service ......................................................................... 32
    3.  Authorization or Denial of Covered Services .................................................. 34
    4.  Covered Service Components .......................................................................... 36
    5.  Optional Covered Services with Care Coordination ........................................ 52
    6.  Non-Covered Health Services with Care Coordination .................................... 52
    7.  Non-Covered Health Services without Care Coordination ............................... 53
    8.  Flexible Services ............................................................................................ 53
Exhibit B –Statement of Work - Part 3 – Patient Rights and Responsibilities, Engagement and Choice ............ 55
    1.  Member and Member Representative Engagement and Activation .................... 55
    2.  Member Rights under Medicaid ...................................................................... 55
    3.  Provider's Opinion ......................................................................................... 57
    4.  Informational Materials and Education of Members and Potential Members ..... 58
    5.  Grievance System .......................................................................................... 59
    6.  Enrollment and Disenrollment ........................................................................ 60
    7.  Identification Cards ........................................................................................ 64
    8.  Marketing to Potential Members ..................................................................... 65
Exhibit B –Statement of Work - Part 4 – Providers and Delivery System ................... 67
    1.  Integration and Coordination .......................................................................... 67
    2.  Access to Care ............................................................................................... 67
    3.  Delivery System and Provider Capacity .......................................................... 70
    4.  Delivery System Features ............................................................................... 72
    5.  Delivery System Dependencies ....................................................................... 75
    6.  Evidence-Based Clinical Practice Guidelines .................................................. 77
    7.  Health Promotion and Prevention ................................................................... 77
    8.  (Reserved) ..................................................................................................... 78
    9.  Patient Centered Primary Care Homes (PCPCH) ............................................ 78
    10. Subcontract Requirements .............................................................................. 78
    11. Adjustments in Service Area or Enrollment .................................................... 80
Exhibit B –Statement of Work - Part 5 – Health Equity and Elimination Health Disparities ................ 83

Ex. 1 - Jindal Decl.
Page 2 of 19
OHA_LIT_00045965

Exhibit B –Statement of Work - Part 6 – Alternative Payment Methodologies ....................................................... 84
Exhibit B –Statement of Work - Part 7 – Health Information Systems ................................................................. 85
Exhibit B –Statement of Work - Part 8 – Operations ........................................................................................... 88
   1.   Accountability and Transparency of Operations .......................................................................... 88
   2.   Privacy, Security and Retention of Records ................................................................................ 89
   3.   Payment Procedures .................................................................................................................... 90
   4.   Claims Payment .......................................................................................................................... 91
   5.   Medicare Payers and Providers .................................................................................................. 93
   6.   Eligibility Verification for Fully Dual Eligible Members ............................................................ 94
   7.   Encounter Claims Data ............................................................................................................... 94
   8.   Encounter Claims Data (Non-Pharmacy) .................................................................................. 95
   9.   Encounter Pharmacy Data ........................................................................................................... 96
  10.  Administrative Performance Program ......................................................................................... 97
  11.  Third Party Liability and Personal Injury Liens ......................................................................... 99
  12.  Drug Rebate Program ............................................................................................................... 101
  13.  All Payers All Claims (APAC) Reporting Program ................................................................ 101
  14.  Prevention/Detection of Fraud and Abuse ............................................................................... 102
  15.  Abuse Reporting and Protective Services ................................................................................. 106
  16.  Disclosure of Ownership Interest ............................................................................................. 107
  17.  Upon renewal or extension of the Contract as specified in 42 CFR 455.104(c)(3)Significant Changes in
Ownership-with 50% of Equity Interest Transferred ..................................................................... 108
  18.  Credentialing ............................................................................................................................ 109
  19.  Subrogation .............................................................................................................................. 111
Exhibit B –Statement of Work - Part 9 – Quality Performance Outcomes and Accountability ......................... 113
   1.   Overview ................................................................................................................................... 113
   2.   Quality Assurance and Performance Improvement Program Requirements ............................... 113
   3.   Quality and Performance Outcomes ......................................................................................... 114
   4.   Performance Measurement and Reporting Requirements .......................................................... 114
   5.   Quality Performance Improvement Projects ............................................................................. 115
   6.   Program Requirements .............................................................................................................. 116
   7.   External Quality Review ........................................................................................................... 116
   8.   Monitoring and Compliance Review ........................................................................................ 117
   9.   Quality Pool .............................................................................................................................. 117
Exhibit C – Consideration ................................................................................................................................. 121
   1.   Payment Types and Rates ......................................................................................................... 121
   2.   Payment in Full ........................................................................................................................ 123
   3.   Changes in Payment Rates ........................................................................................................ 123
   4.   Timing of CCO Payments ......................................................................................................... 124
   5.   Settlement of Accounts ............................................................................................................. 125
   6.   CCO Risk Corridor .................................................................................... **Error! Bookmark not defined.**
   7.   Global Payment Rate Methodology .......................................................................................... 132
   8.   Administrative Performance Withhold ...................................................................................... 132
   9.   Quality Pool .............................................................................................................................. 132
  10.  Minimum Medical Loss Ratio: ................................................................................................. 132
  11.  Intent to Amend Rates; Automatic Termination, If Not Amended ............................................. 134
Exhibit C – Consideration - Attachment 1 – CCO Payment Rates ..................................................................... 135
Exhibit D – Standard Terms and Conditions ...................................................................................................... 136
   1.   Governing Law, Consent to Jurisdiction ................................................................................... 136
   2.   Compliance with Applicable Law ............................................................................................. 136
   3.   Independent Contractor ............................................................................................................. 137

Ex. 1 - Jindal Decl.
Page 3 of 19
OHA_LIT_00045966

  4. Representations and Warranties ................................................................................ 137
  5. (Reserved) ................................................................................................................ 138
  6. Funds Available and Authorized; Payments ............................................................ 138
  7. Recovery of Overpayments ...................................................................................... 138
  8. (Reserved) ................................................................................................................ 138
  9. Indemnity ................................................................................................................. 138
  10. Default; Remedies; and Termination ....................................................................... 139
  11. Limitation of Liabilities ........................................................................................... 144
  12. Insurance .................................................................................................................. 144
  13. Access to Records and Facilities .............................................................................. 145
  14. Information Privacy/Security/Access ....................................................................... 145
  15. Force Majeure .......................................................................................................... 146
  16. Foreign Contractor ................................................................................................... 146
  17. Assignment of Contract, Successors in Interest ....................................................... 146
  18. Subcontracts ............................................................................................................. 146
  19. No Third Party Beneficiaries ................................................................................... 147
  20. Amendments ............................................................................................................. 147
  21. Waiver ...................................................................................................................... 148
  22. Severability .............................................................................................................. 148
  23. Survival .................................................................................................................... 148
  24. Notices ..................................................................................................................... 148
  25. Construction ............................................................................................................. 149
  26. Headings ................................................................................................................... 149
  27. Merger Clause .......................................................................................................... 149
  28. Counterparts ............................................................................................................. 149
  29. Equal Access ............................................................................................................ 150
  30. Media Disclosure ..................................................................................................... 150
  31. Mandatory Reporting ............................................................................................... 150
  32. OHA Compliance Review ........................................................................................ 150
  33. Conditions that May Result in Sanctions ................................................................. 151
  34. Range of Sanctions Available .................................................................................. 152
  35. Sanction Process ...................................................................................................... 154
  36. Notice to CMS of Contractor Sanction .................................................................... 154
Exhibit E - Required Federal Terms and Conditions ........................................................ 155
  1. Miscellaneous Federal Provisions ............................................................................ 155
  2. Equal Employment Opportunity .............................................................................. 155
  3. Clean Air, Clean Water, EPA Regulations .............................................................. 155
  4. Energy Efficiency ..................................................................................................... 156
  5. Truth in Lobbying .................................................................................................... 156
  6. HIPAA Compliance .................................................................................................. 157
  7. Resource Conservation and Recovery ...................................................................... 158
  8. Audits ....................................................................................................................... 158
  9. Debarment and Suspension ...................................................................................... 158
  10. Drug-Free Workplace .............................................................................................. 159
  11. Pro-Children Act ...................................................................................................... 160
  12. Additional Medicaid and CHIP ................................................................................ 160
  13. Agency-based Voter Registration ............................................................................. 160
  14. Clinical Laboratory Improvements .......................................................................... 160
  15. Advance Directives .................................................................................................. 161
  16. Practitioner Incentive Plans (PIP) ........................................................................... 161

Ex. 1 - Jindal Decl.
Page 4 of 19
OHA_LIT_00045967

17. Risk HMO ............................................................................................................. 161
18. Conflict of Interest Safeguards ........................................................................... 161
19. Non-Discrimination ............................................................................................. 163
20. OASIS ................................................................................................................... 163
21. Patient Rights Condition of Participation .......................................................... 163
22. Federal Grant Requirements ............................................................................... 163
Exhibit F – Insurance Requirements .......................................................................... 165
Exhibit G – Reporting of Delivery System Network Providers, Cooperative Agreements, and Hospital Adequacy ..................................................................................................................... 167
1. Delivery System Network (DSN) Reports ........................................................... 167
2. Hospital Network Adequacy ................................................................................ 171
Exhibit H – Physician Incentive Plan Regulation Guidance ..................................... 173
Exhibit I – Grievance System ..................................................................................... 179
1. Grievance System ................................................................................................. 179
2. Notice of Action .................................................................................................... 179
3. Handling of Grievances and Appeals .................................................................. 182
4. Contested Case Hearing Request ........................................................................ 186
5. Continuation of Benefits While the Contractor Appeal and Contested Case Hearing is Pending: ........ 186
6. Implementation of Reversed Appeal Resolution ................................................ 187
7. Final Order ........................................................................................................... 188
8. Documentation and Quality Improvement .......................................................... 188
Exhibit J - Review Tool for CCO Informational Materials and Member Education ........................ 189
Exhibit J – Appendix - Review Tool ........................................................................... 189
Exhibit K – Transformation Plan ................................................................................ 195
1. Transformation Plan ............................................................................................ 195
2. Revised Transformation Plan and Areas of Transformation. ............................. 196
3. Monitoring and Compliance Review .................................................................... 196
4. Periodic Update of Transformation Plan ........................... **Error! Bookmark not defined.**
5. Transformation Plan Deliverables ...................................................................... 196
6. Benchmarks for Transformation Plan Amendments ........................................... 197
7. Definitions for Exhibit K ..................................................................................... 197
Exhibit K - Attachment 1 – Areas of Transformation ............................................... 198
Exhibit L – Solvency Plan and Financial Reporting .................................................. 199
A. Overview of Solvency Plan and Financial Reporting ......................................... 199
1. Background/Authority .......................................................................................... 199
2. Definitions ............................................................................................................ 199
3. Methods for Solvency Plan Financial Reporting ................................................ 199
4. Contractor Status: ............................................................................................... 200
B. Method A-OHA Approval of Solvency Plan and Financial Reporting .............. 200
1. Glossary of Terms ................................................................................................ 200
2. Audited Financial Statements: ............................................................................ 201
3. Quarterly Financial Reports: .............................................................................. 202
4. Annual Reporting Requirements ......................................................................... 203
5. Assumption of Risk/Private Market Reinsurance: ............................................. 204
6. Restricted Reserve Requirement: ........................................................................ 204
7. Net Worth Requirement: ...................................................................................... 207
8. Appeal Process: .................................................................................................... 208
C. Method B-DCBS Approval of Solvency Plan and Financial Reporting ............. 209
1. Annual Financial Statements and Supplemental Filings: .................................. 209
2. Audited Financial Statements: ............................................................................ 209

Ex. 1 - Jindal Decl.
Page 5 of 19
OHA_LIT_00045968

3.  Quarterly Financial Reports:...................................................................................................210
4.  Assumption of Risk/Private Market Reinsurance:.................................................................210
5.  Restricted Reserve Requirement:............................................................................................211
6.  Net Worth Requirement:..........................................................................................................211
7.  Financial Statement Filing Information and Resources.........................................................211
8.  Appeal Process:........................................................................................................................212
D.  Method C-DCBS Certificate of Authority as a Licensed Insurer Financial Reporting .........212
1.  Glossary of Terms....................................................................................................................212
2.  Audited Financial Statements: ................................................................................................212
3.  Quarterly Financial Reports:...................................................................................................214
4.  Annual Reporting Requirements.............................................................................................215
5.  Assumption of Risk/Private Market Reinsurance:.................................................................215

Ex. 1 - Jindal Decl.
Page 6 of 19
OHA_LIT_00045969

In compliance with the Americans with Disabilities Act, this document is available in alternate formats such as Braille, large print, audio recordings, Web-based communications and other electronic formats. To request an alternate format, please send an e-mail to dhs-oha.publicationrequest@state.or.us or call 503-378-3486 (voice) or 503-378-3523 (TTY) to arrange for the alternative format.

## OREGON HEALTH PLAN

## HEALTH PLAN SERVICES CONTRACT

## COORDINATED CARE ORGANIZATION

This Health Plan Services Contract, Coordinated Care Organization Contract # 143114-11 ("Contract") is between the State of Oregon, acting by and through its Oregon Health Authority, hereinafter referred to as "OHA", and

**FamilyCare, Inc.**
**825 NE Multnomah Street**
**Sutie 1400**
**Portland, Oregon 97232**

hereinafter referred to as "Contractor." OHA and Contractor are referred to as the "Parties".

The ContrXact, as originally adopted effective January 1, 2014, and as previously amended, is hereby further amended and restated in its entirety. The amendment and restatement of this Contract do not affect its terms and conditions for Work prior to the effective date of this Amended and Restated Contract.

Work to be performed under this Contract relates principally to the following Division of OHA:

Division of Medical Assistance Programs (DMAP)
500 Summer Street NE, E35
Salem, Oregon 97301
Contract Administrator: Kathy Cereghino or delegate
Phone: 503-947-5522
Fax: 503-945-5972
Email: katherine.j.cereghino@state.or.us

## I.    Effective Date and Duration

A.    This Amended and Restated Contract is effective January 1, 2017 regardless of the date of signature. This Contract, and the CCO Payment Rates contained herein, is subject to approval by the US Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS). In the event CMS fails to approve the proposed 2017 CCO Payment Rates prior to the Effective Date, OHA shall pay Contractor at the proposed CCO Payment Rates, subject to adjustment upon OHA's receipt of CMS approval or modification of the proposed CCO Payment Rates. Unless extended or terminated earlier in accordance with its terms, this Contract expires on December 31, 2018. Contract termination does not extinguish or prejudice DHS' right to enforce this Contract with respect to any default by Contractor that has not been cured.

Coordinated Care Organization – Amended and Restated                    Effective: January 1, 2017

**B.**    Contractor shall notify OHA not less than 120 days before the Expiration Date of its intent to not proceed with a Renewal Contract.

## II.    Contract in its Entirety

**A.**    This Contract consists of this document together with the following exhibits which are attached hereto and incorporated into this Contract by this reference, and the reporting forms described in Subsection B:

| | |
|---|---|
| **Exhibit A:** | Definitions |
| **Exhibit B:** | Statement of Work |
| **Exhibit C:** | Consideration |
| **Exhibit D:** | Standard Terms and Conditions |
| **Exhibit E:** | Required Federal Terms and Conditions |
| **Exhibit F:** | Insurance Requirements |
| **Exhibit G:** | Delivery System Network Provider and Hospital Adequacy Report Reporting Requirements |
| **Exhibit H:** | Practitioner Incentive Plan Regulation Guidance |
| **Exhibit I:** | Grievance System |
| **Exhibit J:** | Review Tool for CCO Informational Materials and Member Education |
| **Exhibit K:** | Transformation Plan |
| **Exhibit L:** | Solvency Plan and Financial Reporting |

**B.**    Reporting forms are posted at http://www.oregon.gov/OHA/healthplan/pages/CCO-Contract-Forms.aspx the "Contract Reports Web Site"), and are by this reference incorporated into the Contract. OHA may change the Contract Reports Web Site after notice to Contractor.  All completed reporting forms must be submitted by the Contractor's Chief Executive Officer, Chief Financial Officer or an individual who has delegated authority to sign for the reports as designated by the Signature Authorization Form available on the Contract Reports Web Site.

**C.**    There are no other Contract documents unless specifically referenced and incorporated in this Contract.

**D.**    The following optional Services are either included or not included in this Contract as follows:

| Included | Not Included | |
|:---:|:---:|---|
| **X** | | Benefits and Covered Services for MHO Members Only |
| **X** | | Children's System of Care Wraparound |

**E.**    Contractor's Method for Solvency Plan Financial Reporting under Exhibit L is as follows:

☒    Method A-OHA Approval

☐    Method B-DCBS Approval

☐    Method C-DCBS Certificate of Authority as a Licensed Insurer

Ex. 1 - Jindal Decl.
Page 8 of 19
OHA_LIT_00045971

Coordinated Care Organization – Amended and Restated                          Effective: January 1, 2017

## Exhibit C – Consideration

1.    **Payment Types and Rates**

a.    In consideration of all the Work to be performed under this Contract, OHA will pay Contractor a monthly CCO Payment for each Member enrolled under the Contract according to OHA records. The monthly CCO Payment rate authorized for each Member is that amount indicated in Attachment 1 to this Exhibit C, CCO Rates, for each Member's Rate Group as "Total Services with Admin." OHA will prorate the CCO Payment for Members who are enrolled mid-month. OHA may withhold payment for new Members when, and for so long as, OHA determines that Contractor meets the circumstances cited in 42 CFR 438.700 et seq.

b.    The monthly CCO Payment may include risk adjustment based on diagnosis or health status and will include a risk corridor for the special needs rate group in accordance with Section 6 of this Exhibit C.

c.    The Covered Services described in Exhibit B, Part 2, have been divided into categories of services. Categories of service in this section describe but do not replace or supersede the scope of Covered Services described in Exhibit B, Part 2.  Categories of services are used to develop CCO Payment Rates as described in Exhibit C, Attachment 1.

(1)    **Mandatory Categories of Services.**

For purposes of developing CCO Payment Rates, the following service categories constitute the mandatory categories of Covered Services for Members:

Dental Services
Diagnostic Services/Lab/X-Ray;
DMEPOS/Hearing Aids & Supplies;
Exceptional Needs Care Coordination;
Home Health/Private Duty Nursing/Hospice;
Inpatient Hospital - Basic includes Acute Detoxification;
Inpatient Hospital – Hysterectomy;
Inpatient Hospital - Family Planning;
Inpatient Hospital – Maternity;
Inpatient Hospital – Newborn;
Inpatient Hospital – Sterilization;
Intensive Outpatient – Substance Use Disorder Treatment
Substance Use Disorder Treatment;
Maternity Case Management (not including Public Health oriented programs);
Mental Health-Acute Inpatient - Inpatient Psychiatric Treatment;
Mental Health-Outpatient Other - Outpatient hospital based;
Mental Health- Alternative to Inpatient - Inpatient sub-acute;
Mental Health- Assessment/Evaluation - Initial Mental Health Assessment or screening;
Mental Health- Case Management:
Mental Health- Consultation - Mental Health Providers offering additional evaluation
     beyond assessment/screening;
Mental Health- Interpretation Services - Such as supportive employment, ACT, Etc.
     special MH programs including WRAP services;
Mental Health-Intensive Treatment Services - Mostly kids residential;

Contract # 143114-11                          Exhibit C                          Page 121 of 217

OHA_LIT_00046084

e.  As described in OAR 410-141-3420(10)-(12), OHA may require Contractor to continue to reimburse a Rural Type A Hospital or Rural Type B Hospital for the cost of Covered Services based on a Cost-to-Charge Ratio. This section does not prohibit Contractor and a Hospital from mutually agreeing to reimbursement arrangements.

f.  If Contractor has a contractual relationship with a designated Type A, Type B, or Rural critical access Hospital, the Contractor and each said Hospital shall provide representations and warranties to OHA:

    (1)  That said contract establishes the total reimbursement for the services provided to persons whose medical assistance benefits are administered by the Contractor; and

    (2)  That Hospital reimbursed under the terms of said contract is not entitled to any additional reimbursement from OHA for services provided to persons whose medical assistance benefits are administered by Contractor.

2.  **Payment in Full**

The consideration described in this Exhibit C is the total consideration payable to Contractor for all work performed under this Contract. OHA shall ensure that no payment is made to a provider other than the Contractor for services available under the Contract between OHA and the Contractor, except when these payments are specifically provided for in Title XIX of the Social Security Act.

3.  **Changes in Payment Rates**

The CCO Payment Rates may be changed only by amendment to this Contract pursuant to Exhibit D, Section 20 of this Contract.

a.  Changes in the CCO Payment Rates as a result of adjustments to the Service Area or to the Enrollment limit may be required pursuant to Exhibit B, Part 4, Section 11 of this Contract.

b.  The CCO Payments authorized to be paid under this Contract are based on the funded condition-treatment pairs on the Prioritized List of Health Services contained in OAR 410-141-2520 in effect on the date this Contract is executed, subject to the terms of this Contract.

    (1)  Pursuant to ORS 414.690, the Prioritized List of Health Services of Condition/Treatment Pairs developed by the Health Evidence Review Commission may be expanded, limited or otherwise changed. Pursuant to ORS 414.690 and 414.735, the funding line for the services on the Prioritized List of Health Services may be changed by the Legislature.

    (2)  In the event that insufficient resources are available during the term of this Contract, ORS 414.735 provides that reimbursement shall be adjusted by eliminating services in the order of priority recommended by the Health Evidence Review Commission, starting with the least important and progressing toward the most important.

    (3)  Before instituting reductions in Covered Services pursuant to ORS 414.735, OHA is required to obtain the approval of the Legislative Assembly or the Emergency Board if the Legislative Assembly is not in session.

    i.    When Contractor's Hepatitis C DAA Expenses for the Hepatitis C Risk Corridor Period are less than, or equal to, 95 percent of the Hepatitis C DAA Revenue, the Contractor shall owe OHA an amount equal to 100 percent of the difference between the Contractor's Hepatitis C Expenses and 95 percent of the Hepatitis C DAA Revenue.

    c.    OHA will, after conferring with the Contractor about the method and timing of the payment or charge, make the payment to Contractor or require a payment from Contractor by adjusting future payments to Contractor.

**6.**    **Global Payment Rate Methodology**

OHA has developed actuarially set Adjusted Per Capita Costs (Capitation Rates) to reimburse plans for providing the Covered Services. A full description of the methodology used to calculate per capita costs may be found in the OHA document *"Oregon CY16 – Coordinated Care Organization Rate Certification"* (the "Actuarial Report"). The Actuarial Report is available at http://www.oregon.gov/oha/analytics/Pages/OHPrates.aspx. The Actuarial Report is not part of this Contract, and except where specifically referred to herein, may not be used in the interpretation or construction of this Contract.

**7.**    **Administrative Performance Withhold**

With implementation of the Administrative Performance (AP) Standard, OHA utilizes an AP Withhold APW methodology in accordance with Exhibit B, Part 8, Section 7.d.

**8.**    **Quality Pool**

Upon CMS approval, Contractor will be eligible for additional payments under the Quality Pool in accordance with Exhibit B, Part 9.

**9.**    **Minimum Medical Loss Ratio:**

    a.    Subject to CMS approval, OHA will implement a Minimum Medical Loss Ratio (MMLR) **Standard** and will utilize the MMLR methodology described in this Section 9.

    b.    The purpose of this Section 9 is to require Contractor to maintain a MMLR of at least 80% for its total Member population and to require Contractor to rebate any dollar amount by which its performance falls short of this ratio. The MMLR methodology requires Contractor to submit an annual certified MMLR Rebate Report.

    c.    For purposes of the MMLR methodology and calculations, the following definitions apply:

        (1)    **MMLR Rebate Report** means Contractor's report of financial information required for calculating MMLR, as required by this Section 9.

        (2)    MMLR Standard means an MMLR exceeding 80% for the Contractor's total Member population.

Ex. 1 - Jindal Decl.
Page 11 of 19
OHA_LIT_00046095

Coordinated Care Organization – Amended and Restated                    Effective: January 1, 2017

(5)    OHA will conduct this review, verifying the Rebate, if any, and notifying the Contractor no later than December 31 of the year in which the MMLR Rebate Report is filed.

h.    OHA will confirm with Contractor any Rebate to OHA required due to an MMLR not meeting the MMLR Standard. If a Rebate is due to OHA, the amount will be offset against future CCO Payments.

## 10.    Intent to Amend Rates; Automatic Termination, If Not Amended

The Capitation Rates and the Actuarial Report apply to dates of service earlier than January 1, 2017 (the "Rate Amendment Date"). The parties intend to amend this Contract to supply Capitation Rates and an Actuarial Report for dates starting on the Rate Amendment Date (a "Rate Amendment"). In accordance with CMS determination, OHA shall notify Contractor not less than 120 days before the Rate Amendment Date of its intent to not proceed with a Rate Amendment. Contractor shall notify OHA not less than 120 days before the Rate Amendment Date of its intent to not proceed with a Rate Amendment. If the parties have not entered into a Rate Amendment by the Rate Amendment Date, then this Contract will terminate on the Rate Amendment Date automatically and without any requirement for notice between the parties.

OF ANY NATURE WHATSOEVER (INCLUDING REASONABLE ATTORNEYS' FEES AND EXPENSES AT TRIAL, ON APPEAL AND IN CONNECTION WITH ANY PETITION FOR REVIEW) RESULTING FROM, ARISING OUT OF, OR RELATING TO THE ACTIVITIES OF CONTRACTOR OR ITS OFFICERS, EMPLOYEES, SUBCONTRACTORS, OR AGENTS UNDER THIS CONTRACT.

b.  CONTROL OF DEFENSE AND SETTLEMENT. CONTRACTOR SHALL HAVE CONTROL OF THE DEFENSE AND SETTLEMENT OF ANY CLAIM THAT IS SUBJECT TO THIS SECTION a., ABOVE; HOWEVER, NEITHER CONTRACTOR NOR ANY ATTORNEY ENGAGED BY CONTRACTOR, SHALL DEFEND THE CLAIM IN THE NAME OF THE STATE OF OREGON OR ANY AGENCY OF THE STATE OF OREGON, NOR PURPORT TO ACT AS LEGAL REPRESENTATIVE OF THE STATE OF OREGON OR ANY OF ITS AGENCIES, WITHOUT FIRST RECEIVING FROM THE ATTORNEY GENERAL, IN A FORM AND MANNER DETERMINED APPROPRIATE BY THE ATTORNEY GENERAL, AUTHORITY TO ACT AS LEGAL COUNSEL FOR THE STATE OF OREGON; NOR SHALL CONTRACTOR SETTLE ANY CLAIM ON BEHALF OF THE STATE OF OREGON WITHOUT THE APPROVAL OF THE ATTORNEY GENERAL. THE STATE OF OREGON MAY, AT ITS ELECTION AND EXPENSE, ASSUME ITS OWN DEFENSE AND SETTLEMENT IN THE EVENT THAT THE STATE OF OREGON DETERMINES THAT CONTRACTOR IS PROHIBITED FROM DEFENDING THE STATE OF OREGON, OR IS NOT ADEQUATELY DEFENDING THE STATE OF OREGON'S INTERESTS, OR THAT AN IMPORTANT GOVERNMENTAL PRINCIPLE IS AT ISSUE AND THE STATE OF OREGON DESIRES TO ASSUME ITS OWN DEFENSE.

c.  TO THE EXTENT PERMITTED BY ARTICLE XI, SECTION 7 OF THE OREGON CONSTITUTION AND BY OREGON TORT CLAIMS ACT, THE STATE OF OREGON SHALL INDEMNIFY, WITHIN THE LIMITS OF THE TORT CLAIMS ACT, CONTRACTOR AGAINST LIABILITY FOR DAMAGE TO LIFE OR PROPERTY ARISING FROM THE STATE'S ACTIVITY UNDER THIS CONTRACT, PROVIDED THE STATE SHALL NOT BE REQUIRED TO INDEMNIFY CONTRACTOR FOR ANY SUCH LIABILITY ARISING OUT OF THE WRONGFUL ACTS OF EMPLOYEES, SUBCONTRACTORS OR AGENTS OF CONTRACTOR.

d.  THE OBLIGATIONS OF THIS SECTION 9 ARE SUBJECT TO THE LIMITATIONS IN SECTION 11 OF THIS EXHIBIT.

10.  Default; Remedies; and Termination

a.  Default by Contractor. Contractor shall be in default under this Contract if:

(1)  Contractor institutes or has instituted against it insolvency, receivership or bankruptcy proceedings, makes an assignment for the benefit of creditors, or ceases doing business on a regular basis; or

(2)  Contractor no longer holds a license or certificate that is required for Contractor to perform its obligations under this Contract and Contractor has not obtained such license or certificate within 14 calendar days after OHA's notice or such longer period as OHA may specify in such notice; or

(3)  Contractor commits any material breach or default of any covenant, warranty, obligation or agreement under this Contract, fails to perform the Work under this Contract within the time specified herein or any extension thereof, or so fails to pursue the Work as to endanger Contractor's performance under this Contract in accordance with its terms, and

such breach, default or failure is not cured within 14 calendar days after OHA's notice, or such longer period as OHA may specify in such notice; or

(4)    Contractor knowingly has a director, officer, partner or person with beneficial ownership of more than 5% of Contractor's equity or has an employment, consulting or other Subcontractor agreement for the provision of items and services that are significant and material to Contractor's obligations under this Contract as specified in 42 CFR 438.610, concerning whom:

(a)    Any license or certificate required by law or regulation to be held by Contractor or Subcontractor to provide services required by this Contract is for any reason denied, revoked or not renewed; or

(b)    Is suspended, debarred or otherwise excluded from participating in procurement activities under Federal Acquisition Regulation or from participating in non-procurement activities under regulations issued pursuant to Executive Order No. 12549 or under guidelines implementing such order; or

(c)    Is suspended or terminated from the Medical Assistance Program or excluded from participation in the Medicare program; or

(d)    Is convicted of a felony or misdemeanor related to a crime or violation of Title XVIII, XIX, or XX of the Social Security Act or related laws (or entered a plea of nolo contendere).

(5)    If OHA determines that health or welfare of Members is in jeopardy if this Contract continues; or

(6)    If OHA Determines:

(a)    That amendment of this Contract is required due to change(s) in federal or State law or regulations, changes in Covered Services or CCO Payments under ORS 414.735, or other circumstances described in Exhibit D, Paragraph 20.b.;

(b)    That failure to amend this Contract to execute those changes in the time and manner proposed in the amendment may place OHA at risk of non-compliance with federal or State statute or regulations or changes required by the Legislative Assembly or the Legislative Emergency Board; and

(c)    That Contractor does not accept the amendment or failed to execute the amendment to this Contract within the time allowed.

b.    **OHA's Remedies for Contractor's Default.**  In the event Contractor is in default under Section 10.a., above, OHA may, at its option, pursue any or all of the remedies available to it under this Contract and at law or in equity, including, but not limited to:

(1)    Termination of this Contract under Section 10.e.(2) below;

Ex. 1 - Jindal Decl.
Page 14 of 19
OHA_LIT_00046103

(2)     Withholding all monies due for Work and Work Products that Contractor has failed to deliver within any scheduled completion dates or has performed inadequately or defectively;

(3)     Sanctions under Exhibit D, Section 33 through 36 of this Contract;

(4)     Initiation of an action or proceeding for damages, specific performance, declaratory or injunctive relief; and

(5)     Exercise of its right of recovery of overpayments under Section 7 of this Exhibit D or setoff or both.

These remedies are cumulative to the extent the remedies are not inconsistent, and OHA may pursue any remedy or remedies singly, collectively, successively or in any order whatsoever. If a court determines that Contractor was not in default under Section 10.a. above, then Contractor shall be entitled to a claim for any unpaid CCO Payments as identified in Exhibit C, less previous amounts paid and any claim(s) that OHA has against Contractor.

c.     **Default by OHA.**  OHA shall be in default under this Contract if:

(1)     OHA fails to pay Contractor any amount pursuant to the terms of this Contract, net of any reduction for overpayment or other offset, and OHA fails to cure such failure within 15 calendar  days after delivery of Contractor's notice of such failure to pay or such longer period as Contractor may specify in such notice; or

(2)     OHA commits any material breach or default of any covenant, warranty, or obligation under this Contract, and such breach or default is not cured within 30 calendar days after Contractor's notice or such longer period as Contractor may specify in such notice.

Any notice of default by Contractor must identify, with specificity, the term or terms of this Contract allegedly breached.

d.     **Contractor's Remedies for OHA's Default.**  In the event OHA terminates this Contract under Section 10.e.(1) below, or in the event OHA is in default under Section 10.c. above and whether or not Contractor elects to exercise its right to terminate this Contract under Section 10.e.(3) below, Contractor's sole remedy shall be a Claim for any unpaid CCO Payments or case rate or supplemental payments as identified in Exhibit C less previous amounts paid and any claim(s) that OHA has against Contractor. In no event shall OHA be liable to Contractor for any expenses related to termination of this Contract or for anticipated profits. If previous amounts paid to Contractor exceed the amount due to Contractor under this Section 10.d. Contractor shall immediately pay any excess to OHA upon written demand.  If Contractor does not immediately pay the excess, OHA may recover the overpayments in accordance with Section 7. "Recovery of Overpayments" above, and may pursue any other remedy that may be available to it.

e.     **Termination**

(1)     **OHA's Right to Terminate at its Discretion.**  At its sole discretion, OHA may terminate this Contract:

(a)     Without cause upon 90 days' prior written notice by OHA to Contractor; or

Ex. 1 - Jindal Decl.
Page 15 of 19
OHA_LIT_00046104

**(b)**   Immediately upon written notice if OHA fails to receive funding, appropriations, limitations, allotments or other expenditure authority at levels sufficient to allow OHA, in the exercise of its reasonable discretion, to continue to make payments under this Contract; or

**(c)**   Immediately upon written notice if federal or State laws, regulations, guidelines or CMS waiver terms are modified or interpreted in such a way that OHA's purchase or continued use of the Work or Work Products under this Contract is prohibited or OHA is prohibited from paying for such Work or Work Products from the planned funding source; or

**(d)**   Immediately, and notwithstanding any claim Contractor may have under Section 15, "Force Majeure", upon written notice to Contractor if there is a threat to the health, safety or welfare of any Client, including any Medicaid eligible individual, under its care.

**(2)**   OHA's Right to Terminate for Cause.  In addition to any other rights and remedies OHA may have under this Contract, and subject to Section 10.e.(3), OHA shall issue notice to Contractor that OHA is terminating this Contract upon the occurrence of any of the following events:

**(a)**   Contractor is in default under Section 10.a.(1) because Contractor institutes or has instituted against it insolvency, receivership or bankruptcy proceedings, makes an assignment for the benefit of creditors, or ceases doing business on a regular basis; or

**(b)**   Contractor is in default under Section 10.a.(2) because Contractor no longer holds a license or certificate that is required for it to perform Work under the Contract and Contractor has not obtained such license or certificate; or

**(c)**   Contractor is in default under Section 10.a.(3) because Contractor commits any material breach or default of any covenant, warranty, obligation or agreement under this Contract, fails to perform the Work under this Contract within the time specified herein or any extension thereof, or so fails to pursue the Work as to endanger Contractor's performance under this Contract in accordance with its terms.

**(d)**   Contractor has failed to carry out the substantive terms of its Contract or meet the applicable requirements of 1932, 1903(m) or 1905(t) of the Social Security Act.

**(3)**   Before terminating this Contract under Section 10.e.(1) or (2), OHA will:

**(a)**   Provide Contractor an opportunity to appeal the notice of intent to terminate pursuant to OAR 410-120-1560. In the event that no appeal process is available to Contractor under OAR 410-120-1560, then the Contract shall be terminated in accordance with the termination notice.  Where termination is based on failure to comply with a Corrective Action and Contractor has had an Administrative Review on issues substantially similar to the basis for the termination decision, such Administrative Review is deemed to satisfy any requirement for a pre-termination hearing; and

Member who is no longer OHP eligible, OHA shall have no responsibility to pay for such services.

(9)     Upon termination, OHA shall conduct an accounting of CCO Payments paid or payable and Members enrolled during the month in which termination is effective and shall be accomplished as follows:

(a)     Mid-Month Termination: For a termination of this Contract that occurs during mid-month, the CCO Payments for that month shall be apportioned on a daily basis. Contractor shall be entitled to CCO Payments for the period of time prior to the date of termination and OHA shall be entitled to a refund for the balance of the month.

(b)     Responsibility for CCO Payment/Claims: Contractor is responsible for any and all claims from Subcontractors or other Providers, including Emergency Service Providers, for Covered Services provided prior to the termination date.

(c)     Notification of Outstanding OHA Claims: Contractor shall promptly notify OHA of any outstanding claims for which OHA may owe, or be liable for, a fee-for-service payment(s), which are known to Contractor at the time of termination or when such new claims incurred prior to termination are received. Contractor shall supply OHA with all information necessary for reimbursement of such claims.

(d)     Responsibility to Complete Contractual Obligations: Contractor is responsible for completing submission and corrections to encounter data for services received by Members during the period of this Contract. Contractor is responsible for submitting financial and other reports required during the period of this Contract.

(e)     Withholding: Pending Completion of Contractual Obligations: OHA shall withhold 20% of the Contractor's last CCO Payment until Contractor has complied with all contractual obligations. OHA's determination of completion of Contractor's contractual obligations shall be no sooner than 6 months from the date of termination. Failure to complete said contractual obligations within a reasonable time period shall result in a forfeiture of the 20% withhold.

11.     **Limitation of Liabilities**

a.      NEITHER PARTY SHALL BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR RELATED TO THIS CONTRACT.

b.      Contractor shall ensure that OHA is not held liable for any of the following:

(1)     Payment for Contractor's or any Subcontractor's debts or liabilities in the event of insolvency; or

(2)     Covered Services authorized or required to be provided under this Contract.

12.     Insurance

Contractor shall maintain insurance as set forth in Exhibit F, attached hereto.

Ex. 1 - Jindal Decl.
Page 17 of 19
OHA_LIT_00046107

Contractor shall notify OHA, in writing, of any subcontract(s) for any of the Work required by this Contract other than information submitted in Exhibit G. In addition to any other provisions OHA may require, Contractor shall include in any permitted subcontract under this Contract provisions to ensure that OHA will receive the benefit of Subcontractor performance as if the Subcontractor were the Contractor with respect to Sections 1, 2, 3, 4, 13, 14, 17, 18 and 22 of this Exhibit D. OHA's consent to any subcontract shall not relieve Contractor of any of its duties or obligations under this Contract. In addition to the requirements in this section, Contractor shall comply with Exhibit B, Part 8, Section 13.

## 19.    No Third Party Beneficiaries

OHA and Contractor are the only parties to this Contract and are the only parties entitled to enforce its terms. The parties agree that Contractor's performance under this Contract is solely for the benefit of OHA to accomplish its statutory mission. Nothing in this Contract gives, is intended to give, or shall be construed to give or provide any benefit or right, whether directly, indirectly or otherwise, to third persons any greater than the rights and benefits enjoyed by the general public unless such third persons are individually identified by name herein and expressly described as intended beneficiaries of the terms of this Contract.

## 20.    Amendments

a.    OHA may amend this Contract to the extent provided herein, or in RFA 3402, and to the extent permitted by applicable statutes and administrative rules. No amendment, modification or change of terms of this Contract shall bind either party unless in writing and signed by both parties and when required approved by the Department of Justice. Such amendment, modification or change, if made, shall be effective only in the specific instance and for the specific purpose given.

b.    OHA may provide Contractor with an amendment to this Contract under any of the following circumstances:

(1)    If OHA is required to amend this Contract due to changes in federal or State statute or regulations, or due to changes in Covered Services and CCO Payments under ORS 414.735, and if failure to amend this Contract to execute those changes in the time and manner proposed in the amendment may place OHA at risk of non-compliance with federal or State statute or regulations or the requirements of the Legislature or Legislative Emergency Board.

(2)    To address budgetary constraints, including those arising from changes in funding, appropriations, limitations, allotments, or other expenditure authority limitations provided in Section 6 of this Exhibit D.

(3)    If this Contract is amended to reduce or expand the Service Area, reduce or expand the Enrollment limit, or both, and a CCO Payment Rate change is made under Exhibit B, Part 4, Section 11.

(4)    To the extent such changes are required to obtain CMS approval of this Contract or the CCO Payment Rates.

Ex. 1 - Jindal Decl.
Page 18 of 19
OHA_LIT_00046110

OHA will send to Contractor the necessary Contract amendments no later than 60 days before the proposed effective date of the amendment. Failure of Contractor to enter into an amendment described in this paragraph, as necessary for the amendment to go into effect on its proposed effective date, is a default of Contractor under Exhibit D, Paragraph 10.a(6).

c.      Per capita rates are actuarially certified annually. Rates will be amended annually along with required language changes, as allowed for in ORS 414.625 (1) and Exhibit C, Section 10.

d.      Any changes in the CCO Payment Rates under ORS 414.735 shall take effect on the date approved by the Legislative Assembly or the Legislative Emergency Board. Any changes required by federal or State law or regulation shall take effect not later than the effective date of the federal or State law or regulation.

## 21.    Waiver

No waiver or other consent under this Contract shall bind either party unless it is in writing and signed by the party to be bound.  Such waiver or consent shall be effective only in the specific instance and for the specific purpose given.  The failure of either party to enforce any provision of this Contract shall not constitute a waiver by that party of that or any other provision.

## 22.    Severability

If any term or provision of this Contract is declared by a court of competent jurisdiction to be illegal or in conflict with any law, the validity of the remaining terms and provisions shall not be affected, and the rights and obligations of the parties shall be construed and enforced as if this Contract did not contain the particular term or provision held to be invalid.

## 23.    Survival

Sections 1, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 19, 22 and 23 of this Exhibit D shall survive Contract expiration or termination, as well as those provisions of this Contract that by their context are meant to survive.  Contract expiration or termination shall not extinguish or prejudice OHA's right to enforce this Contract with respect to any default by Contractor that has not been cured.

## 24.    Notices

a.      Except as otherwise expressly provided in this Contract, any notices or other communications between the parties hereto or notices to be given hereunder must be given in writing by personal delivery, facsimile, email, express mail, or postal mail. The expenses of delivery must be prepaid. Any such communication or notice is deemed received:

(1)     If given by personal delivery, when actually delivered to the addressee.

(2)     If delivered by facsimile, on the day the transmitting machine generates a receipt of the successful transmission, if transmission was during normal business hours of the recipient, or on the next Business Day if transmission was outside normal business hours of the recipient. Notwithstanding the foregoing, to be effective against the other party, any notice transmitted by facsimile must be confirmed by telephone notice to the other party at the number listed below.