AMENDMENT NUMBER 1 TO
HEALTH PLAN SERVICES CONTRACT, COORDINATED CARE ORGANIZATION,
CONTRACT 143114 BETWEEN
THE STATE OF OREGON
OREGON HEALTH AUTHORITY

AND

**FamilyCare, Inc**
**825 NE Multnomah, Suite 300**
**Portland, OR 97232**

1. This is amendment number 1 ("Amendment") to Health Plan Services Contract, Coordinated Care Organization, Contract # 143114 (the "Contract"), between the State of Oregon, acting by and through its Oregon Health Authority (OHA) and FamilyCare, Inc., (Contractor). This Amendment is effective May 1, 2014, regardless of the date of signature, subject to approval by the US Department of Health and Human Services, Centers for Medicare and Medicaid Services.

2. The Contract is hereby amended as follows:

   a. Part V of the Contract Document, is amended as follows, deleted language is ~~struck through~~ and new language is **bold and underlined:**

      V. Enrollment Limits and Service Area

         A. Contractor's maximum Enrollment limit by Service Area is:

            | 49,200 | Clackamas County - all zip codes |
            | 120,000 | Multnomah County - all zip codes |
            | 60,000 | Washington County - all zip codes |
            | ~~1,200~~**2,500** | Marion County - 97002, 97032, 97071, 97362, 97375 and 97381 only |

         B. Contractor's maximum Enrollment limit is: ~~230,400~~**231,700**. The maximum Enrollment limit established in this section is expressly subject to such additional Enrollment as may be authorized in Exhibit B, Part 3, Section 5, of this Contract; however, such additional authorized Enrollment does not create a new maximum Enrollment limit.

3. OHA's performance hereunder is conditioned upon Contractor's compliance with provisions of ORS 279B.220, 279B.225, 279B.230, 279B.235, and 279B.270, which are hereby incorporated by reference. Contractor shall, to the maximum extent economically feasible in the performance of this Contract, use recycled paper (as defined in ORS 279A.010(1)(gg)), recycled PETE products (as defined in 279A.010(1)(hh)), and other recycled products (as "recycled product" is defined in 279A.010(1)(ii)).

Ex. 3 - Jindal Decl.
Page 1 of 3

4.　Except as expressly amended above, all other terms and conditions of the initial Contract and any previous amendments are still in full force and effect. Contractor certifies that the representations, warranties and certifications contained in the initial Contract are true and correct as of the effective date of this amendment and with the same effect as though made at the time of this amendment.

5.　Certification. By signature on this Amendment, the undersigned hereby certifies under penalty of perjury that:

　　a.　The undersigned is authorized to act on behalf of Contractor and that Contractor is, to the best of the undersigned's knowledge, not in violation of any Oregon Tax Laws. For purposes of this certification, "Oregon Tax Laws" means a state tax imposed by ORS 320.005 to 320.150 and 403.200 to 403.250 and ORS chapters 118, 314, 316, 317, 318, 321 and 323 and the elderly rental assistance program under ORS 310.630 to 310.706 and local taxes administered by the Department of Revenue under ORS 305.620;

　　b.　The information shown in Data and Certification, of original Contract or as amended is Contractor's true, accurate and correct information;

　　c.　To the best of the undersigned's knowledge, Contractor has not discriminated against and will not discriminate against minority, women or emerging small business enterprises certified under ORS 200.055 in obtaining any required subcontracts.

　　d.　Contractor and Contractor's employees and agents are not included on the list titled "Specially Designated Nationals and Blocked Persons" maintained by the Office of Foreign Assets Control of the United States Department of the Treasury and currently found at: http://www.treas.gov/offices/enforcement/ofac/sdn/t11sdn.pdf;

　　e.　Contractor is not listed on the non-procurement portion of the General Service Administration's "List of Parties Excluded from Federal procurement or Nonprocurement Programs" found at: http://www.epls.gov/;

　　f.　Contractor is not subject to backup withholding because:

　　　　(i)　Contractor is exempt from backup withholding;

　　　　(ii)　Contractor has not been notified by the IRS that Contractor is subject to backup withholding as a result of a failure to report all interest or dividends; or

　　　　(iii)　The IRS has notified Contractor that Contractor is no longer subject to backup withholding.

　　g.　Contractor is an independent contractor as defined in ORS 670.600.

　　h.　Contractor hereby certifies that the FEIN or SSN provided to OHA is true and accurate. If this information changes, Contractor is also required to provide OHA with the new FEIN or SSN within 10 days.

Contract #143114　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 3

6.    Signatures

IN WITNESS, THE PARTIES LISTED BELOW HAVE CAUSED THIS AMENDMENT TO BE EXECUTED BY THEIR DULY AUTHORIZED OFFICERS.

CONTRACTOR

By _____    4-21-14
Authorized                                    Date

Title _President_____

OHA

By _____    4/30/2014
OHA                                             Date

Approved as to Legal Sufficiency:

Exempt per OAR 137-045-0050(2)

Reviewed by Office of Contracts & Procurement:

By _____    5/6/14
Tammy L. Hurst, Contract Specialist         Date

Contract #143114                                    Page 3 of 3

Ex. 3 - Jindal Decl.
Page 3 of 3