*[NO NEMT CHANGES]*

**AMENDMENT NUMBER 6 TO**
**HEALTH PLAN SERVICES CONTRACT, COORDINATED CARE ORGANIZATION,**
**CONTRACT 143114 BETWEEN**
**THE STATE OF OREGON**
**OREGON HEALTH AUTHORITY**

**AND**

**FamilyCare, Inc.**
**825 NE Multnomah Street**
**Suite 1400**
**Portland, OR 97232**

1. This is amendment number 6 ("Amendment") to Health Plan Services Contract, Coordinated Care Organization, Contract # 143114 (the "Contract"), between the State of Oregon, acting by and through its Oregon Health Authority (OHA) and FamilyCare, Inc. (Contractor). This Amendment is effective January 1, 2015, except as otherwise indicated, regardless of the date of signature, subject to approval by the US Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS).

2. Pursuant to Section I.A of the Contract, the Contract is subject to approval by the CMS. CMS did not approve the 2015 rates as originally set forth in the Contract.

3. The Contract is being amended to reflect revised rates, effective January 1, 2015.

4. The Contract is hereby amended as follows (deleted language is ~~struck through~~ and new language is **bold and underlined**):

    a. Exhibit C, "Consideration", Section 4 is amended by adding a new Subsection c at the end, to read as follows:

    > **c.    This paragraph applies to any change to the CCO Payment Rates made by a Contract amendment that has retroactive effect or that cannot be implemented before the next regularly scheduled date for payment. If such change increases the CCO Payment owed by OHA to Contractor, then OHA will make a payment to Contractor, by one-time adjustment to a future regularly scheduled Capitation Payment or by separate payment. If such change decreases the CCO Payment owed by OHA to Contractor, then such decrease will be subject to the provisions of this Contract governing overpayments.**

    b. Exhibit C, "Consideration", Section 8 is amended as follows:

Contract #143114

Ex. 8 - Jindal Decl.
Page 1 of 74
OHA_LIT_00041961

OHA has developed actuarially set Adjusted Per Capita Costs (Capitation Rates) to reimburse plans for providing the Covered Services. A full description of the methodology used to calculate per capita costs may be found in the OHA document ~~"Capitation Rate Development Coordinated Care Organizations January 2014 – December 2014, dated December 15, 2014~~ *"Oregon CY15 – Coordinated Care Organization Rate Certification"* (the "Actuarial Report"). The Actuarial Report is available at ~~http://www.oregon.gov/oha/healthplan/pages/data-pubs/rates-costs/main.aspx~~ **http://www.oregon.gov/oha/analytics/Pages/OHPrates.aspx**. The Actuarial Report is not part of this Contract, and except where specifically referred to herein, may not be used in the interpretation or construction of this Contract.

c.    Exhibit C, "Consideration," Attachment 1, "CCO Payment Rates" is revised as follows:

This Attachment 1 includes all CCO rate types. The following table is marked by a "yes" to reflect which rate types apply to this Contract.

For the period of January 1, 2015 through December 31, 2015 the following rates apply:

| Yes | No | Rate Type |
|-----|----|-----------|
| X | | CCO A - All Services |
| X | | CCO B – Physical Health and Mental Health Services |
| X | | CCO E – Mental Health Services Only |
| X | | CCO G – Mental Health and Dental Health Services Only |

*(Specific Plan Rates are located at the end of this Contract ~~Document~~)*

d.    The CCO Payment rate sheets referenced in Exhibit C, Attachment 1 and located at the end of the Contract, are deleted and replaced with the attached revised CCO Payment rate sheets. The CCO Payment rate sheets are attached to this Amendment and hereby incorporated into the Contract with this reference.

5.    OHA's performance hereunder is conditioned upon Contractor's compliance with provisions of ORS 279B.220, 279B.225, 279B.230, 279B.235, and 279B.270, which are hereby incorporated by reference. Contractor shall, to the maximum extent economically feasible in the performance of this Contract, use recycled paper (as defined in ORS 279A.010(1)(gg)), recycled PETE products (as defined in 279A.010(1)(hh)), and other recycled products (as "recycled product" is defined in 279A.010(1)(ii)).

6.    Except as expressly amended above, all other terms and conditions of the initial Contract and any previous amendments are still in full force and effect. Contractor certifies that

Contract #143114

the representations, warranties and certifications contained in the initial Contract are true and correct as of the effective date of this Amendment, and with the same effect as though made at the time of this Amendment.

7.    **Certification.** By signature on this Amendment, the undersigned hereby certifies:

a.    Under penalty of perjury, the undersigned is authorized to act on behalf of Contractor and that Contractor is, to the best of the undersigned's knowledge, not in violation of any Oregon Tax Laws. For purposes of this certification, "Oregon Tax Laws" means a State tax imposed by ORS 320.005 to 320.150 and 403.200 to 403.250 and ORS Chapters 118, 314, 316, 317, 318, 321 and 323 and the elderly rental assistance program under ORS 310.630 to 310.706; and local taxes administered by the Department of Revenue under ORS 305.620;

b.    The information shown in Part VII, Section A, "Contractor Data and Certification" in the original Contract remains Contractor's true, accurate and correct information;

c.    To the best of the undersigned's knowledge, Contractor has not discriminated against and will not discriminate against minority, women or emerging small business enterprises certified under ORS 200.055 in obtaining any required subcontracts;

d.    Contractor and Contractor's employees and agents are not included on the list titled "Specially Designated Nationals and Blocked Persons" maintained by the Office of Foreign Assets Control of the United States Department of the Treasury and currently found at: http://www.treas.gov/offices/enforcement/ofac/sdn/t11sdn.pdf;

e.    Contractor is not listed on the non-procurement portion of the General Service Administration's "List of Parties Excluded from Federal procurement or Nonprocurement Programs" found at: https://www.sam.gov/portal/public/SAM/ or such alternative system required for use by Medicaid programs;

f.    Contractor is not subject to backup withholding because:
(i)    Contractor is exempt from backup withholding;
(ii)   Contractor has not been notified by the IRS that Contractor is subject to backup withholding as a result of a failure to report all interest or dividends; or
(iii)  The IRS has notified Contractor that Contractor is no longer subject to backup withholding.

g.    Contractor is an independent contractor as defined in ORS 670.600.

h.    Contractor is required to provide their Federal Employer Identification Number (FEIN) or Social Security Number (SSN) as applicable to OHA. By Contractor's

Contract #143114

signature on this Contract, Contractor hereby certifies that the FEIN or SSN provided is true and accurate. If this information changes, Contractor is required to provide OHA with the new FEIN or SSN within 10 days.

8.  **Signatures**

IN WITNESS, THE PARTIES LISTED BELOW HAVE CAUSED THIS AMENDMENT TO BE EXECUTED BY THEIR DULY AUTHORIZED OFFICERS.

**CONTRACTOR**

By _____    Date 6-1-16
Authorized

Printed Name: _Jeff Heatherington_

Title _President_

**OHA - DIVISION OF MEDICAL ASSISTANCE PROGRAMS**

By _Rhonda Busek_    Date 6-1-16
Rhonda Busek, ~~Interim State Medicaid Director~~
Provider Services Director
Printed Signature: _Rhonda Busek_

**Approved as to Legal Sufficiency:**

Electronic approval by: Mark Williams, Attorney-in-Charge, Business Transactions Section, on August 30, 2015, email in Contract file.

**Reviewed by OHA Contract Administration:**

By _David H. Fischer / rb_    Date 6-1-16
David Fischer, Contract Administrator

Contract #143114

**Attachment 1**
**CCO Specific Rates**

Ex. 8 - Jindal Decl.
Page 5 of 74
OHA_LIT_00041965

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### January 2015 through December 2015

| Plan: FamilyCare, Inc. |
| Region: TriCounty |

| | Base Case Rate | Base HRA Adjustment | Hospital Provider Tax Allowance | Administrative Allowance | HRA Administrative Allowance | Case Rate |
|---|---|---|---|---|---|---|
| **Maternity Case Rate:** | | | | | | |
| Case Rate w/o Admin | $ 8,391.11 | $ 2,244.25 | $ 352.90 | $ 729.66 | $ 45.80 | $ 11,763.72 |
| Admin % | | | | | | 6.20% |
| HRA Admin % | | | | | | 0.39% |
| Non Benefit %* | | | | | | 9.20% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

| | | Base Case Rate | Administrative Allowance | Case Rate |
|---|---|---|---|---|
| **Bariatric Case Rate:** | | | | |
| Non-Dual | Medicaid Only | $ 13,369.77 | $ 1,162.59 | $ 14,532.36 |
| | Admin % | | | 8.00% |
| Dual | Dual Eligibles | $ 1,638.15 | $ 142.45 | $ 1,780.60 |
| | Admin % | | | 8.00% |

OHA_LIT_00041966

Ex. 8 - Jindal Decl.
Page 6 of 74

Case 6:18-cv-00296-MO    Document 433-8    Filed 05/18/21    Page 7 of 74

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-A: Physical Health, Mental Health, and Dental Services
### January 2015 through December 2015

Plan: FamilyCare, Inc.
Region: TriCounty

| | Base Rate | Base HRA Adjustment | Hospital Provider Tax Allowance | Administrative Allowance | HRA Administrative Allowance | Health Insurers Fee | SNRG Rate |
|---|---|---|---|---|---|---|---|
| **Special Needs Rate Group:** | | | | | | | |
| Rate w/o Admin | $ 938.78 | $ 114.25 | $ 33.42 | $ 113.98 | $ 2.33 | $ - | $ 1,202.77 |
| Admin % | | | | | | | 9.48% |
| HRA Admin % | | | | | | | 0.19% |
| Non Benefit %* | | | | | | | 12.26% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Ex. 8 - Jindal Decl.
Page 7 of 74

OHA_LIT_00041967

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-A: Physical Health, Mental Health, and Dental Services
## January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Temporary Assistance to Needy Families - Adults

|  | Capitation Rate |
|---|---|
| Base Services Rate | $313.91 |
| Base HRA Adjustment | $45.08 |
| Hospital Provider Tax Allowance | $11.05 |
| Administrative Allowance | $35.50 |
| HRA Administrative Allowance | $0.92 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $406.46 |
| Services Admin % | 8.7% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 11.5% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-A
TANF (5)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 8 of 74
OHA_LIT_00041968

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: **Poverty Level Medical - Adults**

|  | Capitation Rate |
|---|---|
| Base Services Rate | $384.50 |
| Base HRA Adjustment | $50.62 |
| Hospital Provider Tax Allowance | $13.29 |
| Administrative Allowance | $46.30 |
| HRA Administrative Allowance | $1.03 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $495.74 |
| Services Admin % | 9.3% |
| HRA Admin % | 0.2% |
| Non Benefit %[*] | 12.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 4 of 69

CCO-A
PLMA (5)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 9 of 74
OHA_LIT_00041969

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-A: Physical Health, Mental Health, and Dental Services
## January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| Base Services Rate | $468.47 |
| Base HRA Adjustment | $143.31 |
| Hospital Provider Tax Allowance | $20.75 |
| Administrative Allowance | $58.06 |
| HRA Administrative Allowance | $2.92 |
| Health Insurers Fee | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $693.52 |

| | |
|---|---|
| Services Admin % | 8.4% |
| HRA Admin % | 0.4% |
| Non Benefit %* | 11.4% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 5 of 69

CCO-A
CHILD 00-01 (5)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 10 of 74
OHA_LIT_00041970

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2015 through December 2015**

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| Base Services Rate | $109.65 |
| Base HRA Adjustment | $14.63 |
| Hospital Provider Tax Allowance | $3.64 |
| Administrative Allowance | $12.21 |
| HRA Administrative Allowance | $0.30 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $140.43 |

| | |
|---|---|
| Services Admin % | 8.7% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 11.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Ex. 8 - Jindal Decl.
Page 11 of 74
OHA_LIT_00041971

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Children 6-18 (CHIP, PLMC, TANF Children)

|  | Capitation Rate |
|---|---|
| Base Services Rate | $126.34 |
| Base HRA Adjustment | $12.53 |
| Hospital Provider Tax Allowance | $3.17 |
| Administrative Allowance | $13.98 |
| HRA Administrative Allowance | $0.26 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $156.28 |
| Services Admin % | 8.9% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 11.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-A
CHILD 06-18 (5)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 12 of 74
OHA_LIT_00041972

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-A: Physical Health, Mental Health, and Dental Services
## January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ABAD with Medicare

| | Capitation Rate |
|---|---|
| Base Services Rate | $220.10 |
| Base HRA Adjustment | $18.63 |
| Hospital Provider Tax Allowance | $4.73 |
| Administrative Allowance | $25.01 |
| HRA Administrative Allowance | $0.38 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $268.85 |

| | |
|---|---|
| Services Admin % | 9.3% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 11.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-A
ABAD-MED (5)
Created: 8/27/2015

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ABAD without Medicare

|  | Capitation Rate |
|---|---|
| Base Services Rate | $968.72 |
| Base HRA Adjustment | $160.24 |
| Hospital Provider Tax Allowance | $39.38 |
| Administrative Allowance | $111.07 |
| HRA Administrative Allowance | $3.27 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $1,282.68 |
| Services Admin % | 8.7% |
| HRA Admin % | 0.3% |
| Non Benefit %* | 11.7% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

CCO-A
ABAD (5)
Created: 8/27/2015
Ex. 8 - Jindal Decl.
Page 14 of 74
OHA_LIT_00041974

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: OAA with Medicare

| | Capitation Rate |
|---|---|
| Base Services Rate | $220.10 |
| Base HRA Adjustment | $18.63 |
| Hospital Provider Tax Allowance | $4.73 |
| Administrative Allowance | $25.01 |
| HRA Administrative Allowance | $0.38 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $268.85 |
| Services Admin % | 9.3% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 11.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-A
OAA-MED (5)
Created: 8/27/2015
OHA_LIT_00041975

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: OAA without Medicare

|  | Capitation Rate |
|---|---|
| Base Services Rate | $968.72 |
| Base HRA Adjustment | $160.24 |
| Hospital Provider Tax Allowance | $39.38 |
| Administrative Allowance | $111.07 |
| HRA Administrative Allowance | $3.27 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $1,282.68 |
| Services Admin % | 8.7% |
| HRA Admin % | 0.3% |
| Non Benefit %* | 11.7% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

CCO-A
OAA (5)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 16 of 74
OHA_LIT_00041976

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Foster Children (CAF)

|  | Capitation Rate |
|---|---|
| Base Services Rate | $461.54 |
| Base HRA Adjustment | $26.77 |
| Hospital Provider Tax Allowance | $8.33 |
| Administrative Allowance | $56.29 |
| HRA Administrative Allowance | $0.55 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $553.48 |
| Services Admin % | 10.2% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 11.7% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-A
CAF (5)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 17 of 74
OHA_LIT_00041977

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 19-44

|  | Capitation Rate |
|---|---|
| Base Services Rate | $264.42 |
| Base HRA Adjustment | $31.28 |
| Hospital Provider Tax Allowance | $9.10 |
| Administrative Allowance | $32.51 |
| HRA Administrative Allowance | $0.64 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $337.96 |
| Services Admin % | 9.6% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 12.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-A
ACA 19-44 (5)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 18 of 74
OHA_LIT_00041978

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 45-54

| | Capitation Rate |
|---|---|
| Base Services Rate | $426.42 |
| Base HRA Adjustment | $56.14 |
| Hospital Provider Tax Allowance | $16.83 |
| Administrative Allowance | $53.15 |
| HRA Administrative Allowance | $1.15 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $553.69 |
| Services Admin % | 9.6% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 12.6% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-A
ACA 45-54 (5)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 19 of 74
OHA_LIT_00041979

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 55-64

|  | Capitation Rate |
|---|---|
| Base Services Rate | $456.08 |
| Base HRA Adjustment | $72.03 |
| Hospital Provider Tax Allowance | $18.38 |
| Administrative Allowance | $56.87 |
| HRA Administrative Allowance | $1.47 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $604.83 |

| | |
|---|---|
| Services Admin % | 9.4% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 12.4% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

CCO-A
ACA 55-64 (5)
Created: 8/27/2015
Ex. 8 - Jindal Decl.
Page 20 of 74
OHA_LIT_00041980

Case 6:18-cv-00296-MO    Document 433-8    Filed 05/18/21    Page 21 of 74

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### January 2015 through December 2015

Plan: FamilyCare, Inc.
Region: TriCounty

| | Base Case Rate | Base HRA Adjustment | Hospital Provider Tax Allowance | Administrative Allowance | HRA Administrative Allowance | Case Rate |
|---|---|---|---|---|---|---|
| **Maternity Case Rate:** | | | | | | |
| Case Rate w/o Admin | $ 8,391.11 | $ 2,244.25 | $ 352.90 | $ 729.66 | $ 45.80 | $ 11,763.72 |
| Admin % | | | | | | 6.20% |
| HRA Admin % | | | | | | 0.39% |
| Non Benefit %* | | | | | | 9.20% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

| | | Base Case Rate | Administrative Allowance | Case Rate |
|---|---|---|---|---|
| **Bariatric Case Rate:** | | | | |
| Non-Dual | Medicaid Only | $ 13,369.77 | $ 1,162.59 | $ 14,532.36 |
| | Admin % | | | 8.00% |
| Dual | Dual Eligibles | $ 1,638.15 | $ 142.45 | $ 1,780.60 |
| | Admin % | | | 8.00% |

Ex. 8 - Jindal Decl.
Page 21 of 74
OHA_LIT_00041981

Case 6:18-cv-00296-MO    Document 433-8    Filed 05/18/21    Page 22 of 74

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-B: Physical Health and Mental Health Services
### January 2015 through December 2015

Plan: FamilyCare, Inc.
Region: TriCounty

|  | Base Rate | Base HRA Adjustment | Hospital Provider Tax Allowance | Administrative Allowance | HRA Administrative Allowance | Health Insurers Fee | SNRG Rate |
|---|---|---|---|---|---|---|---|
| Special Needs Rate Group: | $ 913.83 | $ 114.25 | $ 33.42 | $ 111.81 | $ 2.33 | $ - | $ 1,175.64 |
| Rate w/o Admin |  |  |  |  |  |  | 9.51% |
| Admin % |  |  |  |  |  |  | 0.20% |
| HRA Admin % |  |  |  |  |  |  | 12.35% |
| Non Benefit %* |  |  |  |  |  |  |  |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

OHA_LIT_0004 1982

Ex. 8 - Jindal Decl.
Page 22 of 74

Contract Number: 143114

CCO-B
SNRG
Created: 8/27/2015

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Temporary Assistance to Needy Families - Adults

|  | Capitation Rate |
|---|---|
| Base Services Rate | $285.54 |
| Base HRA Adjustment | $45.08 |
| Hospital Provider Tax Allowance | $11.05 |
| Administrative Allowance | $33.03 |
| HRA Administrative Allowance | $0.92 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $375.62 |

| | |
|---|---|
| Services Admin % | 8.8% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 11.7% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
TANF (4)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 23 of 74
OHA_LIT_00041983

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: **Poverty Level Medical - Adults**

|  | Capitation Rate |
|---|---|
| Base Services Rate | $350.03 |
| Base HRA Adjustment | $50.62 |
| Hospital Provider Tax Allowance | $13.29 |
| Administrative Allowance | $43.31 |
| HRA Administrative Allowance | $1.03 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $458.28 |

| | |
|---|---|
| Services Admin % | 9.4% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 12.3% |

*Non Benefit % Includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 19 of 69

CCO-B
PLMA (4)
Created: 8/27/2015
Ex. 8 - Jindal Decl.
Page 24 of 74
OHA_LIT_00041984

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-B: Physical Health and Mental Health Services
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Children 0-1 (CHIP, PLMC, TANF Children)

| | Capitation Rate |
|---|---|
| Base Services Rate | $468.11 |
| Base HRA Adjustment | $143.31 |
| Hospital Provider Tax Allowance | $20.75 |
| Administrative Allowance | $58.03 |
| HRA Administrative Allowance | $2.92 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $693.12 |

| | |
|---|---|
| Services Admin % | 8.4% |
| HRA Admin % | 0.4% |
| Non Benefit %* | 11.4% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
CHILD 00-01 (4)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 25 of 74
OHA_LIT_00041985

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Children 1-5 (CHIP, PLMC, TANF Children)

|  | Capitation Rate |
|---|---|
| Base Services Rate | $91.39 |
| Base HRA Adjustment | $14.63 |
| Hospital Provider Tax Allowance | $3.64 |
| Administrative Allowance | $10.62 |
| HRA Administrative Allowance | $0.30 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $120.58 |

| | |
|---|---|
| Services Admin % | 8.8% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 11.8% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 21 of 69

CCO-B
CHILD 01-05 (4)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 26 of 74
OHA_LIT_00041986

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-B: Physical Health and Mental Health Services
## January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Children 6-18 (CHIP, PLMC, TANF Children)

| | Capitation Rate |
|---|---|
| Base Services Rate | $102.65 |
| Base HRA Adjustment | $12.53 |
| Hospital Provider Tax Allowance | $3.17 |
| Administrative Allowance | $11.92 |
| HRA Administrative Allowance | $0.26 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $130.53 |
| Services Admin % | 9.1% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 11.6% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
CHILD 06-18 (4)
Created: 8/27/2015
OHA_LIT_00041987

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-B: Physical Health and Mental Health Services
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ABAD with Medicare

|  | Capitation Rate |
|---|---|
| Base Services Rate | $199.13 |
| Base HRA Adjustment | $18.63 |
| Hospital Provider Tax Allowance | $4.73 |
| Administrative Allowance | $23.19 |
| HRA Administrative Allowance | $0.38 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $246.05 |

| | |
|---|---|
| Services Admin % | 9.4% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 11.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
ABAD-MED (4)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 28 of 74
OHA_LIT_00041988

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-B: Physical Health and Mental Health Services
## January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ABAD without Medicare

|  | Capitation Rate |
|---|---|
| Base Services Rate | $944.14 |
| Base HRA Adjustment | $160.24 |
| Hospital Provider Tax Allowance | $39.38 |
| Administrative Allowance | $108.93 |
| HRA Administrative Allowance | $3.27 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $1,255.96 |

| | |
|---|---|
| Services Admin % | 8.7% |
| HRA Admin % | 0.3% |
| Non Benefit %* | 11.8% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
ABAD (4)
Created: 8/27/2015
OHA_LIT_00041989

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2015 through December 2015**

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: OAA with Medicare

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $199.13 |
| **Base HRA Adjustment** | $18.63 |
| **Hospital Provider Tax Allowance** | $4.73 |
| **Administrative Allowance** | $23.19 |
| **HRA Administrative Allowance** | $0.38 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $246.05 |

| | |
|---|---|
| Services Admin % | 9.4% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 11.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
OAA-MED (4)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 30 of 74
OHA_LIT_00041990

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: OAA without Medicare

|  | Capitation Rate |
|---|---|
| Base Services Rate | $944.14 |
| Base HRA Adjustment | $160.24 |
| Hospital Provider Tax Allowance | $39.38 |
| Administrative Allowance | $108.93 |
| HRA Administrative Allowance | $3.27 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $1,255.96 |

| | |
|---|---|
| Services Admin % | 8.7% |
| HRA Admin % | 0.3% |
| Non Benefit %* | 11.8% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
OAA (4)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 31 of 74
OHA_LIT_00041991

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-B: Physical Health and Mental Health Services
## January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: **Foster Children (CAF)**

|  | Capitation Rate |
|---|---|
| Base Services Rate | $438.22 |
| Base HRA Adjustment | $26.77 |
| Hospital Provider Tax Allowance | $8.33 |
| Administrative Allowance | $54.26 |
| HRA Administrative Allowance | $0.55 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $528.13 |
| Services Admin % | 10.3% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 11.9% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
CAF (4)
Created: 8/27/2015
Ex. 8 - Jindal Decl.
Page 32 of 74
OHA_LIT_00041992

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-B: Physical Health and Mental Health Services
## January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 19-44

| | Capitation Rate |
|---|---|
| Base Services Rate | $235.44 |
| Base HRA Adjustment | $31.28 |
| Hospital Provider Tax Allowance | $9.10 |
| Administrative Allowance | $29.99 |
| HRA Administrative Allowance | $0.64 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $306.45 |

| | |
|---|---|
| Services Admin % | 9.8% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 12.8% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
ACA 19-44 (4)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 33 of 74
OHA_LIT_00041993

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 45-54

| | Capitation Rate |
|---|---|
| Base Services Rate | $393.35 |
| Base HRA Adjustment | $56.14 |
| Hospital Provider Tax Allowance | $16.83 |
| Administrative Allowance | $50.28 |
| HRA Administrative Allowance | $1.15 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $517.75 |

| | |
|---|---|
| Services Admin % | 9.7% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 13.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
ACA 45-54 (4)
Created: 8/27/2015
Ex. 8 - Jindal Decl.
Page 34 of 74
OHA_LIT_00041994

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 55-64

|  | Capitation Rate |
|---|---|
| Base Services Rate | $422.86 |
| Base HRA Adjustment | $72.03 |
| Hospital Provider Tax Allowance | $18.38 |
| Administrative Allowance | $53.98 |
| HRA Administrative Allowance | $1.47 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $568.72 |

| | |
|---|---|
| Services Admin % | 9.5% |
| HRA Admin % | 0.3% |
| Non Benefit %* | 12.7% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Ex. 8 - Jindal Decl.
Page 35 of 74
OHA_LIT_00041995

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-E: Mental Health Services Only
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Temporary Assistance to Needy Families - Adults

| | Capitation Rate |
|---|---|
| Base Services Rate | $24.69 |
| Base HRA Adjustment | $0.96 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $2.69 |
| HRA Administrative Allowance | $0.02 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $28.36 |
| Services Admin % | 9.5% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 9.5% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
TANF (3)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 36 of 74
OHA_LIT_00041996

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Poverty Level Medical - Adults

| | Capitation Rate |
|---|---|
| Base Services Rate | $11.75 |
| Base HRA Adjustment | $0.85 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $1.35 |
| HRA Administrative Allowance | $0.02 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $13.96 |
| Services Admin % | 9.7% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 9.7% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
PLMA (3)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 37 of 74
OHA_LIT_00041997

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $0.68 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $0.06 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $0.75 |

| | |
|---|---|
| Services Admin % | 8.3% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Ex. 8 - Jindal Decl.
Page 38 of 74
OHA_LIT_00041998

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-E: Mental Health Services Only
## January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Children 1-5 (CHIP, PLMC, TANF Children)

| | Capitation Rate |
|---|---|
| Base Services Rate | $4.13 |
| Base HRA Adjustment | $0.02 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $0.47 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $4.61 |

| | |
|---|---|
| Services Admin % | 10.1% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 10.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 34 of 69

CCO-E
CHILD 01-05 (3)
Created: 8/27/2015
Ex. 8 - Jindal Decl.
Page 39 of 74
OHA_LIT_00041999

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2015 through December 2015**

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Children 6-18 (CHIP, PLMC, TANF Children)

| | Capitation Rate |
|---|---|
| Base Services Rate | $23.84 |
| Base HRA Adjustment | $0.84 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $2.76 |
| HRA Administrative Allowance | $0.02 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $27.46 |

| | |
|---|---|
| Services Admin % | 10.0% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 10.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
CHILD 06-18 (3)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 40 of 74
OHA_LIT_00042000

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ABAD with Medicare

|  | Capitation Rate |
|---|---|
| Base Services Rate | $76.95 |
| Base HRA Adjustment | $0.93 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $8.04 |
| HRA Administrative Allowance | $0.02 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $85.94 |
| Services Admin % | 9.4% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 9.4% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
ABAD-MED (3)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 41 of 74
OHA_LIT_00042001

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ABAD without Medicare

| | Capitation Rate |
|---|---|
| Base Services Rate | $130.15 |
| Base HRA Adjustment | $8.85 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $14.23 |
| HRA Administrative Allowance | $0.18 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $153.42 |
| Services Admin % | 9.3% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 9.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
ABAD (3)
Created: 8/27/2015
Ex. 8 - Jindal Decl.
Page 42 of 74
OHA_LIT_00042002

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: OAA with Medicare

| | Capitation Rate |
|---|---|
| Base Services Rate | $76.95 |
| Base HRA Adjustment | $0.93 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $8.04 |
| HRA Administrative Allowance | $0.02 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $85.94 |

| | |
|---|---|
| Services Admin % | 9.4% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 9.4% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 38 of 69

CCO-E
OAA-MED (3)
Created: 8/27/2015
Ex. 8 - Jindal Decl.
Page 43 of 74
OHA_LIT_00042003

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: OAA without Medicare

|  | Capitation Rate |
|---|---|
| Base Services Rate | $130.15 |
| Base HRA Adjustment | $8.85 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $14.23 |
| HRA Administrative Allowance | $0.18 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $153.42 |

| | |
|---|---|
| Services Admin % | 9.3% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 9.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
OAA (3)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 44 of 74
OHA_LIT_00042004

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: **Foster Children (CAF)**

| | Capitation Rate |
|---|---|
| Base Services Rate | $238.07 |
| Base HRA Adjustment | $2.50 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $29.44 |
| HRA Administrative Allowance | $0.05 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $270.07 |

| | |
|---|---|
| Services Admin % | 10.9% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 10.9% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
CAF (3)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 45 of 74
OHA_LIT_00042005

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-E: Mental Health Services Only
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 19-44

|  | Capitation Rate |
|---|---|
| Base Services Rate | $30.82 |
| Base HRA Adjustment | $1.91 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $3.57 |
| HRA Administrative Allowance | $0.04 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $36.33 |
| Services Admin % | 9.8% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 9.8% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
ACA 19-44 (3)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 46 of 74
OHA_LIT_00042006

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 45-54

| | Capitation Rate |
|---|---|
| Base Services Rate | $37.14 |
| Base HRA Adjustment | $1.56 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $4.28 |
| HRA Administrative Allowance | $0.03 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $43.01 |

| | |
|---|---|
| Services Admin % | 10.0% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 10.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
ACA 45-54 (3)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 47 of 74
OHA_LIT_00042007

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-E: Mental Health Services Only
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 55-64

|  | Capitation Rate |
|---|---|
| Base Services Rate | $31.87 |
| Base HRA Adjustment | $1.47 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $3.49 |
| HRA Administrative Allowance | $0.03 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $36.86 |
| Services Admin % | 9.5% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 9.5% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
ACA 55-64 (3)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 48 of 74
OHA_LIT_00042008

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-F: Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Temporary Assistance to Needy Families - Adults

| | Capitation Rate |
|---|---|
| Base Services Rate | $34.66 |
| Base HRA Adjustment | $0.00 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $3.01 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $37.68 |
| Services Admin % | 8.0% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
TANF (2)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 49 of 74
OHA_LIT_00042009

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-F: Dental Services Only
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: **Poverty Level Medical - Adults**

|  | Capitation Rate |
|---|---|
| Base Services Rate | $37.35 |
| Base HRA Adjustment | $0.00 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $3.25 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $40.60 |
| Services Admin % | 8.0% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
PLMA (2)
Created: 8/27/2015

OHA_LIT_00042010

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-F: Dental Services Only
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Children 0-1 (CHIP, PLMC, TANF Children)

|  | Capitation Rate |
|---|---|
| Base Services Rate | $0.97 |
| Base HRA Adjustment | $0.00 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $0.08 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $1.06 |

| | |
|---|---|
| Services Admin % | 8.0% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

CCO-F
CHILD 00-01 (2)
Created 8/27/2015

Ex. 8 – Jindal Decl.
Page 51 of 74
OHA_LIT_00042011

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-F: Dental Services Only
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Children 1-5 (CHIP, PLMC, TANF Children)

| | Capitation Rate |
|---|---|
| Base Services Rate | $18.68 |
| Base HRA Adjustment | $0.00 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $1.62 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $20.31 |
| Services Admin % | 8.0% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

CCO-F
CHILD 01-05 (2)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 52 of 74
OHA_LIT_00042012

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-F: Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $24.34 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $2.12 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $26.46 |

| | |
|---|---|
| Services Admin % | 8.0% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
CHILD 06-18 (2)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 53 of 74
OHA_LIT_00042013

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-F: Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: **ABAD with Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $61.56 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $5.35 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $66.91 |

| | |
|---|---|
| Services Admin % | 8.0% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
ABAD-MED (2)
Created: 8/27/2015
Ex. 8 - Jindal Decl.
Page 54 of 74
OHA_LIT_00042014

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-F: Dental Services Only
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ABAD without Medicare

| | Capitation Rate |
|---|---|
| Base Services Rate | $55.49 |
| Base HRA Adjustment | $0.00 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $4.82 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $60.31 |
| Services Admin % | 8.0% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

CCO-F
ABAD (2)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 55 of 74
OHA_LIT_00042015

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-F: Dental Services Only
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: OAA with Medicare

| | Capitation Rate |
|---|---|
| Base Services Rate | $61.56 |
| Base HRA Adjustment | $0.00 |
| Hospital Provider Tax Allowance. | $0.00 |
| Administrative Allowance | $5.35 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $66.91 |
| Services Admin % | 8.0% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
OAA-MED (2)
Created: 8/27/2015
OHA_LIT_00042016

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-F: Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: OAA without Medicare

|  | Capitation Rate |
|---|---|
| Base Services Rate | $55.49 |
| Base HRA Adjustment | $0.00 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $4.82 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $60.31 |

| | |
|---|---|
| Services Admin % | 8.0% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
OAA (2)
Created: 8/27/2015
OHA_LIT_00042017

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-F: Dental Services Only**
**January 2015 through December 2015**

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Foster Children (CAF)

|  | Capitation Rate |
|---|---|
| Base Services Rate | $25.44 |
| Base HRA Adjustment | $0.00 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $2.21 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $27.65 |

| | |
|---|---|
| Services Admin % | 8.0% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
CAF (2)
Created: 8/27/2015
Ex. 8 - Jindal Decl.
Page 58 of 74
OHA_LIT_00042018

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-F: Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 19-44

| | Capitation Rate |
|---|---|
| Base Services Rate | $38.72 |
| Base HRA Adjustment | $0.00 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $3.37 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $42.09 |

| | |
|---|---|
| Services Admin % | 8.0% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
ACA 19-44 (2)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 59 of 74
OHA_LIT_00042019

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-F: Dental Services Only
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 45-54

| | Capitation Rate |
|---|---|
| Base Services Rate | $45.29 |
| Base HRA Adjustment | $0.00 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $3.94 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $49.22 |
| Services Admin % | 8.0% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 55 of 69

CCO-F
ACA 45-54 (2)
Created: 8/27/2015

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-F: Dental Services Only
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 55-64

|  | Capitation Rate |
|---|---|
| Base Services Rate | $48.05 |
| Base HRA Adjustment | $0.00 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $4.18 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $52.23 |

| | |
|---|---|
| Services Admin % | 8.0% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

CCO-F
ACA 55-64 (2)
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 61 of 74
OHA_LIT_00042021

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Temporary Assistance to Needy Families - Adults

|  | Capitation Rate |
|---|---|
| Base Services Rate | $53.06 |
| Base HRA Adjustment | $0.96 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $5.15 |
| HRA Administrative Allowance | $0.02 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $59.19 |

| | |
|---|---|
| Services Admin % | 8.7% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.7% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
TANF
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 62 of 74
OHA_LIT_00042022

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Poverty Level Medical - Adults

|  | Capitation Rate |
|---|---|
| Base Services Rate | $46.22 |
| Base HRA Adjustment | $0.85 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $4.35 |
| HRA Administrative Allowance | $0.02 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $51.43 |

| | |
|---|---|
| Services Admin % | 8.5% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.5% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 58 of 69

CCO-G
PLMA
Created: 8/27/2015
Ex. 8 - Jindal Decl.
Page 63 of 74
OHA_LIT_00042023

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-G: Mental Health and Dental Services Only
## January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Children 0-1 (CHIP, PLMC, TANF Children)

|  | Capitation Rate |
|---|---|
| Base Services Rate | $1.04 |
| Base HRA Adjustment | $0.00 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $0.09 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $1.14 |

|  |  |
|---|---|
| Services Admin % | 8.2% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.2% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
CHILD 00-01
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 64 of 74
OHA_LIT_00042024

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Children 1-5 (CHIP, PLMC, TANF Children)

|  | Capitation Rate |
|---|---|
| Base Services Rate | $22.39 |
| Base HRA Adjustment | $0.02 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $2.06 |
| HRA Administrative Allowance | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $24.47 |

| | |
|---|---|
| Services Admin % | 8.4% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.4% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 60 of 69

CCO-G
CHILD 01-05
Created: 8/27/2015
Ex. 8 - Jindal Decl.
Page 65 of 74
OHA_LIT_00042025

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-G: Mental Health and Dental Services Only
## January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: Children 6-18 (CHIP, PLMC, TANF Children)

|  | Capitation Rate |
|---|---|
| Base Services Rate | $47.53 |
| Base HRA Adjustment | $0.84 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $4.82 |
| HRA Administrative Allowance | $0.02 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $53.21 |

| | |
|---|---|
| Services Admin % | 9.1% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 9.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
CHILD 06-18
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 66 of 74
OHA_LIT_00042026

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-G: Mental Health and Dental Services Only
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ABAD with Medicare

| | Capitation Rate |
|---|---|
| Base Services Rate | $97.92 |
| Base HRA Adjustment | $0.93 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $9.86 |
| HRA Administrative Allowance | $0.02 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $108.73 |
| Services Admin % | 9.1% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 9.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
ABAD-MED
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 67 of 74
OHA_LIT_00042027

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ABAD without Medicare

|  | Capitation Rate |
|---|---|
| Base Services Rate | $154.74 |
| Base HRA Adjustment | $8.85 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $16.37 |
| HRA Administrative Allowance | $0.18 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $180.15 |

| | |
|---|---|
| Services Admin % | 9.1% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 9.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
ABAD
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 68 of 74
OHA_LIT_00042028

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-G: Mental Health and Dental Services Only
### January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: OAA with Medicare

|  | Capitation Rate |
|---|---|
| Base Services Rate | $97.92 |
| Base HRA Adjustment | $0.93 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $9.86 |
| HRA Administrative Allowance | $0.02 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $108.73 |

| | |
|---|---|
| Services Admin % | 9.1% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 9.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
OAA-MED
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 69 of 74
OHA_LIT_00042029

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: OAA without Medicare

| | Capitation Rate |
|---|---|
| Base Services Rate | $154.74 |
| Base HRA Adjustment | $8.85 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $16.37 |
| HRA Administrative Allowance | $0.18 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $180.15 |

| | |
|---|---|
| Services Admin % | 9.1% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 9.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
OAA
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 70 of 74
OHA_LIT_00042030

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: **Foster Children (CAF)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $261.39 |
| **Base HRA Adjustment** | $2.50 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $31.47 |
| **HRA Administrative Allowance** | $0.05 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $295.41 |

| | |
|---|---|
| Services Admin % | 10.7% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 10.7% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Ex. 8 - Jindal Decl.
Page 71 of 74
OHA_LIT_00042031

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 19-44

| | Capitation Rate |
|---|---|
| Base Services Rate | $59.80 |
| Base HRA Adjustment | $1.91 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $6.09 |
| HRA Administrative Allowance | $0.04 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $67.83 |

| | |
|---|---|
| Services Admin % | 9.0% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 9.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
ACA 19-44
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 72 of 74
OHA_LIT_00042032

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 45-54

|  | Capitation Rate |
|---|---|
| Base Services Rate | $70.21 |
| Base HRA Adjustment | $1.56 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $7.16 |
| HRA Administrative Allowance | $0.03 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $78.96 |

| | |
|---|---|
| Services Admin % | 9.1% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 9.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 68 of 69

CCO-G
ACA 45-54
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 73 of 74
OHA_LIT_00042033

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2015 through December 2015

Plan: FamilyCare, Inc.

Region: TriCounty
Rate Group: ACA Ages 55-64

|  | Capitation Rate |
|---|---|
| Base Services Rate | $65.09 |
| Base HRA Adjustment | $1.47 |
| Hospital Provider Tax Allowance | $0.00 |
| Administrative Allowance | $6.38 |
| HRA Administrative Allowance | $0.03 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $72.96 |

| | |
|---|---|
| Services Admin % | 8.7% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.7% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
ACA 55-64
Created: 8/27/2015

Ex. 8 - Jindal Decl.
Page 74 of 74
OHA_LIT_00042034