## AMENDMENT NUMBER 9
## HEALTH PLAN SERVICES CONTRACT, COORDINATED CARE ORGANIZATION
## CONTRACT 143114 BETWEEN
## THE STATE OF OREGON
## OREGON HEALTH AUTHORITY

### AND

### FamilyCare, Inc.
### 825 NE Multnomah Street
### Suite 1400
### Portland, Oregon 97232

1.  This is amendment number 9 ("Amendment") to Health Plan Services Contract, Coordinated Care Organization, Contract # 143114 (the "Contract"), between the State of Oregon, acting by and through its Oregon Health Authority (OHA) and FamilyCare, Inc. (Contractor). This Amendment is effective January 1, 2016, regardless of the date of signature, subject to approval by the US Department of Health and Human Services, Centers for Medicare and Medicaid Services.

2.  The Contract is hereby amended as follows:

    a.  Exhibit C, Attachment 1 is hereby amended to replace the CCO Specific Rate sheets for the dates January 2016 through December 2016. The foregoing CCO Specific Rate sheets are attached to this Amendment as Appendix A and hereby incorporated into the Contract with this reference.

3.  OHA's performance hereunder is conditioned upon Contractor's compliance with provisions of ORS 279B.220, 279B.225, 279B.230, 279B.235, and 279B.270, which are hereby incorporated by reference. Contractor shall, to the maximum extent economically feasible in the performance of this Contract, use recycled paper (as defined in ORS 279A.010(1)(gg)), recycled PETE products (as defined in 279A.010(1)(hh)), and other recycled products (as "recycled product" is defined in 279A.010(1)(ii)).

4.  Except as expressly amended above, all other terms and conditions of the initial Contract and any previous amendments are still in full force and effect. Contractor certifies that the representations, warranties and certifications contained in the initial Contract are true and correct as of the effective date of this amendment and with the same effect as though made at the time of this amendment.

5.  **Certification**. By signature on this Amendment, the undersigned hereby certifies under penalty of perjury that:

a.  The undersigned is authorized to act on behalf of Contractor and that Contractor is, to the best of the undersigned's knowledge, not in violation of any Oregon Tax Laws. For purposes of this certification, "Oregon Tax Laws" means a State tax imposed by ORS 320.005 to 320.150 and 403.200 to 403.250 and ORS Chapters 118, 314, 316, 317, 318, 321 and 323 and the elderly rental assistance program under ORS 310.630 to 310.706; and local taxes administered by the Department of Revenue under ORS 305.620;

b.  The information shown in Part VII, Section A, "Contractor Data and Certification" of the Contract, as amended or restated, is Contractor's true, accurate and correct information;

c.  To the best of the undersigned's knowledge, Contractor has not discriminated against and will not discriminate against minority, women or emerging small business enterprises certified under ORS 200.055 in obtaining any required subcontracts;

d.  Contractor and Contractor's employees and agents are not included on the list titled "Specially Designated Nationals" maintained by the Office of Foreign Assets Control of the United States Department of the Treasury and currently found at: https://www.treasury.gov/ofac/downloads/sdnlist.pdf.

e.  Contractor is not listed on the non-procurement portion of the General Service Administration's "List of Parties Excluded from Federal procurement or Nonprocurement Programs" found at: https://www.sam.gov/portal/public/SAM/ or such alternative system required for use by Medicaid programs;

f.  Contractor is not subject to backup withholding because:

    (i)  Contractor is exempt from backup withholding;

    (ii)  Contractor has not been notified by the IRS that Contractor is subject to backup withholding as a result of a failure to report all interest or dividends; or

    (iii)  The IRS has notified Contractor that Contractor is no longer subject to backup withholding.

g.  Contractor is an independent contractor as defined in ORS 670.600.

h.  Contractor FEIN or SSN provided is true and accurate. If this information changes, Contractor is required to provide OHA with the new FEIN or SSN within 10 days.

6.  **Signatures**

IN WITNESS, THE PARTIES LISTED BELOW HAVE CAUSED THIS
AMENDMENT TO BE EXECUTED BY THEIR DULY AUTHORIZED OFFICERS.

CONTRACTOR

By _~~~~~~~~~~~~~_                              _6-1-16_
Authorized Signature                            Date

Printed Name _Jeff Hetherington_

Title _President_

OHA

By _Rhonda Busek_                               _6-1-16_
Rhonda Busek, Provider Services Director        Date


Approved as to Legal Sufficiency:
Approved by Theodore C. Falk, Reviewing Attorney, (~~XX/YY~~/16), email in Contract
file.


Reviewed by Oregon Health Authority Contract Administrator:

By _David H. Fischer/rb_                        _6-1-16_
David Fischer                                   Date

Ex. 11 - Jindal Decl.
Page 3 of 74
OHA_LIT_00042415

Case 6:18-cv-00296-MO    Document 433-11    Filed 05/18/21    Page 4 of 74

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## January 2016 through December 2016

| | | |
|---|---|---|
| Plan: | FamilyCare, Inc | |
| Region: | TriCounty | |

| | Base Case Rate | Base HRA Adjustment | Hospital Provider Tax Allowance | Administrative Allowance | HRA Administrative Allowance | Case Rate |
|---|---|---|---|---|---|---|
| **Maternity Case Rate:** | | | | | | |
| Case Rate w/o Admin | $ 8,545.87 | $ 2,427.85 | $ 363.91 | $ 743.12 | $ 49.55 | $ 12,130.29 |
| Admin % | | | | | | 6.13% |
| HRA Admin % | | | | | | 0.41% |
| Non Benefit %* | | | | | | 9.13% |

*Non Benefit % includes Hospital Provider Tax, HF, and Administrative Allowances

Contract Number: 143114

CCO-A
CaseRates
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 4 of 74
OHA_LIT_00042416

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Temporary Assistance to Needy Families - Adults**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $316.47 |
| **Base HRA Adjustment** | $36.22 |
| **Hospital Provider Tax Allowance** | $11.08 |
| **Administrative Allowance** | $35.03 |
| **HRA Administrative Allowance** | $0.74 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $399.55 |

| | |
|---|---|
| **Services Admin %** | 8.8% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %*** | 11.7% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-A
TANF (5)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 5 of 74
OHA_LIT_00042417

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Poverty Level Medical - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $374.04 |
| **Base HRA Adjustment** | $23.46 |
| **Hospital Provider Tax Allowance** | $12.60 |
| **Administrative Allowance** | $42.83 |
| **HRA Administrative Allowance** | $0.48 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $453.41 |

| | |
|---|---|
| **Services Admin %** | 9.4% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 12.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 3 of 71

CCO-A
PLMA (5)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 6 of 74
OHA_LIT_00042418

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $472.40 |
| **Base HRA Adjustment** | $125.73 |
| **Hospital Provider Tax Allowance** | $20.78 |
| **Administrative Allowance** | $55.54 |
| **HRA Administrative Allowance** | $2.57 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $677.03 |

| | |
|---|---|
| **Services Admin %** | 8.2% |
| **HRA Admin %** | 0.4% |
| **Non Benefit %\*** | 11.7% |

\*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-A
CHILD 00-01 (5)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 7 of 74
OHA_LIT_00042419

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $111.84 |
| **Base HRA Adjustment** | $16.69 |
| **Hospital Provider Tax Allowance** | $3.76 |
| **Administrative Allowance** | $12.20 |
| **HRA Administrative Allowance** | $0.34 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $144.83 |

| | |
|---|---|
| **Services Admin %** | 8.4% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %*** | 11.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 5 of 71

CCO-A
CHILD 01-05 (5)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 8 of 74
OHA_LIT_00042420

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $126.37 |
| **Base HRA Adjustment** | $9.99 |
| **Hospital Provider Tax Allowance** | $3.24 |
| **Administrative Allowance** | $13.70 |
| **HRA Administrative Allowance** | $0.20 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $153.51 |

| | |
|---|---|
| **Services Admin %** | 8.9% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 11.2% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 6 of 71

CCO-A
CHILD 06-18 (5)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 9 of 74
OHA_LIT_00042421

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD with Medicare**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $230.95 |
| **Base HRA Adjustment** | $10.55 |
| **Hospital Provider Tax Allowance** | $5.09 |
| **Administrative Allowance** | $25.20 |
| **HRA Administrative Allowance** | $0.22 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $272.00 |

| | |
|---|---|
| **Services Admin %** | 9.3% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 11.2% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 7 of 71

CCO-A
ABAD-MED (5)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 10 of 74
OHA_LIT_00042422

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-A: Physical Health, Mental Health, and Dental Services
## January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD without Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $1,034.52 |
| **Base HRA Adjustment** | $141.56 |
| **Hospital Provider Tax Allowance** | $41.96 |
| **Administrative Allowance** | $116.13 |
| **HRA Administrative Allowance** | $2.89 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $1,337.06 |

| | |
|---|---|
| **Services Admin %** | 8.7% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %*** | 12.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 8 of 71

CCO-A
ABAD (5)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 11 of 74
OHA_LIT_00042423

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **OAA with Medicare**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $230.95 |
| **Base HRA Adjustment** | $10.55 |
| **Hospital Provider Tax Allowance** | $5.09 |
| **Administrative Allowance** | $25.20 |
| **HRA Administrative Allowance** | $0.22 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $272.00 |

| | |
|---|---|
| **Services Admin %** | 9.3% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 11.2% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 9 of 71

CCO-A
OAA-MED (5)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 12 of 74
OHA_LIT_00042424

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **OAA without Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $1,034.52 |
| **Base HRA Adjustment** | $141.56 |
| **Hospital Provider Tax Allowance** | $41.96 |
| **Administrative Allowance** | $116.13 |
| **HRA Administrative Allowance** | $2.89 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $1,337.06 |

| | |
|---|---|
| **Services Admin %** | 8.7% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %\*** | 12.0% |

\*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 10 of 71

CCO-A
OAA (5)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 13 of 74
OHA_LIT_00042425

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Foster Children (CAF)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $464.10 |
| **Base HRA Adjustment** | $22.68 |
| **Hospital Provider Tax Allowance** | $7.40 |
| **Administrative Allowance** | $53.79 |
| **HRA Administrative Allowance** | $0.46 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $548.44 |

| | |
|---|---|
| **Services Admin %** | 9.8% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 11.2% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-A
CAF (5)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 14 of 74
OHA_LIT_00042426

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 19-44**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $277.48 |
| **Base HRA Adjustment** | $32.68 |
| **Hospital Provider Tax Allowance** | $9.81 |
| **Administrative Allowance** | $31.17 |
| **HRA Administrative Allowance** | $0.67 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $351.81 |

| | |
|---|---|
| **Services Admin %** | 8.9% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %*** | 11.8% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-A
ACA 19-44 (5)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 15 of 74
OHA_LIT_00042427

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 45-54**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $451.41 |
| **Base HRA Adjustment** | $63.08 |
| **Hospital Provider Tax Allowance** | $18.28 |
| **Administrative Allowance** | $51.24 |
| **HRA Administrative Allowance** | $1.29 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $585.30 |

| | |
|---|---|
| **Services Admin %** | 8.8% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %*** | 12.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 13 of 71

CCO-A
ACA 45-54 (5)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 16 of 74
OHA_LIT_00042428

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 55-64**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $484.01 |
| **Base HRA Adjustment** | $67.70 |
| **Hospital Provider Tax Allowance** | $19.63 |
| **Administrative Allowance** | $54.96 |
| **HRA Administrative Allowance** | $1.38 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $627.68 |

| | |
|---|---|
| **Services Admin %** | 8.8% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %*** | 12.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 14 of 71

CCO-A
ACA 55-64 (5)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 17 of 74
OHA_LIT_00042429

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Breast and Cervical Cancer Program**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $1,323.73 |
| **Base HRA Adjustment** | $162.81 |
| **Hospital Provider Tax Allowance** | $49.49 |
| **Administrative Allowance** | $153.96 |
| **HRA Administrative Allowance** | $3.32 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $1,693.31 |

| | |
|---|---|
| **Services Admin %** | 9.1% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %\*** | 12.2% |

\*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-A
BCCP (5)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 18 of 74
OHA_LIT_00042430

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Temporary Assistance to Needy Families - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $287.12 |
| **Base HRA Adjustment** | $36.22 |
| **Hospital Provider Tax Allowance** | $11.08 |
| **Administrative Allowance** | $32.48 |
| **HRA Administrative Allowance** | $0.74 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $367.65 |
| Services Admin % | 8.8% |
| HRA Admin % | 0.2% |
| Non Benefit %* | 12.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 16 of 71

CCO-B
TANF (4)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 19 of 74
OHA_LIT_00042431

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Poverty Level Medical - Adults**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $338.67 |
| **Base HRA Adjustment** | $23.46 |
| **Hospital Provider Tax Allowance** | $12.60 |
| **Administrative Allowance** | $39.75 |
| **HRA Administrative Allowance** | $0.48 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $414.97 |

| | |
|---|---|
| **Services Admin %** | 9.6% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 12.7% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
PLMA (4)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 20 of 74
OHA_LIT_00042432

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $472.03 |
| **Base HRA Adjustment** | $125.73 |
| **Hospital Provider Tax Allowance** | $20.78 |
| **Administrative Allowance** | $55.51 |
| **HRA Administrative Allowance** | $2.57 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $676.62 |

| | |
|---|---|
| **Services Admin %** | 8.2% |
| **HRA Admin %** | 0.4% |
| **Non Benefit %*** | 11.7% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
CHILD 00-01 (4)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 21 of 74
OHA_LIT_00042433

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-B: Physical Health and Mental Health Services
## January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $92.94 |
| **Base HRA Adjustment** | $16.69 |
| **Hospital Provider Tax Allowance** | $3.76 |
| **Administrative Allowance** | $10.56 |
| **HRA Administrative Allowance** | $0.34 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $124.29 |

| | |
|---|---|
| **Services Admin %** | 8.5% |
| **HRA Admin %** | 0.3% |
| **Non Benefit %*** | 11.8% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
CHILD 01-05 (4)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 22 of 74
OHA_LIT_00042434

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $101.86 |
| **Base HRA Adjustment** | $9.99 |
| **Hospital Provider Tax Allowance** | $3.24 |
| **Administrative Allowance** | $11.57 |
| **HRA Administrative Allowance** | $0.20 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $126.87 |

| | |
|---|---|
| **Services Admin %** | 9.1% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %\*** | 11.8% |

\*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
CHILD 06-18 (4)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 23 of 74
OHA_LIT_00042435

# Oregon Health Plan Medicaid Demonstration

Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD with Medicare**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $208.80 |
| **Base HRA Adjustment** | $10.55 |
| **Hospital Provider Tax Allowance** | $5.09 |
| **Administrative Allowance** | $23.27 |
| **HRA Administrative Allowance** | $0.22 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $247.93 |

| | |
|---|---|
| **Services Admin %** | 9.4% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 11.5% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 21 of 71

CCO-B
ABAD-MED (4)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 24 of 74
OHA_LIT_00042436

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-B: Physical Health and Mental Health Services
## January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD without Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $1,009.38 |
| **Base HRA Adjustment** | $141.56 |
| **Hospital Provider Tax Allowance** | $41.96 |
| **Administrative Allowance** | $113.95 |
| **HRA Administrative Allowance** | $2.89 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $1,309.74 |

| | |
|---|---|
| **Services Admin %** | 8.7% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %*** | 12.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
ABAD (4)
Created: 5/24/2016
OHA_LIT_00042437

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **OAA with Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $208.80 |
| **Base HRA Adjustment** | $10.55 |
| **Hospital Provider Tax Allowance** | $5.09 |
| **Administrative Allowance** | $23.27 |
| **HRA Administrative Allowance** | $0.22 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $247.93 |

| | |
|---|---|
| **Services Admin %** | 9.4% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 11.5% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
OAA-MED (4)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 26 of 74
OHA_LIT_00042438

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **OAA without Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $1,009.38 |
| **Base HRA Adjustment** | $141.56 |
| **Hospital Provider Tax Allowance** | $41.96 |
| **Administrative Allowance** | $113.95 |
| **HRA Administrative Allowance** | $2.89 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $1,309.74 |

| | |
|---|---|
| **Services Admin %** | 8.7% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %\*** | 12.1% |

\*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
OAA (4)
Created: 5/24/2016

OHA_LIT_00042439

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-B: Physical Health and Mental Health Services
## January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Foster Children (CAF)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $440.17 |
| **Base HRA Adjustment** | $22.68 |
| **Hospital Provider Tax Allowance** | $7.40 |
| **Administrative Allowance** | $51.71 |
| **HRA Administrative Allowance** | $0.46 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $522.43 |

| | |
|---|---|
| **Services Admin %** | 9.9% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 11.4% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
CAF (4)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 28 of 74
OHA_LIT_00042440

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 19-44**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $248.33 |
| **Base HRA Adjustment** | $32.68 |
| **Hospital Provider Tax Allowance** | $9.81 |
| **Administrative Allowance** | $28.64 |
| **HRA Administrative Allowance** | $0.67 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $320.12 |

| | |
|---|---|
| **Services Admin %** | 8.9% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %*** | 12.2% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 26 of 71

CCO-B
ACA 19-44 (4)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 29 of 74
OHA_LIT_00042441

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-B: Physical Health and Mental Health Services
## January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 45-54**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $418.15 |
| **Base HRA Adjustment** | $63.08 |
| **Hospital Provider Tax Allowance** | $18.28 |
| **Administrative Allowance** | $48.35 |
| **HRA Administrative Allowance** | $1.29 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $549.14 |

| | |
|---|---|
| **Services Admin %** | 8.8% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %*** | 12.4% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 27 of 71

CCO-B
ACA 45-54 (4)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 30 of 74
OHA_LIT_00042442

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 55-64**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $450.60 |
| **Base HRA Adjustment** | $67.70 |
| **Hospital Provider Tax Allowance** | $19.63 |
| **Administrative Allowance** | $52.06 |
| **HRA Administrative Allowance** | $1.38 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $591.36 |

| | |
|---|---|
| **Services Admin %** | 8.8% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %*** | 12.4% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-B
ACA 55-64 (4)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 31 of 74
OHA_LIT_00042443

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-B: Physical Health and Mental Health Services**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Breast and Cervical Cancer Program**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $1,298.22 |
| **Base HRA Adjustment** | $162.81 |
| **Hospital Provider Tax Allowance** | $49.49 |
| **Administrative Allowance** | $151.74 |
| **HRA Administrative Allowance** | $3.32 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $1,665.59 |

| | |
|---|---|
| **Services Admin %** | 9.1% |
| **HRA Admin %** | 0.2% |
| **Non Benefit %*** | 12.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 29 of 71

CCO-B
BCCP (4)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 32 of 74
OHA_LIT_00042444

# Oregon Health Plan Medicaid Demonstration

Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Temporary Assistance to Needy Families - Adults**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $21.58 |
| **Base HRA Adjustment** | $0.91 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $2.28 |
| **HRA Administrative Allowance** | $0.02 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $24.79 |
| Services Admin % | 9.2% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 9.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
TANF (3)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 33 of 74
OHA_LIT_00042445

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Poverty Level Medical - Adults**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $12.17 |
| **Base HRA Adjustment** | $0.59 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $1.34 |
| **HRA Administrative Allowance** | $0.01 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $14.11 |

| | |
|---|---|
| **Services Admin %** | 9.5% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 9.6% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 31 of 71

CCO-E
PLMA (3)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 34 of 74
OHA_LIT_00042446

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $0.79 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $0.07 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $0.86 |

| | |
|---|---|
| **Services Admin %** | 8.5% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.5% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
CHILD 00-01 (3)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 35 of 74
OHA_LIT_00042447

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-E: Mental Health Services Only
## January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $2.97 |
| **Base HRA Adjustment** | $0.01 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $0.33 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $3.30 |

| | |
|---|---|
| **Services Admin %** | *9.9%* |
| **HRA Admin %** | *0.0%* |
| **Non Benefit %*** | *9.9%* |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 33 of 71

CCO-E
CHILD 01-05 (3)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 36 of 74
OHA_LIT_00042448

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $21.61 |
| **Base HRA Adjustment** | $0.67 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $2.44 |
| **HRA Administrative Allowance** | $0.01 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $24.73 |

| | |
|---|---|
| **Services Admin %** | 9.9% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 9.9% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 34 of 71

CCO-E
CHILD 06-18 (3)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 37 of 74
OHA_LIT_00042449

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD with Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $80.14 |
| **Base HRA Adjustment** | $0.23 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $8.14 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $88.51 |

| | |
|---|---|
| **Services Admin %** | *9.2%* |
| **HRA Admin %** | *0.0%* |
| **Non Benefit %*** | *9.2%* |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
ABAD-MED (3)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 38 of 74
OHA_LIT_00042450

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD without Medicare**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $118.85 |
| **Base HRA Adjustment** | $5.50 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $12.66 |
| **HRA Administrative Allowance** | $0.11 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $137.12 |

| | |
|---|---|
| **Services Admin %** | 9.2% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 9.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
ABAD (3)
Created: 5/24/2016
OHA_LIT_00042451

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **OAA with Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $80.14 |
| **Base HRA Adjustment** | $0.23 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $8.14 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $88.51 |

| | |
|---|---|
| **Services Admin %** | *9.2%* |
| **HRA Admin %** | *0.0%* |
| **Non Benefit %*** | *9.2%* |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
OAA-MED (3)
Created: 5/24/2016
OHA_LIT_00042452

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **OAA without Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $118.85 |
| **Base HRA Adjustment** | $5.50 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $12.66 |
| **HRA Administrative Allowance** | $0.11 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $137.12 |

| | |
|---|---|
| **Services Admin %** | 9.2% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 9.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
OAA (3)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 41 of 74
OHA_LIT_00042453

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Foster Children (CAF)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $256.62 |
| **Base HRA Adjustment** | $3.26 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $30.12 |
| **HRA Administrative Allowance** | $0.07 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $290.06 |

| | |
|---|---|
| **Services Admin %** | *10.4%* |
| **HRA Admin %** | *0.0%* |
| **Non Benefit %*** | *10.4%* |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 39 of 71

CCO-E
CAF (3)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 42 of 74
OHA_LIT_00042454

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 19-44**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $27.85 |
| **Base HRA Adjustment** | $1.62 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $2.95 |
| **HRA Administrative Allowance** | $0.03 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $32.46 |

| | |
|---|---|
| **Services Admin %** | 9.1% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 9.2% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 40 of 71

CCO-E
ACA 19-44 (3)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 43 of 74
OHA_LIT_00042455

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 45-54**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $31.06 |
| **Base HRA Adjustment** | $1.37 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $3.25 |
| **HRA Administrative Allowance** | $0.03 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $35.71 |

| | |
|---|---|
| **Services Admin %** | 9.1% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %\*** | 9.2% |

\*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
ACA 45-54 (3)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 44 of 74
OHA_LIT_00042456

## Oregon Health Plan Medicaid Demonstration
### Coordinated Care Organization Capitation Rates
### CCO-E: Mental Health Services Only
### January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 55-64**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $27.21 |
| **Base HRA Adjustment** | $0.52 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $2.72 |
| **HRA Administrative Allowance** | $0.01 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $30.46 |

|  |  |
|---|---|
| **Services Admin %** | 8.9% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 9.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
ACA 55-64 (3)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 45 of 74
OHA_LIT_00042457

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-E: Mental Health Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Breast and Cervical Cancer Program**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $84.56 |
| **Base HRA Adjustment** | $6.59 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $8.97 |
| **HRA Administrative Allowance** | $0.13 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $100.26 |
| Services Admin % | 8.9% |
| HRA Admin % | 0.1% |
| Non Benefit %* | 9.1% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-E
BCCP (3)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 46 of 74
OHA_LIT_00042458

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-F: Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Temporary Assistance to Needy Families - Adults**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $35.86 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $3.12 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $38.98 |

| | |
|---|---|
| **Services Admin %** | 8.0% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
TANF (2)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 47 of 74
OHA_LIT_00042459

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-F: Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Poverty Level Medical - Adults**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $38.35 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $3.33 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $41.69 |

| | |
|---|---|
| **Services Admin %** | 8.0% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
PLMA (2)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 48 of 74
OHA_LIT_00042460

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-F: Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $1.00 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $0.09 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $1.09 |

| | |
|---|---|
| **Services Admin %** | 8.0% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 46 of 71

CCO-F
CHILD 00-01 (2)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 49 of 74
OHA_LIT_00042461

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-F: Dental Services Only
January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $19.33 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $1.68 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $21.01 |

| | |
|---|---|
| **Services Admin %** | 8.0% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %\*** | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
CHILD 01-05 (2)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 50 of 74
OHA_LIT_00042462

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-F: Dental Services Only
January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $25.18 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $2.19 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $27.37 |

| | |
|---|---|
| **Services Admin %** | 8.0% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
CHILD 06-18 (2)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 51 of 74
OHA_LIT_00042463

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-F: Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD with Medicare**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $64.15 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $5.58 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $69.73 |

| | |
|---|---|
| **Services Admin %** | 8.0% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
ABAD-MED (2)
Created: 5/24/2016

OHA_LIT_00042464

# Oregon Health Plan Medicaid Demonstration

Coordinated Care Organization Capitation Rates
CCO-F: Dental Services Only
January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD without Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $57.12 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $4.97 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $62.09 |

| | |
|---|---|
| **Services Admin %** | 8.0% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
ABAD (2)
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 53 of 74
OHA_LIT_00042465

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-F: Dental Services Only
January 2016 through December 2016

| | |
|---|---|
| Plan: FamilyCare, Inc | |
| Region: TriCounty | |
| Rate Group: **OAA with Medicare** | |

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $64.15 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $5.58 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $69.73 |

| | |
|---|---|
| **Services Admin %** | *8.0%* |
| **HRA Admin %** | *0.0%* |
| **Non Benefit %\*** | *8.0%* |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 51 of 71

CCO-F
OAA-MED (2)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 54 of 74
OHA_LIT_00042466

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-F: Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **OAA without Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $57.12 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $4.97 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $62.09 |

| | |
|---|---|
| **Services Admin %** | *8.0%* |
| **HRA Admin %** | *0.0%* |
| **Non Benefit %*** | *8.0%* |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
OAA (2)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 55 of 74
OHA_LIT_00042467

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-F: Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Foster Children (CAF)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $26.12 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $2.27 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $28.39 |

|  |  |
|---|---|
| **Services Admin %** | 8.0% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-F
CAF (2)
Created: 5/24/2016

OHA_LIT_00042468

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-F: Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 19-44**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $39.24 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $3.41 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $42.65 |

| | |
|---|---|
| **Services Admin %** | 8.0% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 54 of 71

CCO-F
ACA 19-44 (2)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 57 of 74
OHA_LIT_00042469

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-F: Dental Services Only
January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 45-54**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $45.91 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $3.99 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $49.90 |

| | |
|---|---|
| **Services Admin %** | *8.0%* |
| **HRA Admin %** | *0.0%* |
| **Non Benefit %\*** | *8.0%* |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Ex. 11 - Jindal Decl.
Page 58 of 74
OHA_LIT_00042470

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-F: Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 55-64**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $48.77 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $4.24 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $53.01 |

| | |
|---|---|
| **Services Admin %** | 8.0% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 56 of 71

CCO-F
ACA 55-64 (2)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 59 of 74
OHA_LIT_00042471

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-F: Dental Services Only
## January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Breast and Cervical Cancer Program**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $57.49 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $5.00 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $62.49 |

| | |
|---|---|
| **Services Admin %** | 8.0% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.0% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 57 of 71

CCO-F
BCCP (2)
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 60 of 74
OHA_LIT_00042472

# Oregon Health Plan Medicaid Demonstration

Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Temporary Assistance to Needy Families - Adults**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $50.93 |
| **Base HRA Adjustment** | $0.91 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $4.83 |
| **HRA Administrative Allowance** | $0.02 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $56.69 |

| | |
|---|---|
| Services Admin % | 8.5% |
| HRA Admin % | 0.0% |
| Non Benefit %* | 8.6% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
TANF
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 61 of 74
OHA_LIT_00042473

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Poverty Level Medical - Adults**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $47.53 |
| **Base HRA Adjustment** | $0.59 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $4.42 |
| **HRA Administrative Allowance** | $0.01 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $52.55 |

| | |
|---|---|
| **Services Admin %** | *8.4%* |
| **HRA Admin %** | *0.0%* |
| **Non Benefit %*** | *8.4%* |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
PLMA
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 62 of 74
OHA_LIT_00042474

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $1.16 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $0.11 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $1.26 |

| | |
|---|---|
| **Services Admin %** | 8.3% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 60 of 71

CCO-G
CHILD 00-01
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 63 of 74
OHA_LIT_00042475

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-G: Mental Health and Dental Services Only
## January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $21.86 |
| **Base HRA Adjustment** | $0.01 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $1.97 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $23.83 |

| | |
|---|---|
| **Services Admin %** | 8.3% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %\*** | 8.3% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 61 of 71

CCO-G
CHILD 01-05
Created: 5/24/2016

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-G: Mental Health and Dental Services Only
## January 2016 through December 2016

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $46.12 |
| **Base HRA Adjustment** | $0.67 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $4.57 |
| **HRA Administrative Allowance** | $0.01 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $51.37 |

| | |
|---|---|
| **Services Admin %** | 8.9% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.9% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
CHILD 06-18
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 65 of 74
OHA_LIT_00042477

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD with Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $102.28 |
| **Base HRA Adjustment** | $0.23 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $10.06 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $112.58 |

| | |
|---|---|
| **Services Admin %** | 8.9% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.9% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
ABAD-MED
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 66 of 74
OHA_LIT_00042478

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD without Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $143.98 |
| **Base HRA Adjustment** | $5.50 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $14.85 |
| **HRA Administrative Allowance** | $0.11 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $164.44 |

| | |
|---|---|
| **Services Admin %** | *9.0%* |
| **HRA Admin %** | *0.1%* |
| **Non Benefit %*** | *9.1%* |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
ABAD
Created: 5/24/2016
OHA_LIT_00042479

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **OAA with Medicare**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $102.28 |
| **Base HRA Adjustment** | $0.23 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $10.06 |
| **HRA Administrative Allowance** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $112.58 |

| | |
|---|---|
| **Services Admin %** | *8.9%* |
| **HRA Admin %** | *0.0%* |
| **Non Benefit %*** | *8.9%* |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
OAA-MED
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 68 of 74
OHA_LIT_00042480

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **OAA without Medicare**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $143.98 |
| **Base HRA Adjustment** | $5.50 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $14.85 |
| **HRA Administrative Allowance** | $0.11 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $164.44 |

| | |
|---|---|
| **Services Admin %** | *9.0%* |
| **HRA Admin %** | *0.1%* |
| **Non Benefit %*** | *9.1%* |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

Page 66 of 71

CCO-G
OAA
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 69 of 74
OHA_LIT_00042481

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Foster Children (CAF)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $280.55 |
| **Base HRA Adjustment** | $3.26 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $32.20 |
| **HRA Administrative Allowance** | $0.07 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $316.07 |

| | |
|---|---|
| **Services Admin %** | 10.2% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 10.2% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
CAF
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 70 of 74
OHA_LIT_00042482

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 19-44**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $57.01 |
| **Base HRA Adjustment** | $1.62 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $5.48 |
| **HRA Administrative Allowance** | $0.03 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $64.15 |

| | |
|---|---|
| **Services Admin %** | 8.5% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %*** | 8.6% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
ACA 19-44
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 71 of 74
OHA_LIT_00042483

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 45-54**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $64.33 |
| **Base HRA Adjustment** | $1.37 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $6.14 |
| **HRA Administrative Allowance** | $0.03 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $71.87 |

| | |
|---|---|
| **Services Admin %** | 8.5% |
| **HRA Admin %** | 0.0% |
| **Non Benefit %*** | 8.6% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
ACA 45-54
Created: 5/24/2016

Ex. 11 - Jindal Decl.
Page 72 of 74
OHA_LIT_00042484

# Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 55-64**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $60.63 |
| **Base HRA Adjustment** | $0.52 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $5.62 |
| **HRA Administrative Allowance** | $0.01 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $66.79 |

|  |  |
|---|---|
| **Services Admin %** | *8.4%* |
| **HRA Admin %** | *0.0%* |
| **Non Benefit %*** | *8.4%* |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
ACA 55-64
Created: 5/24/2016
Ex. 11 - Jindal Decl.
Page 73 of 74
OHA_LIT_00042485

## Oregon Health Plan Medicaid Demonstration
**Coordinated Care Organization Capitation Rates**
**CCO-G: Mental Health and Dental Services Only**
**January 2016 through December 2016**

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Breast and Cervical Cancer Program**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $110.07 |
| **Base HRA Adjustment** | $6.59 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $11.18 |
| **HRA Administrative Allowance** | $0.13 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $127.98 |

| | |
|---|---|
| **Services Admin %** | 8.7% |
| **HRA Admin %** | 0.1% |
| **Non Benefit %\*** | 8.8% |

*Non Benefit % includes Hospital Provider Tax, HIF, and Administrative Allowances

Contract Number: 143114

CCO-G
BCCP
Created: 5/24/2016
Ex. 11 - Jindal Decl.
OHA_LIT_00042486