**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

        Special Assistant Attorneys General for Defendants Oregon
        Health Authority, an agency of the State of Oregon, and
        Patrick Allen in his official capacity as director of the
        Oregon Health Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF GREG SCOTT IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION FOR PROTECTIVE ORDER** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | |
| Defendants. | |

I, Greg Scott, declare:

1.    I am a paralegal with Markowitz Herbold PC, Special Assistant Attorneys General for Oregon Health Authority ("OHA").  I make this declaration of my own personal knowledge. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

**Page 1 -  DECLARATION OF GREG SCOTT IN SUPPORT OF OREGON HEALTH AUTHORITY'S MOTION FOR PROTECTIVE ORDER**

2.      I have been a paralegal since 1997, and I have worked for Markowitz Herbold PC for 11 years.  I have worked on several cases for the State of Oregon, including cases comparable in size to this one.  I am familiar with the process State agencies like OHA use to collect documents and electronically stored information ("ESI") for litigation.  One of my responsibilities in this matter is the collection and production of documents and ESI.

3.      Prior to Plaintiff's Fifth Amended Complaint, defendant's counsel collected over four million documents, including ESI, from over 70 custodians from the State of Oregon related to discovery in this litigation.

4.      In total, defendant's counsel reviewed over 750,000 documents.  OHA made 64 separate productions, producing 241,650 documents, totaling over 1.3 million pages related to the time period of January 1, 2015 – July 1, 2018.  In addition, FamilyCare has taken nineteen depositions.

5.      Nearly three years have passed since the last collection of documents.  Based on my experience with similar cases, I estimate a comparable effort to collect, review and produce documents if FamilyCare is allowed discovery about the 2019 and 2020 rate-setting process.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 18, 2021.

_____
Greg Scott

1144845

**Page 2 -   DECLARATION OF GREG SCOTT IN SUPPORT OF OREGON HEALTH
AUTHORITY'S MOTION FOR PROTECTIVE ORDER**