**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Heidee Stoller**, OSB No. 072835
HStoller@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha A. Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Matthew Gordon**, *pro hac vice*
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff *FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**, <br><br> Defendants. | Case No. 6:18−cv−00296−MO <br><br> **DECLARATION OF MATTHEW GORDON IN SUPPORT OF FAMILYCARE, INC.'S MOTION FOR DISCOVERY** |

DECLARATION OF MATTHEW GORDON IN
SUPPORT OF FAMILYCARE, INC.'S MOTION
FOR DISCOVERY

152541233.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Matthew Gordon, declare as follows:

1.    I am an attorney at Perkins Coie LLP and am one of the attorneys representing FamilyCare, Inc. ("FamilyCare") in this matter.  I make this declaration based on my personal knowledge and am competent to testify to the matters herein.

2.    Attached hereto as Exhibit 1 is a true copy of FamilyCare's Sixth Set of Requests for Production.

3.    Attached hereto as Exhibit 2 is a true copy of FamilyCare's Seventh Set of Requests for Production.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: May 18, 2021                              */s/ Matthew Gordon*
                                                 Matthew Gordon

1-    DECLARATION OF MATTHEW GORDON IN
      SUPPORT OF FAMILYCARE, INC.'S MOTION
      FOR DISCOVERY

152541233.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222