Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Alletta Brenner, OSB No. 142844
ABrenner@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Plaintiff FamilyCare, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,<br><br>          Defendants. | No. 6:18−cv−00296−AA<br><br>PLAINTIFF'S SIXTH REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS<br><br>By Plaintiff FamilyCare, Inc. Pursuant to Fed. R. Civ. P. 34 |

Pursuant to Fed. R. Civ. P. 34, Plaintiff FamilyCare, Inc. ("FamilyCare") hereby requests that Defendant Oregon Health Authority ("OHA") produce the documents described herein for inspection and copying at the offices of Plaintiff's counsel, Perkins Coie LLP, 1120 NW Couch Street, Tenth Floor, Portland, Oregon, 97209, or at such other location as may be determined by

1- PLAINTIFF'S SIXTH REQUESTS FOR PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 1 of 16

agreement, within thirty (30) days of this request. Please respond to each request for production in accordance with the instructions and definitions set forth below.

## DEFINITIONS

As used in these Requests, the following terms are defined as such:

1.      CCO Capitation Rates shall mean the capitated rates set annually per the terms of the Health Plan Services contracts between the CCOs that serve Oregon's Medicaid recipients and the Oregon Health Authority.

2.      "2018 Capitation Rates" shall mean the capitated rates for the Oregon CCOs for the 2018 rating period, as reflected in the 2018 Actuarial Certification.

3.      "2018 Actuarial Certification" shall mean the document titled "Oregon Health Authority CCO Rate Development Actuarial Certification January 1 - December 31, 2018 Capitation Rates,"

4.      "2018 Rate Amendment" shall mean the full 2018 contract amendment presented to FamilyCare Inc. by Oregon Health Authority for signature on October 31, 2017, or any iteration of that amendment.

5.      The "One-Month 2018 Rate Amendment" shall mean the contract amendment signed by FamilyCare Inc, and Oregon Health Authority on December 22, 2017, to allow FamilyCare to continue serving members of the Oregon Health Plan from January 1 to January 31, 2018.

6.      "Coordinated Care Organization" or "CCO" shall mean an organization meeting criteria adopted by the Oregon Health Authority under ORS 414.625.

7.      "Communicate" or "Communication(s)" shall refer to any transmission or exchange of information between two or more persons, orally or in writing, and includes, but is not limited, to all conversations or discussions, whether such communication or discussion

2-    PLAINTIFF'S SIXTH REQUESTS FOR
        PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 2 of 16

occurred face-to-face or by means of letter, telephone, telegraph, telecopier, telex, facsimile, electronic mail ("email"), text message or other media.

8.    "Document" means all items that are considered to be "documents" or tangible things within the meaning of Fed. R. Civ. P. 34, including communications, and refers to the original and all copies of written, printed, typed, recorded, computer generated or graphic matter, or other instrument(s) or device(s) which contain information or from which information can be retrieved, including, without limitation, any kind of written, typewritten, or printed material whatsoever, any kind of graphic material, and any computer applications, memoranda, correspondence, studies, working papers, letters, emails, telegrams, invoices, personal diaries, handwritten notes of any kind including Post-it® notes, reports, records, books forms, indexes, transcriptions and recordings, magnetic tapes, video tapes, wire recordings, disks and printed cards, data sets and sheets, data processing cards, personal calendars, interoffice memoranda, minutes and records of any sorts of meetings, financial statements, financial calculations, estimates, reports of telephone or other oral conversations, appointment books, maps, drawings, charts, graphs, photographs, and all other writings and recordings of every kind, however produced or reproduced, whether signed or unsigned. The terms "document" and "documents" include, without limitation, originals and all file copies that are not identical to the original no matter how or by whom prepared, and all drafts prepared in connection with any documents, whether used or not. If the original of any documents is not in your possession, custody, or control, a copy of that document should be produced. A draft or non-identical copy is a separate document within the meaning of this term.

9.    The terms "FamilyCare" or "Plaintiff" shall refer to plaintiff FamilyCare, Inc.

10.    "Optumas" shall refer to Optumas and/or Schramm Health Partners, L.L.C., and any past and present agents, representatives, accountants, attorneys, employees, including former employees, or any other person or entity that has documents deemed to be in its possession,

3-    PLAINTIFF'S SIXTH REQUESTS FOR
       PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 3 of 16

custody, or control, and including such entity under its prior names and in any form of a domestic or foreign limited liability corporation, partnership, or corporation.

11.     The terms "Oregon Health Authority", "Defendant", "You", and/or "Your" shall refer to the Oregon Health Authority, both separately and jointly, and any past and present agents, representatives, accountants, attorneys, employees, including former employees, or any other person or entity that has documents and communications deemed to be in Oregon Health Authority's possession, custody, or control, including but not limited to, Optumas.

12.     References to persons and entities include their agents, employees, officers, directors, affiliated entities and companies, predecessors, successors, accountants, attorneys, and representatives.

13.     The terms "and" and "or" shall be construed both disjunctively and conjunctively.

14.     The term "any" shall include and encompass the words "all" and "each."

15.     The singular shall include the plural, the use of the masculine gender shall include the feminine gender, and vice versa, whenever the context reasonably allows or requires such a construction.

16.     The term "person" means any natural person, public or private corporation, partnership, association, joint venture, any group or any form of a business, legal or governmental entity, or association.

17.     "Relating to" shall mean supporting, contradicting, describing, studying, analyzing, considering, substantiating, regarding, reflecting, recording, explaining, mentioning, discussing, commenting on, touching upon, and pertaining to any logical connection.

18.     "Reflecting" shall mean summarizing, memorializing, evidencing, constituting, containing, identifying, showing, comprising, and containing any logical connection with.

19.     "Independent Actuarial Reviews" shall mean the reviews of the Medicaid capitation rate development methodology used by the Oregon Health Authority to set the rates

4-  PLAINTIFF'S SIXTH REQUESTS FOR
    PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 4 of 16

for Oregon's Coordinated Care Organizations for the 2018 rate year by the firms of Lewis & Ellis, Inc. and Manatt, Phelps & Phillips LLP.

## INSTRUCTIONS

A.    You are to produce all documents that are in your possession, custody, or control or in the possession, custody, or control of Your representatives, including persons consulted concerning any factual matters or matters of opinion related to any of the facts or issues involved in this case; such persons shall include attorneys with whom You consulted unless you claim such documents are privileged or otherwise protected, *but see infra* Instruction H. These Requests for Production of Documents extend to correspondence and electronic communications sent from or received at a personal physical address or personal email address.

B.    Unless otherwise specified, the time period covered by these Requests for Production of Documents is January 1, 2015, to the present.  However, if a document prepared prior to January 1, 2015, or subsequent to the date of these Requests for Production of Documents refers to events during the period January 1, 2015, through the present, and/or is necessary for a correct or complete understanding of any document covered by these Requests for Production of Documents, the document shall be produced. If any document is undated and the date of its preparation cannot be determined, the document shall be produced if it is otherwise responsive to these Requests for Production of Documents and no evidence exists to conclusively establish that this document was prepared prior to January 1, 2015.

C.    Each document request, and the portions thereof, is to be responded to separately, but responses to one document request, or portion thereof, may be incorporated by reference in responses to other document requests, or portions thereof.

D.    All documents produced pursuant to these Requests for Production of Documents shall be produced either in separate groups of documents responsive to each separate document request or in the form and order in which they were kept by you before being produced.

5-    PLAINTIFF'S SIXTH REQUESTS FOR
      PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 5 of 16

E.    Each request for documents, whether memoranda, reports, letters, minutes, emails, or other documents of any description, requires the production of each document in its entirety, including all pages and attachments or exhibits, without redaction or expurgation.

F.    If a document was prepared in several copies or if additional copies were thereafter made, and if such copies were not identical or are no longer identical by reason of any notation or modification of any kind whatsoever located on either the front or the back of such document, then each non-identical copy is a separate document and must be separately identified and produced.

G.    If you claim any document request herein is ambiguous, describe in what way the request is ambiguous, state the meaning applied to the request, and respond to the request as interpreted.

H.    If you claim any form of privilege, whether based on statute or otherwise, as a ground for not producing requested documents, please furnish a log providing the following information with respect to each withheld document:

i.    the date of the document;

ii.    for each individual who prepared, produced, reproduced, or received the document for which the privilege is claimed, state the person's name, current (or last known) business and residence addresses, current (or last known) business and residential telephone numbers, current (or last known) title or position, and occupation;

iii.    describe the document in sufficient detail to identify it without revealing the information for which the privilege is claimed; and

iv.    state every fact or basis upon which you claim any such privilege.

I.    These document requests are continuing and, to the extent required by the Federal Rules of Civil Procedure, you must immediately produce any responsive documents or

6-    PLAINTIFF'S SIXTH REQUESTS FOR
      PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 6 of 16

information after any such document(s) or information comes within your possession, custody, or control throughout the pendency of this action.

J.     Documents shall be produced in Tagged Image File Format ("TIFF"), single page, black and white (or in color, if necessary for any given document or its content to be readable), dithered (if appropriate), at 300 x 300 dpi resolution and 8½ x 11 inch page size, except for documents requiring different resolution or page size to make them readable. Each TIFF document shall be produced with an image load file in standard Opticon (*.log) format that reflects the parent / child relationship. In addition, each TIFF document shall also be produced with a data load file in Concordance delimited format (*.dat), indicating (at a minimum) appropriate unitization of the documents, including beginning and ending production numbers for (a) each document set, and (b) each attachment within each document set. The TIFF images shall also be accompanied by extracted text or, for those files that do not have extracted text upon being processed (such as hard copy documents), optical character recognition ("OCR") text data; such extracted text or OCR text data shall be provided in document level form and named after the TIFF image. Documents that contain redactions shall be OCR'd after the redaction is applied to the image, and the OCR will be produced in placed of extracted text at the document level. Notwithstanding the foregoing, the parties may negotiate a separate production format (including native format) for any documents that are not reasonably producible or readable as standard image files, such as audio files or large spreadsheets.

K.     For documents produced in TIFF format that originated in electronic form, metadata shall be included with the data load files described above, and shall include (at a minimum) the following information: file name (including extension); original file path; page count; creation date and time; last saved date and time; last modified date and time; author; custodian of the document (that is, the custodian from whom the document was collected or, if collected from a shared drive or server, the name of the shared driver or server); and MD5 hash

7-   PLAINTIFF'S SIXTH REQUESTS FOR
     PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 7 of 16

value. In addition, for email documents, the data load files shall also include the following metadata: sent date; sent time; received date; received time; "to" name(s) and address(es); "from" name and address; "cc" name(s) and address(es); "bcc" name(s) and address(es); subject; names of attachment(s); and attachment(s) count. All images and load files must be named or foldered in such a manner that all records can be imported without modification of any path or file name information.

L.    Unless otherwise specified, documents covered by these Requests include documents held by Optumas.

REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 105:** All documents supporting, contradicting, or otherwise related to Patrick Allen's February 21, 2018 statement in the Oregonian or other media that OHA and/or Patrick Allen "worked hard to keep FamilyCare in the market."

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 106:** All documents related to the 2018 Rate Amendment, including but not limited to any decision relating to the timing of that Amendment, Patrick Allen's and/or OHA's decision to require FamilyCare to sign the Amendment by December 21, 2017, and FamilyCare's ability or inability to do so.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 107:** All documents related to the "Preliminary Redetermination Analysis" provided by OHA on December 29, 2017, including, but not limited to, those materials relating to its creation, its final contents, OHA's policy decisions concerning its contents, and the timing of its dissemination to CCOs.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 108:** All data, worksheets, documents and other materials considered by OHA, or its actuaries, in the course of preparing the "Preliminary

8-    PLAINTIFF'S SIXTH REQUESTS FOR
      PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 8 of 16

Redetermination Analysis" provided to CCOs on December 29, 2017, including but not limited to, data and materials considered by OHA in reaching its conclusion stated in the Preliminary Redetermination Analysis that the proposed rate determination would have a "potential impact of 0-5% on 2018 Tri-County rates."

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 109:** All documents relating to the "CY 2018 Rate Update" issued by OHA on January 23, 2018, including but not limited to, documents relating to OHA's conclusion in the Update that as a result of OHA's policy decision to perform a rate redetermination, the 2018 Capitation Rates paid to CCOs under the 2018 Rate Amendment should be increased statewide by approximately 2-3%.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 110:** All documents reflecting or relating to OHA's decision to begin implementing a transition plan to move FamilyCare's members to other CCOs.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 111:** All documents relating to the 2018 Actuarial Certification or any addenda to the 2018 Actuarial Certification.

**RESPONSE:**

**REQUEST FOR PRODUCTION 112:** All documents discussing or relating in any way to concerns expressed or information provided by FamilyCare to OHA, including by not limited to FamilyCare's concerns with CCO Capitation Rates, CCO contract amendments, data errors and policy decisions by OHA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 113:** All documents relating to the impact of enrollment and/or eligibility errors on the capitation rates paid to CCOs, including whether OHA

9-    PLAINTIFF'S SIXTH REQUESTS FOR
      PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 9 of 16

would perform any rate redeterminations for those years or otherwise compensate CCOs for amounts they may have been underpaid as a result of those errors.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 114:** All documents reflecting communications between Governor Kate Brown, Tina Edlund, or any other member of Governor Brown's cabinet (including staff members) on the one hand, and OHA (or any person or entity acting on OHA's behalf), regarding Oregon's Capitation Rates and/or FamilyCare.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 115:** All documents relating to OHA's internal management of Medicaid enrollment and eligibility data for the Oregon Health Plan, including, but not limited to: the tracking of enrollment and eligibility changes over time; reconciliation of enrollment and eligibility data over time; and OHA's processes for performing enrollment and eligibility re-determinations.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 116:** All documents relating to the assigning, tracking, reconciling, correcting and adjusting the Program Eligibility Resource Code (PERC) for each individual Medicaid recipient in the Oregon Health Plan.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 117:** All documents relating to OHA's processes for linking PERC codes to Medicaid categories of aid, including but not limited to, any errors identified in those processes and resulting impacts on Oregon's Medicaid capitation rates.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 118:** All documents reflecting communications between OHA, or any representative of OHA (including Optumas), and a member or

10- PLAINTIFF'S SIXTH REQUESTS FOR PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Exhibit 1
Page 10 of 16

representative of the media, legislature, or any other third party regarding FamilyCare or CCO capitation rates.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 119:** All documents relating to the ability of Health Share of Oregon or any other CCO to enter into contractual agreements with providers in FamilyCare's network to continue providing services to Oregon Health Plan members previously served by FamilyCare who were transitioned to Health Share as a result of the shutdown of FamilyCare's Medicaid business.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 120:** All documents relating to OHA's deliberations regarding, and negotiation of, the One-Month 2018 Rate Amendment and/or the personal services agreement entered into on December 22, 2017.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 121:** All documents relating to any communications or public relations plan relating to FamilyCare, including without limitation any communications plan related to the signing of the 2018 Rate Amendment or FamilyCare's shut down or exit from Oregon's Medicaid program, regardless of whether that plan was finalized or implemented.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 122:** All documents relating to communications between OHA or its actuarial consultants (including, but not limited to, Optumas) and CMS related to Oregon's Medicaid program, including but not limited documents submitted by OHA or Optumas to CMS relating to the rate development standards for each CCO and the trend models for each CCO in connection with CCO Capitation Rates from January 1, 2015 onward.

**RESPONSE:**

11- PLAINTIFF'S SIXTH REQUESTS FOR
    PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Exhibit 1
Page 11 of 16

**REQUEST FOR PRODUCTION NO. 123:** All documents, prepared, used or considered by OHA or its actuarial consultants (including, but not limited to, Optumas) in connection with the setting of CCO Capitation Rates from January 1, 2015 to present, including without limitation, all worksheets, workbooks, spreadsheets, models, formulas and communications relating to those rates.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 124:** To the extent documents are not provided in response to the foregoing requests, all documents related to the calculation or adjustment of any CCO's base data, including any consideration of a CCO's past or current profitability, analysis of CCO financial statements, consideration of reported expenditures, consideration of implied rate of growth, review of provider reimbursement rates, and any policy decisions related to the foregoing.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 125:** All drafts of the 2018 Actuarial Certification, including all comments thereto or any subsections thereof.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 126:** All documents relating to OHA's contract(s) or agreement(s) with any entity that has provided services to OHA in connection with CCO Capitation Rates and/or Oregon's Medicaid Program from January 1, 2015, to present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 127:** All documents related to the terminations of Lynne Saxton, BethAnne Darby, Mark Fairbanks, Varsha Cauhan, Kate Nass, or Dennis Tang.

**RESPONSE:**

12- PLAINTIFF'S SIXTH REQUESTS FOR
PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 12 of 16

**REQUEST FOR PRODUCTION NO. 128:** All documents related to OHA's decision to conduct independent actuarial and legal reviews of its CCO Capitation Rates, including but not limited to, documents relating to the engagement of Lewis & Ellis, Manatt, or any other firm, and documents reflecting or memorializing any assessment of the independence of those firms

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 129**: All documents related to OHA's issuance of a Request for Proposal (RFP) for actuarial services in 2017 and the subsequent withdrawal of that request in October 2017.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 130:** All documents related to the Oregon Secretary of State's 2017 audit of OHA, including but not limited to all documents reviewed by the auditors or created by OHA in connection with the audit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 131:** All documents related to, reflecting, or containing analysis of high risk populations according to CCO (including but not limited to members with HIV/AIDS), including comparisons of such populations between CCOs.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 132:** To the extent not covered by the foregoing requests, all documents relating to FamilyCare and/or CCO Capitation Rates, including but not limited to documents and communications relating to: the development of those rates, the Actuarial Certifications prepared in connection with those rates, the approval of those rates by Centers for Medicare and Medicaid Services (CMS) and the annual contract amendments presented to the CCOs that serve Oregon's Medicaid program.

13- PLAINTIFF'S SIXTH REQUESTS FOR
PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 13 of 16

DATED:  February 27, 2018                        **PERKINS COIE LLP**


By: *s/ Alletta Brenner*

      Stephen F. English, OSB No. 730843
      SEnglish@perkinscoie.com
      Thomas R. Johnson, OSB No. 010645
      TRJohnson@perkinscoie.com
      Alletta Brenner, OSB No. 142844
      ABrenner@perkinscoie.com
      Perkins Coie LLP
      1120 N.W. Couch Street, 10th Floor
      Portland, OR  97209-4128
      Telephone:  503.727.2000
      Facsimile:  503.727.2222

*Attorneys for Plaintiff FamilyCare, Inc.*

14-  PLAINTIFF'S SIXTH REQUESTS FOR
     PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 14 of 16

## CERTIFICATE OF SERVICE

I hereby certify that on the 27 February 2018 I served the foregoing *PLAINTIFF'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS* on the following parties at the following addresses:

David B. Markowitz
Matthew A. Levin
Renée E. Rothauge
Dallas DeLuca
Harry B. Wilson
Laura Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
DavidMarkowitz@MarkowitzHerbold.com
MattLevin@MarkowitzHerbold.com
ReneeRothauge@Markowitzherbold.com
DallasDeLuca@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
Docket@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority*

☒     Hand Delivery
☒     By E-Mail

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen
851 SW 6th Ave Ste 1500
Portland OR 97204
eknight@dunncarney.com
mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy Ste 900
Portland OR 97209
dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC and Jackson Care Connect*

Anna Sortun
Tonkon Torp LLP
888 SW 5th Ave Ste 1600
Portland OR 97204
anna.sortun@tonkon.com

*Attorney for Cascade Health Alliance, LLC, Western Oregon Advanced Health, LLC, and Umpqua Health Alliance*

Frank V. Langfitt III
Miller Nash Graham & Dunn LLP
111 SW 5th Ave Ste 3400
Portland OR 97204
frank.langfitt@millernash.com

*Attorney for Eastern Oregon Coordinated Care Organization, LLC*

1-   CERTIFICATE OF SERVICE

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 15 of 16

Gregory A. Chaimov
Christopher McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Ave, Suite 2400
Portland, OR 97201-5610

*Attorneys for Health Share of Oregon*

W. Chris Jenkins
Tyler G. Jacobsen
Samaritan Health Services
2300 NW Walnut Blvd
Corvallis OR 97330
wjenkins@samhealth.org
tjacobsen@samhealth.org

*Attorney for Intercommunity Health
Network - Coordinated Care Organization*

Eric A Lindenauer
Garvey Schubert Barer
121 SW Morrison St 11th Fl
Portland OR 97204
elindenauer@gsblaw.com

*Attorney for PacificSource Community Solutions*

Joel A. Parker
Jeffrey D. Hern
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave Ste 1900
Portland OR 97204
jparker@schwabe.com
jhern@schwabe.com

*Attorneys for Trillium Community Health
Plan, Inc*

Arden J. Olson
Harrang Long Gary Rudnick PC
360 E 10th Ave Ste 300
Eugene OR 97401
arden.j.olson@harrang.com

*Attorney for Willamette Valley Community Health,
LLC*

Peter F. Stoloff
Peter F Stoloff PC
5285 Meadows Rd Ste 235
Lake Oswego OR 97035
pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care
Organization*

☒    United States Mail, First Class
☒    By E-Mail


        Dated at Portland, Oregon, on February 27, 2018.


        */s/ Alletta Brenner*
        Alletta Brenner


2-  PLAINTIFF'S SIXTH REQUESTS FOR
    PRODUCTION TO DEFENDANTS

138608203. 4

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 16 of 16