Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Matthew P. Gordon, pro hac vice
MGordon@perkinscoie.com
Brian Samuelson, OSB No. 165476
BSamuelson@perkinscoie.com
Alletta S. Brenner, OSB No. 142844
ABrenner@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official Capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br><br>           Plaintiff,<br><br>   v.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>           Defendant.<br><br>FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON<br><br>           Defendants. | No. 3:18−cv−00212−MO (LEAD)<br>No. 6:18−cv−00296−MO<br><br>PLAINTIFF FAMILYCARE, INC.'S SEVENTH REQUESTS FOR PRODUCTION TO DEFENDANT OREGON HEALTH AUTHORITY |

1-   FAMILYCARE INC.'S SEVENTH REQUESTS FOR PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 1 of 20

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff FamilyCare, Inc. ("FamilyCare") hereby requests that Defendant Oregon Health Authority ("OHA") produce the documents described herein for inspection and copying at the offices of Plaintiff's counsel, Perkins Coie LLP, 1120 NW Couch Street, Tenth Floor, Portland, Oregon, 97209, or at such other location as may be determined by agreement, within thirty (30) days of this request. Please respond to each request for production in accordance with the instructions and definitions set forth below.

### DEFINITIONS

As used in these Requests, the following terms are defined as such:

1. "Oregon Health Authority," "OHA," "You," and/or "Your" means the Oregon Health Authority, both separately and jointly, and any past and present agents, representatives, accountants, attorneys, employees, including former employees, or any other person or entity that has documents and communications deemed to be in Oregon Health Authority's possession, custody, or control, including but not limited to, Optumas.

2. "Optumas" means Optumas and/or Schramm Health Partners, L.L.C., and any past and present agents, representatives, accountants, attorneys, employees, including former employees, or any other person or entity that has documents deemed to be in its possession custody, or control and including such entity under its prior names and in any form of a domestic or foreign limited liability corporation, partnership, or corporation.

3. "FamilyCare" means FamilyCare, Inc.

4. "Coordinated Care Organization" or "CCO" means an organization meeting criteria adopted by OHA under ORS 414.625.

5. "Cell phone" means a wireless telephone for use on a cellular or internet network.

2-  FAMILYCARE INC.'S SEVENTH REQUESTS FOR
    PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 2 of 20

6.      "Text message" means a written electronic communication sent or received by a cell phone, including but not limited to multimedia messages (MMS) and messages sent using the Short Message Service (SMS).

7.      "Answer" means your Answer to Fourth Amended Complaint, Affirmative Defenses, and Counterclaim dated June 25, 2018.

8.      "Communicate" or "Communication(s)" shall refer to any transmission or exchange of information between two or more persons, orally or in writing, and includes, but is not limited, to all conversations or discussions, whether such communication or discussion occurred face-to-face or by means of letter, telephone, telegraph, telecopier, telex, facsimile, electronic mail ("email"), text message or other media.

9.      "Document" means all items that are considered to be "documents" or tangible things within the meaning of Fed. R. Civ. P. 34, including communications, and refers to the original and all copies of written, printed, typed, recorded, computer generated or graphic matter, or other instrument(s) or device(s) which contain information or from which information can be retrieved, including, without limitation, any kind of written, typewritten, or printed material whatsoever, any kind of graphic material, and any computer applications, memoranda, correspondence, studies, working papers, letters, emails, telegrams, invoices, personal diaries, handwritten notes of any kind including Post-it® notes, reports, records, books forms, indexes, transcriptions and recordings, magnetic tapes, video tapes, wire recordings, disks and printed cards, data sets and sheets, data processing cards, personal calendars, interoffice memoranda, minutes and records of any sorts of meetings, financial statements, financial calculations, estimates, reports of telephone or other oral conversations, appointment books, maps, drawings, charts, graphs, photographs, and all other writings and recordings of every kind, however produced or reproduced, whether signed or unsigned. The terms "document" and "documents" include, without limitation, originals and all file copies that are not identical to the original no

3-   FAMILYCARE INC.'S SEVENTH REQUESTS FOR PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 3 of 20

matter how or by whom prepared, and all drafts prepared in connection with any documents, whether used or not. If the original of any documents is not in your possession, custody, or control, a copy of that document should be produced. A draft or non-identical copy is a separate document within the meaning of this term.

12.     References to persons and entities include their agents, employees, officers, directors, affiliated entities and companies, predecessors, successors, accountants, attorneys, and representatives.

13.     The terms "and" and "or" shall be construed both disjunctively and conjunctively.

14.     The term "any" shall include and encompass the words "all" and "each."

15.     The singular shall include the plural, the use of the masculine gender shall include the feminine gender, and vice versa, whenever the context reasonably allows or requires such a construction.

16.     The term "person" means any natural person, public or private corporation, partnership, association, joint venture, any group or any form of a business, legal or governmental entity, or association.

17.     "Relating to" shall mean supporting, contradicting, describing, studying, analyzing, considering, substantiating, regarding, reflecting, recording, explaining, mentioning, discussing, commenting on, touching upon, and pertaining to any logical connection.

18.     "Reflecting" shall mean summarizing, memorializing, evidencing, constituting, containing, identifying, showing, comprising, and containing any logical connection with.

### INSTRUCTIONS

A.     You are to produce all documents that are in your possession, custody, or control or in the possession, custody, or control of Your representatives, including persons consulted concerning any factual matters or matters of opinion related to any of the facts or issues involved in this case; such persons shall include attorneys with whom You consulted unless you claim

4-  FAMILYCARE INC.'S SEVENTH REQUESTS FOR
    PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 4 of 20

such documents are privileged or otherwise protected, *but see infra* Instruction H. These Requests for Production of Documents extend to correspondence and electronic communications sent from or received at a personal physical address or personal email address.

B.    Unless otherwise specified, the time period covered by these Requests for Production of Documents is January 1, 2015, to the present.  However, if a document prepared prior to January 1, 2015, or subsequent to the date of these Requests for Production of Documents refers to events during the period January 1, 2015, through the present, and/or is necessary for a correct or complete understanding of any document covered by these Requests for Production of Documents, the document shall be produced. If any document is undated and the date of its preparation cannot be determined, the document shall be produced if it is otherwise responsive to these Requests for Production of Documents and no evidence exists to conclusively establish that this document was prepared prior to January 1, 2015.

C.    Each document request, and the portions thereof, is to be responded to separately, but responses to one document request, or portion thereof, may be incorporated by reference in responses to other document requests, or portions thereof.

D.    All documents produced pursuant to these Requests for Production of Documents shall be produced either in separate groups of documents responsive to each separate document request or in the form and order in which they were kept by you before being produced.

E.    Each request for documents, whether memoranda, reports, letters, minutes, emails, or other documents of any description, requires the production of each document in its entirety, including all pages and attachments or exhibits, without redaction or expurgation.

F.    If a document was prepared in several copies or if additional copies were thereafter made, and if such copies were not identical or are no longer identical by reason of any notation or modification of any kind whatsoever located on either the front or the back of such

5-    FAMILYCARE INC.'S SEVENTH REQUESTS FOR
PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 5 of 20

document, then each non-identical copy is a separate document and must be separately identified and produced.

G. If you claim any document request herein is ambiguous, describe in what way the request is ambiguous, state the meaning applied to the request, and respond to the request as interpreted.

H. If you claim any form of privilege, whether based on statute or otherwise, as a ground for not producing requested documents, please furnish a log providing the following information with respect to each withheld document:

        i. the date of the document;

        ii. for each individual who prepared, produced, reproduced, or received the document for which the privilege is claimed, state the person's name, current (or last known) business and residence addresses, current (or last known) business and residential telephone numbers, current (or last known) title or position, and occupation;

        iii. describe the document in sufficient detail to identify it without revealing the information for which the privilege is claimed; and

        iv. state every fact or basis upon which you claim any such privilege.

I. These document requests are continuing and, to the extent required by the Federal Rules of Civil Procedure, you must immediately produce any responsive documents or information after any such document(s) or information comes within your possession, custody, or control throughout the pendency of this action.

J. Documents shall be produced in Tagged Image File Format ("TIFF"), single page, black and white (or in color, if necessary for any given document or its content to be readable), dithered (if appropriate), at 300 x 300 dpi resolution and 8½ x 11 inch page size, except for documents requiring different resolution or page size to make them readable. Each TIFF

6- FAMILYCARE INC.'S SEVENTH REQUESTS FOR PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 6 of 20

document shall be produced with an image load file in standard Opticon (*.log) format that reflects the parent / child relationship. In addition, each TIFF document shall also be produced with a data load file in Concordance delimited format (*.dat), indicating (at a minimum) appropriate unitization of the documents, including beginning and ending production numbers for (a) each document set, and (b) each attachment within each document set. The TIFF images shall also be accompanied by extracted text or, for those files that do not have extracted text upon being processed (such as hard copy documents), optical character recognition ("OCR") text data; such extracted text or OCR text data shall be provided in document level form and named after the TIFF image. Documents that contain redactions shall be OCR'd after the redaction is applied to the image, and the OCR will be produced in placed of extracted text at the document level. Notwithstanding the foregoing, the parties may negotiate a separate production format (including native format) for any documents that are not reasonably producible or readable as standard image files, such as audio files or large spreadsheets.

K.    For documents produced in TIFF format that originated in electronic form, metadata shall be included with the data load files described above, and shall include (at a minimum) the following information: file name (including extension); original file path; page count; creation date and time; last saved date and time; last modified date and time; author; custodian of the document (that is, the custodian from whom the document was collected or, if collected from a shared drive or server, the name of the shared driver or server); MD5 hash value; and confidentiality designation ("Confidential" or "Attorneys' Eyes Only"), if any. In addition, for email documents, the data load files shall also include the following metadata: sent date; sent time; received date; received time; "to" name(s) and address(es); "from" name and address; "cc" name(s) and address(es); "bcc" name(s) and address(es); subject; names of attachment(s); and attachment(s) count. All images and load files must be named or foldered in

7-    FAMILYCARE INC.'S SEVENTH REQUESTS FOR
       PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 7 of 20

such a manner that all records can be imported without modification of any path or file name information.

L.      Unless otherwise specified, documents covered by these Requests include documents held by Optumas.

### REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 133:**  All documents related to potential or actual conflicts of interest of any OHA employee who performs tasks related to Oregon's Medicaid program.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 134:**  All documents related to potential or actual conflicts of interest of any member of the governor's staff who is involved, or has been involved, in advising the governor on issues relating to Oregon's Medicaid program, including but not limited to conflicts of interest disclosure forms.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 135:**  All calendars and diaries kept by Jeremy Vandehey during his service as Health Policy Advisor to Governor Brown.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 136:**  All hard copy files kept by Jeremy Vandehey during his service as Health Policy Advisor to Governor Brown relating to Oregon's Medicaid Program**.**

**RESPONSE:**

8- FAMILYCARE INC.'S SEVENTH REQUESTS FOR PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 8 of 20

**REQUEST FOR PRODUCTION NO. 137:**  All cellular provider billing statements for all cell phones used by Lynne Saxton, Patrick Allen, Varsha Chauhan, Mark Fairbanks, Lori Coyner, Robb Cowie, BethAnne Darby, Jeremy Vandehey, Jeston Black, Rhonda Busek, Leslie Clement, Keely West, Theresa Souza, Janell Evans, Kayla Jones, Kate Nass, and Chelsea Guest.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 138:**  Documents sufficient to show the date, time, and recipient of any phone calls placed or received and text messages sent or received, from all cell phones used by Lynne Saxton, Patrick Allen, Varsha Chauhan, Mark Fairbanks, Lori Coyner, Robb Cowie, BethAnne Darby, Jeremy Vandehey, Jeston Black, Rhonda Busek, Leslie Clement, Keely West, Theresa Souza, Janell Evans, Kayla Jones, Kate Nass, and Chelsea Guest.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 139:**  Documents sufficient to show the number of text messages sent and received, on a monthly basis, by any cell phone used by Lynne Saxton, Patrick Allen, Varsha Chauhan, Mark Fairbanks, Lori Coyner, Robb Cowie, BethAnne Darby, Jeremy Vandehey, Jeston Black, Rhonda Busek, Leslie Clement, Keely West, Theresa Souza, Janell Evans, Kayla Jones, Kate Nass, and Chelsea Guest.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 140:**  All documents referring or relating to your efforts to preserve or collect all electronic communications, including text messages, online chat, and instant messaging conversations (e.g. Skype chat logs), of potential relevance to this litigation.

9-   FAMILYCARE INC.'S SEVENTH REQUESTS FOR
      PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 9 of 20

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 141:** To the extent not already produced, all transcripts of online chat or instant messaging conversations (e.g. Skype chat logs) responsive to any of the requests for production issued to you by FamilyCare in this litigation.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 142:** All versions of Patrick Allen's resume in your possession, including any versions submitted to the Governor and/or Legislature in relation to Mr. Allen's hiring as Director of OHA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 143:** All documents related to the 2017 CCO incentive metrics for Health Share and FamilyCare, including the initial release and revised release of CAHPS survey measures and any information related to the change in the initial and revised scores.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 144:** Documents sufficient to show all versions of any risk scores (raw or normalized) calculated for any members assigned to Health Share or FamilyCare.

**RESPONSE:**

10- FAMILYCARE INC.'S SEVENTH REQUESTS FOR PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Exhibit 2
Page 10 of 20

**REQUEST FOR PRODUCTION NO. 145:**  All documents referring or relating to any comparison of the risk scores of any members assigned to FamilyCare, on the one hand, and any other CCO, on the other hand.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 146:**  All documents referring or relating to any analysis or examination of Optumas's billing statements or practices.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 147:**  All documents referring or relating to the 2017 Office of Inspector General audit survey on Oregon's Medicaid demonstration.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 148:**  All documents referring or relating to the "ACA Expansion Population Minimum Medical Loss Ratio (MMLR) Rebate analysis for July 2014 – December 2015" (the "Report") including all documents relied upon in preparing the Report and all communications between OHA, on the one hand, and CMS or OACT, on the other hand, related to the Report.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 149:** All documents referring or relating to your decision to pay up to 193% of Medicare rates for a public academic health center (OHSU), including any documents reflecting the rationale for such payment rates and any analyses of the reasonableness of such payment rates.

**RESPONSE:**

11-  FAMILYCARE INC.'S SEVENTH REQUESTS FOR
     PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 11 of 20

**REQUEST FOR PRODUCTION NO. 150:** All documents referring or relating to differences in the returns of different investments in primary care, including but not limited to any documents indicating or suggesting that some primary care investments achieve better outcomes than other primary care investments.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 151:** All documents referring or relating to any investigation or analysis of an eligibility coding issue identified by CMS during review of a CMS 64 report in which examples of know members with Medicare were found to be coded as having new ACA Magi Eligibility.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 152:** All documents referring or relating to the resignation of Lynne Saxton, including but not limited to communications involving one or more OHA employees regarding Ms. Saxton's resignation.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 153:** All notes from all townhall meetings attended by Patrick Allen after he became Director of OHA

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 154:** All data files related to and including the files named step1.sas7bdat and step2.sas7bdat, as referenced in your Request for Production No. 228 to FamilyCare.

**RESPONSE:**

12- FAMILYCARE INC.'S SEVENTH REQUESTS FOR PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 12 of 20

**REQUEST FOR PRODUCTION NO. 155:** All documents referring or relating to your contention that OHA is entitled to recoup money previously paid to FamilyCare, as asserted in your Answer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 156:** All documents referring or relating to any effort or contemplated effort to recoup money from any CCO from January 1, 2015 to present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 157:** All documents referring or relating to your contention that FamilyCare is estopped from seeking relief in its Fourth, Seventh, Eighth, and Eleventh Claims for Relief, as asserted in your Answer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 158:** All documents referring or relating to your contention that FamilyCare is precluded from seeking relief in its Seventh and Eighth Claims for Relief under the doctrine of waiver, as asserted in your Answer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 159:** All documents referring or relating to your contention that FamilyCare's First, Fourth, and Eleventh Claims for Relief are barred in whole or in part because the Settlement Agreement included a release of claims, as asserted in your Answer.

**RESPONSE:**

13- FAMILYCARE INC.'S SEVENTH REQUESTS FOR
PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 13 of 20

**REQUEST FOR PRODUCTION NO. 160:**  All documents referring or relating to your contention that FamilyCare's First Claim for Relief is bared in whole or in part by the doctrine of unclean hands, as asserted in your Answer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 161:**  All documents referring or relating to your contention that FamilyCare's Fourth Claim for Relief and its claims for injunctive and prospective relief are moot, as asserted in your Answer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 162:**  All documents referring or relating to your contention that FamilyCare's Fourth and Eleventh Claims for Relief, and other claims to the extent they seek relief for rates that are allegedly actuarially unsound, are barred in whole or in part because FamilyCare failed to exhaust its administrative remedies under federal law, as asserted in your Answer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 163:**  All documents referring or relating to your contention that FamilyCare's claims are barred in whole or in part by the doctrines of sovereign immunity; discretionary immunity; qualified privilege; and absolute privilege, as asserted in your Answer.

**RESPONSE:**

14- FAMILYCARE INC.'S SEVENTH REQUESTS FOR
PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 14 of 20

**REQUEST FOR PRODUCTION NO. 164:** All documents referring or relating to your contention that FamilyCare's Seventh and Eighth Claims for Relief are barred in part by the doctrine of accord and satisfaction, as asserted in your Answer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 165:** All documents referring or relating to your contention that FamilyCare's Seventh and Eighth Claims for Relief are barred in part by substituted contract, as asserted in your Answer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 166:** All documents referring or relating to your contentions that FamilyCare's Seventh and Eighth Claims for Relief are barred in whole or in part because: (a) the Dispute Resolution Agreement is unenforceable because the terms FamilyCare is seeking to enforce, among others, are not sufficiently definite to determine the parties' intent; (b) FamilyCare materially breached the Dispute Resolution Agreement; and (c) FamilyCare failed to satisfy a condition precedent under the Dispute Resolution Agreement, as asserted in your Answer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 167:** All documents referring or relating to your contention that OHA's liabilities on all of FamilyCare's claims are limited to the extent of the limitation of liability provisions set forth in Exhibit D, § 11 of the parties' Health Plan Services Contract, signed December 6, 2013, as asserted in your Answer.

**RESPONSE:**

15-  FAMILYCARE INC.'S SEVENTH REQUESTS FOR PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 15 of 20

**REQUEST FOR PRODUCTION NO. 168:** All documents referring or relating to your contention that FamilyCare failed to properly mitigate its economic damages, as asserted in your Answer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 169:** All documents referring or relating to your contentions that FamilyCare's damages for its tort claims are limited to $115,800 under ORS 30.273; FamilyCare's damages for breach of the Settlement Agreement are limited to the Settlement Credit; and FamilyCare may not recover damages for its claims under the Oregon Administrative Procedures Act, pursuant to ORS 183.486, as asserted in your Answer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 170:** All documents referring or relating to your contention that FamilyCare's damages are not cognizable in whole or in part because of FamilyCare's status as a tax-exempt, charitable, public benefit nonprofit CCO governed by state and federal statutes regarding CCOs, tax-exempt, charitable, public benefit nonprofit organizations and Medicaid, as asserted in your Answer.

**RESPONSE:**

16- FAMILYCARE INC.'S SEVENTH REQUESTS FOR PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 16 of 20

DATED:  June 29, 2018

**PERKINS COIE LLP**

By: *s/ Stephen F. English*
    Stephen F. English, OSB No. 730843
    SEnglish@perkinscoie.com
    Thomas R. Johnson, OSB No. 010645
    TRJohnson@perkinscoie.com
    Matthew P. Gordon, pro hac vice
    MGordon@perkinscoie.com
    Brian P. Samuelson, OSB No. 165476
    BSamuelson@perkinscoie.com
    Alletta S. Brenner, OSB No. 142844
    ABrenner@perkinscoie.com
    Perkins Coie LLP
    1120 N.W. Couch Street, 10th Floor
    Portland, OR  97209-4128
    Telephone:  503.727.2000
    Facsimile:  503.727.2222

    *Attorneys for Plaintiff FamilyCare, Inc.*

17- FAMILYCARE INC.'S SEVENTH REQUESTS FOR
    PRODUCTION TO OHA

140382370.3

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 17 of 20

## CERTIFICATE OF SERVICE

I hereby certify that on the June 29, 2018 I caused the foregoing *Seventh Requests for*

*Production to Oregon Health Authority* to be served on the following parties at the following

addresses:

David B. Markowitz
Matthew A. Levin
Renée E. Rothauge
Dallas DeLuca
Harry B. Wilson
Laura Salerno Owens
Markowitz Herbold PC
1211 SW Fifth Ave, Ste 3000
Portland, OR  97204
DavidMarkowitz@MarkowitzHerbold.com
MattLevin@MarkowitzHerbold.com
ReneeRothauge@Markowitzherbold.com
DallasDeLuca@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
Docket@MarkowitzHerbold.com

*Attorneys for Oregon Health Authority and
Patrick Allen*

Peter R. Mersereau
Beth Plass
Mersereau Shannon LLP
111 SW Columbia St, Ste 1100
Portland, OR  97201
PMersereau@mershanlaw.com
Bplass@mershanlaw.com

*Attorneys for Lynne Saxton*

[x] By Messenger

[x] By E-Mail

Elizabeth C. Knight
Michael D. Crew
Dunn Carney Allen
851 SW 6th Ave Ste 1500
Portland OR 97204
eknight@dunncarney.com
mcrew@dunncarney.com

*Attorneys for AllCare CCO, Inc.*

Anna Sortun
Tonkon Torp LLP
888 SW 5th Ave Ste 1600
Portland OR 97204
anna.sortun@tonkon.com

*Attorney for Cascade Health Alliance,
LLC, Western Oregon Advanced Health,
LLC, and Umpqua Health Alliance*

1-   CERTIFICATE OF SERVICE

140437999.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 18 of 20

Daniel P. Larsen
Ater Wynne LLP
1331 NW Lovejoy Ste 900
Portland OR 97209
dpl@aterwynne.com

*Attorney for Columbia Pacific CCO, LLC and Jackson Care Connect*

Gregory A. Chaimov
Christopher McCracken
Davis Wright Tremaine LLP
1300 SW Fifth Ave, Suite 2400
Portland, OR 97201-5610
gregorychaimov@dwt.com

*Attorneys for Health Share of Oregon*

Eric A Lindenauer
Garvey Schubert Barer
121 SW Morrison St 11th Fl
Portland OR 97204
elindenauer@gsblaw.com

*Attorney for PacificSource Community Solutions*

Arden J. Olson
Lorelei A. Craig
Harrang Long Gary Rudnick PC
360 E 10th Ave Ste 300
Eugene OR 97401
arden.j.olson@harrang.com
lorelei.craig@harrang.com

*Attorney for Willamette Valley Community Health, LLC*

Frank V. Langfitt III
Miller Nash Graham & Dunn LLP
111 SW 5th Ave Ste 3400
Portland OR 97204
frank.langfitt@millernash.com

*Attorney for Eastern Oregon Coordinated Care Organization, LLC*

W. Chris Jenkins
Tyler G. Jacobsen
Samaritan Health Services
2300 NW Walnut Blvd
Corvallis OR 97330
wjenkins@samhealth.org
tjacobsen@samhealth.org

*Attorney for Intercommunity Health Network - Coordinated Care Organization*

Joel A. Parker
Jeffrey D. Hern
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave Ste 1900
Portland OR 97204
jparker@schwabe.com
jhern@schwabe.com

*Attorneys for Trillium Community Health Plan, Inc*

Peter F. Stoloff
Peter F Stoloff PC
5285 Meadows Rd Ste 235
Lake Oswego OR 97035
pstoloff@peterstoloff-law.com

*Attorney for Yamhill Community Care Organization*

2-   CERTIFICATE OF SERVICE

140437999.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 19 of 20

Brian M. Parrott
Brian M. Parrott LLC
851 SW 6th Ave Ste 1500
Portland OR  97204
brian@bparrott-law.com

B. Scott Whipple
Whipple Law Office LLC
1675 SW Marlow Ave Ste 201
Portland OR  97225
scott@whipplelawoffice.com

*Attorney for PrimaryHealth of Josephine
County, LLC*

*Attorney for Asian Health and Service
Center*

☒     United States Mail, First Class

☒     By E-Mail

Dated at Portland, Oregon, on June 29, 2018

/s *Stephen F. English*
Stephen F. English

3-   CERTIFICATE OF SERVICE

140437999.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 2
Page 20 of 20