February 28, 2018

Ms. Chelsea Guest
Manager, Actuarial Services
Oregon Health Authority
500 Summer Street N.E.
Salem, OR 97301

**Subject:** **Oregon Health Plan CY 2018 CCO Rate Development**

Dear Chelsea:

The CY18 capitation rates have been updated for the following adjustments:

- *Redetermination Adjustment* – **Optumas** reviewed emerging data to determine if additional adjustments were necessary to account for members being removed from the eligibility roster due to redetermination efforts by OHA.
- *Paid COA* – Upon direction from OHA, **Optumas** quantified the impact of changing the approach used to assign a member to a rating cohort. These revised CY18 capitation rates reflect a new approach referred to as "Paid COA" logic.
- *MCO Tax* – OHA has implemented a 1.5% tax applicable to all participating MCOs and DCOs.
- *AllCare Add-ons and Reallocation* – Based on new information provided by AllCare, AllCare's add-ons were adjusted to reflect their actual expenditures. Previously, AllCare had included their add-on expenditures within their aggregate medical expenditures and therefore AllCare previously did not receive adjustments for the add-ons.
- *Willamette HRA and Reallocation* – *Willamette reported expenditures that needed to be reallocated to reflect the appropriate distributon of services.*
- *Tri-County HealthShare Rate (2/1/18-12/31/18)* – Revised rate to account for member transition from FamilyCare to HealthShare
- *Substance Abuse Fee Schedule Change* – Updates to specific procedure codes related to substance abuse services.

These adjustments are discussed in more detail within the body of this report.

Thank you for the opportunity to assist the Oregon Health Authority (OHA) with the development of the January – December 2018 Coordinated Care Organizations (CCOs) capitation rates. The following report summarizes the methodology used for the development of the capitation rates, effective January 1, 2018 – December 31, 2018.  We have also provided our actuarial certification for these capitation rates, compliant with CMS guidelines and requirements.  Please send me an e-mail at zachary.aters@optumas.com or call me at 480.588.2495 if you have any questions.

Exhibit C
Page 1 of 1