

October 01, 2018
Mrs. Chelsea Guest
Manager, Actuarial Services
Oregon Health Authority
500 Summer Street N.E.
Salem, OR 97301

**Subject:** **DRAFT Oregon Health Plan CY 2019 CCO Rate Development**

Dear Chelsea:

Thank you for the opportunity to assist the Oregon Health Authority (OHA) with the development of the January – December 2019 Coordinated Care Organizations (CCOs) capitation rates.   It was a pleasure to work with the OHA team throughout this project.  The following report summarizes the methodology used for the development of the capitation rates, effective January 1, 2019 – December 31, 2019.  We have also provided our actuarial certification for these capitation rates, compliant with CMS guidelines and requirements.  Please send me an e-mail at zachary.aters@optumas.com or call me at 480.588.2495 if you have any questions.

Sincerely,

Zachary Aters, ASA, MAAA
Senior Actuary, **Optumas**

CC: Steve Schramm, **Optumas**
    Jessica Grado, **Optumas**
    Martin McNamara, **Optumas**
    Joshua Laventis, **Optumas**
    Elrycc Berkman, **Optumas**
    Maja Stefanovic, **Optumas**

www.Optumas.com

Schramm Health Partners, LLC
7400 East McDonald Dr, Suite 101
Scottsdale AZ 85250
480.588.2499 main
480.315.1795 fax

Exhibit D
Page 1 of 7

# Oregon Health Authority

# CCO Rate Development Actuarial Certification

January 1, 2019 – December 31, 2019 Capitation Rates



## Regional Base Data

Once the base data was adjusted to reflect all reasonable costs for each CCO, **Optumas** developed a regional blended base data set. Since 15 CCOs of various size operate within the state, the idea of credibility comes into play, particularly when using one year of base data as the basis for the rate development process. In an effort to curb the credibility concern, the regional base was developed for the following regions, as discussed in section 2.02 of this report:

1. Central/Eastern Region
2. Northwest Region
3. Southwest Region
4. Tri-County Region

The regional base data was used as the starting point to develop the CY19 regional rates. The aggregate per member, per month (PMPMs) for each COA and region can be found in Appendix I.D.

## Redetermination Adjustment

The federal government granted Oregon approval in Sept. 2015 to defer Medicaid eligibility renewals to prevent Oregonians from losing health benefits due to flawed technology and the Cover Oregon's failure. Under federal law (42 CFR 435.603(a)(3), 42 CFR 457.315(b), 42 CFR 435.912, and 42 CFR 435.916), every child and adult on Medicaid remains eligible for coverage until an administrative renewal or redetermination finds they are ineligible.

Oregon's plan was updated with revised timelines and the state received subsequent federal approvals. The goals of the federally-approved deferred renewal plan were to:
- Maintain health coverage for vulnerable children and adults who qualified for Oregon Health Plan coverage (and coverage under other Medicaid programs), but risked losing coverage if the state resumed renewals without adequate systems to replace Cover Oregon.
- Replace Cover Oregon with a new eligibility platform (the ONE system) as rapidly as possible, establish ONE's reliable functionality for Medicaid application and eligibility renewal processing and complete the labor-intensive process of manually converting all case records from the failed Cover Oregon system to ONE.
- Manage ONE deployment and complete Medicaid renewals within OHA agency budget and staffing constraints by refocusing agency priorities and resources, engaging private partners to bolster staff capacity and improving systems.

OHA restarted Medicaid renewal processing for an eventual total of 951,186 members, placed on temporary hold as a consequence of Cover Oregon's failure, in March 2016. Prior to September 2016, OHA identified a subset of members who posed significant processing complexity. OHA informed the federal government (and a federally-mandated oversight committee) these members would be processed at the conclusion of the restarted Medicaid renewal process. A small percentage of Cover Oregon renewals also had eligibility records in legacy systems. To avoid eligibility systems overriding each other in MMIS, OHA processed converted cases as planned and then performed a clean-up sweep to determine who was left that had: 1) not been renewed as part of another case or application, and 2) required further research to resolve records across eligibility systems.

The members that have been removed from the eligibility roster due to redetermination are healthier and less costly members. Because these members are part of the CY17 base data, their removal from the CCO program requires that the CY17 base data be adjusted to a level that it would have been absent these members that have been removed due to redetermination. The adjustment was an upward adjustment and varied by rating cohort and region. **Optumas** was able to identify the specific members impacted by redetermination and remove their cost and eligibility from the CY17 base data, comparing the PMPM post removing these members to the original PMPM informed the necessary base data adjustment. See Appendix I.E for redetermination factors.

## 2.04 Program Changes/Rate Add-ons

Prospective program change adjustments recognize the impact of eligibility or benefit changes occurring after the base period. Oregon did not have any new prospective program changes that needed to be addressed in 2019; however, two program changes were carried forward from the 2018 rate certification: 1) Breast Cancer Screening and 2) Substance Abuse fee-schedule changes . The following subsections summarize all applicable prospective program changes and rate add-ons.

### Applied Behavioral Analysis Adjustment

Effective July 1, 2016, OHA began requiring all managed care entities to offer Applied Behavior Analysis (ABA) treatment to all eligible enrollees. This new benefit impacted the following populations:
- Children cohorts (01-05, 06-18)
- ABAD/OAA
- CAF

**Optumas** relied on reported data incurred through December 2018 to help inform the impact of adding ABA services to the program. The first step in this process was to remove any experience for ABA services incurred between January 1, 2017 and December 31, 2017, so that a prospective estimate could be applied within ratesetting. Given the emerging nature of this service along with the fact that this service can be very costly for those members who utilize, OHA is continuing the risk corridor arrangement for this service as part of the CY19 contract period.

The estimated impact as well as the non-medical load for all rate add-ons are noted in the certification, by CCO and category of aid, can be found in Appendices III-VII.

### Mammogram Service

OHA has enhanced policy surrounding Breast Cancer Screening in women at above-average risk in order to address various imaging modalities for populations for whom general screening mammography guidelines may not be not sufficient. **Optumas** Identified potential candidates within the base data that may be impacted by the new policy then added the estimated cost for the enhanced services for those members identified. The impact of the adjustment by cohort and region is shown in the appendices.

## Appendix I.E: Redetermination Factors

| CCO | TANF | PLMA | CHILD 00-01 | CHILD 01-05 | CHILD 06-18 | DUAL-MEDS | ABAD & OAA | CAF | ACA 19-44 | ACA 45-54 | ACA 55-64 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allcare CCO | 0.7% | 0.9% | 0.5% | 0.3% | 0.7% | 0.0% | 0.0% | 0.0% | 2.6% | 5.1% | 3.1% |
| Cascade Health Alliance, LLC | 0.8% | 2.4% | 2.9% | 0.3% | 0.5% | 0.0% | 0.0% | 0.0% | 1.1% | 0.9% | 0.6% |
| Columbia-Pacific CCO, LLC | 0.5% | 0.9% | 0.3% | 5.3% | 0.9% | 0.0% | 0.0% | 0.0% | 1.0% | 2.8% | 3.3% |
| Eastern Oregon Coordinated Care Org., LLC | 0.8% | 2.4% | 2.9% | 0.3% | 0.5% | 0.0% | 0.0% | 0.0% | 1.1% | 0.9% | 0.6% |
| FamilyCare, Inc. | 1.7% | 1.5% | 0.6% | 5.2% | 1.2% | 0.0% | 0.0% | 0.0% | 4.0% | 4.3% | 2.0% |
| Health Share of Oregon | 1.7% | 1.5% | 0.6% | 5.2% | 1.2% | 0.0% | 0.0% | 0.0% | 4.0% | 4.3% | 2.0% |
| InterCommunity Health Network, Inc. | 0.5% | 0.9% | 0.3% | 5.3% | 0.9% | 0.0% | 0.0% | 0.0% | 1.0% | 2.8% | 3.3% |
| Jackson County CCO, LLC | 0.7% | 0.9% | 0.5% | 0.3% | 0.7% | 0.0% | 0.0% | 0.0% | 2.6% | 5.1% | 3.1% |
| PacificSource Community Solutions (Central) | 0.8% | 2.4% | 2.9% | 0.3% | 0.5% | 0.0% | 0.0% | 0.0% | 1.1% | 0.9% | 0.6% |
| PacificSource Community Solutions (Gorge) | 0.8% | 2.4% | 2.9% | 0.3% | 0.5% | 0.0% | 0.0% | 0.0% | 1.1% | 0.9% | 0.6% |
| PrimaryHealth of Josephine County, LLC | 0.7% | 0.9% | 0.5% | 0.3% | 0.7% | 0.0% | 0.0% | 0.0% | 2.6% | 5.1% | 3.1% |
| Trillium Community Health Plan, Inc. | 0.7% | 0.9% | 0.5% | 0.3% | 0.7% | 0.0% | 0.0% | 0.0% | 2.6% | 5.1% | 3.1% |
| Umpqua Health Alliance | 0.7% | 0.9% | 0.5% | 0.3% | 0.7% | 0.0% | 0.0% | 0.0% | 2.6% | 5.1% | 3.1% |
| Advanced Health, LLC | 0.7% | 0.9% | 0.5% | 0.3% | 0.7% | 0.0% | 0.0% | 0.0% | 2.6% | 5.1% | 3.1% |
| Willamette Valley Community Health, LLC | 0.5% | 0.9% | 0.3% | 5.3% | 0.9% | 0.0% | 0.0% | 0.0% | 1.0% | 2.8% | 3.3% |
| Yamhill Community Care | 0.5% | 0.9% | 0.3% | 5.3% | 0.9% | 0.0% | 0.0% | 0.0% | 1.0% | 2.8% | 3.3% |

Exhibit D
Page 5 of 7

# 2019 BASE DATA POLICY

## OVERVIEW

The Oregon Health Authority (OHA) has a sustainable rate of growth target of 3.4% in its 1115 Medicaid Demonstration Waiver from the Centers for Medicare and Medicaid Services (CMS) and a general fund budget growth rate target of 2.7%, as set by the state legislature. Over the last three Coordinated Care Organization (CCO) capitation rate development cycles, total CCO expenditures have increased by 7% or more annually. OHA has three levers to contain costs in CCO capitation rate development:

1. **Base Data Policy**: Policy decisions to adjust the base data used in rate development.
2. **Percentile Choice**: Adjust the percentile choice within the actuarially sound rate range.
3. **Quality Pool Percentage:** Adjust the amount of quality pool, as a percentage of annual capitation payments, paid to CCOs as a bonus.

This document outlines OHA's selected base data policy option and other options considered for 2019 CCO capitation rates. OHA analyzed options regarding percentile choice for the 2019 CCO rates and choose the lowest bound. OHA will analyze the quality pool percentage once rate development is completed. Two other levers – benefit changes and member eligibility reductions – are not considered here since both are held constant in OHA's 1115 waiver.

OHA and its actuarial contractor (Optumas) reviewed the underlying rate of growth in CCOs' base data to understand the potential premium impact for the 2019 capitation rates. Based on this review, 2019 CCO capitation rates were projected to exceed 2018 CCO capitation rates without adjustments by more than the 3.4% target. Once the base data was validated, Optumas modeled different base data adjustment options at the direction of OHA.

The following are guiding principles for 2019 base data policy:

- OHA expects CCOs to be efficient and deliver quality care to Oregon Health Plan (OHP) members within the growth targets set forth in the 1115 waiver and the legislatively approved budget.
- The CCO rate development methodology considers actual costs but is not purely cost-based.
- The implied reimbursement within the 2019 rates is reasonable and attainable.
- Utilize and leverage past policy recommendations to create consistency.

OHA understands that CCOs may have less control over certain drivers of expenditure growth, such as pharmacy cost growth, 2017 redeterminations, and Type A/B hospital costs. These drivers impact a CCO's ability to control costs and need to be considered in the decision. Many other business decisions are within CCOs' control, such as what they pay providers and how they monitor and influence utilization management.

## POLICY OPTIONS TO ADJUST BASE DATA

The growth in the base data used for rate development can be explained by increases in costs per service and/or increases in utilization of services. Therefore, OHA has two main policy approaches available for adjusting base data to influence the rate of growth:

**Reimbursement adjustments**, or reductions to how much providers are paid per service in the base data, have been made during the last two rate development cycles. In previous cycles, CCOs whose rate of growth was high had reductions made to incentive payments and/or reimbursement paid for physical health professional services. Professional services subject to adjustment have excluded both dental and behavioral health in past years.

**Utilization adjustments** adjust and/or remove inefficient services from consideration in rate development. This adjustment assumes that the CCO can increase efficiency of services in the contract year (e.g., Managed Care Savings Adjustments).

Any base data adjustments made in the rate development process need to be reasonable and attainable in the Medicaid market and must be included in the CCO capitation rate certification.

## PAST BASE DATA POLICY AND APPLICATION FOR 2019

OHA reviewed past base data policy approaches for the 2017 and 2018 capitation rates as part of this process. In those rate cycles, OHA observed a high rate of growth in the base data driven by business decisions related to reimbursement for professional services. In 2017 (the base data period for the 2019 rate development cycle), incentives and high reimbursement for professional services were not major drivers of cost growth. For the 2019 rate development cycle, OHA continues to leverage the past policy as it relates to professional services but decided to not rely on this adjustment alone to achieve the savings needed. Therefore, OHA has broadening its approach to reimbursement policy adjustments to include a hosptial reimbursement evaluation.

## GLOBAL BUDGET DISTRIBUTION

The selected base data policy for 2019 impacts physical health services, which accounts for about 54% of the capitation rate. OHA's 2018 CCO capitation rates reflect the following distribution of costs across service categories.



**2018 CCO Rates - Distribution by Category of Service**
*The majority of CCO spending is spent on physical health services at hospitals (30%) and clinics (24%).*

| Hospital Inpatient 14% | Hospital Outpatient 16% | Physical Health Professional/Physician 24% | Prescription Drugs 18% | Mental Health 12% | Dental 7% | Substance Abuse 3% | Non-Emergent Medical Transport 3% | DME & Misc. 4% |