

October 02, 2019

Mr. Dave Baden
Chief Financial Officer
Oregon Health Authority
500 Summer Street, NE
Salem, OR 97301

**Subject:** **CY20 Oregon CCO Rate Development**

Dear Mr. Baden:

Thank you for the opportunity to assist the Oregon Health Authority with the development of the CY20 Coordinated Care Organization (CCO) capitation rates. The following report summarizes the methodology used for the development of the capitation rates, effective January 1, 2020 – December 31, 2020 (CY20). We have also provided our actuarial certification for these capitation rates, compliant with CMS guidelines and requirements. Please send me an e-mail at zachary.aters@**Optumas**.com or call me at 480.588.2495 if you have any questions.

Sincerely,

Zachary Aters, ASA, MAAA
Senior Actuary, **Optumas**

CC:     Steve Schramm, **Optumas**
        Jessica Grado, **Optumas**
        Martin McNamara, **Optumas**
        Elrycc Berkman**, Optumas**
        Maja Stefanovic**, Optumas**

www.**Optumas**.com

Schramm Health Partners, LLC
7400 East McDonald Dr, Suite 101
Scottsdale AZ 85250
480.588.2499 main
480.315.1795 fax

Exhibit E
Page 1 of 2

# 2020 BASE DATA POLICY

## OVERVIEW

The Oregon Health Authority (OHA) has a sustainable rate of growth target of 3.4% in its 1115 Medicaid Demonstration Waiver from the Centers for Medicare and Medicaid Services (CMS) and a general fund budget growth rate target of 3.4%, as set by the state legislature. In support of these goals, OHA has three levers to contain costs in CCO capitation rate development:

1. **Base Data Policy**: Policy decisions to adjust the base data used in rate development.
2. **Percentile Choice**: Adjust the percentile choice within the actuarially sound rate range.
3. **Quality Pool:** Adjust the amount of quality pool that is added in with base data, and paid to CCOs through a withhold arrangement.

This document outlines OHA's selected base data policy option for 2020 CCO capitation rates. OHA made percentile and quality pool decisions and communicated those to CCOs separately. Two other levers – benefit changes and member eligibility reductions – are not considered here, since both are held constant in OHA's 1115 waiver.

The following are guiding principles for 2020 base data policy:

- OHA expects CCOs to be efficient and deliver quality care to Oregon Health Plan (OHP) members within the growth targets set forth in the 1115 waiver and the legislatively approved budget.
- The CCO rate development methodology considers actual costs, but is not purely cost-based.
- The implied reimbursement within the 2020 rates is reasonable and attainable.
- Utilize and leverage past policy recommendations to create consistency.

OHA understands that CCOs may have less control over certain drivers of expenditure growth, such as pharmacy cost growth and Type A/B hospital costs. These drivers impact a CCO's ability to control costs and need to be considered in the decision. Many other business decisions are within CCOs' control, such as what they pay providers and how they monitor and influence utilization levels.

## SELECTED 2020 BASE DATA POLICY

For the 2020 rates, OHA has selected a policy to reflect scheduled changes to the Medicare DRG methodology. Starting in 2020, the PAR rate for DRG hospitals is scheduled to increase from 68% to 80%.  Accordingly, the base data policy is to reprice and create a ceiling for DRG inpatient reimbursement to be in line with the contracted rate of 80% Inpatient and Outpatient base Medicare DRG methodology (excluding supplementary payments and uncompensated care pool). There are no reimbursement adjustments made to any other COS within the rate development. The aggregate impact of the DRG facility reimbursement adjustment can be found below:

1