

(http://www.oregon.gov)

 

# External Relations Division

OHA News and Information
(/oha/ERD/)

(/oha/)

🏠 (/oha/Pages/index.aspx) › External Relations Division (/oha/ERD/Pages/index.aspx)
  › OHA releases 2018 rates for Oregon's coordinated care organizations

≡ Site Navigation

# OHA releases 2018 rates for Oregon's coordinated care organizations

The Oregon Health Authority (OHA) has released the 2018 capitation rates for Oregon's coordinated care organizations (CCOs). Oregon's 16 CCOs contract with the state to manage and deliver health care to Oregonians on the Oregon Health Plan (OHP), the state's Medicaid insurance program. OHA pays a per-member-per-month fee to CCOs to manage OHP members' physical, behavioral and oral health care.

The average rate increase among Oregon's CCOs is 3.3 percent. As part of its federal waiver with the Centers for Medicare & Medicaid Services (CMS), Oregon has pledged to contain rate increases to 3.4 percent per year or less.

"These rates show that Oregon can contain costs while at the same time improving quality and transforming health care in the state," said Patrick Allen, Director of the Oregon Health Authority. "One in four Oregonians now receives health care through our innovative coordinated care model. That's something all Oregonians should be proud of."

Rate setting takes into account several factors, including differences in regional costs, population disease risk and hospital reimbursement. The state contracts with Optumas, an actuarial consulting firm, to assist in the rate development. The 2018 capitation rates have been certified by Optumas as actuarially sound.

OHA gives CCOs an opportunity to review the rates before they are submitted to CMS. It also works with the CCOs and the actuary to ensure that the methodology behind the rate setting is rigorous, equitable and compliant with federal requirements.

CMS has approved Oregon's CCO rates for the past three years. OHA is taking extra steps this year to ensure the rate-setting process is fully transparent and independently verified. This will include two additional reviews, by a second Medicaid-qualified actuary and an independent law firm.

OHA will have results of these reviews later this month.

Exhibit G
Page 1 of 4



You can download the 2018 aggregate CCO rate comparison list on the OHA website (/oha/HPA/ANALYTICS/OHPRates/2018-Aggregate-CCO-Rate-Comparison.pdf).

Find a full list of Oregon's 2018 CCO capitation rates on the OHA website (/oha/HPA/ANALYTICS/Pages/OHP-Rates.aspx). They are listed by CCO under the heading "2015-2018 Capitation Rate Reports."

# # #

# Media contact

## Mary Sawyers

## OHA External Relations

503-449-6457
mary.sawyers@state.or.us (mailto:mary.sawyers@state.or.us)

# Stay connected

 Find us on Facebook (https://www.facebook.com/OregonHealthAuthority)
 Follow Us on Twitter (https://twitter.com/ohaoregon)
 OHA YouTube Channel (https://www.youtube.com/user/ORGovOHA)

 **Help us improve!** Was this page helpful? | Yes | No |

# Oregon Health Authority

 Contact Us (/oha/Pages/Contact-Us.aspx)
 Find us on Facebook (https://www.facebook.com/OregonHealthAuthority/)
 Follow us on Twitter (https://twitter.com/OHAOregon)

# Questions about the Oregon Health Plan?

To learn more about your new benefits, your welcome packet, and what to do if you have an urgent health care issue please visit the New to Oregon Health Care (/oha/HSD/OHP/Pages/New-OHP.aspx) web page.

OHA Nondiscrimination Policy (https://aix-xweb1p.state.or.us/es_xweb/DHSforms/Served/le2996.pdf)
OHA Language Access Policy (/oha/Documents/OHA-Language-Access-Policy.pdf)
OHA Request for Modification Policy (/oha/Pages/ADA-Notice.aspx)

Exhibit G
Page 2 of 4

OHA Request for Modification Policy (/oha/Pages/ADA-Notice.aspx)

OHA Notice of Privacy Practices (/oha/Pages/Notice-Privacy-Practices.aspx)

🔍

## OHA Contacts

Website Feedback (/oha/Pages/WebsiteFeedback.aspx)

Media (/oha/ERD/Pages/Contacts.aspx)

Request Public Records (/oha/ERD/Pages/Records.aspx)

Director's Office (mailto:OHA.DirectorsOffice@state.or.us)

## About Oregon

Oregon.gov (https://www.oregon.gov)

State Directories (https://dasapp.oregon.gov/statephonebook/statephonebook.asp)

Agencies Listing (https://www.oregon.gov/pages/a_to_z_listing.aspx)

Accessibility (https://www.oregon.gov/pages/accessibility.aspx)

Privacy Policy (https://www.oregon.gov/pages/terms-and-conditions.aspx)

Supported Browsers (https://www.oregon.gov/pages/supported-browsers.aspx)

↑ Back to Top

Select Language  ▼

Powered by  Translate (https://translate.google.com)

Exhibit G
Page 3 of 4

**(http://www.oregon.gov)**



🔍    ☰

# External Relations Division

OHA News and Information
(/oha/ERD/)

(/oha/)

🏠 (/oha/Pages/index.aspx) › External Relations Division (/oha/ERD/Pages/index.aspx)
› CMS approves 2017 rates for Oregon's CCOs

---

☰ Site Navigation

---

# CMS approves 2017 rates for Oregon's CCOs

## 3/28/2017

SALEM—Today the Centers for Medicare & Medicaid Services (CMS) approved the Oregon Health Authority's Coordinated Care Organization (CCO) contracts and capitation rates for 2017. Today's approval by CMS finalizes the 2017 rates for all 16 CCOs that contract with the state of Oregon to manage and deliver health care to Oregonians on the Oregon Health Plan (OHP), the state's Medicaid insurance program. OHA pays these capitation rates to CCOs on a monthly basis to cover OHP members for physical, behavioral and oral health services.

"Oregon has been successful at bending the cost curve and saving over $1.4 billion since 2012 with the coordinated care model," said Lynne Saxton, Director of the Oregon Health Authority. "This is largely because of our commitment to using global budgets and maintaining a sustainable rate of growth. Today's approval by CMS is validation that our CCO rates are actuarially sound and that Oregon's CCOs can continue providing quality care for Oregon Health Plan members."

The rates approved today show that Oregon is on track to meet its cost containment rate of 3.4 percent, with an aggregate 2017 rate increase of 3.2 percent. The 2017 rates take into account several factors, including differences in regional costs, population disease risk and hospital reimbursement. Oregon has pledged to maintain this sustainable rate of growth through 2022 as part of its renewed Medicaid waiver.

# 📇 Media contact

---

## Courtney Crowell

## OHA External Relations

Exhibit G
Page 4 of 4    1/3
