


500 Summer St NE E20
Salem OR 97301
Voice: 503-947-2340
Fax: 503-947-2341
www.Oregon.Gov/OHA
www.health.oregon.gov

February 6, 2020

The Honorable Senator Betsy Johnson, Co-Chair
The Honorable Senator Elizabeth Steiner Hayward, Co-Chair
The Honorable Representative Dan Rayfield, Co-Chair
Interim Joint Committee on Ways and Means
900 Court Street NE
H-178 State Capitol
Salem, OR  97301-4048

Dear Co-Chairpersons:

**Nature of the Request**
Oregon Health Authority (OHA) requests acknowledgement of this report to satisfy the requirements in the budget note to Senate Bill 5525 (2019 Regular Session) on coordinated care organization (CCO) capitation rates for the 2020 plan year.

Senate Bill 5525 (2019) Budget Note:
*"The Oregon Health Authority shall report to the Joint Interim Committee on Ways and Means by February 1, 2020 regarding coordinated care organization capitation rates developed by the agency for the 2020 plan year. At a minimum, the report shall include a comparison of the 2020 rates to the 2019 rates and demonstrate the steps the agency has taken to achieve its annual 3.4 percent per member growth target. The agency shall report on the extent to which, if any, the Quality Incentive Pool or any other portion of the agency's budget has been used to support capitation payments. By January 1, 2021, the agency shall report the same information to the Joint Interim Committee on Ways and Means or the Emergency Board, but do so for plan year 2021 in comparison to plan years 2020 and 2019."*

**Agency Action**
Oregon Health Authority, with its actuarial contractor Optumas, developed the 2020 CCO capitation rates, which are the first for the new five-year CCO contract cycle and incorporate "CCO 2.0" policy changes. These 2020 capitation rates include policy changes that complicate how the CCO rates are evaluated year-to-year against budgetary and rate of growth constraints. Policy changes are described in more detail in the attached report and include moving from regional rate development to statewide rate development, moving the Quality Incentive Pool to a withhold from an incentive, and embedding a portion the Hospital Reimbursement Adjustment (HRA) in the capitation rates.[1] Please note, the CCO 2.0 policy changes of transitioning HRA and moving the Quality Incentive Pool to a withhold did impact how the CCO rates were developed, but were not put in place to achieve the growth target.

---

[1] The remaining portion of HRA was transitioned to a Qualified Directed Payment program to support quality and access to care.

The most significant policy change implementing rate development is the transition of a portion of HRA from a pass-through payment to capitation rates, which resulted in an approximate 2 percent increase to the CCO capitation rates statewide. However, the increase is budget neutral and should be deducted when evaluating 2019 to 2020 growth rates. With that adjustment, the 2019 capitation rates compared to 2020 capitation rates met the General Fund target of 3.4 percent annual growth (1.9 percent Total Funds). While the actuarial process and CCO 2.0 policy changes resulted in a 1.9 percent Total Funds increase, OHA did not reduce the Quality Incentive Pool nor implement additional policy changes to achieve the 3.4 percent General Fund growth rate.

For additional detail, OHA also provides the rate certification submitted to the Centers for Medicare and Medicaid Services (CMS) on the development of the 2020 plan year CCO capitation rates.

**Action Requested**
Acknowledge receipt of the report.

Sincerely,

Patrick M. Allen
Director

EC:  Tom MacDonald, Legislative Fiscal Office
      Ken Rocco, Legislative Fiscal Office
      Patrick Heath, Department of Administrative Services
      Kate Nass, Department of Administrative Services
      George Naughton, Department of Administrative Services