Kevin E. O'Malley, AZB No. 006420
Christopher W. Thompson, AZB No. 026384
GALLAGHER & KENNEDY
2575 E. Camelback Rd.
Phoenix, AZ 85016
Telephone 602-530-8430
Fax 602-530-8500
kevin.omalley@gknet.com
*Attorneys for Schramm Health Partners, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, and agency of the State of Oregon, PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON,<br><br>        Defendants. | Case No. 6:18-cv-00296-MO<br><br><br>**MOTION FOR LEAVE TO APPEAR** ***PRO HAC VICE*** |

Attorney Christopher William Thompson requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above captioned case for the purposes of representing the following party(s): Schramm Health Partners, LLC, dba, Optumas.

In support of this application, I certify that: 1) I am an active member in good standing with the Arizona State Bar; and 2) that I have read and am familiar with the Federal Rules of

1 | APPLICATION FOR SPECIAL ADMISSION – *Pro Hac Vice*

8542101v1/28355-0001

Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and

this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the

District of Oregon is solely for the purpose of litigating in the above matter and will be

terminated upon the conclusion of the matter.

**(1) PERSONAL DATA:**
Name: Thompson, Christopher W.
Agency/firm affiliation: GALLAGHER & KENNEDY, PA
Mailing address: 2575 E. Camelback Rd., #1100
City: Phoenix          State: Arizona          Zip: 85016
Phone number: 602-530-8393
Fax number: 602-530-8500
Business e-mail address: chris.thompson@gknet.com

**(2) BAR ADMISSION INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar number(s):
    Arizona, February 23, 2009, AZB 026384
(b) Other federal court admission(s) and date(s) of admission:
    U.S. District Court, District of Arizona – November 9, 2009
    U.S. Court of Appeals, Ninth Cir. – June 23, 2016

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

   **X** I am not now, nor have I ever been subject to any disciplinary action by any
   state or federal bar association.

   ☐ I am now or have been subject to disciplinary action by a state or
   federal bar association. (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
   Pursuant to LR 83-3, I have professional liability insurance, or financial
   responsibility equivalent to liability insurance, that meets the insurance requirements
   of the Oregon State Bar for attorneys practicing in this District, and that will apply
   and remain in force for the duration of the case, including any appeal proceedings.

**(5) CM/ECF REGISTRATION:**

I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking Pro Hac Vice Admission**: I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: May 21, 2021

/s/ *Christopher W. Thompson* AZB 026384

8542101v1/28355-0001

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name:  Ostrander, John D.

OSB number: 873948

Agency/firm affiliation: Elliott, Ostrander & Preston, P.C.

Mailing address: 707 SW Washington Street, Suite 1500

City: Portland        State: Oregon    Zip: 97205

Phone number:  (503) 224-7656        Fax number: (503) 224-7819

Business e-mail address: john@eoplaw.com

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 6:18-cv-00296-MO.

DATED: May 21, 2021.

*/s/ John D. Ostrander*, OSB No. 873948

4 | APPLICATION FOR SPECIAL ADMISSION – *Pro Hac Vice*