**Edwin A. Harnden,** OSB No. 721129
eharnden@barran.com
**Chris M. Morgan,** OSB No. 175384
cmorgan@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon  97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Defendant Lynne Saxton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, | **CV. 6:18-cv-00296-MO** |
| Plaintiff, | |
| v. | **DEFENDANT LYNNE SAXTON'S RESPONSE IN OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR DISCOVERY** |
| **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**, | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

Defendant Lynne Saxton ("Saxton") opposes the request made by FamilyCare, Inc. ("FamilyCare") for production of additional discovery documents.  Saxton does not believe that FamilyCare seeks any additional discovery from Saxton personally.  However, to the extent that it does, Saxton opposes the request as any documents responsive to any such request would be outside of her possession or control.

Further, Saxton joins in Defendant Oregon Health Authority's substantive opposition to the production of additional discovery documents related to OHA rate setting in 2019 and 2020. Although evidence need not be admissible in order to be discoverable under Fed. R. Civ. P. 26(b),

Page 1 - DEFENDANT LYNNE SAXTON'S RESPONSE IN OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR DISCOVERY

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

the purpose for which FamilyCare seeks the discovery ultimately bears on the relevance of the discovery sought, as well as the "importance" of the discovery in resolving the underlying issues. Fed. R. Civ. P. 26(b) (discovery must be relevant and proportional to the needs of the case considering, *inter alia*, the importance of the discovery in resolving the issues).

FamilyCare alleges that "FRE 407 does not apply here" but fails to adequately explain why. FamilyCare appears to ignore the express language of Fed. R. Civ. P. 7 in advancing an argument that this particular rule of evidence somehow applies only in narrow circumstances involving product defect or negligence cases. That is not so. In fact, the express language of the rule does not limit its application and no case cited by FamilyCare serves to abrogate the plain language of the statute.

Fed. R. Civ. P. 7 states that "when measures are taken that would have made an earlier injury or harm less likely to occur, evidence of the subsequent measures is not admissible to prove…negligence…or culpable conduct." FamilyCare seeks information related to 2019 and 2020 rate setting for the clear purpose of introducing that information as evidence of negligence or culpable conduct on the part of Saxton and/or OHA (e.g., that OHA fixed "errors" in its rate setting after FamilyCare went out of business in order to prove Saxton and/or OHA's earlier negligence or culpable conduct in setting FamilyCare's rates). Introduction of such evidence, for that purpose, is precluded under Fed. R. Civ. P. 407. Any argument that Fed. R. Civ. P. 7 somehow does not apply *at all* is unavailing.

To the extent that FamilyCare alleges that an exception applies, or that they are seeking the documents for some other purpose (such as for impeachment purposes), Saxton respectfully asks that the Court find that such additional discovery at this juncture in the case is simply not proportional to the needs of the case or important to resolution of the underlying issues— particularly as it relates to Saxton, who was not employed with the Oregon Health Authority during the time period in which FamilyCare seeks the additional discovery. Fed. R. Civ. P. 26(b)

Page 2 - DEFENDANT LYNNE SAXTON'S RESPONSE IN OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR DISCOVERY

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212

(discovery must be relevant and proportional to the needs of the case considering, *inter alia*, the importance of the discovery in resolving the issues).

Saxton respectfully requests that the Court deny FamilyCare's request for additional discovery.

DATED this 8th day of June, 2021.

BARRAN LIEBMAN LLP


By *s/Edwin A. Harnden*
Edwin A. Harnden, OSB No. 721129
eharnden@barran.com
Chris M. Morgan, OSB No. 175384
cmorgan@barran.com
Attorneys for Defendant Lynne Saxton

Page 3 - DEFENDANT LYNNE SAXTON'S RESPONSE IN OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR DISCOVERY

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June 2021, I caused the foregoing **DEFENDANT LYNNE SAXTON'S RESPONSE IN OPPOSITION TO FAMILYCARE, INC.'S MOTION FOR DISCOVERY** to be:

☒    electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Stephen F. English**<br>SEnglish@perkinscoie.com<br>**Thomas R. Johnson**<br>TRJohnson@perkinscoie.com<br>**Heidee Stoller**<br>HStoller@perkinscoie.com<br>**Matthew J. Mertens**<br>MMertens@perkinscoie.com<br>**Sasha A. Petrova**<br>SPetrova@perkinscoie.com<br>Perkins Coie LLP<br>1120 N.W. Couch Street, 10th Floor<br>Portland, OR 97209-4128<br><br>**Matthew Gordon**, *pro hac vice*<br>MGordon@perkinscoie.com<br>**David B. Robbins**<br>DRobbins@perkinscoie.com<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br><br> Counsel for Plaintiff | **David B. Markowitz**<br>davidmarkowitz@mhgm.com<br>**Matthew A. Levin**<br>mattlevin@markowitzherbold.com<br>**Vivek A. Kothari**<br>vivekkothari@markowitzherbold.com<br>**Anna Marie Joyce**<br>annajoyce@markowitzherbold.com<br>**Dallas S. DeLuca**<br>dallasdeluca@markowitzherbold.com<br>**Harry B. Wilson**<br>harrywilson@markowitzherbold.com<br>**Katherine M. Acosta**<br>katherineacosta@markowitzherbold.com<br>**Laura R. Salerno Owens**<br>laurasalerno@markowitzherbold.com<br>Markowitz Herbold PC<br>1455 SW Broadway, Suite 1900<br>Portland, OR 97201<br><br>**Carla Scott**<br>Carla.a.scott@doj.state.or.us<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, Or 97201<br><br>Counsel for Defendant Oregon Health Authority |

CERTIFICATE OF SERVICE

| | |
|---|---|
| **David B. Markowitz**<br>davidmarkowitz@mhgm.com<br>**Matthew A. Levin**<br>mattlevin@markowitzherbold.com<br>**Vivek A. Kothari**<br>vivekkothari@markowitzherbold.com<br>**Anna Marie Joyce**<br>annajoyce@markowitzherbold.com<br>**Dallas S. DeLuca**<br>dallasdeluca@markowitzherbold.com<br>**Harry B. Wilson**<br>harrywilson@markowitzherbold.com<br>**Katherine M. Acosta**<br>katherineacosta@markowitzherbold.com<br>**Laura R. Salerno Owens**<br>laurasalerno@markowitzherbold.com<br>Markowitz Herbold PC<br>1455 SW Broadway, Suite 1900<br>Portland, OR 97201<br><br>**Carla Scott**<br>Carla.a.scott@doj.state.or.us<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, Or 97201<br><br>**Jonathan W. Monson**<br>jmonson@cablehuston.com<br>**Nicole M. Swift**<br>nswift@cablehuston.com<br>Cable Huston LLP<br>1001 SW 5th Avenue, Suite 2000<br>Portland, OR ;972904-1136<br><br>Counsel for Defendant Patrick Allen | |

☐    hand delivered to the following non-CM/ECF participants:

☐    faxed and mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

_s/Edwin A. Harnden_
Edwin A. Harnden

CERTIFICATE OF SERVICE