**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for Defendant Oregon
> Health Authority, an agency of the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF GREG SCOTT IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S RESPONSE TO FAMILYCARE, INC.'S MOTION FOR DISCOVERY** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON, | |
| Defendants. | |

I, Greg Scott, declare:

1.    I am a paralegal with Markowitz Herbold PC, Special Assistant Attorneys General for Oregon Health Authority ("OHA").  I make this declaration of my own personal knowledge. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    I have been a paralegal since 1997, and I have worked for Markowitz Herbold PC for 11 years.  I have worked on several cases for the State of Oregon, including cases comparable

**Page 1 -  DECLARATION OF GREG SCOTT IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S RESPONSE TO FAMILYCARE, INC.'S MOTION FOR DISCOVERY**

in size to this one. I am familiar with the process State agencies like OHA use to collect documents and electronically stored information ("ESI") for litigation. One of my responsibilities in this matter is the collection and production of documents and ESI.

3.      Prior to Plaintiff's Fifth Amended Complaint, defendant's counsel reviewed over 750,000 documents. OHA made 64 separate productions, producing 241,650 documents, totaling over 1.3 million pages related to the time period of January 1, 2015 – July 1, 2018.

4.      Nearly three years have passed since the last collection of documents. Based on my experience with similar cases, I estimate a comparable effort to collect, review and produce documents if FamilyCare is allowed discovery about the 2019 and 2020 rate-setting process. OHA will need to hire and train a sizeable document review team. The team will require at least 60-90 days to review the documents for privilege, relevance and confidentiality.

5.      Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | Federal Policy Guidance printed from Medicaid.gov website at https://www.medicaid.gov/federal-policy-guidance/index.html?search_api_fulltext=&field_fpg_date%5Bmin%5D=01/01/2018&field_fpg_date%5Bmax%5D=06/08/2021&sort_by=field_fpg_date&sort_order=DESC&items_per_page=50&f%5B0%5D=fpg_type_facet%3A1476&f%5B1%5D=fpg_type_facet%3A1481&f%5B2%5D=fpg_type_facet%3A1486#content#content#content#content accessed and printed on 6/8/2021 |
| 2 | Oregon's Demographic Changes in Short and Long Term printed from Oregon Department of Human Service's website at https://www.oregon.gov/dhs/business-services/ofra/Documents/Oregon's%20Demographic%20Changes.pdf accessed and printed on 6/8/2021 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 8, 2021.

_____
Greg Scott

1152298

**Page 2 -   DECLARATION OF GREG SCOTT IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S RESPONSE TO FAMILYCARE, INC.'S MOTION FOR DISCOVERY**