

🇺🇸  An official website of the United States government   **Here's how you know** ⌄

**Home** » Federal Policy Guidance

# Federal Policy Guidance

The Centers for Medicare & Medicaid Services (CMS) is responsible for implementing laws passed by Congress related to Medicaid, the Children's Health Insurance Program (CHIP), and the Basic Health Program. To implement these programs, CMS issues various forms of guidance to explain how laws will be implemented and what states and others need to do to comply. In addition to regulations, CMS issues sub-regulatory guidance to address policy issues as well as operational updates and technical clarifications of existing guidance.

| Search Federal Policy Guidance | 🔍 |
|---|---|

Showing 1 to 50 of 111 results

SHARE RESULTS ›

### Updated 2021 SSI and Spousal Impoverishment Standards

| | | | |
|---|---|---|---|
| Date: | 06/04/2021 | Topics: | • Eligibility |

Type:     Informational Bulletin

Links:    Updated 2021 SSI and Spousal Impoverishment Standards (PDF, 327.33 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

### Medicaid, Children's Health Insurance Program (CHIP), and Basic Health Program (BHP) Related Provisions in the American Rescue Plan Act of 2021

Ex. 1 - Scott Decl.
Page 1 of 18

Date:      06/03/2021                    Topics:        • Affordable Care Act
                                                        • Benefits
                                                        • Children's Health Insurance
                                                          Program
                                                        • Cost Sharing
                                                        • Eligibility
                                                        • Long-term Services & Support
                                                        • Managed Care
                                                        • Tribal Issues

Type:      Informational Bulletin

Links:     [Medicaid, Children's Health Insurance Program (CHIP), and Basic Health Program (BHP)](#)
           [Related Provisions in the American Rescue Plan Act of 2021](#) (PDF, 312.6 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

**COVID-19 Vaccine Update**

Date:      05/28/2021                    Topics:        • Benefits
                                                        • Children's Health Insurance
                                                          Program
                                                        • Cost Sharing

Type:      Informational Bulletin

Links:     [COVID-19 Vaccine Update](#) (PDF, 596.03 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

**Medicaid Program; Establishing Minimum Standards in Medicaid State Drug Utilization Review (DUR) and Supporting Value-Based Purchasing (VBP) for Drugs Covered in Medicaid, Revising Medicaid Drug Rebate and Third Party Liability (TPL) Requirements: Delay of Effective Date for Provision Relating to Manufacturer Reporting of Multiple Best Prices Connected to a Value Based Purchasing Arrangement; Delay of Inclusion of Territories in Definition of States and United States (CMS-2482-P2)**

Ex. 1 - Scott Decl.
Page 2 of 18

Date: 05/26/2021        Topics:
- Prescription Drugs
- Eligibility

Type: Regulations

Links: [Medicaid Program; Establishing Minimum Standards in Medicaid State Drug Utilization Review (DUR) and Supporting Value-Based Purchasing (VBP) for Drugs Covered in Medicaid, Revising Medicaid Drug Rebate and Third Party Liability (TPL) Requirements: Delay o](#)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### Implementation of American Rescue Plan Act of 2021 Section 9817: Additional Support for Medicaid Home and Community-Based Services during the COVID-19 Emergency

Date: 05/13/2021        Topics:
- Benefits
- Financing & Reimbursement
- Long-term Services & Support
- Managed Care

Type: State Medicaid Director Letter

Links: [Implementation of American Rescue Plan Act of 2021 Section 9817: Additional Support for Medicaid Home and Community-Based Services during the COVID-19 Emergency](#) (PDF, 521.4 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### Extension of the Spousal Impoverishment Rules for Married Applicants and Recipients of Home and Community-Based Services

Date: 05/04/2021        Topics:
- Eligibility

Type: Informational Bulletin

Links: [Extension of the Spousal Impoverishment Rules for Married Applicants and Recipients of Home and Community-Based Services](#) (PDF, 252.04 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### 2021 Federal Poverty Level Standards

Ex. 1 - Scott Decl.
Page 3 of 18

Date:       03/18/2021                      Topics:
- Children's Health Insurance Program
- Eligibility
- Medicaid-Medicare Issues
- Program Administration

Type:       Informational Bulletin

Links:      2021 Federal Poverty Level Standards (PDF, 100.36 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## Implementation of At-Risk Youth Medicaid Protections for Inmates of Public Institutions (Section 1001 of the SUPPORT Act)

Date:       01/19/2021                      Topics:
- Eligibility

Type:       State Medicaid Director Letter

Links:      Implementation of At-Risk Youth Medicaid Protections for Inmates of Public Institutions (Section 1001 of the SUPPORT Act) (PDF, 234.24 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## Extension of Grace Period Related to the "Four Walls" Requirement under 42 C.F.R. § 440.90 for Indian Health Service and Tribal Facilities

Date:       01/15/2021                      Topics:
- Tribal Issues

Type:       Informational Bulletin

Links:      Extension of Grace Period Related to the "Four Walls" Requirement under 42 C.F.R. § 440.90 for Indian Health Service and Tribal Facilities (PDF, 141.06 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## Additional Guidance on State Directed Payments in Medicaid Managed Care

Ex. 1 - Scott Decl.
Page 4 of 18

Date:       01/08/2021                          Topics:
- Managed Care
- Program Administration
- Delivery System
- Financing & Reimbursement

Type:       State Medicaid Director Letter

Links:      [Additional Guidance on State Directed Payments in Medicaid Managed Care](#) (PDF, 174.85 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

**Establishing Minimum Standards in Medicaid State Drug Utilization Review (DUR) and Supporting Value-Based Purchasing (VBP) for Drugs Covered in Medicaid, Revising Medicaid Drug Rebate and Third Party Liability (TPL) Requirements (CMS 2482-F) Final Rule**

Date:       12/21/2020                          Topics:
- Prescription Drugs
- Eligibility

Type:       Regulations

Links:      [Establishing Minimum Standards in Medicaid State Drug Utilization Review (DUR) and Supporting Value-Based Purchasing (VBP) for Drugs Covered in Medicaid, Revising Medicaid Drug Rebate and Third Party Liability (TPL) Requirements (CMS 2482-F) Final Rule](#)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

**Medicaid and Children's Health Insurance Program (CHIP) Renewal Requirements**

Date:       12/04/2020                          Topics:
- Children's Health Insurance Program
- Outreach & Enrollment
- Eligibility
- Program Administration
- Program Integrity

Type:       Informational Bulletin

Links:      [Medicaid and Children's Health Insurance Program (CHIP) Renewal Requirements](#) (PDF, 324.61 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

Ex. 1 - Scott Decl.
Page 5 of 18

## 2021 SSI and Spousal Impoverishment Standards

Date:      11/20/2020                        Topics:        • Eligibility

Type:      Informational Bulletin

Links:     2021 SSI and Spousal Impoverishment Standards (PDF, 238.92 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## 2021 Updates to the Child and Adult Core Health Care Quality Measurement Sets

Date:      11/19/2020                        Topics:        • Children's Health Insurance
                                                              Program
                                                            • CHIPRA
                                                            • Program Administration
                                                            • Quality of Care

Type:      Informational Bulletin

Links:     2021 Updates to the Child and Adult Core Health Care Quality Measurement Sets (PDF, 297.58
           KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## 2020 Medicaid Managed Care Final Rule

Date:      11/09/2020                        Topics:        • Children's Health Insurance
                                                              Program
                                                            • Delivery System
                                                            • Financing & Reimbursement
                                                            • Managed Care
                                                            • Program Administration

Type:      Regulations

Links:     2020 Medicaid Managed Care Final Rule

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## Basic Health Program Funding Methodology Proposed Payment Notice for Program Year 2022

Ex. 1 - Scott Decl.
Page 6 of 18

Date:        10/30/2020                              Topics:
- Affordable Care Act (ACA)
- Cost Sharing
- Benefits
- Financing & Reimbursement
- Program Administration
- Eligibility

Type:        Regulations

Links:       [Basic Health Program Funding Methodology Proposed Payment Notice for Program Year 2022](#)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## Support for Family-Focused Residential Treatment-Title IV-E and Medicaid Guidance (SUPPORT Act Section 8081)

Date:        10/05/2020                              Topics:
- Benefits
- Long-term Services & Support
- Managed Care

Type:        Informational Bulletin

Links:       [Support for Family-Focused Residential Treatment-Title IV-E and Medicaid Guidance (SUPPORT Act Section 8081)](#) (PDF, 233.31 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## Value-Based Care Opportunities in Medicaid

Date:        09/15/2020                              Topics:
- Delivery System
- Value-based Care
- Financing & Reimbursement

Type:        State Medicaid Director Letter

Links:       [Value-Based Care Opportunities in Medicaid](#) (PDF, 525.99 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## Guidance to Improve Care for Infants with Neonatal Abstinence Syndrome and Their Families

Date:       09/04/2020                               Topics:              • Benefits
                                                                          • Quality of Care

Type:       Informational Bulletin

Links:      [Guidance to Improve Care for Infants with Neonatal Abstinence Syndrome and Their Families](#)
            (PDF, 433.4 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### Nursing Home Strategies for COVID-19 Only Isolation of COVID-19 Residents

Date:       08/24/2020                               Topics:              • Financing & Reimbursement

Type:       Informational Bulletin

Links:      [Nursing Home Strategies for COVID-19 Only Isolation of COVID-19 Residents](#) (PDF, 168.31 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### Living at Home in Rural America: Improving Accessibility for Older Adults and People with a Disability

Date:       08/19/2020                               Topics:              • Benefits
                                                                          • Long-term Services & Support
                                                                          • Medicaid-Medicare Issues

Type:       Informational Bulletin

Links:      [Living at Home in Rural America: Improving Accessibility for Older Adults and People with a Disability](#) (PDF, 283.66 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### Treatment of Third Party Payers (TPP) in Calculating Uncompensated Care Costs

Date:       08/18/2020                               Topics:              • Financing & Reimbursement

Type:       Informational Bulletin

Ex. 1 - Scott Decl.
Page 8 of 18

Links: [Treatment of Third Party Payers (TPP) in Calculating Uncompensated Care Costs](#) (PDF, 90.38 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### Basic Health Program Funding Methodology Final Payment Notice for Program Year 2021

Date: 08/10/2020

Topics:
- Affordable Care Act (ACA)
- Cost Sharing
- Benefits
- Financing & Reimbursement
- Program Administration
- Eligibility

Type: Regulations

Links: [Basic Health Program Funding Methodology Final Payment Notice for Program Year 2021](#) 🗗

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### Home and Community-Based Settings Regulation – Implementation Timeline Extension and Revised Frequently Asked Questions

Date: 07/14/2020

Topics:
- Program Administration
- Long-term Services & Support

Type: State Medicaid Director Letter

Links: [Home and Community-Based Settings Regulation – Implementation Timeline Extension and Revised Frequently Asked Questions](#) (PDF, 419.01 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### CMS Oral Health Initiative and Dental Technical Support Opportunity

Ex. 1 - Scott Decl.
Page 9 of 18

Date:        06/25/2020                          Topics:          • Benefits
                                                                  • Children's Health Insurance
                                                                    Program
                                                                  • Quality of Care

Type:        Informational Bulletin

Links:       [CMS Oral Health Initiative and Dental Technical Support Opportunity](#) (PDF, 219.72 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

**Updated 2020 SSI and Spousal Impoverishment Standards**

Date:        06/24/2020                          Topics:          • Eligibility

Type:        Informational Bulletin

Links:       [Updated 2020 SSI and Spousal Impoverishment Standards](#) (PDF, 138.54 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

**Establishing Minimum Standards in Medicaid State Drug Utilization Review (DUR) and Supporting Value-Based Purchasing (VBP) for Drugs Covered in Medicaid, Revising Medicaid Drug Rebate and Third Party Liability (TPL) Requirements (CMS 2482-P)**

Date:        06/17/2020                          Topics:          • Prescription Drugs
                                                                  • Eligibility

Type:        Regulations

Links:       [Establishing Minimum Standards in Medicaid State Drug Utilization Review (DUR) and Supporting Value-Based Purchasing (VBP) for Drugs Covered in Medicaid, Revising Medicaid Drug Rebate and Third Party Liability (TPL) Requirements (CMS 2482-P)](#) ⧉

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

**CIB: Medicaid Managed Care Frequently Asked Questions (FAQs) – Medical Loss Ratio**

Ex. 1 - Scott Decl.
Page 10 of 18

Date: 06/05/2020

Topics:
- Managed Care
- Program Administration
- Children's Health Insurance Program
- Delivery System
- Financing & Reimbursement

Type: Informational Bulletin

Links: CIB: Medicaid Managed Care Frequently Asked Questions (FAQs) – Medical Loss Ratio (PDF, 142.57 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

## CIB: Medicaid Managed Care Options in Responding to COVID-19

Date: 05/14/2020

Topics:
- Managed Care
- Financing & Reimbursement
- Delivery System

Type: Informational Bulletin

Links: CIB: Medicaid Managed Care Options in Responding to COVID-19 (PDF, 213.82 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

## Medicaid Substance Use Disorder Treatment via Telehealth, and Rural Health Care and Medicaid Telehealth Flexibilities guidance

Date: 04/02/2020

Topics:
- Benefits
- Long-term Services & Support
- Program Administration

Type: Informational Bulletin

Links: Medicaid Substance Use Disorder Treatment via Telehealth, and Rural Health Care and Medicaid Telehealth Flexibilities guidance

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

## COVID-19 Public Health Emergency Section 1115(a) Opportunity for States

Ex. 1 - Scott Decl.
Page 11 of 18

Date:        03/22/2020                          Topics:          • Program Administration

Type:        State Medicaid Director Letter

Links:       COVID-19 Public Health Emergency Section 1115(a) Opportunity for States

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## 2020 Medicaid Federal Poverty Level Standards

Date:        03/03/2020                          Topics:          • Children's Health Insurance
                                                                     Program
                                                                   • Eligibility
                                                                   • Medicaid-Medicare Issues
                                                                   • Program Administration

Type:        Informational Bulletin

Links:       2020 Medicaid Federal Poverty Level Standards (PDF, 216.95 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## Preadmission Screening and Resident Review (PASRR) (CMS-2418-P)

Date:        02/14/2020                          Topics:          • Long-term Services & Support
                                                                   • Benefits

Type:        Regulations

Links:       Preadmission Screening and Resident Review (PASRR) (CMS-2418-P) 🗗

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## New Extension of the Affordable Care Act's Spousal Impoverishment Provision for Married Applicants and Recipients of Home and Community-Based Services

Date:        02/10/2020                          Topics:          • Eligibility

Type:        Informational Bulletin

Ex. 1 - Scott Decl.
Page 12 of 18

Links:     [New Extension of the Affordable Care Act's Spousal Impoverishment Provision for Married Applicants and Recipients of Home and Community-Based Services](#) (PDF, 127.95 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### Basic Health Program Funding Methodology Proposed Payment Notice for Program Year 2021

Date:      02/06/2020

Topics:
- Affordable Care Act (ACA)
- Cost Sharing
- Benefits
- Financing & Reimbursement
- Program Administration
- Eligibility

Type:      Regulations

Links:     [Basic Health Program Funding Methodology Proposed Payment Notice for Program Year 2021](#)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### Healthy Adult Opportunity Demonstration

Date:      01/30/2020

Topics:
- Program Administration
- Delivery System

Type:      State Medicaid Director Letter

Links:     [Healthy Adult Opportunity Demonstration](#) (PDF, 619.18 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### Request for Information (RFI) on Coordinating Care from Out-of-State Providers for Children with Medically-Complex Conditions

Date:      01/16/2020

Topics:
- Managed Care

Type:      Regulations

Links:     [Request for Information (RFI) on Coordinating Care from Out-of-State Providers for Children with Medically-Complex Conditions](#)

Ex. 1 - Scott Decl.
Page 13 of 18

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## Best Practices for Avoiding 340B Duplicate Discounts in Medicaid

Date:      01/08/2020                              Topics:        • Prescription Drugs

Type:      Informational Bulletin

Links:     [Best Practices for Avoiding 340B Duplicate Discounts in Medicaid](#) (PDF, 171.27 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## 2020 SSI and Spousal Impoverishment Standards

Date:      12/26/2019                              Topics:        • Eligibility

Type:      Informational Bulletin

Links:     [2020 SSI and Spousal Impoverishment Standards](#) (PDF, 213.59 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## Guidance for State Medicaid Agencies on Dually Eligible Beneficiaries Receiving Medicare Opioid Treatment Services Effective January 1, 2020

Date:      12/17/2019                              Topics:        • Medicaid-Medicare Issues

Type:      Informational Bulletin

Links:     [Guidance for State Medicaid Agencies on Dually Eligible Beneficiaries Receiving Medicare Opioid Treatment Services Effective January 1, 2020](#) (PDF, 78.33 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## New Reporting Measures for Substance Use Disorder (SUD)-focused Health Homes

Date:      11/27/2019                              Topics:        • Affordable Care Act (ACA)
                                                                  • Program Administration

Type:      Informational Bulletin

Ex. 1 - Scott Decl.
Page 14 of 18

Links:     [New Reporting Measures for Substance Use Disorder (SUD)-focused Health Homes](#) (PDF, 154.51 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### Covered Outpatient Drug; Further Delay Of Inclusion Of Territories In Definitions Of State And United States (CMS–2345–IFC3) – Interim Final with Comment

Date:      11/21/2019

Topics:
- Financing & Reimbursement
- Prescription Drugs

Type:      Regulations

Links:     [Covered Outpatient Drug; Further Delay Of Inclusion Of Territories In Definitions Of State And United States (CMS–2345–IFC3) – Interim Final with Comment](#)⧉

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### CIB: 2020 Updates to the Adult and Child Core Health Care Quality Measurement Sets

Date:      11/19/2019

Topics:
- Children's Health Insurance Program
- CHIPRA
- Program Administration
- Quality of Care

Type:      Informational Bulletin

Links:     [CIB: 2020 Updates to the Adult and Child Core Health Care Quality Measurement Sets](#) (PDF, 139.29 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

### Further Guidance to Medicaid Bipartisan Budget Act (BBA) of 2018 and changes to Medicaid Provisions Passed in April 2019 – Third Party Liability in Medicaid and CHIP

Date:      11/14/2019

Topics:
- Eligibility
- Financing & Reimbursement

Type:      Informational Bulletin

Ex. 1 - Scott Decl.
Page 15 of 18

Links:     [Further Guidance to Medicaid Bipartisan Budget Act (BBA) of 2018 and changes to Medicaid](#) [Provisions Passed in April 2019 – Third Party Liability in Medicaid and CHIP](#) (PDF, 114.85 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## Medicare-Medicaid Integration and Unified Appeals and Grievance Requirements for State Medicaid Agency Contracts with Medicare Advantage Dual Eligible Special Needs Plans (D-SNPs) for Contract Year 2021

Date:     11/14/2019

Topics:
- Eligibility
- Medicaid-Medicare Issues

Type:     Informational Bulletin

Links:     [Medicare-Medicaid Integration and Unified Appeals and Grievance Requirements for State](#) [Medicaid Agency Contracts with Medicare Advantage Dual Eligible Special Needs Plans (D-](#) [SNPs) for Contract Year 2021](#) (PDF, 209.87 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## Proposed Rule: Medicaid Fiscal Accountability Regulation (MFAR)

Date:     11/12/2019

Topics:
- Financing & Reimbursement

Type:     Regulations

Links:     [Proposed Rule: Medicaid Fiscal Accountability Regulation (MFAR)](#) 🗗

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

## Managed Care Contract Review Redesign Project

Date:     11/08/2019

Topics:
- Benefits
- Managed Care

Type:     Informational Bulletin

Links:     [Managed Care Contract Review Redesign Project](#) (PDF, 130.6 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

Ex. 1 - Scott Decl.
Page 16 of 18

**Implementation of Section 5052 of the SUPPORT for Patients and Communities Act – State Plan Option under Section 1915(l) of the Social Security Act**

Date:      11/06/2019

Topics:
- Benefits

Type:      State Medicaid Director Letter

Links:     Implementation of Section 5052 of the SUPPORT for Patients and Communities Act – State Plan Option under Section 1915(l) of the Social Security Act (PDF, 100.97 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

**Basic Health Program Funding Methodology Final Notice for Program Years 2019 and 2020**

Date:      11/01/2019

Topics:
- Affordable Care Act (ACA)
- Cost Sharing
- Benefits
- Financing & Reimbursement
- Program Administration
- Eligibility

Type:      Regulations

Links:     Basic Health Program Funding Methodology Final Notice for Program Years 2019 and 2020

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

**Outcomes Based Certification for Electronic Visit Verification (EVV) Systems**

Date:      10/24/2019

Topics:
- Benefits
- Data & Systems
- Eligibility

Type:      Informational Bulletin

Links:     Outcomes Based Certification for Electronic Visit Verification (EVV) Systems (PDF, 184.96 KB)

**SHARE THIS FEDERAL POLICY GUIDANCE RECORD ›**

---

**1** | 2 | 3 | Next › | Last »

Show [50] entries



Ex. 1 - Scott Decl.
Page 17 of 18

Ex. 1 - Scott Decl.
Page 18 of 18