# Oregon's Demographic Changes in Short and Long Term

Many of the services provided by DHS and OHA are age-dependent, or at least age related, since older adults are more likely to become disabled than younger ones. Some aspects of demographic change are well-known and general – like the increased number of baby-boomers entering retirement. But these trends won't be uniform, and will influence some Oregon counties more than others. Understanding Oregon's changing demographics is a key to understanding how service patterns will look in the future.

In March of 2013, the Oregon Office of Economic Analysis (OEA) published their long-term county population forecast (you can find it online here: **http://www. oregon.gov/DAS/OEA/Pages/demographic.aspx#Long_Term_County_Forecast)**. On the following pages, data from the population forecast is presented in map form, as percent change. Since so many DHS and OHA services are age-related, maps for changes in the child population (age 18 and under), the adult population (age 19-64) and the elderly population (age 65 and above) are presented separately. The first set of maps compares 2010 (the year of the last census) to 2020. The second set of maps compares 2010 to 2050. For all maps, red and orange indicate population decreases, yellow indicates modest change (either slight increase or decrease), and green indicates a more sizeable increase in that age group.

## Populations of Interest: Children and the Elderly

As can be seen in the following maps, the number of counties with a shrinking population of children will outnumber those experiencing an increase through 2020. However, the increases will occur in high population areas, like Multnomah, Washington, and Marion counties. This will result in an overall statewide increase, though a modest one (1.5%).

Population change for elderly adults is a different matter – all counties are expected to experience a growth in the elderly through 2020, as more and more baby-boomers reach retirement age. Statewide, the number of people age 65 and older is expected to increase 48% from 2010 to 2020.

Two of the state's most populous counties – Washington and Deschutes – are expected to see increases of over 60 percent.

By 2050, the population of elderly in those two counties is expected to increase by 200% of the 2010 values. Only Wheeler County (the state's least populous county) is expected to have a decrease in the elderly from 2010 to 2050.

## The Economy and Working-Age Adults

Although the number of elderly and children will have a profound influence on the utilization of DHS and OHA services, the impact of changes in the number of working-age (19-64) adults will have an impact as well – through changes in local economies. An increasing population is generally considered a precursor for economic growth. But because the state's total fertility rate is below replacement level, any increase in population must come mainly from in-migration. All counties won't attract new migrants at the same rate, and some aren't expected to experience much population change from in-migration at all. The adult population in those counties will transition into old age without new young adults replacing them in the workforce. This pattern is already happening in counties like Grant and Curry, which have seen contractions in working-age adults while at the same time the number of elderly has increased. As counties experience a decline in working-age adults, their local economies may suffer – especially in regard to service-sector industries, which require local consumption of goods and services in order to stay afloat. Jobs may flow away from counties with a contracting working-age population, increasing the number of people in need of DHS and OHA services among those who cannot – or will not – relocate to find new employment.

Of course, migration patterns don't happen in a vacuum – economic conditions determine the ability to attract job seekers from elsewhere. Historically, working-age adults have come to Oregon in times of economic expansion. As the economy continues to improve, the number of adults moving into a county may defy the expectations contained in the long-term forecast.

Ex. 2 - Scott Decl.

Page 1 of 7



Percent Increase or Decrease in Population

-12.47% to -6.41% | -6.40% to -2.57% | -2.56% to 3.53% | 3.54% to 8.22% | 8.23% to 14.18%

Ex. 2 - Scott Decl.
Page 2 of 7



Population Change, 2010-2020, Children (under age 19)

**Percent Increase or Decrease in Population**

-20.88% to -2.94% | -2.93% to -1.53% | -1.52% to 0.15% | 0.16% to 3.40% | 3.41% to 9.12%

Ex. 2 - Scott Decl.
Page 3 of 7



Population Change, 2010-2020, Elderly Adults (age 65 and over)

**Percent Increase or Decrease in Population**

7.65% to 32.74% | 32.75% to 37.65% | 37.66% to 45.67% | 45.68% to 50.10% | 50.11% to 68.97%

Ex. 2 - Scott Decl.
Page 4 of 7



Figure: Population Change, 2010-2050, Adults (age 19-64). Percent Increase or Decrease in Population.

Legend:
- -35.40% to -5.60%
- -5.59% to 6.84%
- 6.85% to 27.33%
- 27.34% to 40.93%
- 40.94% to 78.71%

Ex. 2 - Scott Decl.
Page 5 of 7



Percent Increase or Decrease in Population

-24.72% to -11.06% | -11.05% to 11.32% | 11.33% to 23.34% | 23.35% to 37.02% | 37.03% to 67.38%

Ex. 2 - Scott Decl.
Page 6 of 7



Population Change, 2010-2050, Elderly Adults (age 65 and over)

**Percent Increase or Decrease in Population**

-9.86% to 18.76%    18.77% to 63.61%    63.62% to 95.01%    95.02% to 146.61%    146.62% to 274.02%

Ex. 2 - Scott Decl.
Page 7 of 7