**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Heidee Stoller**, OSB No. 072835
HStoller@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Alletta Brenner**, OSB No. 142844
ABrenner@perkinscoie.com
**Sasha A. Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Matthew Gordon**, *pro hac vice*
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff *FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

|  |  |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, **PATRICK ALLEN**, both individually and in his official capacity as director of the Oregon Health Authority, and **LYNNE SAXTON**,<br><br>        Defendants. | No. 6:18−cv−00296−MO<br><br>**DECLARATION OF MATTHEW GORDON IN SUPPORT OF FAMILYCARE, INC.'S OPPOSITION TO DEFENDANT LYNNE SAXTON'S MOTION TO DISMISS** |

LEGAL152729775.1    GORDON DECLARATION IN SUPPORT OF FAMILYCARE, INC.'S OPPOSITION TO SAXTON'S MOTION TO DISMISS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Matthew Gordon, state as follows:

1.      I am an attorney at Perkins Coie LLP and am one of the attorneys representing FamilyCare, Inc. ("FamilyCare") in this matter.  I make this declaration based on my personal knowledge and am competent to testify to the matters herein.

2.      Attached as **Exhibit A** is a true and correct copy of an April 2, 2021 e-mail that I sent to this Court, copying counsel for all parties, in advance of the April 5, 2021 status conference with the Court.

3.      Attached as **Exhibit B** is a true and correct copy of the April 5, 2021 Telephone Status Conference Transcript of Proceedings, which has not yet been filed on the public docket (highlighting added).  I attach the entire exhibit, as opposed to excerpts, so that the Court has the full context of the proceedings.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: June 8, 2021                          /s/ Matthew Gordon
                                             Matthew Gordon

1-
GORDON DECLARATION IN SUPPORT OF
FAMILYCARE, INC.'S RESPONSE TO
SAXTON'S MOTION TO DISMISS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222