# EXHIBIT A

| | |
|---|---|
| **From:** | Gordon, Matthew P. (SEA) |
| **To:** | Chambers_Mosman@ord.uscourts.gov |
| **Cc:** | Harry Wilson; Robbins, David B. (SEA); David Markowitz; Johnson, Thomas R., Jr. (POR); Edwin Harnden; Chris Morgan |
| **Subject:** | USDC Oregon Case No. 6:18-cv-00296-MO -- Status Conference |
| **Date:** | Friday, April 2, 2021 4:34:20 PM |

Judge Mosman:

Counsel for FamilyCare, OHA, and Lynne Saxton have conferred in advance of the upcoming status conference on April 5, and we write to advise you of the following:

- The parties are prepared to move forward with the litigation and the defendants do not intend to seek a further stay.

- The parties request that the Court set a trial date. Subject to the Court's calendar, the parties are all available for a three-week trial beginning November 29, 2021.

- The parties have also identified several issues to address in the short term after the stay is lifted, including:
  - An amended complaint that, among other things, reflects the 9th Circuit's rulings (defendants will consider whether to stipulate or oppose amendment);
  - Follow-up to the 9th Circuit remand of FamilyCare's 10th claim for relief, potentially including motion practice;
  - Completion of briefing and resolution of FamilyCare's motion for sanctions for spoliation;
  - Supplemental discovery and potential motion practice regarding re-opening discovery;
  - Potential additional dispositive motion practice;
  - Hearing on and resolution of FamilyCare's motion to down-designate AEO documents.

We look forward to discussing further with you on Monday.

Best regards,
Matt

**Matthew Gordon** | **Perkins Coie LLP**
PARTNER
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com

**Visit our Covid-19 resource page: www.perkinscoie.com/coronavirus**