**Stephen F. English** (OSB No. 730843)
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Heidee Stoller** (OSB No. 072835)
HStoller@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF MATTHEW J. MERTENS IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE TO OREGON HEALTH AUTHORITY'S MOTION TO DISMISS, MOTION FOR SUMMARY JUDGMENT, AND MOTION TO STRIKE** |

MERTENS DECLARATION IN SUPPORT OF
RESPONSE TO MOTION TO DISMISS, MOTION FOR
SUMMARY JUDGMENT, AND MOTION TO STRIKE

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Matthew J. Mertens, declare as follows:

1.    I am an attorney at Perkins Coie LLP and am one of the attorneys representing FamilyCare, Inc. ("FamilyCare") in this matter.  I make this declaration based on my personal knowledge and am competent to testify to the matters herein.

2.    Attached as Exhibit 1 is a true and correct copy of an excerpt of the transcript from the Court's April 5, 2021, status conference in this matter.  The highlighting is my addition.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: June 8, 2021                         */s/ Matthew J. Mertens*
                                            Matthew J. Mertens

1-    MERTENS DECLARATION IN SUPPORT OF
      RESPONSE TO MOTION TO DISMISS, MOTION FOR
      SUMMARY JUDGMENT, AND MOTION TO STRIKE

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222