**Edwin A. Harnden,** OSB No. 721129
eharnden@barran.com
**Chris M. Morgan,** OSB No. 175384
cmorgan@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon  97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Defendant Lynne Saxton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>                Plaintiff,<br><br>      v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>                Defendants. | **CV. 6:18-cv-00296-MO**<br><br>**DECLARATION OF CHRIS M. MORGAN IN SUPPORT OF LYNNE SAXTON'S REPLY TO FAMILYCARE, INC'S OPPOSITION TO DEFENDANT LYNNE SAXTON'S MOTION TO DISMISS** |

I, Chris M. Morgan, do hereby declare as follows:

1.    I am one of the attorneys for Defendant Lynne Saxton and have personal knowledge regarding the matters as stated herein.

2.    Attached as Exhibit 1 is a copy of an email from counsel for FamilyCare to the Court on May 10, 2021.

3.    Attached as Exhibit 2 is a copy of an email chain in which the Court approves the schedule as proposed by the parties in the May 10, 2021 email attached as Exhibit 1.

/ / /

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY

DATED this 22nd day of June 2021.


_____
*s/Chris M. Morgan*
Chris M. Morgan, OSB No. 175384


Page 2 – DECLARATION OF CHRIS M. MORGAN IN SUPPORT OF LYNNE SAXTON'S REPLY TO FAMILYCARE, INC'S OPPOSITION TO DEFENDANT LYNNE SAXTON'S MOTION TO DISMISS

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June 2021, I caused the foregoing **DECLARATION OF CHRIS M. MORGAN IN SUPPORT OF LYNNE SAXTON'S REPLY TO FAMILYCARE, INC'S OPPOSITION TO DEFENDANT LYNNE SAXTON'S MOTION TO DISMISS** to be:

☒   electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Stephen F. English**<br>SEnglish@perkinscoie.com<br>**Thomas R. Johnson**<br>TRJohnson@perkinscoie.com<br>**Heidee Stoller**<br>HStoller@perkinscoie.com<br>**Matthew J. Mertens**<br>MMertens@perkinscoie.com<br>**Sasha A. Petrova**<br>SPetrova@perkinscoie.com<br>Perkins Coie LLP<br>1120 N.W. Couch Street, 10th Floor<br>Portland, OR 97209-4128<br><br>**Matthew Gordon**, *pro hac vice*<br>MGordon@perkinscoie.com<br>**David B. Robbins**<br>DRobbins@perkinscoie.com<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br><br>Counsel for Plaintiff | **David B. Markowitz**<br>davidmarkowitz@mhgm.com<br>**Matthew A. Levin**<br>mattlevin@markowitzherbold.com<br>**Vivek A. Kothari**<br>vivekkothari@markowitzherbold.com<br>**Anna Marie Joyce**<br>annajoyce@markowitzherbold.com<br>**Dallas S. DeLuca**<br>dallasdeluca@markowitzherbold.com<br>**Harry B. Wilson**<br>harrywilson@markowitzherbold.com<br>**Katherine M. Acosta**<br>katherineacosta@markowitzherbold.com<br>**Laura R. Salerno Owens**<br>laurasalerno@markowitzherbold.com<br>Markowitz Herbold PC<br>1455 SW Broadway, Suite 1900<br>Portland, OR 97201<br><br>**Carla Scott**<br>Carla.a.scott@doj.state.or.us<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, Or 97201<br><br>Counsel for Defendant Oregon Health Authority |

CERTIFICATE OF SERVICE

| | |
|---|---|
| **David B. Markowitz**<br>davidmarkowitz@mhgm.com<br>**Matthew A. Levin**<br>mattlevin@markowitzherbold.com<br>**Vivek A. Kothari**<br>vivekkothari@markowitzherbold.com<br>**Anna Marie Joyce**<br>annajoyce@markowitzherbold.com<br>**Dallas S. DeLuca**<br>dallasdeluca@markowitzherbold.com<br>**Harry B. Wilson**<br>harrywilson@markowitzherbold.com<br>**Katherine M. Acosta**<br>katherineacosta@markowitzherbold.com<br>**Laura R. Salerno Owens**<br>laurasalerno@markowitzherbold.com<br>Markowitz Herbold PC<br>1455 SW Broadway, Suite 1900<br>Portland, OR 97201<br><br>**Carla Scott**<br>Carla.a.scott@doj.state.or.us<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, Or 97201<br><br>**Jonathan W. Monson**<br>jmonson@cablehuston.com<br>**Nicole M. Swift**<br>nswift@cablehuston.com<br>Cable Huston LLP<br>1001 SW 5th Avenue, Suite 2000<br>Portland, OR ;972904-1136<br><br>Counsel for Defendant Patrick Allen | |

☐   hand delivered to the following non-CM/ECF participants:

☐   faxed and mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

*s/Edwin A. Harnden*
Edwin A. Harnden

CERTIFICATE OF SERVICE

| | |
|---|---|
| **From:** | Gordon, Matthew P. (Perkins Coie) |
| **To:** | Chambers Mosman |
| **Cc:** | Harry Wilson; Anit Jindal; Chris Morgan; Edwin Harnden; Robbins, David B. (Perkins Coie); Johnson, Thomas R., Jr. (Perkins Coie); Stoller, Heidee (Perkins Coie) |
| **Subject:** | USDC Oregon Case No. 6:18-cv-00296-MO -- Proposed schedule for resolution of outstanding issues |
| **Date:** | Monday, May 10, 2021 7:08:48 PM |

Judge Mosman,

Pursuant to the Court's direction (see Dkt. 421), the parties have conferred regarding the schedule for resolution of other outstanding issues and submit the following for the Court's consideration:

- OHA and/or Ms. Saxton intend to file a motion(s) related to FamilyCare's Fifth Amended Complaint.  Any such motion(s) will be filed on or before May 18, with responses due on June 8 and replies due June 22.

- Any answer to FamilyCare's Fifth Amended Complaint will be filed on or before May 18 unless the defendant files a Rule 12 motion on or before the date, in which case the answer will be due in the normal course.

- FamilyCare intends to file a motion related to additional discovery and to seek an expedited hearing on such motion. OHA opposes expedited consideration and re-opening discovery. Ms. Saxton opposes re-opening discovery. The parties are conferring regarding supplemental discovery, and, if they are unable to agree on its scope, may address that dispute through motion practice. The parties will file any discovery motions on or before May 18, with responses due on or before June 8.

- FamilyCare reserves the right to file a motion in connection with any new or modified affirmative defenses asserted by OHA or Ms. Saxton in their respective answers.  FamilyCare will file any such motion within three weeks of the filing of the answer.

 Please let us know if you would like any further information from the parties.

Thank you,
Matt

**Matthew Gordon | Perkins Coie LLP**
**PARTNER**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com

**Visit our Covid-19 resource page: www.perkinscoie.com/coronavirus**

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Morgan Declaration
Exhibit 1
Page 1 of 1

| | |
|---|---|
| **From:** | Chambers Mosman |
| **To:** | Gordon, Matthew P. (Perkins Coie) |
| **Cc:** | Harry Wilson; Anit Jindal; Chris Morgan; Edwin Harnden; Robbins, David B. (Perkins Coie); trjohnson_perkinscoie.com; Stoller, Heidee (Perkins Coie) |
| **Subject:** | RE: USDC Oregon Case No. 6:18-cv-00296-MO -- Proposed schedule for resolution of outstanding issues |
| **Date:** | Thursday, May 20, 2021 8:20:27 AM |

The Court approves the proposed schedule. The hearing will be in person.

Thanks,
Kara

---

**From:** Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>
**Sent:** Wednesday, May 19, 2021 3:20 PM
**To:** Chambers Mosman <Chambers_Mosman@ord.uscourts.gov>
**Cc:** Harry Wilson <harrywilson@markowitzherbold.com>; Anit Jindal <anitjindal@markowitzherbold.com>; Chris Morgan <cmorgan@barran.com>; Edwin Harnden <EHarnden@barran.com>; Robbins, David B. (Perkins Coie) <DRobbins@perkinscoie.com>; trjohnson_perkinscoie.com <trjohnson@perkinscoie.com>; Stoller, Heidee (Perkins Coie) <HStoller@perkinscoie.com>
**Subject:** RE: USDC Oregon Case No. 6:18-cv-00296-MO -- Proposed schedule for resolution of outstanding issues

**CAUTION - EXTERNAL:**

Kara,

Thank you for the message.  On behalf of FamilyCare, before any action is taken on Motion for Reconsideration [302] , we would like to discuss with the Court at the June 1 hearing, as the motion relates to the AEO issue that will be the subject of that hearing.

And regarding that June 1 hearing: based on the Court's order, it appears the hearing will be conducted in person—is that correct?

Also, the parties yesterday filed their respective motions pursuant to the proposed schedule in our email below to the Court.  That proposed schedule contemplated that responses to the various motions would be due June 8 rather than June 1.  Has the Court approved that schedule?

Thank you,
Matt

**Matthew Gordon | Perkins Coie LLP**
PARTNER
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com

**Visit our Covid-19 resource page: www.perkinscoie.com/coronavirus**

---

**From:** Chambers Mosman <Chambers_Mosman@ord.uscourts.gov>
**Sent:** Friday, May 14, 2021 4:12 PM
**To:** Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>
**Cc:** Harry Wilson <harrywilson@markowitzherbold.com>; Anit Jindal <anitjindal@markowitzherbold.com>; Chris Morgan <cmorgan@barran.com>; Edwin Harnden <EHarnden@barran.com>; Robbins, David B. (SEA) <DRobbins@perkinscoie.com>; Johnson, Thomas R., Jr. (POR) <TRJohnson@perkinscoie.com>; Stoller, Heidee (POR) <HStoller@perkinscoie.com>
**Subject:** RE: USDC Oregon Case No. 6:18-cv-00296-MO -- Proposed schedule for resolution of outstanding issues

Counsel,

The court does not need anything further. Do the parties object to the Court denying as moot Motion for Reconsideration [302] and Motion for Extension [313]?

Thanks,
Kara

---

**From:** Gordon, Matthew P. (Perkins Coie) <MGordon@perkinscoie.com>
**Sent:** Monday, May 10, 2021 7:09 PM
**To:** Chambers Mosman <Chambers_Mosman@ord.uscourts.gov>
**Cc:** Harry Wilson <harrywilson@markowitzherbold.com>; Anit Jindal <anitjindal@markowitzherbold.com>; Chris Morgan <cmorgan@barran.com>; Edwin Harnden <EHarnden@barran.com>; Robbins, David B. (Perkins Coie) <DRobbins@perkinscoie.com>; trjohnson_perkinscoie.com <trjohnson@perkinscoie.com>; Stoller, Heidee (Perkins Coie) <HStoller@perkinscoie.com>
**Subject:** USDC Oregon Case No. 6:18-cv-00296-MO -- Proposed schedule for resolution of outstanding issues

**CAUTION - EXTERNAL:**

Judge Mosman,

Pursuant to the Court's direction (see Dkt. 421), the parties have conferred regarding the schedule for resolution of other outstanding issues and submit the following for the Court's consideration:

- OHA and/or Ms. Saxton intend to file a motion(s) related to FamilyCare's Fifth Amended Complaint.  Any such motion(s) will be filed on or before May 18, with responses due on June 8 and replies due June 22.

- Any answer to FamilyCare's Fifth Amended Complaint will be filed on or before May 18 unless the defendant files a Rule 12 motion on or before the date, in which case the answer will be

due in the normal course.

- FamilyCare intends to file a motion related to additional discovery and to seek an expedited hearing on such motion. OHA opposes expedited consideration and re-opening discovery. Ms. Saxton opposes re-opening discovery. The parties are conferring regarding supplemental discovery, and, if they are unable to agree on its scope, may address that dispute through motion practice. The parties will file any discovery motions on or before May 18, with responses due on or before June 8.

- FamilyCare reserves the right to file a motion in connection with any new or modified affirmative defenses asserted by OHA or Ms. Saxton in their respective answers. FamilyCare will file any such motion within three weeks of the filing of the answer.

 Please let us know if you would like any further information from the parties.


Thank you,
Matt


**Matthew Gordon | Perkins Coie LLP**
**PARTNER**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com

**Visit our Covid-19 resource page: www.perkinscoie.com/coronavirus**

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.