**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

> Special Assistant Attorneys General for Defendant Oregon
> Health Authority, an agency of the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF ANIT K. JINDAL IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS, MOTION FOR SUMMARY JUDGMENT, AND MOTION TO STRIKE** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON, | |
| Defendants. | |

I, Anit K. Jindal, declare:

1.    I am an attorney with Markowitz Herbold PC, counsel of record for Oregon Health Authority, in the above-captioned matter.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

**Page 1 -    DECLARATION OF ANIT K. JINDAL IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS, MOTION FOR SUMMARY JUDGMENT, AND MOTION TO STRIKE**

2.     Attached to this declaration as Exhibit 1 is a true and correct copy of an excerpt from the Court's April 5, 2021 status conference in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 22, 2021.

_____
Anit Jindal, OSB #171085

1157744

**Page 2 -  DECLARATION OF ANIT K. JINDAL IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS, MOTION FOR SUMMARY JUDGMENT, AND MOTION TO STRIKE**