**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.co
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Anit Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

      Special Assistant Attorneys General for Defendant Oregon
      Health Authority, an agency of the State of Oregon
      [Additional Counsel of Record Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **NOTICE OF APPEARANCE OF ANIT JINDAL** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON, | |
| Defendants. | |

PLEASE BE ADVISED that Anit Jindal of Markowitz Herbold PC, hereby enters his appearance for defendant Oregon Health Authority ("OHA").  David B. Markowitz, Harry B. Wilson and Laura Salerno Owens remain as Special Assistant Attorneys General for defendant OHA.  Carla A. Scott also remains as counsel of record for defendant OHA.  Defendant Oregon Health Authority's attorney contact information is as follows:

      MARKOWITZ HERBOLD PC
      1455 SW Broadway, Suite 1900
      Portland, OR 97201
      Tel:  (503) 295-3085
      Fax:  (503) 323-9105

**Page 1 -   NOTICE OF APPEARANCE OF ANIT JINDAL**

DavidMarkowitz@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com
AnitJindal@MarkowitzHerbold.com

ELLEN ROSENBLUM, ATTORNEY GENERAL
Department of Justice
100 Market Street
Portland, OR  97201
Tel:  (971) 673-1880
Fax:  (971) 673-5000
carla.a.scott@doj.state.or.us

DATED this 2nd day of July, 2021.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:    *s/Anit Jindal*

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
Anit Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com
   *Special Assistant Attorneys General for
   Defendant Oregon Health Authority, an
   agency of the State of Oregon*

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us

   *Of Attorney for Defendant Oregon Health
   Authority, an agency of the State of Oregon*

1160478

**Page 2 -   NOTICE OF APPEARANCE OF ANIT JINDAL**