**Daniel P. Larsen,** OSB No. 943645
Email: dlarsen@buchalter.com
BUCHALTER ATER WYNNE
1331 NW Lovejoy Street, Suite 900
Portland, OR 97209-3280
Telephone: 503.226.1191

Attorney for Non-Party Intervenors
Columbia Pacific CCO, LLC and
Jackson Care Connect

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**OREGON HEALTH AUTHORITY,** an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>Defendants. | Case No. 6:18-cv-00296-MO<br><br>INTERVENOR-DEFENDANTS COLUMBIA PACIFIC CCO'S AND JACKSON CARE CONNECT'S MOTION TO WITHDRAW AS INTERVENORS |

**LR 7-1 COMPLIANCE**

Intervenors Columbia Pacific CCO, LLC ("CPC") and Jackson Care Connect ("JCC")

certify that they have conferred with the other parties regarding this motion. None of the parties

or other intervenor-defendants oppose CPC's and JCC's motion.

PAGE 1    MOTION TO WITHDRAW AS INTERVENORS

BN 46372342v1

**MOTION TO WITHDRAW**

CPC and JCC respectfully move to withdraw as intervenor-defendants from this case.

CPC and JCC, along with other CCOs, intervened in the state court action, *FamilyCare v. Oregon Health Authority*, Marion County Circuit Court Case No. 17CV09226 for the limited purpose of protecting certain confidential and proprietary information held by the Oregon Health Authority (OHA) and sought by FamilyCare.  Marion County Circuit Judge Armstrong allowed the parties to intervene for the limited purpose stated, and on November 1, 2017, entered a protective order (the "Protective Order").  Upon removal to federal court, the CCOs were entered as intervenor-defendants, and the Protective Order was left in place by Judge Mosman.

CPC and JCC's primary concern with the release of the documents and reason for seeking protection was to protect its ongoing business activities.  However, the age of the information sought by FamilyCare's subpoena, and the Court's June 16, 2021 Order on the Motion to Down-Designate AEO Documents (Dck 454) ameliorate CPC's and JCC's concerns.  Accordingly, CPC and JCC request to withdraw as intervenor-defendants.

DATED this 10th day of August, 2021.

BUCHALTER ATER WYNNE


By  s/ Daniel P. Larsen
       Daniel P. Larsen, OSB No. 943645
       Email:  dlarsen@buchalter.com
       Telephone: 503.226.1191
       Attorney for Non-Party Intervenors
       Columbia Pacific CCO, LLC and
       Jackson Care Connect


PAGE 2   MOTION TO WITHDRAW AS INTERVENORS

Buchalter Ater Wynne
1331 NW Lovejoy St, Ste. 900
Portland, OR  97209-3280
Telephone: 503.226.1191

BN 46372342v1