**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

      Special Assistant Attorneys General for Defendant Oregon
      Health Authority, an agency of the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF HARRY B. WILSON IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO COMPEL FAMILYCARE'S DISCOVERY RESPONSES AND MOTION FOR SANCTIONS** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON, | |
| Defendants. | |

I, Harry B. Wilson declare:

1.    I am an attorney with Markowitz Herbold PC, counsel of record for Oregon Health Authority ("OHA"), in the above-captioned matter.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

**Page 1 -  DECLARATION OF HARRY B. WILSON IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO COMPEL FAMILYCARE'S DISCOVERY RESPONSES AND MOTION FOR SANCTIONS**

2.    Attached to this declaration as Exhibit 1 is a true and correct copy of a letter my colleague Laura Salerno Owens sent to Amanda Beane, counsel for FamilyCare, dated July 11, 2018.

3.    Attached to this declaration as Exhibit 2 is a true and correct copy of an email exchange between my colleague Laura Salerno Owens and Matt Gordon, counsel for FamilyCare, dated July 12, 2018.

4.    Attached to this declaration as Exhibit 3 is a true and correct copy of an email exchange between myself and Mr. Gordon, dated July 17, 2018, and including earlier emails in the thread on other dates and with other individuals.

5.    On July 19, 2018, I conferred with FamilyCare's counsel by telephone regarding FamilyCare's production of text messages responsive to OHA's existing discovery requests.

6.    Attached to this declaration as Exhibit 4 is a true and correct copy of an email and attached letter that Matthew Kalmanson, attorney for Jeff Heatherington, sent to Brittany Simpson and Anna Joyce at my firm on April 13, 2018.

7.    Three of the five individuals identified in Ms. Beane's letter as sending unrecoverable text messages to Mr. Heatherington were FamilyCare custodians—Art Suchorzewski, Lisa Jones, and Bill Murray.  My firm is unable to locate the missing text messages from any of those custodians.

8.    Attached to this declaration as Exhibit 5 is a true and correct copy of FamilyCare, Inc.'s Responses and Objections to Defendant Oregon Health Authority's Eighth Requests for Production of Documents, served August 9, 2021.

9.    Attached to this declaration as Exhibit 6 is a true and correct copy of FamilyCare, Inc.'s Responses and Objections to Defendant Oregon Health Authority's First Requests for Admissions, served August 9, 2021.

10.    Attached to this declaration as Exhibit 7 is a true and correct copy of FamilyCare, Inc.'s Responses and Objections to Defendant Oregon Health Authority's Second Set of Interrogatories, served August 9, 2021.

**Page 2 -   DECLARATION OF HARRY B. WILSON IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO COMPEL FAMILYCARE'S DISCOVERY RESPONSES AND MOTION FOR SANCTIONS**

11.     Attached to this declaration as Exhibit 8 is a true and correct copy of Defendant Oregon Health Authority's First Requests for Admissions to Plaintiff FamilyCare, Inc., served July 9, 2021.

12.     Attached to this declaration as Exhibit 9 is a true and correct copy of Defendant Oregon Health Authority's Second Set of Interrogatories to Plaintiff FamilyCare, Inc., served July 9, 2021.

13.     Attached to this declaration as Exhibit 10 is a true and correct copy of Defendant Oregon Health Authority's Eighth Requests for Production of Documents to Plaintiff FamilyCare, Inc., served July 12, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 20, 2021.

*s/ Harry B. Wilson*
Harry B. Wilson, OSB #077214

1173501

**Page 3 -   DECLARATION OF HARRY B. WILSON IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION TO COMPEL FAMILYCARE'S DISCOVERY RESPONSES AND MOTION FOR SANCTIONS**