| From: | Gordon, Matthew P. (Perkins Coie) |
| --- | --- |
| To: | Laura Salerno Owens |
| Cc: | Renee Rothauge; Samuelson, Brian P. (Perkins Coie); Beane, Amanda J. (Perkins Coie); Brenner, Alletta S. (Perkins Coie); Harry Wilson; Hesterberg, Nicholas H. (Nick) (Perkins Coie) |
| Subject: | RE: FamilyCare v. OHA: follow-up from conferral call |
| Date: | Thursday, July 12, 2018 11:00:43 PM |

[adding others to the cc line]

Laura,

To be clear, I told you today that I was not prepared to discuss issues regarding OHA's text-message spoliation or FamilyCare's production of text messages because those issues were not identified beforehand as something that would be part of the conferral today. Specifically, I'm not aware of any communication in which you indicated that you wanted to confer today about either topic. (But If I missed something, please let me know.) To the contrary, your firm identified three *other* topics that you wanted to discuss today, and we were prepared to and did confer on each of them.

You mention letters dated July 9 and July 11. As you know, we wrote you two letters on July 9, one of which outlined several discovery issues and sought conferral by July 12, and the other of which discussed the spoliation issues. Your letter of July 11 about text messages made no mention of wanting to confer today on either OHA's spoliation or FamilyCare's production of text messages.

That being said, I take your email as a request to confer on the topics identified therein, and we are certainly willing to confer at a mutually agreeable time. It is, however, unhelpful for you to unilaterally choose a time without consulting with us beforehand. As you may know, our practice has been to ask you for times that work for you rather than simply setting a time and expecting you to make it. We would appreciate reciprocal courtesy. Unfortunately, the time you chose—Sunday at 4 pm—does not work for us. But as you know, Harry and I discussed having another conferral on Monday afternoon, and if Harry is willing, we would be willing to fold these issues into that conferral. Otherwise, please provide some times other than this weekend that will work for your team, and we'll find a time that works for both sides.

Also, in advance of the conferral, please explain what you mean when you say below: "Questions FamilyCare may have about the responses OHA has provided to its 30+ follow-up questions."

Thanks,
Matt

**Matthew Gordon** | **Perkins Coie LLP**
PARTNER
D. +1.206.359.3552
F. +1.206.359.4552
E. MGordon@perkinscoie.com

**From:** Laura Salerno Owens [mailto:laurasalerno@markowitzherbold.com]
**Sent:** Thursday, July 12, 2018 10:19 PM
**To:** Gordon, Matthew P. (SEA) <MGordon@perkinscoie.com>

**Cc:** Renee Rothauge <reneerothauge@markowitzherbold.com>
**Subject:** FamilyCare v. OHA: follow-up from conferral call

Matt,

I write to follow-up on our conferral call today. You stated that you were not prepared to discuss the issues your client raised in its July 9 letter, and the response OHA provided in its July 11 letter, but that you would forward our questions to your team. Because Renee is unavailable next week and already stepped out of a deposition preparation session for the call today, we are willing to make time this weekend to confer on this issue. We are available Sunday afternoon at 4 p.m. to confer. To facilitate a productive call, these are the issues we want to confer about:

- FamilyCare's process of preserving, collecting, and producing text messages from its custodians (particularly because we have no text messages after January 2018)
- What prejudice FamilyCare has suffered to support a sanction against OHA
- Questions FamilyCare may have about the responses OHA has provided to its 30+ follow-up questions

Let us know if you want us to circulate a call-in number.

Regards,
Laura

**Laura Salerno Owens** | Lawyer
**Markowitz Herbold PC**
1211 SW Fifth Avenue, Suite 3000 | Portland, OR  97204-3730
**T** (503) 295-3085 | [Web](Web)

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.