**From:** Matthew Kalmanson <MJK@hartwagner.com>
**Sent:** Friday, April 13, 2018 3:04 PM
**To:** Brittany M. Simpson
**Cc:** Florence Hoblitzell; Holly E. Pettit; Anna Joyce
**Subject:** Allen v. FamilyCare, 3:18-cv-00212; FamilyCare v. OHA and Allen, 6:18-cv-00296
**Attachments:** 0824_001.pdf

Brittany,

To supplement my letter from yesterday, attached please find a letter I received today from Doug Pahl. I will call you on Monday to discuss how we should proceed.

Have a nice weekend,

Matt

Matthew J. Kalmanson
Hart Wagner LLP
1000 SW Broadway, Suite 2000
Portland, Or 97205-3072
Office: (503) 222-4499
Fax: 503-222-2301
mjk@hartwagner.com

The message and attachments are confidential, privileged, and intended only for the use of the addressee. If you have received this e-mail and attachments, if any, in error, please immediately notify us and destroy all copies of the original message.

Ex. 4 - Wilson Decl.
Page 1 of 2

**PERKINSCOIE**

1120 NW Couch Street
10th Floor
Portland, OR 97209-4128

**T** +1.503.727.2000
**F** +1.503.727.2222
PerkinsCoie.com

April 13, 2018

Douglas R. Pahl
DPahl@perkinscoie.com
D. +1.503.727.2087
F. +1.503.346.2087

**VIA EMAIL ONLY -- MJK@HARTWAGNER.COM**

Matthew J. Kalmanson
Hart Wagner LLP
1000 SW Broadway Fl 20
Portland OR 97205

**Re:** **Confirmation of April 13, 2018 conferral regarding Oregon Health Authority subpoena to non-party Jeff Heatherington**

Dear Matt:

Thank you for taking time to discuss the overlapping discovery issues we are facing in the FamilyCare ("FamilyCare") litigation with the Oregon Health Authority ("OHA"), including our discussion this morning regarding the scope of FamilyCare's prior document collection and production from your client, Jeff Heatherington.

I can confirm that OHA identified Mr. Heatherington as a custodian in its document requests to FamilyCare, and FamilyCare extracted all potentially relevant documents in Mr. Heatheringon's possession, custody or control. This included retrieving documents from Mr. Heatherington's work email, personal email, and computer, as well as text messages from Mr. Heatherington's cell phone. FamilyCare turned these documents over to Perkins Coie for review and, as appropriate, production.

We have reviewed the subpoena to Mr. Heatherington and compared it against OHA's prior document requests to FamilyCare. We believe that FamilyCare has already searched for and produced all non-privileged documents responsive to OHA's FamilyCare-related requests in the Heatherington subpoena, including requests associated with FamilyCare Health Plans, Inc.

Please feel free to contact me if you have any further questions.

Very truly yours,

Douglas R. Pahl

DRP:MJM

139414282.1