**Stephen F. English** (OSB No. 730843)
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Heidee Stoller** (OSB No. 072835)
HStoller@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>    Defendants. | Case No. 6:18-cv-00296-MO<br><br>**PLAINTIFF FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT OREGON HEALTH AUTHORITY'S EIGHTH REQUEST FOR PRODUCTION OF DOCUMENTS** |

FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S EIGHT
REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 5 - Wilson Decl.
Page 1 of 18

Plaintiff FamilyCare, Inc. ("FamilyCare" or "Plaintiff"), by and through its attorneys Perkins Coie LLP, provides the following responses and objections to defendant Oregon Health Authority's ("OHA" or "Defendant") Eighth Request for Production of Documents (the "Requests").

## RESERVATION OF RIGHTS

1. Discovery closed in this case more than three years ago. The Requests seek new information that OHA did not seek in prior discovery requests, and OHA propounded the Requests without first moving the Court to re-open discovery or otherwise seeking leave to propound new discovery. FamilyCare therefore objects to the Requests as untimely and in violation of the Court's scheduling order, and makes these additional objections and responses herein (collectively, the "Responses") to preserve all objections to the Requests. By providing these Responses, FamilyCare does not waive and expressly reserves its objection to the Requests as untimely, and declines to provide documents in response to the Requests.

2. FamilyCare makes the Responses based on its interpretation and understanding of the Requests and based on its current knowledge, understanding and belief as to the facts and information available to it as of the date of the Responses. If OHA subsequently asserts an interpretation of any Request that differs from FamilyCare's understanding, FamilyCare reserves the right to modify its response. FamilyCare also reserves the right to complete its investigation and discovery of the facts, and to rely at trial or in other proceedings on documents and information in addition to the information provided herein, regardless of whether such information is newly discovered or newly in existence. However, the Responses shall not constitute an admission by FamilyCare that any of the Requests, any of the Responses, or any documents produced in connection therewith, are admissible as evidence in any trial or other proceeding. FamilyCare specifically reserves the right to object on any grounds, at any time, to the admission of any Response or any document produced in connection therewith in any such trial or other proceeding. Also, additional discovery and investigation may lead to additions to,

1- FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S EIGHT
REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

changes in, or modifications of these Responses. Therefore, these Responses are provided without prejudice to FamilyCare's right to revise, amend, correct, supplement, modify or clarify these Responses.

3. FamilyCare does not waive any objection made in these Responses, nor any claim of privilege, whether expressly asserted or not, by providing any information or identifying any document or thing in response to any Request. The inadvertent disclosure of such information, or the inadvertent identification or production of such a document, shall not constitute a waiver of any applicable privilege as to that information, that document or any other information or document identified or produced by FamilyCare. All objections as to privilege, immunity, relevance, authenticity, or admissibility of any information or documents referred to herein are expressly reserved.

4. The information set forth in these Responses is information available to FamilyCare as of the date of these Responses; however, FamilyCare may discover or develop additional materials or responses as this matter progresses.

## GENERAL OBJECTIONS

The following general objections are continuing in nature and incorporated into each of the individual answers below as if fully set forth therein. The general objections may be interposed for purposes of clarity in an answer to a particular Request, but the failure to state any general objection expressly in answers to a particular Request shall not be construed or taken as a waiver of the general objection.

1. FamilyCare objects to OHA's Requests on the grounds that discovery has closed, OHA propounded the Requests without first moving the Court to re-open discovery or otherwise seeking leave of Court to propound new discovery, and the Requests are therefore untimely and violate the Court's scheduling order.

2. FamilyCare objects to the Requests in their entirety and to each Request to the extent that they attempt to impose obligations upon FamilyCare that are inconsistent with or

2- FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S EIGHT
REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 3 of 18

greater than the obligations imposed by the Federal Rules of Civil Procedure or the Local Rules of the United States District Court for the District of Oregon.

3. FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information and/or documents FamilyCare is legally or contractually prohibited from providing.

4. FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information that is publicly available or that has been previously provided to OHA by FamilyCare and is, therefore, as easily accessible to OHA as it is to FamilyCare.

5. FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest privilege, the mediation privilege, and/or any other applicable doctrine of privilege or immunity.

6. FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they seek information not relevant to the claims or defenses of any party to this action or are not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefits.

7. FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that they call for information or documents that do not exist, that are not in FamilyCare's possession, custody, or control, or that are equally available to OHA.

8. FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent they are not tailored to the subject matter of this lawsuit, and/or are so overly broad as to be unduly burdensome or oppressive.

3- FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S EIGHT
REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 4 of 18

9. FamilyCare objects to OHA's Requests and the definitions and instructions contained therein to the extent that each is vague, ambiguous, overly broad, unduly burdensome, unreasonably cumulative or duplicative, or seek documents that are either irrelevant or not reasonably calculated to lead to the discovery of admissible evidence.

10. FamilyCare objects to the Requests to the extent they seek material containing trade secret, confidential, and/or proprietary information. FamilyCare further objects to the extent the Requests seek disclosure of information FamilyCare is prohibited by contract from disclosing without providing appropriate disclosure and/or ensuring confidentiality designations. The production of any such documents shall be subject to the protective order as agreed to by the parties and accepted by the Court.

11. FamilyCare objects to the date and location specified in the Requests for the production of documents, and will produce any responsive documents at a time and place as mutually agreed to by FamilyCare and OHA.

12. FamilyCare objects to the Definitions of "FamilyCare" and of "OHA" to the extent they include or exclude individuals or entities not otherwise identified in the "Definitions" found within FamilyCare's Requests for Production of Documents to Defendant Oregon Health Authority.

**OBJECTIONS TO INSTRUCTIONS AND DEFINITIONS**

1. FamilyCare objects to OHA's definitions on the grounds that they are overbroad, unduly burdensome, and purport to require FamilyCare to perform tasks beyond its obligations under the Federal Rules of Civil Procedure and the District of Oregon's Local Rules of Civil Procedure.

2. FamilyCare objects to the terms "Plaintiff," "You," "Your," or "FamilyCare" as overbroad, including to the extent that they are defined to include information covered by the attorney-client, work product, or any other applicable privilege.

4- FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S EIGHT
REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 5 of 18

3. FamilyCare objects to the term "Communications" or "communications" as overbroad, vague, and ambiguous, including but not limited to the extent that it is defined to include information covered by the attorney-client, work product, or any other applicable privilege.

4. FamilyCare objects to the extent "Electronically Stored Information" contemplates electronically stored information from sources that are unreasonably inaccessible because of undue burden or cost. FamilyCare further objects to the extent that the term contemplates disclosure of privileged information.

5. FamilyCare objects to the term "Chart," purportedly attached to the Requests as "Exhibit A," on the basis that the Requests were not accompanied by any exhibit or chart.

**SPECIFIC RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 230:**

All documents reviewed or relied upon in responding to Interrogatories Nos. 17-21.

**RESPONSE 230:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad, unduly burdensome, and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.

5- FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S EIGHT
REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 6 of 18

**REQUEST FOR PRODUCTION NO. 231:**

All documents, including but not limited to cellular service billing statements, reflecting the dates, times, senders, or recipients of text messages sent to or received by the mobile devices used by Jeff Heatherington, Artur Suchorzewski, Lisa Jones, and Bill Murray at any time for any work-related purpose (including mobile devices used for both work and personal purposes) from December 7, 2016 through July 1, 2018.

**RESPONSE 231:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad, unduly burdensome, and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.

**REQUEST FOR PRODUCTION NO. 232:**

All documents, including but not limited to metadata, related to any text messages that FamilyCare was unable to recover when searching for or collecting documents in connection with this Lawsuit. This request seeks documents related to text messages that FamilyCare was unable to recover regardless of whether FamilyCare believes the text messages are responsive to document requests or relevant to this Lawsuit.

**RESPONSE 232:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

6-   FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S EIGHT
REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 7 of 18

FamilyCare further objects to this request on the grounds that it is overbroad, unduly burdensome, and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.

**REQUEST FOR PRODUCTION NO. 233:**

All documents related to your efforts to preserve or collect all electronic communications for this Lawsuit.

**RESPONSE 233:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad, unduly burdensome, and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague ("your," "electronic communications") and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.

7- FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS TO OREGON HEALTH AUTHORITY'S EIGHT REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.

Page 8 of 18

**REQUEST FOR PRODUCTION NO. 234:**

All documents related to your efforts to recover any electronic communication discovered to be missing during your collection or review of documents in this Lawsuit.

**RESPONSE 234:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad, unduly burdensome, and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague ("your," "electronic communications," "discovered to be missing") and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.

**REQUEST FOR PRODUCTION NO. 235:**

All documents related to the destruction or deletion of electronic communications received or sent by any current or former employee of FamilyCare.

**RESPONSE 235:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad, unduly burdensome, and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague ("electronic communications")

8- FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S EIGHT
REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 9 of 18

and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.


**REQUEST FOR PRODUCTION NO. 236:**

All documents related to the text messages identified in the Chart.

**RESPONSE 236:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad, unduly burdensome, and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine. FamilyCare objects to the term "Chart," purportedly attached to the Requests as "Exhibit A," on the basis that the Requests were not accompanied by any exhibit or chart.

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.


9- FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS TO OREGON HEALTH AUTHORITY'S EIGHT REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 10 of 18

**REQUEST FOR PRODUCTION NO. 237:**

All documents related to your efforts to recover the text messages identified in the Chart. This request includes, but is not limited to, all documents related to your efforts to recover the text messages from all participants in the text messages identified in the Chart.

**RESPONSE 237:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad, unduly burdensome, and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague ("your") and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine. FamilyCare objects to the term "Chart," purportedly attached to the Requests as "Exhibit A," on the basis that the Requests were not accompanied by any exhibit or chart.

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.

**REQUEST FOR PRODUCTION NO. 238:**

All documents related to the metadata for any text messages that FamilyCare, Inc. has been unable to recover.

**RESPONSE 238:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad, unduly

10- FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S EIGHT
REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 11 of 18

burdensome, and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague ("related to the metadata") and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.

**REQUEST FOR PRODUCTION NO. 239:**

All documents related to the data extraction tool and the extraction method you used to extract and analyze data from any of Jeff Heatherington's mobile devices.

**RESPONSE 239:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad, unduly burdensome, and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague ("data extraction tool," "extraction method," "you") and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.

11- FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S EIGHT
REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 12 of 18

**REQUEST FOR PRODUCTION NO. 240:**

All extraction reports (in native Excel format) generated from the data extraction tool employed to extract and analyze data from any of Jeff Heatherington's mobile devices or any other mobile devices you applied it to.

**RESPONSE 240:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad, unduly burdensome, and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague ("data extraction tool," "you," "or any other mobile devices") and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.

**REQUEST FOR PRODUCTION NO. 241:**

All litigation hold notices issued to Jeff Heatherington, Bill Murray, Lisa Jones, or Artur Suchorzewski related to this Lawsuit.

**RESPONSE 241:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects to the extent this request seeks the production of any privileged documents, including without

12- FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS
 TO OREGON HEALTH AUTHORITY'S EIGHT
 REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 13 of 18

limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.

**REQUEST FOR PRODUCTION NO. 242:**

All documents created or relied upon by you to rule out missing text messages as nonresponsive to OHA discovery requests as described in Amanda Beane's September 24, 2018 letter to David Markowitz and Matt Levin.

**RESPONSE 242:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad, unduly burdensome, and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague ("you") and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.

**REQUEST FOR PRODUCTION NO. 243:**

All documents related to FamilyCare's document retention policies or data retention policies.

13- FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S EIGHT
REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 14 of 18

**RESPONSE 243:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad, unduly burdensome, and seeks documents that are not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and susceptible of varying interpretations and it is unclear what documents OHA actually seeks. FamilyCare further objects to the extent this request seeks the production of any privileged documents, including without limitation attorney-client communications and documents protected from disclosure by the attorney work product doctrine.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

14- FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS TO OREGON HEALTH AUTHORITY'S EIGHT REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 15 of 18

Based on the foregoing, FamilyCare declines to identify or produce documents responsive to this request at this time.

DATED:  August 9, 2021.

PERKINS COIE LLP

By:*/s/ Matthew P. Gordon*
   **Stephen F. English**, OSB No. 730843
   SEnglish@perkinscoie.com
   **Thomas R. Johnson** (OSB No. 010645)
   TRJohnson@perkinscoie.com
   **Heidee Stoller** (OSB No. 072835)
   HStoller@perkinscoie.com
   **Matthew J. Mertens** (OSB No. 146288)
   MMertens@perkinscoie.com
   **Sasha Petrova** (OSB No. 154008)
   SPetrova@perkinscoie.com
   PERKINS COIE LLP
   1120 N.W. Couch Street, Tenth Floor
   Portland, Oregon 97209-4128
   Telephone: 503.727.2000
   Facsimile:  503.727.2222

   **Matthew P. Gordon** (admitted *pro hac vice*)
   MGordon@perkinscoie.com
   **David B. Robbins** (OSB No. 070630)
   DRobbins@perkinscoie.com
   PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
   Seattle, Washington 98101-3099
   Telephone: 206.359.8000
   Facsimile:  206.359.9000

   *Attorneys for Plaintiff FamilyCare, Inc.*

15-  FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS
     TO OREGON HEALTH AUTHORITY'S EIGHT
     REQUEST FOR PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 5 - Wilson Decl.
Page 16 of 18

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF FAMILYCARE, INC.'S**

**RESPONSES AND OBJECTIONS TO DEFENDANT OREGON HEALTH**

**AUTHORITY'S EIGHTH REQUEST FOR PRODUCTION OF DOCUMENTS** on the

following:

David B. Markowitz
Harry B. Wilson
Laura Salerno Owens
MARKOWITZ HERBOLD PC
1455 SW Broadway, Ste. 1900
Portland, OR 97201
DavidMarkowitz@MarkowitzHerbold.com
HarryWilson@MarkowitzHerbold.com
LauraSalerno@MarkowitzHerbold.com

Attorneys for Defendant
*Oregon Health Authority*

Edwin A. Harnden
Chris Morgan
BARRAN LIEBMAN, LLP
601 SW 2nd Ave., Ste. 23000
Portland, OR 97204
eharnden@barran.com
smorgan@barran.com

Attorneys for Defendant
*Lynne Saxton*

Carla A. Scott
OREGON DEPARTMENT OF JUSTICE
100 SW Market St.
Portland, OR 97201
carla.a.scott@doj.state.or.us

Attorneys for Defendant
*Oregon Health Authority*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1-    CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 17 of 18

to be sent by the following indicated method or methods, on the date set forth below:

☐ by **sending via the court's electronic filing system**

☒ by **email**

☒ by **mail**

☐ by **hand delivery**

DATED: August 9, 2021.

**PERKINS COIE LLP**

By:*/s/ Matthew P. Gordon*
   **Stephen F. English**, OSB No. 730843
   SEnglish@perkinscoie.com
   **Thomas R. Johnson** (OSB No. 010645)
   TRJohnson@perkinscoie.com
   **Heidee Stoller** (OSB No. 072835)
   HStoller@perkinscoie.com
   **Matthew J. Mertens** (OSB No. 146288)
   MMertens@perkinscoie.com
   **Sasha Petrova** (OSB No. 154008)
   SPetrova@perkinscoie.com
   PERKINS COIE LLP
   1120 N.W. Couch Street, Tenth Floor
   Portland, Oregon 97209-4128
   Telephone: 503.727.2000
   Facsimile: 503.727.2222

   **Matthew P. Gordon** (admitted *pro hac vice*)
   MGordon@perkinscoie.com
   **David B. Robbins** (OSB No. 070630)
   DRobbins@perkinscoie.com
   PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
   Seattle, Washington 98101-3099
   Telephone: 206.359.8000
   Facsimile: 206.359.9000

   *Attorneys for Plaintiff FamilyCare, Inc.*

2- CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 5 - Wilson Decl.
Page 18 of 18