**Stephen F. English** (OSB No. 730843)
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Heidee Stoller** (OSB No. 072835)
HStoller@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>          Defendants. | Case No. 6:18-cv-00296-MO<br><br>**PLAINTIFF FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT OREGON HEALTH AUTHORITY'S FIRST REQUESTS FOR ADMISSIONS** |

FAMILYCARE'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S FIRST
153206341.3    REQUESTS FOR ADMISSIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 6 - Wilson Decl.
Page 1 of 15

Plaintiff FamilyCare, Inc. ("FamilyCare" or "Plaintiff"), by and through its attorneys Perkins Coie LLP, provides the following responses and objections to defendant Oregon Health Authority's ("OHA" or "Defendant") First Requests for Admissions (the "Requests").

**RESERVATION OF RIGHTS**

1. Discovery closed in this case more than three years ago. The Requests seek new information that OHA did not seek in prior discovery requests, and OHA propounded the Requests without first moving the Court to re-open discovery or otherwise seeking leave to propound new discovery. FamilyCare therefore objects to the Requests as untimely and in violation of the Court's scheduling order, and makes these additional objections and responses herein (collectively, the "Responses") to preserve all objections to the Requests. By providing these Responses, FamilyCare does not waive and expressly reserves its objection to the Requests as untimely, and declines to provide the information sought by the Requests.

2. FamilyCare makes the Responses based on its interpretation and understanding of the Requests and based on its current knowledge, understanding and belief as to the facts and information available to it as of the date of the Responses. If OHA subsequently asserts an interpretation of any Request that differs from FamilyCare's understanding, FamilyCare reserves the right to modify its response. FamilyCare also reserves the right to complete its investigation and discovery of the facts, and to rely at trial or in other proceedings on documents and information in addition to the information provided herein, regardless of whether such information is newly discovered or newly in existence. However, the Responses shall not constitute an admission by FamilyCare that any of the Requests, any of the Responses, are admissible as evidence in any trial or other proceeding. FamilyCare specifically reserves the right to object on any grounds, at any time, to the admission of any Response or any document produced in connection therewith in any such trial or other proceeding. Also, additional investigation may lead to additions to, changes in, or modifications of these Responses.

1- FAMILYCARE'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S FIRST
REQUESTS FOR ADMISSIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 6 - Wilson Decl.
Page 2 of 15

Therefore, these Responses are provided without prejudice to FamilyCare's right to revise, amend, correct, supplement, modify or clarify these Responses.

3. FamilyCare does not waive any objection made in these Responses, nor any claim of privilege, whether expressly asserted or not, by providing any information or identifying any document or thing in response to any Request. The inadvertent disclosure of such information, or the inadvertent identification or production of such a document, shall not constitute a waiver of any applicable privilege as to that information, that document or any other information or document identified or produced by FamilyCare. All objections as to privilege, immunity, relevance, authenticity, or admissibility of any information or documents referred to herein are expressly reserved.

4. The information set forth in these Responses is information available to FamilyCare as of the date of these Responses. However, FamilyCare may discover or develop additional materials or responses as this matter progresses.

## **GENERAL OBJECTIONS**

The following general objections are continuing in nature and incorporated into each of the individual Responses below as if fully set forth therein. The general objections may be interposed for purposes of clarity in an answer to a particular Request, but the failure to state any general objection expressly in answers to a particular Request shall not be construed or taken as a waiver of the general objection.

1. FamilyCare objects to OHA's Requests on the grounds that discovery has closed, OHA propounded the Requests without first moving the Court to re-open discovery or otherwise seeking leave of Court to propound new discovery, and the Requests are therefore untimely and violate the Court's scheduling order.

2. FamilyCare objects to the Requests in their entirety and to each Request to the extent that the information sought is protected from discovery by the attorney-client privilege or

2- FAMILYCARE'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S FIRST
REQUESTS FOR ADMISSIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 6 - Wilson Decl.

Page 3 of 15

the work product doctrine or would disclose the mental impressions, conclusions, opinions, or legal theories of counsel and, as such, is protected from discovery.

3. FamilyCare objects to the Requests in their entirety and to each Request to the extent that they attempt to impose obligations upon FamilyCare that are inconsistent with or greater than the obligations imposed by the Federal Rules of Civil Procedure or the Local Rules of the United States District Court for the District of Oregon.

4. FamilyCare objects to the Requests in their entirety and to each request to the extent that they purport to require the disclosure of information that is neither relevant to any claims or defenses asserted in this action nor reasonably calculated to lead to the discovery of admissible evidence.

5. FamilyCare objects to the Requests in their entirety and to each request to the extent that they seek an admission as to a question of law or an ultimate issue of fact and law at issue in the case.

6. The following Responses are based on information presently known or readily obtainable by FamilyCare, and FamilyCare reserves the right to supplement its Responses to the below Requests.

7. By responding to the Requests, FamilyCare does not in any way waive or intend to waive, but instead intends to preserve, all objections as to the competency, relevancy, materiality, and admissibility of the Responses.

<u>**OBJECTIONS TO INSTRUCTIONS AND DEFINITIONS**</u>

1. FamilyCare objects to OHA's definitions on the grounds that they are overbroad, unduly burdensome, and purport to require FamilyCare to perform tasks beyond its obligations under the Federal Rules of Civil Procedure and the District of Oregon's Local Rules of Civil Procedure.

3- FAMILYCARE'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S FIRST
REQUESTS FOR ADMISSIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 6 - Wilson Decl.

Page 4 of 15

2.	FamilyCare objects to the terms "Plaintiff," "You," "Your," and "FamilyCare" as overbroad, including to the extent that they are defined to include information covered by the attorney-client, work product, or any other applicable privilege.

3.	FamilyCare objects to the term "Communications" or "communications" as overbroad, vague, and ambiguous, including but not limited to the extent that it is defined to include information covered by the attorney-client, work product, or any other applicable privilege.

4.	FamilyCare objects to the term "Chart," purportedly attached to the Requests as "Exhibit A," on the basis that the Requests were not accompanied by any exhibit or chart.

5.	FamilyCare objects to the term "Text message" as overbroad, including to the extent that it is defined to include all communications through internet-based applications.

## SPECIFIC RESPONSES AND OBJECTIONS TO REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**

Admit that Jeff Heatherington deleted one or more text messages after December 7, 2016.

**RESPONSE 1:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action.

**REQUEST FOR ADMISSION NO. 2:**

Admit that Jeff Heatherington deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016.

**RESPONSE 2:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

4-	FAMILYCARE'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S FIRST
REQUESTS FOR ADMISSIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 6 - Wilson Decl.
Page 5 of 15

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and ambiguous as to the phrase "Could be related to the allegations in the Lawsuit," which is susceptible to varying interpretations.

**REQUEST FOR ADMISSION NO. 3:**

Admit that Jeff Heatherington deleted one or more text messages that Could be related to the allegations in the Lawsuit after being notified that he should preserve communications relevant to the parties' dispute regarding the 2017 Medicaid capitation rates.

**RESPONSE 3:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and ambiguous as to the phrases "Could be related to the allegations in the Lawsuit" and "relevant to the parties' dispute," which are susceptible to varying interpretations. FamilyCare further objects to the extent this request seeks the disclosure of information protected from discovery by the attorney-client privilege.

**REQUEST FOR ADMISSION NO. 4:**

Admit that Jeff Heatherington deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016 that can no longer be recovered.

**RESPONSE 4:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new

5- FAMILYCARE'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S FIRST
REQUESTS FOR ADMISSIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 6 - Wilson Decl.

Page 6 of 15

discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and ambiguous as to the phrase "Could be related to the allegations in the Lawsuit," which is susceptible to varying interpretations.

**REQUEST FOR ADMISSION NO. 5:**

Admit that Lisa Jones deleted one or more text messages after December 7, 2016.

**RESPONSE 5:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action.

**REQUEST FOR ADMISSION NO. 6:**

Admit that Lisa Jones deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016.

**RESPONSE 6:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and ambiguous as to the phrase "Could be related to the allegations in the Lawsuit," which is susceptible to varying interpretations.

6- FAMILYCARE'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S FIRST
REQUESTS FOR ADMISSIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 6 - Wilson Decl.
Page 7 of 15

**REQUEST FOR ADMISSION NO. 7:**

Admit that Lisa Jones deleted one or more text messages that Could be related to the allegations in the Lawsuit after being notified that she should preserve communications relevant to the patties' dispute regarding the 2017 Medicaid capitation rates.

**RESPONSE 7:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and ambiguous as to the phrases "Could be related to the allegations in the Lawsuit" and "relevant to the parties' dispute," which are susceptible to varying interpretations. FamilyCare further objects to the extent this request seeks the disclosure of information protected from discovery by the attorney-client privilege.

**REQUEST FOR ADMISSION NO. 8:**

Admit that Lisa Jones deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016 that can no longer be recovered.

**RESPONSE 8:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and ambiguous as to the phrase "Could be related to the allegations in the Lawsuit," which is susceptible to varying interpretations.

7- FAMILYCARE'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S FIRST
REQUESTS FOR ADMISSIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 6 - Wilson Decl.
Page 8 of 15

**REQUEST FOR ADMISSION NO. 9:**

Admit that Artur Suchorzewski deleted one or more text messages after December 7, 2016.

**RESPONSE 9:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action.

**REQUEST FOR ADMISSION NO. 10:**

Admit that Artur Suchorzewski deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016.

**RESPONSE 10:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and ambiguous as to the phrase "Could be related to the allegations in the Lawsuit," which is susceptible to varying interpretations.

**REQUEST FOR ADMISSION NO. 11:**

Admit that Artur Suchorzewski deleted one or more text messages that Could be related to the allegations in the Lawsuit after being notified that he should preserve communications relevant to the parties' dispute regarding the 2017 Medicaid capitation rates.

8- FAMILYCARE'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S FIRST
REQUESTS FOR ADMISSIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 6 - Wilson Decl.
Page 9 of 15

**RESPONSE 11:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and ambiguous as to the phrases "Could be related to the allegations in the Lawsuit" and "relevant to the parties' dispute," which are susceptible to varying interpretations. FamilyCare further objects to the extent this request seeks the disclosure of information protected from discovery by the attorney-client privilege.

**REQUEST FOR ADMISSION NO. 12:**

Admit that Artur Suchorzewski deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016 that can no longer be recovered.

**RESPONSE 12:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and ambiguous as to the phrase "Could be related to the allegations in the Lawsuit," which is susceptible to varying interpretations.

**REQUEST FOR ADMISSION NO. 13:**

Admit that Bill Murray deleted one or more text messages after December 7, 2016.

9- FAMILYCARE'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S FIRST
REQUESTS FOR ADMISSIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

<u>**RESPONSE 13:**</u>

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action.

**REQUEST FOR ADMISSION NO. 14:**

Admit that Bill Murray deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016.

<u>**RESPONSE 14:**</u>

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and ambiguous as to the phrase "Could be related to the allegations in the Lawsuit," which is susceptible to varying interpretations.

**REQUEST FOR ADMISSION NO. 15:**

Admit that Bill Murray deleted one or more text messages that Could be related to the allegations in the Lawsuit after being notified that he should preserve communications relevant to the parties' dispute regarding the 2017 Medicaid capitation rates.

<u>**RESPONSE 15:**</u>

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this request on the grounds that it is overbroad as to scope

10- FAMILYCARE'S RESPONSES AND OBJECTIONS
TO OREGON HEALTH AUTHORITY'S FIRST
REQUESTS FOR ADMISSIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 6 - Wilson Decl.
Page 11 of 15

and time and seeks information that is not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and ambiguous as to the phrases "Could be related to the allegations in the Lawsuit" and "relevant to the parties' dispute," which are susceptible to varying interpretations. FamilyCare further objects to the extent this request seeks the disclosure of information protected from discovery by the attorney-client privilege.

**REQUEST FOR ADMISSION NO. 16:**

Admit that Bill Murray deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016 that can no longer be recovered.

**RESPONSE 16:**

FamilyCare objects to this request on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

11- FAMILYCARE'S RESPONSES AND OBJECTIONS TO OREGON HEALTH AUTHORITY'S FIRST REQUESTS FOR ADMISSIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 6 - Wilson Decl.
Page 12 of 15

FamilyCare further objects to this request on the grounds that it is overbroad as to scope and time and seeks information that is not relevant to the claims or defenses in this action. FamilyCare also objects on the grounds that this request is vague and ambiguous as to the phrase "Could be related to the allegations in the Lawsuit," which is susceptible to varying interpretations.

DATED:  August 9, 2021.

**PERKINS COIE LLP**

By: */s/ Matthew P. Gordon*
    **Stephen F. English**, OSB No. 730843
    SEnglish@perkinscoie.com
    **Thomas R. Johnson** (OSB No. 010645)
    TRJohnson@perkinscoie.com
    **Heidee Stoller** (OSB No. 072835)
    HStoller@perkinscoie.com
    **Matthew J. Mertens** (OSB No. 146288)
    MMertens@perkinscoie.com
    **Sasha Petrova** (OSB No. 154008)
    SPetrova@perkinscoie.com
    PERKINS COIE LLP
    1120 N.W. Couch Street, Tenth Floor
    Portland, Oregon 97209-4128
    Telephone: 503.727.2000
    Facsimile:  503.727.2222

    **Matthew P. Gordon** (admitted *pro hac vice*)
    MGordon@perkinscoie.com
    **David B. Robbins** (OSB No. 070630)
    DRobbins@perkinscoie.com
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: 206.359.8000
    Facsimile:  206.359.9000

    *Attorneys for Plaintiff FamilyCare, Inc.*

12- FAMILYCARE'S RESPONSES AND OBJECTIONS
    TO OREGON HEALTH AUTHORITY'S FIRST
    REQUESTS FOR ADMISSIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 6 - Wilson Decl.
Page 13 of 15

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **PLAINTIFF FAMILYCARE, INC.'S**

**RESPONSES AND OBJECTIONS TO DEFENDANT OREGON HEALTH**

**AUTHORITY'S FIRST REQUESTS FOR ADMISSIONS** on the following:

| | |
|---|---|
| David B. Markowitz<br>Harry B. Wilson<br>Laura Salerno Owens<br>MARKOWITZ HERBOLD PC<br>1455 SW Broadway, Ste. 1900<br>Portland, OR 97201<br>DavidMarkowitz@MarkowitzHerbold.com<br>HarryWilson@MarkowitzHerbold.com<br>LauraSalerno@MarkowitzHerbold.com | Carla A. Scott<br>OREGON DEPARTMENT OF JUSTICE<br>100 SW Market St.<br>Portland, OR 97201<br>carla.a.scott@doj.state.or.us |
| Attorneys for Defendant<br>*Oregon Health Authority* | Attorneys for Defendant<br>*Oregon Health Authority* |

Edwin A. Harnden
Chris Morgan
BARRAN LIEBMAN, LLP
601 SW 2nd Ave., Ste. 23000
Portland, OR 97204
eharnden@barran.com
smorgan@barran.com

Attorneys for Defendant
*Lynne Saxton*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1- CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

to be sent by the following indicated method or methods, on the date set forth below:

☐ by **sending via the court's electronic filing system**

☒ by **email**

☒ by **mail**

☐ by **hand delivery**

DATED:  August 9, 2021.

**PERKINS COIE LLP**

By: */s/ Matthew P. Gordon*

**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Heidee Stoller** (OSB No. 072835)
HStoller@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

2- CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 6 - Wilson Decl.
Page 15 of 15