**Stephen F. English** (OSB No. 730843)
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Heidee Stoller** (OSB No. 072835)
HStoller@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**, <br><br> Defendants. | Case No. 6:18-cv-00296-MO <br><br> **PLAINTIFF FAMILYCARE, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT OREGON HEALTH AUTHORITY'S SECOND SET OF INTERROGATORIES** |

FAMILYCARE, INC.'S RESPONSES AND
OBJECTIONS TO OREGON HEALTH AUTHORITY'S
SECOND SET OF INTERROGATORIES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 7 - Wilson Decl.
Page 1 of 11

Plaintiff FamilyCare, Inc. ("FamilyCare" or "Plaintiff"), by and through its attorneys Perkins Coie LLP, provides the following responses and objections to defendant Oregon Health Authority's ("OHA" or "Defendant") Second Set of Interrogatories (the "Interrogatories").

## RESERVATION OF RIGHTS

1. Discovery closed in this case more than three years ago. The Interrogatories seek new information that OHA did not seek in prior discovery requests, and OHA propounded the Interrogatories without first moving the Court to re-open discovery or otherwise seeking leave to propound new discovery. FamilyCare therefore objects to the Interrogatories as untimely and in violation of the Court's scheduling order, and makes these additional objections and responses herein (collectively, the "Responses") to preserve all objections to the Interrogatories. By providing these Responses, FamilyCare does not waive and expressly reserves its objection to the Interrogatories as untimely, and declines to provide the information sought by the Interrogatories.

2. FamilyCare makes the Responses based on its interpretation and understanding of the Interrogatories and based on its current knowledge, understanding and belief as to the facts and information available to it as of the date of the Responses. If OHA subsequently asserts an interpretation of any Interrogatory that differs from FamilyCare's understanding, FamilyCare reserves the right to modify its response. FamilyCare also reserves the right to complete its investigation and discovery of the facts, and to rely at trial or in other proceedings on documents and information in addition to the information provided herein, regardless of whether such information is newly discovered or newly in existence. However, the Responses shall not constitute an admission by FamilyCare that any of the Interrogatories, any of the Responses, or any information produced in connection therewith, are admissible as evidence in any trial or other proceeding. FamilyCare specifically reserves the right to object on any grounds, at any time, to the admission of any Response in any such trial or other proceeding. Also, additional discovery and investigation may lead to additions to, changes in, or modifications of these

1- FAMILYCARE, INC.'S RESPONSES AND
OBJECTIONS TO OREGON HEALTH AUTHORITY'S
SECOND SET OF INTERROGATORIES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 7 - Wilson Decl.
Page 2 of 11

Responses. Therefore, these Responses are provided without prejudice to FamilyCare's right to revise, amend, correct, supplement, modify or clarify these Responses.

3.  FamilyCare does not waive any objection made in these Responses, nor any claim of privilege, whether expressly asserted or not, by providing any information or identifying any document or thing in response to any Interrogatory. The inadvertent disclosure of such information, or the inadvertent identification or production of such a document, shall not constitute a waiver of any applicable privilege as to that information, that document or any other information or document identified or produced by FamilyCare. All objections as to privilege, immunity, relevance, authenticity, or admissibility of any information or documents referred to herein are expressly reserved.

4.  The information set forth in these Responses is information available to FamilyCare as of the date of these Responses. However, FamilyCare may discover or develop additional materials or responses as this matter progresses.  FamilyCare reserves the right to supplement these responses and/or to produce subsequently discovered evidence relevant to these responses.

### GENERAL OBJECTIONS

FamilyCare expressly incorporates the following general objections as though set forth fully in response to each of the Interrogatories, as well as the Definitions and Instructions, and to the extent that they are not raised in any particular response, FamilyCare does not waive these objections. By making a specific objection to a particular Interrogatory, FamilyCare does not imply that the specific objection is not applicable in response to any other Interrogatory, nor that the general objections are not applicable to that Interrogatory. FamilyCare's objections and responses do not constitute an admission by FamilyCare of the relevance, materiality, or admissibility into evidence of the subject matter, documents, or facts contained or referred to in any Interrogatory or in FamilyCare's response.

2- FAMILYCARE, INC.'S RESPONSES AND
OBJECTIONS TO OREGON HEALTH AUTHORITY'S
SECOND SET OF INTERROGATORIES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Ex. 7 - Wilson Decl.

Page 3 of 11

1. FamilyCare objects to the Interrogatories on the grounds that discovery has closed, OHA propounded the Interrogatories without first moving the Court to re-open discovery or otherwise seeking leave of Court to propound new discovery, and the Interrogatories are therefore untimely and violate the Court's scheduling order.

2. FamilyCare objects to the Interrogatories to the extent that they purport to impose obligations broader than those imposed by the Federal Rules of Civil Procedure or the Local Rules of the Court.

3. FamilyCare objects to the Interrogatories to the extent they call upon FamilyCare to investigate, collect, and disclose information or documents that are not relevant to the claims or defenses of either party or the subject matter of this litigation, or that is not proportional to the needs of the case

4. FamilyCare objects to the Interrogatories to the extent they seek information not in FamilyCare's possession, custody, or control and to the extent they seek information from entities other than the FamilyCare entity named as a party in this action.

5. FamilyCare objects to the definition of "Plaintiff," "you," "your," or "FamilyCare" and to all requests incorporating this definition insofar as it is unduly broad and purports to impose burdens or requirements upon FamilyCare that exceed those permitted by the Federal Rules of Civil Procedure. In particular, FamilyCare objects insofar as the definition purports to require FamilyCare to respond on behalf of persons other than FamilyCare, Inc. and/or to furnish information not in FamilyCare's possession, custody, or control. FamilyCare's responses to these Interrogatories are made on behalf of FamilyCare, Inc. and are based on information within FamilyCare's possession, custody, or control.

6. FamilyCare objects to the Interrogatories to the extent they seek information that can equally or more readily, conveniently, and in a less burdensome fashion be obtained by OHA from others.

3- FAMILYCARE, INC.'S RESPONSES AND
OBJECTIONS TO OREGON HEALTH AUTHORITY'S
SECOND SET OF INTERROGATORIES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 7 - Wilson Decl.
Page 4 of 11

7. FamilyCare objects to the Interrogatories to the extent they seek information that FamilyCare is legally or contractually prohibited from disclosing.

8. FamilyCare objects to the Interrogatories to the extent that they call for speculation or call for a conclusion on an issue of law.

9. FamilyCare objects to the Interrogatories to the extent they are vague, ambiguous, confusing, overbroad, duplicative, unduly burdensome or fail to define necessary terms.

10. FamilyCare objects to the Interrogatories to the extent that they call for information protected from disclosure by the attorney-client privilege, work-product immunity or any other applicable privilege or immunity. Any information disclosed pursuant to the Interrogatories will be disclosed without waiving, but on the contrary reserving and intending to reserve, each of these privileges, protections, or immunities. Any accidental disclosure of privileged information or material shall not be deemed a waiver of the applicable privilege, protection, or immunity.

## OBJECTIONS TO INSTRUCTIONS AND DEFINITIONS

1. FamilyCare objects to the terms "Plaintiff," "you" and "your" as vague, ambiguous, and overbroad, including to the extent that they are defined to include information covered by the attorney-client, work product, or any other applicable privilege.

2. FamilyCare objects to the term "Communications" as overbroad, vague, and ambiguous, including but not limited to the extent that it is defined to include information covered by the attorney-client, work product, or any other applicable privilege.

3. FamilyCare objects to the term "Text message" as overbroad, including to the extent that it is defined to include all communications through internet-based applications.

## SPECIFIC RESPONSES AND OBJECTIONS TO INTERROGATORIES

**INTERROGATORY NO. 17:**

Identify all mobile devices (including personal devices if they were ever, at any time, used for purposes related to work or the subjects of this litigation) that Jeff Heatherington had or

4- FAMILYCARE, INC.'S RESPONSES AND
OBJECTIONS TO OREGON HEALTH AUTHORITY'S
SECOND SET OF INTERROGATORIES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 7 - Wilson Decl.
Page 5 of 11

used from December 7, 2016 to the present, including the associated phone number(s), manufacturer, operating system, model number, serial number, and cellular network provider.

**RESPONSE 17:**

FamilyCare objects to this Interrogatory on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this Interrogatory as overbroad and unduly burdensome in that it does not seek information relevant to any claim or defense in the litigation and is not proportional to the needs of the case. FamilyCare also objects that the terms "personal devices," "for purposes related to work," and "the subjects of this litigation" are vague and ambiguous.


**INTERROGATORY NO. 18:**

For each mobile device identified in your answer to Interrogatory No. 17, state whether data on the mobile device has been collected for this litigation, including through imaging of the mobile device, or use of a data extraction tool and, if so, when such collection, imaging, or extraction occurred.

**RESPONSE 18:**

FamilyCare objects to this Interrogatory on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this Interrogatory as overbroad and unduly burdensome in that it does not seek information relevant to any claim or defense in the litigation and is not proportional to the needs of the case. FamilyCare also objects that the term "data extraction tool" is vague and ambiguous. FamilyCare further objects insofar as this Interrogatory purports to require the disclosure of information protected by attorney-client privilege or work product protection.

5- FAMILYCARE, INC.'S RESPONSES AND
OBJECTIONS TO OREGON HEALTH AUTHORITY'S
SECOND SET OF INTERROGATORIES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

**INTERROGATORY NO. 19:**

For each mobile device identified in your answer to Interrogatory No. 17, identify each and every text message that FamilyCare, Inc. has been unable to recover from December 7, 2016 to the present, including without limitation the date, time, participants, telephone numbers or addresses, and subject (if know) of each unrecoverable text message. This interrogatory seeks identification of unrecoverable text messages regardless of whether FamilyCare believes that the text messages are responsive to document requests or relevant to this litigation.

**RESPONSE 19:**

FamilyCare objects to this Interrogatory on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

FamilyCare further objects to this Interrogatory as overbroad and unduly burdensome in that it does not seek information relevant to any claim or defense in the litigation and is not proportional to the needs of the case. FamilyCare also objects to this Interrogatory to the extent it seeks information that has already been provided to OHA. FamilyCare further objects insofar as this Interrogatory purports to require the disclosure of information protected by attorney-client privilege or work product protection.


**INTERROGATORY NO. 20:**

For each text message that you identified in response to Interrogatory No. 19 ("Unrecoverable Messages") explain in detail why the message is not recoverable, including what happened to the text message (*i.e.* whether it was deleted by every person who was a sender or recipient of the message or destroyed through some other means), what efforts FamilyCare undertook to recover the text message, and why the text message is not recoverable.

**RESPONSE 20:**

FamilyCare objects to this Interrogatory on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

6- FAMILYCARE, INC.'S RESPONSES AND
OBJECTIONS TO OREGON HEALTH AUTHORITY'S
SECOND SET OF INTERROGATORIES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 7 - Wilson Decl.
Page 7 of 11

FamilyCare further objects to this Interrogatory as overbroad and unduly burdensome in that it does not seek information relevant to any claim or defense in the litigation and is not proportional to the needs of the case. FamilyCare also objects to this Interrogatory to the extent it seeks information that has already been provided to OHA. FamilyCare further objects insofar as this Interrogatory purports to require the disclosure of information protected by attorney-client privilege or work product protection.

**INTERROGATORY NO. 21:**

Identify each and every custodian from whom FamilyCare is unable to recover any text messages, including the number of text messages from that custodian that FamilyCare is unable to recover, the phone number(s) associated with the custodian's mobile device that sent or received the message(s) FamilyCare cannot recover, and any metadata associated with the message(s) that FamilyCare cannot recover, including the . sender, recipient, date, and time.

**RESPONSE 21:**

FamilyCare objects to this Interrogatory on the grounds that it is untimely because it seeks new discovery years after discovery closed in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7- FAMILYCARE, INC.'S RESPONSES AND
OBJECTIONS TO OREGON HEALTH AUTHORITY'S
SECOND SET OF INTERROGATORIES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 7 - Wilson Decl.
Page 8 of 11

FamilyCare further objects to this Interrogatory as overbroad and unduly burdensome in that it does not seek information relevant to any claim or defense in the litigation and is not proportional to the needs of the case. FamilyCare also objects to this Interrogatory to the extent it seeks information that has already been provided to OHA. FamilyCare also objects that the term "custodian" is vague and ambiguous. FamilyCare further objects insofar as this Interrogatory purports to require the disclosure of information protected by attorney-client privilege or work product protection.

DATED: August 9, 2021.

PERKINS COIE LLP

By: */s/ Matthew P. Gordon*
    **Stephen F. English**, OSB No. 730843
    SEnglish@perkinscoie.com
    **Thomas R. Johnson** (OSB No. 010645)
    TRJohnson@perkinscoie.com
    **Heidee Stoller** (OSB No. 072835)
    HStoller@perkinscoie.com
    **Matthew J. Mertens** (OSB No. 146288)
    MMertens@perkinscoie.com
    **Sasha Petrova** (OSB No. 154008)
    SPetrova@perkinscoie.com
    PERKINS COIE LLP
    1120 N.W. Couch Street, Tenth Floor
    Portland, Oregon 97209-4128
    Telephone: 503.727.2000
    Facsimile: 503.727.2222

    **Matthew P. Gordon** (admitted *pro hac vice*)
    MGordon@perkinscoie.com
    **David B. Robbins** (OSB No. 070630)
    DRobbins@perkinscoie.com
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000

    *Attorneys for Plaintiff FamilyCare, Inc.*

8- FAMILYCARE, INC.'S RESPONSES AND
    OBJECTIONS TO OREGON HEALTH AUTHORITY'S
    SECOND SET OF INTERROGATORIES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 7 - Wilson Decl.
Page 9 of 11

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **PLAINTIFF FAMILYCARE, INC.'S**

**RESPONSES AND OBJECTIONS TO DEFENDANT OREGON HEALTH**

**AUTHORITY'S SECOND SET OF INTERROGATORIES** on the following:

| | |
|---|---|
| David B. Markowitz<br>Harry B. Wilson<br>Laura Salerno Owens<br>MARKOWITZ HERBOLD PC<br>1455 SW Broadway, Ste. 1900<br>Portland, OR 97201<br>DavidMarkowitz@MarkowitzHerbold.com<br>HarryWilson@MarkowitzHerbold.com<br>LauraSalerno@MarkowitzHerbold.com | Carla A. Scott<br>OREGON DEPARTMENT OF JUSTICE<br>100 SW Market St.<br>Portland, OR 97201<br>carla.a.scott@doj.state.or.us |
| Attorneys for Defendant<br>*Oregon Health Authority* | Attorneys for Defendant<br>*Oregon Health Authority* |

Edwin A. Harnden
Chris Morgan
BARRAN LIEBMAN, LLP
601 SW 2nd Ave., Ste. 23000
Portland, OR 97204
eharnden@barran.com
smorgan@barran.com

Attorneys for Defendant
*Lynne Saxton*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1-  CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 7 - Wilson Decl.
Page 10 of 11

to be sent by the following indicated method or methods, on the date set forth below:

| | |
|---|---|
| ☐ | by **sending via the court's electronic filing system** |
| X | by **email** |
| X | by **mail** |
| ☐ | by **hand delivery** |

DATED: August 9, 2021.

**PERKINS COIE LLP**

By: */s/ Matthew P. Gordon*

**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Heidee Stoller** (OSB No. 072835)
HStoller@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

2- CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Ex. 7 - Wilson Decl.
Page 11 of 11