**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.co
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Tele: (503) 295-3085
Fax: (503) 323-9105

Special Assistant Attorneys General for Defendant Oregon
Health Authority, an agency of the State of Oregon
Additional Counsel of Record Listed on Signature Page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DEFENDANT OREGON HEALTH AUTHORITY'S FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFF FAMILYCARE, INC.** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON, | |
| Defendants. | |

**TO:    PLAINTIFF AND ITS ATTORNEYS OF RECORD**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 36, defendant Oregon Health Authority ("OHA") requests that plaintiff FamilyCare, Inc. ("FamilyCare") respond to the following Requests for Admissions within 30 days after service of this request. **FAILURE TO SERVE A WRITTEN ANSWER OR OBJECTION WITHIN THE TIME ALLOWED BY FRCP 36 WILL RESULT IN ADMISSION OF THE FOLLOWING REQUESTS**. Your responses to these requests shall be in accordance with the following definitions and instructions.

**Page 1 -   DEFENDANT OREGON HEALTH AUTHORITY'S FIRST REQUESTS FOR ADMISSIONS PLAINTIFF TO FAMILYCARE, INC.**

Ex. 8 - Wilson Decl.
Page 1 of 8

## DEFINITIONS AND INSTRUCTIONS

1.  If you object to any request for admission, state the reasons for your objection. If your answer does not specifically admit or deny the matter set forth, explain in detail why you cannot truthfully admit or deny the matter. You may not answer by giving lack of information or knowledge as a reason for failure to admit or deny, unless you also state that you have made reasonable inquiry and that the information known or readily available is insufficient to enable you to admit or deny the matter.

2.  As used in this request, the following terms are defined as follows:

a.  "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside the scope.

b.  "Any" shall be construed to include "all," and "all" shall be understood to include "any."

c.  "Could" includes any possibility, even if remote or slight or unlikely.

d.  "Document(s)" means all physical, tangible, or electronic information of any kind, including communications, originals, drafts, and copies.

e.  "Relate to," "related to," or "relating to" means concerning, referring to, pertaining to, consisting of, containing, describing, evidencing, constituting, reflecting, bearing upon or having any logical or factual connection with the subject matter dealt with or alluded to in the subparagraphs of these requests.

f.  "Communication" or "communications" refer to oral conversations, written correspondence, memoranda, telephone conversations, voice mails, text messages, social media posts, online chats, instant messages, correspondence, notes, and electronic mail, whether as a sender, recipient, cc, or bcc.

g.  "Plaintiff," "You," "Your," or "FamilyCare" means FamilyCare, Inc., and its parents, subsidiaries, predecessors, successors, assigns, employees, officers, executives, managers, and agents, including, but not limited to actuaries, attorneys, lobbyists, and public relations agents.

**Page 2 -   DEFENDANT OREGON HEALTH AUTHORITY'S FIRST REQUESTS FOR ADMISSIONS PLAINTIFF TO FAMILYCARE, INC.**

h.	"Chart" means the chart attached to the September 24, 2018 letter from Amanda Beane to David Markowitz and Matt Levin, attached hereto as Exhibit A.

i.	"Lawsuit" means *FamilyCare, Inc. v. Oregon Health Authority et al.*, United States District Court for the District of Oregon Case No. 6:18-cv-00296-MO.

j.	"Text message" means a communication sent electronically using the SMS, SMPP, iMessage, XMPP (WhatsApp), Signal (TextSecure), SIP, SIMPLE, APEX, or IMPP protocols.

3.	Interpretation.

a.	Words in the singular include their plural meaning, and vice versa.

b.	The past tense includes the present tense where the clear meaning is not distorted by a change of tense, and words used in the masculine gender shall include the feminine gender, and vice versa.

c.	References to persons or other entities include their agents, employees, officers, directors, affiliated entities and companies, predecessors, successors, accountants, attorneys, and representatives.

4.	Relevant Time Period.  Unless otherwise stated below, the time period for these Requests is December 7, 2016 to the present.

**REQUESTS FOR ADMISSIONS**

**REQUEST FOR ADMISSION NO. 1:**  Admit that Jeff Heatherington deleted one or more text messages after December 7, 2016.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 2:**  Admit that Jeff Heatherington deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016.

**RESPONSE:**

**Page 3 -  DEFENDANT OREGON HEALTH AUTHORITY'S FIRST REQUESTS FOR ADMISSIONS PLAINTIFF TO FAMILYCARE, INC.**

**REQUEST FOR ADMISSION NO. 3:**  Admit that Jeff Heatherington deleted one or more text messages that Could be related to the allegations in the Lawsuit after being notified that he should preserve communications relevant to the parties' dispute regarding the 2017 Medicaid capitation rates.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 4:**  Admit that Jeff Heatherington deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016 that can no longer be recovered.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 5:**  Admit that Lisa Jones deleted one or more text messages after December 7, 2016.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 6:**  Admit that Lisa Jones deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 7:**  Admit that Lisa Jones deleted one or more text messages that Could be related to the allegations in the Lawsuit after being notified that she should preserve communications relevant to the parties' dispute regarding the 2017 Medicaid capitation rates.

**Page 4 -   DEFENDANT OREGON HEALTH AUTHORITY'S FIRST REQUESTS FOR ADMISSIONS PLAINTIFF TO FAMILYCARE, INC.**

Ex. 8 - Wilson Decl.
Page 4 of 8

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 8:**  Admit that Lisa Jones deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016 that can no longer be recovered.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 9:**  Admit that Artur Suchorzewski deleted one or more text messages after December 7, 2016.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 10:**  Admit that Artur Suchorzewski deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016.

**RESPONSE:**


**REQUEST FOR ADMISSION NO. 11:**  Admit that Artur Suchorzewski deleted one or more text messages that Could be related to the allegations in the Lawsuit after being notified that he should preserve communications relevant to the parties' dispute regarding the 2017 Medicaid capitation rates.

**RESPONSE:**


**Page 5 -   DEFENDANT OREGON HEALTH AUTHORITY'S FIRST REQUESTS FOR
ADMISSIONS PLAINTIFF TO FAMILYCARE, INC.**

**REQUEST FOR ADMISSION NO. 12:** Admit that Artur Suchorzewski deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016 that can no longer be recovered.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 11:** Admit that Bill Murray deleted one or more text messages after December 7, 2016.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 12:** Admit that Bill Murray deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016.

**RESPONSE:**

**REQUEST FOR ADMISSION NO. 15:** Admit that Bill Murray deleted one or more text messages that Could be related to the allegations in the Lawsuit after being notified that he should preserve communications relevant to the parties' dispute regarding the 2017 Medicaid capitation rates.

**RESPONSE:**

**Page 6 -** **DEFENDANT OREGON HEALTH AUTHORITY'S FIRST REQUESTS FOR ADMISSIONS PLAINTIFF TO FAMILYCARE, INC.**

Ex. 8 - Wilson Decl.
Page 6 of 8

**REQUEST FOR ADMISSION NO. 16:** Admit that Bill Murray deleted one or more text messages that Could be related to the allegations in the Lawsuit after December 7, 2016 that can no longer be recovered.

**RESPONSE:**

DATED this 9th day of July, 2021.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:    *s/ Harry B. Wilson*

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Defendant Oregon Health Authority, an agency of the State of Oregon*

Carla A. Scott, OSB #054725
carla.a.scott@doj.state.or.us

*Of Attorney for Defendant Oregon Health Authority, an agency of the State of Oregon*

1162018

**Page 7 - DEFENDANT OREGON HEALTH AUTHORITY'S FIRST REQUESTS FOR ADMISSIONS PLAINTIFF TO FAMILYCARE, INC.**

**ATTORNEY CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2021, I have made service of the foregoing **DEFENDANT OREGON HEALTH AUTHORITY'S FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFF FAMILYCARE, INC.** on the party listed below in the manner indicated:

| | |
|---|---|
| Stephen F. English<br>Thomas R. Johnson<br>Alletta S. Brenner<br>David Robbins<br>Heidee Stoller<br>Matthew Mertens<br>Sasha Petrova<br>Perkins Coie, LLP<br>1120 NW Couch Street, Tenth Floor<br>Portland, OR 97209<br>*Attorneys for FamilyCare, Inc.* | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: SEnglish@perkinscoie.com;<br>　　　　TRJohnson@perkinscoie.com;<br>　　　　ABrenner@perkinscoie.com;<br>　　　　drobbins@perkinscoie.com;<br>　　　　HStoller@perkinscoie.com;<br>　　　　mmertens@perkinscoie.com;<br>　　　　spetrova@perkinscoie.com<br>☐ CM/ECF System |
| Matthew P. Gordon (*admitted pro hac vice*)<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101<br>*Attorneys for FamilyCare, Inc.* | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: MGordon@perkinscoie.com<br><br>☐ CM/ECF System |
| Edwin A. Harnden<br>Chris Morgan<br>Barran Liebman, LLP<br>601 SW Second Avenue, Suite 2300<br>Portland, OR 97204-3158<br>*Attorneys for Lynne Saxton* | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email: eharnden@barran.com;<br>　　　　cmorgan@barran.com<br>☐ CM/ECF System |

DATED this 9th day of July, 2021.

　　　　　　　　　　　　　　　　*s/ Harry B. Wilson*
　　　　　　　　　　　　　　　　Harry B. Wilson, OSB #077214
　　　　　　　　　　　　　　　　Of Attorney for Defendant Oregon Health
　　　　　　　　　　　　　　　　Authority, an agency of the State of Oregon

**CERTIFICATE OF SERVICE**