**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Heidee Stoller**, OSB No. 072835
HStoller@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha A. Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**Matthew Gordon**, *pro hac vice*
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff *FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>     Defendants. | Case No. 6:18−cv−00296−MO<br><br>**DECLARATION OF MATTHEW GORDON IN SUPPORT OF FAMILYCARE, INC.'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL AND MOTION FOR SANCTIONS** |

DECLARATION OF MATTHEW GORDON IN
SUPPORT OF FAMILYCARE, INC.'S
OPPOSITION TO MOTION TO COMPEL

I, Matthew Gordon, declare as follows:

1.      I am an attorney at Perkins Coie LLP and am one of the attorneys representing FamilyCare, Inc. ("FamilyCare") in this matter.  I make this declaration based on my personal knowledge and am competent to testify to the matters herein.

2.      Attached hereto as Exhibit 1 is a true copy of FamilyCare's Seventh Requests for Production to Defendant Oregon Health Authority.

3.      Attached hereto as Exhibit 2 is a true copy of Oregon Health Authority's Response to Plaintiff FamilyCare, Inc.'s Seventh Request for Production.

4.      Attached hereto as Exhibit 3 is a true copy of an excerpt of the transcript from the June 22, 2021 hearing on FamilyCare's motion for spoliation.

5.      Attached hereto as Exhibit 4 is a true copy of correspondence dated July 2, 2021 from me to Harry Wilson.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: September 3, 2021               */s/ Matthew Gordon*
                                        Matthew Gordon

1-    DECLARATION OF MATTHEW GORDON IN
      SUPPORT OF FAMILYCARE, INC.'S OPPOSITION
      TO MOTION TO COMPEL

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222