**Stephen F. English** (OSB No. 730843)
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Heidee Stoller** (OSB No. 072835)
HStoller@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>　　　　　　　Defendants. | Case No. 6:18-cv-00296-MO<br><br>**FAMILYCARE, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING** |

FAMILYCARE, INC.'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL BRIEFING

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

123045.0001\153826476.6

## CERTIFICATE OF L.R. 7-1(a) COMPLIANCE

Prior to filing this Motion, counsel for Plaintiff FamilyCare, Inc. ("FamilyCare") conferred with counsel for Defendants Oregon Health Authority ("OHA").  OHA opposes this motion.

## MOTION

Pursuant to Local Rule 7-1(e)(3) and the Court's inherent authority,[1] FamilyCare moves for leave to file supplemental briefing addressing certain questions posed by the Court at the September 1, 2021 oral argument on OHA's Motion to Dismiss, Motion for Summary Judgment, and Motion to Strike ("OHA's Motion to Dismiss," ECF 432) regarding the methodology for interpreting modification or amendment of the five-year contract between OHA and FamilyCare.

A copy of FamilyCare's proposed Supplemental Brief Regarding the Implied Covenant of Good Faith and Fair Dealing is attached as Exhibit A to the Declaration of Thomas R. Johnson, filed herewith.

## MEMORANDUM IN SUPPORT

OHA moved to dismiss FamilyCare's third claim for relief, which alleges that OHA breached the implied covenant of good faith and fair dealing.  OHA argued, among other things, that the implied covenant of good faith and fair dealing does not apply because the annual rate amendments to the parties' five-year contract constitute contract formation.  ECF 432 at 14–16.[2] FamilyCare opposed, arguing that the annual rate amendments are part of one five-year CCO contract, and the implied covenant of good faith applies to the entire five-year contract and its amendments.  ECF 452 at 18–20.

---

[1]    Local Rule 7-1(e)(3) ("Other Memoranda") provides: "Unless directed by the Court, no further briefing is allowed."

[2]    All pin citations are to ECF page numbers.

1-    FAMILYCARE, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

On September 1, 2021, this Court held oral argument on OHA's Motion to Dismiss. In assessing the issues raised by OHA's motion, the Court asked both parties, among other things, (1) whether the 2017 and 2018 rate amendments are considered "performance" or "amendments" and (2) whether the implied covenant of good faith and fair dealing applies to the rate amendments. The Court also requested a methodology for determining whether the rate amendments at issue in this case constitute contract performance or contract amendment. Because neither party had fully briefed these specific issues as posed by the Court, FamilyCare respectfully requests leave to submit supplemental briefing responding to the Court's questions and request for a methodology.

2-    FAMILYCARE, INC.'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL BRIEFING

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

DATED:  September 14, 2021.    **PERKINS COIE LLP**

By: *s/ Thomas R. Johnson*

**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Heidee Stoller** (OSB No. 072835)
HStoller@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone:   503.727.2000
Facsimile:    503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:   206.359.8000
Facsimile:    206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

3-    FAMILYCARE, INC.'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL BRIEFING