**Michael D. Crew**, OSB No. 720603
Email: mcrew@mcrewlaw.com
MICHAEL D. CREW, LLC
1101 SW Courtney Laine Drive
McMinnville, Oregon 97128
Telephone: (503) 939-5295
Fax: (503) 607-2701

Attorneys for Non-Party Intervenor,
AllCare CCO, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, <br><br> PLAINTIFF, <br><br> v. <br><br> OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, <br><br> DEFENDANTS. | No. 6:18-cv-00296-MO <br><br> **MOTION TO WITHDRAW AS INTERVENOR** |

**LR 7-1 Compliance**

Intervenor-Defendant AllCare CCO, Inc. (AllCare) certifies that it has conferred with the

other parties regarding this motion. None of the parties or other intervenor-defendants oppose

AllCare's motion.



**Motion to Withdraw**

AllCare respectfully moves to withdraw as an intervenor-defendant from this case.

AllCare, along with other CCOs, intervened in the state court action, *FamilyCare v. Oregon Health Authority*, Marion County Circuit Court Case No 17CV09226 for the limited purpose of protecting certain confidential and proprietary information held by the Oregon Health Authority (OHA) and sought by FamilyCare. Marion County Circuit Court Judge Armstrong allowed the parties to intervene for the limited purpose stated and, on November 1, 2017, entered a protective order (the "Protective Order"). Upon removal to federal court, the CCOs were entered as intervenor-defendants, and the Protective Order was left in place by Judge Mosman.

AllCare's primary concern with the release of the documents and reason for seeking protection was to protect its ongoing business activities. However, the age of the information sought by FamilyCare's subpoena and the Court's June 16, 2021, Order on the Motion to Down-Designate AEO Documents (Docket No. 454) alleviate AllCare's concerns. Accordingly, AllCare requests to withdraw as an intervenor-defendant.

Dated this 13th day of September, 2021.

MICHAEL D. CREW, LLC


 /s/  Michael D. Crew
**Michael D. Crew, OSB No. 720603**
Email:  mcrew@mcrewlaw.com
Telephone: (503) 939-5295
Attorney for Non-Party Intervenor, AllCare CCO, Inc.

MICHAEL D. CREW, L.L.C.