**Stephen F. English** (OSB No. 730843)
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Heidee Stoller** (OSB No. 072835)
HStoller@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>Defendants. | Case No. 6:18-cv-00296-MO<br><br>**STIPULATED MOTION TO AMEND PRETRIAL DEADLINES** |

STIPULATED MOTION TO AMEND PRETRIAL
DEADLINES

**MOTION**

The parties request the Court enter the following revised pre-trial filing schedule, which advances the dates initially set out in the Court's Trial Management Order (Dkt. 422) to avoid the winter holidays.  As the Court is aware, motions are presently pending or under advisement, including OHA's Motion to Dismiss, Strike, and for Summary Judgment (Dkt. 432) and Motion to Compel and for Imposition of Sanctions (Dkt. 469) and portions of Ms. Saxton's Motion to Dismiss (Dkt. 431).  It is possible that rulings on those motions, or the timing of those rulings, could require the parties to alter their pre-trial filings, necessitating a change in the proposed schedule.  If so, the parties agree that they will confer among each other and jointly submit a revised pre-trial filing schedule for entry by the Court or, if they cannot agree, any party may move the Court on an expedited basis for an alteration in the schedule.

| CURRENT DUE DATE | PROPOSED DUE DATE | DEADLINE |
|---|---|---|
| December 20, 2021 | November 4, 2021 | • ALL: Last day to submit Expert Reports and exchange expert disclosures |
| December 6, 2021 | November 4, 2021 | • ALL: Last day to file Joint Jury Instructions and Verdict Form [filed on CM/ECF and submitted in Word to chambers_mosman@ord.uscourts.gov] |
| December 10. 2021 | November 8, 2021 | • FAMILYCARE: Last day to submit Plaintiff's Exhibit Lists and judge's copies of exhibits<br>• FAMILYCARE: Last day to submit Plaintiff's Lay Witness Statements<br>• ALL: Last day to submit any Itemized Lists of Special Damages<br>• ALL: Last day to submit Objections to Jury Instructions and Verdict Form |

1-    STIPULATED MOTION TO AMEND PRETRIAL
      DEADLINES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

| CURRENT DUE DATE | PROPOSED DUE DATE | DEADLINE |
|---|---|---|
| **December 20, 2021** | **November 17, 2021** | • FAMILYCARE: Last day to submit Plaintiff's Deposition Designations<br>• ALL: Last day to submit Plaintiff's and Defendant's Trial Memoranda<br>• DEFENDANTS: Last day to submit Defendant's Exhibit Lists and judge's copies of exhibits<br>• DEFENDANTS: Last day to submit Defendant's Lay Witness Statements |
| **December 22, 2021** | **November 19, 2021** | • DEFENDANTS: Last day to submit Defendant's Deposition Designations |
| **December 20, 2021** | **December 3, 2021** | • ALL: Last day to submit rebuttal expert reports |
| **December 27, 2021** | **December 3, 2021** | • FAMILYCARE: Last day to submit Plaintiff's Rebuttal Exhibits<br>• FAMILYCARE: Last day to submit Plaintiff's Rebuttal Lay Witnesses<br>• ALL: Last day to submit requested voir dire [filed on CM/ECF and submitted in Word to chambers_mosman@ord.uscourts.gov]<br>• ALL: Last day to submit Plaintiff's and Defendant's Objections to the other Party's: Exhibits, Witness, and/or Deposition Designations [*in three separate documents*] |
| **December 27, 2021** | **December 10, 2021** | • ALL: Last day to submit Plaintiff's and Defendant's Motions In Limine and Daubert Motions |
| **January 3, 2022** | **December 10, 2021** | • ALL: Last day to submit Plaintiff's and Defendant's Responses to Objections to Exhibits, Witnesses, and Deposition Designations [*in three separate documents*] |
| **January 3, 2022** | **December 17, 2021** | • ALL: Last day to submit Responses to Motions In Limine and Daubert Motions |
| **January 10, 2022 at 1:30 PM** | Same | • Date of Pretrial Conference |
| **April 25, 2022 at 9:00 AM** | Same | Commencement of 3-week jury trial |

2-    STIPULATED MOTION TO AMEND PRETRIAL
      DEADLINES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

153873388.2

IT IS SO STIPULATED.

DATED:  September 21, 2021.                    **PERKINS COIE LLP**


By:*s/ Thomas R. Johnson*
      **Stephen F. English**, OSB No. 730843
      SEnglish@perkinscoie.com
      **Thomas R. Johnson** (OSB No. 010645)
      TRJohnson@perkinscoie.com
      **Heidee Stoller** (OSB No. 072835)
      HStoller@perkinscoie.com
      **Matthew J. Mertens** (OSB No. 146288)
      MMertens@perkinscoie.com
      **Sasha Petrova** (OSB No. 154008)
      SPetrova@perkinscoie.com
      PERKINS COIE LLP
      1120 N.W. Couch Street, Tenth Floor
      Portland, Oregon 97209-4128
      Telephone: 503.727.2000
      Facsimile:  503.727.2222

      **Matthew P. Gordon** (admitted *pro hac vice*)
      MGordon@perkinscoie.com
      **David B. Robbins** (OSB No. 070630)
      DRobbins@perkinscoie.com
      PERKINS COIE LLP
      1201 Third Avenue, Suite 4900
      Seattle, Washington 98101-3099
      Telephone: 206.359.8000
      Facsimile:  206.359.9000

      *Attorneys for Plaintiff FamilyCare, Inc.*


3-    STIPULATED MOTION TO AMEND PRETRIAL
       DEADLINES

153873388.2

DATED:  September 21, 2021

**MARKOWITZ HERBOLD PC**

By: *s/ Harry B. Wilson*
    **David B. Markowitz** (OSB No. 742046)
    davidmarkowitz@markowitzherbold.com
    **Laura R. Salerno Owens** (OSB No. 076230)
    laurasalerno@markowitzherbold.com
    **Matthew A. Levin** (OSB No. 003054)
    mattlevin@markowitzherbold.com
    **Harry B. Wilson** (OSB No. 077214)
    harrywilson@markowitzherbold.com
    **Anit K. Jindal** (OSB No. 171086)
    anitjindal@markowitzherbold.com
    **Anna Marie Joyce** (OSB No. 013112)
    annajoyce@markowitzherbold.com
    **Dallas S. DeLuca** (OSB No. 072992)
    dallasdeluca@markowitzherbold.com
    **Vivek Kothari** (OSB No. 182089)
    vivekkothari@markowitzherbold.com
    1455 SW Broadway, Suite 1900
    Portland, OR 97201
    Telephone: 503.295.3085
    Facsimile:  503.323.9105

**OREGON DEPARTMENT OF JUSTICE**

**Carla Scott** (OSB No.
carla.a.scott@doj.state.or.us
100 SW Market Street
Portland, OR 97201
Telephone: 971.673.1880
Facsimile:  971.673.5000

*Attorneys for Defendant Oregon Health Authority*

4-    STIPULATED MOTION TO AMEND PRETRIAL
      DEADLINES

153873388.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED: September 21, 2021                    **BARRAN LIEBMAN LLP**


By:*s/ Chris M. Morgan*
    **Chris M. Morgan** (OSB No. 175384)
    cmorgan@barran.com
    **Edwin A. Harnden** (OSB No. 721129)
    eharnden@barran.com
    601 SW Second Avenue, Suite 2300
    Portland, OR 97201
    Telephone:  503.228.0500
    Facsimile:  503.274.1212

    *Attorneys for Defendant Lynne Saxton*

5- STIPULATED MOTION TO AMEND PRETRIAL
    DEADLINES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

153873388.2