**Stephen F. English** (OSB No. 730843)
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Heidee Stoller** (OSB No. 072835)
HStoller@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>                    Defendants. | Case No. 6:18−cv−00296−MO<br><br>**DECLARATION OF MATTHEW GORDON IN SUPPORT OF FAMILYCARE, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

DECLARATION OF MATTHEW GORDON IN
SUPPORT OF FAMILYCARE, INC.'S MOTION
TO COMPEL PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

I, Matthew Gordon, declare as follows:

1.      I am an attorney at Perkins Coie LLP and am one of the attorneys representing FamilyCare, Inc. ("FamilyCare") in this matter.  I make this declaration based on my personal knowledge and am competent to testify to the matters herein.

2.      Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the July 6, 2021 hearing on FamilyCare's Motion for Discovery (ECF 436) and OHA's Motion for Protective Order (ECF 434).

3.      Attached hereto as Exhibit B is a true and correct copy of my letter to Harry Wilson dated July 28, 2021.

4.      Attached hereto as Exhibit C is a true and correct copy of Harry Wilson's letter to me dated August 24, 2021 (highlighting added).

5.      Attached hereto as Exhibit D is a true and correct copy of Harry Wilson's letter to me dated September 21, 2021 (highlighting added).

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: October 19, 2021                    /s/ Matthew P. Gordon
                                                              Matthew Gordon

1-      DECLARATION OF MATTHEW GORDON IN
         SUPPORT OF FAMILYCARE, INC.'S MOTION TO
         COMPEL PRODUCTION OF DOCUMENTS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222