**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

       Special Assistant Attorneys General for Defendant Oregon
       Health Authority, an agency of the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                Plaintiff,<br><br>      v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON,<br><br>                Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF HARRY B. WILSON IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S RESPONSE TO FAMILYCARE, INC.'S MOTION TO COMPEL** |

I, Harry B. Wilson, declare:

1.    I am an attorney with Markowitz Herbold PC, counsel of record for Oregon Health Authority ("OHA"), in the above-captioned matter.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

**Page 1 -  DECLARATION OF HARRY B. WILSON IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S RESPONSE TO FAMILYCARE, INC.'S MOTION TO COMPEL**

2.    Attached to this declaration as Exhibit 1 is a true and correct copy of an email dated September 3, 2021 from Mr. Matt Gordon, counsel for FamilyCare, to myself.[1]

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2021.

Harry B. Wilson, OSB #077214

1208115

---

[1] The email string is complete, however, attachments have been omitted.

**Page 2 -    DECLARATION OF HARRY B. WILSON IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S RESPONSE TO FAMILYCARE, INC.'S MOTION TO COMPEL**