**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

       Special Assistant Attorneys General for Defendant Oregon
       Health Authority, an agency of the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                      Plaintiff,<br><br>      v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON,<br><br>                     Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF GREG SCOTT IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S RESPONSE TO FAMILYCARE, INC.'S MOTION TO COMPEL** |

I, Greg Scott, declare:

1.    I am a paralegal with Markowitz Herbold PC, counsel of record for Oregon Health Authority ("OHA"), in the above-captioned matter.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    I have been a paralegal since 1997, and I have worked for Markowitz Herbold PC for 12 years.  I am familiar with the process State agencies like OHA use to collect documents

**Page 1 -**   **DECLARATION OF GREG SCOTT IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S RESPONSE TO FAMILYCARE, INC.'S MOTION TO COMPEL**

and electronically stored information ("ESI") for litigation. One of my responsibilities in this matter is the collection and production of documents and ESI.

3.    Attached to this declaration as Exhibit 1 is a true and correct copy of the transcript of the July 6, 2021 hearing on FamilyCare, Inc.'s ("FamilyCare") Motion for Discovery (Dkt. 436) and Oregon Health Authority's ("OHA") Motion for Protective Order (Dkt. 434).

4.    OHA collected over nine million documents, spanning 2018 (the date of OHA's last document collection in this case) to summer 2021, from more than two dozen custodians. OHA ran more than 40 search terms across those documents, which returned nearly 400,000 documents. Technology-assisted review software ranked the documents for likely responsiveness, and a human review team reviewed the 162,267 documents ranked as most likely to be responsive, including nearly every email or Word document that hit on the search terms "FamilyCare," "Family Care," "FC," or "FCI" (more than 90,000 documents). After applying appropriate quality-control measures and withholding documents subject to privilege, OHA produced approximately 4,000 documents. OHA expects to produce additional documents as it completes additional quality checks, privilege review, and confidentiality precautions.

5.    If FamilyCare is allowed discovery about the 2019 and 2020 rate-setting process, OHA would need to run dozens of new searches across millions of documents. I estimate the results of those searches would encompass at least hundreds of thousands of documents. As before, OHA will need to hire and train a sizeable document review team to review the documents for privilege, relevance, and confidentiality. In my estimation, review would require hundreds of hours of attorney work, even when employing technology-assisted review. I estimate the entire process would take a minimum of two months but given the complex confidentiality questions regarding the trade secrets of the other CCOs, it could easily take much longer. My estimate of future collection, review, and production of documents is based on my experience with similar cases and the historical volume of documents and review time in prior discovery in this case.

**Page 2 -    DECLARATION OF GREG SCOTT IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S RESPONSE TO FAMILYCARE, INC.'S MOTION TO COMPEL**

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2021.

Greg Scott

1206725