AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| FAMILYCARE, INC. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    6:18-cv-00296-MO |
| OREGON HEALTH AUTHORITY, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FamilyCare, Inc.                                                                                     .

Date:     12/17/2021                                         /s/ Julia E. Markley
                                                                              *Attorney's signature*

                                                          Julia E. Markley, Oregon State Bar No. 000791
                                                                        *Printed name and bar number*

                                                                                Perkins Coie LLP
                                                                    1120 NW Couch St., 10th Floor
                                                                            Portland, OR 97209

                                                                                    *Address*

                                                              JMarkley@perkinscoie.com
                                                                              *E-mail address*

                                                                            (503) 727-2000
                                                                          *Telephone number*

                                                                            (503) 727-2222
                                                                              *FAX number*