**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Heidee Stoller,** OSB No. 072835
HStoller@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha Petrova,** OSB No. 154008
SPetrova@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew Gordon**, *pro hac vice*
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON,<br><br>Defendants. | Case No. 6:18−cv−00296−MO<br><br>**FAMILYCARE'S MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT AGAINST SAXTON'S FIFTH AFFIRMATIVE DEFENSE** |

1- **FAMILYCARE'S MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT AGAINST SAXTON'S FIFTH AFFIRMATIVE DEFENSE**

123045.0001\155289584.2

**LR-7-1(a) Certification**

Counsel for Plaintiff FamilyCare, Inc. ("FamilyCare") conferred with counsel for Defendant Lynne Saxton ("Saxton") in a good faith effort to resolve their dispute. Saxton opposes this motion. The Oregon Health Authority ("OHA") takes no position on this motion.

**MOTION**

FamilyCare moves for leave to file summary judgment on Saxton's Fifth Affirmative Defense ("Motion for Leave"). A copy of FamilyCare's Motion for Summary Judgment on Defendant Saxton's Fifth Affirmative Defense is attached as Exhibit 1.

**BACKGROUND**

Saxton first appeared as a Defendant in this case on June 21, 2018 in FamilyCare's Fourth Amended Complaint. ECF 111. Saxton answered the Fourth Amended Complaint on August 20, 2018, asserting 12 defenses. ECF 201. None of those defenses relied on FamilyCare's Coordinated Care Organization ("CCO") contract with OHA or any provision therein. *Id.*

FamilyCare filed its Fifth Amended Complaint on April 27, 2021, raising the same allegations and claim against Saxton as before. ECF 429. Saxton answered on November 24, 2021. ECF 500. Despite that FamilyCare's allegations were the same, Saxton raised a brand new Fifth Affirmative Defense, that she can avoid consequential damages by enforcing the limitation of liability clause in FamilyCare's CCO contract with OHA based on the theory that she was a "party" to that contract.

FamilyCare seeks leave to move for summary judgment against Saxton's Fifth Affirmative Defense on the ground that Saxton was never a party to that contract and, therefore, cannot enforce its limitation of liability clause.

**ARGUMENT**

At the April 5, 2021 telephonic status conference, the Court indicated that further dispositive motions would be allowed if based on new developments in supplemental or

2-      **FAMILYCARE'S MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT AGAINST SAXTON'S FIFTH AFFIRMATIVE DEFENSE**

123045.0001\155289584.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

reopened discovery.  ECF 430 at 19.  Although the Court did not specifically address whether the parties could move against a new defense that was never previously raised, FamilyCare's request is consistent with the Court's order because FamilyCare did not have the opportunity to challenge Saxton's Fifth Affirmative Defense until after she filed her answer on November 24, 2021.  *Cf.* ECF 495 at 4 (Opinion and Order) (denying Saxton's motion to dismiss as procedurally improper because FamilyCare did not "present a new theory of damages against Ms. Saxton that she had not previously been able to move against in the course of this case.").

The interests of justice favor granting this Motion for Leave.  Rather than asserting her defense in August 2018—when FamilyCare could have challenged it in the ordinary course of dispositive motion practice—Saxton waited until now, after that window closed.  Allowing Saxton to proceed with her new defense unchallenged would effectively circumvent this Court's orders and deprive FamilyCare of an opportunity to test the defense.

The interests of judicial efficiency also favor granting this Motion for Leave.  FamilyCare seeks leave to move for summary judgment on the narrow, legal issue of whether Saxton is entitled to enforce the limitation of liability provision in FamilyCare's contract with OHA.  The Court can resolve it efficiently, thereby narrowing the issues for trial.

Accordingly, FamilyCare respectfully requests that the Court grant FamilyCare's Motion for Leave to File Summary Judgment Against Saxton's Fifth Affirmative Defense.

3-    **FAMILYCARE'S MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT AGAINST SAXTON'S FIFTH AFFIRMATIVE DEFENSE**

123045.0001\155289584.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED:  December 17, 2021          **PERKINS COIE LLP**


By:*/s/  Matthew P. Gordon*
  **Stephen F. English**, OSB No. 730843
  SEnglish@perkinscoie.com
  **Thomas R. Johnson** (OSB No. 010645)
  TRJohnson@perkinscoie.com
  **Heidee Stoller** (OSB No. 072835)
  HStoller@perkinscoie.com
  **Matthew J. Mertens** (OSB No. 146288)
  MMertens@perkinscoie.com
  **Sasha Petrova** (OSB No. 154008)
  SPetrova@perkinscoie.com
  PERKINS COIE LLP
  1120 N.W. Couch Street, Tenth Floor
  Portland, Oregon 97209-4128
  Telephone:  503.727.2000
  Facsimile:  503.727.2222

  **Matthew P. Gordon** (admitted *pro hac vice*)
  MGordon@perkinscoie.com
  **David B. Robbins** (OSB No. 070630)
  DRobbins@perkinscoie.com
  PERKINS COIE LLP
  1201 Third Avenue, Suite 4900
  Seattle, Washington 98101-3099
  Telephone:  206.359.8000
  Facsimile:  206.359.9000

  *Attorneys for Plaintiff FamilyCare, Inc.*


4-  **FAMILYCARE'S MOTION FOR LEAVE TO FILE
SUMMARY JUDGMENT AGAINST SAXTON'S
FIFTH AFFIRMATIVE DEFENSE**

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222