**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendant Oregon
Health Authority, an agency of the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF PATRICK ALLEN IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION FOR SUMMARY JUDGMENT RE FAMILYCARE'S THIRD CLAIM FOR RELIEF** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON, | |
| Defendants. | |

I, Patrick Allen, declare:

1.    I am the Director of the Oregon Health Authority.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    Attached hereto as Exhibit 1 is a true and correct copy of a March 17, 2020 letter sent to me from Bill Brooks, Director, Centers for Medicare and Medicaid Services, Division of Managed Care Plan Operations, Re Oregon Coordinated Care Organization (CCO) Contract and Capitation Rate Amendment Approvals for Calendar Year 2018.

**Page 1 -    DECLARATION OF PATRICK ALLEN IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION FOR SUMMARY JUDGMENT RE FAMILYCARE'S THIRD CLAIM FOR RELIEF**

I declare under penalty of perjury that the foregoing is true and correct.

DATED this <u>17</u> day of December, 2021.

_____

Patrick M. Allen

1225810

**Page 2 -  DECLARATION OF PATRICK ALLEN IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION FOR SUMMARY JUDGMENT RE FAMILYCARE'S THIRD CLAIM FOR RELIEF**