**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Centers for Medicare & Medicaid Services
1301 Young Street, Suite 900
Dallas, Texas 75202



Medicaid and CHIP Operations Group

March 17, 2020

Patrick Allen, Director
Oregon Health Authority
500 Summer Street Northeast, E-15
Salem, OR 97301-1079

RE: Oregon Coordinated Care Organization (CCO) Contract and Capitation Rate
Amendment Approvals for Calendar Year 2018

Dear Mr. Allen:

In accordance with federal regulations at 42 Code of Federal Regulations (CFR) 438.6, the
Centers for Medicare & Medicaid Services (CMS) has reviewed and is approving the Oregon
CCO contract amendments noted below.  This approval includes CMS' review of the capitation
rates that are associated with the respective contract amendments.

| Contract Number | CCO Contractor |
|---|---|
| 143110-11 | Cascade Health Alliance, LLC |
| 143111-11 | Columbia Pacific CCO, LLC |
| 143112-10 | DCIPA, LLC |
| 143113-13 | Eastern Oregon Coordinated Care Organization, LLC |
| 143115-10 | Health Share of Oregon |
| 143116-10 | InterCommunity Health Network, Inc. |
| 143117-9 | Jackson County CCO, LLC |
| 143118-9 | AllCare CCO, Inc. |
| 143119-12 | PacificSource Community Solutions, Inc. (Central Oregon) |
| 143120-9 | Primary Health of Josephine County, LLC |
| 143121-13 | Trillium Community Health Plan, Inc. |
| 143122-10 | Western Oregon Advanced Health, LLC |
| 143123-11 | Willamette Valley Community Health, LLC |
| 143124-10 | Yamhill Community Care Organization, Inc. |
| 143903-12 | PacificSource Community Solutions, Inc. (Columbia Gorge) |

The contracts noted above are approved for the period from January 1, 2018, through
December 31, 2018.  The capitation rates are determined to be actuarially sound for the
purposes of federal financial participation for the period of January 1, 2018, through

December 31, 2018. The capitation rates are limited to the period for which the rates were actuarially certified.

The Oregon CCO contract amendment number 143114-12 with FamilyCare, LLC who transitioned to Health Share of Oregon CCO effective February 1, 2018 is approved for the period from January 1, 2018 through January 31, 2018.

CMS approval pertains to the contract action(s) identified in this letter and does not apply to other contract actions currently under CMS review or not yet submitted to CMS. Our approval of all MCO contracts and their subsequent amendments is required under Title XIX of the Social Security Act, section 1903(m). We review these contracts for compliance with 42 CFR Part 438. Approval of these amendments does not extend federal financial participation for costs associated with activities not meeting federal requirements.

CMS appreciates the state's commitment to incorporate any outstanding regulatory provisions to achieve full contract compliance. CMS is committed to working with the state in its efforts to ensure that all Medicaid contracts encompass the necessary federal provisions and all related activities which support compliance with current federal rules and policy.

If there are any questions concerning this approval, please contact me or your staff may contact Walter Neal at walter.neal@cms.hhs.gov or at (206) 615-2330.

Sincerely,

Bill Brooks, Director
Division of Managed Care Plan Operations

cc:    Lori Coyner, OHA
       Dana Hittle, OHA