David B. Markowitz. OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland. OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

        Special Assistant Attorneys General for Defendant Oregon
        Health Authority, an agency of the State of Oregon

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE. INC.. an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF LYNNE SAXTON IN SUPPORT OF IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION FOR SUMMARY JUDGMENT RE FAMILYCARE'S THIRD CLAIM FOR RELIEF** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON. | |
| Defendants. | |

I, Lynne Saxton, declare:

1.    I was the Director of the Oregon Health Authority from March 2015 to August 2017.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    Attached hereto as Exhibit 1 is a true and correct copy of a March 27, 2017 letter sent to me from David Meacham, Associate Regional Administrator, Centers for Medicare and Medicaid Services. Re Oregon Coordinated Care Organization (CCO) Contract and Capitation Rate Amendment Approvals for Calendar Year 2017.

**Page 1 -   DECLARATION OF LYNNE SAXTON IN SUPPORT OF IN SUPPORT OF
                  DEFENDANT OREGON HEALTH AUTHORITY'S MOTION FOR
                  SUMMARY JUDGMENT RE FAMILYCARE'S THIRD CLAIM FOR RELIEF**

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 16day of December, 2021.

_____
Lynne Saxton

1225805

Page 2 -  **DECLARATION OF LYNNE SAXTON IN SUPPORT OF IN SUPPORT OF
DEFENDANT OREGON HEALTH AUTHORITY'S MOTION FOR
SUMMARY JUDGMENT RE FAMILYCARE'S THIRD CLAIM FOR RELIEF**