DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
Seattle Regional Office
701 Fifth Avenue, Suite 1600, MS/RX-200
Seattle, WA 98104



Division of Medicaid & Children's Health Operations

---

March 27, 2017

Lynne Saxton, Director
Oregon Health Authority
500 Summer Street Northeast, E-15
Salem, OR 97301-1079

RE: Oregon Coordinated Care Organizations (CCO) Contract and Capitation Rate
Amendment Approvals for Calendar Year 2017

Dear Ms. Saxton:

In accordance with federal regulations at 42 CFR 438.6, the Centers for Medicare &
Medicaid Services (CMS) has reviewed and is approving the Oregon CCO contract
amendments noted below. This approval includes CMS' review and approval of the
capitation rates that are associated with the respective contract amendments.

| Contract Number | CCO Contractor |
|---|---|
| 143110-10 | Cascade Health Alliance, LLC |
| 143111-10 | Columbia Pacific CCO, LLC |
| 143112-9 | DCIPA, LLC |
| 143113-11 | Eastern Oregon Coordinated Care Organization, LLC |
| 143114-11 | FamilyCare, LLC |
| 143115-9 | Health Share of Oregon |
| 143116-9 | InterCommunity Health Network, Inc. |
| 143117-8 | Jackson County CCO, LLC |
| 143118-8 | AllCare CCO, Inc. |
| 143119-11 | PacificSource Community Solutions, Inc. (Central Oregon) |
| 143120-8 | Primary Health of Josephine County, LLC |
| 143121-12 | Trillium Community Health Plan, Inc. |
| 143122-9 | Western Oregon Advanced Health, LLC |
| 143123-10 | Willamette Valley Community Health, LLC |
| 143124-9 | Yamhill Community Care Organization, Inc. |
| 143903-11 | PacificSource Community Solutions, Inc. (Columbia Gorge) |

Page 2 – Ms. Saxton

The contracts are approved for the period from January 1, 2017, through December 31, 2017; the capitation rates are approved for the purposes of federal financial participation for the period of January 1, 2017, through December 31, 2017. The approval of the capitation rates is limited to the period for which the rates were actuarially certified.

While CMS is approving these contracts, CMS has determined that terms of the contract are not in compliance with provisions in 42 CFR 438.3(e)(2) for in lieu of services, in particular as this provision relates to Institutions of Mental Disease (IMD) pursuant to 42 CFR 438.6(e). However, given the mid-year effective and compliance dates of these provisions contained in the final Medicaid managed care rule, CMS is providing the state an opportunity to bring these Medicaid managed care contracts into compliance with these requirements by the next rating period after receipt of this letter. We are available to provide technical assistance as needed to ensure future compliance with these provisions.

Additionally, an enclosure is included with this approval letter noting CMS' specific recommendations regarding the CCO's calendar year 2017 capitation rates for the State of Oregon's consideration.

If there are any questions concerning this approval, please contact me or your staff may contact Betsy Conklin at Elizabeth.Conklin@cms.hhs.gov or at (206) 615-2357.

Sincerely,

*David L. Meacham*

Digitally signed by David L. Meacham -S
DN: c=US, o=U.S. Government, ou=HHS,
ou=CMS, ou=People,
0.9.2342.19200300.100.1.1=2000041858
, cn=David L. Meacham -S
Date: 2017.03.27 13:51:57 -07'00'

David L. Meacham
Associate Regional Administrator

Enclosure

cc:
Lori Coyner, OHA
Leslie Clement, OHA
Rhonda Busek, OHA
Chelsea Guest, OHA
Kathy Cereghino, OHA

Page 3 – Ms. Saxton

## Enclosure – CMS Recommendations Related to Rate Development

1.  It was noted that the base data for dental services does not include reliable paid information. Therefore, actuary re-priced the encounter data using a combination of Colorado's reimbursement schedule and the 2013 American Dental Association (ADA) Survey of Dental Fees. The actuary applied a cost of living adjustment, which is meant to account for the difference in costs between the Oregon and Colorado. Further, the actuary developed the benefit cost trend for these services based on commercial information in Colorado.

    Suggestion: CMS recommends that the state and the actuary collect reliable data, and use utilization and unit cost experience specific to Oregon to develop the projected dental costs in the future.

2.  It was noted that there are several parts of the certification where more documentation and support should be provided.

    Suggestion: CMS recommends that the state and the actuary should provide a more detailed index to explain where items in the rate guide are addressed in the certification. In addition, more detail on the data and adjustments used for the assumptions underlying rate development (including those for the projected benefit costs and projected benefit cost trends) should be provided in future certifications.

3.  It was noted that the state and the actuary used detailed encounter and enrollment data, as well as financial templates provided by each CCO. After comparing the encounter data and the financial templates, the actuary made significant adjustments to account for underreporting in the encounter data.

    Suggestion: CMS recommends that the state and the actuary continue to work with CCOs to improve the quality and the completeness of the encounter data.

4.  It was noted that the state and the actuary monitors experience for several categories of services.

    Suggestion: CMS recommends that the state and the actuary continue to monitor experience for several categories of services where the actuary has made adjustments for the 2017 capitation rates (including Applied Behavioral Analysis services, dental services, and services for back pain) and consider this experience in developing future adjustments.

5.  It was noted that the state makes two adjustments to the rates related to hospital payments (Tier 1 and Tier 2 Hospital Reimbursement Adjustments (HRAs)). For the Tier 1 HRA, the state includes adjustments for DRG hospital payments in the capitation rates (these are hospitals paid on the basis of diagnosis-related groups, or DRGs). This increases the

Page 4 – Ms. Saxton

DRG hospital payments by 32 percent. (The actuary states that the CCOs pay these hospitals two payments: one that is equal to about 68 percent of the equivalent Medicare rate and one that brings the payment to 100 percent of the Medicare rate. It appears to me that the 32-percent increase is based off of the total rate and not the original rate.) The Tier 2 HRA is a provider tax equal to 3 percent of the premium, excluding the costs for a few specified services. I do not have any concerns about this, but I encourage CMCS to review this as well if there are any concerns about this tax.

Requirement: CMS believes these payments meet the definition of a pass-through payment pursuant to 42 CFR 438.6(a) and the state will be required to comply with requirements outlined at 42 CFR 438.6(d) no later than the rating period for contracts starting on or after July 1, 2017. CMS is happy to provide technical assistance if the state is interested in incorporating these payments into the delivery system and provide payment initiatives outlined in 42 CFR 438.6(c).