**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

      Special Assistant Attorneys General for Defendant Oregon
      Health Authority, an agency of the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **DECLARATION OF HARRY B. WILSON IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION FOR SUMMARY JUDGMENT RE FAMILYCARE'S THIRD CLAIM FOR RELIEF** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON, | |
| Defendants. | |

I, Harry B. Wilson, declare:

1.    I am an attorney with Markowitz Herbold PC and a Special Assistant Attorney General for the Oregon Health Authority ("OHA") in the above-captioned matter.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    On December 9, 2021, counsel for OHA participated in a telephone conferral with counsel for FamilyCare.  During this conferral I asked FamilyCare to identify the exact bases for its reasonable expectations.  FamilyCare refused to provide this information and contended that

**Page 1 -    DECLARATION OF HARRY B. WILSON IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION FOR SUMMARY JUDGMENT RE FAMILYCARE'S THIRD CLAIM FOR RELIEF**

OHA should be aware of the bases for FamilyCare's claim.  I explained that it was FamilyCare's claim for relief and OHA was asking FamilyCare to explain its own claim.  FamilyCare stated that the purpose of conferral was to learn if the non-moving party would stipulate to the motion and FamilyCare did not agree to stipulate.

3.    Attached are true and correct copies of the following documents:

| Exhibit No. | Date | Description |
|---|---|---|
| 1. | 12/2021 | Email exchange between counsel for OHA and FamilyCare re: FamilyCare v. OHA conferral re summary judgment |
| 2. | 7/17/18 | Excerpts of FamilyCare, Inc.'s 30(b)(6) deposition witness William Murray's testimony.  ("7/17/18 FamilyCare 30(b)(6) Dep.") |
| 3. | 1/1/2018 | State of Oregon Personal/Professional Services Contract Re FamilyCare, Inc. Contract Number: 156471 |
| 4. | 12/15/17 | Letter from J. Heatherington to FamilyCare Staff Member |
| 5. | 12/15/17 | Email from A. Suchorzewski to C. McMichael re: The Speaker's Lobby: Two Hours…or Ten |
| 6. | 12/15/17 | Email from J. Coleman to A. Winterhalter re: KATU News Inquiry |
| 7. | 12/15/17 | Email from D. Barsotti to D. Rumsey re: Yes it is true |
| 8. | 12/16/17 | Email from A. Suchorzewski to Sen. Steiner Hayward re: FamilyCare Update |
| 9. | 12/15/17 | Email from J. Coleman to B. Guest, et al. re: Near term suggested talking points for provider staff |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of December, 2021.

_s/ Harry B. Wilson_
Harry B. Wilson, OSB #077214

1226457

**Page 2 -    DECLARATION OF HARRY B. WILSON IN SUPPORT OF DEFENDANT OREGON HEALTH AUTHORITY'S MOTION FOR SUMMARY JUDGMENT RE FAMILYCARE'S THIRD CLAIM FOR RELIEF**