

# OREGON HEALTH PLAN

## Amended and Restated

## HEALTH PLAN SERVICES CONTRACT

## Coordinated Care Organization

## Contract # 143114-12

## with

## *FamilyCare, Inc.*

137996528.1

Ex. 3 - Wilson Decl.
Page 1 of 276

OHA_LIT_01152384

# Table of Contents

I.      Effective Date and Duration .................................................................................................. 7
II.     Contract in its Entirety ......................................................................................................... 8
III.    Vendor or Sub-Recipient Determination .............................................................................. 9
IV.     Status of Contractor ............................................................................................................. 9
V.      Enrollment Limits and Service Area ..................................................................................... 9
VI.     Interpretation and Administration of Contract ................................................................... 10
VII.    Contractor Data and Certification ...................................................................................... 11
VIII.   Signatures .......................................................................................................................... 13
Exhibit A - Definitions ................................................................................................................. 15
Exhibit B –Statement of Work - Part 1 – Governance and Organizational Relationships ............. 29
        1.  Governing Board and Governance Structure ................................................................ 29
        2.  Community Advisory Council (CAC) ........................................................................... 29
        3.  Clinical Advisory Panel (CAP) .................................................................................... 30
        4.  Community Health Assessment (CHA) and Community Health Improvement Plan (CHP) .... 30
        5.  Innovator Agent and Learning Collaborative ............................................................... 32
        6.  Children's System of Care Governance Structure ........................................................ 32
Exhibit B –Statement of Work - Part 2 – Covered and Non-Covered Services ............................. 34
        1.  Covered Services ......................................................................................................... 34
        2.  Provision of Covered Service ...................................................................................... 35
        3.  Authorization or Denial of Covered Services .............................................................. 36
        4.  Covered Service Components ...................................................................................... 38
        5.  Optional Covered Services with Care Coordination ..................................................... 55
        6.  Non-Covered Health Services with Care Coordination ................................................ 55
        7.  Non-Covered Health Services without Care Coordination ........................................... 56
        8.  Health-Related Services .............................................................................................. 56
Exhibit B –Statement of Work - Part 3 – Patient Rights and Responsibilities, Engagement and Choice ........... 58
        1.  Member and Member Representative Engagement and Activation ................................ 58
        2.  Member Rights under Medicaid ................................................................................... 58
        3.  Provider's Opinion ...................................................................................................... 60
        4.  Informational Materials and Education of Members and Potential Members ................ 61
        5.  Grievance System ....................................................................................................... 62
        6.  Enrollment and Disenrollment ..................................................................................... 63
        7.  Identification Cards ..................................................................................................... 67
        8.  Marketing to Potential Members ................................................................................. 68
Exhibit B –Statement of Work - Part 4 – Providers and Delivery System .................................... 70
        1.  Integration and Coordination ...................................................................................... 70
        2.  Access to Care ............................................................................................................ 70
        3.  Delivery System and Provider Capacity ...................................................................... 73
        4.  Delivery System Features ............................................................................................ 75
        5.  Delivery System Dependencies ................................................................................... 78
        6.  Evidence-Based Clinical Practice Guidelines .............................................................. 80
        7.  Health Promotion and Prevention ............................................................................... 80
        8.  (Reserved) .................................................................................................................. 81
        9.  Patient Centered Primary Care Homes (PCPCH) ........................................................ 81
        10. Subcontract Requirements .......................................................................................... 81
        11. Adjustments in Service Area or Enrollment ................................................................ 84

137996528.1

Ex. 3 - Wilson Decl.
Page 2 of 276

OHA_LIT_01152385

Exhibit B –Statement of Work - Part 5 – Health Equity and Elimination Health Disparities ........................... 87
Exhibit B –Statement of Work - Part 6 – Value-Based Payment ............................................................. 88
Exhibit B –Statement of Work - Part 7 – Health Information Systems .................................................... 89
Exhibit B –Statement of Work - Part 8 – Operations ............................................................................ 92
   1.  Accountability and Transparency of Operations ......................................................... 92
   2.  Privacy, Security and Retention of Records ............................................................... 93
   3.  Payment Procedures ............................................................................................... 94
   4.  Claims Payment ..................................................................................................... 95
   5.  Medicare Payers and Providers ................................................................................ 97
   6.  Eligibility Verification for Fully Dual Eligible Members ............................................. 98
   7.  Encounter Claims Data ........................................................................................... 98
   8.  Encounter Claims Data (Non-Pharmacy) ................................................................ 100
   9.  Encounter Pharmacy Data ...................................................................................... 100
  10.  Administrative Performance Program ..................................................................... 101
  11.  Third Party Liability and Personal Injury Liens ....................................................... 103
  12.  Drug Rebate Program ........................................................................................... 105
  13.  All Payers All Claims (APAC) Reporting Program ................................................... 106
  14.  Prevention/Detection of Fraud, Waste and Abuse ................................................... 106
  15.  Abuse Reporting and Protective Services ................................................................ 111
  16.  Disclosure of Ownership Interest ........................................................................... 112
  17.  Upon renewal or extension of the Contract .............................................................. 113
  18.  Credentialing ....................................................................................................... 114
  19.  Subrogation ......................................................................................................... 117
  20.  Contractor's Board of Directors .............................................................................. 117
Exhibit B –Statement of Work - Part 9 – Quality, Transformation, Performance Outcomes and Accountability
     118
   1.  Overview ............................................................................................................. 118
   2.  Transformation and Quality Strategy Requirements .................................................. 118
   3.  Revised Transformation and Quality Strategy ......................................................... 120
   4.  Transformation and Quality Strategy Monitoring and Compliance Review .................. 120
   5.  Transformation and Quality Strategy Deliverables .................................................... 120
   6.  Goals for Transformation and Quality Strategy Amendments ..................................... 121
   7.  Quality and Performance Outcomes ........................................................................ 121
   8.  Performance Measurement and Reporting Requirements ........................................... 121
   9.  Quality Performance Improvement Projects .............................................................. 122
  10.  Program Requirements .......................................................................................... 123
  11.  Monitoring and Compliance Review ....................................................................... 124
  12.  Quality Pool ......................................................................................................... 125
Exhibit C – Consideration ................................................................................................................ 129
   1.  Payment Types and Rates ...................................................................................... 129
   2.  Payment in Full .................................................................................................... 131
   3.  Changes in Payment Rates ..................................................................................... 131
   4.  Timing of CCO Payments ...................................................................................... 132
   5.  Settlement of Accounts ......................................................................................... 133
   6.  CCO Risk Corridor ............................................................................................... 135
   7.  Global Payment Rate Methodology ......................................................................... 139
   8.  Administrative Performance Withhold ..................................................................... 140
   9.  Quality Pool ....................................................................**Error! Bookmark not defined.**
  10.  Minimum Medical Loss Ratio: ............................................................................... 140

137996528.1

Ex. 3 - Wilson Decl.
Page 3 of 276

OHA_LIT_01152386

11. Intent to Amend Rates; Automatic Termination, If Not Amended ..........**Error! Bookmark not defined.**

Exhibit C – Consideration - Attachment 1 – CCO Payment Rates.........................................142

Exhibit D – Standard Terms and Conditions ...................................................................... 143

   1.  Governing Law, Consent to Jurisdiction .............................................................. 143

   2.  Compliance with Applicable Law ........................................................................ 143

   3.  Independent Contractor......................................................................................... 144

   4.  Representations and Warranties............................................................................ 144

   5.  (Reserved) ............................................................................................................. 145

   6.  Funds Available and Authorized; Payments......................................................... 145

   7.  Recovery of Overpayments................................................................................... 145

   8.  (Reserved) ............................................................................................................. 145

   9.  Indemnity .............................................................................................................. 145

  10.  Default; Remedies; and Termination .................................................................... 146

  11.  Limitation of Liabilities ........................................................................................ 151

  12.  Insurance ............................................................................................................... 151

  13.  Access to Records and Facilities........................................................................... 152

  14.  Information Privacy/Security/Access ................................................................... 152

  15.  Force Majeure ....................................................................................................... 153

  16.  Foreign Contractor ................................................................................................ 153

  17.  Assignment of Contract, Successors in Interest................................................... 153

  18.  Subcontracts .......................................................................................................... 153

  19.  No Third Party Beneficiaries ................................................................................ 154

  20.  Amendments ......................................................................................................... 154

  21.  Waiver................................................................................................................... 155

  22.  Severability ........................................................................................................... 155

  23.  Survival ................................................................................................................. 155

  24.  Notices .................................................................................................................. 155

  25.  Construction .......................................................................................................... 156

  26.  Headings ................................................................................................................ 156

  27.  Merger Clause ....................................................................................................... 156

  28.  Counterparts........................................................................................................... 156

  29.  Equal Access.......................................................................................................... 157

  30.  Media Disclosure .................................................................................................. 157

  31.  Mandatory Reporting ............................................................................................ 157

  32.  OHA Compliance Review ..................................................................................... 157

  33.  Conditions that May Result in Sanctions.............................................................. 158

  34.  Range of Sanctions Available................................................................................ 159

  35.  Sanction Process ................................................................................................... 161

  36.  Notice to CMS of Contractor Sanction................................................................. 161

Exhibit E - Required Federal Terms and Conditions............................................................ 162

   1.  Miscellaneous Federal Provisions........................................................................ 162

   2.  Equal Employment Opportunity ........................................................................... 162

   3.  Clean Air, Clean Water, EPA Regulations ........................................................... 162

   4.  Energy Efficiency ................................................................................................. 163

   5.  Truth in Lobbying................................................................................................. 163

   6.  HIPAA Compliance .............................................................................................. 164

   7.  Resource Conservation and Recovery .................................................................. 165

   8.  Audits.................................................................................................................... 165

   9.  Debarment and Suspension................................................................................... 165

137996528.1

Ex. 3 - Wilson Decl.
Page 4 of 276

OHA_LIT_01152387

10. Drug-Free Workplace ........................................................................................... 166
11. Pro-Children Act.................................................................................................... 167
12. Additional Medicaid and CHIP ............................................................................ 167
13. Agency-based Voter Registration ......................................................................... 167
14. Clinical Laboratory Improvements ...................................................................... 167
15. Advance Directives ............................................................................................... 168
16. Practitioner Incentive Plans (PIP) ....................................................................... 168
17. Risk HMO............................................................................................................. 168
18. Conflict of Interest Safeguards ............................................................................ 169
19. Non-Discrimination .............................................................................................. 170
20. OASIS ................................................................................................................... 170
21. Patient Rights Condition of Participation ............................................................ 170
22. Federal Grant Requirements ................................................................................ 170
23. Mental Health Parity ............................................................................................ 171
Exhibit F – Insurance Requirements............................................................................ 173
Exhibit G – Reporting of Delivery System Network Providers, Cooperative Agreements, and Hospital
Adequacy ..................................................................................................................... 175
1.   Delivery System Network (DSN) Reports............................................................ 175
2.   Hospital Network Adequacy................................................................................. 180
Exhibit H – Physician Incentive Plan Regulation Guidance ........................................ 182
Exhibit I – Grievance System ...................................................................................... 188
1.   Grievance System ................................................................................................. 188
2.   Grievances............................................................................................................. 189
3.   Notice of Adverse Benefit Determination ............................................................ 190
4.   Handling of Appeals ............................................................................................. 193
5.   Contested Case Hearing Request .......................................................................... 196
6.   Continuation of Benefits While the Contractor Appeal and Contested Case Hearing is Pending: ........ 197
7.   Implementation of Reversed Appeal Resolution .................................................. 198
8.   Final Order ............................................................................................................ 198
9.   Documentation and Quality Improvement............................................................ 198
Exhibit J - Review Tool for CCO Informational Materials and Member Education........................ 200
Exhibit J – Appendix - Review Tool ............................................................................ 201
Exhibit L – Solvency Plan and Financial Reporting..................................................... 209
A.   Overview of Solvency Plan and Financial Reporting........................................... 209
1.   Background/Authority ........................................................................................... 209
2.   Definitions............................................................................................................. 209
3.   Methods for Solvency Plan Financial Reporting.................................................. 209
4.   Contractor Status:.................................................................................................. 210
B.   Method A-OHA Approval of Solvency Plan and Financial Reporting ................ 210
1.   Glossary of Terms.................................................................................................. 210
2.   Audited Financial Statements: .............................................................................. 211
3.   Quarterly Financial Reports:................................................................................. 212
4.     Annual Reporting Requirements........................................................................ 213
5.   Assumption of Risk/Private Market Reinsurance:................................................ 214
6.   Restricted Reserve Requirement:.......................................................................... 214
7.     Net Worth Requirement:.................................................................................... 217
8.     Appeal Process:.................................................................................................. 218
C.   Method B-DCBS Approval of Solvency Plan and Financial Reporting............... 219
1.   Annual Financial Statements and Supplemental Filings: ..................................... 219

137996528.1

Ex. 3 - Wilson Decl.
Page 5 of 276

OHA_LIT_01152388

2.  Audited Financial Statements: ...................................................................................... 219
3.  Quarterly Financial Reports: ........................................................................................ 220
4.  Assumption of Risk/Private Market Reinsurance: ....................................................... 220
5.  Restricted Reserve Requirement: .................................................................................. 221
6.  Net Worth Requirement: ............................................................................................... 221
7.  Financial Statement Filing Information and Resources ................................................ 221
8.  Appeal Process: ............................................................................................................. 222
D. Method C-DCBS Certificate of Authority as a Licensed Insurer Financial Reporting ........ 222
1.  Glossary of Terms .......................................................................................................... 222
2.  Audited Financial Statements: ...................................................................................... 222
3.  Quarterly Financial Reports: ........................................................................................ 224
4.  Annual Reporting Requirements .................................................................................... 225
5.  Assumption of Risk/Private Market Reinsurance: ....................................................... 225

137996528.1

Ex. 3 - Wilson Decl.
Page 6 of 276

OHA_LIT_01152389

In compliance with the Americans with Disabilities Act, this document is available in alternate formats such as Braille, large print, audio recordings, Web-based communications and other electronic formats. To request an alternate format, please send an e-mail to dhs-oha.publicationrequest@state.or.us or call 503-378-3486 (voice) or 503-378-3523 (TTY) to arrange for the alternative format.

# OREGON HEALTH PLAN

## HEALTH PLAN SERVICES CONTRACT

## COORDINATED CARE ORGANIZATION

This Health Plan Services Contract, Coordinated Care Organization Contract # 143114-12 ("Contract") is between the State of Oregon, acting by and through its Oregon Health Authority, hereinafter referred to as "OHA", and

*FamilyCare, Inc.*
**825 NE Multnomah St.**
**Suite 1400**
**Portland, Oregon 97232**

hereinafter referred to as "Contractor." OHA and Contractor are referred to as the "Parties".

The Contract, as originally adopted effective January 1, 2014, and as previously amended, is hereby further amended and restated in its entirety. The amendment and restatement of this Contract do not affect its terms and conditions for Work prior to the effective date of this Amended and Restated Contract.

Work to be performed under this Contract relates principally to the following Division of OHA:

Division of Medical Assistance Programs (DMAP)
500 Summer Street NE, E35
Salem, Oregon 97301
Contract Administrator: Kathy Cereghino or delegate
Phone: 503-947-5522
Fax: 503-945-5972
Email: katherine.j.cereghino@state.or.us

## I.    Effective Date and Duration

    A.    This Amended and Restated Contract is effective January 1, 2018 regardless of the date of signature. This Contract, and the CCO Payment Rates contained herein, is subject to approval by the US Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS). In the event CMS fails to approve the proposed 2018 CCO Payment Rates prior to the Effective Date, OHA shall pay Contractor at the proposed CCO Payment Rates, subject to adjustment upon OHA's receipt of CMS approval or modification of the proposed CCO Payment Rates. Unless terminated earlier in accordance with its terms, this Contract expires on January 31, 2018. Contract termination does not extinguish or prejudice DHS' right to enforce this

Ex. 3 - Wilson Decl.
Page 7 of 276

OHA_LIT_01152390

Contract with respect to any default by Contractor that has not been cured. Given the one-month duration of the contract, many Contract provisions pertaining to reporting are unnecessary or require modification. In order to address the provisions that the Parties agree are unnecessary or require modification, the Parties agree that they will negotiate, in good faith, an amendment to this Contract by January 10, 2018.

**B.** The Parties do not intend to extend this Contract. Contractor shall ensure continuity of the Work by Contractor as outlined in the Professional Services Contract ("PSC") between OHA and Contractor. If there is a conflict between the terms of the Contract and the PSC, the terms of the PSC shall apply.

**C.** By entering into this Contract, neither party waives or otherwise compromises any claim, defense, or argument asserted, or which could be asserted, in FamilyCare, Inc. v. Oregon Health Authority, Case No. 17-cv-09226, or any claim or argument which Contractor could assert, in any appropriate court, relating to the rate-setting process for rates in 2018, as well as any claim for the loss of enterprise or value as a result of OHA's or others' actions with respect to the rate-setting process in those years.

## II.    Contract in its Entirety

**A.** This Contract consists of this document together with the following exhibits which are attached hereto and incorporated into this Contract by this reference, and the reporting forms described in Subsection B:

| | |
|---|---|
| **Exhibit A:** | Definitions |
| **Exhibit B:** | Statement of Work |
| **Exhibit C:** | Consideration |
| **Exhibit D:** | Standard Terms and Conditions |
| **Exhibit E:** | Required Federal Terms and Conditions |
| **Exhibit F:** | Insurance Requirements |
| **Exhibit G:** | Delivery System Network Provider and Hospital Adequacy Report Reporting Requirements |
| **Exhibit H:** | Practitioner Incentive Plan Regulation Guidance |
| **Exhibit I:** | Grievance System |
| **Exhibit J:** | Review Tool for CCO Informational Materials and Member Education |
| **Exhibit L:** | Solvency Plan and Financial Reporting |

**B.** Reporting forms are posted at http://www.oregon.gov/OHA/healthplan/pages/CCO-Contract-Forms.aspx the "Contract Reports Web Site"), and are by this reference incorporated into the Contract. OHA may change the Contract Reports Web Site after notice to Contractor. All completed reporting forms must be submitted by the Contractor's Chief Executive Officer, Chief Financial Officer or an individual who has delegated authority to sign for the reports as designated by the Signature Authorization Form available on the Contract Reports Web Site.

Ex. 3 - Wilson Decl.
Page 8 of 276

OHA_LIT_01152391

A.  Contractor's maximum Enrollment limit by Service Area is:

| | |
|---|---|
| 49200 | Clackamas County – All Zip Codes |
| 120000 | Multnomah County – All Zip Codes |
| 60000 | Washington County – All Zip Codes |
| 10000 | Marion County –Zip Codes 97002, 97032, 97071, 97362, 97375 and 97381 only |

B.  Contractor's maximum Enrollment limit is: **232,900.** The maximum Enrollment limit established in this section is expressly subject to such additional Enrollment as may be assigned to Contractor by OHA in Exhibit B, Part 3, Section 6, of this Contract; however, such additional Enrollment does not create a new maximum Enrollment limit.

## VI.  Interpretation and Administration of Contract

A.  OHA has adopted policies, procedures, rules and interpretations to promote orderly and efficient administration of this Contract and to ensure Contractor's performance. In the provision of services under this Contract, the Contractor and Subcontractors shall comply with all applicable federal, and state laws and regulations, the terms of this Contract, reporting tools/ templates and all amendments thereto, that are in effect on the Effective Date or come into effect during the term of this Contract.

B.  In interpreting this Contract, the Parties shall construe its terms and conditions as much as possible to be complementary, giving preference to this Contract (without exhibits, schedules or attachments) over any exhibits schedules or attachments.  In the event of any conflict between the terms and conditions in any other exhibits, schedules or attachments, the document earlier in the Table of Contents controls.

C.  In the event that the Parties need to look outside of this Contract for interpreting its terms, the Parties shall consider only the following sources, as in effect on the Effective Date, in the order of precedence listed:

1.  The Oregon State Medicaid Plan and any Grant Award Letters, waivers or other directives or permissions approved by CMS for operation of the Oregon Health Plan (OHP).

2.  The Federal Medicaid Act, Title XIX of the Social Security Act, the Children's Health Insurance Program(CHIP), established by Title XXI of the Social Security Act, and the Patient Protection and Affordable Care Act (PPACA), and their implementing regulations published in the Code of Federal Regulations (CFR), except as waived by CMS for the OHP.

3.  The Oregon Revised Statutes (ORS) or other enacted Oregon Laws concerning the OHP.

4.  The Oregon Administrative Rules (OAR) promulgated by OHA prior to the effective date of this Contract or subsequent amendments to the Contract, to implement the OHP.

Ex. 3 - Wilson Decl.
Page 9 of 276

OHA_LIT_01152392

C.    There are no other Contract documents unless specifically referenced and incorporated in this Contract.

D.    The following optional Services are either included or not included in this Contract as follows:

| Included | Not Included | |
|---|---|---|
| X | | Benefits and Covered Services for MHO Members Only |
| X | | Children's System of Care Wraparound |

E.    Contractor's Method for Solvency Plan Financial Reporting under Exhibit L is as follows:

☒    Method A-OHA Approval

☐    Method B-DCBS Approval

☐    Method C-DCBS Certificate of Authority as a Licensed Insurer

## III.    Vendor or Sub-Recipient Determination

In accordance with the State Controller's Oregon Accounting Manual, policy 30.40.00.102, OHA determines that:

☐    Contractor is a sub-recipient;    OR    ☒    Contractor is a vendor.

Catalog of Federal Domestic Assistance (CFDA) #(s) of federal funds to be paid through this Contract: CFDA 93.767 and CFDA 93.778

## IV.    Status of Contractor

A.    Contractor is a DNP organized under the laws of Oregon.

B.    Contractor designates:

Bill Murray
825 NE Multnomah St. Suite 1400
Portland, Oregon 97232
Phone: 503-734-3147
Fax: 503-222-2392
Email: billm@familycareinc.org

as the point of contact pursuant to Exhibit D, Section 24 of this Contract. Contractor shall notify OHA in writing of any changes to the designated contact.

## V.    Enrollment Limits and Service Area

Ex. 3 - Wilson Decl.
Page 10 of 276

OHA_LIT_01152393

5.    The OARs promulgated after the effective date of this Contract or subsequent amendments to the Contract, if OHA includes with the rulemaking a statement that the rule either (a) is expected to have de minimis impact on CCO finances and operations; or (b) is required by changes in state law, changes in federal law or written guidance, or changes initiated by CMS in OHA's OHP waivers or state plan.

6.    Other applicable Oregon statutes and OARs concerning the Medical Assistance Program and health services.

D.    If Contractor believes that any provision of this Contract or OHA's interpretation thereof is in conflict with federal or State statutes or regulations, Contractor shall notify OHA in writing immediately.

If any provision of this Contract is in conflict with applicable federal Medicaid or CHIP statutes or regulations that CMS has not waived for the OHP, the Parties shall amend this Contract to conform to the provision of those laws or regulations.

## VII.    Contractor Data and Certification

A.    **Contractor Information.** Contractor shall provide information set forth below. This information is requested pursuant to ORS 305.385.

If Contractor is self-insured for any of the Insurance Requirements specified in Exhibit F of this Contract, Contractor may so indicate by: (i) writing "Self-Insured" on the appropriate line(s); and (ii) submitting a certificate of insurance as required in Exhibit F, Section 9.

### Please print or type the following information

NAME (exactly as filed with the IRS):
_FAMILY CARE INC_
Street Address: _625 NE MULTNOMAH, SUITE 1400_
City, state, zip code: _PORTLAND, OREGON 97232_
Telephone: (503) _734-3147_    Facsimile Number: (503) _734-3197_
E-mail address: _billm@familycareinc.org_

**Is Contractor a nonresident alien, as defined in 26 U.S.C. § 7701(b)(1)?**
*(Check one box):* ☐ YES ☒ NO

Ex. 3 - Wilson Decl.
Page 11 of 276

OHA_LIT_01152394

Contractor Proof of Insurance:

All insurance listed must be in effect at the time of provision of services under this Amended and Restated Contract.

Professional Liability Insurance Company _STAR INDEMNITY_
Policy # _1000057104171_    Expiration Date: _10/31/18_

Commercial General Liability Insurance Company _HARTFORD CASUALTY_
Policy # _52 SBA VX 6377 SC_    Expiration Date: _5/1/18_

Auto Insurance Company _HARTFOR CASUALTY_
Policy # _52 SBA VX 6377 SC_    Expiration Date: _5/1/18_

**Workers' Compensation:** Does Contractor have any subject workers, as defined in ORS 656.027? *(Check one box):* ☒ YES ☐ NO *If YES, provide the following information:*

Workers' Compensation Insurance Company: _SAIF CORPORATION_
Policy # _944077_    Expiration Date: _10/1/2018_

Contractor shall provide proof of Insurance upon request by OHA or OHA designee.

**Business Designation:** (*Check one box*):

☐ Professional Corporation          ☒ Nonprofit Corporation
☐ Limited Partnership              ☐ Limited Liability Company
☐ Limited Liability Partnership    ☐ Sole Proprietorship
☐ Corporation                      ☐ Partnership
☐ Other

B.    Certification. The Contractor acknowledges that the Oregon False Claims Act, ORS 180.750 to 180.785, applies to any "claim" (as defined by ORS 180.750) that is made by (or caused by) the Contractor and that pertains to this Contract or to the project for which the Contract work is being performed. The Contractor certifies that no claim described in the previous sentence is or will be a "False Claim" (as defined by ORS 180.750) or an act prohibited by ORS 180.755. Contractor further acknowledges that in addition to the remedies under this Contract, if it makes (or causes to be made) a False Claim or performs (or causes to be performed) an act prohibited under the Oregon False Claims Act, the Oregon Attorney General may enforce the liabilities and penalties provided by the Oregon False Claims Act against the Contractor. Without limiting the generality of the foregoing, by signature on this Contract, the Contractor hereby certifies that:

1.    Under penalty of perjury, the undersigned is authorized to act on behalf of Contractor and that Contractor is, to the best of the undersigned's knowledge, not in violation of any Oregon Tax Laws. For purposes of this certification, "Oregon Tax Laws" means a State

Ex. 3 - Wilson Decl.
Page 12 of 276

OHA_LIT_01152395

tax imposed by ORS 320.005 to 320.150 and 403.200 to 403.250 and ORS Chapters 118, 314, 316, 317, 318, 321 and 323; and local taxes administered by the Department of Revenue under ORS 305.620;

2.    The information shown in Part VII, Section A, "Contractor Data and Certification" above is Contractor's true, accurate and correct information;

3.    To the best of the undersigned's knowledge, Contractor has not discriminated against and will not discriminate against minority, women or emerging small business enterprises certified under ORS 200.055 in obtaining any required subcontracts;

4.    Contractor and Contractor's employees and agents are not included on the list titled "Specially Designated Nationals and Blocked Persons" maintained by the Office of Foreign Assets Control of the United States Department of the Treasury and currently found at: http://www.treasury.gov/resource-center/sanctions/SDN-List/Pages/default.aspx;

5.    Contractor is not listed on the non-procurement portion of the General Service Administration's "List of Parties Excluded from Federal procurement or Nonprocurement Programs" found at: https://www.sam.gov/portal/public/SAM/ or such alternative system required for use by Medicaid programs;

6.    Contractor is not subject to backup withholding because:

    a.    Contractor is exempt from backup withholding;

    b.    Contractor has not been notified by the IRS that Contractor is subject to backup withholding as a result of a failure to report all interest or dividends; or

    c.    The IRS has notified Contractor that Contractor is no longer subject to backup withholding.

7.    Contractor is an independent contractor as defined in ORS 670.600.

C.    Contractor is required to provide their Federal Employer Identification Number (FEIN) or Social Security Number (SSN) as applicable to OHA. By Contractor's signature on this Contract, Contractor hereby certifies that the FEIN or SSN provided is true and accurate. If this information changes, Contractor is required to provide OHA with the new FEIN or SSN within 10 days.

VIII.  Signatures

CONTRACTOR, BY EXECUTION OF THIS CONTRACT, HEREBY ACKNOWLEDGES THAT CONTRACTOR HAS READ THIS CONTRACT, UNDERSTANDS IT, AND AGREES TO BE BOUND BY ITS TERMS AND CONDITIONS.

CONTRACTOR
By _____        12/22/17 _____

Ex. 3 - Wilson Decl.
Page 13 of 276

OHA_LIT_01152396

Coordinated Care Organization – Amended and Restated                    Effective: January 1, 2018

Authorized                                              Date

Printed Name: WILLIAM H MURRAY                          12/22/2017

Title ___COO___

**OHA - DIVISION OF MEDICAL ASSISTANCE PROGRAMS**

By _____                          December 22, 2017
Patrick Allen, Oregon Health Authority Director         Date
Printed Name___ Patrick M. Allen

Approved as to Legal Sufficiency:

Electronic approval by:  Theodore Falk, Attorney-In-Charge, Health and Human Services
Section, on December 22, 2017; email in Contract file.

Reviewed by OHA Contract Administration:

By _____                          12/22/17
Kathy Cereghino, Contract Administrator                 Date

Ex. 3 - Wilson Decl.
Page 14 of 276

OHA_LIT_01152397

## Exhibit A - Definitions

The order of preference for interpreting conflicting definitions in this Contract is (in descending order of priority):

**A.**    Express definitions in this Exhibit A,
**B.**    Express definitions elsewhere in this Contract,
**C.**    Definitions in the OARs cited in Sections 1 to 3 below, in the order of those Sections.

For purposes of this Contract, in addition to terms defined elsewhere in this Contract, the terms below shall have the following meanings when capitalized. If a term below is used without capitalization in this Contract, then the context determines whether the term is intended to be used with the defined meaning.

**1.    Terms Defined in OAR 410-141-0000**

This Contract incorporates all of the definitions in OAR 410-141-0000, including but not limited to the definitions of:

| | |
|---|---|
| Adverse Benefit Determination | Global Budget |
| Coordinated Care Services | Health-Related Services |
| CCO Payment | Health Services |
| Cold Call Marketing | Holistic Care |
| Community Advisory Council (CAC) | Intensive Case Management |
| Community Standard | Marketing |
| Coordinated Care Organization (CCO) | Non-Participating Provider |
| Corrective Action or Corrective Action Plan | Participating Provider |
| Dental Care Organization (DCO) | Prioritized List of Health Services |
| Disenrollment | Service Area |
| Enrollment | Treatment Plan |

**2.    Terms defined in OAR 410-120-0000**

This Contract incorporates all of the definitions in OAR 410-120-0000, including but not limited to the definitions of:

| | |
|---|---|
| Abuse | Case Management Services |
| Acute | Children's Health Insurance Program (CHIP) |
| Addictions and Mental Health Division (AMH) | Citizen/Alien-Waived Emergency Medical (CAWEM) |
| Aging and People with Disabilities (APD) | Claimant |
| Ambulance | Client |
| Ambulatory Surgical Center (ASC) | Clinical Record |
| American Indian/Alaska Native (AI/AN) | Contested Case Hearing |
| Clinic | Co-Payments |
| Ancillary Services | Community Mental Health Program (CMHP) |
| Area Agency on Aging (AAA) | Condition/Treatment Pair |
| Automated Voice Response (AVR) | Cost Effective |
| Benefit Package | Covered Services |
| Behavioral Health | Date of Receipt of a Claim |

Ex. 3 - Wilson Decl.
Page 15 of 276

OHA_LIT_01152398

Date of Service
Declaration for Mental Health Treatment
Dental Services
Dentist
Diagnosis Related Group (DRG)
Diagnostic Services
Durable Medical Equipment, Prosthetics, Orthotics and Medical Supplies (DMEPOS)
Early and Periodic Screening, Diagnosis and Treatment (EPSDT) Services (aka, Medicheck)
Emergency Department
Emergency Medical Transportation
Evidence-Based Medicine
False Claim
Family Planning Services
Federally Qualified Health Center (FQHC)
Fee-for-Service Provider
Fraud
Fully Dual Eligible
Healthcare Common Procedure Coding System (HCPCS)
Health Evidence Review Commission
Home Health Agency
Home Health Services
Hospice
Hospital
Hospital-Based Professional Services
Hospital Laboratory
Indian Health Care Provider (IHCP)
Indian Health Service (IHS)
Individual Adjustment Request Form (DMAP 1036)
Inpatient Hospital Services
Institutionalized
Laboratory
Licensed Direct Entry Midwife
Liability Insurance
Managed Care Organization (MCO)
Maternity Case Management
Medicaid
Medical Assistance Eligibility Confirmation
Medical Assistance Program
Medical Care Identification
Medical Services
Medical Transportation
Medically Appropriate
Medicare
Medicare Advantage
Medicheck for Children and Teens

National Correct Coding Initiative (NCCI)
National Provider Identification (NPI)
Non-Covered Services
Non-Emergent Medical Transportation Services (NEMT)
Nurse Practitioner
Nursing Facility
Nursing Services
Occupational Therapy
Ombudsman Services
Oregon Youth Authority (OYA)
Out-of-State Providers
Outpatient Hospital Services
Overpayment
Overuse
Panel
Payment Authorization
Peer Review Organization (PRO)
Pharmaceutical Services
Pharmacist
Physician
Physician Assistant
Post-Payment Review
Practitioner
Prepaid Health Plan (PHP)
Primary Care Provider (PCP)
Prior Authorization (PA)
Private Duty Nursing Services
Provider
Provider Organization
Public Health Clinic
Quality Improvement
Quality Improvement Organization (QIO)
Recipient
Recoupment
Referral
Remittance Advice (RA)
Request for Hearing
Retroactive Medical Eligibility
Rural
Sanction
School Based Health Service
Service Agreement
Speech-Language Pathology Services
State Facility
Subparts (of a Provider Organization)
Subrogation
Surgical Assistant
Suspension
Termination

OHA_LIT_01152399

Coordinated Care Organization – Amended and Restated                              Effective:  January 1, 2018

Third Party Liability (TPL), Third Party
Resource (TPR) or Third party payer
Transportation
Type A Hospital
Type B AAA

Type B AAA Unit
Type B Hospital
Urgent Care Services
Usual Charge (UC)
Utilization Review (UR)

Contract # (XXXXXX)                          Exhibit A                          Page 17 of 227

OHA_LIT_01152400

**3.** **Terms Defined by this Contract**

a. **"Actuarial Report"** is defined in Exhibit C, Section 7

b. **"Acute Inpatient Hospital Psychiatric Care"** means Acute care provided in a psychiatric Hospital with 24-hour medical supervision.

c. **"Advance Directive"** means a written instruction, such as a living will or durable power of attorney for health care, recognized under State law (whether statutory or as recognized by the courts of the State), relating to the provision of health care when the individual is incapacitated pursuant to 42 CFR 438.3(j); 42 CFR 422.128; and 42 CFR 489.100. A "health care instruction" means a document executed by a principal to indicate the principal's instructions regarding health care decisions. A "power of attorney for health care" means a power of attorney document that authorizes an attorney-in-fact to make health care decisions for the principal when the principal is incapable. "Incapable" means that in the opinion of the court in a proceeding to appoint or confirm authority of a health care representative, or in the opinion of the principal's attending physician, a principal lacks the ability to make and communicate health care decisions to health care providers, including communication through persons familiar with the principal's manner of communicating if those persons are available.

d. **"Appeal"** means a request for review of a notice of action/adverse benefit determination.

e. **"Assessment"** means the determination of a person's need for Covered Services. It involves the collection and evaluation of data pertinent to the person's history and current problem(s) obtained through interview, observation, and record review.

f. **"Automatic reenrollment"** means a re-enrollment of a Member with the Contractor when the Client was disenrolled solely because he or she loses Medicaid eligibility for a period of 2 months or less.

g. **"Assignment"** means the process by which a client is deemed eligible to be assigned to Contractor; either in a manual or automated process.

h. **"Automatic re-assignment"** means the re-assignment of a Member with the Contractor when the Member's previous assignment was terminated solely because he or she loses Medicaid eligibility for a period of 1 year or less.

i. **"Business Day"** means any day except Saturday, Sunday or a legal holiday. The word "day" not qualified as Business Day means calendar day.

j. **"CCO Payment Rates"** means the rates for CCO Payments to Contractor as set forth in Exhibit C, Attachment 1.

k. **"Capitation Payment"** means the portion of the CCO Payment paid under the Capitation Rates (as described in Exhibit C, Section 6) and excludes case rate payments, maternity case rate, withholds, or any other payments paid outside the Capitation Rate.

l. **"Certified Traditional Health Workers"** has the same meaning as defined in OAR 410-180-0305.

Ex. 3 - Wilson Decl.
Page 18 of 276

OHA_LIT_01152401

m.  **"Child and Family Team"** means a group of people, chosen by the family and connected to them through natural, community, and formal support relationships, and representatives of child-serving agencies who are serving the child and family, who will work together to develop and implement the family's plan, address unmet needs, and work toward the family's vision.

n.  **"Civil Commitment"** means the legal process of involuntarily placing a person, determined by the Circuit Court to be a person with a mental illness as defined in ORS 426.005 (1) (f), in the custody of OHA. OHA has the sole authority to assign and place a committed person to a treatment facility. OHA has delegated this responsibility to the CMHP Director.

o.  **"Claims Adjudication"** means Contractor's final decision to pay claims submitted or deny them after comparing claims to the benefit or coverage requirements.

p.  **"Clinical Reviewer"** means the entity individually chosen to resolve disagreements related to a Member's need for LTPC immediately following an Acute Inpatient Hospital Psychiatric Care stay.

q.  **"Community"** means the groups within the geographic area served by a CCO and includes groups that identify themselves by age, ethnicity, race, economic status, or other defining characteristic that may impact delivery of health care services to the group, as well as the governing body of each county located wholly or partially within the Service Area.

r.  **"Cultural Competence"** means the process by which individuals and systems respond respectfully and effectively to people of all cultures, languages, classes, races, ethnic backgrounds, disabilities, religions, genders, sexual orientation and other diversity factors in a manner that recognizes, affirms and values the worth of individuals, families and communities, and protects and preserves the dignity of each. Operationally defined, cultural competence is the integration and transformation of knowledge about individuals and groups of people into specific standards, policies, practices, and attitudes used in appropriate cultural settings to increase the quality of services, thereby producing better outcomes.

s.  **"DSM-V Diagnosis"** means the diagnosis, consistent with the Fifth Edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM-V), resulting from the assessment.

t.  **"Early Intervention"** means the provision of Covered Services directed at preventing or ameliorating a mental disorder or potential disorder during the earliest stages of onset or prior to onset for individuals at high risk of a mental disorder.

u.  **"Effective Date"** means the date this Amended and Restated Contract becomes effective, as described in Section I.A.

v.  **"Electronic Health Record"** means an electronic record of an individual's health-related information that conforms to nationally recognized interoperability standards and that can be created, managed and consulted by authorized clinicians and staff across more than one health care Provider.

w.  **"Emergency Dental Condition"** has the same meaning as defined in OAR 410-123-1060

Ex. 3 - Wilson Decl.
Page 19 of 276

OHA_LIT_01152402

x.  **"Emergency Medical Condition"** means a physical, mental or dental health condition manifesting itself by Acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in placing the health of the individual (or with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy, serious impairment to bodily functions or serious dysfunction of any bodily organ or part. An "Emergency Medical Condition" is determined based on the presenting symptoms (not the final diagnosis) as perceived by a prudent layperson (rather than a Health Care Professional) and includes cases in which the absence of immediate medical attention would not in fact have had the adverse results described in the previous sentence.

y.  **"Emergency Psychiatric Hold"** means the physical retention of a person taken into custody by a peace officer, health care facility, State Facility, Hospital or nonhospital facility as ordered by a Physician or a CMHP director, pursuant to ORS Chapter 426.

z.  **"Emergency Services"** means physical, mental or dental health services from a qualified Provider necessary to evaluate or stabilize an Emergency Medical Condition, including inpatient and outpatient treatment that may be necessary to assure within reasonable medical probability that the patient's condition is not likely to materially deteriorate from or during a Member's discharge from a facility or transfer to another facility.

aa.  **"Encounter Data"** means encounter claims data that are required to be submitted to OHA under OAR 410-141-3430.

bb.  **"Encounter Pharmacy Data"** means encounter claims data for pharmaceutical services delivered by organizations authorized to provide pharmaceutical prescription services under OAR 410-121-0021 and billed through the National Council for Prescription Drug Programs (NCPDP) standard format utilizing the National Drug Code (NDC) and following the billing requirements in OAR 410-121-0150.

cc.  **"Evaluation"** means a psychiatric or psychological Assessment used to determine the need for mental health or Substance Use Disorders services. The Evaluation includes the collection and analysis of pertinent biopsychosocial information through interview, observation, and psychological and neuropsychological testing. The Evaluation concludes with the DSM V Diagnosis, prognosis for rehabilitation, and treatment recommendations.

dd.  **"Expiration Date"** means December 31st of each calendar year during the term of this Contract.

ee.  **"External Quality Review Organization"** or **"EQRO"** means an organization that meets the competence and independence requirements set forth in 42 CFR 438.354 and performs external quality review, other EQR-related activities as set forth in 42 CFR 438.358 or both.

ff.  **"External Quality Review"** or **"EQR"** means the analysis and evaluation by an EQRO, of aggregated information on quality, timeliness and access to the health care services that Contractor furnishes to its Members, and other EQR-related activities as set forth in 42 CFR 438.358.

gg.  **"Family"** means parent or parents, legal guardian, siblings, grandparents, spouse and other primary relations whether by blood, adoption, legal or social relationship.

Contract # (XXXXXX)                         Exhibit A                              Page 20 of 227

Ex. 3 - Wilson Decl.
Page 20 of 276

OHA_LIT_01152403

hh.    **"Family Partner"** has the same meaning as Family Support Specialist as defined OAR 410-180-0305(13)(d),

ii.    **"Fidelity"** means the extent to which a program adheres to the evidence based practice model. Fidelity to the Wraparound model means that an organization participates in measuring whether Wraparound is being implemented to Fidelity, and will require, at a minimum, assessing (1) adherence to the core values and principles of Wraparound described in ORS 418.977, (2) whether the basic activities of facilitating a Wraparound process are occurring, and (3) supports at the organizational and system level.

jj.    **"Grievance"** means a Member's or Member Representative's expression of dissatisfaction to Contractor or to a Participating Provider about any matter other than an Adverse Benefit Determination.

kk.    **"Habilitation Services"** means the services set forth in OAR 410-172-0700.

ll.    **"Health Care-Acquired Condition"** has the same meaning as defined in 42 CFR 447.26(b).

mm.    **"Innovator Agent"** means an OHA employee who is assigned to a CCO and serves as a single point of contact between a CCO and the OHA to facilitate the exchange of information between the CCO and the OHA.

nn.    **"Intensive Outpatient Services and Supports"** means a specialized set of comprehensive in-home and community-based supports and mental health treatment services, for children and youth, that are developed by the child and family team and delivered in the most integrated setting in the community.

oo.    **"Intensive Psychiatric Rehabilitation"** means the application of concentrated and exhaustive treatment for the purpose of restoring a person to a former state of mental functioning.

pp.    **"Invoiced Rebate Dispute"** means a disagreement between a pharmaceutical manufacturer and the Contractor regarding the dispensing of pharmaceuticals, as submitted by OHA to Contractor through the process set forth in Exhibit B, Part 8, Section 12.

qq.    **"Intensive Treatment Services (ITS)"** means the range of services delivered within a facility and comprised of Psychiatric Residential Treatment Services (PRTS), Psychiatric Day Treatment Services (PDTS), Subacute and other services as determined by the Division, that provide active psychiatric treatment for children with severe emotional disorders and their families.

rr.    **"Learning Collaborative"** means a program in which CCOs, state agencies, and PCPCHs can do the following, as well as other activities that serve Health System Transformation objectives and the purposes of this Contract:

    (1)    Share information about Quality Improvement;

    (2)    Share information and best practices about methods to change payment to pay for quality and performance;

Contract # (XXXXXX)                    Exhibit A                    Page 21 of 227

Ex. 3 - Wilson Decl.
Page 21 of 276

OHA_LIT_01152404

(3)     Share best practices and emerging practices that increase access to culturally competent and linguistically appropriate care and reduce health disparities;

(4)     Share best practices that increase the adoption and use of the latest techniques in effective and cost-effective patient centered care;

(5)     Coordinate efforts to develop and test methods to align financial incentives to support PCPCHs;

(6)     Share best practices for maximizing the utilization of PCPCHs by individuals enrolled in Medical Assistance Programs, including culturally specific and targeted outreach and direct assistance with applications to adults and children of racial, ethnic and language minority communities and other underserved populations;

(7)     Share best practices for maximizing integration to ensure that patients have access to comprehensive primary care, including preventative and disease management services;

(8)     Share information and best practices on the use of Health-Related Services ; and

(9)     Share information and best practices on member engagement, education and communication.

ss.     **"Licensed Medical Practitioner (LMP)"** means a person who meets the following minimum qualifications as documented by the Local Mental Health Authority (LMHA) or designee:

(1)     Physician, Nurse Practitioner, or Physician's Assistant, who is licensed to practice in the State of Oregon, and whose training, experience and competence demonstrate the ability to conduct a Mental Health assessment and provide medication management; or

(2)     For Intensive Outpatient Services and Support (IOSS) and Intensive Treatment Services (ITS) providers, a board-certified or board-eligible child and adolescent psychiatrist licensed to practice in the State of Oregon per OAR 309-019-0105.

tt.     **"Local Mental Health Authority" or "LMHA"** means one of the following entities:

(1)     The board of county commissioners of one or more counties that establishes or operates a CMHP;

(2)     The tribal council, in the case of a federally recognized tribe of AI/AN that elects to enter into an agreement to provide mental health services; or

(3)     A regional local mental health authority comprising two or more boards of county commissioners.

uu.     **"Long-Term Psychiatric Care" or "LTPC"** means inpatient psychiatric services delivered in an Oregon State-operated Hospital after Usual and Customary care has been provided in an Acute Inpatient Hospital Psychiatric Care setting or in a Residential Treatment Facility for children under age 18 and the individual continues to require a Hospital level of care.

vv.     **"Marketing Materials"** has the meaning defined in OAR 410-141-3270.

OHA_LIT_01152405

ww.  **"Material Change"** means any circumstance in which Contractor experiences a change in operations that is reasonably likely to affect Contractor's Participating Provider capacity or reduce or expand the amount, scope or duration of Covered Services being provided to Members including but not limited to:

(1)  Changes in Contractor's service delivery system that may directly impact the provision of services to Members or affect Provider participation;

(2)  Expansion or reduction of a Service Area requiring a Contract amendment, particularly related to Provider capacity and service delivery in the affected Service Area;

(3)  Modifications of Provider payment processes or mechanisms that could affect Provider participation levels;

(4)  Enrollment of a new population (e.g., roll-over or new Clients); and

(5)  Loss of or addition of a Participating Provider, specialty Provider, clinic or Hospital, previously identified on the Delivery System Network (DSN) Provider Capacity Report that will impact Members.

xx.  **"Medication Override Procedure"** means the administration of psychotropic medications to a person in an Acute Inpatient Hospital Psychiatric Care setting when the person has refused to consent to the administration of such medications on a voluntary basis.

yy.  **"Member"** means a Client who is enrolled with Contractor under this Contract.

zz.  **"Member Representative"** means a person who can make OHP related decisions for a Member who lacks the ability to make and communicate health care decisions to health care providers, including communication through persons familiar with the principal's manner of communicating if those persons are available. A Member Representative may be, in the following order of priority, a person who is designated as the Member's health care representative as defined in ORS 127.505(13) (including an attorney-in-fact or a court-appointed guardian), a spouse, or other Family member as designated by the Member, the Individual Service Plan Team (for Members with developmental disabilities), parent or legal guardian of a minor below the age of consent, a DHS or OHA case manager or other DHS or OHA designee. For Members in the care or custody of DHS Children, Adults, and Families (CAF) or OYA, the Member Representative is DHS or OYA. For Members placed by DHS through a Voluntary Child Placement Agreement (SCF form 499), the Member Representative is his or her parent or legal guardian.

aaa.  **"Member Months"** means the calculation, obtained from Report L.3.1, which represents Contractor's average number of Members during the quarter, multiplied by the number of months.

bbb.  **"Mental Health Only (MHO) Covered Service"** (if CCO has elected to provide this service) means those mental health services that are included in the CCO Payment paid to Contractor under this Contract with respect to an MHO Member whenever those mental health services are Medically Appropriate for the MHO Member.

Ex. 3 - Wilson Decl.
Page 23 of 276

OHA_LIT_01152406

ccc.    **"Mental Health Only (MHO) Emergency Services"** means health services from a qualified provider necessary to evaluate or stabilize an emergency mental health condition, including inpatient and outpatient treatment that may be necessary to assure within reasonable medical probability that the patient's condition is not likely to materially deteriorate from or during a Member's discharge from a facility or transfer to another facility.

ddd.    **"Mental Health Only (MHO) Member"** means an individual enrolled for MHO Covered Services only. An a MHO Member may be either:

    **(1)**    An individual who is enrolled with an MHO but not with an FCHP or PCO, on the day before the date when the OHP Client's MHO becomes part of a CCO; or

    **(2)**    An individual who receives physical health services on a fee-for-service basis but who is eligible for and is enrolled in a CCO for MHO Covered Services only.

    For all other purposes in this Contract, apart from the requirements for provision of Covered Services that are limited to mental health Covered Services, an MHO Member is a Member of the CCO.

eee.    **"Mental Health Practitioner"** means a person with current and appropriate licensure, certification, or accreditation in a mental health profession, which includes but is not limited to: psychiatrists, psychologists, registered psychiatric nurses, QMHAs, and QMHPs.

fff.    **"Mental Health Rehabilitative Services"** means coordinated assessment, therapy, consultation, medication management, skills training and interpretive services.

ggg.    **"Metrics and Scoring Committee"** means the subcommittee established in accordance with ORS 414.638(1).

hhh.    **"Neuropsychiatric Treatment Service"** or **"NTS"** means four units at the State Facility serving frail elderly persons with mental disorders, head trauma, advanced dementia, or concurrent medical conditions who cannot be served in community programs.

iii.    **"Non-Pharmacy Encounter Data"** means institutional and Dental encounter claims that are required to be submitted to OHA under OAR 410-141-3430 and OAR 943-120-0100 through 943-120-0200.

jjj.    **"Oregon Integrated and Coordinated Health Care Delivery System"** means the system that makes CCOs accountable for care management and provision of integrated and coordinated health care for each Member, managed within fixed Global Budgets, by providing care so that efficiency and quality improvements reduce medical cost inflation while supporting the development of regional and community accountability for the health of the residents of each region and community, and while maintaining regulatory controls necessary to ensure quality and affordable health care for all Oregonians.

kkk.    **"Oregon Patient/Resident Care System"** or **"OP/RCS"** means the OHA data system for persons receiving services in the State Facilities and selected community Hospitals providing Acute Inpatient Hospital Psychiatric services under contract with OHA.

lll.    **"Outreach"** has the meaning defined in OAR 410-141-3270.

Ex. 3 - Wilson Decl.
Page 24 of 276

OHA_LIT_01152407

mmm.    **"Patient-Centered Primary Care Home" or "PCPCH"** means a health care team or clinic as defined in ORS 414.655, which meets the standards pursuant to OAR 409-055-0040, and has been recognized through the process pursuant to OAR 409-055-0040.

nnn.    **"Patient Protection and Affordable Care Act" or "PPACA"** means the Patient Protection and Affordable Care Act of 2010 (P.L. 111-148) as modified by the Health Care and Education Reconciliation Act of 2010 (P.L. 111-152).

ooo.    **"Payment"** means a CCO Payment as defined in this Exhibit A or a supplemental payment described in Exhibit B, Part 8.

ppp.    **"Personal Care Services"** means services that must be prescribed by a physician or licensed practitioner of the healing arts in accordance with a plan of treatment or authorized for the individual in accordance with a service plan approved by the State or designee. The services are provided by an individual who is qualified to provide such services and who is not a legally responsible relative of the Individual. The services may be furnished in a home or other allowable location. The services meeting this criterion are listed in OAR 410-172-0780.

qqq.    **"Post Stabilization Services"** means Covered Services related to an Emergency Medical Condition that are provided after a Member is stabilized in order to maintain the stabilized condition or to improve or resolve the Member's condition when the Contractor does not respond to a request for pre-approval within one hour, the Contractor cannot be contacted, or the Contractor's representative and the treating physician cannot reach an agreement concerning the Member's care and a Contractor physician is not available for consultation

rrr.    **"Potential Member"** means a person who meets the eligibility requirements to enroll in the Oregon Health Plan but has not yet enrolled with a specific CCO.

sss.    **"Previous Contract"** means Contractor's contract with OHA for Coordinated Care Services that expired immediately before the effective date of this Contract.

ttt.    **"Provider Panel" or "Provider Network"** means those Participating Providers affiliated with the Contractor who are authorized to provide services to Members.

uuu.    **"Provider-Preventable Condition"** has the meaning defined in 42 CFR 447.26(b).

vvv.    **"Psychiatric Day Treatment Services (PDTS)"** means the comprehensive, interdisciplinary, non-residential, community-based program consisting of psychiatric treatment, family treatment and therapeutic activities integrated with an accredited education program.

xxx.    **"Psychiatric Residential Treatment Service" or "PRTS"** has the same meaning as defined in OAR 410-172-0010.

yyy.    **"Qualified Mental Health Associate" or "QMHA"** means a person delivering services under the direct supervision of a QMHP and meeting the following minimum qualifications as documented by Contractor: a bachelor's degree in a behavioral sciences field; or a combination of at least three years' relevant work, education, training or experience; and has the competencies necessary to communicate effectively; understand Mental Health Assessment, treatment and

Ex. 3 - Wilson Decl.
Page 25 of 276

OHA_LIT_01152408

service terminology and to apply the concepts; and Provide psychosocial Skills Development and to implement interventions prescribed in a Treatment Plan within their scope of practice.

zzz.    **"Qualified Mental Health Professional" or "QMHP"** means a LMP or any other person meeting the following minimum qualifications as documented by Contractor:  graduate degree in psychology; bachelor's degree in nursing and licensed by the State of Oregon; graduate degree in social work; graduate degree in behavioral science field; graduate degree in recreational, art, or music therapy; or bachelor's degree in Occupational Therapy and licensed by the State of Oregon; and whose education and experience demonstrates the competencies to identify precipitating events; gather histories of mental and physical disabilities, alcohol and drug use, past mental health services and criminal justice contacts; assess Family, social and work relationships; conduct a mental status examination; document a DSM V Diagnosis; write and supervise a treatment plan; conduct a Comprehensive Mental Health Assessment; and Provide Individual Therapy, Family Therapy, and/or Group Therapy within the scope of their training.

aaaa.    **"Region"** means the geographical boundaries of the area served by a CCO as well as the governing body of each county that has jurisdiction over all or part of the Service Area.

bbbb.    **"RFA 3402"** means OHA Request for Applications # 3402 for Coordinated Care Organizations (CCOs).

cccc.    **"Renewal Contract"** means either: (1) a Rate Amendment described in Exhibit C, Section 11; (2) an amendment extending this term of this Contract; or (3) a successor contract between the parties for Coordinated Care Services effective immediately after the expiration date of this Contract.

dddd.    **"Services Coordination"** means Services provided to Members who require access to and receive Covered Services, or long term care services, or from one or more Allied Agencies or program components according to the Treatment Plan.  Services provided may include establishing pre-commitment service linkages; advocating for treatment needs; and providing assistance in obtaining entitlements based on mental or emotional disability.

eeee.    **"Somatic Mental Health"** means symptoms of physical illness such as tension, fatigue, pain or gastrointestinal distress, with no readily ascertainable medical cause

ffff.    **"Special Health Care Needs"** means individuals who have high health care needs, multiple chronic conditions, mental illness or Substance Use Disorders and either 1) have functional disabilities, or 2) live with health or social conditions that place them at risk of developing functional disabilities (for example, serious chronic illnesses, or certain environmental risk factors such as homelessness or family problems that lead to the need for placement in foster care).

gggg.    **"State"** means the State of Oregon.

hhhh.    **"State Fair Hearing"** means the process set forth in 42 CFR 431, subpart E

iiii.    **"Subcontractor"** means any individual, entity, facility, or organization, other than a Participating Provider, that has entered into a subcontract with the Contractor or with any Subcontractor for any portion of the Work under this Contract.

OHA_LIT_01152409

jjjj.  **"Substance Use Disorders"** means disorders related to the taking of a drug of abuse including alcohol, to the side effects of a medication, or to a toxin exposure. The disorders include substance use disorders, such as substance dependence and substance abuse, and substance-induced disorders, such as substance intoxication, withdrawal, delirium, dementia, and substance-induced psychotic or mood disorder, as defined in DSM-V criteria.

kkkk.  **"Substance Use Disorders Provider"** means a practitioner approved by OHA to provide Substance Use Disorders services.

llll.  **"System of Care"** (SOC) means a coordinated network of services and supports, including education, child welfare, public health, primary care, pediatric care, juvenile justice, mental health treatment, substance use treatment, developmental disability services and any other services and supports to the identified population that integrates care planning and management across multiple levels, that is culturally and linguistically competent, that is designed to build meaningful partnerships with families and youth in the delivery and management of services and the development of a supportive policy and management infrastructure.

mmmm.  **"Team Facilitation"** means the process of working with the Child and Family Team in developing a unified plan of care.

nnnn.  **"Therapeutic Abortion"** for purposes of this Contract means any abortion that arises under one of the following situations:

(1)  The pregnancy is the result of an act of rape or incest; or

(2)  Where a woman suffers from a physical disorder, physical injury, or physical illness, including a life-endangering physical condition caused by or arising from the pregnancy itself that would, as certified by a Physician, place the woman in danger of death unless an abortion is performed.

oooo.  **"Traditional Health Worker"** has the same meaning as defined in OAR 410-180-0305.

pppp.  **"Transitional Care"** means assistance for a Member when entering and leaving an Acute care facility or a long term care setting.

qqqq.  **"Valid Claim"** means a claim received by the Contractor for payment of Covered and Non-Covered Services rendered to a Member which: (1) Can be processed without obtaining additional information from the Provider of the service; and (2) Has been received within the time limitations prescribed in OHP Rules. A "Valid Claim" does not include a claim from a Provider who is under investigation for Fraud or Abuse, or a claim under review for being Medically Appropriate. A "Valid Claim" is a "clean claim" as defined in 42 CFR 447.45(b).

rrrr.  **"Valid Encounter Data"** means Encounter Data that comply with OAR 410-141-3430.

ssss.  **"Value-based payment"** (VBP) means a health care provider payment that rewards quality and efficiency of health care delivery in comparison to the fee-for-service payment system that financially rewards volume of services. VBP includes, but is not limited to::
(1)  Shared savings arrangements;
(2)  Bundled payments;

Ex. 3 - Wilson Decl.
Page 27 of 276

OHA_LIT_01152410

      (3)    Payments based on episodes;

      (4)    Risk sharing withhold;

      (5)    Quality incentive payments;

      (6)    Population-based payment models; and

      (7)    Access improvement payments

tttt.    **"Wraparound"** means a definable, team-based planning process involving a Member 0-17 years of age (or Members who continue receiving Wraparound services from 18-25 years of age) and the Member's family that results in a unique set of community services, and services and supports individualized for that Member and family to achieve a set of positive outcomes.

uuuu.    **"Wraparound Care Coordination"** means the act of developing and organizing Child and Family Teams to identify strengths and to assess and meet the needs of Members 0–17 (or Members who continue receiving Wraparound services from 18- 25 years of age) with complex behavioral health problems and their families. Wraparound Care Coordination involves:

- Coordinating services such as access to assessments and treatment services;
- Coordinating services across the multitude of systems with which the Member is involved; and
- Coordinating care with child welfare, the juvenile justice system and/or developmental disabilities system to meet placement needs.

tttt.    **"Wraparound Review Committee"** reviews and selects entering Wraparound clients according to locally established criteria. Referral information will be collated by the referral source and communicated to the review committee through the Coordinated Care Organization. The review committee will include young adult/youth and families or Family/Youth Partners on a team of cross-system stakeholders that review referrals of Wraparound assessment and screening information, to ensure shared decision making. The review committee will assist in the management of the targeted number of participants, analyzing the types and mix of referrals, and looking for patterns and disparities in referrals. Federal level confidentiality standards applicable to all involved systems will be maintained. Transitions out of SOCWI(System of Care Wraparound Initiative) will be reviewed to ensure maximal opportunity for incoming referrals to be served.

uuuu.    **"Youth  Partner" has the same** meaning as Youth Support Specialist as defined in OAR 410-180-0305(11)3.

**Exhibit B –Statement of Work - Part 1 – Governance and Organizational Relationships**

**1.    Governing Board and Governance Structure**

Contractor shall establish, maintain, and operate with a governance structure that complies with the requirements of ORS 414.625.

**2.    Community Advisory Council (CAC)**

a.    To ensure the health care needs of the members of the community are being addressed, Contractor shall establish a CAC which:

(1)    Include representatives of the community and of each county government  served by the Contractor, but consumer representatives must constitute a majority of the membership;

(2)    Ensures diverse membership, with a specific emphasis on those representing populations who experience health disparities;

(3)    Has its membership selected by a committee composed of equal numbers of county representatives from each county served by the Contractor and members of Contractor's governing body;

(4)    Meets no less frequently than once every three months. Meetings shall follow requirements as outlined in ORS 414.627;

(5)    Posts a report of its meetings and discussions to the Contractor's CCO website and other websites appropriate to keeping the community informed of the CAC's activities. The CAC, the Contractor's governing body or a designee of the CAC or Contractor's governing body has discretion as to whether public comments received at meetings that are open to the public will be included in the reports posted to the website and, if so, which comments are appropriate for posting;

(6)    If the regular CAC meetings are not open to the public and do not provide an opportunity for members of the public to provide written and oral comments, holds semiannual meetings that:

(a)    Are open to the public and attended by the members of the CAC;

(b)    Report on the activities of the Contractor and the CAC;

(c)    Provide written reports on the activities of the Contractor; and

(d)    Provide the opportunity for the public to provide written or oral comments; and

(7)    Posts to the Contractor's CCO website contact information for, at a minimum:

(a)    The CAC chairperson; and

(b)    A member of the CAC or a designated staff member of the Contractor

Ex. 3 - Wilson Decl.
Page 29 of 276

OHA_LIT_01152412

**b.**      Contractor is not required by OHA to subject meetings of the CAC to ORS 192.610 to 192.710, the Public Meetings Law.

**c.**      Duties of the CAC include, but are not limited to:

**(1)**      Identifying and advocating for preventive care practices to be utilized by the Contractor;

**(2)**      Overseeing a Community Health Assessment (CHA) and adopting a Community Health Improvement Plan (CHP) to serve as a strategic plan for addressing health disparities and meeting health needs for the communities in the Service Area(s); and

**(3)**      Publishing an annual report on the progress of the CHP.

**3.      Clinical Advisory Panel (CAP)**

Contractor shall establish an approach within its governance structure to assure best clinical practices. This approach is subject to OHA approval, and may include a CAP. If Contractor convenes a CAP, it will include representation from Behavioral Health, physical health systems, and oral health.

**4.      Community Health Assessment (CHA) and Community Health Improvement Plan (CHP)**

**a.**      The Contractor, through its CAC, shall adopt a CHA and a CHP with responsibilities identified in OAR 410-141-3145 and in compliance with ORS 414.627. To the extent practicable, Contractor shall include in the CHA and CHP a strategy and plan for:

**(1)**      Working with the Early Learning Council, Early Learning Hubs, the Youth Development Council, Local Mental Health Authority, oral health care providers, the local public health authority , community based organizations, hospital systems and the school health providers in the Service Area/region; and

**(2)**      Coordinating the effective and efficient delivery of health care to children and adolescents in the community, as follows:

**(a)**      Base the CHP on research, including research into adverse childhood experiences;

**(b)**      Evaluate the adequacy of the existing school-based health center (SBHC) network to meet the specific pediatric and adolescent health care needs in the community and make recommendations to improve the SBHC system;

**(c)**      Improve the integration of all services provided to meet the needs of children, adolescents, and families; and

**(d)**      Address primary care, behavioral and oral health, promotion of health and prevention, and early intervention in the treatment of children and adolescents;

**(e)**      Must identify funding sources and additional funding necessary to address the health needs of children and adolescents in the community and to meet the goals of the plan.

Ex. 3 - Wilson Decl.
Page 30 of 276

OHA_LIT_01152413

      **(f)** The activities, services and responsibilities defined in the plan shall include a plan and strategy for integrating physical, behavioral and oral health strategies.

    **(3)** Including school nurses, school mental health providers, and individuals representing child and adolescent health services in the development of Contractor's CHP.

**b.** Contractor, with its CAC, shall collaborate with OHA Office of Equity and Inclusion to develop meaningful baseline data on health disparities. Contractor shall include in the CHA identification and prioritization of health disparities among Contractor's diverse communities, including those defined by race, ethnicity, language, disability, age, gender, sexual orientation, and other factors in its Service Areas. Contractor shall include representatives of populations experiencing health disparities in CHA and CHP prioritization.

**c.** Contractor shall conduct the CHA and CHP so that they are transparent and public in process and outcomes. Contractor shall assure that the contents and development of the CHP comply with ORS 414.627.

**d.** Contractor shall evaluate opportunities to engage IHCPs in the Contractor's process to develop the CHA and CHP, which may include the following actions: including tribes and IHCPs to contribute and gather health disparities data, identification of CHP priorities, and allowing IHCP feedback and review of the CHA and CHP.

**e.** The CHA and CHP adopted by the CAC shall describe the full scope of findings, priorities, actions, responsibilities, and results achieved. The CHP may include, as applicable:

    **(1)** Findings from the various community health assessments made available by OHA to Contractor;

    **(2)** Findings on health needs and health disparities from community partners or previous assessments;

    **(3)** Findings on health indicators, including the leading causes of chronic disease, injury and death in the Service Area;

    **(4)** Evaluations of and recommendations for adequacy of existing school based health systems in meeting the needs of specific pediatric and adolescent health care needs in the community;

    **(5)** Focus on primary care, behavioral health and oral health;

    **(6)** Analysis and development of public and private resources, capacities and metrics based on ongoing CHA activities and population health priorities;

    **(7)** Description of how the CHA and CHP support the development, implementation, and evaluation of patient-centered primary care approaches;

    **(8)** Description of how the objectives of Health Systems Transformation and Contractor's Transformation and Quality Strategy, described in Exhibit B Part 9, are addressed in the CHA and CHP;

Ex. 3 - Wilson Decl.
Page 31 of 276

OHA_LIT_01152414

(9)     System design issues and solutions;

(10)    Outcome and Quality Improvement plans and results;

(11)    Integration of service delivery approaches and outcomes; and

(12)    Workforce development approaches and outcomes.

f.      The CHP shall identify the findings of the CHA and the method for prioritizing health disparities for remedy. Contractor shall provide a copy of the CHP, and annual progress reports using the template provided by OHA, to OHA's Contract Administration unit, on or before June 30th of each year. The CHA and CHP must be updated at least every five years. Contractor can update the CHA at any time and the updated CHA can be substituted for the annual progress report requirement for that year.

g.      Contractor shall ensure that the LMHA(s) in the Service Area determine the need for local mental health services, coordinate its local planning with the development of the CHP, and adopt a comprehensive local plan for the delivery of local mental health services for children, families, adults and older adults that describes the methods by which the LMHA will provide those services. OHA, with the Contractor, may require the LMHA to review and revise the local plan periodically as referenced in ORS 414.627.

h.      Contractor may utilize CHA and CHP guidance provided by the OHA Transformation Center. Such guidance is available at the following web page: http://www.oregon.gov/OHA/Transformation-Center/Pages/Resources-Transformation.aspx.

5.      **Innovator Agent and Learning Collaborative**

a.      OHA will provide an Innovator Agent to the Contractor. The Innovator Agent's roles are to act as a single point of contact between the Contractor and OHA on matters regarding innovation, to facilitate the exchange of information, to work with the Contractor and its CAC, and to work with the Contractor to identify and develop strategies to support Quality Improvement and the adoption of innovations in care.

b.      Contractor shall participate in face-to-face meetings of any CCO Learning Collaborative at least monthly, if available.

c.      If OHA identifies Contractor as underperforming on access, quality or cost against performance and outcome metrics established under this Contract, Contractor will be required to participate in an intensified learning collaborative intervention.

6.      **Children's System of Care Governance Structure**

Contractor shall establish and maintain a governance structure to support the development of a functional System of Care in its service area in accordance with the Portland State University System of Care established best practices. The governance structure shall incorporate the following functions as described in the Best Practice Guide located at https://www.pdx.edu/ccf/best-practice-guide Executive Council, Advisory Committee, Practice Level Workgroup, and Wraparound Review Committee. As long as the functions are carried out, up to 2 committees and councils may be combined.

Ex. 3 - Wilson Decl.
Page 32 of 276

OHA_LIT_01152415

Effective: January 1, 2018

a.      The functions of SOC Executive Council are to develop and approve related policies, shared decision-making regarding funding and resource development, review of project outcomes, and identify identification of unmet needs in the community to support the expansion of the service array.

b.      The SOC Advisory Committee (previously designated as the Steering Committee) advises policy development, financing, implementation, reviews fidelity and outcomes, and provides oversight using a shared decision-making model.  It shall respond to the barriers which the Practice Level Workgroup cannot resolve, making recommendations to the Executive level as needed. The SOC Advisory Committee consists of representatives of the Contractor, its Subcontractors, partner agencies, local service providers funded by DHS, criminal justice and other agencies including, young adults or Young Adult Peer Support, families and Family Partners, and advocacy organizations and relevant cultural representation.

c.      The functions of the Practice Level workgroup are to review Wraparound practice barriers, remove barriers when possible, and submit barriers that remain unresolved to the SOC Advisory Committee and/or Executive Council for resolution and/or advancement to the State System of Care Steering Committee.

d.      Contractor shall convene a Wraparound Review Committee for the purpose of reviewing all referrals submitted to the Wraparound program and determine eligibility for entry into the program. This committee's functions are defined in Exhibit A 3 (tttt).

Ex. 3 - Wilson Decl.
Page 33 of 276

OHA_LIT_01152416

## Exhibit B –Statement of Work - Part 2 – Covered and Non-Covered Services

**1.    Covered Services**

Contractor shall provide and pay for Covered Services listed in this Exhibit B, in exchange for the CCO Payment described in Exhibit C.

**a.**    Subject to the provisions of this Contract, Contractor shall provide to Members, at a minimum, those Covered Services that are Medically Appropriate and as described as funded Condition/Treatment Pairs on the Prioritized List of Health Services, including Ancillary Services, contained in OAR 410-141-0520 and as identified, defined and specified in the OHP Administrative Rules.

**b.**    Contractor shall provide the Covered Services, including Diagnostic Services that are necessary and reasonable to diagnose the presenting condition, regardless of whether or not the final diagnosis is covered.

**c.**    Contractor shall make available criteria for Medically Appropriate determinations with respect to Benefit Package for physical health, behavioral health (which includes mental health and Substance Use Disorders), and oral health to any Member, Potential Member or Participating Provider, upon request.

**d.**    Contractor shall provide treatment, including Ancillary Services, which is included in or supports the Condition/Treatment Pairs that are above the funding line on the Prioritized List of Health Services, OAR 410-141-0520.

**e.**    Except as otherwise provided in OAR 410-141-0480, Contractor is not responsible for excluded or limited services as described in OAR 410-141-0500.

**f.**    Before denying treatment for a condition that is below the funding line on the Prioritized List of Health Services for any Member, especially a Member with a disability or Co-morbid Condition, Contractor shall determine whether the Member has a funded Condition/Treatment Pair that would entitle the Member to treatment under OAR 410-141-0480.

**g.**    Contractor shall notify OHA's Transplant Coordinator of all transplant Prior Authorizations. Contractor must use the same limits and criteria for transplants as those established in the Transplant Services Rules, OAR Chapter 410 Division 124.

**h.**    Contractor is prohibited from paying for organ transplants unless the State Plan, Section 1903(i), provides and the Contractor follows written standards that provide for similarly situated individuals to be treated alike and for any restriction on facilities or practitioners to be consistent with the accessibility of high quality care to Members.

**i.**    Contractor is responsible for Covered Services for Fully Dual Eligibles for Medicare and Medicaid. Contractor shall pay for Covered Services for Members who are Fully Dual Eligible in accordance with applicable contractual requirements that include CMS and OHA.

Ex. 3 - Wilson Decl.
Page 34 of 276

OHA_LIT_01152417

## 2.    Provision of Covered Service

a.    Contractor may not arbitrarily deny or reduce the amount, duration, or scope of a Covered Service solely because of the diagnosis, type of illness, or condition, subject to the Prioritized List of Health Services.

b.    Contractor shall ensure all Medically Appropriate Covered Services are furnished in an amount, duration and scope that is no less than the amount, duration and scope for the same services furnished to Clients under fee-for-service and as set forth in 42 CFR 438.210. Contractor also shall ensure that the Covered Services are sufficient in amount, duration and scope to reasonably be expected to achieve the purpose for which the services are furnished and include the following:

(1)    The prevention, diagnosis, and treatment of a disease, condition or disorder that results in health impairments or disability;

(2)    The ability to achieve age-appropriate growth and development; and

(3)    The ability to attain, maintain or regain functional capacity.

c.    Contractor shall establish written utilization management policies, procedures and criteria for Covered Services. These utilization management procedures must be consistent with appropriate utilization control requirements of 42 CFR Part 456, which includes minimum health record requirements in 42 CFR 456.111 and 42 CFR 456.211 for hospitals and mental hospitals as listed below:

(1)    Identification of the Member;

(2)    Physician name;

(3)    Date of admission, dates of application for and authorization of Medicaid benefits if application is made after admission;

(4)    The plan of care (as required under 456.180 for mental hospitals or 456.80 for hospitals);

(5)    Initial and subsequent continued stay review dates (described under 42 CFR 456.233 and 456.234 for mental hospitals and 42 CFR 456.128 and 456.133 for hospitals);

(6)    Reasons and plan for continued stay if applicable;

(7)    Other supporting material the committee believes appropriate to include; and.

(8)    For non-mental hospitals only:

(i) Date of operating room reservation; and

(ii) Justification of emergency admission if applicable.

Ex. 3 - Wilson Decl.
Page 35 of 276

OHA_LIT_01152418

**d.**     Contractor's utilization management policies may not be structured so as to provide incentives for its Provider Network, employees or other utilization reviewers to inappropriately deny, limit or discontinue Medically Appropriate services to any Member.

**e.**     Contractor's policies and procedures relating to drug utilization management programs, including coverage criteria, are subject to approval by OHA and must be submitted for administrative review and approval by OHA upon request.  Contractor's drug utilization management programs shall be developed in accordance with evidence based practices based upon peer-reviewed, clinical literature and evidence-based practice guidelines from national and/or international professional organizations and in accordance with 42 CFR 438.3(s)(4)-(5). OHA will notify Contractor if it determines that Contractor's drug utilization management program is not compliant with applicable state or federal laws.  If OHA notifies Contractor of OHA's determination that Contractor's drug utilization management policies are not compliant with applicable state or federal laws, Contractor shall revise its policies to be compliant.

**f.**     Contractor may cover and reimburse inpatient psychiatric services, but not including substance use disorder treatment, at an Institution for Mental Diseases, as defined in 42 CFR 435.1010, provided: (i) the facility is a hospital providing inpatient psychiatric services; and (ii) the length of stay is no more than 15 days during the period of the monthly Capitation Payment. The provision of inpatient psychiatric treatment in an IMD must meet the requirements for in lieu of services at §438.3(e)(2)(i) through (iii). Contractor must offer the Member the option to access the state plan services in accordance with OAR 410-141-3160 (10).

**g.**     Contractor shall provide services as necessary to achieve compliance with the parity requirements of 42 CFR 438, subpart K. Contractor shall also ensure that any quantitative treatment limitations (QTLs), or non-quantitative treatment limitations (NQTLs) placed on Medically Necessary Covered Services are no more restrictive than those applied to fee-for-service medically necessary covered benefits, as described in 42 CFR 438.210(a)(5)(i).

**3.**     **Authorization or Denial of Covered Services**

**a.**     Contractor shall establish written procedures that Contractor follows, and requires Participating Providers and Subcontractors to follow, for the initial and continuing Service Authorization Requests.  The procedures must require that any decision to deny a Service Authorization Request or to authorize a service in an amount, duration or scope that is less than requested, be made by a Health Care Professional who has appropriate clinical expertise in treating the Member's physical, mental or oral health condition or disease in accordance with 42 CFR 438.210.

**b.**     Contractor may require Members and Subcontractors to obtain authorization for Covered Services from Contractor, except to the extent Prior Authorization is prohibited by OHP rules or elsewhere in this Contract.

**c.**     Contractor may not require Members to obtain the approval of a Primary Care Physician in order to gain access to mental health or Substance Use Disorders Assessment and Evaluation services. Members may refer themselves to mental health and Substance Use Disorders services available from the Provider Network.

**d.**     Contractor shall ensure the provision of sexual abuse exams without Prior Authorization.

Ex. 3 - Wilson Decl.
Page 36 of 276

OHA_LIT_01152419

**e.**     Contractor shall have in effect mechanisms to ensure consistent application of review criteria for authorization decisions, taking into account applicable clinical practice guidelines, and consults with the requesting Provider when appropriate.

**f.**     Contractors must permit out-of-network IHCPs to refer a CCO-enrolled Indian to a network provider for covered services as required by 42 CFR 438.14(b)(6).

**g.**     For standard Service Authorization Requests, Contractor shall provide notice to the requesting provider as expeditiously as the Member's health or mental health condition requires, not to exceed 14 days following receipt of the request for service, with a possible extension of 14 additional days if the Member or Provider requests extension, or if the Contractor justifies a need for additional information and how the extension is in the Member's interest. If Contractor extends the time frame, Contractor shall provide the Member and Provider with a written notice of the reason for the decision to extend the timeframe and inform the Member of the right to file a Grievance if he or she disagrees with that decision.  When a decision is not reached regarding a Service Authorization Request within the timeframes specified above, or if an CCO denies a service authorization request, or decides to authorize a service in a an amount, duration, or scope that is less than requested, the Contractor shall issue a notice of adverse benefit determination to the Provider and Member, or Member Representative, consistent with Exhibit I, Grievance System.

**h.**     If a Member or Provider suggests, or Contractor determines, that following the standard timeframes could seriously jeopardize the Member's life or health or ability to attain, maintain, or regain maximum function, Contractor shall make an expedited service authorization decision, and provide Notice, as expeditiously as the member's health or mental health condition requires and no later than 72 hours after receipt of the request for service. Contractor may extend the 72 hour time period by up to 14 days if the Member requests an extension, or if Contractor justifies a need for additional information and how the extension is in the Member's interest.

**i.**     Covered outpatient drug decision. For all covered outpatient drug authorization decision, provide a response as described in section 1927(d)(5)(A) of the Act and 42 U.S.C. 1396r–8(d)(5)(A).

**j.**     Contractor may not restrict coverage for any Hospital length of stay following a normal vaginal birth to less than 48 hours, or less than 96 hours for a cesarean section. An exception to the minimum length of stay may be made by the Physician in consultation with the mother, which must be documented in the Clinical Record.

**k.**     Contractor shall ensure the provision of Dental Services, that must be performed in an outpatient Hospital or ASC due to the age, disability, or medical condition of the Member, are coordinated and preauthorized.

**l.**     Except as provided in Subsection k. of this section, Contractor may not prohibit or otherwise limit or restrict Health Care Professionals who are its employees or Subcontractors acting within the lawful scope of practice, from advising or advocating on behalf of a Member, who is a patient of the Health Care Professional, for the following:

 **(1)**     For the Member's health status, medical care, or treatment options, including any alternative treatment that may be self-administered, that is Medically Appropriate even if such care or treatment is not covered under this Contract or is subject to Co-Payment;

Ex. 3 - Wilson Decl.
Page 37 of 276

OHA_LIT_01152420

(2) Any information the Member needs in order to decide among relevant treatment options;

(3) The risks, benefits, and consequences of treatment or non-treatment; and

(4) The Member's right to participate in decisions regarding his or her health care, including the right to refuse treatment, and to express preferences about future treatment decisions.

m. Notwithstanding the requirements of Subsection j. of this section, Contractor is not required to provide or reimburse for, or provide coverage of, a counseling or referral service if Contractor objects to the service on moral or religious grounds. If Contractor elects not to provide or reimburse for, or provide coverage of, a counseling or referral service because of an objection on moral or religious grounds under this paragraph and such objection is not unlawful discrimination, Contractor shall adopt a written policy consistent with the provisions of 42 CFR 438.10 for such election and furnish information about the services Contractor does not cover.

(1) If Contractor elects not to provide, reimburse for, or provide coverage of, a counseling or referral service because of an objection on moral or religious grounds under this paragraph, Contractor shall submit the policy as follows:

(a) To the OHA Contract Administration Unit annually, no later than January 31st;

(b) To OHA Contract Administration Unit upon any significant changes, prior to formal adoption of the policy. OHA will notify Contractor within 30 days of the compliance status of the policy; and

(c) To the OHA Contract Administration Unit anytime upon OHA request. OHA will notify Contractor within 30 days of the compliance status of the policy.

(2) Subject to OHA prior approval, Contractor shall furnish such information to:

(a) Potential Members before and during Enrollment; and

(b) Members 30 days prior to the effective date of the policy with respect to any particular service.

n. Contractor shall notify the requesting Provider, in writing or orally, when Contractor denies a request to authorize a Covered Service or when the Service Authorization Request is in an amount, duration, or scope that is less than requested.

o. Contractor shall notify the Member in writing of any decision to deny a Service Authorization Request, or to authorize a service in an amount, duration or scope that is less than requested pursuant to the requirements of Exhibit I.

**4. Covered Service Components**

Without limiting the generality of Contractor's obligation to provide integrated care and coordination for Covered Services, the following responsibilities are required by law, and must be implemented in conjunction with its integrated care and coordination responsibilities stated above.

Ex. 3 - Wilson Decl.
Page 38 of 276

OHA_LIT_01152421

### a.     Crisis, Urgent and Emergency Services

**(1)** Contractor may not require Prior Authorization for Emergency Services nor limit what constitutes an emergency medical condition on the basis of lists of diagnoses or symptoms.

**(2)** Contractor shall provide an after-hours call-in system adequate to Triage Urgent Care and Emergency Service calls, consistent with OAR 410-141-3140.

**(3)** Contractor shall cover and pay for Emergency Services, regardless of whether the provider that furnishes the services has a contract with Contractor, as provided for in OAR 410-141-3140.

**(4)** Contractor is encouraged to establish agreements with Hospitals in its Service Area for the payment of emergency screening exams.

**(5)** Contractor shall not deny payment for treatment obtained when a Member has an Emergency Medical Condition or Emergency Dental Condition, including cases in which the absence of immediate medical attention would not have had the outcomes specified in the definition of Emergency Medical Condition or Emergency Dental Condition.

**(6)** Contractor shall cover and pay for Post-Stabilization Services as provided for in OAR 410-141-3140 and 42 CFR 438.114. Contractor is financially responsible for Post-Stabilization Services obtained within or outside the Provider Network that are pre-approved by a Participating Provider or other Contractor representative as specified in 42 CFR 438.114(c)(1)(ii)(B). Contractor shall limit charges to Members for Post-Stabilization services to an amount no greater than what the Contractor would charge the Member for the services obtained within the Provider Network.

**(7)** Contractor's financial responsibility for post-stabilization care services it has not pre-approved ends when the Member is discharged, consistent with the requirements of 42 CFR 438.114.

**(8)** Contractor shall cover Post Stabilization Services administered to maintain, improve, or resolve the Member's stabilized condition without preauthorization, and regardless of whether the Member obtains the services within the Contractor's network, when the Contractor could not be contacted for pre-approval or did not respond to a request for pre-approval within one hour.

**(9)** A Member who has an Emergency Medical Condition shall not be held liable for payment of subsequent screening and treatment needed to diagnose the specific condition or to stabilize the Member. The attending emergency physician, or the Provider actually treating the Member, is responsible for determining when the Member is sufficiently stabilized for transfer or discharge. Based on this determination, the Contractor will be liable for payment.

**(10)** Contractor shall not refuse to cover Emergency Services based on the emergency room provider, hospital, or fiscal agent not notifying the Member's primary care provider of the Member's screening and treatment within 10 days of presentation for Emergency Services as specified in 42 CFR 438.114(c)(1)(ii).

Ex. 3 - Wilson Decl.
Page 39 of 276

OHA_LIT_01152422

**(11)**     Contractor shall not deny payment for treatment obtained when a representative of the Contractor instructs the member to seek emergency services. 42CFR438.114.

**b.**     **Crisis, Urgent and Emergency Services for Mental Health**

Contractor shall establish written policies and procedures and monitoring systems that provide for mental health emergency, including post-stabilization care services, and Urgent Services for all Members on a 24-hour, 7-day-a-week basis consistent with OAR 410-141-3140 and 42 CFR 438.114.

**(1)**     The emergency response system must include the necessary array of services to respond to mental health crises, that may include crisis hotline, mobile crisis team, walk-in/drop-off crisis center, crisis apartment/respite and short-term stabilization unit capabilities

**(2)**     Contractor shall establish written policies and procedures and monitoring system for an emergency response system. The emergency response system must provide an immediate, initial or limited duration response for potential mental health emergency situations or emergency situations that may include mental health conditions, including:

**(a)**     Screening to determine the nature of the situation and the person's immediate need for Covered Services;

**(b)**     Capacity to conduct the elements of a Mental Health Assessment that are needed to determine the interventions necessary to begin stabilizing the crisis situation;

**(c)**     Development of a written initial services plan at the conclusion of the Mental Health Assessment;

**(d)**     Provision of Covered Services and Outreach needed to address the urgent or emergency situation; and

**(e)**     Linkage with the public sector crisis services, such as pre-commitment.

**(3)**     **Emergency Ambulance Transportation**

Contractor shall pay for emergency Ambulance transportation for Members including Ambulance services dispatched through 911, in accordance with the Emergency Services prudent layperson standard described in Exhibit A, definitions for "Emergency Services" and "Emergency Medical Condition".

**c.**     **Non-Emergent Medical Transportation (NEMT)**

Contractor shall pay for coordination and provision of NEMT provided for Members if the Member is eligible for NEMT. Contractor's responsibility and Member eligibility for NEMT is specified in OAR 410-141-3435 through 410-141-3485.

**d.**     **Preventive Care**

Ex. 3 - Wilson Decl.
Page 40 of 276

OHA_LIT_01152423

(1)    Contractor shall provide preventive services, which are those services promoting physical, oral and mental health or reducing the risk of disease or illness included under OAR 410-120-1210, 410-123-1220, 410-123-1260, 410-141-0480, and 410-141-0520 . Such services include, but are not limited to, periodic medical examinations based on age, gender and other risk factors; screening tests; immunizations; and counseling regarding behavioral risk factors.

(2)    Preventive services screening and counseling content is based on age and risk factors determined by a comprehensive patient history. Contractor must provide all necessary diagnosis and treatment services identified as a result of such screening to the extent such services are Covered Services. To the extent such services are Non-Covered Services, but are Medical Case Management Services, Contractor must refer the Member to an appropriate Participating or Non-Participating Provider and manage and coordinate the services.

(3)    For Preventive Services provided through any Subcontractors (including, but not limited to, FQHCs, Rural Health Clinics, and County Health Departments), Contractor shall require that all services provided to Members are reported to Contractor and are subject to Contractor's Medical Case Management and Record Keeping responsibilities.

(4)    Contractors shall comply with the mission, objectives, and guidelines of the Quality and Performance Improvement Workgroup, as posted on OHA's web site. This includes, but is not limited to, specific prevention projects, both at the Contractor and State levels, collection and measurement of data, and regular intervals of data submissions.

e.    **Family Planning Services**

Members may receive Covered Services for Family Planning from any OHA Provider as specified in the Social Security Act, Section 1905 [42 U.S.C. 1396d], 42 CFR 431.51 and defined in OAR 410-130-0585. To the extent the Member chooses to receive such services without Contractor's authorization from a Provider other than Contractor or its Subcontractors, Contractor is not responsible for payment, Case Management, or Record Keeping.

f.    **Sterilizations and Hysterectomies**

(1)    Sterilizations and Hysterectomies are a Covered Service only when they meet the federally mandated criteria in 42 CFR 441.250 to 441.259 and the requirements of OHA established in OAR 410-130-0580. Member Representatives may not give consent for sterilizations.

(2)    Contractor shall submit a signed informed consent form to OHA Contract Administration Unit for each Member that received either a hysterectomy or sterilization service as described in Subsection (1) above. Contractor may submit copies of informed consent forms upon receipt or when notified by OHA that a qualifying encounter claim has been identified.

(3)    OHA will notify Contractor no later than 30 days past the end of each calendar quarter of Contractor's Members who received a hysterectomy or sterilization service. Contractor in turn shall supply the informed consent within 30 days of notification to the Contractor's designated Encounter Data Liaison.

Ex. 3 - Wilson Decl.
Page 41 of 276

OHA_LIT_01152424

(4)    OHA in collaboration with Contractor reconciles all hysterectomy or sterilization services with informed consents with the associated encounter claims by either:

    (a)    Confirming the validity of the consent and notifying Contractor that no further action is needed;

    (b)    Requesting a corrected informed consent form; or

    (c)    Informing Contractor the informed consent is missing or invalid and Provider must recoup the payment and must change the associated encounter claim to reflect no payment made for service(s).

(5)    Contractor will be subject to Overpayment recovery as described in Exhibit D, Section 7 of this Contract for failure to comply with the requirements of this section.

**g.    Post Hospital Extended Care (PHEC) Coordination**

(1)    PHEC is a 20-day benefit included within the Global Budget payment.  Contractor shall make the benefit available for non-Medicare Members who meet Medicare criteria for a post-hospital skilled Nursing Facility placement.

(2)    Contractor shall notify the Member's local DHS APD office as soon as the Member is admitted to PHEC.  The Contractor and APD will begin appropriate discharge planning.

(3)    Contractor shall notify the Member and the facility of the proposed discharge date from PHEC no later than two full days prior to discharge.

(4)    Contractor shall provide the PHEC benefit according to the criteria established by Medicare, as cited in the Medicare Coverage of Skilled Nursing Facility Care available by calling 1-800-MEDICARE or at www.medicare.gov/publications.

(5)    Contractor is not responsible for the PHEC benefit unless the Member was enrolled with Contractor at the time of the hospitalization preceding the skilled Nursing Facility placement.

**h.    Mental Health Conditions that may Result in Involuntary Psychiatric Care**

(1)    Contractor shall make a reasonable effort to provide Covered Services on a voluntary basis and consistent with current Declaration for Mental Health Treatment as provided at: http://www.oregon.gov/oha/amh/forms/declaration.pdf in lieu of involuntary treatment.

(2)    Contractor shall adopt written policies and procedures describing the appropriate use of Emergency Psychiatric Holds consistent with ORS 426 and alternatives to involuntary psychiatric care when a less restrictive voluntary service will not meet the Medically Appropriate needs of the Member and the behavior of the Member meets legal standards for the use of an Emergency Psychiatric Hold.

(3)    Contractor shall only use psychiatric inpatient facilities and non-inpatient facilities certified by OHA under OAR 309-033-0200 through 309-033-0340.

OHA_LIT_01152425

**(4)**     Contractor shall comply with ORS Chapter 426, OAR 309-033-0200 through 309-033-0340 and 309-033-0400 through 309-033-0440 for involuntary Civil Commitment of those Members who are civilly committed under ORS 426.130.

**(5)**     If Contractor believes a Member, over age 18 with no significant nursing care needs due to an Axis III disorder, is appropriate for Long Term Psychiatric Care (State Facility level of care), the Contractor shall request a LTPC determination from the OHA LTPC reviewer.

**(6)**     Contractor shall assure that any involuntary treatment provided under this Contract is provided in accordance with administrative rule and statute, and shall coordinate with the CMHP Director in assuring that all statutory requirements are met. Contractor shall also work with the CMHP Director in assigning a civilly committed Member to any placement and participate in circuit court hearings related to planned placements, if applicable.

**i.     Covered Services for Members Receiving Long Term Psychiatric Care (LTPC)**

**(1)**     Age 17 and Under:

**(a)**     If Contractor believes a Member is appropriate for LTPC, Contractor shall request a LTPC determination from the applicable HSD Child and Adolescent Mental Health Specialist, as described in Procedure for LTPC Determinations for Members 17 and Under, available on the Contract Reports Web Site;

**(b)**     The HSD Child and Adolescent Mental Health Specialist will respond to Contractor no more than seven Business Days following the date HSD receives a completed Request for LTPC Determination for Member 17 and Under.

**(c)**     Contractor shall work with the HSD Child and Adolescent Mental Health Specialist in managing admissions and discharges to LTPC (SCIP and SAIP).

**(d)**     The Member will remain enrolled with the Contractor for delivery of SCIP and SAIP services. Contractor shall bear care coordination responsibility for the entire length of stay, including admission determination and planning, linking the Child and Family Team and Intensive Outpatient Services and Supports (IOSS) Provider, services provided by LTPC service provider and transition and discharge planning. Contractor shall ensure that utilization of LTPC is reserved for the most Acute and complex cases and only for a period of time to remediate symptoms that led to admission.

**(2)**     Age 18 and over

**(a)**     If Contractor believes a Member:

**(i)**     Age 18 to age 64 with no significant nursing care needs due to an Axis III disorder of an enduring nature, is appropriate for LTPC, Contractor shall request a LTPC determination from the applicable HSD Adult Mental

Ex. 3 - Wilson Decl.
Page 43 of 276

OHA_LIT_01152426

Health Services Unit, as described in Procedure for LTPC Determinations for Members 18 to 64, available on the Contract Reports Web Site.

HSD Adult Mental Health Services Unit will respond to Contractor no more than three Business Days following the date HSD receives a completed Request for LTPC Determination for Member 18-64.

    **(ii)**     Age 65 and over, or age 18 to age 64 with significant nursing care needs due to an Axis III disorder of an enduring nature, is appropriate for LTPC, Contractor shall request a LTPC determination from the State hospital-NTS, Outreach and Consultation Service (OCS) Team as described in Procedure for LTPC Determinations for Member Requiring Neuropsychiatric Treatment, available on the Contract Reports Web Site.

            OCS Team will respond to Contractor no more than three Business Days following the date the OCS Team receives a completed Request for LTPC Determination for Member Requiring Neuropsychiatric Treatment.

**(b)**     A Member is appropriate for LTPC when the Member needs either Intensive Psychiatric Rehabilitation or other tertiary treatment in a State Facility or extended care program, or extended and specialized medication adjustment in a secure or otherwise highly supervised environment; and the Member has received all usual and customary treatment, including, if Medically Appropriate, establishment of a Medication Management Program and use of a Medication Override Procedure.

**(c)**     OHA will cover the cost of LTPC of Members age 18 to 64 determined appropriate for such care beginning on the effective date specified below and ending on the date the Member is discharged from such setting.

If a Member is ultimately determined appropriate for LTPC, the effective date of such determination is either:

    **(i)**     Within three Business Days of  the date HSD Adult Mental Health Services Unit staff receives a completed Request for LTPC Determination for Persons Age 18 to 64;

    **(ii)**     The date the State Facility -NTS OCS Team receives a completed Request for LTPC Determination for Persons Requiring State hospital-NTS;

    **(iii)**     In cases where OHA and Contractor mutually agree on a date other than these dates, the date mutually agreed upon; or

    **(iv)**     In cases where the Clinical Reviewer determines a date other than a date described above, the date determined by the Clinical Reviewer.

In the event Contractor and HSD Adult Mental Health Services Unit staff disagree about whether a Member 18 to 64 is appropriate for LTPC, Contractor may request, within three Business Days of receiving notice of the LTPC determination, review by an independent Clinical Reviewer.  The determination

Ex. 3 - Wilson Decl.
Page 44 of 276

OHA_LIT_01152427

of the Clinical Reviewer will be deemed the determination of OHA for purposes of this Contract. If the Clinical Reviewer ultimately determines that the Member is appropriate for LTPC, the effective date of such determination will be the date specified above Paragraph (c). The cost of the clinical review will be divided equally between Contractor and OHA.

**(d)**    For Members age 18 and older, Contractor shall work with the appropriate OHA Team in managing admissions, discharges and transitions from LTPC for Members who require such care at a State Facility, to ensure that Members are served in and transition into the most appropriate, independent, and integrated community-based setting possible.

**(e)**    For the Member age 18 and over, including those in the long term neuropsychiatric care at the State Facility, Contractor shall work with the Member to assure timely discharge and transition from LTPC to the most appropriate, independent and integrated community-based setting possible.

**(f)**    For the Member and the parent or guardian of the Member, the care coordinator and the Child and Family Team will work to assure timely discharge and transition from a psychiatric residential treatment facility to the most appropriate, independent and integrated community-based setting possible.

**(g)**    Contractor shall authorize and reimburse Care Management services that are sufficient in amount, duration or scope to reasonably be expected to achieve the purpose for which the services are provided to Members receiving care through licensed community treatment programs.

**(h)**    Contractor shall ensure that any involuntary treatment provided under this Contract is provided in accordance with administrative rule and statute, and shall coordinate with the CMHP Director in assuring that all statutory requirements are met. Contractor shall work with the CMHP Director in assigning a civilly committed Member to any placement and participate in circuit court hearings related to planned placements, if applicable.

**j.    Acute Inpatient Hospital Psychiatric Care**

1.    Contractor shall provide Acute Inpatient Hospital Psychiatric Care for Members who do not meet the criteria for LTPC.

2.    Contractor shall submit required data through the Oregon Patient/Resident Care System (OPRCS).

3.    A Medication Override Procedure is considered a "significant procedure" as defined in OAR 309-033-0610. Contractor may perform a Medication Override Procedure only after the person has been committed, there is good cause as described in OAR 309-033-0640, Involuntary Administration of Significant Procedures to a Committed Person with Good Cause, and the requirements of OAR 309-033-0640 have been met.

**k.    Adult Mental Health**

Ex. 3 - Wilson Decl.
Page 45 of 276

OHA_LIT_01152428

(1)    Contractor shall develop and implement cost-effective, comprehensive, person-centered, individualized, and integrated community-based Adult Mental Health services for Members.

(2)    Contractor shall provide oversight, care coordination, transition planning and management of the mental health needs of Members to ensure culturally and linguistically appropriate mental health care is provided in a way that Members are served in a most natural and integrated environment possible and that minimizes the use of institutional care.

(3)    Contractor shall ensure access to referral and screening at multiple entry points.

(4)    Contractor shall adopt policies and procedures to assess all Members who are suspected of having significant mental or emotional disorders.

(5)    Contractor shall adapt the intensity, frequency and blend of these services to the mental health needs of the Member, based on a standardized assessment tool approved by OHA.

(6)    Contractor shall assess Members with serious and persistent mental illness to determine whether the Member should receive evidence-based Supported Employment Services (SE) or Assertive Community Treatment (ACT using encounter code H0039), and provide those services as agreed to with the Member's engagement and choice. Assessment and SE or ACT services must be provided by Providers that meet OHA qualifications. If Contractor lacks qualified Providers to provide SE or ACT services, Contractor shall consult with OHA and develop a plan to develop additional qualified Providers.

(7)    Contractor shall provide oversight, care coordination, transition planning and management for Members 18 years and older receiving Mental Health Rehabilitative Services, Personal Care Services and Habilitation Services in licensed and non-licensed home and community based settings.

(8)    Contractor shall provide Utilization Review and utilization management, for Members 18 years and older receiving Mental Health Rehabilitative Services, Personal Care Services and Habilitation Services in licensed and non-licensed home and community based settings.

(9)    Contractor shall ensure that members are informed of their benefit to access and receive peer delivered services from a Peer Support Specialist, Peer Wellness Specialist, Family Support Specialist, or Youth Support Specialist as applicable to the member's diagnosis.

l.    **Children and Youth Mental Health**

(1)    Contractor shall develop and implement cost-effective comprehensive, person-centered, individualized, and integrated community-based Child and Youth Mental Health services for Members, using SOC principles. SOC includes a coordinated network of services and supports, utilizing Child and Family Teams and aligning programs to Fidelity standards for specific Member populations. Child and family mental health and substance use services and supports occur within the context of other child and family serving system's

Contract # (XXXXXX)                    Exhibit B – Part 2                    Page 46 of 227

Ex. 3 - Wilson Decl.
Page 46 of 276

OHA_LIT_01152429

care plans and service recommendations. Coordination with child and family serving entities is necessary to ensure quality of care, family and young adult satisfaction and positive outcomes.

(2)    Contractor shall provide intensive care coordination (ICC) that is family and youth-driven, strengths based and culturally and linguistically appropriate. Intensive care coordination will be continuous throughout programs and levels of care for the highest need, most vulnerable children as they transition in and out of intensive community and facility based programming. Contractor shall ensure intensive care coordination is provided, at a minimum, for members 17 and younger for any of the following situations:

(a)    Children and youth engaged in mental health services that have two or more placement disruptions due to emotional and/or behavioral precipitators in less than one year.

(b)    Children and youth placed in a correctional facility solely for the purpose of stabilizing a mental health condition.

(c)    Children and youth placed out of the CCO catchment area in Behavior Rehabilitation Services programs under the jurisdiction of child welfare.

(d)    Children and youth, known to be receiving or to have received care in an Emergency Department, or admission to Acute Inpatient Psychiatric Care and/or Sub-Acute Care or upon discharge from such care.

(3)    Child, Family and Young Adult Service Array

(a)    Contractor shall maintain an intensive and flexible service continuum for children and youth who are at risk of placement disruption, school failure, criminal involvement, homelessness or other undesirable outcomes due a mental health disorder.  Children and youth shall be provided intensive care coordination and behavioral health services according to presenting needs and shall not be required to participate in Wraparound to access intensive treatment services (ITS) or intensive care coordination.

(b)    Contractor shall adopt policies and guidelines for admission into Psychiatric Residential Treatment Services (PRTS), Psychiatric Day Treatment Services (PDTS) and/or intensive outpatient services. Services and supports shall be authorized to meet the needs of the child or youth which address the recommendations stated in the mental health assessment.  Referrals will be reviewed within 7 Business Days. If the referral results in a change or denial of service, a Notice of Action must be issued to the Member, in accordance with the provisions of Exhibit I. If Contractor denies a service, a medically appropriate plan of care must be developed to address the behavioral health needs of the Member.

(c)    Contractor shall ensure that admission to Psychiatric Residential Treatment Services are in accordance with Certificate of Need process described in OAR-410-172-0690, and conducted through a OHA approved independent reviewer.

Ex. 3 - Wilson Decl.
Page 47 of 276

OHA_LIT_01152430

**(d)**    Contractor shall provide services to children and families of sufficient frequency, duration, location, and type that are convenient to the youth and family. Services should be expected to alleviate crisis while allowing for the development of natural supports, skill development, normative activities and therapeutic resolution to mental health disorders and environmental conditions that may impact the remediation of a mental health disorder.

**(e)**    Contractor shall ensure the availability of service, supports or alternatives 24 hours a day/ 7 days a week to remediate a mental health crisis in a non-emergency department setting.

**(f)**    Contractor shall inform each member how to access and provide access to Peer Support Specialist, Peer Wellness Specialist, Family Support Specialist, or Youth Support Specialist services and supports, as applicable to their diagnosis.

**(g)**    Contractor shall arrange for the provision of non-health related services, supports and activities that can be expected to improve a mental health condition.

**(h)**    Contractor shall coordinate admissions to and discharges from Acute Inpatient Hospital Psychiatric Care and Sub-Acute Care for Members 17 and under, including Members in the care and custody of DHS Child Welfare or OYA. For a Member 17 and under, placed by DHS Child Welfare through a Voluntary Placement Agreement (CF 0499), Contractor shall also coordinate with such Member's parent or legal guardian.

**(4)**    The CANS Oregon is a multi-purpose tool developed to support decision making, including level of care and service planning, to facilitate quality improvement initiatives, and to allow for the monitoring of outcomes of services and supports. CANS Oregon screenings will be provided by staff who have been credentialed by the Praed Foundation for administering the CANS Oregon as found at https://tcomtraining.com.

For any Member who is a child or youth, Contractor shall provide a Child and Adolescent Needs and Strengths Comprehensive Screening (CANS Oregon) and enter data into the OHA approved data portal:

**(a)**    Within 60 days of notification that a Member is entering foster care or from date of referral from DHS caseworker;

**(b)**    Annually for all Members who rated a "Level of Care" of 1 or higher on the initial CANS and remain in foster care;

**(c)**    Within 60 days of notification of the approval of a request for a CANS re-screen and upon DHS caseworker referral;

**(d)**    For individuals being served through the high fidelity Wraparound planning process according to timelines specified in section (5) of this Contract.

**(e)**    For individuals receiving psychiatric day treatment and children's intensive outpatient services and supports (IOSS).

Ex. 3 - Wilson Decl.
Page 48 of 276

OHA_LIT_01152431

(5)    Contractor shall report on children receiving ITS and intensive outpatient services and supports (IOSS) using the OHA approved assessment and outcomes tool. Contractor shall submit the results of this assessment to the OHA approved reporting and analytics service system in order to track outcomes and review progress. Entries shall occur within 30 days of start of service, every 90 days after the initial entry and upon exit from service.

m.    **Wraparound Services**

(1)    Contractor shall administer fidelity Wraparound services to not less than 105 Members per month as described in the OHA System of Care Wraparound Initiative (SOCWI) guidance document found at: http://www.oregon.gov/oha/hsd/amh/pages/index.aspx.Contractor shall ensure Fidelity Based Wraparound Care Coordination for Members 17 and younger for any of the following situations:

(a)    Placement in Secure Adolescent Inpatient Program (SAIP), Secure Children's Inpatient Program (SCIP),

(b)    Psychiatric Residential Treatment Services (PRTS) or the Commercial Sexually Exploited Children's residential program funded by OHA.

(c)    Children meeting local/regional System of Care Wraparound Initiative entry criteria.

(d)    Contractor shall ensure subcontractors (Day Treatment, PRTS, SAIP and SCIP providers) have an understanding of Wraparound values and principles and the provider's role within the child and family team. Contractor shall ensure subcontractors collaborate and participate in the Wraparound process.

(2)    Contractor shall ensure that the ratio of care coordinators, family support specialists, and youth support specialists to families served is no greater than 1:15.

(3)    Contractor shall ensure that core values and principles described in ORS 418.977 are followed in delivering SOC Wraparound services and supports, Wraparound Care Coordination and Team Facilitation.

(4)    Contractor shall ensure that SOC Wraparound services and supports include Family Support Specialist, (Family Partners) and Young Adult Support Specialists (Youth Partners), as appropriate. The Family Support Specialist and Young Adult Support Specialists must have experience navigating the mental/behavioral health, child welfare, or juvenile justice system with a child or youth, and be active participants in the Wraparound process. Family support specialists engage and collaborate with systems alongside the family/parent/guardian. Contractor shall refer to the System of Care guidance document on expectations for Family Support Specialist and Young Adult Support Specialist expectations. Guidance document link is found above at Exhibit B, Part 2(4)(m)(1).

(5)    Contractor shall maintain a Wraparound Review Committee which shall review all referrals submitted to the Wraparound program and determine eligibility for entry into the program.

Ex. 3 - Wilson Decl.
Page 49 of 276

OHA_LIT_01152432

(6)     Contractor shall submit any consistently identified Wraparound or other system barriers to the Practice Level Workgroup up through the Executive Council if needed, and submit barriers that remain unresolved to the State System of Care Steering Committee.

(7)     Contractor shall provide non-health related services, supports and activities that can be expected to improve a member's mental health condition including flexible funding as defined by the SOCWI guidance document. Link at Exhibit B, part 2(4)(m)(1).

(8)     Contractor shall establish and maintain a Wraparound policy which includes:

    (a)     The services and supports a Child and Family Team can select and which services and supports need prior approval of the Contractor/Subcontractors and

    (b)     The process required for the Child and Family Team to obtain approval from the Contractor/Subcontractor for services and supports that need approval.

    (c)     Contractor shall submit revisions to the Wraparound policy no later than January 31, 2018 that have been approved by its System of Care Executive Council, to the OHA Contract Administration Unit for review and approval. OHA will notify Contractor within 30 days of the approval status of the policy. Subsequent submissions will be upon OHA request.

(9)     Contractor shall work with OHA identified technical assistance entities to ensure the implementation and sustainability of SOC values, principles and governance structures, Fidelity Wraparound practice and youth and family partnerships. Contractor shall follow guidelines in the Oregon Best Practice Guide, as described at this location: https://www.pdx.edu/ccf/best-practice-guide.

(10)    Adherence to the Wraparound model is measured using the Wraparound Fidelity Index and other tools that are part of the Wraparound Fidelity Assessment System (WFAS). Information on Fidelity monitoring tools for Wraparound is available here: https://depts.washington.edu/wrapeval/content/quality-assurance-and-fidelity-monitoring. Contractor shall work with OHA identified technical assistance entities to administer a tool to identify, implement and measure Fidelity of its enhanced Wraparound services and supports to ensure that Team Facilitation and Wraparound Care Coordination are consistent with SOC values and are culturally relevant as described at this location: https://gucchd.georgetown.edu/products/SOCIssueBrief.pdf

(11)    Contractor shall report on children receiving Wraparound using the OHA approved assessment and outcomes tool to the OHA approved reporting and analytics service system in order to track outcomes and review progress. Entries shall occur within 30 days of start of service, every 90 days after the initial entry and upon exit from service.

**n.     Health-Related Services**

Contractor may provide Health-Related Services for Mental Health and Substance Use Disorder services and supports.

Ex. 3 - Wilson Decl.
Page 50 of 276

OHA_LIT_01152433

o.    **Substance Use Disorders**

(1)    Contractor shall provide Substance Use Disorders services to Members, which include outpatient, intensive outpatient, medication assisted treatment including, Opiate Substitution Services, residential and detoxification treatment services. For purposes of this Contract, OHA rules and criteria applicable to outpatient treatment services are located in OAR Chapter 309, Divisions 18, 19 and 22, the OHA rules and criteria applicable to synthetic opiate treatment services located in OAR Chapter 415 Division 20, and the AMH rules and criteria applicable to detoxification centers located in OAR Chapter 415 Division 50. For technical assistance related to this section of this Contract, the OHA contact will be the Medicaid Substance Use Disorders Specialist.

(2)    Contractor shall make decisions about access to Substance Use Disorders services, continued stay, discharges, and referrals based upon OHA approved criteria, which are deemed to be Medically Appropriate. Contractor shall ensure that employees or Subcontractors who evaluate Members for access to, and length of stay in, Substance Use Disorders services have the training and background in Substance Use Disorders services and working knowledge of American Society of Addiction Medicine (ASAM) Patient Placement Criteria for the Treatment of Substance-Related Disorders, Second Edition-Revised (PPC-2R). Contractor shall participate with OHA in a review of OHA provided data about the impact of these criteria on service quality, cost, outcome, and access.

(3)    Contractor shall consider each Member's needs and, to the extent appropriate and possible, provide specialized Substance Use Disorders services designed specifically for the following groups as set forth in OHA administrative rules: a) adolescents, taking into consideration adolescent development, b) women, and women's specific issues, c) ethnic and racial diversity and environments that are culturally and linguistically relevant, d) intravenous drug users, e) people involved with the criminal justice system, f) individuals with co-occurring disorders, g) parents accessing residential treatment with an accompanying dependent child(ren), and h) individuals accessing residential treatment with medication assisted therapy.

(4)    Consistent with Exhibit B, Part 2, Section 6, Non-Covered Services with Care Coordination, Contractor shall coordinate referral and follow-up of Members to Non-Covered Services. Contractor's employees or Subcontractors providing Substance Use Disorders services shall provide to Member, to the extent of available community resources and as clinically indicated, information and referral to community services which may include, but are not limited to: child care, elder care, housing, transportation, employment, vocational training, educational services, mental health services, financial services, and legal services.

(5)    Contractor shall where Medically Appropriate provide detoxification in a non-hospital based facility.  Facilities or programs providing detoxification services must have a letter of approval or license from OHA.

(6)    Contractor shall authorize and pay for at least culturally and linguistically appropriate outpatient Substance Use Disorders services to eligible Members who meet ASAM PPC-

Ex. 3 - Wilson Decl.
Page 51 of 276

OHA_LIT_01152434

2R criteria for residential treatment services, when residential treatment services are not immediately available.

(7)     Contractor shall require employees or Subcontractors providing Substance Use Disorders services to provide OHA, within 30 days of admission or discharge, with all information required by OHA's most current data system.

(8)     Contractor shall use OHA approved Substance Use Disorders screening tools for prevention, early detection, brief intervention and referral to Substance Use Disorders treatment.  Contractor may submit alternative screening tools to the Medicaid Substance Use Disorders Specialist, for review and possible approval.  For a list of the OHA approved screening tools, Contractor shall contact the Medicaid Substance Use Disorders Specialist.

(9)     Contractor shall make a good faith effort to screen all Members and provide prevention, early detection, brief intervention and referral to Substance Use Disorders treatment who are in any of the following circumstances:  a) at an initial contact or routine physical exam, b) at an initial prenatal exam, c) when the Member shows evidence of Substance Use Disorders or abuse (as noted in the OHA approved screening tools), or d) when the Member over-utilizes Covered Services.

(10)    Contractor shall ensure that individuals or programs have a letter of approval or license from OHA for the Substance Use Disorders services they provide and meet all other applicable requirements of this Contract, except that Providers under The Drug Addiction Treatment Act of 2000, Title 42 Section 3502 Waiver may treat and prescribe Buprenorphine for opioid addiction in any appropriate practice setting in which they are otherwise credentialed to practice and in which such treatment would be Medically Appropriate.

(11)    Contractor shall inform all Members using culturally and linguistically appropriate means that Substance Use Disorders outpatient, intensive outpatient, residential, detoxification and medication assisted treatment services, including opiate substitution treatment, are included in the Benefit Package consistent with OAR 410-141-3300.

(12)    Contractor shall provide covered culturally and linguistically appropriate Substance Use Disorders services for any Member who meets admission criteria for outpatient, intensive outpatient, residential, detoxification and medication assisted treatment including opiate substitution treatment, regardless of prior alcohol/other drug treatment or education.

(13)    Contractor shall comply with the following access requirements: Members are seen the same day for emergency Substance Use Disorders treatment care. Members, including pregnant women, are seen within 48 hours for urgent Substance Use Disorders treatment care. Members, including intravenous drug users, are seen within 10 Business Days or the Community Standard for routine Substance Use Disorders treatment care.

(14)    In addition to any other confidentiality requirements described in this Contract, Contractor shall follow the federal (42 CFR Part 2) confidentiality laws and regulations governing the identity and medical/Client records of Members who receive Substance Use Disorders services.

Ex. 3 - Wilson Decl.
Page 52 of 276

OHA_LIT_01152435

**(15)** Contractor shall identify and ensure that Members have access to culturally and linguistically appropriate specialized programs in each Service Area in the following categories: drug court referrals, Child Welfare referrals, Job Opportunities and Basic Skills (JOBS) referrals, and referrals for persons with co-occurring disorders.

**(16)** Contractor shall provide Members with culturally and linguistically appropriate alcohol, tobacco, and other drug abuse prevention/education that reduces Substance Use Disorders risk to Members. Contractor's prevention program shall meet or model national quality assurance standards. Contractor shall have mechanisms to monitor the use of its preventive programs and assess their effectiveness on its Members.

**p.    MOTS Reporting**

Contractor shall ensure that all its providers of mental health services and Substance Use Disorders services, including those for DUII and methadone programs, enroll their Members in the Measures and Outcomes Tracking System (MOTS), formerly known as CPMS, as specified at **http://www.oregon.gov/oha/amh/mots/Pages/index.aspx**.

**q.    Medication Management**

**(1)** Except as otherwise provided in this Contract, prescription drugs are a Covered Service for funded Condition/Treatment Pairs, and Contractor shall pay for Prescription Drugs. Contractor shall provide covered prescription drugs in accordance with OAR 410-141-3070. Prescription drugs and drug classes covered by Medicare Part D for Fully Dual Eligible Members are not a Covered Service. OHA will continue to cover selected drugs that are excluded from Medicare Part D coverage, pursuant to OAR 410-120-1210.

**(2)** Contractor shall develop policies and procedures to ensure children, especially those in custody of DHS, who need or who are being considered for psychotropic medications, receive medications that are for medically accepted indications. Contractor shall prioritize service coordination and the provision of other mental health services and supports for these children.

**r.    Intensive Case Management**

**a.** Contractor is responsible for Intensive Case Management services. This section sets forth the elements and requirements for Intensive Case Management.

**b.** Contractor shall make culturally and linguistically appropriate Intensive Case Management Services available to Members identified as aged, blind, or disabled, Members with Special Health Care Needs, Members who have complex medical needs, high health care needs, multiple chronic conditions or Behavioral Health issues, and for Members with severe and persistent mental illness receiving home and community-based services under the State's 1915(i) State Plan Amendment. Intensive Case Management services may be requested by the Member, the Member Representative, Physician, other medical personnel serving the Member, or the Member's agency case manager.

**c.** Contractor shall respond to requests for Intensive Case Management services with an initial response by the next Business Day following the request.

Ex. 3 - Wilson Decl.
Page 53 of 276

OHA_LIT_01152436

d.  Contractor shall periodically inform all Participating Providers of the availability of Intensive Case Management services, provide training for PCPCHs and other PCP's staff on intensive Case Management Services and other support services available for Members.

e.  Contractor shall assure that the case manager's name and telephone number are available to agency staff and Members or Member Representatives when Intensive Case Management services are provided to the Member.

f.  Contractor shall make intensive case management services available to coordinate the provision of all Covered Services to Members who exhibit inappropriate, disruptive, or threatening behaviors in a Practitioner's office or clinic or other health care setting.

s.  **Tobacco Cessation**

Contractor shall provide for: culturally and linguistically appropriate tobacco dependence Assessments, systematically and on-going; and cessation intervention, treatment, and counseling services consistent with recommendations listed in the Tobacco Cessation standards located at: http://www.oregon.gov/oha/PH/PREVENTIONWELLNESS/TOBACCOPREVENTION/Documents/tob_cessation_coverage_standards.pdf. Contractor shall make these services available to all Members assessed to use tobacco products including smokeless, dissolvable, electronic vapor, pipes and cigars. Contractor shall establish a systematic mechanism to document and report dependency and cessation services. Contractor may refer to accepted published evidence-based Community Standards, the national standard or as outlined in OAR 410-130-0190.

t.  **Breast and Cervical Cancer Program Members**

Contractor shall identify a primary treating professional for each Member receiving Covered Services on the basis of Breast and Cervical Cancer eligibility. For purposes of this section, "primary treating professional" means a health care professional responsible for the treatment of the breast or cervical cancer. OHA may monitor encounter data to identify these Members who have ceased receiving treatment services. Contractor shall respond to OHA requests for the treating health professional to confirm whether the Member's course of treatment is complete. Services received as part of the Breast and Cervical Cancer Program are exempt from a copay as stated in OAR 410-120-1230.

u.  **Dental Services**

(1)  Contractor shall provide to Members all dental Covered Services within the scope of the Member's Benefit Package of Dental Services, in accordance with OAR Chapter 410 Division 141 applicable to DCOs and with the terms of this Contract.

(2)  Contractor shall establish written policies and procedures for Emergency Dental Services and Urgent Care Services for Emergency Dental Conditions that are consistent with OAR 410-141-3220(8). The policies and procedures must describe when treatment of an Emergency Dental Condition or Urgent Care Service should be provided in an ambulatory dental office setting, and when Emergency Dental Services should be provided in a hospital setting.

Ex. 3 - Wilson Decl.
Page 54 of 276

OHA_LIT_01152437

(a)     For routine dental care the Member shall be seen within an average of eight weeks and within 12 weeks or the dental office's community standard, whichever is less, unless there is a documented special clinical reason which would make access longer than 12 weeks appropriate. Routine dental treatment or treatment of incipient decay does not constitute emergency care.

(b)     For an Emergency Dental Service, the Member must be seen or treated within 24 hours; and for an Urgent Dental Service, the Member must be seen or treated within 72 hours or as indicated in initial screening.  The treatment of an Emergency Dental Condition is limited to Covered Services. OHA recognizes that some Non-Covered Services may meet the criteria of treatment for the Emergency Dental Condition, however this Contract does not extend to those Non-Covered Services.

5.      **Optional Covered Services with Care Coordination**

Contractor shall provide the following optional services only if designated in the Contract Document, Part II, Section D:

a.      Covered Services for MHO Members; and

b.      Children's System of Care Wraparound.

For any such service designated in the Contract Document, Part II, Section D, as not included, Contractor shall provide care coordination.

6.      **Non-Covered Health Services with Care Coordination**

a.      Contractor shall coordinate services for each Member who requires health services not covered under the CCO Payment.

b.      Contractor shall assist its Members in gaining access to certain Substance Use Disorder and mental health services that are not Covered Services and that are provided under separate contract with OHA, including but are not limited to the following:

(1)     Medical Transportation pursuant to rules (OAR 410-136-0020 et seq.) promulgated by OHA and published in its Medical Transportation Services Guide;

(2)     Standard therapeutic class 7 & 11 Prescription drugs, Depakote, Lamictal and their generic equivalents dispensed through a licensed pharmacy. These medications are paid through OHA's Fee for Service system;

(3)     Therapeutic Foster Care reimbursed under HCPCS Code S5146 for Members under 21 years of age;

(4)     Therapeutic group home reimbursed for Members under 21 years of age;

(5)     Behavioral rehabilitative services that are financed through Medicaid and regulated by DHS Child Welfare and OYA;

Contract # (XXXXXX)                    Exhibit B – Part 2                     Page 55 of 227

Ex. 3 - Wilson Decl.
Page 55 of 276

OHA_LIT_01152438

**(6)**     Investigation of Members for Civil Commitment;

**(7)**     Long Term Psychiatric Care (LTPC) for Members 18 years of age and older;

**(8)**     Preadmission Screening and Resident Review (PASRR) for Members seeking admission to a LTPC;

**(9)**     Long Term Psychiatric Care (LTPC) for Members age 17 and under, including:

    **(a)**     Secure Children's Inpatient program (SCIP),

    **(b)**     Secure Adolescent Inpatient Program (SAIP), or

    **(c)**     Stabilization and transition services (STS);

**(10)**    Personal care in adult foster homes for Members 18 years of age and older;

**(11)**    Residential mental health services for Members 18 years of age and older provided in licensed community treatment programs;

**(12)**    Abuse investigations and protective services as described in OAR 943-045-0250 through 943-045-0370 and ORS 430.735 through 430.765; and

**(13)**    Personal Care Services as described in OAR 411-034-0000 through 411-034-0090 and OAR 309-040-0300 through 309-040-0330.

**7.     Non-Covered Health Services without Care Coordination**

Non-Covered Services for which Contractor does not need to provide care coordination include but are not limited to:

**a.**     Physician assisted suicide under the Oregon Death with Dignity Act, ORS 127.800-127.897;

**b.**     Therapeutic abortions;

**c.**     Hospice services for Members who reside in a skilled Nursing Facility;

**d.**     Long term care services excluded from Contractor reimbursement pursuant to ORS 414.631;

**e.**     School-based services that are Covered Services provided in accordance with Individuals with Disabilities Education Act (IDEA) requirements that are reimbursed with the educational services program;

**f.**     Administrative examinations requested or authorized in accordance with OAR 410-130-0230;

**g.**     Services provided to CAWEM recipients or CAWEM Plus-CHIP Prenatal Coverage for CAWEM;

**8.     Health-Related Services**

Ex. 3 - Wilson Decl.
Page 56 of 276

OHA_LIT_01152439

In addition to Covered State Plan Services, Contractor shall include Health-related services, in accordance with OAR 410-141-3150, 45 CFR 158.150 or 45 CFR 158.151that are consistent with achieving Member wellness and the objectives of an individualized care plan or improving population health and health care quality . Health-related services must be coordinated by the Contractor, and may be in collaboration with the PCPCH or other PCP in the DSN. Health-related services must be administered in accordance with Contractor's policy, written in collaboration with OHA.

Services covered under this Contract may be substituted with or expanded to include Health-related services, in compliance with Contractor's policy as written in collaboration with OHA, and agreed to by Contractor, the Member and, as appropriate, the family of the Member, as being an effective alternative.

Contractor shall establish written policies and procedures, as written in collaboration with OHA for administering Health-related services. The policies and procedures shall enable a Participating Provider to order and supervise the delivery of Health-related services. Contractor shall submit these policies, as follows:

(1)   To the OHA Contract Administration Unit annually no later than October 1st.

(2)   To OHA Contract Administration Unit upon any significant changes, prior to formal adoption of the policy. OHA will notify Contractor within 30 days of the compliance status of the policy.

(3)   To the OHA Contract Administration Unit anytime upon OHA request. OHA will notify Contractor within 30 days of the compliance status of the policy.

Contract # (XXXXXX)                    Exhibit B – Part 2                    Page 57 of 227
Ex. 3 - Wilson Decl.
Page 57 of 276

OHA_LIT_01152440

**Exhibit B –Statement of Work - Part 3 – Patient Rights and Responsibilities, Engagement and Choice**

**1.    Member and Member Representative Engagement and Activation**

Contractor shall actively engage Members, Member Representatives and their families as partners in the design and implementation of Member's individual treatment and care plans, with ongoing consultation regarding individual and cultural preferences and goals for health maintenance and improvement. Contractor shall ensure that Member choices are reflected in the development of Treatment Plans and Member dignity is respected. Contractor shall encourage Members to be responsible and active partners in the primary care team and shall protect Members against underutilization of services and inappropriate denial of services.

Contractor shall demonstrate the means by which Contractor:

a.      Uses Community input and the Community Health Assessment (CHA) process to help determine the most culturally and linguistically appropriate and effective methods for patient activation, with the goal of ensuring that Members are partners in maintaining and improving their health;

b.      Engages Members to participate in the development of holistic approaches to patient engagement and responsibility that account for social determinants of health and health disparities;

c.      Educates Members on how to navigate the coordinated and integrated health system developed by Contractor by means that may include Certified Traditional Health Workers as part of the Member's primary care team;

d.      Encourages Members to make healthy lifestyle choices and to use wellness and prevention resources, including mental health and addictions treatment, culturally-specific resources provided by community based organizations and service providers;

e.      Provides plain language narrative and alternative (video or audio) formats for individuals with limited literacy to inform Members of rights and responsibilities; and

f.      Meaningfully engages the CAC to monitor patient engagement and activation.

**2.    Member Rights under Medicaid**

Contractor shall have written policies regarding the Member rights and responsibilities under Medicaid law specified below and Contractor shall:

a.      Ensure Members are aware that a second opinion is available from a qualified Health Care Professional within the Provider Network, or that the Contractor will arrange for Members to obtain a qualified Health Care Professional from outside the Provider Network, at no cost to the Members.

b.      Ensure Members are aware of their civil rights under Title VI of the Civil Rights Act and ORS Chapter 659A, that Member has a right to report a complaint of discrimination by contacting the Contractor, OHA, the Bureau of Labor and Industries (BOLI) or the Office of Civil Rights (OCR).

Ex. 3 - Wilson Decl.
Page 58 of 276

OHA_LIT_01152441

c.   Provide notice to Members of Contractor's nondiscrimination policy and process to report a complaint of discrimination on the basis of race, color, national origin, religion, sex, sexual orientation, marital status, age, or disability in accordance with all applicable laws including Title VI of the Civil Rights Act and ORS Chapter 659A.

d.   Provide equal access for both males and females under 18 years of age to appropriate facilities, services and treatment under this Contract, consistent with OHA obligations under ORS 417.270.

e.   Make Certified or Qualified Health Care Interpreter services available free of charge to each Potential Member and Member. This applies to all non-English languages, not just those that OHA identifies as prevalent. Contractor shall notify its Members and Potential Members that oral interpretation is available free of charge for any language and that written information is available in prevalent non-English languages in Service Area(s) as specified in 42 CFR 438.10(d)(4) . Contractor shall notify its Members how to access oral interpretation and written translation services

f.   Have in place a mechanism to help Members and Potential Members understand the requirements and benefits of Contractor's plan and develop and provide written information materials and educational programs consistent with the requirements of OAR 410-141-3280 and 410-141-3300.

g.   Allow each Member to choose his or her health professional from available Participating Providers and facilities to the extent possible and appropriate. For a Member in a Service Area serviced by only one PHP, any limitation the Contractor imposes on his or her freedom to change between PCPs or to obtain services from Non-Participating Providers if the service or type of provider is not available with the Contractor's Provider Network may be no more restrictive than the limitation on Disenrollment under Exhibit B, Part 3, Section 6.b.

h.   Require, and cause its Participating Providers to require, that Members receive information on available treatment options and alternatives presented in a manner appropriate to the Member's condition, preferred language and ability to understand.

i.   Allow each Member the right to be actively involved in the development of Treatment Plans if Covered Services are to be provided and to have Family involved in such treatment planning.

j.   Allow each Member the right to request and receive a copy of his or her own Health Record, (unless access is restricted in accordance with ORS 179.505 or other applicable law) and to request that the records be amended or corrected as specified in 45 CFR Part 164.

k.   Furnish to each of its Members the information specified in 42 CFR 438.10(f)(2)-(3), and 42 CFR 438.10(g), if applicable, as specified in the CFR within 30 days after the Contractor received notice of the Member's Enrollment from OHA or for Members who are Fully Dual Eligible, within the time period required by Medicare. Contractor shall notify all Members of their right to request and obtain the information described in this section at least once a year.

l.   Ensure that each Member has the right to have access to Covered Services which at least equals access available to other persons served by Contractor.

Ex. 3 - Wilson Decl.
Page 59 of 276

OHA_LIT_01152442

**m.**  Ensure Members are free from any form of restraint or seclusion used as a means of coercion, discipline, convenience or retaliations specified in federal regulations on the use of restraints and seclusion.

**n.**  Require, and cause its Participating Providers to require, that Members are treated with respect, with due consideration for his or her dignity and privacy, and the same as non-Members or other patients who receive services equivalent to Covered Services.

**o.**  Ensure that each Member is guaranteed the right to participate in decisions regarding his or her health care, including the right to refuse treatment, and has the opportunity to execute a statement of wishes for treatment, including the right to accept or refuse medical, surgical, Substance Use Disorders or mental health treatment and the right to execute directives and powers of attorney for health care established under ORS 127.505 to 127.660 and the OBRA 1990 -- Patient Self-Determination Act.

**p.**  Ensure, and cause its Participating Providers to ensure, that each Member is free to exercise his or her rights, and that the exercise of those rights does not adversely affect the way the Contractor, its staff, Subcontractors, Participating Providers or OHA, treat the Member. Contractor shall not discriminate in any way against Members when those Members exercise their rights under the OHP.

**q.**  Ensure that any cost sharing authorized under this Contract for Members is in accordance with 42 CFR 447.50 through 42 CFR 447.82 and with the General Rules.

**r.**  Notify Members of their responsibility for paying a Co-Payment for some services, as specified in OAR 410-120-1230.

**s.**  If available, utilize electronic methods of communications with Members, at their request, to provide Member information.

**t.**  Contractor may use electronic communications for purposes described in Subsection s above only if:

  **(1)**  The recipient has requested or approved electronic transmittal;

  **(2)**  The identical information is available in written form upon request;

  **(3)**  The information does not constitute a direct Member notice related to an adverse Action or any portion of the Grievance, Appeals, Contested Case Hearings or any other Member rights or Member protection process;

  **(4)**  Language and alternative format accommodations are available; and

  **(5)**  All HIPAA requirements are satisfied with respect to personal health information.

**3.  Provider's Opinion**

Members are entitled to the full range of their health care Provider's opinions and counsel about the availability of Medically Appropriate services under the OHP.

Ex. 3 - Wilson Decl.
Page 60 of 276

OHA_LIT_01152443

**4.    Informational Materials and Education of Members and Potential Members**

a.    Contractor shall have a mechanism to help Members and Potential Members understand the requirements and benefits of Contractor's integrated and coordinated care plan. Contractor shall develop and provide written information materials and educational programs consistent with the requirements of OAR 410-141-3280, 410-141-3300, 42 CFR 438.10 and 42 CFR 438.10(e)(2)(i) providing general information to potential Members about:

(1)    Basic features of managed care;

(2)    Which populations are excluded from enrollment, subject to mandatory enrollment, or free to enroll voluntarily in the program;

(3)    Contractor's responsibilities for coordination of Member care:

(4)    The services area covered by the Contractor;

(5)    Covered benefits;

(6)    The provider directory; and

(7)    The requirement for the Contractor to provide adequate access to covered services;

Written notice must be translated for Members who speak prevalent non-English languages as provided by OHA in accordance with 42 CFR 438.10 (d)(1), and as defined in 42 CFR 438.10 (c), and notices must include language clarifying that auxiliary aids and oral interpretation is available for all languages and how to access these services.

b.    Contractor shall develop and provide written informational materials and educational programs as described in OAR 410-141-3280 and OAR 410-141-3300. Contractor shall submit all member notices and informational material to OHA Materials Coordinator for review and approval prior to use. Contractor shall furnish to each of its Members a Member handbook that contains all of the information specified in Exhibit J, consistent with the requirements of 42 CFR 438.10(h), if applicable, within a reasonable time after the Contractor received notice of the recipient's Enrollment from OHA or for clients who are Fully Dual Eligible, within the time period required by Medicare. Contractor shall notify all Members of their right to request and obtain the information described in this section at least annually. These materials and programs shall be in a manner and format that may be easily understood and tailored to the backgrounds and special needs of Members and Potential Members. Contractor shall develop, and make available to its Members, a health and wellness education program that addresses Prevention and Early Intervention of illness and disease. Contractor shall distribute an approved handbook to new Members, within 14 days of the Member's effective date of coverage with Contractor, which includes the information provided in Exhibit J.

c.    Health education shall include: promotion and maintenance of optimal health status, to include identification of tobacco use, referral for tobacco cessation intervention (e.g., educational material, tobacco cessation groups, pharmacological benefits and the Oregon Tobacco Quit Line (1-877-270-STOP).

d.    Contractor shall provide additional information that is available upon request by the Member, including information on Contractor's structure and operations, and Physician Incentive Plans.

e.    Contractor shall ensure that all Contractor's staff who have contact with Potential Members are fully informed of Contractor policies, including Enrollment, Disenrollment, and

Ex. 3 - Wilson Decl.
Page 61 of 276

OHA_LIT_01152444

Fraud/Waste/Abuse. Grievance and Appeal policies, advance directive policies and the provision of Certified or Qualified Health Care Interpreter services including the Participating Provider's offices that have bilingual capacity.

f.  Contractor shall provide written notice to affected Members of any Material Change in the information described in Subsection e of this section, pertaining to program, policies and procedures that are reasonably likely to impact the affected Member's ability to access care or services from Contractor's Participating Providers.  Such notice shall be provided at least 30 days prior to the intended effective date of those changes, or as soon as possible if the Participating Provider(s) has not given the Contractor sufficient notification to meet the 30 day notice requirement.  The OHA Materials Coordinator will review and approve such materials within two Business Days.

g.  Contractor shall make its written material available in alternative formats including auxiliary aids, and in an appropriate manner that takes into account the special needs of those who, for example, are visually limited or have limited reading proficiency.  All Members and Potential Members must be informed that Contractor's written information is available in alternative formats, free of charge, and how to access those formats.

h.  Contractor shall ensure the Member handbook reflects information on how Members can report suspected Fraud, Waste and Abuse.

5.  **Grievance System**

a.  Contractor shall have a Grievance System, supported with written procedures, for Members that includes a Grievance process, Appeal process and access to Contested Case Hearings. Contractor's Grievance System shall meet the requirements of Exhibit I, OAR 410-141-3225 through 410-141-3255, and 42 CFR 438.400 through 438.424.  The Grievance System must include Grievances and Appeals related to requests for accommodation in communication or provision of services for Members with a disability or limited English proficiency. OHA will review the Contractor's procedures for compliance and notify Contractor when approved.  Upon any change to the approved procedures, Contractor shall submit the changes to OHA Contract Administration Unit for approval. Contractor shall review its Grievance System policies annually and submit as follows:

(1)  To the OHA Contract Administration Unit annually no later than January 31st.

(2)  To the OHA Contract Administration Unit upon any significant changes, prior to formal adoption of the policy.  OHA will notify Contractor within 30 days of the compliance status of the policy.

(3)  To the OHA Contract Administration Unit anytime upon OHA request. OHA will notify Contractor within 30 days of the compliance status of the policy.

b.  Contractor shall provide to all Providers and Subcontractors, at the time they enter into a subcontract, the following Grievance, Notice of Adverse Benefit Determination, Appeal and Contested Case Hearing procedures and timeframes:

(1)  The Member's right to a Contested Case Hearing, how to obtain a hearing and representation rules at a hearing;

Ex. 3 - Wilson Decl.
Page 62 of 276

OHA_LIT_01152445

(2)    The Member's right to file Grievances and Appeals and their requirements and timeframes for filing;

(3)    The availability of assistance in filing;

(4)    The toll-free numbers to file oral Grievances and Appeals;

(5)    The Member's right to request continuation of benefits during an Appeal or Contested Case Hearing filing and, if the Contractor's Action is upheld in a Contested Case Hearing, the Member may be liable for the cost of any continued benefits; and

(6)    Any State-determined Provider appeal rights to challenge the failure of the organization to cover a service.

## 6.    Enrollment and Disenrollment

### a.    Enrollment

(1)    An individual becomes a Member for purposes of this Contract in accordance with OAR 410-141-3060 as of the date of Enrollment with Contractor. As of that date, Contractor shall provide all Covered Services to such Member as required by the terms of this Contract.

(a)    For persons who are enrolled on the same day as they are admitted to the Hospital or, for children and adolescents admitted to psychiatric residential treatment services (PRTS), Contractor is responsible for said services.

(b)    If the person is enrolled after the first day of Hospital stay or PRTS, the person will be disenrolled, and the date of Enrollment shall be the next available Enrollment date following discharge from Hospital services or PRTS.

(c)    For persons who are enrolled on the same day as they are admitted to the residential treatment services, Contractor is responsible for said services.

(d)    If the person is enrolled after the first day of admission to the residential treatment services, the person will be disenrolled, and the date of Enrollment shall be the next available Enrollment date following discharge from the residential treatment services.

(2)    The provisions of this section apply to all Enrollment arrangements as specified in OAR 410-141-3060. OHA will sign on such Member with a CCO selected by the Member. If an eligible Member does not select a CCO, OHA may assign the Member to a CCO selected by OHA in accordance with 42 USC 1396u-2(4)(D). Contractor shall have an open Enrollment period at all times, during which Contractor shall accept, without restriction, all eligible Member in the order in which they apply and are signed on with Contractor by OHA, unless Contractor's Enrollment is closed under Paragraph (4).

(3)    Contractor shall not discriminate against individuals eligible to enroll on the basis of health status, the need for health services, race, color, national origin, religion, sex, sexual

Ex. 3 - Wilson Decl.
Page 63 of 276

OHA_LIT_01152446

orientation, marital status, age, gender identity, or disability and shall not use any policy or practice that has the effect of discriminating on the basis of race, color, national origin, religion, sex, sexual orientation, marital status, age or disability.

(4)     Enrollment with Contractor may be closed by OHA, or by Contractor notifying the designated OHA CCO Coordinator, because Contractor's maximum Enrollment has been reached or for any other reason mutually agreed to by OHA and Contractor, or as otherwise authorized under this Contract or OAR 410-141-3060.

(5)     If OHA enrolls a Member with Contractor in error, OHA will apply the Disenrollment rules in OAR 410-141-3080 and may retroactively disenroll the Member from Contractor and enroll the Member with the originally intended contractor up to 60 days from the date of the erroneous Enrollment, and the CCO Payment to Contractor will be adjusted accordingly.

(6)     Contractor shall provide Enrollment validation as described in Exhibit B, Part 3, Section 6(d) of this Contract.

**b.     Disenrollment**

The requirements and limitations governing Disenrollments contained in 42 CFR 438.56 and OAR 410-141-3080, Disenrollment Requirements, apply to Contractor regardless of whether Enrollment is mandatory or voluntary, except to the extent that 42 CFR 438.56(c)(2)(i) is expressly waived by CMS.

(1)     An individual is no longer a Member for purposes of this Contract as of the effective date of the individual's Disenrollment from Contractor. As of that date, Contractor is no longer required to provide services to such individual by the terms of this Contract, unless the Member is hospitalized at the time of Disenrollment. In such an event, Contractor is responsible for inpatient Hospital services until discharge or until the Member's PCP determines that care in the Hospital is no longer Medically Appropriate. OHA will assume responsibility for other services not included in the Diagnosis Related Group (DRG) applicable to the hospitalization.

(2)     If Disenrollment occurs due to an illegal act which includes Member or Provider Medicaid Fraud, Contractor shall report to OHA Office of Payment Accuracy and Recovery, consistent with 42 CFR 455.13 by one of the following methods: Fraud hotline 1-888-FRAUD01 (1-888-372-8301); or Report fraud online at https://apps.state.or.us/cf1/OPR_Fraud_Ref/index.cfm?act=evt.subm_web

(3)     A Member may be Disenrolled from Contractor as follows:

(a)     If requested orally or in writing by the Member or the Member Representative, OHA may Disenroll the Member in accordance with OAR 410-141-3080 for the following reasons:

(i)      Without cause:

Contract # (XXXXXX)                    Exhibit B – Part 3                    Page 64 of 227

Ex. 3 - Wilson Decl.
Page 64 of 276

OHA_LIT_01152447

**(A)**    OHP Clients auto-enrolled or manual-enrolled in error may change plans, if another plan is available, within 30 days of the Member's Enrollment; or

**(B)**    Newly eligible Members may change plans, if another plan is available, within 12 months of their initial plan Enrollment or the date OHA send the member notice of the Enrollment, whichever is later; or

**(C)**    A Member may request Disenrollment at least once every 12 months after initial Enrollment; or

**(D)**    Members who are eligible for both Medicare and Medicaid and Members who are AI/AN beneficiaries may change plans or disenroll to fee-for-service at any time; or

**(E)**    Upon Automatic Re-enrollment (e.g., a recipient who is automatically re-enrolled after being disenrolled, solely because he or she loses Medicaid eligibility for a period of 2 months or less), if the temporary loss of Medicaid eligibility has caused the Member to miss the annual Disenrollment opportunity; or

**(F)**    Whenever the Member's eligibility is re-determined by OHA.

**(ii)**    With cause:

**(A)**    Members may change plans or disenroll to fee-for-service at any time with cause, as defined in 42 CFR Part 438 and Subsections (B) – (D) of this section; or

**(B)**    The Contractor does not, because of moral or religious objections, cover the service the Member seeks; or

**(C)**    The Member needs related services (for example a cesarean section and a tubal ligation) to be performed at the same time, not all related services are available within the Provider Network, and the Member's PCP or another Provider determines that receiving the services separately would subject the Member to unnecessary risk; or

**(D)**    For other reasons, including but not limited to, poor quality of care, lack of access to services covered under this Contract, or lack of access to Participating Providers experienced in dealing with the Member's health care needs.  Examples of sufficient cause include but are not limited to:

**(I)**    The Member moves out of the Service Area;

**(II)**    Services are not provided in the Member's preferred language;

Contract # (XXXXXX)                    Exhibit B – Part 3                    Page 65 of 227

Ex. 3 - Wilson Decl.
Page 65 of 276

OHA_LIT_01152448

**(III)**     Services are not provided in a culturally appropriate manner;

**(IV)**     It would be detrimental to the Member's health to continue Enrollment; or

**(V)**     For Continuity of Care.

**(4)**     OHA may Disenroll a Member upon request by Contractor if Disenrollment is consistent with routine disenrollment per OAR 410-141-3080, if a Member:

**(a)**     Is uncooperative or disruptive, except where this is a result of the Member's special needs or disability; or

**(b)**     Commits fraudulent or illegal acts such as permitting the use of his or her OHP Client identification card by another person, altering a prescription, theft or other criminal acts committed in any Provider's or Contractor's premises.

**(5)**     OHA may Disenroll a Member upon request by Contractor if Disenrollment is consistent with expedited disenrollment per OAR 410-141-3080, if a Member:

**(a)**     Makes a credible threat to cause grievous physical injury, including but not limited to, death to others in the near future, and that significant risk cannot be eliminated by a modification of policies, practices or procedures; or

**(b)**     Commits an act of physical violence, to the point that the Member's continued Enrollment in the Contractor seriously impairs the Contractor's ability to furnish services to either the Member or other Members.

**(6)**     Contractor may not request Disenrollment of a Member solely for reasons related to:

**(a)**     An adverse change in the Member's health status;

**(b)**     Utilization of health services;

**(c)**     Diminished physical, intellectual, developmental or mental capacity;

**(d)**     Uncooperative or disruptive behavior resulting from the Member's special needs, a disability or any condition that is a direct result of their disability, unless otherwise specified in OHP Administrative Rule; or

**(e)**     Other reasons specified in OAR 410-141-3080.

**(7)**     The effective date of Disenrollment when requested by a Member will be the first of the month following OHA's approval of Disenrollment. If OHA fails to make a Disenrollment determination by the first day of the second month following the month in which the Member files a request for Disenrollment, the Disenrollment is considered approved.

Ex. 3 - Wilson Decl.
Page 66 of 276

OHA_LIT_01152449

(8)     If OHA disenrolls a Member retroactively, OHA will recoup any CCO Payments received by Contractor after the effective date of Disenrollment. If the disenrolled Member was otherwise eligible for the OHP at the time of service, any services the Member received during the period of the retroactive Disenrollment may be eligible for fee-for-service payment under OHA rules.

(9)     If OHA disenrolls a Member due to an OHA administrative error, and the Member has not received services from another contractor, the Member may be retroactively re-enrolled with Contractor up to 60 days from the date of Disenrollment.

(10)    Disenrollment required by adjustments in Service Area or Enrollment is governed by Exhibit B, Part 3, Section 6 of this Contract.

**c.      Member Benefit Package Changes**

The weekly and monthly enrollment file (as described in Exhibit B, Part 3, Section 6.d of this Contract) will identify Member's current eligibility status. The file does not include any historical data on Member's eligibility status.

**d.      Enrollment Reconciliation**

(1)     Contractor shall reconcile the OHA 834 monthly Enrollment transaction file, sent by OHA to Contractor monthly, to Contractor's current Member information in its Health Information System (HIS) for the same period (for purposes of this report refer to the previous month's data) which is known as a "look back period".

(2)     Contractor shall report to OHA Enrollment Reconciliation Coordinator via secure email, using the Enrollment Reconciliation Certification Forms, which are available on the Contract Reports Web Site. Contractor's determination of OHA 834 monthly Enrollment transaction files shall be reported as follows:

(a)     If there are no discrepancies, Contractor shall complete, sign, date and submit "Enrollment Reconciliation Certification- No Discrepancies", to OHA Enrollment Reconciliation Coordinator within 14 days of receipt of the OHA 834 monthly Enrollment transaction file, or

(b)     If there are discrepancies, Contractor shall complete, sign, date and submit, "Enrollment Reconciliation Certification - Discrepancies Found", to OHA Enrollment Reconciliation Coordinator within 14 days of receipt of OHA's monthly Enrollment transaction file.

(3)     OHA will verify, and if applicable, correct all discrepancies reported to OHA on "Enrollment Reconciliation - Discrepancies Found", prior to the next monthly Enrollment transaction file.

**7.      Identification Cards**

Ex. 3 - Wilson Decl.
Page 67 of 276

OHA_LIT_01152450

Contractor shall provide an identification card to Members which contains simple, readable and usable information on how to access care in an urgent or emergency situation consistent with OAR 410-141-3300. Such identification cards confer no rights to services or other benefits under the OHP and are solely for the convenience of the Members and Providers.

**8.    Marketing to Potential Members**

a.    Contractor shall apply the prohibitions of this paragraph to its agents, Subcontractors, and Subcontractor's agents.

b.    Contractor and its Subcontractor's communications that express participation in or support for the Contractor by its founding organizations or its Subcontractors shall not constitute an attempt to compel or entice a Potential Member's enrollment

c.    Contractor has sole accountability for producing or distributing Marketing Materials following OHA approval.

d.    Contractor shall ensure that Potential Members are not intentionally misled about their options by Contractor's staff, activities or materials. Contractor's materials may not contain inaccurate, false, confusing or misleading information.

e.    Contractor shall provide copies of all written Marketing Materials to all DHS and OHA offices within Contractor's Service Area. Pursuant to 42 CFR 438.104(b)(2), Contractor shall make no assertion or statement (whether written or oral) that:

    (1)    The Potential Member must enroll with Contractor in order to obtain benefits or not to lose benefits; or

    (2)    The Contractor is endorsed by CMS, the federal or State government, or similar entity.

f.    Contractor shall comply with the information requirements of 42 CFR 438.10, 438.100 and 438.104 to ensure that, before enrolling, the Potential Member receives, from the Contractor the accurate oral and written information the Potential Member needs to make an informed decision on whether to enroll with the Contractor. In doing so, the Contractor shall:

    (1)    Not distribute any Marketing Materials without first obtaining OHA approval;

    (2)    Distribute the Marketing Materials to its entire Service Area as indicated in this Contract;

    (3)    Not seek to compel or entice Enrollment in conjunction with the sale of or offering of any private insurance; and

    (4)    Not directly or indirectly engage in door to door, emailing, texting, telephone or Cold Call Marketing activities; and

g.    Contractor shall comply with OHA Materials Submission and Approval Form. The form is located at on the Contract Reports Web Site. Submission of the form goes to OHP.Materials@state.or.us.

Contract # (XXXXXX)                    Exhibit B – Part 3                         Page 68 of 227

Ex. 3 - Wilson Decl.
Page 68 of 276

OHA_LIT_01152451

**h.**     OHA will develop guidelines through a transparent public process, including input from Contractor and other stakeholders. The guidelines will include, but are not limited to:

    **(1)**     A list of communication or Outreach Materials subject to review by OHA;

    **(2)**     A clear explanation of OHA's process for review and approval of Marketing Materials;

    **(3)**     A process for appeals of OHA's edits or denials;

    **(4)**     A Marketing Materials submission form to ensure compliance with PHP Marketing rules; and

    **(5)**     An update of plan availability information submitted to the OHA on a monthly basis for review and posting.

Ex. 3 - Wilson Decl.
Page 69 of 276

OHA_LIT_01152452

**Exhibit B –Statement of Work - Part 4 – Providers and Delivery System**

1.      **Integration and Coordination**

Contractor shall develop, implement and participate in activities supporting a continuum of care that integrates mental health, addiction treatment, dental health and physical health interventions seamlessly and holistically, including new member screenings. Contractor understands and acknowledges that integrated care spans a continuum ranging from communication to coordination to co-management to co-location to the fully integrated PCPCH.

a.      Contractor shall make best effort to conduct an initial screen of each new Member's needs, within 90 day of enrollment and make additional attempts if initial outreach is unsuccessful.

b.      Contractor shall ensure, and shall implement procedures to ensure, that in coordinating care, the Member's privacy is protected consistent with the confidentiality requirements in 45 CFR parts 160 and 164 subparts A and E, to the extent that they are applicable, and consistent with other State law or federal regulations governing privacy and confidentiality of health records.

c.      Contractor shall demonstrate involvement in integration activities such as, but not limited to:

   (1)     Enhanced communication and coordination between Contractor and Dental Care Providers, mental health and Substance Use Disorders Providers;

   (2)     Implementation of integrated Prevention, Early Intervention and wellness activities;

   (3)     Development of infrastructure support for sharing information, coordinating care and monitoring results;

   (4)     Use of screening tools, treatment standards and guidelines that support integration;

   (5)     Support of a shared culture of integration across CCOs and service delivery systems; and

   (6)     Implementation of a System of Care approach, incorporating models such as the Four Quadrant Clinical Integration Model of the National Council for Community Behavioral Healthcare or Wraparound for children with Behavioral Health disorders.

d.      Contractor shall coordinate the services the Contractor furnishes its Members with the services the Member receives from any other MCO, PIHP or PAHP to avoid duplication of services, as required by 42 CFR 438.208 (b)(2) and (5).

2.      **Access to Care**

Contractor shall provide culturally and linguistically appropriate services and supports, in locations as geographically close as possible, to where Members reside or seek services and choice of Providers (including physical health, behavioral health, including mental health and Substance Use Disorders, and oral health) within the delivery system network that are, if available, offered in non-traditional settings that are accessible to Families, diverse communities, and underserved populations.

a.      Contractor shall meet, and require Providers to meet, OHP standards for timely access to care and services, taking into account the urgency of need for services. Contractor shall comply with

Contract # (XXXXXX)                          Exhibit B – Part 4                                    Page 70 of 227

Ex. 3 - Wilson Decl.
Page 70 of 276

OHA_LIT_01152453

OAR 410-141-3220 and 410-141-3160. Contractor shall make Covered Services available 24 hours a day, 7 days a week, when medically appropriate.

b.  As specified in OAR 410-123-1000 through 410-123-1640, for routine dental care the Member shall be seen within an average of eight weeks and within 12 weeks or the dental office's community standard, whichever is less, unless there is a documented special clinical reason which would require longer access time.

c.  Contractor shall ensure that Providers do not discriminate between Members and non-OHP persons as it relates to benefits and services to which they are both entitled and shall ensure that Providers offer hours of operation to Members that are no less than those offered to non-Members as provided in OAR 410-141-3220.

d.  Contractor shall provide each Member with an opportunity to select an appropriate Mental Health Practitioner and service site.

e.  Contractor may not deny Covered Services to, or request Disenrollment of, a Member based on disruptive or abusive behavior resulting from symptoms of a mental or Substance Use Disorders or from another disability. Contractor shall develop an appropriate Treatment Plan with the Member and the Family or advocate of the Member to manage such behavior.

f.  Contractor shall implement mechanisms to assess each Member with Special Health Care needs in order to identify any ongoing special conditions that require a course of physical health, Substance Use Disorders, or mental health treatment or care management.   The assessment mechanisms must use appropriate health care professionals.

   (1)  For Members with Special Health Care Needs determined to need a course of treatment or regular care monitoring, the Individual Service and Support Plan must be developed by Members PCP with Member participation and in consultation with any specialists caring for the Member; approved by Contractor in a timely manner and revised upon assessment of function need, at least every 12 months, if approval is required; and developed in accordance with any applicable OHA quality assessment and performance improvement and Utilization Review standards.

   (2)  Based on the Assessment, Contractor shall assist Members with Special Health Care Needs in gaining direct access to Medically Appropriate care from physical health, Substance Use Disorders or mental health specialists for treatment of the Member's condition and identified needs including the assistance available through intensive care coordinators if appropriate.

   (3)  Contractor shall implement procedures to share with Member's Primary Care Provider the results of its identification and Assessment of any Member with Special Health Care Needs so that those activities need not be duplicated. Contractor's procedures shall also require that the Member's assessment information be shared with other prepaid managed care health services organizations serving the Member. Such coordination and sharing of information must be conducted within federal and State laws, rules, and regulations governing confidentiality.

g.  Contractor shall comply with the requirements of Title II of the Americans with Disabilities Act and Title VI of the Civil Rights Act by assuring communication and delivery of Covered Services to Members who have difficulty communicating due to a disability, or limited English

Ex. 3 - Wilson Decl.
Page 71 of 276

OHA_LIT_01152454

proficiency or diverse cultural and ethnic backgrounds, and shall maintain written policies, procedures and plans in accordance with the requirements of OAR 410-141-3220.

h.    Contractor shall comply with the requirement of Title II of the Americans with Disabilities Act by providing services to Members with disabilities in the most integrated setting appropriate to the needs of those Members.

i.    Contractor shall ensure that its employees, Subcontractors and facilities are prepared to meet the special needs of Members who require accommodations because of a disability or limited English proficiency. Contractor shall include in its Grievance and Appeal procedures, described in Exhibit I, a process for Grievances and Appeals concerning communication or access to Covered Services or facilities.

j.    In addition to access and Continuity of Care standards specified in the rules cited in Subsection a, of this section, Contractor shall establish standards for access to Covered Services and Continuity of Care which are consistent with the Accessibility requirements in OAR 410-141-3220.

k.    Contractor shall ensure that each Member has an ongoing source of primary care appropriate to the Member's needs and a person or entity formally designated as primarily responsible for coordinating the health care services furnished as described in OAR 410-141-3120 and required by 42 CFR 438.208 (b)(1) and (2).

l.    Contractor shall allow each AI/AN enrolled with Contractor to choose an Indian Health Care Provider as the Member's PCP if:

(1)    An Indian Health Care Provider is participating as a PCP within the Provider Network; and

(2)    The AI/AN Member is otherwise eligible to receive services from such Indian Health Care Provider; and

(3)    The Indian Health Care Provider has the capacity to provide primary health care services to such Members.

m.    Contractor shall provide female Members with direct access to women's health specialists within the Provider Network for Covered Services necessary to provide women's routine and preventive health care services. This is in addition to the Member's designated PCP if the designated PCP is not a women's health specialist.

n.    Contractor shall provide for a second opinion from a qualified Participating Provider, which may include a qualified mental health Participating Provider if appropriate, to determine Medically Appropriate services. If a qualified Participating Provider cannot be arranged then Contractor shall arrange for the Member to obtain the second opinion from a Non-Participating Provider, at no cost to the Member.

o.    To effectively integrate and coordinate health care and care management for Fully Dual Eligible Members, Contractor shall demonstrate its ability to provide Medicare benefits to Fully Dual Eligible Members. This may be accomplished through a Medicare Advantage plan that is owned by, affiliated with, or contracted by the Contractor.

Ex. 3 - Wilson Decl.
Page 72 of 276

OHA_LIT_01152455

Coordinated Care Organization – Amended and Restated                                    Effective: January 1, 2018

**3.    Delivery System and Provider Capacity**

    **a.    Delivery System Capacity**

        **(1)**    As specified in 42 CFR 438.206, Contractor shall maintain and monitor a Participating Provider Panel that is supported with written agreements (as specified in Exhibit D, Section 18 and Exhibit B, Part 4, Section 10), and has sufficient capacity and expertise to provide adequate, timely and Medically Appropriate access to Covered Services, as required by this Contract and OHA rules, to Members across the age span from child to older adult, including Members who are Fully Dual Eligible. In establishing and maintaining the Provider Panel, Contractor shall consider, at a minimum, the following:

            **(a)**    The anticipated Medicaid Enrollment and anticipated Enrollment of Fully Dual Eligible individuals;

            **(b)**    An appropriate range of preventive and specialty services for the population enrolled or expected to be enrolled in the Service Area;

            **(c)**    The expected utilization of Services, also taking into consideration the oral, physical and Behavioral Health care needs of Members;

            **(d)**    The number and types (in terms of training, experience, and specialization) of Providers required to provide services under this Contract;

            **(e)**    The geographical location of Participating Providers and Members considering distance, travel time, the means of transportation ordinarily used by Members and whether the location provides physical access for Members with disabilities;

            **(f)**    The Provider Network is sufficient in numbers and areas of practice and geographically distributed in a manner that the Covered Services provided under this Contract are reasonably accessible to Members, as stated in ORS 414.736;

            **(g)**    The number of Providers who are not accepting new Members;

            **(h)**    Contractor's approach to integrated care and care coordination and the use of PCPCHs; and

            **(i)**    Contractor shall report on its Delivery System Network (DSN), including an appropriate range of preventive, primary care and specialty services, sufficient in number, mix and geographic distribution to meet Member needs, using Exhibit G.

        **(2)**    Contractor shall allow each Member to choose a Provider within the Provider Network to the extent possible and appropriate.

        **(3)**    Contractor shall provide Members with access, as Medically Appropriate, to licensed medical professionals, Substance Use Disorder, oral and mental health Providers.

        **(4)**    Contractor shall demonstrate that the number of Indian Health Care Providers that are Participating Providers is sufficient to ensure timely access to Covered Services within

Ex. 3 - Wilson Decl.
Page 73 of 276

OHA_LIT_01152456

the scope of Covered Services specified under this Contract, for those AI/AN enrolled with the Contractor who are eligible to receive services from such Providers, or shall demonstrate that there are no or few Indian Health Care Providers in the Service Area.

(5)     Contractor shall identify training needs of its Provider Network and shall address such needs to improve the ability of the Provider Network to deliver Covered Services to Members.

(6)     If Contractor is unable to provide necessary Covered Services, including physical health, behavioral health (which includes mental health and Substance Use Disorders), and Dental Services which are culturally and linguistically and Medically Appropriate to a particular Member within its Provider Panel, Contractor shall adequately and timely cover these services out of network for the Member, for as long as Contractor is unable to provide them. Non-Participating Providers must coordinate with Contractor with respect to payment. Contractor shall ensure that cost to Member is no greater than it would be if the services were provided within the Provider Panel.

(7)     Contractor shall participate in OHA efforts to promote the delivery of services in a Culturally Competent manner to Members, including those with limited English proficiency and diverse cultural and ethnic backgrounds.

(8)     Contractor shall coordinate its service delivery system planning effort with organized planning efforts carried out by the local mental health authority in its Service Area.

(9)     Contractor shall demonstrate that the number of Substance Use Disorders residential treatment facilities that are Participating Providers is sufficient to ensure access to Covered Services that meet the specific needs of its Members. Participating Providers shall at least include facilities that can meet cultural and linguistic appropriateness, adolescents, parents with dependent children, pregnant women, IV drug users and Members with medication assisted therapy needs.

b.     **Provider Selection**

Contractor shall establish written policies and procedures in place which comply with the CCO rule for credentialing and recredentialing, OAR 410-141-3120, the requirements specified in 42 CFR 438.214, which include selection and retention of Providers, credentialing and re-credentialing requirements, and nondiscrimination. In establishing and maintaining the network, Contractor shall:

(1)     Complete the DSN Provider Capacity Report as required in Exhibit G and submit to the OHA Contract Administration Unit an update of this DSN Provider Capacity Report at any time there has been a Material Change in Contractor's operations that would affect adequate capacity and services, including changes in services, benefits, Service Area or payments or the Enrollment of a new population or any time it enters into a contract with OHA;

(2)     Use Provider selection policies and procedures, in accordance with 42 CFR 438.12 and 42 CFR 438.214, that do not discriminate against particular Providers that serve high-risk populations or specialize in conditions that require costly treatment. If Contractor

OHA_LIT_01152457

declines to include individual or groups of Providers in its Provider Network, it must give the affected Providers written notice of the reason for its decision;

(3)    Assure that Certified Traditional Health Workers, who are employed by Contractor or subcontractors, have met the requirements for background checks for Certified Traditional Health Workers, as described in OAR 410-180-0326.

(4)    Terminate contract with provider immediately upon notification from the State that a provider may not be enrolled as a Medicaid Provider.

(5)    Provide a dispute resolution process, including the use of an independent third party arbitrator, for a Provider's refusal to contract with Contractor or the termination, extension or renewal of a Provider's contract with Contractor, pursuant to OAR 410-141-3269.

(6)    In accordance with 42 CFR 438.602(b)(1) OHA will screen and enroll Provider, and revalidate all Contractors providers as Medicaid providers. Contractor may execute provider contractors pending outcome of screening and enrollment with OHA, up to 120 days, and shall terminate the contract immediately if Provider cannot be enrolled.

**4.    Delivery System Features**

Contractor shall ensure that Members have access to high quality, appropriate integration and coordination of care and services, through a Provider Network capable of meeting Health System Transformation objectives. Contractor shall operate a transformed delivery system that accomplishes the following:

**a.    Patient-Centered Primary Care**

Contractor shall develop and use PCPCH and other patient-centered primary care approaches to achieve the goals of Health System Transformation. In this connection, Contractor shall:

(1)    Contract with a network of PCPCHs recognized under Oregon's standards (OAR 409-055-0000 to 0090). Contractor shall provide:

   (a)    Assurances that the Contractor enrolls a significant percentage of Members in PCPCHs certified as Tier 1 or higher according to Oregon's standards; and

   (b)    A concrete plan for increasing the number of enrollees served by certified PCPCHs over the first five years of operation, including targets and benchmarks; and

   (c)    A concrete plan for Tier 1 PCPCHs to move toward Tier 2 and 3 of the Oregon standard over the first five years of operation, including targets and benchmarks.

(2)    Require Contractor's other contracting health and services providers to communicate and coordinate care with the PCPCH in a timely manner using electronic health information technology, where available.

Ex. 3 - Wilson Decl.
Page 75 of 276

OHA_LIT_01152458

(3)  Ensure that Members of all communities in its Service Area receive integrated, culturally and linguistically appropriate person-centered care and services, and that Members are fully informed partners in transitioning to and maximizing the benefits of this model of care.

(4)  Encourage the use of FQHCs, rural health clinics, school-based health clinics and other safety net Providers that qualify as PCPCHs to ensure the continued critical role of those Providers in meeting the health of underserved populations.

**b.    Care Coordination**

(1)  Contractor shall provide following elements of care coordination:

(a)  Contractor shall support the appropriate flow of relevant information; identify a lead Provider or primary care team to manage Member care and coordinate all Member services; and, in the absence of full health information technology capabilities, implement a standardized approach to effective transition planning and follow-up.

(b)  Contractor shall work with Providers to develop the partnerships necessary to allow for access to and coordination with social and support services, including culturally specific community based organizations, community based mental health services, DHS Medicaid-funded long term care services and mental health crisis management services.

(c)  Contractor shall develop culturally and linguistically appropriate tools for Provider use to assist in the education of Members about roles and responsibilities in communication and care coordination.

(d)  Contractor shall coordinate with DHS Medicaid-funded long term care Providers and Type B AAAs or State APD district offices in its Service Area for their Members receiving DHS Medicaid-funded long term care services.

(e)  Contractor shall document and submit no later than June 30th , an update of coordination activities through Memoranda of Understanding (MOU), or subcontractual arrangement(s) between the Contractor and the Type B AAA or State APD district office(s) in its Service Area. The APD MOU guidance document can be found at http://www.oregon.gov/DHS/SENIORS-DISABILITIES/LTC/Pages/HST-APD-CCO.aspx MOUs will be reviewed by DHS-APD and OHA and feedback will be given to Contractor.

(f)  Contractor shall coordinate with residential addictions and mental health services Providers, including Providers outside of Contractor's Service Area, for their Members receiving both Medicaid-funded and non-Medicaid-funded residential addictions and mental health services.

(g)  Contractor shall coordinate with state institutions and other mental health hospital settings to facilitate Member transition into the most appropriate, independent, and integrated community-based settings.

Ex. 3 - Wilson Decl.
Page 76 of 276

OHA_LIT_01152459

(2)    Contractor shall use evidence-based and innovative strategies within Contractor's delivery system to ensure coordinated and integrated person-centered care for all Members, including those with severe and persistent mental illness or other chronic conditions who receive home and community based services under the State's 1915(i) State Plan Amendment, as follows:

(a)    Assignment of responsibility and accountability: Contractor shall document that each Member has a PCP or primary care team that is responsible for coordination of care and transitions.

(b)    Individual care plans: Contractor shall use individualized care plans to the extent feasible to address the supportive and therapeutic and cultural and linguistic health of each Member, particularly those with intensive care coordination health needs. Contractor shall ensure that individual care plans developed for Members reflect Member, Family or caregiver preferences and goals to ensure engagement and satisfaction.

(c)    Communication: Contractor shall encourage and work with their Providers to develop the tools and skills necessary to communicate in a linguistically and culturally appropriate fashion.

(3)    Contractor shall develop a coordinated and integrated Provider Network that demonstrates communication, collaboration and shared decision making across relevant Providers and care settings. Contractor shall:

(a)    Ensure a network of Providers to serve Members' health care, meet access-to-care standards, and allow for appropriate choice for Members. Services and supports must be as geographically available as possible and, to the extent necessary, offered in nontraditional integrated settings that are accessible to families, socially, culturally, and linguistically diverse communities, and underserved populations.

(b)    Build on existing Provider Network and transform them into a patient-centered, integrated, and coordinated delivery system including arrangements with external Providers necessary to assure access to the full range of Medicaid services.

(c)    Develop formal relationships with Providers, community health partners, including culturally and socially diverse community based organizations and service providers, and state and local government support services in its Service Area, and participate in the coordination and integration of care agreements these partners.

c.    **Care Integration**

Contractor shall ensure the provision of the following elements of Care Integration:

(1)    Mental Health and Substance Use Disorders Treatment: Outpatient mental health and Substance Use Disorders treatment shall be integrated into a person-centered care

Ex. 3 - Wilson Decl.
Page 77 of 276

OHA_LIT_01152460

delivery system and coordinated with physical health care services by Contractor and by Contractor's transformed health system.

(2)     Oral Health: Contractor shall provide adequate and appropriate access to dental providers for Oral health services.

(3)     Hospital and Specialty Services: Contractor shall provide adequate, timely and appropriate access to specialty and Hospital services. Contractor's service agreements with specialty and Hospital Providers shall address the coordinating role of patient-centered primary care; shall specify processes for requesting Hospital admission or specialty services; and shall establish performance expectations for communication and medical records sharing for specialty treatments, at the time of Hospital admission or discharge, for after-Hospital follow up appointments. Contractor shall demonstrate how Hospitals and specialty service providers are accountable for achieving successful transitions of care. Contractor shall ensure that primary care teams transition Members out of Hospital settings into the most appropriate, independent, and integrated care settings, including home and community-based as well as Hospice and other palliative care settings.

d.     Contractor shall document its methods and findings to ensure across the organization and the network of Providers there is documentation of the following features of the delivery system:

(1)     Each Member has access to a consistent and stable relationship with a primary care team that is responsible for comprehensive care management and transitions.

(2)     The supportive and therapeutic needs of the Member are addressed in a holistic fashion, using patient centered primary care homes and individualized care plans to the extent feasible.

(3)     Members receive comprehensive transitional care, including appropriate follow-up, when entering and leaving an acute care facility or a long term care setting.

(4)     Members receive assistance in navigating the health care delivery system and in accessing community and social support services and statewide resources.

(5)     Members have access to advocates such as Certified Traditional Health Workers who may be part of the Member's primary care team.

(6)     Members are encouraged within all aspects of the integrated and coordinated health care delivery system to use wellness and prevention resources and to make healthy lifestyle choices.

5.     **Delivery System Dependencies**

a.     **Shared Accountability for DHS Medicaid-funded Long-term Care Services**

To ensure delivery of high quality, person-centered care, Contractor will be held accountable (as described under Exhibit B, Part 9, Section 3) for its performance on a subset of CCO core

Ex. 3 - Wilson Decl.
Page 78 of 276

OHA_LIT_01152461

accountability metrics (identified under Exhibit B, Part 9, Section 4) for its Members receiving DHS Medicaid-funded long term care services.

**b.    Intensive Care Coordination for Special Health Members**

    **(1)**    Contractor shall prioritize working with Members who have high health care needs, multiple chronic conditions, mental illness or Substance Use Disorders and communities experiencing health disparities (as identified in the community health assessment). Contractor shall actively engage those Members in accessing and managing appropriate preventive, remedial and supportive care and services to reduce the use of avoidable emergency room visits and Hospital admissions.

    **(2)**    Contractor shall provide intensive care coordination or Case Management Services to Members who are aged, blind, disabled or who have complex medical needs, consistent with ORS 414.712, including Members with mental illness and Members with severe and persistent mental illness receiving home and community based services under the State's 1915(i) State Plan Amendment.

    **(3)**    Contractor shall implement procedures to share the results of its identification and Assessment of any Member identified as aged, blind, disabled (including mental illness or substance abuse disorders) or having complex medical health needs with Participating Providers serving the Member so that those activities need not be duplicated. Contractor shall create procedures and share information under ORS 414.679 in compliance with the confidentiality requirements of this Contract.

    **(4)**    Contractor shall establish policies and procedures, including a standing referral process for direct access to specialists, for identifying, assessing and producing a Treatment Plan for each Member identified as having a special healthcare need.  Contractor shall ensure that each Treatment Plan:

        **(a)**    Is developed by the Member's designated Practitioner with the Member's participation;

        **(b)**    Includes consultation with any specialist caring for the Member;

        **(c)**    Is approved by the Contractor in a timely manner, if this approval is required; and

        **(d)**    Accords with any applicable State quality assurance and Utilization Review standards.

**c.    State and Local Government Agencies and Community Social and Support Services Organizations**

Contractor shall promote communication and coordination with state and local government agencies and culturally diverse community social and support services organizations, including early child education, special education, Behavioral Health and public health, as critical for the development and operation of an effective DSN. Contractor shall consult and collaborate with Contractor DSN Providers to maximize Provider awareness of available resources to ensure diverse Members' health, and to assist DSN Providers to be able to make referrals to the appropriate Providers or organizations.  Contractor shall ensure that the assistance that Contractor provides to DSN Providers in making referrals to State and local governments and to

Ex. 3 - Wilson Decl.
Page 79 of 276

OHA_LIT_01152462

community social and support services organizations takes into account the referral and service delivery factors identified in the Community health Assessment and Community Improvement Plan.

### d.    Cooperation with Dental Care Providers

Contractor shall coordinate preauthorization and related services with Dental Care Providers to ensure the provision of Dental Services to be performed in an outpatient Hospital or ASC in cases in which the age, disability, or medical condition of the Member necessitates providing services in an outpatient Hospital or ASC.

### e.    Cooperation with Residential, Nursing Facilities, Foster Care & Group Homes

Contractor shall arrange to provide medication, as covered under Contractor's Global Budget, to nursing or residential facility and group or foster home residents in a format that is reasonable for the facility's delivery, dosage and packaging requirements and Oregon law.

## 6.    Evidence-Based Clinical Practice Guidelines

Contractor shall adopt practice guidelines, specified in 42 CFR 438.236 (b), (c) and (d), that are based on valid and reliable clinical evidence or a consensus of healthcare professionals and that consider the needs of Members. Contractor shall adopt these practice guidelines in consultation with Contractor's Participating Providers and shall review and update them periodically as appropriate. Contractor shall disseminate the practice guidelines to all affected Providers and, upon request, to Members, Potential Members or Member Representatives.  Contractor's decisions for utilization management, Member education, coverage of services, or other areas, to which the guidelines apply, must be consistent with the adopted practice guidelines.

## 7.    Health Promotion and Prevention

Contractor shall provide evidence-based care in a culturally and linguistically appropriate manner that supports prevention, contains cost, and improves health outcomes and quality of life for their Members. Contractor shall report to OHA Contract Administration Unit on health promotion and disease prevention, describing the means by which Contractor will accomplish the following tasks. Contractor shall:

a.    Collect data for Member population service planning and delivery, reported with consideration to implementing state plans for achieving public health objectives of eliminating racial and ethnic disparities and meeting national Healthy People 2020 objectives and Meaningful Use standards.

b.    Provide culturally and linguistically appropriate health risk assessment for Members. Assessment may be provided or coordinated through a Members' PCPCH. These assessments will include screening for chronic disease and risk factors such as alcohol, tobacco use and other substance use, high blood pressure, diabetes, depression, breast, colorectal and cervical cancer, high cholesterol, stress, trauma and other mental health issues with opportunities for education, treatment and follow-up based on results.

c.    Actively promote all health screening methodologies receiving a Grade A or B recommendation by the US Preventive Services Task Force to patients, families, and Providers.

Ex. 3 - Wilson Decl.
Page 80 of 276

OHA_LIT_01152463

**d.**    Actively promote screenings recommended by Bright Futures: Guidelines for Health Supervision of Infants, Children, and Adolescents (4rd edition) (2017) for pediatric populations to patients, families, and Providers.

**e.**    Demonstrate evidence of partnership with health promotion, racially, ethnically and linguistically diverse community, and local prevention leaders and professionals, including local public health authorities.

**f.**    Contribute to implementation of the State's comprehensive plans for promotion of physical activity and healthy nutrition, tobacco prevention and older adult and youth suicide prevention.

**g.**    Contribute to local public health and health promotion planning efforts.

**h.**    Meet the needs of culturally and linguistically diverse communities and specify the actions Contractor will take to reduce or eliminate health disparities.

**i.**    Disseminate culturally and linguistically appropriate educational materials that meet Members diverse health literacy needs on healthy lifestyles and chronic disease early detection, treatment and self-management at plan and Provider levels (provider/hospital Meaningful Use optional criteria).

**j.**    Assure full compliance with disease reporting to the public health system.

**k.**    Coordinate the above activities with Members' Patient-Centered Primary Care Home or PCP.

**8.    (Reserved)**

**9.    Patient Centered Primary Care Homes (PCPCH)**

Contractor shall include in its network, to the greatest extent possible, Patient-Centered Primary Care Homes as recognized by the OHA. Contractor shall provide support for moving Providers along the spectrum of the PCPCH model (from Tier 1 to Tier 5). Contractor shall assist Providers within its delivery system to establish PCPCHs.

**a.**    In addition to Provider reporting requirements described in OARs, Contractor shall provide a report to OHA Contract Administration Unit, no later than 30 days following the end of each quarter, to include all Members that are assigned to a PCPCH Provider listed out by tier 1, 2, 3, 4 or 5. Contractor should work with each PCPCH Provider in developing these lists.

**b.**    Contractor shall promote and assist other Providers to communicate and coordinate care with the PCPCH in a timely manner using electronic health information technology to the maximum extent feasible.

**10.    Subcontract Requirements**

Contractor shall ensure that Subcontracts executed with Providers seek to apply best practices in the management of its Provider Network. The requirements of this section do not prevent the Contractor from including additional terms and conditions in its subcontracts to meet the legal obligations or system

Ex. 3 - Wilson Decl.
Page 81 of 276

OHA_LIT_01152464

requirements of the Contractor. Contractor ensures that the following standards are included in its Subcontracts:

### a.    General Standards

Contractor shall ensure that all subcontracts are in writing, specify the subcontracted Work and reporting responsibilities, meet the requirements described below and any other requirement as described throughout this Contract, and incorporate portions of this Contract, as applicable, based on the scope of Work to be subcontracted.  Contractor must evaluate the prospective Subcontractor's ability to perform the activities to be delegated.

(1)    Subject to the provisions of this section, Contractor may subcontract any or all of the Work to be performed under this Contract. No Subcontract may terminate or limit Contractor's legal responsibility to OHA for the timely and effective performance of Contractor's duties and responsibilities under this Contract. Any and all Corrective Action, Sanctions, recovery amounts and enforcement actions are solely the responsibility of the Contractor.

(2)    Contractor shall offer contracts to all Medicaid eligible IHCPs in the area they serve and provide access to specialty and primary care within their networks to CCO-enrolled Indian Health Services beneficiaries seen and referred by IHCPs, regardless of the IHCPs status as contracted provider within the Contractor's network.

The Contractor must adopt the CMS "Model Medicaid and Children's Health Insurance Program (CHIP) Managed Care Addendum for Indian Health Care Providers (IHCPs)" (Model IHCP Addendum in CCO Forms webpage) or an addendum agreed upon in writing by the Contractor and every tribe and Indian Health Care Provider (IHCP) in the Contractor's region. IHCPs may agree to include additional provisions in the Model IHCP Addendum.

Contractors and IHCPs interested in entering into a contract will reach an agreement on the terms of the contract within six months of expression of interest or initial discussion between the CCO and IHCP, unless an extension is agreed upon by both parties.

(a) If the Contractor and IHCP do not reach an agreement on the terms of the contract within six months, the IHCP may request the assistance of a state representative to assist with negotiation of the contract.
(b) The state will use an informal process to facilitate an in-person meeting with the Contractor and IHCP to assist with the resolution of issues.
(c) If an informal process does not lead to an agreement, the Contractor and IHCP will use the existing dispute resolution process (OAR 410-141-3269).  The informal process shall be used as guidance and will not be binding.
(d) Upon agreement of terms as addresses in (1)(b), Contractor and IHCP must finalize and approve the contract within 90 days of reaching an agreement.

(3)    The following requirements of this Contract may not be subcontracted:

(a)    Oversight and monitoring of Quality Improvement activities; and

Contract # (XXXXXX)                    Exhibit B – Part 4                    Page 82 of 227

Ex. 3 - Wilson Decl.
Page 82 of 276

OHA_LIT_01152465

**(b)**     Adjudication of final Appeals in a Member Grievance and Appeal process.

**(4)**     Contractor shall negotiate a rate of reimbursement with Fully Qualified Health Centers (FQHCs) and Rural Health Centers (RHCs) that is not less than the level and amount of payment which the Contractor would make for the same service(s) furnished by a Provider which is not a FQHC or RHC, consistent with the requirements of 42 USC §1396b (m)(2)(A)(ix) and BBA 4712(b)(2);

**(5)**     Contractor shall ensure that Subcontractors and Providers do not bill Members for services that are not covered under this Contract unless there is a full written disclosure or waiver (also referred to as agreement to pay) on file signed by the Member, in advance of the service being provided, in accordance with OAR 410-141-0420.

**(6)**     Contractor is prohibited from paying for an item or service (other than an emergency item or service, not including items or services furnished in an emergency room of a hospital) for home health care services provided by an agency or organization, unless the agency provides the state with a surety bond as specified in Section 1861(o)(7) of the Social Security Act.

**(7)**     Contractor shall provide every Provider or Subcontractor, at the time it enters into a contract or subcontract its OHA approved written procedures for its Grievance System and ensure compliance.

**(8)**     Contractor shall monitor the Subcontractor's performance on an ongoing basis and perform at least once a year a formal review of compliance with delegated responsibilities and Subcontractor performance, deficiencies or areas for improvement, in accordance with 42 CFR 438.230(b)(1). As specific in the aforementioned CFRs, the Contractor shall oversee and be held accountable for any functions or responsibilities it delegates to a subcontractor.  Upon identification of deficiencies or areas for improvement, Contractor shall cause Subcontractor to take Corrective Action and shall notify the Contract Administrator of the Corrective Action.

**(9)**     Contractor's written agreement with the Subcontractor shall:

**(a)**     Provide for the termination of the Subcontract or imposition of other Sanctions by Contractor if the Subcontractor's performance is inadequate to meet the requirements of this Contract; and

**(b)**     Require Subcontractor to comply with the requirements of 42 CFR 438.6 that are applicable to the Work required under the subcontract; and

**(c)**     Require Subcontractor to comply with all the requirements of Exhibit B, Part 8, Section 11 and Section 12; and

**(d)**     Require Subcontractor to submit Valid Claims for services including all the fields and information needed to allow the claim to be processed without further information from the Provider, and within time frames that assure all corrections have been made within four months of the Date of Service. Contractor and its Subcontractors may, by mutual agreement, establish an alternative payment schedule not to exceed the minimum requirements.

Ex. 3 - Wilson Decl.
Page 83 of 276

OHA_LIT_01152466

**(10)**   Contractor shall provide Members written notice of termination of any Subcontractor, within 15 days after receipt or issuance of the termination notice, to each Member who received his or her primary care from, or was seen on a regular basis by, the terminated Subcontractor.

**(11)**   Contractor shall meet, and require its Participating Providers to meet, OHP standards for timely access to care and services, taking into account the urgency of the need for services as specified in OAR 410-141-3220. This requirement includes the Participating Providers offering hours of operation that are not less than the hours of operation offered to Contractor's commercial Members (as applicable).

**(12)   Minority-Owned, Woman-Owned and Emerging Small Business ("MWESB") Participation.**

   **(a)**   As noted in Oregon Executive Order 12-03: "Minority-owned and Woman-owned businesses continue to be a dynamic and fast-growing sector of the Oregon economy. Oregon is committed to creating an environment that supports the ingenuity and industriousness of Oregon's Minority Business Enterprise [MBE] and Woman Business Enterprise [WBE]. Emerging Small Business [ESB] firms are also an important sector of the state's economy."

   **(b)**   Contractor shall take reasonable steps, such as through a quote, bid, proposal, or similar process, to ensure that MWESB certified firms are provided an equal opportunity to compete for and participate in the performance of any subcontracts under this Contract. If there may be opportunities for subcontractors to work on the Contract, it is the expectation of OHA that the Contractor will take reasonable steps to ensure that MWESB certified firms, as referenced on: http://www.oregon4biz.com/how-we-can-help/COBID/, are provided an equal opportunity to compete for and participate in the performance of any subcontracts under this Contract.

## 11.   Adjustments in Service Area or Enrollment

**a.**   If Contractor experiences a Material Change, or is engaged in the termination or loss of a Provider or group or affected by other factors which have significant impact on access in that Service Area and which may result in transferring a substantial number of Members to other Providers employed or subcontracted with Contractor, Contractor shall provide OHA with a written plan for transferring the Members and an updated Provider Report, Exhibit G, at least 90 days prior to the date of such action. Contractor shall remain responsible for maintaining sufficient capacity and solvency, and providing all Covered Services through the end of the 90 day period. OHA will not approve a transfer of Members if the Provider's contract with the transferring Contractor is terminated for reasons related to quality of care, competency, Fraud or other reasons described in OAR 410-141-3080. If Contractor must terminate a Provider or group due to circumstances that could compromise Member care, less than the required notice to OHA may be provided with the approval of OHA.

   **(1)**   If a Provider or group terminates its subcontract or employment with Contractor or if Contractor is affected by circumstances beyond Contractor's control and the Contractor

Ex. 3 - Wilson Decl.
Page 84 of 276

OHA_LIT_01152467

cannot reasonably provide the required 90 day notice, less than the required notice to OHA may be provided with the approval of OHA.

(2)     If Contractor cannot demonstrate sufficient Provider capacity, OHA may seek other avenues to provide services to Members. If OHA determines that some or all of the affected Members must be disenrolled from Contractor, the applicable provisions of this Section shall apply.

b.     If Contractor experiences a Material Change, or is engaged in the termination or loss of a Provider or group or affected by other factors which has significant impact on access in that Service Area and which may result in reducing or terminating Contractor's Service Area or disenrolling a substantial number of Members from Contractor, Contractor shall provide OHA with a written notice and a plan for implementation (which may include an intent to transfer its Members in the Service Area to a Contractor designated by OHA) at least 90 days prior to the date of such action. Contractor shall remain responsible for providing all Covered Services through the end of the 90 day period, without limitation, for all Members for which the Contractor received a CCO Payment.

(1)     If Contractor must terminate a Provider or group due to circumstances that could compromise Member care, less than the required notice to OHA may be provided with the approval of OHA.

(2)     If a Provider or group terminates its Subcontract or employment with Contractor or Contractor is affected by other circumstances beyond Contractor's control and the Contractor cannot reasonably provide the required 90 day notice, less than the required notice to OHA may be provided with the approval of OHA.

(3)     If Contractor provides OHA with the required 90 day notice but provides no Letter of Intent to transfer its Members to a designated Contractor within 30 days of the 90 day notice, Members in the affected Service Area will be disenrolled from Contractor and will be assigned to existing Contractors providing services in the affected Service Area(s) who can demonstrate Provider capacity.

(4)     If Contractor provides OHA with the required 90 day notice and also provides a Letter of Intent to transfer its Members to a designated Contractor, and OHA determines that the designated Contractor(s) will have sufficient Provider capacity as of the date of the proposed transfer, OHA may approve the Disenrollment and transfer of Members and develop such Contract amendment(s) as may be necessary to effect the transfer.

(5)     OHA may seek other avenues to provide services to the Members in the affected area(s).

c.     If Members are required to disenroll from Contractor pursuant to this Section 11, Contractor remains responsible for all Covered Services, without limitation, for each Member until the effective date of Disenrollment. Unless specified otherwise by OHA, Disenrollments shall be effective the end of the month in which the Disenrollment occurs. Contractor shall cooperate in notifying the affected Members and coordinating care and transferring records during the transition to the designated contractor or to the contractor that has been assigned to the Member or to such other PCP as may be designated. If OHA must notify affected Members of the change, Contractor shall provide OHA with the name, prime number, and at least one address label for each of the affected Members not less than 45 days prior to the effective Disenrollment date.

Ex. 3 - Wilson Decl.
Page 85 of 276

OHA_LIT_01152468

**d.**     Contractor shall complete submission and corrections to encounter data for services received by Members; shall assure payment of Valid Claims by employees and Subcontractors, and for Non-Participating Providers providing Covered Services to Members; and shall comply with the other terms of this Contract applicable to the dates of service before Disenrollment of Members pursuant to this section.

**e.**     If Contractor is assigned or transferred Clients pursuant to Subsections b. or c. of this section, Contractor accepts all assigned or transferred Clients without regard to the Enrollment exemptions in OAR 410-141-3060.

**f.**     If this Contract is amended to reduce the Service Area or the Enrollment limit, or both, OHA may recalculate the CCO Payment rates using the following methodology, as further described in Exhibit C:

> If the calculation based on the reduced Service Area or Enrollment limit would result in a rate decrease, OHA may provide Contractor with an amendment to this Contract to reduce the amount of the CCO Payment rates in Exhibit C, Attachment 1, which (subject to CMS approval) will be effective the date of the reduction of the Service Area or Enrollment limit.

**g.**     If this Contract is amended to expand the Service Area or the Enrollment limit, or both, OHA may recalculate the CCO Payment rates using the following methodology, as further described in Exhibit C:

**(1)**     If the calculation based on the expanded Service Area or Enrollment limit would result in a rate increase, OHA may provide Contractor with an amendment to this Contract to increase the amount of the CCO Payment rates in Exhibit C, Attachment 1, which (subject to CMS approval) will be effective the date of the expansion of the Service Area or Enrollment limit.

**(2)**     If the calculation based on the expanded Service Area or Enrollment limit would result in a rate decrease, OHA will provide Contractor with an amendment to this Contract to adjust Contractor's rates when the next OHP-wide rate adjustment occurs.

Ex. 3 - Wilson Decl.
Page 86 of 276

OHA_LIT_01152469

**Exhibit B –Statement of Work - Part 5 – Health Equity and Elimination Health Disparities**

Contractor shall demonstrate how it will carry out health improvement strategies to eliminate health disparities and improve the health and well-being of all Members.

Contractor shall collect and maintain race, ethnicity, and primary language data, to the greatest extent possible, for all Members including those receiving mental health and Substance Use Disorder services, on an ongoing basis in accordance with standards jointly established by OHA and DHS. Contractor shall track and report on any quality performance improvements and outcome measures by these demographic factors and develops, implements, and evaluates strategies to improve health equity and address health disparities.  OHA data collected about Member race, ethnicity and primary language data fulfills Contractor's responsibility for collecting that specific data.

Contractor shall partner with local public health and culturally, linguistically and demographically diverse community partners to gather and utilize additional qualitative data to address the causes of disparities in health care delivery and in health outcomes.

Ex. 3 - Wilson Decl.
Page 87 of 276

OHA_LIT_01152470

**Exhibit B –Statement of Work - Part 6 – Value-Based Payment**

Contractor shall demonstrate, as specified below, how it will use Value-based payment methodologies alone or in combination with delivery system changes to achieve better care, controlled costs, and better health for Members.

Contractor shall implement a schedule of Value-based payments, with benchmarks and evaluation points identified that demonstrate direct support for transformation of care delivery and the sustainability of care innovations across the care continuum. Contractor shall assign a high priority to implementing alternative payments and incentives for PCPCHs; such payments and incentives shall provide a sufficient level of financial support necessary to offset costs of PCPCH care transformation, sustain adequate staffing and capital resources necessary to maintain the recognized tier level of PCPCH care, and reward PCPCHs that improve or meet benchmarks on quality and care outcome measures.

Contractor's value-based payments shall comply with requirements under law and rule, and with Health System Transformation objectives including:

1. Ensuring that VBPs are structured to improve quality, manage cost growth, and reduce incentives for network providers to focus on volume of services

2. Ensuring that Contractor pays Hospitals other than Rural Type A Hospitals and Rural Type B Hospitals using Medicare-like payment methodologies that pay for bundles of care rather than paying a percentage of charges.

3. Ensuring that Contractor does not pay any Provider for services rendered in a facility if the condition being treated is a health care acquired condition for which Medicare would not pay the facility.

4. In addition to the base CCO Payment rate paid to Contractor, OHA pays a Hospital reimbursement adjustment to the CCO Payment rate to Contractor in accordance with the CCO Payments calculation reflected in the rate schedule in Exhibit C. Contractor shall distribute such Hospital reimbursement adjustment amounts to eligible Hospitals located in Oregon that receive Medicare reimbursement based upon diagnostic related groups (DRGs), in accordance with requirements established by OHA. In the event that OHA removes the Hospital reimbursement adjustment from the CCO Payment rate, Contractor shall no longer be required to distribute such Hospital reimbursement adjustment amount to eligible Hospitals.

5. Ensuring that Contractor or its Subcontractors is responsible for appropriate management of all federal and state tax obligations applicable to compensation or payments paid to Subcontractors under this Contract.

6. Contractor shall engage in collaborative efforts with OHA to develop a Value-based Purchasing Roadmap that will detail goals and targets for CCOs and network providers to increase adoption of Value-based payment methodologies.

Contract # (XXXXXX)                          Exhibit B – Part 6                          Page 88 of 227

137996528.1

Ex. 3 - Wilson Decl.
Page 88 of 276

OHA_LIT_01152471

**Exhibit B –Statement of Work - Part 7 – Health Information Systems**

1.    Contractor shall maintain a health information system that meets the requirements of this Contract, as specified in 42 CFR 438.242 and section 1903(r)(1)(F) of PPACA and that will collect, analyze, integrate and report data that can provide information on areas including but not limited to:

    a.    Names and phone numbers of the Member's Primary Care Physician or clinic;

    b.    Client Process Monitoring System Forms data. Over the next two years, OHA will be closing the CPMS system and replacing it with the Measures and Outcome Tracking System (MOTS).

    c.    Copies of completed Request for LTPC Determination Forms;

    d.    Evidence that the Member has been informed of rights and responsibilities;

    e.    Grievance, Appeal and hearing records;

    f.    Utilization of services;

    g.    Disenrollment for other than loss of Medicaid eligibility;

    h.    Covered Services provided to Members, through encounter data system or other documentation system; and

    i.    Member characteristics, including but not limited to race, ethnicity and preferred language in accordance with OHA and DHS standards.

2.    Contractor shall collect data at a minimum on:

    a.    Member characteristics and Provider characteristics as required in Exhibit G;

    b.    Member Enrollment; and

    c.    Services provided to Members for pharmacy, and encounter data reporting.

3.    Contractor shall ensure claims data received from Providers, either directly or through a third party submitter, is accurate, truthful and complete in accordance with OAR 410-120-1280 and OAR 410-141-3420 by:

    a.    Verifying accuracy and timeliness of reported data;

    b.    Screening data for completeness, logic and consistency;

    c.    Submitting the certification contained in Exhibit B, Part 8, Section 7;

    d.    Collecting service information in standardized formats in accordance with OHA Electronic Data Transmission (EDT) procedures in OAR Chapter 943 Division 120; and

Ex. 3 - Wilson Decl.
Page 89 of 276

OHA_LIT_01152472

e.      Confirming Member's responsibility for its portion of payment as stated in 42 CFR 438.10

f.      Contractor shall provide to OHA, upon request, verification that Members were contacted to confirm that billed services were provided in accordance with 42 CFR 455.20 and 433.116 (e) and (f) by:

(1)     Providing a notice, within 45 days of the payment of a claim, to all or a sample group of the Members who received services;

(2)     The notice must, based on information from the Contractor's claims payment system, specify:

(i)     The services furnished;

(ii)    The name of the Provider furnishing the services;

(iii)   The date on which the services were furnished; and

(iv)    The amount of the payment made by the Member, if any, for the services; and

(3)     The sample shall not include specially protected information such as genetic, mental health, alcohol and drug or HIV/AIDS.

g.      Contractor shall make all collected and reported data available upon request to OHA and CMS (as specified in 42 CFR 438.242).

## 4.      Electronic Health Information

Contractor shall demonstrate how it will achieve minimum standards in foundational areas of health information technology (HIT) such as electronic health records and health information exchange, and shall develop its own goals for transformational elements of HIT such as analytics, quality reporting, and patient engagement.

### a.      Electronic Health Records Systems (EHRs)

Contractor shall facilitate Providers' adoption and meaningful use of EHRs. In order to facilitate EHR adoption and meaningful use, Contractor shall:

(1)     Identify Provider Network EHR adoption rates; rates may be identified by Provider type or geographic region;

(2)     Develop and implement strategies to increase adoption rates of certified EHR; and

(3)     Encourage EHR adoption.

Ex. 3 - Wilson Decl.
Page 90 of 276

OHA_LIT_01152473

b.      **Health Information Exchange (HIE)**

Contractor shall facilitate electronic health information exchange in a way that supports exchange of patient health information among Participating Providers to transform from a volume-based to a value-based delivery system. In order to do so, Contractor shall initially identify current capacity and shall develop and implement a plan for improvement (including benchmarks and evaluation points) in the following areas:

(1)     Analytics used in reporting outcomes measures to the Provider Network to assess indicators such as Provider performance, effectiveness and cost-efficiency of treatment;

(2)     Quality Reporting to support Quality Improvement within Contractor's Provider panel and to report the data on quality of care necessary for OHA to monitor Contractor's performance;

(3)     Patient engagement through HIT, such as using e-mail; and

(4)     Other HIT.

Ex. 3 - Wilson Decl.
Page 91 of 276

OHA_LIT_01152474

### Exhibit B –Statement of Work - Part 8 – Operations

**1.    Accountability and Transparency of Operations**

**a.**    Contractor shall use best practices in the management of finances, contracts, claims processing, payment functions and Provider Networks consistent with ORS 414.625.

**b.**    Contractor shall provide, and require its Subcontractors to provide, timely access to records and facilities and cooperate with OHA in collection of information through consumer surveys, on-site reviews, medical chart reviews, financial reporting and financial record reviews, interviews with staff, and other information for the purposes of monitoring compliance with this Contract, including but not limited to verification of services actually provided, and for developing and monitoring performance and outcomes.

**c.**    Contractor shall assist OHA with development and distribution of survey instruments and participate in other evaluation procedures determined appropriate for evaluating CCO progress on payment reform and delivery system change including the achievement of benchmarks, progress toward eliminating health disparities, results of evaluations, customer satisfaction, use of patient centered primary care homes, the involvement of local governments in governance and service delivery, or other developments as determined necessary by OHA, CMS or external review organizations.

**d.**    Contractor shall, based on written policies and procedures, develop and maintain a record keeping system that:

    **(1)**    Includes sufficient detail and clarity to permit internal and external review to validate encounter submissions and to assure Medically Appropriate services are provided consistent with the documented needs of the Member;  and

    **(2)**    Conforms to accepted professional practice; and

    **(3)**    Allows the Contractor to ensure that data received from Providers is accurate and complete by:

        **(a)**    Verifying the accuracy and timeliness of reported data;

        **(b)**    Screening the data for completeness, logic, and consistency; and

        **(c)**    Collecting service information in standardized formats to the extent feasible and appropriate.

**e.**    Contractor shall ensure that the record keeping systems of its Participating Providers conform to the standards of Paragraph d.

**f.**    Contractor shall review all internal policies and procedures on a biennial basis.  Contractor shall submit timely, accurate and complete reports to OHA as Contractor may be notified in writing by OHA. OHA will from time to time post on its web site information about required reports, include the type of report, location in Contract, due date, and to whom submitted.

Ex. 3 - Wilson Decl.
Page 92 of 276

OHA_LIT_01152475

**g.**     Contractor's failure to submit data, provide access to records or facilities, participate in consumer surveys or other accountability requirements in accordance with this Contract is noncompliance with the terms of this Contract and is grounds for sanction as specified in Exhibit D, Section 32 through 36.

**h.**     Contractor shall ensure record keeping policies and procedures are in accordance with CFR 438.3(u). Contractor shall keep documents specified in CFR 438.604, 438.606, 438.608 and 438.610 for no less than 10 years.

**i.**      Contractor shall inform OHA if it has been accredited by a private independent accrediting entity. If the Contractor has been so accredited, Contractor shall authorize the private independent accrediting entity to provide OHA a copy of its most recent accreditation review, including:

(1) Accreditation status, survey type, and level (as applicable);

(2) Accreditation results, including recommended actions or improvements, corrective action plans, and summaries of findings; and

(3) Expiration date of the accreditation.

**2.        Privacy, Security and Retention of Records**

**a.**     Maintenance and Security: Contractor shall have written policies and procedures that ensure maintenance of a record keeping system that includes maintaining the security of records as required by the Health Insurance Portability and Accountability Act (HIPAA), 42 USC § 1320-d et seq., and the federal regulations implementing HIPAA, and complete Clinical Records that document the Covered Services received by the Members. Contractor shall communicate these policies and procedures to its Subcontractors, regularly monitor its Subcontractors' compliance with these policies and procedures and take any Corrective Action necessary to ensure Subcontractor compliance. Contractor shall document all monitoring and Corrective Action activities. Such policies and procedures must ensure that records are secured, safeguarded and stored in accordance with applicable law including ORS 192.561, 413.171, and 414.679; OAR 410-120-1360; OAR 943-014-0300 through 943-014-0320; and OAR 943-120-0000 through 943-120-0200.

**b.**     Members must have access to the Member's personal health information in the manner provided in 45 C.F.R. 164.524 and ORS 179.505(9) so the Member can share the information with others involved in the Member's care and make better health care and lifestyle choices. Contractor and Participating Providers may charge the Member for reasonable duplication costs when the Member seeks copies of his or her records.

**c.**     Notwithstanding ORS 179.505, Contractor, its Provider Network and programs administered by OHA and DHS may use and disclose Member information for purposes of service and care delivery, coordination, service planning, transitional services and reimbursement, in order to improve the safety and quality of care, lower the cost of care and improve the health and well-being of the Members.

Ex. 3 - Wilson Decl.
Page 93 of 276

OHA_LIT_01152476

**d.**     Contractor and its Provider Network may use and disclose sensitive diagnosis information including HIV and other health and mental health diagnoses, within the Contractor for the purpose of providing whole-person care. Individually identifiable health information must be treated as confidential and privileged information subject to ORS 192.553 to 192.581 and applicable federal privacy requirements. Redisclosure of individually identifiable information outside of the Contractor and the Provider Network for purposes unrelated to this section or the requirements of ORS 414.625, 414.632, 414.635, 414.638, 414.653 or 414.655 remains subject to any applicable federal or state privacy requirements.

**e.**     Contractor and its Provider Network may disclose information about Members to the OHA and DHS for the purpose of administering the laws of Oregon.

**f.**     Access to Records: Contractor shall cooperate with, OHA, the Department of Justice Medicaid Fraud Control Unit, and CMS, or other authorized state or federal reviewers, for the purposes of audits, inspection and examination of Members' Clinical Records, whether those records are maintained electronically or in physical files.  Documentation must be sufficiently complete and accurate to permit evaluation and confirmation that Covered Services were authorized and provided, referrals made, and outcomes of coordinated care and referrals sufficient to meet professional standards applicable to the Health Care Professional and to meet the requirements for health oversight and outcome reporting in these rules.

**g.**     Retention of Records:  Contractor shall retain, and shall cause its Participating Providers to retain, Clinical Records for ten years after the Date of Services for which claims are made. If an audit, litigation, research and evaluation, or other action involving the records is started before the end of the ten-year period, Contractor shall retain, and shall cause its Participating Providers to retain, the Clinical Records until all issues arising out of the action are resolved.

**h.**     Public Records Law:
Contractor understands that information prepared, owned, used or retained by OHA is subject to the Public Records Law, ORS 192.410 et seq.

**3.     Payment Procedures**

**a.**     Contractor shall pay for all Covered Services to Members and may require, except in the event of Emergency Services that Members obtain such Covered Services from Contractor or Providers affiliated with Contractor in accordance with OAR 410-141-3420 Billing and Payment.

**b.**     Contractor shall ensure that neither OHA nor the Member receiving services are held liable for any costs or charges related to Contractor-authorized Covered Services rendered to a Member whether in an emergency or otherwise, including Holistic Care.

**c.**     Except as specifically permitted by this Contract including TPR recovery, Contractor and its Subcontractors may not be compensated for Work performed under this Contract from any other department of the State, nor from any other source including the federal government.

**d.**     Contractor shall comply with Section 6507 of PPACA regarding the use of National Correct Coding Initiative (NCCI).

**e.**     Certain federal laws governing reimbursement of FQHCs, Rural Health Centers and Indian Health Care Providers may require OHA to provide supplemental payments to those entities,

Ex. 3 - Wilson Decl.
Page 94 of 276

OHA_LIT_01152477

even though those entities have subcontracted with Contractor to provide Covered Services and including Indian Health Care Providers that do not have a subcontract with the Contractor. These supplemental payments are outside the scope of this Contract and do not violate the prohibition on dual payment contained herein. Contractor shall maintain encounter data records and such additional Subcontract information documenting Contractor's reimbursement to FQHCs, Rural Health Centers and Indian Health Care Providers, and to provide such information to OHA upon request.  Contractor shall provide information documenting Contractor's reimbursement to non-participating Indian Health Care Providers to OHA upon request.

f.      Contractor shall prohibit Subcontractors and Providers from billing Members, for Covered Services in any amount greater than would be owed if Contractor provided the services directly, consistent with 42 CFR 438.106 and 42 CFR 438.230.

## 4.    Claims Payment

a.      Claims that are subject to payment under this Contract by Contractor from Non-Participating Providers who are enrolled with OHA will be billed to Contractor consistent with the requirements of OAR 410-120-1280, 410-120-1295 and 410-120-1300. Contractor shall pay Non-Participating Providers for Covered Services, consistent with the provisions of ORS 414.743, OAR 410-120-1340 and OAR 410-141-3420.

b.      Contractor may require Participating Providers to submit all billings for Members to Contractor within four months of the Date of Service, except under the following circumstances:

(1)     Billing is delayed due to eligibility issues;

(2)     Pregnancy of the Member;

(3)     Medicare is the primary payer;

(4)     Cases involving third party resources;

(5)     Covered Services provided by Non-Participating Providers that are enrolled with OHA; or

(6)     Other circumstances in which there are reasonable grounds for delay (which does not include a Subcontractor's failure to verify Member eligibility).

c.      Contractor shall have written procedures for processing claims submitted for payment from any source. The procedures shall specify time frames for and include:

(1)     Date stamping claims when received;

(2)     Determining within a specific number of days from receipt whether a claim is valid or non-valid;

(3)     The specific number of days allowed for follow up of pended claims to obtain additional information;

Ex. 3 - Wilson Decl.
Page 95 of 276

OHA_LIT_01152478

(4)     The specific number of days following receipt of additional information that a determination must be made;

(5)     Sending notice of the decision with Appeal rights to the Member when the determination is made to deny the claim;

(6)     Making Appeal rights available upon request to a Member's authorized Member Representative who may be either a Participating Provider or a Non-participating Provider when the determination is made to deny a claim for payment; and

(7)     The date of payment, which is the date of the check or date of other form of payment.

d.     Contractor shall pay or deny at least 90% of Valid Claims within 30 days of receipt and at least 99% of Valid Claims within 90 days of receipt. Contractors shall make an initial determination on 99% of all Valid Claims submitted within 60 days of receipt.  The Date of Receipt of a Claim is the date the Contractor receives the claim, as indicated by its date stamp on the claim. Contractor and its Subcontractors may, by mutual agreement, establish an alternative payment schedule not to exceed the minimum requirements.

e.     Claims that are subject to payment under this Contract by Contractor from Non-Participating Providers who are enrolled with OHA will be billed to Contractor consistent with the requirements of OAR 410-120-1280 and 410-120-1300. If a Provider is not enrolled with OHA on the Date of Service, but the Provider becomes enrolled pursuant to OAR 410-120-1260(6) "Provider Enrollment", the claim shall be processed by Contractor as a claim from a Non-Participating Provider. Payment to Non-Participating Providers shall be consistent with the provisions of OAR 410-120-1340.

f.     Contractor shall pay Indian Health Care Providers for Covered Services provided to those AI/AN enrolled with the Contractor who are eligible to receive services from such Providers, as follows:

(1)     Participating Indian Health Care Providers are paid at a rate equal to the rate negotiated between the Contractor and the Participating Provider involved, which for a FQHC may not be less than the level and amount of payment which the Contractor would make for the services if the services were furnished by a Participating Provider which is not a FQHC.

(2)     Non-Participating Indian Health Care Providers that are not a FQHC must be paid at a rate that is not less than the level and amount of payment which the Contractor would make for the services if the services were furnished by a Participating Provider which is not an Indian Health Care Provider.

(3)     Non-Participating Indian Health Care Providers that are a FQHC must be paid at a rate equal to the amount of payment that the Contractor would pay a FQHC that is a Participating Provider with respect to the Contractor but is not an Indian Health Care Provider for such services.

g.     Contractor shall make prompt payment to Indian Health Care Providers including Indian Tribe, Tribal Organization or Urban Indian Organization, in accordance with FFS timely payment, including paying of 90% of all Valid Claims from providers, within 30 days of the date of

Ex. 3 - Wilson Decl.
Page 96 of 276

OHA_LIT_01152479

receipt; and paying 99 percent of all valid claims from providers within 90 days of the date of receipt per 42 CFR 447.45 and 42 CFR 447.46.

h.  In accordance with Section 5006 of the American Reinvestment and Recovery Act of 2009 (ARRA), Contractor shall not impose fees, premiums or similar charges on Indians served by an Indian health care provider, Indian Health Services (HIS); an Indian Tribe, Tribal Organization, or Urban Indian Organization (I/T/U) or through referral under contract health services (CHS).

i.  Contractor shall pay for Emergency Services that are received from Non-Participating Providers as specified in OAR 410-141-3140.

Contractor shall not make payment for any Provider-Preventable Conditions; OHA will provide guidance summarizing the non-payment of Provider-Preventable Conditions.  Contractor shall:

(1)  Require all Providers to comply with the reporting requirements as a condition of payment from Contractor;

(2)  Require all Providers to identify Provider-Preventable Conditions that are associated with claims for CCO Payment or with courses of treatment furnished to Members for which CCO Payment would otherwise be available; and

(3)  Report all identified Provider-Preventable Conditions in a form or frequency as may be specified by OHA; and

(4)  Not make payment to Providers for Provider-Preventable Conditions that are Health Care-Acquired Conditions or that meet the following criteria as specified in 42 CFR 447.26(b):

(i)  Is identified in the State plan.

(ii)  Has been found by the State, based upon a review of medical literature by qualified professionals, to be reasonably preventable through the application of procedures supported by evidence-based guidelines.

(iii)  Has a negative consequence for the Member.

(iv)  Is auditable.

(v)  Includes, at a minimum, wrong surgical or other invasive procedure performed on a Member; surgical or other invasive procedure performed on the wrong body part; surgical or other invasive procedure performed on the wrong Member.

5.  **Medicare Payers and Providers**

a.  For those Contractors affiliated with or contracted with an entity that provides services as a Medicare Advantage plan serving Fully Dual Eligibles, Contractor shall demonstrate on a yearly basis that its Provider Network is adequate to provide both the Medicare and the Medicaid Covered Services to its Fully Dual Eligible population.  Contractor shall identify its Providers' Medicaid participation.

Ex. 3 - Wilson Decl.
Page 97 of 276

OHA_LIT_01152480

b.  Contractor shall coordinate care and benefits that are Covered Services with Medicare payers and Providers as Medically Appropriate for the purpose of achieving appropriate health outcomes for Members who are eligible for both Medicaid and Medicare.

c.  Contractor is responsible for Medicare deductibles, coinsurance and Co-Payments up to Medicare's or Contractor's allowable for Covered Services its Medicare eligible Members receive from a Medicare Provider (who is either a Participating Provider, or a Non-Participating Provider) if authorized by Contractor or Contractor's representatives, or for Emergency Services or Urgent Care Services.

d.  Contractor is not responsible for Medicare deductibles, coinsurance and co-payments for skilled nursing facility benefit days 21-100.

e.  Contractors that are affiliated with or contracted with an entity that provides services as a Medicare Advantage plan serving Fully Dual Eligible Members for Medicare and Medicaid may not impose cost-sharing requirements on Fully Dual Eligible Members and QMB that would exceed the amounts permitted by OHP if the Member is not enrolled in the Contractor's Medicare Advantage plan.

f.  Contractor shall report to the OHA Contract Administration Unit its affiliation or contract with Medicare Advantage Plan entities in Contractor's Service Area(s) using the Affiliated Medicare Advantage Plan Report which is available on the Contract Reports Web Site. Contractor shall update its Affiliated Medicare Advantage Report at any time there has been a Material Change in Contractor's operations that would affect adequate capacity and services, and annually no later than November 15, before the new Medicare plan year begins, and upon OHA request.

**6.  Eligibility Verification for Fully Dual Eligible Members**

If Contractor is affiliated with or contracted with a Medicare Advantage plan for Fully Dual Eligibles for Medicare and Medicaid, Contractor shall verify current Member eligibility using the AVR system or the MMIS Web Portal.

a.  Pursuant to OAR 410-141-3120, Contractor shall coordinate with Medicare payers and Providers as Medically Appropriate to coordinate the care and benefits of Members who are eligible for both Medicaid and Medicare.

b.  Pursuant to OAR 410-141-0420, Contractor is responsible for Medicare deductibles, coinsurance and Co-Payments up to Medicare's or Contractor's allowable for Covered Services its Medicare eligible Members receive from a Medicare Provider, who is either a Participating Provider, or a Non-Participating Provider, if authorized by Contractor or Contractor's representatives, or for Emergency Services or Urgent Care Services.

**7.  Encounter Claims Data**

a.  Contractor shall submit all Encounter Claims Data to OHA electronically using HIPAA Transactions and Codes Sets or the National Council for Prescription Drug Programs (NCPDP) Standards and ASC X12N 835 format as appropriate in accordance with OHA rules.

b.  Contractor shall become a trading partner and conduct data transactions in accordance with OHA Electronic Data Transmission Rules; OAR 943-120-0100 through 943-120-0200.

Ex. 3 - Wilson Decl.
Page 98 of 276

OHA_LIT_01152481

    **c.**    Contractor shall demonstrate to OHA through proof of enrollment information, Encounter Data Certification and Validation that Contractor is able to attest to the accuracy, completeness and truthfulness of information required by OHA, in accordance with 42 CFR 438.604 and 438.606. Contractor shall submit the following reports to OHA as described in each report.

        Encounter Data Certification and Validation Report, and
        Encounter Claim Count Verification Acknowledgement and Action Report.
        Pharmacy Expense Proprietary Exemption Request Report
        Pharmacy Expense Report

    The reports are available on the Contract Reports Web Site.

    Contractor shall maintain sufficient encounter data to identify the actual provider who delivers services to the Member per SSA section 1903(m)(2)(A)(xi).

    **d.**    Contractor shall obtain a Coordination of Benefits Agreement (COBA) number and coordinate with COBA to receive direct crossover claims for dually eligible members with traditional Medicare per 42 CFR 438.3(t).

    **e.**    **Encounter Data Submission and Processing**

        **(1)**    Contractor shall submit valid Encounter Data at least once per calendar month, on forms or formats specified by OHA and in accordance with OAR 410-141-3430 and OAR 943-120-0100 through 943-120-0200. The Encounter Data submitted must represent 50 percent of all Encounter claim types received and adjudicated by Contractor during that calendar month, including the paid amounts regardless of whether the Provider is paid on a fee-for-service or capitated basis, or whether the Provider is in network (participating) or out of network (non-participating).

        **(2)**    Contractor shall correct errors in Encounter Data if the Encounter Data cannot be processed because of missing or erroneous information. Corrective Action may be initiated if more than 10% of any Encounter Data submission cannot be processed because of missing or erroneous information.

        **(3)**    To prevent Corrective Action, Contractor may submit documentation to OHA citing specific circumstances that delay Contractor's timely submittal of Valid Encounter Data. OHA will review the documentation and make a determination within 30 days on whether the circumstances cited are Acceptable. These "Acceptable" circumstances may include, but are not limited to:

            **(a)**    Member's failure to give the Provider necessary claim information,

            **(b)**    Third-Party Resource liability coordination,

            **(c)**    Delays associated with resolving local or out-of-area Provider claims,

            **(d)**    Member pregnancy,

Ex. 3 - Wilson Decl.
Page 99 of 276

OHA_LIT_01152482

(e)    Third-Party submitter coordination,

(f)    Hardware or software modifications to Contractor's system, and

(g)    OHA recognized system issues preventing timely submission of Encounter Data.

Documented delays due to OHA recognized system issues preventing timely submission or correction of encounter data, including systems issues preventing timely submission to the All Payer All Claims database, will not count as Contractor delay and do not fall within the 5% calculation.

8.    **Encounter Claims Data (Non-Pharmacy)**

a.    Contractor shall submit all valid unduplicated Non-Pharmacy Encounter Data to OHA within 45 days of the Claims Adjudication date.  The Claims Adjudication date is the date of Contractor's payment or denial. Corrective action may be initiated if the Encounter Data submitted are over 45 days after the Claims Adjudication date or if the submissions of duplicate claims exceed 10% per month.

b.    Contractor shall correct errors in Encounter Data if the Encounter Data cannot be processed because of missing or erroneous information. Corrective Action may be initiated if more than 10% of any Encounter Data submission cannot be processed because of missing or erroneous information.

c.    OHA will notify Contractor of the status of all Encounter Data processed. Notification of all Encounter Data that must be corrected will be provided to Contractor each week.  Encounter Data on this notification is referred to as "Encounter Data Requiring Correction." OHA will not necessarily notify Contractor of report errors.

d.    Contractor shall submit corrections to all Encounter Data Requiring Correction within 63 days of the date OHA sends Contractor notice.  Encounter Data Requiring Correction that are not corrected to be Valid Encounter Data within 63 days of OHA notification are subject to Corrective Action.

Documented delays due to OHA recognized system issues preventing timely submission or correction of encounter data, including systems issues preventing timely submission to the All Payer All Claims database, will not count as Contractor delay and will not result in corrective action.

9.    **Encounter Pharmacy Data**

a.    The Encounter Pharmacy Data submitted must represent 50 percent of all pharmacy claim types received and adjudicated by Contractor during that calendar month, including the paid amounts regardless of whether the Provider is paid on a fee-for-service or capitated basis, or whether the Provider is in network (participating) or out of network (non-participating).

b.    Contractor shall submit all valid, accepted liability, unduplicated Encounter Pharmacy Data to OHA within 45 days of the dispense date.  Corrective action may be initiated if of the Encounter

Ex. 3 - Wilson Decl.
Page 100 of 276

OHA_LIT_01152483

Pharmacy Data submitted are over 45 days after the dispense date or if the submission of duplicate claims exceed 10% per month.

c.    Contractor shall correct errors in Encounter Pharmacy Data if the Encounter Pharmacy Data cannot be processed because of missing or erroneous information. Corrective Action may be initiated if any pharmacy data submission cannot be processed because of missing or erroneous information.

d.    OHA will notify Contractor of the status of all Encounter Pharmacy Data processed. Notification of all Encounter Pharmacy Data that must be corrected will be provided to Contractor each week. Encounter Pharmacy Data on this notification is referred to as "Pharmacy Data Requiring Correction." OHA will not necessarily notify Contractor of report errors.

Documented delays due to OHA recognized system issues preventing timely submission or correction of encounter data, including systems issues preventing timely submission to the All Payer All Claims database, will not count as Contractor delay and will not result in corrective action.

## 10.    Administrative Performance Program

a.    The Administrative Performance (AP) Standard utilizes the AP Withhold (APW) methodology described in this section. The APW methodology requires the submission of Valid Encounter Data, including pharmacy claims data that is submitted to OHA and certified in accordance with OAR 410-141-3430 and that is also submitted to the All Payer All Claims database by OHA or by Contractor. OHA may provide further instructions about the APW process. The APW process will not alter OHA's authority to administer the encounter data requirements of OAR 410-141-3430 or any other provisions under the Contract.

b.    For purposes of the APW methodology and calculations, the following definitions apply:

(1)    **"AP Standard"** means the standard for accurate and timely submission of all Valid Claims for a Subject Month within 45 days of the date of adjudication and the correction of Encounter Data requiring correction with 63 days of the date of notification, applying the standard in OAR 410-141-3430 in effect for the Subject Month.

(2)    **"Administrative Performance Withhold"** (or AP Withhold or APW) means the dollar amount equal to one percent (1%) of the Contractor's adjusted Capitation Payment paid for the Subject Month (including monthly and weekly payments combined for the Subject Month) as described in Exhibit C, Section 11 that will be withheld during the Withhold Month.

(3)    **"Final Submission Month"** means six months after the last day of the Subject Month.

(4)    **"Subject Month"** means the month in which the Date of Service occurred that is under review for timely and accurate encounter data submission using the AP Standard.

(5)    **"Withhold Month"** means the month in which an APW will be applied to a Capitation Payment.

Ex. 3 - Wilson Decl.
Page 101 of 276

OHA_LIT_01152484

c.    Contractor shall submit Valid Encounter Data, including Encounter Pharmacy Data, in accordance with the AP Standard not later than the last day of the Final Submission Month. For purposes of this section, the AP Standard allows for a delay factor that allows for Contractor delay of no more than 5% of non-pharmacy encounter claims for the Subject Month with prior notification to OHA for the following reasons:

(1)    Member's failure to give the Provider necessary claim information;

(2)    Resolving local or out-of-area Provider claims;

(3)    Third Party Resource liability or Medicare coordination;

(4)    Member's pregnancy;

(5)    Hardware or software modifications to Contractor's health information system;

(6)    Unanticipated or justified delay that prevented Contractor timely and accurate submission, with an effective plan for resolution, reported by Contractor to OHA and agreed to in writing by OHA prior to the end of the Final Submission Month.

Documented delays due to OHA recognized system issues preventing timely submission or correction of encounter data, including systems issues preventing timely submission to the All Payer All Claims database, will not count as Contractor delay and do not fall within the 5% calculation.

d.    For purposes of the APW methodology, all Valid Encounter Data, including Encounter Pharmacy Data, for a Subject Month must be submitted and accepted by OHA as meeting the AP Standard not later than the end of the Final Submission Month.

e.    OHA will send Contractor a Subject Month report within 30 days after the end of the Final Submission Month.

(1)    If Contractor's Valid Encounter Data submissions for the Subject Month are complete and meet the AP Standard, OHA will issue a final Subject Month report and no withhold will occur.

(2)    If Contractor's Valid Encounter Data submissions for the Subject Month have not met the AP Standard, OHA will provide a proposed Subject Month report. The proposed report will become final for purposes of the APW calculations 15 days after the date of the report, unless OHA receives from Contractor a written notice of appeal for the applicable Subject Month not later than 15 days after the date of the report. The notice of appeal from the Contractor must include written support for the appeal.

(3)    Any appeal shall be conducted as an administrative review. The administrative review process will be conducted in the manner described in OAR 410-120-1580(4)-(6). Contractor understands and agrees that administrative review is the sole avenue for review of Subject Month reports for purposes of APW. The decision on administrative review shall result in a final Subject Month report if an appeal was timely filed.

Ex. 3 - Wilson Decl.
Page 102 of 276

OHA_LIT_01152485

**(4)**     OHA will rely upon the final report to determine whether the Contractor is subject to an AP Withhold for the Subject Month and the withhold amount.

**f.**     If Contractor is subject to an AP Withhold pursuant to this section, after the conclusion of any appeal or the expiration of time to request an appeal, OHA will notify Contractor of the Withhold Month. In general, the AP Withhold for that Subject Month will be applied to the following calendar month's Capitation Payment.

**g.**     OHA will place AP Withhold amounts not paid to Contractor into an AP pool. The AP pool consists of all AP Withhold amounts that are not distributed to any CCO, for a Subject Month, OHA will distribute the AP pool among CCOs that met the AP Standard for the Subject Month (eligible CCOs), allocated proportionately among eligible CCOs on the basis of Member Month Enrollment during the Subject Month. OHA will make AP pool distributions by separate payment to eligible CCOs after all AP appeals related to the Subject Month have been resolved.

**h.**     Contractor shall demonstrate to OHA through proof of Encounter Data Certification and Validation that Contractor is able to attest to the accuracy, completeness and truthfulness of information required by OHA, in accordance with 42 CFR 438.604 and 438.606. Contractor shall submit the reports listed below to OHA as described in each report. The following report templates are available on the Contract Reports Web Site.

1. Encounter Data Certification and Validation Report,
2. Encounter Claim Count Verification Acknowledgement and Action Report,

**11.     Third Party Liability and Personal Injury Liens**

**a.**     If a Member has other insurance coverage available for payment of Covered Services, such resources are primary to the coverage provided by the Contractor under this Contract and must be exhausted prior to payment for such Covered Services by Contractor. Member cost-sharing incurred as part of such other coverage shall be paid to such insurer by Contractor.

**b.**     Contractor shall take all reasonable actions to pursue recovery of Third Party Liability for Covered Services provided during the Contract period and up to 24 months from CCO paid date of the encounter, covered by the TPL, or the date Contractor receives notification of TPL. "Third Party Liability" means any individual, entity, or program that is, or may be, liable to pay all or part of the medical cost of any medical assistance furnished to a Member. Contractor shall retain those recoveries and report to OHA per (11)(f) of this section.

**c.**     OHA and its subcontractor(s) shall take all reasonable actions to pursue recovery of Third Party Liability for Covered Services not recovered by Contractor, beyond 24 months. Any recoveries by OHA will be reported and utilized in the Rate Development process.

**d.**     Contractor shall develop and implement written policies describing its procedures for Third Party Liability recovery. OHA will review Contractor's policies and procedures for compliance with this Contract and, to the extent OHA determines applicable, for consistency with Third Party Liability recovery requirements in 42 USC 1396a(a)(25), 42 CFR 433 Subpart D, OAR 461-195-0301 to 461-195-0350, OAR 410-141-3080 and ORS 416.510 to 416.610.

**e.**     Contractor shall submit the policy as follows:

Ex. 3 - Wilson Decl.
Page 103 of 276

OHA_LIT_01152486

(1)    To the OHA Contract Administration Unit annually no later than January 31st or attest to no change using Attestation form on CCO forms page;

(2)    To OHA Contract Administration Unit upon any significant changes, prior to formal adoption of the policy. OHA will notify Contractor within 30 days of the compliance status of the policy;

(3)    To the OHA Contract Administration Unit anytime upon OHA request. OHA will notify Contractor within 30 days of the compliance status of the policy; and

(4)    Subject to OHA prior approval, Contractor shall furnish such information to:

(a)    Potential Members before and during Enrollment; and

(b)    Members within 90 days after adopting the policy with respect to any particular service.

f.    Contractor shall maintain records of Contractor's actions and Subcontractors' actions related to Third Party Liability recovery, and make those records available for OHA review.

g.    Contractor shall report all Third Party Liability to OHA Contract Administration Unit on the OHP Coordination of Benefits and Subrogation Recovery Section on the Quarterly Report, Report L.6 of Exhibit L; alternatively, if Contractor reports to DCBS, it shall report Third Party Liability information to DCBS.

h.    Contractor shall maintain records of Third Party Liability recovery actions that do not result in recovery, including Contractor's written policy establishing the threshold for determining that it is not Cost Effective to pursue recovery action.

i.    Contractor will receive from OHA all Third Party Liability and eligibility information available to OHA, in order to assist in the pursuit of financial recovery, as it pertains to Third Party Liability and Personal Injury Liens.

j.    Contractor shall provide documentation about personal injury recovery actions and documentation about personal injury liens to the Personal Injury Liens Unit of OHA's Office of Payment and Recovery's (OPAR), consistent with OAR 461-195-0301 to 461-195-0350.

k.    Contractor may not refuse to provide Covered Services, and shall require that its Participating Provider may not refuse to provide Covered Services, to a Member because of a Third Party potential liability for payment for the Covered Service.

l.    Contractor is the payer of last resort when there is other insurance or Medicare in effect. At OHA's discretion or at the request of the Contractor, OHA may retroactively disenroll a Member to the time the Member acquired Third Party Liability insurance, pursuant to OAR 410-141-3080(2)(b)(D) or 410-141-3080(3)(a)(A), based on OHA's determination that services may be provided Cost Effectively on a fee-for-service basis. When a Member is retroactively disenrolled under this section of this Contract, OHA will recoup all CCO Payments to Contractor for the Member after the effective date of the Disenrollment. Contractor and its Providers may not seek to collect from a Member (or any financially responsible Member Representative) or any Third

Ex. 3 - Wilson Decl.
Page 104 of 276

OHA_LIT_01152487

Party Liability, any amounts paid for any Covered Services provided on or after the date of Disenrollment.

**m.**    Contractor shall comply with 42 USC 1395y(b), which gives Medicare the right to recover its benefits from employers and workers' compensation carriers, liability insurers, automobile or no fault insurers, and employer group health plans before any other entity including Contractor or its Subcontractors.

**n.**    Where Medicare and Contractor have paid for services, and the amount available from the Third Party Liability is not sufficient to satisfy the claims of both programs to reimbursement, the Third Party Liability must reimburse Medicare the full amount of its claim before any other entity, including Contractor or its Subcontractors, may be paid.

**o.**    If the Third Party has reimbursed Contractor or its Participating Providers or Subcontractors, or if a Member, after receiving payment from the Third Party Liability, has reimbursed Contractor or its Subcontractors or Participating Providers, the Contractor or its Subcontractors or Participating Providers must reimburse Medicare up to the full amount the Contractor or Subcontractors or Participating Providers received, if Medicare is unable to recover its payment from the remainder of the Third Party Liability payment.

**p.**    Any such Medicare reimbursements described in this section are the Contractor's responsibility on presentation of appropriate request and supporting documentation from the Medicare carrier. Contractor shall document such Medicare reimbursements in its report to OHA.

**q.**    When engaging in Third Party Liability recovery actions, Contractor shall comply with, and require its Subcontractors or agents to comply with, federal and State confidentiality requirements, described in Exhibit E of this Contract. OHA considers the disclosure of Member claims information in connection with Contractor's TPR recovery actions a purpose that is directly connected with the administration of the Medicaid program.

**12.    Drug Rebate Program**

Contractor shall furnish OHA with information requested by OHA regarding rebates for any covered outpatient drug provided by the Contractor, as follows:

**a.**    Contractor acknowledges that OHA is eligible for the rebates authorized under Section 1927 of the Social Security Act (42 USC 1396r-8), as amended by section 2501 of the Patient Protection and Affordable Care Act (P.L. 111-148), 1903(m)(2)(A)(xiii) and section 1206 of the Health Care and Education Reconciliation Act of 2010 (P.L. 111-152). Covered outpatient drugs dispensed to Members are subject to the same rebate requirements as the OHA is, subject under section 1927, and OHA will collect such rebates from manufacturers, unless the drug is subject to discounts under Section 340B of the Public Health Service Act.

**b.**    Contractor shall report prescription drug data within 45 days of the date of service and as specified in Exhibit B, Part 8, Section 7 of this Contract and in 1903(m)(2)(A)(xiii). Contractor shall report to the OHA, on a timely and periodic basis specified by the Secretary, information on the total number of units of each dosage form and strength and package size by National Drug Code of each covered outpatient drug dispensed to Members and other data as the Secretary determines necessary, including the National Drug Code of each covered outpatient drug dispensed to Members.

Ex. 3 - Wilson Decl.
Page 105 of 276

OHA_LIT_01152488

**c.**     **Encounter Data Submissions Dispute Resolution**

(1)     When OHA, receives an Invoiced Rebate Dispute from a drug manufacturer, OHA will send the Invoiced Rebate Dispute to the Contractor for review and resolution. The Contractor shall assist in the resolution process as follows:

(a)     Notify OHA's Encounter Data Liaison, within 15 days of receipt of an Invoiced Rebate Dispute if Contractor agrees or disagrees;

(b)     If the Contractor agrees with the Invoiced Rebate Dispute that an error has been made, Contractor shall correct and re-submit the Encounter Data to OHA, within 45  days of receipt of the Invoiced Rebate Dispute; or

(c)     If Contractor disagrees with the Invoiced Rebate Dispute that an error has been made, Contractor shall send the details of the disagreement to OHA's Encounter Data Liaison, within 45 days of receipt of the Invoiced Rebate Dispute.

**13.     All Payers All Claims (APAC) Reporting Program**

Contractor shall participate in the APAC reporting system established in ORS 442.464 and 442.466. Data submitted under this Contract may be used by OHA for purposes related to obligations under ORS 442.464 to 442.468 and OAR 409-025-0100 to OAR 409-025-0170. Submission of encounter data in accordance with this Contract will fulfill Contractor's responsibility for APAC submission.  Failure of Contractor to submit under this Contract the encounter data required to fulfill the responsibility for APAC reporting is subject to compliance and enforcement under OAR 409-025-0150 as well as under this Contract.

**14.     Prevention/Detection of Fraud, Waste and Abuse**

**a.     Fraud Waste and Abuse Policies**

Contractor shall have Fraud, Waste and Abuse policies and procedures, and a mandatory compliance plan, in accordance with OAR 410-120-1510, 42 CFR 433.116, 42 CFR 438.214, 438.600 to 438.610, 438.808, 42 CFR 455.20, 455.104 through 455.106 and 42 CFR 1002.3, which enable the Contractor or its Subcontractors or Participating Providers to prevent and detect Fraud, Waste and Abuse activities as such activities relate to the OHP. These policies, at a minimum, must include:

(1)     Administrative and management requirements for Contractor's employees and Subcontractors of written standards of conduct and articulate Contractor's commitment to comply with all applicable federal and State laws;

(2)     Risk evaluation to monitor compliance in identified problem areas such as claims, Prior Authorization, service verification, utilization management and quality review;

(3)     Establishment of procedures and a system with dedicated staff for;

a.  Routine monitoring and auditing of compliance risks
b.  Prompt response to compliance issues as they are raised

Ex. 3 - Wilson Decl.
Page 106 of 276

OHA_LIT_01152489

    c.  Investigation of potential compliance problems as identified in the course of self-evaluation and audits.

    d.  Correction of such problems promptly and thoroughly (or coordination of suspected criminal acts with law enforcement agencies) to reduce potential for recurrence and ongoing compliance with the requirements under the contract.

(4)  Policy and procedures for prompt reporting of all overpayment identified or recovered, specifying overpayments due to potential fraud, to OHA.

(5)  Contractor shall promptly notify OHA when it received information about changes in an enrollee's circumstances, including;

    a.  Changes in an enrollee's residence

    b.  The death of an enrollee

(6)  Member Grievance and Appeal resolution processes protecting the anonymity of complaints and to protect callers from retaliation;

(7)  Contractor shall report to the Federal Department of Health and Human Services (DHHS), Office of the Inspector General (OIG), any providers, identified during the credentialing process, who are on the excluded lists to include List of Excluded Individuals (LEIE) and Excluded Parties List System (EPLS) also known as SAM(System for Award Management).

(8)  Participating Provider credentialing and contracting staff education including provisions addressing the non-employment of sanctioned individuals by Contractor and its Subcontractors;

(9)  Compliance Plans to prevent potential Fraud, Waste and Abuse activities, including systems to respond promptly to allegations of improper or illegal activities and enforcement of appropriate disciplinary actions against employees or Subcontractors who have violated internal Fraud, Waste and Abuse policies or applicable statutes, regulations, federal or State health care requirements;

(10)  Designation of a Chief Compliance Officer who is responsible for developing and implementing related policies, procedures and practices and reports directly to the CEO and the governing body, and submitting that information annually to the OHA Contract Administrator and other appropriate bodies charged with the responsibility of operating and monitoring the Fraud, Waste and Abuse program;

(11)  Effective lines of communication between Contractor's compliance office and Contractor's employees;

(12)  Contractor, senior management and staff education:  effective education and training programs will be provided to the Compliance Officer, senior management and all affected employees and Subcontractors on the Federal and State standards and requirements under the contract;

(13)  Education and training will be supported by enforcement of standards through well publicized disciplinary guidelines and provisions for internal monitoring and auditing; and

**(14)**        The establishment of a Regulatory Compliance Committee on the Board of Directors and senior management level charged with overseeing the Contractor's compliance program and its compliance with the requirements under this Contract.

Contractor shall include in the employee handbook for the Contractor's employees and in written policies for its Subcontractors, a specific discussion of the applicable Fraud, Waste and Abuse Federal and State laws, the rights of employees to be protected as whistleblowers, and the Contractor's policies and procedures for detecting and preventing Fraud, Waste and Abuse.

**b.     Review of Compliance Plan and Fraud, Waste and Abuse Policies**

Contractor shall review its Compliance Plan and Fraud, Waste and Abuse policies annually and submit a written copy to OHA Contract Administration Unit as follows:

**(1)**        To the OHA Contract Administration Unit annually, no later than January 31st. Or attest to no changes since last submission using the Attestation form located on the CCO forms page.

**(2)**        To the OHA Contract Administration Unit upon any significant changes, prior to formal adoption of the policy.  OHA will notify Contractor within 30 days of the compliance status of the policy.

**(3)**        To the OHA Contract Administration Unit anytime upon OHA request. OHA will notify Contractor within 30 days of the compliance status of the policy.

**c.     Referral Policy**

Contractor shall promptly refer all suspected cases of Fraud, Waste and Abuse, including Fraud, in accordance with 42 CFR 455.23, by its employees and Subcontractors to the Medicaid Fraud Control Unit (MFCU) and OHA Provider Audit Unit (PAU). Contractor may also refer cases of suspected Fraud, Waste and Abuse to the MFCU or to the OHA Provider Audit Unit prior to verification.  Contractor shall notify OHA Provider Audit Unit of all referrals to MFCU. Contractor shall ensure Member handbook reflects information on how to report fraud, waste and abuse.

**(1)**        If Contractor is made aware of a  credible allegation of Fraud for which an investigation by MFCU is pending against a Provider, Contractor shall, upon notification of an investigation by MFCU,  suspend payments to the Provider unless MFCU determines there is good cause not to suspend payments or to suspend payments in part. If the act does not meet the good cause criteria, the Contractor shall work with the MFCU and OHA to determine if any Participating Provider contract should be terminated.

**(2)**        Fraud, Waste and Abuse Referral Characteristics of a Case that should be referred.

**(a)**        Examples of Fraud, Waste and Abuse within Contractor's network:

**(i)**        Providers who consistently demonstrate a pattern of intentionally reporting encounters or services that did not occur. A pattern would be evident in

Ex. 3 - Wilson Decl.
Page 108 of 276

OHA_LIT_01152491

any case where 20% or more of sampled or audited services are not supported by documentation in the Clinical Records. This would include any suspected case where it appears that the Provider knowingly or intentionally did not deliver the service or goods billed;

(ii)     Providers who consistently demonstrate a pattern of intentionally reporting overstated or up coded levels of service. A pattern would be evident by 20% or more of sampled or audited services that are billed at a higher-level procedure code than is documented in the Clinical Records;

(iii)    Any suspected case where the Provider intentionally or recklessly billed Contractor more than the usual charge to non-Medicaid recipients or other insurance programs;

(iv)     Any suspected case where the Provider purposefully altered, falsified, or destroyed Clinical Record documentation for the purpose of artificially inflating or obscuring his or her compliance rating or collecting Medicaid payments otherwise not due. This includes any deliberate misrepresentation or omission of fact that is material to the determination of benefits payable or services which are covered or should be rendered, including dates of service, charges or reimbursements from other sources, or the identity of the patient or Provider;

(v)      Providers who intentionally or recklessly make false statements about the credentials of persons rendering care to Members;

(vi)     Primary Care Physicians who intentionally misrepresent medical information to justify referrals to other networks or out-of-network Providers when they are obligated to provide the care themselves;

(vii)    Providers who intentionally fail to render Medically Appropriate Covered Services that they are obligated to provide to Members under their Subcontracts with the Contractor and under OHP regulations;

(viii)   Providers who knowingly charge Members for services that are Covered Services or intentionally balance-bill a Member the difference between the total fee-for-service charge and Contractor's payment to the Provider, in violation of OHA rules;

(ix)     Any suspected case where the Provider intentionally submitted a claim for payment that already has been paid by OHA or Contractor, or upon which payment has been made by another source without the amount paid by the other source clearly entered on the claim form, and receipt of payment is known to the Provider; and

(x)      Any case of theft, embezzlement or misappropriation of Title XIX or Title XXI program money.

(b)      Examples of Fraud, Waste and Abuse in the administration of the OHP program:

Ex. 3 - Wilson Decl.
Page 109 of 276

OHA_LIT_01152492

**(i)**    Evidence of corruption in the Enrollment and Disenrollment process, including efforts of State employees or Contractors to skew the risk of unhealthy patients toward or away from one of the Contractors; and

**(ii)**    Attempts by any individual, including employees and elected officials of the State, to solicit kickbacks or bribes, such as a bribe or kickback in connection with placing a Member into a carved out program, or for performing any service that the agent or employee is required to provide under the terms of his employment.

**d.    When to Report Fraud, Waste and Abuse**

**(1)**    Contractor shall report to the MFCU an incident with any of the referral characteristics listed in Subsection c, above. Contractor shall report to the MFCU and OHA PAU any other incident found to have characteristics which indicate Fraud or Abuse which Contractor has verified. Contractor shall comply with all patient abuse reporting requirements and fully cooperate with the State for purposes of ORS 124.060 et seq., ORS 419B.010 et seq., ORS 430.735 et seq., ORS 441.630 et seq., and all applicable Administrative Rules. Contractor shall ensure that all Subcontractors comply with this provision.

**(2)**    Contractor must report the following to the Authority:

**(a)**    Number of complaints of Fraud, Waste and Abuse made to the OHA PAU or the Medicaid Fraud Control Unit that warrant preliminary investigation; and

**(b)**    For each matter that warrants investigation, the following:

**(i)**    Name, and Member ID number

**(ii)**    Source of complaint

**(iii)**    Type of Provider

**(iv)**    Nature of complaint

**(v)**    Approximate dollars involved

**(vi)**    Legal and administrative disposition of the case

**e.    How to Refer a Case of Fraud or Abuse by a Provider**

**Medicaid Fraud Control Unit (MFCU)**
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Phone: 971-673-1880
Fax: 971-673-1890

Ex. 3 - Wilson Decl.
Page 110 of 276

OHA_LIT_01152493

**OHA Provider Audit Unit**
3406 Cherry Ave. NE
Salem, OR 97303-4924
Phone: 503-378-8113
Fax: 503-378-2577
Hotline: 1-888-FRAUD01 (888-372-8301)

**f.**   **Obligations to Assist the MFCU and OHA**

(1)   Contractor shall permit the MFCU or OHA PAU or both to inspect, evaluate, or audit books, records, documents, files, accounts, and facilities maintained by or on behalf of Contractor or by or on behalf of any Subcontractor, as required to investigate an incident of Fraud, Waste and Abuse.

(2)   Contractor shall cooperate, and requires its Subcontractors to cooperate, with the MFCU and OHA PAU investigator during any investigation of Fraud or Abuse.

(3)   In the event that Contractor reports suspected Fraud or Abuse, or learns of an MFCU or OHA PAU investigation, Contractor should not notify or otherwise advise its Subcontractors of the investigation. Doing so may compromise the investigation.

(4)   Contractor shall provide copies of reports or other documentation, including those requested from the Subcontractors regarding the suspected Fraud or Abuse at no cost to MFCU or OHA PAU during an investigation.

**g.**   **How to Refer a Case of Fraud or Abuse by a Member**

Contractor, if made aware of suspected Fraud or Abuse by a Member (e.g. a Provider reporting Member Fraud, Waste and Abuse) shall report the incident to the OHA PAU. Contractor shall address suspected Member Fraud, Waste and Abuse reports to:

OHA Fraud Investigation
PO Box 14150
Salem, OR 97309
Hotline: 1-888-FRAUD01 (888-372-8301)
Fax: 503-373-1525 Attn: Hotline

**15.**   **Abuse Reporting and Protective Services**

Contractor shall comply, and shall require its Participating Providers to comply, with all protective services, investigation and reporting requirements described in OAR 943-045-0250 through 943-045-0370 and ORS 430.735 through 430.765. This includes all patients observed in an office setting. Examples of abuse and neglect:

**a.**   Any Provider who hits, slaps, kicks, or otherwise physically abuses;

**b.**   Any Provider who sexually abuses;

Ex. 3 - Wilson Decl.
Page 111 of 276

OHA_LIT_01152494

c.  Any Provider who intentionally fails to render Medically Appropriate care, as defined in this Contract, by the OHP Administrative Rules and the standard of care within the community in which the Provider practices. If the Provider fails to render Medically Appropriate care in compliance with the Member's decision to exercise his or her right to refuse Medically Appropriate care, or because the Member exercises his rights under Oregon's Death with Dignity Act or pursuant to Advance Directives, such failure to treat the Member shall not be considered patient abuse or neglect; and

d.  Any Provider, e.g. residential counselors for developmentally disabled or personal care Providers, who deliberately neglects their obligation to provide care or supervision of vulnerable persons who are Members (children, the elderly or developmentally disabled individuals).

16. **Disclosure of Ownership Interest**

a.  Contractor shall provide disclosures in accordance with 42 CFR 455.100 through 42 CFR 455.106 and, in particular 42 CFR 455.104(b), shall provide information regarding each person or corporation with an ownership or control interest (which equals or exceeds 5 percent) in the Coordinated Care Organization, or any Subcontractor in which Contractor has an ownership interest that equals or exceeds 5 percent, consistent with 42 CFR 455.104 to 455.106. Disclosures will be reviewed by OHA in accordance with 42 CFR 438.602(c) and 438.608(c). Such disclosures shall include the following:

(1)  Whether any of the persons named in this Section 13 are related to one another as a spouse, parent, child or sibling. In accordance with 42 CFR 455.104(b) disclosures that shall be provided to OHA include the following:

   (i)  Name and address (the address for corporate entities must include as applicable primary business address, every business location, and P.O. Box address.)

   (ii)  Date of birth and Social Security Number (in the case of an individual).

   (iii)  Other tax identification number (in the case of a corporation)

   (iv)  The name of any other Medicaid provider or fiscal agent in which the person or corporation has an ownership or control interest.

   (v)  The name, address, date of birth, and Social Security Number of any managing employee of the Contractor

(2)  Name any other disclosing entity in which a person named in this Section 14 also has an ownership or controlling interest.

(3)  Any person with an ownership or control interest in a Subcontractor with whom the Contractor has had business transactions totaling more than $25,000 during a 12 month period ending on the date or request; and any significant business transactions between Contractor and a wholly-owned supplier or between Contractor and a Subcontractor during a 5 year period ending on the date of request.

Ex. 3 - Wilson Decl.
Page 112 of 276

OHA_LIT_01152495

    **(4)**    Any person who has an ownership or controlling interest in the Contractor, or is an agent or managing employee of the Contractor, and has been convicted of a criminal offense related to that person's involvement in any program under Medicare, Medicaid or other federal services program since inception of those programs.

  **b.**    Any person who has an ownership or controlling interest in the Contractor, or is an agent or managing employee of the Contractor shall submit to the OHA Contract Administration Unit the appropriate disclosures at the following times:

    **(1)**    Within at least 90 days prior to any changes in ownership or controlling interest of 5 percent or more;

    **(2)**    Upon request of OHA during re-evaluation of Enrollment processes under 42 CFR 455.414;

    **(3)**    Within 35 days after any change in ownership, with equity shares transferred being less than 50%;

    **(4)**    When Contractor executes a contract with OHA; and

    **(5)**    When Contractor amends the contract with OHA through renewal or extension.

**17.**    **Upon renewal or extension of the Contract**

Change in ownership is consolidation or merger of Contractor, or of a corporation or other entity or person controlling or controlled by Contractor, with or into a corporation or entity or person, or any other reorganization or transaction or series of related transactions involving the transfer of more than 50% of the equity interest in Contractor or more than 50% of the equity interest in a corporation or other entity or person controlling or controlled by Contractor, or the sale, conveyance or disposition of all or substantially all of the assets of Contractor, or of a corporation or other entity or person controlling or controlled by Contractor, in a transaction or series of related transactions as specified in 42 CFR 455.104(c)(3).

  **a.**    Contractor shall notify OHA at least 90 days prior to any change in ownership and reimburse OHA for all legal fees reasonably incurred by OHA in reviewing the proposed assignment or transfer and in negotiating and drafting appropriate documents.

  **b.**    Contractor shall notify OHA of any changes of address, and as applicable licensure status as a health plan with DCBS or as a Medicare Advantage plan, or Federal Tax Identification Number (TIN), within 14 days of the change.

  **c.**    Failure to notify OHA of any of the above changes may result in the imposition of a sanction from OHA and may require Corrective Action to correct payment records, as well as any other action required to correctly identify payments to the appropriate TIN.

  **d.**    Contractor understands and agrees that Contractor is the legal entity obligated under this Contract and that OHA is engaging the expertise, experience, judgment, representations and warranties, and certifications of the Contractor set forth in this Contract and in the Application for this Contract. Contractor may not transfer, Subcontract, reassign or sell its contractual or ownership interests, such that Contractor is no longer available to provide OHA with its

Ex. 3 - Wilson Decl.
Page 113 of 276

OHA_LIT_01152496

expertise, experience, judgment and representations and certifications, without first obtaining OHA's prior written approval 120 days before such transfer, subcontract, reassignment or sale occurs, except as otherwise provided in Exhibit B, Part 4, Section 11 of this Contract governing adjustments in Service Area or Enrollment and Exhibit D, Section 18 "Subcontracts".

e.   As a condition precedent to obtaining OHA's approval, Contractor shall provide to OHA Contract Administration Unit all of the following:

(1)   The name(s) and address(es) of all directors, officers, partners, owners, or persons or entities with beneficial ownership interest of 5% or more of the proposed new Entity's equity; and

(2)   Representation and warranty signed and dated by the proposed new Entity and by Contractor that represents and warrants that the policies, procedures and processes issued by the current Contractor will be those policies, procedures, or processes provided to OHA by the current Contractor or by an existing Contractor within the past two years, and that those policies, procedures and processes still accurately describe those used at the time of the ownership change and will continue to be used once OHA has approved the ownership change request, except as modified by ongoing Contract and Administrative Rule requirements. If Contractor and the proposed new Entity cannot provide representations and warranties required under this subsection, OHA shall be provided with the new policies, procedures and processes proposed by the proposed new Entity for review consistent with the requirements of this Contract; and

(3)   The financial responsibility and solvency information for the proposed new Entity for OHA review consistent with the requirements of this Contract; and

(4)   Contractor's assignment and assumption agreement or such other form of agreement, assigning, transferring, subcontracting or selling its rights and responsibilities under this Contract to the proposed new Entity, including responsibility for all records and reporting, provision of services to Members, payment of Valid Claims incurred for dates of services in which Contractor has received a CCO Payment, and such other tasks associated with termination of Contractor's contractual obligations under this Contract.

f.   OHA may require Contractor to provide such additional information or take such actions as may reasonably be required to assure full compliance with Contract terms as a condition precedent to OHA's agreement to accept the assignment and assumption or other agreement.

g.   OHA will review the information to determine that the proposed new entity may be certified to perform all of the obligations under this Contract and that the new entity meets the financial solvency requirements and insurance requirements to assume this Contract.

18.   **Credentialing**

a.   Contractor shall have written policies and procedures for collecting evidence of credentials, screening the credentials, reporting credential information and recredentialing of Participating Providers including acute, primary, behavioral, substance use disorder providers and facilities used to deliver Covered Services, consistent with PPACA Section 6402, 42 CFR 438.214, 42 CFR 455.400-455.470 (excluding 455.460), OAR 410-141-3120 and Exhibit G, except as

Ex. 3 - Wilson Decl.
Page 114 of 276

OHA_LIT_01152497

provided in Subsection b, of this Section.  These procedures shall also include collecting proof of professional liability insurance, whether by insurance or a program of self-insurance.

**b.**    Contractors shall ensure Telemedicine credentialing requirements are consistent with OAR 410-130-0610.

**c.**    If Participating Providers (whether employees or Subcontractors) are not required to be licensed or certified by a State of Oregon board or licensing agency, Contractor shall document, certify and report on Exhibit G the date that the person's education, experience, competence, and supervision are adequate to permit the person to perform his or her specific assigned duties.

   **(1)**    If Participating Providers are not required to be licensed or certified by a State of Oregon board or licensing agency, then:

      **(a)**    Participating Providers must meet the definitions for QMHA (qualified mental health associate) or QMHP (qualified mental health professional) as described in Exhibit A, Definitions and provide services under the supervision of a LMP (licensed medical practitioner) as defined in Exhibit A, Definitions; or

      **(b)**    For Participating Providers not meeting either the QMHP or QMHA definition, Contractor shall document and certify that the person's education, experience, competence, and supervision are adequate to permit the person to perform his or her specific assigned duties.

   **(2)**    If programs or facilities are not required to be licensed or certified by a State of Oregon board or licensing agency, then the Contractor shall obtain documentation from the program or facility that demonstrates accreditation by nationally recognized organizations recognized by the OHA for the services provided (e.g., Council on Accredited Rehabilitation Facilities (CARF), or The Joint Commission (TJC) where such accreditation is required by OHA rule to provide the specific service or program.

**d.**    Contractor shall not discriminate with respect to participation, reimbursement or indemnification as to any Provider who is acting within the scope of the Provider's license or certification as specified in 42 CFR 438.12 and under OAR 410-141-3120 on the basis of such license or certification. If Contractor declines to include individual or groups of Providers in its Provider Network, it must give written notice of the reason for its decision.  This paragraph does not:

   **(1)**    Prohibit Contractor from including Providers only to the extent necessary to meet the needs of Members;

   **(2)**    Require that Contractor contract with any health care Provider willing to abide by the terms and conditions for participation established by the Contractor;

   **(3)**    Preclude Contractor from establishing varying reimbursement rates based on quality or performance measures consistent with Contractor's responsibilities under this Contract; or

   **(4)**    Preclude Contractor from using different reimbursement amounts for different specialties or for different Practitioners in the same specialty.

Ex. 3 - Wilson Decl.
Page 115 of 276

OHA_LIT_01152498

e.  Contractor shall maintain records documenting academic credentials, training received, licenses or certifications of staff and facilities used, and reports from the National Practitioner Data Bank and must provide accurate and timely information about license or certification expiration and renewal dates to the OHA. Contractor may not refer Members to or use Providers who do not have a valid license or certification required by state or federal law. If Contractor knows or has reason to know that a Provider's license or certification is expired or not renewed or is subject to licensing or certification sanction, the Contractor must immediately notify OHA's Provider Services Unit.

f.  To support the OHA objective of providing efficient and quality health care to Members, Contractor shall utilize a universal credentialing process for the centralized collection, verification and distribution of all Provider data to be used for credentialing and privileging.

g.  Contractor may not refer Members to or use Providers who have been terminated from OHA or excluded as Medicare, CHIP or Medicaid Providers by CMS or who are subject to exclusion for any lawful conviction by a court for which the Provider could be excluded under 42 CFR 1001.101 and 42 CFR 455.3(b). Contractor may not employ or contract with providers excluded from participation in Federal health care programs under either section 1128 or section 1128A of the Social Security Act and in accordance with 42 CFR 438.214(d). Contractor may not accept billings for services to Members provided after the date of the Provider's exclusion, conviction, or termination. If Contractor knows or has reason to know that a Provider has been convicted of a felony or misdemeanor related to a crime, or violation of federal or state laws under Medicare, Medicaid, or Title XIX (including a plea of "nolo contendere"), the Contractor must immediately notify OHA's Provider Services Unit.

h.  Contractor may not pay for an item or service (other than an emergency item or service, not including items or services furnished in an emergency room of a hospital) in the following:

   i.  Furnished under the plan by any individual or entity during any period when the individual or entity is excluded from participation under title V, XVIII, or XX or pursuant to section 1128, 1128A, 1156, or 1842(j)(2) of the Social Security Act, and when the person furnishing such item or service knew, or had reason to know, of the exclusion (after a reasonable time period after reasonable notice has been furnished to the person), as stated in section 1903(i)(2)(B) of the Social Security Act.

   ii.  Furnished by an individual or entity to which OHA has failed to suspend payments during any period when there is a pending investigation of a credible allegation of fraud against the individual or entity, unless OHA determines there is good cause not to suspend such payment, as stated in section 1903(i)(2)(C) of the Social Security Act.

   iii.  With respect to any amount expended for which funds may not be used under the Assisted Suicide Funding Restriction Act of 1997, as stated in section 1903(i)(16) of the Social Security Act.

   iv.  For home health care services provided by an agency organization, unless the agency provides OHA with the surety bond specified in Section 1861(o)(7) of the Social Security Act, as stated in section 1903(i)(18) of the Social Security Act.

Ex. 3 - Wilson Decl.
Page 116 of 276

OHA_LIT_01152499

> **i.** Only registered National Provider Identifiers (NPIs) and taxonomy codes reported to the OHA in the DSN Provider Capacity Report may be used for purposes of encounter data submission, prior to submitting encounter data in connection with services by the Provider.
>
> **j.** Contractor shall require each Physician and other qualified Provider to have a unique provider identification number that complies with 42 USC 1320d-2(b).
>
> **k.** Contractor shall provide training for Contractor staff and Participating Providers and their staff regarding the delivery of Covered Services, applicable administrative rules, and the Contractor's administrative policies.

## 19. Subrogation

Contractor agrees, and shall require its Subcontractors to agree, to subrogate to OHA any and all claims the Contractor or Subcontractor has or may have against manufacturers, wholesale or retail suppliers, sales representatives, testing laboratories, or other Providers in the design, manufacture, Marketing, pricing, or quality of drugs, pharmaceuticals, medical supplies, medical devices, DMEPOS, or other products. Nothing in this provision prevents Oregon from working with the Contractor and releasing its right to subrogation in a particular case.

## 20. Contractor's Board of Directors

Contractor shall promptly notify OHA of any change in membership in Contractor's board of directors. Such notice shall be provided within 30 days of any such change.

Ex. 3 - Wilson Decl.
Page 117 of 276

OHA_LIT_01152500

**Exhibit B –Statement of Work - Part 9 – Quality, Transformation, Performance Outcomes and Accountability**

1.   **Overview**

Improving access and quality while reducing the growth rate of per capita costs are key components of Health System Transformation, and measurement is necessary to determine whether the goal of advancing the Triple Aim is met.  To this end, initial and ongoing data collection, analysis, and follow-up action are required of Contractor. Contractor's obligations under the Transformation and Quality Amendment are obligations under this Contract. The purpose of this Exhibit B- Statement of Work Part 9 is to set forth the procedure Contractor shall follow to maintain the Transformation and Quality Strategy, ongoing performance measurement, and requirements for compliance with state and federal regulations for quality monitoring.

2.   **Transformation and Quality Strategy Requirements**

a.   Contractor shall maintain a Transformation and Quality Strategy (TQS) and work plan throughout the term of this contract. Contractor's strategy must include, at minimum, the components of Quality Assurance and Performance Improvement Program (QAPI), in accordance with 42 CFR 438.240 and health transformation.

b.   The Transformation and Quality strategy identifies the goals, objectives and intended outcomes for the annual QAPI program, including the health innovation transformation activities, and the structure for the work plan. The work plan flows from the strategy and identifies each project and the goal of the project with enough detail to demonstrate its connection to a Transformation and Quality Strategy and its performance improvement.

c.   Transformation and Quality Strategy submission components requirements:

| Transformation and Quality Program | • Overall quality organizational structure to lead health transformation<br>• Overall quality program to lead health transformation and quality<br>• Transformation and Quality objectives and goals |
|---|---|
| QAPI Program Evaluation | • Evaluation of previous calendar year's health transformation and quality program |
| Transformation and Quality Work Plan | • Project/Activities to drive toward identified goals; includes timeline of project and responsible owner. |
| Quality Committee Minutes | • Three examples of quality committee minutes from prior calendar year. |

d.   OHA will provide a list of Transformation Areas, strategy template, progress report templates, and instructions for completion to be used by contractor. Transformation and Quality Strategy and progress report templates provided by OHA will be required for submission by contractor. Details of the aforementioned will be available on the OHA Transformation website http://www.oregon.gov/oha/transformation-center/Pages/index.aspx.

Ex. 3 - Wilson Decl.
Page 118 of 276

OHA_LIT_01152501

e.  Contractor shall have in effect a process for its own evaluation of the impact and effectiveness of its systems interventions of its quality program. The Transformation and Quality Strategy submission components outlined in this Section Exhibit B –Part 9, Section 2cmust be reported to OHA by March 16 of each year.

f.  Contractor will include the basic elements of a QAPI Subsections (1) through (9) of paragraph f. below, in the annual QAPI program evaluation; however, these are not intended to be the only QAPI activities reported. Contractor shall include in its annual QAPI program evaluation all system activities utilized to implement and ensure quality coordinated health care, including behavioral health and dental care.

g.  Contractor shall include in the annual QAPI program evaluation:

(1)  As per OAR 410-141-0200, contractor shall have a quality committee to oversee QAPI and transformation program. Such committee serves as structure for quality and transformation. An internal quality improvement committee that monitors the annual quality strategy and work plan;

(2)  An internal Utilization Review oversight committee that monitors utilization against practice guidelines and treatment planning protocols and policies. Contractor shall have in effect mechanisms to: (i) detect both under-utilization and over-utilization of services; (ii) to document the findings; (ii) to report aggregate data indicating the number of enrollees identified (iv) and to describe follow-up actions for both findings;

(3)  An assessment of the quality and appropriateness of care furnished to all Members, availability of services, second opinions, timely access and cultural considerations, with a report of aggregate data indicating methods used to monitor compliance;

(4)  An assessment of the quality and appropriateness of care furnished to Members with special health care needs, with a report of aggregate data indicating the number of enrollees identified and methods used to evaluate the need for direct access to specialists;

(5)  A demonstration of improvement in an area of poor performance in care coordination for Members with serious and persistent mental illness, with a report of aggregate data indicating the number of Members identified and methods used;

(6)  A report on the grievance system inclusive of complaints, notice of actions, appeals and hearings,

(7)  Monitoring and enforcement of consumer rights and protections within the Oregon Integrated and Coordinated Health Care Delivery System that ensures consistent response to complaints of violations of consumer rights and protections;

(8)  Assessment of the quality of the fraud, waste and abuse program, including the number of preliminary investigations, and the number of referrals to OHA PAU or MFCU, training and education for employees, CCO Compliance Officer, other CCOs, and Subcontractors; and

Ex. 3 - Wilson Decl.
Page 119 of 276

OHA_LIT_01152502

    **(9)**     Participation as a member of the OHA Quality and Health Outcomes Committee (QHOC).

**3.**    **Revised Transformation and Quality Strategy**

At OHA's request, or as required by an amendment to the Contract, Contractor shall make changes to its Transformation and Quality Strategy by furnishing OHA with a revised draft of the Strategy and areas of transformation with the requested changes on date(s) set by OHA. Contractor and OHA will exchange drafts of the Transformation and Quality Strategy so that OHA approves them on the date(s) set by OHA. Changes to the Areas of Transformation within the TQS are amendments to this Contract and may be subject to approval by DOJ and CMS.

**4.**    **Transformation and Quality Strategy Monitoring and Compliance Review**

Contractor agrees to progress toward achieving the objectives and timelines identified in its Transformation and Quality Strategy and areas of transformation and to cooperate with OHA in providing evidence of progress consistent with the Strategy and Areas of Transformation. OHA may monitor Contractor's compliance with the requirements in its Strategy and areas of transformation and with other elements of Quality, Health System Transformation in the Statement of Work. Contractor shall make records and facilities available for OHA's compliance review, consistent with Exhibit D, Section 13 of this Contract.

The requirements of this Exhibit B – Part 9 are in addition to any other requirements in this Contract for timeliness, accuracy and completeness of data reporting required to be submitted under the Contract, including but not limited to encounter data, paid claims data, and data related to performance and quality outcome measures. Where specific processes for monitoring and compliance are specified in Exhibit B, Part 8, or other portions of the Statement of Work, those specific processes will be followed.

OHA and the Contractor will work together to monitor Contractor's progress in achieving its Transformation and Quality Strategy and areas of transformation. If OHA cannot confirm Contractor's progress toward compliance with its Strategy and Areas of Transformation, OHA will notify and give the Contractor the opportunity to demonstrate evidence of progress and compliance with its Strategy and Areas of Transformation before seeking to impose Sanctions under Exhibit D, Sections 33 through 36, of this Contract, and to pursue other remedies available under this Contract.

**5.**    **Transformation and Quality Strategy Deliverables**

Contractor shall provide the following deliverables on the schedule described below (or any amended schedule set by amendment to its Strategy and Areas of Transformation). Contractor shall use the provided templates for submission. Templates will be posted to CCO Contracts forms website as described under this exhibit, Section 2, part c.

| Deliverable | Deliverable Date |
|---|---|
| **(1)** 2018 Transformation and Quality Strategy | March 16, 2018 |
| **(2)** 2018 Transformation and Quality Progress report | September 30, 2018 |

The Transformation and Quality Progress report must address each transformational area, including actions taken or being taken to illustrate outcomes of these activities, and process improvements. Contractor shall also describe how its Community Advisory Council (CAC) was involved in the process

Ex. 3 - Wilson Decl.
Page 120 of 276

OHA_LIT_01152503

of developing the Transformation and Quality Strategy and informed of the progress in each transformation area to meet objectives and goals.

The progress report must also identify any areas where the Contractor has encountered barriers to achieving goals and describe its efforts to work with OHA through the Learning Collaborative, technical assistance and Innovator Agents to develop alternative strategies to be included in the work plan.

Progress reports must be completed using the template OHA provides and makes available on its website.

**6.      Goals for Transformation and Quality Strategy Amendments**

Within each of the Transformation Areas, contractor will establish one or more goals. Progress will be measured from the Baseline.

**7.      Quality and Performance Outcomes**

As required by Health System Transformation, Contractor shall be accountable for performance on outcomes, quality, and efficiency measures incorporated into this Contract.

In accordance with schedules established for performance measures, Contractor must:

**a.**      Measure and report to OHA its performance, using standard measures required by OHA; and

**b.**      Submit data specified by OHA, that enables OHA to measure the Contractor's performance;

**8.      Performance Measurement and Reporting Requirements**

Contractor shall plan for and implement the necessary organizational infrastructure to address performance standards established for this Contract, as follows:

**a.**      "Reporting Year" shall be the calendar year: January 1 through December 31.

**b.**      In each Reporting Year, Contractor is accountable for timely, complete and accurate submission and reporting of encounter data.

**c.**      Performance relative to targets affects Contractor's eligibility for financial and non-financial rewards.

**d.**      OHA's Metrics and Scoring Committee will revise and adopt measures, benchmarks and improvement targets that will apply to the quality incentive program. To the greatest extent possible, measures will be based on national standards.

**e.**      Timely reporting serves as the basis for holding Contractor accountable to contractual expectations. OHA will assess Contractor performance more frequently (e.g. quarterly or semi-annually) on an informal basis to facilitate timely feedback, mid-course corrections, and rapid improvement recommendations to Contractor. The Parties shall document any changes agreed to as part of these assessments.

Ex. 3 - Wilson Decl.
Page 121 of 276

OHA_LIT_01152504

**f.**   The performance measures reporting requirements will measure the quality of health care and services, during a time period in which Contractor was providing Covered Services. The performance measures reporting requirements expressly survive the expiration, termination or amendment of this Contract, even if Contract expiration, termination or amendment results in a termination or modification of this Contract or a modification or reduction of the Enrollment or Service Area.

**g.**   Contractor shall include any additional measures requested by CMS from its Adult Medicaid and CHIPRA core measure sets.

**h.**   Metrics that are applicable to this Contract for the time period from the effective date of this Contract through June 30, 2018 are found at http://www.oregon.gov/oha/Pages/CCO-Baseline-Data.aspx.

**i.**   By October 1 of each Reporting Year, OHA will issue the list of Quality Incentive measures and benchmarks, as well as the structure of the Quality Pool described in Section 13 of this Exhibit B, Part 9, to be implemented for the subsequent year which forms the basis for awarding the Quality Pool in the year following the Reporting Year.  All documentation will be made available online at http://www.oregon.gov/oha/Pages/CCO-Baseline-Data.aspx.

**9.**   **Quality Performance Improvement Projects**

**a.**   Contractor shall have an ongoing program of performance improvement projects that are designed to achieve, through ongoing measurements and intervention, significant improvement, sustained over time, in clinical and non-clinical areas that are expected to have favorable effect on health outcomes and OHP Member satisfaction. Contractor's ongoing program of quality PIPs shall include the following:

**(1)**   Measurement of performance using objective quality indicators;

**(2)**   Implementation of system interventions to achieve improvement;

**(3)**   Evaluation of the effectiveness of the interventions; and

**(4)**   Planning and initiation of activities for increasing or sustaining improvement.

**b.**   Contractor shall commit to improving care in at least 4 of the following 7 focus areas. Contractor shall participate in focus area (4), below, as a statewide PIP. Contractor shall select an additional 2 projects from the list below, to serve as the Contractor's Performance Improvement Projects in accordance with 42 CFR 438.358 and 438.240(a)(2).  Contractor shall cover the 4th of 7 focus areas through a focus study project. CMS, in consultation with OHA and other stakeholders may specify performance measures and topics for performance improvement projects to be required by OHA in this Contract.  Contractor's selected focus areas should align with the quality and incentive requirements for CCOs issued by OHA in December 2012 and the Contractor's Quality and Transformation Strategy to the extent feasible.

**(1)**   Reducing preventable re-hospitalizations.

**(2)**   Addressing population health issues (such as diabetes, hypertension and asthma) within a specific geographic area by harnessing and coordinating a broad set of resources,

Ex. 3 - Wilson Decl.
Page 122 of 276

OHA_LIT_01152505

including Certified Traditional Health Workers, Traditional Health Workers, public health services, and aligned federal and state programs.

 **(3)** Deploying primary care teams to improve care and reduce preventable or unnecessarily costly utilization by "super-users."

 **(4)** Statewide PIP: Integrating primary care, behavioral care and/or oral health.

 **(5)** Ensuring appropriate care is delivered in appropriate settings.

 **(6)** Improving perinatal and maternity care.

 **(7)** Improving primary care for all populations through increased adoption of the PCPCH model of care throughout the Contractor's network.

 **c.** Each PIP must be completed in a reasonable time period as to generally allow information on the success of PIP(s) in the aggregate to produce new information on quality every reporting year, as defined in this Exhibit B, Part 9.

 **d.** Contractor must report the status and results of each project quarterly to OHA. Reports are due April 30, July 31, October 31 and January 31 for the preceding calendar quarter work.

**10.** **Program Requirements**

If Contractor reports to DCBS for financial solvency matters, Contractor shall report to OHA Health Promotion and Disease Prevention Activities its national accreditation organization results and HEDIS measures as required by the Department of Consumer and Business Services (DCBS) in OAR 836-053-1000. A copy of the reports may be provided to the OHA Performance Improvement Coordinator concurrent with any submission to DCBS.

**11.** **External Quality Review**

 **(1)** In conformance with 42 CFR 438.350 and 438.358 Subpart E, and 42 CFR §457.1250. Contractor shall cooperate and shall require its Subcontractors and Participating Providers to cooperate with OHA by providing access to records and facilities, and sufficient information for the purpose of an annual external, independent professional review of CCO compliance with all applicable state and federal rules, the CCO contract with OHA and of the quality outcomes and timeliness of, and access to, Services provided under this Contract.

 **(2)** If an External Quality Review Organization (EQRO) identifies an adverse clinical situation in which follow-up is needed to determine whether appropriate care was provided, the EQRO will report the findings to OHA and Contractor.

 **(3)** Consistent with 42 CFR438.10 and 438.350, OHA will:

  **(a)** Implement an EQR protocol following CMS protocols required by 42 CFR §438.352 and provide to Contractor, prior to review conducted of Contractor, and the EQRO follow that protocol;

Contract # (XXXXXX)      Exhibit B Part 9      Page 123 of 227

Ex. 3 - Wilson Decl.
Page 123 of 276

OHA_LIT_01152506

**(b)** Provide information previously received from Contractor to the EQRO in an effort to reduce Contractor's duplicative submissions as directed by 42 CFR 438.260;

**(4)** Require EQRO to meet competence and independence requirement in 42 CFR 438.354; and

**(5)** Require an EQRO to produce the report and information required by 42 CFR 438.364 and to promptly provide such information to Contractor when complete.

**(6)** Ensure that EQR results are made available, as required in 42 438.364, in an annual detailed technical report that summarizes findings on access and quality of care. The most recent copy of the annual EQR technical report will be posted on OHA Web site as required under §438.10(c)(3) by April 30th of each year and provide printed or electronic copies, upon request.

**b.** Consistent with 42 CFR 438.350, 438.358, and 457.1250 the EQRO will:

**(1)** Conduct EQR of CCOs contracted with the State for the delivery of services covered under Medicaid.

**(2)** Perform an EQR which shall include, at a minimum, the elements in §438.364(a)(i) through (iv).

**(a)** Mandatory activities, described in 42 CFR 438.358(b), will be assessed by the EQRO in a matter consistent with protocols established by CMS, for each EQR element

**(b)** Additional EQR activities, described in 42 CFR 438.358(c), shall be reviewed by the EQRO as negotiated by OHA and EQRO.

**(c)** EQR review timeline will adhere to CSM requirements under 42 CFR 438.358.

**(3)** The EQRO may, at the OHA's direction, provide technical guidance to groups of CCOs to assist them in conducting activities related to the mandatory and additional activities described in 42 CFR 438.357 that provide information for the EQR and the resulting EQR technical report.

**11. Monitoring and Compliance Review**

**a.** The parties intend to work together to monitor Contractor's progress. Initially, monitoring and oversight will be aligned with review of progress on the Transformation Plan and related quality strategy and work plan.

**b.** Upon identification of performance issues, indications that quality, access or expenditure management goals are being compromised, deficiencies, or issues that affect Member rights or health, OHA shall promptly intervene within 30 days of identifying a concern to remediate the identified issue(s) and establish care improvements. Such remediation could include additional analysis of underlying data and gathering supplementary data to identify causes and trends, followed closely by interventions that are targeted to improve outcomes in the problem areas defined. Interventions may include but are not limited to focused Learning Collaboratives, innovator agents, or targeting underlying issues affecting outcomes, performance, access, and cost.

Ex. 3 - Wilson Decl.
Page 124 of 276

OHA_LIT_01152507

Coordinated Care Organization – Amended and Restated                    Effective: January 1, 2018

c.    If the interventions undertaken in subparagraph (b) of this section do not result in improved performance in identified areas of concern within 90 days, the state may require the Contractor to intensify the rapid cycle improvement process.  Subsequent actions may include Corrective Action Plans.  OHA must inform CMS if Contractor is placed on a Corrective Action Plan or is at risk of sanction, and report on the effectiveness of its remediation efforts.  CCOs may be corrected through the Learning Collaboratives and peer-support to the extent practicable.

d.    OHA will monitor Contractor's performance, trends and emerging issues on a monthly basis and provide reports to CMS quarterly.  OHA must report to CMS any issues impacting the Contractor's ability to meet the access, performance and quality goals of the Contract, or any negative impacts to Member access, quality of care or Member rights.

**12.    Quality Pool**

a.    OHA has implemented a Quality Pool, based the outcome and quality measures adopted by the Metrics and Scoring Committee. The Quality Pool is a payment mechanism that rewards all participating CCOs that demonstrate quality of care provided to their Members as measured by their performance or improvement on the outcome and quality measures. The whole Quality Pool is at risk for performance.  Total quality payments in the aggregate by OHA are subject to a maximum annual amount. The Quality Pool process will not alter OHA's authority to administer the Encounter Data and quality reporting requirements or any other provisions under the Contract.

b.    Contractor will receive a monetary incentive payment from the Quality Pool based on its measured performance or improvement in a calendar year, based on measures selected by the Metrics & Scoring Committee and specifications published by OHA for the Reporting Year. OHA will publish further instructions about the methodology for distributions from the Quality Pool (the "Reference Instructions") along with the other information described in this section. The final measure specifications and the Reference Instructions for Measurement Years  will be published at:  http://www.oregon.gov/oha/analytics/pages/cco-baseline-data.aspx

c.    **Definitions**

(1)    **"Baseline Year"** means the calendar year for which the Incentive Measures for a Measurement Year are compared.

(2)    **"Baseline"** for each Incentive Measure means Contractor's baseline measurement for the Incentive Measure for the Baseline Year.

(3)    **"Benchmark"** for each Incentive Measure means the statewide benchmark published at http://www.oregon.gov/oha/analytics/pages/cco-baseline-data.aspx for the Incentive Measure for the Measurement Year, subject to change by the Metrics and Scoring Committee.

(4)    **"Distribution Year"** means the calendar year following the Measurement Year.

(5)    **"Improvement Target"** for an Incentive Measure means the amount (determined by the methodology set forth in the Reference Instructions and Improvement Targets document online at http://www.oregon.gov/oha/analytics/pages/cco-baseline-data.aspx by which

OHA_LIT_01152508

Contractor's performance on each Incentive Measure is to improve during the Measurement Year by comparison with the Baseline.

**(6)** **"Incentive Measures"** means the quality measures specified by OHA for a Measurement Year, subject to change by the Metrics and Scoring Committee and CMS approval.

**(7)** **"Measurement Year"** means the preceding calendar year.

**(8)** **"Quality Pool"** means dollar amounts that OHA will pay CCOs as incentives for performance on Incentive Measures, in addition to Capitated Payments.

**d.** **Aggregate Amount**

**(1)** The Quality Pool in aggregate among all CCOs for a Measurement Year will be at least the sum of 2 percent of the aggregate of CCO Payments made to all CCOs for the Measurement Year paid through March 31 of the Distribution Year, excluding any Quality Pool payments made relating to the prior year. Final determination of the Quality Pool size will be published in the Reference Instructions.

**(2)** The entire Quality Pool will be disbursed annually to CCOs by June 30 of the Distribution Year.

**(3)** The aggregate amount in the Quality Pool is expected to increase annually. The amount of annual increase will be determined by OHA, subject to CMS approval.

**e.** **Metrics**

**(1)** For the fourth Measurement Year (CY 2016), CCO performance is based on 18 Incentive Measures, specified at http://www.oregon.gov/oha/HPA/ANALYTICS/Pages/CCO-Baseline-Data.aspxMeasure specifications and methodology for the fourth Measurement Year (CY2016) are documented at http://www.oregon.gov/oha/HPA/ANALYTICS/Pages/CCO-Baseline-Data.aspx.

**(2)** The number and description of the Incentive Measures, their specifications and operationalization, and which Incentive Measures are tied to the Quality Pool, are subject to change for future Measurement Years, at the discretion of the Metrics & Scoring Committee and subject to CMS approval.

**f.** **Performance**

**(1)** CCOs will be rewarded for meeting the Incentive Measures. The Quality Pool will impose no penalties related to performance.

**(2)** Each Incentive Measure has certain criteria that Contractor must meet to receive the portion of the Quality Pool payment associated with that Incentive Measure. OHA has published a reference document with all applicable criteria located at http://www.oregon.gov/oha/analytics/pages/cco-baseline-data.aspx.

**(3)** For each Measurement Year, except as OHA specifies a different method of scoring, Contractor will be measured against the Incentive Measure on a pass or fail basis, and

Ex. 3 - Wilson Decl.
Page 126 of 276

OHA_LIT_01152509

Contractor will pass an Incentive Measure if it meets either the Benchmark or the Improvement Target. For certain Incentive Measures, OHA may specify scoring on a tiered basis or on the basis of ability to report clinical data.

**g.    Distributions**

(1)    Quality Pool distributions for a Distribution Year will be made in two stages: Stage 1 and Stage 2.

(2)    In Stage 1, Contractor may earn the greater of (a) at least  2 percent of the aggregate of the CCO Payments paid to Contractor during the Measurement Year, or (b) one million dollars. Contractor's award in Stage 1 will be based on its scores for all Incentive Measures.

(3)    In Stage 2, CCOs may receive shares of the Quality Pool for the Distribution Year that were not distributed in Stage 1. Contractor will be eligible for a Stage 2 award if it passes specified Incentive Measures.

(4)    OHA's reference document specifies details of how the Stage 1 and Stage 2 awards will be computed.

**h.    Data and Reporting**

(1)    OHA is responsible for calculating, producing, and validating Contractor's performance on each of the Incentive Measures.

(2)    Contractor is responsible for:

(a)    Timely and accurate submission of claims, encounter, PCPCH enrollment, and clinical data  including medical record data to support hybrid measures and electronic medical record data for three clinical measures per requirements of this Contract; and

(b)    Submission of an OHA-approved   year three data proposal for the three clinical measures (depression screening, diabetes control, and hypertension).

(3)    The performance of Contractor and all other CCOs for each Measurement Year will be based on claims and data for Dates of Service within the Measurement Year submitted to OHA through March 31 of the Distribution Year. Claims and data for Dates of Service in a Measurement Year submitted to OHA  after March 31 of the Distribution Year  will not be included in the Incentive Measure calculation.

(4)    OHA will provide Contractor with its final Incentive Measure calculations for review no later than April 30 of the Distribution Year. Contractor will have until May 30 of the Distribution Year to review and comment on final Incentive Measure calculations for the preceding Measurement Year.

**i.**    Contractor shall offer correlative arrangements with Participating Providers, providing monetary incentive payment arrangements with Providers that reflect priorities which align with the Quality Pool program for achieving the outcome and quality objectives.  Contractor shall report

Ex. 3 - Wilson Decl.
Page 127 of 276

OHA_LIT_01152510

these arrangements and amounts paid to OHA annually, on Exhibit L  and submitted in conjunction with the 4th Quarter reporting period (See Exhibit L).

j.    Prior Measurement Years data are available online at http://www.oregon.gov/oha/metrics/pages/HST-Reports.aspx.

Ex. 3 - Wilson Decl.
Page 128 of 276

OHA_LIT_01152511

## Exhibit C – Consideration

1.    **Payment Types and Rates**

a.    In consideration of all the Work to be performed under this Contract, OHA will pay Contractor a monthly CCO Payment for each Member enrolled under the Contract according to OHA records. The monthly CCO Payment rate authorized for each Member is that amount indicated in Attachment 1 to this Exhibit C, CCO Rates, for each Member's Rate Group as "Total Services with Admin." OHA will prorate the CCO Payment for Members who are enrolled mid-month. OHA may withhold payment for new Members when, and for so long as, OHA determines that Contractor meets the circumstances cited in 42 CFR 438.700 et seq.

b.    The monthly CCO Payment may include risk adjustment based on diagnosis or health status and will include a risk corridor for the special needs rate group in accordance with Section 6 of this Exhibit C.

c.    The Covered Services described in Exhibit B, Part 2, have been divided into categories of services. Categories of service in this section describe but do not replace or supersede the scope of Covered Services described in Exhibit B, Part 2. Categories of services are used to develop CCO Payment Rates as described in Exhibit C, Attachment 1.

(1)    **Mandatory Categories of Services.**

For purposes of developing CCO Payment Rates, the following service categories constitute the mandatory categories of Covered Services for Members:

Dental Services
Diagnostic Services/Lab/X-Ray;
DMEPOS/Hearing Aids & Supplies;
Exceptional Needs Care Coordination;
Home Health/Private Duty Nursing/Hospice;
Inpatient Hospital - Basic includes Acute Detoxification;
Inpatient Hospital – Hysterectomy;
Inpatient Hospital - Family Planning;
Inpatient Hospital – Maternity;
Inpatient Hospital – Newborn;
Inpatient Hospital – Sterilization;
Intensive Outpatient – Substance Use Disorder Treatment
Substance Use Disorder Treatment;
Maternity Case Management (not including Public Health oriented programs);
Mental Health-Acute Inpatient - Inpatient Psychiatric Treatment;
Mental Health-Outpatient Other - Outpatient hospital based;
Mental Health- Alternative to Inpatient - Inpatient sub-acute;
Mental Health- Assessment/Evaluation - Initial Mental Health Assessment or screening;
Mental Health- Case Management:
Mental Health- Consultation - Mental Health Providers offering additional evaluation
    beyond assessment/screening;
Mental Health- Interpretation Services - Such as supportive employment, ACT, Etc.
    special MH programs including WRAP services;

Ex. 3 - Wilson Decl.
Page 129 of 276

OHA_LIT_01152512

Mental Health-Intensive Treatment Services - Mostly kids residential;

Mental Health- Medical Management - Mental Health MD/NP overseeing Medicine of mental Health Members;

Mental Health-Outreach - Most all services done out in the Community setting;

Mental Health- Physician Inpatient - Inpatient professional component while the client is in the Hospital;

Mental Health- Physician Outpatient - Outpatient Mental Health MD services in either Hospital or community setting;

Mental Health- Support Day Treatment - Day treatment services in Community settings;

Methadone dosing and dispensing;

Opioid Substitution Treatment;

Outpatient Hospital/ASC - Basic includes Emergency Department;

Outpatient Hospital/ASC - Family Planning;

Outpatient Hospital/ASC – Maternity;

Outpatient Hospital/ASC – Sterilization;

Outpatient Hospital/ASC – Hysterectomy;

Outpatient Treatment Services;

Physician- Basic includes Somatic Mental Health and Vaccines for Children;

Physician - Family Planning;

Physician – Hysterectomy;

Physician – Maternity;

Physician – Newborn;

Physician - Other includes Dialysis, Hearing Services PT/OT Services, Speech/Language Pathology, etc.;

Post Hospital Extended Care;

Prescription Drugs – Basic;

Prescription Drugs - Family Planning;

Residential Detoxification;

Substance Use Disorders Services;

Tobacco Cessation;

Transportation – Ambulance; and

Vision Exams, Therapy, Materials

For specific details on OHA's end of the month deadline and Enrollment dates schedule Contractor should contact its OHA CCO Account Representative.

**(2)    Optional Categories of Service**

For purposes of developing CCO Payment Rates, the optional categories of Covered Services are found in the Contract Document, Part II, Section D.

d.    In addition to the base CCO Payment rate paid to Contractor, OHA will pay a Hospital reimbursement adjustment (Base HRA Adjustment) as part of the CCO Payment rate to Contractor in accordance with the CCO Payments calculation reflected in the rate schedule in Attachment 1 of this Exhibit C. Upon approval by CMS according to 42 CFR 438.6(c), Contractor shall direct qualified payments from OHA to specified Oregon hospitals based on CCO member utilization of hospital services provided by those hospitals.

e.    As described in OAR 410-141-3420(10)-(12), OHA may require Contractor to continue to reimburse a Rural Type A Hospital or Rural Type B Hospital for the cost of Covered Services

Ex. 3 - Wilson Decl.
Page 130 of 276

OHA_LIT_01152513

based on a Cost-to-Charge Ratio. This section does not prohibit Contractor and a Hospital from mutually agreeing to reimbursement arrangements.

f.    If Contractor has a contractual relationship with a designated Type A, Type B, or Rural critical access Hospital, the Contractor and each said Hospital shall provide representations and warranties to OHA:

    (1)    That said contract establishes the total reimbursement for the services provided to persons whose medical assistance benefits are administered by the Contractor; and

    (2)    That Hospital reimbursed under the terms of said contract is not entitled to any additional reimbursement from OHA for services provided to persons whose medical assistance benefits are administered by Contractor.

**2.    Payment in Full**

The consideration described in this Exhibit C is the total consideration payable to Contractor for all work performed under this Contract. OHA shall ensure that no payment is made to a provider other than the Contractor for services available under the Contract between OHA and the Contractor, except when these payments are specifically provided for in Title XIX of the Social Security Act.

**3.    Changes in Payment Rates**

The CCO Payment Rates may be changed only by amendment to this Contract pursuant to Exhibit D, Section 20 of this Contract.

a.    Changes in the CCO Payment Rates as a result of adjustments to the Service Area or to the Enrollment limit may be required pursuant to Exhibit B, Part 4, Section 11 of this Contract.

b.    The CCO Payments authorized to be paid under this Contract are based on the funded condition-treatment pairs on the Prioritized List of Health Services in effect on the date this Contract is executed, subject to the terms of this Contract.

    (1)    Pursuant to ORS 414.690, the Prioritized List of Health Services of Condition/Treatment Pairs developed by the Health Evidence Review Commission may be expanded, limited or otherwise changed. Pursuant to ORS 414.690 and 414.735, the funding line for the services on the Prioritized List of Health Services may be changed by the Legislature.

    (2)    In the event that insufficient resources are available during the term of this Contract, ORS 414.735 provides that reimbursement shall be adjusted by eliminating services in the order of priority recommended by the Health Evidence Review Commission, starting with the least important and progressing toward the most important.

    (3)    Before instituting reductions in Covered Services pursuant to ORS 414.735, OHA is required to obtain the approval of the Legislative Assembly or the Emergency Board if the Legislative Assembly is not in session.

    (4)    In addition, OHA will notify Contractor at least two weeks prior to any legislative consideration of such reductions.

OHA_LIT_01152514

**(5)**     Adjustments made to the Covered Services pursuant to ORS 414.735 during the term of this Contract will be referred to the actuary who is under contract with OHA for the determination of CCO Payment Rates. The actuary will determine any rate modifications required as the result of cumulative adjustments to the funded list of Covered Services based on the totality of the OHP rates for all Contractors (total OHP rates).

**(a)**     For changes made during the first year of the two year per capita cost period since the list was last approved by the Legislative Assembly or the Emergency Board, the actuary will consider whether changes are covered by the trend rate included in the existing total OHP rate(s) and, thus, not subject to adjustment or are services moved from a Non-Covered Service to a Covered Service.

**(b)**     If the net result under Paragraph (5) or (5) (a) above for services subject to the adjustment is less than 1% of the total OHP rates, no adjustment to the CCO Payment Rates will be made.

**(c)**     If the net result under Paragraph (5) or (5) (a) above is 1% or greater of the total OHP rates, the CCO Payment Rates will be amended pursuant to Exhibit D, Section 20 of this Contract.

**(d)**     The assumptions and methodologies used by the actuary to determine whether the net result is more or less than 1% shall be made available to Contractor.

**(6)**     Notwithstanding the foregoing, Subsections b (1) through (5) do not apply to reductions made by the Legislative Assembly in a legislatively adopted or approved budget.

**c.**     This paragraph applies to any change to the CCO Payment Rates made by a Contract amendment that has retroactive effect or that cannot be implemented before the next regularly scheduled date for payment. If such change increases the CCO Payment owed by OHA to Contractor, then OHA will make a payment to Contractor, by one-time adjustment to a future regularly scheduled Capitation Payment or by separate payment. If such change decreases the CCO Payment owed by OHA to Contractor, then such decrease will be subject to the provisions of this Contract governing overpayments.

**4.     Timing of CCO Payments**

**a.**     The date on which OHA will process CCO Payments for Contractor's Members depends on whether the Enrollment occurred during a weekly or monthly Enrollment cycle. OHA will provide a schedule of Enrollment end of month deadlines for each month of the Contract period. On months where the first of the month falls on a Friday, Saturday or Sunday, CCO Payments will be made available to the Contractor no later than the 11th day of the month to which such payments are applicable.

**(1)**     Weekly Enrollment: For Clients enrolled with Contractor during a weekly Enrollment cycle, CCO Payments will be made available to Contractor no later than two weeks following the date of Enrollment, except for those occurrences each year when the weekly and monthly Enrollment start date are the same day.

Ex. 3 - Wilson Decl.
Page 132 of 276

OHA_LIT_01152515

(2) Monthly Enrollment: For Clients enrolled with Contractor during a monthly Enrollment cycle, CCO Payments shall be made available to Contractor by the 10th day of the month to which such payments are applicable, except for those occurrences each year when the weekly and monthly CCO Payments coincide with each other.

b.    Both sets of payments described in Subsection a, of this section shall appear in the weekly/monthly 820 Group Premium Payment (Capitation) Transaction and in the weekly 835 Payment/Remittance Advice Transaction. To assist Contractor with Enrollment and CCO Payment/Remittance Advice reconciliation, OHA will include in the weekly/monthly 820 Group Premium Payment (Capitation) Transaction the original adjustment amount and the paid amount for each of Contractor's Members.  The inclusion of this information does not ensure or suggest that the two transaction files will balance.  If Contractor believes that there are any errors in the Enrollment information, Contractor shall notify OHA. Contractor may request an adjustment to the Remittance Advice no later than 18 months from the affected Enrollment period.

c.    OHA will make retroactive CCO Payments to Contractor for any Member(s) erroneously omitted from the Enrollment transaction files. Such payments will be made to Contractor once OHA manually processes the correction(s).

d.    OHA will make retroactive CCO Payments to Contractor for newborn Members. Such payments will be made to Contractor by the 10th day of the month after OHA adds the newborn(s).

e.    Services that are not Covered Services provided to a Member or for any health care services provided to fee for service Clients are not entitled to be paid as CCO Payments. Fee-for-service claims for payment must be billed directly to OHA by Contractor, its Subcontractors, or its Participating Providers, all of which must be enrolled with OHA in order to receive payment. Billing and payment of all fee-for-service claims shall be pursuant to and under OAR Chapter 410, Division 120.

5.    **Settlement of Accounts**

a.    If a Member is disenrolled, any CCO Payments received by Contractor after the effective date of Disenrollment will be considered an overpayment and will be recouped by OHA under Paragraph f. below.

b.    OHA will have no obligation to make any payments to Contractor for any period(s) during which Contractor fails to carry out any of the terms of this Contract.

c.    If Contractor requests, or is required by OHA, to adjust the Service Area or Enrollment limit or to transfer or reassign Members due to loss of Provider capacity or for other reasons, any delay in executing amendments or completing other Contract obligations pursuant to Exhibit B, Part 4, Section 11, Adjustments in Service Area or Enrollment, may result in recovery of CCO Payments to which Contractor was not entitled under the terms of this Contract.

d.    Any payments received by Contractor from OHA under this Contract, and any other payments received by Contractor from OHA, or any other source to which Contractor is not entitled under the terms of this Contract shall be considered an overpayment and may be recovered by OHA from Contractor.

Ex. 3 - Wilson Decl.
Page 133 of 276

OHA_LIT_01152516

e.      Sanctions imposed that result in Recovery Amounts pursuant to Exhibit D, Section 33 through 36 of this Contract are subject to recovery and may be recovered by OHA from Contractor.

f.      Any overpayment or Recovery Amount under Exhibit B or C of this Contract may be recovered by recoupment from any future payments to which Contractor would be entitled from OHA, or pursuant to the terms of a written agreement with OHA, or by civil action to recover the amount. OHA may withhold payments to Contractor for amounts disputed in good faith and shall not be charged interest on any payments so withheld.

g.      OHA will recover from Contractor payments made to Contractor or to other Providers for sterilizations and hysterectomies performed where the Contractor failed to meet the requirements of Exhibit B, Part 2, Section 4(g), of this Contract, the amount of which will be calculated as follows:

   (1)      Contractor shall, within 60 days of a request from OHA, provide OHA with a list of all Members who received sterilizations or hysterectomies, from Contractor or its Subcontractors during the Contract period and copies of the informed consent form or certification. OHA will be permitted to review the Medical Records of these individuals selected by OHA for purposes of determining whether Contractor complied with OAR 410-130-0580.

   (2)      By review of the informed consent forms, certifications, and other relevant Medical Records of Members, OHA will determine for the Contract period the number of sterilizations and hysterectomies provided or authorized by Contractor or its Subcontractors that did not meet the requirements of Exhibit B, Part 2, Section 4(g), of this Contract.

   (3)      Sterilizations and hysterectomies that Contractor denies for payment shall not be included in the recoupment calculation, however, they must be reported in the submission. The report of these sterilizations and hysterectomies must be accompanied by a signed statement certifying that Contractor did not make payment for the surgery or any services, which are specifically related to the procedure.

   (4)      The number of vasectomy, tubal ligation, and hysterectomy procedures that do not meet the documentation requirements of Exhibit B, Part 1, Section 6, of this Contract, shall be multiplied by the assigned "value of service".

   (5)      "Value of service" for vasectomy, tubal ligation, and hysterectomy means the OHP amount calculated by OHA's internal actuarial unit for each category of service using the encounter data.

   (6)      The results of Paragraph (4) of this subsection will be totaled to determine Contractor's overpayment for hysterectomies and sterilizations subject to recovery pursuant to Exhibit C, Section 5, Subsection g, of this Contract.

   (7)      The final results of the review will be conveyed to Contractor in a timely manner within 90 days of determination.

The requirements of this section expressly survive the termination of this Contract, and shall not be affected by any amendment to this Contract, even if amendment results in modification or reduction of

Ex. 3 - Wilson Decl.
Page 134 of 276

OHA_LIT_01152517

Contractor's Service Area or Enrollment. Termination, modification, or reduction of Service Area does not relieve Contractor of its obligation to submit sterilization/hysterectomy documentation for dates of service applicable to Service Areas while they were paid a CCO Payment under this Contract, nor does it relieve Contractor of the obligation to repay overpayment amounts or Recovery Amounts under this section.

6.     **CCO Risk Corridor**

    a.     Definitions

    The following definitions apply solely within this Exhibit C, Section 6.

    (1)     "ABA" means applied behavioral analysis, as further described in the Prioritized List of Health Services.

    (2)     "ABA Expense" means priced encounters for eligible ABA services during the ABA Risk Corridor Period.

    (3)     "ABA Risk Corridor Period" means January 1, 2018 through December 31, 2018.

    (4)     "ABA Revenue" means an amount included in the ABA adjustment specified in the Contractor Rates as set forth in Attachment 1 to this Exhibit C multiplied by Contractor's Member enrollment for the ABA Risk Corridor Period, and 50% of the administrative allowance attributed to the ABA adjustment described below.

    (5)     "Hepatitis C DAA drugs" means the class of direct acting antiviral (DAA) drugs to treat Hepatitis C.

    (6)     "Hepatitis C DAA Expense" means encounters with a paid amount recorded for Hepatitis C DAA drugs during the Hepatitis C Risk Corridor Period.

    (7)     "Hepatitis C Risk Corridor Period" means January 1, 2018 through December 31, 2018.

    (8)     "Hepatitis C DAA Revenue" means an amount included in the Hepatitis C DAA adjustment specified in the Contractor Rates as set forth in Attachment 1 to this Exhibit C multiplied by Contractor's Member enrollment for the Hepatitis C Risk Corridor Period.

    (9)     "Hepatitis C DAA Admin Revenue" means the administrative allowance attributed to the Hepatitis C DAA adjustment in Attachment 1 to this Exhibit C multiplied by Contractor's Member enrollment for the Hepatitis C Risk Corridor Period.

    (10)     "Statewide Supplemental Rebate Agreement" means an agreement entered into by OHA with a prescription drug manufacturer for a pricing agreement /or rebate agreement, or combination thereof, with requirements regarding dispensing criteria, preferred drug list placement, or prior authorization criteria. OHA will provide Contractor a list of the provisions applicable to Contractor as contained within the Statewide Supplemental Rebate Agreement to ensure consistent application of the provisions contained therein by all CCOs. OHA will provide Contractor 60 days' prior written notice of the applicable Statewide Supplemental Rebate Agreement provisions.

Ex. 3 - Wilson Decl.
Page 135 of 276

OHA_LIT_01152518

(11)    "CCO Risk Corridor" means a risk sharing mechanism in which OHA and Contractor share in both higher and lower than adjusted expenses under the Contract outside of the predetermined target amount, so that if Contractor's adjusted expenses are outside the corridor in which the Contractor is responsible for all its adjusted expenses, the OHA contributes a portion toward additional adjusted expenses, or receives a portion of lower adjusted expenses.

(12)    "Charge" means the flow of funds from the Contractor to the OHA.

(13)    "Offsets" means amounts that are not included in the CCO Payment from OHA but that are received from other sources in relation to allowable expenses covered by this Risk Corridor. Offsets include but are not limited to third party resources, Medicare, reinsurance (if any), or other funds or services that resulted in reduction of expenses. Offsets are calculated on an accrual basis.

(14)    "Payment" means the flow of funds from OHA to Contractor.


**b.    Operation of the CCO Risk Corridor**

Contractor shall comply with the requirements for administration of the risk corridor established in this Section. The CCO Risk Corridor utilizes specific percentages above and below a target amount, establishing "bands" of risk, which define how the Contractor and OHA will review the adjusted costs of the ABA Expenses of Members receiving eligible ABA services during the ABA Risk Corridor Period, subject to settlement.


(1)    ABA Settlements.

(a)    Completion of data submissions. Encounter data for the period from January 1, 2018 through December 31, 2018(12 months), must be submitted to OHA no later than April 30, 2019. Contractor shall submit the following information to OHA for Members receiving ABA for dates of service during the ABA Risk Corridor Period.

(i)    Timely and accurate encounter data for all ABA services for Members, with claims including ABA procedure codes and a diagnosis of autism or self-injurious behavior, as set forth in the Prioritized List of Health Services.

(ii)    A form specified by OHA, accompanied by an attestation that all Members who received eligible ABA services followed the required prior authorization protocol as specified in OAR 410-172-0650(4)(h).

(b)    OHA will compare the ABA Expenses using the encounter data. OHA may request additional information if needed for clarification. A settlement report in a form prepared by OHA with information about the methodology will be sent to CCOs for encounter data validation purposes. The settlement process is further

Ex. 3 - Wilson Decl.
Page 136 of 276

OHA_LIT_01152519

described in OHA's Applied Behavioral Analysis (ABA) Implementation Policy and Procedures available on the CCO Contract Reports Web Site.

(c)    ABA Expenses will be compared with ABA Revenue.

(d)    The outcome of this process will be used to determine whether OHA owes a payment to the Contractor or the Contractor owes a payment to OHA.

(2)    ABA Risk Corridor Payments

(a)    Contractor will receive a payment from OHA in the following amounts under the following circumstances:

(i)    When Contractor's ABA Expenses for the ABA Risk Corridor Period are between 110 percent and 120 percent of the ABA Revenue, OHA will pay Contractor an amount equal to 50 percent of the ABA Expenses between 110 percent and 120 percent of the ABA Revenue; or

(ii)    When Contractor's ABA Expenses for the ABA Risk Corridor Period are equal to or greater than 120 percent of the ABA Revenue, OHA will pay Contractor an amount equal to 100 percent of ABA Expenses in excess of 120 percent of the ABA Revenue, and 50 percent of ABA Expenses between 110 percent and 120 percent of ABA Revenue.

(b)    Contractor will owe payments to OHA in the following amounts under the following circumstances:

(i)    When Contractor's ABA Expenses for the ABA Risk Corridor Period are between 80 percent and 90 percent of the ABA Revenue, the Contractor will owe OHA an amount equal to 50 percent of the excess between 90 percent of the ABA Revenue and the ABA Expenses; or

(ii)    When Contractor's ABA Expenses for the ABA Risk Corridor Period are less than, or equal to, 80 percent of the ABA Revenue, the Contractor shall owe OHA an amount equal to 100 percent of the difference between the Contractor's ABA Expenses and 80 percent of the ABA Revenue; and the Contractor shall owe OHA 50 percent of ABA Revenue between the 80 percent and 90 percent corridor.

(c)    OHA will, after conferring with the Contractor about the method and timing of the payment or charge, make the payment to Contractor or require a payment from Contractor by adjusting future payments to Contractor.

(3)    Hepatitis C DAA Settlements.

(a)    Completion of Data Submissions.  Encounter Data for the period from January 1, 2018 through December 31, 2018 (12 months), must be submitted to OHA no later than April 30, 2019. Contractor shall submit the following information to OHA for Members receiving Hepatitis C DAA drugs for dates of service during the Hepatitis C Risk Corridor Period:

Ex. 3 - Wilson Decl.
Page 137 of 276

OHA_LIT_01152520

(i)    Timely and accurate Encounter Data for all Hepatitis C DAA drugs.

(ii)    A form specified by OHA, accompanied by an attestation that any restrictive drug list (as defined in OAR 410-141-3070) will, at a minimum, include the Hepatitis C DAA drugs included on the OHA-approved fee for service ("FFS") Preferred Drug List (also known as the practitioner managed prescription drug plan or "PMPDP"). Contractor may continue to prefer additional Hepatitis C DAA drugs, so long as doing so does not conflict with any Statewide Supplemental Rebate Agreement entered into by OHA. Any drugs found to be in conflict with a Statewide Supplemental Rebate Agreement included in the Contractor's Hepatitis C DAA data will be repriced as if the FFS preferred drug were used (net of rebates), if reported cost is higher.

(iii)    A form specified by OHA, accompanied by an attestation that all Members eligible for, and who received, Hepatitis C DAA drugs followed the same criteria and prior authorization protocol as specified in the OHA-approved coverage criteria for FFS members. The FFS criteria do not apply when Medicaid is the secondary payer. CCOs may specify alternative criteria for non-preferred PMPDP Hepatitis C DAA drugs, as long as doing so does not conflict with any Statewide Supplemental Rebate Agreements entered into by OHA.

(iv)    A form specified by OHA, containing an attestation completed by Contractor that Contractor has not received and will not seek conflicting supplemental rebates for Hepatitis C DAA drugs dispensed during the Hepatitis C Risk Corridor Period. In the same form, Contractor shall also report any offsets as it relates to Hepatitis C DAA Expenses. CCOs can continue to collect supplemental rebates for Hepatitis C DAA drugs, as long as doing so does not conflict with any Statewide Supplemental Rebate Agreements entered into by OHA.

(v)    A form specified by OHA, containing an attestation completed by Contractor detailing the care management protocol for each Member receiving DAA drugs for treatment of Hepatitis C. Prior to commencement of the Hepatitis C Risk Corridor Period, OHA will consult with the Coordinated Care Organizations to develop a definition for "adequate care management". The definition will be posted to the Contract Reports Web Site, prior to January 1, 2018i.

(b)    OHA will compare the Hepatitis C Expenses using the paid amounts reported on the Encounter Data. OHA may request additional information if needed for clarification, or if any encounters have a zero paid amounts. A settlement report in a form prepared by OHA with information about the methodology will be sent to CCOs for Encounter Data validation purposes.

(c)    Hepatitis C DAA Expenses will be compared with Hepatitis C DAA Revenue.

Ex. 3 - Wilson Decl.
Page 138 of 276

OHA_LIT_01152521

**(d)**  Hepatitis C DAA Admin Revenue will be evaluated against Contractor's care management protocol contained in the form referenced above. Contractor will be required to return a portion of the Hepatitis C DAA Admin Revenue to OHA if OHA determines, in its sole discretion, that Contractor failed to perform adequate care management for Hepatitis C DAA Drugs.

**(e)**  The outcome of this settlement process will be used to determine whether OHA owes a payment to the Contractor or the Contractor owes a payment to OHA.

(4)  Hepatitis C Risk Corridor Payments

**(a)**  Contractor will receive a payment from OHA in the following amounts under the following circumstances:

**(i)**  When Contractor's Hepatitis C DAA Expenses for the Hepatitis C Risk Corridor Period are equal to or greater than 105 percent of the Hepatitis C DAA Revenue, OHA will pay Contractor an amount equal to 100 percent of Hepatitis C DAA Expenses in excess of 105 percent of the Hepatitis C Revenue.

**(b)**  Contractor will owe payments to OHA in the following amounts under the following circumstances:

**(i)**  When Contractor's Hepatitis C DAA Expenses for the Hepatitis C Risk Corridor Period are less than, or equal to, 95 percent of the Hepatitis C DAA Revenue, the Contractor shall owe OHA an amount equal to 100 percent of the difference between the Contractor's Hepatitis C Expenses and 95 percent of the Hepatitis C DAA Revenue.

**(c)**  OHA will, after conferring with the Contractor about the method and timing of the payment or charge, make the payment to Contractor or require a payment from Contractor by adjusting future payments to Contractor.

7.  **Global Payment Rate Methodology**

OHA has developed actuarially set Adjusted Per Capita Costs (Capitation Rates) to reimburse plans for providing the Covered Services. A full description of the methodology used to calculate per capita costs may be found in the OHA document " ***"Oregon CY18 – Coordinated Care Organization Rate Certification"*** (the "Actuarial Report"). The Actuarial Report is available at http://www.oregon.gov/oha/analytics/Pages/OHPrates.aspx. The Actuarial Report is not part of this Contract, and except where specifically referred to herein, may not be used in the interpretation or construction of this Contract. OHA will retroactively increase Capitation Rates to reflect any material changes to Contractor's Capitation Rates arising from the combined impact of the following analyses to be completed in early 2018: updated redetermination analysis, changes to the Substance Abuse Disorder Fee-Schedule, the change in continuous glucose monitoring on the prioritized line list, and analysis of the impact of enrollment categorization due to age or category of eligibility determination. OHA will document any such retroactive increases in an amendment to the Actuarial Report. OHA will not decrease Contractor's Capitation Rates.

Ex. 3 - Wilson Decl.
Page 139 of 276

OHA_LIT_01152522

**8.    Administrative Performance Withhold**

With implementation of the Administrative Performance (AP) Standard, OHA utilizes an AP Withhold APW methodology in accordance with Exhibit B, Part 8, Section 7.d.

**9.    Minimum Medical Loss Ratio:**

a.    In accordance with CMS 42 CFR 438.8 Contractor shall maintain a Minimum Medical Loss Ratio (MMLR) of at least 85% for its total Member population and shall submit an annual certified MMLR Rebate Report which validates its compliance with this requirement.

b.    For purposes of the MMLR methodology and calculations, the following definitions apply:

(1)    MMLR Rebate Report means Contractor's report of financial information required for calculating MMLR.

(2)    MMLR Standard means an MMLR exceeding 85% for the Contractor's total Member population.

(3)    Rebate Period means a cumulative rolling three year Reporting Period for the MMLR Rebate Report.  The initial Rebate Period shall be for Reporting Periods 2018-2020.

(4)    Rebate means the dollar amount which, if added to Contractor's Total Incurred Medical Related Costs for the Rebate Period, would result in an MMLR equal to the MMLR Standard. If Contractor's MMLR for the Rebate Period exceeds the MMLR Standard, the Rebate is zero.

(5)    Reporting Period means calendar year.

c.    Contractor shall meet or exceed the MMLR Standard for each Rebate Period. In the event Contractor's MMLR falls below the MMLR Standard for a Rebate Period, Contractor shall be obligated to OHA for a Rebate.

d.    Contractor shall file its MMLR Rebate Report electronically utilizing the Minimum Medical Loss Ratio Rebate Calculation template (Excel Workbook) and following the Minimum Medical Loss Ratio Rebate Calculation Report Instructions located on the Contract Reports Web Site as well as in accordance with CMS Rules 42 CFR 438.8 Medical Loss Ratio (MLR). All information reported on the MMLR Rebate Report must be for revenues and expenses under this Contract or a predecessor CCO contract. The MMLR Rebate Report must be certified by an officer of Contractor, under penalty of false claims act liability, in the manner required by the Minimum Medical Loss Ratio Rebate Calculation Report Instructions.

e.    Contractor shall file its MMLR Rebate Report for each Reporting Period with OHA's Contract Administration Unit each year by June 30 of the year following the Reporting Period.

f.    OHA will review Contractor's filed MMLR Rebate Report as follows;

(1)    If OHA determines that Contractor's MMLR Rebate Report is complete and **accurate** and that Contractor's MMLR meets the MMLR Standard, OHA will issue a final determination that no Rebate will occur for the Rebate Period.

Contract # (XXXXXX)                          Exhibit B Part 9                          Page 140 of 227

Ex. 3 - Wilson Decl.
Page 140 of 276

OHA_LIT_01152523

(2)     If OHA determines that Contractor's MMLR Rebate Report is incomplete or inaccurate, OHA will provide or request proposed revisions to the MMLR Rebate Report. Contractor shall supply any information requested by OHA in connection with the MMLR Rebate Report within 10 Business Days of the request. The revised MMLR Rebate Report will become final for purposes of the MMLR calculations 10 Business Days after the date of the revisions, unless OHA receives from Contractor a written notice of appeal for the applicable Reporting Period not later than 10 Business Days after the date of the revisions.  The notice of appeal from the Contractor must include written support for the appeal.

(3)     Any appeal shall be conducted as an administrative review.  The administrative review process will be conducted in the manner described in OAR 410-120-1580(3)-(6). Contractor understands and agrees that administrative review is the sole avenue for review of the MMLR Rebate Reports that it has appealed.  The decision on administrative review will result in a final MMLR Rebate Report if an appeal was timely filed.

(4)     OHA will rely upon the final MMLR Rebate Report to determine whether the Contractor is subject to a Rebate for the Rebate Period and the amount of any Rebate.

(5)     OHA will conduct this review, verifying the Rebate, if any, and notifying the Contractor no later than December 31 of the year in which the MMLR Rebate Report is filed.

g.     OHA will confirm with Contractor any Rebate to OHA required due to an MMLR not meeting the MMLR Standard. If a Rebate is due to OHA, the amount will be offset against future CCO Payments.

Ex. 3 - Wilson Decl.
Page 141 of 276

OHA_LIT_01152524

Coordinated Care Organization – Amended and Restated                                    Effective: January 1, 2018

**Exhibit C – Consideration - Attachment 1 – CCO Payment Rates**

This Attachment 1 includes all CCO rate types. The following table is marked by a "yes" to reflect which rate types apply to this Contract.

For the period of January 1, 2018 through December 31, 2018 the following rates apply:

| Yes | No | Rate Type |
|-----|-----|-----------|
| X | | CCO A - All Services |
| X | | CCO B – Physical Health and Mental Health Services |
| X | | CCO E – Mental Health Services Only |
| X | | CCO G – Mental Health and Dental Health Services Only |

*(Specific Plan Rates are set forth in Attachment 1 to Exhibit C)*

Contract # (XXXXXX)                         Exhibit B Part 9                         Page 142 of 227

Ex. 3 - Wilson Decl.
Page 142 of 276

OHA_LIT_01152525