## Exhibit D – Standard Terms and Conditions

1.     **Governing Law, Consent to Jurisdiction**

This Contract shall be governed by and construed in accordance with the laws of the State of Oregon without regard to principles of conflicts of law. Any claim, action, suit or proceeding collectively, the "claim") between OHA or any other agency or department of the State of Oregon, or both, and Contractor that arises from or relates to this Contract shall be brought and conducted solely and exclusively within the Circuit Court of Marion County for the State of Oregon; provided, however, if a claim must be brought in a federal forum, then it shall be brought and conducted solely and exclusively within the United States District Court for the District of Oregon. In no event shall this section be construed as a waiver by the State of Oregon of the jurisdiction of any court or of any form of defense to or immunity from any claim whether sovereign immunity, governmental immunity, immunity based on the Eleventh Amendment to the Constitution of the United States or otherwise. **CONTRACTOR, BY EXECUTION OF THIS CONTRACT, HEREBY CONSENTS TO THE IN PERSONAM JURISDICTION OF SAID COURTS.**

2.     **Compliance with Applicable Law**

   a.     Contractor shall comply and cause all Subcontractors to comply with all State and local laws, regulations, executive orders and ordinances applicable to this Contract or to the performance of Work as they may be adopted, amended or repealed from time to time, including but not limited to the following:  (i) ORS Chapter 659A.142; (ii) OHA rules pertaining to the provision of integrated and coordinated care and services, OAR Chapter 410, Division 141; (iii) all other OHA Rules in OAR Chapter 410; (iv) rules in OAR Chapter 309, Divisions 012, 014, 015, 018, 019, 022, 032 and 040, pertaining to the provisions of mental health services; (v) rules in OAR Chapter 415 pertaining to the provision of Substance Use Disorders services; (vi) state law establishing requirements for Declaration for Mental Health Treatment in ORS 127.700 through 127.737; and (vii) all other applicable requirements of State civil rights and rehabilitation statutes, rules and regulations. These laws, regulations, executive orders and ordinances are incorporated by reference herein to the extent that they are applicable to this Contract and required by law to be so incorporated.  OHA's performance under this Contract is conditioned upon Contractor's compliance with the provisions of ORS 279B.220, ORS 279B.225, 279B.230, 279B.235 and 279B.270, which are incorporated by reference herein. Contractor shall, to the maximum extent economically feasible in the performance of this Contract, use recycled paper (as defined in ORS 279A.010(1)(gg)), recycled PETE products (as defined in ORS 279A.010(1)(hh)), and other recycled products (as "recycled product" is defined in ORS 279A.010(1)(ii)).

   b.     In compliance with the Americans with Disabilities Act, any written material that is generated and provided by Contractor under this Contract to Clients or Members, including Medicaid-Eligible Individuals, shall, at the request of such Clients or Members, be reproduced in alternate formats of communication, to include Braille, large print, audiotape, oral presentation, and electronic format. OHA shall not reimburse Contractor for costs incurred in complying with this provision. Contractor shall cause all Subcontractors under this Contract to comply with the requirements of this provision.

   c.     Contractor shall comply with the federal laws as set forth or incorporated, or both, in this Contract and all other federal laws applicable to Contractor's performance under this Contract as they may be adopted, amended or repealed from time to time.

Ex. 3 - Wilson Decl.
Page 143 of 276

OHA_LIT_01152526

Coordinated Care Organization – Amended and Restated                    Effective: January 1, 2018

3.    **Independent Contractor**

a.    Contractor is not an officer, employee, or agent of the State of Oregon as those terms are used in ORS 30.265 or otherwise.

b.    If Contractor is currently performing work for the State of Oregon or the federal government, Contractor by signature to this Contract, represents and warrants that Contractor's Work to be performed under this Contract creates no potential or actual conflict of interest as defined by ORS Chapter 244 and that no statutes, rules or regulations of the State of Oregon or federal agency for which Contractor currently performs work would prohibit Contractor's Work under this Contract. If compensation under this Contract is to be charged against federal funds, Contractor certifies that it is not currently employed by the federal government.

c.    Contractor is responsible for all federal and State taxes applicable to compensation paid to Contractor under this Contract and, unless Contractor is subject to backup withholding, OHA will not withhold from such compensation any amounts to cover Contractor's federal or State tax obligations. Contractor is not eligible for any social security, unemployment insurance or workers' compensation benefits from compensation paid to Contractor under this Contract, except as a self-employed individual.

d.    Contractor shall perform all Work as an independent contractor. OHA reserves the right (i) to determine and modify the delivery schedule for the Work and (ii) to evaluate the quality of the Work Product; however, OHA may not and will not control the means or manner of Contractor's performance. Contractor is responsible for determining the appropriate means and manner of performing the Work.

4.    **Representations and Warranties**

a.    Contractor's Representations and Warranties. Contractor represents and warrants to OHA that:

(1)    Contractor has the power and authority to enter into and perform this Contract;

(2)    This Contract, when executed and delivered, shall be a valid and binding obligation of Contractor enforceable in accordance with its terms;

(3)    Contractor has the skill and knowledge possessed by well-informed members of its industry, trade or profession and Contractor will apply that skill and knowledge with care and diligence to perform the Work in a professional manner and in accordance with standards prevalent in Contractor's industry, trade or profession;

(4)    Contractor shall, at all times during the term of this Contract, be qualified, professionally competent, and duly licensed to perform the Work; and

(5)    Contractor prepared its application related to this Contract, if any, independently from all other applicants, and without collusion, Fraud, or other dishonesty.

b.    Warranties Cumulative. The warranties set forth in this section are in addition to, and not in lieu of, any other warranties provided.

Ex. 3 - Wilson Decl.
Page 144 of 276

OHA_LIT_01152527

5.    (Reserved)

6.    **Funds Available and Authorized; Payments**

    **a.**    Contractor shall not be compensated for Work performed under this Contract by any other agency or department of the State of Oregon or the federal government.  OHA certifies that it has sufficient funds currently authorized for expenditure to finance costs of this Contract within OHA's current biennial appropriation or limitation. Contractor understands and agrees that OHA's payment for Work performed is contingent on OHA receiving appropriations, limitations, allotments, or other expenditure authority sufficient to allow OHA, in the exercise of its reasonable discretion, to continue to make payments under this Contract.

    **b.**    **Payment Method.** Payments under this Contract will be made by Electronic Funds Transfer (EFT), unless otherwise mutually agreed, and shall be processed in accordance with the provisions of OAR 407-120-0100 through 407-120-0380 or OAR 410-120-1260 through OAR 410-120-1460, as applicable, and any other OHA Oregon Administrative Rules that are program-specific to the billings and payments. Upon request, Contractor shall provide its taxpayer identification number (TIN) and other necessary banking information to receive EFT payment. Contractor shall maintain at its own expense a single financial institution or authorized payment agent capable of receiving and processing EFT using the Automated Clearing House (ACH) transfer method. The most current designation and EFT information will be used for all payments under this Contract. Contractor shall provide this designation and information on a form provided by OHA. In the event that EFT information changes or the Contractor elects to designate a different financial institution for the receipt of any payment made using EFT procedures, the Contractor shall provide the changed information or designation to OHA on an OHA-approved form. OHA is not required to make any payment under this Contract until receipt of the correct EFT designation and payment information from the Contractor.

7.    **Recovery of Overpayments**

    IF PAYMENTS UNDER THIS CONTRACT, OR UNDER ANY OTHER CONTRACT BETWEEN CONTRACTOR AND OHA, RESULT IN PAYMENTS TO CONTRACTOR TO WHICH CONTRACTOR IS NOT ENTITLED, OHA, AFTER GIVING WRITTEN NOTIFICATION TO CONTRACTOR, MAY WITHHOLD FROM PAYMENTS DUE TO CONTRACTOR SUCH AMOUNTS, OVER SUCH PERIODS OF TIME, AS ARE NECESSARY TO RECOVER THE AMOUNT OF THE OVERPAYMENT UNLESS CONTRACTOR PROVIDES A WRITTEN OBJECTION WITHIN 14 DAYS FROM THE DATE OF THE NOTICE.  ABSENT TIMELY WRITTEN OBJECTION, CONTRACTOR HEREBY REASSIGNS TO OHA ANY RIGHT CONTRACTOR MAY HAVE TO RECEIVE SUCH PAYMENTS.  IF CONTRACTOR PROVIDES A TIMELY WRITTEN OBJECTION TO OHA'S WITHHOLDING OF SUCH PAYMENTS, THE PARTIES AGREE TO CONFER IN GOOD FAITH REGARDING THE NATURE AND AMOUNT OF THE OVERPAYMENT IN DISPUTE AND THE MANNER IN WHICH THE OVERPAYMENT IS TO BE REPAID. OHA RESERVES ITS RIGHT TO PURSUE ANY OR ALL OF THE REMEDIES AVAILABLE TO IT UNDER THIS CONTRACT AND AT LAW OR IN EQUITY INCLUDING OHA'S RIGHT TO SETOFF.

8.    (Reserved)

9.    **Indemnity**

    **a.**    GENERAL INDEMNITY.  CONTRACTOR SHALL DEFEND, SAVE, HOLD HARMLESS, AND INDEMNIFY THE STATE OF OREGON AND OHA AND THEIR OFFICERS, EMPLOYEES AND AGENTS FROM AND AGAINST ALL CLAIMS, SUITS, ACTIONS, LOSSES, DAMAGES, LIABILITIES, COSTS AND EXPENSES

Ex. 3 - Wilson Decl.
Page 145 of 276

OHA_LIT_01152528

OF ANY NATURE WHATSOEVER (INCLUDING REASONABLE ATTORNEYS' FEES AND EXPENSES AT TRIAL, ON APPEAL AND IN CONNECTION WITH ANY PETITION FOR REVIEW) RESULTING FROM, ARISING OUT OF, OR RELATING TO THE ACTIVITIES OF CONTRACTOR OR ITS OFFICERS, EMPLOYEES, SUBCONTRACTORS, OR AGENTS UNDER THIS CONTRACT.

b.    CONTROL OF DEFENSE AND SETTLEMENT. CONTRACTOR SHALL HAVE CONTROL OF THE DEFENSE AND SETTLEMENT OF ANY CLAIM THAT IS SUBJECT TO THIS SECTION a., ABOVE; HOWEVER, NEITHER CONTRACTOR NOR ANY ATTORNEY ENGAGED BY CONTRACTOR, SHALL DEFEND THE CLAIM IN THE NAME OF THE STATE OF OREGON OR ANY AGENCY OF THE STATE OF OREGON, NOR PURPORT TO ACT AS LEGAL REPRESENTATIVE OF THE STATE OF OREGON OR ANY OF ITS AGENCIES, WITHOUT FIRST RECEIVING FROM THE ATTORNEY GENERAL, IN A FORM AND MANNER DETERMINED APPROPRIATE BY THE ATTORNEY GENERAL, AUTHORITY TO ACT AS LEGAL COUNSEL FOR THE STATE OF OREGON; NOR SHALL CONTRACTOR SETTLE ANY CLAIM ON BEHALF OF THE STATE OF OREGON WITHOUT THE APPROVAL OF THE ATTORNEY GENERAL. THE STATE OF OREGON MAY, AT ITS ELECTION AND EXPENSE, ASSUME ITS OWN DEFENSE AND SETTLEMENT IN THE EVENT THAT THE STATE OF OREGON DETERMINES THAT CONTRACTOR IS PROHIBITED FROM DEFENDING THE STATE OF OREGON, OR IS NOT ADEQUATELY DEFENDING THE STATE OF OREGON'S INTERESTS, OR THAT AN IMPORTANT GOVERNMENTAL PRINCIPLE IS AT ISSUE AND THE STATE OF OREGON DESIRES TO ASSUME ITS OWN DEFENSE.

c.    TO THE EXTENT PERMITTED BY ARTICLE XI, SECTION 7 OF THE OREGON CONSTITUTION AND BY OREGON TORT CLAIMS ACT, THE STATE OF OREGON SHALL INDEMNIFY, WITHIN THE LIMITS OF THE TORT CLAIMS ACT, CONTRACTOR AGAINST LIABILITY FOR DAMAGE TO LIFE OR PROPERTY ARISING FROM THE STATE'S ACTIVITY UNDER THIS CONTRACT, PROVIDED THE STATE SHALL NOT BE REQUIRED TO INDEMNIFY CONTRACTOR FOR ANY SUCH LIABILITY ARISING OUT OF THE WRONGFUL ACTS OF EMPLOYEES, SUBCONTRACTORS OR AGENTS OF CONTRACTOR.

d.    THE OBLIGATIONS OF THIS SECTION 9 ARE SUBJECT TO THE LIMITATIONS IN SECTION 11 OF THIS EXHIBIT.

10.    **Default; Remedies; and Termination**

a.    **Default by Contractor. Contractor shall be in default under this Contract if:**

(1)    Contractor institutes or has instituted against it insolvency, receivership or bankruptcy proceedings, makes an assignment for the benefit of creditors, or ceases doing business on a regular basis; or

(2)    Contractor no longer holds a license or certificate that is required for Contractor to perform its obligations under this Contract and Contractor has not obtained such license or certificate within 14 days after OHA's notice or such longer period as OHA may specify in such notice; or

(3)    Contractor commits any material breach or default of any covenant, warranty, obligation or agreement under this Contract, fails to perform the Work under this Contract within the time specified herein or any extension thereof, or so fails to pursue the Work as to endanger Contractor's performance under this Contract in accordance with its terms, and

Contract # (XXXXXX)                    Exhibit D                    Page 146 of 227

Ex. 3 - Wilson Decl.
Page 146 of 276

OHA_LIT_01152529

such breach, default or failure is not cured within 14 days after OHA's notice, or such longer period as OHA may specify in such notice; or

**(4)** Contractor knowingly has a director, officer, partner or person with beneficial ownership of 5% or more of Contractor's equity or has an employment, consulting or other Subcontractor agreement for the provision of items and services that are significant and material to Contractor's obligations under this Contract as specified in 42 CFR 438.610, concerning whom:

**(a)** Any license or certificate required by law or regulation to be held by Contractor or Subcontractor to provide services required by this Contract is for any reason denied, revoked or not renewed; or

**(b)** Is suspended, debarred or otherwise excluded from participating in procurement activities under Federal Acquisition Regulation or from participating in non-procurement activities under regulations issued pursuant to Executive Order No. 12549 or under guidelines implementing such order; or

**(c)** Is suspended or terminated from the Medical Assistance Program or excluded from participation in the Medicare program; or

**(d)** Is convicted of a felony or misdemeanor related to a crime or violation of Title XVIII, XIX, or XX of the Social Security Act or related laws (or entered a plea of nolo contendere).

**(5)** If OHA determines that health or welfare of Members is in jeopardy if this Contract continues; or

**(6)** If OHA Determines:

**(a)** That amendment of this Contract is required due to change(s) in federal or State law or regulations, changes in Covered Services or CCO Payments under ORS 414.735, or other circumstances described in Exhibit D, Paragraph 20.b.;

**(b)** That failure to amend this Contract to execute those changes in the time and manner proposed in the amendment may place OHA at risk of non-compliance with federal or State statute or regulations or changes required by the Legislative Assembly or the Legislative Emergency Board; and

**(c)** That Contractor does not accept the amendment or failed to execute the amendment to this Contract within the time allowed.

**b.    OHA's Remedies for Contractor's Default.** In the event Contractor is in default under Section 10.a., above, OHA may, at its option, pursue any or all of the remedies available to it under this Contract and at law or in equity, including, but not limited to:

**(1)** Termination of this Contract under Section 10.e.(2) below;

Ex. 3 - Wilson Decl.
Page 147 of 276

OHA_LIT_01152530

(2)    Withholding all monies due for Work and Work Products that Contractor has failed to deliver within any scheduled completion dates or has performed inadequately or defectively;

(3)    Sanctions under Exhibit D, Section 33 through 36 of this Contract;

(4)    Initiation of an action or proceeding for damages, specific performance, declaratory or injunctive relief; and

(5)    Exercise of its right of recovery of overpayments under Section 7 of this Exhibit D or setoff or both.

These remedies are cumulative to the extent the remedies are not inconsistent, and OHA may pursue any remedy or remedies singly, collectively, successively or in any order whatsoever. If a court determines that Contractor was not in default under Section 10.a. above, then Contractor shall be entitled to a claim for any unpaid CCO Payments as identified in Exhibit C, less previous amounts paid and any claim(s) that OHA has against Contractor.

c.    **Default by OHA.**  OHA shall be in default under this Contract if:

(1)    OHA fails to pay Contractor any amount pursuant to the terms of this Contract, net of any reduction for overpayment or other offset, and OHA fails to cure such failure within 15 calendar  days after delivery of Contractor's notice of such failure to pay or such longer period as Contractor may specify in such notice; or

(2)    OHA commits any material breach or default of any covenant, warranty, or obligation under this Contract, and such breach or default is not cured within 30 days after Contractor's notice or such longer period as Contractor may specify in such notice.

Any notice of default by Contractor must identify, with specificity, the term or terms of this Contract allegedly breached.

d.    **Contractor's Remedies for OHA's Default.**  In the event OHA terminates this Contract under Section 10.e.(1) below, or in the event OHA is in default under Section 10.c. above and whether or not Contractor elects to exercise its right to terminate this Contract under Section 10.e.(3) below, Contractor's sole remedy shall be a Claim for any unpaid CCO Payments or case rate or supplemental payments as identified in Exhibit C less previous amounts paid and any claim(s) that OHA has against Contractor. In no event shall OHA be liable to Contractor for any expenses related to termination of this Contract or for anticipated profits. If previous amounts paid to Contractor exceed the amount due to Contractor under this Section 10.d. Contractor shall immediately pay any excess to OHA upon written demand.  If Contractor does not immediately pay the excess, OHA may recover the overpayments in accordance with Section 7. "Recovery of Overpayments" above, and may pursue any other remedy that may be available to it.

e.    **Termination**

(1)    OHA's Right to Terminate at its Discretion.  At its sole discretion, OHA may terminate this Contract:

(a)    Without cause upon 90 days' prior written notice by OHA to Contractor; or

Ex. 3 - Wilson Decl.
Page 148 of 276

OHA_LIT_01152531

Coordinated Care Organization – Amended and Restated                              Effective: January 1, 2018

**(b)**    Immediately upon written notice if OHA fails to receive funding, appropriations, limitations, allotments or other expenditure authority at levels sufficient to allow OHA, in the exercise of its reasonable discretion, to continue to make payments under this Contract; or

**(c)**    Immediately upon written notice if federal or State laws, regulations, guidelines or CMS waiver terms are modified or interpreted in such a way that OHA's purchase or continued use of the Work or Work Products under this Contract is prohibited or OHA is prohibited from paying for such Work or Work Products from the planned funding source; or

**(d)**    Immediately, and notwithstanding any claim Contractor may have under Section 15, "Force Majeure", upon written notice to Contractor if there is a threat to the health, safety or welfare of any Client, including any Medicaid eligible individual, under its care.

**(2)**    OHA's Right to Terminate for Cause.  In addition to any other rights and remedies OHA may have under this Contract, and subject to Section 10.e.(3), OHA shall issue notice to Contractor that OHA is terminating this Contract upon the occurrence of any of the following events:

**(a)**    Contractor is in default under Section 10.a.(1) because Contractor institutes or has instituted against it insolvency, receivership or bankruptcy proceedings, makes an assignment for the benefit of creditors, or ceases doing business on a regular basis; or

**(b)**    Contractor is in default under Section 10.a.(2) because Contractor no longer holds a license or certificate that is required for it to perform Work under the Contract and Contractor has not obtained such license or certificate; or

**(c)**    Contractor is in default under Section 10.a.(3) because Contractor commits any material breach or default of any covenant, warranty, obligation or agreement under this Contract, fails to perform the Work under this Contract within the time specified herein or any extension thereof, or so fails to pursue the Work as to endanger Contractor's performance under this Contract in accordance with its terms.

**(d)**    Contractor has failed to carry out the substantive terms of its Contract or meet the applicable requirements of 1932, 1903(m) or 1905(t) of the Social Security Act.

**(3)**    Before terminating this Contract under Section 10.e.(1) or (2), OHA will:

**(a)**    Provide Contractor an opportunity to appeal the notice of intent to terminate pursuant to OAR 410-120-1560 and 410-120-1580. In the event that no appeal process is available to Contractor under OAR 410-120-1560, then the Contract shall be terminated in accordance with the termination notice.  Where termination is based on failure to comply with a Corrective Action and Contractor has had an Administrative Review on issues substantially similar to the basis for the termination decision, such Administrative Review is deemed to satisfy any requirement for a pre-termination hearing; and

Contract # (XXXXXX)                          Exhibit D

Ex. 3 - Wilson Decl.
Page 149 of 276

OHA_LIT_01152532

**(b)**   After the hearing or Administrative Review, give Contractor written notice of the decision affirming or reversing the proposed termination of this Contract and, for an affirming decision, the effective date of the termination; and

**(c)**   After a decision affirming termination, give Members notice of the termination and information on their options for receiving Medicaid services following the effective date of the termination, consistent with 42 CFR 438.10; and

**(d)**   After OHA notifies Contractor that it intends to terminate its Contract under Section 10.e.(1) or (2), OHA must give the affected Members written notice of OHA's intent to terminate this Contract and allow affected Members to disenroll immediately without cause.

**(4)**   Contractor's Right to Terminate for Cause.  Contractor may terminate this Contract if OHA is in default under Section 10.c. and fails to cure such default within the time specified therein.

**(5)**   Contractor's Right to Terminate at its Discretion.  At its sole discretion, Contractor may terminate this Contract without cause with written notice to OHA not later than 120 days prior to the date of any Renewal Contract, for termination effective at the renewal date.

**(6)**   Mutual Termination.  This Contract may be terminated immediately upon mutual written consent of the parties or at such other time as the parties may agree in the written consent.

**(7)**   Automatic Termination. This Contract will terminate automatically under the condition described in Exhibit C, Section 10.

**(8)**   In the event of termination of this Contract, at the end of the term of this Contract if Contractor does not execute a new Contract or upon 180 day notice that Contractor does not intend to renew this Contract, the following provisions shall apply to ensure continuity of the Work by Contractor. Contractor shall ensure:

**(a)**   Continuation of services to Members for the period in which a CCO Payment has been made, including inpatient admissions up until discharge;

**(b)**   Orderly and reasonable transfer of Member care in progress, whether or not those Members are hospitalized;

**(c)**   Timely submission of information, reports and records, including encounter data, required to be provided to OHA during the term of this Contract;

**(d)**   Timely payment of Valid Claims for services to Members for dates of service during the term of this Contract; and

**(e)**   If Contractor continues to provide services to a Member after the date of termination, OHA is only authorized to pay for services subject to OHA rules on a fee-for-service basis if the former Member is OHA eligible and not covered under any other OHA Contractor. If Contractor chooses to provide services to a former

Ex. 3 - Wilson Decl.
Page 150 of 276

OHA_LIT_01152533

Member who is no longer OHP eligible, OHA shall have no responsibility to pay for such services.

(9)   Upon termination, OHA shall conduct an accounting of CCO Payments paid or payable and Members enrolled during the month in which termination is effective and shall be accomplished as follows:

(a)   Mid-Month Termination: For a termination of this Contract that occurs during mid-month, the CCO Payments for that month shall be apportioned on a daily basis. Contractor shall be entitled to CCO Payments for the period of time prior to the date of termination and OHA shall be entitled to a refund for the balance of the month.

(b)   Responsibility for CCO Payment/Claims: Contractor is responsible for any and all claims from Subcontractors or other Providers, including Emergency Service Providers, for Covered Services provided prior to the termination date.

(c)   Notification of Outstanding OHA Claims: Contractor shall promptly notify OHA of any outstanding claims for which OHA may owe, or be liable for, a fee-for-service payment(s), which are known to Contractor at the time of termination or when such new claims incurred prior to termination are received. Contractor shall supply OHA with all information necessary for reimbursement of such claims.

(d)   Responsibility to Complete Contractual Obligations: Contractor is responsible for completing submission and corrections to encounter data for services received by Members during the period of this Contract. Contractor is responsible for submitting financial and other reports required during the period of this Contract.

(e)   Withholding: Pending Completion of Contractual Obligations: OHA shall withhold 20% of the Contractor's last CCO Payment until Contractor has complied with all contractual obligations. OHA's determination of completion of Contractor's contractual obligations shall be no sooner than 6 months from the date of termination. Failure to complete said contractual obligations within a reasonable time period shall result in a forfeiture of the 20% withhold.

## 11.   Limitation of Liabilities

a.   NEITHER PARTY SHALL BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR RELATED TO THIS CONTRACT.

b.   Contractor shall ensure that OHA is not held liable for any of the following:

(1)   Payment for Contractor's or any Subcontractor's debts or liabilities in the event of insolvency; or

(2)   Covered Services authorized or required to be provided under this Contract.

## 12.   Insurance

Contractor shall maintain insurance as set forth in Exhibit F, attached hereto.

Contract # (XXXXXX)                          Exhibit D                          Page 151 of 227

Ex. 3 - Wilson Decl.
Page 151 of 276

OHA_LIT_01152534

**13.    Access to Records and Facilities**

Contractor shall maintain, and require its Subcontractors and Participating Providers to maintain, all financial records relating to this Contract in accordance with generally accepted accounting principles or National Association of Insurance Commissioners accounting standards. In addition, Contractor shall maintain any other records, books, documents, papers, plans, records of shipments and payments and writings of Contractor, whether in paper, electronic or other form, that are pertinent to this Contract, in such a manner as to clearly document Contractor's performance. All Clinical Records, financial records, other records, books, documents, papers, plans, records of shipments and payments and writings of Contractor whether in paper, electronic or other form, that are pertinent to this Contract, are collectively referred to as "Records." Contractor acknowledges and agrees that OHA, CMS, the Secretary of State's Office, DHHS, the Office of the Inspector General, the Comptroller General of the United States, the Oregon Department of Justice Medicaid Fraud Control Unit and their duly authorized representatives shall have access to all Records of Contractor and its Subcontractors and Participating Providers to perform examinations and audits and make excerpts and transcripts and to evaluate the quality, appropriateness and timeliness of services. Contractor further acknowledges and agrees that the foregoing entities may, at any time, inspect the premises, physical facilities, and equipment where Medicaid-related activities or work is conducted. The right to audit under this section exists for 10 years from the final date of the contract period or from the date of completion of any audit, whichever is later. Contractor shall retain and keep accessible all Records for the longer of ten years or:

a.    For non-clinical records, six years following final payment and termination of this Contract, whichever is later;

b.    The retention period specified in this Contract for certain kinds of records;

c.    The period as may be required by applicable law, including the records retention schedules set forth in OAR Chapters 410 and 166; or

d.    Until the conclusion of any audit, controversy or litigation arising out of or related to this Contract.

Contractor shall, upon request and without charge, provide a suitable work area and copying capabilities to facilitate such a review or audit. This right also includes timely and reasonable access to Contractor's personnel and Subcontractors for the purpose of interview and discussion related to such documents. The rights of access in this section are not limited to the required retention period, but shall last as long as the records are retained.

**14.    Information Privacy/Security/Access**

If the Work performed under this Contract requires Contractor or, when allowed, its Subcontractor(s), to have access to or use of any OHA computer system or other OHA Information Asset for which OHA imposes security requirements, and OHA grants Contractor access to such OHA Information Assets or Network and Information Systems, Contractor shall comply and require any Subcontractor(s) to which such access has been granted to comply with OAR 943-014-0300 through 943-014-0320, as such rules may be revised from time to time. For purposes of this section, "Information Asset" and "Network and Information System" have the meaning set forth in OAR 943-014-0305, as such rule may be revised from time to time.

Ex. 3 - Wilson Decl.
Page 152 of 276

OHA_LIT_01152535

**15.   Force Majeure**

    **a.**    Neither OHA nor Contractor shall be held responsible for delay or default caused by riots, acts of God, power outage, fire, civil unrest, labor unrest, natural causes, government fiat, terrorist acts, other acts of political sabotage or war, which is beyond the reasonable control of OHA or Contractor, respectively. Each party shall, however, make all reasonable efforts to remove or eliminate such cause of delay or default and shall, upon the cessation of the cause, diligently pursue performance of its obligations under this Contract. OHA may terminate this Contract upon written notice to Contractor after reasonably determining that the delay or default will likely prevent successful performance of this Contract.

    **b.**    If the rendering of services or benefits under this Contract is delayed or made impractical due to any of the circumstances listed in Section 15.a., above, care may be deferred until after resolution of those circumstances except in the following situations:

        **(1)**    Care is needed for Emergency Services;

        **(2)**    Care is needed for Urgent Care Services; or

        **(3)**    Care is needed where there is a potential for a serious adverse medical consequence if treatment or diagnosis is delayed more than 30 days.

    **c.**    If any of the circumstances listed in Section 15.a., above, disrupts normal execution of Contractor duties under this Contract, Contractor shall notify Members in writing of the situation and direct Members to bring serious health care needs to Contractor's attention.

The foregoing shall not excuse Contractor from performance under this Contract if, and to the extent, the cause of the force majeure event was reasonable foreseeable and a prudent professional in Contractor's profession would have taken commercially reasonable measures prior to the occurrence of the force majeure event to eliminate or minimize the effects of such force majeure event.

**16.   Foreign Contractor**

If Contractor is not domiciled in or registered to do business in the State of Oregon, Contractor shall promptly provide to the Department of Revenue and the Secretary of State Corporation Division all information required by those agencies relative to this Contract.

**17.   Assignment of Contract, Successors in Interest**

    **a.**    Contractor shall not assign or transfer its interest in this Contract, voluntarily or involuntarily, whether by merger, consolidation, dissolution, operation of law, or in any other manner, without prior written consent of OHA. Any such assignment or transfer, if approved, is subject to such conditions and provisions as OHA may deem necessary, including but not limited to Exhibit B, Part 8, Sections 13 and 14. No approval by OHA of any assignment or transfer of interest shall be deemed to create any obligation of OHA in addition to those set forth in the Contract.

    **b.**    The provisions of this Contract shall be binding upon and inure to the benefit of the parties, their respective successors and permitted assigns.

**18.   Subcontracts**

Ex. 3 - Wilson Decl.
Page 153 of 276

OHA_LIT_01152536

Contractor shall notify OHA, in writing, of any subcontract(s) for any of the Work required by this Contract other than information submitted in Exhibit G. In addition to any other provisions OHA may require, Contractor shall include in any permitted subcontract under this Contract provisions to ensure that OHA will receive the benefit of Subcontractor performance as if the Subcontractor were the Contractor with respect to Sections 1, 2, 3, 4, 13, 14, 17, 18 and 22 of this Exhibit D. OHA's consent to any subcontract shall not relieve Contractor of any of its duties or obligations under this Contract. In addition to the requirements in this section, Contractor shall comply with Exhibit B, Part 8, Section 13.

## 19.    No Third Party Beneficiaries

OHA and Contractor are the only parties to this Contract and are the only parties entitled to enforce its terms. The parties agree that Contractor's performance under this Contract is solely for the benefit of OHA to accomplish its statutory mission. Nothing in this Contract gives, is intended to give, or shall be construed to give or provide any benefit or right, whether directly, indirectly or otherwise, to third persons any greater than the rights and benefits enjoyed by the general public unless such third persons are individually identified by name herein and expressly described as intended beneficiaries of the terms of this Contract.

## 20.    Amendments

a.    OHA may amend this Contract to the extent provided herein, or in RFA 3402, and to the extent permitted by applicable statutes and administrative rules. No amendment, modification or change of terms of this Contract shall bind either party unless in writing and signed by both parties and when required approved by the Department of Justice. Such amendment, modification or change, if made, shall be effective only in the specific instance and for the specific purpose given.

b.    OHA may provide Contractor with an amendment to this Contract under any of the following circumstances:

(1)    If OHA is required to amend this Contract due to changes in federal or State statute or regulations, or due to changes in Covered Services and CCO Payments under ORS 414.735, and if failure to amend this Contract to execute those changes in the time and manner proposed in the amendment may place OHA at risk of non-compliance with federal or State statute or regulations or the requirements of the Legislature or Legislative Emergency Board.

(2)    To address budgetary constraints, including those arising from changes in funding, appropriations, limitations, allotments, or other expenditure authority limitations provided in Section 6 of this Exhibit D.

(3)    If this Contract is amended to reduce or expand the Service Area, reduce or expand the Enrollment limit, or both, and a CCO Payment Rate change is made under Exhibit B, Part 4, Section 11.

(4)    To the extent such changes are required to obtain CMS approval of this Contract or the CCO Payment Rates.

Ex. 3 - Wilson Decl.
Page 154 of 276

OHA_LIT_01152537

OHA will send to Contractor the necessary Contract amendments no later than 60 days before the proposed effective date of the amendment. Failure of Contractor to enter into an amendment described in this paragraph, as necessary for the amendment to go into effect on its proposed effective date, is a default of Contractor under Exhibit D, Paragraph 10.a(6).

c.      Per capita rates are actuarially certified annually. Rates will be amended annually along with required language changes, as allowed for in ORS 414.625 (1) and Exhibit C, Section 10.

d.      Any changes in the CCO Payment Rates under ORS 414.735 shall take effect on the date approved by the Legislative Assembly or the Legislative Emergency Board. Any changes required by federal or State law or regulation shall take effect not later than the effective date of the federal or State law or regulation.

**21.     Waiver**

No waiver or other consent under this Contract shall bind either party unless it is in writing and signed by the party to be bound.  Such waiver or consent shall be effective only in the specific instance and for the specific purpose given.  The failure of either party to enforce any provision of this Contract shall not constitute a waiver by that party of that or any other provision.

**22.     Severability**

If any term or provision of this Contract is declared by a court of competent jurisdiction to be illegal or in conflict with any law, the validity of the remaining terms and provisions shall not be affected, and the rights and obligations of the parties shall be construed and enforced as if this Contract did not contain the particular term or provision held to be invalid.

**23.     Survival**

Sections 1, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 19, 22 and 23 of this Exhibit D shall survive Contract expiration or termination, as well as those provisions of this Contract that by their context are meant to survive.  Contract expiration or termination shall not extinguish or prejudice OHA's right to enforce this Contract with respect to any default by Contractor that has not been cured.

**24.     Notices**

a.      Except as otherwise expressly provided in this Contract, any notices or other communications between the parties hereto or notices to be given hereunder must be given in writing by personal delivery, facsimile, email, express mail, or postal mail. The expenses of delivery must be prepaid. Any such communication or notice is deemed received:

(1)      If given by personal delivery, when actually delivered to the addressee.

(2)      If delivered by facsimile, on the day the transmitting machine generates a receipt of the successful transmission, if transmission was during normal business hours of the recipient, or on the next Business Day if transmission was outside normal business hours of the recipient. Notwithstanding the foregoing, to be effective against the other party, any notice transmitted by facsimile must be confirmed by telephone notice to the other party at the number listed below.

Ex. 3 - Wilson Decl.
Page 155 of 276

OHA_LIT_01152538

(3)    If delivered by email, when the addressee personally acknowledges receipt. An automatically generated message is not an acknowledgment of receipt.

(4)    If delivered by express mail, on the day of delivery if a Business Day or the otherwise the next Business Day.

(5)    If delivered by regular mail, five Business Days after the date of mailing.

b.    Notices or other communications to Contractor or OHA must be directed to the address or number set forth below, or to such other addresses or numbers as either party may indicate pursuant to this section. Except as otherwise expressly provided in this Contract, the parties' contact information is:

OHA:        Office of Contracts & Procurement
            DHS
            250 Winter Street NE, Room 306
            Salem, Oregon  97301
            Telephone: 503-945-5818
            Facsimile:  503-378-4324

Contractor:    See Contract Document, Section IV.B

## 25.    Construction

This Contract is the product of extensive negotiations between OHA and Contractor.  The provisions of this Contract are to be interpreted and their legal effects determined as a whole.  The rule of construction that ambiguities in a written agreement are to be construed against the party preparing or drafting the agreement shall not be applicable to the interpretation of this Contract.

## 26.    Headings

The headings and captions to sections of this Contract have been inserted for identification and reference purposes only and shall not be used to construe the meaning or to interpret this Contract.

## 27.    Merger Clause

This Contract constitutes the entire agreement between the parties on the subject matter hereof. There are no understandings, agreements, or representations, oral or written, not specified herein, regarding this Contract.

## 28.    Counterparts

This Contract and any subsequent amendments may be executed in several counterparts, all of which when taken together shall constitute one agreement binding on all parties, notwithstanding that all parties are not signatories to the same counterpart.  Each copy of this Contract and any amendments so executed shall constitute an original.

Ex. 3 - Wilson Decl.
Page 156 of 276

OHA_LIT_01152539

29.    **Equal Access**

Contractor shall provide equal access to Covered Services for both male and female Members under 18 years of age, including access to appropriate facilities, services and treatment, to achieve the policy in ORS 417.270.

30.    **Media Disclosure**

Contractor shall not provide information to the media regarding a recipient of services under this Contract without first consulting with and receiving approval from the OHA case manager that referred the child or Family.  Contractor shall make immediate contact with the OHA office when media contact occurs.  The OHA office will assist the Contractor with an appropriate follow-up response for the media.

31.    **Mandatory Reporting**

   a.    Contractor shall immediately report any evidence of child abuse, neglect or threat of harm to DHS Child Protective Services or law enforcement officials in full accordance with the mandatory Child Abuse Reporting law (ORS 419B.005 to 419B.045).  If law enforcement is notified, the Contractor shall notify the referring caseworker within 24 hours.  Contractor shall immediately contact the local DHS Child Protective Services office if questions arise whether an incident meets the definition of child abuse or neglect.

   b.    Contractor shall comply, and shall require its Participating Providers to comply, with all protective services, investigation and reporting requirements described in any of the following laws:

      (1)    OAR 943-045-0250 through 943-045-0370 (abuse investigations by the Office of Investigations and Training);

      (2)    ORS 430.735 through 430.765 (persons with mental illness or developmental disabilities);

      (3)    ORS 124.005 to 124.040 (elderly persons and persons with disabilities abuse); and

      (4)    ORS 441.650 to 441.680 (residents of long term care facilities)

32.    **OHA Compliance Review**

OHA is authorized to monitor compliance with the requirements in the Statement of Work. Methods of monitoring compliance may include review of documentation submitted by Contractor, Contract performance review, Grievances, on-site review of documentation or any other source of relevant information, including Contractor and Subcontractor information and cooperation required under Exhibit B, Part 8 (Operations). Contractor agrees to cooperate to make records and facilities available for compliance review, consistent with Exhibit D, Section 13 of this Contract.

Compliance with performance and quality outcome measures is discussed in greater detail in Exhibit B, Part 8.  Where specific processes for monitoring and compliance are specified in Exhibit B, Part 8, or other portions of the Statement of Work, those specific processes will be followed.  Monitoring and compliance requirements in the Statement of Work shall be construed to be consistent with the terms and conditions in Sections 32 through 35 of this Exhibit D.

Ex. 3 - Wilson Decl.
Page 157 of 276

OHA_LIT_01152540

If compliance cannot be determined, or if OHA determines that Contractor is non-compliant with the requirements of the Contract, OHA may find Contractor has breached Contract requirements and may impose Sanctions under Exhibit D, Sections 33 through 36, of this Contract, and pursue other remedies available under this Contract.

**33.    Conditions that May Result in Sanctions**

OHA may impose Sanctions, as specified in Sections 33 through 35 of this Exhibit D, if it determines that Contractor has acted or failed to act as described in this Section 33 or any other provision of this Contract.  OHA's determination may be based on findings from an onsite survey, Member or other complaints, financial status or any other source.

Conditions that may result in a Sanction under this section may include when Contractor acts or fails to act as follows:

a.      Fails substantially to provide Medically Appropriate services that the Contractor is required to provide, under law or under its Contract with OHA, to a Member covered under this Contract;

b.      Imposes on Members premiums or charges that are in excess of the premiums or charges permitted under the Medical Assistance Program;

c.      Acts to discriminate among Members on the basis of their protected class (such as race, color national origin, religion, sex, sexual orientation, marital status, age, or disability), their health status or their need for health care services. This includes, but is not limited to, termination of Enrollment or refusal to reenroll a Member, except as permitted under this Contract, or any practice that would reasonably be expected to discourage Enrollment by individuals whose protected class , medical condition or history indicates probable need for substantial future medical services;

d.      Misrepresents or falsifies any information that it furnishes to CMS or to the State, or its designees, including but not limited to the assurances submitted with its application or Enrollment, any certification, any report required to be submitted under this Contract, encounter data or other information relating to care or services provided to a Member;

e.      Misrepresents or falsifies information that it furnishes to a Member, Potential Member, or health care Provider;

f.      Fails to comply with the requirements for Physician Incentive Plans, as set forth in 42 CFR 422.208 and 422.210, and this Contract;

g.      Fails to comply with the operational and financial reporting requirements specified in this Contract;

h.      Fails to maintain a Participating Provider Panel sufficient to ensure adequate capacity to provide Covered Services under this Contract;

i.      Fails to maintain an internal Quality Improvement program, or Fraud, Waste and Abuse prevention program, or to provide timely reports and data required under Exhibit B, Parts 1 through Part 9 and Exhibit L, of this Contract;

Ex. 3 - Wilson Decl.
Page 158 of 276

OHA_LIT_01152541

**j.**      Failure to maintain an internal QA/PI program;

**k.**      Fails to comply with Grievance and Appeal requirements, including required notices, continuation or reinstatement of benefits, expedited procedures, compliance with requirements for processing and disposition of Grievances and Appeals, and record keeping and reporting requirements;

**l.**      Fails to pay for Emergency Services and post-emergency stabilization services or Urgent Care Services required under this Contract;

**m.**     Fails to follow accounting principles or accounting standards or cost principles required by federal or State laws, rule or regulation, or this Contract;

**n.**      Fails to make timely claims payment to Providers or fails to provide timely approval of authorization requests;

**o.**      Fails to disclose required ownership information or fails to supply requested information to OHA on Subcontractors and suppliers of goods and services;

**p.**      Fails to submit accurate, complete, and truthful encounter data in the time and manner required by Exhibit B, Part 8, Section 7;

**q.**      Distributes directly or indirectly through any agent or independent contractor, Marketing materials that have not been approved by the State or that contain false or materially misleading information;

**r.**      Fails to comply with a term or condition of this Contract, whether by default or breach of this Contract. Imposition of a sanction for default or breach of this Contract does not limit OHA's other available remedies;

**s.**      Violates of any of the other applicable requirements of sections 1903(m), 1932  or 1905(t) of the Social Security Act and any implementing regulations;

**t.**      Fails to submit accurate, complete and truthful Pharmacy Data in the time and manner required by Exhibit B, Part 8, Section 9; or

**u.**      Violates any of the other applicable requirements of 42 USC §1396b(m) or 1396u-2 and any implementing regulations.

## 34.    Range of Sanctions Available

Sanctions that may be imposed include but are not limited to the following Sanctions. The use of one sanction by OHA does not preclude the imposition of any other sanction or combination of Sanctions or any other remedy authorized under this Contract for the same deficiencies. OHA may:

**a.**      Assess a Recovery Amount in the amounts authorized in 42 USC 1396u-2(e)(2);

**b.**      Assess a Recovery Amount equal to one percent (1%) of Contractor's last monthly CCO Payment immediately prior to imposition of the sanction, to be deducted from Contractor's next

Ex. 3 - Wilson Decl.
Page 159 of 276

OHA_LIT_01152542

monthly CCO Payment after imposition of sanction, except when a Recovery Amount has been assessed under Subsection a., above;

c.      Grant Members the right to disenroll without cause (OHA may notify the affected Members of their right to disenroll);

d.      Suspend all new Enrollment, including default Enrollment, or reduce the Enrollment level or the number of Contractor's current Members after the effective date of the sanction;

e.      Suspend payment for Members enrolled after the effective date of the sanction until OHA is satisfied that the reasons for imposition of the sanction no longer exists and is not likely to recur;

f.      Where financial solvency is involved, actions may include  Increased reinsurance requirements; increased reserve requirements; market conduct constraints; and financial examinations

g.      Require Contractor to develop and implement a plan that is acceptable to OHA for correcting the problem.

    (1)      At a minimum, the Corrective Action Plan must include:

        (a)      A written standard of conduct to be implemented by the Contractor that corrects the specific areas of non-compliance,  how that standard of conduct will be established and maintained within Contractor's as well as Subcontractor's (as applicable) organization; and

        (b)      Designation of the person with authority within Contractor's organization charged with the responsibility of accomplishing and monitoring compliance.

    (2)      If Contractor has not submitted a Corrective Action Plan that is acceptable to OHA within the specified time period or does not implement or complete the Corrective Action within the specified time period, OHA will proceed with other Sanctions or with termination of this Contract.

h.      If OHA determines that there is continued egregious behavior that is described in Exhibit B of this Contract; or that there is substantial risk to Members' health; or that action is necessary to ensure the health of Members while improvements are made to remedy violations or until there is an orderly termination or reorganization by Contractor:

    (1)      OHA must require Contractor to implement temporary management mechanisms, such as employment of consultants or other individuals or entities approved by OHA for the purpose, at Contractor's expense;

    (2)      OHA must grant Members the right to disenroll without cause and notify Members of the right to disenroll without cause;

    (3)      OHA must not delay the imposition of temporary management mechanisms to provide for Administrative Review before imposing this sanction; and

    (4)      OHA must not terminate temporary management mechanisms until it determines that Contractor can ensure that the sanctioned behavior will not recur.

Ex. 3 - Wilson Decl.
Page 160 of 276

OHA_LIT_01152543

**i.**     Deny payments under this Contract for new Members when, and for so long as, payment for those Members is denied by CMS in accordance with 42 CFR 438.730; or

**j.**     Any other Sanctions, in accordance with 42 CFR 702(b), reasonably designed to remedy or compel future compliance with this Contract.

## 35.     Sanction Process

OHA will notify the Contractor in writing of its intent to impose a sanction. The notification shall explain the factual basis for the sanction, reference to the section(s) of this Contract or federal or State law or regulation that has been violated, explain the actions expected of Contractor, and state the Contractor's right to file a request for Administrative Review with the Director of OHA in writing within 30 days of the date of the sanction notice.

Notwithstanding the preceding provision of this Subsection c., in cases in which OHA determines that conditions could compromise a Member's health or safety or when OHA acts pursuant to Section 34, Subsection h, of this exhibit, OHA may provisionally impose the sanction before such Administrative Review opportunity is provided.

**a.**     Contractor shall make Recovery Amount payments in full to OHA within 30 days of the date of the sanction notice, unless Contractor has made a timely request for Administrative Review pursuant to this Subsection c. above in which case Contractor may withhold payment of a disputed amount pending the issuance of the Administrative Review decision. Absent a timely request for Administrative Review, if Contractor fails to make payment within 30 days of the sanction notice, OHA will recoup the recovery payment from Contractor's future CCO Payment(s) or as otherwise provided under this Contract, until the Recovery Amount payment is satisfied.

**b.**     The Administrative Review process described in Section 34, Subsection h, of this Exhibit D and this Section 35, will be conducted in the same manner described in OAR 410-120-1580(4)-(6). Contractor understands and agrees that Administrative Review is the sole avenue for review of sanction decisions under this Exhibit D, Sections 33 through 36 of this Contract.

**c.**     If the State imposes a civil monetary penalty on the Contractor for charging premiums or charges in excess of the amounts permitted under Medicaid (i.e., excessive copays, etc.), the State will deduct the amount of the overcharge from the penalty and return the excess to the Member.

## 36.     Notice to CMS of Contractor Sanction

OHA will give CMS' Regional Office written notice, no later than 30 days after Contractor has a sanction imposed or lifted by OHA for one of the violations listed in Subsection a through f, or q, of Section 33 of this Exhibit D, in accordance with 42 CFR 438.724. OHA may, at OHA's discretion, give CMS' Regional Office written notice whenever Contractor has a sanction imposed or lifted by OHA for any breach or violation of this Contract requirement excluding those specifically noted above.

Ex. 3 - Wilson Decl.
Page 161 of 276

OHA_LIT_01152544

## Exhibit E - Required Federal Terms and Conditions

Unless exempt under 45 CFR Part 87 for Faith-Based Organizations (Federal Register, July 16, 2004, Volume 69, #136), or other federal provisions, Contractor shall comply and, as indicated, cause all Subcontractors to comply with the following federal requirements to the extent that they are applicable to this Contract, to Contractor, or to the Work, or to any combination of the foregoing.  For purposes of this Contract, all references to federal and State laws are references to federal and State laws as they may be amended from time to time.

**1.   Miscellaneous Federal Provisions**

Contractor shall comply and require all Subcontractors to comply with all federal laws, regulations and executive orders applicable to this Contract or to the delivery of Work.  Without limiting the generality of the foregoing, Contractor expressly agrees to comply and require all Subcontractors to comply with the following laws, regulations and executive orders to the extent they are applicable to this Contract: (a) Title VI and VII of the Civil Rights Act of 1964, as amended, (b) 45 CFR Part 84 which implements , Title V, Sections 503 and 504 of the Rehabilitation Act of 1973, as amended, (c) the Americans with Disabilities Act of 1990, as amended, (d) Section 1557 of the Patient Protection and Affordable Care Act (ACA), (e) Executive Order 11246, as amended, (f) the Health Insurance Portability and Accountability Act of 1996, as amended, (g) the Age Discrimination in Employment Act of 1967, as amended, and the Age Discrimination Act of 1975, as amended, (h) the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended, (i) the Mental Health Parity and Addiction Equity Act of 2008, as amended; (j) CMS regulations (including 42 CFR Part 438, subpart K) and guidance regarding mental health parity, including 42 CFR 438.900 et. seq.; (k) all regulations and administrative rules established pursuant to the foregoing laws, (l) all other applicable requirements of federal civil rights and rehabilitation statutes, rules and regulations, and (m) all federal laws requiring reporting of Member abuse. These laws, regulations and executive orders are incorporated by reference herein to the extent that they are applicable to this Contract and required by law to be so incorporated.  No federal funds may be used to provide Work in violation of 42 U.S.C. 14402.

**2.   Equal Employment Opportunity**

If this Contract, including amendments, is for more than $10,000, then Contractor shall comply and require all Subcontractors to comply with Executive Order 11246, entitled "Equal Employment Opportunity," as amended by Executive Order 11375, and as supplemented in Department of Labor regulations (41 CFR Part 60).

**3.   Clean Air, Clean Water, EPA Regulations**

If this Contract, including amendments, exceeds $100,000 then Contractor shall comply and require all Subcontractors to comply with all applicable standards, orders, or requirements issued under Section 306 of the Clean Air Act (42 U.S.C. 7606), the Federal Water Pollution Control Act as amended (commonly known as the Clean Water Act) (33 U.S.C. 1251 to 1387), specifically including, but not limited to Section 508 (33 U.S.C. 1368), Executive Order 11738, and Environmental Protection Agency regulations (2 CFR Part 1532), which prohibit the use under non-exempt federal contracts, grants or loans of facilities included on the EPA List of Violating Facilities.  Violations shall be reported to OHA, United States Department of Health and Human Services and the appropriate Regional Office of the Environmental Protection Agency.  Contractor shall include and require all Subcontractors to include in all contracts with Subcontractors receiving more than $100,000, language requiring the Subcontractor to comply with the federal laws identified in this section.

Ex. 3 - Wilson Decl.
Page 162 of 276

OHA_LIT_01152545

**4.    Energy Efficiency**

Contractor shall comply and require all Subcontractors to comply with applicable mandatory standards and policies relating to energy efficiency that are contained in the Oregon energy conservation plan issued in compliance with the Energy Policy and Conservation Act, 42 U.S.C. 6201 et seq. (Pub. L. 94-163).

**5.    Truth in Lobbying**

By signing this Contract, the Contractor certifies, to the best of the Contractor's knowledge and belief that:

a.    No federal appropriated funds have been paid or will be paid, by or on behalf of Contractor, to any person for influencing or attempting to influence an officer or employee of an agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with the awarding of any federal contract, the making of any federal grant, the making of any federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any federal contract, grant, loan or cooperative agreement.

b.    If any funds other than federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this federal contract, grant, loan or cooperative agreement, the Contractor shall complete and submit Standard Form LLL, "Disclosure Form to Report Lobbying" in accordance with its instructions.

c.    The Contractor shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients and Subcontractors shall certify and disclose accordingly.

d.    This certification is a material representation of fact upon which reliance was placed when this Contract was made or entered into. Submission of this certification is a prerequisite for making or entering into this Contract imposed by Section 1352, Title 31, of the U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

e.    No part of any federal funds paid to Contractor under this Contract shall be used other than for normal and recognized executive legislative relationships, for publicity or propaganda purposes, for the preparation, distribution, or use of any kit, pamphlet, booklet, publication, electronic communication, radio, television, or video presentation designed to support or defeat the enactment of legislation before the United States Congress or any State or local legislature itself, or designed to support or defeat any proposed or pending regulation, administrative action, or order issued by the executive branch of any State or local government itself.

Ex. 3 - Wilson Decl.
Page 163 of 276

OHA_LIT_01152546

**f.**     No part of any federal funds paid to Contractor under this Contract shall be used to pay the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or executive order proposed or pending before the United States Congress or any State government, State legislature or local legislature or legislative body, other than for normal and recognized executive-legislative relationships or participation by an agency or officer of a State, local or tribal government in policymaking and administrative processes within the executive branch of that government.

**g.**     The prohibitions in subsections (e) and (f) of this section shall include any activity to advocate or promote any proposed, pending or future Federal, State or local tax increase, or any proposed, pending, or future requirement or restriction an any legal consumer product, including its sale or marketing, including but not limited to the advocacy or promotion of gun control.

**h.**     No part of any federal funds paid to Contractor under this Contract may be used for any activity that promotes the legalization of any drug or other substance included in schedule I of the schedules of controlled substances established under Section 202 of the Controlled Substances Act except for normal and recognized executive congressional communications. This limitation shall not apply when there is significant medical evidence of a therapeutic advantage to the use of such drug or other substance of that federally sponsored clinical trials are being conducted to determine therapeutic advantage.

**6.     HIPAA Compliance**

The parties acknowledge and agree that each of OHA and the Contractor is a "covered entity" for purposes of privacy and security provisions of the Health Insurance Portability and Accountability Act and its implementing federal regulations (collectively referred to as HIPAA). OHA and Contractor shall comply with HIPAA to the extent that any Work or obligations of OHA arising under this Contract are covered by HIPAA. Contractor shall develop and implement such policies and procedures for maintaining the privacy and security of records and authorizing the use and disclosure of records required to comply with this Contract and with HIPAA. Contractor shall comply and cause all Subcontractors to comply with HIPAA and the following:

**a.**     Privacy and Security of Individually Identifiable Health Information. Individually Identifiable Health Information about specific individuals is protected from unauthorized use or disclosure consistent with the requirements of HIPAA. Individually Identifiable Health Information relating to specific individuals may be exchanged between Contractor and OHA for purposes directly related to the provision of services to Members which are funded in whole or in part under this Contract. However, Contractor shall not use or disclose any Individually Identifiable Health Information about specific individuals in a manner that would violate HIPAA Privacy Rules in 45 CFR Parts 160 and 164, OHA Privacy Rules, OAR Chapter 407 Division 014, or OHA Notice of Privacy Practices, if done by OHA. A copy of the most recent OHA Notice of Privacy Practices is posted on the OHA web site at: https://apps.state.or.us/cf1/FORMS/, Form number ME2090 Notice of Privacy Practices, or may be obtained from OHA.

**b.**     HIPAA Information Security. Contractor shall adopt and employ reasonable administrative and physical safeguards consistent with the Security Rules in 45 CFR Part 164 to ensure that Member Information shall be used by or disclosed only to the extent necessary for the permitted use or disclosure and consistent with applicable State and federal laws and the terms and

Ex. 3 - Wilson Decl.
Page 164 of 276

OHA_LIT_01152547

conditions of this Contract.  Security incidents involving Member Information must be immediately reported to DHS' Privacy Officer.

c.    Data Transactions Systems. Contractor shall comply with the HIPAA standards for electronic transactions published in 45 CFR Part 162 and the DHS EDT Rules, OAR 410-001-0000 through 410-001-0200. In order for Contractor to exchange electronic data transactions with OHA in connection with claims or encounter data, eligibility or Enrollment information, authorizations or other electronic transaction, Contractor shall execute an EDT Trading Partner Agreement with OHA and shall comply with the OHA EDT Rules.

d.    Consultation and Testing.  If Contractor reasonably believes that the Contractor's or OHA's data transactions system or other application of HIPAA privacy or security compliance policy may result in a violation of HIPAA requirements, Contractor shall promptly consult the OHA HIPAA officer.  Contractor or OHA may initiate a request for testing of HIPAA transaction requirements, subject to available resources and OHA testing schedule.

## 7.    Resource Conservation and Recovery

Contractor shall comply and require all Subcontractors to comply with all mandatory standards and policies that relate to resource conservation and recovery pursuant to the Resource Conservation and Recovery Act (codified at 42 U.S.C. 6901 et seq.).  Section 6002 of that Act (codified at 42 U.S.C. 6962) requires that preference be given in procurement programs to the purchase of specific products containing recycled materials identified in guidelines developed by the Environmental Protection Agency.  Current guidelines are set forth in 40 CFR Part 247.

## 8.    Audits

a.    Contractor shall comply, and require all subcontractors to comply, with applicable audit requirements and responsibilities set forth in this Contract and applicable state or federal law.

b.    If Contractor expends $500,000 or more in Federal funds (from all sources) in its fiscal year beginning prior to December 26, 2014, Contractor shall have a single organization-wide audit conducted in accordance with the Single Audit Act. If Contractor expends $750,000 or more in federal funds (from all sources) in a fiscal year beginning on or after December 26, 2014, Contractor shall have a single organization-wide audit conducted in accordance with the provisions of 2 CFR Subtitle B with guidance at 2 CFR Part 200. Copies of all audits must be submitted to OHA within 30 days of completion. If Contractor expends less than $500,000 in Federal funds in a fiscal year beginning prior to December 26, 2014, or less than $750,000 in a fiscal year beginning on or after that date, Contractor is exempt from Federal audit requirements for that year.  Records must be available as provided in Exhibit B, Part 8, Section 2.

## 9.    Debarment and Suspension

Contractor shall, in accordance with 42 CFR 438.808(b), not permit any person or entity to be a Subcontractor if the person or entity is listed on the non-procurement portion of the General Service Administration's "List of Parties Excluded from Federal Procurement or Nonprocurement Programs" in accordance with Executive Orders No. 12549 and No. 12689, "Debarment and Suspension". (See 2 CFR Part 180).  This list contains the names of parties debarred, suspended, or otherwise excluded by agencies, and contractors declared ineligible under statutory authority other than Executive Order No.

Ex. 3 - Wilson Decl.
Page 165 of 276

OHA_LIT_01152548

12549.  Subcontractors with awards that exceed the simplified acquisition threshold shall provide the required certification regarding their exclusion status and that of their principals prior to award. Contractor shall ensure that no amounts are paid to a Provider that could be excluded from participation in Medicare or Medicaid for any of the following reasons:

**a.**     The Provider is controlled by a sanctioned individual

**b.**     The Provider has a contractual relationship that provides for the administration, management or provision of medical services, or the establishment of policies, or the provision of operational support for the administration, management or provision of medical services, either directly or indirectly, with an individual convicted of certain crimes as described in section 1128(b)(8)(B) of the Social Security Act

**c.**     The Provider employs or contracts, directly or indirectly, for the furnishing of health care, utilization review, medical social work, or administrative services, with one of the following:

    **(i)**     Any individual or entity excluded from participation in Federal health care programs.

    **(ii)**    Any entity that would provide those services through an excluded individual or entity.

The Contract prohibits the Contractor from knowingly having a person with ownership of 5% or more of the Contractor's equity if such person is (or is affiliated with a person or entity that is) debarred, suspended, or excluded from participation in federal healthcare programs.

If OHA learns that Contractor has a prohibited relationship with a person or entity that is debarred, suspended, or excluded from participation in federal healthcare programs, OHA:
a. Must notify DHHS of Contractor's noncompliance;
b. May continue an existing agreement with the Contractor unless DHHS directs otherwise; and
c. May not renew or extend the existing contract with the Contractor unless DHHS provides to the State a written statement describing compelling reasons that exist for renewing or extending the Contract, consistent with 42 CFR 438.610.

**10.     Drug-Free Workplace**

Contractor shall comply and cause all Subcontractors to comply with the following provisions to maintain a drug-free workplace:  (i) Contractor certifies that it will provide a drug-free workplace by publishing a statement notifying its employees that the unlawful manufacture, distribution, dispensation, possession or use of a controlled substance, except as may be present in lawfully prescribed or over-the-counter medications, is prohibited in Contractor's workplace or while providing services to Members. Contractor's notice shall specify the actions that will be taken by Contractor against its employees for violation of such prohibitions; (ii) Establish a drug-free awareness program to inform its employees about: The dangers of drug abuse in the workplace, Contractor's policy of maintaining a drug-free workplace, any available drug counseling, rehabilitation, and employee assistance programs, and the penalties that may be imposed upon employees for drug abuse violations; (iii) Provide each employee to be engaged in the performance of services under this Contract a copy of the statement mentioned in Paragraph (i) above; (iv) Notify each employee in the statement required by Paragraph (i) above, that, as a condition of employment to provide services under this Contract, the employee will: abide by the terms of the statement, and notify the employer of any criminal drug statute conviction for a violation occurring in the workplace no later than five days after such conviction; (v) Notify OHA within 10 days after receiving notice under Paragraph (iv) above,  from an employee or otherwise receiving actual

Ex. 3 - Wilson Decl.
Page 166 of 276

OHA_LIT_01152549

notice of such conviction; (vi) Impose a sanction on, or require the satisfactory participation in a drug abuse assistance or rehabilitation program by any employee who is so convicted as required by Section 5154 of the Drug-Free Workplace Act of 1988; (vii) Make a good-faith effort to continue a drug-free workplace through implementation of Paragraphs (i) through (vi) above; (viii) Require any Subcontractor to comply with Paragraphs (i) through (vii) above; (ix) Neither Contractor, or any of Contractor's employees, officers, agents or Subcontractors may provide any service required under this Contract while under the influence of drugs. For purposes of this provision, "under the influence" means: observed abnormal behavior or impairments in mental or physical performance leading a reasonable person to believe the Contractor or Contractor's employee, officer, agent or Subcontractor has used a controlled substance, prescription or non-prescription medication that impairs the Contractor or Contractor's employee, officer, agent or Subcontractor's performance of essential job function or creates a direct threat to Clients or others. Examples of abnormal behavior include, but are not limited to: hallucinations, paranoia or violent outbursts. Examples of impairments in physical or mental performance include, but are not limited to: slurred speech, difficulty walking or performing job activities; and (x) Violation of any provision of this subsection may result in termination of this Contract.

**11.      Pro-Children Act**

Contractor shall comply and require all Subcontractors to comply with the Pro-Children Act of 1994 (codified at 20 U.S.C. Section 6081 et seq.).

**12.      Additional Medicaid and CHIP**

Contractor shall comply with all applicable federal and State laws and regulations pertaining to the provision of OHP Services under the Medicaid Act, Title XIX, 42 USC Section 1396 et seq., and CHIP benefits established by Title XXI of the Social Security Act, including without limitation:

a.      Keep such records as are necessary to fully disclose the extent of the services provided to individuals receiving OHP assistance and shall furnish such information to any State or federal agency responsible for administering the OHP program regarding any payments claimed by such person or institution for providing OHP Services as the State or federal agency may from time to time request. 42 USC Section 1396a(a)(27); 42 CFR 431.107(b)(1) & (2); and 42 CFR 457.950(a)(3).

b.      Comply with all disclosure requirements of 42 CFR 1002.3(a); 42 CFR 455 Subpart (B); and 42 CFR 457.900(a)(2).

c.      Certify when submitting any claim for the provision of OHP Services that the information submitted is true, accurate and complete. Contractor shall acknowledge Contractor's understanding that payment of the claim will be from federal and State funds and that any falsification or concealment of a material fact may be prosecuted under federal and State laws.

**13.      Agency-based Voter Registration**

If applicable, Contractor shall comply with the Agency-based Voter Registration sections of the National Voter Registration Act of 1993 that require voter registration opportunities be offered where an individual may apply for or receive an application for public assistance.

**14.      Clinical Laboratory Improvements**

Ex. 3 - Wilson Decl.
Page 167 of 276

OHA_LIT_01152550

Contractor shall and shall ensure that any Laboratories used by Contractor shall comply with the Clinical Laboratory Improvement Amendments (CLIA 1988), 42 CFR Part 493 Laboratory Requirements and ORS 438 (Clinical Laboratories, which require that all laboratory testing sites providing services under this Contract shall have either a Clinical Laboratory Improvement Amendments (CLIA) certificate of waiver or a certificate of registration along with a CLIA identification number. Those Laboratories with certificates of waiver will provide only the eight types of tests permitted under the terms of their waiver. Laboratories with certificates of registration may perform a full range of laboratory tests.

## 15.    Advance Directives

Contractor shall comply with 42 CFR Part 422.128 for maintaining written policies and procedures for Advance Directives.  This includes compliance with 42 CFR 489, Subpart I "Advance Directives" and OAR 410-120-1380, which establishes, among other requirements the requirements for compliance with Section 4751 of the Omnibus Budget Reconciliation Act of 1991 (OBRA) and ORS 127.649, Patient Self-Determination Act.  Contractor shall maintain written policies and procedures concerning Advance Directives with respect to all adult Members receiving medical care by Contractor.  Contractor shall provide adult Members with written information on Advance Directive policies and include a description of Oregon law.  The written information provided by Contractor must reflect changes in Oregon law as soon as possible, but no later than 90 days after the effective date of any change to Oregon law.  Contractor must also provide written information to adult Members with respect to the following:

a.     Their rights under Oregon law; and

b.     Contractor's policies respecting the implementation of those rights, including a statement of any limitation regarding the implementation of Advance Directives as a matter of conscience.

c.     The Contractor must inform Members that complaints concerning noncompliance with the Advance Directive requirements may be filed with OHA.

Contractor is prohibited from conditioning the provision of care or otherwise discriminating against a Member based on whether or not the individual has executed an advance directive per 42 CFR 438.6(i)(1); 42 CFR 422.128; or 42 CFR 489.102(a)(3).

## 16.    Practitioner Incentive Plans (PIP)

Contractor may operate a Practitioner Incentive Plan only if no specific payment is made directly or indirectly under the plan to a Provider as inducement to reduce or limit Medically Appropriate Covered Services provided to a Member. Contractor shall comply with all requirements of Exhibit H, Practitioner Incentive Plan Regulation Guidance, to ensure compliance with Sections 4204 (a) and 4731 of the Omnibus Budget Reconciliation Act of 1990 that concern Practitioner Incentive Plans.

## 17.    Risk HMO

If Contractor is a Risk HMO and is sanctioned by CMS under 42 CFR 438.730, payments provided for under this Contract will be denied for Members who enroll after the imposition of the sanction, as set forth under 42 CFR 438.726.

Contract # (XXXXXX)                    Exhibit E                    Page 168 of 227

Ex. 3 - Wilson Decl.
Page 168 of 276

OHA_LIT_01152551

Coordinated Care Organization – Amended and Restated                           Effective: January 1, 2018

## 18.    Conflict of Interest Safeguards

a.    Contractor shall not offer, promise, or engage in discussions regarding future employment or business opportunity with any DHS or OHA employee (or their relative or member of their household), and no DHS or OHA employee shall solicit, accept or engage in discussions regarding future employment or business opportunity, if such DHS or OHA employee participated personally and substantially in the procurement or administration of this Contract as a DHS or OHA employee.

b.    Contractor shall not offer, give, or promise to offer or give to any DHS or OHA employee (or any relative or member of their household), and such employees shall not accept, demand, solicit, or receive any gift or gifts with an aggregate value in excess of $50 during a calendar year or any gift of payment of expenses for entertainment. "Gift" for this purpose has the meaning defined in ORS 244.020(6) and OAR 199-005-0001 to 199-005-0035.

c.    Prior to the award of any replacement contract, Contractor shall not solicit or obtain, from any DHS or OHA employee, and no DHS or OHA employee may disclose, any proprietary or source selection information regarding such procurement, except as expressly authorized by the Director of OHA or DHS.

d.    Contractor shall not retain a former DHS or OHA employee to make any communication with or appearance before OHA on behalf of Contractor in connection with this Contract if that person participated personally and substantially in the procurement or administration of this Contract as a DHS or OHA employee.

e.    If a former DHS or OHA employee authorized or had a significant role in this Contract, Contractor shall not hire such a person in a position having a direct, beneficial, financial interest in this Contract during the two year period following that person's termination from DHS or OHA.

f.    Contractor shall develop appropriate policies and procedures to avoid actual or potential conflict of interest involving Members, DHS or OHA employees, and sub-contractors.  These policies and procedures shall include safeguards:

    (1)    against the Contractor's disclosure of applications, bids, proposal information, or source selection information; and

    (2)    requiring the Contractor to:

        (a)    promptly report any contact with an applicant, bidder or offeror in writing to OHA; and

        (b)    reject the possibility of possible employment; or disqualify itself from further personal and substantial participation in the procurement if Contractor contacts or is contacted by a person who is an applicant, bidder or offeror in a procurement involving federal funds regarding possible employment for the Contractor.

g.    The provisions of this section on Conflict of Interest are intended to be construed to assure the integrity of the procurement and administration of this Contract. For purposes of this Section:

Contract # (XXXXXX)                           Exhibit E

Ex. 3 - Wilson Decl.
Page 169 of 276

OHA_LIT_01152552

(1) "Contract" includes any similar contract between Contractor and OHA for a previous term.

(2) Contractor shall apply the definitions in the State Public Ethics Law, ORS 244.020, for "actual conflict of interest", "potential conflict of interest", "relative" and "member of household".

(3) "Contractor" for purposes of this section includes all Contractor's affiliates, assignees, subsidiaries, parent companies, successors and transferees, and persons under common control with the Contractor; any officers, directors, partners, agents and employees of such person; and all others acting or claiming to act on their behalf or in concert with them.

(4) "Participates" means actions of a DHS or OHA employee, through decision, approval, disapproval, recommendation, the rendering of advice, investigation or otherwise in connection with the Contract.

(5) "Personally and substantially" has the same meaning as "personal and substantial" as set forth in 5 CFR 2635.402(b)(4).

## 19. Non-Discrimination

Contractor shall comply, and require its Subcontractors to comply, with all federal and State laws and regulations including Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972 (regarding education programs and activities) the Age Discrimination Act of 1975, the Rehabilitation Act of 1973, the Americans with Disabilities Act (ADA) of 1990, and all amendments to those acts and all regulations promulgated thereunder. Contractor shall also comply with all applicable requirements of State civil rights and rehabilitation statutes and rules.

## 20. OASIS

To the extent applicable, Contractor shall comply with, and shall require Subcontractors to comply with, the Outcome and Assessment Information Set (OASIS) reporting requirements and patient notice requirements for skilled services provided by Home Health Agencies, pursuant to CMS requirements published in 42 CFR 484.20, and such subsequent regulations as CMS may issue in relation to the OASIS program.

## 21. Patient Rights Condition of Participation

To the extent applicable, Contractor shall comply with, and shall require Subcontractors to comply with, the Patient Rights Condition of Participation (COP) that Hospitals must meet to continue participation in the Medicaid program, pursuant to 42 CFR Part 482. For purposes of this Contract, Hospitals include short-term, psychiatric, rehabilitation, long-term, and children's hospitals.

## 22. Federal Grant Requirements

The federal Medicaid rules establish that OHA is a recipient of federal financial assistance, and therefore is subject to federal grant requirements pursuant to 42 CFR 430.2(b). To the extent applicable to Contractor or to the extent OHA requires Contractor to supply information or comply with procedures to

Ex. 3 - Wilson Decl.
Page 170 of 276

OHA_LIT_01152553

permit OHA to satisfy its obligations federal grant obligations or both, Contractor must comply with the following parts of 45 CFR:

a.    Part 74, including Appendix A (uniform federal grant administration requirements);

b.    Part 92 (uniform administrative requirements for grants to state, local and tribal governments);

c.    Part 80 (nondiscrimination under Title VI of the Civil Rights Act);

d.    Part 84 (nondiscrimination on the basis of handicap);

e.    Part 91 (nondiscrimination on the basis of age);

f.    Part 95 (Medicaid and CHIP federal grant administration requirements); and

g.    Contractor shall not expend, and Contractor shall include a provision in any Subcontract that its Subcontractor shall not expend, any of the funds paid under this Contract for roads, bridges, stadiums, or any other item or service not covered under the OHP.

## 23.    Mental Health Parity

Contractor shall adhere to CMS guidelines regarding Mental Health Parity detailed below:

a.    If Contractor does not include an aggregate lifetime or annual dollar limit on any medical/surgical benefits or includes an aggregate lifetime or annual dollar limit that applies to less than one-third of all medical/surgical benefits provided to enrollees, it may not impose an aggregate lifetime or annual dollar limit, respectively, on mental health or substance use disorder benefits;

b.    If Contractor includes an aggregate lifetime or annual dollar limit on at least two-thirds of all medical/surgical benefits provided to enrollees, it must either apply the aggregate lifetime or annual dollar limit both to the medical/surgical benefits to which the limit would otherwise apply and to mental health or substance use disorder benefits in a manner that does not distinguish between the medical/surgical benefits and mental health or substance use disorder benefits; or not include an aggregate lifetime or annual dollar limit on mental health or substance use disorder benefits that is more restrictive than the aggregate lifetime or annual dollar limit, respectively, on medical/surgical benefits;

c.    If Contractor includes an aggregate lifetime limit or annual dollar amount that applies to one-third or more but less than two-thirds of all medical/surgical benefits provided to enrollees, it must either impose no aggregate lifetime or annual dollar limit on mental health or substance use disorder benefits; or impose an aggregate lifetime or annual dollar limit on mental health or substance use disorder benefits that is no more restrictive than an average limit calculated for medical/surgical benefits in accordance with 42 CFR 438.905(e)(ii);

Ex. 3 - Wilson Decl.
Page 171 of 276

OHA_LIT_01152554

d.      Contractor must not apply any financial requirement or treatment limitation to mental health or substance use disorder benefits in any classification that is more restrictive than the predominant financial requirement or treatment limitation of that type applied to substantially all medical/surgical benefits in the same classification furnished to enrollees (whether or not the benefits are furnished by Contractor).

e.      If a member is provided mental health or substance use disorder benefits in any classification of benefits (inpatient, outpatient, emergency care, or prescription drugs), mental health or substance use disorder benefits must be provided to the member in every classification in which medical/surgical benefits are provided;

f.      Contractor may not apply any cumulative financial requirements for mental health or substance use disorder benefits in a classification (inpatient, outpatient, emergency care, prescription drugs) that accumulates separately from any established for medical/surgical benefits in the same classification;

g.      Contractor may not impose NQTLs for mental health or substance use disorder benefits in any classification unless, under the policies and procedures of Contractor as written and in operation, any processes, strategies, evidentiary standards, or other factors used in applying the NQTL to mental health or substance use disorder benefits in the classification are comparable to, and are applied no more stringently than, the processes, strategies, evidentiary standards, or other factors used in applying the limitation for medical/surgical benefits in the classification;

h.      Contractor shall provide all necessary documentation and reporting required by OHA to establish and demonstrate compliance with 42 CFR part 438, subpart K regarding parity in mental health and substance use disorder benefits.

i.      Contractor shall use processes, strategies, evidentiary standards or other factors in determining access to out of network providers for mental health or substance use disorder benefits that are comparable to and applied no more stringently than, the processes, strategies, evidentiary standards or other factors in determining access to out of network providers for medical/surgical benefits in the same classification.

Contract # (XXXXXX)                    Exhibit E                    Page 172 of 227

Ex. 3 - Wilson Decl.
Page 172 of 276

OHA_LIT_01152555

## Exhibit F – Insurance Requirements

**Required Insurance:** Contractor shall obtain at Contractor's expense the insurance specified in this Exhibit F, prior to performing under this Contract, and shall maintain it in full force and at its own expense throughout the duration of this Contract. Contractor shall obtain the following insurance from insurance companies or entities that are authorized to transact the business of insurance and issue coverage in the State of Oregon and that are acceptable to OHA.

1. **Workers' Compensation:** All employers, including Contractor, that employ subject workers, as defined in ORS 656.027, shall comply with ORS 656.017, and shall provide worker's compensation insurance coverage for those workers, unless they meet the requirement for an exemption under ORS 656.126(2). If Contractor is a subject employer, as defined in ORS 656.023, Contractor shall obtain employers' liability insurance coverage. Contractor shall require and ensure that each of its Subcontractors complies with these requirements.

2. **Professional Liability:** Covers any damages caused by an error, omission or any negligent acts related to the services to be provided under this Contract. This insurance shall include claims of negligent Provider selection, direct corporate professional liability, wrongful denial of treatment, and breach of privacy. Contractor shall provide proof of insurance with not less than the following limits:

   Per occurrence limit for any single Claimant of not less than $2,000,000, and
   Per occurrence limit for multiple Claimants of not less than $4,000,000.

3. **Commercial General Liability:** Covers bodily injury, death and property damage in a form and with coverages that are satisfactory to the State. This insurance shall include personal injury liability, products and completed operations. Coverage shall be written on an occurrence basis. Contractor shall provide proof of insurance with not less than the following limits:

   **Bodily Injury/Death**

   A combined single limit per occurrence of not less than $2,000,000, and
   An aggregate limit for all claims of not less than $4,000,000.

   AND

   **Property Damage:**

   A combined single limit per occurrence of not less than $200,000, and
   An aggregate limit for all claims of not less than $600,000.

4. **Automobile Liability:** Insurance covering all owned, non-owned, or hired vehicles. This coverage may be written in combination with the Commercial General Liability Insurance (with separate limits for "Commercial General Liability" and "Automobile Liability"). Contractor shall provide proof of insurance with no less than the following limits:

   **Bodily Injury/Death**

   A combined single limit per occurrence of not less than $2,000,000, and
   An aggregate limit for all claims of not less than $4,000,000.

Ex. 3 - Wilson Decl.
Page 173 of 276

OHA_LIT_01152556

AND

**Property Damage:**

A combined single limit per occurrence of not less than $200,000, and
An aggregate limit for all claims of not less than $600,000.

From July 1, 2016 and every year thereafter, the coverage limitations set forth herein shall be adjusted to comply with the limits determined by the State Court Administrator pursuant to ORS 30.271(4).

5.   **Additional Insured:**  The Commercial General Liability insurance and Automobile Liability insurance required under this Contract shall include the State of Oregon, its officers, employees and agents as Additional Insureds but only with respect to Contractor's activities to be performed under this Contract. Coverage shall be primary and non-contributory with any other insurance and self-insurance.

6.   **Notice of Cancellation or Change:**  Contractor shall assure that no cancellation, material change, potential exhaustion of aggregate limits or non–renewal of insurance coverage(s) occurs without 60 days prior written notice from Contractor or its insurer(s) to OHA.  Any failure to comply with this clause constitutes a material breach of Contract and is grounds for immediate termination of this Contract by OHA.

7.   **Proof of Insurance:**  Contractor shall provide to OHA information requested in Part VII "Contractor Data and Certification" of the Contract Document, for all required insurance before delivering any goods and performing any services required under this Contract.  Contractor shall pay for all deductibles, self-insured retentions, and self-insurance, if any.

8.   **"Tail" Coverage:**  If any of the required liability insurance is on a "claims made" basis, Contractor shall either maintain either "tail" coverage or continuous "claims made" liability coverage, provided the effective date of the continuous "claims made" coverage is on or before the effective date of this Contract, for a minimum of 24 months following the later of (i) Contractor's completion and OHA's acceptance of all Services required under this Contract, or, (ii) The expiration of all warranty periods provided under this Contract.  Notwithstanding the foregoing 24-month requirement, if Contractor elects to maintain "tail" coverage and if the maximum time period "tail" coverage reasonably available in the marketplace is less than the 24-month period described above, then Contractor shall maintain "tail" coverage for the maximum time period that "tail" coverage is reasonably available in the marketplace for the coverage required under this Contract.  Contractor shall provide to OHA, upon OHA's request, certification of the coverage required under this Section 8.

9.   **Self-insurance:**  Contractor may fulfill one or more of its insurance obligations herein through a program of self-insurance, provided that Contractor's self-insurance program complies with all applicable laws, provides coverage equivalent in both type and level to that required in this Exhibit F, and is reasonably acceptable to OHA.  Notwithstanding Section 7 of this Exhibit F, Contractor shall furnish an acceptable insurance certificate to OHA for any insurance coverage required by this Contract that is fulfilled through self-insurance.  Stop-loss insurance and reinsurance coverage against catastrophic and unexpected expenses may not be self-insured.

Ex. 3 - Wilson Decl.
Page 174 of 276

OHA_LIT_01152557

**Exhibit G – Reporting of Delivery System Network Providers,
Cooperative Agreements, and Hospital Adequacy**

1.      **Delivery System Network (DSN) Reports**

Contractor shall demonstrate compliance with federal and state Provider network standards by submitting a DSN Provider Narrative Report and a DSN Provider Capacity Report to OHA as specified in this Section 1 no later than July 1st of every year.  Subsequently, Contractor shall update these reports any time there has been a Material Change in Contractor's operations that would affect adequate capacity and services, and upon OHA request.

Contractor shall maintain and monitor a Participating Provider Panel that is supported with written agreements.  Contractor shall ensure to encompass the scope of network adequacy standards established in accordance with paragraphs (b)(1) and (2) of 42 CFR 438.206 must include all geographic areas covered by the managed care program or, if applicable, the contract between the State and CCO. Contractor shall ensure access to integrated and coordinated care as outlined in OAR 410-141-3160, maintain a Provider Panel of sufficient capacity and expertise to provide adequate, timely and Medically Appropriate access to members and ensure access to a DSN that meets time and distance standards in OAR 410-141-3220 and the time to appointments timeframes in OAR 410-141-3220.

a.      **DSN Provider Narrative Report**

(1)     Pursuant to 42 CFR 438.68 "Network adequacy standards" and 457.1230 Access standards," Contractor shall report to OHA annually, in a form provided by OHA, (a) that all Covered Services are available and accessible to Members, pursuant to 42 CFR 438.206 and  457.1230 CHIP, and (b) that the Contractor demonstrates adequate Provider capacity and meets time and distance standards in OAR 410-141-3220 and time to appointment standards in OAR 410-121-3220

(2)     Contractor shall include in the DSN Provider Narrative Report information and analysis of how it ensures, monitors and evaluates adequate Provider capacity, including the geographic location of network providers and members, considering distance, travel time, and the means of transportation ordinarily used by members. If any of these activities are subcontracted, Contractor shall describe how it provides oversight and monitoring. Contractor may elect to contract for or to delegate responsibility for the reporting, evaluation and monitoring of adequate Provider capacity; however, Contractor shall be accountable for meeting state and federal requirements and responsible for oversight of the following processes, regardless of whether the activities are provided directly, contracted or delegated.

(a)     How does Contractor maintain a DSN of appropriate Providers to sufficiently provide adequate access to all Covered Services?

(b)     How does Contractor monitor the DSN of appropriate Providers to sufficiently provide adequate access to all services covered under this Contract including Special Health Care Needs?

(c)     If the DSN is unable to provide necessary Covered Services, to a particular Member, how does Contractor provide adequate and timely services out of its

Ex. 3 - Wilson Decl.
Page 175 of 276

OHA_LIT_01152558

DSN for a Member, for as long as the Contractor is unable to provide them within its DSN?

**(d)**     How does Contractor require Providers to meet OHA standards for timely access to routine, urgent and emergent care and services, taking into account the urgency of the need for services?

**(e)**     How does Contractor monitor compliance by Providers of timely access to care and services?

**(f)**     How does Contractor monitor availability of services when Medically Appropriate routine, urgent and emergent services?

**(g)**     What Corrective Actions has Contractor taken if there was a failure to comply with any provision or timeliness of services during the prior year?  If, any, what is the current status of the Corrective Action and compliance?

**(h)**     In the current year, what is Contactor doing to provide delivery of services in a culturally competent manner to all Members, including those with limited English proficiency and diverse cultural and ethnic backgrounds?

**(i)**     What does Contractor do to monitor subcontracted activities related to Provider capacity?  Be specific to each activity subcontracted.

**b.**     **DSN Provider Capacity Report**

Contractor shall describe its DSN capacity by submitting a DSN Provider Capacity Report on July 1st of every year, with its DSN Provider Narrative as described above, for the following categories of services or types of service providers.  Contractor's DSN service providers, whether employed by or under subcontract with Contractor, must have agreed with Contractor to provide the described services or items to Medicaid and Fully Dual Eligible Members. Contractor shall base its DSN upon its community health assessment (if available), community health improvement plan (if available), and Transformation Plan for delivery of integrated and coordinated health, Dental Services, mental health, and Substance Use Disorders treatment services and supports.

**(1)**     Contractor shall include in its DSN Provider Capacity Report the data elements in Subsection (2)(b) below about each Provider or facility Subsection (2)(a) below, using format provided by OHA; however, certain categories of providers may be described in narrative form as described in Subsection (3) below.

**(a)**     Providers listed in DSN Capacity Report shall be categorized by MMIS Provider Type Code and Specialty Type Code.  All provider types used by Plans to certify that provider network meets State standards under 410-141-3220 shall be included in DSN Capacity Report.

**(b)**     For patient centered primary care homes, information should include the certification Tier and the number of Members assigned to the Network Provider participating as a PCPCH.

Ex. 3 - Wilson Decl.
Page 176 of 276

OHA_LIT_01152559

**(2)**   Required Data Elements:

(a)   Practitioners and Facilities:

**(i)**   Name of Practitioner or Facility
**(ii)**   Type of Practitioner or Facility
**(iii)**   Practitioner or Facility Specialty Type
**(iv)**   Address
**(v)**   Telephone number
**(vi)**   NPI number
**(vii)**   Medicaid ID Number (DMAP)
**(viii)**   Non-English language spoken to include American Sign Language

(b)   Category of Service

**(i)**   Hospital, acute  psychiatric care
**(ii)**   Alcohol/Drug
**(iii)**   Ambulance and Emergency Medical Transportation
**(iv)**   Certified or Qualified Health Care Interpreters
**(v)**   Traditional Health Workers
**(vi)**   Community prevention services
**(vii)**   Dental Services Providers, Pediatric and Adult
**(viii)**   Federally qualified health centers
**(ix)**   Health education, health promotion, health literacy
**(x)**   Home health
**(xi)**   Hospice
**(xii)**   Hospital
**(xiii)**   Imaging
**(xiv)**   Indian Health Service and tribal health services
**(xv)**   Mental health Providers, Pediatric and Adult
**(xvi)**   Mental Health Crisis Services
**(xvii)**   Non-Emergent Medical Transportation
**(xviii)**   Oral health Providers, all Specialty Types
**(xix)**   Palliative care
**(xx)**   Patient Centered Primary Care Homes
**(xxi)**   Pharmacies and durable medical Providers
**(xxii)**   Post-hospital skilled nursing facility
**(xxiii)**   Primary Care Providers, Pediatric and Adult
**(xxiv)**   Rural health centers
**(xxv)**   School-based health centers
**(xxvi)**   Specialty practitioners
**(xxvii)**   Substance Use Disorders Providers, Pediatric and Adult
**(xxviii)**Traditional Health Workers
**(xxix)**   Urgent care center
**(xxx)**   Others not listed but counted by the Contractor as contributing to the integrated and coordinated service delivery network.

**c.**   **Cooperative Agreements with Publicly Funded Programs Report:**

Ex. 3 - Wilson Decl.
Page 177 of 276

OHA_LIT_01152560

To implement and formalize coordination and ensure relationships exist between Contractor and publicly funded health care and service programs, Contractor shall complete the following table and submit it to the OHA Contract Administration Unit by July 1st of every year, and provide additional information upon OHA request.

| Name of publicly funded program | Type of public program [(e.g., county mental health dept.)] | County in which program provides services | Does Contractor have a Memorandum of Understanding? [Description of the services provided in relation to Contractor's services] | What has been the involvement of the public program in Contractor's operations (on the board, on the Community Advisory Council, on Quality Assurance Committee, specify if subcontract, etc.)? |
|---|---|---|---|---|
| | Local Mental Health Authority | | | |
| | Community Mental Health Programs | | | |
| | Type B AAA | | | |
| | State APD district offices | | | |
| | Local public health authority | | | |

**d.      Cooperative Agreements with Community Social and Support Service and Long Term Care Report:**

To implement and formalize coordination and ensure relationships exist between Contractor and the following entities, Contractor shall provide the following information in a brief narrative report or table and submit to the OHA Contract Administration Unit by July 1st of every year, and provide additional information upon OHA request.

(1)      Referral and cooperative arrangements with culturally diverse social and support services organizations, required to be established by Exhibit B, Part 4, Subsection (5)(c).

(2)      Cooperative arrangements and agreements to provide for medications with residential, nursing facilities, foster care and group homes, required by Exhibit B, Part 4, Subsection (5)(e).

(3)      Cooperative arrangements and agreements with DHS Child Welfare offices to assure timely assessments for Member children placed under Child Welfare custody, as required by Exhibit B, Part 2, Subsection(4)(m)(3)(g).

Ex. 3 - Wilson Decl.
Page 178 of 276

OHA_LIT_01152561

Ex. 3 - Wilson Decl.
Page 179 of 276

OHA_LIT_01152562

2.  **Hospital Network Adequacy**

a.  This Hospital Adequacy Report is an annual report of admissions and paid amounts that details Hospital admissions at Contracted Hospitals and Hospital admissions at Non-Contracted Hospitals. The Hospital Adequacy Report will also include the Contractor's total outpatient costs at Contracted Hospitals and the Contractor's total outpatient costs at Non-Contracted Hospitals. Contractor shall submit to the OHA Contract Administration Unit (CAU) by March 31 following the end of the calendar year reporting period. The Hospital Adequacy Report template is available on the Contract Reports Web Site.   OHA will review and analyze non-contracted claims by Contractor annually to determine if all Hospital services are adequately represented.

b.  Contractor and Hospitals are expected to contract for an adequate Hospital network for a full range of services reasonably expected to meet the needs of the Contractor's number and location of Members.

3.  **Definitions:**

**Contracted Hospital -** in this Exhibit G means a Hospital that is a Subcontractor.

**Non-Contracted Hospital** – in this Exhibit G means a Hospital that is not a Subcontractor.

4.  The following benchmarks will be monitored and evaluated to assess the adequacy of a Hospital network:

a.  A minimum of 90% of Contractor's total inpatient admissions (excluding all outpatient services) shall be provided in Hospitals under contract with the Contractor.

b.  A minimum of 90% of Contractor's total dollars paid for all outpatient services (excluding amounts paid for inpatient admissions) shall be provided in Hospitals under contract with the Contractor.

5.  In those instances where the percentage of Non-Contracted Hospital services are below the benchmarks or the OHA review of the Contractor's annual report of Hospital admissions by DRG indicates Contractor's Hospital network is not adequate, OHA shall determine if the Contractor and Hospital(s) have both made a good faith effort to contract with each other.

The determination of good faith shall consider the following:

a.  The amount of time the Contractor has been actively trying to negotiate a contractual arrangement with the Hospital(s) for the services involved;

b.  The payment rates and methodology the Contractor has offered to the Hospital(s);

c.  The payment rates and methodology the Hospital has offered to the Contractor;

d.  Other Hospital cost associated with non-financial contractual terms the Contractor has proposed including prior-authorization and other utilization management policies and practices;

e.  The Contractor's track record with respect to claims payment timeliness, overturned claims, denials, and Hospital complaints;

Ex. 3 - Wilson Decl.
Page 180 of 276

OHA_LIT_01152563

Coordinated Care Organization – Amended and Restated                    Effective: January 1, 2018

 **f.**  The Contractor's solvency status; and

 **g.**  The Hospital(s)' reasons for not contracting with the Contractor.

 **h.**  If OHA determines that the Contractor has made a good faith effort to contract with the Hospital, OHA shall modify the benchmark calculation, if necessary, for the Contractor to exclude the Hospital so the Contractor is not penalized for a Hospital's failure to contract in good faith with the Contractor.

 **i.**  If OHA determines that the Contractor did not make a good faith effort, to negotiate and enter into reasonable contracts, OHA may invoke the following remedies (until such time that the Contractor achieves the benchmarks or provides documentation to OHA that it has an adequate Hospital panel):

  **(1)**  Monthly reporting;

  **(2)**  Partial withholding of CCO Payments (to be returned retroactively to the Contractor upon achieving compliance or termination/non-renewal of the contract); and finally,

  **(3)**  Termination or non-renewal of this Contract.

Contract # (XXXXXX)        Exhibit G        Page 181 of 227

OHA_LIT_01152564

**Exhibit H – Physician Incentive Plan Regulation Guidance**

1.      **Background/Authority:**

This Contract requires that Contractor complies with the requirements set forth in 42 CFR 422.208 and 422.210 by disclosing information about Practitioner Incentive Plans (PIP) to OHA. If Contractor utilizes compensation arrangements placing Physicians or Physician Groups at Substantial Financial Risk (as defined in this Exhibit) Contractor must also assure provision of adequate PIP Stop-loss Protection and conduct beneficiary surveys.

These Contract requirements implement federal law and regulations to protect Members against improper clinical decisions made under the influence of strong financial incentives.  Therefore, it is the financial arrangement under which the Physician is operating that is of interest and potential concern. Consequently, Contractors must report on the "bottom tier" - that is, the arrangement under which the participating Physician is operating.  The reporting requirement is imposed on Contractors because that is the entity or Physician Group with which OHA has a contractual relationship and the entity, which is ultimately responsible, under the statute, for making sure that adequate safeguards are in place.

A Physician Incentive Plan (PIP) is defined as "any compensation to pay a Physician or Physician Group that may directly or indirectly have the effect of reducing or limiting services furnished to any Member". The compensation arrangements negotiated between Subcontractors of an MCO (e.g., Physician-hospital organizations, IPAs) and a Physician or group are of particular importance, given that the compensation arrangements with which a Physician is most familiar will have the greatest potential to affect the Physician's referral behavior.  For this reason, all Subcontracting tiers of the Contractor's arrangements are subject to the regulation and must be disclosed to OHA.

Note that PIP rules differentiate between Physician Groups and Intermediate Entities. Examples of Intermediate Entities include Individual Practice Associations (IPAs) that contract with one or more Physician Groups, as well as Physician-hospital organizations. IPAs that contract only with individual Physicians and not with Physician Groups are considered Physician Groups under this rule.

2.      **Glossary of Terms:**

As used in this Exhibit H, these terms have the following meaning wherever the term is used, unless expressly defined otherwise in this Contract.

**Bonus** means a payment a physician or entity receives beyond any salary, fee-for-service payments, Capitation or returned withhold. Bonuses and other compensation that are not based on referral levels (such as Bonuses based solely on quality of care, patient satisfaction or physician participation on a committee) are not considered in the calculation of Substantial Financial Risk.

**Capitation** means a set dollar payment per patient per unit of time (usually per month) that is paid to cover a specified set of services and administrative costs without regard to the actual number of services provided. The services covered may include a physician's own services, Referral Services or all medical services.

OHA_LIT_01152565

**Panel Size** means the number of patients served by a physician or Physician Group. If the panel is greater than 25,000 patients, then the Physician Group is not considered to be at Substantial Financial Risk because the risk is spread over the large number of patients. PIP Stop-loss Protection and Beneficiary Surveys would not be required.

**Physician Group** means a partnership, association, Corporation, Individual Practice Association (IPA), or other group that distributes income from the practice among members. An IPA is a Physician Group only if it is composed of individual physicians and has no subcontracts with other Physician Groups.

**Intermediate Entities** are entities, which contract between Contractor and one of its Subcontractors and a physician or Physician Group, other than Physician Groups themselves. An IPA is considered an Intermediate Entity if it contracts with one or more Physician Groups in addition to contracting with individual physicians.

**Practitioner Incentive Plan (PIP)** means any compensation arrangement at any contracting level between Contractor and a physician or Physician Group that may directly or indirectly have the effect of reducing or limiting services furnished to Members. Contractor must report on Practitioner Incentive Plans between the Contractor itself and individual physicians and groups and also between groups or Intermediate contracting Entities (e.g., certain IPAs, Physician-Hospital Organizations) and individual physicians and groups.

**PIP Stop-loss Protection** refers to insurance required to protect Physicians or Physician Groups to whom Substantial Financial Risk has been transferred.

**Potential Payments** means the maximum anticipated total payments (based on the most recent year's utilization and experience and any current or anticipated factors that may affect payment amounts) that could be received if use or costs of Referral Services were low enough. These payments include amounts paid for services furnished or referred by the physician/group, plus amounts paid for administrative costs. The only payments not included in Potential Payments are Bonuses or other compensation not based on referrals (e.g., bonuses based on patient satisfaction or other quality of care factors).

**Referral Services** means any specialty, Inpatient, Outpatient or laboratory services that are ordered or arranged, but not furnished directly. Situations may arise where services not normally considered Referral Services will need to be considered Referral Services for purposes of determining if a physician/group is at Substantial Financial Risk. For instance, Contractor may require a physician/group to authorize "retroactive" referrals for emergency care received outside the Contractor's network. In so far as the physician/group can experience an increase in Bonus (if emergency referrals are low) or a reduction in capitation/increase in withhold (if emergency referrals are high), then these Emergency Services are considered Referral Services and need to be included in the calculation of Substantial Financial Risk.

Also, if a Physician Group contracts with an individual physician or another group to provide services, which the initial group cannot provide itself, any services referred to the contracted physician/group should be considered Referral Services.

Ex. 3 - Wilson Decl.
Page 183 of 276

OHA_LIT_01152566

**Substantial Financial Risk (SFR)** means an incentive arrangement that places the physician or Physician Group at risk for amounts beyond the risk threshold, if the risk is based on the use or costs of Referral Services. The risk threshold is 25%. Calculation of Substantial Financial Risk shall be determined pursuant to Section 3 of this Exhibit.

**Withhold** means a percentage of payments or set dollar amounts that are deducted from a service fee, capitation or salary payment, and that may or may not be returned, depending on specific predetermined factors.

3.      **Reporting to OHA**

In order to determine compliance with 42 CFR 422.208-422.210, Contractor shall report to OHA the following information for each medical group and physician providing health services to the OHA Members:

- Whether any risk is transferred to the Provider
- Whether risk is transferred to the Provider for Referral Services
- What method is used to transfer risk
- What percent of the total Potential Payment to the Provider is at risk for referrals
- What is the number of patients included in the same risk arrangement if the number of patients is 25,000 or fewer, what is the type and amount of PIP Stop-loss Protection insurance
- Whether Contractor's Physician Incentive Plan places physicians or Physician Groups at "Substantial Financial Risk" as determined in Section 4 of this Exhibit H.
- If SFR is established:

    a.  the amount of PIP Stop-loss Protection required; and

    b.  the means for complying with survey requirements

Contractor shall file the CMS PIP Disclosure Form located on the Contract Reports Web Site.

4.      **Calculation and Determination:**

Contractor shall determine the amount of referral risk by using the following formula:

Amount at risk for Referral Services
Referral Risk = Maximum Potential Payments

The amount at risk for Referral Services is the difference between the maximum potential referral payments and the minimum potential referral payments. Bonuses unrelated to utilization (e.g., quality bonuses such as those related to member satisfaction or open physician panels) should not be counted towards referral payments. Maximum Potential Payments is defined as the maximum anticipated total payments that the physician/group could receive. If there is no specific dollar or percentage amount noted in the incentive arrangement, then the PIP should be considered as potentially putting 100% of the Potential Payments at risk for Referral Services.

Ex. 3 - Wilson Decl.
Page 184 of 276

OHA_LIT_01152567

The SFR threshold is set at 25% of "Potential Payments" for Covered Services, regardless of the frequency of assessment (i.e. collection) or distribution of payments. SFR is present when the 25% threshold is exceeded. However, if the pool of patients that are included in the risk arrangement exceeds 25,000, the arrangement is not considered to be at SFR because the risk is spread over so many lives. See pooling rules below.

The following incentive arrangements should be considered as SFR:

a.      Withholds greater than 25 percent of Potential Payments.

b.      Withholds less than 25 percent of Potential Payments if the physician or Physician Group is potentially liable for amounts exceeding 25 percent of Potential Payments.

c.      Bonuses that are greater than 33 percent of Potential Payments minus the Bonus.

d.      Withholds plus Bonuses if the Withholds plus Bonuses equal more than 25 percent of Potential Payments. The threshold Bonus percentage for a particular Withhold percentage may be calculated using the formula: Withhold % = -0.75 (Bonus %)+25%.

e.      Capitation, arrangements, if the difference between the maximum Potential Payments and the minimum Potential Payments is more than 25 percent of the maximum Potential Payments; or the maximum and minimum Potential Payments are not clearly explained in the physician's or Physician Group's contract.

f.      Any other incentive arrangements that have the potential to hold a physician or Physician Group liable for more than 25 percent of Potential Payments.

If Contractor's Practitioner Incentive Plan places physicians or Physician Groups at SFR, Contractors shall establish and maintain PIP Stop-loss Protection, as required in this Section 5, Subsection a, and conduct survey as required in Section 6 of this Exhibit.

a.      **PIP Stop Loss Protection**

Stop-loss Protection must be in place to protect physicians and Physician Groups to whom SFR has been transferred. Either aggregate or per patient stop-loss may be acquired. Aggregate insurance is excess loss coverage that accumulates based on total costs of the entire population for which they are at risk and which provides reimbursement after the expected total cost exceeds a pre-determined level. Individual insurance is where a specific Provider excess loss accumulates based on per member per year claims.

The rule specifies that if aggregate stop-loss is provided, it must cover 90% of the cost of Referral Services that exceed 25% of Potential Payments. Physicians and groups can be liable for only 10%. If per patient PIP Stop-loss Protection is acquired, it must be determined based on the physician or Physician Group's patient Panel Size (calculated according to Subsection b., of this Exhibit) and cover 90% of the referral costs which exceed the following per patient limits:

| Panel Size | Combined Institutional Professional Deductible | Institutional Deductible | Professional Deductible |
|---|---|---|---|
| 1-1000 | $6,000* | $10,000* | $3,000* |
| 1,001 - 5000 | $30,000 | $40,000 | $10,000 |

Ex. 3 - Wilson Decl.
Page 185 of 276

OHA_LIT_01152568

| | | | |
|---|---|---|---|
| 5,001 - 8,000 | $40,000 | $60,000 | $15,000 |
| 8,001 - 10,000 | $75,000 | $100,000 | $20,000 |
| 10,001 - 25,000 | $150,000 | $200,000 | $25,000 |
| > 25,000 | none | none | none |

*The asterisks in this table indicate that, in these situations, PIP Stop-loss insurance would be impractical. Not only would the premiums be prohibitively expensive, but the protections for patients would likely not be adequate for panels of fewer than 500 patients. Contractors and Physician Groups clearly should not be putting physicians at financial risk for Panel Sizes this small. It is OHA's understanding that doing so is not common. For completeness, however, the table does show what the limits would be in these circumstances.

The institutional and professional stop-loss limits above represent the actuarial equivalents of the combined institutional and professional deductible. The Physician Group or Contractor may choose to purchase whatever type is best suited to cover the referral risk in the incentive arrangement.

b.     Pooling Criteria

To determine the Patient Panel Size in the above chart, Contractor may pool according to the specific criteria below. If Contractor meets all five criteria required for the pooling of risk, Contractor is allowed to pool that risk in order to determine the amount of stop-loss required by the regulation:

(1)     Pooling of patients is otherwise consistent with the relevant contracts governing the compensation arrangements for the physician or group;

(2)     The physician or group is at risk for Referral Services with respect to each of the categories of patients being pooled;

(3)     The terms of the compensation arrangements permit the physician or group to spread the risk across the categories of patients being pooled (i.e., payments must be held in a common risk pool);

(4)     The distribution of payments to physicians from the risk pool is not calculated separately by patient category (either by Contractor or by Medicaid, Medicare, or commercial); and

(5)     The terms of the risk borne by the physician or group are comparable for all categories of patients being pooled.

c.     Contractor shall establish a procedure under which their Subcontractors are required to submit stop-loss documentation.  Contractors shall collect stop-loss information from each Subcontractor and shall retain this information for a recommended three years.

5.     Surveys:

Contractor shall conduct a customer survey of both Members and disenrollees if any physician or Physician Groups in the Contractor's network are placed at Substantial Financial Risk for Referral Services, as defined by the Physician Incentive Regulations.  If a survey is required it must be conducted in accordance with Section 7, of this Exhibit H.

Ex. 3 - Wilson Decl.
Page 186 of 276

OHA_LIT_01152569

6.    **Disclosure to Members:**

At Member's request, Contractor must provide information indicating whether it or any of its contractors or Subcontractors use a PIP that may affect the use of Referral Services, the type of incentive arrangement(s) used, and whether PIP Stop-loss Protection is provided. If Contractor is required to conduct a survey, it must also provide Members and OHA with a summary of survey results.

7.    **Monitoring:**

a.    Contractor shall file the CMS PIP Disclosure Form located on the Contract Reports Web Site.

Ex. 3 - Wilson Decl.
Page 187 of 276

OHA_LIT_01152570

Coordinated Care Organization – Amended and Restated                    Effective:  January 1, 2018

## Exhibit I – Grievance System

Contractor shall establish internal Grievance procedures under which Members, or Providers acting on their behalf, may challenge any Action.  Contractor shall maintain its Grievance System in accordance with this exhibit, OAR 410-141-3225 through 410-141-3255 and 42 CFR 438.400 through 438.424.

**1.      Grievance System**

Contractor shall have a system in place for Members that includes a Grievance process, an Appeal process and access to a Contested Case Hearing.  Each CCO shall have only one level of appeal for members and members must complete the appeals process with the CCO prior to requesting a state Contested Case Hearing.

**a.      Filing Requirements**

(1)      A Member, Provider, or Member Representative may file a Grievance, a Contractor level Appeal, and may request a Contested Case Hearing;

(2)      A Provider acting on behalf of the Member, and with the Member's written consent, may file an Appeal.

(3)      A Member may file a Grievance with OHA or the Contractor.  OHA shall promptly send the Grievance to the Contractor.

**b.      Timing**

Within 60 days from the date on the Notice of Adverse Benefit Determination:

(1)      The Member or Provider may file an Appeal; and

(2)      The Member may request a Contested Case Hearing with the Authority after receiving notice that the CCO's adverse benefit determination is upheld or, if the CCO fails to adhere to the notice and timing requirements in 42 CFR 483.408, the Authority may deem that the CCO appeals process exhausted.

**c.      Misc General Requirements**

(1)      The Member may file a Grievance either orally or in writing; and

(2)      The Member or Provider may file an Appeal either orally or in writing consistent with the requirements in OAR 410-141-3245, and unless an expedited resolution is requested, must follow an oral filing with a written and signed Appeal.

(3)      CCO shall ensure oral requests for appeal of an adverse benefit determination are treated as appeals to establish the earliest possible filing date; and unless the member requests an expedited resolution, the member must follow an oral filing with a written, signed, and dated appeal

(4)      The CCO shall ensure the member is informed that they must file in writing unless the person filing the appeal requests expedited resolution

(5)      The CCO shall give Members any reasonable assistance in completing forms and taking other procedural steps.  This includes, but is not limited to providing Certified or Qualified Health Care Interpreter services and toll-free numbers that have adequate TTY/TTD and Certified or Qualified Health Care Interpreter capability; The CCO shall

Ex. 3 - Wilson Decl.
Page 188 of 276

OHA_LIT_01152571

not discourage a member from using any aspect of the grievance system or take punitive action against a provider who requests an expedited resolution or supports a member's grievance or appeal.

**(6)** In all administrative offices the CCO must ensure grievance and appeal forms are available and accessible to members (OAR 410-141-3230).

**(7)** If the CCO delegates part of the grievance and appeal process to a subcontractor or provider, the CCO must:

   i. Ensure the subcontractor meets the requirements consistent with this rule and OAR 410-141-3225 through 410-141-3255;

   ii. Monitor the subcontractor's performance on an ongoing basis;

   iii. Perform a formal compliance review at least once a year to assess performance, deficiencies, or areas for improvement; and

   iv. Ensure the subcontractor takes corrective action for any identified areas of deficiencies that need improvement.

   v. Include data collected by subcontractors in analysis of grievance system, and ensure data is reviewed by CCO Compliance Committee, consistent with contractual requirements for CCO quality improvement.

**2.    Grievances**

**a.**    A member may file a grievance at any time, orally or in writing with the CCO or OHA; who will promptly send the grievance to the CCO.

**b.**    Upon receipt of a grievance, the CCO shall comply with grievance process requirements in OAR 410-141-3230 and 410-141-3235.

**c.**    Contractor's notice of grievance resolution shall comply with OHA's formatting and readability standards in OAR 410-141-3300 and 42 CFR §438.10. Contractor shall write the notice in language sufficiently clear that a layperson could understand the notice and make an informed decision about appealing the grievance resolution and include the process for members who are dissatisfied with the disposition of a grievance to present their grievance to the Department of Human Services (DHS) Client Services Unit or OHA's Ombudsman.

**d.**    The CCO must resolve each grievance and provide notice of the disposition as expeditiously as the member's health condition requires but no later than the following timeframes:

**(1)**    Standard Resolution for Grievances

Notify the Member, within five Business Days from the date of the Contractor's receipt of the Grievance, of one of the following:

**(a)**    A decision on the Grievance has been made and what that decisions is; or

**(b)**    That there will be a delay in the Contractor's decision, of up to 30 days. The written notice shall specify why the additional time is necessary.

**(2)**    Notice of Resolution of Grievance

**(a)**    If an oral Grievance was received an oral decision shall be provided.

Ex. 3 - Wilson Decl.
Page 189 of 276

OHA_LIT_01152572

**(b)**      If a written Grievance was received, a written decision shall be provided.

**(c)**      Either way the decision is relayed to the Member the decision shall address each aspect of the Member's Grievance and explain the reason for the Contractor's decision.

**(d)**      Include in each notice of resolution to the Member that is not in favor of the Member, that they may present the Grievance to OHP Client Services Unit (CSU) toll free at 800-273-0557 or OHA's Ombudsman at 503-947-2346 or toll free at 877-642-0450.

**(e)**      For a grievance that involves clinical issues or a denial based on medical appropriateness or medical necessity, or for denial of an expedited appeal resolution, the CCO must ensure the grievance is reviewed by individuals with appropriate clinical expertise, as determined by OAR 410-141-3230 in treating the enrollee's condition or disease.

**(f)**      Cooperate with the investigation and resolution of the Grievance by the CSU or OHA's Ombudsman, including providing all requested records.

**e.**    The CCO shall address the analysis of grievances in the context of quality improvement activity, consistent with OAR 410-141-3230 and incorporate analysis into contract deliverables.

**3.     Notice of Adverse Benefit Determination**

When Contractor has made or intends to make and adverse benefit determination the Contractor shall mail a written Notice to the Member.

**a.**    Contractor shall only use OHA approved Notice format. The Notice shall meet the language and format requirements in Exhibit B, Part 3, Section 4 and be consistent with the requirements of OAR 410-141-3280, 410-141-3300 and 42 CFR 438.10. Written notice must be translated for Members who speak prevalent non-English languages, as defined in 42 CFR 438.10 (c), and notices must include language clarifying that oral interpretation is available for all languages and how to access it, and include at a minimum the following information:

**(1)**    Date of the notice;

**(2)**    Contractor name, address and phone number;

**(3)**    Provider name;

**(4)**    Member's name, address and ID number;

**(5)**    Date of Service or item requested or provided;

**(6)**    Who requested or provided the item or service;

**(7)**    Effective date of the Notice;

Ex. 3 - Wilson Decl.
Page 190 of 276

OHA_LIT_01152573

(8)    The Action the Contractor has taken or intends to take;

(9)    Whether the CCO considered other conditions such as co-morbidity factors if the service was below the funding line on the OHP Prioritized List of Health Services.

(10)   Reason(s) for the Notice, that clearly explains the actual reason for the denial, including, but not limited to, the following reasons:

(a)    Treatment is not a Covered Service;

(b)    The item requires Prior Authorization and it was not prior authorized;

(c)    The service is not Medically Appropriate;

(d)    The service or item was received in an emergency care setting and does not qualify as an Emergency Service;

(e)    The person was not a Member at the time of the service or is not a Member at the time of a requested service;

(f)    The Provider is not on the Contractor's panel and prior approval was not obtained (if such Prior Authorization would be required under the OHP Rules); or

(g)    Contractor denies Member's disenrollment request and finds there is not good cause for such request.

(11)   A reference to the specific sections of the statutes and administrative rules involved for each reason identified in the Notice;

(12)   The Member's or Provider's right to file an Appeal, and the procedures to exercise that right;

(13)   The Member's right to request a Contested Case Hearing, and the procedures to exercise that right,

(14)   The circumstances under which an expedited resolution is available and how to request it;

(15)   The Member's rights to have benefits continue pending resolution of the Appeal, how to request that benefits be continued, and the circumstances under which the Member may be required to pay the costs of the services.

(16)   The Member's right to be provided upon request and free of charge, reasonable access to and copies of all documents, records and other information relevant to the Member's Adverse Benefit Determination.

b.    Contractor shall, for every Notice, meet the following timeframes:

(1)    For termination, suspension, or reduction of previously authorized Covered Services:

(a)    The Notice shall be mailed at least 10 days before the date of Adverse Benefit Determination, except as permitted under Items (b) or (c) below.

Ex. 3 - Wilson Decl.
Page 191 of 276

OHA_LIT_01152574

**(b)**    The Notice shall be mailed not later than the date of Action if:

    **(i)**    Contractor has factual information confirming the death of the Member;

    **(ii)**    Contractor receives a clear, written statement signed by the Member that he or she no longer wishes services or gives information that requires termination or reduction of services and indicates that he or she understands that this must be the result of supplying the information;

    **(iii)**    The Member has been admitted to an institution where he or she is ineligible for Covered Services from the Contractor;

    **(iv)**    The Member's whereabouts are unknown and the Contractor receives a notice from the post office indicating no forwarding address;

    **(v)**    The Contractor establishes the fact that another state, territory, or commonwealth has accepted the Member for Medicaid services in Appeal;

    **(vi)**    There is a change in the level of medical care that is prescribed by the Member's Provider;

    **(vii)**    There is an adverse determination made with regard to the preadmission screening requirements for LTPC admissions; or

    **(viii)**    The safety or health of individuals in the facility would be endangered, the Member's health improves sufficiently to allow a more immediate transfer or discharge, an immediate transfer or discharge is required by the Member's urgent medical needs, or a Member has not resided in the LTPC for 30 days (applies only to adverse Actions for LTPC transfers).

**(c)**    The Notice shall be mailed five days before the date of the Action for Actions taken because of probable Fraud on part of the Member.  The Contractor shall have facts indicating that an Action should be taken because of probable Fraud and whenever possible, these facts should be verified through secondary sources.

**(2)**    For denial of payment, the Notice shall be mailed at the time of any Action that affects the claim;

**(3)**    For Prior Authorizations that deny a requested service or that authorize a service in an amount, duration, or scope that is less than requested:

**(a)**    The Notice shall be mailed as expeditiously as the Member's health condition requires and within 14 days following receipt of the request for service, except that:

    **(i)**    The Contractor may have an extension of up to 14 additional  days if the Member or the Provider requests the extension; or if the Contractor justifies (to OHA upon request) a need for additional information and how the extension is in the Member's interest;

Ex. 3 - Wilson Decl.
Page 192 of 276

OHA_LIT_01152575

(ii)    If the Contractor extends the timeframe, in accordance with Item (i) above, it shall give the Member written notice, and make reasonable effort to give the Member oral notice of the reason for the decision to extend the timeframe and inform the Member of the right to file a Grievance if he or she disagrees with that decision.

(iii)    The Contractor shall issue and carry out its Prior Authorization determination as expeditiously as the Member's health condition requires and no later than the date the extension expires.

(4)    For Prior Authorization decisions not reached within the appropriate timeframes (which constitutes a denial and is thus an adverse Action), the Notice shall be mailed on the date that the timeframes expire;

## 4.    Handling of Appeals

Contractor shall have written policies and procedures that meet all of the requirements of OAR 410-141-3230, 410-141-3245 and 410-141-3246 and address how the CCO will accept, process and respond to Appeals.

a.    General Requirements

(1)    Acknowledge receipt of each Appeal;

(2)    Ensure that the individuals who make decisions on Appeals are individuals:

(a)    Who were not involved in any previous level of review or decisions-making;

(b)    Who are not subordinates of any individual involved in a previous level of review or decision making; and

(c)    Who, if deciding any of the following, are Health Care Professionals as defined in OAR who have the appropriate physical health, behavioral health (which includes mental health and Substance Use Disorders), and oral health clinical expertise, in treating the Member's condition or disease:

(i)    An Appeal of a denial that is based on lack of Medically Appropriate services,

(ii)    An Appeal that involves clinical issues.

b.    Requirements for Appeals

The process for Appeals shall:

(1)    Provide that oral inquiries seeking to Appeal an Action are treated as Appeals, in order to establish the earliest possible filing date, and must be confirmed in writing, unless the Member or the Provider requests an expedited resolution.

Contract # (XXXXXX)                    Exhibit I

Ex. 3 - Wilson Decl.
Page 193 of 276

OHA_LIT_01152576

**(2)**     Provide the Member a reasonable opportunity to present evidence and allegations of fact or law, in person as well as in writing. The Contractor shall inform the Member of the limited time available for this in the case of expedited resolution.

**(3)**     Provide the Member and Member Representative the Member's case file, including medical records other documents and records, and any new or additional evidence considered, relied upon, or generated by the CCO (or at the direction of the CCO) in connection with the appeal of the adverse benefit determination. This information must be provided free of charge and sufficiently in advance of the resolution timeframe for appeals as specified in 42 CFR 438.408 (b)(c) .

**(4)**     Provide the Member:

    **(a)**     The toll-free numbers that the Member can use to file a Grievance or Appeal by phone;

    **(b)**     The availability of assistance in the filing process;

    **(c)**     The rules that govern representation at the hearing;

    **(d)**     The right to have an Attorney or Member Representative present at the hearing and the availability of free legal help through Legal Aid Services and Oregon Law Center, including the telephone number of the Public Benefits Hotline, 1-800-520-5292, TTY 711;

**(5)**     Include as parties to the Appeal:

    **(a)**     The Member and the Representative;

    **(b)**     A Provider acting on behalf of a Member, with written consent from the Member;

    **(c)**     Contractor; and

    **(d)**     The legal representative of a deceased Member's estate.

**(6)**     The CCO must document appeals and maintain a record as described in OAR 414-141-3245.

**c.      Resolution and Notification for Appeals**

**(1)      Basic Rule**

Contractor shall resolve each Appeal, and provide notice, as expeditiously as the Member's health condition requires and within the timeframes in this section.

**(2)      Standard Resolution for Appeals**

Ex. 3 - Wilson Decl.
Page 194 of 276

OHA_LIT_01152577

Contractor shall resolve each Appeal as expeditiously as the Member's health condition requires and no later than 16 days from the day the Contractor receives the Appeal. The Contractor may extend this timeframe by up to 14 days if:

**(a)**    The Member requests the extension; or

**(b)**    The Contractor shows (to the satisfaction of OHA, upon its request) that there is need for additional information and how the delay is in the Member's interest.

If the Contractor extends the timeframes, it shall, for any extension not requested by the Member, give the Member a written notice, and make reasonable effort to give the Member oral notice of the reason for the delay.  Contractor shall resolve appeal no later than the expiration date of the extension.

**(3)**    **Expedited Resolution for Appeals**

The Member or Provider may file an expedited Appeal either orally or in writing.

**(a)**    For cases in which a Provider indicates, or the Contractor determines, that following the standard timeframe could seriously jeopardize the Member's life or health or ability to attain, maintain, or regain maximum function, the Contractor shall make an expedited decision and provide notice as expeditiously as the Member's health condition requires and no later than 72 hours after receipt of the request for service.

**(b)**    Resolve each expedited Appeal request, as expeditiously as the Member's health condition requires, within 72 hours when the date that the Contractor received the request for an expedited Appeal.

**(c)**    The Contractor may extend the timeframes by up to 14 days if:

**(i)**    The Member requests the extension; or

**(ii)**    The Contractor shows (to the satisfaction of OHA, upon its request) that there is need for additional information and how the delay is in the Member's interest.

**(d)**    If the Contractor extends the timeframes, it shall, for any extension not requested by the Member, give the Member a written notice within in two days of the reason for the delay, and make reasonable effort to give the Member oral notice The Member has the right to file a grievance if they disagree with the extension. Contractor shall resolve appeal no later than the expiration date of the extension.

**(e)**    If the Contractor denies a request for an expedited Appeal, the Contractor shall:

**(i)**    Transfer the Appeal to the time frame for standard resolution.  Contractor shall resolve the appeal no later than 16 days from the day the Contractor receives the Appeal with  possible 14-day extension in accordance with OAR 410-141-3246; and

Ex. 3 - Wilson Decl.
Page 195 of 276

OHA_LIT_01152578

> **(ii)** Make reasonable efforts to give the Member prompt oral notice of the denial, and follow-up within two days with a written notice.
>
> The written notice must state the right of a Member to file a grievance with the CCO if he or she disagrees with that decision

**(f)** If the CCO denies a request for expedited appeal but denies the services or items requested in the expedited appeal, the CCO shall:

> **(i)** Inform the member of their right to request an expedited Contested Case Hearing and send the member a Notice of Appeal Resolution, Hearing Request and Information forms as outlined in OAR 410-141-3247.

**(g)** Contractor shall ensure that punitive action is neither taken against a Provider who requests and expedited resolution or supports a Member's Appeal.

**(4)    Notice of Resolution of Appeals**

All notice of resolution of an Appeal shall be in writing and available in a format that meets applicable notification standards in 42 CFR 438.10. For notice of an expedited resolution, Contractor shall make reasonable effort to provide oral notice. The written notice of resolution of an Appeal shall include the following:

**(a)** The results of the resolution process and the date it was completed;

**(b)** For Appeals not resolved wholly in favor of the Member:

> **(i)** Reasons for the resolution and a reference to the particular sections of the statutes and rules involved for each reason identified in the Notice of Appeal Resolution relied upon to deny the appeal.
>
> **(ii)** The right to request a Contested Case Hearing with OHA and how to do so, which in includes sending the Notice of Hearing Rights (DMAP 3030) and the Hearing Request Form (MSC 0443);
>
> **(iii)** The right to continue to receive benefits pending a Contested Care Hearing;
>
> **(iv)** Information stating how to request the continuation of benefits, and
>
> **(v)** Information explaining how if the Action is upheld in a Contested Case Hearing, the Member may be liable for the cost of any continued benefits.

**5.    Contested Case Hearing Request**

**a.** All Contested Case Hearing requests must be filed using a MSC 0443, with Contractor or OHA, no later than 120 days from the date of the notice of Appeal resolution.

**b.** Upon receipt of a MSC 0443, from Member, Contractor shall immediately transmit the request to OHA and review the request as an Appeal as described in this exhibit.

Ex. 3 - Wilson Decl.
Page 196 of 276

OHA_LIT_01152579

c.  Contractor shall submit the required documentation described in OAR 410-141-3263 to the OHA Hearings unit within two business days of the request.

d.  Include as parties to the Contested Case Hearing:

(1)  The Member and the Representative;

(2)  Contractor; and

(3)  The legal representative of a deceased Member's estate.

e.  A member, or provider, who believes that taking the time for a standard resolution of a Contested Case Hearing could seriously jeopardize the member's life or health or ability to attain, maintain or regain maximum function may request an expedited Contested Case Hearing, as described in OAR 410-141-3248.

f.  In the case where a CCO fails to adhere to the notice or timing requirements, OAR 410-141-3225 through 410-141-3246, the enrollee is deemed to have exhausted the CCO appeals process and may initiate a Contested Case Hearing.

6.  **Continuation of Benefits While the Contractor Appeal and Contested Case Hearing is Pending:**

a.  As used in this section, "timely" filing means filing on or before the later of the following:

(1)  Within 10 days after the date of the Notice of adverse benefit determination; or

(2)  The intended effective date of the Action proposed in the notice.

b.  The Contractor shall continue the Member's benefits if:

(1)  The Member or Member's Representative files the Appeal or Administrative Hearing request timely;

(2)  The Appeal or Administrative Hearing request involves the termination, suspension, or reduction of a previously authorized services;

(3)  The Services were ordered by an authorized Provider;

(4)  The period covered by the original authorization has not expired; and

(5)  The Member timely files for continuation of benefits.

c.  **Duration of Continued Benefits**

(1)  **Continuation of Benefits Pending Contested Case Hearing:**

If, at the Member's request, the Contractor continues or reinstates the Member's benefits while the Appeal is pending pursuant to 42 CFR 438.420(c) the benefits must be continued until one of the following occurs:

Ex. 3 - Wilson Decl.
Page 197 of 276

OHA_LIT_01152580

(a)     The Member withdraws the Appeal or Contested Care Hearing; or

(b)     The Member does not request a Contested Case Hearing within 10 days from
        when the Contractor mails the notice of adverse resolution to the members
        appeal; or

(c)     A Contested Case Hearing decision adverse to the Member is made; or

(d)     Until OHA issues an Appeal decision adverse to the Member; or

(e)     The authorization expires or authorization service limits are met.

**d.     Member Responsibilities for Services Furnished While the Appeal or Contested Case
        Hearing is Pending:**

If the final resolution of the Appeal or Contested Case Hearing is adverse to the Member, that is,
upholds the Contractor's Action, the Contractor may recover from the Member the cost of the
services furnished to the Member while the Appeal was pending under 42 CFR 431.230 (b), to
the extent that they were furnished solely because of the requirements of this section.

**7.     Implementation of Reversed Appeal Resolution**

**a.     Services Not Furnished While an Appeal is Pending**

If the Contractor or Contested Case Hearing reverses a decision to deny, limit, or delay services
that were not furnished while the Appeal was pending, the Contractor shall authorize or provide,
the disputed services promptly, and as expeditiously as the Member's health condition requires
but no later than 72 hours from the date it receives the notice reversing the determination.

**b.     Services Furnished While an Appeal is Pending**

If the Contractor or Contested Case Hearing reverses a decision to deny authorization of
services, and the Member received the disputed services while the Appeal was pending, the
Contractor or OHA will pay for the services.

**8.     Final Order**

A final order must be issued or the case otherwise resolved by OHA within 90 days from the date the
Member filed the Appeal with the Contractor. The final order is the final decision of OHA.

**9.     Documentation and Quality Improvement**

a.     Contractor shall document all Grievances and Appeals in accordance with OAR 410-141-3255
       and 42 CFR 438.416.
b.     The contractor shall submit a Grievance and Appeal Log in a format provided by OHA available
       on http://www.oregon.gov/OHA/healthplan/pages/CCO-Contract-Forms.aspx to OHA Contract
       Administration Unit 45 days following the end of each calendar quarter. Contractor shall monitor
       data collected from the grievance system by the CCO, its subcontractors internally on a monthly
       basis for completeness and accuracy.

Contract # (XXXXXX)                         Exhibit I                         Page 198 of 227

Ex. 3 - Wilson Decl.
Page 198 of 276

OHA_LIT_01152581

**c.**  Contractor shall maintain a record, in a central location for each grievance and appeal. The record shall include, at a minimum:

A general description of the reason for the appeal or grievance;

**(1)**  The members name, ID;

**(2)**  The date the member, or members representative, or provider filed the grievance or appeal

**(3)**  Notice of Adverse Benefit Determination;

**(4)**  If filed in writing, the Appeal or Grievance;

**(5)**  If an oral filing was received, documentation that the Grievance or Appeal was received orally;

**(6)**  Records of the review or investigation at each level of the appeal or grievance;

**(7)**  Notice of resolution of the Grievance or Appeal, including dates for each level; and

**(8)**  All written decisions and copies of all correspondence with all parties to the Grievance or Appeal.

**d.**  Contractor shall submit to OHA Contract Administration Unit, with the Grievance and Appeal Log, samples of Notices of Adverse Benefit Determination, and all Notices for ABA and Hepatitis C. The recommended sample size is twenty per quarter per Contractor.

**e.**  The Contractor shall submit a Grievance System Report, in a format acceptable to OHA and available at http://www.oregon.gov/oha/HSD/OHP/Pages/CCO-Contract-Forms.aspx, to OHA Contract Administration Unit 45 days following the end of each calendar quarter. The Contractor shall incorporate data collected from monitoring of its grievance system to analyze its Grievance System., including all grievances and appeals data reported by the CCO in the Grievance and Appeal Log. The analysis of the Grievance System shall demonstrate how the CCO uses data collected by the CCO and its sub-delegates, to maintain an effective process for monitoring, evaluating and improving the access, quality and appropriateness of services provided to members. The Contractor shall address all sections in the Grievance System Report template provided by OHA.

Ex. 3 - Wilson Decl.
Page 199 of 276

OHA_LIT_01152582

Coordinated Care Organization – Amended and Restated                                    Effective: January 1, 2018

**Exhibit J - Review Tool for CCO Informational Materials and Member Education**

Contractor is responsible for preparing a Member handbook to provide informational materials and Member education. Mailing of Member handbooks shall occur within 14 calendar days of receiving OHA's initial 834 listing of Member's enrollment (or re-enrollment after not being enrolled for 90 days or more) with the Contractor; however Contractor may deliver the Member handbook electronically if the Member has requested or approved electronic transmittal consistent with Exhibit B, Part 3, Section 2.q. and r. of the CCO Contract. Contractor shall notify all existing Members of each revision and its location on Contractor's website, and offer to send the Member a printed copy on request. Contractor's Member handbook shall incorporate all of the elements included in the Review Tool in the Appendix to this Exhibit.

For each item listed in the Review Tool, the column labeled "Text Provided by OHA or Contractor" describes whether OHA or the Contractor is responsible for developing the text. OHA will provide OHA text which may be modified and completed as needed for accuracy, and the CCO will develop the text for items identified on the tool as "Text Provided by Contractor." Contractor shall compile a Member handbook in each prevalent language for the Members who speak those languages.

If Contractor chooses to provide required Member information electronically, the information must be placed in a prominent and readily accessible location on their website, can be electronically retained and printed. The information must be available in paper form, within 5 days, without charge upon request.

The Contractor shall review the Member handbook for accuracy at least yearly, updating with new or corrected information as needed to reflect the Contractor's internal changes and any regulatory changes. Contractor shall submit each version of the CCO handbook to OHP.Materials@state.or.us for OHA approval initially and upon revision or upon OHA request. Compliance with the Review Tool does not replace the Contractor's obligation to satisfy all the requirements of OAR 410-141-3300; it is just a tool for organizing review.

Date originally submitted:
Coordinated Care Organization:
Status of Document on this Review Date _____:
  ☐  Approved by Agency     Date: _____
  ☐  Not Approved: Revise and Resubmit

References: OAR 410-141-3300 and 42 CFR 438.10
The readability standard used in this review will be the Flesch-Kincaid standard used in Word.
Evaluation of copies submitted to OHA for review and approval shall include all elements in the following Appendix

Ex. 3 - Wilson Decl.
Page 200 of 276

OHA_LIT_01152583

## Exhibit J – Appendix - Review Tool

| Standard Language Item Number | Text provided by OHA or Contractor | Page Number & Contractor Comments | Requirement | For OHA Use Only Item Approved Yes    No | | OHA Comments | CCO Response to OHA Comments |
|---|---|---|---|---|---|---|---|
| 1 | Contractor | | Handbook date (month and year) located on the front cover | | | | |
| 2 | Contractor | | Contractor's Customer Service telephone numbers, including toll free, TTY or Oregon Relay 711, Fax, mailing address, website, office location and hours of operation. | | | | |
| 3 | Both | Throughout | 6th Grade reading level, sentences 20 words or less in length, minimum 12 point font | | | | |
| 4 | OHA | | Tag line translation in all required languages (should be located in the front portion of the handbook) offering handbook in alternate languages and formats | | | | |
| 5 | OHA | | How to access interpreter services, including qualified and certified health care interpreters, at no cost to the member | | | | |
| 6 | Contractor | | Web address for member handbook and offer to send a member handbook anytime on request | | | | |
| 7 | Contractor | | Statement that members will be notified of changes in access to benefits 30 days before the effective date of the change or as soon as possible | | | | |
| 8 | Contractor | | Description of the CCO including names of member organizations, services offered and areas served | | | | |
| 9 | OHA | | Explanation of OHP, coordinated care and fee-for-service | | | | |
| 10 | Contractor | | How CCO will coordinate care, including the role of Patient-centered Primary Care Homes (PCPCH) | | | | |
| 11 | Contractor | | The roles of community health workers, peer wellness specialists and personal health navigators, and how to access these helpers | | | | |
| 12 | Contractor | | Intensive Care Coordination Services and how to access them | | | | |
| 13 | Contractor | | Information on CCO's ID card, Oregon Health ID, and | | | | |

Ex. 3 - Wilson Decl.
Page 201 of 276

OHA_LIT_01152584

Coordinated Care Organization – Amended and Restated                          Effective: January 1, 2018

| Standard Language Item Number | Text provided by OHA or Contractor | Page Number & Contractor Comments | Requirement | For OHA Use Only Item Approved Yes    No | | OHA Comments | CCO Response to OHA Comments |
|---|---|---|---|---|---|---|---|
| | | | OHP coverage letter | | | | |
| 14 | Contractor | | How members choose and make an appointment with a Primary Care Provider | | | | |
| 15 | Contractor | | Any restrictions on the member's freedom of choice among network providers. The extent to which, and how the member may obtain benefits, including family planning services, from out-of-network providers. Explanation of how and where to access any OHP benefits that are not covered under this contract | | | | |
| 16 | OHA | | Information on culturally sensitive CCO or provider-based health education programs, including self-care, prevention, and disease self-management | | | | |
| 17 | OHA | | Enrollment requirements as they relate to American Indian and Alaska native members, and tribal members' right to use IHS and tribal health care services  (42 USC 1932) | | | | |
| 18 | Contractor | | Explanation of covered and non-covered services and how to access those services, and the amount, duration and scope of covered services in sufficient detail to ensure that members understand the benefits to which they are entitled | | | | |
| 19 | Both | | Mental health services and programs available, including adult and children's services | | | | |
| 20 | OHA | | How to obtain mental health prescription medication | | | | |
| 21 | Contractor | | Provision of educational and pharmacological help for substance abuse and tobacco cessation, including quit line number | | | | |
| 22 | Contractor | | Transitional procedures for new members to obtain services in the first month of enrollment if they are unable to establish a relationship with a provider and get new orders during that period | | | | |
| 23 | OHA | | How to access transportation services as a part of OHP benefit | | | | |

Contract #(XXXXXX)                          Exhibit J – Review Tool                          Page 202 of 227

Ex. 3 - Wilson Decl.
Page 202 of 276

OHA_LIT_01152585

Coordinated Care Organization – Amended and Restated                              Effective: January 1, 2018

| Standard Language Item Number | Text provided by OHA or Contractor | Page Number & Contractor Comments | Requirement | For OHA Use Only Item Approved Yes    No | | OHA Comments | CCO Response to OHA Comments |
|---|---|---|---|---|---|---|---|
| 24 | OHA | | Disenrollment process: When and how members can voluntarily disenroll from their CCO and change plans, and when and how CCO can request that OHA remove a member from CCO enrollment | | | | |
| 25 | OHA | | Member rights and responsibilities, as specified in 42 CFR Section 438.100 | | | | |
| 26 | OHA | | Urgent/emergent care and how after-hours and emergency coverage are provided, including:<br>a. What constitutes an emergency and use of 911;<br>b. Specify layperson language re: emergencies;<br>c. The fact that prior approval is not required for emergency services;<br>d. How to access urgent care services and advice;<br>e. Crisis services;<br>f. Urgent and emergent care away from home;<br>g. Post-stabilization services, with reference to the definitions in 42 CFR Section 438.114 (a);<br>h. The fact that, within the United States, the Member has the right to use any hospital or other setting for emergency care;<br>i. The locations of any emergency settings and other locations at which providers and hospitals furnish emergency services and post-stabilization care services covered under the contract and 42 CFR Section 422.113 (c) and as related to emergency medical condition that are provided after a member is stabilized in order to maintain the stabilized condition or under the circumstances to improve or resolve the member's condition | | | | |
| 27 | Contractor | | Copay requirements and a statement of plan's intention to ask providers to collect copays | | | | |

Contract #(XXXXXX)                              Exhibit J – Review Tool                              Page 203 of 227

Ex. 3 - Wilson Decl.
Page 203 of 276

OHA_LIT_01152586

Coordinated Care Organization – Amended and Restated                    Effective: January 1, 2018

| Standard Language Item Number | Text provided by OHA or Contractor | Page Number & Contractor Comments | Requirement | For OHA Use Only Item Approved | | OHA Comments | CCO Response to OHA Comments |
|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | |
| 28 | OHA | | Information on member's possible responsibility for charges, including Medicare deductibles and coinsurance, if they go outside of the plan for non-emergent care, and charges for services not covered, including information about requirements for a written Agreement to Pay, when a provider is prohibited from billing a member for services, what members should do when billed by a provider, and who to call about provider billing | | | | |
| 29 | Contractor | | Use of the referral system, including what services must be preapproved and how to obtain a referral | | | | |
| 30 | Contractor | | How to obtain copies of member records, including whether contractor charges for copying | | | | |
| 31 | OHA | | Explain confidentiality policies, including HIPAA Notice of Privacy Practices and how to request a full copy of it | | | | |
| 32 | OHA | | Advance Directives:<br>a. As set forth in 438.6 (i) (2) – Information about advance directive policies, including a description of member rights under applicable State law;<br>b. Contractor's policies for implementation of those rights if any limitation in following advance directives as a matter of conscience is allowed;<br>c. Complaint process for failure to follow an advance directive | | | | |
| 33 | OHA | | Member's right to execute a Declaration of Mental Health Treatment in accordance with ORS 127.703, and complaint process for failure to follow a Declaration of Mental Health Treatment | | | | |
| 34 | OHA | | Grievance System Information:<br>Grievance, appeal and fair hearing procedures and timeframes, as provided in 42 CFR Section 438.400 – 438.424 | | | | |

Ex. 3 - Wilson Decl.
Page 204 of 276

OHA_LIT_01152587

| Standard Language Item Number | Text provided by OHA or Contractor | Page Number & Contractor Comments | Requirement | For OHA Use Only Item Approved Yes    No | | OHA Comments | CCO Response to OHA Comments |
|---|---|---|---|---|---|---|---|
| | | | Explain the following: <br> a. The right to file grievances, appeals and administrative hearings; <br> b. The toll-free numbers that the member can use to file a grievance or appeal by phone; <br> c. The requirements and timeframes in the filing process for grievances, appeals and hearings; <br> d. The availability of assistance in the filing process; <br> e. The method of obtaining an appeal and a hearing; <br> f. The rules that govern representation at the hearing; <br> g. The right to have an attorney or representative present at the hearing and the availability of free legal help through Legal Aid Services and Oregon Law Center, including the telephone number of the Public Benefits Hotline, 1-800-520-5292, TTY 711. <br> h. The fact that when requested by the member: <br>   1. Benefits will continue if the member files an appeal or a request for State Fair Hearing within the timeframes specified for filing; and <br>   2. The member may be required to pay the cost of services furnished while the appeal is pending, if the final decision is adverse to the member. <br> i. Appeal rights available to providers to challenge the failure of the CCO to cover a service | | | | |
| 35 | a. Contractor <br> b. OHA | | Information available upon request including the following: <br> a. Information on the structure and operation of the CCO <br> b. Physician incentive plans as set forth in 42 CFR 438.6 | | | | |
| 36 | Both | | Opportunities for member participation in plan governance, including the Community Advisory Committee | | | | |

Ex. 3 - Wilson Decl.
Page 205 of 276

OHA_LIT_01152588

| Standard Language Item Number | Text provided by OHA or Contractor | Page Number & Contractor Comments | Requirement | For OHA Use Only Item Approved Yes    No | | OHA Comments | CCO Response to OHA Comments |
|---|---|---|---|---|---|---|---|
| 37 | Contractor | | In accordance with 43 CFR 438.10(h), Contractor's provider directory shall include: list of contracted providers, specialists, pharmacies, behavioral health providers and hospitals in the member's service area and how to find out if providers are accepting new patients, with each subcontractor's name, address, phone, non-English languages spoken, as well as any group affiliations of Contractor's network providers and website if applicable, and Information on the providers' cultural and linguistic capabilities, and accommodations for people with disabilities.  Information included in a paper directory must be updated at least monthly. In lieu of a printed Provider Directory, contractor may make an up-to-date online list available in a machine readable file and format and provide web address with an offer to send a printed list of providers on request. Online directory must be updated within 30 days of providers being removed or added to the network. | | | | |
| 38 | OHA | | For consistency, plan must use OHA-Provided definitions for the following, in the member hand book.  Plan may define them within the contest of the handbook as thy occur:  appeal, co-payment, durable medical equipment, emergency medical condition, emergency medical transportation, emergency room care, emergency services, excluded services, grievance, habilitation services and devices, health insurance, home health care, hospice services, hospitalization, hospital outpatient care, medically necessary, network, non-participating provider, physician services, plan, preauthorization, participating provider, premium, prescription drug coverage, prescription drugs, primary care physician, primary care provider, provider, rehabilitation services and devices, | | | | |

Ex. 3 - Wilson Decl.
Page 206 of 276

OHA_LIT_01152589

| Standard Language Item Number | Text provided by OHA or Contractor | Page Number & Contractor Comments | Requirement | For OHA Use Only Item Approved Yes    No | | OHA Comments | CCO Response to OHA Comments |
|---|---|---|---|---|---|---|---|
| | | | skilled nursing care, specialist, and urgent care; | | | | |

Ex. 3 - Wilson Decl.
Page 207 of 276

OHA_LIT_01152590

Ex. 3 - Wilson Decl.
Page 208 of 276

OHA_LIT_01152591

**Exhibit L – Solvency Plan and Financial Reporting**

**A.    Overview of Solvency Plan and Financial Reporting**

**1.    Background/Authority**

Contractor shall maintain sound financial management procedures and demonstrate to OHA through proof of financial responsibility that it is able to perform the Work required under this Contract efficiently, effectively and economically and is able to comply with the requirements of this Contract and OAR 410-141-3340 through 410-141-3395. As part of the proof of financial responsibility, Contractor shall provide assurance satisfactory to OHA that Contractor's provisions against the risk of insolvency are adequate to ensure the ability to comply with the requirements of this Contract.

Reporting forms and other tools for Contractor's solvency plan and financial reporting are available on the Contract Reports Web Site, and are by this reference incorporated into the Contract.

**2.    Definitions**

For purposes of this Exhibit L, these terms have the following meanings:

a.    **"Converted MCO"** means Contractor was determined to be a Converting MCO under the Previous Contract.

b.    **"DCBS"** means Oregon Department of Consumer and Business Services, Insurance Division.

c.    **"Licensed Insurer"** means a company holding a Certificate of Authority from DCBS as a health insurer or a health care service contractor.

d.    **"NAIC"** means National Association of Insurance Commissioners

**3.    Methods for Solvency Plan Financial Reporting**

This Contract provides for three different methods for Contractor's solvency plan and financial reporting requirements, depending on the status of Contractor as described in Subsection 4 below.

a.    **Method A-OHA Approval**: Restricted Reserve and Net Worth requirements historically used to regulate financial solvency of MCOs, as detailed in Section B of this Exhibit. Under this approach, OHA will continue to monitor financial solvency utilizing similar reporting formats and financial standards that OHA used for MCOs.

b.    **Method B-DCBS Approval**: Financial requirements as detailed in Section C of this Exhibit, including Risk Based Capital and NAIC reporting requirements. These requirements are also described in OAR 410-141-3340 through 410-141-3395, and will be monitored by DCBS.

Ex. 3 - Wilson Decl.
Page 209 of 276

OHA_LIT_01152592

    **c.**     **Method C-DCBS Certificate of Authority as a Licensed Insurer:** Financial reporting and solvency requirements pursuant to applicable DCBS requirements under the Oregon Insurance Code and DCBS rules.

**4.**     **Contractor Status:**

The method described in Section 3 above that applies to Contractor is determined as follows:

    **a.**     If Contractor is a Converted MCO, is not a Licensed Insurer, and elected Method A-OHA Approval at its readiness review under RFA 3402, Contractor shall use Method A-OHA Approval. Contractor shall comply with the requirements applicable to its elected method until it notifies OHA of its intent to change its election. If Contractor expects to change its election, any elements of the solvency plan or solvency protection arrangements, Contractor shall provide written advance notice to OHA, per 42 CFR 438.116 at least 90 days before the proposed effective date of change. Such changes are subject to written approval from OHA.

    **b.**     If Contractor is not a Licensed Insurer and did not elect Method A-OHA Approval at its Readiness Review under RFA 3402, Contractor shall use Method B-DCBS Approval.

    **c.**     If Contractor is a Licensed Insurer, Contractor shall use Method C-DCBS Certificate of Authority as a Licensed Insurer. Contractor shall submit to OHA not later than August 31st of every year, a copy of the Certificate of Authority number and certificate applicable to Contractor by DCBS. Contractor shall report to OHA immediately at any time that this DCBS Certificate of Authority is suspended or terminated.

**B.**     **Method A-OHA Approval of Solvency Plan and Financial Reporting**

This Section B applies only if the Contractor uses Method A-OHA Approval process for its solvency plan and financial reporting.

**1.**     **Glossary of Terms**

    **a.**     **Average Fee-For-Service Liability** - the Average Monthly Fee-For-Service Liability is the cost of Covered Services that are offered by Contractor to Members that would be owed to creditors in the event of Contractor's insolvency. These are expenditures for Covered Services for which Contractor is at risk and will vary in type and amount. These services may include out-of-area services, primary care services, referral services, and Hospital services. Determination of the cost is based on the usual and customary fee schedule of Contractor and is developed for the anticipated Capitated Services liability. Anticipated monthly non-service liabilities (such as insolvency insurance, hold harmless contracts liabilities, regulated and non-regulated guarantees liabilities, and other liabilities) are not included.

    **b.**     **Corporate Activity** - the financial position of a corporation relating to activities the corporation performs. Includes the OHP line of business. If Contractor is not a corporation it should regard its total OHP Business as Corporate Activity.

Ex. 3 - Wilson Decl.
Page 210 of 276

OHA_LIT_01152593

    c.    **Net Premiums** - calculation obtained from Report L3.1 which represents Contractor's average OHP Capitation Rate and case rates paid (net of reinsurance premiums paid, HRA and GME payments, MMLR Rebate and Health Insurance Provider Fee) per Member during the reporting period.

    d.    **OHP Business** - activities Contractor performs that relate to this Contract.

    e.    **Quarterly Financial Reports** – financial and utilization information filed quarterly, covering the time periods defined on each report.

    f.    **Receipt of the Appeal** - the date that the appeal document is delivered to OHA, Delivery Services Unit and is date-stamped.

2.    **Audited Financial Statements:**

Contractor shall submit Audited Financial Statements to OHA through OHA's secure file transfer protocol (SFTP) site, or other report delivery mechanism as specified by OHA,  no later than June 30th following the last day of each calendar year that this Contract is in effect, except as otherwise specified herein.  Audited Financial Statements shall be prepared by an independent accounting firm and shall include, but are not limited to, the following information:

    a.    A statement of opinion by the independent accounting firm about the financial statements based on the results of their audit.

    b.    A statement of opinion by an independent actuarial firm about the assumptions and methods used in determining loss reserve, actuarial liabilities and related items.

    c.    Balance Sheet. The information specified in Report L5 shall be included in the Audited Annual Balance Sheet of Corporate Activity or the accompanying notes or schedules to Financial Statements.  Amounts reported in the annual audit shall equal the amounts previously reported to OHA on Report L5 for the 4th quarter of the calendar year. Contractor shall update the 4th quarter Financial Report for audit adjustments and submit to OHA no later than June 30th, following the last day of each calendar year that this Contract is in effect.

    d.    Statement of Revenue, Expenses and Changes in Net Assets. The information specified in Report L6 CORP shall be included in the Audited Yearly Statement of Revenue, Expenses and Changes in Net Assets or the accompanying Notes to Financial Statements. Amounts reported in the annual audit shall equal the amounts reported to OHA on Report L6 CORP YTD for the 4th quarter of the calendar year.  Contractor shall update prior Quarterly Financial Report L6 CORP for audit adjustments and submit to OHA no later than June 30th, following the last day of each calendar year that this Contract is in effect.

    e.    Statement of Cash Flow. The information specified in Report L7 shall be included in the Audited Cash Flow Analysis for Corporate Activity or the accompanying Notes to Financial Statements.  Contractor shall allocate cash flow using the Indirect Method of Accounting, as described by Generally Accepted Accounting Principles (GAAP).

    f.    Notes to Financial Statements.

Ex. 3 - Wilson Decl.
Page 211 of 276

OHA_LIT_01152594

**g.**    Any supplemental information deemed necessary by the independent accounting firm, actuary or OHA.

**h.**    Audited Financial Statements and the accompanying Notes to Financial Statements shall include information specified in Reports L5, L6, and L7 on the Contract Reports Web Site.  Contractor shall use GAAP to define the information requested.

**i.**    Contractor shall disclose to OHA within the notes of the Annual Audited Financial Reports any sale, exchange or lease of any property, any lending of money or other extension of credit and any furnishing for consideration of goods, services or facilities between the Contractor and any party of interest, excluding regular business operation administrative expenses, such as compensation and bonuses made to personnel. Party of interest is defined as 1) any director, officer, partner, affiliate, or employee responsible for management or administration of the Contractor, 2) any person who is directly or indirectly the beneficial owner of 5% or more of the net worth of the Contractor, 3) any person who is the beneficial owner of a mortgage, deed of trust, note, or other interest secured by, and valuing more than 5% of the Contractor, or 4) an incorporator or member of the Contractor entity under applicable state law. Contractor shall make this information available to any Member upon request, with two weeks prior notice. Contractor shall also make this information available, upon request, to the Secretary of DHHS, the Inspector General of the DHHS, and the Comptroller General.

**3.    Quarterly Financial Reports:**

Contractor shall report results of financial operations to OHA quarterly unless annotated as an annual requirement only.  The reports identified below are available on the Contract Reports Web Site and shall be referred to collectively as the Quarterly Financial Reports.  Definitions and instructions for completing each report identified below have been posted on the Contract Reports Web Site.

**a.**    Quarterly Financial Reports include, but are not limited to, the following:

    **(1)**    Report L1: General Information and Certification,

    **(2)**    Report L2: Members Approaching or Surpassing Stop-Loss Deductible,

    **(3)**    Report L3: Restricted Reserves (includes Reports L3.1 Secondary Reserve Requirement Based on Enrollment Data, L3.2 Secondary Reserve Requirement Based on Historical Expenses, and L3.3 Adjusted and Unadjusted Medical Loss Ratio: Net Worth Requirement),

    **(4)**    Report L4:Key Financial Indicators,

    **(5)**    Report L5: Quarterly Balance Sheet of Corporate Activity Corporate Total,

    **(6)**    Report L6: Quarterly Statement of Revenue, Expenses and Changes in Net Assets Corporate Total and OHP Line of Business (includes Reports L6.1 Quarterly Statement of Administrative and Other Non-Benefit Costs and L6.2 Health-related services). CCO expenditures related to sub-captitated arrangements shall be recorded in natural expense categories based on underlying costs of services,

Ex. 3 - Wilson Decl.
Page 212 of 276

OHA_LIT_01152595

(7)    Report L7:  Cash Flow Analysis Corporate Activity/Indirect Method Corporate Total,

(8)    Report L8:  Corporate Relationships of Contractors

OHA will,via the  Contract Reports Web Site, supply Contractor with an Excel workbook containing the Quarterly Financial Reports.  Contractor shall submit the Quarterly - Financial Reports to OHA using the Excel workbook supplied by OHA. Contractor shall submit the Quarterly Financial Reports to OHA through OHA's secure file transfer protocol (SFTP) site or other report delivery mechanism as specified by OHA.

b.    Contractor shall submit Quarterly Financial Reports for the 1st, 2nd, and 3rd quarters to OHA two calendar months after the end of each calendar quarter.  Contractor shall submit the Quarterly Financial Reports for the 4th quarter four calendar months after the end of the calendar quarter, as follows:

| End of Quarter | Due Date of Report |
|----------------|--------------------|
| March 31st | May 31st |
| June 30th | August 31st |
| September 30th | November 30th |
| December 31st | April 30th |

c.    Contractor shall use GAAP to define the information requested.

d.    Contractor shall immediately notify OHA of a material change in circumstance from the information contained in the latest submitted Quarterly Financial Reports.  If the material change in circumstances requires restatement of prior Quarterly Financial Reports, Contractor shall amend the Quarterly Financial Reports and submit  to  OHA through OHA's secure file transfer protocol (SFTP) site, or other report delivery mechanism as specified by OHA,  within 15 days of the date the material change is identified.

e.    Reports annotated as an annual requirement only will include all data from the prior calendar year and are due on the dates specified on the reports.

**4.    Annual Reporting Requirements**

a.    In addition to the quarterly reports described in Section 3, Contractor shall submit annually the Audited Financial Statements as described in Section 2. If necessary, Contractor shall complete:

(1)    Report L9  Audited Annual Balance Sheet of Corporate Activity

(2)    Report L10  Audited Annual Statement of Revenues, Expenses & Changes in Net Assets

These reports will provide an explanation of how the Audited Financial Statements described in Section 2 above reconcile to Reports L5 and L6.  Reports L9 and L10 shall be  submitted to OHA through OHA's SFTP site, or other report delivery mechanism as

Ex. 3 - Wilson Decl.
Page 213 of 276

OHA_LIT_01152596

specified by OHA ,with the Audited Financial Statements under the timeframe described in Section 2 above.

b.      Contractor shall complete Report L11 Disclosure of Compensation yearly to be uploaded with the 4th quarter submission of the Financial Reports.

c.      Contractor shall complete Reports L12- L19 inclusive for use in the rate setting process to be uploaded with the 4th quarter submission of the Financial Reports

**5.      Assumption of Risk/Private Market Reinsurance:**

Contractor assumes the risk for providing the Covered Services required under this Contract. Contractor shall obtain risk protection in the form of stop-loss or reinsurance coverage against catastrophic and unexpected expenses related to Covered Services to Members.

a.      Contractor shall submit Report L2 Part I, along with the Quarterly Financial Reports, due May 31st , August 31st, November 30th and April 30th. Contractor shall report Members approaching or surpassing the deductible amount of stop-loss or reinsurance. Report L2 contains instructions necessary to complete the form.

b.      At the time of application, or within 30 days of signing this Contract, and thereafter at the time of filing the first Quarterly Financial Report on May 31st, Contractor shall report to OHA on Report L2, Part II, the deductible amounts and the amount and associated type of stop-loss or reinsurance coverage (e.g., Hospital, medical or aggregate coverage), and the dollar amount or percentage of claim amount whereby responsibility for covering the claim reverts back to the Contractor from the re-insurer.

**6.      Restricted Reserve Requirement:**

Contractors, unless exempt, shall establish: 1) Restricted Reserve Account and 2) maintain adequate funds in this account to meet OHA's Primary and Secondary Restricted Reserve requirements.  Reserve funds are held for the purpose of making payments to Providers in the event of the Contractor's insolvency.  The reserves discussed within this Contract cover only Capitated Services provided by Contractor notwithstanding Restricted Reserve amounts required to be maintained pursuant to separate contracts with the DHS or OHA.

a.      **Restricted Reserve Account:** Contractor shall establish a Restricted Reserve Account with a third party financial institution for the purpose of holding Contractor's Primary and Secondary Restricted Reserve Funds. Contractors shall use the Model Depository Agreement to establish a Restricted Reserve Account.

(1)      **Model Depository Agreement** shall be used by the Contractor to establish a Restricted Reserve Account. Contractor shall request the Model Depository Agreement form from OHA. Contractor shall submit the Model Depository Agreement to OHA at the time of application and the Model Depository Agreement shall remain in effect throughout the period of time that this Contract is in effect. The Model Depository Agreement cannot be changed without OHA's written authorization.

Ex. 3 - Wilson Decl.
Page 214 of 276

OHA_LIT_01152597

(2)    **Withdrawal of Funds from a Restricted Reserve Account:** The Contractor shall not withdraw funds, change third party financial institutions, or change account numbers within the Restricted Reserve Account without the written consent of OHA.

(3)    **Filing requirements:** Contractor shall submit a copy of the Model Depository Agreement at the time of application. If Contractor requests and receives written authorization from the OHA to make a change to their existing Restricted Reserve Account, Contractor shall submit a Model Depository Agreement reflecting the changes to OHA within 15 days of the date of the change.

(4)    **Eligible Deposits:** The following instruments are considered eligible deposits for the purposes of OHA's Primary and Secondary Restricted Reserves:

    (a)    Cash,

    (b)    Certificates of Deposit,

    (c)    Amply secured obligations of the United States, a state or a political subdivision thereof as determined by OHA, or

    (d)    A Surety Bond provided it meets the requirements listed below:

        (i)    Such a bond is prepaid at the beginning of the Contract, and at the beginning of each year thereafter, for 18 months;

        (ii)    Evidence of prepayment is provided to OHA;

        (iii)    The Surety Bond is purchased by a surety bond company approved by the Oregon Insurance Division;

        (iv)    The Surety Bond Agreement contains a clause stating the payment of the bond will be made to the third party entity holding the Restricted Reserve Account on behalf of the contracting company for deposit into the Restricted Reserve Account;

        (v)    The Surety Bond Agreement contains a clause that no changes to the Surety Bond Agreement will occur until approved by OHA; and

        (vi)    OHA approves the terms of the Surety Bond Agreement.

b.    **Primary and Secondary Restricted Reserves:** Contractor's Primary and Secondary Reserve balances are determined by calculating the Average Fee-For-Service Liability for Capitated Services using either of the following methods: A) Enrollment Data, or B) Historical Expense Data. The Average Fee-For-Service Liability represents the cost of Covered Services that are offered by the Contractor to Members that would be owed to creditors in the event of the Contractor's insolvency. These are expenditures for Covered Services for which Contractor is at risk. These services may include out-of-area services, primary care services, referral services, and Hospital services.

Ex. 3 - Wilson Decl.
Page 215 of 276

OHA_LIT_01152598

Determination of the cost is based on the usual and customary fee schedule of Contractor that has been developed to approximate the estimated Capitated Service Liability of the Contractor. Contractor shall deposit into the Restricted Reserve Account the amount required by Paragraph (3) and (4), of this Section 6.

**(1)** **Average Fee-For-Service Liability based on Enrollment Data:** If Contractor elects to calculate reserve balances based on Enrollment Data, Contractor shall complete Report L3 and L3.1. The Average Fee-For-Service Liability is calculated by multiplying the Average Capitation Rate times the Average Monthly Members times the Adjusted Member Services Expense Ratio, as follows:

Step 1: Enter the following data:

Net Premiums: Net Premiums received for each month of the calendar quarter, Exhibit C, Attachment 1, less the adjustments shown on Report L6 Lines 1(a) through 1(d). If Contractor provides services in more than one Service Area, use the capitation rate for the Service Area with the largest number of monthly Members in the third month.

Member Months: Contractor's average number of Members during the quarter

Step 2: Determine the Adjusted Member Services Expense Ratio (Restricted Reserve):

Member Service Expenses subtotal (Report L6- OHP, Line 17)
Less: Sub-capitation and Alternative Payment Arrangements and Salary
      Payments (Report L8, Part II, Columns A and C)
Divided by: Total Operating Revenue (Report L6- OHP, Line 6)

Step 3: Calculate the Average Fee-For-Service Liability. The Excel spreadsheet provided by OHA (Report L3.1) will calculate the following:

|  | |
|---|---|
| | Average Net Premiums |
| Times: | Average Members Months |
| Times: | Member Services Expense Ratio |
| Equals: | Average Fee-For-Service Liability |

**(2)** **Average Fee-for-Service Liability based on Historical Expense Data:** If Contractor has submitted Report L6 Quarterly Statements of Revenue, Expenses, and Changes in Net Assets under this Contract for the current quarter and the prior 3 quarters, Contractor is eligible to use the Historical Expense Data method. The Average Fee-For-Service Liability is an average of the prior four quarters Historical Expense Data. Contractor shall calculate the Average Fee-For-Service Liability using the Historical Method on Report L3.2 as follows:

**(a)** Average of: (current quarter plus 3 prior quarters) Member Service Expenses (Report L6 - OHP, Line17)

Ex. 3 - Wilson Decl.
Page 216 of 276

OHA_LIT_01152599

    **(b)**    Average of :( current quarter plus 3 prior quarters) Sub- capitation and Alternative Payment Arrangements (Report L8. Part II, Column C); Plus: Salary Payments (Report L8, Part II, Column A)

    **(c)**    Subtract line 2 from line 1

    **(d)**    Divide line 3 by the number of months in a quarter or 3

**(3)**    **Determine Primary Reserve**: If Contractor's Average Fee-For-Service Liability is less than or equal to $250,000, Contractor shall deposit into the Restricted Reserve Account an amount equal to the Average Fee-For-Service Liability from Report L3. This amount will be referred to as the Contractor's Primary Reserve and Contractor shall have no Secondary Reserve, until such time as the Average Fee-For-Service Liability exceeds $250,000.

**(4)**    **Determine Secondary Reserve**:  If Contractor's Average Fee-For-Service Liability is greater than $250,000, Contractor is required to deposit into the Restricted Reserve Account funds equaling 50 percent of the difference between the Average Fee-For-Service Liability and the Primary Reserve balance of $250,000.

**7.**    **Net Worth Requirement:**

Contractors shall maintain a level of Net Worth that will provide for minimum adequate operating capital.  A minimum adequate level of Net Worth is defined as an Adjusted Annual Average Corporate Premium to Net Worth ratio less than or equal to 20:1. Contractor shall maintain the Minimum Net Worth level, as determined by this Section, during the next calendar quarter.

    **a.**    **Minimum Net Worth level:** Contractor shall calculate the Minimum Net Worth level by following the steps outlined below:

Step 1: Determine Average Corporate Premium:

Average of:  (current quarter plus 3 prior quarters) Total Operating Revenue (Report L6 - CORP, Line 6)

Step 2: Determine Annual Average Corporate Premium:

Average Corporate Premium
Times: four

Step 3: Determine the Adjusted Member Services Expense Ratio:

Member Service Expenses Subtotal (Report L8 - OHP, Line 18)
Less:   Sub-capitation and Alternative Payment Arrangements and Salary Payments (Report L8, Part II, Columns A and C)
Divided by: Total Operating Revenue (Report L6 - OHP, Line 6).  If the result is less than .2000, use .2000.

Ex. 3 - Wilson Decl.
Page 217 of 276

OHA_LIT_01152600

Step 4: Determine Adjusted Annual Average Corporate Premium:

Annual Average Corporate Premium
Times:   Adjusted Member Services Expense Ratio

Step 5: Determine the Minimum level of Net Worth:

Adjusted Annualized Average Corporate Premium
Divided by:   Twenty

b.   Contractor is required to retain a dollar amount no less than 2 percent of Contractor's Adjusted Quarterly Corporate Premium Revenues as retained earnings each subsequent quarter until Contractor has a premium to surplus ratio that meets the 20:1 requirement.

c.   Contractor shall immediately notify OHA of a material change in circumstance from the information contained in the latest-submitted Quarterly Financial Reports L6 and L8. If OHA determines that a Contractor's net worth ratio does not meet the required ratio level of 20:1, OHA will notify Contractor.

## 8.   Appeal Process:

a.   If at any time, OHA believes that Contractor has incorrectly computed the amount of either its Primary or Secondary Restricted Reserve fund, or that Contractor does not meet the minimum Net Worth Requirement, OHA will notify Contractor in writing. In the event that OHA believes that the Primary or Secondary Restricted Reserve fund is inadequate, OHA will notify Contractor of the amount Contractor must maintain as its new Restricted Reserve fund and the basis on which such decision was made. In the event that OHA believes that the Net Worth is less than the minimum adequate level of Net Worth, OHA will notify Contractor of the dollar amount of no less that 2 percent of its Adjusted Quarterly Premium Revenue required to be retained each subsequent quarter until Contractor has an Adjusted Annual Average Corporate Premium to Net Worth ratio that meets the 20:1 requirement.

b.   Within 30 days of any notice by OHA under this Section, Contractor shall either:

(1)   Adjust its Restricted Reserve funds to the amount specified by OHA and provide OHA with a copy of the restricted reserve statement showing the Restricted Reserve balance, and/or adjust its Net Worth to the amount specified by OHA and provide assurances to OHA that it is now maintaining that amount as its Net Worth, as applicable; or

(2)   File an appeal in writing with the OHA Administrator stating in detail the reason for the appeal, and submit detailed financial records that support the alternate amount.

If Contractor files an appeal, OHA shall issue an appeal decision within 45 days of the Receipt of the Appeal. That decision shall be binding upon Contractor and not subject to further appeal.

Contract #(XXXXXX)                    Exhibit L                    Page 218 of 227

Ex. 3 - Wilson Decl.
Page 218 of 276

OHA_LIT_01152601

**c.**      Contractor shall submit all information to be reported under the requirements of this Section to OHA through OHA's secure file transfer protocol (SFTP) site, or other report delivery mechanism as specified by OHA.

## C.      Method B-DCBS Approval of Solvency Plan and Financial Reporting

This Section C applies only if the Contractor uses the DCBS Approval process for its solvency plan and financial reporting.  Terms used in this Section C are defined in OAR 410-141-3335 to 410-141-3395, incorporated by reference herein.

**1.**      **Annual Financial Statements and Supplemental Filings:**

Contractor shall submit annual financial statements per OAR 410-141-3360 by March 1 of each year covering the calendar year ending December 31 immediately preceding.  All financial statements shall be completed in accordance with NAIC annual statement instructions and shall include supplemental documents as specified therein and as outlined in this section.

**a.**      Contractor shall file the financial statements per the instructions on the NAIC Filings website.

**b.**      Contractor shall use Statutory Accounting Principles (SAP) in the preparation of all financial statements per OAR 410-141-3340.

**c.**      Contractor shall immediately notify OHA of a material change in circumstance from the information contained in the latest-submitted financial statement.  See guidelines for amending the financial statement set forth on the NAIC filings website.

**d.**      In accordance with NAIC annual statement instructions, an Actuarial Opinion shall be included with the annual statement.  Such opinion shall be prepared by a qualified actuary appointed by the Contractor's board of directors and shall set forth the actuary's opinion relating to claim reserves and any other actuarial items.

**e.**      Contractor shall prepare and file by March 1 of each year a risk-based capital report as required by 410-141-3355.

**f.**      Contractor shall prepare and file by April 1 of each year a plain-language narrative explanation of the financial statements (Management Discussion and Analysis or "MDA").  Such narrative shall follow the outline and guidance for the Management Discussion and Analysis in the annual statement instructions.

**g.**      Contractor shall prepare and file with its annual statement the NAIC Supplemental Compensation Exhibit.

**h.**      Contractor shall file a holding company registration statement ("Form B filing") as required by OAR 410-141-3385.  The Form B filing is due annually on or before April 30.

**2.**      **Audited Financial Statements:**

Ex. 3 - Wilson Decl.
Page 219 of 276

OHA_LIT_01152602

Contractor shall submit Audited Financial Statements prepared based on Statutory Accounting Principles to DCBS no later than June 1st for the year ended December 31 immediately preceding. Audited Financial Statements shall be prepared as required by OAR 410-141-3360 and by reference to ORS 731.488 and OAR 836-011-0100 through 836-011-0220.

**3.    Quarterly Financial Reports:**

Contractor shall submit quarterly financial statements per OAR 410-141-3360. All financial statements shall be completed in accordance with NAIC annual statement instructions and includes supplemental documents as specified therein and as outlined in this section.

a.    Contractor shall file the financial statements per the instructions on the NAIC filings website.

b.    Contractor shall use Statutory Accounting Principles (SAP) in the preparation of all financial statements per OAR 410-141-3340.

c.    Contractor shall immediately notify OHA of a material change in circumstance from the information contained in the latest-submitted financial statement. See guidelines for amending the financial statement set forth on the NAIC filings website.

d.    Contractor shall prepare and file with each quarterly statement a plain-language narrative explanation of the financial statements (Management Discussion and Analysis "MDA"). For purposes of preparing the quarterly MDA, the Contractor may presume that the user has read or has access to the annual MDA. Such narrative shall follow the outline and guidance for the MDA in the NAIC instructions.

e.    Contractor shall file the Detailed Analysis of Operations Exhibit developed by OHA to provide detailed breakdown of operating expenses needed to monitor the Contractor's progress in meeting the objectives of Health System Transformation. The exhibit and instructions are included on the NAIC filings website.

f.    Contractor shall file the Sources and Uses of Funds Exhibit developed by OHA to provide an accounting of the source and use of public funds and to further transparency and accountability of Contractor to OHA and the public. The exhibit and instructions are included on the NAIC filings website.

**4.    Assumption of Risk/Private Market Reinsurance:**

Contractor assumes the risk for providing the Covered Services required under this Contract. Contractor shall obtain risk protection in the form of stop-loss or reinsurance coverage against catastrophic and unexpected expenses related to Covered Services to Members.

a.    The method of protection may include the purchase of catastrophic expense stop-loss coverage or re-insurance by an entity authorized to insure or to reinsure in this State not inconsistent with ORS Ch. 731, and shall be documented within 30 days of signing this Contract.

b.    Contractor shall notify OHA of any change in the coverage in item 1 above within 30 days of such change.

Contract #(XXXXXX)                    Exhibit L                    Page 220 of 227

Ex. 3 - Wilson Decl.
Page 220 of 276

OHA_LIT_01152603

c. Contractor understands and agrees that in no circumstances will a Member be held liable for any payments for any of the following:

    **(1)** The Contractor's or Subcontractors' debt due to Contractor's or Subcontractors' insolvency;

    **(2)** Covered Services authorized or required to be provided under this Contract to the Member, for which:

        **(a)** The State does not pay the Contractor; or

        **(b)** The Contractor does not pay a Provider or Subcontractor that furnishes the services under a contractual, referral, or other arrangement; or

    **(3)** Payments for Covered Services furnished under a contract, referral or other arrangement with contractors, to the extent that those payments are in excess of the amount that the Member would owe if the Contractor provided the services directly.

d. Nothing in this Section 4, limits Contractor, OHA, a Provider or Subcontractor from pursuing other legal remedies that will not result in Member personal liability for such payments.

**5.    Restricted Reserve Requirement:**

Contractors, unless exempt, shall establish: 1) Restricted Reserve Account; and 2) maintain adequate funds in this account to meet OHA's Primary and Secondary Restricted Reserve requirements. Reserve funds are held for the purpose of making payments to Providers in the event of the Contractor's insolvency. The reserves required by this Contract cover only Covered Services provided by Contractor notwithstanding Restricted Reserve amounts required to be maintained pursuant to separate contracts with the DHS. See OAR 410-141-3350 for the requirements for the restricted reserve.

**6.    Net Worth Requirement:**

Contractors shall maintain the amount of capital and surplus and working capital as provided in OAR 410-141-3350. Contractor shall maintain at all times the required minimum capital and surplus.

Contractors that are licensed by DCBS shall maintain capital and surplus as provided in the Insurance Code.

**7.    Financial Statement Filing Information and Resources**

a. Filing instructions and resources are provided at the NAIC filings website.

b. CCOs will file the National Association of Insurance Commissioners Annual and Quarterly Blank for Health insurers. Electronic files will be sent to the NAIC and two hard copy filings will be sent to DCBS.

Ex. 3 - Wilson Decl.
Page 221 of 276

OHA_LIT_01152604

    **c.**    A list of NAIC filing software vendors is included on the web site mentioned above.

    **d.**    CCOs will be subject to any filing fees as imposed by the NAIC to make such filing.

**8.**    **Appeal Process:**

If at any time, OHA believes that Contractor has incorrectly computed the amount of either its Primary or Secondary Restricted Reserve fund, or that Contractor's capital and surplus does not meet the requirements in OAR 410-141-3350, OHA (or DCBS on behalf of OHA), will notify Contractor in writing.

    **a.**    Within 30 days of any notice by OHA under this Section, Contractor shall either:

        **(1)**    Adjust its Restricted Reserve funds to the amount specified by OHA and provide documentation in support thereof; and, if required, adjust its Net Worth to the amount specified by OHA and provide documentation in support thereof; or

        **(2)**    File an appeal in writing with the OHA Administrator stating in detail the reason for the appeal, and submit detailed financial records that support the alternate amount. If Contractor files an appeal, OHA shall issue an appeal decision within 45 days of the Receipt of the Appeal. That decision shall be binding upon Contractor and not subject to further appeal.

    **b.**    All information to be reported by Contractor under the requirements of this Exhibit L, shall be sent to:

    Financial Regulation Section
    Insurance Division
    Department of Consumer & Business Services
    P. O. Box 14480
    Salem, OR 97309-0405

**D.**    **Method C-DCBS Certificate of Authority as a Licensed Insurer Financial Reporting**

This Section D applies only if the Contractor is a Licensed Insurer and follows financial reporting and solvency requirements pursuant to applicable DCBS requirements under the Oregon Insurance Code and DCBS rules.

**1.**    **Glossary of Terms**

    **a.**    **Corporate Activity-** the financial position of a corporation relating to activities the corporation performs, including the OHP line of business. If Contractor is not a corporation, it should regard its total OHP Business as Corporate Activity.

    **b.**    **OHP Business-** activities Contractor performs that relate to this Contract

**2.**    **Audited Financial Statements:** Contractor shall submit Audited Financial Statements to OHA through OHA's secure file transfer protocol (SFTP) site  or other report deliverable mechanism

Ex. 3 - Wilson Decl.
Page 222 of 276

OHA_LIT_01152605

as specified by OHA, no later than June 30th following the last day of each calendar year that this Contract is in effect, except as otherwise specified herein. Audited Financial Statements shall be prepared by an independent accounting firm and shall include, but are not limited to, the following information:

a.  A statement of opinion by the independent accounting firm about the financial statements based on the results of their audit

b.  A statement of opinion by an independent actuarial firm about the assumptions and methods used in determining loss reserve, actuarial liabilities and related items.

c.  Balance Sheet. The information specified in Report L5 shall be included in the Audited Annual Balance Sheet of Corporate Activity or the accompanying notes or schedules to Financial Statements. Amounts reported in the annual audit shall equal the amounts previously reported to OHA on Report L5 for the 4th quarter of the calendar year. Contractor shall update the 4th quarter Financial Report for audit adjustments and submit to OHA no later than June 30th, following the last day of each calendar year that this Contract is in effect.

d.  Statement of Revenue, Expenses and Changes in Net Assets. The information specified in Report L6 CORP shall be included in the Audited Yearly Statement of Revenue. Expenses and Changes in Net Assets or the accompanying Notes to Financial Statements, Amounts reported in the annual audit shall equal the amounts reported to OHA on Report L6 CORP YTD for the 4th quarter of the calendar year. Contractor shall update prior Quarterly Financial Report L6 CORP for audit adjustments and submit to OHA no later than June 30th, following the last day of each calendar year that this Contract is in effect.

e.  Statement of Cash Flow. The information specified in Report L7 shall be included in the Audited Cash Flow Analysis for Corporate Activity or the accompanying Notes to Financial Statements. Contractor shall allocate cash flow using the Indirect Method of Accounting, as described by Generally Accepted Accounting Principles (GAAP).

f.  Notes to Financial Statements.

g.  Any supplemental information deemed necessary by the independent accounting firm, actuary or OHA.

h.  Audited Financial Statements and the accompanying Notes to Financial Statements shall include information specified in Reports L5, L6 and L7 on the Contract Reports Web Site. Contractor shall use GAAP to define the information requested.

i.  Contractor shall disclose to OHA within the notes of the Annual Audited Financial Reports any sale, exchange or lease of any property, any lending of money or other extension of credit and any furnishing for consideration of goods, services or facilities between the Contractor and any party of interest, excluding regular business operation administrative expenses, such as compensation and bonuses made to personnel. Party of interest is defined as 1) any director, officer, partner, affiliate, or employee responsible for management or administration of the Contractor. 2) any person who is directly or indirectly the beneficial owner of more than 5% of the net worth of the Contractor. 3) any person who is the beneficial owner of a mortgage, deed of trust, note, or other interest

Ex. 3 - Wilson Decl.
Page 223 of 276

OHA_LIT_01152606

secured by, and valuing more than 5% of the Contractor, or 4) an incorporator or member of the Contractor entity under applicable state law. Contractor shall make this information available to any Member upon request, with two weeks prior notice. Contractor shall also make this information available, upon request, to the Secretary of DHHS, the Inspector General of the DHHS, and the Comptroller General.

**3.    Quarterly Financial Reports:**

Contractor shall report results of financial operations to OHA quarterly, unless annotated as an annual requirement only. The reports identified below are available on the Contract Reports Web Site and shall be referred to collectively as the Quarterly Financial Reports. Definitions and instructions for completing each report identified below have been posted on the Contract Reports Web Site.

**a.**    Quarterly Financial Reports include, but are not limited to, the following:

**(1)**    Report L1: General Information and Certification,

**(2)**    Report L2: Members Approaching or Surpassing Stop- Loss Deductible

**(3)**    Report L3: Restricted Reserves (includes Reports L3.1 Secondary Reserve Requirements Based on enrollment data, L3.2 secondary reserve requirements based on Historical Expenses and L3.3 Adjusted and Unadjusted Medical Loss Ratios: Net Worth Requirements.

**(4)**    Report L4: Key Financial Indicators,

**(5)**    Report L5: Quarterly Balance Sheet of Corporate Activity Corporate Total

**(6)**    Report L6: Quarterly Statement of Revenue, Expenses and Changes in Net Assets Corporate Total and OHP Line of Business (includes Reports L6.1 Quarterly Statement of Administrative and Other Non-Benefit Costs and L6.2 Health-related services). CCO expenditures related to sub-capitated arrangements shall be recorded in natural expense categories based underlying costs of services.

**(7)**    Report L7: Cash Flow Analysis Corporate Activity/Indirect Method Corporate Total.

**(8)**    Report L8: Corporate Relationships of Contractors

OHA will, via the Contract Reports Web Site, supply Contractor with an Excel workbook containing the Quarterly Financial Reports. Contractor shall submit the Quarterly Financial Reports to OHA using the Excel workbook supplied by OHA. Contractor shall submit the Quarterly Financial Reports to OHA through OHA's secure file transfer protocol (SFTP) site or other report delivery mechanism as specified by OHA.

**b.**    Contractor shall submit Quarterly Financial Reports for the 1st, 2nd, and 3rd quarters to OHA two calendar months after the end of each calendar quarter. Contractor shall submit the Quarterly Financial Reports for the 4th quarter four calendar months after the end of the calendar quarter, as follows:

Ex. 3 - Wilson Decl.
Page 224 of 276

OHA_LIT_01152607

| End of the Quarter | Due Date of Report |
|---|---|
| March 31st | May 31st |
| June 30th | August 31st |
| September 30th | November 30th |
| December 31st | April 30th |

c.   Contractor shall use GAAP to define the information requested

d.   Contractor shall immediately notify OHA of a material change in circumstance from the information contained in the latest submitted Quarterly Financial Reports. If the material change in circumstances requires restatement of prior Quarterly Financial Reports, Contractor shall amend the Quarterly Financial Reports and submit to OHA through OHA's secure file transfer protocol (SFTP) site or other report deliverable mechanisms as specified by OHA, within 15 days of the date the material change is identified.

e.   Reports annotated as an annual requirement only will include all data from the prior calendar year and are due on the dates specified on the reports.

**4.   Annual Reporting Requirements**

a.   In addition to the quarterly reports described in Section 3, Contractor shall submit annually the Audited Financial Statements as described in Section 2. If necessary, Contractor shall complete:

  (1)   Report L9 Audited Annual Balance Sheet of Corporate Activity

  (2)   Report L10 Audited Annual Statement of Revenues, Expenses & Changes in Net Asset

These reports will provide an explanation of how the Audited Financial Statements described in Section 2 above reconcile to Reports L5 and L6. Reports L9 and L10 shall be submitted to OHA through OHA's SFTP site or other report deliverable mechanisms as specified by OHA, with the Audited Financial Statements under the timeframe described in Section 2 above.

b.   Contractor shall complete Report L11 Disclosure of Compensation yearly to be uploaded with the 4th quarter submission of the Financial Reports

c.   Contractor shall complete Reports L12-L19 inclusive for us in the rate setting process to be uploaded with the 4th quarter submission of the Financial Reports

**5.   Assumption of Risk/Private Market Reinsurance:**

Contractor assumes the risk for providing the Covered Services required under this Contract. Contractor shall obtain risk protection in the form of stop-loss or reinsurance coverage against catastrophic and unexpected expenses related to Covered Services to Members.

a.   Contractor shall submit Report L2 Part 1, along with the Quarterly Financial Reports, due May 31st, August 31st, November 30th, and April 30th, Contractor shall report Members

Ex. 3 - Wilson Decl.
Page 225 of 276

OHA_LIT_01152608

approaching or surpassing the deductible amount of stop-loss or reinsurances. Report L2 contains instructions necessary to complete the form.

b.     At the time of application, or within 30 days of signing this Contract, and thereafter at the time of filing the first Quarterly Financial Report on May 31st. Contractor shall report to OHA on Report L2, Part II, the deductible amounts and the amount and associated type of stop-loss or reinsurance coverage (e.g. Hospital, medical or aggregate coverage) and the dollar amount or percentage of claim amount whereby responsibility for covering the claim reverts back to the Contractor from the re-insurer.

Ex. 3 - Wilson Decl.
Page 226 of 276

OHA_LIT_01152609

**Exhibit C-Attachment 1**
**CCO Specific Rates**

Ex. 3 - Wilson Decl.
Page 227 of 276

OHA_LIT_01152610

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### January 2018 through December 2018

| FamilyCare, Inc |
| TriCounty |

| | Base Case Rate | Base HRA Adjustment | Hospital Provider Tax Allowance | Administrative Allowance | Managed Care Tax | Case Rate |
|---|---|---|---|---|---|---|
| **Maternity Case Rate:** | | | | | | |
| Case Rate w/o Admin | $9,397.70 | $2,753.69 | $405.97 | $975.04 | $0.00 | $ 13,532.40 |
| Admin % | | | | | | 7.21% |
| Managed Care Tax % | | | | | | 0.00% |

Contract Number: 143114

Mat Case Rate
Created 1/18/18

Ex. 3 - Wilson Decl.
Page 228 of 276

OHA_LIT_01152611

# Oregon Health Plan Medicaid Demonstration

Coordinated Care Organization Capitation Rates

CCO-A: Physical Health, Mental Health, and Dental Services

January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty

Rate Group: **Temporary Assistance to Needy Families - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $353.91 |
| **Base HRA Adjustment** | $35.58 |
| **Hospital Provider Tax Allowance** | $11.76 |
| **Administrative Allowance** | $36.72 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $437.96 |

| | |
|---|---|
| Services Admin % | 8.4% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $2.35 |
| Admin: | $0.00 | Admin: | $0.24 |
| Total: | $0.00 | Total: | $2.59 |

Ex. 3 - Wilson Decl.
Page 229 of 276

OHA_LIT_01152612

# Oregon Health Plan Medicaid Demonstration

Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2018 through December 2018

Plan: **FamilyCare, Inc**

Region: **TriCounty**
Rate Group: **Poverty Level Medical - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $329.78 |
| **Base HRA Adjustment** | $33.12 |
| **Hospital Provider Tax Allowance** | $10.95 |
| **Administrative Allowance** | $34.22 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $408.07 |

| | |
|---|---|
| Services Admin % | 8.4% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $0.00 |
| Admin: | $0.00 | Admin: | $0.00 |
| Total: | $0.00 | Total: | $0.00 |

Ex. 3 - Wilson Decl.
Page 230 of 276

OHA_LIT_01152613

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $528.34 |
| **Base HRA Adjustment** | $152.77 |
| **Hospital Provider Tax Allowance** | $23.44 |
| **Administrative Allowance** | $54.82 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $759.37 |

| | |
|---|---|
| Services Admin % | 7.2% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $0.00 |
| Admin: | $0.00 | Admin: | $0.00 |
| Total: | $0.00 | Total: | $0.00 |

Ex. 3 - Wilson Decl.
Page 231 of 276

OHA_LIT_01152614

# Oregon Health Plan Medicaid Demonstration

Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $135.09 |
| **Base HRA Adjustment** | $13.72 |
| **Hospital Provider Tax Allowance** | $3.93 |
| **Administrative Allowance** | $14.02 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $166.76 |

| | |
|---|---|
| Services Admin % | 8.4% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $2.80 | Rate: | $0.00 |
| Admin: | $0.29 | Admin: | $0.00 |
| Total: | $3.09 | Total: | $0.00 |

Ex. 3 - Wilson Decl.
Page 232 of 276

OHA_LIT_01152615

## Oregon Health Plan Medicaid Demonstration

Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $153.29 |
| **Base HRA Adjustment** | $10.99 |
| **Hospital Provider Tax Allowance** | $3.69 |
| **Administrative Allowance** | $15.90 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $183.88 |

| | |
|---|---|
| Services Admin % | 8.6% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.31 | Rate: | $0.00 |
| Admin: | $0.03 | Admin: | $0.00 |
| **Total:** | **$0.34** | **Total:** | **$0.00** |

Ex. 3 - Wilson Decl.
Page 233 of 276

OHA_LIT_01152616

# Oregon Health Plan Medicaid Demonstration

**Coordinated Care Organization Capitation Rates**
**CCO-A: Physical Health, Mental Health, and Dental Services**
**January 2018 through December 2018**

| | |
|---|---|
| Plan: | FamilyCare, Inc |
| Region: | TriCounty |
| Rate Group: | **Medicare/Medicaid Dual Eligibile** |

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $258.95 |
| **Base HRA Adjustment** | $33.91 |
| **Hospital Provider Tax Allowance** | $5.27 |
| **Administrative Allowance** | $26.87 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $325.00 |

| | |
|---|---|
| Services Admin % | 8.3% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $26.14 |
| Admin: | $0.00 | Admin: | $2.71 |
| Total: | $0.00 | Total: | $28.85 |

Ex. 3 - Wilson Decl.
Page 234 of 276

OHA_LIT_01152617

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD and OAA**

|  | Capitation Rate |
|---|---|
| Base Services Rate | $1,121.94 |
| Base HRA Adjustment | $142.71 |
| Hospital Provider Tax Allowance | $43.23 |
| Administrative Allowance | $116.40 |
| Managed Care Tax | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $1,424.28 |

| | |
|---|---|
| Services Admin % | 8.2% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $6.49 | Rate: | $5.38 |
| Admin: | $0.67 | Admin: | $0.56 |
| Total: | $7.16 | Total: | $5.94 |

Ex. 3 - Wilson Decl.
Page 235 of 276

OHA_LIT_01152618

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Foster Children (CAF)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $476.86 |
| **Base HRA Adjustment** | $27.97 |
| **Hospital Provider Tax Allowance** | $9.63 |
| **Administrative Allowance** | $49.48 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $563.94 |

| | |
|---|---|
| Services Admin % | 8.8% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $2.72 | Rate: | $0.00 |
| Admin: | $0.28 | Admin: | $0.00 |
| Total: | $3.01 | Total: | $0.00 |

Ex. 3 - Wilson Decl.
Page 236 of 276

OHA_LIT_01152619

# Oregon Health Plan Medicaid Demonstration

Coordinated Care Organization Capitation Rates

CCO-A: Physical Health, Mental Health, and Dental Services

January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 19-44**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $311.60 |
| **Base HRA Adjustment** | $32.33 |
| **Hospital Provider Tax Allowance** | $9.71 |
| **Administrative Allowance** | $32.33 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $385.97 |

| | |
|---|---|
| Services Admin % | 8.4% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $1.44 |
| Admin: | $0.00 | Admin: | $0.15 |
| Total: | $0.00 | Total: | $1.59 |

CCO-A_ACA 19-44
Created 12/19/2017

Ex. 3 - Wilson Decl.
Page 237 of 276

OHA_LIT_01152620

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-A: Physical Health, Mental Health, and Dental Services
## January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 45-54**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $531.97 |
| **Base HRA Adjustment** | $62.45 |
| **Hospital Provider Tax Allowance** | $18.66 |
| **Administrative Allowance** | $55.19 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $668.27 |

| | |
|---|---|
| Services Admin % | 8.3% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $13.27 |
| Admin: | $0.00 | Admin: | $1.38 |
| Total: | $0.00 | Total: | $14.65 |

Ex. 3 - Wilson Decl.
Page 238 of 276

OHA_LIT_01152621

# Oregon Health Plan Medicaid Demonstration

Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 55-64**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $609.30 |
| **Base HRA Adjustment** | $82.48 |
| **Hospital Provider Tax Allowance** | $21.41 |
| **Administrative Allowance** | $63.22 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $776.41 |

| | |
|---|---|
| Services Admin % | 8.1% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $40.97 |
| Admin: | $0.00 | Admin: | $4.25 |
| Total: | $0.00 | Total: | $45.22 |

Ex. 3 - Wilson Decl.
Page 239 of 276

OHA_LIT_01152622

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-A: Physical Health, Mental Health, and Dental Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Breast and Cervical Cancer Program**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $1,168.21 |
| **Base HRA Adjustment** | $202.91 |
| **Hospital Provider Tax Allowance** | $43.09 |
| **Administrative Allowance** | $121.21 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $1,535.42 |

| | |
|---|---|
| Services Admin % | 7.9% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $5.38 |
| Admin: | $0.00 | Admin: | $0.56 |
| Total: | $0.00 | Total: | $5.94 |

Ex. 3 - Wilson Decl.
Page 240 of 276

OHA_LIT_01152623

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-B: Physical Health and Mental Health Services
## January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Temporary Assistance to Needy Families - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $325.99 |
| **Base HRA Adjustment** | $35.58 |
| **Hospital Provider Tax Allowance** | $11.76 |
| **Administrative Allowance** | $33.82 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $407.15 |

| | |
|---|---|
| Services Admin % | 8.3% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $2.35 |
| Admin: | $0.00 | Admin: | $0.24 |
| Total: | $0.00 | Total: | $2.59 |

Ex. 3 - Wilson Decl.
Page 241 of 276

OHA_LIT_01152624

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2018 through December 2018

| Plan: **FamilyCare, Inc** |
| :-- |
| Region: **TriCounty** |
| Rate Group: **Poverty Level Medical - Adults** |

|  | Capitation Rate |
| :-- | --: |
| **Base Services Rate** | $305.78 |
| **Base HRA Adjustment** | $33.12 |
| **Hospital Provider Tax Allowance** | $10.95 |
| **Administrative Allowance** | $31.73 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $381.58 |

| | |
| :-- | --: |
| Services Admin % | 8.3% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
| :-- | --: | :-- | --: |
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $0.00 |
| Admin: | $0.00 | Admin: | $0.00 |
| **Total:** | **$0.00** | **Total:** | **$0.00** |

Ex. 3 - Wilson Decl.
Page 242 of 276

OHA_LIT_01152625

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $527.08 |
| **Base HRA Adjustment** | $152.77 |
| **Hospital Provider Tax Allowance** | $23.44 |
| **Administrative Allowance** | $54.69 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $757.98 |

| | |
|---|---|
| Services Admin % | 7.2% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $0.00 |
| Admin: | $0.00 | Admin: | $0.00 |
| **Total:** | **$0.00** | **Total:** | **$0.00** |

CCO-B_CHILD 00-01
Created 07/13/2017

Ex. 3 - Wilson Decl.
Page 243 of 276

OHA_LIT_01152626

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-B: Physical Health and Mental Health Services
## January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $107.30 |
| **Base HRA Adjustment** | $13.72 |
| **Hospital Provider Tax Allowance** | $3.93 |
| **Administrative Allowance** | $11.13 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $136.09 |

| | |
|---|---|
| Services Admin % | 8.2% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $2.80 | Rate: | $0.00 |
| Admin: | $0.29 | Admin: | $0.00 |
| **Total:** | **$3.09** | **Total:** | **$0.00** |

CCO-B_CHILD 01-05
Created 07/10/2017

Ex. 3 - Wilson Decl.
Page 244 of 276

OHA_LIT_01152627

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $125.12 |
| **Base HRA Adjustment** | $10.99 |
| **Hospital Provider Tax Allowance** | $3.69 |
| **Administrative Allowance** | $12.98 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $152.79 |

| | |
|---|---|
| Services Admin % | 8.5% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.31 | Rate: | $0.00 |
| Admin: | $0.03 | Admin: | $0.00 |
| **Total:** | **$0.34** | **Total:** | **$0.00** |

CCO-B_CHILD 06-18
Created 10/10/2017

Ex. 3 - Wilson Decl.
Page 245 of 276

OHA_LIT_01152628

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Medicare/Medicaid Dual Eligibile**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $230.30 |
| **Base HRA Adjustment** | $33.91 |
| **Hospital Provider Tax Allowance** | $5.27 |
| **Administrative Allowance** | $23.89 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $293.38 |

| | |
|---|---|
| Services Admin % | 8.1% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $26.14 |
| Admin: | $0.00 | Admin: | $2.71 |
| Total: | $0.00 | Total: | $28.85 |

CCO-B_DUAL-MEDS
Created: 10/17/2017

Ex. 3 - Wilson Decl.
Page 246 of 276

OHA_LIT_01152629

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD and OAA**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $1,095.28 |
| **Base HRA Adjustment** | $142.71 |
| **Hospital Provider Tax Allowance** | $43.23 |
| **Administrative Allowance** | $113.64 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $1,394.86 |

| | |
|---|---|
| Services Admin % | 8.1% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $6.49 | Rate: | $5.38 |
| Admin: | $0.67 | Admin: | $0.56 |
| Total: | $7.16 | Total: | $5.94 |

CCO-B_ABAD & OAA
Created: 10/16/2017

Ex. 3 - Wilson Decl.
Page 247 of 276

OHA_LIT_01152630

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Foster Children (CAF)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $449.79 |
| **Base HRA Adjustment** | $27.97 |
| **Hospital Provider Tax Allowance** | $9.63 |
| **Administrative Allowance** | $46.67 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $534.06 |

| | |
|---|---|
| Services Admin % | 8.7% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $2.72 | Rate: | $0.00 |
| Admin: | $0.28 | Admin: | $0.00 |
| Total: | $3.01 | Total: | $0.00 |

Ex. 3 - Wilson Decl.
Page 248 of 276

OHA_LIT_01152631

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 19-44**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $289.80 |
| **Base HRA Adjustment** | $32.33 |
| **Hospital Provider Tax Allowance** | $9.71 |
| **Administrative Allowance** | $30.07 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $361.91 |

| | |
|---|---|
| Services Admin % | 8.3% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $1.44 |
| Admin: | $0.00 | Admin: | $0.15 |
| Total: | $0.00 | Total: | $1.59 |

Ex. 3 - Wilson Decl.
Page 249 of 276

OHA_LIT_01152632

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 45-54**

| | Capitation Rate |
|---|---|
| Base Services Rate | $503.48 |
| Base HRA Adjustment | $62.45 |
| Hospital Provider Tax Allowance | $18.66 |
| Administrative Allowance | $52.24 |
| Managed Care Tax | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $636.82 |

| | |
|---|---|
| Services Admin % | 8.2% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $13.27 |
| Admin: | $0.00 | Admin: | $1.38 |
| Total: | $0.00 | Total: | $14.65 |

Ex. 3 - Wilson Decl.
Page 250 of 276

OHA_LIT_01152633

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 55-64**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $578.65 |
| **Base HRA Adjustment** | $82.48 |
| **Hospital Provider Tax Allowance** | $21.41 |
| **Administrative Allowance** | $60.04 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $742.58 |

| | |
|---|---|
| Services Admin % | 8.1% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $40.97 |
| Admin: | $0.00 | Admin: | $4.25 |
| Total: | $0.00 | Total: | $45.22 |

Ex. 3 - Wilson Decl.
Page 251 of 276

OHA_LIT_01152634

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-B: Physical Health and Mental Health Services
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Breast and Cervical Cancer Program**

| | Capitation Rate |
|---|---|
| Base Services Rate | $1,145.86 |
| Base HRA Adjustment | $202.91 |
| Hospital Provider Tax Allowance | $43.09 |
| Administrative Allowance | $118.89 |
| Managed Care Tax | $0.00 |
| Health Insurers Fee | $0.00 |
| Total Services with Admin, HRA, and HIF | $1,510.75 |

| | |
|---|---|
| Services Admin % | 7.9% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | | | |
|---|---|---|---|
| Applied Behavioral Analysis | | Hepatitis C DAA Drugs | |
| Rate: | $0.00 | Rate: | $5.38 |
| Admin: | $0.00 | Admin: | $0.56 |
| Total: | $0.00 | Total: | $5.94 |

CCO-B_BCCP
Created: 10/16/2017

Ex. 3 - Wilson Decl.
Page 252 of 276

OHA_LIT_01152635

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Temporary Assistance to Needy Families - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $48.43 |
| **Base HRA Adjustment** | $4.15 |
| **Hospital Provider Tax Allowance** | $0.60 |
| **Administrative Allowance** | $5.03 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $58.21 |

| | |
|---|---|
| Services Admin % | 8.6% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

Ex. 3 - Wilson Decl.
Page 253 of 276

OHA_LIT_01152636

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2018 through December 2018

| | |
|---|---|
| Plan: **FamilyCare, Inc** | |
| Region: **TriCounty** | |
| Rate Group: **Poverty Level Medical - Adults** | |

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $28.23 |
| **Base HRA Adjustment** | $2.98 |
| **Hospital Provider Tax Allowance** | $0.37 |
| **Administrative Allowance** | $2.93 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $34.51 |

| | |
|---|---|
| Services Admin % | 8.5% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

CCO-E_PLMA
Created: 10/10/2017

Ex. 3 - Wilson Decl.
Page 254 of 276

OHA_LIT_01152637

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $0.89 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $0.09 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $0.98 |

| | |
|---|---|
| Services Admin % | 9.4% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

CCO-E_CHILD 00-01
Created 10/10/2017

Ex. 3 - Wilson Decl.
Page 255 of 276

OHA_LIT_01152638

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $7.55 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $0.78 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $8.34 |

| | |
|---|---|
| Services Admin % | 9.4% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $2.80 |
| Admin: | $0.29 |
| **Total:** | **$3.09** |

Ex. 3 - Wilson Decl.
Page 256 of 276

OHA_LIT_01152639

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $27.67 |
| **Base HRA Adjustment** | $0.58 |
| **Hospital Provider Tax Allowance** | $0.07 |
| **Administrative Allowance** | $2.87 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $31.20 |

| | |
|---|---|
| Services Admin % | 9.2% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.31 |
| Admin: | $0.03 |
| **Total:** | **$0.34** |

CCO-E_CHILD 06-18

Ex. 3 - Wilson Decl.
Page 257 of 276

OHA_LIT_01152640

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Medicare/Medicaid Dual Eligibile**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $77.89 |
| **Base HRA Adjustment** | $0.86 |
| **Hospital Provider Tax Allowance** | $0.07 |
| **Administrative Allowance** | $8.08 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $86.89 |

| | |
|---|---|
| Services Admin % | 9.3% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

CCO-E_DUAL-MEDS
Created: 10/18/2017
Ex. 3 - Wilson Decl.
Page 258 of 276

OHA_LIT_01152641

# Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD and OAA**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $174.70 |
| **Base HRA Adjustment** | $5.68 |
| **Hospital Provider Tax Allowance** | $0.89 |
| **Administrative Allowance** | $18.13 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $199.39 |

| | |
|---|---|
| Services Admin % | 9.1% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $6.49 |
| Admin: | $0.67 |
| **Total:** | **$7.16** |

CCO-E_ABAD & OAA
Created: 10/13/2017

Ex. 3 - Wilson Decl.
Page 259 of 276

OHA_LIT_01152642

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Foster Children (CAF)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $205.47 |
| **Base HRA Adjustment** | $3.92 |
| **Hospital Provider Tax Allowance** | $0.46 |
| **Administrative Allowance** | $21.32 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $231.16 |

| | |
|---|---|
| Services Admin % | 9.2% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $2.72 |
| Admin: | $0.28 |
| **Total:** | **$3.01** |

CCO-E_CAF
Created: 30 / 10 / 10 / 17

Ex. 3 - Wilson Decl.
Page 260 of 276

OHA_LIT_01152643

## Oregon Health Plan Medicaid Demonstration
### Coordinated Care Organization Capitation Rates
### CCO-E: Mental Health Services Only
### January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 19-44**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $47.67 |
| **Base HRA Adjustment** | $1.78 |
| **Hospital Provider Tax Allowance** | $0.22 |
| **Administrative Allowance** | $4.95 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $54.61 |

| | |
|---|---|
| Services Admin % | 9.1% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

Ex. 3 - Wilson Decl.
Page 261 of 276

OHA_LIT_01152644

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 45-54**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $52.56 |
| **Base HRA Adjustment** | $1.29 |
| **Hospital Provider Tax Allowance** | $0.17 |
| **Administrative Allowance** | $5.45 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $59.47 |

|  |  |
|---|---|
| Services Admin % | 9.2% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

CCO-E_ACA 45-54
Created 5/10/17

Ex. 3 - Wilson Decl.
Page 262 of 276

OHA_LIT_01152645

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 55-64**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $35.99 |
| **Base HRA Adjustment** | $0.85 |
| **Hospital Provider Tax Allowance** | $0.10 |
| **Administrative Allowance** | $3.73 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $40.68 |

| | |
|---|---|
| Services Admin % | *9.2%* |
| Managed Care Tax % | *0.0%* |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

CCO-E_ACA 55-64
Created 10/19/2017

Ex. 3 - Wilson Decl.
Page 263 of 276

OHA_LIT_01152646

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-E: Mental Health Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Breast and Cervical Cancer Program**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $84.45 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $8.76 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $93.21 |

| | |
|---|---|
| Services Admin % | 9.4% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

CCO-E_BCCP

Ex. 3 - Wilson Decl.
Page 264 of 276

OHA_LIT_01152647

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Temporary Assistance to Needy Families - Adults**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $76.35 |
| **Base HRA Adjustment** | $4.15 |
| **Hospital Provider Tax Allowance** | $0.60 |
| **Administrative Allowance** | $7.92 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $89.02 |

| | |
|---|---|
| Services Admin % | 8.9% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

CCO-G_TANF
Created: 10/10/2017

Ex. 3 - Wilson Decl.
Page 265 of 276

OHA_LIT_01152648

## Oregon Health Plan Medicaid Demonstration
### Coordinated Care Organization Capitation Rates
### CCO-G: Mental Health and Dental Services Only
### January 2018 through December 2018

Plan: **FamilyCare, Inc**

Region: **TriCounty**
Rate Group: **Poverty Level Medical - Adults**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $52.23 |
| **Base HRA Adjustment** | $2.98 |
| **Hospital Provider Tax Allowance** | $0.37 |
| **Administrative Allowance** | $5.42 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $61.00 |

| | |
|---|---|
| Services Admin % | 8.9% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

CCO-G_PLMA
Created: 10/10/2017

Ex. 3 - Wilson Decl.
Page 266 of 276

OHA_LIT_01152649

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-G: Mental Health and Dental Services Only
## January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 0-1 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $2.15 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $0.22 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $2.37 |

| | |
|---|---|
| Services Admin % | 9.4% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

CCO-G_CHILD 00-01
Create... 

Ex. 3 - Wilson Decl.
Page 267 of 276

OHA_LIT_01152650

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-G: Mental Health and Dental Services Only
## January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 1-5 (CHIP, PLMC, TANF Children)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $35.34 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $3.67 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $39.01 |

| | |
|---|---|
| Services Admin % | 9.4% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $2.80 |
| Admin: | $0.29 |
| **Total:** | **$3.09** |

CreateEx. 3 - Wilson Decl.
Page 268 of 276

OHA_LIT_01152651

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Children 6-18 (CHIP, PLMC, TANF Children)**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $55.84 |
| **Base HRA Adjustment** | $0.58 |
| **Hospital Provider Tax Allowance** | $0.07 |
| **Administrative Allowance** | $5.79 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $62.29 |

| | |
|---|---|
| Services Admin % | 9.3% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.31 |
| Admin: | $0.03 |
| **Total:** | **$0.34** |

Ex. 3 - Wilson Decl.
Page 269 of 276

OHA_LIT_01152652

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-G: Mental Health and Dental Services Only
### January 2018 through December 2018

Plan: **FamilyCare, Inc**

Region: **TriCounty**

Rate Group: **Medicare/Medicaid Dual Eligibile**

| | Capitation Rate |
|---|---|
| **Base Services Rate** | $106.54 |
| **Base HRA Adjustment** | $0.86 |
| **Hospital Provider Tax Allowance** | $0.07 |
| **Administrative Allowance** | $11.05 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| **Total Services with Admin, HRA, and HIF** | $118.52 |

| | |
|---|---|
| Services Admin % | 9.3% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

CCO-G_DUAL-MEDS
Created 3/16/2017

Ex. 3 - Wilson Decl.
Page 270 of 276

OHA_LIT_01152653

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ABAD and OAA**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $201.36 |
| **Base HRA Adjustment** | $5.68 |
| **Hospital Provider Tax Allowance** | $0.89 |
| **Administrative Allowance** | $20.89 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $228.82 |

| | |
|---|---|
| Services Admin % | 9.1% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $6.49 |
| Admin: | $0.67 |
| **Total:** | **$7.16** |

Ex. 3 - Wilson Decl.
Page 271 of 276

OHA_LIT_01152654

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
### CCO-G: Mental Health and Dental Services Only
### January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Foster Children (CAF)**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $232.54 |
| **Base HRA Adjustment** | $3.92 |
| **Hospital Provider Tax Allowance** | $0.46 |
| **Administrative Allowance** | $24.13 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $261.04 |

| | |
|---|---|
| Services Admin % | 9.2% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $2.72 |
| Admin: | $0.28 |
| **Total:** | **$3.01** |

Ex. 3 - Wilson Decl.
Page 272 of 276

OHA_LIT_01152655

## Oregon Health Plan Medicaid Demonstration
Coordinated Care Organization Capitation Rates
CCO-G: Mental Health and Dental Services Only
January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 19-44**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $69.46 |
| **Base HRA Adjustment** | $1.78 |
| **Hospital Provider Tax Allowance** | $0.22 |
| **Administrative Allowance** | $7.21 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $78.67 |

| | |
|---|---|
| Services Admin % | 9.2% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| Total: | $0.00 |

CCO-G_ACA 19-44
Created 07/13/17

Ex. 3 - Wilson Decl.
Page 273 of 276

OHA_LIT_01152656

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-G: Mental Health and Dental Services Only
## January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 45-54**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $81.05 |
| **Base HRA Adjustment** | $1.29 |
| **Hospital Provider Tax Allowance** | $0.17 |
| **Administrative Allowance** | $8.41 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $90.91 |

| | |
|---|---|
| Services Admin % | 9.2% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| Total: | $0.00 |

CCO-G_ACA 45-54
Created:

Ex. 3 - Wilson Decl.
Page 274 of 276

OHA_LIT_01152657

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-G: Mental Health and Dental Services Only
## January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **ACA Ages 55-64**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $66.64 |
| **Base HRA Adjustment** | $0.85 |
| **Hospital Provider Tax Allowance** | $0.10 |
| **Administrative Allowance** | $6.91 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $74.51 |

| | |
|---|---|
| Services Admin % | 9.3% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

CCO-G_ACA 55-64
Created: 10/10/2017

Ex. 3 - Wilson Decl.
Page 275 of 276

OHA_LIT_01152658

# Oregon Health Plan Medicaid Demonstration
## Coordinated Care Organization Capitation Rates
## CCO-G: Mental Health and Dental Services Only
## January 2018 through December 2018

Plan: FamilyCare, Inc

Region: TriCounty
Rate Group: **Breast and Cervical Cancer Program**

|  | Capitation Rate |
|---|---|
| **Base Services Rate** | $106.80 |
| **Base HRA Adjustment** | $0.00 |
| **Hospital Provider Tax Allowance** | $0.00 |
| **Administrative Allowance** | $11.08 |
| **Managed Care Tax** | $0.00 |
| **Health Insurers Fee** | $0.00 |
| Total Services with Admin, HRA, and HIF | $117.88 |

| | |
|---|---|
| Services Admin % | 9.4% |
| Managed Care Tax % | 0.0% |

| Rate Components with Risk Corridor | |
|---|---|
| Applied Behavioral Analysis | |
| Rate: | $0.00 |
| Admin: | $0.00 |
| **Total:** | **$0.00** |

CCO-G_BCCP
Created: 10/18/17

Ex. 3 - Wilson Decl.
Page 276 of 276

OHA_LIT_01152659