
FamilyCare
Health

December 15, 2017

Dear FamilyCare Staff Member,

This letter is to inform you, pursuant to the Worker Adjustment and Retraining Notification Act ("WARN"), 29 U.S.C. § 2102, et seq., that due to unforeseeable business circumstances, including the rates currently being offered by the OHA for 2018.  On December 14, 2017 the board has made the decision to not sign the 2018 OHA contract as currently provided, but negotiations are continuing.   As a result, FamilyCare's Medicaid line of business will not go forward and FamilyCare will make permanent lay offs, beginning on or about January 5, 2018, unless unforeseen business circumstances require a delay, in which case you will be notified of the specific separation date as soon as practicable.

There is a chance that an agreement could be reached with the state before the beginning of the 2018 plan year.  If that happens,we would not move forward with the reduction in staff, and would continue to operate as we are today.  If that occurs, we will let you know as soon as practicable.  Even though a final decision has not been made, we value transparency at FamilyCare and wanted to give you as much notification as possible following the board decision.

Enclosed are some details of how this decision would impact you personally, and what packages are offered to help make this transition as smooth as possible.

Decisions that impact staff are not taken lightly. If you have specific questions about your benefits that have not been answered by the information package we've attached, please don't hesitate to reach out to Paige Jackson in Human Resources 503/471-2111 to get your questions answered.

Sincerely,

Jeff Heatherington,
President & CEO

Attachments enclosed.

Health Happens Here

95071874.3 0026097-00004
825 NE Multnomah St., Suite 1400, Portland, OR 97232 | P: 503-222-2880 F: 503-345-5720 | www.familycareinc.org

Ex. 4 - Wilson Decl.
Page 1 of 1
FCI0376894