From:        Art Suchorzewski
To:          Chara
Sent:        12/15/2017 9:33:11 AM
Subject:     RE: The Speaker's Lobby: Two Hours…or Ten

I'm not sure what it all means for my job, but I'm sure it will end by January-February.

Most of our business is Medicaid, and federal regulations empower the states to produce rates for the population we serve, but they have to be actuarially sound for each plan. The rates they produced for 2018 will deplete our assets and drive us out of business, so the board made a decision not to sign the contract. We sued the state on the 2017 rates as well because we knew they would generate losses for the company, meanwhile the other Medicaid plans were making big $$$. The losses started in 2016, in part, because the state artificially depressed the risk scores associated with our population.

Sorry, there is a lot there. I'm doing ok for now, but we have a staff meeting in 30 minutes and people will be layed off.

Art

**From:** Chara [mailto:Chara@mail.house.gov]
**Sent:** Friday, December 15, 2017 8:29 AM
**To:** Art Suchorzewski <ArtS@familycareinc.org>
**Subject:** RE: The Speaker's Lobby: Two Hours…or Ten

Wait what?!??! Does that mean you're out of a job? How can the state shut y'all down?

Are you ok?

*Chara McMichael, MBA*
Chief of Staff
Congressman Randy Weber (TX-14)

**From:** Art Suchorzewski [mailto:ArtS@familycareinc.org]
**Sent:** Friday, December 15, 2017 1:17 AM
**To:** Chara <Chara@mail.house.gov>
**Subject:** Re: The Speaker's Lobby: Two Hours…or Ten

Hi Chara!

Yes I miss you and all the old Weber gang. I've been preoccupied with trying to save FamilyCare from the state of Oregon. Unfortunately, that ended today. The Board voted to shut down the company. I'm not sure how much time I have left, but at least a month or two I estimate. We sued the state back in February and I'm not sure if the lawsuit will proceed or not. Anyway, this is fresh news so haven't been able to digest it all yet, but I thought I'd send you a quick update.

Hope all is well in Trump Land!

Artie pop

Sent from my iPhone

On Dec 7, 2017, at 7:13 AM, Chara <Chara@mail.house.gov> wrote:

This is a laughably good articulation of yesterday's events… Miss us yet? ☺

*Chara McMichael, MBA*
Chief of Staff
Congressman Randy Weber (TX-14)

**From:** Pergram, Chad
**Sent:** Thursday, December 7, 2017 2:40 AM
**To:** Pergram, Chad <chad.pergram@foxnews.com>
**Subject:** The Speaker's Lobby: Two Hours…or Ten

The Speaker's Lobby: Two Hours…or Ten
By: Chad Pergram, Fox News
07 December 2017

How long?

"This is either going to take two hours…or ten," said the source.

Donald Trump Jr. was slated Wednesday morning – and, perhaps even Wednesday evening - to face the House Intelligence Committee in a closed door session. Many reporters presumed the testimony of the son-of-the-president may emerge as the marquee story of the day on Capitol Hill. The panel interrogated Trump Jr. until just before 6 pm et. But what transpired *outside* the secure hearing facility during that sequestration eclipsed anything the President's son uttered inside.

Trump Jr. arrived at the Capitol via a clandestine, underground loading dock entrance located nearly quarter a mile away from the House Intelligence Committee's quarters. No news photographer captured a single frame of the President's son coming or going. So everyone settled in for a long stakeout in the Capitol Visitor's Center basement outside the Intelligence Committee.

Oh…

That's today?

Rep. Al Green (D-TX) wants to try to impeach the President of the United States today?

*Two* articles of impeachment? "Unfit" for the Presidency. Ok. No "high Crimes." But "Misdemeanors" under Article II, Section 4 of the Constitution.

Alright then. Green doesn't like what the President said about the KKK in Charlottesville. Called Rep. Frederica Wilson (D-FL) "wacky" three times.

Wait a minute..

This statement from Sen. Mazie Hirono (D-HI)?

Franken should *resign*??

Ok. Here's a story. First, Democratic senator demanding that Sen. Al Franken (D-MN) resign.

"I'm calling on my colleague Al Franken to step aside. I've struggled with this decision because he's been a good

Senator and I consider him a friend...

Hold it.

Gillibrand? Gillibrand too? Look at Twitter.

"While he's entitled to an Ethics Committee hearing, I believe he should step aside..." tweeted Sen. Kirsten Gillibrand (D-NY).

Wait.

McCaskill. Kamala Harris. Did you see the statement from Sen. Maggie Hassan (D-NH). Now Casey?

The dam is breaking.

Back to Green. House Reading Clerk Susan Cole is articulating his articles of impeachment on the floor.

"..Trump had a public statement referring to professional football players as 'sons of b-i-t-c-h-e-s,' therefore denigrating them and their mothers..."

Here we go. Joint statement from House Minority Leader Nancy Pelosi (D-CA) and House Majority Whip Steny Hoyer (D-CA).

"Legitimate questions have been raised about his fitness to lead this nation," said Pelosi and Hoyer. "Now is not the time to consider articles of impeachment."

Now Sen. Heidi Heitkamp (D-ND) is demanding Franken resign?

Ok. Confirmed. Sen. Elizabeth Warren (D-MA) talked with Franken by phone and told him he should resign.

How many now? 12? 14?

*Twenty-six* Democratic senators want him to quit.

Back to the House floor.

"...brought the high Office of the Presidency into contempt, ridicule and disgrace...'"

House Majority Leader Kevin McCarthy (R-CA) is going to move to table or kill the motion. The House will vote on tabling Green's articles. This is one step removed from actually voting on the articles of impeachment themselves.

Shutdown?

"Democrats are really looking at something very dangerous for our country. They are looking at shutting down, they want to have illegal immigrants, in many cases people that we don't want in our country," said President Trump."

Will Pelosi and Schumer ditch the Thursday meeting like they did last week with Mr. Trump?

Twitter.

Ok. Sherrod Brown wants Franken to resign. Ah. Here we go. Pelosi: "President Trump is the only person talking about a government shutdown."

Alright. The House is voting to euthanize Green's impeachment articles. How many Democrats voted against killing them? 365 yeas? No. Now 364. Okay. Two members voting present. Reps. Joaquin Castro (D-TX). Marc Veasey (D-TX). There are four voting present? Who are the other two? Reps. Carol Shea-Porter (D-NH) and Terri Sewell (D-AL)? Shea-Porter isn't even running for re-election.

364-58 and four voting present.

There's Veasey in the Speaker's Lobby.

"It's not the time (for impeachment)," said Veasey. "We don't know enough. This is my first time voting present."

GUNS!!!

Almost forgot. That's next. Bill by Rep. Richard Hudson (R-NC) to allow people with concealed carry permits to take their weapons across state lines. On the floor now. First gun bill since the massacres in Las Vegas and Sutherland Springs, TX.

"Thou shalt have the ability to bear arms. I missed that one," thundered House Democratic Caucus Chairman Joe Crowley (D-NY) on the House floor. "That God-given right."

Jerusalem! They are moving the U.S. Embassy from Tel Aviv to Jerusalem.

"We would be offended if some other country recognizes us and puts their embassy in Chicago. Israel has a right to declare its capital," said Rep. Eliot Engel (D-NY), the top Democrat on the House Foreign Affairs Committee.

Tax bill! The Senate now voting to go to conference with the House on the tax bill.

The Senate will *insist* on their amendments? Is that as bare-knuckles as it seems?

*Here's a question for you, Chad. What do we call people who are part of the tax conference committee? Conference participants?*

Conferees.

Hey, the House Rules Committee is now in. Trying to prepare an interim funding bill to avoid a government shutdown Friday.

*Does the government shutdown Friday morning?*

No. Friday night. 11:59:59 pm Friday.

*You think there will be a government shutdown on the 23rd?*

I'm not even sure there won't be a government shutdown on the 9th.

*Will Al Franken resign today?*

Oh. Franken. Forgot about him.

"I had no idea there were this many pigs in America," said Sen. John Kennedy (R-LA) about his Minnesota colleague. "There's an old saying. The truth will set you free. But sometimes it will make you feel like hell."

*Was that Norm Coleman in the basement of the Senate Russell Office Building?*

*Former* Sen. Norm Coleman (R-MN)? Franken's *predecessor*? Talk about getting a jump-start.

Back to House Rules Committee, trying to avoid a government shutdown.

"Mr. Chairman, what are you going to do two weeks from now?" asked Rep. Alcee Hastings (D-FL). "Can you assure us this will be the last CR (stopgap spending bill) for the fiscal year?

"It is my hope," replied House Rules Committee Chairman Pete Sessions (R-TX).

Gun bill vote underway now. Passes, 231-198. Six Democrats for it. Fourteen Republicans against it.

Franken again. Senators pouring out of a Senate-wide briefing on defense spending.

"It was a tipping point for us to step up," said Mazie Hirono. "I had a release prepared."

Reporters chase Sen. Joe Manchin (D-WV) a few steps down the underground tunnel leading away from the Capitol. *Why haven't you weighed in on Franken?*

"We have a process here," said Manchin.

Almost forgot. Donald Trump Jr.

*Is he still in there? Did anyone see him?*

No. He just left.

Chad Pergram
Senior Producer for Capitol Hill
FOX News
chad.pergram@foxnews.com
202 253 5295

This email is only intended for the use of the addressees. Copying, forward, printing or other use of this message, by those other than to whom it's addressed, is not authorized. Information here may be exempt from disclosure. If you're not the intended recipient, please notify us and delete copies of the message. Thank you.

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.