| | |
|---|---|
| **From:** | Jack Coleman |
| **To:** | Alexsis Winterhalter |
| **CC:** | #Portland-KATU-News-Assignment-Desk; Joe Hathaway |
| **Sent:** | 12/15/2017 4:57:09 PM |
| **Subject:** | Re: KATU News Inquiry |

Familycare today announced to employees that its board decided not to sign the 2018 CCO contract because we're being offered insufficient rates which will force us into bankruptcy before the end of 2018. We've received the lowest rates of any Medicaid plan in Oregon for three consecutive years. We've lost approximately $100 million on these inadequate rates since 2016. No business can sign a contract that will force it into bankruptcy. We remain hopeful that state leaders will step in and do the right thing for the more than 100,000 Medicaid members, thousands of providers and more than 300 employees.

Get Outlook for Android

From: Alexsis Winterhalter
Sent: Friday, December 15, 4:44 PM
Subject: KATU News Inquiry
To: Jack Coleman
Cc: #Portland-KATU-News-Assignment-Desk, Joe Hathaway

Hi there,

We are seeing reports that FamilyCare Health is closing after a decision made by the board last night. Can you confirm this? Are there any other details about the closure that you can share? Please reply all.

Thank you,
Alexsis Winterhalter
KATU News
(503) 231-4264
awinterhalter@katu.com