**From:**  Richard (Dick) Barsotti
**To:**  Deborah Rumsey
**Sent:**  12/15/2017 9:42:32 PM
**Subject:**  Yes it is true.

You have probably heard that FamilyCare told their staff today that they are being laid off Jan 5  (in January so that they get insurance for the month). FamilyCare is not going to sign the 2018 contract so will not be a CCO on January 1st. Our claims from December will be paid as usual. Our claims from DOS January – who knows by whom or when. I am sure the state will pay something, sometime. The patients are still covered by OHP.

OHA did not budge on the rates and FCI would be bankrupt in August so closing now lets them pay people, give severance payments, and end up with some money for an ongoing foundation that will focus on health care improvements.

I do not understand what the issue is at OHA. Maybe it is that they don't know their numbers are ridiculous, or just that people don't want to admit that they made a mistake or something nefarious but for whatever reason the rates offered to FamilyCare will not support a viable company.

FamilyCare leadership has no idea what OHA is going to do with the 120,000 lives covered by FCI. I suspect that they did not think Jeff was serious.

I hope that people at OHA are working this w/e working on the contingency plan. If they are not worried they are more incompetent then I dreamed possible.

Merry Christmas
Dick

This message has been scanned for malware by Websense. www.websense.com