| | |
|---|---|
| **From:** | Jack Coleman |
| **To:** | Bill Guest; William (Bill) Murray; Jeff Heatherington; Oscar Clark |
| **CC:** | Ellen Lee |
| **Sent:** | 12/15/2017 2:58:11 PM |
| **Subject:** | Near term suggested talking points for provider staff |

I understand providers are calling and I received a call from a provider that was referred to me by provider navigation. We do not have a lot of the answers folks are seeking at this time, but the basic information I provided was:

- FamilyCare announced today that it is not able to sign the 2018 CCO contract from OHA because it contains insufficient rates would force us into bankruptcy before the end of 2018.
- Negotiations went down to the wire and this week the state informed us they are unwilling to make any changes to the 2018 rates, which are the second lowest in the state.
- Without a viable contract, FamilyCare's Medicaid line of business will not go forward in 2018.
- The state has created a very difficult situation for everyone, including our members and providers.
- We understand there are a lot of questions and concerns about how this will impact members and providers. We understand and share those concerns.
- This is a very recent development and we will be providing additional information in the coming days.
- We remain committed to doing everything we can to support our providers and members during this transition.
- If you are willing to contact your elected officials and the governor's office that would be appreciated. There's a chance the governer could take action to prevent FamilyCare's closure.
- We'll have additional information soon.
- Thank you for your partnership and support.

**Jack Coleman**
Director, Communications
825 NE Multnomah St., Suite 1400, Portland, OR 97232
Office: 503-734-3109 Cell: 503-313-1943
Facebook | Twitter | App

