**Stephen F. English** (OSB No. 730843)
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Heidee Stoller** (OSB No. 072835)
HStoller@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>             Defendants. | Case No. 6:18-cv-00296-MO<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL HEIDEE STOLLER**<br><br>Pursuant to LR 83-11(b) |

PLEASE TAKE NOTICE of the following withdrawal of counsel on behalf of Plaintiff FamilyCare, Inc.

WITHDRAWING ATTORNEY:    Heidee Stoller, OSB No. 072835
PERKINS COIE LLP
1120 NW Couch St., 10th Floor
Portland, OR  97209
Email:  HStoller@perkinscoie.com

This withdrawal of counsel shall be effective immediately.  Perkins Coie LLP attorneys will remain counsel of record for Plaintiff FamilyCare, Inc.

DATED:  January 13, 2022               **PERKINS COIE LLP**

By: *s/ Matthew P. Gordon*
**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Heidee Stoller** (OSB No. 072835)
HStoller@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone:      503.727.2000
Facsimile:      503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:      206.359.8000
Facsimile:      206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

1-    NOTICE OF WITHDRAWAL OF COUNSEL
HEIDEE STOLLER