



**Peter Davidson**
Managing Director
PwC
405 Howard St Suite 600
San Francisco, CA 94105
Tel: 925-330-1127
peter.b.davidson@pwc.com

**Education and Certifications**
- BA in Mathematics/Physics from Whitman College
- Fellow of the Society of Actuaries (FSA)
- Member of the American Academy of Actuaries (MAAA)

**Professional History**
- PwC, 2001 – present
- Arthur Andersen, 1998 – 2001
- Milliman & Robertson, 1993 – 1998
- Blue Cross of Washington and Alaska, 1987 - 1993

**Professional Associations**
- Society of Actuaries
  - Member – Medicaid Subgroup
  - Member – Individual/Small Group Subgroup
  - Member – Health Financial Reporting Subgroup
- American Academy of Actuaries
  - Member – Medicaid Working Group

## Peter Davidson, FSA, MAAA

I am a Managing Director in the Healthcare Consulting Practice of PricewaterhouseCoopers LLP (PwC) in San Francisco.  I am a Fellow of the Society of Actuaries and a Member of the American Academy of Actuaries.  I have over 30 years of experience as a healthcare actuary, including more than 20 years consulting to state Medicaid programs and Medicaid managed care plans.  My expertise lies in the areas of rate setting, modeling, risk adjustment, risk assessment, financial reporting, and operations.

I lead teams of health actuaries and health policy consultants who provide a wide variety of services to health insurance companies, health maintenance organizations, provider organizations, employers, universities, and federal, state, and local government agencies across the United States and internationally.  My experience has spanned Medicaid, Medicare, and Commercial coverages, and over the past 20 years includes substantial work in Medicaid managed care, healthcare reform, and healthcare policy analysis.

My Medicaid experiences include leading teams of actuaries consulting to state Medicaid programs on assignments such as preparation of data books and actuarially sound capitation rates, state Medicaid program redesign, evaluation of Medicaid expansion impacts, and development risk adjustment and risk mitigation mechanisms.  I have also worked with many Medicaid managed care plans to assist in the evaluation of state rate proposals, perform feasibility analyses and financial projections, prepare rate bids and evaluate bid strategy, assess risk adjustment analytics, and evaluate the alignment of provider incentives with State payment mechanisms.

For the past several years, I annually lead a team of actuaries performing actuarial bid desk reviews for the Centers for Medicare & Medicaid Services (CMS) to evaluate Medicare Advantage and Prescription Drug Plan rate bids submitted by health plans.  This engagement requires the evaluation of the reasonability of pricing assumptions and the adequacy of supporting documentation for hundreds of health plan bids.   I have also worked with a number of organizations on healthcare reform and pricing related issues, including work with Covered California (California's health insurance marketplace).

Exhibit A
Page 1 of 2



## Peter Davidson, FSA, MAAA

**Publications**

- **Challenges of partial reform – Lessons from State Efforts to Reform the Individual and Small Group Market Before the Affordable Care Act,** California Health Care Foundation, February 2017

- **Reports to the California State Legislature**, prepared with California Health Benefits Review Program,
  - **Analysis of California Senate Bill 999 Contraceptives: Annual Supply**, March 2016
  - **Analysis of California Assembly Bill 1763 Colorectal Cancer Screening**, April 2016
  - **Analysis of California Assembly Bill 1831 Topical Ophthalmic Refills**, April 2016
  - **Analysis of California Assembly Bill 1954 Reproductive and Sexual Health**, April 2016
  - **Analysis of California Assembly Bill 2507 Telehealth: Access**, April 2016
  - **Analysis of California Assembly Bill 2764 Health Care Coverage: Mammography**, May 2016
  - **Analysis of California Assembly Bill 1316 Childhood Lead Poisoning: Prevention**, April 2017
  - **Analysis of California Senate Bill 172 Fertility Preservation**, April 2017
  - **Analysis of California Assembly Bill 1353 Drug Utilization Management Exceptions**, April 2017
  - **Analysis of California Assembly Bill 1860 Cancer Treatment**, April 2018
  - **Analysis of California Assembly Bill 2193 Maternal Mental Health**, April 2018
  - **Analysis of California Assembly Bill 2384 Medication-Assisted Treatment**, April 2018
  - **Analysis of California Assembly Bill 2643 Dentistry: General Anesthesia**, April 2018