### Information Relied Upon

I relied on the files contained in hard drives and file archives created by the Defendant and by Perkins Coie.  The individual files are too numerous to list.  The hard drives and file archives can be identified by the following information.

| ID | Type | Sent Date |
| --- | --- | --- |
| OHA_LIT_PROD009 | Hard Drive | 2017/11/02 |
| OHA_LIT_PROD010 | Hard Drive | 2017/11/02 |
| OHA_LIT_PROD011 | Hard Drive | 2017/11/02 |
| OHA_LIT_PROD013 | Hard Drive | 2017/11/15 |
| OHA_LIT_PROD014 | Hard Drive | 2017/11/15 |
| OHA_LIT_PROD015 | Hard Drive | 2017/11/15 |
| OHA_LIT_PROD017 | Hard Drive | 2017/11/16 |
| OHA_LIT_PROD020 | Hard Drive | 2017/12/05 |
| OHA_LIT_PROD026 | Hard Drive | 2018/01/26 |
| OHA_LIT_PROD032 | Hard Drive | 2018/04/04 |
| OHA_LIT_PROD033 | Hard Drive | 2018/04/04 |
| OHA_LIT_PROD034 | Hard Drive | 2018/04/04 |
| OHA_LIT_OPT-PROD007 | Hard Drive | 2018/04/24 |
| 20180502v001.hc | File Archive | 2018/05/02 |
| 20180508v001.hc | File Archive | 2018/05/08 |
| 20180605v001.hc | File Archive | 2018/06/05 |
| 20180612v001.hc | File Archive | 2018/06/12 |
| 20180619_PWC_Export.hc | File Archive | 2018/06/19 |
| 20180620v001.hc | File Archive | 2018/06/20 |

I also received the following deposition transcripts.

| Name | Type | Deposition Date |
| --- | --- | --- |
| Benjamin J. Diederich | PDF | 2018/07/10 |
| Steven Schram | PDF | 2018/07/24 |
| Laura Robison | PDF | 2018/08/03 |
| Zachary Aters | PDF | 2018/08/08 |
| Laura Robison | PDF | 2018/08/16 |
| Jacqueline Lee | PDF | 2018/09/11 |

The following is a recap of the Bates numbers cited in the report's footnotes:

| Bates No. | Description/Filename |
|---|---|
| FCI0386376 – FCI0386379 | Email from Laura Robison dated Dec 29, 2018 |
| OHA_LIT_00204781 | Email from Fillard Spring-Rhyne dated May 3, 2016 |
| OHA_LIT_00219634 | Compiled Trend Tables 2016-09-25.xlsb |
| OHA_LIT_00219910 – OHA_LIT_00220058 | CY17 Rate Certification dated Oct 10, 2016 |
| OHA_LIT_00221893 | CY17 Rate Certification - Appendix XI - CCO Q&A's Tri-County |
| OHA_LIT_00221963 | CCO 20170101-20171231 Round 2 Questions Clean_Optumas Response.docx |
| OHA_LIT_00569994-17TS | OR - Tricounty UC Trend Analysis 2016.09.17.xlsb |
| OHA_LIT_00569994-17TS | OR CY17 Rates - Base Data Model Familycare 2016.09.24_v2.xlsb |
| OHA_LIT_00569994-17TS | OR- CY17 Risk Score Analysis 2016.09.07.xlsx |
| OHA_LIT_00655231 | CAP_ELIG_03.wpd |
| OHA_LIT_00658088 | Email from Julie Farrow dated Jun 23, 2017 |
| OHA_LIT_00689030 | OHA Redetermination Analysis (004) FINAL.pdf |
| OHA_LIT_00722037 | Final Report_without BCCP.xlsx |
| OHA_LIT_00887416 – OHA_LIT_00887424 | Fall 2016 Caseload Forecast.pdf |
| OHA_LIT_00891270 | Renewal Breakdown Graph_052017.xlsx |
| OPT00000266 | Email from Jessica Grado dated Jul 6, 2015 |
| OPT00002898 – OPT00002899 | Executive_Gov_Brief_20160712.docx |
| OPT00017495 | Email from Zachary Aters, dated Aug 28, 2017 |
| OPT00035935 | Attachment to email from Daniel Roe to Zachary Aters dated Aug 25, 2016 |
| OPT00067543 | Email from Zachary Aters dated Jul 18, 2017 |
| OPT00080423 | Email from Zachary Aters dated Aug 9, 2017 |
| OPT00086116 | Case_Mgmt_L6_L19.xlsx |
| OPT00087612 | OR CY18 - Updated Redetermination 2018.01.16 v3.xlsb |
| OPT00087689 | Summary 2017-07-19_v2.xlsx |
| OPT00087756 | Compiled Trend Tables 2017.08.11.xlsb |
| OPT00093001 – OPT00093002 | CY18 Rate Certification - Appendix VII - CCO Rate of Growth |
| OPT00093027 – OPT00093045 | CY18 Rate Certification Appendix XI - CCO Q&A |
| OPT00093074 | OR CY18 Rates - Appendix XV 2018 Regulatory Review of Rate Setting Process_FINAL.pdf |
| OPT00093123 | OR CY18 Rates - Reported Admin Exhibit.xlsx |
| OPT00095153 | FTCY16_FamilyCare_20170501 exhibitL.xlsx |
| OPT00095182 | FTCY16_FamilyCare_20170501 rog.xlsx |
| OPT00095183 | FTCY16_HealthShare_20170501 rog.xlsx |
| OPT00142669 – OPT00142838 | CY18 Rate Certification dated Oct 25, 2017 |
| OPT00143151 – OPT00143341 | CY18 Rate Certification dated Feb 28, 2018 |

- 3 -

| OPT00143226 | CY18 Rate Certification dated Feb 28, 2018 - Appendix II.A - Regional Rates |
| OPT00143326 – OPT00143327 | CY18 Rate Certification dated Feb 28, 2018 - Appendix XIV - Independent Rate Review Checklist |
| OPT00143442 | Admin_Analysis.xlsx |
| OPT00143451 | OR CY18 Rates - Base Data Model FamilyCare 2018-01-08.xlsb |
| OPT00143487 | OR CY18 Rates - Base Data Model FamilyCare 2017-08-07.xlsb |
| OPT00144040 | OR- CY18 Risk Score Analysis 2017.06.13.xlsx |
| OPTUMAS_00076637 | Email from Zachary Aters dated Aug 25, 2016 |
| OPTUMAS_00094603 | Email from Daniel Roe dated Dec 11, 2017 |
| OPTUMAS_00096186 | Email from Zachary Aters dated Nov 8, 2017 |
| OPTUMAS_00096187 | LE Questions for Optumas 20171107_Final.docx |

Exhibit B
Page 3 of 3