# CURRICULUM VITAE

**NAME**
Donna C. Novak FCA, ASA, MAAA, MBA

**BUSINESS ADDRESS**
NovaRest, Inc.
156 W. Calle Guija Suite 200
Sahuarita, AZ, 85629
Phone: 520-908-7246
E-mail: Donna.Novak@NovaRest.com

**EDUCATION**
DePaul University, BA in Mathematics and Business, 1972

Post graduate work Illinois Institute of Technology, 1972-1973.

Northwestern University (Kellogg), Masters in Health Care Management and Finance, 2000

**CONTINUING EDUCATION**
An estimated 90 hours annually of sessions at the National Association of Insurance Commissioners (NAIC) quarterly meetings

Prepare and speak annually at Society of Actuaries (SOA) meetings

Meet all continuing education requirements of the American Academy of Actuaries (AAA) necessary to sign public statements of actuarial opinion

**MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS**
Fellow of the Conference of Consulting Actuaries (FCA)

Associate of the Society of Actuaries (ASA)

Member of the Academy of Actuaries (MAAA)

Fellow, Life Management Institute (FLMI)

Health Insurance Associate (HIA)

**EMPLOYMENT HISTORY**

| | |
|---|---|
| NovaRest, Inc. | 2002- present |
| William M Mercer, Inc | 2000-2002 |

Exhibit 1
Page 1 of 6

| | |
|---|---|
| Deloitte & Touche, LLP | 1998-2000 |
| Coopers and Lybrand | 1997-1998 |
| Blue Cross And Blue Shield Association | 1993-1997 |
| Trustmark Insurance Company | 1991-1993 |
| William M Mercer, Inc | 1984-1990 |
| Bankers Life And Casualty | 1983-1984 |
| Self-employed Consultant | 1977-1983 |
| CNA Financial Corporation | 1969-1977 |

**AREA OF EXPERTISE**

Donna aids state insurance regulators in meeting their regulatory responsibilities by offering a wide range of support in areas including rate filing review, state financial examination, Medicare bid review, and expert witness testimony.  She specializes in rate review, health care cost reduction, and predicting the cost of health care insurance reform, as well as measuring the financial health of insurers and HMOs. She has worked with state regulators and the National Association of Insurance Commissioners (NAIC) to implement new insurance reform regulations. She led the project to write the NAIC Health Financial Analyst Manual and has assisted regulators in tri-annual insurance financial reviews. She has been engaged by regulators to review proposed business affiliations between health insurance entities.

Donna is a Practice Leader directing NovaRest's actuarial team consulting to the Centers for Medicare and Medicaid Services (CMS) reviewing the reasonableness of the prescription drug portion of MA-PD and PDP plan bid review. The bid review is focusing on the evaluation of whether the proposed bid is reasonable and fair and conforms to CMS requirements. The process requires an in-depth review of the drug cost net of rebates, beneficiary cost sharing, administrative expense, and profit margin.  The review covers all actuarial assumptions and methods used in developing the overall bid, including the quality of the underlying data.

Through her work participating in CMS bid desk reviews, and CMS Medicare bid audits, and reviews of Retiree Drug Subsidy actuarial attestation, she has developed a knowledge of prescription drug payment systems.  The Retiree Drug certification review included confirming that the retiree drug coverage was actuarially equivalent to Part D of Medicare.

She is recognized as an expert within the actuarial profession and is often utilized to provide expert reports and testimony.  Ms. Novak participated in the development of expert reports and testimony, as well as post-hearing briefs, for individual rate filings in the State of Rhode Island in 2012, 2013, and 2014.  She developed expert reports and provided expert testimony in the

Exhibit 1
Page 2 of 6

State of Vermont in 2014, 2015, and 2016.  Also, she provided an expert report and testimony on behalf of the United States Department of Justice addressing various actuarial standards.

**PROFESSIONAL ACTIVITIES**

Prior Vice-Chair of the AAA Health Practice Council

Prior Vice-President of the AAA Financial Reporting Council

Prior Board member of the Conference of Consulting Actuaries (CCA)

Led numerous AAA projects including the project to draft the NAIC Health Reserve Guidance Manual and other advisory letters

Participated in numerous AAA projects including the project to develop the NAIC Health Risk-based Capital standards and other projects for the NAIC

Prior member of the General Committee of the Actuarial Standards Board (ASB)

Led the 2014 update of ASOP No. 8 *Regulatory Filings for Health Benefits, Accident and Health Insurance, and Entities Providing Health Benefits*

Chair of the Health Committee of the Actuarial Standards Board

Participate in the AAA Health Equity Work Group

Vice-chair of the Individual and Small Group Markets Committee

Participated in the rewrite of ASOP No. 28 *Statements of Actuarial Opinion Regarding*

*Health Insurance Assets and Liabilities*


**PROFESSIONAL EXPERIENCE**

Contracted advisor to HHS on the implementation of the ACA

Member of the Advisory Board to the HHS Consumer Operated and Oriented Plan (CO-OP) Program.

Hired by the NAIC to write the actuarial sections of the NAIC Health Financial Analyst Manual

Perform audits of Medicare Risk Plan Adjusted Community Rated (ACR) filings for 2004 and 2005 ACRs

Perform Medicare bid desk reviews and audits 2006 to present, including confirming that pharmacy benefit manager (BPM) costs were correctly reflected in the Part D bids.

Rate filing reviews in 11 states, the District of Columbia, and Puerto Rico

Helped create an improved rate review process in two states, District of Columbia and Puerto Rico

Actuarial support for state financial audits of HMOs, Blue Cross Blue Shield Plans and commercial carriers

Exhibit 1
Page 3 of 6

Assisted states in structuring programs to reduce the uninsured

Prepare reports on the impact of mandated benefits for states and consumers

Provide consulting services to state regulators reviewing the Form A filings for carrier business affiliations and mutual holding company conversions

For state reviews of specific carrier solvency levels, determine optimum capital level for financial protection

Monitored the solvency of BlueCross BlueShield Plans and their recovery initiatives when they fell below Association requirements

Advised large employers concerning their future health insurance cost and the primary drivers of their health insurance cost

Advised large self-insurance employers concerning recommended employee contributions for various benefit options

Provided actuarial audit support for two "big four" accounting firms

Reviewed Premera BlueCross and BlueShield pricing methodology and provided a report recommending improvements based on industry best practices

Review proposed Medicare and Medicaid financial alignment proposals for the Center for Medicare and Medicaid Services (CMS)

Review Medicaid certifications for CMS

Provide support for 1332 Waiver applications and post implementation support in 5 states including North Dakota, Michigan, New Hampshire, Texas, Iowa, and Oregon

Provide actuarial opinions for annual NAIC financial statements

Aid an organization to determine the savings to a national organization from their service to certify specific medical laboratories as providing superior service with low error rates

Provide state of the state health insurance market reports in two states

Support two states in applying to CMS for changes to their Essential Health Benefits (EHBs)

Review the COVID model developed by the Society of Actuaries to estimate the future impact of COVID on health care costs in specific states

**PUBLICATIONS**

AAA Professional Practice Notes regularly published on the AAA website

2014 rewrite of ASOP No. 8 *Regulatory Filings for Health Benefits, Accident and Health Insurance, and Entities Providing Health Benefits*.

Exhibit 1
Page 4 of 6

Participated in developing comment letters to the NAIC and HHS on the implementation of PPACA for the AAA that are published in the NAIC and CCIIO websites

**PROFESSIONAL PRESENTATIONS**

Speak regularly at Society of Actuaries meetings on such topics as:

Medicare bid audits and desk reviews

Professional Standards

Health Risk-based Capital

Health Reserving

National Conference of Insurance Legislators on Association Health Plans NAIC

Conference on the Uninsured on state solutions to the uninsured

**EXPERT TESTIMONY ETC.**

For the DC Department of Insurance and Securities Regulation in the District of Columbia Form A filing hearing in the business affiliation of the DC Blue Cross Blue Shield Plan and the Maryland Blue Cross Blue Shield Plan with CareFirst – coordinated the expert report, provided an expert oral report, and testified at the administrative hearing in 1998.

For Delaware Attorney General Delaware Form A filing hearing in the business affiliation of the Delaware Blue Cross Blue Shield Plan and CareFirst- testified at the administrative hearing in 2000.

For the Las Vegas Firefighters - Arbitration hearing concerning the Las Vegas Firefighters Health Plan – testified at the arbitration in 2002

Performed the role of arbitrator in a case concerning the assumption reinsurance and service agreement between two health insurers in 2002

For Premera BlueCross BlueShield - Form A filing in Washington State Premera Blue Cross Blue Shield for-profit transaction – provided an expert report, deposition testimony, and testified at the hearing Form A filing in Alaska Premera Blue Cross Blue Shield for-profit transaction -  – provided an expert report, and testified at the hearing

For the Arizona Receiver and Department of Insurance - Expert Affidavit and deposition in the case concerning the financial insolvency of Premier Health Plan in Arizona

Exhibit 1
Page 5 of 6

For an individual insured, provided an expert report on insurance pricing of prosthetic devices in a dispute concerning coverage of repairs in Arbitration in Nebraska in 2010.

Deposition in a case concerning Molina Healthcare of Wisconsin post purchase financial reconciliation that went to arbitration in Wisconsin in 2013.

Expert report for the California Dental Association in case concerning dentist reimbursement before the American Arbitration Association in 2014 and is ongoing.

Expert report and testimony in Vermont Exchange Blue Cross Blue Shield of Vermont Rate Filing hearing 2014.

Expert report and testimony in Vermont Exchange MVP Rate Filing hearing 2014.

Expert report and testimony in Vermont Exchange Blue Cross Blue Shield of Vermont Rate Filing hearing 2015.

Expert report and testimony in Vermont Exchange MVP Rate Filing hearing 2015.

Expert report and testimony in Vermont Exchange Blue Cross Blue Shield of Vermont Rate Filing hearing 2016.

Expert report and Testimony on behalf of the United States Department of Justice addressing:
   a) The meaning of "actuarially sound", and the history of the term;
   b) Types of actuarial guidance for Medicaid managed care capitations;
   c) The purpose of life cycle of an Actuarial Standard of Practice ("ASOP");
   d) The interaction of the American Academy of Actuaries & Actuarial Standards Board with state and federal regulators;
   e) The interaction of ASOPs to laws, regulations and other federal or state requirements;
   f) Actuarial treatment of state and federal taxes and fees in health insurance contracts, including, specifically, in the Medicaid managed care and fee-for-service contexts; and
   g) Possible treatments of the Health Insurance Provider Fee in Medicaid capitation rates.

An expert report in Form A filing for Evergreen Health Cooperative going for profit and being purchased in Maryland 2017.

Exhibit 1
Page 6 of 6