# Exhibit B

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| OHA_LIT _00035861 | 01/04/16 | RE: Member level information |
| OHA_LIT _00043904 | 04/01/16 | RE: High Risk Populations Discussion |
| OHA_LIT _00085803 | 01/04/16 | RE: Member level information |
| OHA_LIT _00088107 | 05/31/16 | RE: OR - TriCounty Transitional Analysis |
| OHA_LIT _00090018 | 01/06/16 | Re: Member level information |
| OHA_LIT _00146211 | 08/17/15 | August 27 Forum for Stakeholders |
| OHA_LIT _00146747 | 08/05/16 | Discuss the next Phase of CCOs |
| OHA_LIT _00146749 | 08/05/16 | Meeting Follow-ups |
| OHA_LIT _00146750 | 08/05/16 | OR - CCO Program and Rate Development_2016.08.05.pptx |
| OHA_LIT _00177285 | 06/07/16 | Re: OR Paid Methodology Summary - 2016.06.07.xlsx |
| OHA_LIT _00177313 | 09/21/16 | RE: HSO Check-in |
| OHA_LIT _00181444 | 07/06/16 | RE: Membership differences in templates |
| OHA_LIT _00265061 | 01/08/15 | RE: Encounter Data Report |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| OHA_LIT _00265064 | 01/08/15 | OR Encounter Observations.docx |
| OHA_LIT _00303799 | 03/17/16 | Fw: Please send me a copy of the most recent CMS letter so I can have a hard copy. Thank you. |
| OHA_LIT _00303800 | 03/17/16 | Letter from CMS.pdf |
| OHA_LIT _00318372 | 10/26/15 | Re: Connecting you |
| OHA_LIT _00330833 | 10/13/16 | CCO Rates Discussion |
| OHA_LIT _00330834 | 10/13/16 | FW: OHA - CCO Rates Timeline |
| OHA_LIT _00377510 | 10/02/15 | Re: Good job! |
| OHA_LIT _00406933 | 12/20/16 | FW: FC response |
| OHA_LIT _00536414 | 03/18/16 | RE: Response to Media/Attorney Client Privilege |
| OHA_LIT _00550077 | 01/26/17 | FW: Attorney-Client privilege: Family Care Comms Plan |
| OHA_LIT _00550080 | 01/26/17 | Family Care Comms Plan.docx |
| OHA_LIT _00553059 | 02/11/16 | RE: HIV treatment access ~ attorney client privilege |

CONFIDENTIAL

Exhibit 2
Page 1 of 21

| Bates No. | Date | Email Subject/File Name/Document Title | Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|---|---|---|
| OHA_LIT_005578 09 | 03/17/16 | RE: FamilyCare's Heatherington: OHA is 'acting like the neighborhood bully'/Attorney Client Privilege | OHA_LIT_005717 70 | 11/01/17 | CMS CCO CY 2018 Expenditure Report.pdf |
| OHA_LIT_005623 01 | 10/28/15 | RE: CY15 CMS Questions - Update | OHA_LIT_005899 99 | 07/31/17 | Fwd: FW: Letter to the OHPB from FamilyCare Health |
| OHA_LIT_005644 68 | 01/17/17 | Fwd: slide deck | OHA_LIT_005900 01 | 07/31/17 | OHPB Letter from FamilyCare Health 7.31.17.pdf |
| OHA_LIT_005644 70 | 01/17/17 | Deck for FCI-OHA Meeting v 3.pptx | OHA_LIT_006110 80 | 12/12/17 | Legislator Briefing Presentation Materials |
| OHA_LIT_005644 71 | 01/17/17 | ATT00001.htm | OHA_LIT_006110 81 | 12/12/17 | 2018 CCO Rate Briefing 121317.pptx |
| OHA_LIT_005655 17 | 01/26/17 | RE: Attorney-Client privilege: Family Care Comms Plan | OHA_LIT_006110 82 | 12/12/17 | OHA PowerPoint 20171206.pdf |
| OHA_LIT_005655 20 | 01/26/17 | Family Care Comms Plan.docx | OHA_LIT_006110 99 | 12/12/17 | Regulatory Review Presentation (003).pdf |
| OHA_LIT_005715 57 | 11/01/17 | Oregon 2018 CCO Capitation Rates Submission 1 of 2 | OHA_LIT_006111 18 | 12/12/17 | 2018 CCO Rate Comparisons.xlsx |
| OHA_LIT_005715 59 | 11/01/17 | OR CY18 Rates - Appendix VIII Reimbursement Policy.pdf | OHA_LIT_006129 75 | 08/08/17 | FW: response to your records request |
| OHA_LIT_005715 61 | 11/01/17 | OR CY18 Rates - Appendix X CDPS+Rx Risk Score Methodology.pdf | OHA_LIT_006129 77 | 08/08/17 | JUSTICE-#8367249-v3-Documents_at_issue.pdf |
| OHA_LIT_005715 64 | 11/01/17 | OR CY18 Rates - Appendix XI CCO Q & A.PDF | OHA_LIT_006130 33 | 08/08/17 | OHA response 03_29_16.docx |
| OHA_LIT_005715 95 | 11/01/17 | Oregon Final CY18 Rate Certification 2017.10.27.pdf | OHA_LIT_006130 35 | 08/08/17 | Family Care communications plan 03_19_16.docx |
| OHA_LIT_005717 65 | 11/01/17 | Appendix IX ABA & Hep-C Risk Corridor.pdf | OHA_LIT_006130 42 | 08/08/17 | '- JUSTICE-#7232668-v1-News_release_- March 16.docx |
| | | | OHA_LIT_006130 44 | 08/08/17 | '- JUSTICE-#7232668-v1-News_release_- March 16.docx |

Exhibit 2
Page 2 of 21

CONFIDENTIAL

| Bates No. | Date | Email Subject/File Name/Document Title | Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|---|---|---|
| OHA_LIT_00613046 | 08/08/17 | '- Rates and FamilyCare - FAQ - March 2016 cop.docx | OHA_LIT_00613088 | 08/08/17 | Family Care Comms Plan.docx |
| OHA_LIT_00613049 | 08/08/17 | '- Rates and FamilyCare - FAQ - March182016.pdf | OHA_LIT_00613091 | 08/08/17 | Fwd: slide deck |
| OHA_LIT_00613052 | 08/08/17 | '- Timeline - Rates FamilyCare -- March 16 201.docx | OHA_LIT_00613093 | 08/08/17 | Deck for FCI-OHA Meeting v 3.pptx |
| OHA_LIT_00613056 | 08/08/17 | 2016-23-03_FAQs_-_FamilyCare_and_OHA_Dispute.pdf | OHA_LIT_00613094 | 08/08/17 | ATT00001.htm |
| OHA_LIT_00613060 | 08/08/17 | FAQ- Rates and FamilyCare -March 16, 2016 -5p.docx | OHA_LIT_00613095 | 08/08/17 | Family Care Comms Plan.docx |
| OHA_LIT_00613063 | 08/08/17 | OHA response 03_29_16.docx | OHA_LIT_00613099 | 08/08/17 | Family Care Comms Plan.docx |
| OHA_LIT_00613066 | 08/08/17 | Re: FamilyCare v. OHA: Mediation Strategy | OHA_LIT_00613103 | 08/08/17 | JUSTICE-#8391531--Familycare_timeline_of_legal_events Atty Client Priv.pdf |
| OHA_LIT_00613071 | 08/08/17 | image001.jpg | OHA_LIT_00622073 | 12/05/17 | Attachment 1 - Carve Outs.docx |
| OHA_LIT_00613072 | 08/08/17 | 20161230 Dispute Resolution Agreement (fully e.pdf | OHA_LIT_00622074 | 12/05/17 | Attachment 1 - Carve Outs.docx |
| OHA_LIT_00613077 | 08/08/17 | CCO Margin Comparison.pdf | OHA_LIT_00622077 | 12/05/17 | 2017-25.pdf |
| OHA_LIT_00613081 | 08/08/17 | TriCounty Summary Final.xlsx | OHA_LIT_00655955 | 08/01/17 | Re: Letter to the OHPB from FamilyCare Health |
| OHA_LIT_00613082 | 08/08/17 | TriCounty Summary Final.pdf | OHA_LIT_00695963 | 11/29/17 | RE: Data update |
| OHA_LIT_00613086 | 08/08/17 | Deck for FCI-OHA Meeting v 3.pptx | OHA_LIT_00695970 | 11/17/17 | RE: BR AIDCAT vs. Paid |
| OHA_LIT_00613087 | 08/08/17 | ATT00001.htm | OHA_LIT_00695973 | 11/17/17 | Current PERC to Aidcat Mapping 20171117.xlsx |

Exhibit 2
Page 3 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| OHA_LIT _009731 37 | 12/09/15 | RE: Member level information |
| OHA_LIT _009829 19 | 07/14/17 | Governor's debrief |
| OHA_LIT _010876 57 | 04/03/17 | RE: URGENT: A/C Priv - FC & Senate HC Follow-up for tomorrow |
| OPT0000 2716 | 06/23/16 | CCO Data Extracts |
| OPT0003 0158 | 08/05/16 | Discuss the next Phase of CCOs |
| OPT0003 0160 | 08/05/16 | Meeting Follow-ups |
| OPT0004 0276 | 04/19/16 | RE: Flexible Services OR |
| OPT0004 0277 | 04/19/16 | Oregon CY16 Rate Certification 2015.11.13.pdf |
| OPT0005 1806 | 03/30/15 | RE: Agenda for Wed Rates process meeting |
| OPT0005 6930 | 09/10/15 | FW: OHA media clips Thursday, September 10 |
| OPT0005 6937 | 09/10/15 | OHA media clips September 10.docx |
| OPT0005 9215 | 06/08/16 | FW: Paid Methodology - Action Plan -- RE: Non-duals cohorts |
| OPT0005 9218 | 06/08/16 | #secure# RE: OR Paid Methodology Summary - 2016.06.07.xlsx |
| OPT0006 0482 | 09/29/15 | RE: Meetings with Reps |
| OPT0006 8097 | 04/01/16 | Re: High Risk Populations Discussion |
| OPT0008 4886 | 06/07/17 | Re: URGENT: Second SB 233 E-mail |
| OPT0008 5106 | 04/04/17 | Re: Requested Documentation: Attorney Client Privilege |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| OPT0008 5856 | 03/03/17 | Greenlick response - attorney client/privilege |
| OPT0008 5858 | 03/03/17 | reimbursement charts.docx |
| OPT0008 5861 | 03/03/17 | TriCounty Summary_v2.xlsx |
| OPTUMA S_00051 714 | 08/08/17 | RE: Update |
| OPTUMA S_00053 587 | 10/14/16 | RE: Meeting with Rep Greenlick |
| OPTUMA S_00056 014 | 11/09/15 | Accepted: Hugh Ady House Republican Office- meet to brief on CCO rates (Zach and Lori) |
| OPTUMA S_00057 727 | 03/13/17 | Meeting Forward Notification: Rep. Greenlick re: Actuary |
| | 06/04/18 | Letter from S. English to D. Markowitz re: Optumas Billing Irregularities; with exhibits |
| OHA_LIT _005715 95 | 10/25/17 | Letter from Z. Aters to C. Gueset re: Oregon Health Plan CY 2018 CCO Rate Development; report attached |
| OHA_LIT _006220 77 | 11/25/17 | Oregon Health Authority Should Improve Efforts to Detect and Prevent Improper Medicaid Payments- November 2017 |
| OPT0004 0277 | 11/13/15 | 2016 Rate Certification |
| OPT0004 8123 | 10/10/16 | 2017 Rate Certification |
| | 08/09/18 | Letter re CMS subpoena |

Exhibit 2
Page 4 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| | 09/14/18 | FamilyCare's Surreply and Supplemental Brief in Opposition to Patrick Allen and Oregon Health Authority's Motion for Summary Judgment |
| | 09/11/18 | L&E 30b6 Deposition Transcript |
| OHA_LIT_00599137 | 12/20/17 | DRAFT Oregon Health Plan CY 2018 Rate Development |
| OHA_LIT_01083662 | 02/28/18 | Oregon Health Plan CY 2018 CCO Rate Development |
| OHA_LIT_01091594 | 06/15/18 | Oregon_CCO_20180101-20181231_Certification_20180228 |
| OHA_LIT_01091596 | 06/15/18 | Oregon CCO for January 1, 2018-December 31, 2018 Capitation Rate Certification Request for Additional Information |
| | | Optumas 30b6 deposition transcript and exhibits |
| OHA-HC010596 | 09/15/12 | Optumas contract |
| CMS_00000001 | | 2017 CCO CMS Round 1 Rate Review Response.pdf |
| CMS_00000032 | | 201701_FamilyCare_ALL.pdf |
| CMS_00000093 | | Oregon CCO Round One Responses - MCCRS ID 1387; Appendix F OR CCO ID 1856.pdf |
| CMS_00000095 | | CCO 2017 Rate Guidance Crosswalk (002).pdf |
| CMS_00000115 | | CCO 2017 Round 1 Questions Clean_Response 2016-12-20-_1856_2.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00000125 | | CCO 20170101-20171231 Round 1 Questions Clean.pdf |
| CMS_00000129 | | CCO 20170101-20171231 Round 2 Questions (002).pdf |
| CMS_00000140 | | CCO 20170101-20171231 Round 2 Questions Clean.pdf |
| CMS_00000150 | | CCO 20170101-20171231 Round 2 Questions.pdf |
| CMS_00000161 | | CMS CCO CY 2017 Expenditure Report.pdf |
| CMS_00000162 | | CMS's questions on Oregon's CCO program CY17 - Round 1.pdf |
| CMS_00000167 | | CMS's questions on Oregon's CCO program CY17 - Round 1; CCO 20170101-20171231 Round 1 Questions Clean.docx |
| CMS_00000171 | | CMS's questions on Oregon's CCO CY 2017 Capitation Rates - Round 2 (state response to OACT).pdf |
| CMS_00000173 | | CCO 20170101-20171231 Round 2 Questions.pdf |
| CMS_00000184 | | Maternity Support.xlsx |
| CMS_00000185 | | CMS's questions on Oregon's CCO CY 2017 Capitation Rates - Round 2 (RO email to state).pdf |
| CMS_00000186 | | CMS's questions on Oregon's CCO CY 2017 Capitation Rates - Round 2.pdf |

Exhibit 2
Page 5 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 000197 | | CMS's questions on Oregon's CCO CY 2017 Capitation Rates - Round 2; CCO 20170101-20171231 Round 2 Questions Clean.docx |
| CMS_00 000207 | | Copy of Maternity Support (002).pdf |
| CMS_00 000209 | | Copy of Maternity Support.pdf |
| CMS_00 000211 | | CY 2017 CCO Contracts email 2 of 4.pdf |
| CMS_00 000484 | | 143113 EOCCO 2017 CCO EXECUTED contract.pdf |
| CMS_00 000735 | | 143114 FamilyCare 2017 CCO EXECUTED contract.pdf |
| CMS_00 001007 | | 143115 Health Share of Oregon 2017 CCO EXECUTE.pdf |
| CMS_00 001278 | | image001.png |
| CMS_00 001279 | | Email from State RE 2017 Oregon CCO Capitation Rate Submission - 1 of 2.pdf |
| CMS_00 001281 | | CMS CCO CY 2017 Expenditure Report.pdf |
| CMS_00 001282 | | OR CY17 Rates - Appendix IX ABA & Hep-C Risk C.pdf |
| CMS_00 001289 | | OR CY17 Rates - Appendix VIII Reimbursement Po.pdf |
| CMS_00 001292 | | OR CY17 Rates - Appendix X CDPS+Rx Risk Score .pdf |
| CMS_00 001295 | | OR CY17 Rates - Appendix XI CCO Q&As NorthWest.pdf |
| CMS_00 001296 | | OR CY17 Rates - Appendix XI CCO Q&As SouthWest.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 001305 | | OR CY17 Rates - Appendix XI CCO Q&As Tri-Count.pdf |
| CMS_00 001310 | | OR CY17 Rates - Appendix XII Dental Adjustment.pdf |
| CMS_00 001317 | | Oregon CY17 Capitation Rate Certification 2016.pdf |
| CMS_00 001466 | | Email from the State RE 2017 Oregon CCO Capitation Rate Submission - 2 of 2.pdf |
| CMS_00 001468 | | 201701_Allcare_ALL.pdf |
| CMS_00 001529 | | 201701_Cascade_ALL.pdf |
| CMS_00 001590 | | 201701_Columbia Pacific_ALL.pdf |
| CMS_00 001651 | | 201701_EOCCO_ALL.pdf |
| CMS_00 001712 | | 201701_FamilyCare_ALL.pdf |
| CMS_00 001773 | | 201701_Health Share_ALL.pdf |
| CMS_00 001834 | | 201701_InterCommunity_ALL.pdf |
| CMS_00 001895 | | 201701_Jackson_ALL.pdf |
| CMS_00 001956 | | 201701_PacificSource Central_ALL.pdf |
| CMS_00 002017 | | 201701_PacificSource Gorge_ALL.pdf |
| CMS_00 002078 | | 201701_Primary Health_ALL.pdf |
| CMS_00 002139 | | 201701_Trillium_ALL.pdf |
| CMS_00 002200 | | 201701_Umpqua_ALL.pdf |
| CMS_00 002261 | | 201701_WOAH_ALL.pdf |
| CMS_00 002322 | | 201701_WVCH_ALL.pdf |

CONFIDENTIAL

Exhibit 2
Page 6 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00002383 | | 201701_Yamhill_ALL.pdf |
| CMS_00002444 | | FW_ rate review check in (RBM email to state, RO).pdf |
| CMS_00002446 | | OR CY17 - Appendix VIII Reimbursement Policy_Notes before 10122016 meeting.pdf |
| CMS_00002449 | | OR CY17 Rates - Appendix IX ABA & Hep-C Risk C.pdf |
| CMS_00002456 | | OR CY17 Rates - Appendix VIII Reimbursement Po.pdf |
| CMS_00002459 | | OR CY17 Rates - Appendix VIII Reimbursement Policy.pdf |
| CMS_00002462 | | OR CY17 Rates - Appendix X CDPS+Rx Risk Score.pdf |
| CMS_00002465 | | OR CY17 Rates - Appendix XI CCO Q&As NorthWest.pdf |
| CMS_00002466 | | OR CY17 Rates - Appendix XI CCO Q&As SouthWest.pdf |
| CMS_00002475 | | OR CY17 Rates - Appendix XI CCO Q&As Tri-Count.pdf |
| CMS_00002480 | | OR CY17 Rates - Appendix XII Dental Adjustment.pdf |
| CMS_00002487 | | OR MHO 20170101-20171231 Certification 20161102 Round 1 responses.pdf |
| CMS_00002489 | | Oregon CY 2017 CCO contract rates approval (RO email to state).pdf |
| CMS_00002494 | | OR CCO March 2017 Approval letter SIGNED.pdf |
| CMS_00002498 | | Oregon CY17 Capitation Rate Certification 2016.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00002647 | | Oregon CY17 CCO Rate Certification.pdf |
| CMS_00002650 | | Oregon CY17 CCO Rate Certification; Appendix F OR CCO ID 1856.docx |
| CMS_00002651 | | Oregon_CCO_20170101-20171231 (RO email to OACT notifying of R2 questions).pdf |
| CMS_00002652 | | CCO 20170101-20171231 Round 2 Questions (002).pdf |
| CMS_00002663 | | Oregon_CCO_20170101-20171231 |
| CMS_00002664 | | Oregon_CCO_20170101-20171231_Certification_20161010 - Round 2 Questions.pdf |
| CMS_00002675 | | Oregon_CCO_20170101-20171231_Certification_20161010 - Round 2 Questions |
| CMS_00002685 | | Oregon_CCO_20170101-20171231_Certification_20161010 - Round 2 responses.pdf |
| CMS_00002700 | | CCO 20170101-20171231 Round 2 Questions.pdf |
| CMS_00002711 | | Maternity Support.xlsx |
| CMS_00002712 | | Oregon_CCO_20170101-20171231_Certification_20161010.pdf |
| CMS_00002927 | | CMS CCO CY 2017 Expenditure Report.pdf |
| CMS_00002928 | | Email from State RE 2017 Oregon CCO Capitation.pdf |
| CMS_00002930 | | CMS CCO CY 2017 Expenditure Report.pdf |

Exhibit 2
Page 7 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00002931 | | OR CY17 Rates - Appendix IX ABA & Hep-C Risk C.pdf |
| CMS_00002938 | | OR CY17 Rates - Appendix VIII Reimbursement Po.pdf |
| CMS_00002941 | | OR CY17 Rates - Appendix X CDPS+Rx Risk Score .pdf |
| CMS_00002944 | | OR CY17 Rates - Appendix XI CCO Q&As NorthWest.pdf |
| CMS_00002945 | | OR CY17 Rates - Appendix XI CCO Q&As SouthWest.pdf |
| CMS_00002954 | | OR CY17 Rates - Appendix XI CCO Q&As Tri-Count.pdf |
| CMS_00002959 | | OR CY17 Rates - Appendix XII Dental Adjustment.pdf |
| CMS_00002966 | | Oregon CY17 Capitation Rate Certification 2016.pdf |
| CMS_00003115 | | Email from the State RE 2017 Oregon CCO Capita.pdf |
| CMS_00003117 | | 201701_Allcare_ALL.pdf |
| CMS_00003178 | | 201701_Cascade_ALL.pdf |
| CMS_00003239 | | 201701_Columbia Pacific_ALL.pdf |
| CMS_00003300 | | 201701_EOCCO_ALL.pdf |
| CMS_00003361 | | 201701_FamilyCare_ALL.pdf |
| CMS_00003422 | | 201701_Health Share_ALL.pdf |
| CMS_00003483 | | 201701_InterCommunity_ALL.pdf |
| CMS_00003544 | | 201701_Jackson_ALL.pdf |
| CMS_00003605 | | 201701_PacificSource Central_ALL.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00003666 | | 201701_PacificSource Gorge_ALL.pdf |
| CMS_00003727 | | 201701_Primary Health_ALL.pdf |
| CMS_00003788 | | 201701_Trillium_ALL.pdf |
| CMS_00003849 | | 201701_Umpqua_ALL.pdf |
| CMS_00003910 | | 201701_WOAH_ALL.pdf |
| CMS_00003971 | | 201701_WVCH_ALL.pdf |
| CMS_00004032 | | 201701_Yamhill_ALL.pdf |
| CMS_00004093 | | OR CY17 Rates - Appendix IX ABA & Hep-C Risk C.pdf |
| CMS_00004100 | | OR CY17 Rates - Appendix VIII Reimbursement Po.pdf |
| CMS_00004103 | | OR CY17 Rates - Appendix X CDPS+Rx Risk Score .pdf |
| CMS_00004106 | | OR CY17 Rates - Appendix XI CCO Q&As NorthWest.pdf |
| CMS_00004107 | | OR CY17 Rates - Appendix XI CCO Q&As SouthWest.pdf |
| CMS_00004116 | | OR CY17 Rates - Appendix XI CCO Q&As Tri-Count.pdf |
| CMS_00004121 | | OR CY17 Rates - Appendix XII Dental Adjustment.pdf |
| CMS_00004128 | | Oregon CY17 Capitation Rate Certification 2016.pdf |
| CMS_00004277 | | Oregon CY17 Capitation Rate Certification-_185.pdf |
| CMS_00004426 | | 201701_Allcare_ALL.pdf |
| CMS_00004487 | | 201701_Cascade_ALL.pdf |
| CMS_00004548 | | 201701_Columbia Pacific_ALL.pdf |

CONFIDENTIAL

Exhibit 2
Page 8 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 004609 | | 201701_EOCCO_ALL.pdf |
| CMS_00 004670 | | 201701_FamilyCare_ALL.pdf |
| CMS_00 004731 | | 201701_Health Share_ALL.pdf |
| CMS_00 004792 | | 201701_InterCommunity_ ALL.pdf |
| CMS_00 004853 | | 201701_Jackson_ALL.pdf |
| CMS_00 004914 | | 201701_PacificSource Central_ALL.pdf |
| CMS_00 004975 | | 201701_PacificSource Gorge_ALL.pdf |
| CMS_00 005036 | | 201701_Primary Health_ALL.pdf |
| CMS_00 005097 | | 201701_Trillium_ALL.pdf |
| CMS_00 005158 | | OR CY17 Rates - Appendix IX ABA & Hep-C Risk C.pdf |
| CMS_00 005219 | | OR CY17 Rates - Appendix VIII Reimbursement Po.pdf |
| CMS_00 005280 | | OR CY17 Rates - Appendix X CDPS+Rx Risk Score .pdf |
| CMS_00 005341 | | OR CY17 Rates - Appendix XI CCO Q&As NorthWest.pdf |
| CMS_00 005402 | | OR CY17 Rates - Appendix XI CCO Q&As SouthWest.pdf |
| CMS_00 005463 | | OR CY17 Rates - Appendix XI CCO Q&As Tri-Count.pdf |
| CMS_00 005524 | | OR CY17 Rates - Appendix XII Dental Adjustment.pdf |
| CMS_00 005585 | | Oregon CY17 Capitation Rate Certification 2016.pdf |
| CMS_00 005646 | | Oregon CY17 Capitation Rate Certification-_185.pdf |
| CMS_00 005707 | | 201701_Allcare_ALL.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 005768 | | 201701_Cascade_ALL.pdf |
| CMS_00 005829 | | 201701_Columbia Pacific_ALL.pdf |
| CMS_00 005890 | | 201701_EOCCO_ALL.pdf |
| CMS_00 005951 | | 201701_FamilyCare_ALL.pdf |
| CMS_00 006012 | | 201701_Health Share_ALL.pdf |
| CMS_00 006073 | | 201701_InterCommunity_ ALL.pdf |
| CMS_00 006134 | | 201701_Jackson_ALL.pdf |
| CMS_00 006195 | | 201701_PacificSource Central_ALL.pdf |
| CMS_00 006256 | | 201701_PacificSource Gorge_ALL.pdf |
| CMS_00 006317 | | 201701_Primary Health_ALL.pdf |
| CMS_00 006378 | | 201701_Trillium_ALL.pdf |
| CMS_00 006403 | | 2017 Rate Guidance Crosswalk OR DCO Rates.pdf |
| CMS_00 006424 | | DCO 2017 Round 1 Questions Response_Final.pdf |
| CMS_00 006427 | | Oregon_DCO_20170101-20171231_Certification_2 0161102.pdf |
| CMS_00 006464 | | Oregon CY17 DCO Capitation Rate Certification .pdf |
| CMS_00 006487 | | 201701_AccessDentalPlan, LLC_DCO.pdf |
| CMS_00 006500 | | 201701_AdvantageDental Services,LLC_DCO.pdf |
| CMS_00 006526 | | 201701_CapitolDentalCare ,Inc._DCO.pdf |

CONFIDENTIAL

Exhibit 2
Page 9 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00006552 | | 201701_CareOregonInc.(Dental)_DCO.pdf |
| CMS_00006565 | | 201701_FamilyDentalCare_DCO.pdf |
| CMS_00006578 | | 201701_ManagedDentalCareofOregon,Inc._DCO.pdf |
| CMS_00006591 | | 201701_OregonDentalService(ODS)_DCO.pdf |
| CMS_00006617 | | Oregon_MHO_20170101-20171231_Certification_20161102.pdf |
| CMS_00006650 | | 201701_GreaterOregonBehavioralHealthInc _MHO-_.pdf |
| CMS_00006663 | | ABA_RiskCorridor_20160429-_1882_1.pdf |
| CMS_00006665 | | CMS MHO_DCO Expenditure Summary-_1882_2.pdf |
| CMS_00006666 | | Oregon CY17 MHO Capitation Rate Certification .pdf |
| CMS_00006682 | | RE_ Checking in on three things_ Oct-Dec 2016 amended CCO contracts, two CY 2017 CCO contracts, and CY 2017 CCO amendment draf.pdf |
| CMS_00006685 | | 143119 PacificSource Centeral Oregon 2017 CCO .pdf |
| CMS_00006933 | | 143903 PacificSource Columbia Gorge 2017 CCO E.pdf |
| CMS_00007185 | | JUSTICE-#8003653-v3-PacificSource_Assignment_a.doc |
| CMS_00007192 | | RE_ CMS's questions on Oregon's CCO program CY17 - Round 1.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00007194 | | RE_ CMS's questions on Oregon's CCO CY 2017 Capitation Rates - Round 2 (2).pdf |
| CMS_00007195 | | RE_ CMS's questions on Oregon's CCO CY 2017 Capitation Rates - Round 2.pdf |
| CMS_00007210 | | CCO 20170101-20171231 Round 2 Questions.pdf |
| CMS_00007221 | | Maternity Support.xlsx |
| CMS_00007222 | | RE_ Oregon_CCO_20170101-20171231_Certification_20161010 - Round 1 Responses.pdf |
| CMS_00007255 | | 2017 CCO CMS Round 1 Rate Review Response.pdf |
| CMS_00007256 | | CCO 2017 Rate Guidance Crosswalk.pdf |
| CMS_00007276 | | CCO 2017 Round 1 Questions Clean_Response 2016.pdf |
| CMS_00007286 | | RE_ Oregon_MHO_20170101-20171231_Certification_20161102 - Round 1 responses.pdf |
| CMS_00007314 | | 2017 Rate Guidance Crosswalk_OR MHO Rates.pdf |
| CMS_00007335 | | MHO 2017 Round 1 Questions Response_Final.pdf |
| CMS_00007340 | | RE_ State responses to Rout 1 questions, Oregon_CCO_20170101-20171231.pdf |
| CMS_00007342 | | RE--2017.pdf |

CONFIDENTIAL

Exhibit 2
Page 10 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 007344 | | image001.jpg |
| CMS_00 007345 | | 201801_FamilyCare_Estab _ALL.pdf |
| CMS_00 007406 | | AP5 se0948.pdf |
| CMS_00 007413 | | CMS approval of Oregon's 438.6(c) alternative fee schedules.pdf |
| CMS_00 007416 | | Oregon 438.6(c) Proposal Approval Letter SIGNE.pdf |
| CMS_00 007418 | | CMS CCO CY 2018 Expenditure Report.pdf |
| CMS_00 007419 | | CMS CCO Expenditure Report Jan17 vs Jan18 Rates 3.1.18.pdf |
| CMS_00 007420 | | CMS CCO Expenditure Report Jan18 vs Feb18 Rates 3.1.18.pdf |
| CMS_00 007421 | | CMS questions on Oregon's CCO 2018 contracts.pdf |
| CMS_00 007426 | | CMS questions on Oregon's CCO 2018 contracts |
| CMS_00 007427 | | CMS_Letter_RateReview_ v1_20171215.docx.pdf |
| CMS_00 007485 | | 2018 Regulatory Review of Rate Setting Process.PDF |
| CMS_00 007510 | | CMS_Letter_RateReview_ v2_20171220.pdf |
| CMS_00 007512 | | OHA Secondary Review Final Report 20171130.pdf |
| CMS_00 007542 | | CMS_Letter_RateReview_ v2_20171220.pdf |
| CMS_00 007544 | | Oregon 438.6(c) Preprint Approval Request-State Question Responses |
| CMS_00 007545 | | FW_ Appendix F.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 007551 | | Appendix F |
| CMS_00 007556 | | FW_ Oregon 438.6(c) Preprint Approval Request-State Question Responses (2).pdf |
| CMS_00 007559 | | FW_ Oregon 438.6(c) Preprint Approval Request-State Question Responses.pdf |
| CMS_00 007572 | | Oregon 438.6(c) Preprint Revised 10.10.2017.docx |
| CMS_00 007582 | | Oregon Response to CMS Question 12.11.2017 (0.xlsx |
| CMS_00 007583 | | FW_ Oregon 2018 CCO Capitation Rate Submission (revised documentation).pdf |
| CMS_00 007836 | | CMS_Letter_RateReview_ v2_20171220.pdf |
| CMS_00 007838 | | image001.jpg |
| CMS_00 007839 | | OR CY18 Rates - Appendix IX ABA & Hep-C Risk C.pdf |
| CMS_00 007844 | | OR CY18 Rates - Appendix VIII CCO Rate of Grow.pdf |
| CMS_00 007849 | | OR CY18 Rates - Appendix VIII Reimbursement Ad.pdf |
| CMS_00 007857 | | OR CY18 Rates - Appendix VIII Reimbursement Po.pdf |
| CMS_00 007859 | | OR CY18 Rates - Appendix X CDPS+Rx Risk Score .pdf |
| CMS_00 007862 | | OR CY18 Rates - Appendix XI CCO Q & A.PDF |
| CMS_00 007893 | | OR CY18 Rates - Appendix XII Medical Loss Rati.pdf |
| CMS_00 007895 | | OR CY18 Rates - Appendix XIII Rate Add-On Buil.pdf |
| CMS_00 007902 | | OR CY18 Rates - Appendix XV 2018 Regulatory Re.pdf |

CONFIDENTIAL

Exhibit 2
Page 11 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 007927 | | OR CY18 Rates - Appendix XV OHA Secondary Revi.pdf |
| CMS_00 007957 | | OR CY18 Rates - Appendix XV Rate Review Optuma.pdf |
| CMS_00 007966 | | OR CY18 Rates - Reported Admin Exhibit.pdf |
| CMS_00 007967 | | Oregon Revised CY18 Rate Certification 2017.12.pdf |
| CMS_00 008144 | | FW_ Oregon 2018 CCO Capitation Rates Submission 2 of 2 (amendment).pdf |
| CMS_00 008146 | | image001.jpg |
| CMS_00 008147 | | 201801_Allcare_Estab_ALL .pdf |
| CMS_00 008208 | | 201801_Cascade_Estab_A LL.pdf |
| CMS_00 008269 | | 201801_Columbia Pacific_Estab_ALL.pdf |
| CMS_00 008330 | | 201801_EOCCO_Estab_AL L.pdf |
| CMS_00 008391 | | 201801_FamilyCare_Estab _ALL.pdf |
| CMS_00 008452 | | 201801_Health Share_Estab_ALL.pdf |
| CMS_00 008513 | | 201801_InterCommunity_ Estab_ALL.pdf |
| CMS_00 008574 | | 201801_Jackson_Estab_AL L.pdf |
| CMS_00 008635 | | 201801_PacificSource Central_Estab_ALL.pdf |
| CMS_00 008696 | | 201801_PacificSource Gorge_Estab_ALL.pdf |
| CMS_00 008757 | | 201801_Primary Health_Estab_ALL.pdf |
| CMS_00 008818 | | 201801_Trillium_Estab_AL L.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 008879 | | 201801_Umpqua_Estab_A LL.pdf |
| CMS_00 008940 | | 201801_WOAH_Estab_ALL .pdf |
| CMS_00 009001 | | 201801_WVCH_Estab_ALL .pdf |
| CMS_00 009062 | | 201801_Yamhill_Estab_AL L.pdf |
| CMS_00 009123 | | 201802_Health Share_Estab_ALL.pdf |
| CMS_00 009184 | | FW_ Oregon_CCO_20180101- 20181231_Certification_2 0171025 (2).pdf |
| CMS_00 009186 | | FW_ Oregon_CCO_20180101- 20181231_Certification_2 0171025 (3).pdf |
| CMS_00 009190 | | RE: Oregon_CCO_20180101- 20181231_Certification_2 0171025 |
| CMS_00 009192 | | FW_ Oregon_CCO_20180101- 20181231_Certification_2 0171025 (4).pdf |
| CMS_00 009194 | | FW_ Oregon_CCO_20180101- 20181231_Certification_2 0171025.pdf |
| CMS_00 009196 | | FW_ Question on reimbursement rate in state plan.pdf |
| CMS_00 009198 | | Oregon 438.6(c) Preprint Approval Request-State Question Responses.pdf |
| CMS_00 009211 | | Oregon 438.6(c) Preprint Revised 10.10.2017.docx |
| CMS_00 009221 | | Oregon Response to CMS Question 12.11.2017 (0.xlsx |

Exhibit 2
Page 12 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 009222 | | Oregon 438.6(c) Preprint Attachment A.pdf |
| CMS_00 009293 | | Oregon 438.6(c) Preprint Attachments B and C.pdf |
| CMS_00 009296 | | Oregon 438.6(c) Preprint.pdf |
| CMS_00 009308 | | Rate Checklist for Apple Health Original Contract |
| CMS_00 009330 | | Oregon 2018 CCO Capitation Rates Submission 1 of 2 (amendment).pdf |
| CMS_00 009332 | | CMS CCO Expenditure Report Jan17 vs Jan18 Rate.pdf |
| CMS_00 009333 | | CMS CCO Expenditure Report Jan18 vs Feb18 Rate.pdf |
| CMS_00 009334 | | image001.jpg |
| CMS_00 009335 | | OR CY18 Rates - Appendix IX ABA & Hep-C Risk Corridor.pdf |
| CMS_00 009340 | | OR CY18 Rates - Appendix VIII CCO Rate of Growth July 2017.pdf |
| CMS_00 009345 | | OR CY18 Rates - Appendix VIII Reimbursement Adjustment Overview.pdf |
| CMS_00 009353 | | OR CY18 Rates - Appendix VIII Reimbursement Policy.pdf |
| CMS_00 009355 | | OR CY18 Rates - Appendix X CDPS+Rx Risk Score Methodology.pdf |
| CMS_00 009358 | | OR CY18 Rates - Appendix XI CCO Q & A.PDF |
| CMS_00 009389 | | OR CY18 Rates - Appendix XII Medical Loss Ratio.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 009391 | | OR CY18 Rates - Appendix XV 2018 Regulatory Review of Rate Setting Proce....pdf |
| CMS_00 009416 | | OR CY18 Rates - Appendix XV OHA Secondary Review Final Report 20171130.pdf |
| CMS_00 009446 | | OR CY18 Rates - Appendix XV Rate Review Optumas Response.pdf |
| CMS_00 009455 | | OR CY18 Rates - Reported Admin Exhibit.pdf |
| CMS_00 009456 | | |
| CMS_00 009647 | | Oregon 2018 CCO Capitation Rates Submission 1 of 2.pdf |
| CMS_00 009649 | | Appendix IX ABA & Hep-C Risk Corridor.pdf |
| CMS_00 009654 | | CMS CCO CY 2018 Expenditure Report.pdf |
| CMS_00 009655 | | image001.jpg |
| CMS_00 009656 | | OR CY18 Rates - Appendix VIII Reimbursement Po.pdf |
| CMS_00 009658 | | OR CY18 Rates - Appendix X CDPS+Rx Risk Score .pdf |
| CMS_00 009661 | | OR CY18 Rates - Appendix XI CCO Q & A.PDF |
| CMS_00 009692 | | Oregon Final CY18 Rate Certification 2017.10.2.pdf |
| CMS_00 009862 | | Oregon 2018 CCO Capitation Rates Submission 2 of 2.pdf |
| CMS_00 009864 | | image001.jpg |
| CMS_00 009865 | | 201801_Allcare_ALL_Estab .pdf |
| CMS_00 009926 | | 201801_Cascade_ALL_Esta b.pdf |

Exhibit 2
Page 13 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 009987 | | 201801_Columbia Pacific_ALL_Estab.pdf |
| CMS_00 010048 | | 201801_EOCCO_ALL_Estab.pdf |
| CMS_00 010109 | | 201801_FamilyCare_Estab_ALL.pdf |
| CMS_00 010170 | | 201801_Health Share_ALL_Estab.pdf |
| CMS_00 010231 | | 201801_InterCommunity_ALL_Estab.pdf |
| CMS_00 010292 | | 201801_Jackson_ALL_Estab.pdf |
| CMS_00 010353 | | 201801_PacificSource Central_ALL_Estab.pdf |
| CMS_00 010414 | | 201801_PacificSource Gorge_ALL_Estab.pdf |
| CMS_00 010475 | | 201801_Primary Health_ALL_Estab.pdf |
| CMS_00 010536 | | 201801_Trillium_ALL_Estab.pdf |
| CMS_00 010597 | | 201801_Umpqua_ALL_Estab.pdf |
| CMS_00 010658 | | 201801_WOAH_ALL_Estab.pdf |
| CMS_00 010719 | | 201801_WVCH_ALL_Estab.pdf |
| CMS_00 010780 | | 201801_Yamhill_ALL_Estab.pdf |
| CMS_00 010841 | | Oregon Final CY18 Rate Certification 2017.10.27.pdf |
| CMS_00 011011 | | Oregon responses to CMS questions - OR 438.6(c).pdf |
| CMS_00 011017 | | Oregon_CCO_20180101-20181231_Amendment_20180228 - 1 of 2 (amendment).pdf |
| CMS_00 011308 | | CMS CCO Expenditure Report Jan17 vs Jan18 Rate.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 011309 | | CMS CCO Expenditure Report Jan18 vs Feb18 Rate.pdf |
| CMS_00 011310 | | image001.jpg |
| CMS_00 011311 | | OR CY18 Rates - Appendix IX ABA & Hep-C Risk Corridor.pdf |
| CMS_00 011316 | | OR CY18 Rates - Appendix VIII CCO Rate of Growth July 2017.pdf |
| CMS_00 011321 | | OR CY18 Rates - Appendix VIII Reimbursement Adjustment Overview.pdf |
| CMS_00 011329 | | OR CY18 Rates - Appendix VIII Reimbursement Policy.pdf |
| CMS_00 011331 | | OR CY18 Rates - Appendix X CDPS+Rx Risk Score Methodology.pdf |
| CMS_00 011334 | | OR CY18 Rates - Appendix XI CCO Q & A.PDF |
| CMS_00 011365 | | OR CY18 Rates - Appendix XII Medical Loss Ratio.pdf |
| CMS_00 011367 | | OR CY18 Rates - Appendix XV 2018 Regulatory Review of Rate Setting Proce....pdf |
| CMS_00 011392 | | OR CY18 Rates - Appendix XV OHA Secondary Review Final Report 20171130.pdf |
| CMS_00 011422 | | OR CY18 Rates - Appendix XV Rate Review Optumas Response.pdf |
| CMS_00 011431 | | OR CY18 Rates - Reported Admin Exhibit.pdf |
| CMS_00 011432 | | Oregon Revised CY18 Rate Certification Final 2018.02.28.pdf |

CONFIDENTIAL

Exhibit 2
Page 14 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 011623 | | Oregon_CCO_20180101-20181231_Amendment_20180228 - 2 of 2 (amendment).pdf |
| CMS_00 012662 | | image001.jpg |
| CMS_00 012663 | | 201801_Allcare_Estab_ALL.pdf |
| CMS_00 012724 | | 201801_Cascade_Estab_ALL.pdf |
| CMS_00 012785 | | 201801_Columbia Pacific_Estab_ALL.pdf |
| CMS_00 012846 | | 201801_EOCCO_Estab_ALL.pdf |
| CMS_00 012907 | | 201801_FamilyCare_Estab_ALL.pdf |
| CMS_00 012968 | | 201801_Health Share_Estab_ALL.pdf |
| CMS_00 013029 | | 201801_InterCommunity_Estab_ALL.pdf |
| CMS_00 013090 | | 201801_Jackson_Estab_ALL.pdf |
| CMS_00 013151 | | 201801_PacificSource Central_Estab_ALL.pdf |
| CMS_00 013212 | | 201801_PacificSource Gorge_Estab_ALL.pdf |
| CMS_00 013273 | | 201801_Primary Health_Estab_ALL.pdf |
| CMS_00 013334 | | 201801_Trillium_Estab_ALL.pdf |
| CMS_00 013395 | | 201801_Umpqua_Estab_ALL.pdf |
| CMS_00 013456 | | 201801_WOAH_Estab_ALL.pdf |
| CMS_00 013517 | | 201801_WVCH_Estab_ALL.pdf |
| CMS_00 013578 | | 201801_Yamhill_Estab_ALL.pdf |
| CMS_00 013639 | | 201802_Health Share_Estab_ALL.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 013700 | | Oregon_CCO_20180101-20181231_Amendment_20180228.pdf |
| CMS_00 013702 | | image001.jpg |
| CMS_00 013703 | | Oregon_CCO_20180101-20181231_Certification_20171025 (2).pdf |
| CMS_00 013704 | | Oregon_CCO_20180101-20181231_Certification_20171025 (3).pdf |
| CMS_00 013709 | | Oregon 2018 CCO capitation rates submission 1 .pdf |
| CMS_00 013711 | | Oregon 2018 CCO capitation rates submission 2 .pdf |
| CMS_00 013713 | | Oregon_CCO_20180101-20181231_Certification_20171025 (4).pdf |
| CMS_00 013950 | | FW: Oregon 2018 CCO Capitation Rates Submission 1 of 2 |
| CMS_00 013952 | | Appendix IX ABA & Hep-C Risk Corridor.pdf |
| CMS_00 013957 | | CMS CCO CY 2018 Expenditure Report.pdf |
| CMS_00 013958 | | OR CY18 Rates - Appendix VIII Reimbursement Policy.pdf |
| CMS_00 013960 | | OR CY18 Rates - Appendix X CDPS+Rx Risk Score Methodology.pdf |
| CMS_00 013963 | | OR CY18 Rates - Appendix XI CCO Q & A.PDF |
| CMS_00 013994 | | Oregon Final CY18 Rate Certification 2017.10.27.pdf |
| CMS_00 014164 | | (1)image001.jpg |

CONFIDENTIAL

Exhibit 2
Page 15 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 014165 | | Appendix IX ABA & Hep-C Risk Corridor.pdf |
| CMS_00 014170 | | CMS CCO CY 2018 Expenditure Report.pdf |
| CMS_00 014171 | | FW: Oregon 2018 CCO Capitation Rates Submission 2 of 2 |
| CMS_00 014172 | | 201801_Allcare_ALL_Estab.pdf |
| CMS_00 014233 | | 201801_Cascade_ALL_Estab.pdf |
| CMS_00 014294 | | 201801_Columbia Pacific_ALL_Estab.pdf |
| CMS_00 014355 | | 201801_EOCCO_ALL_Estab.pdf |
| CMS_00 014416 | | 201801_FamilyCare_Estab_ALL.pdf |
| CMS_00 014477 | | 201801_Health Share_ALL_Estab.pdf |
| CMS_00 014538 | | 201801_InterCommunity_ALL_Estab.pdf |
| CMS_00 014599 | | 201801_Jackson_ALL_Estab.pdf |
| CMS_00 014660 | | 201801_PacificSource Central_ALL_Estab.pdf |
| CMS_00 014721 | | 201801_PacificSource Gorge_ALL_Estab.pdf |
| CMS_00 014782 | | 201801_Primary Health_ALL_Estab.pdf |
| CMS_00 014843 | | 201801_Trillium_ALL_Estab.pdf |
| CMS_00 014904 | | 201801_Umpqua_ALL_Estab.pdf |
| CMS_00 014965 | | 201801_WOAH_ALL_Estab.pdf |
| CMS_00 015026 | | 201801_WVCH_ALL_Estab.pdf |
| CMS_00 015087 | | 201801_Yamhill_ALL_Estab.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 015148 | | image001.jpg |
| CMS_00 015149 | | OR CY18 Rates - Appendix VIII Reimbursement Po.pdf |
| CMS_00 015151 | | OR CY18 Rates - Appendix X CDPS+Rx Risk Score .pdf |
| CMS_00 015154 | | OR CY18 Rates - Appendix XI CCO Q & A.PDF |
| CMS_00 015185 | | Oregon Final CY18 Rate Certification 2017.10.2.pdf |
| CMS_00 015355 | | 201801_Allcare_ALL_Estab.pdf |
| CMS_00 015416 | | 201801_Cascade_ALL_Estab.pdf |
| CMS_00 015477 | | 201801_Columbia Pacific_ALL_Estab.pdf |
| CMS_00 015538 | | 201801_EOCCO_ALL_Estab.pdf |
| CMS_00 015599 | | 201801_FamilyCare_Estab_ALL.pdf |
| CMS_00 015660 | | 201801_Health Share_ALL_Estab.pdf |
| CMS_00 015721 | | 201801_InterCommunity_ALL_Estab.pdf |
| CMS_00 015782 | | 201801_Jackson_ALL_Estab.pdf |
| CMS_00 015843 | | 201801_PacificSource Central_ALL_Estab.pdf |
| CMS_00 015904 | | 201801_PacificSource Gorge_ALL_Estab.pdf |
| CMS_00 015965 | | 201801_Primary Health_ALL_Estab.pdf |
| CMS_00 016026 | | 201801_Trillium_ALL_Estab.pdf |
| CMS_00 016087 | | 201801_Umpqua_ALL_Estab.pdf |
| CMS_00 016148 | | 201801_WOAH_ALL_Estab.pdf |
| CMS_00 016209 | | 201801_WVCH_ALL_Estab.pdf |

CONFIDENTIAL

Exhibit 2
Page 16 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00016270 | | 201801_Yamhill_ALL_Estab.pdf |
| CMS_00016331 | | Oregon_CCO_20180101-20181231_Certification_20171025.pdf |
| CMS_00016338 | | Oregon_CCO_20180101-20181231_Certification_20171025 |
| CMS_00016343 | | Oregon_DCO_20180101-20181231_Certification_20171026 (1).pdf |
| CMS_00016392 | | CMS DCO Jan17 Rates vs Jan18.xlsx |
| CMS_00016393 | | image001.png |
| CMS_00016394 | | Oregon CY18 Rate Certification - DCO Rates 201.pdf |
| CMS_00016427 | | 201801_AccessDentalPlan,LLC_DCO.pdf |
| CMS_00016440 | | 201801_AdvantageDental Services,LLC_DCO.pdf |
| CMS_00016466 | | 201801_CapitolDentalCare,Inc._DCO.pdf |
| CMS_00016492 | | 201801_CareOregonInc.(Dental)_DCO.pdf |
| CMS_00016505 | | 201801_FamilyDentalCare_DCO.pdf |
| CMS_00016518 | | 201801_ManagedDentalCareofOregon,Inc._DCO.pdf |
| CMS_00016531 | | 201801_OregonDentalService(ODS)_DCO.pdf |
| CMS_00016557 | | Oregon_DCO_20180101-20181231_Certification_20171026 (2).pdf |
| CMS_00016558 | | Oregon_DCO_20180101-20181231_Certification_20171026 |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00016559 | | Oregon CY18 Rate Certification - DCO Rates 201.pdf |
| CMS_00016592 | | 201801_AccessDentalPlan,LLC_DCO.pdf |
| CMS_00016605 | | 201801_AdvantageDental Services,LLC_DCO.pdf |
| CMS_00016631 | | 201801_CapitolDentalCare,Inc._DCO.pdf |
| CMS_00016657 | | 201801_CareOregonInc.(Dental)_DCO.pdf |
| CMS_00016670 | | 201801_FamilyDentalCare_DCO.pdf |
| CMS_00016683 | | 201801_ManagedDentalCareofOregon,Inc._DCO.pdf |
| CMS_00016696 | | 201801_OregonDentalService(ODS)_DCO.pdf |
| CMS_00016722 | | Oregon_DCO_20180101-20181231_Certification_20171026.pdf |
| CMS_00016725 | | Oregon_DCO_20180101-20181231_Certification_20171026 |
| CMS_00016727 | | Oregon_DCO_20180101-20181231_Certification_20180302 (2).pdf |
| CMS_00016782 | | CMS MHO DCO Expenditure Report Jan17 vs Jan18 .pdf |
| CMS_00016783 | | image001.png |
| CMS_00016784 | | Oregon Revised CY18 Rate Certification - DCO R.pdf |
| CMS_00016823 | | 201802_WillametteDental Group,P.C._Other.pdf |
| CMS_00016836 | | 201802_WillametteDental Group,P.C._TriCounty.pdf |
| CMS_00016849 | | 201801_AccessDentalPlan,LLC_TriCounty.pdf |

Exhibit 2
Page 17 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00016862 | | 201801_AdvantageDental Services,LLC_Other.pdf |
| CMS_00016875 | | 201801_AdvantageDental Services,LLC_TriCounty.pdf |
| CMS_00016888 | | 201801_CapitolDentalCare ,Inc._Other.pdf |
| CMS_00016901 | | 201801_CapitolDentalCare ,Inc._TriCounty.pdf |
| CMS_00016914 | | 201801_CareOregonInc.(D ental)_TriCounty.pdf |
| CMS_00016927 | | 201801_FamilyDentalCare _TriCounty.pdf |
| CMS_00016940 | | 201801_ManagedDentalC areofOregon,Inc._TriCount y.pdf |
| CMS_00016953 | | 201801_OregonDentalServ ice(ODS)_Other.pdf |
| CMS_00016966 | | 201801_OregonDentalServ ice(ODS)_TriCounty.pdf |
| CMS_00016979 | | Oregon_DCO_20180101-20181231_Certification_2 0180302.pdf |
| CMS_00016981 | | image001.png |
| CMS_00016982 | | Oregon_MHO_20180101-20181231_Certification_2 0171222 (2).pdf |
| CMS_00016983 | | Oregon_MHO_20180101-20181231_Certification_2 0171222.pdf |
| CMS_00016985 | | image001.jpg |
| CMS_00016986 | | Oregon_MHO_20180101-20181231_Certification_2 0180302 (2).pdf |
| CMS_00017045 | | 201801_upd_GreaterOreg onBehavioralHealth,Inc._. PDF |
| CMS_00017056 | | Appendix II ABA & Hep-C Risk Corridor.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00017061 | | CMS MHO DCO Expenditure Report Jan17 vs Jan18 .pdf |
| CMS_00017062 | | image001.png |
| CMS_00017063 | | Oregon Revised CY18 Rate Certification - MHO R.pdf |
| CMS_00017104 | | Oregon_MHO_20180101-20181231_Certification_2 0180302.pdf |
| CMS_00017106 | | image001.png |
| CMS_00017107 | | RE_ CMS approval of Oregon's 438.6(c) alternative fee schedules.pdf |
| CMS_00017109 | | RE_ CMS questions on Oregon's CCO 2018 contracts (2).pdf |
| CMS_00017114 | | RE_ CMS questions on Oregon's CCO 2018 contracts (3).pdf |
| CMS_00017138 | | DHS Service Plan Summary.docx |
| CMS_00017141 | | OAR referencing request change in service plan.docx |
| CMS_00017147 | | Sample 001N.PDF |
| CMS_00017151 | | se0948.pdf |
| CMS_00017158 | | RE_ CMS questions on Oregon's CCO 2018 contracts.pdf |
| CMS_00017167 | | RE_ CMS questions on Oregon's CCO 2018 contracts_3.28.18.pdf |
| CMS_00017175 | | List of OR 2018 CCO areas of non-compliance O.xlsx |

Exhibit 2
Page 18 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 017176 | | RE_ CMS questions on Oregon's CCO 2018 contracts_4.11.18.pdf |
| CMS_00 017182 | | Response List of OR 2018 CCO areas of non-co.xlsx |
| CMS_00 017183 | | RE_ CMS questions on Oregon's CCO 2018 contracts_R2 4.5.18.pdf |
| CMS_00 017187 | | CMS questions on Oregon's CCO 2018 contracts |
| CMS_00 017188 | | RE_ CMS questions on Oregon's CCO 2018 contracts_R3 4.16.18.pdf |
| CMS_00 017195 | | RE_ CMS_OR Touch Base on CCO Rate Development.pdf |
| CMS_00 017200 | | 2018 Rate Review Update Oregon - 20171101.pdf |
| CMS_00 017202 | | RE_ Email #3 CCO contracts.pdf |
| CMS_00 017481 | | FamilyCare__Inc__2018_CCO_Short-Term_Contract.pdf |
| CMS_00 017757 | | RE_ Oregon 438.6(c) Preprint Approval Request-State Question Responses (2).pdf |
| CMS_00 017762 | | RE_ Oregon 438.6(c) Preprint Approval Request-State Question Responses (3).pdf |
| CMS_00 017768 | | RE_ Oregon 438.6(c) Preprint Approval Request-State Question Responses (4).pdf |
| CMS_00 017774 | | RE_ Oregon 438.6(c) Preprint Approval Request-State Question Responses (5).pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00 017781 | | RE_ Oregon 438.6(c) Preprint Approval Request-State Question Responses (6).pdf |
| CMS_00 017789 | | RE_ Oregon 438.6(c) Preprint Approval Request-State Question Responses (7).pdf |
| CMS_00 017790 | | Oregon 438.6(c) Preprint Approval Request-State Question Responses |
| CMS_00 017800 | | Oregon 438.6(c) Preprint Approval Request-State Question Responses |
| CMS_00 017801 | | RE_ Oregon 438.6(c) Preprint Approval Request-State Question Responses (8).pdf |
| CMS_00 017805 | | RE_ Oregon 438.6(c) Preprint Approval Request-State Question Responses.pdf |
| CMS_00 017809 | | RE_ Oregon_CCO_20180101-20181231_Certification_20171025 (1).pdf |
| CMS_00 017810 | | RE_ Oregon_CCO_20180101-20181231_Certification_20171025 (2).pdf |
| CMS_00 017811 | | RE_ Oregon_CCO_20180101-20181231_Certification_20171025.pdf |
| CMS_00 017813 | | RE_ Question on reimbursement rate in state plan (2).pdf |
| CMS_00 017815 | | RE_ Question on reimbursement rate in state plan.pdf |
| CMS_00 017817 | | Round 2 response.pdf |

CONFIDENTIAL

Exhibit 2
Page 19 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00017818 | | CMS 2017-2018 Medical E&E Status Update April 2018.pdf |
| CMS_00017821 | | dual eligibility CMS 64 xlsx.pdf |
| CMS_00017822 | | Dual Eligibility-CMS 64.pdf |
| CMS_00017827 | | FW 71017 OHA Action Plan Update.pdf |
| CMS_00017830 | | Governor's office Action Plan Update 7.10.17 F.pdf |
| CMS_00017831 | | Medicaid clean-up Action Plan FINAL.pdf |
| CMS_00017846 | | Medicaid clean-up Action Plan FINAL.PDF |
| CMS_00017859 | | Oregon Duals Refinancing.pdf |
| CMS_00017860 | | Oregon - CMS Duals Refinance Process Letter 05.pdf |
| CMS_00017862 | | Re Dual Eligibility CMS 64 Request.pdf |
| CMS_00017866 | | RE Medicaid cleanup memo 08282017v15--FINAL DRAFT.pdf |
| CMS_00017886 | | Medicaid cleanup memo 08282017v15--FINAL DRAFT |
| CMS_00017898 | | Oregon 022814.pdf |
| CMS_00017900 | | Oregon 091715.pdf |
| CMS_00017904 | | RE_ Analysis of Dual Eligible Issue - additional question to state.pdf |
| CMS_00017909 | | image002.jpg |
| CMS_00017910 | | image003.jpg |
| CMS_00017911 | | image004.jpg |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00017912 | | RE_ Analysis of Dual Eligible Issue - CMS receipt.pdf |
| CMS_00017916 | | image002.jpg |
| CMS_00017917 | | image003.jpg |
| CMS_00017918 | | RE_ Analysis of Dual Eligible Issue - state response to questions.pdf |
| CMS_00017927 | | Analysis of Dual Eligible Issue - CMS Questio.xlsx |
| CMS_00017928 | | image001.jpg |
| CMS_00017929 | | RE_ Dual Eligibility overpayment from 2016 VIII group review.pdf |
| CMS_00017932 | | image001.jpg |
| CMS_00017933 | | RE_ Dual Eligibility-CMS 64 - Request for Additional Information response requested by 12_5_17.pdf |
| CMS_00017935 | | image001.jpg |
| CMS_00017936 | | image002.gif |
| CMS_00017937 | | image003.png |
| CMS_00017938 | | RE_ OR Dual eligibility overpayment - status.pdf |
| CMS_00017941 | | RE_ Oregon Duals Refinancing.pdf |
| CMS_00017943 | | Oregon Duals repayment approval.pdf |
| CMS_00017944 | | 2014 FamilyCare EQR Final Report-Cover Letter_1202014.pdf |

Exhibit 2
Page 20 of 21

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00017947 | | 2014 FamilyCare EQR Report_Final_12022014.pdf |
| CMS_00018001 | | 2014 OHA Annual EQR Report_Final_03302015[1].pdf |
| CMS_00018180 | | 2015-OHA-Annual-EQR-Report_FINAL_03182016.pdf |
| CMS_00018265 | | 2017 EQR Annual Technical Report.pdf |
| CMS_00018471 | | 2017 FamilyCare EQR Report_FINAL_01192018.pdf |
| CMS_00018543 | | Appendix ABC_03182016.pdf |
| CMS_00018657 | | FamilyCare Health EQR Report_Final_02062017.pdf |
| CMS_00018706 | | OHA Annual EQR Report_FINAL.pdf |
| CMS_00018874 | | Oregon 091715.pdf |
| CMS_00018878 | | MAGI MSTP Phase II Update March 2018.pdf |
| CMS_00018901 | | OR CCO Corrective Action Plan.pdf |
| CMS_00019097 | | ActionPlan_20150115_Final_withappendix.pdf |

| Bates No. | Date | Email Subject/File Name/Document Title |
|---|---|---|
| CMS_00019282 | | OR_ActionPlan_20151116_Updated.pdf |
| CMS_00019292 | | RE_ Oregon 2014 Rates - CMS Rate Resolution Letter.pdf |
| CMS_00019294 | | ActionPlan_20150115_Final_withappendix.pdf |
| CMS_00019479 | | Draft Proposal for CCO Incentive Pool Modifications for Significant Membership Changes.pdf |
| CMS_00019483 | | Metrics Policy Memorandum final.pdf |
| CMS_00019486 | | 2015 Medicaid Managed Care Rate Reviews |
| CMS_00019494 | | Rate review change guidance.pdf |
| FCI0565034 | | CMS Letter 11-10-16.pdf |
| FCI0565033 | 11/10/2016 | 2017 Oregon Capitation Rates & Request for Meeting |
| FCI0565662 | | CMS Letter 11-9-17.pdf |
| FCI0565661 | | FamilyCare Health Request to Meet with CMS |
| FCI0566406 | 11/15/2017 | RE: FamilyCare Health Request to Meet with CMS |

Exhibit 2
Page 21 of 21