



# Coordinated Care Organizations 101

## 2014 Coordinated Care Model Summit

## Oregon Convention Center

December 4, 2014

transformationcenter.org

Exhibit 4
Page 1 of 18

# *Coordinated Care Organizations 101*

Oregon's Coordinated Care Model: Inspiring Health System Innovation

December 3-4, 2014

Judy Mohr Peterson

Oregon State Medicaid Director



Exhibit 4
Page 2 of 18

# Why Health System Transformation?

- Health care costs are increasingly unaffordable

- Even for all we spend, health outcomes are not what they should be

- Lack of coordination between physical, mental, dental and other care to public health means worse outcomes and higher costs



Exhibit 4
Page 3 of 18



Exhibit 4
Page 4 of 18

# State Budget Crisis

Traditional Medicaid methods for budget balancing:

1. **Cut People**

2. **Cut Benefits**

3. **Cut Rates**



Exhibit 4
Page 5 of 18

# GOAL: Triple Aim
## A new vision for a healthy Oregon.

**1** Better health.

**2** Better care.

**3** Lower costs.



Exhibit 4
Page 6 of 18

# Oregon's Strategic Approach: Triple Aim

- A new fourth way for improved Medicaid program

- Changing how care is delivered to:

  - Reduce waste
  - Improve health
  - Create local accountability
  - Align financial incentives
  - Pay for performance and outcomes
  - Create fiscal sustainability



Exhibit 4
Page 7 of 18

# What is a Coordinated Care Organization?

- A local network of all types of health care providers working together to deliver care for Oregon Health Plan members

- Risk-bearing entities with prescribed governance & community advisory councils

- Care is coordinated at every point – from where services are delivered to how the bills are paid



8

Exhibit 4
Page 8 of 18

# Coordinated Care Organizations

- There are 16 CCOs in every part of Oregon serving ~95% of our ~ 1,00,000 OHP members

- Mental, physical, dental care held to one budget

- Responsible for health outcomes

- Receive incentives for quality

- Budgets grow at 3.4% per capita per year

**2013-2015** CCO budget is 2 percentage points per capita below national growth trends



Exhibit 4
Page 9 of 18

# Coordinated Care Organizations
# Key Health System Transformation Components

- **Community level accountability and flexibility**

- **Governance** by a partnership of providers of care, community members and stakeholders in the health system who have financial responsibility and risk

- **Global budget that grows at a sustainable, fixed rate** with **payment alternatives** that incent positive health outcomes

- **New models of integrated care**: **patient centered** and team-focused; i**ntegrated** physical, behavioral and oral health; use of **"flexible"** or health-related services

- Use of **"traditional" health care workers** (peer wellness specialists; community health workers; patient navigators) to expand workforce and address social determinants of health

Exhibit 4
Page 10 of 18

# CCOs: Governed locally

**CCO Governance Boards**

- Major components of health care delivery system

- Entities or organizations that share in financial risk

- At least two health care providers in active practice
  - **Primary care** physician or nurse practitioner
  - **Mental health or chemical dependency** treatment provider

- At least two community members

- At least one member of **Community Advisory Council**
  - Majority of members must be consumers
  - Must include representative from each county government in service area
  - Duties include Community Health Improvement Plan and reporting on progress



Exhibit 4
Page 11 of 18

# CCO: Innovation & Transformation Supports

- Transformation Center and Innovator Agents
  - Learning Collaboratives
  - Peer-to-peer and rapid-cycle learning systems
- Community Advisory Councils: Community health assessments and improvement plan
- CCO-specific Transformation Plans with milestones and deliverables
- Delivery system reforms:
  - Non-traditional health care workers
  - Primary care home adoption



12

Exhibit 4
Page 12 of 18

# Accountability and Transparency

**State Performance Measures**

- Annual assessment of statewide performance on 33 measures
- Financial penalties to the state if quality goals are not achieved

**CCO Incentive Measures**

- Annual assessment of CCO performance on 17 measures
- Quality pool paid to CCOs for performance
- Compare 2013 performance to 2011 baseline





13

Exhibit 4
Page 13 of 18

# Key metrics tied to Quality Pool

Incentive payments tied to 17 metrics in seven areas critical to reducing costs and improving quality:

- Addressing chronic conditions
- Reducing preventable and costly utilization
- Integrating physical and behavioral health care
- Improving access to effective and timely care
- Improving perinatal and maternity care
- Reducing preventable rehospitalizations
- Spread of patient-centered primary care homes for all populations



14

Exhibit 4
Page 14 of 18

# Quality Pool: distribution

**To earn their full quality pool payment, CCOs had to:**

✓ Meet the benchmark or improvement target on at least 12 of the 17 measures; and

✓ Have at least 60 percent of their members enrolled in a patient-centered primary care home (PCPCH).

**Money left over from quality pool went to the challenge pool.**
To earn challenge pool payments, CCOs had to:

✓ Meet the benchmark or improvement target on the four challenge pool measures: depression screening, diabetes HbA1c control, SBIRT, and PCPCH enrollment.



Exhibit 4
Page 15 of 18

## How did CCOs do?

**Incentive metrics**

✓ 11 out of 15 CCOs earned 100% of the quality pool

– One CCO earned 70% and three earned 80%

✓ Statewide improvement on all 14 of the incentive measures included in the report



Exhibit 4
Page 16 of 18



## Our vision: no child in Oregon should ever be hospitalized with asthma

Malik, 8, used to go to the ER with asthma attacks as much as twice a month. Thanks to a coordinated care pilot project and a community health worker, he is avoiding the hospital.

**More stories at: www.health.oregon.gov**



Exhibit 4
Page 17 of 18

# Better health, better care, lower cost



Exhibit 4
Page 18 of 18