# Oregon Health Authority Update

*House Interim Committee on Health Care*

*January 15, 2014*

*Tina Edlund, Acting Director*



Exhibit 5
Page 1 of 22

# What we will cover today

- CCO Update
- ACA Implementation Update
- OMIP/TMIP
- Mental Health Investments
- CCO Mental Health Integration



Exhibit 5
Page 2 of 22

# CCO Update



Exhibit 5
Page 3 of 22

# Coordinated Care Organizations

- There are 16 CCOs in every part of Oregon serving ~95% of OHP clients

- Governed by a partnership among health care providers, consumers, those taking financial risk

- Consumer advisory councils

- Mental, physical, dental care held to one budget

- Responsible for health outcomes

- Receive incentives for quality

- Budgets grow at 3.4% per capita per year



Exhibit 5
Page 4 of 22

# What we are seeing so far…

- ✓ Every CCO is living within its global budget.

- ✓ The state is meeting its commitment to reduce Medicaid spending trend on a per person basis by 2 percentage points.

- ✓ State-level progress on measures of quality, utilization, and cost (for the first 6 months of 2013) shows promising signs of improvements in quality and cost and a shifting of resources to primary care.

- ✓ Progress will not be linear, but data are encouraging.



Exhibit 5
Page 5 of 22

# Early data

✓ Decreased emergency department visits and expenditures.  Visits down 9%.

✓ Increased primary care visits and expenditures. Visits up 18%.

✓ Increased enrollment in patient-centered primary care homes

✓ Decreased hospitalization for congestive heart failure, chronic obstructive pulmonary disease and adult asthma

✓ Increased adoption of electronic health records

✓ Decreased all-cause hospital readmissions. Down 12%.



Exhibit 5
Page 6 of 22

# Dental Integration

✓ In December, moved over 240,000 enrollees to fully integrated CCOs (physical, mental and dental services) from Jackson County (Jackson Care Connect) to Lane (Trillium) and the Tri-County area (Family Care and HealthShare of Oregon).

✓ 10 of 15 CCOs have now integrated dental services– 60% of OHP enrollees now in fully-integrated CCOs.

✓ 5 CCOs serving Central Oregon, the Columbia Gorge, Douglas County, Eastern Oregon and Yamhill County will wait until July 2014 to integrate dental services.



Exhibit 5
Page 7 of 22

# ACA Implementation



Exhibit 5
Page 8 of 22

# One OHP: Prevention and full health benefits

Until Jan. 1, 2014, Oregon Health Plan had two main benefit packages:

- OHP Plus, a full benefit package
- OHP Standard, a limited benefit package

In 2014, all current OHP members and those who are newly eligible, will have the same full health benefits as OHP Plus members.

Final approval to apply the benefit package to new eligibles received on Jan. 9, 2014.



Exhibit 5
Page 9 of 22

# OHP Fast-Track Enrollment

- Fast-track: An easy way to enroll in the Oregon Health Plan

- Available for adults who have already been screened for other benefits

- They do not have to apply, since they've already been screened

- Coverage began January 1

- As of January 13, 2014:  Over 118,000 individuals have enrolled in OHP through the Fast-Track program



Exhibit 5
Page 10 of 22

ACA ENROLLMENTS    1/13/2014

| Name | Through Fast Track | Through Cover Oregon | TOTAL |
|---|---|---|---|
| ALLCARE HEALTH PLAN, INC | 7,288 | 1,423 | 8,711 |
| CASCADE HEALTH ALLIANCE, LLC | 282 | 129 | 411 |
| COLUMBIA PACIFIC CCO, LLC | 3,274 | 973 | 4,247 |
| EASTERN OREGON CCO, LLC | 4,682 | 1,354 | 6,036 |
| FAMILYCARE, CCO | 15,339 | 7,553 | 22,892 |
| HEALTH SHARE OF OREGON | 20,014 | 7,789 | 27,803 |
| INTERCOMMUNITY HEALTH NETWORK | 6,891 | 1,961 | 8,852 |
| JACKSON CARE CONNECT | 2,515 | 884 | 3,399 |
| PACIFICSOURCE COMM. SOLUTIONS | 6,569 | 2,424 | 8,993 |
| PACIFICSOURCE COMMUNITY-GORGE | 1,259 | 552 | 1,811 |
| PRIMARYHEALTH JOSEPHINE CO CCO | 1,319 | 516 | 1,835 |
| TRILLIUM COMMUNITY HEALTH PLAN | 11,377 | 3,542 | 14,919 |
| UMPQUA HEALTH ALLIANCE, DCIPA | 3,678 | 727 | 4,405 |
| WESTERN OREGON ADVANCED HEALTH | 3,213 | 778 | 3,991 |
| WILLAMETTE VALLEY COMM. HEALTH | 10,057 | 2,478 | 12,535 |
| YAMHILL CO CARE ORGANIZATION | 2,585 | 696 | 3,281 |
| **SubTotal** | **100,342** | **33,779** | **134,121** |
| **Fee-for-Service** | **18,141** | **8,325** | **26,466** |
| **TOTAL** | **118,483** | **42,104** | **160,587** |



Exhibit 5
Page 11 of 22

# Where will people get care?

- ~50% of uninsured have usual source of care

- Strong network of federally qualified and rural health centers in Oregon

- Loan repayment program to draw more providers into our state

- Tax credits and help with malpractice premiums to keep rural providers from leaving

- More capacity through increasing the numbers of community health workers and CCOs working to transform how care is being delivered

- Patient Centered Primary Care Homes



Exhibit 5
Page 12 of 22

# TEMPORARY MEDICAL INSURANCE POOL



Exhibit 5
Page 13 of 22

# Temporary Medical Insurance Pool

- Oregon Medical Insurance Pool (OMIP) included about 10,000 who have pre-existing conditions

- OMIP statutorily sunset on 12/31/2013.

- In collaboration of the presiding officers, OHA has created a Temporary Medical Insurance Pool (TMIP) to ensure continuity of coverage for OMIP members who have not already enrolled in coverage through Cover Oregon, Oregon Health Plan or other commercial direct coverage.



Exhibit 5
Page 14 of 22

# Temporary Medical Insurance Pool

- Temporary program for current OMIP members from January 1, 2014 through March 31, 2014. This temporary program is for OMIP members who did not secure other coverage beginning  January 1, 2014.

- This will ensure uninterrupted coverage for this high risk population through the 2014 open enrollment period (March 31, 2014).

- OHA has authority to operate a program that would include the necessary functions to operate as an "OMIP-like program" that will require emergency rules and contract amendments.



Exhibit 5
Page 15 of 22

# NEW MENTAL HEALTH INVESTMENTS



Exhibit 5
Page 16 of 22

# Investments in community mental health

- 2013 Legislative Session – $39.74 million
- September 2013 Special Session – $20 million*

     *$10 million set aside for supported housing

**Allocations**

- Mental Health Promotion and Prevention – $3 million
- Children's Mental Health – $24.6 million
- Adult Mental Health – $22.14 million

**Filling in the gaps**

- Focus on underserved populations and rural areas
- Technical assistance and provider training



Exhibit 5
Page 17 of 22

# Service and system expansions – goals

- Promote community health and wellness
- Keep children healthy
  - Emphasize prevention and early intervention
  - Keep behavioral challenges from becoming chronic illness later in life
- Help adults with mental illness to live successfully in the community
  - Avoid unnecessary hospitalization
  - Avoid incarceration
- Use evidence-based practices
- Align with Oregon's health system transformation and systems of care

Exhibit 5
Page 18 of 22

# Implementation

- Directive:

  – Do things differently

  – Build in accountability

  – Move quickly

- 85% of funding decisions have been made so far

- Funding will impact all parts of the state

- Performance metrics built into the contracts



Exhibit 5
Page 19 of 22

# Partnerships with CCOs

**Investments in community mental health**

- Adults – Assertive Community Treatment
  - Provides case management and assertive community treatment to help people avoid hospitalization, shorten hospital stays
- Children – System of Care/Wraparound
  - Increases the availability of services around the sate, providing intensive care coordination for children with emotional and behavioral disorders



Exhibit 5
Page 20 of 22

# Behavioral health integration in CCOs



Exhibit 5
Page 21 of 22

# To learn more….

# www.health.oregon.gov



Exhibit 5
Page 22 of 22