

# Oregon's Health System Transformation

Quarterly Progress Report



MEASUREMENT PERIOD
**Baseline Year 2011 and
October – December 2012**

PUBLISHING DATE
**May 2013**



Hoffman

EXHIBIT NO. 1021
6-21-18

Schmitt Reporting

Exhibit 6
Page 1 of 56

Exhibit 6
Page 2 of 56

# CONTENTS

**4 Message from Director Bruce Goldberg, M.D.**

**5 Executive summary**

**7 Performance metrics**

Statewide Metrics

Coordinated Care Organization Baselines

Quarterly Data

**33 Financial metrics**

Quarterly Data

**37 Other key progress indicators**

Support for Coordinated Care Organizations

Transformation Center update

Delivery System Update

Non-traditional health workers

Patient-centered primary care homes

**43 Promising practices**

**50 Appendix**

Coordinated Care Organization Service Areas

Timeline

Oregon Health Authority Contacts and Online Information

Oregon Health System Transformation **3** May 2013

Exhibit 6
Page 3 of 56

# MESSAGE FROM DIRECTOR BRUCE GOLDBERG, M.D.

## Lower costs through better health and better care

I am pleased to present the first status report for Oregon's Medicaid Transformation. Here you will find information that has never before been gathered together and published about our state's Medicaid services.

This first report shows our starting point on key measurements of the health care people receive in every part of our state. Every quarter we will update the information to show changes at the statewide and coordinated care organization levels — and how we are doing compared to the goals we have set for the next 10 years.

These measures were chosen in an open and public process to represent the health care needs and challenges of a Medicaid population. Through these measures we will have the tools we need to truly reform the health system. Success will come through better health for the population we serve. By focusing on services that we know improve health and integrating physical and mental health services, we will lower costs and create a more functional health system that works better for everyone.

One promise of Oregon's health system transformation is our state's commitment to reduce the trend of Medicaid spending by two percentage points by the end of 2014. This report includes important financial data that allow us to examine how we are doing in achieving that goal. Data on utilization and cost of hospital, laboratory and imaging, and primary care services are also included as part of our commitment to financial transparency. These are important and valuable data, especially when combined with quality reporting.

This report also shows some of the innovative actions happening on the ground that are designed to meet these goals. From community health workers in Salem to emergency room diversion in Grants Pass, our state's coordinated care organizations are taking patient-centered care to new levels to the benefit of us all.

The data in this first report largely describe where we are starting — our baseline. This is the beginning of what will be a long journey toward a transformed health care system in Oregon. Each subsequent report will show the impact of health system transformation on health outcomes and on cost, quality and access, and future reports will also have a breakdown by race and ethnicity. As we take bold steps forward, I am confident the path before us is clear and we are on it together.

**Bruce Goldberg**
Director, Oregon Health Authority

May 2013     **4**     **Oregon Health System Transformation**

Exhibit 6
Page 4 of 56

# EXECUTIVE SUMMARY

Across Oregon, coordinated care organizations (CCOs) are working on a local level to transform the health care delivery system to bring better health, better care and lower costs to Oregonians. To provide status updates on the state's progress towards those goals, the Oregon Health Authority (OHA) will publish quarterly reports showing performance data, financial data, and progress toward reaching benchmarks, beginning with the 2011 baseline data shown in this report. OHA will also highlight promising practices in local communities – innovations which ultimately will help improve health and lower costs over time.

The first CCOs began in August of 2012. The baseline data in this report come from 2011, gathered from CCO predecessor organizations. These baselines will allow us to judge our progress on specific metrics from a time before the coordinated care model began in our state. Each measure has a correlating benchmark value, which is typically based on national data for high-achieving Medicaid programs.

Subsequent quarterly reports will show changes in care quality and access using these metrics; they will illustrate the progress that we are making in reaching benchmarks in a number of areas.

This report also includes preliminary financial data about specific health care services from baseline calendar year 2011 and compares it to data from the last quarter of 2012. The information will be more complete in future reports to catch the lags between providing the services and reporting them. Future reports will track changes in individual CCO financial expenditures and use of health services. Over time, this financial information will show progress towards the statewide goal of lowering cost for the health care system.

Lastly, the reports include health system transformation work going on around the state. CCO progress indicators include the development of patient-centered primary care homes, use of non-traditional health workers, and an account of promising practices already being implemented by CCOs across Oregon.

In summary, by looking at 2011 data from the organizations that preceded CCOs, this first quarterly report shows where we are starting from and where we need to go to get to better health, better care and lower costs.

**Oregon Health System Transformation** **5** **May 2013**

Exhibit 6
Page 5 of 56

Exhibit 6
Page 6 of 56

# PERFORMANCE METRICS

## Measuring the quality of care

Oregon's coordinated care organizations (CCOs) are charged with improving care, making quality care accessible and curbing the rising cost of health care. Well-designed measurements called metrics will help the state measure how well CCOs meet those goals. The Oregon Health Authority selected a set of metrics to be a part of OHA's overall quality strategy and help track the performance of CCOs. These metrics help keep CCOs and OHA accountable to the clients we serve as we aim to improve health and health care.

This section displays statewide baseline data and CCO-specific baseline data, where available, both for 2011. The 2011 baseline data come from the organizations that were predecessors to the CCOs. OHA will report future data quarterly as they become available.

OHA's Metrics and Scoring Committee developed 17 outcome and quality measures. Each year, OHA will award CCOs funds from a quality pool based on their performance on these 17 measures during the previous calendar year. This report indicates which measures are CCO incentive measures and shows the baseline results for 11 of them.

OHA also has agreed to report to the U.S. Centers for Medicare and Medicaid Services (CMS) on 16 additional state performance measures. This report includes baseline results for 16 of these metrics. These measures will allow OHA and CCOs to see where improvement is being made and where more work is needed. Some of the metrics contain subsets of the same measurement – outcomes for different age groups, for example. When that is the case, each is displayed as a separate metric.

Finally, a handful of metrics show results from October through December 2012 and compare them to the 2011 baseline results. These results can be found on page 32 of this report. Although this information is not complete due to billing claims that will continue to be submitted, it gives a preview of how we are doing in improving Oregon's health system. This information will be expanded as more data become available.

Most of the information in this report comes from administrative (billing) claims. Claims data reflect information submitted by providers to payers as a part of the billing process. While claims data have limitations, they provide useful information about services provided by a very large segment of the Oregon health care delivery network. Other data sources include Consumer Assessment of Healthcare Providers and Systems (CAHPS) surveys, Oregon Department of Human Services (DHS) custody records, Oregon vital statistics, immunization data from Oregon Public Health and the Physician Workforce Survey.

Updated data will be provided quarterly. Baselines reported for some of the measures may change as methods are revised. In future reports, PacificSource Community Solutions will be reported as two distinct CCOs: PacificSource Community Solutions Columbia Gorge Region and PacificSource Community Solutions Central Oregon Region. ▮▮

Exhibit 6
Page 7 of 56

# PERFORMANCE METRICS
## Statewide Metrics

## Improving behavioral health and physical health coordination

### Follow-up after hospitalization for mental illness

Percentage of patients (ages 6 and older) who received appropriate follow-up care within 7 days of being discharged from the hospital for mental illness.

(CCO Incentive Measure)



Data source: Administrative (billing) claims
Benchmark source: 2012 National Medicaid 90th percentile

### Alcohol or other substance misuse (SBIRT)

Percentage of adult patients (ages 18 and older) who had appropriate screening and intervention for alcohol or other substance abuse in a primary care setting.

(CCO Incentive Measure)



Data source: Administrative (billing) claims

2011 baselines are pre-CCO and are based on data from the predecessor care organization.

Exhibit 6
Page 8 of 56

# PERFORMANCE METRICS
## Statewide Metrics

## Improving behavioral health and physical health coordination

**Follow-up care for children prescribed attention deficit-hyperactivity disorder (ADHD) medications (initiation phase)**

Percentage of children (ages 6-12) who had one follow-up visit with a provider during the 30 days after receiving a new prescription for ADHD medication.

(CCO Incentive Measure)



Data source: Administrative (billing) claims
Benchmark source: 2012 National Medicaid 90th percentile

**Follow-up care for children prescribed ADHD medications (continuation and maintenance phase)**

Percentage of children (ages 6-12) who remained on ADHD medication for 210 days after receiving a new prescription and who had at least two follow-up visits with a provider within 270 days after the Initiation Phase.

(CCO Incentive Measure)



Data source: Administrative (billing) claims
Benchmark source: 2012 National Medicaid 90th percentile

2011 baselines are pre-CCO and are based on data from the predecessor care organization.

Oregon Health System Transformation    May 2013

Exhibit 6
Page 9 of 56

# PERFORMANCE METRICS
## Statewide Metrics

## Maternity and early childhood care

### Timeliness of Prenatal Care

Percentage of pregnant women who received a prenatal care visit within the first trimester (or within 42 days of CCO enrollment).

(CCO Incentive Measure)



Data source: Administrative (billing) claims
Benchmark source: 2012 National Medicaid 75th percentile (administrative data only). Pending Metrics and Scoring Committee review.

### Well-child visits in the first 15 months of life

Percentage of children up to 15 months old who had at least six well-child visits with a primary care provider.



Data source: Administrative (billing) claims
Benchmark source: 2012 National Medicaid 90th percentile

### Developmental screening

Percentage of children up to 3 years old who had at least three screenings for delays in development, behavior and social skills.

(CCO Incentive Measure)



Data source: Administrative (billing) claims
Benchmark source: Metrics and Scoring Committee consensus.

2011 baselines are pre-CCO and are based on data from the predecessor care organization.

Exhibit 6
Page 10 of 56

# PERFORMANCE METRICS
## Statewide Metrics

## Improving primary care for children

### Appropriate testing for children with pharyngitis

Percentage of children with a sore throat (pharyngitis) who were given a strep test before getting an antibiotic.



Data source: Administrative (billing) claims
Benchmark source: 2012 National Medicaid 75th percentile

### Mental health assessment within 60 days for children in DHS custody

Percentage of children who had their mental health assessed within 60 days of being placed into custody with the Department of Human Services.

(CCO Incentive Measure)



Data source: Administrative (billing) claims + ORKids
Benchmark source: Metrics and Scoring Committee consensus

### Physical health assessment within 60 days for children in DHS custody*

Percentage of children who had their physical health assessed within 60 days of being placed into custody with the Department of Human Services.

(CCO Incentive Measure)



Data source: Administrative (billing) claims + ORKids
Benchmark source: Metrics and Scoring Committee consensus

2011 baselines are pre-CCO and are based on data from the predecessor care organization.
*DHS requires a physical health assessment within 30 days of being placed into DHS custody.

**Oregon Health System Transformation** 11 May 2013

Exhibit 6
Page 11 of 56

# PERFORMANCE METRICS
## Statewide Metrics

## Improving primary care for children

### Adolescent well-care visits

Percentage of adolescents (ages 12-21) who had at least one well-care visit.

(CCO Incentive Measure)



Data source: Administrative (billing) claims
Benchmark source: 2012 National Medicaid 75th percentile (administrative data only).
Pending Metrics and Scoring Committee review.

### Childhood immunization status

Percentage of children who got recommended vaccines before their 2nd birthday.



Data source: Administrative (billing) claim
Benchmark source: 2012 National Medicaid 75th percentile

### Immunization for adolescents

Percentage of adolescents who got recommended vaccines before their 13th birthday.



Data source: Administrative (billing) claims
Benchmark source: 2012 National Medicaid 75th percentile

2011 baselines are pre-CCO and are based on data from the predecessor care organization.

Exhibit 6
Page 12 of 56

# PERFORMANCE METRICS
## Statewide Metrics

## Improving access to timely and effective care

### Child and adolescent access to primary care practitioners (12 months-19 years)

Percentage of children and adolescents who had a visit with a primary care provider.



Data source: Administrative (billing) claims

### Child and adolescent access to primary care practitioners (12-24 months)

Percentage of toddlers who had a visit with a primary care provider.



Data source: Administrative (billing) claims
Benchmark source: 2011 National Medicaid 75th percentile

### Child and adolescent access to primary care practitioners (25 months-6 years)

Percentage of children who had a visit with a primary care provider.



Data source: Administrative (billing) claims
Benchmark source: 2011 National Medicaid 75th percentile

### Child and adolescent access to primary care practitioners (7-11 years)

Percentage of children and adolescents who had a visit with a primary care provider.



Data source: Administrative (billing) claims
Benchmark source: 2011 National Medicaid 75th percentile

2011 baselines are pre-CCO and are based on data from the predecessor care organization.

Oregon Health System Transformation **13** May 2013

Exhibit 6
Page 13 of 56

# PERFORMANCE METRICS
## Statewide Metrics

## Improving access to timely and effective care

### Child and adolescent access to primary care practitioners (12-19 years)

Percentage of adolescents who had a visit with a primary care provider.



Benchmark 91.7%
2011 Baseline 88.9%
0% 100%

Data source: Administrative (billing) claims
Benchmark source: 2011 National Medicaid 75th percentile

### Extent to which primary care providers are accepting new Medicaid patients*

Percentage of primary care clinics that are accepting new Medicaid/Oregon Health Plan patients.

Benchmark TBD
2012 Baseline 85.0%
n = 2,742  0% 100%

Data source: Physician Workforce Survey

### Extent to which primary care providers currently see Medicaid patients**

Percentage of primary care clinics that currently care for Medicaid/Oregon Health Plan patients.

Benchmark TBD
2012 Baseline 81.7%
n = 2,895  0% 100%

Data source: Physician Workforce Survey

### Patient-centered primary care home enrollment***

Percentage of patients who were enrolled in a recognized patient-centered primary care home.

(CCO Incentive Measure)

Benchmark 100%
2012 Baseline 51.7%
0% 100%

Data source: CCO self-report
Benchmark source: Metrics and Scoring Committee consensus

*Accepting new Medicaid/OHP patients with no limitations and accepting new Medicaid/OHP patients with some restrictions

**Excludes 'don't know' and missing

***Patient-Centered Primary Care Home measurement is based on January 2013 data.

2011 baselines are pre-CCO and are based on data from the predecessor care organization.

May 2013 | 14 | **Oregon Health System Transformation**

Exhibit 6
Page 14 of 56

# PERFORMANCE METRICS
## Statewide Metrics

## Patient experience

### Access to care (CAHPS)*

Percentage of patients (adults and children) who thought they received appointments and care when they needed them.

(CCO Incentive Measure)



Data source: Consumer Assessment of Healthcare Providers and Systems (CAHPS)
Benchmark source: 2012 National Medicaid 75th percentile

### Satisfaction with care (CAHPS)*

Percentage of patients (adults and children) who received needed information or help and thought they were treated with courtesy and respect by customer service staff.

(CCO Incentive Measure)



Data source: Consumer Assessment of Healthcare Providers and Systems (CAHPS)
Benchmark source: 2012 National Medicaid 75th percentile

*From Consumer Assessment of Health Care Providers and Systems Survey Composite

2011 baselines are pre-CCO and are based on data from the predecessor care organization.

Oregon Health System Transformation  **15**  May 2013

Exhibit 6
Page 15 of 56

# PERFORMANCE METRICS
## Statewide Metrics

## Improving primary care for adults

### Colorectal cancer screening

Percentage of adult patients (ages 50-75) who had appropriate screenings for colorectal cancer.
(CCO Incentive Measure)



Data source: Administrative (billing) claims
Benchmark source: 2012 National Commercial 75th percentile (administrative data only, with adjustment). Pending Metrics and Scoring Committee review.

### Chlamydia screening

Percentage of sexually active women (ages 16-24) who had a test for chlamydia infection.



Data source: Administrative (billing) claims
Benchmark source: 2012 National Medicaid 75th percentile

### Cervical cancer screening

Percentage of women patients (ages 21 to 64) who got one or more Pap tests for cervical cancer during a recent three-year period.



Data source: Administrative (billing) claims
Benchmark source: 2012 National Medicaid 75th percentile

2011 baselines are pre-CCO and are based on data from the predecessor care organization.

May 2013 **16** Oregon Health System Transformation

Exhibit 6
Page 16 of 56

# PERFORMANCE METRICS
## Statewide Metrics

## Improving primary care for adults

### Medical assistance with smoking and tobacco use cessation

Component 1: Adult tobacco users advised to quit by their doctor.



Data source: Consumer Assessment of Healthcare Providers and Systems (CAHPS)
Benchmark source: 2012 National Medicaid 90th percentile

### Medical assistance with smoking and tobacco use cessation

Component 2: Adult tobacco users whose doctor discussed or recommended medications to quit smoking.



Data source: Consumer Assessment of Healthcare Providers and Systems (CAHPS)
Benchmark source: 2012 National Medicaid 90th percentile

### Medical assistance with smoking and tobacco use cessation

Component 3: Adult tobacco users whose doctor discussed or recommended strategies to quit smoking.



Data source: Consumer Assessment of Healthcare Providers and Systems (CAHPS)
Benchmark source: 2012 National Medicaid 90th percentile

2011 baselines are pre-CCO and are based on data from the predecessor care organization.

Oregon Health System Transformation  **17**  May 2013

Exhibit 6
Page 17 of 56

# PERFORMANCE METRICS
## Statewide Metrics

## Reducing preventable and unnecessarily costly utilization

*Getting the right care at the right time and in the right setting is important for delivering high-quality, cost-effective care.*

### Ambulatory care: Outpatient utilization

Rate of patient visits to a clinic or urgent care.

(CCO Incentive Measure)



| | |
|---|---|
| Benchmark | 439.0 |
| 2011 Baseline | 364.2 |

(per 1,000 member months) 0 — 1000

Data source: Administrative (billing) claims
Benchmark source: 2011 National Medicaid 90th percentile

### Ambulatory care: Emergency department utilization

Rate of patient visits to an emergency department.
(Lower scores are better.)

(CCO Incentive Measure)



| | |
|---|---|
| Benchmark | 44.4 |
| 2011 Baseline | 61.0 |

(per 1,000 member months) 0 — 100

Data source: Administrative (billing) claims
Benchmark source: 2011 National Medicaid 90th percentile

### Plan all-cause readmission

Percentage of adult patients (ages 18 and older) who had a hospital stay and had to go back into the hospital again for any reason within 30 days of discharge.
(Lower scores are better.)



| | |
|---|---|
| Benchmark | 10.5% |
| 2011 Baseline | 11.3% |

n=30,854   0 — 100

Data source: Administrative (billing) claims
Benchmark source: Average of 2012 Commercial and Medicare 75th percentiles

2011 baselines are pre-CCO and are based on data from the predecessor care organization.

Exhibit 6
Page 18 of 56

# PERFORMANCE METRICS
## Statewide Metrics

## Reducing avoidable hospital admissions

*Conditions for which early care and intervention can potentially prevent the need for hospitalization.*

### Diabetes, short term complication admission rate (PQI 1)*

Rate of adult patients (ages 18 and older) with diabetes who had a hospital stay because of a short-term problem from their disease. (A lower score is better.)

### Chronic obstructive pulmonary disease or asthma admission rate (PQI 5)*

Rate of adult patients (ages 40 and older) who had a hospital stay because of chronic obstructive pulmonary disease or asthma. (A lower score is better.)

### Congestive heart failure admission rate (PQI 8)*

Rate of adult patients (ages 18 and older) who had a hospital stay because of congestive heart failure. (A lower score is better.)

### Adult asthma admission rate (PQI 15)*

Rate of adult patients (ages 18-39) who had a hospital stay because of asthma. (A lower score is better.)



Benchmark 62.7
2011 Baseline 192.9
(per 100,000 member years) 0 — 600
Data source: Administrative (billing) claims
Benchmark source: AHRQ 2009 National Inpatient Sample (NIS)

Benchmark 559.0
2011 Baseline 454.6
(per 100,000 member years) 0 — 600
Data source: Administrative (billing) claims
Benchmark source: AHRQ 2009 National Inpatient Sample (NIS)

Benchmark 380.7
2011 Baseline 336.9
(per 100,000 member years) 0 — 600
Data source: Administrative (billing) claims
Benchmark source: AHRQ 2009 National Inpatient Sample (NIS)

Benchmark 63.4
2011 Baseline 53.4
(per 100,000 member years) 0 — 100
Data source: Administrative (billing) claims
Benchmark source: AHRQ 2009 National Inpatient Sample (NIS)

*Agency for Healthcare Research and Quality Prevention Quality Indicators
2011 baselines are pre-CCO and are based on data from the predecessor care organization.

**Oregon Health System Transformation** 19 May 2013

Exhibit 6
Page 19 of 56

# PERFORMANCE METRICS
## Statewide Metrics

## Reducing discrete health issues

### Comprehensive diabetes care:
### LDL-C screening

Percentage of adult patients (ages 18-75) with diabetes who got an LDL-C (cholesterol) test.



Data source: Administrative (billing) claims
Benchmark source: 2012 National Medicaid 75th percentile

### Comprehensive diabetes care:
### Hemoglobin A1c testing

Percentage of adult patients (ages 18-75) with diabetes who got at least one A1c blood sugar test.



Data source: Administrative (billing) claims
Benchmark source: 2012 National Medicaid 75th percentile

2011 baselines are pre-CCO and are based on data from the predecessor care organization.

May 2013    **20**    Oregon Health System Transformation

Exhibit 6
Page 20 of 56



Exhibit 6
Page 21 of 56



Exhibit 6
Page 22 of 56



Exhibit 6
Page 23 of 56



Exhibit 6
Page 24 of 56



Exhibit 6
Page 25 of 56



Exhibit 6
Page 26 of 56



Exhibit 6
Page 27 of 56



Exhibit 6
Page 28 of 56



Exhibit 6
Page 29 of 56

# PERFORMANCE METRICS
## CCO Baselines

**Ambulatory care: Emergency department utilization**

Rate of patient visits to an emergency department.
(CCO Incentive Measure)

| | |
|---|---|
| **State Benchmark** | **44.4/1,000 member months** |
| **2011 State Baseline** | **61.0/1,000 member months** |

(A lower score is better.)

Data source: Administrative (billing) claims
Benchmark source: 2011 National Medicaid 90th percentile

Visits per 1,000 mm

| AllCare Health Plan | Columbia Pacific | Eastern Oregon | FamilyCare | Health Share | Intercommunity Health Network | Jackson Care Connect | PacificSource | PrimaryHealth of Josephine Co | Trillium Community Health | Umpqua Health Alliance | Western Oregon Advanced Health | Willamette Valley Community Health | Yamhill County Care Organization |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56.9 | 58.2 | 65.7 | 57.4 | 64.6 | 58.2 | 58.1 | 61.6 | 57.2 | 55.5 | 86.4 | 59.7 | 55.4 | 77.7 |

61.0
44.4

2011 baselines are pre-CCO and are based on data from the predecessor care organization.

May 2013   **30**   Oregon Health System Transformation

Exhibit 6
Page 30 of 56



Exhibit 6
Page 31 of 56

# PERFORMANCE METRICS
## Preliminary Quarterly Data

## Quality Data

| CATEGORIES | OREGON PRE-CCO BASELINE** | BENCHMARK | OCT-DEC 2012 PRELIMINARY DATA* |
|---|---|---|---|
| Prevention Quality Indicators (per 100,000 member years) | | | |
| PQI 01: Diabetes Short-Term Complication Admission Rate | 192.9 | 62.7 | 254.1 |
| PQI 05: Chronic Obstructive Pulmonary Disease Admission Rate | 454.6 | 559.0 | 322.5 |
| PQI 08: Congestive Heart Failure Admission Rate | 336.9 | 380.7 | 248.2 |
| PQI 15: Adult Asthma Admission Rate | 53.4 | 63.4 | 64.5 |
| Ambulatory Care (per 1,000 member months) | | | |
| Outpatient Utilization | 364.2 | 439.0 | 310.5 |
| Emergency Department Utilization | 61.0 | 44.4 | 50.8 |

May 2013

\* Based on encounter data received and processed through 4/12/13. No incurred but not reported (IBNR) claims have been assessed. These data will fluctuate and should be considered preliminary.

\*\* Oregon baseline measures are state-wide values from calendar year (CY) 2011 and are based upon predecessor Managed Care Organization (MCO)s.

\+ Data will be available in the next quarterly report

 

Exhibit 6
Page 32 of 56

# PRELIMINARY FINANCIAL DATA

## Bending the cost curve

The Oregon Health Authority developed a report card or "dashboard" report to track progress made toward lowering costs and improving the quality of health care. The dashboard contains preliminary data on key metrics that are tightly linked to success or failure in executing the transformation strategy. That means this dashboard is a snapshot of the goals or targets set by the organization in its strategic plan.

As a baseline, OHA used data that show the encounters people have had with the health care system, including such things as clinic visits and prescription drug utilization. These data were submitted for calendar year 2011 by plans that covered Medicaid members before CCOs were formed. The intent in future dashboards is to track measures by individual CCOs as well as a statewide total. Financial benchmarks also are being developed as reference points to track the progress made in meeting overarching goals for Oregon.

This preliminary financial dashboard covers data from the fourth quarter of 2012 (Oct. 1 to Dec. 31). It includes data on services provided during that period for which claims have been received and processed through April 26, 2013. At this point, we have no data on services that have been provided but have not yet been recorded or invoiced. As a result, values will be recalculated and reported as additional data become available. Initial data also may be incomplete due to delays in submitting data to OHA. It is presented to begin to show the kind of data that will be reported on a quarterly basis.

This is the first step in collecting and sharing financial data. Future dashboards will be updated when more complete data are submitted. Financial data in future quarterly reports will be more complete and will improve over time. Future reports also will track changes in individual CCO financial expenditures and use of health services.

True health care transformation will come from setting meaningful goals, measuring our progress toward those goals, and holding ourselves accountable to those goals.

Exhibit 6
Page 33 of 56

# PRELIMINARY FINANCIAL DATA
## Quarterly Data

## UTILIZATION DATA

| CATEGORIES | OREGON PRE-CCO BASELINE** | BENCHMARK | OCT-DEC 2012 PRELIMINARY DATA* |
|---|---|---|---|
| UTILIZATION DATA  (ANNUALIZED / 1000 MEMBERS) | | | |
| Inpatient - Medical /Surgical Patient Days | 252.6 | In Development | 218.3 |
| Inpatient - Maternity  Patient Days | 73.8 | In Development | 60.0 |
| Inpatient - Newborn Patient Days | 88.8 | In Development | 66.7 |
| Inpatient - Mental Health Patient Days | 55.7 | In Development | 53.9 |
| Outpatient - Primary Care Medical Visits (Includes Immun/Inject) | 2,800.3 | In Development | 2,927.5 |
| Outpatient - Specialty Care Visits | 3,917.8 | In Development | 3,514.3 |
| Outpatient - Mental Health Visits | 912.6 | In Development | 953.2 |
| Outpatient - Dental Visits (Preventive) | 532.9 | In Development | Data Pending |
| Outpatient - Emergency Department Visits | See emergency department utilization quality data on page 32. | | |
| Outpatient - Pharmacy Prescriptions Filled | 9,297.7 | In Development | 7,947.3 |
| Outpatient - Labs and Radiology (Service Units) | 4,739.3 | In Development | 4,300.0 |
| Outpatient - Freestanding Ambulatory Surgical Center Procedures | 24.6 | In Development | 20.1 |

May 2013

\* Includes claim data received and processed through 4/26/13. At this point, there is no data on services that have happened, but have yet to be recorded or invoiced.
This initial dashboard is also incomplete due to lags in submitting data to OHA.
As a result, this data is very preliminary. The values will be recalculated and reported as additional data are made available.
This is the first step in collecting and sharing data, and future dashboards will be updated when more complete data is submitted.

\*\* Oregon baseline measures are statewide values from CY 2011 and are based upon predecessor managed care organization (MCOs).

 

Exhibit 6
Page 34 of 56

# PRELIMINARY FINANCIAL DATA
## Quarterly Data

## COST DATA

| CATEGORIES | OREGON PRE-CCO BASELINE** | BENCHMARK | OCT-DEC 2012 PRELIMINARY DATA* |
|---|---|---|---|
| | Cost PMPM | Cost PMPM | Cost PMPM |
| Inpatient – Medical / Surgical | $35.64 | In Development | $36.98 |
| Inpatient – Maternity | $7.28 | In Development | $8.12 |
| Inpatient – Newborn | $6.71 | In Development | $6.02 |
| Inpatient – Mental Health | $3.12 | In Development | $3.06 |
| Outpatient – Primary Care | $19.99 | In Development | $20.61 |
| Outpatient – Specialty Care | $24.88 | In Development | $22.14 |
| Outpatient – Mental Health | $18.86 | In Development | $17.65 |
| Outpatient – Dental | $9.52 | In Development | Data Pending |
| Outpatient – Emergency Department | $8.73 | In Development | $6.60 |
| Outpatient – Pharmacy Prescriptions | $30.80 | In Development | $27.91 |
| Outpatient – Labs and Radiology | $19.25 | In Development | $16.44 |
| Outpatient – Freestanding Ambulatory Surgical Center Procedures | $1.52 | In Development | $1.44 |
| Outpatient – Health Related Services | $0.00 | In Development | $0.00 |
| Outpatient – Other Hospital Services | $32.24 | In Development | $26.80 |

May 2013

PMPM-*Per Member Per Month*

\* Includes claim data received and processed through 4/26/13. At this point, there is no data on services that have happened, but have yet to be recorded or invoiced.
This initial dashboard is also incomplete due to lags in submitting data to OHA.
As a result, this data is very preliminary. The values will be recalculated and reported as additional data are made available.
This is the first step in collecting and sharing data, and future dashboards will be updated when more complete data is submitted.

\*\* Oregon baseline measures are statewide values from CY 2011 and are based upon predecessor managed care organization (MCOs).



Oregon Health System Transformation    35    May 2013

Exhibit 6
Page 35 of 56

Exhibit 6
Page 36 of 56

# OTHER KEY PROGRESS INDICATORS
## Support for CCOs

## OHA's new Health System Transformation Center

The Oregon Health Authority is working to establish the Oregon Health System Transformation Center using funds from the Centers for Medicare and Medicaid Innovation's state innovation model (SIM) grant awarded to Oregon April 1 of this year. Oregon was one of six states to receive the grant to test innovative approaches to improving health care and lowering costs across health care systems including Medicaid, Medicare, and the private sector.

The transformation center will help coordinated care organizations achieve the ultimate goals of better health, better care and lower costs for Oregonians and help extend the coordinated care model to other payers. The center will support CCOs, and the adoption of the coordinated care model throughout the health care system, by providing technical assistance and opportunities for peer-to-peer sharing of best practices among CCOs and other health plans and payers.

Innovator agents are the first component of the transformation center to be put into place. Innovator agents are required by statute to be resources for CCOs, and as such, will help CCOs and OHA work together to achieve transformation goals.

Each CCO is assigned an Innovator Agent to serve as a single point of contact between the CCO and OHA. The innovator agent provides data-driven feedback to the CCO on a monthly basis and assists CCO providers and community advisory councils develop strategies to support quality improvement, adopt innovations in care, and measure health outcomes.

Peer-to-peer learning opportunities are another critical component of the transformation center. The center will establish and coordinate a learning collaborative structure through which CCOs and other plans and payers can learn from recognized experts and each other.

The center also will develop a Council of Clinical Innovators who, along with the medical directors of each CCO and other health plans, will serve as advisors and champions for key innovations in the delivery and coordination of care. The council will build upon the strong partnerships created with Oregon's physician, specialty and other provider associations during the development of the coordinated care model.

Working with innovator agents and community partners, the transformation center will develop multiple strategies for effective community and stakeholder engagement around health system transformation and the implementation of the coordinated care model. These strategies will include conferences and workshops, materials (such as research, policy and practice guides), and communication and outreach to support the coordinated care model.

Exhibit 6
Page 37 of 56

# OTHER KEY PROGRESS INDICATORS
## Delivery System Update

## Non-traditional health workers

### Background

Oregon's health system transformation and the federal Affordable Care Act have emphasized the essential role of non-traditional health workers in promoting health and delivering care. While many titles have been applied to these workers, state legislation has named community health workers, peer wellness specialists, personal health navigators and doulas as important members of health care teams, with distinct roles in supporting the Oregon Health Authority.

### Non-traditional health workers in Oregon

Between January and April of this year, the Oregon Health Authority worked with the Oregon Employment Department to estimate the number of non-traditional health workers (NTHWs) employed statewide. Through a recent survey, it is estimated there are nearly 500 employed in this field, primarily in local health clinics, community-based health clinics and tribal clinics. Additionally, survey results indicated there are approximately 200 volunteer non-traditional health workers. Although there are workers in this field statewide, Portland metro and Willamette Valley organizations employ the majority, with nearly 75 percent of the total. These figures help the state better understand the potential need for, and availability of, non-traditional health workers, as well as provide a basis of evidence for training programs pursuing state approval.

### NTHW certification

Last fall, the Oregon Health Authority convened a stakeholder committee. The committee developed temporary administrative rules governing certification and registry enrollment pathways for non-traditional health workers.

In order for these services to qualify for funding through the Oregon Health Plan (Medicaid), non-traditional health workers must be certified and registered by OHA after successful completion of an approved training program. With the exception of doulas, non-traditional health workers seeking certification must complete 80-plus hours of training through an approved training program and meet required competencies.

Doulas also can be certified through successful completion of an approved training program, or, if they are already certified by a nationally recognized organization, they must complete six additional hours of approved cultural competency training to be certified in Oregon.

### Provisional certification and grandfathering

Individuals who have completed, or are in the middle of completing, a training program prior to the filing of these rules will qualify for a one-year temporary certification, during which time they must fulfill the requirements to attain full certification. Additionally, individuals who already have 3,000 hours of employment or volunteer experience as non-traditional health workers can be certified with fewer hours of training to fill any competency gaps.

### NTHW registry

Upon certification, non-traditional health workers will be entered into a central registry maintained by OHA.

Exhibit 6
Page 38 of 56

# OTHER KEY PROGRESS INDICATORS
## Delivery System Update

### Next steps

The Oregon Health Authority has developed and is testing certification and training approval applications for user-friendliness and objectivity. We anticipate that we will begin certifying non-traditional health workers by June 2013.

OHA will hold a webinar for coordinated care organizations regarding the use of non-traditional health workers and payments.

In the meantime, the NTHW Steering Committee will begin a permanent rulemaking process. The committee will establish rules for continuing education, age requirements, certification maintenance, and training program renewal.

Oregon Health System Transformation    39    May 2013

Exhibit 6
Page 39 of 56

# OTHER KEY PROGRESS INDICATORS
## Delivery System Update

## Patient-Centered Primary Care Home Program

### The Patient-Centered Primary Care Home Program is part of Oregon's efforts to fulfill a vision of better health, better care and lower costs for all Oregonians.

The Oregon Legislature established the Patient-Centered Primary Care Home Program (PCPCH) in 2009 through passage of House Bill 2009. The program sets the standards for care, identifies primary care homes and promotes their development, and encourages Oregonians to seek care through recognized primary care homes.

### Primary care homes and coordinated care organizations

Primary care homes are at the heart of Oregon's health system transformation efforts. To the extent possible, coordinated care organizations (CCOs) are required to include recognized primary care homes in their networks of care. Expanding the availability of primary care homes will provide better access to quality care and strengthen the primary care networks within CCOs. More than 300,000 (about 60 percent) of CCO members currently receive care at a primary care home. This number is expected to grow over time.

### The core attributes of primary care homes

Key standards for primary care home recognition:

- Accessible: Care is available when patients need it.
- Accountable: Clinics take responsibility for the population and community they serve and provide high-quality, evidence-based care.
- Comprehensive: Patients get the care, information and services they need to stay healthy.
- Continuous: Providers know their patients and work with them to improve their health over time.
- Coordinated: Care is integrated and clinics help patients navigate the health care system to get the care they need in a safe and timely way.
- Patient- and family-centered: Individuals and families are the most important part of a patient's health care. Care should draw on a patient's strengths to set goals and communication should be culturally competent and understandable for all.

### Access to primary care homes

With more than 360 recognized clinics across the state, many Oregonians now receive care in a primary care home. The program is currently reaching out to and developing resources to assist other clinics around Oregon that could be eligible for recognition.

Exhibit 6
Page 40 of 56

# OTHER KEY PROGRESS INDICATORS
## Delivery System Update

### Various types of clinics are recognized as primary care homes:

- Family practices
- Pediatric clinics
- School-based health centers
- Internal medicine clinics
- Solo providers
- Community mental health centers
- Rural health centers
- Women's health clinics
- Federally qualified health centers
- Tribal medical clinics

All major cities and many rural communities in Oregon already have recognized primary care homes. Right now, the program is focusing on helping more clinics in Eastern Oregon gain recognition.

### What patients say about the care they receive at recognized primary care homes

- "The team working with my doctor knows about me. This saves me a lot of time." - Bryant Campbell, Portland

- "I am not just looked at for my physical health but they see me as a whole person." – Amy Morris, Salem

- "They explain things to me. They give me the skills to improve my health." – Michelle Lee, Medford

- "They give me all the information and care we need. It's a team approach," - Jamie Belleque, Eugene

### Patient-Centered Primary Care institute and learning collaborative

The Patient-Centered Primary Care institute, launched in fall 2012, connects primary care clinics to a broad array of technical assistance and resources to help them adopt the patient-centered model of care. The Institute selected 25 practices from across Oregon to participate in its first Learning Collaborative. The Learning Collaborative will incorporate multiple learning methods to maximize opportunities for the selected practices to learn from each other and from technical experts in topic areas aligned with PCPCH program standards. The Institute also is developing a comprehensive website of resources, hosting monthly webinars on core quality improvement topics, and conducting a train-the-trainer program for quality improvement professionals.  Please visit www.pcpci.org for more information.

The Patient-Centered Primary Care Institute is a public-private partnership with the Oregon Health Authority, Oregon Health Care Quality Corporation, and the Northwest Health Foundation.

### Incentives for recognized clinics

Oregon is working toward a system that rewards high-quality, efficient care that results in better health outcomes. Aligning payments to promote quality, instead of basing them on a fee-for-service model, will help primary care homes focus on what's really important — health. The program is working with both public and private health plans to align payment methods to support the patient-centered model of care.

### Information and resources

Please visit www.PrimaryCareHome.oregon.gov to learn more. You can watch a video about patient-centered care, and view a map of the primary care homes in your area.

Exhibit 6
Page 41 of 56

Exhibit 6
Page 42 of 56

# PROMISING PRACTICES

## AllCare Health Plan
### *Case management of patients prevents costly emergency room visits*

At AllCare, teams are working closely with about 500 patients a month who frequently use local hospital emergency departments. The coordinated care organization is already seeing a downward trend in emergency visits from this group of patients.

One woman had been to the ED four times in one month. They learned she was having housing problems, law enforcement issues, was often homeless, and had uncontrolled diabetes, high blood pressure, pain, and severe mental health issues.

First they connected her to primary care, then they found her supported housing. While she was an AllCare client, she stayed out of the emergency room and her physical and mental health conditions improved.

"The community wrapped around her," said Richard Lewis, a clinical social worker who worked with her. "It's so simple."



AllCare Health Plan, a coordinated care organization serving people in Curry, Josephine, Jackson and parts of Douglas counties

### *The community really wrapped around her. It's so simple really."*
Richard Lewis, social worker with the AllCare Health Plan

## Columbia Pacific Coordinated Care Organization
### *Integrated care improves patients' health*

Part of Columbia Pacific CCO, the Tillamook County Health Department takes a three-pronged approach to health, combining public health, physical health, and now behavioral health services in their local health clinics.

This January, the Health Department collaborated with Tillamook Family Counseling Center to hire a behavioral health consultant and embed her in the county's clinics. The consultant now sees up to five patients each day, and expects to see as many as eight per day in the coming months.

Recently, the clinic saw a young child with a serious health problem that pointed toward an issue with the parent. A pediatric nurse practitioner introduced the family to the behavioral consultant, who found that the parent was overwhelmed with multiple psychosocial stresses. With support, the parent was able to get the child's health back on track.



Physician assistant Marty Caudle says integrating mental health into primary care is, "A huge benefit to us as providers, to the clinic as a whole, and to comprehensive care for all of our patients on the Oregon Health Plan."

Exhibit 6
Page 43 of 56

# PROMISING PRACTICES

## Eastern Oregon Coordinated Care Organization

### Teams work to help patients prevent additional hospitalizations

Eastern Oregon Coordinated Care Organization is working to help patients – particularly those who come to the emergency department frequently – avoid unnecessary hospital readmissions.

Teams confer with mental, physical and other health service providers to create a plan with the patient.

This coordination wasn't possible in the past, says Toni Olin, R.N., C.C.M., ODS Medical Management manager.

"We might have made suggestions about what a patient needed after being discharged, but we couldn't put all the services in place without all the partners and providers in the CCO," says Olin. "This is exactly how health care is supposed to work."

## FamilyCare Inc.

### Focus on primary care means more focus on patients

Improved access to primary care is one of the focuses of the coordinated care model. To that end, FamilyCare has increased the rates it is paying to primary care providers from $50 to $75 per visit. The goal is to encourage more primary care and allow provider clinics to focus more on patients.

Investing money now in primary care will save money in the long term, according to FamilyCare. Chronic diseases such as diabetes, severe mental illness, and other conditions are better treated in a primary care setting to avoid more acute care down the road.

## Health Share of Oregon

### Hospital-to-home transition program creates bridge for better health

The Care Transitions Innovation, or C-TraIn, program at OHSU helps patients manage after hospital discharge.



Luis Ubiles' blood pressure was life-threateningly high when he was rushed to Oregon Health & Science University. He had lost his job and his health insurance, and couldn't afford his blood pressure medications. C-TraIn connected him with Old Town Clinic in Portland, which gave him 30 days of medication then connected him to free prescriptions. A team nurse visited him in the hospital and then at home.

Key members of the Care Transitions Innovations (C-TraIn) team have included, from left, Devan Kansagara, M.D., M.C.R; Stephanie Peña, R.N.; Jackie Sharpe, PharmD; Char Riley; Nic Granum; Honora Englander, M.D.; and LeAnn Michaels.

"The care I've had has been fantastic. I don't ever want to have any more close calls," he said.



### We create a bridge from hospital to home,"

Honora Englander, M.D.

Exhibit 6
Page 44 of 56

# PROMISING PRACTICES

## InterCommunity Health Network
### *Keeping patients from returning to the hospital*

Within 48 hours after discharge, a Hospital-to-Home Program transition coach visits high-risk patients in their homes. The goal is to ensure they get the care they need and avoid hospital readmission.

Barbara Nay, R.N., makes sure patients receive follow-up care and other needed services. She also coaches on how to recognize when a 911 call is necessary and when it isn't.

Nationally, readmission rates are 17- 22 percent for patients with chronic diseases. Early estimates show that the readmission rate for the 37 patients in the program since January is below 10 percent.



Debbie Wilmot, left and Barbara Nay, right, are transitions coaches in the Hospital-to-Home program in the InterCommunity Health Network Coordinated Care Organization.

## Jackson Care Connect
### *Patient-centered care helps patients heal mentally and physically*

More than 40 percent of Jackson Care Connect's members have patient-centered primary care homes. This type of care is exactly what its name implies: it is focused on providing the patient with a wrap-around of services.



J and his mother, Shawna Shoffner

One example is Shawna Shoffner, who was suffering from depression and severe post-traumatic stress disorder (PTSD) after the death of her son, Van, who was killed in a car accident when he was 19. She found help at a patient-centered primary care home, La Clinica. The health care team helped her find grief counseling, group therapy and a pain management group.

Without this type of patient-centered care, Shoffner and many other patients would not be recovering their mental and physical health.

Exhibit 6
Page 45 of 56

# PROMISING PRACTICES

## PacificSource Community Solutions, Central Oregon Region

*Combining mental and physical health care in Deschutes County is saving lives*

People with serious mental illness die an average of 25 years earlier than others, largely due to treatable medical conditions. This is a stark reality that tugged at Deschutes County mental health care providers. As part of the PacificSource Community Solutions CCO, Deschutes County Health Services and Mosaic Medical have begun offering mental and physical health care at one location in Bend at Health Services Annex, which opened last year.



Travis Sammon, supervisor of Deschutes County's Assertive Community Treatment and Patricia von Riedl, peer support specialist, Deschutes Behavioral Health

The outcome of this combined care is already beginning to show. The county previously averaged one death per month of a person with severe mental health issues. There has been only one such death in the past 14 months.

*Now patients are getting what they need at the Health Services Annex"*

Travis Sammon

## PacificSource Community Solutions Coordinated Care Organization, Columbia Gorge Region

*New collaborations bring new information to help patients*

PacificSource Community Solutions has determined that in the Columbia Gorge, about 3 percent of members are driving about 40 percent of costs. These are high-risk patients with multiple or severe chronic conditions, often with overlapping behavioral health needs. The costs range from $50,000 to $500,000 per patient per year.

The CCO is also comparing geographic data in the counties it serves to determine patterns of patients using multiple emergency departments.

Before forming a CCO, this type of data analysis and use of medical services was not possible.

"We never knew this type of information. It's exciting to know we can combine of our individual efforts as a community and come up with answers and solutions," says Kristen Dillon, M.D., a family practice physician who serves on the CCO board.



"It's exciting to know we can combine of our individual efforts as a community and come up with answers and solutions," says Kristen Dillon, M.D. a family practice physician who serves on the CCO board.

Exhibit 6
Page 46 of 56

# PROMISING PRACTICES

## PrimaryHealth of Josephine County
### *Collaboration pays off for better patient care*

PrimaryHealth of Josephine County created a Community Learning Collaborative to promote better communication for improved patient care. This group includes physical, behavioral, primary care, and women's health care providers.

"It is in everyone's interest to collaborate — especially the patients'," said Jessica Norton, R.N., primary care home coordinator for Grants Pass Clinic.

The collaborative has worked especially hard to ensure safe and secure sharing of electronic medical records, to eliminate redundant and unnecessary testing, and better coordinate care. Strides also have been made to get hospital discharge information to the patient's primary care provider within 48 hours.

## Trillium Community Health Plan
### *Investment in tobacco cessation and prevention lowers cost, saves lives*

When a community health assessment revealed that nearly 40 percent of pregnant women in the Lane County CCO's population use tobacco, Trillium Community Health Plan developed an innovative program to help them quit.

Trillium Community Health is investing $180,000 to train health screeners and tobacco cessation counselors who will enroll pregnant women in an incentive program that rewards former tobacco users who test nicotine-free during and after their pregnancies. The investment will be more than offset, the CCO says, in saved costs and improved infant, child and parent health over the coming years.

Trillium Community Health has committed to investing $800,000 annually in prevention efforts targeting tobacco use, obesity, depression and immunization.



Kevin Molteni, M.D., is part of the care team of the Community Learning Collaborative at the Grants Pass Clinic.

Exhibit 6
Page 47 of 56

# PROMISING PRACTICES

## Umpqua Health Alliance

### Comprehensive services for highest-need members

Umpqua Health Alliance coordinated care organization is bringing physical, mental and oral care together under a single roof at the Umpqua Community Health Center in Roseburg. The expanded care clinic will serve the county's highest-need Oregon Health Plan members.

The CCO looked at pharmacy, emergency room and claims data to identify up to 100 members who could benefit the most from the expanded care model. Most of those people had multiple chronic illnesses that included undertreated oral health and mental health issues. The clinic will track 17 indicators of each of these members' health every month and make quarterly reports to the CCO board.



PHOTO: Umpqua Expanded Care Clinic staff, clockwise from top left: Bill Duhon L.C.S.W., Shawna Quaintance, M.A., Melissa Reppenhagen, R.N., Christi Parazoo, chief operations officer, Jennifer Micek, M.D., Darby Baker, receptionist

## Western Oregon Advanced Health

### Foster kids get the physical and mental health help they need — and quickly

The Foster Education and Resources, or FEARsome clinic was created specifically for foster children.



FEARsome Clinic staff: Dr. Carla McKelvey, pediatrician, Judy Sanders, mental health therapist, Cathy Houston, medical assistant and in the back, Dane Smith, M.D., oral surgeon.

"It is called FEARsome because we believe our foster parents are fearsome in their advocacy for their foster children. It's also called FEARsome because foster children need to learn how to be fearsome by gaining in self-esteem and self-confidence. We want kids to be strong and ready to face the world," says Carla McKelvey, M.D., pediatrician at North Bend Medical Center in Coos Bay.

The clinic provides a one-stop shop for foster children to receive the state-required health checkups, which includes mental health and developmental assessments and physical and dental health screenings. These must be done within 30 days of placement. This makes it easier for foster parents and helps children get off to a better start.

*"We want kids to be strong and ready to face the world,"*
Carla McKelvey,

Exhibit 6
Page 48 of 56

# PROMISING PRACTICES

## Willamette Valley Community Health
### *Changing how patients use emergency departments*

Willamette Valley Community Health is looking for ways to help 15 to 20 patients with chronic illness who are the highest users of the emergency department.

The CCO started using interdisciplinary teams that include the patient, a psychiatrist, a nurse case manager, the patient's medical provider, and a non-traditional health worker.

Since the non-traditional health worker program began late last year emergency department use by this group of patients has declined by 50-60 percent. The non-traditional health worker goes to patients' medical appointments, advocates for them and assists with navigating the health care system — whatever is needed to achieve better health. The CCO is now hiring two more workers.

## Yamhill County Care Organization
### *Yamhill CCO leverages local innovation*

When a primary care provider refers a patient to a behavioral health professional at another location, many patients fail to follow through with care. The rate of follow-through improves dramatically when physical health care providers can refer patients to behavioral health care providers within the same clinic.

This year, with a grant from the Yamhill CCO, the graduate department of clinical psychology at nearby George Fox University will train and place behavioral health consultants in six primary care clinics across Yamhill County. Training includes lessons in adapting to primary care environments and workflow.

The program is one of four initiatives funded through the Yamhill CCO's "Invest Forward" grant program.



From left: Nicolette Venegas, non-traditional health worker; Kim Schmaltz, nurse case manager, Veronica Sheffield, nurse case manager director.

Exhibit 6
Page 49 of 56

# APPENDIX
## Coordinated Care Organization Service Areas

| CCO Name | Service Area by County |
|---|---|
| AllCare Health Plan | Curry, Josephine, Jackson, Douglas (partial) |
| Cascade Health Alliance | Klamath County (partial) |
| Columbia Pacific Coordinated Care Organization | Clatsop, Columbia, Coos (partial), Douglas (partial), Tillamook |
| Eastern Oregon Coordinated Care Organization | Baker, Gilliam, Grant, Harney, Lake, Malheur, Morrow, Sherman, Umatilla, Union Wallowa Wheeler |
| FamilyCare | Clackamas, Marion (partial), Multnomah, Washington |
| Health Share of Oregon | Clackamas, Multnomah, Washington |
| Intercommunity Health Network CCO | Benton, Lincoln, Linn |
| Jackson Care Connect | Jackson |
| PacificSource Community Solutions (Central Oregon Region) | Crook, Deschutes, Jefferson, Klamath (partial) |
| PacificSource Community Solutions (Columbia Gorge Region) | Hood River, Wasco |
| PrimaryHealth of Josephine County | Douglas (partial), Jackson (partial), Josephine |
| Trillium Community Health Plan | Lane |
| Umpqua Health Alliance | Douglas (most) |
| Western Oregon Advanced Health | Coos, Curry |
| Willamette Valley Community Health | Marion, Polk (most) |
| Yamhill County CCO | Clackamas (partial), Marion (partial), Polk (partial), Yamhill |

 

Exhibit 6
Page 50 of 56



Exhibit 6
Page 51 of 56

# APPENDIX
## Timeline: CCO Incentive Measures and Quality Pool Year 1



OHA released draft baseline data and specifications for 11 CCO Incentive Measures.

OHA releases specifications and baseline data (where possible) for remaining CCO Incentive Measures.

OHA releases final baseline data and specifications for all 17 CCO Incentive Measures.

| March 2013 | April | May | June | July |
|---|---|---|---|---|
| CMS quarterly report due. | 4/5/13 – Metrics & Scoring Committee meets.<br><br>OHA convenes technical advisory group to address specifications for 6 remaining CCO Incentive Measures | OHA releases Quarterly Dashboard – shows financial data and quality metrics over time. | CMS quarterly report due.<br><br>6/7/13 – Metrics & Scoring Committee meets. | |

OHA begins to release specifications and baseline data for State Performance Measures

March 8 – April 8
CCOs have 30 days to review draft baseline and specs and provide feedback to OHA.

May 10 – June 7
CCOs have 30 days to review draft baseline and specs and provide feedback to OHA.

OHA begins work on subpopulation analysis for measures (e.g., race/ethnicity, language, disability)

Exhibit 6
Page 52 of 56

# APPENDIX

## Timeline: CCO Incentive Measures and Quality Pool Year 1

| August 2013 | September | October | November | December |
|---|---|---|---|---|
| OHA Quarterly Dashboard released. | CMS quarterly report due. | | OHA Quarterly Dashboard released. | CMS quarterly report due. |

OHA continues work on subpopulation analysis for measures. Releases analysis for CY 2011 baseline.

January 2013 – December 2013: CCO Incentive Measurement Year 1

OHA releases CY 2013 results for 17 CCO Incentive Measures.

Quality Pool funding is disbursed.

| January 2014 | February | March | April | May | June |
|---|---|---|---|---|---|
| | OHA Quarterly Dashboard released. | CMS quarterly report due. | | OHA Quarterly Dashboard released. | CMS quarterly report due. |

Critical period for CY 2013 claims submission. If claims are not submitted by March, OHA cannot include them in analysis to meet the June deadline.

OHA analyzes CY 2013 data for CCO Incentive Measurement Year 1.

Oregon Health System Transformation **53** May 2013

Exhibit 6
Page 53 of 56

# APPENDIX
## OHA Contacts and Online Information

**For questions about performance metrics, contact:**

Lori Coyner

Director of Accountability and Quality

Oregon Health Authority

Email: lori.a.coyner@state.or.us

**For questions about financial metrics, contact:**

Jeff Fritsche

Finance Director

Oregon Health Authority

Email: Jeffrey.P.Fritsche@state.or.us

**For more information about baseline data and technical specifications for measures, visit:**

http://www.oregon.gov/oha/Pages/CCO-Baseline-Data.aspx

**For more information about coordinated care organizations, visit:**

www.health.oregon.gov

Exhibit 6
Page 54 of 56

Exhibit 6
Page 55 of 56



This document can be provided upon request in an alternate format for individuals with disabilities or in a language other than English for people with limited English skills. To request this publication in another format or language, contact the Publications and Design Section at 503-378-3486, 711 for TTY, or email dhs-oha.publicationrequest@state.or.us.

OHA 8115 (05.13)

Exhibit 6
Page 56 of 56