| From: | DARBY Bethanne |
|---|---|
| To: | Flow Doug; Tayo Akins; haleym@careoregon.org; Richardson, Robin; jeffh@familycareinc.org; Janet L. Meyer; Kelley Kaiser; Jennifer Lind (lindj@careoregon.org); kprovencher; Roylene Dalke (roylene@ohms1.com); tcoplin@trilliumchp.com; Mitch Hall; Greenhill Phil; Bill Guest; Halloran-Steiner Silas; sean.jessup@modahealth.com; clements@careoregon.org; Stevens Dan |
| CC: | VANDEHEY Jeremy * GOV; COYNER LORI A; Saxton Lynne |
| Sent: | 12/29/2015 3:30:11 PM |
| Subject: | CMS approval of 2015 CCO Capitation Rates |
| Attachments: | 2015-OR-.pdf; Letter regarding OR CCO CY 15 Actuarially Sound Rates 12 28 2015.pdf; 2015 OR CCO Contract Amendments Corrected Approval Letter 12 29 15 SIGN....pdf |

*On behalf of Lynne Saxton, OHA Director*

Dear CCO Partners,

I am writing to you today to share the note below from Oregon's Medicaid Director Lori Coyner to the OHA Rates Workgroup.  Thank you for your partnership!

*Lynne Saxton*
*OHA Director*

*********************************

Subject: CMS approval of 2015 CCO Capitation Rates

Dear Rates Workgroup,

Please find attached the following communications from CMS related to the Coordinated Care Organizations' calendar year 2015 capitation rates submitted in an actuarial certification dated August 28, 2015. CMS has determined these rates to be actuarially sound pursuant to 42 CFR 438.6(c).   Additionally, one of the attachments includes a signed approval letter that clarifies the calendar year 2015 CCO contract amendments that CMS has reviewed and approved as well as an earlier letter dated December 24, 2015.

I want to thank all of you for your commitment to the process to develop actuarially sound rates that set the basis for health system transformation in Oregon moving forward. All totaled we met on more than 100 occasions to create a coordinated and transparent process for rate setting that will set the tone for our partnership. I appreciate your diligence, patience and cooperation across the last 9 months and look forward to continued work in the future.  Please contact me with any questions.

Have a happy new year,
Lori

Lori Coyner, MA
State Medicaid Director
Oregon Health Authority
421 SW Oak Street, Suite 875
Portland, OR 97204
503.569.3160

*****************************************

BethAnne Darby
*External Relations Director*

OHA_LIT_01235462
OHA_LIT_01235462

Exhibit 7
Page 1 of 2

Work Cell:  503-798-7100
BethAnne.Darby@state.or.us



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

OHA_LIT_01235463
OHA_LIT_01235462
Exhibit 7
Page 2 of 2