| | |
|---|---|
| **From:** | Saxton Lynne |
| **To:** | Busek Rhonda J |
| **CC:** | Darby Bethanne; Austin Bruce W; Chauhan Varsha; Coyner Lori A; Rickards Jim MD; Clement Leslie M; Souza Theresa |
| **Sent:** | 1/4/2016 8:26:37 PM |
| **Subject:** | Re: Dental benefits//dentures issue |
| **Attachments:** | image001.jpg; image001.jpg |

Hi all. In our talking points and our plans with CCOs, I have two operational objectives:

1. Establish and maintain a productive, accountable business relationship producing results for Oregon's 1.1 million Medicaid recipients.

We have five year contracts with these organizations to provide medicaid services to Oregon's most vulnerable citizens while accomplishing health system transformation. In order to achieve this challenging yet laudable goal, we need to improve our business processes and proactive management of CCO performance to contract. Consistent with this objective, we need to stop being defensive and reactive. We need to own our mistakes and set clear timelines for correction. Further, we need to hold CCOs accountable for their responsibilities. I do not know AllCare's performance on dental issues however I would encourage you all to look at their performance to the metrics. There is room for improvement. This is not cited as a criticism but rather as we need to resist any efforts to drive the conversation solely on one performance indicator.

2. Provide CCOs with clarity as to processes, timelines, deliverables and expectations. (see 1. above)
We are not currently doing this to the degree we all envision. Varsha has been in her role for 60 days, three weeks of which were prior approved leave. She is currently working on her 2016 work plan, consistent with the leadership retreat goals following our first convening in December. This work plan will be the 'go forward' plan for OHA efforts; to the extent legislative changes are made, they will be incorporated in the work plan and it is my expectation Varsha will communicate these adjustments on an regular basis to our CCO partners.

Rhonda, please work with your team and Bruce to rewrite this document, and the talking points, consistent with our two objectives. Let's be clear about what we got right, what we didn't have access to and what we are correcting. Accuracy and transparency is best practice and, incidentally, disarming. Further, we need to be clear that AllCare has some opportunity for improvement as well (again see metrics).

Theresa, my emails to Jim Rickards always bounce back, so let's be sure this gets to him.

Thank you all for working on this tight timeline; let's ensure Jeremy and the Governor are well prepared for this visit. I look forward to the revised draft.

Sent from my iPad

On Jan 4, 2016, at 8:01 PM, Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us> wrote:

Hi- hope you are well! I had an opportunity to visit with Bethanne tonight and came to the following conclusions:

- We have a short turn-around time for talking points for implementation of the expanded dental benefit that Jeremy and the Governor can use for their meeting on Friday. With tight schedules, we will need to begin work Tuesday morning to have talking points by COB on Tuesday.
- We need a high-level explanation of considerations for implementation of any new benefit. Some of these considerations could apply to the implementation of the expanded dental benefit.

With these two conclusions, please find the attached document with the intent to address two things:

OHA_LIT_00004801
OHA_LIT_00004801
Exhibit 8
Page 1 of 3

1. In the short term, what talking points can we provide to Jeremy and the Governor that would answer questions they might receive on Friday related to the delayed implementation of the expanded dental benefits? The first part of this document specifically provides a starting point for information in relation to the questions Bethanne has received.
2. What considerations must be made when any new benefit is implemented? The second part of this document includes a preliminary outline of considerations that I immediately thought of and most certainly could be expanded in talking with other staff. Several of these considerations (specifically rates and provider network) were considered with the new dental benefits. The complete list would be considered with the implementation of any new benefit.

Recognizing the shortness of time, I am hopeful this information can be the beginning of developing the talking points for the Governor's office in the short-term and the creation of a one-pager for a longer term communication to CCOs related to implementation of any new benefit  I will be sharing this document with other staff for additional input.

Please let me know your thoughts and if you have any questions.

Thanks!

Rhonda


Rhonda Busek, BS  MBA
Provider Services Director
Health Systems
Rhonda.J.Busek@state.or.us
Desk:  503-945-6552

<image001.jpg>


CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** Saxton Lynne
**Sent:** Monday, January 04, 2016 4:12 PM
**To:** Darby Bethanne <BETHANNE.DARBY@dhsoha.state.or.us>
**Cc:** Austin Bruce W <BRUCE.W.AUSTIN@dhsoha.state.or.us>; Busek Rhonda J <RHONDA.J.BUSEK@dhsoha.state.or.us>; Chauhan Varsha <VARSHA.CHAUHAN@dhsoha.state.or.us>; Coyner Lori A <LORI.A.COYNER@dhsoha.state.or.us>
**Subject:** Re: Dental benefits//dentures issue

Great and team please correct any of the GR folks statements/assumptions as needed. Thanks!

Sent from my iPhone

On Jan 4, 2016, at 3:51 PM, Darby Bethanne <BETHANNE.DARBY@dhsoha.state.or.us> wrote:

I am leaving JEremy me off of this string, but wanted to share what has come up in my meetings about this-

My perception from my conversations with Josh and the other GR stakeholders is that there is a lack of understanding - real or intentional- about the process required and time-lines for revising rates once the legislature makes a decision about an addition.  The questions/issues that have come up for me have included:

OHA_LIT_00004802
OHA_LIT_00004801
Exhibit 8
Page 2 of 3

1) OHA new about this benefit in time for the 2016 rates- why is it necessary for all of the one-offs, and why couldn't it have happened in January?

2) If there is agreement from the DCO's that allows the time-lines to be accelerated, why can't OHA accommodate that to make this particular benefit sooner?  E.g. If all DCO/CCO's signed off on day one- wouldn't OHA be able to move forward immediately rather than waiting out the complete clock?

3). CCO's have agreed to this benefit (says the DCOs)

4) ACA allows 100% match for the year 2016- waiting until July loses 6 mos of that benefit.

Rhonda and I have discussed the need for:

1) A general one pager about the process time-lines for incorporating a new benefit- that we can use to educate legislators / Legis staff and others when this issue comes up again

2) A specific one pager for the dental benefit

Let me know how I can help!

BethAnne Darby
External Relations Director
OHA Cell: (503)798-7100
Sent from my iPad

On Jan 4, 2016, at 3:26 PM, Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us> wrote:

Certainly. Rhonda, please work with Bruce to prepare a summary and the timeline for decision. The issue was the incorporation of the benefits in the rate structure.  Rhonda, please note timeline below. I would like to review bullets prior to transmittal to Jeremy. Thank you.

**From:** VANDEHEY Jeremy * GOV [mailto:Jeremy.VANDEHEY@oregon.gov]
**Sent:** Monday, January 04, 2016 3:01 PM
**To:** Saxton Lynne <LYNNE.SAXTON@dhsoha.state.or.us>
**Subject:** Dental benefits//dentures issue

Hi Lynne,

Happy New Year! Hope you had great birthday and holiday. Wanted to give you a heads up that the Governor will be visiting All Care this Friday. It was a trip she had actually planned before I started but it got moved up to January after UCC. I'll be staffing it and will let you know if there's anything we need to follow up on before our visit with them later this month. However, Josh gave me a heads up that the one thing that might come up is the status of resolving the issue with the dental benefits that were added in the 2015 session. Could someone write up a few bullet points on the background and status of the issue in case it comes up? I'll need it before the end of the day tomorrow.

Thanks!

Jeremy
<Expanded benefit considerations and preliminary responses for talking points.docx>

OHA_LIT_00004803
OHA_LIT_00004801
Exhibit 8
Page 3 of 3