Oregon Capitation Rates - CMS Resolution Letter Response
**Action Plan - January 15, 2014**

# OREGON CAPITATION RATE DEVELOPMENT ACTION PLAN

The Oregon Health Authority (OHA) has prepared the following Action Plan, which details OHA's methodology and process to comply with the CMS requirements set forth in the Oregon 2014 Rates – CMS Resolution Letter dated 8/7/2014. It is OHA's intent to address the issues outlined in the CMS resolution letter and, through cooperation with CMS and the Office of the Actuary, develop a rate setting methodology that will address the concerns expressed regarding the Oregon Medicaid rate setting process.

Oregon submitted the capitation report for 2015 rate ranges in December 2014 and it is attached as an appendix to this document. Principles outlined in this plan were put into action during the development of 2015 capitation rate ranges and are demonstrated in the 2015 capitation rate range report.

The Action Plan that follows includes steps that OHA has made to comply and meet the expectations and requirements of CMS. However, OHA's goals of continuing to transform health care require more discussions with CMS around how to develop rates with a fixed and predictable rate of growth over a defined period of time, and the increased use of alternative payment methodologies and flexible services in Oregon. Oregon's health system transformation encourages paying for performance and alternative care structures, and was initiated by the approval of Oregon's 1115 Medicaid Demonstration waiver on July 5, 2012. OHA looks forward to continuing these conversations with CMS regarding both rate setting and policy surrounding health care transformation moving forward in 2016.

The Action Plan is structured to both address CMS's concerns and also describe governance, rate setting decisions, and timelines. The plan takes into account the recent consultation guide released by CMS related to 2015 Managed Care Rate Setting and also the input received regarding the initial Oregon framework submitted on September 11, 2014.

The following key principles were used to guide the development of the Action Plan:

1.  Adjust the rate setting methodology to use rate ranges to achieve actuarially sound rates, while following CMS guidelines and applicable Actuarial Standards of Practices (ASOPs) that meet regulation and review standards of CMS and the Office of the Actuary

2.  Improve consistency and validation of submitted encounter data

3.  Support Oregon's Medicaid transformation effort

1

OHA_LIT_00346730
OHA_LIT_00346730
Exhibit 9
Page 1 of 6

Oregon Capitation Rates - CMS Resolution Letter Response
**Action Plan - January 15, 2014**

In addition to these principles, OHA has partnered with two important stakeholder groups to execute this Action Plan effectively. They are:

> **Coordinated Care Organizations (CCOs)**: OHA has a strong partnership with Oregon's managed care entities, known as Coordinated Care Organizations. OHA has partnered with CCOs on taking steps forward to improve data validation and the rate setting processes, as outlined in this Action Plan.

> **Optumas, Actuarial Consulting Firm**: OHA contracted with a highly experienced actuarial consulting firm to improve encounter data validation for 2015, suggest data improvement strategies and provide consultation at each level of rate development.

## OCTOBER 2014 RATE AMENDEMENT

OHA has addressed concerns expressed by CMS with regards to Oregon's CCO 2014 capitation rates for the newly eligible population (ACA Adults) in the October 2014 rate amendment report. The October 2014 rate amendment report was submitted to CMS on September 8, 2014, and is pending CMS approval. The rate amendment addresses the following issues:

✓ **Increased risk/contingency margin**. Per CMS direction, OHA's actuaries completely removed the 1% risk margin. In addition, also per CMS direction, due to the difficulty of quantifying emergency room (ER) increase assumptions sufficiently, OHA has removed all ER increase adjustments in the October 2014 rate amendment.

✓ **Assumption of higher provider payment rates**. OHA has distributed the network adequacy adjustments (i.e. provider payment rates) through all the CCO rate cohorts rather than applying the adjustments solely to the newly eligible rate cohorts (ACA Adults) effective July 1, 2014.

✓ **Lack of risk mitigation strategy**. OHA has put in place a minimum Medical Loss Ratio (MLR) requirement for the newly eligible rate cohorts (ACA Adults) effective July 1, 2014.

2

OHA_LIT_00346731
OHA_LIT_00346730
Exhibit 9
Page 2 of 6

Oregon Capitation Rates - CMS Resolution Letter Response
**Action Plan - January 15, 2014**

**ACTION PLAN**

The following outlines OHA's objectives and rate setting actions that address CMS's concerns and also improved the capitation rate range development for 2015.

## Objective #1: Develop and Utilize Accurate Base Data in Rate Setting

Beginning with the January 2015 Capitation Rate Range Development, the following principles and actions were adopted by OHA:

1.1    OHA relied on detailed event-level encounter data for setting the 2015 capitation rate ranges instead of relying on CCO developed cost estimate templates.

1.2    OHA relied on rigorous actuarial data validation and review to ensure base year 2013 incurred data are appropriate for use in 2015 rate range setting.

1.3    OHA required CCOs to submit financial incurred detail including costs for encounter events, sub-capitation payments, incentive payments, and alternative payments. CCOs' sub-capitation payments, incentive payments, and alternative payments are considered part of overall cost for CCOs to bear full risks for eligible members. These costs were incorporated in the final base data for rate range setting after rigorous reviews and reconciliation.

1.4    OHA and consulting firm Optumas jointly validated and reviewed base year encounter data and financial submission data. Validated and reconciled data were prepared for rate range setting after all issues were identified and differences reconciled.

1.5    OHA and consulting firm Optumas jointly researched and identified potential problem areas with the current encounter data collection and submission process during the 2015 rate range setting process. Currently, the encounter data is monitored and checked continuously by dedicated staff. However, OHA recognizes this time as an opportunity to partner with CCOs to improve submission and processes. OHA is initiating a workgroup in the beginning of 2015 to discuss encounter data submission processes among CCOs and how we can make improvements. The workgroup will be tasked with identifying short- and long-term recommendations to further improve the following processes related to encounter data:

1. Improve the process of identifying and resolving data submission issues between OHA and CCOs

2. Improve data reconciliation efforts between OHA and CCOs

3. Improve the collection of CCO full pricing information that will aid in valuing the sub-capitation and alternative payment methodologies for rate setting

3

OHA_LIT_00346732
OHA_LIT_00346730
Exhibit 9
Page 3 of 6

Oregon Capitation Rates - CMS Resolution Letter Response
**Action Plan - January 15, 2014**

> 4. Improve consistency in encounter data submission among CCOs and sub-contractors

## Objective #2: Address Rate-setting Methodology Concerns

Beginning with the January 2015 Capitation Rate Range Development, the following principles and actions were adopted by OHA:

2.1   OHA, using generally accepted actuarial methods, developed actuarially sound rate ranges for each CCO. All applicable Actuarial Standards of Practices (ASOPs) were used as guidance.

2.2   OHA required that final capitation contract rates must fall within the previously described CCO level actuarially sound rate ranges.

2.2   OHA relied on two sources of data for the 2015 rate setting development process, which—as stated in Objective #2—are:

1. Experience data submitted by CCOs through the encounter data submission process
2. Financial incurred data submissions

   *Note: Data from these two sources were reviewed and validated by the Oregon Health Authority. Any identified differences were rigorously reviewed and reconciled before final base data were prepared for capitation rate range setting. Details are described in the 2015 rate range certification report, which is attached as reference.*

2.4   OHA developed cost and utilization trend assumptions. The methodology used was documented in detail in the 2015 rate range certification report.

2.5   Evaluation of the additional financial submission and financial reports was done during the data validation process. OHA received copies of the CCO's audited financial statements annually, which validates the financial reports submitted by CCOs to OHA quarterly.

2.6   OHA internally developed all rate adjustments. The methodology and processes are described in detail in the rate range certification.

2.7   OHA developed rate ranges with three tiers of range widths for small, medium, and large CCOs respectively (due to statistical confidence considerations). The rate certification details the methodology and assumptions used to develop the rate ranges.

4

OHA_LIT_00346733
OHA_LIT_00346730
Exhibit 9
Page 4 of 6

Oregon Capitation Rates - CMS Resolution Letter Response
**Action Plan - January 15, 2014**

## Objective #3: Improve Encounter Data Submission

The following principles and actions were adopted by OHA:

3.1    OHA is committed on improving encounter data submission and the accuracy of the data as a whole. These improvements include initiating a workgroup in the beginning of 2015 (see Objective 2.5 for more information). OHA is also committed to meeting the requirements of the Transformed Medicaid Statistical Information System (T-MSIS) and is actively transitioning to T-MSIS, which will improve the categorization and accuracy of the data submission to CMS.

3.2    In addition to the workgroup, OHA is in the process of hiring three new employees in the beginning of 2015 that will be responsible for providing additional analysis capacity for encounter data submissions and will partner with the CCOs to identify issues that occur with the data submission upon receipt. These staff members will work closely with OHA's Actuaries to help identify any errors or missing data as early as possible. These employees will expand OHA's capacity for monitoring data submissions and allow for more interactions with the CCOs to assist with missing or erroneous data. OHA has and continues to provide a significant number of weekly reports and data validation opportunities to CCOs, but understands the need for technical plan assistance that these employees will provide. Reports will continue to monitor the quality and quantity of data submission by CCOs.

### GOVERNANCE

An essential component of the Action Plan is review and feedback among internally and externally stakeholders. The Oregon Health Authority has leveraged existing workgroups to participate in this process. The following is a list of stakeholder groups and their role in the Action Plan:

**Rates Methodology Workgroup** – OHA leadership and volunteer CCO executives meet monthly or as needed to discuss capitation rate development. This group is charged with providing early feedback and review of rate methodologies included in the Action Plan.

**Rates Advisory Panel** – This workgroup of OHA leadership and CCOs meets monthly to discuss current status of rate development and topics of importance. This group provides feedback on the rate development process continuously.

**OHA Leadership** – All deliverables in the Action Plan will continue to have OHA leadership review and feedback.

5

OHA_LIT_00346734
OHA_LIT_00346730
Exhibit 9
Page 5 of 6

Oregon Capitation Rates - CMS Resolution Letter Response
**Action Plan - January 15, 2014**

## TEAM AND RESPONSIBILTIIES

**Team**: The internal unit responsible for executing this Action Plan is the Actuarial Services Unit (ASU) within OHA. The unit is comprised of the ASU Administrator, a Team Lead/Project Manager, Principal/Lead Actuary, three additional ASA and MAAA Certified Actuaries and numerous Data and Policy Analysts, with a diverse set of skills. Oregon's Medical Assistance Program staff also have a key role in this work.

**The Certifying Actuary**: The role of Oregon's certifying actuary is to oversee the actuarial team, and to review and develop each component of Oregon's capitation rates to ensure they are actuarially sound and meet the requirements in 42 CFR 438.6. The 2015 Capitation Report is attached for your reference with additional information regarding the methodology and actuarial certification.

## WORKPLAN AND DELIVERABLES

Prior to this Action Plan, OHA prepared a framework that laid out eight deliverables. Below is the same list with their current status as of January 15, 2015.

| # | DELIVERABLES/ACTIONS | Deadline | STATUS |
|---|---|---|---|
| 1 | Describe the Framework and submit data validation process description, template and CCO compliance instructions that provide details on how OHA plans to incorporate encounter data into the rate setting process. | - | **Completed** |
| 2 | Complete a detailed Draft Action Plan and a Draft Certification Letter. | **10/20/14** | **Completed** |
| 3 | Execute the Action Plan for 2015 CCO Capitation Rate Setting, as described above in this document. | Ongoing | Pending CMS approval |
| 6 | Long Term Encounter Data Improvement; see Objective #1.5 and #3 for more details. | Ongoing | In progress |
| 7 | Complete 2015 CCO capitation rate setting and submit to CMS for review and approval. | 12/15/14 | **Completed** |
| 8 | Complete Formal response to Oregon 2014 Rates – CMS Resolution Letter. | 1/15/15 | **Completed** |

6

OHA_LIT_00346735
OHA_LIT_00346730
Exhibit 9
Page 6 of 6