_____

**From:**       Allen Patrick
**To:**         ROBISON Laura
**Sent:**       12/7/2017 3:30:39 PM
**Subject:**    RE: Independent Reviews of 2018 CCO Rates & Proposed Next Steps

Did we change the time frame on the potential redetermination rate adjustment?

Pat.

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Thursday, December 7, 2017 8:42 AM
**To:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>
**Cc:** Actuarial Services <Actuarial.Services@dhsoha.state.or.us>; Art Suchorzewski <ArtS@familycareinc.org>; Jeff Heatherington <jeffh@familycareinc.org>; Kevin Clancy <kevinc@familycareinc.org>; Jack Coleman <JackC@familycareinc.org>; Allen Patrick <Patrick.Allen@dhsoha.state.or.us>
**Subject:** Re: Independent Reviews of 2018 CCO Rates & Proposed Next Steps

Thanks Laura. We look forward to the meeting and a discussion of all items.

Bill

Sent from my iPhone

On Dec 7, 2017, at 8:30 AM, ROBISON Laura <Laura.Robison@dhsoha.state.or.us> wrote:

Bill,

Thank you for your response. We look forward to meeting with you tomorrow morning to continue our discussion of enrollment and financial data.

Laura

503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us

**From:** William (Bill) Murray [mailto:billm@familycareinc.org]
**Sent:** Thursday, December 07, 2017 5:14 AM
**To:** ROBISON Laura <Laura.Robison@dhsoha.state.or.us>; Actuarial Services <Actuarial.Services@dhsoha.state.or.us>
**Cc:** Art Suchorzewski <ArtS@familycareinc.org>; Jeff Heatherington <jeffh@familycareinc.org>; Kevin Clancy <kevinc@familycareinc.org>; Jack Coleman <JackC@familycareinc.org>
**Subject:** Fwd: Independent Reviews of 2018 CCO Rates & Proposed Next Steps

Laura,
As requested, FamilyCare is responding to your email of December 4, 2017.  As summarized below, your email requests a quick turnaround for this critical and complex issue:
 - the review reports were distributed, without advance notice, on Monday afternoon,
 - findings were presented by the lead reviewers to CCOs yesterday afternoon, with
 - a deadline for feedback due today on OHA's Proposed Approach.

Before responding to your specific request to provide feedback on the Proposed Approach, FamilyCare notes that it

OHA_LIT_00690905
OHA_LIT_00690905
Exhibit 13
Page 1 of 4

has provided to Director Allen a copy of its preliminary comments and concerns on the Review Reports. Do to the short timeframe we have had these reports, and that presentation of the findings by the reviewers just occurred hours ago, FamilyCare's review of this information is not yet complete. As noted during the presentation of the findings, FamilyCare will submit questions about the review reports and the presentations made yesterday in writing at a later date.

With regard to your specific request related to OHA's Proposed Approach to implementing the recommendations of the "independent" reviewers and finalizing the 2018 rates, FamilyCare's feedback is noted below:

**OHA Proposal**: **No change to 2018 rates; rate certification amendment with enhanced documentation:** OHA proposes no change to the 2018 rates. OHA plans to work with Optumas to prepare an addendum to the existing rate certification later this month, which will include additional documentation of the rate development process and supporting analysis. The additional documentation will address provider reimbursement analysis, analysis of the rate cell outlier identified in the independent actuarial review, the use of medical loss ratios, and the development of non-medical loads.

**FamilyCare Feedback**: FamilyCare disagress that the 2018 rates do not need to be changed. FamilyCare believes that the 2018 rates, as currently developed, are not actuarially sound for FamilyCare as they do not provide for reasonable, appropriate and attainable costs under the CCO contract. FamilyCare requests that the 2018 rates be changed so that each rate cell is actuarially sound for FamilyCare. FamilyCare is appreciative of the reviewers findings that required documentation was lacking in the Optumas certification. FamilyCare believes that this information, when received, will provide some, but not all, of the missing transparency in the OHA/Optumas rate development process. FamilyCare requests that OHA make public all rate development data and information in a manner consistent with publicly available information for Medicare Advantage plans and Commercial plans.

**OHA Proposal:  If warrented, rate amendment in early 2018 to address redetermination impact and/or any other emerging issues:** OHA has already noted the need to analyze the impact of the recently completed redetermination clean-up work on 2018 CCO rates. OHA plans to work with Optumas to analyze this impact, along with any other emerging issues that may materially affect rates, to determine if a prospective amendment to the rates is necessary. OHA will work with CCOs to review the results of this analysis and determine whether an amendment is warranted and the effective date of the amendment. The amendment will also have to be approved by CMS.

**FamilyCare Feedback:**  OHA had previously announced that it would analyze the impact of the recently completed redetermination clean-up work during the fall and would amend, prior to the end of the year, as necessary, the 2018 rates that were to become effective January 1, 2018. Please provide the current status of this analysis, any preliminary findings or information and the reason for the changing timeframes. As noted above, the adequacy of the 2018 rates is a significant concern to FamilyCare and the decision by OHA to delay this analysis and adjustment to the 2018 rates potentially harms FamilyCare. FamilyCare also believes the notion of an unknown amendment in **early** 2018, and the rate uncertainty that it creates, is not a sound business or contracting practice when OHA is asking the CCO's to sign a contract that binds the CCO for an entire year. Contract rates and terms should be set with certainty and this proposal does not achieve that. In addition, the proposal makes reference to additional possible rate adjustments for "other emerging issues that may materially affect rates". Please provide a specific, comprehensive and detailed list/decription of these emerging issues so we may assess the implications of these items in connection with our evaluation of the 2018 contract.

Finally, as you are aware, OHA has not responded to numerous questions from FamilyCare related to the 2018 rate methodology and other concerns despite OHA's promises to do so. FamilyCare's requests for feedback on its unanswered questions and concerns have languished at OHA for time periods (days, weeks, months...) far exceeding OHA's turnaround time established for the CCO's in your December 4, 207 request. The "old" OHA had a reputation for running down the clock on issues, where only at the last minute did OHA involve, seek or require CCO feedback within an unduly short timeframe that failed to equitably value or respect the CCO's time or expertise. Are there business standards you can share that will guide our expectations from the "new" OHA related to requests made to CCOs from OHA and requests made from CCOs to OHA?

OHA_LIT_00690906
OHA_LIT_00690905
Exhibit 13
Page 2 of 4

If you have any questions related to the above, please let me know.  We look forward to OHA's prompt response.

Thank you,

Bill

**From:** Actuarial Services <Actuarial.Services@dhsoha.state.or.us>
**Date:** December 4, 2017 at 2:38:12 PM PST
**To:** Actuarial Services <Actuarial.Services@dhsoha.state.or.us>
**Cc:** Actuarial Services <Actuarial.Services@dhsoha.state.or.us>
**Subject: Independent Reviews of 2018 CCO Rates & Proposed Next Steps**

*Sent on Behalf of Laura Robison*

Dear Coordinated Care Organizations,

As you know, OHA engaged two firms to conduct independent actuarial and regulatory reviews of the 2018 rates. OHA contracted with Lewis & Ellis to perform the independent actuarial review and with Manatt, Phelps & Phillips to conduct the independent regulatory review. The actuarial review focused on assessing the actuarial soundness of the 2018 rate methodology and whether the methodology was executed in a consistent and unbiased manner. The regulatory review focused on assessing our process and policies for consistency with federal and state requirements, including our waiver. The two independent reviews have been completed and the reports documenting the reviews, findings, and recommendations from each firm are attached for your review.

The two independent reviews indicate that the 2018 rate methodology is actuarially sound, unbiased, and generally complies with state and federal requirements. The reviews do not indicate the need for any changes to the 2018 rates, but both recommend enhancements to documentation, and OHA will work with Optumas to address these recommendations. The reviews also recommend addressing a possible outlier for one CCO's rate cell and documentation of the consideration of recent loss ratios, profit margins, and administrative loads.

The lead reviewers from Lewis & Ellis and Manatt, Phelps & Phillips will present their findings at our meeting on Wednesday, December 6. OHA will also lead a discussion during the December 6 meeting about its proposed next steps to implement recommendations and finalize 2018 rates. We welcome your feedback on our proposed approach during the meeting, and we ask that any written feedback be provided no later than 5pm on Thursday, December 7.

OHA's proposed approach to implementing the recommendations of the independent reviews and finalizing the 2018 rates is as follows:
- **No change to 2018 rates; rate certification amendment with enhanced documentation:** OHA proposes no change to the 2018 rates. OHA plans to work with Optumas to prepare an addendum to the existing rate certification later this month, which will include additional documentation of the rate development process and supporting analysis. The additional documentation will address provider reimbursement analysis, analysis of the rate cell outlier identified in the independent actuarial review, the use of medical loss ratios, and the development of non-medical loads.
- **If warranted, rate amendment in early 2018 to address redetermination impact and/or any other emerging issues:** OHA has already noted the need to analyze the impact of the recently completed redetermination clean-up work on 2018 CCO rates. OHA plans to work with Optumas to analyze this impact, along with any other emerging issues that may materially affect rates, to determine if a prospective amendment to the rates is necessary. OHA will work with CCOs to review the results of this analysis and determine whether an amendment is warranted and the effective date of the amendment. The amendment will also have to be approved by CMS.

OHA will review and consider CCOs' feedback and release its final set of next steps early the week of December 11.

We appreciate your support and participation in the additional steps we built into the process this year to ensure we

OHA_LIT_00690907
OHA_LIT_00690905
Exhibit 13
Page 3 of 4

are developing rates in an actuarially sound, unbiased, and collaborative manner. We look forward to our meeting on Wednesday.

Thanks,
Laura

**Laura Robison**
Chief Financial Officer
Oregon Health Authority
503.877.8957 (mobile) | 503.945.5908 (Athena Tice, Executive Assistant) | laura.robison@state.or.us

<image001.jpg>

OHA_LIT_00690908
OHA_LIT_00690905
Exhibit 13
Page 4 of 4