**From:**         +15037793455

**Participants:**   +15037793455 (owner)
                  +19712635164 Jeff Manning

**Status:**        Sent

**Timestamp: Date:** 12/16/2017 12:01:47 AM

---

I can give you something from Robb for the record, but we are working 2 tracks: resolution and transition.

OHA_LIT_01134675
OHA_LIT_01134675
Exhibit 15
Page 1 of 1