Health Policy and Analytics Division
Medicaid Policy

Kate Brown, Governor

**Oregon Health Authority**

421 SW Oak St., Suite 875
Portland, OR 97204
Voice 971-673-3377
FAX 971-673-3320

To: Chief Executive and Chief Financial Officers of CCOs

Re: 2016 Contract Renewal

As you are aware, we have sent you your CCO's amended and restated health plan services contract for 2016 (the "2016 renewal amendment"). The 60-day review period required by Oregon law expires January 9, 2016. This letter explains what to expect with respect to your January capitation payment if you choose to wait until January to sign the 2016 renewal amendment—which you have the legal right to do.

OHA is unable to issue any capitation payments for 2016 unless there is a binding agreement in place for your CCO for 2016. Upon valid and timely signing, your 2016 renewal amendment will be effective as of January 1, 2016, regardless of the date of signing.

January 1, 2016, falls on a Friday. Therefore, your monthly capitation payment is due to be processed January 11, 2016.

In order for OHA to make your January capitation payment as scheduled, OHA must perform a number of preliminary steps beginning at the end of December. OHA needs to have your signed 2016 renewal amendment by the opening of business on Monday January 4, in order to process the January payment on January 11. To avoid delay in issuing the January capitation payment to your CCO, and disruption to member assignments to your CCO, please return (to David Fischer at david.h.fischer@state.or.us) your signed 2016 renewal amendment by the opening of business January 4, 2016. OHA is prepared to return its signature quickly once it receives your CCO's signed 2016 renewal amendment.

Of course, your CCO is entitled to the full 60-day period guaranteed by statute for review of the 2016 renewal amendment. Therefore, if you submit the signed 2016 renewal amendment any time up to midnight, Saturday January 9, OHA will consider its delivery to OHA timely.

Exhibit 16
Page 1 of 2

By its terms, your CCO contract will automatically terminate January 1, 2016, without further notice from either party, unless the parties have entered into a valid 2016 renewal amendment. If OHA does not receive your signed 2016 renewal amendment on or before the end of January 9, 2016 (expiration of the 60 day review period), OHA will consider the contract terminated as of January 1, 2016, pursuant to the terms of the contract. Further, OHA does not intend to accept 2016 renewal amendments submitted after the 60-day review period expires.

Please let me know if you have any questions or comments (lori.a.coyner@state.or.us).

Kindest regards,

Lori Coyner, MA
State Medicaid Director
(503) 569-3160

Exhibit 16

Page 2 of 2