**Stephen F. English** (OSB No. 730843)
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>               Defendants. | Case No. 6:18−cv−00296−MO<br><br>**DECLARATION OF MATTHEW GORDON IN SUPPORT OF FAMILYCARE, INC.'S RESPONSE TO OREGON HEALTH AUTHORITY'S MOTION FOR SUMMARY JUDGMENT RE FAMILYCARE'S THIRD CLAIM FOR RELIEF** |

DECLARATION OF MATTHEW GORDON

155371507.1

I, Matthew Gordon, declare as follows:

1.    I am an attorney at Perkins Coie LLP and am one of the attorneys representing FamilyCare, Inc. ("FamilyCare") in this matter.  I make this declaration based on my personal knowledge and am competent to testify to the matters herein.

2.    I have reviewed the Declaration of Harry Wilson dated December 17, 2021.  In paragraph 2 of his declaration, he describes a December 9, 2021, telephone conferral on Oregon Health Authority's motion for summary judgment against FamilyCare's claim for breach of the implied covenant of good faith and fair dealing.  I disagree with Mr. Wilson's description of the conferral, in paragraph 2 of his declaration because it is incomplete and omits key details and context.

3.    On December 8, I sent Mr. Wilson an email that stated that FamilyCare's reasonable expectations included "course of dealing between the parties, the governing legal constraints, the government's responsibilities and obligations, and the interactions it has had with FamilyCare."  And in another email sent just before the conferral, I wrote to Mr. Wilson that the bases for FamilyCare's expectations include "industry standards, prior practice, regulatory framework, constitutional obligations, etc. that inform a CCO's expectation that the state Medicaid agency would discharge its obligations in a manner consistent with its duties of good faith and fair dealing in setting reimbursement rates." Attached as Exhibit 1 is a true and correct copy of those emails.

4.    I attended the December 9 conferral along with my partner, David Robbins, and others. During the conferral, Mr. Robbins and I explained that FamilyCare's reasonable expectations in connection with its claim for breach of the implied covenant of good faith and fair dealing were not limited to the CCO contract and also included additional bases, including industry standards, as previously described in FamilyCare's pleadings, briefing, and correspondence to OHA.  Mr. Robbins also asked OHA's counsel whether they had consulted with their own client

1-    DECLARATION OF MATTHEW GORDON

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

155371507.1

about Oregon Medicaid industry standards—standards largely dictated by OHA as the long-term administrator of the Oregon Medicaid program—and whether those standards and law governing OHA's administration of that program created objectively reasonable expectations that OHA would act in good faith and fairly in rate-setting and would offer sound, adequate, reasonable, and unbiased rates or resolve disputes around them in good faith and, if not, why not.  OHA counsel stated that they had not sought such information from their client.

5.      Additionally, after our December 9 conferral, I provided Mr. Wilson additional detail about the bases for FamilyCare's reasonable expectations underlying its claim for the breach of the implied covenant of good faith and fair dealing.  Attached as Exhibit 2 is a true and correct copy of my email to Mr. Wilson reflecting that detail.

6.      Attached to this declaration are true and correct copies of the following documents:

| Ex. No. | Description |
|---|---|
| 1. | December 7-9, 2021 Correspondence with H. Wilson |
| 2. | December 7-13, 2021 Correspondence with H. Wilson |
| 3. | Defendant Oregon Health Authority's Sixth Request for Production for Documents to Plaintiff FamilyCare, Inc., dated March 23, 2018 (highlighting added) |
| 4. | Plaintiff FamilyCare, Inc.'s Response to Defendant Oregon Health Authority's Sixth Request for Production of Documents, dated April 23, 2018 (highlighting added) |
| 5. | OHA's Notice of Videotaped Deposition of FamilyCare, Inc., dated April 19, 2018 (highlighting added) |
| 6. | FamilyCare, Inc.'s Motion for Reconsideration of Order Granting In Part Oregon Health Authority's Motions to Dismiss, ECF 108, dated June 13, 2018 (highlighting added) |
| 7. | OHA's Amended Notice of Videotaped Deposition of FamilyCare, Inc., dated July 11, 2018 (highlighting added) |

2-    DECLARATION OF MATTHEW GORDON

155371507.1

| 8. | Excerpts from the July 17, 2018 FRCP 30)(b)(6) deposition of FamilyCare, Inc. (William Murray) (highlighting added) |
| 9. | Oregon Health Plan Health Plan Services Contract #143114 with FamilyCare, Inc. - effective January 1, 2014 |
| 10. | Oregon Health Plan Amended and Restated Health Plan Services Contract #143114-11 with FamilyCare, Inc. - effective January 1, 2017 |
| 11. | Excerpts from the July 27, 2018 deposition of William Murray (highlighting added) |
| 12. | Excerpts from the Transcript of Proceedings, ECF 187 - July 31, 2018 (highlighting added) |
| 13. | Excerpts from Plaintiff-Appellant FamilyCare, Inc.'s Opening Brief in Appeal No. 19-35103 |
| 14. | November 1, 2017 email from C. Guest to E. Conklin and others re: Oregon 2018 CCO Capitation Rates Submission 1 of 2 |
| 15. | March 9, 2018 email from C. Guest to E. Conklin and others re: Oregon 2018 CCO Capitation Rates Submission 1 of 2 (amendment) (highlighting added) |
| 16. | Excerpts from Defendant-Appellee FamilyCare, Inc.'s Response Brief in Appeal No. 18-35593 and Plaintiff-Appellant FamilyCare, Inc.'s Reply Brief in Appeal No. 19-35103 |
| 17. | July 24, 2017 email from J. Parrish to J. Black re: Re: Public Records Request |
| 18. | Excerpts from the August 2, 2018 deposition of Rhonda Busek (highlighting added) |
| 19. | Health System Transformation presentation - October 17, 2014 (highlighting added) |
| 20. | OHA document titled "Oregon's Coordinated Care Model" (highlighting added) |
| 21. | October 17, 2016 OHA News Release: OHA and Portland State release report that highlights $240 million savings from patient-centered primary care homes |
| 22. | Excerpts from the August 16, 2018 Rule(30)(b)(6) deposition of OHA (Laura Robison) (highlighting added) |
| 23. | Excerpts from the July 13, 2018 deposition of Laura Robison (highlighting added) |

3-    DECLARATION OF MATTHEW GORDON

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

155371507.1

| 24. | Third Amended Complaint, Case No. 17CV09226, *FamilyCare, Inc. v. Oregon Health Authority*, Marion County Circuit Court - February 15, 2018 |
|-----|-----|
| 25. | Optumas Adj. Rate of Growth CY14-15 BD cuts R1 spreadsheet |
| 26. | 2018 Base Data and Reimbursement Review |
| 27. | January 26, 2017 email from B. Darby to L. Saxton and others re: FW: Attorney-Client privilege: Family Care Comms Plan with attachment |
| 28. | March 1, 2017 email from C. Crowell to N. Jaquiss re: OHA Statement on FamilyCare |
| 29. | Excerpt of Oregon Health Plan Amended and Restated Health Plan Services Contract #143114-12 with FamilyCare, Inc. - effective January 1, 2018 (highlighting added) |
| 30. | February 28, 2018 email from Actuarial Services to W. Murray and others re: 2018 Rate Update - Family Care |
| 31. | April 24, 2018 email from OHA to P. Allen re: OHA News Release: OHA Amends 2018 CCO capitation rates |
| 32. | Statement of Josh Balloch in support of SB 725 |

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: January 14, 2022                    /s/ Matthew P. Gordon
                                           Matthew Gordon

4-    DECLARATION OF MATTHEW GORDON

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

155371507.1