| | |
|---|---|
| **From:** | GUEST Chelsea A |
| **To:** | SEARODMCH@cms.hhs.gov; Elizabeth.Conklin@cms.hhs.gov; Bill.Vehrs@cms.hhs.gov |
| **CC:** | Allen Patrick; ROBISON Laura; Simnitt David; Zachary Aters ; Clement Leslie M; Busek Rhonda J; Cereghino Katherine J; Jagger Dawn; Evans Janell R |
| **Sent:** | 11/1/2017 9:13:14 PM |
| **Subject:** | Oregon 2018 CCO Capitation Rates Submission 1 of 2 |
| **Attachments:** | OR CY18 Rates - Appendix VIII Reimbursement Policy.pdf; OR CY18 Rates - Appendix X CDPS+Rx Risk Score Methodology.pdf; OR CY18 Rates - Appendix XI CCO Q & A.PDF; Oregon Final CY18 Rate Certification 2017.10.27.pdf; Appensix IX ABA & Hep-C Risk Corridor.pdf; CMS CCO CY 2018 Expenditure Report.pdf |

Dear Mrs. Conklin,

Please see attached for the Oregon Health Plan Medicaid Demonstration, Capitation Rate Development for Oregon Coordinated Care Organizations (CCOs) effective January 1, 2018 to December 31, 2018. This submission applies only to the Oregon Coordinated Care Organizations. Due to email size limits, you will receive two separate emails that make up the full submission. **This is 1 of 2**. The contents of each email are listed below for your reference.

**Please note, OHA met with CMS today, on November 1, 2017, to discuss a secondary actuarial and regulatory review of the attached 2018 CCO rates. We appreciated the feedback and will plan future touch-points with CMS to discuss next steps.**

If you have any questions or require additional information, please contact Chelsea Guest, Chelsea.A.Guest@state.or.us, 503-383-6260. If possible, please acknowledge receipt of this submission and corresponding attachments.

**Email #1 Attachments (see attached)**
- CY 2018 CCO Rate Certification
    - Appendix VIII Reimbursement Policy
    - Appendix X CDPS+Rx Risk Score Methodology
    - Appendix XI CCO Q&As
    - Appendix IX ABA & Hep-C Risk Corridor
- CMS CCO CY 2018 Expenditure Report

**Email #2 Attachments**
- January to December 2018 PDF Contract Rate Sheets by Plan/CCO

Thank you,

**Chelsea A. Guest**
Manager, Actuarial Services
Fiscal and Operations Division
Chelsea.A.Guest@state.or.us
503-383-6260



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure

OHA_LIT_00571557

Exhibit 14
Page 1 of 2

under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

OHA_LIT_00571558

Exhibit 14
Page 2 of 2