| | |
|---|---|
| **From:** | GUEST Chelsea A |
| **To:** | Conklin, Elizabeth (CMS/CMCHO); SEARODMCH@cms.hhs.gov |
| **CC:** | Hill Petras, Wendy E. (CMS/CMCHO); Abarabar, Shante L. (CMS/CMCHO); Vehrs, Bill (CMS/CMCHO); Allen Patrick; ROBISON Laura; Simnitt David; Zachary Aters ; Busek Rhonda J; Cereghino Katherine J; Jagger Dawn; Evans Janell R; Actuarial Services |
| **Sent:** | 3/9/2018 5:38:45 PM |
| **Subject:** | Oregon 2018 CCO Capitation Rates Submission 1 of 2 (amendment) |
| **Attachments:** | Oregon Revised CY18 Rate Certification Final 2018.02.28.zip; CMS CCO Expenditure Report Jan17 vs Jan18 Rates 3.1.18.pdf; CMS CCO Expenditure Report Jan18 vs Feb18 Rates 3.1.18.pdf |

Dear Mrs. Conklin,

Attached is Oregon's 2018 CCO Capitation Rates and Rate Certification. This rate certification applies to the Oregon Health Plan - Medicaid Demonstration, Capitation Rate Development for Oregon Coordinated Care Organizations (CCOs) effective January 1, 2018 to December 31, 2018. The rates in this submission were incorporated in a contract amendment for all CCOs that is going to be retroactively implemented for the entire 2018 calendar year. Due to email size limits, you will receive two separate emails that make up the full submission. **This is 1 of 2.** The contents of each email are listed below for your reference.

For your reference, OHA originally submitted the 2018 rates November 2017 to CMS. However, due to some redetermination activity and data clean-up in 2017, OHA decided to amend the 2018 capitation rates to reflect emerging data. In addition to these adjustments; two important changes have been made to Oregon's program:
1. Oregon voters passed an Insurer Tax that is included in this submission; and
2. FamilyCare CCO members transitioned to Health Share of Oregon CCO effective 2/1/18*

*Please note, there are exhibits in the certification and an additional expenditure report attached that provides details regarding the rate change made to reflect this member transition to Health Share of Oregon, along with two sets of contract rate sheets.

If you have any questions or require additional information, please contact Chelsea Guest, Chelsea.A.Guest@state.or.us, 503-383-6260. If possible, please acknowledge receipt of this submission and corresponding attachments.

**Email #1 Attachments (see attached)**
- CY 2018 CCO Rate Certification (Zip file)
- CMS CCO CY 2018 Expenditure Report  (Jan 2017 compared to Jan 2018)
- CMS CCO CY 2018 Expenditure Report  (Jan 2018 compared to Feb 2018) - Reflecting the impact of the transition

**Email #2 Attachments**
- January to December 2018 PDF Contract Rate Sheets by Plan/CCO

Thank you,

**Chelsea A. Guest**
Manager, Actuarial Services
Fiscal and Operations Division
Chelsea.A.Guest@state.or.us
503-383-6260

Exhibit 15
Page 1 of 2

OHA_LIT_01083660



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

Exhibit 15
Page 2 of 2

OHA_LIT_01083661