UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

|  |  |  |
|---|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 6:18-CV-00296-MO |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority, and LYNNE SAXTON, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

VIDEOTAPE DEPOSITION OF

RHONDA J. BUSEK

Taken in behalf of Plaintiff

\*   \*   \*

August 2, 2018

510 Hawthorne Avenue S.E., Sequoia Room

Salem, OR 97301


Shannon K. Krska,

CSR, CCR

Court Reporter

Exhibit 18
Page 1 of 4

Rhonda J. Busek, 8/2/2018                FamilyCare v. OHA, et al.

30

Q.    (By Ms. Brenner)  I'm going to hand you a document here that is marked as Exhibit 1112.

She's going to mark it.

(Deposition Exhibit Number 1112 marked for identification.)

THE WITNESS:  Thank you.

Q.    (By Ms. Brenner)  Go ahead and take a look at the document.

Is this presentation familiar to you?

A.    Yes, ma'am.

Q.    How is it familiar to you?

A.    As noted on the cover, it was a presentation that I did on October 17th of 2014.

Q.    Is this a presentation that you gave more than once?

A.    I can't recall.

Q.    I'd like to direct your attention in particular to what I think is page 10 in here, although it doesn't have numbers on every page. It looks like they're only every other page.

It says:  The fourth path?

A.    M-hm.

MR. KOTHARI:  Counsel, what's the Bates Number on that page?

MS. BRENNER:  OHA-HC 006210.

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Exhibit 18
Page 2 of 4

Rhonda J. Busek, 8/2/2018                FamilyCare v. OHA, et al.

31

MR. KOTHARI:  Okay.

THE WITNESS:  Is this the one?

Q.  (By Ms. Brenner)  Yeah.

So this page says:  The fourth path, change how care is delivered to reduce waste, improve health, create local accountability, align financial incentives, pay for performance and outcomes, and create fiscal sustainability.

What do these bullet points mean to you?

A.  These were ways in how it was identified that care would change and what -- when it was delivered, what -- what it was hoped it would do.

Q.  So is it fair to characterize these as being, in some manner, goals of the CCO model we've been talking about?

A.  Yes, ma'am.

Q.  Okay.  And then we look at the next page.  It says:  Coordinated care model.  And it has this graphic with the circle?

A.  M-hm.

Q.  And it has similar but not identical words in these boxes.  It says:  Best practices to manage and coordinate care, shared responsibility for health, performance is

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Exhibit 18
Page 3 of 4

Rhonda J. Busek, 8/2/2018                FamilyCare v. OHA, et al.

279

C E R T I F I C A T E

I, Shannon K. Krska, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, RHONDA J. BUSEK personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 280, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 9th day of August, 2018.

_____
SHANNON K. KRSKA
Certified Shorthand Reporter
Certificate No. 90-0216
Commission Expires: 12/31/20

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Exhibit 18
Page 4 of 4