# Health System Transformation

October 17, 2014

Rhonda Busek, Acting Director,
Division of Medical Assistance Programs





Busek

EXHIBIT NO. 111.2

8·2·18

Schmitt Reporting

Exhibit 19
Page 1 of 25

OHA-HC006201

# Agenda

- Affordable Care Act and the Oregon Health Plan

- Oregon's Coordinated Care Model

- Health System Transformation and Innovation

- Measuring Performance



Exhibit 19
Page 2 of 25

OHA-HC006202

# AFFORDABLE CARE ACT & THE OREGON HEALTH PLAN



Exhibit 19
Page 3 of 25

OHA-HC006203

# Affordable Care Act: Overview

- **Largest changes in health care in 50 years**

- **Coverage and Access**

  – Medicaid Expansion in Oregon

    ~90% are enrolled in coordinated care organizations

  – Health Insurance Exchanges

  – Health Insurance Market Reforms



Exhibit 19
Page 4 of 25

OHA-HC006204

# Oregon Health Plan Today

**Oregonians on the Oregon Health Plan**

- As of September 1, 2014
  - 993,800 Oregonians are on the Oregon Health Plan
  - 380,600 Received coverage since Jan. 1, 2014
    - Nearly 90% of the OHP members are in a coordinated care organization, receiving care designed to bring better health, better care, lower costs.



Exhibit 19
Page 5 of 25

OHA-HC006205

# OREGON'S COORDINATED CARE MODEL



Exhibit 19
Page 6 of 25

OHA-HC006206



# Health care spending has grown much faster than the rest of the economy in recent decades.

Percentage increase



Sources: McKinsey, "Accounting for the Cost of U.S. Health Care" (2011), Center for American Progress

THE HUFFINGTON POST

Exhibit 19
Page 7 of 25

OHA-HC006207

# Traditional budget balancing

- Cut people from care
- Cut provider rates
- Cut services



Exhibit 19
Page 8 of 25

OHA-HC006208

# Wrong focus = wrong results



Focus:
**Medical Care**
**10%**

Human Biology **30%**

Environmental **5%**

Social **15%**

Lifestyle & Behavior **40%**



Exhibit 19
Page 9 of 25

OHA-HC006209

# The Fourth Path

- Change how care is delivered to:
  - Reduce waste
  - Improve health
  - Create local accountability
  - Align financial incentives
  - Pay for performance and outcomes
  - Create fiscal sustainability



Exhibit 19
Page 10 of 25

OHA-HC006210

# Coordinated care model



Exhibit 19
Page 11 of 25

OHA-HC006211



Exhibit 19
Page 12 of 25

OHA-HC006212

# Coordinated care organizations

- There are 16 CCOs in every part of Oregon serving the majority of OHP members
- Governed by a partnership between health care providers, consumers, partners, and those taking financial risk.
- Consumer advisory councils
- Mental, physical, dental care held to one budget.
- Responsible for health outcomes
- Receive incentives for quality
- Budgets grow at 3.4% per capita per year

**2013-2015** CCO budget is 2 percentage points
per capita below national growth trends.



13

Exhibit 19
Page 13 of 25

OHA-HC006213

# Transparency

- CCOs accountable for 33 measures of health and performance

- Results are reported regularly and posted on Oregon Health Authority website

- CCO financial data posted quarterly



Exhibit 19
Page 14 of 25

OHA-HC006214

# Better health and value through

- Innovation
- Focus on chronic disease management
- Focus on comprehensive primary care and prevention
- Coordination: physical, behavioral and dental health
- Alternative payment for quality and outcomes
- More home and community-based care, community health workers/traditional health workers
- Electronic health records – information sharing
- Tele-health
- New care teams
- Use of best practices and centers of excellence



Exhibit 19
Page 15 of 25

OHA-HC006215

# Health System Transformation & Innovation: CCOs

Examples of innovation:

- Health Share of Oregon: Hospital to home transition: Keeping patients healthier and reducing hospital readmissions

- Pacific Source: Opened a chronic pain clinic that helps complex care, high-utlizers get the care they need

- Trillium: A focus on prevention with measurable results

- Yamhill CCO: "Community Hub" project targets high utilizers to get those members the care they need. Also, additional capacity through a new Virginia Garcia clinic in Newberg.

- Willamette Valley Community Health: Emergency Department Intervention Team

Oregon Health Authority

Exhibit 19
Page 16 of 25

OHA-HC006216

# MEASURING PERFORMANCE



Exhibit 19
Page 17 of 25

OHA-HC006217

# CCO Performance
## OHA Accountability & CCO Incentives

### State Performance Measures

- Annual assessment of statewide performance on 33 measures.
- Financial penalties to the state if quality goals are not achieved.

### CCO Incentive Measures

- Annual assessment of CCO performance on 17 measures.
- Quality pool paid to CCOs for performance.
- Compare 2013 performance to 2011 baseline.





Exhibit 19
Page 18 of 25

OHA-HC006218

# CCO Performance
## Quality Pool: Metrics and Scoring Committee

- 2012 Senate Bill 1580 establishes committee
- Nine members serve two-year terms. Must include:
  - 3 members at large;
  - 3 members with expertise in health outcome measures
  - 3 representatives of CCOs
- Committee uses public process to identify objective outcome and quality measures and benchmarks



Exhibit 19
Page 19 of 25
OHA-HC006219

# CCO Performance
# Quality Pool: distribution

To earn their full quality pool payment, CCOs had to:

✓ Meet the benchmark or improvement target on at least 12 of the 17 measures; and

✓ Have at least 60 percent of their members enrolled in a patient-centered primary care home (PCPCH).

Money left over from quality pool went to the challenge pool.
To earn challenge pool payments, CCOs had to:

✓ Meet the benchmark or improvement target on the four challenge pool measures: depression screening, diabetes HbA1c control, SBIRT, and PCPCH enrollment.

Oregon Health Authority

Exhibit 19
Page 20 of 25

OHA-HC006220

# CCO Performance
# How did CCOs do?



**Percent of 2013 Quality Pool: Phase One Distribution Earned**
Does not include Challenge Pool funds

| CCO | Percent |
|---|---|
| All Care Health Plan | 80% |
| Cascade Health Alliance | 100% |
| Columbia Pacific | 100% |
| Eastern Oregon | 80% |
| FamilyCare | 100% |
| Health Share | 100% |
| Intercommunity Health Network | 80% |
| Jackson Care Connect | 70% |
| PacificSource | 100% |
| PrimaryHealth of Josephine County | 100% |
| Trillium | 100% |
| Umpqua Health Alliance | 100% |
| Western Oregon Advanced Health | 100% |
| Willamette Valley Community Health | 100% |
| Yamhill CCO | 100% |



Exhibit 19
Page 21 of 25

OHA-HC006221

# CCO Performance



### Percent of 2013 Quality Pool Earned in Total
Includes both Phase One Distribution and Challenge Pool funds

- All Care Health Plan — 84%
- Cascade Health Alliance^ — 100%
- Columbia Pacific — 104%
- Eastern Oregon — 83%
- FamilyCare — 105%
- Health Share — 104%
- Intercommunity Health Network — 84%
- Jackson Care Connect — 74%
- PacificSource — 106%
- PrimaryHealth of Josephine County — 102%
- Trillium — 104%
- Umpqua Health Alliance — 105%
- Western Oregon Advanced Health — 104%
- Willamette Valley Community Health — 107%
- Yamhill CCO — 105%

^ Reflects prorated quality pool for partial year as CCO.



Oregon Health Authority

22

Exhibit 19
Page 22 of 25

OHA-HC006222

# CCO Performance

**All CCOs improved on...**

**Ambulatory care: emergency department utilization**
- ✓ All CCOs met their improvement targets.

**Developmental screening**
- ✓ All CCOs met their improvement targets and four met benchmark.

**Early elective delivery**
- ✓ All CCOs were below the benchmark (lower is better).

**Electronic Health Record (EHR) adoption**
- ✓ All CCOs met their improvement target or surpassed benchmark.

**Mixed Results on**

- **Adolescent well – care visits** (7 CCOs met targets)
- **Colorectal cancer screening** (6 CCOs met targets)
- **Follow up after hospitalization for mental illness** (10 CCOs)
- **Follow up care for children prescribed ADHD meds** (13 CCOs)
- **Assessments for children in DHS custody** (12 CCOs)

**Prenatal and postpartum care** (11 CCOs made improvements)
**Satisfaction with care** (12 CCOs made improvements)



23

Exhibit 19
Page 23 of 25

OHA-HC006223

# CCO Performance
## Next steps – Raising the bar

- Continue to report at state and CCO level.

- Roll in 2014 data to monitor expansion population.

- Raising the bar
  - For 2014: CCOs must show improvement from their 2013 data to receive incentive payments.
  - The bar continues to be raised and the transparent process of selecting measures – or dropping as there is widespread success on a measure – will continue.
    - For 2015, two measures were dropped and three new measures were added. The new measures are more outcome-based.
  - For 2014: The incentive pool increased from 2% to 3% -- increasing the rewards for improving.



Exhibit 19
Page 24 of 25

OHA-HC006224

# Questions?



Exhibit 19
Page 25 of 25

OHA-HC006225