UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,<br>　　　　Plaintiff,<br>　　　　　　v.<br>FAMILYCARE, INC., an Oregon non-profit corporation,<br>　　　　Defendant. | ) <br>) <br>) <br>) <br>) <br>) No.<br>) 3:18-CV-00212-MO<br>) <br>) <br>) |
| FAMILYCARE, INC., an Oregon non-profit corporation,<br>　　　　Plaintiff,<br>　　　　　　v.<br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as director of the Oregon Health Authority,<br>　　　　Defendants. | ) <br>) <br>) No.<br>) 6:18-CV-00296-MO<br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

VIDEOTAPE DEPOSITION OF

LAURA N. ROBISON

Taken in behalf of FamilyCare

\*　\*　\*

July 13, 2018

1211 S.W. Fifth Avenue, Suite 2900

Portland, OR 97204

Shannon K. Krska,
CSR, CCR
Court Reporter

Exhibit 23
Page 1 of 5

Laura N. Robison, 7/13/2018                Allen v. Family Care

279

Q.    How many times have the rates been amended, the 2018 rates?

A.    I believe the 2018 rates have only been amended one time, and that was retroactive back to January, so that -- my understanding is the same rates -- the rates were certified in the amendment for the entire year.

Q.    In which amendment?

A.    I believe there was only one amendment that was filed with CMS after the original filing, if I recall correctly.

Q.    Okay.  So there was an original rate filing with CMS and then there was a subsequent amendment that was filed with CMS?

A.    That's what I recall.

Q.    Okay.  And what did that amendment address?

A.    I don't know that I can recall everything that was addressed in the amendment, but I recall that it addressed an updated analysis of the redeterminations.  It also included I believe some -- I think some pharmaceuticals that had come on the market if I remember correctly.  And I also believe that it -- it included the Medicare tax that -- that

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Exhibit 23
Page 2 of 5

Laura N. Robison, 7/13/2018                    Allen v. Family Care

280

went into effect.  And I also believe it -- it included a -- it included adjustments to Health Share's rates to account for the change in membership on February 1st of 2018.  There -- there may have been other things, but those are the ones that I kind of remember off the top of my head.

Q.    When you said "redeterminations", was one of the those redeterminations the redetermination based upon the PERC code issue that you identified earlier?

A.    So the redeterminations I was referring to had to do with eligibility redeterminations, but the -- when you mention the PERC code issue, if I understand it, you're referring to the -- the PERC code issue that we discussed earlier on the issue log.  Yes, my recollection is that we -- the amendment did also include -- include an adjustment to handle that issue.

Q.    And what was that issue?

A.    I'm not sure I can articulate all of the details specifically, but my general -- my general recollection is that we -- we had some -- we had -- we had a -- an issue in our data where individuals, and I believe this was

really primarily children, that as they were getting older, aging up into our system, that the PERC code was not changing to reflect their advancing age, and that this was leading to those -- those members being put into -- into wrong categories for rate development purposes, if I remember correctly.

Q.   What was the impact on rates of that -- of that issue?

MR. WILSON:  Objection, ambiguous.

THE WITNESS:  Can you clarify which rates and -- that -- that you're speaking of?

Q.   (By Mr. Gordon)  Speaking of CCO capitation rates.

A.   So my understanding of this issue is it only affected certain eligibility categories, so it would have not -- it was not a -- a widespread issue that I'm aware of that affected all of the rates.  And my understanding is that this was really a -- an issue that -- that didn't kind of change the -- the rates kind of in total, but it resulted in reallocating costs between eligibility categories to make sure that they were matched to the right -- to the right members is my understanding.

Laura N. Robison, 7/13/2018                    Allen v. Family Care

346

C E R T I F I C A T E

I, Shannon K. Krska, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, LAURA N. ROBISON personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 346, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 17th day of July, 2018.

_____
SHANNON K. KRSKA
Certified Shorthand Reporter
Certificate No. 90-0216
Commission Expires: 12/31/20

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Exhibit 23
Page 5 of 5