| | |
|---|---|
| **From:** | Darby BethAnne |
| **To:** | Saxton Lynne; Crowell Courtney W; Cowie Robb |
| **CC:** | WAHL Jeffrey |
| **Sent:** | 1/26/2017 11:03:23 AM |
| **Subject:** | FW: Attorney-Client privilege: Family Care Comms Plan |
| **Attachments:** | Family Care Comms Plan.docx |



EXHIBIT
1202

Lynne --- Please review the attached draft. Courtney conferred with Janell, Kate and Jeff Fritsche in building it out. She also use the slides that FC presented at the last session, as well as the materials from last cycle.

Thanks,

BethAnne

**From:** Crowell Courtney W
**Sent:** Thursday, January 26, 2017 10:40 AM
**To:** WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>; Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Cowie Robb <ROBB.COWIE@dhsoha.state.or.us>
**Subject:** RE: Attorney-Client privilege: Family Care Comms Plan

Here's an updated draft.

Thanks,
Courtney

**Courtney Warner Crowell**
*Communications Officer*
External Relations Division
Portland, Oregon
Courtney.w.crowell@state.or.us
cell: 971-712-6503



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

**From:** Wahl Jeffrey [mailto:jeffrey.wahl@doj.state.or.us]
**Sent:** Monday, January 23, 2017 8:45 AM
**To:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>; Crowell Courtney W <COURTNEY.W.CROWELL@dhsoha.state.or.us>
**Subject:** RE: Attorney-Client privilege: Family Care Comms Plan

The next meeting that is scheduled with FC is Feb 6. Nothing has been scheduled after that but there is likely to be at least one more meeting. Then there is the possibility of mediation after that.

**Jeff Wahl**

OHA_LIT_00550077

Exhibit 27
Page 1 of 7

Oregon Department of Justice

503.947.4432   Fax:  503.378.3784
OHA/DHS Office:  503.945.7668 (M-Th a.m)

**From:** Darby BethAnne [mailto:BETHANNE.DARBY@dhsoha.state.or.us]
**Sent:** Friday, January 20, 2017 5:52 PM
**To:** Crowell Courtney W
**Cc:** Wahl Jeffrey
**Subject:** RE: Attorney-Client privilege: Family Care Comms Plan

JEFF –- IS there a calendar for the discussion? I mean do we know when you discuss which subjects? That might help us plan our communications...

HI Courtney –

I think we are talking about a session-long strategy (through May or so).  The Legislature will be a key audience, and the goal will be to ensure that they have enough information that they want to stay out of the dispute both through legislation and committee hearings--- we should assume that FC will be trying to pull them in and will have an active lobbying strategy that will focus on that OHA is targeting them based on the last settlement... I think I sent you a the presentation they put together for the dispute resolution process that will give you the themes.

Our goal will be to create enough information buzz that it causes the legislature to question what FC is trying to sell.. Last cycle, FC was able to build a great deal of legislative empathy and thus pressure on that agency, until we started communicating our own perspective.

We should consider that our comms strategy needs an "in-the-builidng" strategy as well as an external comms strategy...

**BethAnne Darby**
Director, External Relations Division
OREGON HEALTH AUTHORITY
BethAnne.Darby@state.or.us
503-798-7100
www.oregon.gov/OHA

*Assistant: MiKayla Marcott (MiKayla.Marcott@state.or.us)*

**From:** Crowell Courtney W
**Sent:** Friday, January 20, 2017 2:54 PM
**To:** Darby BethAnne <BETHANNE.DARBY@dhsoha.state.or.us>
**Cc:** WAHL Jeffrey <Jeffrey.WAHL@doj.state.or.us>
**Subject:** Attorney-Client privilege: Family Care Comms Plan

BethAnne,

Here is a first draft of the Family Care communications plan. I don't really know the timeline so this is focused more on the near term. Let me know if you want to talk more about this or have suggestions on how to improve.

Thanks,
Courtney

**Courtney Warner Crowell**
*Communications Officer*
External Relations Division
Portland, Oregon
Courtney.w.crowell@state.or.us

OHA_LIT_00550078

Exhibit 27
Page 2 of 7

cell: 971-712-6503



CONFIDENTIALITY NOTICE

This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

OHA_LIT_00550079

Exhibit 27
Page 3 of 7

**Attorney-Client Privilege**
**[Family Care Dispute Resolution]**
**COMMUNICATIONS PLAN**



## Background/Situation Analysis:

OHA is seeking to successfully resolve a second rate and contract dispute with Family Care. This is the second year in which Family Care has disputed their rate and requested dispute resolution and possible settlement. This is also an opportunity to showcase OHA's transparency, the actuarial soundness of the CCO rates, the success of the CCO model both on health outcomes and financial soundness and commitment to Oregon's most vulnerable residents.

This is also a chance to showcase Family Care as an outlier in the CCO system that is more concerned with the bottom line and increasing revenues than the health of Oregonians (OHA's mission). Also a chance to show the patterned behavior of moving to litigation when they don't get the rate they want, instead of changing business practices (like other CCOs have had to do) to work within the cost containment measures that OHA has negotiated with CMS. Finally, it is an opportunity to explain that it is their business model and business decisions that is affecting their rates and not the actions of OHA.

## Time Frame of Plan:

January- June 2017

## Goals:

- **Showcase OHA's mission is to help Oregon Health Plan members**
- **Highlight Family Care as an outlier and only worried about profit margins:** This is the second time that Family Care has disputed their rate while every other CCO has managed to work with OHA and modify their business decisions to account for the cost containment measures necessary to keep our commitment to CMS.
- **Immediately counter Family Care's misinformation:** Correct allegations and distortions as soon as they are issued by Family Care through prompt, informal communication with key media.
- **Highlight Health Share as a truly inclusive CCO that provides greater access to Oregonians with high cost medical needs:** By clearly explaining the data behind the risk scores we can highlight that Health Share is taking on more of the riskier pool.

## Strategies:

While pitching reporters on the Q3 Legislative report alert them (off the record) to Family Care dispute and showcase the financial section of report (particularly the cash and investments page).

- Jeff Manning- The Oregonian
- Nigel Jaquiss- Willamette Week
- Nick Budnick- Portland Tribune

1

OHA_LIT_00550080

Exhibit 27
Page 4 of 7

**Attorney-Client Privilege**
**[Family Care Dispute Resolution]**
**COMMUNICATIONS PLAN**



Work with OHA staff to have data prepared and ready to provide to reporters about Family Care financial information (if asked).

Identify key legislators to target and get background information and data to them as soon as possible. Then use those legislators and/or other lobbyists to pitch stories to news media if possible so that OHA can staff neutral.

Key data to include:

- Q2 & Q3 Legislative report – highlight financial section.
- Audited CCO financial reports.
- Data to explain risk scores:
  - Provider charts that show amount of providers and breakdown of specialty providers for Health Share vs. Family Care.
  - Get a few discreet examples of OHP members with high cost medical issues (i.e. HIV) who chose Health Share b/c Family Care couldn't provide them the care they need. (Pitch off the record to reporters (e.g. Willamette Week))
  - Pull quotes/video of Jeff Heatherington saying that Family Care gives their providers the commercial reimbursement rate.
    - Showcase that Family Care is outlier in taking advantage of taxpayer money to give more funding to providers and is now asking for more taxpayer money (i.e. settlement funding) because business model of providing commercial rate reimbursement isn't working.

Op-ed to Lund Report from Lynne focused on Q3 leg report that talks about the success of the CCOs and showcases the 3.4% cost containment and the financial strength of the CCOs. Include graph that shows cash and investments from 2014-mid 2016 (Family Care numbers are huge compared to everyone else).

## Audiences:

| Audience | Values/Concerns at Play | Communication Objectives and Messaging | Pathways and Tools | Messengers or Information |
|---|---|---|---|---|
| Legislators | Transparency Political implications | Showcase success of CCOs and position Family Care as outlier | Earned Media | OHA Leadership |
| CCOs | Stability of the system. Equity among CCOs. Predictability in rate-setting. | Transparency around dispute resolution. | CCO Bulletin Calls Meetings | OHA Leadership |
| Health | Better outcomes and | Showcase success of | Earned Media | OHA |

OHA_LIT_00550081

Exhibit 27
Page 5 of 7

**Attorney-Client Privilege**
**[Family Care Dispute Resolution]**
**COMMUNICATIONS PLAN**



| Care opinion leaders | lower costs in health care. OHA's effectiveness in leading health system transformation in OR. | CCO system and position Family Care as outlier. | | leadership |
|---|---|---|---|---|
| | | | | |
| | | | | |

## Timeline and Tactics:

### Jan and Early Feb
Work with Kath Nass, Janell Evans, Chelsea Guest and Jeff Fritsche to have data prepped and ready to provide to reporters about Family Care financial info. - already started process

Identify key legislators to start providing key information to about Family Care practices and financial information. – work with Jeston

### Week of January 23rd-
While pitching reporters on the Q3 Legislative report alert them (off the record) to Family Care dispute and showcase the financial section of report (particularly the cash and investments page).
- Jeff Manning- The Oregonian
- Nigel Jaquiss- Willamette Week
- Nick Budnick- Portland Tribune

### January 31st
Op-ed from Lynne in Lund Report

### February-May
Offensive plan within Capitol to get good data, information and stories distributed about Family Care. Use legislators, legislative staff and lobbyists to spread info and stories.

Use media to continue to highlight Family Care as outlier and look for opportunities to hurt their credibility in the news (i.e. try to get an investigative reporter (e.g. Nigel Jaquiss) to look into key areas of business).

## Products and Deliverables:
Data prepped and ready
Op-ed from Lynne for Lund Report
Stories from OHP members who chose Health Share over Family Care

3

OHA_LIT_00550082

Exhibit 27
Page 6 of 7

**Attorney-Client Privilege**
**[Family Care Dispute Resolution]**
**COMMUNICATIONS PLAN**



## Metrics:

- Legislators are comfortable with OHA's efforts to settle dispute – based on the number and tenor of calls we receive from legislators.
- Earned media on financial strength of Family Care and its focus on profits.
- Media reports correct Family Care misinformation.
- CCOs are comfortable and informed – based on informal feedback in phone calls/emails.
- Members report little anxiety or disruption – based on a significant increase in calls to Member Services.

4

OHA_LIT_00550083

Exhibit 27
Page 7 of 7