**From:**  Crowell Courtney W
**To:**  Nigel Jaquiss
**Sent:**  3/1/2017 9:47:12 AM
**Subject:**  OHA Statement on FamilyCare

Nigel,

I wanted to pass along the statement that OHA has provided to media about the FamilyCare legal action. Let me know if you have any questions about this or would like more information. Also, if you have questions about the financial information that OHA provides on a quarterly basis about the finances related to CCOs, I recommend you check out the legislative quarterly reports:

Quarter 1: https://www.oregon.gov/oha/analytics/Documents/LegislativeReport_Q1_2016.pdf
Quarters 2 & 3: http://www.oregon.gov/oha/analytics/Documents/LegislativeReport_Q2-Q3_2016.pdf

Thanks,
Courtney

**Oregon Health Authority Response to FamilyCare Legal Action**

Yesterday, the Oregon Health Authority (OHA) was notified that FamilyCare has filed their third lawsuit against the state --- all of which were targeted at increasing their compensation.

"Although we are never pleased to see an issue move to litigation, we are pleased to have a definitive forum for resolving this matter with FamilyCare," said Lynne Saxton, Director, Oregon Health Authority. "From the beginning, this disagreement has been driven by FamilyCare's goal to be paid more Medicaid dollars. OHA has been transparent about the rate development process for all 16 coordinated care organizations (CCOs) in Oregon. OHA's rates paid to CCOs must be reviewed and approved by the Centers for Medicare and Medicaid Services (CMS). Changes to the rate for one CCO, will impact the other 15 CCOs. Rates are based on a variety of factors including the demographics of the population served. The 2015 rate development process was revised to meet FamilyCare's specific request and concerns. It is unfortunate that since they didn't get the rate they wanted for 2017, based on that same revised methodology, they are again moving to legal action."

OHA is committed to the health and well-being of the nearly 1 million Oregonians who are served by the Oregon Health Plan, and that depends on the financial strength and stability of the CCOs that serve them. OHA works hard to ensure that all 16 regional CCOs – including FamilyCare-- thrive in Oregon's coordinated model of care.

OHA has been pleased with the performance of Oregon's CCOs as they continue to provide better health outcomes to more Oregonians, while keeping Oregon's 3.4% cost containment commitment to the federal government. In fact, as Congress continues to debate health care at the national level and Oregon is seen as a promising model for other states to provide innovative care while containing costs, this commitment to 3.4% growth – and keeping Oregon's CCOs within this 3.4% growth -- will only become more important.

"This is a simple case of fairness. The rates OHA pays to CCOs are matched to the risk of the population served," said Saxton. "The state is committed to cost containment measures and it would not be fair to give FamilyCare a preferential rate because of their business decisions."

Oregon and its actuaries are not responsible for business decisions CCOs make that affect their operating margin and thus the rates assigned by the state. The CCO model in Oregon is based on giving the CCOs a global budget and the responsibility for making their own business decisions to serve their members within that budget, which is based on Oregon's commitment to limit our annual rate of growth to 3.4%. This commitment is also reflected in recent renewal of Oregon's Medicaid waiver in effect for the next five years.

###



Darla
EXHIBIT NO. 1093
7-25-2018
Schmitt Reporting

OHA_LIT_00084975

Exhibit 28
Page 1 of 2

**Courtney Warner Crowell**
*Communications Officer*
External Relations Division
Portland, Oregon
Courtney.w.crowell@state.or.us
cell: 971-712-6503



CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

OHA_LIT_00084976

Exhibit 28
Page 2 of 2