

# OREGON HEALTH PLAN

## Amended and Restated

## HEALTH PLAN SERVICES CONTRACT

## Coordinated Care Organization

## Contract # 143114-12

## with

## *FamilyCare, Inc.*

137996528.1

Exhibit 29
Page 1 of 14

FCI0359564

Coordinated Care Organization – Amended and Restated                                        Effective: January 1, 2018

## Table of Contents

I.    Effective Date and Duration ................................................................................. 7
II.   Contract in its Entirety ....................................................................................... 8
III.  Vendor or Sub-Recipient Determination ............................................................. 9
IV.   Status of Contractor ............................................................................................. 9
V.    Enrollment Limits and Service Area..................................................................... 9
VI.   Interpretation and Administration of Contract................................................... 10
VII.  Contractor Data and Certification....................................................................... 11
VIII. Signatures............................................................................................................ 13
Exhibit A - Definitions................................................................................................. 15
Exhibit B –Statement of Work - Part 1 – Governance and Organizational Relationships ................................. 29
   1.   Governing Board and Governance Structure...................................................... 29
   2.   Community Advisory Council (CAC)................................................................. 29
   3.   Clinical Advisory Panel (CAP).......................................................................... 30
   4.   Community Health Assessment (CHA) and Community Health Improvement Plan (CHP) .................. 30
   5.   Innovator Agent and Learning Collaborative ..................................................... 32
   6.   Children's System of Care Governance Structure ............................................. 32
Exhibit B –Statement of Work - Part 2 – Covered and Non-Covered Services ................................. 34
   1.   Covered Services ............................................................................................... 34
   2.   Provision of Covered Service ............................................................................ 35
   3.   Authorization or Denial of Covered Services..................................................... 36
   4.   Covered Service Components............................................................................. 38
   5.   Optional Covered Services with Care Coordination........................................... 55
   6.   Non-Covered Health Services with Care Coordination....................................... 55
   7.   Non-Covered Health Services without Care Coordination.................................. 56
   8.   Health-Related Services ..................................................................................... 56
Exhibit B –Statement of Work - Part 3 – Patient Rights and Responsibilities, Engagement and Choice........... 58
   1.   Member and Member Representative Engagement and Activation ...................... 58
   2.   Member Rights under Medicaid ......................................................................... 58
   3.   Provider's Opinion............................................................................................. 60
   4.   Informational Materials and Education of Members and Potential Members........ 61
   5.   Grievance System .............................................................................................. 62
   6.   Enrollment and Disenrollment............................................................................ 63
   7.   Identification Cards............................................................................................ 67
   8.   Marketing to Potential Members ........................................................................ 68
Exhibit B –Statement of Work - Part 4 – Providers and Delivery System ..................................... 70
   1.   Integration and Coordination.............................................................................. 70
   2.   Access to Care.................................................................................................... 70
   3.   Delivery System and Provider Capacity ............................................................. 73
   4.   Delivery System Features................................................................................... 75
   5.   Delivery System Dependencies .......................................................................... 78
   6.   Evidence-Based Clinical Practice Guidelines..................................................... 80
   7.   Health Promotion and Prevention....................................................................... 80
   8.   (Reserved) ......................................................................................................... 81
   9.   Patient Centered Primary Care Homes (PCPCH)................................................ 81
   10.  Subcontract Requirements .................................................................................. 81
   11.  Adjustments in Service Area or Enrollment ....................................................... 84

137996528.1

Exhibit 29
Page 2 of 14
FCI0359565

Coordinated Care Organization – Amended and Restated                    Effective: January 1, 2018

Exhibit B –Statement of Work - Part 5 – Health Equity and Elimination Health Disparities ........................... 87
Exhibit B –Statement of Work - Part 6 – Value-Based Payment .................................................................. 88
Exhibit B –Statement of Work - Part 7 – Health Information Systems .......................................................... 89
Exhibit B –Statement of Work - Part 8 – Operations .................................................................................... 92
    1.  Accountability and Transparency of Operations ................................................................................. 92
    2.  Privacy, Security and Retention of Records ....................................................................................... 93
    3.  Payment Procedures ......................................................................................................................... 94
    4.  Claims Payment ............................................................................................................................... 95
    5.  Medicare Payers and Providers ........................................................................................................ 97
    6.  Eligibility Verification for Fully Dual Eligible Members .................................................................. 98
    7.  Encounter Claims Data ..................................................................................................................... 98
    8.  Encounter Claims Data (Non-Pharmacy) ....................................................................................... 100
    9.  Encounter Pharmacy Data .............................................................................................................. 100
  10.  Administrative Performance Program ............................................................................................. 101
  11.  Third Party Liability and Personal Injury Liens .............................................................................. 103
  12.  Drug Rebate Program ..................................................................................................................... 105
  13.  All Payers All Claims (APAC) Reporting Program ........................................................................ 106
  14.  Prevention/Detection of Fraud, Waste and Abuse .......................................................................... 106
  15.  Abuse Reporting and Protective Services ....................................................................................... 111
  16.  Disclosure of Ownership Interest ................................................................................................... 112
  17.  Upon renewal or extension of the Contract ..................................................................................... 113
  18.  Credentialing .................................................................................................................................. 114
  19.  Subrogation .................................................................................................................................... 117
  20.  Contractor's Board of Directors ...................................................................................................... 117
Exhibit B –Statement of Work - Part 9 – Quality, Transformation, Performance Outcomes and Accountability
     118
    1.  Overview ........................................................................................................................................ 118
    2.  Transformation and Quality Strategy Requirements ....................................................................... 118
    3.  Revised Transformation and Quality Strategy ................................................................................ 120
    4.  Transformation and Quality Strategy Monitoring and Compliance Review ..................................... 120
    5.  Transformation and Quality Strategy Deliverables ......................................................................... 120
    6.  Goals for Transformation and Quality Strategy Amendments ......................................................... 121
    7.  Quality and Performance Outcomes ................................................................................................ 121
    8.  Performance Measurement and Reporting Requirements ................................................................ 121
    9.  Quality Performance Improvement Projects .................................................................................... 122
  10.  Program Requirements .................................................................................................................... 123
  11.  Monitoring and Compliance Review ............................................................................................... 124
  12.  Quality Pool ................................................................................................................................... 125
Exhibit C – Consideration ........................................................................................................................... 129
    1.  Payment Types and Rates ............................................................................................................... 129
    2.  Payment in Full .............................................................................................................................. 131
    3.  Changes in Payment Rates .............................................................................................................. 131
    4.  Timing of CCO Payments ............................................................................................................... 132
    5.  Settlement of Accounts ................................................................................................................... 133
    6.  CCO Risk Corridor ......................................................................................................................... 135
    7.  Global Payment Rate Methodology ................................................................................................. 139
    8.  Administrative Performance Withhold ............................................................................................ 140
    9.  Quality Pool .......................................................................................................**Error! Bookmark not defined.**
  10.  Minimum Medical Loss Ratio: ....................................................................................................... 140

137996528.1

Exhibit 29
Page 3 of 14
FCI0359566

11. Intent to Amend Rates; Automatic Termination, If Not Amended .......... **Error! Bookmark not defined.**
Exhibit C – Consideration - Attachment 1 – CCO Payment Rates.................................................. 142
Exhibit D – Standard Terms and Conditions .................................................................................. 143
   1.  Governing Law, Consent to Jurisdiction ........................................................................... 143
   2.  Compliance with Applicable Law ...................................................................................... 143
   3.  Independent Contractor...................................................................................................... 144
   4.  Representations and Warranties.......................................................................................... 144
   5.  (Reserved) .......................................................................................................................... 145
   6.  Funds Available and Authorized; Payments...................................................................... 145
   7.  Recovery of Overpayments................................................................................................ 145
   8.  (Reserved) .......................................................................................................................... 145
   9.  Indemnity ........................................................................................................................... 145
  10. Default; Remedies; and Termination ................................................................................. 146
  11. Limitation of Liabilities ..................................................................................................... 151
  12. Insurance ............................................................................................................................ 151
  13. Access to Records and Facilities........................................................................................ 152
  14. Information Privacy/Security/Access ................................................................................. 152
  15. Force Majeure .................................................................................................................... 153
  16. Foreign Contractor ............................................................................................................. 153
  17. Assignment of Contract, Successors in Interest................................................................. 153
  18. Subcontracts ....................................................................................................................... 153
  19. No Third Party Beneficiaries ............................................................................................. 154
  20. Amendments ...................................................................................................................... 154
  21. Waiver................................................................................................................................. 155
  22. Severability ........................................................................................................................ 155
  23. Survival .............................................................................................................................. 155
  24. Notices ............................................................................................................................... 155
  25. Construction ....................................................................................................................... 156
  26. Headings ............................................................................................................................ 156
  27. Merger Clause .................................................................................................................... 156
  28. Counterparts ....................................................................................................................... 156
  29. Equal Access....................................................................................................................... 157
  30. Media Disclosure ............................................................................................................... 157
  31. Mandatory Reporting ......................................................................................................... 157
  32. OHA Compliance Review .................................................................................................. 157
  33. Conditions that May Result in Sanctions........................................................................... 158
  34. Range of Sanctions Available ............................................................................................ 159
  35. Sanction Process ................................................................................................................ 161
  36. Notice to CMS of Contractor Sanction.............................................................................. 161
Exhibit E - Required Federal Terms and Conditions...................................................................... 162
   1.  Miscellaneous Federal Provisions...................................................................................... 162
   2.  Equal Employment Opportunity ........................................................................................ 162
   3.  Clean Air, Clean Water, EPA Regulations ........................................................................ 162
   4.  Energy Efficiency .............................................................................................................. 163
   5.  Truth in Lobbying............................................................................................................... 163
   6.  HIPAA Compliance ........................................................................................................... 164
   7.  Resource Conservation and Recovery ............................................................................... 165
   8.  Audits.................................................................................................................................. 165
   9.  Debarment and Suspension ................................................................................................ 165

137996528.1

Exhibit 29
Page 4 of 14

FCI0359567

10. Drug-Free Workplace ................................................................................................ 166
11. Pro-Children Act ..................................................................................................... 167
12. Additional Medicaid and CHIP .............................................................................. 167
13. Agency-based Voter Registration ........................................................................... 167
14. Clinical Laboratory Improvements ......................................................................... 167
15. Advance Directives ................................................................................................. 168
16. Practitioner Incentive Plans (PIP) .......................................................................... 168
17. Risk HMO ............................................................................................................... 168
18. Conflict of Interest Safeguards ............................................................................... 169
19. Non-Discrimination ................................................................................................ 170
20. OASIS ..................................................................................................................... 170
21. Patient Rights Condition of Participation .............................................................. 170
22. Federal Grant Requirements ................................................................................... 170
23. Mental Health Parity ............................................................................................... 171
Exhibit F – Insurance Requirements ................................................................................ 173
Exhibit G – Reporting of Delivery System Network Providers, Cooperative Agreements, and Hospital Adequacy ........................................................................................................ 175
  1.  Delivery System Network (DSN) Reports ............................................................. 175
  2.  Hospital Network Adequacy .................................................................................. 180
Exhibit H – Physician Incentive Plan Regulation Guidance ........................................... 182
Exhibit I – Grievance System .......................................................................................... 188
  1.  Grievance System .................................................................................................. 188
  2.  Grievances .............................................................................................................. 189
  3.  Notice of Adverse Benefit Determination ............................................................. 190
  4.  Handling of Appeals .............................................................................................. 193
  5.  Contested Case Hearing Request ........................................................................... 196
  6.  Continuation of Benefits While the Contractor Appeal and Contested Case Hearing is Pending: ........ 197
  7.  Implementation of Reversed Appeal Resolution ................................................... 198
  8.  Final Order ............................................................................................................. 198
  9.  Documentation and Quality Improvement ............................................................ 198
Exhibit J - Review Tool for CCO Informational Materials and Member Education ........ 200
Exhibit J – Appendix - Review Tool ................................................................................ 201
Exhibit L – Solvency Plan and Financial Reporting ........................................................ 209
  A.  Overview of Solvency Plan and Financial Reporting ............................................ 209
  1.  Background/Authority ............................................................................................ 209
  2.  Definitions .............................................................................................................. 209
  3.  Methods for Solvency Plan Financial Reporting ................................................... 209
  4.  Contractor Status: .................................................................................................. 210
  B.  Method A-OHA Approval of Solvency Plan and Financial Reporting .................. 210
  1.  Glossary of Terms .................................................................................................. 210
  2.  Audited Financial Statements: ............................................................................... 211
  3.  Quarterly Financial Reports: .................................................................................. 212
  4.   Annual Reporting Requirements ........................................................................... 213
  5.  Assumption of Risk/Private Market Reinsurance: ................................................ 214
  6.  Restricted Reserve Requirement: ........................................................................... 214
  7.   Net Worth Requirement: ....................................................................................... 217
  8.   Appeal Process: ..................................................................................................... 218
  C.  Method B-DCBS Approval of Solvency Plan and Financial Reporting ................ 219
  1.  Annual Financial Statements and Supplemental Filings: ...................................... 219

137996528.1

Exhibit 29
Page 5 of 14
FCI0359568

2.  Audited Financial Statements: ................................................................................................ 219
3.  Quarterly Financial Reports: .................................................................................................. 220
4.  Assumption of Risk/Private Market Reinsurance: ................................................................. 220
5.  Restricted Reserve Requirement: ........................................................................................... 221
6.  Net Worth Requirement: ........................................................................................................ 221
7.  Financial Statement Filing Information and Resources ......................................................... 221
8.  Appeal Process: ...................................................................................................................... 222
D.  Method C-DCBS Certificate of Authority as a Licensed Insurer Financial Reporting ......... 222
1.  Glossary of Terms .................................................................................................................. 222
2.  Audited Financial Statements: ................................................................................................ 222
3.  Quarterly Financial Reports: .................................................................................................. 224
4.  Annual Reporting Requirements ............................................................................................ 225
5.  Assumption of Risk/Private Market Reinsurance: ................................................................. 225

137996528.1

Exhibit 29
Page 6 of 14

FCI0359569

In compliance with the Americans with Disabilities Act, this document is available in alternate formats such as Braille, large print, audio recordings, Web-based communications and other electronic formats. To request an alternate format, please send an e-mail to dhs-oha.publicationrequest@state.or.us or call 503-378-3486 (voice) or 503-378-3523 (TTY) to arrange for the alternative format.

**OREGON HEALTH PLAN**

**HEALTH PLAN SERVICES CONTRACT**

**COORDINATED CARE ORGANIZATION**

This Health Plan Services Contract, Coordinated Care Organization Contract # 143114-12 ("Contract") is between the State of Oregon, acting by and through its Oregon Health Authority, hereinafter referred to as "OHA", and

***FamilyCare, Inc.***
**825 NE Multnomah St.**
**Suite 1400**
**Portland, Oregon 97232**

hereinafter referred to as "Contractor." OHA and Contractor are referred to as the "Parties".

The Contract, as originally adopted effective January 1, 2014, and as previously amended, is hereby further amended and restated in its entirety. The amendment and restatement of this Contract do not affect its terms and conditions for Work prior to the effective date of this Amended and Restated Contract.

Work to be performed under this Contract relates principally to the following Division of OHA:

Division of Medical Assistance Programs (DMAP)
500 Summer Street NE, E35
Salem, Oregon 97301
Contract Administrator:  Kathy Cereghino or delegate
Phone:  503-947-5522
Fax: 503-945-5972
Email:  katherine.j.cereghino@state.or.us

**I.      Effective Date and Duration**

    **A.**    This Amended and Restated Contract is effective January 1, 2018 regardless of the date of signature.  This Contract, and the CCO Payment Rates contained herein, is subject to approval by the US Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS).  In the event CMS fails to approve the proposed 2018 CCO Payment Rates prior to the Effective Date, OHA shall pay Contractor at the proposed CCO Payment Rates, subject to adjustment upon OHA's receipt of CMS approval or modification of the proposed CCO Payment Rates.  Unless terminated earlier in accordance with its terms, this Contract expires on January 31, 2018. Contract termination does not extinguish or prejudice DHS' right to enforce this

Exhibit 29
Page 7 of 14

FCI0359570

Contract with respect to any default by Contractor that has not been cured. Given the one-month duration of the contract, many Contract provisions pertaining to reporting are unnecessary or require modification. In order to address the provisions that the Parties agree are unnecessary or require modification, the Parties agree that they will negotiate, in good faith, an amendment to this Contract by January 10, 2018.

**B.**    ==The Parties do not intend to extend this Contract.== Contractor shall ensure continuity of the Work by Contractor as outlined in the Professional Services Contract ("PSC") between OHA and Contractor. If there is a conflict between the terms of the Contract and the PSC, the terms of the PSC shall apply.

**C.**    By entering into this Contract, neither party waives or otherwise compromises any claim, defense, or argument asserted, or which could be asserted, in FamilyCare, Inc. v. Oregon Health Authority, Case No. 17-cv-09226, or any claim or argument which Contractor could assert, in any appropriate court, relating to the rate-setting process for rates in 2018, as well as any claim for the loss of enterprise or value as a result of OHA's or others' actions with respect to the rate-setting process in those years.

## II.    Contract in its Entirety

**A.**    This Contract consists of this document together with the following exhibits which are attached hereto and incorporated into this Contract by this reference, and the reporting forms described in Subsection B:

| | |
|---|---|
| **Exhibit A:** | Definitions |
| **Exhibit B:** | Statement of Work |
| **Exhibit C:** | Consideration |
| **Exhibit D:** | Standard Terms and Conditions |
| **Exhibit E:** | Required Federal Terms and Conditions |
| **Exhibit F:** | Insurance Requirements |
| **Exhibit G:** | Delivery System Network Provider and Hospital Adequacy Report Reporting Requirements |
| **Exhibit H:** | Practitioner Incentive Plan Regulation Guidance |
| **Exhibit I:** | Grievance System |
| **Exhibit J:** | Review Tool for CCO Informational Materials and Member Education |
| **Exhibit L:** | Solvency Plan and Financial Reporting |

**B.**    Reporting forms are posted at http://www.oregon.gov/OHA/healthplan/pages/CCO-Contract-Forms.aspx the "Contract Reports Web Site"), and are by this reference incorporated into the Contract. OHA may change the Contract Reports Web Site after notice to Contractor. All completed reporting forms must be submitted by the Contractor's Chief Executive Officer, Chief Financial Officer or an individual who has delegated authority to sign for the reports as designated by the Signature Authorization Form available on the Contract Reports Web Site.

Exhibit 29
Page 8 of 14

FCI0359571

A.　　Contractor's maximum Enrollment limit by Service Area is:

|  |  |
|---|---|
| 49200 | Clackamas County – All Zip Codes |
| 120000 | Multnomah County – All Zip Codes |
| 60000 | Washington County – All Zip Codes |
| 10000 | Marion County –Zip Codes 97002, 97032, 97071, 97362, 97375 and 97381 only |

B.　　Contractor's maximum Enrollment limit is: **232,900.** The maximum Enrollment limit established in this section is expressly subject to such additional Enrollment as may be assigned to Contractor by OHA in Exhibit B, Part 3, Section 6, of this Contract; however, such additional Enrollment does not create a new maximum Enrollment limit.

## VI.　Interpretation and Administration of Contract

A.　　OHA has adopted policies, procedures, rules and interpretations to promote orderly and efficient administration of this Contract and to ensure Contractor's performance. In the provision of services under this Contract, the Contractor and Subcontractors shall comply with all applicable federal, and state laws and regulations, the terms of this Contract, reporting tools/ templates and all amendments thereto, that are in effect on the Effective Date or come into effect during the term of this Contract.

B.　　In interpreting this Contract, the Parties shall construe its terms and conditions as much as possible to be complementary, giving preference to this Contract (without exhibits, schedules or attachments) over any exhibits schedules or attachments.  In the event of any conflict between the terms and conditions in any other exhibits, schedules or attachments, the document earlier in the Table of Contents controls.

C.　　In the event that the Parties need to look outside of this Contract for interpreting its terms, the Parties shall consider only the following sources, as in effect on the Effective Date, in the order of precedence listed:

1.　　The Oregon State Medicaid Plan and any Grant Award Letters, waivers or other directives or permissions approved by CMS for operation of the Oregon Health Plan (OHP).

2.　　The Federal Medicaid Act, Title XIX of the Social Security Act, the Children's Health Insurance Program(CHIP), established by Title XXI of the Social Security Act, and the Patient Protection and Affordable Care Act (PPACA), and their implementing regulations published in the Code of Federal Regulations (CFR), except as waived by CMS for the OHP.

3.　　The Oregon Revised Statutes (ORS) or other enacted Oregon Laws concerning the OHP.

4.　　The Oregon Administrative Rules (OAR) promulgated by OHA prior to the effective date of this Contract or subsequent amendments to the Contract, to implement the OHP.

FCI0359572

**C.**     There are no other Contract documents unless specifically referenced and incorporated in this Contract.

**D.**     The following optional Services are either included or not included in this Contract as follows:

| Included | Not Included | |
|---|---|---|
| **X** | | Benefits and Covered Services for MHO Members Only |
| **X** | | Children's System of Care Wraparound |

**E.**     Contractor's Method for Solvency Plan Financial Reporting under Exhibit L is as follows:

☒     Method A-OHA Approval

☐     Method B-DCBS Approval

☐     Method C-DCBS Certificate of Authority as a Licensed Insurer

## III.     Vendor or Sub-Recipient Determination

In accordance with the State Controller's Oregon Accounting Manual, policy 30.40.00.102, OHA determines that:

☐     Contractor is a sub-recipient;    OR    ☒    Contractor is a vendor.

Catalog of Federal Domestic Assistance (CFDA) #(s) of federal funds to be paid through this Contract: CFDA 93.767 and CFDA 93.778

## IV.     Status of Contractor

**A.**     Contractor is a DNP organized under the laws of Oregon.

**B.**     Contractor designates:

Bill Murray
825 NE Multnomah St. Suite 1400
Portland, Oregon 97232
Phone: 503-734-3147
Fax: 503-222-2392
Email: billm@familycareinc.org

as the point of contact pursuant to Exhibit D, Section 24 of this Contract. Contractor shall notify OHA in writing of any changes to the designated contact.

## V.     Enrollment Limits and Service Area

5.    The OARs promulgated after the effective date of this Contract or subsequent amendments to the Contract, if OHA includes with the rulemaking a statement that the rule either (a) is expected to have de minimis impact on CCO finances and operations; or (b) is required by changes in state law, changes in federal law or written guidance, or changes initiated by CMS in OHA's OHP waivers or state plan.

6.    Other applicable Oregon statutes and OARs concerning the Medical Assistance Program and health services.

D.    If Contractor believes that any provision of this Contract or OHA's interpretation thereof is in conflict with federal or State statutes or regulations, Contractor shall notify OHA in writing immediately.

If any provision of this Contract is in conflict with applicable federal Medicaid or CHIP statutes or regulations that CMS has not waived for the OHP, the Parties shall amend this Contract to conform to the provision of those laws or regulations.

## VII.    Contractor Data and Certification

A.    **Contractor Information.** Contractor shall provide information set forth below. This information is requested pursuant to ORS 305.385.

If Contractor is self-insured for any of the Insurance Requirements specified in Exhibit F of this Contract, Contractor may so indicate by: (i) writing "Self-Insured" on the appropriate line(s); and (ii) submitting a certificate of insurance as required in Exhibit F, Section 9.

### Please print or type the following information

NAME (exactly as filed with the IRS):
FAMILY CARE INC

Street Address: 825 NE MULTNOMAH   SUITE 1400

City, state, zip code: PORTLAND, OREGON   97232

Telephone: (503) 734-3147   Facsimile Number: (503) 734-3197

E-mail address: billm@familycareinc.org

**Is Contractor a nonresident alien, as defined in 26 U.S.C. § 7701(b)(1)?**
**(Check one box):** ☐ YES ☒ NO

Exhibit 29
Page 11 of 14   FCI0359574

Contractor Proof of Insurance:

All insurance listed must be in effect at the time of provision of services under this Amended and Restated Contract.

Professional Liability Insurance Company *Star Indemnity*
Policy # *100005710417* _____ Expiration Date: *10/31/18*

Commercial General Liability Insurance Company *Hartford Casualty*
Policy # *52 SBAVX6377 SC* _____ Expiration Date: *5/1/18*

Auto Insurance Company *Hartford Casualty*
Policy # *52 SBA VX 6377 SC* _____ Expiration Date: *5/1/18*

**Workers' Compensation:** Does Contractor have any subject workers, as defined in ORS 656.027? *(Check one box):* ☑ YES ☐ NO *If YES, provide the following information:*

Workers' Compensation Insurance Company: *SAIF Corporation*
Policy # *944077* _____ Expiration Date: *10/1/2018*

Contractor shall provide proof of Insurance upon request by OHA or OHA designee.

**Business Designation:** (*Check one box*):

☐ Professional Corporation
☐ Limited Partnership
☐ Limited Liability Partnership
☐ Corporation
☐ Other

☑ Nonprofit Corporation
☐ Limited Liability Company
☐ Sole Proprietorship
☐ Partnership

**B.**   Certification.  The Contractor acknowledges that the Oregon False Claims Act, ORS 180.750 to 180.785, applies to any "claim" (as defined by ORS 180.750) that is made by (or caused by) the Contractor and that pertains to this Contract or to the project for which the Contract work is being performed.  The Contractor certifies that no claim described in the previous sentence is or will be a "False Claim" (as defined by ORS 180.750) or an act prohibited by ORS 180.755. Contractor further acknowledges that in addition to the remedies under this Contract, if it makes (or causes to be made) a False Claim or performs (or causes to be performed) an act prohibited under the Oregon False Claims Act, the Oregon Attorney General may enforce the liabilities and penalties provided by the Oregon False Claims Act against the Contractor.  Without limiting the generality of the foregoing, by signature on this Contract, the Contractor hereby certifies that:

1.   Under penalty of perjury, the undersigned is authorized to act on behalf of Contractor and that Contractor is, to the best of the undersigned's knowledge, not in violation of any Oregon Tax Laws.  For purposes of this certification, "Oregon Tax Laws" means a State

Exhibit 29
Page 12 of 14
FCI0359575

tax imposed by ORS 320.005 to 320.150 and 403.200 to 403.250 and ORS Chapters 118, 314, 316, 317, 318, 321 and 323; and local taxes administered by the Department of Revenue under ORS 305.620;

2. The information shown in Part VII, Section A, "Contractor Data and Certification" above is Contractor's true, accurate and correct information;

3. To the best of the undersigned's knowledge, Contractor has not discriminated against and will not discriminate against minority, women or emerging small business enterprises certified under ORS 200.055 in obtaining any required subcontracts;

4. Contractor and Contractor's employees and agents are not included on the list titled "Specially Designated Nationals and Blocked Persons" maintained by the Office of Foreign Assets Control of the United States Department of the Treasury and currently found at: http://www.treasury.gov/resource-center/sanctions/SDN-List/Pages/default.aspx;

5. Contractor is not listed on the non-procurement portion of the General Service Administration's "List of Parties Excluded from Federal procurement or Nonprocurement Programs" found at: https://www.sam.gov/portal/public/SAM/ or such alternative system required for use by Medicaid programs;

6. Contractor is not subject to backup withholding because:

   a. Contractor is exempt from backup withholding;

   b. Contractor has not been notified by the IRS that Contractor is subject to backup withholding as a result of a failure to report all interest or dividends; or

   c. The IRS has notified Contractor that Contractor is no longer subject to backup withholding.

7. Contractor is an independent contractor as defined in ORS 670.600.

C. Contractor is required to provide their Federal Employer Identification Number (FEIN) or Social Security Number (SSN) as applicable to OHA. By Contractor's signature on this Contract, Contractor hereby certifies that the FEIN or SSN provided is true and accurate. If this information changes, Contractor is required to provide OHA with the new FEIN or SSN within 10 days.

VIII. Signatures

CONTRACTOR, BY EXECUTION OF THIS CONTRACT, HEREBY ACKNOWLEDGES THAT CONTRACTOR HAS READ THIS CONTRACT, UNDERSTANDS IT, AND AGREES TO BE BOUND BY ITS TERMS AND CONDITIONS.

CONTRACTOR
By _____          12/22/17

Exhibit 29
Page 13 of 14
FCI0359576

Coordinated Care Organization – Amended and Restated                    Effective: January 1, 2018

Authorized                                          Date

Printed Name: _WILLIAM H MURRAY_        12/22/2017

Title _COO_

## OHA - DIVISION OF MEDICAL ASSISTANCE PROGRAMS

By _____                December 22, 2017

Patrick Allen, Oregon Health Authority Director       Date
Printed Name___ Patrick M. Allen

Approved as to Legal Sufficiency:

Electronic approval by: Theodore Falk, Attorney-In-Charge, Health and Human Services Section, on December 22, 2017; email in Contract file.

Reviewed by OHA Contract Administration:

By _____                _12/22/17_
Kathy Cereghino, Contract Administrator          Date

Exhibit 29
Page 14 of 14     FCI0359577