_____

| | |
|---|---|
| **From:** | Lacey Cindy on behalf of Actuarial Services |
| **To:** | Bill Murray; Kevin Clancy; Lisa Jones |
| **CC:** | Actuarial Services; GUEST Chelsea A; Frazier Calah C |
| **Sent:** | 2/28/2018 5:03:38 PM |
| **Subject:** | 2018 Rate Update - FamilyCare |
| **Attachments:** | OR CY18 Rate Update Exhibit 2018-01-22 FamilyCare.xlsx; OR CY18 Rates - Regional Rate Model (TriCounty) 2018.01.16 Masked.xlsb; OR CY18 Rates - MH Only Regional Rate Model (TriCounty) 2018.01.16 Maske....xlsb; 201801_FamilyCare_Estab_ALL.PDF; Oregon Revised CY18 Rate Certification Final 2018.02.28.zip |

*Sent on behalf of Chelsea Guest*

Dear FamilyCare,

Attached is your final rate package for the CY18 retroactive rate amendment (i.e. MCO tax, redetermination, etc.) and includes the following items:

- CY18 CCO-specific rate development summary
- CY18 Regional Rate Model (CCO-A & CCO-B)
- CY18 Regional Mental Health Only (CCO-E & CCO-G)
- CY18 Contract Rate Sheets
- CY18 Updated Rate Certification

Thank you,

**Chelsea A. Guest**
Manager, Actuarial Services Unit
OREGON HEALTH AUTHORITY
Fiscal and Operations Division
Chelsea.A.Guest@dhsoha.state.or.us
Mobile: (503) 383-6260
http://www.oregon.gov/OHA

OHA_LIT_01053251
OHA_LIT_01053251
Exhibit 30
Page 1 of 1