**Stephen F. English** (OSB No. 730843)
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>Defendants. | Case No. 6:18-cv-00296-MO<br><br>**STIPULATED MOTION TO REVISE EXPERT WITNESS DEADLINES** |

STIPULATED MOTION TO REVISE EXPERT
WITNESS DEADLINES

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000

The parties jointly move to amend the trial Management Order, ECF 503, to revise the following expert witness deadlines to accommodate the exchange of rebuttal expert reports and associated filings.

| Current Due Date | Proposed Due Date | Deadline |
| --- | --- | --- |
| 1/25/2022 | 2/28/22 | Exchange of Initial Expert Reports |
| N/A | 3/21/22 | Exchange of Rebuttal Expert Reports |
| 3/12/2022 | 3/21/22 | Plaintiff's expert statements |
| 3/21/2022 | No change | Defendants' expert statements |

IT IS SO STIPULATED.

DATED:  January 25, 2022

PERKINS COIE LLP

By: *s/ Matthew P. Gordon*
    **Stephen F. English** (OSB No. 730843)
    SEnglish@perkinscoie.com
    **Thomas R. Johnson** (OSB No. 010645)
    TRJohnson@perkinscoie.com
    **Matthew J. Mertens** (OSB No. 146288)
    MMertens@perkinscoie.com
    **Sasha Petrova** (OSB No. 154008)
    SPetrova@perkinscoie.com
    PERKINS COIE LLP
    1120 N.W. Couch Street, Tenth Floor
    Portland, Oregon 97209-4128
    Telephone: 503.727.2000

    **Matthew P. Gordon** (admitted *pro hac vice*)
    MGordon@perkinscoie.com
    **David B. Robbins** (OSB No. 070630)
    DRobbins@perkinscoie.com
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: 206.359.8000

    *Attorneys for Plaintiff FamilyCare, Inc.*

1-      STIPULATED MOTION TO REVISE EXPERT WITNESS DEADLINES

DATED:  January 25, 2022

**MARKOWITZ HERBOLD PC**

By:*s/ Harry B. Wilson*
    **David B. Markowitz** (OSB No. 742046)
    davidmarkowitz@markowitzherbold.com
    **Laura R. Salerno Owens** (OSB No. 076230)
    laurasalerno@markowitzherbold.com
    **Harry B. Wilson** (OSB No. 077214)
    harrywilson@markowitzherbold.com
    **Anit K. Jindal** (OSB No. 171086)
    anitjindal@markowitzherbold.com
    **Anna Marie Joyce** (OSB No. 013112)
    annajoyce@markowitzherbold.com
    **Dallas S. DeLuca** (OSB No. 072992)
    dallasdeluca@markowitzherbold.com
    **Vivek Kothari** (OSB No. 182089)
    vivekkothari@markowitzherbold.com
    1455 SW Broadway, Suite 1900
    Portland, OR 97201
    Telephone: 503.295.3085

**OREGON DEPARTMENT OF JUSTICE**

    **Carla Scott** (OSB No. 054725)
    carla.a.scott@doj.state.or.us
    100 SW Market Street
    Portland, OR 97201
    Telephone: 971.673.1880

    *Attorneys for Defendant Oregon Health Authority*

DATED: January 25, 2022

**BARRAN LIEBMAN LLP**

By:*s/Chris M. Morgan*
    **Chris M. Morgan** (OSB No. 175384)
    cmorgan@barran.com
    **Edwin A. Harnden** (OSB No. 721129)
    eharnden@barran.com
    601 SW Second Avenue, Suite 2300
    Portland, OR 97201
    Telephone: 503.228.0500

    *Attorneys for Defendant Lynne Saxton*

2-    STIPULATED MOTION TO REVISE EXPERT
    WITNESS DEADLINES