**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

Special Assistant Attorneys General for Defendant Oregon
Health Authority, an agency of the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | Case No. 6:18-cv-00296-MO |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ANNA M. JOYCE** |
| v. | |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON, | |
| Defendants. | |

Notice is hereby given that Anna M. Joyce, OSB No. 013112, withdraws as counsel of

record for Defendant Oregon Health Authority, an agency of the State of Oregon.

David B. Markowitz, Harry B. Wilson, and Laura Salerno Owens remain as counsel for

Defendant Oregon Health Authority, an agency of the State of Oregon.

**Page 1 -   NOTICE OF WITHDRAWAL OF ANNA M. JOYCE**

DATED this 25th day of January, 2022.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON


By:    *s/Harry B. Wilson*

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for
Defendant Oregon Health Authority, an
agency of the State of Oregon*

FAMIOR\1239519

**Page 2 -   NOTICE OF WITHDRAWAL OF ANNA M. JOYCE**