**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Tele: (503) 295-3085
Fax: (503) 323-9105

      Special Assistant Attorneys General for Defendant Oregon
      Health Authority, an agency of the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                          Plaintiff,<br><br>      v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON,<br><br>                          Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF HARRY B. WILSON IN SUPPORT OF OREGON HEALTH AUTHORITY'S PARTIAL MOTION FOR SUMMARY JUDGMENT ON FAMILYCARE'S THIRD CLAIM FOR RELIEF** |

I, Harry B. Wilson declare:

1.    I am an attorney with Markowitz Herbold PC and a Special Assistant Attorney General for the Oregon Health Authority ("OHA") in the above-captioned matter. I make this declaration of my own personal knowledge. The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2.    Attached are true and correct copies of the following documents:

| Exhibit No. | Date | Description |
|---|---|---|
| 1. | 7/16/18 | Excerpts of FamilyCare, Inc.'s 30(b)(6) deposition witness William Murray's testimony. ("7/16/18 FamilyCare 30(b)(6) Dep.") |

**Page 1 -  DECLARATION OF HARRY B. WILSON IN SUPPORT OF OREGON HEALTH AUTHORITY'S PARTIAL MOTION FOR SUMMARY JUDGMENT ON FAMILYCARE'S THIRD CLAIM FOR RELIEF**

| Exhibit No. | Date | Description |
|---|---|---|
| 2. | 7/27/18 | Excerpts of William H. Murray's deposition testimony ("7/27/18 Murray Dep.") |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 28, 2022.

*s/ Harry B. Wilson*
Harry B. Wilson, OSB #077214

1240839

**Page 2 -    DECLARATION OF HARRY B. WILSON IN SUPPORT OF OREGON HEALTH AUTHORITY'S PARTIAL MOTION FOR SUMMARY JUDGMENT ON FAMILYCARE'S THIRD CLAIM FOR RELIEF**