UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

|  |  |  |
|---|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | No. 6:18-CV-00296-MO |
| OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and PATRICK ALLEN, both individually and in his official capacity as Director of Oregon Health Authority, and LYNNE SAXTON, | ) ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

VIDEOTAPE DEPOSITION OF

WILLIAM H. MURRAY

Taken in behalf of Oregon Health Authority

\* \* \*

July 27, 2018

1120 N.W. Couch, 10th Floor

Portland, OR 97209

Shannon K. Krska,

CSR, CCR

Court Reporter

William H. Murray, 7/27/2018        FamilyCare v. OHA, et al.

2

                          APPEARANCES:

For the Plaintiff FamilyCare, Inc.:

MR. THOMAS R. JOHNSON
Perkins Coie
Tenth Floor
1120 N.W. Couch Street
Portland, OR 97209
503.727.222
TRJohnson@perkinscoie.com


For the Defendant FamilyCare:

MR. MATTHEW A. LEVIN and MS. BRITTANY M. SIMPSON
Special Assistant Attorney Generals
Markowitz Herbold PC
Suite 3000
1211 S.W. Fifth Avenue
Portland, OR 97204
503.295.3085
MattLevin@MarkowitzHerbold.com


Also Present:  Artur Suchorzewski and Camille
Schmitt - videographer

                 Schmitt Reporting & Video, Inc.
        (360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

William H. Murray, 7/27/2018        FamilyCare v. OHA, et al.

69

paying DOs at the same reimbursement rate as MDs?

A. What do you mean by "negative"?

Q. Let's go back to the concept of efficient use of health care dollars. Do you think there's anything inefficient, IE wasteful, about paying DOs at the same rate as MDs?

A. No, I do not. They're licensed to practice and I don't see anything in that regard.

Q. We've talked about employees of FamilyCare. Now I want to talk about board members. And I'm going to ask very similar questions.

Do you remember having any conversation with any board member of FamilyCare where the board member expressed concerns about decisions that FamilyCare was making or had made?

A. Let me first talk about I had relatively limited board interactions. My responses would be based on my limited interaction, you know, with board members.

I attended some but not all board meetings. I attended or was asked to attend some of the subcommittee or committee meetings

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

William H. Murray, 7/27/2018          FamilyCare v. OHA, et al.

70

of the board.  But I -- I generally did not have separate conversations with board members other than conversations that occurred in the meetings.

Q.    Okay.  So let's break that out.

A.    That was a long preface --

Q.    Yes.

A.    -- here, but I wanted to make sure you understood what my interaction was with the board -- or has been with the board members.

Q.    Let's just focus on that subset of conversations --

A.    Okay.

Q.    -- you had outside of board meetings and committee meetings.  Do you remember any conversations outside of those settings with board members where they expressed concern about decisions that FamilyCare had made or was considering?

A.    I remember having very, very, very few of those type of conversations.  I remember -- I remember one call related to -- in December, close to the time of the -- the whole contract situation, where a board member --

Q.    This is what year are we talking about?

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

William H. Murray, 7/27/2018          FamilyCare v. OHA, et al.

71

A.   2017.

Q.   Okay.

A.   December.

Q.   Go ahead.

A.   Where Joe Hromko, who was a board member, called and just said I'm concerned and he wanted to express his concern.

Q.   What --

A.   A concern for FamilyCare.  Not concern -- it was concern for FamilyCare's future --

Q.   Was this --

A.   -- so --

Q.   -- a conversation between just you and Mr. Hromko?

A.   Yeah.  He called me and said -- I think he called me and said how are you doing is what he called for.

Q.   What did you tell him?

A.   I said it's interesting times and we're up against a big hurdle here.

Q.   Do you remember anything else about the conversation other than him inquiring about how you were doing?

A.   It was -- it was about -- it was basically about how I -- he -- he did call

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Ex. 2 - Wilson Decl.
Page 5 of 15

William H. Murray, 7/27/2018          FamilyCare v. OHA, et al.

72

'cause he was concerned.  His comment was how are you doing?  I mean, that was what it was about.  And we talked brief -- it probably was no more than a ten-minute at most, maybe five-minute conversation.  And it was more about, you know, things aren't looking good because the rates -- we hadn't been able to move the rates and that the loss expectation was -- was large, and we had just a very brief conversation about that.

Q.    Did you discuss, at that point, whether FamilyCare was going to go out of business or not?

A.    We didn't have any discussion like that.  It was more just, you know, how -- how are things.

Q.    And what -- what was the report you gave him about how things were?

A.    Just what I said, we're trying as hard as we can.  I think I talked to him about the plan that we had in place -- or I believed we had in place where we were working on actively getting information with -- with OHA about adjustments to the rates.  And we had a plan for doing that by the end of the month.  And I --

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Ex. 2 - Wilson Decl.
Page 6 of 15

William H. Murray, 7/27/2018        FamilyCare v. OHA, et al.

73

once again, it was probably very -- not it probably was, it was a very brief conversation.

Q.   So other than that conversation, do you remember having any other conversations --

A.   I --

Q.   -- outside of the formal meetings with board members about decisions made by FamilyCare or about to be made?

A.   I -- I really don't recall any separate conversations.  I mean, I would -- basically saw board members at either a board meeting or a committee meeting or occasionally at some FamilyCare function, but generally there was no business discussion at those type of functions, like Christmas dinner or whatever.

Q.   You said "generally".  Can you remember --

A.   Well --

Q.   -- remember anything?

A.   -- when my only relationship, principal relationship with them, is a business relationship you talk about business but not in the -- it's a courtesy conversation.  It wasn't any substantive this is what we need to do, let's talk about the five things we need to do,

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

William H. Murray, 7/27/2018          FamilyCare v. OHA, et al.

74

that type of stuff.

Q.   You said "courtesy".  Did you mean cursory?

A.   Yes, cursory.

Q.   Okay.  That makes more sense to me.

Do you remember --

A.   It might have been a courtesy conversation when he came up to talk to me, yes. So I -- probably both are true.

Q.   Yeah.  It could make sense.

A.   Yeah.

Q.   All right.  Now let's include within the universe of conversations anything which would have included meetings as part of committee meetings or board meetings.  Do you remember ever hearing any board member express concerns that FamilyCare reimbursement rates were too high?

A.   I don't recall any board member making that statement, no.

Q.   How about anything like that statement?

A.   Well, once again, in the context of the discussion about OHA thinks they're too high, there was discussion that happened at those meetings in -- very similar to the discussion

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Ex. 2 - Wilson Decl.
Page 8 of 15

William H. Murray, 7/27/2018          FamilyCare v. OHA, et al.

75

that happened at the, you know, executive level meetings within the company.

Q.  So step me through this conversation. Somebody says something like, well, OHA thinks these rates are too high, and someone says something like, well, we should consider whether they're actually too high, and then FamilyCare or the board says, nope, they're not too high. Is that the gist of the conversation?

A.  I don't remember if that's the gist of the conversation.  There was more focus on why would OHA believe that -- that paying these rates is a bad thing.  That's what the bulk of the conversation was about.

Q.  And do you remember anyone trying to articulate why OHA might believe that paying those commercial rates might be a bad thing?

A.  I don't remember anybody articulating anything specific about that, no.

Q.  Do you remember any board members raising concerns that Mr. Heatherington was playing favorites with somebody?

A.  I don't recall a board member doing that.

Q.  Do you remember --

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Ex. 2 - Wilson Decl.
Page 9 of 15

William H. Murray, 7/27/2018          FamilyCare v. OHA, et al.

76

A.   Generally there was not a discussion about personnel at a board meeting so it wouldn't come -- come up.

Q.   Well, he's a special case personnel, so there -- it would be appropriate for the board to consider behavior of the CEO.

A.   And I was not involved in any of that eval -- in -- there were executive sessions where the board did that and I was not involved in any of those evaluation discussions that were privy to the board.

Q.   And do you remember anyone from the board ever expressing concerns about Mr. Heatherington making decisions without participation from the board?

A.   I don't -- once again, I don't recall those -- I don't recall any of those and, once again, I was not at every board meeting so I -- I do not recall anybody mentioning or raising that type of concern.

Q.   When was the first time you heard any board member talk about FamilyCare going out of business?

A.   Well, I -- what do you mean by "going out of business"?  'Cause I don't think

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

William H. Murray, 7/27/2018          FamilyCare v. OHA, et al.

77

FamilyCare board members talked about going out of business.  They talked about not going out of business.

Q.    Okay.  What if I change the question? When was the first time you remember any FamilyCare board members discussing the criteria by which FamilyCare would make a decision to go out of business?

A.    What I recall is the conversation -- and, once again, I was not -- I don't believe I was at this meeting 'cause I believe I was on a preplanned vacation or something, but what I understood happened at a board meeting in the late summer or early fall was that the board talked about -- discussed the fact that the CCO rates in the last couple contracts had not been sufficient to cover FamilyCare's costs and, you know, a third year of that, the company couldn't sustain another significant loss, and I believe at that board meeting, as reported to me, they -- I -- I can't remember if it was a formal motion, I think it was, that -- that the company would not support signing another contract that created a substantial loss.  And I'm paraphrasing, but I believe that was the intent

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Ex. 2 - Wilson Decl.
Page 11 of 15

William H. Murray, 7/27/2018          FamilyCare v. OHA, et al.

78

or result of that meeting.

Q.    And this isn't a 30(b)(6) so I don't --
I don't -- you don't have to do any research for
this.  I'm just asking you to search your own
brain for conversations that you were a part
of --

A.    And I was not a part of any of that
conversation so I reported what was reported to
me.

Q.    And that was a conversation -- I think
it was a July 2017 board meeting.

A.    I remember it was sometime in the summer
or early fall, yes.

Q.    And -- but what I'm asking about is any
board conversation that you were actually a part
of where anyone discussed the criteria for
FamilyCare going out of business or staying in
business.

A.    The only meeting that I was at that I
recall where that was discussed was the December
board meeting.

Q.    What do you remember being discussed
about it at that --

A.    So at the December board meeting it was
re -- the current status of the CCO rates were

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

reported, that those rates would cause FamilyCare to incur a substantial loss, a loss that would result in FamilyCare not having enough funds to survive the year and meet all its commitments.  So the board looked at that information.  And the board affirmed what it had said at the prior meeting which signing a contract as is that would generate a significant loss would not be something the board would support or authorize Mr. Heatherington to do.

Q.    Do you remember any other part of that conversation?

A.    There was a lot of discussion around, you know, what -- what discussions are still ongoing with OHA, because at that point in time we had what we believed was a plan to try and work to the last minute on understanding what might be coming in the way of adjustments to the 2000 (sic) rates 'cause the State had said that that was out there.  So we talked about the fact that we were still working as hard as we could to ensure that we would have a contract that wouldn't create a substantial loss and so that we would be able to continue in business as we had been for the last 30-plus years.

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Ex. 2 - Wilson Decl.
Page 13 of 15

William H. Murray, 7/27/2018          FamilyCare v. OHA, et al.

80

Q.    Anything else you remember?

A.    I don't recall anything else.  I think -- I don't -- no, I don't recall anything else.

Q.    I'm handing you what's been previously marked as deposition Exhibit 161 which was an exhibit to your 30(b)(6) deposition.

Do you recognize Exhibit 161?

A.    Yes, I do.  I'm not sure we talked about that at the 30(b)(6), though.

Q.    Well, I'm going to talk about it a little.

A.    No.  I'm just saying you -- you include it was at the 30(b)(6).  I -- I don't think that I got this at the 30(b)(6).

Q.    Well, all right.  Well, I --

A.    I don't remember -- I don't remember hardly any exhibits at the 30(b)(6).

Q.    Okay.  Well, let's --

A.    I don't not remember exhibits I saw.  I remember that there weren't many exhibits handed out.

Q.    Okay.  Well, let me describe what Exhibit --

(A discussion held off the record.)

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

William H. Murray, 7/27/2018        FamilyCare v. OHA, et al.

293

C E R T I F I C A T E

I, Shannon K. Krska, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, WILLIAM H. MURRAY personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 294, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 31st day of July, 2018.

_____
SHANNON K. KRSKA
Certified Shorthand Reporter
Certificate No. 90-0216
Commission Expires: 12/31/20

Schmitt Reporting & Video, Inc.
(360) 695-5554 -- (503) 245-4552 -- (855) 695-5554

Ex. 2 - Wilson Decl.
Page 15 of 15