**Stephen F. English** (OSB No. 730843)
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>        Defendants. | Case No. 6:18−cv−00296−MO<br><br>**DECLARATION OF MATTHEW GORDON IN SUPPORT OF FAMILYCARE, INC.'S SUR-REPLY TO OREGON HEALTH AUTHORITY'S MOTION FOR SUMMARY JUDGMENT RE FAMILYCARE'S THIRD CLAIM FOR RELIEF** |

DECLARATION OF MATTHEW GORDON

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

155761922.2

I, Matthew Gordon, declare as follows:

1.      I am an attorney at Perkins Coie LLP and am one of the attorneys representing FamilyCare, Inc. in this matter.  I make this declaration based on my personal knowledge and am competent to testify to the matters herein.

2.      Attached to this declaration as Exhibit 1 are true and correct excerpts from the July 17, 2018 FRCP 30(b)(6) deposition of FamilyCare, Inc. (William Murray), specifically pages 24-26, 51, 54, and 57-58 (highlighting added).

3.      Attached to this declaration as Exhibit 2 is a true and correct copy of an email produced by OHA in this litigation, from BethAnne Darby to Courtney Crowell, dated January 9, 2017, with attachments, bates stamped OHA_LIT_00565538-63 (highlighting added).

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: February 4, 2022                    */s/ Matthew P. Gordon*
                                           Matthew P. Gordon

1-      DECLARATION OF MATTHEW GORDON

155761922.2

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222