**Stephen F. English**, Bar No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, Bar No. 010645
TRJohnson@perkinscoie.com
**Matthew J. Mertens**, Bar No. 146288
MMertens@perkinscoie.com
**Sasha Petrova**, Bar No. 154008
SPetrova@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon**, *pro hac vice*
MGordon@perkinscoie.com
**David B. Robbins**, Bar No. 070630
DRobbins@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON,<br><br>        Defendants. | Case No. 6:18-cv-00296-MO<br><br>**MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE JOINT JURY INSTRUCTIONS** |

1-  MOTION FOR ONE-DAY EXTENSION OF TIME
TO FILE JOINT JURY INSTRUCTIONS

156117375.1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

**MOTION**

Plaintiff respectfully requests a one-day extension of time, from March 7, 2022, to March 8, 2022, to file proposed jury instructions on behalf of all parties.  All parties have conferred and have finalized the substance of the final proposed joint instructions; however, the process of compiling a single document of joint instructions from each party's proposed instructions has taken longer than anticipated.  Accordingly, Plaintiff requests a one-day extension.  Plaintiff's counsel conferred by email about this motion under LR 7-1.  Defendant OHA does not oppose this motion.  At the time of filing this motion, Plaintiff's counsel has not yet heard back from Ms. Saxton's counsel.

Dated: March 7, 2022

**PERKINS COIE LLP**

 */S/ Thomas R. Johnson*
**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone:    503.727.2000
Facsimile:    503.727.2222

**Matthew P. Gordon**
(admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:    206.359.8000

*Attorneys for Plaintiff FamilyCare, Inc.*

2-   MOTION FOR ONE-DAY EXTENSION OF TIME
     TO FILE JOINT JURY INSTRUCTIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

156117375.1