**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha Petrova,** OSB No. 154008
SPetrova@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON,<br><br>Defendants. | Case No. 6:18−cv−00296−MO<br><br>**PLAINTIFF'S ITEMIZED LIST OF DAMAGES** |

PLAINTIFF'S ITEMIZED LIST OF DAMAGES

156163635.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Pursuant to Paragraph 4(e) of the Amended Trial Management Order (ECF No. 503), Plaintiff FamilyCare, Inc. ("FamilyCare") provides notice of its intent to seek the following damages for its claims against OHA and Lynne Saxton ("Defendants")[1]:

- Loss of Medicaid capitation rate revenue;
- Loss of the projected net surpluses that FamilyCare would have experienced in 2018 and 2019 but for OHA and Saxton's wrongful conduct; and
- Diminution of FamilyCare's net assets.

FamilyCare will prove these damages through the fact witness testimony of Bill Murray and Kevin Clancy; the expert testimony of Peter Davidson, FSA, MAAA (PricewaterhouseCoopers); Jay Sickler, CPA, CFF, ABV, ASA (Cogence Group); and Jeffrey Tarbell, ASA, CFA (Houlihan Lokey); and the exhibits appended to, or cited in, any of the reports of Messrs. Davidson, Sickler, and Tarbell.  FamilyCare has already put Defendants on notice of FamilyCare's damages through, among other things, service on Defendants of these expert reports and associated exhibits.

---

[1] FamilyCare claims general (i.e., direct) rather than special (i.e., consequential) damages in this case, so it is unclear whether the Amended Trial Management Order requires the instant filing. FamilyCare identifies herein the bases of its damages out of an abundance of caution.  By doing so, FamilyCare does not intend to suggest that its damages are special/consequential in nature.

2    PLAINTIFF'S ITEMIZED LIST OF DAMAGES

156163635.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000

DATED: March 14, 2022.　　　　　　　**PERKINS COIE LLP**

By: */s/ Matthew P. Gordon*
　　**Stephen F. English**, OSB No. 730843
　　SEnglish@perkinscoie.com
　　**Thomas R. Johnson,** OSB No. 010645
　　TRJohnson@perkinscoie.com
　　**Matthew J. Mertens**, OSB No. 146288
　　MMertens@perkinscoie.com
　　**Sasha Petrova**, OSB No. 154008
　　SPetrova@perkinscoie.com
　　1120 N.W. Couch Street, Tenth Floor
　　Portland, Oregon 97209-4128
　　Telephone: 503.727.2000
　　Facsimile: 503.727.2222

　　**Matthew P. Gordon** (admitted *pro hac vice*)
　　MGordon@perkinscoie.com
　　**David B. Robbins**, OSB No. 070630
　　DRobbins@perkinscoie.com
　　1201 Third Avenue, Suite 4900
　　Seattle, Washington 98101-3099
　　Telephone: 206.359.8000
　　Facsimile: 206.359.9000

　　*Attorneys for Plaintiff FamilyCare, Inc.*

3   PLAINTIFF'S ITEMIZED LIST OF DAMAGES

156163635.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000