**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**,<br><br>            Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DECLARATION OF JULIA E. MARKLEY IN SUPPORT OF FAMILYCARE'S OBJECTIONS TO DEFENDANTS' PROPOSED JOINT JURY INSTRUCTIONS** |

123045.0001\156156439.1

I, Julia E. Markley, declare as follows:

1.      I am an attorney at Perkins Coie LLP and one of the attorneys representing FamilyCare, Inc. ("FamilyCare") in this matter.  I make this declaration based on my personal knowledge and am competent to testify to the matters herein.

2.      Attached as Exhibit 1 is a true copy of an excerpt from the transcript of the June 22, 2021 hearing on FamilyCare's Motion for Imposition of Sanctions Against OHA Due to Evidence Spoliation.

3.      Attached as Exhibit 2 is a true copy of an excerpt from the transcript of the September 21, 2018 hearing on Defendants' Motion for Summary Judgment, Mr. Allen's Motion to Dismiss for Failure to State a Claim, and FamilyCare's Motion to Dismiss for Failure to State a Claim.

4.      Attached as Exhibit 3 is a true copy of an excerpt from the transcript of the November 2, 2018 hearing on Ms. Saxton's Motion for Summary Judgment.

5.      Attached as Exhibit 4 is a true copy of the 2016 Settlement Agreement between FamilyCare and OHA, which has been produced in this case.

6.      Attached as Exhibit 5 is a true copy of an excerpt of Amendment 12, signed by OHA and FamilyCare, which has been produced in this case.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: March 14, 2022               /s/ Julia E. Markley
                                    Julia E. Markley

1-      DECLARATION OF JULIA E. MARKLEY IN SUPPORT OF FAMILYCARE'S OBJECTIONS TO DEFENDANTS' PROPOSED JOINT JURY INSTRUCTIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000

123045.0001\156156439.1