**Edwin A. Harnden,** OSB No. 721129
eharnden@barran.com
**Chris M. Morgan,** OSB No. 175384
cmorgan@barran.com
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Defendant Lynn Saxton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, | **Case No. 6:18-cv-00296-MO** |
| Plaintiff, | **STIPULATION OF THE PARTIES** |
| v. | |
| **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**, | |
| Defendants. | |

Counsel for Plaintiff FamilyCare, Inc. and Defendant Lynne Saxton have conferred and hereby stipulate as follows:

For purposes of FamilyCare's claim against Defendant Lynne Saxton under 42 U.S.C. § 1983, FamilyCare and Defendant Saxton stipulate that Defendant Saxton was acting "under color of state law." This stipulation is for the purpose of formulating an appropriate joint jury instruction

/ / /

/ / /

/ / /

/ / /

Page 1 – STIPULATION OF THE PARTIES

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

on this issue; and should not serve as a waiver of any other rights or defenses which FamilyCare and Defendant Saxton may raise in pre-trial proceedings or at trial.

DATED this 18th day of March, 2022

**BARRAN LIEBMAN LLP**

By _  s/ Edwin A. Harnden_
Edwin A. Harnden, OSB No. 721129
eharnden@barran.com
Chris M. Morgan, OSB No. 175384
cmorgan@barran.com

*Attorneys for Defendant Lynne Saxton*

**PERKINS COIE LLP**

**By***: /s/ Julia E. Markley*

**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson** (OSB No. 010645)
TRJohnson@perkinscoie.com
**Matthew J. Mertens** (OSB No. 146288)
MMertens@perkinscoie.com
**Sasha Petrova** (OSB No. 154008)
SPetrova@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone:  503.727.2000
Facsimile:   503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:  206.359.8000
Facsimile:   206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc*

Page 2 – STIPULATION OF THE PARTIES

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March 2022, I caused the foregoing

**STIPULATION OF THE PARTIES** to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Stephen F. English**<br>SEnglish@perkinscoie.com<br>**Thomas R. Johnson**<br>TRJohnson@perkinscoie.com<br>**Matthew J. Mertens**<br>MMertens@perkinscoie.com<br>**Sasha A. Petrova**<br>SPetrova@perkinscoie.com<br>Perkins Coie LLP<br>1120 N.W. Couch Street, 10th Floor<br>Portland, OR 97209-4128<br><br>**Matthew Gordon**, *pro hac vice*<br>MGordon@perkinscoie.com<br>**David B. Robbins**<br>DRobbins@perkinscoie.com<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br><br>Counsel for Plaintiff | **David B. Markowitz**<br>davidmarkowitz@mhgm.com<br>**Matthew A. Levin**<br>mattlevin@markowitzherbold.com<br>**Vivek A. Kothari**<br>vivekkothari@markowitzherbold.com<br>**Dallas S. DeLuca**<br>dallasdeluca@markowitzherbold.com<br>**Harry B. Wilson**<br>harrywilson@markowitzherbold.com<br>**Katherine M. Acosta**<br>katherineacosta@markowitzherbold.com<br>**Laura R. Salerno Owens**<br>laurasalerno@markowitzherbold.com<br>Markowitz Herbold PC<br>1455 SW Broadway, Suite 1900<br>Portland, OR 97201<br><br>**Carla Scott**<br>Carla.a.scott@doj.state.or.us<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, Or 97201<br><br>Counsel for Defendant Oregon Health Authority |

☐ hand delivered to the following non-CM/ECF participants:

☐ faxed and mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

*s/Edwin A. Harnden*
_____
Edwin A. Harnden

CERTIFICATE OF SERVICE

156116415.2