AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

| | |
|---|---|
| FAMILYCARE, INC., | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    6:18-cv-00296-MO |
| OREGON HEALTH AUTHORITY, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, FamilyCare, Inc.                                                                                      .

Date:     03/18/2022                                    /s/ Garmai J. Gorlorwulu
                                                            *Attorney's signature*

                                    Garmai J. Gorlorwulu, Oregon State Bar No. 213731

                                                    *Printed name and bar number*

                                                        Perkins Coie LLP
                                            1120 NW Couch Street, 10th Floor
                                                Portland, Oregon 97209
                                                            *Address*

                                            GGorlorwulu@perkinscoie.com
                                                    *E-mail address*

                                                        (503) 727-2000
                                                    *Telephone number*

                                                        (503) 727-2222
                                                        *FAX number*