AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| FAMILYCARE, INC. | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    6:18-cv-00296-MO |
| OREGON HEALTH AUTHORITY, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FamilyCare, Inc.                                                                                                .

Date:     03/18/2022                                        /s/ Alex Van Rysselberghe
                                                                           *Attorney's signature*


                                                              Alex Van Rysselberghe, Oregon Bar No. 174836
                                                                        *Printed name and bar number*

                                                                           Perkins Coie LLP
                                                              1120 N.W. Couch Street, Tenth Floor
                                                                    Portland, OR  97209-4128

                                                                                 *Address*

                                                              AVanRysselberghe@perkinscoie.com
                                                                            *E-mail address*

                                                                           (503) 727-2000
                                                                         *Telephone number*

                                                                           (503) 727-2222
                                                                             *FAX number*