**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
**Alex Teague Van Rysselberghe**, OSB No. 174836
AVanRysselberghe@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> **OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**, <br><br> Defendants. | Case No. 6:18-cv-00296-MO <br><br><br> **FAMILYCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED EXHIBIT LIST** |

FAMILYCARE, INC.'S UNOPPOSED MOTION FOR
LEAVE TO FILE FIRST AMENDED EXHIBIT LIST

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000

123045.0001\156199266.1

**LOCAL RULE 7-1 CERTIFICATION**

Counsel for plaintiff FamilyCare, Inc. ("FamilyCare") conferred with counsel for defendants Oregon Health Authority and Lynne Saxton ("Defendants").  Defendants do not oppose this motion.

**MOTION**

FamilyCare moves for leave to file the attached First Amended Exhibit List, which adds 101 additional exhibits, Nos. 612-713, to the Exhibit List that FamilyCare previously filed on March 14, 2022.

**ARGUMENT**

Consistent with the Amended Trial Management Order (ECF 503), on March 14, 2022, FamilyCare filed its Exhibit List (ECF 539) and Lay Witness Statements (ECF 541).  Also consistent with the Amended Trial Management Order, FamilyCare is today filing its deposition designations.  The additional exhibits FamilyCare seeks leave to add are exhibits discussed in the designated portions of the deposition transcripts that FamilyCare is filing.

FamilyCare's original Exhibit List comprises 83 of these 101 additional exhibits, the only difference being that the additional exhibits have a deposition exhibit sticker which will enable the jury and the Court to definitively associate each exhibit with the designated deposition testimony.

**CONCLUSION**

For the reasons set out above, FamilyCare respectfully requests that the Court grant this motion.

1-    FAMILYCARE, INC.'S UNOPPOSED MOTION FOR
      LEAVE TO FILE FIRST AMENDED EXHIBIT LIST

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000

123045.0001\156199266.1

DATED:  March 21, 2022          **PERKINS COIE LLP**


By: */s/ Alex Van Rysselberghe*
  **Stephen F. English**, OSB No. 730843
  SEnglish@perkinscoie.com
  **Thomas R. Johnson,** OSB No. 010645
  TRJohnson@perkinscoie.com
  **Julia E. Markley**, OSB No. 000791
  JMarkley@perkinscoie.com
  **Matthew J. Mertens**, OSB No. 146288
  MMertens@perkinscoie.com
  **Sasha Petrova**, OSB No. 154008
  SPetrova@perkinscoie.com
  **Alex Teague Van Rysselberghe**, OSB No. 174836
  AVanRysselberghe@perkinscoie.com
  1120 N.W. Couch Street, Tenth Floor
  Portland, Oregon 97209-4128
  Telephone:  503.727.2000
  Facsimile:  503.727.2222


  **Matthew P. Gordon** (admitted *pro hac vice*)
  MGordon@perkinscoie.com
  **David B. Robbins**, OSB No. 070630
  DRobbins@perkinscoie.com
  1201 Third Avenue, Suite 4900
  Seattle, Washington 98101-3099
  Telephone:  206.359.8000
  Facsimile:  206.359.9000

 *Attorneys for Plaintiff FamilyCare, Inc.*

2- FAMILYCARE, INC.'S UNOPPOSED MOTION FOR
LEAVE TO FILE FIRST AMENDED EXHIBIT LIST

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000

123045.0001\156199266.1