**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
**Alex Teague Van Rysselberghe**, OSB No. 174836
AVanRysselberghe@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON, <br><br> Defendants. | Case No. 6:18-cv-00296-MO <br><br> **PLAINTIFF'S DEPOSITION DESIGNATIONS** |

PLAINTIFF'S DEPOSITION DESIGNATIONS

FamilyCare, Inc. ("FamilyCare") respectfully submits the below deposition designations pursuant to the Court's Amended Trial Management Order (ECF 503).  Highlighted copies of the designations are attached as Exhibits A-K.  FamilyCare's designations appear in blue highlighting.

| EXHIBIT | DATE | WITNESS |
|---|---|---|
| A | June 15, 2018 | Allen, Pat |
| B | June 5, 2018 | Crowell, Courtney |
| C | July 25, 2018 | Darby, BethAnne |
| D | August 29, 2018 | Fairbanks, Mark |
| E | May 29, 2018 | Karl, Anne<br>Manatt, Phelps & Philips, LLP 30(b)(6) |
| F | September 11, 2018 | Lee, Jackie<br>Lewis & Ellis Inc. 30(b)(6) |
| G | July 13, 2018 | Robison, Laura |
| H | August 3, 2018 | Robison, Laura<br>OHA 30(b)(6) - Vol. 1 |
| I | August 16, 2018 | Robison, Laura<br>OHA 30(b)(6) - Vol. 2 |
| J | July 24, 2018 | Schramm, Steven<br>Optumas 30(b)(6) |
| K | August 2, 2018 | Stineman, Renee<br>OHA 30(b)(6) |

1-    PLAINTIFF'S DEPOSITION DESIGNATIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone:  503.727.2000

156158381.1

Dated: March 21, 2022

**PERKINS COIE LLP**

*/s/ Alex Van Rysselberghe*
**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson,** OSB No. 010645
TRJohnson@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
**Alex Van Rysselberghe**, OSB No. 174836
AVanRysselberghe@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone:     503.727.2000
Facsimile:     503.727.2222

**Matthew P. Gordon**
(admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins**, OSB No. 070630
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:     206.359.8000

*Attorneys for Plaintiff FamilyCare, Inc.*

2-   PLAINTIFF'S DEPOSITION DESIGNATIONS

156158381.1