**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

    Special Assistant Attorneys General for Defendant Oregon
    Health Authority, an agency of the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON,<br><br>                              Defendants. | Case No. 6:18-cv-00296-MO<br><br>**DEFENDANT OREGON HEALTH AUTHORITY'S DEPOSITION DESIGNATIONS** |

Defendant Oregon Health Authority respectfully submits the below deposition designations pursuant to the Court's Amended Trial Management Order (Dkt 503).  Highlighted copies of the designations are attached as Exhibits 1-5.  Oregon Health Authority's designations appear in yellow highlighting.  Joint designations appear in green highlighting.  Plaintiff's designations appear in blue highlighting.

| EXHIBIT | DATE | WITNESS |
|---|---|---|
| 1 | July 20, 2018 | Anthony Jackson, Controller at FamilyCare |
| 2 | July 10, 2018 | Benjamin Diederich, Principal and Consulting Actuary at Milliman |

**Page 1 -   DEFENDANT OREGON HEALTH AUTHORITY'S DEPOSITION
            DESIGNATIONS**

| 3 | February 2, 2018 | Karen Mainzer, Partner at Gallant Policy Advisors |
| 4 | August 29, 2018 | Mark Fairbanks, Chief Financial Officer at Oregon Health Authority |
| 5 | May 17, 2018 | William C. Guest III, Vice President at FamilyCare |

DATED this 23rd day of March, 2022.

ELLEN ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

By:    *s/ Harry B. Wilson*

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for Defendant Oregon Health Authority, an agency of the State of Oregon*

1265280

**Page 2 -   DEFENDANT OREGON HEALTH AUTHORITY'S DEPOSITION DESIGNATIONS**