**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Thomas R. Johnson**, OSB No. 010645
TRJohnson@perkinscoie.com
**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Matthew J. Mertens**, OSB No. 146288
MMertens@perkinscoie.com
**Sasha Petrova**, OSB No. 154008
SPetrova@perkinscoie.com
**Alex Van Rysselberghe**, OSB No. 174836
AVanRysselberghe@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

**Matthew P. Gordon** (admitted *pro hac vice*)
MGordon@perkinscoie.com
**David B. Robbins** (OSB No. 070630)
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FAMILYCARE, INC.**, an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>**OREGON HEALTH AUTHORITY**, an agency of the State of Oregon, and **LYNNE SAXTON**, | Case No. 6:18-cv-00296-MO<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO SEAL DKT. 560-10** |

1-    PLAINTIFF'S UNOPPOSED MOTION TO SEAL
DKT. 560-10

156329539.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Defendants.

## LOCAL RULE 7-1 CERTIFICATION

Counsel for plaintiff FamilyCare, Inc. ("FamilyCare") conferred with counsel for defendants Oregon Health Authority and Lynne Saxton ("Defendants").  Defendants do not oppose this motion.

## MOTION

Pursuant to Local Rules 5-2(e)(4) and 26-3, FamilyCare moves to seal ECF No. 560-10, which is the combined deposition transcript of Steve Schram (Optumas) in his individual capacity and in his capacity as Rule 30(b)(6) designee for Optumas.  There is good cause to grant the motion because the deposition transcript contained discussion of information and materials that Optumas designated attorneys' eyes only and should have been filed under seal in accordance with the operative protective orders in this case. Counsel undersigned inadvertently failed to seal this document upon filing FamilyCare's deposition designations.

## CONCLUSION

FamilyCare respectfully requests that the Court seal ECF No. 560-10.

2-    PLAINTIFF'S UNOPPOSED MOTION TO SEAL
DKT. 560-10

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

156329539.1

DATED:  March 28, 2022                    **PERKINS COIE LLP**


By: */s/ Matthew J. Mertens*
    **Stephen F. English**, OSB No. 730843
    SEnglish@perkinscoie.com
    **Thomas R. Johnson,** OSB No. 010645
    TRJohnson@perkinscoie.com
    **Julia E. Markley**, OSB No. 000791
    JMarkley@perkinscoie.com
    **Matthew J. Mertens**, OSB No. 146288
    MMertens@perkinscoie.com
    **Sasha Petrova**, OSB No. 154008
    SPetrova@perkinscoie.com
    **Alex Van Rysselberghe** OSB No. 174836
    AVanRysselberghe@perkinscoie.com
    1120 N.W. Couch Street, Tenth Floor
    Portland, Oregon 97209-4128
    Telephone: 503.727.2000
    Facsimile: 503.727.2222

    **Matthew P. Gordon** (admitted *pro hac vice*)
    MGordon@perkinscoie.com
    **David B. Robbins**, OSB No. 070630
    DRobbins@perkinscoie.com
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000

    *Attorneys for Plaintiff FamilyCare, Inc.*

3-    PLAINTIFF'S UNOPPOSED MOTION TO SEAL
    DKT. 560-10

156329539.1