**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085
Fax:  (503) 323-9105

       Special Assistant Attorneys General for Defendant Oregon
       Health Authority, an agency of the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FAMILYCARE, INC., an Oregon non-profit corporation,<br><br>                  Plaintiff,<br><br>    v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon, and LYNNE SAXTON,<br><br>                  Defendants. | Case No. 6:18-cv-00296-MO<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

Pursuant to the United States Court of Appeals for the Ninth Circuit's decision in *Allen v. FamilyCare, Inc.*, 812 F. App'x 413 (9th Cir. 2020), as amended (May 7, 2020), judgment with prejudice is entered against FamilyCare, Inc. and in favor of Patrick Allen, in his personal capacity.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), FamilyCare, Inc., the Oregon Health Authority, and Lynne Saxton, by and through their attorneys of record, hereby stipulate that this action be dismissed with prejudice as to all claims and with no award of costs, disbursements, or attorney fees to any party.

**Page 1 -   STIPULATED JUDGMENT OF DISMISSAL**

IT IS THEREFORE ORDERED AND ADJUDGED that the above-captioned matter is dismissed with prejudice as to all parties, FamilyCare, Inc., the Oregon Health Authority, Lynne Saxton, and Patrick Allen, with no award of costs, disbursements, or attorney fees to any party.

Dated: _____.


_____
HONORABLE MICHAEL W. MOSMAN
SENIOR U.S. DISTRICT COURT JUDGE

SUBMITTED BY:

Harry B. Wilson
OSB #077214
(503) 295-3085


**IT IS SO STIPULATED:**

DATED: May 12, 2022

**ELLEN ROSENBLUM**
**ATTORNEY GENERAL**
**FOR THE STATE OF OREGON**

By:    *s/ Harry B. Wilson*
_____
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

*Special Assistant Attorneys General for*
*Defendant Oregon Health Authority*

**OREGON DEPARTMENT OF JUSTICE**

Carla Scott, OSB #054725
carla.a.scott@doj.state.or.us
100 SW Market Street
Portland, OR 97201
Telephone: 971.673.1880
Facsimile:  971.673.5000


**Page 2 -   STIPULATED JUDGMENT OF DISMISSAL**

*Attorneys for Defendant Oregon Health Authority*

DATED: May 12, 2022

**PERKINS COIE LLP**

By:     *s/ Matthew P. Gordon*

Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Thomas R. Johnson, OSB No. 010645
TRJohnson@perkinscoie.com
Julia Markley, OSB No.000791
jmarkley@perkinscoie.com
Matthew J. Mertens, OSB No. 146288
MMertens@perkinscoie.com
Sasha Petrova, OSB No. 154008
SPetrova@perkinscoie.com
Alex Van Rysselberghe, OSB No. 174836
avanrysselberghe@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

Matthew P. Gordon (admitted *pro hac vice*)
MGordon@perkinscoie.com
David B. Robbins, OSB No. 070630
DRobbins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

*Attorneys for Plaintiff FamilyCare, Inc.*

DATED: May 12, 2022

**BARRAN LIEBMAN LLP**

By:     *s/ Chris M. Morgan*

Edwin A. Harnden (OSB No. 721129)
eharnden@barran.com
Chris M. Morgan (OSB No. 175384)
cmorgan@barran.com
601 SW Second Avenue, Suite 2300
Portland, OR 97201
Telephone: 503.228.0500
Facsimile:  503.274.1212

*Attorneys for Defendant Lynne Saxton*

**Page 3 -   STIPULATED JUDGMENT OF DISMISSAL**

**ECF CERTIFICATION**

The filing attorney attests that they have obtained concurrence regarding the filing of this document from the signatories to this document.

DATED: May 12, 2022.

MARKOWITZ HERBOLD PC

By:    *s/ Harry B. Wilson*
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com

*Special Assistant Attorneys General for
Defendant Oregon Health Authority*

1284955

**Page 4 -    STIPULATED JUDGMENT OF DISMISSAL**